## Responses User

**From:** melitamjohnson@gmail.com
**Sent:** Friday, October 28, 2016 6:54 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

melita johnson

Ms. melita johnson
1370 E 3rd St
Delta CO 814162510
melitamjohnson@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** Dieseldynamo@gmail.com
**Sent:** Friday, October 28, 2016 7:00 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Zorba Proteau
1614 N 23rd St
Grand Junction CO 815016640
Dieseldynamo@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** erin.k.kress@gmail.com
**Sent:** Friday, October 28, 2016 7:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Erin Kress

Mrs. Erin Kress
327 Adams Ranch Rd Unit 202
Mountain Village CO 814359353
erin.k.kress@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Ddnad@q.com
**Sent:** Friday, October 28, 2016 7:23 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Amy Pastier
4365 Ramblewood Dr
Colorado Springs CO 809206604
Ddnad@q.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** hildurytroyer@gmail.com
**Sent:** Friday, October 28, 2016 8:11 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hildur Troyer

Ms. Hildur Troyer
321 N 6th St
Silt CO 816529804
9706186232
hildurytroyer@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Dwick@financing-equipment.com
**Sent:** Friday, October 28, 2016 8:16 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Diana Wickenhauser
1200 W US Highway 50 Apt C5
Gunnison CO 812304053
Dwick@financing-equipment.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** kendraclark61@gmail.com
**Sent:** Friday, October 28, 2016 8:30 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

kendra Clark

Miss Kendra Clark
1261 Chipeta Ave
Grand Junction CO 815014435
9702165873
kendraclark61@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Redmel55@hotmail.com
**Sent:** Friday, October 28, 2016 8:36 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Melinda Sebold

Ms. Melinda Sebold
PO BOX 40702
Grand Junction CO 815040702
Redmel55@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** mills.rr@gmail.com
**Sent:** Friday, October 28, 2016 9:07 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Robin Mills, FNP

Ms. Robin Mills
1452 Detroit St
Denver CO 802062415
mills.rr@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** quarantine@messaging.microsoft.com
**Sent:** Friday, October 28, 2016 9:16 PM
**To:** Responses User
**Subject:** Spam Notification: 160 New Messages

Dear responses@tws.org:

You have 160 new spam-quarantined messages as of Oct 29, 2016 12:00 AM (UTC) which are listed below along with the actions that can be taken:

**Release to Inbox:** Send the message to your Inbox.

**Report as Not Junk:** Send a copy of the message to Microsoft for analysis.

| Sender | Subject | Date (UTC) | Size | Release | Report |
|---|---|---|---|---|---|
| "skrause442@yahoo.com" <skrause442@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:04 AM | 28949 | Release to Inbox | Report as Not Junk |
| "skrause442@yahoo.com" <skrause442@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:04 AM | 28635 | Release to Inbox | Report as Not Junk |
| "rv221@aol.com" <rv221@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 1:05 AM | 28293 | Release to Inbox | Report as Not Junk |
| "rv221@aol.com" <rv221@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 1:05 AM | 28106 | Release to Inbox | Report as Not Junk |
| "jmmworkathome@ymail.com" <jmmworkathome@ymail.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:36 AM | 28587 | Release to Inbox | Report as Not Junk |
| "jmmworkathome@ymail.com" <jmmworkathome@ymail.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:36 AM | 27977 | Release to Inbox | Report as Not Junk |
| "Native_ivy@yahoo.com" <Native_ivy@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:41 AM | 27846 | Release to Inbox | Report as Not Junk |
| "Native_ivy@yahoo.com" <Native_ivy@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:41 AM | 28080 | Release to Inbox | Report as Not Junk |
| "keelin_pohl@yahoo.com" <keelin_pohl@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 1:44 AM | 13140 | Release to Inbox | Report as Not Junk |
| "keelin_pohl@yahoo.com" <keelin_pohl@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 1:44 AM | 26583 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "rkforemanapllc@yahoo.com" <rkforemanapllc@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 1:47 AM | 28339 | Release to Inbox | Report as Not Junk |
| "rkforemanapllc@yahoo.com" <rkforemanapllc@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 1:47 AM | 27688 | Release to Inbox | Report as Not Junk |
| "deneec@yahoo.com" <deneec@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 2:01 AM | 27555 | Release to Inbox | Report as Not Junk |
| "deneec@yahoo.com" <deneec@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 2:01 AM | 30009 | Release to Inbox | Report as Not Junk |
| "Lisab91884@aol.com" <Lisab91884@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:05 AM | 27823 | Release to Inbox | Report as Not Junk |
| "Lisab91884@aol.com" <Lisab91884@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:05 AM | 27910 | Release to Inbox | Report as Not Junk |
| "Kmg_swusn@yahoo.com" <Kmg_swusn@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:20 AM | 28024 | Release to Inbox | Report as Not Junk |
| "Kmg_swusn@yahoo.com" <Kmg_swusn@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:20 AM | 28837 | Release to Inbox | Report as Not Junk |
| "Redmath91@yahoo.com" <Redmath91@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:50 AM | 23247 | Release to Inbox | Report as Not Junk |
| "Redmath91@yahoo.com" <Redmath91@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:50 AM | 29060 | Release to Inbox | Report as Not Junk |
| "Stixrocket88@aol.com" <Stixrocket88@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:34 AM | 29119 | Release to Inbox | Report as Not Junk |
| "Stixrocket88@aol.com" <Stixrocket88@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:34 AM | 28075 | Release to Inbox | Report as Not Junk |
| "tlstjohn316@aol.com" <tlstjohn316@aol.com> | table the Arctic Ocean from BOEM until trump gets in office. | Oct 28, 2016 3:35 AM | 28257 | Release to Inbox | Report as Not Junk |
| "tlstjohn316@aol.com" <tlstjohn316@aol.com> | table the Arctic Ocean from BOEM until trump gets in office. | Oct 28, 2016 3:35 AM | 28232 | Release to Inbox | Report as Not Junk |
| "cmhighlife@yahoo.com" <cmhighlife@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 3:36 AM | 29270 | Release to Inbox | Report as Not Junk |
| "cmhighlife@yahoo.com" <cmhighlife@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 3:37 AM | 13738 | Release to Inbox | Report as Not Junk |
| "frenchhorngirl96@yahoo.com" <frenchhorngirl96@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:51 AM | 27176 | Release to Inbox | Report as Not Junk |
| "frenchhorngirl96@yahoo.com" <frenchhorngirl96@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:51 AM | 27022 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "hendrixaj@yahoo.com" <hendrixaj@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 3:51 AM | 27530 | Release to Inbox | Report as Not Junk |
| "hendrixaj@yahoo.com" <hendrixaj@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 3:51 AM | 27681 | Release to Inbox | Report as Not Junk |
| "carolcolo@yahoo.com" <carolcolo@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:17 AM | 10919 | Release to Inbox | Report as Not Junk |
| "carolcolo@yahoo.com" <carolcolo@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:17 AM | 28043 | Release to Inbox | Report as Not Junk |
| "phantommustang1@yahoo.com" <phantommustang1@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:21 AM | 28827 | Release to Inbox | Report as Not Junk |
| "phantommustang1@yahoo.com" <phantommustang1@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:21 AM | 28630 | Release to Inbox | Report as Not Junk |
| "Shelleyon@yahoo.com" <Shelleyon@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:44 AM | 27327 | Release to Inbox | Report as Not Junk |
| "Shelleyon@yahoo.com" <Shelleyon@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:44 AM | 28056 | Release to Inbox | Report as Not Junk |
| "Phlowjan2000@aol.com" <Phlowjan2000@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:08 AM | 26178 | Release to Inbox | Report as Not Junk |
| "Phlowjan2000@aol.com" <Phlowjan2000@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:08 AM | 26149 | Release to Inbox | Report as Not Junk |
| "eacather@aol.com" <eacather@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:28 AM | 27883 | Release to Inbox | Report as Not Junk |
| "eacather@aol.com" <eacather@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:28 AM | 26024 | Release to Inbox | Report as Not Junk |
| "adamtamarkin@yahoo.com" <adamtamarkin@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:37 AM | 28829 | Release to Inbox | Report as Not Junk |
| "adamtamarkin@yahoo.com" <adamtamarkin@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:37 AM | 28042 | Release to Inbox | Report as Not Junk |
| "skranowski@aol.com" <skranowski@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 6:00 AM | 28222 | Release to Inbox | Report as Not Junk |
| "skranowski@aol.com" <skranowski@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 6:00 AM | 27667 | Release to Inbox | Report as Not Junk |
| "Kzychlinski@aol.com" <Kzychlinski@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:12 AM | 27880 | Release to Inbox | Report as Not Junk |
| "Kzychlinski@aol.com" <Kzychlinski@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:12 AM | 12461 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "thesouliswhatyouare@yahoo.com" <thesouliswhatyouare@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 8:22 AM | 27887 | Release to Inbox | Report as Not Junk |
| "thesouliswhatyouare@yahoo.com" <thesouliswhatyouare@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 8:23 AM | 27921 | Release to Inbox | Report as Not Junk |
| "sandra.espinola446@yahoo.com" <sandra.espinola446@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 12:32 PM | 27389 | Release to Inbox | Report as Not Junk |
| "sandra.espinola446@yahoo.com" <sandra.espinola446@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 12:32 PM | 28246 | Release to Inbox | Report as Not Junk |
| "jgiebelstein@yahoo.com" <jgiebelstein@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 12:36 PM | 23608 | Release to Inbox | Report as Not Junk |
| "jgiebelstein@yahoo.com" <jgiebelstein@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 12:36 PM | 23754 | Release to Inbox | Report as Not Junk |
| "nlblanton@yahoo.com" <nlblanton@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 12:43 PM | 26595 | Release to Inbox | Report as Not Junk |
| "nlblanton@yahoo.com" <nlblanton@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 12:43 PM | 28209 | Release to Inbox | Report as Not Junk |
| "polywogg59@yahoo.com" <polywogg59@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 1:13 PM | 30144 | Release to Inbox | Report as Not Junk |
| "polywogg59@yahoo.com" <polywogg59@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 1:13 PM | 29390 | Release to Inbox | Report as Not Junk |
| "Patia_56@yahoo.com" <Patia_56@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:19 PM | 28456 | Release to Inbox | Report as Not Junk |
| "Patia_56@yahoo.com" <Patia_56@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:19 PM | 28222 | Release to Inbox | Report as Not Junk |
| "Soupwagon@aol.com" <Soupwagon@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:20 PM | 28011 | Release to Inbox | Report as Not Junk |
| "Soupwagon@aol.com" <Soupwagon@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:20 PM | 28877 | Release to Inbox | Report as Not Junk |
| "tina2belle@yahoo.com" <tina2belle@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 1:22 PM | 30400 | Release to Inbox | Report as Not Junk |
| "tina2belle@yahoo.com" <tina2belle@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 1:22 PM | 29455 | Release to Inbox | Report as Not Junk |
| "Autumnnwhite@yahoo.com" <Autumnnwhite@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:35 PM | 23479 | Release to Inbox | Report as Not Junk |
| "Autumnnwhite@yahoo.com" <Autumnnwhite@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:35 PM | 24325 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "d1b1evans@yahoo.com" <d1b1evans@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 1:36 PM | 28397 | Release to Inbox | Report as Not Junk |
| "d1b1evans@yahoo.com" <d1b1evans@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 1:36 PM | 27576 | Release to Inbox | Report as Not Junk |
| "Drmara2002@yahoo.com" <Drmara2002@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 1:37 PM | 28852 | Release to Inbox | Report as Not Junk |
| "Drmara2002@yahoo.com" <Drmara2002@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 1:37 PM | 23789 | Release to Inbox | Report as Not Junk |
| "stmandlin@yahoo.com" <stmandlin@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:48 PM | 28176 | Release to Inbox | Report as Not Junk |
| "stmandlin@yahoo.com" <stmandlin@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:48 PM | 29189 | Release to Inbox | Report as Not Junk |
| "Abesmom95@aol.com" <Abesmom95@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:52 PM | 27151 | Release to Inbox | Report as Not Junk |
| "Abesmom95@aol.com" <Abesmom95@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 1:52 PM | 28939 | Release to Inbox | Report as Not Junk |
| "nicholas11tigers@yahoo.com" <nicholas11tigers@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:17 PM | 26427 | Release to Inbox | Report as Not Junk |
| "nicholas11tigers@yahoo.com" <nicholas11tigers@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:17 PM | 26452 | Release to Inbox | Report as Not Junk |
| "whelchel@yahoo.com" <whelchel@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:35 PM | 27971 | Release to Inbox | Report as Not Junk |
| "whelchel@yahoo.com" <whelchel@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 2:35 PM | 26467 | Release to Inbox | Report as Not Junk |
| "Cheshire_kat03@yahoo.com" <Cheshire_kat03@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:03 PM | 13212 | Release to Inbox | Report as Not Junk |
| "Cheshire_kat03@yahoo.com" <Cheshire_kat03@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:03 PM | 13233 | Release to Inbox | Report as Not Junk |
| "juliabrumbaugh@yahoo.com" <juliabrumbaugh@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:34 PM | 27202 | Release to Inbox | Report as Not Junk |
| "juliabrumbaugh@yahoo.com" <juliabrumbaugh@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:34 PM | 13275 | Release to Inbox | Report as Not Junk |
| "cardamomseed@aol.com" <cardamomseed@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:45 PM | 29577 | Release to Inbox | Report as Not Junk |
| "cardamomseed@aol.com" <cardamomseed@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:45 PM | 29777 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "dornekia@yahoo.com" <dornekia@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:48 PM | 27272 | Release to Inbox | Report as Not Junk |
| "dornekia@yahoo.com" <dornekia@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 3:48 PM | 24345 | Release to Inbox | Report as Not Junk |
| "dbhart2001@yahoo.com" <dbhart2001@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 4:15 PM | 25811 | Release to Inbox | Report as Not Junk |
| "dbhart2001@yahoo.com" <dbhart2001@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 4:15 PM | 28376 | Release to Inbox | Report as Not Junk |
| "Almeyerkord@yahoo.com" <Almeyerkord@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:15 PM | 28298 | Release to Inbox | Report as Not Junk |
| "Almeyerkord@yahoo.com" <Almeyerkord@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:15 PM | 23538 | Release to Inbox | Report as Not Junk |
| "doldaydag@aol.com" <doldaydag@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:21 PM | 26528 | Release to Inbox | Report as Not Junk |
| "doldaydag@aol.com" <doldaydag@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:21 PM | 27877 | Release to Inbox | Report as Not Junk |
| "wendycoke@yahoo.com" <wendycoke@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:41 PM | 28796 | Release to Inbox | Report as Not Junk |
| "wendycoke@yahoo.com" <wendycoke@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:41 PM | 12392 | Release to Inbox | Report as Not Junk |
| "case337@yahoo.com" <case337@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:47 PM | 28858 | Release to Inbox | Report as Not Junk |
| "case337@yahoo.com" <case337@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:47 PM | 28791 | Release to Inbox | Report as Not Junk |
| "jgriffy69@aol.com" <jgriffy69@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:49 PM | 28272 | Release to Inbox | Report as Not Junk |
| "jgriffy69@aol.com" <jgriffy69@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 4:49 PM | 29856 | Release to Inbox | Report as Not Junk |
| "drisky1@aol.com" <drisky1@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:11 PM | 27625 | Release to Inbox | Report as Not Junk |
| "drisky1@aol.com" <drisky1@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:11 PM | 27026 | Release to Inbox | Report as Not Junk |
| "amberborch@aol.com" <amberborch@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:16 PM | 29532 | Release to Inbox | Report as Not Junk |
| "amberborch@aol.com" <amberborch@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:16 PM | 28868 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "raskanjay@aol.com" <raskanjay@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 5:23 PM | 26036 | Release to Inbox | Report as Not Junk |
| "raskanjay@aol.com" <raskanjay@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 5:23 PM | 25955 | Release to Inbox | Report as Not Junk |
| "Beckyb312@yahoo.com" <Beckyb312@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:25 PM | 28150 | Release to Inbox | Report as Not Junk |
| "Beckyb312@yahoo.com" <Beckyb312@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:25 PM | 27985 | Release to Inbox | Report as Not Junk |
| "llholmes66@yahoo.com" <llholmes66@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:27 PM | 28615 | Release to Inbox | Report as Not Junk |
| "llholmes66@yahoo.com" <llholmes66@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:27 PM | 28004 | Release to Inbox | Report as Not Junk |
| "bluecozmicstorm@yahoo.com" <bluecozmicstorm@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:40 PM | 28966 | Release to Inbox | Report as Not Junk |
| "bluecozmicstorm@yahoo.com" <bluecozmicstorm@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:40 PM | 26537 | Release to Inbox | Report as Not Junk |
| "t3inman@yahoo.com" <t3inman@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:43 PM | 27626 | Release to Inbox | Report as Not Junk |
| "t3inman@yahoo.com" <t3inman@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 5:43 PM | 23942 | Release to Inbox | Report as Not Junk |
| "marygbarrow@yahoo.com" <marygbarrow@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 6:01 PM | 24792 | Release to Inbox | Report as Not Junk |
| "marygbarrow@yahoo.com" <marygbarrow@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 6:01 PM | 29258 | Release to Inbox | Report as Not Junk |
| "katiehatlem@yahoo.com" <katiehatlem@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 6:35 PM | 29099 | Release to Inbox | Report as Not Junk |
| "katiehatlem@yahoo.com" <katiehatlem@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 6:35 PM | 29014 | Release to Inbox | Report as Not Junk |
| "Livingasana@yahoo.com" <Livingasana@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 6:36 PM | 27508 | Release to Inbox | Report as Not Junk |
| "Livingasana@yahoo.com" <Livingasana@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 6:36 PM | 29623 | Release to Inbox | Report as Not Junk |
| "rissaadian@aol.com" <rissaadian@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 6:49 PM | 28841 | Release to Inbox | Report as Not Junk |
| "rissaadian@aol.com" <rissaadian@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 6:49 PM | 27990 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "jessikamankin@yahoo.com" <jessikamankin@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:07 PM | 28860 | Release to Inbox | Report as Not Junk |
| "jessikamankin@yahoo.com" <jessikamankin@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:07 PM | 28303 | Release to Inbox | Report as Not Junk |
| "ialasti@yahoo.com" <ialasti@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 7:22 PM | 27745 | Release to Inbox | Report as Not Junk |
| "ialasti@yahoo.com" <ialasti@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 7:22 PM | 27018 | Release to Inbox | Report as Not Junk |
| "erickagarbiso@aol.com" <erickagarbiso@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:30 PM | 28241 | Release to Inbox | Report as Not Junk |
| "erickagarbiso@aol.com" <erickagarbiso@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:30 PM | 27175 | Release to Inbox | Report as Not Junk |
| "williamsrymer@yahoo.com" <williamsrymer@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:42 PM | 27051 | Release to Inbox | Report as Not Junk |
| "williamsrymer@yahoo.com" <williamsrymer@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:42 PM | 28060 | Release to Inbox | Report as Not Junk |
| "yetimd@yahoo.com" <yetimd@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:45 PM | 25910 | Release to Inbox | Report as Not Junk |
| "yetimd@yahoo.com" <yetimd@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:45 PM | 25776 | Release to Inbox | Report as Not Junk |
| "willowbard@yahoo.com" <willowbard@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 7:47 PM | 28605 | Release to Inbox | Report as Not Junk |
| "willowbard@yahoo.com" <willowbard@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 28, 2016 7:47 PM | 23624 | Release to Inbox | Report as Not Junk |
| "jennifer.sparks@yahoo.com" <jennifer.sparks@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:57 PM | 28757 | Release to Inbox | Report as Not Junk |
| "jennifer.sparks@yahoo.com" <jennifer.sparks@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 7:57 PM | 26381 | Release to Inbox | Report as Not Junk |
| "conifermtngirl@yahoo.com" <conifermtngirl@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:08 PM | 27085 | Release to Inbox | Report as Not Junk |
| "conifermtngirl@yahoo.com" <conifermtngirl@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:08 PM | 28930 | Release to Inbox | Report as Not Junk |
| "Nicoleld22@yahoo.com" <Nicoleld22@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:16 PM | 28065 | Release to Inbox | Report as Not Junk |
| "Nicoleld22@yahoo.com" <Nicoleld22@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:16 PM | 26461 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "efdrum@yahoo.com" <efdrum@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:23 PM | 28012 | Release to Inbox | Report as Not Junk |
| "efdrum@yahoo.com" <efdrum@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:23 PM | 27286 | Release to Inbox | Report as Not Junk |
| "Pradtke@yahoo.com" <Pradtke@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:30 PM | 28915 | Release to Inbox | Report as Not Junk |
| "Pradtke@yahoo.com" <Pradtke@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:30 PM | 28981 | Release to Inbox | Report as Not Junk |
| "Manitoudove@yahoo.com" <Manitoudove@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:36 PM | 27157 | Release to Inbox | Report as Not Junk |
| "Manitoudove@yahoo.com" <Manitoudove@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:36 PM | 27909 | Release to Inbox | Report as Not Junk |
| "becca_lankhorst@yahoo.com" <becca_lankhorst@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:42 PM | 29624 | Release to Inbox | Report as Not Junk |
| "becca_lankhorst@yahoo.com" <becca_lankhorst@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 8:42 PM | 28626 | Release to Inbox | Report as Not Junk |
| "Ltrain114@yahoo.com" <Ltrain114@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 9:45 PM | 27993 | Release to Inbox | Report as Not Junk |
| "Ltrain114@yahoo.com" <Ltrain114@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 9:45 PM | 27893 | Release to Inbox | Report as Not Junk |
| "rlkcwjc@aol.com" <rlkcwjc@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 10:09 PM | 29443 | Release to Inbox | Report as Not Junk |
| "rlkcwjc@aol.com" <rlkcwjc@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 28, 2016 10:09 PM | 28485 | Release to Inbox | Report as Not Junk |
| "lizbrooks7@aol.com" <lizbrooks7@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 10:36 PM | 28788 | Release to Inbox | Report as Not Junk |
| "lizbrooks7@aol.com" <lizbrooks7@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 10:36 PM | 28946 | Release to Inbox | Report as Not Junk |
| "joyfulmtbr@yahoo.com" <joyfulmtbr@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 10:51 PM | 28835 | Release to Inbox | Report as Not Junk |
| "joyfulmtbr@yahoo.com" <joyfulmtbr@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 10:51 PM | 26480 | Release to Inbox | Report as Not Junk |
| "afgeperson50@aol.com" <afgeperson50@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 11:00 PM | 27915 | Release to Inbox | Report as Not Junk |
| "afgeperson50@aol.com" <afgeperson50@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 11:00 PM | 27613 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "Citae@aol.com" <Citae@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 11:04 PM | 24254 | Release to Inbox | Report as Not Junk |
| "Citae@aol.com" <Citae@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 11:04 PM | 23511 | Release to Inbox | Report as Not Junk |
| "meaniespice@aol.com" <meaniespice@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 11:04 PM | 27014 | Release to Inbox | Report as Not Junk |
| "meaniespice@aol.com" <meaniespice@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 11:04 PM | 24356 | Release to Inbox | Report as Not Junk |
| "boardinchick55@yahoo.com" <boardinchick55@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 11:54 PM | 28774 | Release to Inbox | Report as Not Junk |
| "boardinchick55@yahoo.com" <boardinchick55@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 28, 2016 11:54 PM | 27913 | Release to Inbox | Report as Not Junk |

© 2016 Microsoft Corporation. All rights reserved. | Acceptable Use Policy | Privacy Notice

## Responses User

**From:** Here2hunt@aol.com
**Sent:** Friday, October 28, 2016 9:19 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Opening up Colorado to energy development

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect and still use for economic development the important natural resources like wildlife habitatand wild and scenic rivers.

This draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, while protecting wilderness-quality lands, wildlife, recreation and cultural sites according to established laws and directives. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM can open the area with minimal impact. The BLM should adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas while acknowledging the national importance of energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands, but should also consider the economic needs of the people, counties, state and nation. We need as a nation to not hinder growth by stifling companies that create good jobs.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia where many coal mining jobs have been lost. These jobs may be able to help former miners find high paying jobs that in turn support farmers and the rebuilding of a sustainable rural economy on Colorado's Western Slope.

Thank you.

Brian Beck

Mr. Brian Beck
PO BOX 246
Naturita CO 814220246
Here2hunt@aol.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jerebcarter@gmail.com
**Sent:** Friday, October 28, 2016 9:52 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jereb Carter

Mr. J Carter
PO BOX 3415
Telluride CO 814353415
Jerebcarter@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Tedfaris@gmail.com
**Sent:** Friday, October 28, 2016 9:54 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** you think south dakota is bad. Just try it

You protests that rival south dakota just try it

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ted faris

Mr. Ted Faris
PO BOX 3331
Telluride CO 814353331
Tedfaris@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

---

**From:** nbrown999@comcast.net
**Sent:** Friday, October 28, 2016 10:05 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Nancy Brown
2360 S Knox Ct
Denver CO 802195343
nbrown999@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kathyfoulk@hotmail.com
**Sent:** Friday, October 28, 2016 10:06 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kathy Foulk

Mrs. Kathy Foulk
22074 Day Star Dr
Parker CO 801388355
3037174520
kathyfoulk@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** norabanderson@gmail.com
**Sent:** Friday, October 28, 2016 10:07 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

NB Anderson

Mrs. NB Anderson
1301 Clayton St
Denver CO 802062469
7209330284
norabanderson@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** 2skyhawk2@gmail.com
**Sent:** Friday, October 28, 2016 10:31 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Colorado Native Dee Renee Ericks

Ms. Dee Renee Ericks
622 S Francis St
Port Angeles WA 983626433
2skyhawk2@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Scott.waguespack@cityofchicago.org
**Sent:** Friday, October 28, 2016 10:33 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop destructive oil and gas drilling in southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. Please protect these lands by NOT opening the region to oil and gas interests. I have enjoyed these lands with my grandparents, parents and children, and hope future generations will enjoy them free of the negative effects of oil and gas speculation and drilling.

These leases being considered will ruin decades of families that have enjoyed wilderness-quality lands, wildlife, recreation and cultural sites.

The final plan should protect all lands with wilderness characteristics so that present and future generations can continue to.enjoy and experience the lands.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Scott Waguespack

Mr. Scott Waguespack
1939 N Wilmot Ave
Chicago IL 606474427
Scott.waguespack@cityofchicago.org

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Katafronio@hotmail.com
**Sent:** Friday, October 28, 2016 10:34 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Cerisa Reynolds

Dr. Cerissa Reynolds
1213 78th Ave
Greeley CO 806348868
Katafronio@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mbrohman43@gmail.com
**Sent:** Friday, October 28, 2016 10:35 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. michael brohman
3429 Shoshone St
Denver CO 802113428
mbrohman43@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** frankp@sonic.net
**Sent:** Friday, October 28, 2016 10:52 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Frank Paysen

Mr. Frank Paysen
378 Menker Ave
San Jose CA 951282401
frankp@sonic.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gjones927@hotmail.com
**Sent:** Friday, October 28, 2016 10:54 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Georgia Jones
3750 N Cascade Ave Lot F85
Colorado Springs CO 809075240
7195645355
gjones927@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Edmarcus@comcast.net
**Sent:** Friday, October 28, 2016 11:01 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Edward Marcus

Mr. Edward Marcus
2010 Wynkoop Dr
Colorado Springs CO 809091419
Edmarcus@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jadecramer@outlook.com
**Sent:** Friday, October 28, 2016 11:05 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jacquelyn Cramer

Mrs. Jacquelyn Cramer
PO BOX 0583
Breckenridge CO 804240583
jadecramer@outlook.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** notarobot725@gmail.com
**Sent:** Friday, October 28, 2016 11:09 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dawn Laughlin

Ms. Dawn Laughlin
1527 Chestnut St Lot 19
Canon City CO 812124560
notarobot725@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** apowel20@gmail.com
**Sent:** Friday, October 28, 2016 11:14 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Allegra Spain

Mrs. Allegra Spain
720 Oak Ct
New Castle CO 816479428
360-319-5623
apowel20@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ThomasaHudson@Gmail.com
**Sent:** Friday, October 28, 2016 11:19 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Thomas Hudson
1638 Dyer Loop
Lochbuie CO 806035835
7203880597
ThomasaHudson@Gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mquiatt@q.com
**Sent:** Friday, October 28, 2016 11:20 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Peggy Quiatt
680 S Lashley Ln
Boulder CO 803055929
mquiatt@q.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** HannahMLarson@gmail.com
**Sent:** Friday, October 28, 2016 11:47 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hannah Larson

Ms. Hannah Larson
2311 East St
Golden CO 804016614
7204745008
HannahMLarson@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Marshamaerice1977@gmail.com
**Sent:** Saturday, October 29, 2016 12:15 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Miss Marsha Rice
3030 Orion Dr
Colorado Springs CO 809060908
7194932973
Marshamaerice1977@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** carterfayanna@gmail.com
**Sent:** Saturday, October 29, 2016 12:28 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Carolyn Draves

Ms. Carolyn Draves
2842 Seccomb St
Fort Collins CO 805266200
carterfayanna@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Rachel.david0393@gmail.com
**Sent:** Saturday, October 29, 2016 12:48 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Rachel

Ms. Rachel David
3015 W Whileaway Cir
Colorado Springs CO 809173523
Rachel.david0393@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** 13dazed@gmail.com
**Sent:** Saturday, October 29, 2016 1:09 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Shauna Shea

Ms. Shauna Shea
11484 County Road 2 S
Alamosa CO 811019616
13dazed@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Leslielong132@hotmail.con
**Sent:** Saturday, October 29, 2016 1:11 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Leslie Long
PO BOX 3447
Telluride CO 814353447
Leslielong132@hotmail.con

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Terrancarver@hotmail.com
**Sent:** Saturday, October 29, 2016 1:16 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Miss Terran Carver
303 Cleveland Pl
Carbondale CO 816236600
Terrancarver@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Julienilsson@comcast.net
**Sent:** Saturday, October 29, 2016 1:35 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Julie nilsson

Mrs. Julie Nilsson
5118 Abbey Rd
Fort Collins CO 805263965
Julienilsson@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Sereena_salzano@hotmail.com
**Sent:** Saturday, October 29, 2016 1:36 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sereenactment Salzano Depkin

Mrs. Sereena Salzano Depkin
21355 E Prentice Ln
Centennial CO 800156451
Sereena_salzano@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Thatis1@hotmail.com
**Sent:** Saturday, October 29, 2016 2:07 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Have a beautiful day

Mr. Clinton Terhune
15466 Black Bridge Rd
Paonia CO 814287106
19706979676
Thatis1@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** barker66@gmail.com
**Sent:** Saturday, October 29, 2016 2:31 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ben Barker

Mr. Ben Barker
3636 Corliss Ave N
Seattle WA 981039115
barker66@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** marlak54@hotmail.com
**Sent:** Saturday, October 29, 2016 2:35 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Marla Trennepohl
1200 Florida Rd Apt 33
Durango CO 813014488
9287072047
marlak54@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Priya.francek@gmail.com
**Sent:** Saturday, October 29, 2016 3:01 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Priya S. Francek

Mrs. Priya Francek
12223 W 2nd Pl
Lakewood CO 802281569
7203613156
Priya.francek@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Ben.francek@gmail.com
**Sent:** Saturday, October 29, 2016 3:09 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ben Francek

Mr. Ben Francek
12223 W 2nd Pl Apt 11-103
Lakewood CO 802281569
Ben.francek@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Susan.Knopf@gmail.com
**Sent:** Saturday, October 29, 2016 3:59 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Susan Knopf

Ms. Susan Knopf
191 Elkview Rd
Silverthorne CO 804989551
970468124
Susan.Knopf@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** DAlpern702@aol.com
**Sent:** Saturday, October 29, 2016 4:24 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Dianne Alpern
4318 Eldorado Springs Dr
Boulder CO 803039613
DAlpern702@aol.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Faithinheroes@gmail.com
**Sent:** Saturday, October 29, 2016 5:17 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Manuel Almodovar

Mr. Manuel Almodovar
10192 W Jewell Ave
Lakewood CO 802326291
7204164305
Faithinheroes@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** malinb03@gmail.com
**Sent:** Saturday, October 29, 2016 5:52 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Malin Bengtsson

Ms. Malin Bengtsson
315 E 7th St
Leadville CO 804613128
malinb03@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** raphaelparea51@gmail.com
**Sent:** Saturday, October 29, 2016 5:55 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Susan Raphael

Ms. Susan Raphael
29874 Navarro Ridge Rd
Albion CA 954109720
raphaelparea51@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Gretchenbn@icloud.com
**Sent:** Saturday, October 29, 2016 6:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Gretchen Nassar

Ms. Gretchen Nassar
907 Akin Ave
Fort Collins CO 805212526
970-231-8210
Gretchenbn@icloud.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** manodaland@gmail.com
**Sent:** Saturday, October 29, 2016 6:45 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Oil and gas develpment only destroys the environment and enriches the corporations. The people of America desrve better.

Thank you.

Ms. Molly Noland
460 K St
Penrose CO 812409756
manodaland@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Nstewart1921@comcast.net
**Sent:** Saturday, October 29, 2016 7:15 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Please prioritize protecting our natural scenic resources.

Ms. Nancy Stewart
1921 Sequoia St
Fort Collins CO 805251539
9704302000
Nstewart1921@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** bjpru65013@gmail.com
**Sent:** Saturday, October 29, 2016 7:26 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Barbara Pruett

Mrs. Barb Pruett
2607 Melvina St
Canon City CO 812128815
7194297408
bjpru65013@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lauren.drabble@gmail.com
**Sent:** Saturday, October 29, 2016 7:50 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Lauren Drabble
8691 S Warhawk Rd
Conifer CO 804339606
lauren.drabble@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** djberlin@earthlink.net
**Sent:** Saturday, October 29, 2016 8:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jolene Berlin

Ms. Jolene Berlin
160 Deerbrush Ct
Woodland Park CO 808639059
719-661-3094
djberlin@earthlink.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Roeglioni@gmail.com
**Sent:** Saturday, October 29, 2016 9:09 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Jasson Roeglin
2358 Silent Rain Dr
Colorado Springs CO 809193005
4147043934
Roeglioni@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lewis_michl1@hotmail.com
**Sent:** Saturday, October 29, 2016 9:16 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Michelle Lewis

Mrs. Michelle Lewis
1913 Griffith Pl
Longmont CO 805017168
lewis_michl1@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Centerforlifechange@gmail.com
**Sent:** Saturday, October 29, 2016 9:19 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Jane Plattner
22041 Paradise Cir
Golden CO 804019437
Centerforlifechange@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** joanna.whitney@gmx.com
**Sent:** Saturday, October 29, 2016 9:21 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

It's time to explore FREE energy and stop polluting our fresh drinking water.

Thank you.

Joanna Whitney

Ms. Joanna Whitney
2635 Federal Blvd
Denver CO 802114778
joanna.whitney@gmx.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** edfoodyo@gmail.com
**Sent:** Saturday, October 29, 2016 9:21 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ed Vaughn

Mr. Edgar Vaughn
40160 Mathews Ln
Paonia CO 814286322
edfoodyo@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Taliarh424@gmail.com
**Sent:** Saturday, October 29, 2016 9:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Talia Schiavone
220 Illinois Ave
Manitou Springs CO 808291627
Taliarh424@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Morganmetzger@hotmail.com
**Sent:** Saturday, October 29, 2016 9:42 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Morgan

Mr. Morgan Metzger
999 Mountain Home Rd
Woodside CA 940622519
Morganmetzger@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Colbyleighwells@gmail.com
**Sent:** Saturday, October 29, 2016 9:54 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Colby Wells
PO BOX 2812
Silverthorne CO 804982812
Colbyleighwells@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Kslooney.ee@gmail.com
**Sent:** Saturday, October 29, 2016 9:55 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Karen Looney

Ms. Karen Looney
6495 Kalua Rd
Boulder CO 803013133
Kslooney.ee@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ErichNiermann@gmail.com
**Sent:** Saturday, October 29, 2016 9:56 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Erich Niermann

Mr. Erich Niermann
36639 M50 Rd
Hotchkiss CO 814199392
3036427905
ErichNiermann@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Bleubleu2006@gmail.com
**Sent:** Saturday, October 29, 2016 10:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Julianne Ross

Mrs. Julianne Ross
8780 Steeplechase Dr
Franktown CO 801168578
Bleubleu2006@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** marsdenscott@gmail.com
**Sent:** Saturday, October 29, 2016 10:15 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Maureen Marsden

Ms. Maureen Marsden
314 Laura Ave
Black Hawk CO 804224305
marsdenscott@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Tater311@gmail.com
**Sent:** Saturday, October 29, 2016 10:22 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nathan jesse

Mr. Nathan Jesse
1923 Eastlawn Ave
Durango CO 813014832
Tater311@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** 1929modelapickup@gmail.com
**Sent:** Saturday, October 29, 2016 10:24 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dave ;-)

Mr. William D Beadles
308 W Fillmore St
Colorado Springs CO 809076039
7196325443
1929modelapickup@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** alima.friar@gmail.com
**Sent:** Saturday, October 29, 2016 10:26 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt a no leasing plan for the area in and around the North Fork Valley.

Thank you.

Susan Friar

Mrs. Susan Friar
PO BOX 1317
Paonia CO 814281317
alima.friar@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** timoteo6@earthlink.net
**Sent:** Saturday, October 29, 2016 11:04 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Timothy Owens

Mr. Timothy Owens
35210 Hanson Mesa Rd
Hotchkiss CO 814196701
9704816636
timoteo6@earthlink.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jhgottlieb@gmail.com
**Sent:** Saturday, October 29, 2016 11:19 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Jonathan Gottlieb
4 Greenwood Rd
Natick MA 017603346
jhgottlieb@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Taonzen@gmail.com
**Sent:** Saturday, October 29, 2016 11:23 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Simon Templar

Dr. Simon Templar
8221 SW 128th St
Miami FL 331565928
7861234567
Taonzen@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** me3db@att.net
**Sent:** Saturday, October 29, 2016 11:24 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dirk Boswell

Mr. Dirk Boswell
4499 Parfet St
Wheat Ridge CO 800332651
me3db@att.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Nevada.Pat@Gmail.com
**Sent:** Saturday, October 29, 2016 11:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Pat hunter

Mrs. Patricia Hunter
8704 3100 Rd
Hotchkiss CO 814199102
9708723439
Nevada.Pat@Gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jmcarey10@gmail.com
**Sent:** Saturday, October 29, 2016 11:44 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jeannette Carey

Miss Jeannette Carey
12999 Minerich Rd
Paonia CO 814287117
3307496516
jmcarey10@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jennx7@msn.com
**Sent:** Saturday, October 29, 2016 11:47 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jennifer hubbard

Mrs. Jennifer Hubbard
PO BOX 211599
Denver CO 802210381
3034268100
Jennx7@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** bpratt@sunfedhomes.com
**Sent:** Saturday, October 29, 2016 11:52 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Bryan Pratt
11155 Grenadier Rd
Woodland Park CO 808632702
7194390669
bpratt@sunfedhomes.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** bellvuerobin@gmail.com
**Sent:** Saturday, October 29, 2016 12:00 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Robin MacDonald

Ms. Robin MacDonald
5409 Rist Canyon Rd
Bellvue CO 805126036
bellvuerobin@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Blaundjones@hotmail.com
**Sent:** Saturday, October 29, 2016 12:00 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Amanda Stevens

Ms. Amanda Stevens
1631 N 19th St
Grand Junction CO 815016615
Blaundjones@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** britanyafelix@gmail.com
**Sent:** Saturday, October 29, 2016 12:02 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Britany Felix

Mrs. Britany Felix
2929 Tremont St
Colorado Springs CO 809076067
3179101569
britanyafelix@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** krshaddock@gmail.com
**Sent:** Saturday, October 29, 2016 12:28 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

KS

Mr. Karl Shaddock
2515 S 12th St
Lincoln NE 685023513
krshaddock@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jltco910@hotmail.com
**Sent:** Saturday, October 29, 2016 12:47 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jill L Tripp

Ms. Jill Tripp
135 Garden Dr
Penrose CO 812409244
jltco910@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** martha.ollis54@gmail.com
**Sent:** Saturday, October 29, 2016 1:01 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Allow solar and wind options to develope sustainable energy sources and  protect wildlife habitat.

Ms. Martha Ollis
676 Lenoir Rd
Morganton NC 286559328
martha.ollis54@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** hollieclausen@gmail.com
**Sent:** Saturday, October 29, 2016 1:08 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hollie Clausen

Ms. Hollie Clausen
555 Rossi Rd
Geyserville CA 954419646
hollieclausen@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Picjacki@gmail.com
**Sent:** Saturday, October 29, 2016 1:09 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jacqueline Piccola

Ms. Jacqueline Piccola
6840 W 80th Cir
Arvada CO 800032033
7206561746
Picjacki@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** magic@ecentral.com
**Sent:** Saturday, October 29, 2016 1:14 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Lawrence Crowley
441 Pheasant Run
Louisville CO 800271141
3036660640
magic@ecentral.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** Linda@HOLscience.com
**Sent:** Saturday, October 29, 2016 1:35 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Linda Jeschofnig

Mrs. Linda Jeschofnig
5057 S Allison Way
Littleton CO 801231205
9703199205
Linda@HOLscience.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jonbop45@hotmail.com
**Sent:** Saturday, October 29, 2016 1:37 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

John

Mr. John Whitney
1808 Spruce Ave
Longmont CO 805014764
jonbop45@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Hmeierdierck@gmail.com
**Sent:** Saturday, October 29, 2016 2:30 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Heather Meierdierck
10269 Rotherwood Cir
Highlands Ranch CO 801308891
Hmeierdierck@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Stormy3655@bellsouth.net
**Sent:** Saturday, October 29, 2016 2:38 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Shelli Ecklund
954 Tropic Blvd
Delray Beach FL 334834955
Stormy3655@bellsouth.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kateshofner@hotmail.com
**Sent:** Saturday, October 29, 2016 2:39 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kate Shofner

Mrs. Kate Shofner
8622 Cub Creek Trl
Conifer CO 804339734
kateshofner@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Ann.morsching@gmail.com
**Sent:** Saturday, October 29, 2016 2:53 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ann Olson

Mrs. Ann Olson
190 Blue Grouse Dr
Canon City CO 812129461
719-315-1988
Ann.morsching@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Livingasana@gmail.com
**Sent:** Saturday, October 29, 2016 2:57 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Natalie Pritchett
PO BOX 299
Finley TN 380300299
Livingasana@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** veronicasellsdenver@gmail.com
**Sent:** Saturday, October 29, 2016 3:10 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Veronica Montoya

Ms. Veronica Montoya
2534 W 35th Ave
Denver CO 802112847
303-868-9496
veronicasellsdenver@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** brashearshunter@gmail.com
**Sent:** Saturday, October 29, 2016 3:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hunter Brashears

Mr. Hunter Brashears
501 W Lake St
Fort Collins CO 805214686
brashearshunter@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** sherwooddunlop@gmail.com
**Sent:** Saturday, October 29, 2016 3:43 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

Colorado's natural beauty is it's most valuable long-term asset, one that benefits all people through numerous pathways, it's not a realistic exchange to destroy nature to benefit private extraction investors short-term.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincere gratitude for your attention to the needs of the future,

Sherwood

Ms. Sherwood Dunlop
1025 Wakerobin Ln
Fort Collins CO 805264157
sherwooddunlop@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** alycehudnell@hotmail.com
**Sent:** Saturday, October 29, 2016 3:44 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Alyce Hudnell
PO BOX 703
Burlington CO 808070703
alycehudnell@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** marymuncie@gmail.com
**Sent:** Saturday, October 29, 2016 3:54 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

mary lung

Mrs. mary lung
209 Pine Dr
Bailey CO 804212322
3038167134
marymuncie@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gittapierro@gmail.com
**Sent:** Saturday, October 29, 2016 3:57 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kristina Almquist Zekley

Ms. Kristina Almquist Zekley
PO BOX 243
Comptche CA 954270243
7079373708
gittapierro@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** clwilcox321@gmail.com
**Sent:** Saturday, October 29, 2016 4:36 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado ... and in the whole country!!

Around the country, the concerns of citizens and the health of the earth is taking a lower priority than the economic interests of oil and gas companies. Are you going to destroy the earth and deplete these resources before we get serious about alternatives? Why not now? Why not prioritize quality of life, purity of water and food, and the health of native species now??

The tipping point is already here. Can we not see where this is going? We must protect the earth for future generations.

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

AND the local citizens should have a voice in a decision that so dramatically affects their quality of life. The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Please listen.
Thank you.

Cynthia Wilcox

Dr. Cynthia WIlcox
61 Benthaven Pl
Boulder CO 803056255
301-471-7939
clwilcox321@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** steventwocrafty@gmail.com
**Sent:** Saturday, October 29, 2016 4:46 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Steven A Craft

Mr. Steven Craft
180 S Pratt Pkwy
Longmont CO 805015781
5054158931
steventwocrafty@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dlbaileypa@comcast.net
**Sent:** Saturday, October 29, 2016 4:57 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dorothy Bailey

Ms. Dorothy Bailey
1023 Greenbriar Rd
York PA 174041203
dlbaileypa@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jamienparrish@gmail.com
**Sent:** Saturday, October 29, 2016 5:24 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jamie chesser

Ms. Jamie Chesser
3210 Osceola St
Denver CO 802121742
Jamienparrish@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** loriehartley@gmail.com
**Sent:** Saturday, October 29, 2016 6:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lorie Hartley

Miss Lorie Hartley
6350 Kinney Creek Rd
Evergreen CO 804395419
7278049280
loriehartley@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tiolipriya@gmail.com
**Sent:** Saturday, October 29, 2016 6:28 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kaley Wolff

Miss Kaley Wolff
6371 Crestbrook Dr
Morrison CO 804652227
8089877607
tiolipriya@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** matthew.quinn@western.edu
**Sent:** Saturday, October 29, 2016 6:30 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Matt Quinn

Mr. Matt Quinn
109 N Boulevard St
Gunnison CO 812303012
9703970225
matthew.quinn@western.edu

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lee@webcoyote.com
**Sent:** Saturday, October 29, 2016 6:31 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Do the right thing!

Mr. Thomas Lee Willoughby
760 Pinon Ridge Dr
Woodland Park CO 808632386
7196860120
lee@webcoyote.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Xfire73x@hotmail.com
**Sent:** Saturday, October 29, 2016 6:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jamie Hoagland

Ms. Jamie Hoagland
4850 Taylor St N
Saint Petersburg FL 337143250
Xfire73x@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** julian.stenzel.martins@gmail.com
**Sent:** Saturday, October 29, 2016 7:05 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Julian Stenzel Martins

Mr. Julian Martins
4500 Baseline Rd Apt 4204
Boulder CO 803038226
7204857744
julian.stenzel.martins@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** teamlafollette@msn.com
**Sent:** Saturday, October 29, 2016 7:23 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

J LaFollette

Mrs. Jennifer LaFollette
463 Red Gulch Rd
Lyons CO 805408830
teamlafollette@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Bry62094@gmail.com
**Sent:** Saturday, October 29, 2016 7:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Bryanna Owens

Ms. Bryanna Owens
3037 Coal Mine Ave
Rifle CO 816503930
9704042597
Bry62094@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Odanshan@gmail.com
**Sent:** Saturday, October 29, 2016 8:04 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Shannon

Ms. Shannon ODaniel
4806 Sprucewood Dr
Colorado Springs CO 809182622
Odanshan@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** voncarlowitz@gmail.com
**Sent:** Saturday, October 29, 2016 8:20 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cameron Ryland

Ms. Cameron Ryland
700 E Drake Rd
Fort Collins CO 805254620
9703080738
voncarlowitz@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Rroyer1987@gmail.com
**Sent:** Saturday, October 29, 2016 8:28 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Rachel Royer

Ms. Rachel Royer
6350 Kinney Creek Rd
Evergreen CO 804395419
3034353531
Rroyer1987@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Alexi.sandov@gmail.com
**Sent:** Saturday, October 29, 2016 8:30 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Alexi C Sandoval

Miss Alexi Sandoval
4421 S Utica St
Denver CO 802363420
Alexi.sandov@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Sandyldoherty@gmail.com
**Sent:** Saturday, October 29, 2016 8:34 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

SandyDoherty

Ms. Sandy Doherty
224 Milky Way Dr
Fort Collins CO 805253928
Sandyldoherty@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** annetteysloan@gmail.com
**Sent:** Saturday, October 29, 2016 9:00 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Annette Sloan

Ms. Annette Sloan
432 Hampstead Ave
Castle Rock CO 801043241
annetteysloan@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** earleyc@hotmail.com
**Sent:** Saturday, October 29, 2016 9:05 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Christopher Earley

Mr. Christopher Earley
1525 Yates St Apt 207
Denver CO 802041072
7209461899
earleyc@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** quarantine@messaging.microsoft.com
**Sent:** Saturday, October 29, 2016 9:13 PM
**To:** Responses User
**Subject:** Spam Notification: 108 New Messages

Dear responses@tws.org:

You have 108 new spam-quarantined messages as of Oct 30, 2016 12:00 AM (UTC) which are listed below along with the actions that can be taken:

**Release to Inbox:** Send the message to your Inbox.

**Report as Not Junk:** Send a copy of the message to Microsoft for analysis.

| Sender | Subject | Date (UTC) | Size | Release | Report |
|---|---|---|---|---|---|
| "Wden5555@yahoo.com" <Wden5555@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 12:08 AM | 27154 | Release to Inbox | Report as Not Junk |
| "Wden5555@yahoo.com" <Wden5555@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 12:08 AM | 26406 | Release to Inbox | Report as Not Junk |
| "winnie_smth@yahoo.com" <winnie_smth@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 12:10 AM | 27553 | Release to Inbox | Report as Not Junk |
| "winnie_smth@yahoo.com" <winnie_smth@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 12:10 AM | 27655 | Release to Inbox | Report as Not Junk |
| "evansdiane219@yahoo.com" <evansdiane219@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 12:27 AM | 28217 | Release to Inbox | Report as Not Junk |
| "evansdiane219@yahoo.com" <evansdiane219@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 12:27 AM | 28882 | Release to Inbox | Report as Not Junk |
| "pmespelage@yahoo.com" <pmespelage@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 12:37 AM | 28209 | Release to Inbox | Report as Not Junk |
| "pmespelage@yahoo.com" <pmespelage@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 12:37 AM | 28413 | Release to Inbox | Report as Not Junk |
| "Here2hunt@aol.com" <Here2hunt@aol.com> | Opening up Colorado to energy development | Oct 29, 2016 1:19 AM | 28362 | Release to Inbox | Report as Not Junk |
| "Lnsail1@yahoo.com" <Lnsail1@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 1:47 AM | 28896 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "Lnsail1@yahoo.com" <Lnsail1@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 1:47 AM | 28231 | Release to Inbox | Report as Not Junk |
| "conroeluzius@yahoo.com" <conroeluzius@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 2:14 AM | 28575 | Release to Inbox | Report as Not Junk |
| "conroeluzius@yahoo.com" <conroeluzius@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 2:14 AM | 28778 | Release to Inbox | Report as Not Junk |
| "deohutch@yahoo.com" <deohutch@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 2:27 AM | 27808 | Release to Inbox | Report as Not Junk |
| "deohutch@yahoo.com" <deohutch@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 2:27 AM | 27684 | Release to Inbox | Report as Not Junk |
| "mithril92000@yahoo.com" <mithrii92000@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 3:01 AM | 28657 | Release to Inbox | Report as Not Junk |
| "mithril92000@yahoo.com" <mithril92000@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 3:01 AM | 27152 | Release to Inbox | Report as Not Junk |
| "jamesfoleyca@aol.com" <jamesfoleyca@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 4:23 AM | 26616 | Release to Inbox | Report as Not Junk |
| "jamesfoleyca@aol.com" <jamesfoleyca@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 4:23 AM | 28477 | Release to Inbox | Report as Not Junk |
| "deneec@yahoo.com" <deneec@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 4:37 AM | 27601 | Release to Inbox | Report as Not Junk |
| "deneec@yahoo.com" <deneec@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 4:37 AM | 10748 | Release to Inbox | Report as Not Junk |
| "Jwm7273@yahoo.com" <Jwm7273@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 4:53 AM | 27444 | Release to Inbox | Report as Not Junk |
| "Jwm7273@yahoo.com" <Jwm7273@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 4:53 AM | 28068 | Release to Inbox | Report as Not Junk |
| "pgcalico@yahoo.com" <pgcalico@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:22 AM | 27976 | Release to Inbox | Report as Not Junk |
| "pgcalico@yahoo.com" <pgcalico@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:22 AM | 28165 | Release to Inbox | Report as Not Junk |
| "lesjeuxsontfait@yahoo.com" <lesjeuxsontfait@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 5:45 AM | 26723 | Release to Inbox | Report as Not Junk |
| "lesjeuxsontfait@yahoo.com" <lesjeuxsontfait@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 5:45 AM | 28401 | Release to Inbox | Report as Not Junk |
| "Crystalhart_cmt@yahoo.com" <Crystalhart_cmt@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 6:21 AM | 29042 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "Crystalhart_cmt@yahoo.com" <Crystalhart_cmt@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 6:21 AM | 28994 | Release to Inbox | Report as Not Junk |
| "dianepix@yahoo.com" <dianepix@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 7:34 AM | 27415 | Release to Inbox | Report as Not Junk |
| "dianepix@yahoo.com" <dianepix@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 7:34 AM | 28253 | Release to Inbox | Report as Not Junk |
| "jordanmichaelkruger@yahoo.com" <jordanmichaelkruger@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 7:34 AM | 29597 | Release to Inbox | Report as Not Junk |
| "jordanmichaelkruger@yahoo.com" <jordanmichaelkruger@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 7:34 AM | 27804 | Release to Inbox | Report as Not Junk |
| "DAlpern702@aol.com" <DAlpern702@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:24 AM | 28169 | Release to Inbox | Report as Not Junk |
| "trinalovato@yahoo.com" <trinalovato@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:55 AM | 29217 | Release to Inbox | Report as Not Junk |
| "trinalovato@yahoo.com" <trinalovato@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:55 AM | 28206 | Release to Inbox | Report as Not Junk |
| "Amylko@aol.com" <Amylko@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 9:31 AM | 27980 | Release to Inbox | Report as Not Junk |
| "Amylko@aol.com" <Amylko@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 9:31 AM | 13277 | Release to Inbox | Report as Not Junk |
| "jewlesjulian@yahoo.com" <jewlesjulian@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 10:33 AM | 28355 | Release to Inbox | Report as Not Junk |
| "jewlesjulian@yahoo.com" <jewlesjulian@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 10:33 AM | 26786 | Release to Inbox | Report as Not Junk |
| "liisam643@yahoo.com" <liisam643@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 12:16 PM | 28465 | Release to Inbox | Report as Not Junk |
| "liisam643@yahoo.com" <liisam643@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 12:17 PM | 27726 | Release to Inbox | Report as Not Junk |
| "Phaticeclimb@yahoo.com" <Phaticeclimb@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 12:46 PM | 28402 | Release to Inbox | Report as Not Junk |
| "Phaticeclimb@yahoo.com" <Phaticeclimb@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 12:46 PM | 26718 | Release to Inbox | Report as Not Junk |
| "Lisa525i@aol.com" <Lisa525i@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 1:32 PM | 28733 | Release to Inbox | Report as Not Junk |
| "Lisa525i@aol.com" <Lisa525i@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 1:32 PM | 28091 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "jrose420us@yahoo.co" <jrose420us@yahoo.co> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 1:40 PM | 28920 | Release to Inbox | Report as Not Junk |
| "jrose420us@yahoo.co" <jrose420us@yahoo.co> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 1:40 PM | 28155 | Release to Inbox | Report as Not Junk |
| "mjgrant7@yahoo.com" <mjgrant7@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 2:37 PM | 27967 | Release to Inbox | Report as Not Junk |
| "mjgrant7@yahoo.com" <mjgrant7@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 2:37 PM | 26892 | Release to Inbox | Report as Not Junk |
| "lvhatfield@yahoo.com" <lvhatfield@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 3:04 PM | 23796 | Release to Inbox | Report as Not Junk |
| "lvhatfield@yahoo.com" <lvhatfield@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 3:04 PM | 23639 | Release to Inbox | Report as Not Junk |
| "Fireman261a@yahoo.com" <Fireman261a@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 3:25 PM | 27815 | Release to Inbox | Report as Not Junk |
| "Fireman261a@yahoo.com" <Fireman261a@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 3:25 PM | 27972 | Release to Inbox | Report as Not Junk |
| "Maiyahannon@yahoo.com" <Maiyahannon@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 3:26 PM | 28966 | Release to Inbox | Report as Not Junk |
| "Maiyahannon@yahoo.com" <Maiyahannon@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 3:26 PM | 28731 | Release to Inbox | Report as Not Junk |
| "Mbrundin@ymail.com" <Mbrundin@ymail.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 3:53 PM | 27694 | Release to Inbox | Report as Not Junk |
| "Mbrundin@ymail.com" <Mbrundin@ymail.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 3:53 PM | 29913 | Release to Inbox | Report as Not Junk |
| "centralmainebooks@yahoo.com" <centralmainebooks@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 4:03 PM | 28053 | Release to Inbox | Report as Not Junk |
| "centralmainebooks@yahoo.com" <centralmainebooks@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 4:03 PM | 26773 | Release to Inbox | Report as Not Junk |
| "Chpeel7@yahoo.com" <Chpeel7@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 4:53 PM | 27944 | Release to Inbox | Report as Not Junk |
| "Chpeel7@yahoo.com" <Chpeel7@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 4:53 PM | 27722 | Release to Inbox | Report as Not Junk |
| "shoupy11@yahoo.com" <shoupy11@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 4:56 PM | 28471 | Release to Inbox | Report as Not Junk |
| "shoupy11@yahoo.com" <shoupy11@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 4:56 PM | 30205 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "crberg2890@yahoo.com" <crberg2890@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 5:09 PM | 28540 | Release to Inbox | Report as Not Junk |
| "crberg2890@yahoo.com" <crberg2890@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 29, 2016 5:09 PM | 29374 | Release to Inbox | Report as Not Junk |
| "fyimhappy@yahoo.com" <fyimhappy@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:11 PM | 28939 | Release to Inbox | Report as Not Junk |
| "fyimhappy@yahoo.com" <fyimhappy@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:11 PM | 28089 | Release to Inbox | Report as Not Junk |
| "sebectrout@yahoo.com" <sebectrout@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:20 PM | 25252 | Release to Inbox | Report as Not Junk |
| "sebectrout@yahoo.com" <sebectrout@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:20 PM | 27671 | Release to Inbox | Report as Not Junk |
| "sebectrout@yahoo.com" <sebectrout@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 5:22 PM | 26432 | Release to Inbox | Report as Not Junk |
| "sebectrout@yahoo.com" <sebectrout@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 5:22 PM | 25661 | Release to Inbox | Report as Not Junk |
| "junkwitch@yahoo.com" <junkwitch@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:34 PM | 28980 | Release to Inbox | Report as Not Junk |
| "junkwitch@yahoo.com" <junkwitch@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:34 PM | 27129 | Release to Inbox | Report as Not Junk |
| "mcf79970204@yahoo.com" <mcf79970204@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:35 PM | 27773 | Release to Inbox | Report as Not Junk |
| "mcf79970204@yahoo.com" <mcf79970204@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:35 PM | 26533 | Release to Inbox | Report as Not Junk |
| "crabcovelmr@yahoo.com" <crabcovelmr@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:37 PM | 27817 | Release to Inbox | Report as Not Junk |
| "crabcovelmr@yahoo.com" <crabcovelmr@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 5:37 PM | 27955 | Release to Inbox | Report as Not Junk |
| "sandiwalters@yahoo.com" <sandiwalters@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 6:02 PM | 28488 | Release to Inbox | Report as Not Junk |
| "sandiwalters@yahoo.com" <sandiwalters@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 29, 2016 6:02 PM | 12314 | Release to Inbox | Report as Not Junk |
| "Odedmyers@yahoo.com" <Odedmyers@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 6:37 PM | 29518 | Release to Inbox | Report as Not Junk |
| "Odedmyers@yahoo.com" <Odedmyers@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 6:37 PM | 27208 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "jasonmalczyk@yahoo.com" <jasonmalczyk@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 6:50 PM | 27617 | Release to Inbox | Report as Not Junk |
| "jasonmalczyk@yahoo.com" <jasonmalczyk@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 6:50 PM | 27705 | Release to Inbox | Report as Not Junk |
| "shonierose@yahoo.com" <shonierose@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 6:53 PM | 28824 | Release to Inbox | Report as Not Junk |
| "shonierose@yahoo.com" <shonierose@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 6:53 PM | 28937 | Release to Inbox | Report as Not Junk |
| "Maryanne.embury@yahoo.com" <Maryanne.embury@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:00 PM | 28856 | Release to Inbox | Report as Not Junk |
| "Maryanne.embury@yahoo.com" <Maryanne.embury@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:00 PM | 28719 | Release to Inbox | Report as Not Junk |
| "Wakesk888@yahoo.com" <Wakesk888@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:14 PM | 28216 | Release to Inbox | Report as Not Junk |
| "Wakesk888@yahoo.com" <Wakesk888@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:14 PM | 28916 | Release to Inbox | Report as Not Junk |
| "ergreenman@aol.com" <ergreenman@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:19 PM | 27974 | Release to Inbox | Report as Not Junk |
| "ergreenman@aol.com" <ergreenman@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:19 PM | 28038 | Release to Inbox | Report as Not Junk |
| "mikekraidy@Yahoo.com" <mikekraidy@Yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:23 PM | 27583 | Release to Inbox | Report as Not Junk |
| "mikekraidy@Yahoo.com" <mikekraidy@Yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:23 PM | 25147 | Release to Inbox | Report as Not Junk |
| "eatingrainbows@yahoo.com" <eatingrainbows@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:25 PM | 13517 | Release to Inbox | Report as Not Junk |
| "eatingrainbows@yahoo.com" <eatingrainbows@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 7:25 PM | 29219 | Release to Inbox | Report as Not Junk |
| "lena_mccown@rocketmail.com" <lena_mccown@rocketmail.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:13 PM | 29200 | Release to Inbox | Report as Not Junk |
| "lena_mccown@rocketmail.com" <lena_mccown@rocketmail.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:13 PM | 29199 | Release to Inbox | Report as Not Junk |
| "paddln@yahoo.com" <paddln@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:19 PM | 28920 | Release to Inbox | Report as Not Junk |
| "paddln@yahoo.com" <paddln@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:19 PM | 29008 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "Mickloca@yahoo.com" <Mickloca@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:33 PM | 27829 | Release to Inbox | Report as Not Junk |
| "Mickloca@yahoo.com" <Mickloca@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:33 PM | 28040 | Release to Inbox | Report as Not Junk |
| "Meandmyboys99@yahoo.com" <Meandmyboys99@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:45 PM | 28190 | Release to Inbox | Report as Not Junk |
| "Meandmyboys99@yahoo.com" <Meandmyboys99@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 8:45 PM | 29122 | Release to Inbox | Report as Not Junk |
| "Chskier@yahoo.com" <Chskier@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 11:20 PM | 27886 | Release to Inbox | Report as Not Junk |
| "Chskier@yahoo.com" <Chskier@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 11:20 PM | 28725 | Release to Inbox | Report as Not Junk |
| "Jasonm234@aol.com" <Jasonm234@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 11:56 PM | 12301 | Release to Inbox | Report as Not Junk |
| "Jasonm234@aol.com" <Jasonm234@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 29, 2016 11:56 PM | 28835 | Release to Inbox | Report as Not Junk |

© 2016 Microsoft Corporation. Aii rights reserved. | Acceptabie Use Poiicy | Privacy Notice

## Responses User

**From:** tlight12@hotmail.com
**Sent:** Saturday, October 29, 2016 9:17 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Teresa Riverwood

Ms. Teresa Riverwood
4727 Kester Ave Apt 101
Sherman Oaks CA 914032077
tlight12@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Destin.blevins@gmail.com
**Sent:** Saturday, October 29, 2016 9:23 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

SGT. Destin M. Blevins (RET.)

Mr. Destin Blevins
7667 Old Spec Rd
Peyton CO 808316157
Destin.blevins@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lwasylkevych@gmail.com
**Sent:** Saturday, October 29, 2016 9:32 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lesia Wasylkevych

Ms. Lesia Wasylkevych
6045 Carr St
Arvada CO 800045405
Lwasylkevych@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Denneye26@hotmail.com
**Sent:** Saturday, October 29, 2016 9:44 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dennis Bass

Mr. Dennis Bass
21023 E Doane Pl
Aurora CO 800138466
Denneye26@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** 123mattmiller321@gmail.com
**Sent:** Saturday, October 29, 2016 9:48 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Matt Miller

Mr. Matt Miller
620 Grandview Mdws Dr
Longmont CO 805038934
123mattmiller321@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Tlwinger123@gmail.com
**Sent:** Saturday, October 29, 2016 9:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Tonya Winger
12213 Deerfield Way
Broomfield CO 800205388
Tlwinger123@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mlange51@hotmail.com
**Sent:** Saturday, October 29, 2016 9:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Melinda K Lange

Ms. Melinda Lange
5351 S Federal Cir Apt 102
Littleton CO 801238300
3035137509
mlange51@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** nomadcycles@gmail.com
**Sent:** Saturday, October 29, 2016 10:02 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Daniel Goss

Mr. Daniel Goss
305 Chipeta Ave
Grand Junction CO 815012446
970-708-9971
nomadcycles@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** fearlesspumpernickle@gmail.com
**Sent:** Saturday, October 29, 2016 10:09 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Karen R. Nelson

Miss Karen Nelson
2532 Tishepi Trl
Flagstaff AZ 860053674
fearlesspumpernickle@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** Stellar08@hotmail.com
**Sent:** Saturday, October 29, 2016 10:24 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jolene Kelley

Mrs. Jolene Kelley
3600 S Pierce St
Lakewood CO 802352311
3308081166
Stellar08@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ficksurgeon@gmail.com
**Sent:** Saturday, October 29, 2016 10:25 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Jennifer Fick

Dr. Jennifer Fick
1778 Parkdale Cir N
Erie CO 805162403
ficksurgeon@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Dwyht2011@gmail.com
**Sent:** Saturday, October 29, 2016 10:48 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Maggie McCormick
5101 S Rio Grande St
Littleton CO 801208228
Dwyht2011@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Rkidberg@gmsil.com
**Sent:** Saturday, October 29, 2016 10:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Protect all land with wilderness characteristics

Thank you for the opportunity to comment on the draft Uncompahgre plan. The BLM must consider ways to protect important natural resources like wildlife habitat and wild and scenic rivers., I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

The draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness The draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites., including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Ralph Kisberg
1736 Almond St
Williamsport PA 177012512
Rkidberg@gmsil.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Talkingbksplus@hotmail.com
**Sent:** Saturday, October 29, 2016 11:16 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ceres Siatsis-Huck

Mrs. Ceres Siatsis-Huck
7104 S Albion St
Centennial CO 801222223
3039698848
Talkingbksplus@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Samantha.Farro@gmail.com
**Sent:** Saturday, October 29, 2016 11:21 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Samantha Farro

Dr. Samantha Farro
1885 S Quebec Way
Denver CO 802315628
Samantha.Farro@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** destine.robertson@gmail.com
**Sent:** Saturday, October 29, 2016 11:41 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Destine Robertson
19574 Silver Ranch Rd
Conifer CO 804335607
destine.robertson@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jessicadr2@gmail.com
**Sent:** Sunday, October 30, 2016 12:22 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jessica Bard

Mrs. Jessica Bard
2930 W Stuart St
Fort Collins CO 805266613
jessicadr2@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** ajslone@gmail.com
**Sent:** Sunday, October 30, 2016 12:23 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Amy Slone
438 N Parkside Dr Unit C
Longmont CO 805018904
ajslone@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Ty.patterson@hotmail.com
**Sent:** Sunday, October 30, 2016 12:28 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tyran Patterson

Mr. Tyran Patterson
11044 Macdonald Ave
Conifer CO 804334621
Ty.patterson@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Banditsbooks@msn.com
**Sent:** Sunday, October 30, 2016 12:44 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Don Huck

Mr. Don Huck
7104 S Albion St
Centennial CO 801222223
303 949 3668
Banditsbooks@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** csl@q.com
**Sent:** Sunday, October 30, 2016 12:53 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Cheryl Langevine
PO BOX 1165
Idaho Springs CO 804521165
csl@q.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** Bendbogues@gmail.com
**Sent:** Sunday, October 30, 2016 1:49 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

M. Bogue

Ms. M Bogue
21348 Oakview Dr
Bend OR 977019698
Bendbogues@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** carolynvt@hotmail.com
**Sent:** Sunday, October 30, 2016 2:10 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. c cipperly
1010 Blake Ave
Glenwood Springs CO 816013628
970-555-1212
carolynvt@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Snowknute@hitmail.com
**Sent:** Sunday, October 30, 2016 2:11 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lynn olson

Mrs. Lynn Olson
PO BOX 7016
Snowmass Vlg CO 816157016
970-6186495
Snowknute@hitmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** adrianeanile@gmail.com
**Sent:** Sunday, October 30, 2016 2:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Adriane Anile
2329 W 33rd Ave
Denver CO 802113325
adrianeanile@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Akiblake70@gmail.com
**Sent:** Sunday, October 30, 2016 2:34 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Alexandra Blake
PO BOX 157
Hotchkiss CO 814190157
Akiblake70@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Upliftingshawna@q.com
**Sent:** Sunday, October 30, 2016 4:09 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

I have family in the area and appreciate your consideration. Thank you.

Mrs. Shawna Brown
118 Bayhorse Rd
Bellevue ID 833135078
Upliftingshawna@q.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Grndpno@msn.com
**Sent:** Sunday, October 30, 2016 6:02 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

MS

Ms. Melody S
214 N Willow St
Castle Rock CO 801048506
Grndpno@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mmyfanawy24@msn.com
**Sent:** Sunday, October 30, 2016 7:41 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Marie Myfanawy

Ms. Marie Myfanawy
734 Galena St
Aurora CO 800103922
7203008978
mmyfanawy24@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** deirdrewait@gmail.com
**Sent:** Sunday, October 30, 2016 9:01 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** STOP!!!!! Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Deirdre Wait

Mrs. Deirdre Wait
16809 County Road 260
Salida CO 812019329
deirdrewait@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Donnadecoster@gmail.com
**Sent:** Sunday, October 30, 2016 9:08 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Donna Decoster
801 S Cherry St
Glendale CO 802462634
Donnadecoster@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Bdixon08@gmail.com
**Sent:** Sunday, October 30, 2016 10:11 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

B Thyfault, Future Southwest Colorado resident

Mrs. Brittni Thyfault
15028 Currency Dr
Baton Rouge LA 708176029
Bdixon08@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** fran.vogel@verizon.net
**Sent:** Sunday, October 30, 2016 10:12 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Fran Vogel
41 N Early St
Alexandria VA 223042609
fran.vogel@verizon.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Sterling_weber@hotmail.com
**Sent:** Sunday, October 30, 2016 10:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Sterling Weber
2995 Culbertson Ave
Rochester Hills MI 483075511
Sterling_weber@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mustangpat99@gmail.com
**Sent:** Sunday, October 30, 2016 10:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Pat Geraghty
1304 Edgewood Dr
Altoona WI 547202522
mustangpat99@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Magnew4566@sbcglobal.net
**Sent:** Sunday, October 30, 2016 10:14 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Margaret Agnew

Ms. Margaret Agnew
33088 Coyote Tract Trl
Trinidad CO 810823756
9372411089
Magnew4566@sbcglobal.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dhanimalfriend4@gmail.com
**Sent:** Sunday, October 30, 2016 10:14 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Devonte Henry
926 Blossomwood Ct
Arlington TX 760176128
dhanimalfriend4@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** bertcourson@hotmail.com
**Sent:** Sunday, October 30, 2016 10:14 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Robert Courson

Mr. Robert Courson
3812 Ridgeway Pl
Traverse City MI 496848955
2315999410
bertcourson@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** email4kroberts@gmail.com
**Sent:** Sunday, October 30, 2016 10:15 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development. This is some of the most beautiful land left in the lower 48. Leave it alone and the oil in the ground. The climate does not need it, nor do humans. We need renewable energy, not dirty energy.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Katharine Roberts

Ms. Katharine Roberts
PO BOX 127
Coyote NM 870120127
5055551212
email4kroberts@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Ditadauti@gmail.com
**Sent:** Sunday, October 30, 2016 10:16 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Dita Dauti
923 Terrace Mountain Dr
West Lake Hills TX 787462731
Ditadauti@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** wesgomer@hotmail.com
**Sent:** Sunday, October 30, 2016 10:18 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Wes Gomer

Dr. Wes Gomer
7726 John Carroll Dr
Abilene TX 796065410
3257939162
wesgomer@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kymwolfe@hotmail.com
**Sent:** Sunday, October 30, 2016 10:18 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kymberlee Wolfe

Ms. Kymberlee Wolfe
4315 Pickerington Rd
Carroll OH 431127705
7404070323
kymwolfe@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jjneumeist@gmail.com
**Sent:** Sunday, October 30, 2016 10:19 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. John Neumeister
508 W 172nd St
New York NY 100322331
3234595474
jjneumeist@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lilianahallman@gmail.com
**Sent:** Sunday, October 30, 2016 10:19 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Liliana

Ms. Liliana Hallman
5501 Irving Ave N
Brooklyn Center MN 554303072
lilianahallman@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** redrmg@hotmail.com
**Sent:** Sunday, October 30, 2016 10:20 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Rachel Goode
600 Oakmoor Dr
Homewood AL 352096424
redrmg@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** peg.thompson1922@centurylink.net
**Sent:** Sunday, October 30, 2016 10:21 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Peg Thompson
7790 S Wellington St
Centennial CO 801223141
peg.thompson1922@centurylink.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Aly_jade@hotmail.com
**Sent:** Sunday, October 30, 2016 10:24 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope. I personally purchase organic produce and wines from this area, and I would stop doing so if oil & gas development occurred.

Thank you.

Mrs. Alyssa Reindel
937 Wheel Cir
Carbondale CO 816231558
Aly_jade@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Rick.l.phillips@live.com
**Sent:** Sunday, October 30, 2016 10:24 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ricky Phillips

Mr. Ricky Phillips
9950 Credit River Blvd
Prior Lake MN 553729171
Rick.l.phillips@live.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** patricia.mcrae@unlv.edu
**Sent:** Sunday, October 30, 2016 10:25 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

I grew up in Colorado and cannot stand idly by as it is destroyed by fracking. Do not allow this dangerous and reckless greediness to overtake my beautiful home state please.

Thank you.

Patricia Baley

Mrs. Patricia Baley
4150 E Pinecrest Cir
Las Vegas NV 891214920
702-355-0977
patricia.mcrae@unlv.edu

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Christinelee@bellsouth.net
**Sent:** Sunday, October 30, 2016 10:28 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

CK

Ms. Christine Kriss
2406 24th Ave
Longmont CO 805038140
Christinelee@bellsouth.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** augierosiebubba@gmail.com
**Sent:** Sunday, October 30, 2016 10:28 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Susan Thompson
640 E Bow Maker Trl
Cottonwood AZ 863264990
augierosiebubba@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ylnats@pacbell.net
**Sent:** Sunday, October 30, 2016 10:29 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Stanly Martin

Mr. Stanly Martin
1048 Granada Dr
Pacifica CA 940443517
ylnats@pacbell.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** esm1503@gmail.com
**Sent:** Sunday, October 30, 2016 10:30 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Emily Miller

Ms. Emily Miller
709 Pecan Dr
Bellvue CO 805125629
esm1503@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** equalsmcsq@gmail.com
**Sent:** Sunday, October 30, 2016 10:30 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Valarie Kenworthy

Ms. Valarie Kenworthy
109 Ascot Ln
Blacksburg VA 240604019
9186938586
equalsmcsq@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jpguldan@gmail.com
**Sent:** Sunday, October 30, 2016 10:36 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. John Guldan
21587 W Lake Ave
Lake Villa IL 600467400
jpguldan@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** myethan97@comcast.net
**Sent:** Sunday, October 30, 2016 10:38 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Lori Misera
245 Dellenbaugh Rd
Tarentum PA 150843441
myethan97@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kjloomis@gmail.com
**Sent:** Sunday, October 30, 2016 10:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Keith Loomis

Mr. Keith Loomis
5022 W Bluff Dr
Keuka Park NY 144789546
kjloomis@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Camille365@gmail.com
**Sent:** Sunday, October 30, 2016 10:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Camille

Ms. Camille Jackson
1700 Villa Pl
Nashville TN 372123029
Camille365@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** qb37@hotmail.com
**Sent:** Sunday, October 30, 2016 10:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Barbara Quintana
PO BOX 28
Soulsbyville CA 953720028
qb37@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** willow15658@verizon.net
**Sent:** Sunday, October 30, 2016 10:40 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Carol Darr
114 Kissell Springs Rd
Ligonier PA 156582544
willow15658@verizon.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jrose@ameritech.net
**Sent:** Sunday, October 30, 2016 10:40 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Julia Rose
115 W Yates St
Ithaca NY 148503556
Jrose@ameritech.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** shawntracy074@gmail.com
**Sent:** Sunday, October 30, 2016 10:42 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

STracy

Ms. Shawn Tracy
4003 Grand Ave
Mchenry IL 600504317
shawntracy074@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lassitera214@gmail.com
**Sent:** Sunday, October 30, 2016 10:44 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

A very concerned citizen

Mrs. Andréa Lassiter
426 Old Highway 109
Portland TN 371484944
6152944656
lassitera214@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ach44@duke.edu
**Sent:** Sunday, October 30, 2016 10:45 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Aedan Hannon

Mr. Aedan Hannon
934 S High St
Denver CO 802094551
ach44@duke.edu

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kdkeough@outlook.com
**Sent:** Sunday, October 30, 2016 10:47 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Kathy Keough
1740 Riviera Dr
Redding CA 960014011
kdkeough@outlook.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** danlang@ceoexpess.com
**Sent:** Sunday, October 30, 2016 10:49 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Daniel Lang

Mr. Daniel Lang
2903 Lake Forest Dr
Greensboro NC 274083826
336-413-4517
danlang@ceoexpess.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** LMLEWISTP@msn.com
**Sent:** Sunday, October 30, 2016 10:50 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Linda Lewis

Ms. Linda Lewis
2838 Westminster Rd
Bethlehem PA 180173360
LMLEWISTP@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** taryn.olson.rn@gmail.com
**Sent:** Sunday, October 30, 2016 10:51 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Taryn Olson

Ms. Taryn Olson
15626 W 1st Dr
Golden CO 804015501
taryn.olson.rn@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Voodoomon33@gmail.com
**Sent:** Sunday, October 30, 2016 10:53 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Monica

Ms. Monica Rabanal
338 33 1/2 Rd
Palisade CO 815269511
303-810-3344
Voodoomon33@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** virginia_hughes@hotmail.com
**Sent:** Sunday, October 30, 2016 10:53 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Virginia Hughes

Ms. Virginia Hughes
7 Hawks Xing
Falmouth ME 041052800
2078388878
virginia_hughes@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jwriley4@gmail.com
**Sent:** Sunday, October 30, 2016 10:53 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jim Riley

Mr. Jim Riley
1011 Bross St
Longmont CO 805014310
3038171264
jwriley4@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** debbieking999@comcast.net
**Sent:** Sunday, October 30, 2016 10:55 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Debbie King
3129 Ozark St
Little Rock AR 722054336
debbieking999@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

---

**From:** Katiejobenjamin@gmail.com
**Sent:** Sunday, October 30, 2016 10:58 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

KAtiebrnjamun

Miss Katie Benjamin
61 Eastern Pkwy
Brooklyn NY 112385937
Katiejobenjamin@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** wheezy54@optonline.net
**Sent:** Sunday, October 30, 2016 11:01 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Lisa Shumate
62 Derfuss Ln
Blauvelt NY 109131608
wheezy54@optonline.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Pambo64@att.net
**Sent:** Sunday, October 30, 2016 11:01 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Pam Nolan

Miss Pam Nolan
1901 N Andrews Ave Apt 211
Wilton Manors FL 333113929
Pambo64@att.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Elynk18@hotmail.com
**Sent:** Sunday, October 30, 2016 11:02 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ellen linker

Mrs. Ellen Linker
37 Otter Trl
Westport CT 068804921
Elynk18@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mcovarrubias@msn.com
**Sent:** Sunday, October 30, 2016 11:05 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado!

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

It tuly is in our hands.

Ms. Michelle Ross
49 Hendrick St
Providence RI 029085217
9999999999
mcovarrubias@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Bedery108@gmail.com
**Sent:** Sunday, October 30, 2016 11:05 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Brigitte Edery

Ms. Brigitte Edery
2708 Del Curto Rd
Austin TX 787044826
Bedery108@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** marycouchoislim@gmail.com
**Sent:** Sunday, October 30, 2016 11:06 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mary Couchois

Miss Mary Couchois
1360 Lida St
Pasadena CA 911032338
8189134019
marycouchoislim@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** janf1907@gmail.com
**Sent:** Sunday, October 30, 2016 11:06 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Janet Falcone
1907 Sils Ave
Louisville KY 402052137
5024594683
janf1907@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** becky.bigley@gmail.com
**Sent:** Sunday, October 30, 2016 11:06 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Becky Campbell

Mrs. Becky Campbell
315 S Huron Ave
Sandpoint ID 838641614
becky.bigley@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** airsmaw@gmail.com
**Sent:** Sunday, October 30, 2016 11:07 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. William Airsman
3347 Mowry Pl
Westminster CO 800312762
airsmaw@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lmtraub@hotmail.com
**Sent:** Sunday, October 30, 2016 11:09 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lisa Traub

Ms. Lisa Traub
PO BOX 5411
Dillon CO 804355411
9703334086
Lmtraub@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** nynarabians@cox.net
**Sent:** Sunday, October 30, 2016 11:09 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lee Black

Mrs. Lee Black
13841 Proctor Valley Rd
Jamul CA 919353122
nynarabians@cox.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Audreyhuff17@gmail.com
**Sent:** Sunday, October 30, 2016 11:10 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Audrey Huff

Mrs. Audrey Huff
1715 30th St NW
Canton OH 447093223
Audreyhuff17@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kworacek@gmail.com
**Sent:** Sunday, October 30, 2016 11:10 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kourtney Woracek

Miss Kourtney Woracek
823 W 22nd St
Kearney NE 688455176
402-637-6780
kworacek@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Nburmaster84@gmail.com
**Sent:** Sunday, October 30, 2016 11:12 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nicole Burmaster

Mrs. Nicole Burmaster
6172 Winslow Dr
Huntington Beach CA 926472811
Nburmaster84@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** padro@tusco.net
**Sent:** Sunday, October 30, 2016 11:11 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Lynn Padro
2364 Ridge Rd NE
New Philadelphia OH 446637788
padro@tusco.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lcwrtrct@hotmail.com
**Sent:** Sunday, October 30, 2016 11:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Linda Wallon

Ms. Linda Wallon
12646 S Dove Creek Way
Parker CO 801344850
Lcwrtrct@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ibrand@realcapitalsolutions.com
**Sent:** Sunday, October 30, 2016 11:16 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Irma Brand

Ms. Irma Brand
32 Colt Pl
Bailey CO 804212106
ibrand@realcapitalsolutions.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Climberpat@sbcglobal.net
**Sent:** Sunday, October 30, 2016 11:16 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Patrick Nichols

Mr. Patrick Nichols
3229 Morning Dew Ave
Clifton CO 815207102
Climberpat@sbcglobal.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** hainesaccounts@gmail.com
**Sent:** Sunday, October 30, 2016 11:20 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Brian E Haines

Mr. Brian Haines
537 Francisco St
San Francisco CA 941331803
hainesaccounts@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** white@mwvmlaw.com
**Sent:** Sunday, October 30, 2016 11:21 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Roberta White
6206 Mountain Shadows Dr Apt B
Austin TX 787358032
(512) 288-8098
white@mwvmlaw.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** therowdygowdy@gmail.com
**Sent:** Sunday, October 30, 2016 11:24 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

MB Gowdy

Ms. MB Gowdy
PO BOX 14
Springer NM 877470014
5754474217
therowdygowdy@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tbower@tampabay.rr.com
**Sent:** Sunday, October 30, 2016 11:25 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. thomas bower
5877 114th Ter N
Pinellas Park FL 337822106
tbower@tampabay.rr.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** olson66@gmail.com
**Sent:** Sunday, October 30, 2016 11:28 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Andrew Olson
7602 Hampton Ave
West Hollywood CA 900465408
olson66@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gnowicki3@gmail.com
**Sent:** Sunday, October 30, 2016 11:28 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

G. Nowicki

Ms. Gina Nowicki
80470 Weyer Rd
Bruce Twp MI 480651236
gnowicki3@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** sasha.mink@gmail.com
**Sent:** Sunday, October 30, 2016 11:30 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Anastasia Mink

Ms. Anastasia Mink
409 Mill St
Greenwood DE 199506089
3022785305
sasha.mink@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** sharonweddle@hotmail.com
**Sent:** Sunday, October 30, 2016 11:31 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Sharon Weddle
104 Rainbow Ct W
Morton WA 983569614
sharonweddle@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Phylianderson@gmail.com
**Sent:** Sunday, October 30, 2016 11:32 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Phyllis Anderson

Ms. Phyllis Anderson
1567 NW 90th St
Seattle WA 981172724
Phylianderson@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ddbdll@sbcglobal.net
**Sent:** Sunday, October 30, 2016 11:34 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

David Bedell

Mr. David Bedell
22737 Cleveland St
Dearborn MI 481243420
3135885987
ddbdll@sbcglobal.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** bucketsforest@gmail.com
**Sent:** Sunday, October 30, 2016 11:35 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Lara Whiting
67 Setting Sun Ln
Travelers Rest SC 296907889
bucketsforest@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jacobpascual01@gmail.com
**Sent:** Sunday, October 30, 2016 11:36 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Jacob Pascual
732 Bentley Pl
Fort Collins CO 805263987
Jacobpascual01@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** turnuover@gmail.com
**Sent:** Sunday, October 30, 2016 11:37 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

kenneth j bagwell

Mr. kenneth bagwell
18397 Eastridge Rd
Cedaredge CO 814138319
turnuover@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mpubst5@gmail.com
**Sent:** Sunday, October 30, 2016 11:38 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Melanie Climis

Ms. Melanie Climis
PO BOX 1266
Shepherdstown WV 254431266
3042617510
mpubst5@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Indygo.julz@gmail.com
**Sent:** Sunday, October 30, 2016 11:38 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Julie Klett

Ms. Julie Klett
1941 Wildfire Rd
Estes Park CO 805179781
Indygo.julz@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** H.l.hall@comcast.net
**Sent:** Sunday, October 30, 2016 11:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** BLM is putting our public lands at risk for speculative leasing.

Please stop prioritizing oil and gas in the southwest Colorado. Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Please pay attention to this very important issue!

Dr. Harriet Hall
6703 Grandview Ave
Arvada CO 800022613
3034311156
H.l.hall@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jaredlevine83@gmail.com
**Sent:** Sunday, October 30, 2016 11:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Jared Levine
6954 N Sheridan Rd
Chicago IL 606263567
6178518171
Jaredlevine83@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Shreddsnow@gmail.com
**Sent:** Sunday, October 30, 2016 11:41 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

JB

Mr. John Boggs
PO BOX 1864
Eagle CO 816311864
Shreddsnow@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** rubymarx@verizon.net
**Sent:** Sunday, October 30, 2016 11:42 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sammy Ehrnman

Ms. Sammy Ehrnman
10561 Monte Vista St
Alta Loma CA 917015352
rubymarx@verizon.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kimerlee@mac.com
**Sent:** Sunday, October 30, 2016 11:42 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kimerlee Curyl

Ms. KIMERLEE CURYL
PO BOX 1802
Santa Ynez CA 934601802
3235289513
kimerlee@mac.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** fourthray51@gmail.com
**Sent:** Sunday, October 30, 2016 11:45 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Barbara Meineke
6555 Schneider Way
Arvada CO 800043368
7204696708
fourthray51@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** emmagee21@hotmail.com
**Sent:** Sunday, October 30, 2016 11:46 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Emily Vance

Dr. Emily Vance
3137 Valley Park Dr
Vestavia AL 352435204
emmagee21@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mthuber9@gmail.com
**Sent:** Sunday, October 30, 2016 11:48 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mitchell Huber

Mr. Mitchel Huber
1615 Valley Ave E
Sumner WA 983902765
2063272821
mthuber9@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** alex_art1011@hotmail.com
**Sent:** Sunday, October 30, 2016 11:55 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Alex Evans

Ms. Alex Evans
3730 Shannon Dr
Fort Wayne IN 468352151
2604189494
alex_art1011@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** deeannepurchase@gmail.com
**Sent:** Sunday, October 30, 2016 11:55 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Deeanne. Purchase

Ms. Deeanne Purchase
726 Redwood Rd
Felton CA 950189520
deeannepurchase@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Annaliesewhip@gmail.com
**Sent:** Sunday, October 30, 2016 11:56 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Anna Whipple
3220 Storrington Dr
Tallahassee FL 323092817
Annaliesewhip@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Mcoble@pckb-law.com
**Sent:** Sunday, October 30, 2016 11:59 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Please take this seriously! Our children's future is at stake.

Ms. Heather Coble
1215 Wiley Lewis Rd
Greensboro NC 274069226
Mcoble@pckb-law.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** theresatops@gmail.com
**Sent:** Sunday, October 30, 2016 12:00 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Theresa Toporsh

Ms. Theresa Toporsh
2542 S Lenox St
Milwaukee WI 532071804
theresatops@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** marileewerollalong@gmail.com
**Sent:** Sunday, October 30, 2016 12:01 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Marilee Lampman
140 Fairview Ln
Red Wing MN 550661912
marileewerollalong@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Ashleighkeelean@gmail.com
**Sent:** Sunday, October 30, 2016 12:01 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Justina Keelean

Ms. Justina Keelean
14054 Bensbrook Dr
Spring Hill FL 346090440
Ashleighkeelean@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Barbkeller@centurylink.net
**Sent:** Sunday, October 30, 2016 12:02 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Barb Keller

Ms. Barbara Keller
912 Red Mountain Dr
Glenwood Springs CO 816013239
9709482621
Barbkeller@centurylink.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** aleehank@bellsouth.net
**Sent:** Sunday, October 30, 2016 12:04 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

HARRY V WEAVER

Mr. HARRY WEAVER
12111 Freshwell Rd
Charlotte NC 282736773
7045040155
aleehank@bellsouth.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Thuggernot@gmail.com
**Sent:** Sunday, October 30, 2016 12:05 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Daniel Burns
1103 Arnold St
Laramie WY 820708160
Thuggernot@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** sooner9@earthlink.net
**Sent:** Sunday, October 30, 2016 12:08 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** oil and gas should NOT be a priority in the southwest Colorado

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers in the Uncompaghre area. I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Laurie Borthwick

Mrs. Laurie Borthwick
212 Linda Ln
Fort Collins CO 805252554
sooner9@earthlink.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** elizabeth.watts@verizon.net
**Sent:** Sunday, October 30, 2016 12:11 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Elizabeth Watts

Mrs. Elizabeth Watts
16 Starks Pl
Lynbrook NY 115634025
5165555555
elizabeth.watts@verizon.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Dcshafer1@msn.com
**Sent:** Sunday, October 30, 2016 12:14 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Susan Shafer
26865 SW Petes Mountain Rd
West Linn OR 970689510
Dcshafer1@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** hmbruner@gmail.com
**Sent:** Sunday, October 30, 2016 12:20 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely, Heather Bruner

Miss heather bruner
905 N Spaulding Ave
West Hollywood CA 900466304
hmbruner@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** sj.rekuc@gmail.com
**Sent:** Sunday, October 30, 2016 12:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Steven Rekuc

Mr. Steven Rekuc
PO BOX 1768
Avon CO 816201768
9703432727
sj.rekuc@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** catbagley@gmail.com
**Sent:** Sunday, October 30, 2016 12:29 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Catherine Bagley

Mrs. Catherine Bagley
PO BOX 262
Paonia CO 814280262
970-527-4780
catbagley@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Alanapeters3@gmail.com
**Sent:** Sunday, October 30, 2016 12:29 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Alana peters

Ms. Alana Peters
2645 Bloomfield Crossing
Bloomfield Hills MI 483041710
2484045358
Alanapeters3@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** espreen611@gmail.com
**Sent:** Sunday, October 30, 2016 12:30 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Elizabeth Spreen
11970 Rhus Ridge Rd
Los Altos Hills CA 940224412
espreen611@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Purplewashermonkey@gmail.com
**Sent:** Sunday, October 30, 2016 12:30 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Philip Brown
140 Gettysburg Ave
Branson MO 656169589
417-598-2015
Purplewashermonkey@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Xiloneno@gmail.com
**Sent:** Sunday, October 30, 2016 12:32 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Xilonen Oreshnick
1416 N Naomi St
Burbank CA 915051648
Xiloneno@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Megan.leyko@gmail.com
**Sent:** Sunday, October 30, 2016 12:33 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Megan Leyko

Ms. Megan Leyko
3533 83rd St
Jackson Heights NY 113725234
Megan.leyko@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** esfarms@gmail.com
**Sent:** Sunday, October 30, 2016 12:35 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mary Tarallo

Ms. Mary Tarallo
10331 N 1000 W
Demotte IN 463109492
2198982279
esfarms@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jacob51johnson@gmail.com
**Sent:** Sunday, October 30, 2016 12:35 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Jacob Johnson
815 Old Welcome Rd
Lithia FL 335472096
jacob51johnson@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** pascalebech@gmail.com
**Sent:** Sunday, October 30, 2016 12:38 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Paacale Tremblay
3 Clover Hill Ct
San Rafael CA 949031733
415-755-4053
pascalebech@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Starlet62@gmail.com
**Sent:** Sunday, October 30, 2016 12:39 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Stephanie seay

Mrs. Stephanie Seay
11127 Cebada Rd
Atascadero CA 934221120
8056747588
Starlet62@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Fab.frugal.jane@gmail.com
**Sent:** Sunday, October 30, 2016 12:41 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jane N.

Ms. Jane Naskiewicz
686 Laguna Dr
Carlsbad CA 920081609
Fab.frugal.jane@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** nicolerosens3@hotmail.com
**Sent:** Sunday, October 30, 2016 12:46 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nicole Rosenberger

Miss Nicole Rosenberger
13766 SE 145th Ave
Clackamas OR 970156243
4254023776
nicolerosens3@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** misswaterlillie@cableone.net
**Sent:** Sunday, October 30, 2016 12:48 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Sue Hacker
3110 Rawson St
Ammon ID 834067643
misswaterlillie@cableone.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Judythiele@icloud.com
**Sent:** Sunday, October 30, 2016 12:51 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Judith Thiele
116 30th St NW
Minot ND 587032886
Judythiele@icloud.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Nordeen.patrick@gmail.com
**Sent:** Sunday, October 30, 2016 12:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Patrick Nordeen

Mr. Patrick Nordeen
143 S Warbler Ct
Louisville CO 800279500
6517477863
Nordeen.patrick@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mze007@msn.com
**Sent:** Sunday, October 30, 2016 12:59 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mary Troutt

Ms. Mary Troutt
10801 W Bridgetower Dr
Boise ID 837090240
mze007@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** seekwithin@peacelovejoy.xyz
**Sent:** Sunday, October 30, 2016 1:00 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Julie Schoenstein
5101 6th Ave S
Saint Petersburg FL 337072611
seekwithin@peacelovejoy.xyz

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gojigirld@gmail.com
**Sent:** Sunday, October 30, 2016 1:00 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Darlene Settle Barrington

Ms. Darlene Settle Barrington
10510 S 83rd East Cir
Tulsa OK 741336915
9183693312
gojigirld@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** judacia1978@gmail.com
**Sent:** Sunday, October 30, 2016 1:02 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sara Bakker

Miss Sara Bakker
3405 Kenyon Dr
Santa Clara CA 950516023
judacia1978@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** sheilagaston@msn.com
**Sent:** Sunday, October 30, 2016 1:09 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sheila Gaston

Ms. Sheila Gaston
7584 S Shenandoah Dr
Elizabeth CO 801079392
3036464423
sheilagaston@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** poppyspencer@gmail.com
**Sent:** Sunday, October 30, 2016 1:09 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Steph Spencer
113 NW Minnesota Ave
Bend OR 977032719
poppyspencer@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jerienewalberg621@gmail.com
**Sent:** Sunday, October 30, 2016 1:15 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Jeriene Walberg
1010 NE Purcell Blvd Apt 214
Bend OR 977015046
jerienewalberg621@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gmichele13@gmail.com
**Sent:** Sunday, October 30, 2016 1:16 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Gabrielle Menendez
3040 Soscol Ave
Napa CA 945583051
gmichele13@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jamiek.klem@gmail.com
**Sent:** Sunday, October 30, 2016 1:16 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jamie Klem

Ms. Jamie Klem
PO BOX 1422
Dahlonega GA 305330024
jamiek.klem@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lisa.baughn@gmail.com
**Sent:** Sunday, October 30, 2016 1:20 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

MELISSA L BAUGHN

Miss Lisa Baughn
1705 Heatheridge Rd Unit G201
Fort Collins CO 805265674
lisa.baughn@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lucias@centurytel.net
**Sent:** Sunday, October 30, 2016 1:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Jane Ralph
28365 Lucia Rd
Washburn WI 548914869
lucias@centurytel.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mtnlynx@sti.net
**Sent:** Sunday, October 30, 2016 1:30 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nina Jones

Ms. Nina Jones
51021 Dorstan Dr
Oakhurst CA 936448639
mtnlynx@sti.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mysundance@juno.com
**Sent:** Sunday, October 30, 2016 1:32 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

A Jean Taggart

Ms. A Jean Taggart
202 Burling Rd
Sequim WA 983829688
mysundance@juno.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** staceystreett@hotmail.com
**Sent:** Sunday, October 30, 2016 1:33 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Stacey Streett

Ms. Stacey Streett
820 Ivy Way
Frederick MD 217019279
staceystreett@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** 1mgperez@att.net
**Sent:** Sunday, October 30, 2016 1:38 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Marcia G. Perez

Mrs. Marcia Perez
6460 Bridgewood Ter
Boca Raton FL 334333641
1mgperez@att.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** vpugmire@q.com
**Sent:** Sunday, October 30, 2016 1:40 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Vicki Pugmire
1890 S 1500 E
Salt Lake City UT 841053837
vpugmire@q.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** christine7219@gmail.com
**Sent:** Sunday, October 30, 2016 1:41 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Christine Ballard
52998 Twin Lakeview Dr
Dowagiac MI 490477404
christine7219@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Schnoes@gmail.com
**Sent:** Sunday, October 30, 2016 1:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Alexandra

Dr. Alwxandra Schnoes
2 Bayside Village Pl
San Francisco CA 941071438
Schnoes@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kjkster@gmail.com
**Sent:** Sunday, October 30, 2016 1:57 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kerry Kelley

Ms. Kerry Kelley
355 Broadway
Somerville MA 021452432
kjkster@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Sebielski1@gmail.com
**Sent:** Sunday, October 30, 2016 2:07 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sarah Bielski

Ms. Sarah Bielski
4525 Ansley Ln
Cumming GA 300405250
Sebielski1@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** sara.avery@gmail.com
**Sent:** Sunday, October 30, 2016 2:10 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sara Avery

Ms. Sara Avery
1329 Agape Way
Lafayette CO 800261486
7208906146
sara.avery@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** danico@bellsouth.net
**Sent:** Sunday, October 30, 2016 2:12 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Danilo Mesa
3301 NE 5th Ave Apt 414
Miami FL 331374023
danico@bellsouth.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jazzychavvy@gmail.com
**Sent:** Sunday, October 30, 2016 2:13 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Miss Jazzmin Chavez
1806 Riley Ave Apt 4
Rapid City SD 577013989
6058589683
Jazzychavvy@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mattsmom7@gmail.com
**Sent:** Sunday, October 30, 2016 2:20 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

HHart

Mrs. Heather McLendon Hart
1122 Orange Pl
Boulder CO 803040733
512-848-2227
mattsmom7@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** nathan.vanvelson@huskers.unl.edu
**Sent:** Sunday, October 30, 2016 2:26 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Best Regards,

Mr. Nathan Van Velson
410 Alden Dr
Lancaster PA 176014987
nathan.vanvelson@huskers.unl.edu

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dropojupiter@gmail.com
**Sent:** Sunday, October 30, 2016 2:28 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Valary L Johnson

Ms. Valary Johnson
258 Coventry Ct
Grand Junction CO 815032179
dropojupiter@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** verawieck@fuse.net
**Sent:** Sunday, October 30, 2016 2:34 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Vera Wieck

Ms. Vera Wieck
792 Jimae Ave
Independence KY 410519375
859-750-3462
verawieck@fuse.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mbmountaingal@gmail.com
**Sent:** Sunday, October 30, 2016 2:41 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Mary Brown
229 Wild Iris Dr
Pagosa Springs CO 811479511
mbmountaingal@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** robertocsandoval99@gmail.com
**Sent:** Sunday, October 30, 2016 2:42 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Roberto Sandoval
1071 W Prosperity Ave
Salt Lake City UT 841162223
8019039609
robertocsandoval99@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mandermann@att.net
**Sent:** Sunday, October 30, 2016 2:43 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Matthew Andermann
240 Makee Rd
Honolulu HI 968153975
mandermann@att.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kimbrun@gmx.com
**Sent:** Sunday, October 30, 2016 2:52 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kim Brun

Ms. Kim Brun
2336 Osceola St
Denver CO 802121153
kimbrun@gmx.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tomstevie@gmail.com
**Sent:** Sunday, October 30, 2016 2:54 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

stevann hoffman

Mrs. stevann hoffman
2589 Lilac Cir
Erie CO 805167937
tomstevie@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jlabrr@usa.net
**Sent:** Sunday, October 30, 2016 2:57 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Jennifer Barr
8576 Pederson Rd
Cook MN 557238819
jlabrr@usa.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Rebecca.flynn5@gmail.com
**Sent:** Sunday, October 30, 2016 2:58 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Rebecca Flynn
564 Letchworth Dr
Akron OH 443031728
3308013248
Rebecca.flynn5@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lacritter3@hotmail.com
**Sent:** Sunday, October 30, 2016 3:02 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tawnya schiebel

Dr. Tawnya Schiebel
831 Tiyoweh Trl
Montrose CO 814039573
Lacritter3@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lvalazza@twcny.RR.com
**Sent:** Sunday, October 30, 2016 3:08 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lin Valazza

Mrs. Lin Valazza
989 James St Apt 8B
Syracuse NY 132032602
3154759887
Lvalazza@twcny.RR.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** meandboca@peoplepc.com
**Sent:** Sunday, October 30, 2016 3:13 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.
Protect OUR Wild Lands. Protect OUR Wild Life. Protect Americans from GREED. It is YOUR Duty

Thank you.

Patricia Reda

Ms. Patricia Reda
87 Mccomb Rd
Edgewood NM 870157946
5052813188
meandboca@peoplepc.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** aren_t@danvilletelco.net
**Sent:** Sunday, October 30, 2016 3:15 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Amanda Cross

Mrs. Amanda Cross
7884 200th Ave
Danville IA 526239785
aren_t@danvilletelco.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kevbromojo@gmail.com
**Sent:** Sunday, October 30, 2016 3:20 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Kevin Brown
916 Sun Valley Ave
Silverton OR 973818750
kevbromojo@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** rleuallen1@gmail.com
**Sent:** Sunday, October 30, 2016 3:23 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Robert Leuallen

Mr. Robert Leuallen
446 Stahl Rd
Paonia CO 814286506
9705274308
rleuallen1@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jackcpastels@gmail.com
**Sent:** Sunday, October 30, 2016 3:26 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Jonathan Cornell
2643 N Columbus Blvd
Tucson AZ 857121937
jackcpastels@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** krismike1@comcast.net
**Sent:** Sunday, October 30, 2016 3:28 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Robert Payne

Mr. Robert Payne
5782 S 152nd St Apt A
Tukwila WA 981885794
4252989534
krismike1@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Coffeemaster5@hotmail.com
**Sent:** Sunday, October 30, 2016 3:32 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Jeremy Smith
17473 E Mansfield Ave
Aurora CO 800138208
Coffeemaster5@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mcdonaldh@optonline.net
**Sent:** Sunday, October 30, 2016 3:51 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you for your consideration of my letter.

Sincerely,

Ms. Holly McDonald
1026 Robbinsville Edinburg Rd
Robbinsville NJ 086914198
mcdonaldh@optonline.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** angelina96734@hotmail.com
**Sent:** Sunday, October 30, 2016 3:59 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Please protect this area for future generations.

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Thank you for your help. A. Keighley

Ms. A Keighley
150 Hamakua Dr # 702
Kailua HI 967342825
angelina96734@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lwarnock.pdx@gmail.com
**Sent:** Sunday, October 30, 2016 4:13 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. L W
7415 SW Hart Pl
Beaverton OR 970086231
5036430544
lwarnock.pdx@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Swag_sm@hotmail.com
**Sent:** Sunday, October 30, 2016 4:21 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Shawn Swagerty

Ms. Shawn Swagerty
PO BOX 1008
Littleton CO 801601008
Swag_sm@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** cripster@humboldt1.com
**Sent:** Sunday, October 30, 2016 4:29 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Please! Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Eric Simpson

Mr. Eric Simpson
828 Ocean Crest Rd
Cardiff By The Sea CA 920071339
cripster@humboldt1.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** leem12583@gmail.com
**Sent:** Sunday, October 30, 2016 4:29 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lisa Moran

Ms. Lisa Moran
220 Lucerne Ave
Lake Worth FL 334603952
leem12583@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Rebeccasgr8@gmail.com
**Sent:** Sunday, October 30, 2016 4:31 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Rebecca

Ms. Rebecca Moslo
22604 42nd Pl W
Mountlake Terrace WA 980434525
2063702881
Rebeccasgr8@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** franker.micah@gmail.com
**Sent:** Sunday, October 30, 2016 4:41 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Micah Franker

Mr. Micah Franker
357 Blackberry Ln
Deforest WI 535323406
6087208236
franker.micah@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** sksma1979@gmail.com
**Sent:** Sunday, October 30, 2016 4:42 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sharon Smith

Mrs. Sharon Smith
1730 Shenandoah Dr
Colorado Springs CO 809101916
7197498224
sksma1979@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** scuba@usa.net
**Sent:** Sunday, October 30, 2016 4:51 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Do *not* open hundreds of thousands of acres in Colorado's Uncompahgre region, which includes the fertile and scenic North Fork Valley, to oil and gas development.

The draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Robert Powell

Dr. Robert Powell
6992 Blackhawk Pl
Colorado Springs CO 809191125
7195990977
scuba@usa.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mcdonald43@comcast.net
**Sent:** Sunday, October 30, 2016 4:57 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Michael McDonald

Mr. Michael McDonald
525 E 13th Ave
Salt Lake City UT 841033232
mcdonald43@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mrohrback7@gmail.com
**Sent:** Sunday, October 30, 2016 5:00 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Marta Rohrback
2020 E 101st St N
Valley Center KS 671479155
mrohrback7@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Membmartin@gmail.com
**Sent:** Sunday, October 30, 2016 5:01 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Emma Martin
33363 Highway 550
Durango CO 813017111
Membmartin@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** cadelewms@gmail.com
**Sent:** Sunday, October 30, 2016 5:05 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Carol Williams
238 College Lodge Rd
Indiana PA 157014008
cadelewms@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

| | |
|---|---|
| **From:** | nancyweinheimer12@gmail.com |
| **Sent:** | Sunday, October 30, 2016 5:09 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nancy Weinheimer

Ms. Nanch Weinheimer
2717 Beacon Dr
Sinking Spring PA 196081798
nancyweinheimer12@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** bubblebuddyfan@me.com
**Sent:** Sunday, October 30, 2016 5:16 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cameron McElroy

Mr. Cameron McElroy
506 Oahu St
Richland WA 993527319
2538482439
bubblebuddyfan@me.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ddmmm5@msn.com
**Sent:** Sunday, October 30, 2016 5:24 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Denise mcallister

Mrs. Denise mcallister
521 N 3rd St
Montrose CO 814013505
9703188902
ddmmm5@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Bnewman2104@gmail.com
**Sent:** Sunday, October 30, 2016 5:28 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Brent Newman

Mr. Brent Newman
585 N Lincoln Ave
Loveland CO 805375625
Bnewman2104@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Mikesheriff@me.com
**Sent:** Sunday, October 30, 2016 5:29 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Michael Sheriff
236 Oaks Ave
Monrovia CA 910162155
626-808-8866
Mikesheriff@me.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Sparklemtn@hotmail.com
**Sent:** Sunday, October 30, 2016 5:32 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Stephanie Franco
1829 S Union Blvd
Lakewood CO 802283973
Sparklemtn@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jhfitch@usa.net
**Sent:** Sunday, October 30, 2016 5:40 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. James H. Fitch
PO BOX 26566
Overland Park KS 662256566
913-735-7381
jhfitch@usa.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Trekfan2371@gmail.com
**Sent:** Sunday, October 30, 2016 5:42 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

This land must be protected from oil and gas production because this area is of highest wilderness quality and unnecessary for increasing our energy production. As an oil and gas worker I know that this is unnecessary for American domestic energy production.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Randall douty

Mr. Randall Douty
1600 Eldridge Pkwy
Houston TX 770771600
2816858618
Trekfan2371@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mseyfriedjr@msn.com
**Sent:** Sunday, October 30, 2016 5:53 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Mike Seyfried
701 California Ave
Boulder City NV 890053721
mseyfriedjr@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Erinlynnco@gmail.com
**Sent:** Sunday, October 30, 2016 5:59 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Erin Conner

Mrs. Erin Conner
226 Oak Ln
Lewisburg PA 178379351
Erinlynnco@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** george7096@verizon.net
**Sent:** Sunday, October 30, 2016 6:01 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Please consider this message as our comment on the draft Uncompahgre plan. We appreciate BLM's consideration of ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, we support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you for considering our comments.

George and Frances Alderson

Mr. George and Frances Alderson
112 Hilton Ave
Catonsville MD 212285727
4107887096
george7096@verizon.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Melanieroser@gmail.com
**Sent:** Sunday, October 30, 2016 6:02 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Melanie Rose Rodgers

Mrs. Melanie Rose Rodgers
2705 N Downing St
Denver CO 802054405
303-908-0931
Melanieroser@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** cinprat@gmail.com
**Sent:** Sunday, October 30, 2016 6:03 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cindy Prater

Ms. Cindy Prater
5448 47th Ave SW
Seattle WA 981361153
cinprat@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Beth.Shemo@gmail.com
**Sent:** Sunday, October 30, 2016 6:06 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Beth Shemo
306 Daniwood Grv
Florissant CO 808165805
Beth.Shemo@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** artistinres@gmail.com
**Sent:** Sunday, October 30, 2016 6:07 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Skye Daniels

Ms. Skye Daniels
7211 W Beverly Mae Dr
San Antonio TX 782294945
artistinres@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Khancken76@gmail.com
**Sent:** Sunday, October 30, 2016 6:10 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kim Hancken

Ms. Kim Hancken
5975 N State Road 39
Lebanon IN 460529395
Khancken76@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** rockstarlinda1@gmail.com
**Sent:** Sunday, October 30, 2016 6:14 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

linda blair

Ms. linda blair
2315 Benton Ave
Missoula MT 598017633
rockstarlinda1@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** betsy@livehonestly.com
**Sent:** Sunday, October 30, 2016 6:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

We need to end our dependence on oil and gas. Both are destroying our environment and have been largely what drives our wars.

It's appalling to see what's happening in North Dakota. The oil industry and the financial interests in it are deplorable. It's all about profit over the planet and people. I've lost count of the ongoing number of oil spills devastating our land and water.

We need business models that are not about being the best in the world, but are the best FOR the world.

I hope you surprise those opposed to drilling and put people and the environment ahead of money. Don't be part of the problem; be the solution. Start working for the people and not the corporations. It is that easy. Just do the right thing.

Thank you.

Betsy Seeton

Ms. Betsy Seeton
207 Rainbow Rd
Almont CO 812109720
7202610055
betsy@livehonestly.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** maureenmcman@gmail.com
**Sent:** Sunday, October 30, 2016 6:24 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Maureen McManus

Ms. Maureen McManus
1771 S Mark Ln
Round Lake IL 600734290
maureenmcman@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jessicasky71@hotmail.com
**Sent:** Sunday, October 30, 2016 6:28 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Jessica Mattox
128 Mattox Rd
Lexington SC 290729424
Jessicasky71@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** stormseto@gmail.com
**Sent:** Sunday, October 30, 2016 6:41 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Deborah Storm

Mrs. Deborah Storm
3801 Troon Cir
Broomfield CO 800239552
stormseto@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** orrangge66@hotmail.com
**Sent:** Sunday, October 30, 2016 6:47 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Sonja Baczynski
4541 Seaway Cir
Fort Collins CO 805253389
orrangge66@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jenkuma@hotmail.com
**Sent:** Sunday, October 30, 2016 6:53 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Jen Kumar
3 Chase Ln
Lincoln RI 028654805
Jenkuma@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** steph@thefoff.com
**Sent:** Sunday, October 30, 2016 7:14 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Stephanie Sharpless
857 Sangre Vista Dr
Canon City CO 812129619
steph@thefoff.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** cavinbo@charter.net
**Sent:** Sunday, October 30, 2016 7:19 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Carol Vinson

Ms. Carol Vinson
154 B St
Ashland OR 975201923
cavinbo@charter.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** 7peacenow@gmail.com
**Sent:** Sunday, October 30, 2016 7:20 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Donald McGovern
4039 Ellington Ave
Western Springs IL 605581206
7peacenow@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** 10tgrs@gmail.com
**Sent:** Sunday, October 30, 2016 7:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tom Doudy

Mr. Tom Doudy
51 Silverton Cir
Parachute CO 816359577
970-987-2565
10tgrs@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** melodydelos@hotmail.com
**Sent:** Sunday, October 30, 2016 7:28 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Melody De Los Santos

Miss Melody De Los Santos
1005 Huebinger Dr
Glenwood Springs CO 816019024
2105739423
melodydelos@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Joshw3389@gmail.com
**Sent:** Sunday, October 30, 2016 7:42 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Josh Work

Mr. Josh Work
25578 Red Cloud Dr
Conifer CO 804337113
Joshw3389@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Luvbeba1@gmail.com
**Sent:** Sunday, October 30, 2016 7:46 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Alisha Hughes
6924 Hill Stream Way
Colorado Springs CO 809235420
Luvbeba1@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lovesart101@gmail.com
**Sent:** Sunday, October 30, 2016 7:47 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Amanda Mullenbach

Miss Amanda Mullenbach
4333 Purdy Mesa Rd
Whitewater CO 815279642
630-217-3352
Lovesart101@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dmacleod@msn.com
**Sent:** Sunday, October 30, 2016 7:47 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Dianna MacLeod
PO BOX 277
Langley WA 982600277
dmacleod@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tnielsen1@ec.rr.com
**Sent:** Sunday, October 30, 2016 7:47 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Patricia Nielsen

Mrs. Patricia Nielsen
614 Robert E Lee Dr
Wilmington NC 284120924
9107939777
tnielsen1@ec.rr.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** heykawaiidesune@gmail.com
**Sent:** Sunday, October 30, 2016 7:48 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Caroline M

Miss Caroline M
1400 Utah St
Golden CO 804012717
9548290673
heykawaiidesune@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Kcurryco@gmail.com
**Sent:** Sunday, October 30, 2016 7:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kathy Curry

Mrs. Kathy Curry
10501 Road 20
Cortez CO 813218739
Kcurryco@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Cheyenne.greengrocer@gmail.com
**Sent:** Sunday, October 30, 2016 7:55 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cheyenne

Ms. Cheyenne Patterson
25 High St
Peterborough NH 034582446
Cheyenne.greengrocer@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lldcd2@sbcglobal.neg
**Sent:** Sunday, October 30, 2016 7:59 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

L Didier

Ms. Laura Didier
1220 Fordham St
Longmont CO 805033619
Lldcd2@sbcglobal.neg

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ally027@gmail.com
**Sent:** Sunday, October 30, 2016 8:02 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Alli Tompkins

Ms. Alli Tompkins
1305 NW 10th St
Corvallis OR 973304522
ally027@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** flower_child21@hotmail.com
**Sent:** Sunday, October 30, 2016 8:18 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Beth Wegner
714 N 4th St
Pekin IL 615543215
flower_child21@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lynn.kush001@gmail.com
**Sent:** Sunday, October 30, 2016 8:25 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lynn Kush

Ms. Lynn Kush
1183 1st St Apt 2
Gardiner OR 974410180
lynn.kush001@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** zmorris@gmail.com
**Sent:** Sunday, October 30, 2016 8:26 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Zack Morris
515 W Williams St
Boise ID 837064353
zmorris@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Cheatham101@hotmail.com
**Sent:** Sunday, October 30, 2016 8:32 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Thank you, Zinnia

Ms. Zinnia Cheetham
177 Tuckerton Rd
Shamong NJ 080888664
Cheatham101@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** cchrysalis@gmail.com
**Sent:** Sunday, October 30, 2016 8:44 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Diane stapleton

Mrs. Diane Stapleton
514 Harrison Ave
Canon City CO 812123344
7193200710
cchrysalis@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tchristiandavis@gmail.com
**Sent:** Sunday, October 30, 2016 8:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Taylor Davis

Ms. Taylor Davis
915 S 13th St
Nashville TN 372063128
7708209599
tchristiandavis@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Nydiaines@gmail.com
**Sent:** Sunday, October 30, 2016 9:02 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Nydia Davila
120 Ocean Pkwy
Brooklyn NY 112182458
Nydiaines@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Cdeckergo@gmail.com
**Sent:** Sunday, October 30, 2016 9:06 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Catherine Decker

Mrs. Catherine Decker
113 Peyton Rd
Williamsburg VA 231855526
9145739140
Cdeckergo@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Pjlindsey1@gmail.com
**Sent:** Sunday, October 30, 2016 9:24 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Paul Lindsey
5347 Arroyo St
Colorado Springs CO 809223626
Pjlindsey1@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** babrooks1@verizon.net
**Sent:** Sunday, October 30, 2016 9:26 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Barbara A Brooks

Ms. Barbara Brooks
286 S Maple Ave
Basking Ridge NJ 079201234
9087668942
babrooks1@verizon.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Mykael@comcast.net
**Sent:** Sunday, October 30, 2016 9:35 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Mykael Mo
2112 Eunice St
Berkeley CA 947091417
Mykael@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Cdbeall@att.net
**Sent:** Sunday, October 30, 2016 9:36 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am familiar with the "side effects" of natural gas extraction. Contaminated water, ruined water wells, poisoned livestock and sickened families. Natural gas production also generates significant air pollution which further negatively affects the health of people and animals. Methane leaks are significant and far more damaging as a greenhouse gas than CO2.

Futhermore, we cannot attain the goals of the Paris climate agreement by developing more fossil fuel resources. The burning of natural gas, although less impactful than coal, will continue to add to global warming.

We must not develop additional fossil fuel deposits unless we want to witness our own extinction.

Please consider the negative impacts to the environment already caused by fossil fuel development. It is time to stop and focus on renewable alternatives.

Do not place the north fork valley in a compromised and unsustainable position. Please do not allow more fossil fuel development on BLM land.

Thank you.

Charles Beall

Miss Charles Beall
39962 Panorama Rd
Paonia CO 814283500
Cdbeall@att.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** Jko737@gmail.com
**Sent:** Sunday, October 30, 2016 9:45 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Jaina Ko
4521 Campus Dr
Irvine CA 926122621
Jko737@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Razgto@gmail.com
**Sent:** Sunday, October 30, 2016 10:03 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Jonathan Olah
217 Beal St
Hamilton NJ 086105112
Razgto@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** callicarpaa@gmail.com
**Sent:** Sunday, October 30, 2016 10:04 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Revise the drilling plan

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Christina Dupuy

Mrs. Christina Dupuy
19901 Coral Sea Rd
Cutler Bay FL 331578640
callicarpaa@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** cmbrockway@gmail.com
**Sent:** Sunday, October 30, 2016 10:04 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Christi Brockway
3732 Mead St
Fort Collins CO 805265343
cmbrockway@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** taylor.waddel@gmail.com
**Sent:** Sunday, October 30, 2016 10:06 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Please don't allow these places to be ruined by oil and gas drilling. If these places must be opened at least make sure there is a perfect plan in place for preserving the beauty and recovering the land after. I am so frustrated with all of the new development in Utah and would hate to see more unfettered development elsewhere in the US.

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Taylor

Mr. Taylor Waddel
4202 N 400 W
Lehi UT 840434997
taylor.waddel@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Basurnow@gmail.com
**Sent:** Sunday, October 30, 2016 10:08 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Debra Brandis
207 Georgetown Ln
Export PA 156321523
9286991023
Basurnow@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Kevanbeall@gmail.com
**Sent:** Sunday, October 30, 2016 10:11 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kevan

Mr. Kevan Beall
305 S Ridge St
Breckenridge CO 804248965
Kevanbeall@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** joyce.daldos85@gmail.com
**Sent:** Sunday, October 30, 2016 10:18 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Joyce Daldos

Ms. Joyce Daldos
1684 Walker St
Erie CO 805167513
3036653218
joyce.daldos85@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** scrosier@live.com
**Sent:** Sunday, October 30, 2016 10:46 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Sharon Crosier
120 Eggleston Rd
Whitney Point NY 138622114
scrosier@live.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Vilms@live.com
**Sent:** Sunday, October 30, 2016 11:03 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Vilma Reynoso
23664 Broadmoor Dr
Parker CO 801383144
303.601.0878
Vilms@live.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** bonniestarrysky@gmail.com
**Sent:** Sunday, October 30, 2016 11:04 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Bonnie Graham-Reed
8609 Ingalls Cir
Arvada CO 800031352
303-422-6825
bonniestarrysky@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** marticianz@gmail.com
**Sent:** Sunday, October 30, 2016 11:07 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Martin A Ulrich

Mr. Martin Ulrich
PO BOX 674
Delta CO 814160674
9707736020
marticianz@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Kcable82@gmail.com
**Sent:** Sunday, October 30, 2016 11:11 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kevin Cable

Mr. Kevin Cable
18 Orchard St
Hazlet NJ 077304024
Kcable82@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** graciehenning@gmail.com
**Sent:** Sunday, October 30, 2016 11:15 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Marcia Henning

Ms. Marcia Henning
2214 E Routt Ave
Pueblo CO 810043940
7195618149
graciehenning@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lifelastingbody@gmail.com
**Sent:** Sunday, October 30, 2016 11:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ingrid Woehr

Ms. Ingrid Woehr
6252 Urban Ct
Arvada CO 800044028
720-320-2017
Lifelastingbody@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lmadrid85@gmail.com
**Sent:** Sunday, October 30, 2016 11:33 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Luisa Madrid

Miss Luisa Madrid
7015 Woodside Ave
Woodside NY 113773937
3055421185
lmadrid85@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Cabloomn@gmail.com
**Sent:** Sunday, October 30, 2016 11:33 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Candy Jennings
2106 San Vicente Ave
Long Beach CA 908153261
Cabloomn@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Bwalston81@gmail.com
**Sent:** Sunday, October 30, 2016 11:35 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

BWalston

Mr. Brad Walston
90 Roaring Fork Ave
Carbondale CO 816239239
Bwalston81@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** maryfrances.dodd@gmail.com
**Sent:** Sunday, October 30, 2016 11:36 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mary Frances Dodd

Miss Mary Dodd
415 Mountain Village Blvd Unit 6201
Telluride CO 814359394
maryfrances.dodd@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** snakelady@toast.net
**Sent:** Sunday, October 30, 2016 11:39 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sandy Allen

Ms. Sandy Allen
1587 Jermain Dr
Toledo OH 436064056
4194750521
snakelady@toast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lindatesser@gmail.com
**Sent:** Sunday, October 30, 2016 11:42 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Linda Tesser

Ms. Linda Tesser
2 Oak St Apt B
Westport CT 068802024
lindatesser@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** carolyn2005@prodigy.net
**Sent:** Sunday, October 30, 2016 11:43 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

carolyn Richardson

Mrs. carolyn Richardson
1212 Cavan St
Boulder CO 803031602
3039956609
carolyn2005@prodigy.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** nancy.carol@att.net
**Sent:** Sunday, October 30, 2016 11:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nancy Inguanzo

Ms. Nancy Inguanzo
2383 Holliston Ave
Altadena CA 910012544
nancy.carol@att.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** linda.byrd@gmail.com
**Sent:** Sunday, October 30, 2016 11:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Linda Byrd

Ms. LINDA BYRD
PO BOX 1409
Jefferson City MO 651021409
linda.byrd@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dannyboyweekley@Gmail.com
**Sent:** Sunday, October 30, 2016 11:52 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Daniel Weekley

Mr. Daniel Weekley
533 14th Ave Apt 7
Greeley CO 806313100
9707127184
dannyboyweekley@Gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

| | |
|---|---|
| **From:** | Dawn.mcnulty@orbitalrpm.com |
| **Sent:** | Sunday, October 30, 2016 11:55 PM |
| **To:** | Responses User |
| **Cc:** | Responses User |
| **Subject:** | Stop prioritizing oil and gas in the southwest Colorado |

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Dawn Mcnulty
215 W 2nd Ave
Denver CO 802231406
303-725-4903
Dawn.mcnulty@orbitalrpm.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** pmpcharlie@icloud.com
**Sent:** Monday, October 31, 2016 12:05 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Charlie Lujan

Mr. Charlie Lujan
9855 W 51st Pl
Arvada CO 800023239
720-621-2339
pmpcharlie@icloud.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** cindyshortridge@comcast.net
**Sent:** Monday, October 31, 2016 12:14 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Cindy Grainger
1070 W Radcliff Ave
Englewood CO 801105516
7203735958
cindyshortridge@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** hairstyle@hotmail.com
**Sent:** Monday, October 31, 2016 12:15 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Melissa Penrose

Ms. Melissa Penrose
41937 Logan Stone Ter
Aldie VA 201052787
hairstyle@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** direct.ms.transport@gmail.net
**Sent:** Monday, October 31, 2016 12:23 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lucas McLeod Maloney

Mr. Lucas Maloney
125 Hart Pl
Madison MS 391108137
direct.ms.transport@gmail.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lklappen@gmail.com
**Sent:** Monday, October 31, 2016 12:25 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Laura Klappenbach

Ms. Laura Klappenbach
10091 Devonshire St
Firestone CO 805046554
lklappen@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dbadlands@cox.net
**Sent:** Monday, October 31, 2016 12:30 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dena Mandel

Ms. Dena Mandel
7115 Narrow Peak St
Las Vegas NV 891490160
7023950649
dbadlands@cox.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kmeversole@msn.com
**Sent:** Monday, October 31, 2016 12:35 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kayla Eversole

Ms. Kayla Eversole
17088 Moorside Dr
Parker CO 801345774
303-841-8613
kmeversole@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ebroskie@msn.com
**Sent:** Monday, October 31, 2016 12:38 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. nANCY BROSKIE
5275 Frisco Ct SE
Salem OR 973061624
5033647049
ebroskie@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** john.harris@colchester-creek.net
**Sent:** Monday, October 31, 2016 12:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

John Harris

Dr. John Harris
PO BOX 2621
Seal Beach CA 907401621
7148152042
john.harris@colchester-creek.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** AnthonyC4C@gmail.com
**Sent:** Monday, October 31, 2016 12:46 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Anthony Charoensook

Mr. Anthony Charoensook
4489 Route 9N
Porter Corners NY 128591726
AnthonyC4C@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Ptmmgmt7@gmail.com
**Sent:** Monday, October 31, 2016 12:53 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Kelsey Helms
2640 Springdale Dr
Rockford IL 611146452
Ptmmgmt7@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** missinglink5@hotmail.com
**Sent:** Monday, October 31, 2016 12:59 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tom and Cynthia Weitzel

Mrs. Cynthia Weitzel
901 Lincoln St
Overton NE 688636307
missinglink5@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** 1601zack@gmail.com
**Sent:** Monday, October 31, 2016 1:00 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Zack Hewitt
1224 Pitchfork Rd
Montrose CO 814015993
1601zack@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** echo108@pacbell.net
**Sent:** Monday, October 31, 2016 1:03 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Isabelle Brightman

Ms. Isabelle Brightman
108 Echo St
Santa Cruz CA 950603011
echo108@pacbell.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** apodhaski@gmail.com
**Sent:** Monday, October 31, 2016 1:14 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Autumn

Ms. Autumn Podhaski
2113 Collier Ave
Colorado Springs CO 809092138
apodhaski@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** stephen.french@mchsi.com
**Sent:** Monday, October 31, 2016 1:18 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Stephen French
29 Pine Circle Dr
Tuscola IL 619532024
stephen.french@mchsi.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** victor.marasa@colorado.edu
**Sent:** Monday, October 31, 2016 1:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Victor Marasa

Mr. Victor Marasa
3246 S Walden Ct
Aurora CO 800136663
victor.marasa@colorado.edu

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** anniegracemassage@gmail.com
**Sent:** Monday, October 31, 2016 1:55 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

AnnieGrace

Ms. Annie Haddorff
636 Columbine Dr
Cimarron CO 812209517
anniegracemassage@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** persephone.mani@gmail.com
**Sent:** Monday, October 31, 2016 2:01 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mani P. Geter

Ms. Mani Geter
PO BOX 1301
Ouray CO 814271301
970-708-1722
persephone.mani@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Colin.courtney@westernalum.org
**Sent:** Monday, October 31, 2016 2:01 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Colin Courtney
237 Cedar Dr W
Hudson WI 540166713
Colin.courtney@westernalum.org

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** abby.conroy@gmail.com
**Sent:** Monday, October 31, 2016 2:02 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Abby Conroy

Miss Abby Conroy
PO BOX 3740
Telluride CO 814353740
8086812315
abby.conroy@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dragontamer32@gmail.com
**Sent:** Monday, October 31, 2016 2:06 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Laura Koschade
946 Francis St
Longmont CO 805014260
dragontamer32@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** joieduvie@gmail.com
**Sent:** Monday, October 31, 2016 2:17 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Joie Blue Jay

Ms. Joie Blue Jay
950 1/2 S Washington St
Denver CO 802094316
3037781905
joieduvie@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Grovernola@gmail.com
**Sent:** Monday, October 31, 2016 2:19 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop the madness!! Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Andy Romero

Mr. Andy Romero
309 Athania Pkwy
Metairie LA 700015205
Grovernola@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** finley.ra@gmail.com
**Sent:** Monday, October 31, 2016 2:20 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

RF

Ms. Rebecca Finley
123 High St
Ashland OR 975202652
finley.ra@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lelenakohler@gmail.com
**Sent:** Monday, October 31, 2016 2:29 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lelena Kohler

Miss Lelena Kohler
3341 N Harrison St
Denver CO 802053819
lelenakohler@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mtijerina8085@gmail.com
**Sent:** Monday, October 31, 2016 2:40 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Marcellina Tijerina

Mrs. Marcellina Tijerina
29600 Desert Charm Rd
Desert Hot Springs CA 922418009
760-895-8127
mtijerina8085@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** LoraTerres@msn.com
**Sent:** Monday, October 31, 2016 2:51 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lora Terres

Ms. Lora Terres
1800 30th St
Boulder CO 803011088
LoraTerres@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kgriebe87@gmail.com
**Sent:** Monday, October 31, 2016 3:16 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Katie Griene

Miss Katie Griebe
4616 Sheridan Ave
Loveland CO 805381733
3108539277
kgriebe87@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jeff20951@gmail.com
**Sent:** Monday, October 31, 2016 4:41 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jeffrey Davis

Mr. Jeffrey Davis
300 S Main St
Elmira NY 149041366
5702500498
jeff20951@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Tedporter26@hotmail.com
**Sent:** Monday, October 31, 2016 5:01 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ted porter

Mr. Ted Porter
10834 Hartsook St
North Hollywood CA 916013914
Tedporter26@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ericadahlberg79@outlook.com
**Sent:** Monday, October 31, 2016 5:19 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Erica Dahlberg
3559 W 2nd Ave
Durango CO 813014052
ericadahlberg79@outlook.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Awprickett@gmail.com
**Sent:** Monday, October 31, 2016 6:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Amanda Graves

Ms. Amanda Graves
4662 S Fraser Cir
Aurora CO 800153884
Awprickett@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** karter5935@gmail.com
**Sent:** Monday, October 31, 2016 6:21 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Justin LaFollette

Mr. Justin LaFollette
15053 Bird Rd
Byron MI 484189065
5862464629
karter5935@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Wymiespam@gmail.com
**Sent:** Monday, October 31, 2016 6:27 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Matthew Weimerskirch

Mr. Matthew Weimerskirch
1301 Speer Blvd
Denver CO 802042511
303-919-6388
Wymiespam@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Mchadguinn@gmail.com
**Sent:** Monday, October 31, 2016 6:27 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Michael Guinn
21904 Felton Ave
Port Charlotte FL 339525433
Mchadguinn@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** wsinder@gmail.com
**Sent:** Monday, October 31, 2016 6:34 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. William Sinderbrand
37 Nagle Ave Apt 6F
New York NY 100401484
wsinder@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Judyrhee@hotmail.com
**Sent:** Monday, October 31, 2016 6:52 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Judy Rhee
91 N 4th St
Brooklyn NY 112493795
Judyrhee@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lynne@shekinahclay.com
**Sent:** Monday, October 31, 2016 7:31 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lynne Anderson

Mrs. CharLynne Anderson
446 Stahl Rd
Paonia CO 814286506
9705274308
lynne@shekinahclay.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** adstrunk@hotmail.com
**Sent:** Monday, October 31, 2016 7:37 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Alicia Strunk

Ms. Alicia Strunk
941 S Quintero Ct
Aurora CO 800173879
adstrunk@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Maconyork@gmail.com
**Sent:** Monday, October 31, 2016 7:41 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Macon

Mrs. Macon York Costlow
1773 Old Haywood Rd
Asheville NC 288061156
Maconyork@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** marilynnthomas@gmail.com
**Sent:** Monday, October 31, 2016 7:47 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Marilynn Thomas

Ms. Marilynn Thomas
32118 Stricker Dr
Warren MI 480881443
marilynnthomas@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** pslm911@hotmail.com
**Sent:** Monday, October 31, 2016 7:57 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. GENI DOUGLASS
PO BOX 52
Florence CO 812260052
pslm911@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** maddiesuz@gmail.com
**Sent:** Monday, October 31, 2016 7:58 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Madeline Schlick

Miss Madeline Schlick
3290 Euclid Ave
Boulder CO 803032121
maddiesuz@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** marloedson@satx.rr.com
**Sent:** Monday, October 31, 2016 8:32 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Marian Edson

Mrs. Marian Edson
14814 River Vis N
San Antonio TX 782167819
marloedson@satx.rr.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tiapewitt@gmail.com
**Sent:** Monday, October 31, 2016 8:44 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tia Pewitt

Mrs. Tia Pewitt
5587 Boy Scout Rd
Franklin TN 370649566
tiapewitt@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** neoaflander@gmail.com
**Sent:** Monday, October 31, 2016 8:50 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

jo

Ms. jane overton
5 Brook Ln
Jackson ME 049213055
207-722-3121
neoaflander@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** hildurytroyer@gmail.com
**Sent:** Monday, October 31, 2016 8:50 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hildur Troyer

Ms. Hildur Troyer
321 N 6th St
Silt CO 816529804
9706186232
hildurytroyer@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** hashlockhart@gmail.com
**Sent:** Monday, October 31, 2016 8:55 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hashanna Lockhart

Miss Hashanna Lockhart
1612 Hancock Blvd
Reading PA 196072922
6107800339
hashlockhart@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** slsmith101@gmail.com
**Sent:** Monday, October 31, 2016 9:00 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Shelley Smith

Ms. Shelley Smith
1203 E Woodstock Ave
Salt Lake City UT 841211629
slsmith101@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ryan.morrow@gmail.com
**Sent:** Monday, October 31, 2016 9:01 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ryan Morrow

Mr. Ryan Morrow
901 N Main St
Gunnison CO 812302415
5719695547
ryan.morrow@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** janevanevera@gmail.com
**Sent:** Monday, October 31, 2016 9:06 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jane VanEvera

Ms. Jane VanEvera
PO BOX 157
Gwinn MI 498410157
janevanevera@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Nancymarkow@gmail.com
**Sent:** Monday, October 31, 2016 9:18 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Planet over corporate profits. Thank you

Ms. Nancy Markow
12970 W Burgundy Dr
Littleton CO 801274623
303-525-7091
Nancymarkow@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Flyangel1435@gmail.com
**Sent:** Monday, October 31, 2016 9:22 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sarah M. Etzler

Miss Sarah Etzler
1308 Brush Creek Ave
Montrose CO 814019097
Flyangel1435@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mguyross@gmx.COM
**Sent:** Monday, October 31, 2016 9:23 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

guy Ross

Dr. guy Ross
20725 Highway 550
Ridgway CO 814329804
mguyross@gmx.COM

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Pamela.sleeper98@gmail.com
**Sent:** Monday, October 31, 2016 9:23 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Pamela Sleeper
900 Brookvale Ter
Manchester MO 630216724
6363467709
Pamela.sleeper98@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** zgommahoppers@bresnan.net
**Sent:** Monday, October 31, 2016 9:31 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kathy Bachlet

Mrs. Kathy Bachlet
869 Sabil Dr
Fruita CO 815218725
zgommahoppers@bresnan.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Rlafollette@wowway.com
**Sent:** Monday, October 31, 2016 9:32 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Renee Archer
32544 Leona St
Garden City MI 481351226
Rlafollette@wowway.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Ecodiro@gmail.com
**Sent:** Monday, October 31, 2016 9:36 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Dianne Rollins
9485 SE Teter Rd
Leon KS 670749093
Ecodiro@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gailss69@springsips.com
**Sent:** Monday, October 31, 2016 9:43 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Gail Schisler

Ms. Gail Schisler
PO BOX 766
Oak Creek CO 804670766
gailss69@springsips.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** maurygrimm54@gmail.com
**Sent:** Monday, October 31, 2016 9:52 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Maury Grimm

Ms. Maury Grimm
16800 County Road 15
La Jara CO 811409532
7192749816
maurygrimm54@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jpretzer1@juno.com
**Sent:** Monday, October 31, 2016 9:52 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Save Colorado's country...we've had enough destruction already here!!!!

Ms. Joyce Pretzer
2006 N 5th St
Canon City CO 812122007
jpretzer1@juno.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Hjwildflower@gmail.com
**Sent:** Monday, October 31, 2016 10:11 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Heather Smith
169 S 1990 W
Orem UT 840582064
Hjwildflower@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** remyoga@gmail.com
**Sent:** Monday, October 31, 2016 10:12 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Rebecca Mayer

Ms. Rebecca Mayer
150 Stonegate Rd
Portola Valley CA 940287649
6502060600
remyoga@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** smmwsuzanne@gmail.com
**Sent:** Monday, October 31, 2016 10:12 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

SMM Warner

Ms. SMM Warner
PO BOX 4943
Grand Junction CO 815024943
5415319189
smmwsuzanne@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** kenscarpenter@hotmail.com
**Sent:** Monday, October 31, 2016 10:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Kenneth Carpenter
34323 Highway 6 Apt 213
Edwards CO 816328131
kenscarpenter@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** preciousmud@comcast.net
**Sent:** Monday, October 31, 2016 10:22 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.
A personal note. Please stop this insanity before it is too late! Our lives here are more important than money. You can not eat and drink oil money! It's not about jobs! It;s not about needing more oil, because we don't! We need a clean environment for our children and grandchildren! Stop this insanity before it's too late!

Thank you.

Diana Lea

Mrs. Diana Lea
2352 Mountain Rd
Ogden UT 844142540
8018665881
preciousmud@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dustinareed5280@gmail.com
**Sent:** Monday, October 31, 2016 10:25 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dustina Reed

Mrs. Dustina Reed
8035 Lee Dr Unit 201
Arvada CO 800052187
7202995936
dustinareed5280@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jhathorcreations@q.com
**Sent:** Monday, October 31, 2016 10:27 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nancy Harlow

Mrs. Nancy Harlow
1152 E Purcell Ln
Pueblo CO 810071202
7195472021
jhathorcreations@q.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Stourmi@gmail.com
**Sent:** Monday, October 31, 2016 10:31 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Samantha Burrow

Miss Samantha Burrow
41012 Lamborn Mesa Rd
Paonia CO 814286433
2144902838
Stourmi@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Kacieross@live.com
**Sent:** Monday, October 31, 2016 10:32 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kacie L. Ross

Ms. Kacie Ross
3726 W Union Ave
Denver CO 802363631
Kacieross@live.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** feliciagtg@gmail.com
**Sent:** Monday, October 31, 2016 10:36 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Felicia Trevor
187 N 10th St
Carbondale CO 816231501
feliciagtg@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Spelke4730@msn.com
**Sent:** Monday, October 31, 2016 10:37 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dawn Spelke

Ms. Dawn Spelke
2524 S Acoma St
Denver CO 802234404
Spelke4730@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** adrienne.m.pizarro@gmail.com
**Sent:** Monday, October 31, 2016 10:37 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

adrienne pizarro

Ms. adrienne pizarro
4958 Wellborn Dr
Columbus GA 319074264
7066150525
adrienne.m.pizarro@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** voodoochile@taylorstown.net
**Sent:** Monday, October 31, 2016 10:42 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Laura Lieberman
PO BOX 313
Lovettsville VA 201800313
voodoochile@taylorstown.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gail@europacreative.com
**Sent:** Monday, October 31, 2016 10:53 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Gail carey

Mrs. Gail Carey
939 Reynolds Farm Ln
Longmont CO 805034070
gail@europacreative.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** staceycaster@hotmail.com
**Sent:** Monday, October 31, 2016 10:56 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Stacey Caster

Ms. Stacey Caster
5 W Las Animas St
Colorado Springs CO 809034164
staceycaster@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Vchartierjunk@gmail.com
**Sent:** Monday, October 31, 2016 11:00 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Vic

Mr. Vic Chartier
860 30th St
Boulder CO 803032304
Vchartierjunk@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Georgiaa66@Gmail.com
**Sent:** Monday, October 31, 2016 11:05 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Georgia Allen

Ms. Georgia Allen
933 Putnam Ave Apt 1
Brooklyn NY 112213590
Georgiaa66@Gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** skadams89@gmail.com
**Sent:** Monday, October 31, 2016 11:11 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Stephen Adams

Mr. Stephen Adams
1020 Wabash St
Fort Collins CO 805263191
4077180031
skadams89@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** hkavanagh546@msn.com
**Sent:** Monday, October 31, 2016 11:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hilarie Kavanagh

Ms. HILARIE KAVANAGH
7249 Mount Meeker Rd
Longmont CO 805037127
hkavanagh546@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dori.mondon@gmail.com
**Sent:** Monday, October 31, 2016 11:14 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Thanks for listening!

Ms. Dori Mondon
1634 N Old Stage Rd
Mount Shasta CA 960679723
503-867-1729
dori.mondon@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** toriyouell@gmail.com
**Sent:** Monday, October 31, 2016 11:19 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Miss Victoria Youell
546 S 3rd St
Montrose CO 814014206
toriyouell@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** sgilstrap@care4denver.org
**Sent:** Monday, October 31, 2016 11:20 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sam Gilstrap

Mr. Sam Gilstrap
10425 W Dakota Ave
Lakewood CO 802262612
sgilstrap@care4denver.org

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ldpeterson411@gmail.com
**Sent:** Monday, October 31, 2016 11:28 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ian Peterson

Mr. Ian Peterson
463 Longley Rd
Groton MA 014501057
ldpeterson411@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mglennmassage@gmail.com
**Sent:** Monday, October 31, 2016 11:33 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Melissa Glenn

Ms. Melissa Glenn
1 Lynx Rd
Ridgway CO 814328505
mglennmassage@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jennifer.r.sager@gmail.com
**Sent:** Monday, October 31, 2016 11:39 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jennifer Sager

Ms. Jennifer Sager
59577 Spring Creek Rd
Montrose CO 814037912
jennifer.r.sager@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** landondeane@gmail.com
**Sent:** Monday, October 31, 2016 11:51 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Landon Deane

Ms. Landon Deane
PO BOX 508
Aspen CO 816120508
9703798242
landondeane@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jenfixit1@gmail.com
**Sent:** Monday, October 31, 2016 11:56 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Jennifer Fossen
5758 S Lowell Way
Littleton CO 801232848
Jenfixit1@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** 2thailey@gmail.com
**Sent:** Monday, October 31, 2016 11:59 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Terry Hailey

Ms. Terry Hailey
271 Genoa Ln
Clayton NC 275275401
9192808606
2thailey@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Sarah@dftz.org
**Sent:** Monday, October 31, 2016 12:01 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Sarah Brewer
109 S 3rd St
Montrose CO 814013615
Sarah@dftz.org

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** robertkayparker@gmail.com
**Sent:** Monday, October 31, 2016 12:10 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Robert Parker

Mr. Robert Parker
16081 US Highway 50
Coaldale CO 812229990
7199424389
robertkayparker@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** rowlandspainting@hotmail.com
**Sent:** Monday, October 31, 2016 12:11 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jennifer Williams

Ms. Jennifer Williams
7750 W 61st Ave
Arvada CO 800045636
rowlandspainting@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mfryaz@gmail.com
**Sent:** Monday, October 31, 2016 12:13 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Meredith Fry

Mrs. Meredith Fry
1125 Legacy Heights Dr
Berthoud CO 805139453
4027307295
mfryaz@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** jasprice@hotmail.com
**Sent:** Monday, October 31, 2016 12:17 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Julie A. Sharer-Price

Mrs. Julie Sharer-Price
7558 Dusk St
Littleton CO 801258948
jasprice@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** adaline.marie@gmail.com
**Sent:** Monday, October 31, 2016 12:21 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Megan Miller

Ms. Megan Miller
2635 Dolores Way
Carbondale CO 816232238
adaline.marie@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** leah@morrisdesign.com
**Sent:** Monday, October 31, 2016 12:33 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Leah Knudson
4500 19th St Lot 533
Boulder CO 803040667
leah@morrisdesign.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** blaundjones@hotmail.com
**Sent:** Monday, October 31, 2016 12:33 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. amanda stevens
1631 N 19th St
Grand Junction CO 815016615
blaundjones@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** speelarc@live.com
**Sent:** Monday, October 31, 2016 12:35 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Samantha Peel
77 Karsten Dr Apt 24B
Wahiawa HI 967862884
99
speelarc@live.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** nathan.a.brewer@dftz.org
**Sent:** Monday, October 31, 2016 12:38 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado PLEASE!

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nathan Brewer

Mr. Nathan Brewer
109 S 3rd St
Montrose CO 814013615
9702059321
nathan.a.brewer@dftz.org

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** darvlloyd@gmail.com
**Sent:** Monday, October 31, 2016 12:41 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

In this age of out-of-control anthropomorphic climate disruption, how can the Bureau of "Livestock, Logging, and Mining" even consider opening up this spectacular area to oil and gas drilling?! It's way past time to change your mission statement and national priorities.

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

Thank you for allowing me to comment.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Darvel Lloyd

Mr. Darvel Lloyd
54 SE 74th Ave
Portland OR 972151443
5035932996
darvlloyd@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tamina.brighton@hotmail.com
**Sent:** Monday, October 31, 2016 12:43 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Tamina Brighton
444 W Alvarado St
Pomona CA 917683015
tamina.brighton@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** 7jennystewart@gmail.com
**Sent:** Monday, October 31, 2016 12:54 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

As a CSU alumna, I am very concerned at your plans to drill for oil and gas in protected, wild areas of Colorado.

While I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors, the plan to open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites is unconscionable.

Much of the area doesn't even have oil and gas reserves that are feasible for development - the BLM is putting our public lands at risk for speculative leasing. The BLM must change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

Please protect all lands with wilderness characteristics, including the Adobe Badlands, an area full of fascinating canyons, mesas and arroyos providing important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

none

Mrs. Jenny Stewart
3142 Brookdale Rd
Studio City CA 916044207
7jennystewart@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** matacia.2@osu.edu
**Sent:** Monday, October 31, 2016 12:57 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado!!

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Laura Matacia

Ms. Laura Matacia
445 E Main St Apt 5
Montrose CO 814013976
matacia.2@osu.edu

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** djibrilfall@gmail.com
**Sent:** Monday, October 31, 2016 1:07 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

James Gustafson

Mr. James Gustafson
1828 N Corona St
Colorado Springs CO 809077646
7196515780
djibrilfall@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** pj4bes@gmail.com
**Sent:** Monday, October 31, 2016 1:10 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Janet Forbes

Mrs. Janet Forbes
232 Crossroads Cir
Montrose CO 814016334
9702099110
pj4bes@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gerryrae@gmail.com
**Sent:** Monday, October 31, 2016 1:27 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Rae D Leatham
46 Village Way PMB 195
Port Ludlow WA 98365
gerryrae@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** patrick.r.dooling@gmail.com
**Sent:** Monday, October 31, 2016 1:32 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Patrick Dooling

Mr. Patrick Dooling
14138 Burgess Ln
Paonia CO 814284104
2156303779
patrick.r.dooling@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Jerryberg52@gmail.com
**Sent:** Monday, October 31, 2016 1:53 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

I am a retired FWS employee and understand the responsibility of managing federal lands. I also value our Federal lands as truly public that belong to us allfor multiple uses not just oil and gas development.

I appreciate the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Jerry Berg

Mr. Jerry Berg
41693 Cottonwood Creek Rd
Crawford CO 814158913
Jerryberg52@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tarahbenner@gmail.com
**Sent:** Monday, October 31, 2016 2:05 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Do NOT Open Public Land to Oil and Gas Development

To whom it may concern:

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you,

Tarah Benner

Ms. Tarah Benner
120 N Chestnut St
Colorado Springs CO 809051403
tarahbenner@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Abbyneu@me.com
**Sent:** Monday, October 31, 2016 2:18 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Miss Abby Neu
0133 Sherwood Ln
Blue River CO 804248919
3153175797
Abbyneu@me.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** k_montague@hotmail.com
**Sent:** Monday, October 31, 2016 2:27 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kim Montague

Ms. Kim Montague
1122 Cooper Ave
Glenwood Springs CO 816013922
k_montague@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** juliapeterson20@gmail.com
**Sent:** Monday, October 31, 2016 2:30 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Julia Peterson

Mrs. Julia Peterson
1030 Piedmont Pl
Bellingham WA 982292501
3607340953
juliapeterson20@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** thomas.cummings@comcast.net
**Sent:** Monday, October 31, 2016 2:38 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Thomas T. Cummings

Mr. Thomas Cummings
15696 E Floyd Ave
Aurora CO 800131708
303 9277566
thomas.cummings@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** fostertlu@gmail.com
**Sent:** Monday, October 31, 2016 3:01 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Teresa Foster
1440 Baker St
Longmont CO 805013473
fostertlu@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lynea@tds.net
**Sent:** Monday, October 31, 2016 3:04 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lynea Schultz-Ela

Ms. Lynea Schultz-Ela
30457 L Rd
Hotchkiss CO 814199692
Lynea@tds.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Debbiethacker@gmail.com
**Sent:** Monday, October 31, 2016 3:21 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Debbie Thacker
20740 4th St
Saratoga CA 950705856
Debbiethacker@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Fhdhssbd@gmail.com
**Sent:** Monday, October 31, 2016 3:34 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Miss Lauren Prestia
181 Flavell Rd
Groton MA 014501534
Fhdhssbd@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** williams.lauralei@gmail.com
**Sent:** Monday, October 31, 2016 3:54 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Laura Williams

Ms. Laura Williams
4675 NW 80th Ct
Ocala FL 344822055
williams.lauralei@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Otherwiserla@live.com
**Sent:** Monday, October 31, 2016 4:04 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Bob Alward

Mr. Bob Alward
364 NW 18th St
Ontario OR 979141930
Otherwiserla@live.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** theronhreno@gmail.com
**Sent:** Monday, October 31, 2016 4:15 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

THERON HRENO

Mr. Theron Hreno
2945 19th St
Boulder CO 803042719
theronhreno@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** coloradointegrativehealth@gmail.com
**Sent:** Monday, October 31, 2016 4:17 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Aliya Colleen Boozari

Ms. Aliya Boozari
1190 Lilac Rd
Montrose CO 814018359
9703330968
coloradointegrativehealth@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** monicajfoster@hotmail.com
**Sent:** Monday, October 31, 2016 4:20 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Monica J. Foster

Mrs. Monica Foster
508 E Mills Dr
Landis NC 280881835
monicajfoster@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** thelojewskis@msn.com
**Sent:** Monday, October 31, 2016 4:27 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

With energy prices so low now why bother opening up new lands to energy exploration? If oil per barrel goes up over $75 per barrel then I will be for more exploration.

Thank you.

Bob Lojewski

Mr. Robert Lojewski
255 Summit Rd
Manitou Springs CO 808294800
719-277-7109
thelojewskis@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gstreun@satx.rr.com
**Sent:** Monday, October 31, 2016 4:27 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Gail Streun

Mrs. Gail Streun
822 Arvin St
Seguin TX 781557147
gstreun@satx.rr.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** henryangela98@gmail.com
**Sent:** Monday, October 31, 2016 4:40 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Angela Nam

Mrs. Angela Nam
10752 W Locust Ln
Avondale AZ 853231150
henryangela98@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** snwrdremili@msn.com
**Sent:** Monday, October 31, 2016 5:01 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Emily Oyler

Mrs. Emily Oyler
171 Yale Rd
Gypsum CO 816378500
3039060052
snwrdremili@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Kerstimay@gmail.com
**Sent:** Monday, October 31, 2016 5:09 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Kerstin May
660 Chipeta Dr
Ridgway CO 814329302
Kerstimay@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tanyatheblack@hotmail.com
**Sent:** Monday, October 31, 2016 5:38 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tanya Black

Ms. Tanya Black
15462 Black Bridge Rd
Paonia CO 814287106
9702619672
tanyatheblack@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Judson.chubbuck@gmail.com
**Sent:** Monday, October 31, 2016 6:06 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dr. Jusson Chubbuck
2859 Fenel Ave
Grand Junction CO 815017832
Judson.chubbuck@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** damedogsndragon@gmail.com
**Sent:** Monday, October 31, 2016 6:13 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Toni Lackey
640 Leon St
Delta CO 814162345
damedogsndragon@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** zack.gustafson@gmail.com
**Sent:** Monday, October 31, 2016 6:20 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

I appreciate the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors. My own property provides routes and habitat for a large number of species and I intend to keep it that way.

I am disappointed that the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat, watersheds for sustainable farmland, and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Zack Gustafson

Mr. Zachary Gustafson
877 County Road 744
Almont CO 812109702
9709018964
zack.gustafson@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Erinlmangold@gmail.com
**Sent:** Monday, October 31, 2016 7:03 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Erin Mangold
11 Courtney Cir
Ladera Ranch CA 926940317
9492053832
Erinlmangold@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Fallasleepandwakeup@hotmail.com
**Sent:** Monday, October 31, 2016 7:03 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development. New development for such destructive energy sources is simply no longer responsible or acceptable.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you for all you do.  I have worked for federal land management agencies and know that yoir job is not easy, nor do you have much room for creativity or autonomy.  I hope the powers that be will alter their course on these issues for all of our sakes - me, you, your children, and their grandchildren.

Ms. April Johnson
524 Vassar Dr SE
Albuquerque NM 871062808
Fallasleepandwakeup@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** collettep@gmail.com
**Sent:** Monday, October 31, 2016 7:11 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Collette Pilon

Ms. Collette Pilon
13033 E Ccc Loop
Willcox AZ 856434710
collettep@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tjstyck@gmail.com
**Sent:** Monday, October 31, 2016 7:13 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tara Jean Styck

Miss Tara Styck
327 North Fork Ave
Paonia CO 814288500
3033308683
tjstyck@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Christine.elizabeth.saenz@gmail.com
**Sent:** Monday, October 31, 2016 7:14 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Christine Saenz
1019 N Lafayette St
Denver CO 802183117
Christine.elizabeth.saenz@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** reolabranch@gmail.com
**Sent:** Monday, October 31, 2016 7:29 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sarah Wilson

Miss Sarah Wilson
75 Montrose Dr
Montrose CO 814014819
9702755843
reolabranch@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** suzanngeisler@ouray.k12.co.us
**Sent:** Monday, October 31, 2016 7:31 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Suzann Geisler

Ms. Suzann Geisler
PO BOX 392
Ouray CO 814270392
765-430-3977
suzanngeisler@ouray.k12.co.us

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mserour@hotmail.com
**Sent:** Monday, October 31, 2016 7:54 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mark Serour

Mr. Mark Serour
1924 Langshire Dr Apt D
Fort Collins CO 805261116
mserour@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** amyklyse@hotmail.com
**Sent:** Monday, October 31, 2016 7:57 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Amy Lyons
1310 Burland Dr
Bailey CO 804211813
amyklyse@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** dennismyers2@comcast.net
**Sent:** Monday, October 31, 2016 8:03 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Dennis Myers

Mr. Dennis Myers
5214 S Espana St
Centennial CO 800153708
dennismyers2@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mshaw398@gmail.com
**Sent:** Monday, October 31, 2016 8:04 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Meg Shaw

Ms. Meg Shaw
374 E 4th Ave
Durango CO 813015796
8633987812
mshaw398@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** trailmaker777@msn.com
**Sent:** Monday, October 31, 2016 8:15 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Timothy Salmans

Mr. Timothy Salmans
27130 Sun Ridge Dr
Evergreen CO 804399226
trailmaker777@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lmcnellis77@gmail.com
**Sent:** Monday, October 31, 2016 8:38 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lisa McNellis

Mrs. Lisa McNellis
PO BOX 2233
Crested Butte CO 812242233
970-209-2003
Lmcnellis77@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** phaseman@sbcglobal.net
**Sent:** Monday, October 31, 2016 8:40 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Paul Haseman
10680 Pine Valley Path
Indianapolis IN 462343230
phaseman@sbcglobal.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** taradevries@gmail.com
**Sent:** Monday, October 31, 2016 8:42 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tara DeVries Beyer

Ms. Tara DeVries Beyer
4911 Little Cub Creek Rd
Evergreen CO 804395719
taradevries@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Extractedexpressions@riseup.net
**Sent:** Monday, October 31, 2016 8:45 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Leila Amin Sobhani

Miss Leila Amin Sobhani
1729 E Manhatton Dr
Tempe AZ 852825747
Extractedexpressions@riseup.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** quarantine@messaging.microsoft.com
**Sent:** Monday, October 31, 2016 9:15 PM
**To:** Responses User
**Subject:** Spam Notification: 116 New Messages

Dear responses@tws.org:

You have 116 new spam-quarantined messages as of Nov 1, 2016 12:00 AM (UTC) which are listed below along with the actions that can be taken:

**Release to Inbox:** Send the message to your Inbox.

**Report as Not Junk:** Send a copy of the message to Microsoft for analysis.

| Sender | Subject | Date (UTC) | Size | Release | Report |
|---|---|---|---|---|---|
| "rocksrfriends@yahoo.com" <rocksrfriends@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:24 AM | 28292 | Release to Inbox | Report as Not Junk |
| "rocksrfriends@yahoo.com" <rocksrfriends@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:24 AM | 29115 | Release to Inbox | Report as Not Junk |
| "Mjpoltorak@yahoo.com" <Mjpoltorak@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:47 AM | 28010 | Release to Inbox | Report as Not Junk |
| "Mjpoltorak@yahoo.com" <Mjpoltorak@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:47 AM | 27310 | Release to Inbox | Report as Not Junk |
| "teddylucylinda@yahoo.com" <teddylucylinda@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:56 AM | 28097 | Release to Inbox | Report as Not Junk |
| "teddylucylinda@yahoo.com" <teddylucylinda@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:56 AM | 28866 | Release to Inbox | Report as Not Junk |
| "troub@rocketmail.com" <troub@rocketmail.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 1:03 AM | 28048 | Release to Inbox | Report as Not Junk |
| "troub@rocketmail.com" <troub@rocketmail.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 1:03 AM | 28867 | Release to Inbox | Report as Not Junk |
| "earthlingwiley2000@yahoo.com" <earthlingwiley2000@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 1:20 AM | 30344 | Release to Inbox | Report as Not Junk |
| "earthlingwiley2000@yahoo.com" <earthlingwiley2000@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 1:20 AM | 30331 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "Pattilittlecreek@yahoo.com" <Pattilittlecreek@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 1:21 AM | 27355 | Release to Inbox | Report as Not Junk |
| "Pattilittlecreek@yahoo.com" <Pattilittlecreek@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 1:21 AM | 27843 | Release to Inbox | Report as Not Junk |
| "casperlory@yahoo.com" <casperlory@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 1:55 AM | 23232 | Release to Inbox | Report as Not Junk |
| "casperlory@yahoo.com" <casperlory@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 1:55 AM | 27354 | Release to Inbox | Report as Not Junk |
| "ptrammell@yahoo.com" <ptrammell@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 2:18 AM | 25915 | Release to Inbox | Report as Not Junk |
| "ptrammell@yahoo.com" <ptrammell@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 2:18 AM | 25804 | Release to Inbox | Report as Not Junk |
| "lvangelo98@aol.com" <lvangelo98@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:01 AM | 23590 | Release to Inbox | Report as Not Junk |
| "lvangelo98@aol.com" <lvangelo98@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:01 AM | 24359 | Release to Inbox | Report as Not Junk |
| "Annaceleste@yahoo.com" <Annaceleste@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:24 AM | 26337 | Release to Inbox | Report as Not Junk |
| "Annaceleste@yahoo.com" <Annaceleste@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:24 AM | 28981 | Release to Inbox | Report as Not Junk |
| "annlouisepiano@yahoo.com" <annlouisepiano@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:26 AM | 28781 | Release to Inbox | Report as Not Junk |
| "annlouisepiano@yahoo.com" <annlouisepiano@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:26 AM | 28931 | Release to Inbox | Report as Not Junk |
| "redrockhigh@aol.com" <redrockhigh@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:29 AM | 28362 | Release to Inbox | Report as Not Junk |
| "redrockhigh@aol.com" <redrockhigh@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:29 AM | 28254 | Release to Inbox | Report as Not Junk |
| "Julienovak_77@yahoo.com" <Julienovak_77@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:36 AM | 28724 | Release to Inbox | Report as Not Junk |
| "Julienovak_77@yahoo.com" <Julienovak_77@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:36 AM | 28335 | Release to Inbox | Report as Not Junk |
| "jollymothe@aol.com" <jollymothe@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:38 AM | 26863 | Release to Inbox | Report as Not Junk |
| "jollymothe@aol.com" <jollymothe@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:38 AM | 26189 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "Julie.Chacon55@yahoo.com" <Julie.Chacon55@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:51 AM | 12571 | Release to Inbox | Report as Not Junk |
| "Julie.Chacon55@yahoo.com" <Julie.Chacon55@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 3:51 AM | 28156 | Release to Inbox | Report as Not Junk |
| "nbd53@yahoo.com" <nbd53@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 4:02 AM | 28749 | Release to Inbox | Report as Not Junk |
| "nbd53@yahoo.com" <nbd53@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 4:02 AM | 26475 | Release to Inbox | Report as Not Junk |
| "twin7935@yahoo.com" <twin7935@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 4:06 AM | 28204 | Release to Inbox | Report as Not Junk |
| "twin7935@yahoo.com" <twin7935@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 4:06 AM | 28964 | Release to Inbox | Report as Not Junk |
| "istepstone@aol.com" <istepstone@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 4:06 AM | 26692 | Release to Inbox | Report as Not Junk |
| "istepstone@aol.com" <istepstone@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 4:06 AM | 27564 | Release to Inbox | Report as Not Junk |
| "wildsagetoo@yahoo.com" <wildsagetoo@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 4:39 AM | 26269 | Release to Inbox | Report as Not Junk |
| "wildsagetoo@yahoo.com" <wildsagetoo@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 4:39 AM | 27227 | Release to Inbox | Report as Not Junk |
| "kbaileystone@yahoo.com" <kbaileystone@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 4:49 AM | 29246 | Release to Inbox | Report as Not Junk |
| "kbaileystone@yahoo.com" <kbaileystone@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 4:49 AM | 29822 | Release to Inbox | Report as Not Junk |
| "mojopch@yahoo.com" <mojopch@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:03 AM | 28940 | Release to Inbox | Report as Not Junk |
| "mojopch@yahoo.com" <mojopch@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:03 AM | 28305 | Release to Inbox | Report as Not Junk |
| "Lv_ranch_ops@yahoo.com" <Lv_ranch_ops@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:11 AM | 27423 | Release to Inbox | Report as Not Junk |
| "Lv_ranch_ops@yahoo.com" <Lv_ranch_ops@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:11 AM | 28933 | Release to Inbox | Report as Not Junk |
| "annie.deveney@yahoo.com" <annie.deveney@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 5:44 AM | 29968 | Release to Inbox | Report as Not Junk |
| "annie.deveney@yahoo.com" <annie.deveney@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 5:44 AM | 29512 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "barbararush47@yahoo.com" <barbararush47@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:54 AM | 26809 | Release to Inbox | Report as Not Junk |
| "barbararush47@yahoo.com" <barbararush47@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:54 AM | 28304 | Release to Inbox | Report as Not Junk |
| "Graysarah69@yahoo.com" <Graysarah69@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 6:18 AM | 28865 | Release to Inbox | Report as Not Junk |
| "Graysarah69@yahoo.com" <Graysarah69@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 6:18 AM | 28924 | Release to Inbox | Report as Not Junk |
| "Sterlingsum@aol.com" <Sterlingsum@aol.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 6:32 AM | 29384 | Release to Inbox | Report as Not Junk |
| "Sterlingsum@aol.com" <Sterlingsum@aol.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 6:32 AM | 29953 | Release to Inbox | Report as Not Junk |
| "pennerjaxx@aol.com" <pennerjaxx@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 6:42 AM | 28957 | Release to Inbox | Report as Not Junk |
| "pennerjaxx@aol.com" <pennerjaxx@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 6:42 AM | 26589 | Release to Inbox | Report as Not Junk |
| "elisabeth.ready@yahoo.com" <elisabeth.ready@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 8:47 AM | 28039 | Release to Inbox | Report as Not Junk |
| "elisabeth.ready@yahoo.com" <elisabeth.ready@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 8:47 AM | 26901 | Release to Inbox | Report as Not Junk |
| "arileebird@yahoo.com" <arileebird@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 9:47 AM | 28657 | Release to Inbox | Report as Not Junk |
| "arileebird@yahoo.com" <arileebird@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 9:47 AM | 28097 | Release to Inbox | Report as Not Junk |
| "Cls3333@yahoo.com" <Cls3333@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:05 PM | 26811 | Release to Inbox | Report as Not Junk |
| "Cls3333@yahoo.com" <Cls3333@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:05 PM | 25401 | Release to Inbox | Report as Not Junk |
| "cannolidog@yahoo.com" <cannolidog@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:14 PM | 27341 | Release to Inbox | Report as Not Junk |
| "cannolidog@yahoo.com" <cannolidog@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 12:14 PM | 27122 | Release to Inbox | Report as Not Junk |
| "lhilani33@yahoo.com" <lhilani33@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 1:24 PM | 27856 | Release to Inbox | Report as Not Junk |
| "lhilani33@yahoo.com" <lhilani33@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 1:24 PM | 28025 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "Leilynx@yahoo.com" <Leilynx@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 2:05 PM | 24574 | Release to Inbox | Report as Not Junk |
| "Leilynx@yahoo.com" <Leilynx@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 2:05 PM | 28988 | Release to Inbox | Report as Not Junk |
| "scott.stieglitz@yahoo.com" <scott.stieglitz@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 2:32 PM | 28299 | Release to Inbox | Report as Not Junk |
| "scott.stieglitz@yahoo.com" <scott.stieglitz@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 2:32 PM | 25948 | Release to Inbox | Report as Not Junk |
| "rmheg@aol.com" <rmheg@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 2:40 PM | 26245 | Release to Inbox | Report as Not Junk |
| "rmheg@aol.com" <rmheg@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 2:40 PM | 27072 | Release to Inbox | Report as Not Junk |
| "Cyndle.clift@yahoo.com" <Cyndle.clift@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 2:44 PM | 27910 | Release to Inbox | Report as Not Junk |
| "Cyndle.clift@yahoo.com" <Cyndle.clift@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 2:44 PM | 26506 | Release to Inbox | Report as Not Junk |
| "kermitsqst@yahoo.com" <kermitsqst@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 2:46 PM | 28568 | Release to Inbox | Report as Not Junk |
| "kermitsqst@yahoo.com" <kermitsqst@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 2:46 PM | 27767 | Release to Inbox | Report as Not Junk |
| "Kmoon_67@yahoo.com" <Kmoon_67@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 2:59 PM | 24451 | Release to Inbox | Report as Not Junk |
| "Kmoon_67@yahoo.com" <Kmoon_67@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 2:59 PM | 29674 | Release to Inbox | Report as Not Junk |
| "wachemom@aol.com" <wachemom@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 2:59 PM | 27338 | Release to Inbox | Report as Not Junk |
| "wachemom@aol.com" <wachemom@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 2:59 PM | 28445 | Release to Inbox | Report as Not Junk |
| "vyrtigo@aol.com" <vyrtigo@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 4:14 PM | 26497 | Release to Inbox | Report as Not Junk |
| "vyrtigo@aol.com" <vyrtigo@aol.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 4:14 PM | 27783 | Release to Inbox | Report as Not Junk |
| "lynnlevine4parks@yahoo.com" <lynnlevine4parks@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 4:30 PM | 27765 | Release to Inbox | Report as Not Junk |
| "lynnlevine4parks@yahoo.com" <lynnlevine4parks@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 4:30 PM | 28533 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "Kristinpulatie@yahoo.com" <Kristinpulatie@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 4:36 PM | 27283 | Release to Inbox | Report as Not Junk |
| "Kristinpulatie@yahoo.com" <Kristinpulatie@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 4:36 PM | 26520 | Release to Inbox | Report as Not Junk |
| "addiesmock@yahoo.com" <addiesmock@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 4:56 PM | 27716 | Release to Inbox | Report as Not Junk |
| "addiesmock@yahoo.com" <addiesmock@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 4:56 PM | 27541 | Release to Inbox | Report as Not Junk |
| "pltruely@aol.com" <pltruely@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:05 PM | 28976 | Release to Inbox | Report as Not Junk |
| "pltruely@aol.com" <pltruely@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:05 PM | 27940 | Release to Inbox | Report as Not Junk |
| "wild4533@aol.com" <wild4533@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:06 PM | 13267 | Release to Inbox | Report as Not Junk |
| "wild4533@aol.com" <wild4533@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:06 PM | 28922 | Release to Inbox | Report as Not Junk |
| "Jaded_7182@yahoo.com" <Jaded_7182@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:08 PM | 26256 | Release to Inbox | Report as Not Junk |
| "Jaded_7182@yahoo.com" <Jaded_7182@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:08 PM | 26977 | Release to Inbox | Report as Not Junk |
| "Lyonsden9812@aol.com" <Lyonsden9812@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:42 PM | 28707 | Release to Inbox | Report as Not Junk |
| "Lyonsden9812@aol.com" <Lyonsden9812@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 5:42 PM | 26266 | Release to Inbox | Report as Not Junk |
| "misenhart@yahoo.com" <misenhart@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 6:12 PM | 29579 | Release to Inbox | Report as Not Junk |
| "misenhart@yahoo.com" <misenhart@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 6:12 PM | 29797 | Release to Inbox | Report as Not Junk |
| "rmotzerdesigns@yahoo.net" <rmotzerdesigns@yahoo.net> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 7:07 PM | 24205 | Release to Inbox | Report as Not Junk |
| "rmotzerdesigns@yahoo.net" <rmotzerdesigns@yahoo.net> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 7:07 PM | 24267 | Release to Inbox | Report as Not Junk |
| "dd.nelson@yahoo.com" <dd.nelson@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 7:09 PM | 24181 | Release to Inbox | Report as Not Junk |
| "dd.nelson@yahoo.com" <dd.nelson@yahoo.com> | Remove the Arctic Ocean from BOEM's 5-year leasing program! | Oct 31, 2016 7:09 PM | 23266 | Release to Inbox | Report as Not Junk |

| | | | | | |
|---|---|---|---|---|---|
| "stevieterp@yahoo.com" <stevieterp@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 7:09 PM | 27309 | Release to Inbox | Report as Not Junk |
| "stevieterp@yahoo.com" <stevieterp@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 7:09 PM | 23598 | Release to Inbox | Report as Not Junk |
| "alethea.goodwin@yahoo.com" <alethea.goodwin@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 7:17 PM | 30490 | Release to Inbox | Report as Not Junk |
| "alethea.goodwin@yahoo.com" <alethea.goodwin@yahoo.com> | Take action: Stop mining in the Methow Headwaters now | Oct 31, 2016 7:17 PM | 30139 | Release to Inbox | Report as Not Junk |
| "rdj9212@yahoo.com" <rdj9212@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 7:58 PM | 28198 | Release to Inbox | Report as Not Junk |
| "rdj9212@yahoo.com" <rdj9212@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 7:58 PM | 28904 | Release to Inbox | Report as Not Junk |
| "lovingco1@yahoo.com" <lovingco1@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 8:30 PM | 27982 | Release to Inbox | Report as Not Junk |
| "lovingco1@yahoo.com" <lovingco1@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 8:30 PM | 28575 | Release to Inbox | Report as Not Junk |
| "Lindarbun@aol.com" <Lindarbun@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 9:38 PM | 24292 | Release to Inbox | Report as Not Junk |
| "Lindarbun@aol.com" <Lindarbun@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 9:38 PM | 28635 | Release to Inbox | Report as Not Junk |
| "darcie_rae@yahoo.com" <darcie_rae@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 10:17 PM | 29062 | Release to Inbox | Report as Not Junk |
| "darcie_rae@yahoo.com" <darcie_rae@yahoo.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 10:17 PM | 26545 | Release to Inbox | Report as Not Junk |
| "Abesmom95@aol.com" <Abesmom95@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 11:23 PM | 28964 | Release to Inbox | Report as Not Junk |
| "Abesmom95@aol.com" <Abesmom95@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 11:23 PM | 28897 | Release to Inbox | Report as Not Junk |
| "Barsqa@aol.com" <Barsqa@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 11:24 PM | 27860 | Release to Inbox | Report as Not Junk |
| "Barsqa@aol.com" <Barsqa@aol.com> | Stop prioritizing oil and gas in the southwest Colorado | Oct 31, 2016 11:24 PM | 27057 | Release to Inbox | Report as Not Junk |

© 2016 Microsoft Corporation. Aii rights reserved. | Acceptabie Use Poiicy | Privacy Notice

## Responses User

**From:** jeanlinc@hotmail.com
**Sent:** Monday, October 31, 2016 9:18 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Lincoln Vannah

Mr. Lincoln Vannah
PO BOX 1588
Paonia CO 814288088
970-422-1888
jeanlinc@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** allypick@hotmail.com
**Sent:** Monday, October 31, 2016 9:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ally Pickren

Ms. Allison Pickren
PO BOX 333
Bayfield CO 811220333
allypick@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tree01@comcast.net
**Sent:** Monday, October 31, 2016 9:42 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado!! Prioritize people, natural beauty and our access to undamaged lands!

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Grace Colasurdo

Mrs. Grace Colasurdo
2 Winslow Dr
Hammonton NJ 080372614
6095179110
tree01@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Brendaclawson54@gmail.com
**Sent:** Monday, October 31, 2016 9:45 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Brenda Clawson

Ms. Brenda Clawson
20345 Outback Vw
Fountain CO 808177322
7192177604
Brendaclawson54@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Erika@theyogatour.com
**Sent:** Monday, October 31, 2016 9:46 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Erika weich

Mrs. Erika Weich
2880 21st St
Boulder CO 803042708
7204804862
Erika@theyogatour.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** gspltz@verizon.net
**Sent:** Monday, October 31, 2016 9:46 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. GAIL PLATZ
PO BOX 138
Belchertown MA 010070138
gspltz@verizon.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Gmsamora@gmail.com
**Sent:** Monday, October 31, 2016 10:08 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Geoffrey samora

Mr. Geoffrey Samora
1110 Woodward Ave
South Bend IN 466161522
Gmsamora@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** geewaddle@gmail.com
**Sent:** Monday, October 31, 2016 10:22 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Geena Waddle

Ms. Geena Waddle
1102 S Uncompahgre Ave Apt 5
Montrose CO 814014970
geewaddle@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Mcrou9461@gmail.com
**Sent:** Monday, October 31, 2016 10:34 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Mary Crouch
415 Helena Ct
Aurora CO 800119029
Mcrou9461@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Tnichol24@gmail.com
**Sent:** Monday, October 31, 2016 11:03 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Trevor Nichols
2926 Arapahoe St
Denver CO 802052734
Tnichol24@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** nsoos1001@netscape.net
**Sent:** Monday, October 31, 2016 11:12 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Nicole Soos
2515 Carla Dr
Loveland CO 805376198
nsoos1001@netscape.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Dreamangelco@gmail.com
**Sent:** Monday, October 31, 2016 11:28 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tracy Ford

Ms. Tracy Ford
1107 S Cascade Ave
Montrose CO 814014953
Dreamangelco@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** suevitt@gmail.com
**Sent:** Monday, October 31, 2016 11:35 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Sue Vittetoe
382 Sunnyside Cir
Grand Junction CO 815047119
suevitt@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Agarber@indra.com
**Sent:** Monday, October 31, 2016 11:50 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

A Sarinopoulos

Mrs. Alison Sarinopoulos
198 W Sycamore Ln
Louisville CO 800272234
Agarber@indra.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** hsbauder@gmail.com
**Sent:** Tuesday, November 1, 2016 12:52 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. heather Bauder
5489 Arthur Rd
Clare MI 486179752
hsbauder@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** greatwave@live.com
**Sent:** Tuesday, November 1, 2016 1:27 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kate Bowyer

Ms. Kate Bowyer
563 Stahl Rd
Paonia CO 814286506
greatwave@live.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ercar93@gmail.com
**Sent:** Tuesday, November 1, 2016 2:24 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Elaina R Carlson

Miss Elaina Carlson
121 Chipley Ct
Bowling Green KY 421038423
ercar93@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** equiltfairy@gmail.com
**Sent:** Tuesday, November 1, 2016 3:10 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan.

As a mother and business owner, I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Luana Rubin
4581 Maple Ct
Boulder CO 803015829
equiltfairy@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Nancy@StockerPhotos.com
**Sent:** Tuesday, November 1, 2016 4:50 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Nancy Stocker

Mrs. Nancy Stocker
2885 S Gilpin St
Denver CO 802106314
303-759-4056
Nancy@StockerPhotos.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Kamihinger@gmail.com
**Sent:** Tuesday, November 1, 2016 8:28 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kami Hinger

Ms. Kami Hinger
13724 W Auburn Ave
Lakewood CO 802284700
Kamihinger@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** spotmeinacrowd@gmail.com
**Sent:** Tuesday, November 1, 2016 8:33 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

vonnie smith

Mrs. vonnie smith
3438 Kerns Dr
Clifton CO 815208400
9702602754
spotmeinacrowd@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Lamprdav@gmail.com
**Sent:** Tuesday, November 1, 2016 8:46 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

David Lamprecht

Mr. David Lamprecht
9838 5650 Rd
Olathe CO 814259780
Lamprdav@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** skye.reid82@gmail.com
**Sent:** Tuesday, November 1, 2016 8:46 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Skye Reid
62885 Spring Creek Rd
Montrose CO 814039650
skye.reid82@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** wdujardin@gmail.com
**Sent:** Tuesday, November 1, 2016 8:47 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

-william

Mr. William Dujardin
PO BOX 3492
Crested Butte CO 812243492
wdujardin@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Centerforlifechange@gmail.com
**Sent:** Tuesday, November 1, 2016 9:18 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Jane Plattner
22041 Paradise Cir
Golden CO 804019437
Centerforlifechange@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** morris.tresa@gmail.com
**Sent:** Tuesday, November 1, 2016 9:27 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado, we need to become progressive in energy!

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Tresa Morris

Mrs. Tresa Morris
114 S 11th St
Colorado Springs CO 809044310
719-362-7256
morris.tresa@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** satarbet.02@gmail.com
**Sent:** Tuesday, November 1, 2016 9:32 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Shari Tarbet

Dr. Shari Tarbet
109 Calle Pueblo Pinado NW
Albuquerque NM 871203467
5054172071
satarbet.02@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** benzuniga@gmail.com01
**Sent:** Tuesday, November 1, 2016 9:37 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

I add my name to this to protect the future of colorado and the wildlife for generations to come. We will not accept this oil into our land that the people own

Thank you.

benjamin zuniga

Mr. benjamin zuniga
21318 Tulip Ct
Cedaredge CO 814138322
3037313834
benzuniga@gmail.com01

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** olivia@laffler.com
**Sent:** Tuesday, November 1, 2016 9:41 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

olaffler

Miss Olivis Laffler
7875 Severy Ave
Cascade CO 808091710
olivia@laffler.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** benjamin.wordwide@gmail.com
**Sent:** Tuesday, November 1, 2016 9:52 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Benjamin Caprn
56636 Pleasant Vly
Ferryville WI 546287025
608-734-3017
benjamin.wordwide@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** everydayjill@gmail.com
**Sent:** Tuesday, November 1, 2016 10:04 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Robyn J Jones

Ms. Robyn Jones
PO BOX 254
Palmer Lake CO 801330254
7193146799
everydayjill@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Candacebonham@gmail.com
**Sent:** Tuesday, November 1, 2016 10:11 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Candace Bonham

Ms. Candace Bonham
645 Viridian Dr
Lafayette CO 800267109
Candacebonham@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

**Responses User**

**From:** xc.farmer.farmer.antoine@gmail.com
**Sent:** Tuesday, November 1, 2016 10:14 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** URGENT: Stop prioritizing oil and gas in the southwest Colorado

STOP O&G GREED!

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Antonio Marxuach
392 S Lincoln Ave
Steamboat Springs CO 804878906
xc.farmer.farmer.antoine@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** absolutely.chloe@gmail.com
**Sent:** Tuesday, November 1, 2016 10:15 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Chloé Marcellus

Ms. Chloe Marcellus
3003 Valmont Rd
Boulder CO 803012139
absolutely.chloe@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** poberley@gmail.com
**Sent:** Tuesday, November 1, 2016 10:17 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Paula Oberley
4431 Obrien Dr
Loveland CO 805386401
poberley@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** ejneill@gmail.com
**Sent:** Tuesday, November 1, 2016 10:20 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mrs. Erin Neill
118 S Holman Way
Golden CO 804015111
ejneill@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Hopidarnell@gmail.com
**Sent:** Tuesday, November 1, 2016 10:24 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Hopi Darnell

Mrs. Hopi Darnell
32187 Sylvan Rd
Golden CO 804038515
Hopidarnell@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** tami@betexpressfreight.biz
**Sent:** Tuesday, November 1, 2016 10:33 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

T Borman

Mrs. Tami Borman
2411 Vivaldi St
Woodstock IL 600986100
tami@betexpressfreight.biz

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Annaw094@gmail.com
**Sent:** Tuesday, November 1, 2016 10:48 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Anna Woodlief

Ms. Anna Woodlief
920 Arcturus Dr
Colorado Springs CO 809057852
Annaw094@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Merca027@gmail.com
**Sent:** Tuesday, November 1, 2016 10:48 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

RSickler

Mrs. Rebecca Sickler
1613 Cedarwood Dr
Longmont CO 805048757
Merca027@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** silas@rof.net
**Sent:** Tuesday, November 1, 2016 10:59 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Michael Mitchell Silas
PO BOX 631
Manassa CO 811410631
silas@rof.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** healthychoicesqlc@msn.com
**Sent:** Tuesday, November 1, 2016 11:02 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Billie Jean Rogers

Ms. Billie Jean Rogers
904 Stone Park Ln Apt 106
Woodland Park CO 808633178
healthychoicesqlc@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** mechunter575@gmail.com
**Sent:** Tuesday, November 1, 2016 11:13 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Matt Cline

Mr. Matt Cline
620 Labor St
Delta CO 814162934
970-275-8295
mechunter575@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** lilly1875@comcast.net
**Sent:** Tuesday, November 1, 2016 11:16 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Fracking Must be Stopped Now.

Ms. Kym Waugh
521 N Logan St
Denver CO 802033608
lilly1875@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** crisharmon@comcast.net
**Sent:** Tuesday, November 1, 2016 11:32 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. The BLM's priority must be to to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors as well as protect this scenic valley from potential water contamination from oil, gas and mineral extraction activities.
THe draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. Additionally it is increasingly important that public lands that have the potential to serve as wildlife corridor and buffers of carbon receptors be set aside for these purpose. The BLM must adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan must protect all lands with wilderness characteristics, including the Adobe Badlands. This area of canyons, mesas and arroyos provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest. In many area the BLM has been charged with conserving areas of ecological and cultural importance through the National Lands Conservation Program. These new initiatives must extend beyond the specific management areas and be infused in all of BLM management plans.

And finally the communities of Crawford, Hotchkiss and Paonia may ultimately be harmed by ground water contamination and the loss of visitor attracting recreational opportunities. I encourage the adoption of the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Cristina Harmon
PO BOX 771850
Steamboat Springs CO 804771850
crisharmon@comcast.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** rickdemey@msn.com
**Sent:** Tuesday, November 1, 2016 11:50 AM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Richard DeMey

Mr. Richard DeMey
32187 Sylvan Rd
Golden CO 804038515
303-638-2593
rickdemey@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** katmcooke@gmail.com
**Sent:** Tuesday, November 1, 2016 12:08 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Katherine Cooke

Ms. Katherine Cooke
220 Peterson St Apt 1
Fort Collins CO 805242958
3039564777
katmcooke@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** rosebuds.vmg@gmail.com
**Sent:** Tuesday, November 1, 2016 12:24 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Remove the Arctic Ocean from BOEM's 5-year leasing program!

Dear Secretary Jewell,

Less than a week after President Obama and Canadian Prime Minister Justin Trudeau pledged in early March to combat climate change and prioritize Arctic conservation for the benefit of indigenous peoples, the Bureau of Ocean Energy Management released a proposed five-year program for 2017-2022 for offshore oil and gas leasing that includes Alaska's Arctic Ocean.

As Shell proved during its ill-fated 2012 and 2015 drilling seasons, the industry is incapable of safely operating in such a remote and challenging environment.

If offshore drilling occurred in the Arctic Ocean, the sensitive coastlines of the Arctic National Wildlife Refuge and the National Petroleum Reserve-Alaska could be greatly harmed, depending on the location and conditions in place at the time of a major offshore oil spill. And whichever tracts are leased, the added damage to the climate is indisputable. Producing and burning Arctic Ocean oil would release massive quantities of greenhouse gases, further warming our atmosphere.

BOEM removed the Atlantic Ocean from the proposed five-year program, and that was a positive step. Before finalizing the program, I urge you to remove the Arctic Ocean from it as well. Please protect President Obama's climate legacy, and the wildlife and habitat that have sustained Arctic communities for thousands of years.

Ms. Vallie Graff
PO BOX 405
Jasper AR 726410405
rosebuds.vmg@gmail.com

cc:

## Responses User

**From:** eleni.kennebeck@gmail.com
**Sent:** Tuesday, November 1, 2016 12:32 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Do not increase oil and gas development on Colorado's public lands!

We do not need more oil and gas development; we need more protection of our public lands.

I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors. However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM MUST listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you,

Eleni Albrechta

Mrs. Eleni Albrechta
1700 County Road 203
Durango CO 813016714
eleni.kennebeck@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** marques_g@hotmail.com
**Sent:** Tuesday, November 1, 2016 12:39 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Marques Granderson

Marques Granderson

Mr. Marques Granderson
1217 Redwood Dr
Loveland CO 805384049
marques_g@hotmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** rosemaryschiano@gmail.com
**Sent:** Tuesday, November 1, 2016 12:40 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Rosemary Schiano
PO BOX 287
Buena Vista CO 812110287
7192219673
rosemaryschiano@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** pdekal@q.com
**Sent:** Tuesday, November 1, 2016 12:43 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Patricia Dekal

Mrs. Patricia Dekal
13635 Murphy Rd
Elbert CO 801069065
719 495 0924
pdekal@q.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Leslie.Lohmiller@gmail.com
**Sent:** Tuesday, November 1, 2016 12:56 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Leslie Lohmiller

Miss Leslie Lohmiller
316 Clover Ln
Fort Collins CO 805211635
Leslie.Lohmiller@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Aloka_j_aloka@yahoo.con
**Sent:** Tuesday, November 1, 2016 1:00 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Janina Futral
3260 47th St
Boulder CO 803015416
Aloka_j_aloka@yahoo.con

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** elibloch0@gmail.com
**Sent:** Tuesday, November 1, 2016 1:48 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** No New Fossil f

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Eli Bloch

Mr. Eli Bloch
6 Gibbs St
Brookline MA 024466002
elibloch0@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** k5lund@gmail.com
**Sent:** Tuesday, November 1, 2016 2:05 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Remove the Arctic Ocean from BOEM's 5-year leasing program!

Dear Secretary Jewell,

Less than a week after President Obama and Canadian Prime Minister Justin Trudeau pledged in early March to combat climate change and prioritize Arctic conservation for the benefit of indigenous peoples, the Bureau of Ocean Energy Management released a proposed five-year program for 2017-2022 for offshore oil and gas leasing that includes Alaska's Arctic Ocean.

As Shell proved during its ill-fated 2012 and 2015 drilling seasons, the industry is incapable of safely operating in such a remote and challenging environment.

If offshore drilling occurred in the Arctic Ocean, the sensitive coastlines of the Arctic National Wildlife Refuge and the National Petroleum Reserve-Alaska could be greatly harmed, depending on the location and conditions in place at the time of a major offshore oil spill. And whichever tracts are leased, the added damage to the climate is indisputable. Producing and burning Arctic Ocean oil would release massive quantities of greenhouse gases, further warming our atmosphere.

BOEM removed the Atlantic Ocean from the proposed five-year program, and that was a positive step. Before finalizing the program, I urge you to remove the Arctic Ocean from it as well. Please protect President Obama's climate legacy, and the wildlife and habitat that have sustained Arctic communities for thousands of years.

Thank you.

Miss Karen Lund
414 Lynn St
Staten Island NY 103064512
k5lund@gmail.com

cc:

## Responses User

**From:** cavinbo@charter.net
**Sent:** Tuesday, November 1, 2016 2:10 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Carol Vinson
154 B St
Ashland OR 975201923
cavinbo@charter.net

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Nikigrr@gmail.com
**Sent:** Tuesday, November 1, 2016 2:21 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Ms. Nicole Greer
8015 Morningside Dr
Erie CO 805169418
Nikigrr@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** Stlejo@msn.com
**Sent:** Tuesday, November 1, 2016 2:23 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Mr. Steve Johnson
5932 Dunraven Way
Golden CO 804032045
Stlejo@msn.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** cosettelenz@gmail.com
**Sent:** Tuesday, November 1, 2016 2:33 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

CosetteLenz

Ms. Cosette Lenz
6935 Fountain Vista Cir
Fountain CO 808174709
cosettelenz@gmail.com

cc: Used with forwarded-email campaigns Use "Will be forwarded", exclude "Recipient" in Build

## Responses User

**From:** deb4me3@hotmail.com
**Sent:** Tuesday, November 1, 2016 2:57 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

D. Tessler

Ms. Deborah Tessler
7670 Ramona Ave
Rancho Cucamonga CA 917301528
deb4me3@hotmail.com

cc:

## Responses User

**From:** Emerge128@gmail.com
**Sent:** Tuesday, November 1, 2016 3:27 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Julia sparkes

Ms. Julia Sparkes
33802 Meadowlark Dr
Elizabeth CO 801077423
Emerge128@gmail.com

cc:

## Responses User

**From:** amandamahaffeychapman@gmail.com
**Sent:** Tuesday, November 1, 2016 3:41 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Amanda Mahaffey

Dr. Amanda Mahaffey
280 S 40th St
Boulder CO 803055416
3034420334
amandamahaffeychapman@gmail.com

cc:

## Responses User

**From:** Cherylmcbay@gmail.com
**Sent:** Tuesday, November 1, 2016 3:51 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Cheryl McBay

Ms. Cheryl McBay
2075 Grape Ave
Boulder CO 803042337
Cherylmcbay@gmail.com

cc:

## Responses User

**From:** cchogbackpreservation@gmail.com
**Sent:** Tuesday, November 1, 2016 3:58 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Monica L. McGowan

Mrs. Monica McGowan
406 High St
Canon City CO 812128906
1-719-276-1402
cchogbackpreservation@gmail.com

cc:

## Responses User

**From:** idosync@gmail.com
**Sent:** Tuesday, November 1, 2016 4:02 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

On a personal note, we were very excited to have "found" Paonia and had made plans to move there once we get our property here in Boulder finished up. I have been up and down that area and can personally say that development for oil and gas there is inappropriate. Given the way it's set out I don't think I'd be comfortable saying my produce is organic if mines were operating upstream from us. Too much can go wrong. The area is not at all like the Pisceance Basin and given the low yield possibilities it's a shame. I know the coal plants are closing and all, but really, lets move on into the new century.

Colorado has precious few areas like this left. Your job is to protect them, not destroy them.

Thank you.

Erin O'Brien

Mrs. Erin O'Brien
1896 County Road 68
Nederland CO 804669662
3034494068
idosync@gmail.com

cc:

53

BLM_0125741

## Responses User

**From:** satya413@gmail.com
**Sent:** Tuesday, November 1, 2016 4:06 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Kathleen Dubay

Mrs. Kathleen Dubay
4955 Twin Lakes Rd Apt 50
Boulder CO 803013890
3038828111
satya413@gmail.com

cc:

## Responses User

**From:** suzanneimorrison@msn.com
**Sent:** Tuesday, November 1, 2016 4:17 PM
**To:** Responses User
**Cc:** Responses User
**Subject:** Stop prioritizing oil and gas in the southwest Colorado

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Suzanne Morrison

Miss Suzanne Morrison
15109 E Greenwood Pl
Aurora CO 800143938
9705900661
suzanneimorrison@msn.com

cc:

Ms. Shirley Wilsey
1229 N 4th St
Berthoud, CO 80513-1012
(970) 301-5023

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Shirley Wilsey

Mr. Leland Long
1380 Detroit St Apt 130
Denver, CO 80206-2492
(303) 837-1819

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Leland Long

Ms. Melissa Perona
9780 Mt Pyramid Xt.Ste 100
Englewood, CO 80112
(303) 298-9500

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Melissa Perona

Mr. Bruce Cutts
2327 W 16th St
Apt 305
Greeley, CO 80634-6039

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Bruce Cutts

Mr. Wayne Andrews
472 S Gilbert St Apt H
Castle Rock, CO 80104-2277
(303) 663-8542

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Wayne Andrews

Ms. Linda Farley
5620 Fossil Creek Pkwy
Unit 7102
Fort Collins, CO 80525-7135

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Linda Farley

Mr. Fredric Griffin
PO Box 19204
Boulder, CO 80308-2204

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Fredric Griffin

Mr. Tyler Komarnycky
10024 Hough Pt
Parker, CO 80134-9536

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Tyler Komarnycky

Mr. Matthew Komos
140 Deer Ln
Evergreen, CO 80439-4321
(303) 670-3853

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Matthew Komos

Mrs. Rebecca Jamieson
1
Arvada, CO 80003-6450

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Rebecca Jamieson

Mr. Jason Nardell
1484 Meeker Dr
Longmont, CO 80504-3017
(720) 989-1379

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Jason Nardell

Mr. Bill Chockla
3145 Fish Creek Rd
Estes Park, CO 80517-6809

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Bill Chockla

Ms. Stephanie Gustafson
3445 N Cook St
Denver, CO 80205-4319
(720) 838-6392

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Stephanie Gustafson

Mr. William Threlfall
1663 Steele St Apt 409
Denver, CO 80206-1729
(303) 815-0969

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. William Threlfall

Ms. Chris Lehouillier
11960 Old Pueblo Rd
Fountain, CO 80817-3538
(719) 382-5755

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Chris Lehouillier

Ms. Catherine Grimes
558 E Castle Pines Pkwy
Castle Pines, CO 80108-4608
(303) 663-7895

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Catherine Grimes

Mrs. Jane Crick
15755 Fools Gold Ln
Colorado Springs, CO 80921-1907
(512) 517-3884

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Jane Crick

Ms. Hester Renouf
Stabbegatan 10
Gothenburg, CO 80027

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Hester Renouf

Mr. Brad Cleavenger
1204 Loch Ness Ave
Broomfield, CO 80020-2412
(303) 466-1933

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Brad Cleavenger

Ms. Audrey Gunshor
811 Latigo Loop
Carbondale, CO 81623-1589

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Audrey Gunshor

Mr. John Sovell
828 Remington St
Fort Collins, CO 80524-3335
(970) 224-1417

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. John Sovell

Ms. Susan Lewis
617 E Yampa St
# B
Colorado Springs, CO 80903-2960
(719) 599-5634

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Lewis

Ms. Leslie Ogonowski
907 Holland Park Blvd
Colorado Springs, CO 80907-3954
(954) 205-3682

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Leslie Ogonowski

Ms. Karleen Olsen
76 Holiday Dr
Woodland Park, CO 80863-8706

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karleen Olsen

Mrs. Prudence Webb
1208 36th St SW
Loveland, CO 80537-2636

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Prudence Webb

Mrs. Prudence Webb
1208 36th St SW
Loveland, CO 80537-2636

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Prudence Webb

Mr. Nic Korte
1946 Clover Ct
Grand Junction, CO 81506-4172
(303) 242-3779

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Nic Korte

Miss Lynne Wright
41464 Fairfield Cir
Parker, CO 80138-4577
(303) 875-3526

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Lynne Wright

Ms. Jody Colhouer
8992 W Cooper Ave
Littleton, CO 80128-4019
(303) 972-4732

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jody Colhouer

Ms. Sharry White
1063 Morgan St
Estes Park, CO 80517-7541

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sharry White

Mr. Kevin Bauman
1598 Cook St
Denver, CO 80206-1804

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Kevin Bauman

Mr. Eliot Brown
PO Box 2437
Telluride, CO 81435-2437
(970) 728-5958

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Eliot Brown

Mr. Chris Ocean
wald
berlin, CO 80001

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Chris Ocean

Mr. Gary Kress
7030 S Oak Ct
Littleton, CO 80127-5801
(303) 973-4722

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Gary Kress

Mrs. Stephanie Llinas
1343 Valentia St
Denver, CO 80220-3420

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Stephanie Llinas

Mr. Larry Smith
319 Drake Ln
Johnstown, CO 80534-9299
(970) 587-0109

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Larry Smith

Ms. Carol Hollomon
745 S Alton Way Unit 8d
Denver, CO 80247-1833
(901) 216-0789

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Carol Hollomon

Ms. Janet Eitel
1986 St James Dr
Colorado Springs, CO 80910-4529
(719) 201-1807

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Janet Eitel

Mrs. Terry Andrews
3446 S Race St
Englewood, CO 80113-3138
(720) 224-4458

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Terry Andrews

Ms. Gigi Ragland
PO Box 383
Longmont, CO 80502-0383

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Gigi Ragland

Mr. Mark Serour
1924 Langshire Dr
Apt D
Fort Collins, CO 80526-1116
(970) 484-2412

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Mark Serour

Mr. Josh Kuhn
1536 Wynkoop St
Denver, CO 80202-1185

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Josh Kuhn

Mr. Gilbert Perez
12180 N 6th St
Parker, CO 80134-9646
(303) 840-2308

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Gilbert Perez

Ms. Shirley Smithson
1224 E 20th St
Greeley, CO 80631-6113
(970) 353-1708

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Shirley Smithson

Ms. Georgia Mattingly
412 Verdant Cir
Longmont, CO 80504-3908

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Georgia Mattingly

Mr. Bruce Cratty
2525 S Humboldt St
Denver, CO 80210-5116
(303) 722-2524

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Bruce Cratty

Mr. Luke Simons
3150 S Tamarac Dr
Denver, CO 80231-4347
(720) 474-3833

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Luke Simons

Ms. Christyne Czarnowsky
15954 Jackson Creek Pkwy
# B561
Monument, CO 80132-8532

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Christyne Czarnowsky

Mr. David PONAK
1048 S Coffman St
Longmont, CO 80501-6613
(303) 515-9737

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. David PONAK

Mr. John Narby
72 Kiowa
Carbondale, CO 81623-8718
(970) 948-7122

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. John Narby

Mr. Roger Barbeau
506 N Bermont St
Lafayette, CO 80026-1733
(303) 666-9641

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Roger Barbeau

Mr. Ralph Oberg
20480 Taurus Way
Montrose, CO 81403-7603
(970) 209-5431

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ralph Oberg

Ms. Hannah Irwin
PO Box 429
Avon, CO 81620-0429

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Hannah Irwin

Ms. Sharon Ray
530 San Juan
Saguache, CO 81149
(719) 256-4357

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sharon Ray

Mr. Bradley Bittan
10940 S Parker Rd
Parker, CO 80134-7440
(720) 308-5196

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Bradley Bittan

Ms. Cristina Geck
1277 Scrub Oak Cir
Boulder, CO 80305-6217

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Cristina Geck

Mr. Tyler Oconnor
163 Lake Edge Drive
Breckenridge, CO 80424

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Tyler Oconnor

Ms. Dana Sanchez
135 Meadow Dr
Bailey, CO 80421-2129
(303) 816-9490

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Dana Sanchez

Mr. Guy Lawsen
2303 Cr
Durango, CO 81301-7706

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Guy Lawsen

Dr. Ann Craig
3830 Roxbury Ct
Colorado Springs, CO 80906-4321
(720) 373-5548

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Ann Craig

Ms. Betty Delaney
203 Haystack Rd
Glenwood Springs, CO 81601-8737

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Betty Delaney

Ms. Irene Cooke
PO Box 423
Tabernash, CO 80478-0423
(970) 531-0831

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Irene Cooke

Ms. Donna Urban
6977 S Spruce Dr W
Centennial, CO 80112-1222
(303) 680-0804

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Donna Urban

Ms. Karen Ausfahl
600 S Watson Ln
Littleton, CO 80123-7924
(303) 797-1068

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karen Ausfahl

Ms. Roxanne Yates
PO Box 1657
Paonia, CO 81428-1657
(970) 527-8940

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Roxanne Yates

Mr. John Saccardi
1420 Foxtail Dr
Broomfield, CO 80020-7020
(303) 466-5291

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. John Saccardi

Mr. William Schwarz
747 Woodridge Ct
Grand Junction, CO 81505-6800

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. William Schwarz

Mr. Donald Savage
PO Box 111
Walsenburg, CO 81089-0111

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Donald Savage

Ms. Jennifer Fox
711 S Carole Ave
Lafayette, CO 80026-1522
(303) 473-0239

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jennifer Fox

Ms. Anita Boehm
18284 W 58th Pl Apt 24
Golden, CO 80403-2133
(303) 278-9994

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Anita Boehm

Mrs. Peggy Richardson
4340 Whitney Pl
Boulder, CO 80305-6713
(303) 499-7862

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Peggy Richardson

Dr. Anne Dawid
721 Vista Verde Hts
Monument, CO 80132-8645
(719) 371-1647

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Anne Dawid

Dr. Susan Peirce
143 Eagle Feather Way
Lyons, CO 80540-8450
(303) 823-5913

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Susan Peirce

Ms. Kate Solisti
PO Box 2604
Lyons, CO 80540-2604
(303) 834-9150

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kate Solisti

Mrs. Maureen Shearer
5426 Trade Wind Dr
Windsor, CO 80528-7508

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Maureen Shearer

Ms. Maria Baker
2563 S Peoria St
Aurora, CO 80014-1817
(303) 671-8040

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Maria Baker

Mr. Jamie Rogers
4751 W 66th Ave
Arvada, CO 80003-6327

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Jamie Rogers

Mrs. Carlene Moore
316 S Williams St
Denver, CO 80209-2637

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Carlene Moore

Ms. Tricia Kob
1918 Leicester Way
Fort Collins, CO 80526-1205
(970) 416-1813

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Tricia Kob

Ms. Sidney Sisk
745 Emerald St
Broomfield, CO 80020-3411
(303) 469-4248

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sidney Sisk

Ms. Karen Peil
1210 S Flower Cir Apt A
Lakewood, CO 80232-2004
(303) 980-6969

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karen Peil

Mr. Aron Ralston
928 Mapleton Ave
Boulder, CO 80304-4147
(970) 319-9030

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Aron Ralston

Mr. John Eckler
175 Everett St
Lakewood, CO 80226-1261
(303) 655-3203

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. John Eckler

Ms. C. T.
Lone Tree
Lone Tree, CO 80124-9799

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. C. T.

Mr. Lenny Obolsky
S Fillmore Circle
Centennial, CO 80122-1942
(303) 123-4567

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Lenny Obolsky

Mr. Michael Parsons
18205 County Road 54.2
Aguilar, CO 81020
(719) 941-4404

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Michael Parsons

Ms. Sandy Lane
PO Box 17394
Boulder, CO 80308-0394

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sandy Lane

Mr. Shannon Meckley
138 Apache Trl
Carbondale, CO 81623-9402

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Shannon Meckley

Ms. Annette Keller
1430 Red Butte Dr
Aspen, CO 81611-1036
(970) 925-4039

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Annette Keller

Ms. Fred Peirce
600 E Hopkins Ave Ste 205
Aspen, CO 81611-2933

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Fred Peirce

Mr. Danny Smith W.
706 Butler St Lot 27
Westcliffe, CO 81252-8638
(719) 371-3123

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Danny Smith W.

Mr. Ron Garrison
2214 N Franklin St
Denver, CO 80205-5320

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ron Garrison

Mr. Eddie Bumguardner
621 N Elm St Trlr 31
Cortez, CO 81321-2048
(970) 565-9622

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Eddie Bumguardner

Ms. Molly Ansfield
PO Box 5248
Eagle, CO 81631-5248
(970) 328-2377

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change conrse and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last bnt not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Molly Ansfield

Dr. Susan Oliver
916 Pine St
Boulder, CO 80302-4038

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Susan Oliver

Miss Brenda Pilas
285 red fox
gypsum, CO 81637
(970) 390-9559

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Brenda Pilas

Ms. Eileen Warner
2384 Ridge Circle Dr Unit 18
Grand Junction, CO 81507-4620
(970) 260-3210

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Eileen Warner

Ms. Lynn and Edward Smith And Hill
171 Piaute Ct
Red Feather Lakes, CO 80545-8755
(970) 881-2015

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Lynn and Edward Smith And Hill

Ms. Mary Millard
775 Lodgepole Dr
Evergreen, CO 80439-4601
(303) 670-5117

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Mary Millard

Ms. Pat Bird
10662 Brewer Dr
Northglenn, CO 80234-3726
(303) 452-4380

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Pat Bird

Mr. Brian Rutledge
4510 W County Road 82e
Livermore, CO 80536-9214
(970) 482-4719

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Brian Rutledge

Mrs. Peggy Quigley
1225 N Parkridge Dr
Pueblo, CO 81007-1347
(719) 547-3114

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Peggy Quigley

Ms. Joan Glasser
4061 Eleuthera Ct
Boulder, CO 80301-6077
(303) 442-6694

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Joan Glasser

Mr. Chris Gordon
36 Meadowside Park
Arvada, CO 80001
(134) 283-6468

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Chris Gordon

Mrs. Jen Wittlinger
3353 Willow Brook Ct
Steamboat Springs, CO 80487-1811
(708) 191-6355

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Jen Wittlinger

Ms. Mary Tradii
221 Bross St
Longmont, CO 80501-5425

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Mary Tradii

Mr. Andrew Kuklinski
770 32nd St
Boulder, CO 80303-2404

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Andrew Kuklinski

Mrs. Janet Dascalos
2655 Quay St
Wheat Ridge, CO 80033-8022
(303) 274-8261

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Janet Dascalos

Ms. Peg Thompson
7790 S Wellington St
Centennial, CO 80122-3141
(303) 703-3901

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Peg Thompson

Ms. Jeanne Shaw
9725 E Harvard Ave
Denver, CO 80231-3961

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jeanne Shaw

Dr. Donald Turken
4020 S Dexter St
Cherry Hills Village, CO 80113-5124
(303) 753-2367

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Donald Turken

Ms. Shelly Seales
2264 S Eagle St
Aurora, CO 80014-1522
(561) 504-2381

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Shelly Seales

Dr. Ernesto Sagas
2342 Cedarwood Dr
Fort Collins, CO 80526-1278
(970) 232-9946

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Ernesto Sagas

Ms. Margaret Murray
3271 S Clay St
Englewood, CO 80110-1926
(303) 789-1043

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Margaret Murray

Ms. Mary Smith
29932 J Rd
Hotchkiss, CO 81419-9415
(970) 589-2713

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Mary Smith

Dr. Clare Puskarczyk
295 Park Ave Apt 6
Youngstown, OH 44504-1669

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Clare Puskarczyk

Ms. Nickie Kelly
Arapahoe
Boulder, CO 80303
(303) 555-4444

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Nickie Kelly

Ms. Ania Serafin
212 W 50th St
Loveland, CO 80538-1602
(970) 667-0705

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Ania Serafin

Mr. Otto Van Geet
58 Big Meadow Dr
Idaho Springs, CO 80452-9408
(303) 567-9266

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Otto Van Geet

Ms. Kathy Anderson
770 Oak St
Del Norte, CO 81132-2268

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kathy Anderson

Ms. Susan Szulc-Flissi
20400 E 45th Ave
Denver, CO 80249-6976
(303) 574-0619

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Szulc-Flissi

Ms. Susan Szulc-Flissi
20400 E 45th Ave
Denver, CO 80249-6976
(303) 574-0619

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Szulc-Flissi

Mr. Jon Danielson
4216 Suncrest Ct
Fort Collins, CO 80525-5625

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Jon Danielson

Mrs. Cholla Nicoll
1141 County Road 106
Carbondale, CO 81623-2391
(720) 317-9493

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Cholla Nicoll

Dr. Kolin Knapp
3211 Zuni St
Apt 2
Denver, CO 80211-3362
(405) 820-0506

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Kolin Knapp

Ms. Linda Thompson
58462 Jasmine Rd
Montrose, CO 81403-8974
(970) 249-2360

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Linda Thompson

Mr. Paul Lajeunesse
2518 Pine St Apt B
Boulder, CO 80302-3843

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Paul Lajeunesse

Mr. Aedan Hannon
934 S High St
Denver, CO 80209-4551
(303) 722-5130

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Aedan Hannon

Ms. Karen Shanley
328 Jasper Peak Ct
Lafayette, CO 80026-8889
(303) 666-7250

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karen Shanley

Ms. Stacia Gondusky
PO Box 775283
Steamboat Springs, CO 80477-5283

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Stacia Gondusky

Ms. Cathy Montgomery
200 Crystal Park Dr
Redstone, CO 81623-9497
(612) 872-0099

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Cathy Montgomery

Dr. Claudia Van Gerven
727 Ithaca Dr
Boulder, CO 80305-5722

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Claudia Van Gerven

Mrs. Christie Hodges
1100 5th St
Golden, CO 80403-1450
(303) 278-4743

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Christie Hodges

Mr. Greg Wasil
8415 W Belmar Ave
Lakewood, CO 80226-4207
(303) 669-4092

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Greg Wasil

Ms. Sheryl Bass
7810 W 90th Ave
Broomfield, CO 80021-4502

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sheryl Bass

Mr. Wilbur Little
Cherry Creek Drive S
Denver, CO 80231-4070
(303) 755-7753

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Wilbur Little

Mr. Randy Will
1494 S Eudora St
Denver, CO 80222-3528
303753007

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Randy Will

Ms. Bonnie Kenny
6531 Valley Cir
Morrison, CO 80465-2723
(303) 697-0302

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Bonnie Kenny

Mr. Evan Monroe
4550 Broadway St
Unit 214
Boulder, CO 80304-4801

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Evan Monroe

Mrs. Michelene Berkey
17 Normandy Rd
Evergreen, CO 80439-4101
(303) 674-0843

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Michelene Berkey

Ms. Marilyn Keinath
4176 15th St
Boulder, CO 80304-1123
(303) 447-8464

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Marilyn Keinath

Mrs. Lisa Simms
2204 Rocking Horse Ct
Colorado Springs, CO 80921-6401

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Lisa Simms

Mrs. Dana Baxter
5725 E 17th Avenue Pkwy
Denver, CO 80220-1406
(303) 249-0833

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Dana Baxter

Ms. Jessica Folger
PO Box 23
Bellvue, CO 80512-0023

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jessica Folger

Mr. Erik Martin
500 N Logan St
Denver, CO 80203-3650

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Erik Martin

Mr. Sterling Boin
830 23rd St
Golden, CO 80401-2364
(914) 621-1236

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Sterling Boin

Ms. Margaret Mccreary
1841 Hillrose Dr
Loveland, CO 80538-3438

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Margaret Mccreary

Ms. Mari Nichols
3235 Noble Ct
Boulder, CO 80301-5491
(789) 789-0696

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Mari Nichols

Mrs. Lorrie Crawford
25286 Clarke Mountain Ln N
Antonito, CO 81120-9413

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Lorrie Crawford

Dr. Jo R. Jones, DVM
100 Village Ln
Carbondale, CO 81623-2340
(970) 596-3701

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Jo R. Jones, DVM

Dr. Pamela Finnegan
2297 S Holman Cir
Lakewood, CO 80228-5987
(720) 962-9675

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Pamela Finnegan

Mrs. Linda Grunder
303 Dory Lakes Dr
Black Hawk, CO 80422-8920
(303) 582-0644

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Linda Grunder

Ms. Renee Athay
3310 Plateau Rd
Longmont, CO 80503-8801

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Renee Athay

Dr. Peter Graf
4709 Eldorado Springs Dr
Boulder, CO 80303-9619
(303) 494-0303

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Peter Graf

Mr. Edgar Guhman
2426 N Williams St
Denver, CO 80205-5524
(303) 839-5892

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Edgar Guhman

Ms. Ernestine Munsey
1531 W Swallow Rd Apt 33
Fort Collins, CO 80526-2397
(970) 204-0201

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Ernestine Munsey

Ms. Mary Seeber
7380 W Colorado Dr
Lakewood, CO 80232-6938
(720) 962-8687

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Mary Seeber

Ms. Caroline Williams
5465 Mark Dabling Blvd
Colorado Springs, CO 80918-3842

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Caroline Williams

Mrs. Fay Benson
597 Pine Glade Rd
Nederland, CO 80466-9630
(303) 258-8361

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Fay Benson

Ms. Laura Howe
PO Box 4593
Eagle, CO 81631-4593
(970) 376-2306

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Laura Howe

Ms. Kathleen Tolman
4735 Reed St
Wheat Ridge, CO 80033-3546
(303) 519-1822

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kathleen Tolman

Dr. G. Blu Wagner
PO Box 280003
Denver, CO 80228-0003

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. G. Blu Wagner

Mr. Ronald Torretta
200 Centner Ct
Canon City, CO 81212-3918
(719) 276-2115

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ronald Torretta

Ms. Susan Brown
PO Box 1425
Evergreen, CO 80437-1425

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Brown

Mrs. Diane Vogelman
PO Box 806
Edwards, CO 81632-0806
(303) 926-3558

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Diane Vogelman

Mr. Sam Deline
5300 S Steele St
Greenwood Village, CO 80121-1811

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Sam Deline

Mr. Richard Bevington
2343 Spring Gulch Dr
Lyons, CO 80540-8342
(303) 823-5305

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Richard Bevington

Mr. Lindgren Carroll
3280 47th St
# 112b
Boulder, CO 80301-5417
(202) 253-0596

Sep 2, 2016

Colorado BLM

Subject: Stop Prioritizing Oil and Gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Lindgren Carroll

Mr. Jeff Andersen
6331 S Southwood Dr
Centennial, CO 80121-2456
(303) 797-6949

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Jeff Andersen

Mr. Stan Zborovski
7630 S Hudson St
Centennial, CO 80122-3862

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Stan Zborovski

Mrs. Carol Pucak
478 Stagecoach Ln
Carbondale, CO 81623-9562
(970) 963-1283

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Carol Pucak

Ms. Harriet Mullaney
2332 N Glencoe St
Denver, CO 80207-3248
(720) 933-5919

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Harriet Mullaney

Mr. Elliot Clymer
2120 Federal Blvd
Denver, CO 80211-4640
(510) 734-0094

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Elliot Clymer

Ms. Theresa Titone
16701 Road 23
Dolores, CO 81323-9120
(970) 749-6438

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Theresa Titone

Mr. Richard Lesquier
4255 McMurry Ave
Fort Collins, CO 80525-3467

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Richard Lesquier

Mrs. Leah Plant
500 Poplar Dr
Fruita, CO 81521-2175
(970) 858-1981

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Leah Plant

Mr. Ron Uliano
11300 Whooping Crane Dr
Parker, CO 80134-3016
(603) 674-3923

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ron Uliano

Ms. Bonnie Mayger
1221 Meadowridge Ct
Loveland, CO 80537-9363
(970) 667-4918

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Bonnie Mayger

Ms. Michele Barnard
811 E Geneseo St
Lafayette, CO 80026-2444
(303) 666-4680

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Michele Barnard

Ms. Sarah Brockman
953 S Yarrow St
Lakewood, CO 80226-4311
(580) 656-1937

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sarah Brockman

Mr. Alex Wesson
130 Rock Point Dr
Ste A
Durango, CO 81301-7728

Sep 2, 2016

Colorado BLM

Subject: Please stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Alex Wesson

Mr. Todd Smarr
1401 Wewatta St Unit 206
Denver, CO 80202-1315
(720) 446-1987

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Todd Smarr

Mrs. Judy Wood
3513 Ranch Rd
Loveland, CO 80537-9690
(970) 667-6105

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Judy Wood

Miss Bindi Binkley
104 W Cleveland St
Lafayette, CO 80026-1622
(303) 323-5935

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Bindi Binkley

Mr. Dave Jones
115 N Roosevelt Ave
Fort Collins, CO 80521-2352
(970) 556-9871

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Dave Jones

Mrs. Kim Maul
13372 W 54th Ave
Arvada, CO 80002-1710
(720) 409-6469

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Kim Maul

Mr. Robert Liedike
5379 Balsam St Apt 301a
Arvada, CO 80002-3555
(303) 237-8059

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Robert Liedike

Mrs. Maureen Oliver-Borquez
1325 Vance St
Apt 201
Lakewood, CO 80214-4286
(720) 317-5122

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Maureen Oliver-Borquez

Mrs. Mylee Khristoforov
Trenton
Denver, CO 80231-5388
(303) 352-4117

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Mylee Khristoforov

Miss Mary Morse
20 Irene Ct
Broomfield, CO 80020-1141
(303) 426-4636

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Mary Morse

Mr. Clayton Benton
2934 Kiowa Dr
Loveland, CO 80538-8641
(970) 461-5997

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Clayton Benton

Ms. Christina Lane
8000 W Crestline Ave
Apt 238
Littleton, CO 80123-1287

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Christina Lane

Dr. John Cornely
3 Cliffrose
Littleton, CO 80127-3588

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. John Cornely

Mr. Keith Jarvis
4843 Franklin Dr
Boulder, CO 80301-6204
(303) 927-6665

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Keith Jarvis

Ms. Rebecca Heisler
2610 W Bates Ave
Denver, CO 80236-2813
(916) 971-0418

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Rebecca Heisler

Mrs. Rachel Scarlata
3855 Elk Rdg N
Divide, CO 80814-7747
(719) 686-0531

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Rachel Scarlata

Mr. Rr Ff
12079 Tecumseh Trl
Conifer, CO 80433-6906
000000000

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Rr Ff

Ms. Deborah Irwin
9574 Brentwood Way Unit A
Westminster, CO 80021-5331
(303) 442-6659

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Deborah Irwin

Mrs. Sandra Murray
15775 Alta Plaza Cir
Peyton, CO 80831-9471
(719) 338-7517

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Sandra Murray

Dr. Michael Hooley
762 Chimney Creek Dr
Golden, CO 80401-5706

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Michael Hooley

Ms. Lynne Paschal
PO Box 591
Oak Creek, CO 80467-0591

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Lynne Paschal

Mr. Andrew Otter
20 Bellflower Ct
Pueblo, CO 81001-1101
(719) 289-4273

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Andrew Otter

Mr. Michael Lyons
1217 S Flower Cir
Lakewood, CO 80232-2007
(732) 259-1667

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Michael Lyons

Ms. Bridget Williamson
8225 Fairmount Dr Apt 4-104
Denver, CO 80247-1161

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Bridget Williamson

Mr. William Hay
2045 Windcliff Dr
Estes Park, CO 80517-8138
(970) 586-8698

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. William Hay

Ms. Elizabeth Penfield
1204 County Road 170
Carbondale, CO 81623-9677
(970) 404-1294

Sep 2, 2016

Colorado BLM

Subject: Stopoil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Elizabeth Penfield

Mr. Ryan Skinner
3393 Oneal Pkwy Apt 28
Boulder, CO 80301-5209

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ryan Skinner

Mrs. Pam Sheeler
1868 Muddy Creek Cir
Loveland, CO 80538-7277
(970) 635-0888

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Pam Sheeler

Ms. S Harrell
1103 Baker St
Fort Collins, CO 80524-4330

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. S Harrell

Mr. Scott Barnett
N/A
N/A, CO 80210

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Scott Barnett

Ms. Karen Lampke
3307 Kittery Ct
Fort Collins, CO 80526-2358

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karen Lampke

Mr. Norman Traum
4500 19th St Lot 576
Boulder, CO 80304-0665
(303) 217-6711

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Norman Traum

Dr. Catherine Coker
945 Waite Dr
Boulder, CO 80303-2731
(979) 220-0798

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Catherine Coker

Ms. Theresa Vaughn
1868 S Logan St
Denver, CO 80210-3126

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Theresa Vaughn

Ms. Patti Wermeling
3945 Landings Dr Unit F1
Fort Collins, CO 80525-5925

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Patti Wermeling

Mr. John Beach
2021 32nd St
Greeley, CO 80631-8742

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. John Beach

Ms. Sharyn Dreyer
1150 Vine St
Denver, CO 80206-2913
(720) 635-1677

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sharyn Dreyer

Mr. Ted Schultz
1369 S Washington St
Denver, CO 80210-2240
(303) 722-5568

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ted Schultz

Ms. Diane Merrill
2715 Rigel Dr
Colorado Springs, CO 80906-1034
(000) 000-0000

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Diane Merrill

Ms. Andreia Shotwell
3575 Pierce St
Wheat Ridge, CO 80033-6335
(303) 421-6272

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Andreia Shotwell

Ms. Karen Naiman
1205 S Valentia Ct
Denver, CO 80247-3020

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karen Naiman

Mr. Dennis Nagel
3725 Birchwood Dr
Boulder, CO 80304-1421
(303) 443-9483

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Dennis Nagel

Mr. Jesse Furr
3326 33rd Avenue Ct
Greeley, CO 80634-9438
(970) 301-0672

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Jesse Furr

Ms. Faith Conroy
7346 Crannell Dr
Boulder, CO 80303-4618

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Faith Conroy

Mr. Kevin Krause
4808 Prairie Ridge Dr
Fort Collins, CO 80526-3720
(734) 502-4512

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Kevin Krause

Ms. Faith Conroy
1509 US Highway 287 N
Cameron, MT 59720-9732

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Faith Conroy

Mrs. Jenna Smith
4231 E 69th Ave
Commerce City, CO 80022-2302
(712) 308-1218

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Jenna Smith

Ms. Jan Zech
248 S Ridge Cir
Bayfield, CO 81122-9334

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jan Zech

Ms. Megan Faber
1285 S Sherman St
Denver, CO 80210-1512
(303) 744-9907

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Megan Faber

Mrs. Lynee Beck
8327 Vivian St
Arvada, CO 80005-5277
(303) 564-0062

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Lynee Beck

Dr. Jeremy Winick
11650 Newton Pl
Westminster, CO 80031-5130
(978) 264-4964

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Jeremy Winick

Mr. Bill Dvorak
17921 US Highway 285
Nathrop, CO 81236-9701
(719) 539-6851

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Bill Dvorak

Dr. Ellen Walker
68 Fetlock Cir
Florissant, CO 80816-8704

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Ellen Walker

Ms. Mary Ann Dimand
13460 W 73rd Ave
Arvada, CO 80005-2810
(970) 214-8342

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Mary Ann Dimand

Mrs. Kyli Cosper
8051 W 20th Ave
Lakewood, CO 80214-5501
(303) 489-2151

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Kyli Cosper

Mrs. Meghan Smedes
10249 W Idaho Ave
Lakewood, CO 80232-5016
(720) 939-1873

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Meghan Smedes

Ms. Pumehana Paisner
3250 Oneal Cir
Boulder, CO 80301-1424
(303) 447-9772

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Pumehana Paisner