Dr. James Mcclure
4539 Beachcomber Ct
Boulder, CO 80301-3147
(208) 874-5449

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. James Mcclure

BLM_0125981

Mr. Scott Norris
359 Mulberry Cir
Broomfield, CO 80020-2965

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Scott Norris

Ms. Kathryn Greeson
6250 Willow Ln
Boulder, CO 80301-5359
(303) 471-2474

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kathryn Greeson

Mrs. Tanya Piker
1209 Smithland Ave
La Junta, CO 81050-2953
(719) 383-4621

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Tanya Piker

Ms. Diane Cote
1155 S Saint Vrain Ave Apt A1
Estes Park, CO 80517-7411
(970) 577-0351

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Diane Cote

Mrs. Carol Wirbel
1080Tari Place
Colorado Springs, CO 80921
(719) 481-1316

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. l am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, l support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Carol Wirbel

Ms. Susan Schneider
1817 Carson Ave
La Junta, CO 81050-3214
(710) 383-2354

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Schneider

Ms. Lin Holly
8441 Newland Dr
Arvada, CO 80003-1237
(303) 915-2502

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Lin Holly

Ms. Teresa Johnson
301 Columbia Rd Apt 2
Colorado Springs, CO 80904-1337
(719) 459-6798

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Teresa Johnson

Ms. Diane Alpern
4318 Eldorado Springs Dr
Boulder, CO 80303-9613
(303) 499-1523

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Diane Alpern

BLM_0125990

Mr. Robert Curtin
15771 W 2nd Ave
Golden, CO 80401-5506

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Robert Curtin

BLM_0125991

Ms. Deborah Bernhardt
1125 Obregon St
Trinidad, CO 81082-3839
(719) 846-4997

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Deborah Bernhardt

Mrs. Denise Laverty
42225 Minnesota Creek Rd
Paonia, CO 81428-8125
(970) 527-2505

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Denise Laverty

Ms. Libby Jones
7690 S Steele St
Centennial, CO 80122-3368

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Libby Jones

Ms. Lauren Spetcher
5320 S Broadway Cir
Englewood, CO 80113-6770

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Lauren Spetcher

Ms. Stephanie Jaggard
5313 S Datura St
Littleton, CO 80120-1313

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Stephanie Jaggard

Mrs. Holly Hiller
221 La Paz Pl
Longmont, CO 80501-1522
(303) 678-7840

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Holly Hiller

BLM_0125997

Ms. Amy Withrow
1755 S Shoshone St
Denver, CO 80223-3730
(970) 507-0327

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Amy Withrow

BLM_0125998

Mr. Edward G. Mrkvicka
6322 Urban Ct
Arvada, CO 80004-4028
(111) 111-1111

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Edward G. Mrkvicka

Mrs. Patricia Adams
1821 Country Club Rd
Fort Collins, CO 80524-1948
(970) 484-8634

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Patricia Adams

BLM_0126000

Dr. Mark Houdashelt
429 Lyons St
Fort Collins, CO 80521-1645
(410) 369-6203

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Mark Houdashelt

Mrs. Pam Galchut
3360 Schilling Ave
Monument, CO 80132-7113
(719) 481-6561

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Pam Galchut

Mrs. Michelle Ku
212 S Olive St
Denver, CO 80230-6948
(303) 344-2868

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Michelle Ku

Mrs. Teresa Audesirk
PO Box 775416
32200 Mack Lane
Steamboat Springs, CO 80477-5416
(303) 526-1097

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Teresa Audesirk

Ms. cathy doerrman
611 Stover St
Apt 6
Fort Collins, CO 80524-3162

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. cathy doerrman

Ms. Jean Frederick
14 Friendship Ln
Colorado Springs, CO 80904-1811
(719) 636-1433

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jean Frederick

Miss Jill Biedka
687 Royal Coachman Blvd Lot 10
Dillon, CO 80435-8402
(970) 468-1568

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Jill Biedka

Ms. Elisa Townshend
1385 Elizabeth St
Denver, CO 80206-2308
(303) 322-3941

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Elisa Townshend

BLM_0126008

Ms. Paula Ozzello
618 E Godding Ave
Trinidad, CO 81082-1823
(719) 859-4048

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Paula Ozzello

Ms. Toby Schunck
3841 Florentine Dr
Longmont, CO 80503-6470
(303) 776-6007

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Toby Schunck

Mr. Bill Dvorak
17921 US Highway 285
Nathrop, CO 81236-9701

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Bill Dvorak

Mrs. Evelyn Goodrich
10705 E Whispering Pines Dr
Parker, CO 80138-8119

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Evelyn Goodrich

Ms. Nancy Kimble
139 Overlook Dr
Durango, CO 81301-9437
(512) 517-0812

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Nancy Kimble

Ms. Ellene Duffy
386 Canyon Point Cir
Golden, CO 80403-7764

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Ellene Duffy

Ms. Elisa Townshend
1385 Elizabeth St
Denver, CO 80206-2308

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Elisa Townshend

Mr. Sam Asseff
6932 Noble St
Colorado Springs, CO 80915-3153
(719) 596-6053

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Sam Asseff

Mr. Adam Borcherdt
11264 Dobbins Run
Lafayette, CO 80026-9680
(415) 710-0386

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Adam Borcherdt

Ms. Nada Fisher
PO Box 477
Berthoud, CO 80513-0477
(303) 772-9851

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Nada Fisher

Dr. Laurel Starr
697 Somerset Dr
Golden, CO 80401-4809
(303) 271-1089

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Laurel Starr

Ms. Jan Myers
5755 E Weaver Pl
Centennial, CO 80111-4333
(303) 796-8270

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jan Myers

BLM_0126020

Mrs. Terri Melville
5336 Gallatin Pl
Boulder, CO 80303-1246

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Terri Melville

BLM_0126021

Mr. Dale Goodin
10893 W Dartmouth Ave
Lakewood, CO 80227-5612

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Dale Goodin

Mrs. Nancy Harlow
1152 E Purcell Ln
Pueblo, CO 81007-1202
(719) 547-2021

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Nancy Harlow

BLM_0126023

Mrs. Jessica Waldron
210 Sunset Dr
Bailey, CO 80421-1334
(303) 838-5323

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Jessica Waldron

Mr. David Edgington
7116 White Buffalo Rd
Colorado Springs, CO 80919-3012
(719) 266-4191

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. David Edgington

Ms. Cay White
492 W 91st Cir
Thornton, CO 80260-6890
(720) 272-5920

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Cay White

Ms. Cecilia Burns
3080 S Telluride St
Aurora, CO 80013-4404
(720) 840-1442

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Cecilia Burns

Ms. Judy Greenfield
8353 E Kenyon Dr
Denver, CO 80237-1616
(303) 770-1690

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Judy Greenfield

Ms. Mary Ferraro
718 Fulton St
Aurora, CO 80010-3914
(720) 262-4272

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Mary Ferraro

Mr. Scott Paling
8364 Dressage Rd
Littleton, CO 80125-7952
(303) 934-0747

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Scott Paling

BLM_0126030

Dr. Melanie Wells
7930 E Cedar Ave
Denver, CO 80230-6772
(720) 859-0710

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Melanie Wells

BLM_0126031

Mr. Ron D Jones
4404 E Maplewood Way
Centennial, CO 80121-3323
(970) 333-1167

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ron D Jones

Mr. Michael Weissman
10341 S Deer Creek Rd
Littleton, CO 80127-9528

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Michael Weissman

Ms. Joanne Pelkey
2630 Landsdown Pl
Colorado Springs, CO 80919-5036
(719) 659-3591

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Joanne Pelkey

BLM_0126034

Ms. Heather Martin
120 S Warbler Ct
Louisville, CO 80027-9500

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Heather Martin

Ms. Sheryl Ferguson
2541 Camellia St
Pueblo, CO 81005-2803
(719) 561-0935

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sheryl Ferguson

Mr. Robert Cruder
PO Box 937
Elizabeth, CO 80107-0937
(303) 646-3125

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Robert Cruder

Ms. Edie Cooper
PO Box 245
Crestone, CO 81131-0245
(719) 256-4016

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Edie Cooper

BLM_0126038

Ms. Karen Ausfahl
600 S Watson Ln
Littleton, CO 80123-7924
(303) 797-1068

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karen Ausfahl

Ms. Donna Dodge
PO Box 522
Franktown, CO 80116-0522
(303) 660-6490

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Donna Dodge

Mrs. Susan Strauss
2882 County Road 113
Carbondale, CO 81623-9651
(970) 384-2882

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Susan Strauss

Ms. Roxanne Ferguson
916 N Prospect St Apt 4
Colorado Springs, CO 80903-2867
(719) 219-6090

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Roxanne Ferguson

Mrs. Nicole Shaffer
4377 Teeter Totter Cir
Colorado Springs, CO 80917-2936
(719) 641-9406

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Nicole Shaffer

Mr. Donald Millard
722 Truscott Pl
Aspen, CO 81611-1231
(970) 274-1745

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Donald Millard

BLM_0126044

Mrs. Ann Bolders
8790 E Bellewood Pl
Denver, CO 80237-2910
(303) 721-1873

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Ann Bolders

BLM_0126045

Mrs. Carolyn Flaharty
1339 S Knox Ct
Denver, CO 80219-3929

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Carolyn Flaharty

BLM_0126046

Ms. Sharon Hale
1361 Lily Lake Dr
Colorado Springs, CO 80921-4101
(719) 650-5236

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sharon Hale

Mrs. Jill Grimes
899 Steele St
Craig, CO 81625-3039
(970) 824-3025

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Jill Grimes

BLM_0126048

Ms. Tracy Strickland
8080 S Holland Ct
Littleton, CO 80128-5187
(303) 570-470 I

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Tracy Strickland

Ms. Marla Meyer
1469 S Leyden St
Denver, CO 80224-1950
(720) 530-1005

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Marla Meyer

Dr. Louis Palazzini
930 Tucson St
Aurora, CO 80011-6652
(303) 344-2565

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Louis Palazzini

Mr. Randy Harper
815 Midland Ave
Manitou Springs, CO 80829-2032
(719) 685-9743

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Randy Harper

BLM_0126052

Mr. Arthur Harris
6135 Eagles Nest Dr
Colorado Springs, CO 80918-1506
(719) 593-1524

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Arthur Harris

BLM_0126053

Ms. Cindi Seidel
8261 S Emerson Way
Littleton, CO 80122-4310
(719) 930-5436

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Cindi Seidel

Mr. Thomas Hutton
435 32 Rd Unit 418
Clifton, CO 81520-9121

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Thomas Hutton

Ms. Karen Millilen
5540 Annadale Trl
Elizabeth, CO 80107-9128
(703) 965-4429

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karen Millilen

Ms. Karen Larsen
6857 S Bannock St
Littleton, CO 80120-3815
(303) 794-8477

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karen Larsen

BLM_0126057

Dr. Jerry Boswell
2262 Terraridge Dr
Highlands Ranch, CO 80126-2686
(303) 791-8010

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Jerry Boswell

Mrs. Shawndra Hayes-Budgen
8429 Everett Way Unit C
Arvada, CO 80005-2384

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Shawndra Hayes-Budgen

Ms. Karen Lasher
9080 County Road 165
Salida, CO 81201-9541
(719) 539-0777

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karen Lasher

Ms. Kate Chasson
PO Box 955
Fraser, CO 80442-0955
(720) 299-9019

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kate Chasson

Ms. Carol Johnson
9456 W Wagon Trail Cir
Denver, CO 80123-1968

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Carol Johnson

Ms. Janis Frazee
19255 Starwood Dr
Monument, CO 80132-9711
(719) 488-0611

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Janis Frazee

Ms. Ellen Blackmore
1500 Balsam Ave
Boulder, CO 80304-3538
(303) 473-4546

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Ellen Blackmore

BLM_0126064

Mrs. Nancy Stocker
2885 S Gilpin St
Denver, CO 80210-6314
(303) 759-5009

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Nancy Stocker

Mr. Dan Hilton
3252 Redstone Ln
Boulder, CO 80305-7174

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Dan Hilton

Mr. Todd Poyezdala
PO Box 1221
405 Main Street
Erie, CO 80516-1221
(720) 244-1864

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Todd Poyezdala

Mrs. Vickie Stimac
515 Walnut St
Windsor, CO 80550-5145
(970) 686-0175

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Vickie Stimac

Ms. Kathleen Medina
1032 I/2 Main Ave # 24
Durango, CO 81301-5124
(970) 946-4734

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kathleen Medina

Ms. Suzanne Watson
PO Box 96
Gardner, CO 81040-0096
(719) 746-2423

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Suzanne Watson

Mr. Paul Angelino
2391 Braun Dr
Golden, CO 80401-2137
(303) 273-5639

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Paul Angelino

BLM_0126071

Ms. Kate Farrell
2515 S Holly Pl
Denver, CO 80222-6255
(303) 771-0090

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kate Farrell

Ms. Peggy Smith
2279 E 129th Ave
Thornton, CO 80241-1932

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Peggy Smith

Dr. Kurt Moore
2938 S Ulster St
Denver, CO 80231-4184

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan!

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Kurt Moore

Mrs. Leah Arthur
2261 Blake St
Apt 4a
Denver, CO 80205-2044
(720) 331-5314

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Leah Arthur

BLM_0126075

Ms. Mary Levant
44575 Antelope Dr
Bennett, CO 80102-8315

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Mary Levant

Ms. Susan Granias
111 Quien Sabe St
Pagosa Springs, CO 81147-0229
(970) 731-1577

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Granias

Ms. Sara Ransom
2720 Delwood Ave
Durango, CO 81301-4181
(970) 247-5718

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sara Ransom

Ms. Chris Mccorry
1417 Utah St Apt C
Golden, CO 80401-2774

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Chris Mccorry

Ms. Tanya Glasser
106 Aline St
Louisville, CO 80027-2110
(303) 881-8625

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Tanya Glasser

Mr. Richard Kinane
PO Box 2260
Boulder, CO 80306-2260

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Richard Kinane

Ms. Diane Huber
8230 E Otero Cir
Centennial, CO 80112-3309
(303) 708-8549

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Diane Huber

BLM_0126082

Mr. Andrew Butler
248 S Squaw Canyon Pl
Pagosa Springs, CO 81147-8467
(512) 321-1308

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Andrew Butler

BLM_0126083

Ms. Melissa Burger
19 Willa Ln
Manitou Springs, CO 80829-2627
(719) 505-9949

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Melissa Burger

Ms. Nancy Kosnar Hartman
2514 Evans Ave
Louisville, CO 80027-1215

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Nancy Kosnar Hartman

Ms. theresa kledzik
809 Midland Ave
Manitou Springs, CO 80829-2032

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. theresa kledzik

Dr. Tom Lankering
110 Midland Ave
Basalt, CO 81621-8305
(970) 379-9063

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Tom Lankering

Ms. Naomi Heiser
440 W Sycamore Ct
Louisville, CO 80027-2229

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Naomi Heiser

BLM_0126088

Ms. Naomi Heiser
440 W Sycamore Ct
Louisville, CO 80027-2229

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Naomi Heiser

BLM_0126089

Ms. Ellen Stapenhorst
PO Box 1874
Paonia, CO 81428-1874

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Ellen Stapenhorst

Mrs. Barbara Tamayo
3916 Pin Oaks St
Sarasota, FL 34232-1244

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Barbara Tamayo

Ms. Patti Cummings
PO Box 73
Glenwood Springs, CO 81602-0073

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Patti Cummings

Mr. Ian Moffit
2710 S Humboldt St
Denver, CO 80210-5911

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ian Moffit

Mr. Ian Moffit
2710 S Humboldt St
Denver, CO 80210-5911

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ian Moffit

BLM_0126094

Mr. Michael Racette
3830 Caballo Ct
Palisade, CO 81526-9323
(719) 684-1123

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Michael Racette

BLM_0126095

Dr. Michael Zyzda
7740 S Huron Pl
Littleton, CO 80120-8015
(303) 795-8827

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Michael Zyzda

BLM_0126096

Mr. Kris Aaron
1415 Cooper Ave
Colorado Springs, CO 80907-7234
(555) 555-5555

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Kris Aaron

Ms. Nicole Soos
2515 Carla Dr
Loveland, CO 80537-6198

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Nicole Soos

Mr. Richard Carr
3569 Granby Ct
Loveland, CO 80538-4901
(970) 484-4943

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Richard Carr

BLM_0126099

Mr. David Richie
100 E Cooper Ave Apt 9
Aspen, CO 81611-1763
(970) 920-9436

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. David Richie

BLM_0126100

Ms. Virginia Baksa
382 S Carr Ave
Lafayette, CO 80026-1008
(720) 486-6437

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Virginia Baksa

Ms. Susan Fallander
1987 S Harlan Ct
Lakewood, CO 80227-2507
(303) 716-1012

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Fallander

Mr. Fred Markham
320 N Limit St Apt 202
Colorado Springs, CO 80904-4527

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Fred Markham

Mr. Fred Markham
320 N Limit St Apt 202
Colorado Springs, CO 80904-4527

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Fred Markham

Dr. Lea Ratliff
740 S Washington St
Denver, CO 80209-4312

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Lea Ratliff

Ms. Eloise Nelson
735 Morgan Dr
Boulder, CO 80303-2610
(720) 352-0883

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Eloise Nelson

Mrs. Angie Mackey
4850 S Everett St
Littleton, CO 80123-1868
(303) 642-7400

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Angie Mackey

Ms. Carol Ntne
PO Box 46022I
Aurora, CO 80046-0221

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Carol Ntne

Miss Ashley Golubski
57 Rachelle Dr
Cheektowaga, NY 14227-3522

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Ashley Golubski

BLM_0126109

Mr. Justin Garoutte
PO Box 523
914 State Street, #7
Antonito, CO 81120-0523
(719) 580-9280

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Justin Garoutte

BLM_0126110

Mrs. Kristie Hinds
8593 State Highway 172
Ignacio, CO 81137-9702
(970) 884-1043

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Kristie Hinds

BLM_0126111

Mr. James Cooper
3923 Hynds Blvd
Cheyenne, WY 82001-1005
(970) 484-8805

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. James Cooper

Ms. Joyce Rohr
2525 Taft Dr Apt 806
Boulder, CO 80302-6870
(303) 443-0710

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Joyce Rohr

Ms. Rebecca Much
2412 Sheffield Cir E
Fort Collins, CO 80526-1634
(970) 232-8925

Sep 4, 2016

Colorado BLM

Subject: Please stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Rebecca Much

BLM_0126114

Ms. Janet Feder
PO Box 480414
Denver, CO 80248-0414

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Janet Feder

BLM_0126115

Mrs. Kyla Burgess
7280 Iwo Jima Dr
Apt D
Fort Carson, CO 80902-2284

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Kyla Burgess

BLM_0126116

Mr. Joseph Hayes
185 Rainbow Dr
Grand Junction, CO 81503-3903
(970) 263-7474

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Joseph Hayes

BLM_0126117

Ms. Cyndi Fritzler
1512 S Owens St Apt I27
Lakewood, CO 80232-6009
(720) 201-9438

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Cyndi Fritzler

Ms. Victoria Kraft
9 Aberdeen Blfs
Pueblo, CO 81004-1066
(505) 830-6560

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Victoria Kraft

Mr. David Arent
336 Cliff View Dr
Grand Junction, CO 81507-3602
(970) 858-2457

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. David Arent

BLM_0126120

Ms. Janeene Porcher
13568 W 23rd Pl
Golden, CO 80401-6804
(303) 279-1804

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Janeene Porcher

Mr. Christian Militeau
7200 Sunshine Canyon Dr
Boulder, CO 80302-9771
(303) 443-1892

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Christian Militeau

Ms. sue allen
24drummond st
auburn, ME 04210

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. sue allen

BLM_0126123

Ms. Veronica Rehne
Kastsjö 5
Gävle, CO 80426

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Veronica Rehne

Mrs. Sheri Hoole
9359 Ranchview Ln N
Maple Grove, MN 55369-4471
(763) 228-5525

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Sheri Hoole

Dr. Sara Coulter
142 Canyon Dr
Ridgway, CO 81432-9783
(970) 626-4496

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Sara Coulter

Ms. Susan Treneer
1423 E Main St
# 187
Cortez, CO 81321-2917
(509) 307-2733

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Treneer

Mr. Marcus Goodbody
3235 Yarrow Ct
Wheat Ridge, CO 80033-5980
(303) 202-1610

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Marcus Goodbody

BLM_0126128

Ms. Kathryn Rose
2749 N Lafayette St
Denver, CO 80205-4448
(303) 297-1664

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kathryn Rose

Mrs. Jennifer Lyon
9812 Bluestar Dr
Parker, CO 80138-7834
(303) 841-8528

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Jennifer Lyon

Mr. Gary Yeomans
2381 S Franklin St
Denver, CO 80210-5105
(303) 722-9783

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Gary Yeomans

BLM_0126131

Ms. Kathy Chaney
PO Box 102172
Denver, CO 80250-2172
(505) 242-4255

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kathy Chaney

Mrs. Carol Wirbel
1080 Tari Pl
Colorado Springs, CO 80921-2275
(719) 481-1316

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Carol Wirbel

BLM_0126133

Ms. J. Moore
PO Box 2653
Glenwood Springs, CO 81602-2653

Sep 4, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. J. Moore

BLM_0126134

Mrs. Susan Enzinna
1516 Daphne St
Broomfield, CO 80020-1151
(303) 507-4354

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Susan Enzinna

BLM_0126135

Mrs. Deborah Coles
582 Silver Circle
Breckenridge, CO 80424
(720) 849-5686

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Deborah Coles

Mr. Richard Engelmann
4622 Hampshire St
Boulder, CO 80301-4211
(303) 530-0626

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Richard Engelmann

BLM_0126137

Mr. Paul West
1437 Regency Ct
Fort Collins, CO 80526-3422
(970) 225-0508

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Paul West

BLM_0126138

Mrs. Sharon Mcatee
841 S Rifle Way
Aurora, CO 80017-3210

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Sharon Mcatee

Ms. Michele Page
655 S Pennsylvania St
Denver, CO 80209-4113
(303) 777-1689

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Michele Page

Ms. Naneen Mary Shannon
901 W 14th Ave Apt 507
Denver, CO 80204-2549
(303) 803-6188

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Naneen Mary Shannon

Mr. George Hartman III
2514 Evans Ave
Louisville, CO 80027-1215

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. George Hartman III

BLM_0126142

Mr. Gail Cromeens
909 E 24th Street Rd
Greeley, CO 80631-9090

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Gail Cromeens

Mr. John Higgs
11883 Geronimo Trl
Conifer, CO 80433-7119
(303) 816-9047

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. John Higgs

BLM_0126144

Mr. Virgil Salzman
1265 Race St Apt 202
Denver, CO 80206-2850
(415) 225-9873

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Virgil Salzman

Ms. Kathy Chaney
PO Box 102172
Denver, CO 80250-2172
(303) 744-0288

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kathy Chaney

Ms. Rhonda Schoenecker
15 Bell Ave
Alamosa, CO 81101-2427
(719) 589-3090

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Rhonda Schoenecker

Ms. Pamela Hayes
56 Sandstone Dr
Johnstown, CO 80534-9466
(970) 587-5314

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Pamela Hayes

Mr. Perry Nelson
PO Box 19261
Colorado City, CO 81019-0261
(719) 253-2467

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Perry Nelson

Mr. Andrew Mcnutt
5815 Orchard Creek Ln
Boulder, CO 80301-5821
(303) 444-7439

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Andrew Mcnutt

BLM_0126150

Mrs. Sara Herrick
340 Clear Spring Ave
Durango, CO 81301-6604

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Sara Herrick

Ms. Laurel Hake
3127 Maroon Creek Rd Unit 5
Aspen, CO 81611-3413
(707) 477-9159

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Laurel Hake

Mr. Willis Gravelle
46 Equestrian Way
Carbondale, CO 81623-9132
(720) 663-1551

Sep 5, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Willis Gravelle

Mrs. Grace Cross
3526 Hearthfire Dr
Fort Collins, CO 80524-3775

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Grace Cross

BLM_0126154

Mr. Steven Tempelman
9612 Aspen Hill Cir
Lone Tree, CO 80124-5493
(303) 662-1230

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Steven Tempelman

BLM_0126155

Ms. Megan Roemer
PO Box 7093
Boulder, CO 80306-7093
(303) 440-8957

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Megan Roemer

Ms. Carol Carner
PO Box 3232
Estes Park, CO 80517-3232
(970) 214-6510

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Carol Carner

Ms. Robin Schielke
PO Box 957
Granby, CO 80446-0957
(970) 627-3200

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Robin Schielke

Ms. cynthia molinero
PO Box 470322
Aurora, CO 80047-0322

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. cynthia molinero

BLM_0126159

Mrs. Mandy Hanifen
PO Box 54
Granby, CO 80446-0054
(970) 627-8228

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Mandy Hanifen

Ms. Carol Murray
PO Box 114
711 Eureka Street
Central City, CO 80427-0114
(303) 582-5580

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Carol Murray

Ms. Jess Turner
7154 Orchard Ave
Frederick, CO 80504-5647
(303) 408-7345

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jess Turner

BLM_0126162

Mrs. Megan Loose
13323 Riley Peak Rd
Conifer, CO 80433-5008

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Megan Loose

Miss Julie Moore
10194 Quivas St
Thornton, CO 80260-6351

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Julie Moore

Ms. Dawn Hendry
12 Mountain High Ct
Littleton, CO 80127-2635
(303) 978-1999

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Dawn Hendry

Mrs. Becky Simpson
740 Vivian St
Lakewood, CO 80401-4661

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Becky Simpson

Ms. Susan Pernot
5098 Road 245
Cortez, CO 81321
(970) 564-9135

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Pernot

Mrs. Valerie Winters
1400 S Collyer St
Lot 278
Longmont, CO 80501-6959
(303) 678-9461

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Valerie Winters

Mr. Jim Ball
11609 Apache Trl
Conifer, CO 80433-7220
(303) 330-050I

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Jim Ball

Mr. Thomas Kuspiel
413 Galapago St
Denver, CO 80204-5036

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Thomas Kuspiel

Ms. Ann Beauvais
2212 W Platte Ave
Colorado Springs, CO 80904-3452

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Ann Beauvais

BLM_0126171

Mrs. Debbie Hinde
2575 Tupelo Dr
Loveland, CO 80538-3323

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Debbie Hinde

BLM_0126172

Mr. Dan Tobin
279 Fantango Rd
Durango, CO 81301-7022
xxxxxxxxxx

Sep 7, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Dan Tobin

Mr. Paul Magee
177 Glenrose Ave
Braintree, MA 02184-1350
(781) 843-8613

Sep 7, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Paul Magee

Ms. Barbara Hill
2935 El Torro Rd
Grand Junction, CO 81503-2925
(970) 255-9900

Sep 7, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Barbara Hill

Mr. William Brown
1475 S Clayton St
Denver, CO 80210-2414
(555) 555-5555

Sep 8, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. William Brown

Ms. Erna Beerheide
1245 Race St Apt 205
Denver, CO 80206-2846
(386) 677-4131

Sep 8, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Erna Beerheide

Ms. Jennifer Kilgore
4648 Dapple Ln
Boulder, CO 80301-5381

Sep 8, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jennifer Kilgore

BLM_0126178

Mr. Joseph Szuszwalak, Jr.
1245 N Humboldt St Apt 304
Denver, CO 80218-2445
(386) 682-I496

Sep 8, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Joseph Szuszwalak, Jr.

Mrs. Lori Schreiber
13469 Lafayette St
Denver, CO 80241-1976
(303) 410-0061

Sep 8, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Lori Schreiber

Mr. Donald Evans
3703 Rabbit Mountain Rd
Broomfield, CO 80020-5552
(720) 612-7612

Sep 8, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Donald Evans

BLM_0126181

Ms. Amy Cervene
365 W Burgundy St Unit 522
Highlands Ranch, CO 80129-6606

Sep 8, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Amy Cervene

Ms. Fiona King
17380 Road G
Cortez, CO 81321-9581
(970) 564-9950

Sep 9, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Fiona King

Mrs. Julya K.P.
10657 Hyacinth Ln
Highlands Ranch, CO 80129-4682
(303) 552-7737

Sep 10, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Julya K.P.

Ms. Janet Morrissey
1616 Ingram Rd
Baltimore, MD 21239-3608
(443) 835-4307

Sep 10, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Janet Morrissey

Mrs. Penny Christensen
11020 W Park Range Rd
Littleton, CO 80127-3813

Sep 10, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Penny Christensen

Mrs. Catherine Kolehmainen
1449 S Laredo St
Aurora, CO 80017-4005

Sep 10, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Catherine Kolehmainen

Mr. Vilmars Strautins
3086 W 134th Ct
Broomfield, CO 80020-5211
(303) 466-5920

Sep 10, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Vilmars Strautins

BLM_0126188

Ms. Liliana Silvano
605 Beth Ct
Grand Junction, CO 81504-6003

Sep 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Liliana Silvano

Ms. Debi Shirey
435 S Wright St Apt 203
Lakewood, CO 80228-2631
(720) 318-8069

Sep 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Debi Shirey

BLM_0126190

Ms. Debi Shirey
435 S Wright St Apt 203
Lakewood, CO 80228-2631
(720) 318-8069

Sep 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Debi Shirey

Mr. David Laramie
11 Lake Ave Apt 302
Worcester, MA 01604-5801
(508) 755-8514

Sep 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. David Laramie

BLM_0126192

Ms. Kerri Stroupe
4574 Irving St
Denver, CO 80211-1352
(303) 480-3583

Sep 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kerri Stroupe

BLM_0126193

Dr. Heidi Streetman
1080 Jade St
Broomfield, CO 80020-1863
(303) 589-8843

Sep 12, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Heidi Streetman

BLM_0126194

Mr. Ryan Snyder
1019 N Lafayette St
Denver, CO 80218-3117
(303) 525-1022

Sep 12, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ryan Snyder

BLM_0126195

Mr. Floyd Nudi
41 Stagecoach Junction Rd
Sandia Park, NM 87047-9366
(505) 281-4236

Sep 12, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Floyd Nudi

Mr. Matt Angiono
8264 Kincross Dr
Boulder, CO 80301-4229
(303) 882-2985

Sep 13, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Matt Angiono

Ms. Melinda Ford
5316 Cherokee St
Houston, TX 77005-1702
(713) 529-9341

Sep 14, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Melinda Ford

Mr. Christopher Riti
1019 N Lafayette St Apt 2
Denver, CO 80218-3118

Sep 14, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Christopher Riti

Ms. T D
17355 Peace Lane
Okc, OK 73143

Sep 15, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. T D

BLM_0126200

Ms. Emily Wilson
1942 S Routt Ct
Lakewood, CO 80227-1962
(303) 909-4747

Sep 15, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Emily Wilson

Mr. Arthur Emshoff
1816 Bayou Dr
Bay City, TX 77414-8716
(979) 245-2797

Sep 16, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Arthur Emshoff

BLM_0126202

Ms. Lygea San Pedro
13460 Cedar Creek Hts
Middlebury, IN 46540-8671
(574) 825-8185

Sep 16, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Lygea San Pedro

Ms. Karola Windweh
Offenbacher-Landstraße 28
Hamburg, None 63512

Sep 16, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karola Windweh

Ms. Lillian Connelly
223 Cardinal Way
Longmont, CO 80501-8523
(303) 652-I409

Sep 16, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Lillian Connelly

Mrs. Joyce Wood
179 Lake View Dr
Bayfield, CO 81122-9436
(970) 884-0601

Sep 17, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Joyce Wood

Mr. Paul Mccarthy
173 Hetcheltown Rd
Schenectady, NY 12302-5821

Sep 17, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Paul Mccarthy

Ms. Dawn Hendry
12 Mountain High Ct
Littleton, CO 80127-2635
(720) 273-5998

Sep 17, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Dawn Hendry

Mr. Brian Barenberg
475 S Logan St
Denver, CO 80209-1816

Sep 19, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Brian Barenberg

Ms. Christine Frank
23 1/2 Alder Cv
Paonia, CO 81428-2019

Sep 20, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Christine Frank

Mr. Craig Echols
PO Box 4168
Telluride, CO 81435-4168
(970) 728-8198

Sep 20, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Craig Echols

Miss Amanda Agostini
14855 S Austin Rd
Manteca, CA 95336-9788

Sep 22, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Amanda Agostini

BLM_0126212

Miss Rachel Rakaczky
27 Bonanza St
Yerington, NV 89447-9703
(775) 240-4314

Sep 23, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Rachel Rakaczky

Ms. Dorothy Neff
11063 E Rosebush Rd
Coleman, MI 48618-9636
(989) 944-0227

Sep 23, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Dorothy Neff

BLM_0126214

Mr. Robert Reiling
402 Grand Ave
Lead, SD 57754-2002

Sep 23, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Robert Reiling

BLM_0126215

Ms. Keri Fox
11446 East 15th St S
Independence, MO 64052
(816) 803-6995

Sep 24, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Keri Fox

Ms. Susan Smith
1250 Garnet Ct
Pollock Pines, CA 95726-9538
(530) 303-3116

Sep 27, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Smith

BLM_0126217

Ms. Karlene Dancingwolf
725 Oriole Dr
Lafayette, CO 80026-2123

Sep 28, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karlene Dancingwolf

BLM_0126218

Mr. Andre Wille
485 W Sopris Creek Rd
Basalt, CO 81621-9150
(970) 309-3698

Sep 28, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Andre Wille

BLM_0126219

Ms. Becky Anderson
2043 Ponderosa Ct
Bellingham, WA 98229-5367
(360) 671-6985

Sep 29, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Becky Anderson

Mr. West Spence
609 Bienville Ln
Birmingham, AL 35213-2013
(229) 403-4189

Oct 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. West Spence

Ms. Jane Hipp
PO Box 4025
6638 Ryegrass Road
Jackson, WY 83001-4025
(307) 734-2961

Oct 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jane Hipp

Mr. Corey Webb
784 Pikeview St
Dresden, TN 38225-3108
(731) 377-0780

Oct 12, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Corey Webb

BLM_0126223

Ms. Cheryl Hurley
13900 Panay Way
Marina Del Rey, CA 90292-6173
(213) 219-0731

Oct 15, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Cheryl Hurley

BLM_0126224

Ms. Maria Miguel
116 Faraday Ct
Bear, DE 19701-3064

Oct 18, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating &quot;ecological emphasis areas&quot; to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Maria Miguel

Ms. Talia Lisi
3409 Dellefield St
New Port Richey, FL 34655-3109
(727) 207-6570

Aug 9, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I support that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating Ecological Emphasis Areas to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Talia Lisi

BLM_0126226

Ms. Rebecca Cervantes
1045 N Azusa Ave Trlr 248
Covina, CA 91722-2659

Aug 10, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Rebecca Cervantes

Mrs. Donna Uggla
8116 Wolfenburger Rd
Rye, CO 81069-8929
(719) 676-2155

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I support that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating Ecological Emphasis Areas to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Donna Uggla

Dr. Robert Mcartor
2312 Blythe Rd
Wilmington, NC 28403-8012

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.
Quit the giveaway programs of our public lands to any corporate or
private entity!
Thank you.

Sincerely,
Dr. Robert Mcartor

Mr. Erik Melear
4008 Maguire Blvd
Orlando, FL 32803-7206
(407) 451-4566

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Erik Melear

Ms. lorraine foster
8205 SE 9th Ave
Portland, OR 97202-6533

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. lorraine foster

Miss Karina Otero
412 Watchung Ave
North Plainfield, NJ 07060-4917
(908) 769-4011

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Respect nature! Respect life! Respect yourself!
- Thanks!

Thank you.

Sincerely,
Miss Karina Otero

Ms. Stephanie Nunez
7034 Tyrone Ave
Van Nuys, CA 91405-3142
(818) 465-3053

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Stephanie Nunez

BLM_0126233

Miss Stephanie Nunez
7034 Tyrone Ave
Van Nuys, CA 91405-3142
(818) 465-3053

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Stephanie Nunez

BLM_0126234

Mr. Peter Veits
641 E Burnsville Pkwy
Burnsville, MN 55337-3651
(651) 699-1111

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Peter Veits

Ms. Nancy Loftin
357 Boston Pl
Toledo, OH 43610-1435
(419) 244-7539

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I support that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating Ecological Emphasis Areas to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Nancy Loftin

BLM_0126236

Ms. Nadine Johnson
2915 Catalina St
Miami, FL 33133-3718
(786) 536-7232

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Nadine Johnson

Mr. Romeo Tango
Blake Street
Indianapolis, IN 46204
(747) 444-0358

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Romeo Tango

Mrs. Sherry McCullough
1664 Fort St
Trenton, MI 48183-2003
(734) 671-5856

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Sherry McCullough

Ms. Megan Warren
202 W Locust St Apt 511
Bloomington, IL 61701-2960
(111) 111-1111

Aug 11, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Megan Warren

BLM_0126240

Ms. konstantina balaska
zoumetikou 8
thessaloniki, None 54249

Aug 12, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. konstantina balaska

Mrs. Gertrud Firmage
4599 S Clearview St
Salt Lake City, UT 84117-4503

Aug 12, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Gertrud Firmage

Miss cheryl erb
1068 Park Ave NE
Salem, OR 97301-2547
(503) 428-7856

Aug 12, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Miss cheryl erb

Ms. Sue Breen
PO Box 163
62 S River Rd
St Regis Fls, NY 12980-0163
(315) 742-2416

Aug 12, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sue Breen

Ms. Sue Breen
PO Box 163
62 S River Rd
St Regis Fls, NY 12980-0163
(315) 742-2416

Aug 12, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sue Breen

BLM_0126245

Ms. Vicki Rice
4127 Stonecroft Dr
Austin, TX 78749-3167
(512) 925-7854

Aug 13, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Vicki Rice

Ms. Michelle Palladine
471 E Tahquitz Canyon Way
Palm Springs, CA 92262-6620
(760) 318-7019

Aug 13, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I support that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating Ecological Emphasis Areas to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Michelle Palladine

Mrs. Carol Ambrogio
103 Wilderwood Dr
Guilford, CT 06437-1304
(203) 453-4077

Aug 13, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Carol Ambrogio

Mrs. Carol Ohlendorf
22205 Deer Pointe Xing
Bradenton, FL 34202-6310
(941) 322-9752

Aug 13, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I support that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating Ecological Emphasis Areas to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Carol Ohlendorf

BLM_0126249

Mr. Ronald Taliano
33315 Fairport Dr
Avon Lake, OH 44012-2376

Aug 13, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Ronald Taliano

Mrs. Heike Feldmann
716 Irving St
# 27
San Francisco, CA 94122-2410

Aug 14, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Heike Feldmann

Mr. Jonathan Resnick
PO Box 6657
Avon, CO 81620-6657
(215) 779-5123

Aug 14, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Jonathan Resnick

Ms. Tiffany Baker
313 Elkchester Cir
Nicholasville, KY 40356-1569
(859) 887-0687

Aug 15, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Tiffany Baker

Mr. Jerry Wilson
4012 Maryland Ave
Finleyville, PA 15332-1606

Aug 18, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Jerry Wilson

Ms. Karlene Dancingwolf
725 Oriole Dr
Lafayette, CO 80026-2123

Aug 19, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Karlene Dancingwolf

Ms. Ana Maria Pimentel
2360 Valleywood Dr SE
# 0-11
Grand Rapids, MI 49546-7752
(616) 218-1151

Aug 19, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Ana Maria Pimentel

Mrs. Sylwia Zielinska
Bialostocka
Zambrow, None 18-300

Aug 19, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Sylwia Zielinska

Miss Amelia Miller
29685 SW Rose Ln
Apt 301
Wilsonville, OR 97070-8821
(503) 779-7355

Aug 20, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I support that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating Ecological Emphasis Areas to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Miss Amelia Miller

Mr. Edward O'Connor
10903 Srate Line Road
Apartment 6
Kansas City, MO 64114-4828
(816) 982-9765

Aug 22, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I support that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating Ecological Emphasis Areas to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Edward O'Connor

Mrs. Kajsa Ingelsson
1360 N Crescent Heights Blvd
Apt 5a
West Hollywood, CA 90046-4503
(310) 486-8373

Aug 25, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I support that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating Ecological Emphasis Areas to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Kajsa Ingelsson

BLM_0126260

Ms. L. Peterson
1355 Decatur St # 2
Brooklyn, NY 11237-6403

Aug 25, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. L. Peterson

Mr. Guy Graham
10 Huron Ave
Apt 3k
Jersey City, NJ 07306-3658
(201) 656-3095

Aug 27, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I support that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating Ecological Emphasis Areas to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Guy Graham

Mrs. Donna Leavitt
1147 Hazelwood Rd
Toms River, NJ 08753-3878
(732) 573-0018

Aug 30, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Donna Leavitt

Ms. Jessica Lam
1118 S Bedford St Apt 5
Los Angeles, CA 90035-2219

Aug 31, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I support that the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating Ecological Emphasis Areas to
preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90% of the Uncompahgre area to oil
and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Jessica Lam

Mr. Christopher Keefe
2420 S Meade St
Denver, CO 80219-5318
(303) 601-4480

Sep 2, 2016

Colorado BLM

Subject: Make protecting wilderness quality lands the priority!

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. This is completely unacceptable and
against the will of the vast majority of the citizens you work for.
Much of the area doesn't even have oil and gas reserves that are
feasible for development, meaning the BLM is putting our public lands
at risk for speculative leasing. The BLM should change course and adopt
a final plan that makes wilderness-quality lands, important wildlife
habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Christopher Keefe

Mr. Artie Alvarado
21 S High St
Erie, CO 80516-8419

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites And thereby putting BLM land at public
risk. The BLM should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Artie Alvarado

Mr. Robert Victoria
1600 9th Ave Apt 316
Longmont, CO 80501-4277
(303) 485-5540

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.
Your staff does great work on most things, however we don't need to
open these areas up for drilling.
Thank you.

Sincerely,
Mr. Robert Victoria

Dr. Jerry Unruh
225 Earthsong Way
Manitou Springs, CO 80829-2845
(719) 685-3084

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing.   More
importantly, the fact that $CO_2$ has just increased past 400 ppm makes
this absurd.   We simply cannot keep developing fossil fuels when the
climate crisis is at our doorstep and, in fact, is through the door.
The BLM should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Dr. Jerry Unruh

Mrs. Susan Evans
2765 Lafayette Dr
Boulder, CO 80305-7104
(303) 494-0727

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
The following was pre-written, but I want you to know that I agree
completely with it.   Rather than go through with this, let us pursue
alternative forms of energy!

I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Susan Evans

Ms. Sherry Olson
1520 Findlay Way
Boulder, CO 80305-6922
(303) 494-5365

Sep 2, 2016

Colorado BLM

Subject: Stop oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

The BLM should listen to the local community in Crawford, Hotchkiss and
Paonia and adopt the North Fork Citizens' Alternative for the area in
and around the North Fork Valley. This locally-driven proposal is the
right way to protect the Gunnison Watershed--supporting farmers and
building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Sherry Olson

Mr. Mark Meeks
399 Blackbird Dr
Bailey, CO 80421-2077
(303) 816-1454

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, this draft opens lands for fuel development that I oppose.   We
are in serious jeopardy today from the development of fossil fuel
drilling to its transport and use.   There is simply no way to use
public lands for such activity that does not inflict serious harm.   We
are at a turning point, and it is imperative that we see and act on
that reality.   Our future is profoundly diminished if we keep course
with things as they have been done.

The step warranted at this time that is in our best interest and in the
interest especially of my six grandchildren is to keep our public lands
free from more drilling and diminish the carbon in our atmosphere.
Such a step must be taken by many different parties with each acting in
ways consistent with our long term interests.   To protect public lands
is one critical way to diminish carbon pollution, and it must be done.
Again, I wish to express my strong opposition to fossil fuel
development continuing on our public lands.

Thank you.

Sincerely,
Mr. Mark Meeks

BLM_0126271

Mr. N W Botting
4585 W Highway 24
Florissant, CO 80816-7097
(719) 748-3003

Sep 2, 2016

Colorado BLM

Subject: Allow oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

I fully support that the draft plan would open 90 percent of the
Uncompahgre area to oil and gas leasing.   I all our planning we must be
realistic and this proposal is.

Thank you.

Sincerely,
Mr. N W Botting

Mrs. Laurie Lee
605 Left Fork Rd
Boulder, CO 80302-9252
(303) 449-5452

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Fracking and other   processes have already contaminated our Waters,
ruined our Landscapes. Please do not give any more giveaways to the oil
and gas companies, as a taxpayer I implore you .

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Laurie Lee

BLM_0126273

Ms. Stacy Wagner
3066 Skyward Way
Castle Rock, CO 80109-3687
(720) 428-8966

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Please listen to the local and state-wide voices of those that care
about the future of these public lands of Colorado, the ecological
health of these lands, and their value for recreation and rural
economies.   Please do not prioritize oil and gas leasing over these
concerns and values!

Thank you.

Sincerely,
Ms. Stacy Wagner

Mr. James Mittl
142 Nero Rd
Black Hawk, CO 80422-4037

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Stop making swiss cheese out of OUR wild lands NOW!

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. James Mittl

BLM_0126275

Ms. Susan Williams
1620 Yukon St
Lakewood, CO 80214-6039
(303) 237-0490

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

(Oil and gas is dead, they just don't know it yet.)

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Susan Williams

Mr. Andrew Wright
7200 E Evans Ave
Denver, CO 80224-2421

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

It's time for you fascist oil dick suckers to recognize that the age of
fossil fuels is over.   All leases on all public lands need to be
shredded and it's time for your agency to learn how to
"""MANAGE"""" land instead of
destroy it.   Tell the oil fucks that it's time for them to figure out a
different way to make money and that they are going to be out of
business VERY FUCKING SOON!!!!!!!!!!!!!!!!!

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Andrew Wright

Mr. Brian Myres
434 W 4th St
Loveland, CO 80537-5418
(970) 292-8440

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development. Also, the era of fossil fuels
is coming to a close, and we cannot afford to load the atmosphere with
more carbon dioxide and methane; these compounds should not be produced
as they are causing global warming at alarming rates.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Brian Myres

Mrs. Lisa Nelson
11836 Crescent Park Dr
Golden, CO 80403-8404
(303) 357-1087

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Thank you.

Sincerely,
Mrs. Lisa Nelson

BLM_0126279

Ms. Marilyn Mccord
1625 County Road 500
Bayfield, CO 81122-8725
(970) 884-2220

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

I have hiked in the Dominguez-Escalante area -- it is beautiful and the petroglyphs are special.  Additionally, I live adjacent to the Weminuche and hike there often.  Wilderness in Colorado is very important to me -- please note the special values of such places and protect wilderness potential lands.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Marilyn Mccord

Mr. Christopher Michaud
10219 W Idaho Ave
Lakewood, CO 80232-5016

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

As a Coloradoan, outdoorsman, and conservationist, I feel strongly about protecting and preserving our public lands, which are out natural heritage.

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Christopher Michaud

Ms. Teresa Collins
674 Wildrose Way
Louisville, CO 80027-1081

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.   As a Colorado resident, I absolutely
support protecting our beautiful natural resources for public use
rather than subjecting them to exploitation that only benefits
specialized business interests.

Thank you.

Sincerely,
Ms. Teresa Collins

Mr. Evan Coffey
1633 4th St
Apt A
Boulder, CO 80302-5839

Sep 2, 2016

Colorado BLM

Subject: Please reconsider prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Hello,

I strongly urge you to reconsider allowing resource extraction in western CO.

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to not only the local community in Crawford, Hotchkiss and Paonia, but also concerned citizens and constituents all over Colorado that use that public land, and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Evan Coffey

BLM_0126283

Ms. Weslie Phillips
738 Chimney Creek Dr
Golden, CO 80401-5706
(303) 697-6067

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

NO DRILLING!!!!

Thank you.

Sincerely,
Ms. Weslie Phillips

Ms. Audrey Wheeler
4250 E Cornell Ave
Denver, CO 80222-6727

Sep 2, 2016

Colorado BLM

Subject: UFO RMP comments

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre RMP.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Audrey Wheeler

BLM_0126285

Mr. Niles Jokela
8793 Independence Way
Arvada, CO 80005-1248
(720) 298-3836

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

I would like to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

As a retired oil and gas employee, I have seen the effects of 40 years of oil and gas leasing, and it's not good.   It's not the pads, it's the associated roads.   Once an area is open to exploration, you may as well burn the entire area... there will be no real wildland or wildlife left.   We only have a small amount of such areas left in the US, and as our population continues to grow, we will continue to put more pressure on such wild areas.   Our children will have little opportunity to experience wilderness-quality lands, wildlife, recreation and cultural sites. We CAN develop other means of energy and conservation; these areas should be left alone.

Thank you.   Niles Jokela

Sincerely,
Mr. Niles Jokela

BLM_0126286

Mrs. Marilyn Brenneman
5955 Vista Ridge Pt
Apt 101
Colorado Springs, CO 80918-9002

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Please,please do NOT OPEN up public lands to oil companies!!!!

Thank you.

Sincerely,
Mrs. Marilyn Brenneman

Mr. John Schellenger
972 S Pennsylvania St
Denver, CO 80209-4139

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

It is also crucial that the BLM listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you for your time and attention.

Sincerely,
Mr. John Schellenger

Dr. Christine Dildine
5744 N County Road 27
Loveland, CO 80538-9561
(970) 667-0233

Sep 2, 2016

Colorado BLM

Subject: ATTENTION PLEASE: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am very glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However... the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. THIS IS TOTALLY UNACCEPTABLE. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing, which is EXTREMELY UNWISE. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

The final plan should PROTECT ALL lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

Finally, the BLM SHOULD LISTEN to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley! This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you for listening to these concerns.

Sincerely,
Dr. Christine Dildine

Ms. Elizabeth Penfield
1204 County Road 170
Carbondale, CO 81623-9677
(970) 404-1294

Sep 2, 2016

Colorado BLM

Subject: Oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

I am glad to have an opportunity to comment on the draft Uncompahgre plan and applaud the BLM for considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

Ironically the draft plan would also open 90 percent of the Uncompahgre area to oil and gas leasing, endangering the same wilderness that the BLM is supposedly protecting. Another irony lies in the fact that much of the area doesn't even have oil and gas reserves that are feasible for development.   The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

And of course the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Elizabeth Penfield

BLM_0126290

Ms. Celia Roberts
PO Box 5
Paonia, CO 81428-0005
(970) 527-4457

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

The thought that the BLM is willing to jeopardize the health of the
North Fork Valley is beyond my comprehensive .   Prioritizing oil and
gas rather than our water sources, air quality, etc.is, in my view,
very irresponsible. As a resident of that valley, I am quite aware of
it's contribution to the health of the entire state, if not beyond, by
being the largest valley providing organic food to thousands of
consumers who are committed to their health, including I am sure your
own families and friends!!!   I implore you to insure the future of this
valley and the livelihoods of its residents and wildlife by denying
access to any oil and gas leasing in Delta County.

I support the BLM designating "ecological emphasis areas" to
preserve habitat connectivity and wildlife corridors. However, the
draft plan would open 90 percent of the Uncompahgre area to oil and gas
leasing, endangering wilderness-quality lands, wildlife, recreation and
cultural sites. Much of the area doesn't even have oil and gas reserves
that are feasible for development, meaning the BLM is putting our
public lands at risk for speculative leasing. The BLM should change
course and adopt a final plan that makes wilderness-quality lands,
important wildlife habitat and recreation areas off-limits to energy
development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Celia Roberts

Ms. Barbara Roach
650 Iris Ave
Boulder, CO 80304-1754
(303) 442-0677

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

I appreciate the opportunity to comment on the draft Uncompahgre plan.
Thank you for considering protection of important natural resources
like wildlife habitat and wild and scenic rivers, especially for
designating "ecological emphasis areas" to preserve habitat
connectivity and wildlife corridors.

However, I don't see how opening up 90 percent of the Uncompahgre area
to oil and gas leasing, is in accordance with the protection of natural
resources and protection of wilderness-quality lands, wildlife,
recreation and cultural sites. Why would the BLM be putting our public
lands at risk for speculative leasing when much of the area doesn't
even have oil and gas reserves that are feasible for development?   I
think you should change this plan so that it becomes one that puts a
priority on saving wilderness-quality lands and important wildlife
habitat and recreation areas, and that puts off-limits this land to
energy development.

I want the final plan tp protect all lands with wilderness
characteristics, including the Adobe Badlands, an area Iunderstand is
full of fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

I think you should give careful consideration to and adopt the North
Fork Citizens' Alternative plan put together by the community in
Crawford, Hotchkiss and Paonia. This locally-driven proposal is the
right way to protect the Gunnison Watershed--supporting farmers and
building a sustainable rural economy on Colorado's Western Slope. I
think you should adpot their plan.

Thank you.

Sincerely,
Ms. Barbara Roach

BLM_0126292

Mr. James Whiteside
222 Riverside Dr
Canon City, CO 81212-3636

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I agree with the following consensus and I am opposed to giving away
public BLM lands to oil and gas companies. If you want to put up a
solar or wind farm for future generations to subsist with I'm all for
it.

I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. James Whiteside

BLM_0126293

Mr. Doug and Jan Parker
18732 Road 25.8
Dolores, CO 81323-9419
(303) 945-1856

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Propose a plan that supports the citizens of Colorado and our wonderful
landscapes instead of the fossil fuels industries.

Thank you.

Sincerely,
Mr. Doug and Jan Parker

BLM_0126294

Ms. Anne Vickery
5255 Pennsylvania Ave
Boulder, CO 80303-2757
(303) 499-3001

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

The United States is full of big cities, urban area, roads, railroads
and all sorts of development that is eating up wild places. We can
create roads, cities and development, but we can't create
wilderness-quality lands.   It is imperative that we protect wild areas
for wildlife and for vegetation.   Please adopt the north Fork Citizens'
Alternative for the North Fork Valley and surrounding areas.

Thank you.

Sincerely,
Ms. Anne Vickery

Ms. Kathy Doyle
607 Cascade Dr
Golden, CO 80403-1583
(303) 273-9715

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.

I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.
However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing.

The BLM should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.
The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Ms. Kathy Doyle

Mr. Larry Kimball
1467 Red Feather Rd
Cotopaxi, CO 81223-9304
(719) 942-4798

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development. Thinking people understand that
we have to stop promoting continued oil and gas "development"
if we expect our children to have a liveable planet. The continued
destruction of wild lands does a huge disservice to future generations.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Larry Kimball

Ms. Barbara Magnuson
1467 Red Feather Rd
Cotopaxi, CO 81223-9304
(719) 942-4798

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

HOWEVER, the draft plan would open 90 PERCENT of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development. THIS IS NOT ACCEPTABLE.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

I may not live in the area discussed but I am a long time resident of
Colorado and a taxpaying citizen who expects to be listened to along
with all of the public when it comes to expressing our opinions and
concerns about the use of our public lands. We are in a time of global
jeopardy in regard to climate change and I for one of many am seeing
the effects right here in Colorado. Now is the time to curb our insane
consumption of gas and oil and stop beefing up its extraction as well
as continuing to subsidize the gas and oil industries. Opening up more
of our public lands should not be an option. I have the right to
freedom of speech and opposing that which I think is wrong. This is one
of those occasions.

Listen to those whose lives will be most affected not those who are in
the back pockets of the politicians and already reaping billions of
dollars without paying their fair share of taxes.

Thank you.

Sincerely,
Ms. Barbara Magnuson

BLM_0126299

Ms. Rebecca Tedrow
94 County Road 227
Rifle, CO 81650-9715
(970) 625-9331

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.
Please, I agree with the local community who know, use and love this
area like I do likewise in my own area of Rifle.
Thank you.

Sincerely,
Ms. Rebecca Tedrow

Ms. Merilee Shields
922 N 8th St
Grand Junction, CO 81501-3111
(970) 640-7082

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.
The future of this area lies in sustainable agriculture and
agritourism. We must keep this area undeveloped and unpolluted. Not
every place needs to be developed. Lets leave something for future
people!
Thank you.

Sincerely,
Ms. Merilee Shields

BLM_0126301

Ms. Merilee Shields
922 N 8th St
Grand Junction, CO 81501-3111
(970) 640-7082

Sep 2, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.
The future of this area lies in sustainable agriculture and
agritourism. We must keep this area undeveloped and unpolluted. Not
every place needs to be developed. Lets leave something for future
people!
Thank you.

Sincerely,
Ms. Merilee Shields

Mr. Tom Rothrock
6735 S Downing Cir E
Centennial, CO 80122-1344

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Further, pursuit of more carbon-based fuel sources in an era when the
effects of climate change are already evident is folly and self
destructive. It's alarming to me to read news accounts that in June,
2016, U.S. motorists recorded an all-time high in gasoline consumption.
That consumption is an outcome of poor individual decisions by
consumers who are buoyed by the lapse in gas prices and purchase fuel
inefficient SUVs and trucks.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Tom Rothrock

Ms. Linda Hogan
2744 E Grapevine Road
Idledale, CO 80453

Sep 3, 2016

Colorado BLM

Subject: Oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan and am happy for this chance to talk about our Colorado natural wildlife habitat, rivers, and wild regions.

Yes, we need the "ecological emphasis areas" for ecosystem preservation and the care of our wildlife corridors.

However, I am dismayed that 90 percent of the Uncompahgre area would be open to oil and gas leasing. This seriously endangers the wilderness-quality lands and wildlife, as well as many cultural sites.So much of the area has no oil and gas reserves viable for development. This means the BLM would place public lands at risk for speculative leasing.

Could you please create, instead, a final plan that makes wilderness and wildlife habitat and off-limits to energy development? I returned to Colorado because of the development in Oklahoma, our toxic water, and the complete destruction of environments.

Please protect our lands, all of them, including the Adobe Badlands which contains canyons, mesas and arroyos, and connects the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

It is also important that the BLM listen to the communities in the regions such as Crawford, Hotchkiss and Paonia to hear citizen views to adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. The people want to protect the Gunnison Watershed that supporting farming and, as needed in our time, helps to build a sustainable rural economy on the Western Slope of Colorado.

Thank you.

Sincerely,
Ms. Linda Hogan

Mr. Steven Hastings
7488 E Hinsdale Pl
Centennial, CO 80112-1759
(303) 741-5245

Sep 3, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing.

It makes no sense at all to do this at a time when oversupply of oil
has caused the industry to lay off tens of thousands of workers.The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Steven Hastings

Mr. Jake Hodie
145 Starwood
Aspen, CO 81611

Sep 5, 2016

Colorado BLM

Subject: PLEASE Stop prioritizing oil and gas in the Uncompahgre Plan !!!

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I STRONGLY SUPPORT the BLM designating "ecological
emphasis areas" to preserve habitat connectivity and wildlife
corridors.

So much of our wilderness has already been ruined by mining, drilling,
development, and man.
Enough is enough!
The wilderness is supposed to be a place of peace and quiet for us, and
the wildlife which live in it!
The animals are running out of places to live and be safe. Our wildlife
are under threat from so many angles. They desperately need to be
protected, mainly from humans.
Life is hard enough for people, let alone the animals.
Can't we please offer them some much needed help?!
PLEASE save the wilderness for all future generations before it is
permanently ruined. Some damage cannot be undone!

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Jake Hodie

BLM_0126307

Mr. Burton Mitchell
9038 Old Tom Morris Cir
Highlands Ranch, CO 80129-2247
(303) 584-9060

Sep 5, 2016

Colorado BLM

Subject: Please stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

You must get a million letters stating opinions on your proposals.
Thanks for honoring our representative process, and giving careful
consideration to all sides.   It seems there's already enough oil for
now by expanding in areas already spoiled.

Thank you.

Sincerely,
Mr. Burton Mitchell

Ms. Sabre Metcalf
818 N Meade Ave
Colorado Springs, CO 80909-4640
(719) 634-1833

Sep 6, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

I do not get it! Are not our lands and wildlife more important?! They
can NEVER be recovered!

Sincerely,
Ms. Sabre Metcalf

Ms. Ashley Schmidt
PO Box 1727
Durango, CO 81302-1727

Sep 7, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

I live and play in Colorado and would like to see these lands protected
so that one day my kids may experience the same peace in their soul and
enjoyment in the land that I have. Our country as a whole should be
trying to move away from the oil and gas industry for our energy
source, because we already know it's not sustainable. So why is the BLM
considering leasing our public land to these industries when it will
endanger the land and cultural heritage we've worked so hard to
protect? I beseech you to stand up to the oil and gas giants, they do
not have the country's best interests in mind... only their own.

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you for your time.

Sincerely,
Ms. Ashley Schmidt

Dr. Melissa Kallick
1966 S Locust St
Denver, CO 80224-2321

Sep 7, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

It is long past the time when wild lands were "there for the
taking" by the extractive industries. Now, the focus needs to be
on SAVING and PROTECTING the areas of wild lands that are left. Leaving
these lands "pristine" is the only way to protect all living
creatures in their ecosystems. In order to sustain life on earth, we
need to allow places for life to thrive...and not JUST humans!

Thank you for reading my comments.

Thank you.

Sincerely,
Dr. Melissa Kallick

Mrs. Jeanne Burns
1620 W Siesta Dr
Pueblo West, CO 81007-2280

Sep 10, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan.
I am glad the BLM is considering ways to protect important natural
resources like wildlife habitat and wild and scenic rivers. In
particular, I support the BLM designating "ecological emphasis
areas" to preserve habitat connectivity and wildlife corridors.
There is more to life than the profits of oil and gas drilling.   We
need to protect wild places for the watershed, animals and as places
where people can be in the wilderness, not amid oil and gas drilling
and production.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. Jeanne Burns

Mrs. JUDI GASPER
8 W 59th St
Apt D
Westmont, IL 60559-2567

Sep 16, 2016

Colorado BLM

Subject: Stop prioritizing oil and gas in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre
plan.

I DO NOT SUPPORT BLM IN ANYTHING THAT THEY HAVE DONE, DUE TO THE
EXTENSIVE SLAUGHTER OF WILD HORSES AND TAKE OVER OF THE PUBLIC RANGES
FOR THE RANCHES THAT WANT THEM FOR GRAZING THEIR CATTLE.

However, the draft plan would open 90 percent of the Uncompahgre area
to oil and gas leasing, endangering wilderness-quality lands, wildlife,
recreation and cultural sites. Much of the area doesn't even have oil
and gas reserves that are feasible for development, meaning the BLM is
putting our public lands at risk for speculative leasing. The BLM
should change course and adopt a final plan that makes
wilderness-quality lands, important wildlife habitat and recreation
areas off-limits to energy development.

The final plan should protect all lands with wilderness
characteristics, including the Adobe Badlands. This area is full of
fascinating canyons, mesas and arroyos, and provides important
connectivity between the Dominguez-Escalante National Conservation Area
and pristine roadless lands in the Grand Mesa National Forest.

Last but not least, the BLM should listen to the local community in
Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens'
Alternative for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the Gunnison
Watershed--supporting farmers and building a sustainable rural economy
on Colorado's Western Slope.

Thank you.

Sincerely,
Mrs. JUDI GASPER

BLM_0126313

Mr. Mason Cummings
60 S Boulder Cir
Apt 6036
Boulder, CO 80303-4288
(970) 231-0889

Oct 5, 2016

Colorado BLM

Subject: Stop prioritizing energy extraction and unchecked OHV use in the Uncompahgre Plan

Dear Colorado BLM,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development.

I was photographing the amazing landscapes of the Adobe Badlands last week and noticed rampant OHV scars all over the place within the WSA. The landscape is getting completely torn apart, likely by people who don't even know they're breaking the rules, and better management is critical to keeping them intact. The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands.

Last but not least, the BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Thank you.

Sincerely,
Mr. Mason Cummings

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Corey Norman

6419 S Vine Ct.
Littleton, Co 80210

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully, WITH REGARDS TO NORTH FORK VALLEY CONCERNS.

BILL CHARLIS.
115 NORTH FORK AVENUE.
PAONIA, CO. 81428.

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

BLM_0126316

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Greg Benedict
108 Orchard Ave Paonia CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Betsy Colleau
PO Box 1446
Paonia, CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401


Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.


Respectfully,

James Edware

PO Box 1446
Paonia, CO 81428


Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Michael Thritt
42709 Minnesota Creek Road
Paonia, CO
        81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401


Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.


Respectfully,

MARTHA ROGERS.
9880 NE TORVANGER RD.
BI. WA 98110.


Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,   Janet Sue Smith
30476 Redlands Mesa Rd.
Hotchkiss, CO. 81419

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Stephen a Lyon
P.O. Box 1291
Paonia, Co 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Maggie Kincheloe

396 South 3rd St. #1
Carbondale, CO 81623

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully, Richard Schmidt 10-6-16
P.O. Box 82   Paonia Co. 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Cassidy Lehrman
PO Box 1446
Paonia, CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Molly Surlo
104 Riverside Rd.
Carbondale, CO 81623
(970) 948-8696

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

CATHERINE HENIG

Foy otheir
PO Box 971
Paonia, CO
81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Grace Lowe

Grace Lowe
PO Box 811
Paonia, CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Jake Strevig  9/25/16
396  S. 3rd St, #1
81623

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

CATHERINE HENIG

PO Box 971
Paonia, CO
81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Amy DeLuca
P O Bx 304
Patonia, CO
81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

TERRY M. TERRY
9 TARRO Rd
Santa Fe, N.M.
87508

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Molly Surlo
104 Riverside Rd.
Carbondale, CO 81623
(970) 948-8696

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

BLM_0126334

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Kevin Callahan

104 Riverside Rd
Carbondale, CO 81623
720 - 841- 9787

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

TERRY M. TERRY
9 TARRO Rd
Santa Fe, N.M.
87508

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401


Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.


Respectfully,

Allison McGuigan
10-06-16

Allison McGuigan
PO Box 1501
Paonia, CO 81428


Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

BLM_0126337

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Sergio P. Cartagena
3818 Brandt St.
Houston, TX 77006

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Jessica Rohrig-Thrift
Jessica Rohrig-Thrift
42709 Minnesota Creek Rd.
Paonia, CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Phyllis Swackhamer
Phyllis Swackhamer
PO Box 291
Paonia, CO 81428

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

PAUL MANHORGER
236. S. 3rd ST. 313
monTROSE, CO 81401
Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

BLM_0126341

UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Acting UFO Manager:

I am writing to request that the BLM issue a moratorium on oil and gas leasing. At this point in time, it would be irresponsible for the BLM to move forward.

The Draft RMP failed to mention pipeline integrity management and pipeline safety. It is very plausible that the integrity of the pipeline could be compromised, not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Leaks and spills could occur along the pipeline, which could contaminate the soil and water. Faulty construction or a compromised pipeline from any geological incident could also result in a rupture or explosion. We have already seen instances of this happening within the United States. What makes this problem even more uncertain is that right now rural gas gathering pipelines are not regulated. This is a danger. Rural gas pipelines need to be regulated to prevent leaks, spills, explosions and also to give the public confidence that these pipelines will not endanger campsites, start forest fires, damage the environment, or result in animal or human fatalities.

How can the BLM have conducted a proper comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, because rural gas gathering lines are exempt from the federal pipeline safety regulations, the moratorium is needed to protect the North Fork Valley until rural pipelines are regulated. At this point, the BLM should not move forward with any options laid out in the Draft RMP.

Respectfully,

Hailey P. Taylor

Glenwood Springs, Co. 81602
P.O. Box 762

Cc: M. Bennet, R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

BLM_0126342

10/30/2016                          DEPARTMENT OF THE INTERIOR Mail - comment letter



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## comment letter
1 message

---

**Sarah Marshall** <vanhornmarshall@gmail.com>                    Thu, Oct 27, 2016 at 7:16 PM
To: uformp@blm.gov

Please see attached!

Thanks for all you do to manage our public lands!

Sarah

---

 **BLM lter.docx**
138K

BLM_0126343

October 25, 2016

To: uformp@blm.gov

This are comment on the Uncompahgre Field Office's Draft Resource Management Plan.

I live outside of Hotchkiss in Delta County. We chose to move here and raise our kids here for the rural communities and proximity to public lands. I have concerns with alternatives in the Draft Resource Management Plan.

Our economies have suffered, and although we do need to diversify occupations in our area, I am hesitant to fully embrace another boom and bust type industry. After years of gas extraction booming in other parts of this country, there has been a few slow years, impacting communities that were still owing money on infrastructure to accommodate the boom. We need to work towards more stable sources of employment . We are currently experiencing the down side of the coal industry and repeating local investment of human resources in another industry prone to high and low times is harmful to our community.

I am also concerned about the increasingly known environmental concerns with oil and gas production. While I understand it to be generally safe, there is never a guarantee against there being an accident or mistake that causes extreme environmental issues. Many properties, farm, ranch, and smaller home properties rely on irrigation water in this dry climate. This water is collected from everywhere in the Gunnison River Watershed (or the North Fork of the Gunnison watershed for where I live). An accident or a problem anywhere will pollute the water used in our valley. It doesn't just sit in one place, and affect those who created the problem. Farming and ranching make up some of the more stable jobs, and polluted water will very much impact these industries.

I am similarly concerned with air quality. Most of the year, our gravel road are dry to the point of being dusty. Any temporary road, pads etc. will increase sources of dust. Watering roads uses more water (a limited resource here) and is a temporary solution. There are more air quality concerns with drilling and extraction. What we put in our air has become a worldwide problem and there are greenhouse gasses that are released in these processes.

Also, oil and gas industries claim to need a certain level of production to operate in an area. Many wells in one area impact the quality of life. Impacts include noise, lights at night, visual scars on the landscape, influx of temporary workers who do not need to act as if this is their home, as well as the impacts to air and water mentioned above. A slow development of the resource, with just a few wells operating at once, would be more tolerable, but, from what oil and gas companies claim, not economically possible.

BLM_0126344

So, due to social, economic and environmental reasons, I am opposed to opening the public lands surrounding the NF Valley to drilling.  The alternative that includes drilling that seems to most consider the needs of the people and occupations currently surviving in the area would be alternative b-1.

Thank you

Sarah Marshall
Hotchkiss

BLM_0126345



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on UFO Draft RMP
1 message

**Cynthia Wutchiett** <cwutchiett@skybeam.com>                    Thu, Oct 27, 2016 at 1:16 PM
To: uformp@blm.gov

TO:  BLM UFO

I have attached my comments on the draft RMP.

Please let me know if you have any questions.

Thank you.

Cynthia R. Wutchiett

40849 M Road

Paonia CO  81428

---



**BLM letter.docx**
21K

BLM_0126346

October 27, 2016

Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose CO  81401

RE:  Comments on UFO Draft RMP

According to your website,
http://www.blm.gov/wo/st/en/info/About_BLM.html,  you are focusing on the following
priorities:

- The **America's Great Outdoors initiative**, which is aimed at enhancing the conservation
  of BLM-managed lands and resources and reconnecting Americans to the outdoors.

- The **New Energy Frontier**, which encourages and facilitates renewable energy
  development – solar, wind, and geothermal – on the Nation's public lands.

- **Cooperative Landscape Conservation,** a scientific initiative that recognizes the need to
  better understand the condition of BLM-managed landscapes at a broad level.

- **Youth in the Great Outdoors**, which supports programs and partnerships that engage
  youth in natural resource management and encourages young people and their families to
  visit, explore, and learn about the public lands.

- **Climate Change,** which is affecting public lands in ways that could impact on
  Americans' quality of life. The BLM is responding with two interconnected initiatives: a
  proposed landscape approach to land management and Rapid Eco-regional Assessments,
  which will improve the agency's understanding of public land conditions to inform future
  management decisions.

"By strengthening existing and forging new partnerships with stakeholders, the BLM will
ensure that the nation's public lands are managed and conserved for future generations of
Americans to use and enjoy".

## How do you justify leasing 95% of the acreage within the planning area as compatible with these initiatives?

Paragraph (a) of §1502.14 of the Council on Environmental Quality regulations direct federal
agencies undergoing the NEPA process to:  'Rigorously explore and objectively evaluate all
reasonable alternatives.

Bureau of Land Management
Uncompahgre Field Office
October 27, 2016
Page 2

Yet section 2.4 of your Draft RMP titled, *Alternatives Considered but Eliminated from Detailed Analysis*, states alternatives that propose exclusive resource prohibition were eliminated from detailed study. It states that a no-lease alternative would be too extreme.  Really?  Then how is leasing 95% not just as extreme?

Further, Section 2.4.1. states:  '…the purpose of this RMP is to ensure that public lands are managed in accordance with the intent of Congress, as stated in the FLPMA, under the principles of multiple use and sustained yield. Alternatives that promote exclusive use or maximum development, production, or protection of one resource at the expense of other resources or resource uses were eliminated from further consideration. '

**<span style="color:red">If you believe that leasing 95% is an acceptable alternative, then NOT leasing 95% is just as acceptable.</span>**

You have also not considered:
1. **The decline in property values for residents adjacent to the planning area.**  My residence, which is the culmination of my life's work and savings, would be only 400 yards from an area that has the potential for a gas well.  I will secure an MAI appraisal of my residence and, if the adjacent land is leased, will again have an MAI appraisal and will take legal action to obtain reimbursement for the decline in value.

2. **The potential contamination of the entire region's water supply**.  In addition to having my government regulated, domestic water at risk, you are also risking the contamination of my residential water well.

3. **The impact on Climate.** Three of the world's biggest insurance companies are warning that climate change amounts to the "mother of all risks" and are demanding the industrialized countries of the world stop bankrolling the fossil fuels industry   A recent article from CommonDreams.org states:

    'Multi-national insurance giants Aviva, Aegon, and Amlin, which together manage $1.2 trillion in assets, released a statement in August of this year calling on the leaders of the world's biggest economies to commit to ending coal, oil, and gas subsidies within four years.

    "Climate change in particular represents the mother of all risks—to business and to society as a whole. And that risk is magnified by the way in which fossil fuel subsidies distort the energy market," said Aviva CEO Mark Wilson.

BLM_0126348

Bureau of Land Management
Uncompahgre Field Office
October 27, 2016
Page 3

One of the subsidies our local oil and gas companies receive is the leasing of publicly-owned lands for a pittance—often for as little as $2 per acre. Meanwhile, the "real costs" associated with damage to the environment and human health are foisted on others and are not paid by polluters.'

Paragraph (a) of §1502.14 of the Council on Environmental Quality regulations direct federal agencies undergoing the NEPA process to: 'Rigorously explore and objectively evaluate all reasonable alternatives.

**It is clear that you have failed to consider all impacts and therefore all reasonable alternatives.**

I am writing to urge you to select Alternative B as the agency's preferred alternative, with the stipulation that this alternative has language inserted that incorporates a prohibition on fossil fuel leasing on 95% of the lands within the decision area throughout the life of the Resource Management Plan.

Cynthia Wutchiett, CPA
40849 M Road
Paonia CO 81428

BLM_0126350



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Draft RMP for UFO Support for North Fork Alternate B1
1 message

---

**Jenny Chapin** <wingedheart61@gmail.com>                              Thu, Oct 27, 2016 at 5:29 PM
To: uformp@blm.gov
Cc: datchley@deltacounty.com, bhovde@deltacounty.com, mroeber@deltacounty.com

To: BLM, Uncompahgre Field Office, and Delta County Commissioners Doug Atchley, Bruce Hovde, Mark Roeber

Re: Draft Resource Management Plan (RMP) for the Uncompahgre Field Office Support for North Fork Alternate B1

Dear BLM-UFO Staff and RMP Comment Team,

I lived in Paonia for only a year, 2013-14, but I've been back to the North Fork Valley four times since I left, and am working on how I can be here for a couple months each year.  I made some great friends here, and have spent untold hours hiking on various trails.  I always feel like I'm coming home when I fly into Grand Junction, rent a car, and head toward the West Elks and Raggeds Mountain Ranges.  It is an incredible area - both the natural landscape, and the people who've given their hearts and souls to making this a healthy, safe place to live and to raise children.

I thank the Bureau of Land Management (BLM) Uncompahgre Field Office for including the North Fork Alternative B1 in the draft Resource Management Plan (RMP). I respectfully request that the BLM adopt the North Fork Alternative Plan into the final Resource Management Plan for public lands and federal minerals in the North Fork Valley. This plan was a community-driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the North Fork Valley's many important features and resources including a thriving agricultural economy, scenic vistas, and healthy populations of wildlife and game. The BLM must adopt management that protects these resources which make the North Fork Valley such a special place. Inappropriate development over the next twenty years has great potential to cause air and water pollution, which would significantly degrade valley residents' high quality of life.

The Town of Paonia gets its water from 38 springs around the base of Mount Lamborn. The North Fork Alternative B1 stipulates a buffer of oil and gas surface activities within a half of a mile from all source water supplies. I ask that, in order to protect the quality and quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction recommendations in the Town of Paonia's Source Water Protection Plan and North Fork Alternative Plan B1.

Agricultural irrigation water is a major concern in the North Fork Valley. Irrigation water is used for livestock, and by farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification. The North Fork Valley's economic diversity relies upon the ranching and agricultural industry. Unforeseen contamination could significantly impact the land and subsequently the industries that are so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative B1 would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the plan.

I enjoy hiking with friends in the Jumbo Mountain and Lone Cabin areas near Paonia. I strongly encourage the BLM to protect the landscape level recreational opportunities of these places, plus Elephant Hill, McDonald Creek, and "C" Hill, by designating these areas as Special Recreation Management Areas (SRMA) and manage them as such. The economic growth surrounding recreation activities in our valley is substantial, and is valuable to the community as it supports multiple businesses that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and wilderness around the North Fork Valley. The current management regime with Jumbo Mountain is not sustainable. In order to ensure that trails are well maintained and that is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as an SRMA and provide for motorized and non-motorized uses. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

Again, I appreciate the inclusion of the North Fork Alternative B1 as part of the draft RMP.  This locally-driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological well-being and allows for continued building of a sustainable rural economy.  I request that the BLM adopt the North Fork Alternative B1 in the final RMP.

Sincerely,

BLM_0126351

Jenny Chapin

BLM_0126352



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fracking Just Caused Another 4.6-Magnitude Earthquake
1 message

**doris wehrmacher** <no-reply@huffingtonpost.com>                    Thu, Oct 27, 2016 at 10:46 PM
To: uformp@blm.gov

doris wehrmacher sent you this article on the Huffington Post. Here's what they said:

> My house is perched on the edge of the Smith Fork canyon and could slide down the
> cliff edge if there were to be an eathquake. Thank you for considering a NO
> FRACKING position. Doris Teal Wehrmacher

### Fracking Just Caused Another 4.6-Magnitude Earthquake
Oil and gas regulators in British Columbia, Canada, confirmed this week that a 4.6-
magnitude earthquake earlier this year was caused by flu...

Read the entire article here: http://www.huffingtonpost.com/entry/fracking-
earthquakes_us_5670e6f0e4b0648fe30188c6



Follow HuffPost on Facebook and Twitter:

Get Huffington Post on the Go



Know something we don't? E-mail us at dailybrief@huffingtonpost.com

BLM_0126353

10/27/2016   DEPARTMENT OF THE INTERIOR Mail - Fwd: FW: Follow-up to phone call about Uncompahgre Field Office Draft Resource Management Pla...



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: FW: Follow-up to phone call about Uncompahgre Field Office Draft Resource Management Plan review
1 message

**Phillips, Gina** <gphillips@blm.gov>                                         Thu, Oct 27, 2016 at 11:14 AM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>, John Krickbaum <bkrickba@blm.gov>

FYI. I'm hoping to talk about this with Teresa as acting FM.

---------- Forwarded message ----------
From: **Sokolovich, Bud** <Bud.Sokolovich@lm.doe.gov>
Date: Thu, Oct 27, 2016 at 11:03 AM
Subject: FW: Follow-up to phone call about Uncompahgre Field Office Draft Resource Management Plan review
To: "gmjones@blm.gov" <gmjones@blm.gov>
Cc: "Herrera, Suzie Jo (CONTR)" <SuzieJo.Herrera@lm.doe.gov>

Hello Gina: I hope all is well. I am following-up on the phone message I left for you.

We reviewed the resource management plan and had a question for clarification and possible consideration.

On the attached map from the plan, there are areas depicted in a yellow shading that are former UMETCO claim areas. They total approximately 377 acres. In the management plan, these areas do not appear to have restrictions placed on them like the supplemental standards areas do. In anticipation of these areas being withdrawn in the future for reclamation and monitoring purposes, the DOE would propose that these former mill site claim areas have restrictions similar to the supplemental standards area placed on them. This would alleviate future issues associated with new mining claims being granted in an area that may be withdrawn by DOE.

Let me know what your thoughts are on this and if this could possibly be addressed in the resource management plan.

Thank you,

Bud Sokolovich

Senior Realty Officer

United States Department of Energy

Office of Legacy Management

303-410-4810

BLM_0126354

Case No. 1:20-cv-02484-MSK   Document 64-19   filed 04/29/21   USDC Colorado   pg 375 of 439

10/27/2016   DEPARTMENT OF THE INTERIOR Mail - Fwd: FW: Follow-up to phone call about Uncompahgre Field Office Draft Resource Management Pla...

Bud Sokolovich

Senior Realty Officer

United States Department of Energy

Office of Legacy Management

303-410-4810

---

**From:** Wei, Ann (CONTR)
**Sent:** Wednesday, September 07, 2016 9:51 AM
**To:** Sokolovich, Bud; Ribeiro, Tracy
**Cc:** Morton, Michelle (CONTR)
**Subject:** FW: Press release: BLM extends comment period for the Uncompahgre Field Office Draft Resource Management Plan

Bud/Tracy:

The draft Resource Management Plan is out for comment until November 1.  Since this site will eventually transfer to LM, does LM want to comment (or discuss) this document with BLM?   Please let me know if you would like to discuss next steps (if any), and how we can assist (if at all).  Thanks!

Ann

Ann K. Wei

Asset Management Manager

Navarro

Contractor to the U.S. Department of Energy

Office of Legacy Management

11025 Dover Street, Suite 1000

Westminster, CO  80021

Ann.Wei@lm.doe.gov

(720) 377-9673 (office)

(720) 480-8843 (cell)

www.navarro-inc.com

BLM_0126355

10/27/2016   DEPARTMENT OF THE INTERIOR Mail - Fwd: FW: Follow-up to phone call about Uncompahgre Field Office Draft Resource Management Pla...



**From:** gmjones@blm.gov [mailto:gmjones@blm.gov] **On Behalf Of** UFO_RMP, BLM_CO
**Sent:** Thursday, July 21, 2016 2:22 PM
**Subject:** Press release: BLM extends comment period for the Uncompahgre Field Office Draft Resource Management Plan

Date: Thu, Jul 21, 2016 at 12:36 PM
Subject: Press release: BLM extends comment period for the Uncompahgre Field Office Draft Resource Management Plan
To: Randy Sunderland <editor@deltacountyindependent.com>, news@kvnf.org, editor@montrosepress.com, Ron Bain <westernslopewatchdog@gmail.com>, news@coloradoradio.com, Ouray Plaindealer <plaindealer@ouraynews.com>, ridgwaysun@ouraynews.com, news@koto.org, andre@telluridenews.com, norwoodpost@yahoo.com, Dana Wilson <dmwilson@blm.gov>, Barbara Sharrow <bsharrow@blm.gov>, BLM_CO_UFO_ALL <blm_co_ufo_all@blm.gov>, BLM_CO_SO_CO912 <blm_co_so_co912@blm.gov>, Gina Jones <gmjones@blm.gov>

**FOR IMMEDIATE RELEASE**
**Contact:  Shannon Borders, 970-240-5399**

## BLM extends comment period for the Uncompahgre Field Office Draft Resource Management Plan

**MONTROSE, Colo.** – In response to public requests, the Bureau of Land Management Uncompahgre Field Office is extending the comment period for Uncompahgre Field Office Draft Resource Management Plan for 60 days.

The comment period, originally scheduled to close on Sept. 1, 2016, will be extended through Nov. 1, 2016.

"Public input is critical as we work through refining this plan. Hopefully this extension will facilitate that public input." said Dana Wilson, BLM Acting Uncompahgre Field Manager.

The BLM identified a wide range of alternatives in the Draft RMP  that analyze impacts to  important wildlife, vegetation and cultural resources while balancing the need for resource uses such as grazing, minerals and recreation  on about 675,800 acres of BLM-administered surface lands and 971,220 acres of federal mineral estate in Delta, Gunnison, Mesa, Montrose, Ouray and San Miguel counties.

Written comments will be most effective if they are specific to the proposal or analysis and should be submitted by email to uformp@blm.gov or by mail to the BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401.

Before including your address, phone number, e-mail address or other personal identifying information in your comment, be advised that your entire comment – including your personal identifying information – may be made publicly available at any time. While you can ask us in your comment to withhold from public review your personal identifying information, we cannot guarantee that we will be able to do so.

BLM_0126356

The plan and associated environmental documents are available at http://www.blm.gov/co/st/en/fo /ufo/uncompahgre_rmp.html (or www.uformp.com).

For more information, contact Gina Jones, National Environmental Policy Act Coordinator, at gmjones@blm.gov or (970) 240-5300.

--

Shannon Borders

Public Affairs Specialist

Bureau of Land Management

2465 S. Townsend Ave.

Montrose, CO  81401

970-240-5399

 **Uravan Map.pdf**
783K

BLM_0126357



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Letter of Support for BLM draft RMP

1 message

**Rob Joseph** <rjoseph@ci.montrose.co.us>                           Thu, Oct 27, 2016 at 9:33 PM
To: uformp@blm.gov

Hello,

On behalf of the City of Montrose, please find attached a letter of support.

Sincerely,

*Rob*

--

Rob Joseph
Assistant City Manager *rjoseph@ci.montrose.co.us*
Office of Business and Tourism Director *rob@visitmontrose.com*
Direct Dial 970 240 1427

*City of Montrose*
*Visit Montrose*

*If your note is of a time-sensitive nature, please preface the subject with "TIME SENSITIVE" or "URGENT." Informative subject descriptions are much appreciated since I often scan subject lines during times in-between meetings to prioritize activity.*

*Many thanks for understanding.*





📄 **BLM Draft RMP signed letter of support.pdf**
193K

BLM_0126358



*CITY OF MONTROSE*
OFFICE OF THE MAYOR

Rex Swanson
*Office: 970.240.1420*
*E-mail: rswanson@ci.montrose.co.us*



October 24, 2016

RE: BLM Draft Resource Management Plan/Draft Environmental Impact Statement (Draft RMP/EIS)

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Dear Project Manager:

The City of Montrose (City) appreciates and understands the special nature of the abundance of recreational activities provided by the vast public lands nearby our community. This letter is in response to the subject document the Bureau of Land Management (BLM) has made available for review and comment.

The City's brand slogan is "Stay Here. Play Everywhere." With the help of its Office of Business and Tourism, it markets the community and helps create epic experiences at our destination with our BLM partners while increasing the quality of life for our residents. A primary emphasis of the OBT is to develop the outdoor recreation culture in Montrose and the community assets that support that culture. Therefore, we believe this request will truly benefit residents and visitors, as well as support the local and regional business and lodging communities through increased tourism. These include expenditures on lodging, meals, gas, groceries, outdoor gear, entertainment and other purchases. Visitor opportunities like hiking, horseback riding, biking, and numerous off highway motorized trails have contributed directly to the area's economic growth. Montrose intends to continue the growth of tourism. That said, it is disconcerting to read the Draft RMP/EIS and see alternatives which potentially work counter to fostering economic growth.

The City is mindful of the complexities the BLM faces in managing 675,800 acres of land. However, the City requests that consideration be given to selecting an alternative which has the least impact on the public's recreational opportunities.

Sincerely,

Rex Swanson
Mayor



BLM_0126359



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Of the People, By the People, For the People?
1 message

---

**Lisa Ganora** <lnganora@gmail.com>                                      Thu, Oct 27, 2016 at 7:08 PM
To: uformp@blm.gov

Dear folks,

I recently bought a small farm in the North Fork Valley,
to get away from the seriously declining air quality and exploding population on the Front Range.
Some of the terrible air quality is from the numerous fracking wells that have gone in nearby.

In ten years there has been a very noticeable decline in the air quality; on some days it reminds me of L.A.
Benzene is a carcinogen and it's well known to be released by these wells.
Nobody should be breathing that!

I'm about to sell one of my properties there on the rumor that a frack well could be going in on an old family farm nearby.
We want to get out before our property value is ruined.
Why on earth are we allowing wells so close to residential areas?

Fracking benefits oil and gas companies, not the Citizens and Farmers of this beautiful valley.
It will enrich the wealthy and degrade the quality of life for all of the rest of us.

Fracking means profit in the short term, destruction in the long term,
especially when our valuable irrigation water gets polluted.

Please do not grant leases for fracking in this gem of a valley, where there are more organic farms than anywhere else in the state!
It would be a disaster for us, our orchards, our vineyards, the tourism industry, our wildlife ... and our future.

Many countries are rapidly moving away from oil and gas development as they recognize we need to transition to renewable energy
as soon as possible, if our children and grandchildren are going to survive.

Thank you,
Lisa Ganora

BLM_0126360



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Re:
1 message

---

**Pfifer, Teresa** <tpfifer@blm.gov>                                Thu, Oct 27, 2016 at 4:29 PM
To: BLM_CO UFO_RMP <uformp@blm.gov>

On Thu, Oct 27, 2016 at 4:21 PM, millicent young <mayyyoung@yahoo.com> wrote:

October 26, 2016

Hello decision makers and consultants of the BLM, as well as all other concerned parties,
I have reviewed the S.W. CO RMP  "alternatives" you have presented and "fracking" is not mentioned. Alternative P, the people's choice for Preservation and Prosperity, should be adopted. Please protect us. Pipelines are very risky. All people deserve to live free of the threat of fracking poisons. It will be called an "accident" when the Earth shifts or erosion causes pipelines and fracking casings to fail (one in six casings fails upon installation). These are no accidents since they are expected and known to happen with regularity. The cost of doing business? Our health is not "collateral damage". Stand up for planetary health. Subsidize clean renewable energy through your policies.
Human caused climate crisis is upon us.
       I am chemically sensitive, and many others in this area also are. We came here specifically to seek renewed health. I do not want benzene, toluene, methylcyclohexane, acetylene and propane in my lungs or brain. These chemicals are spewed into our air through fracking.  People from other locales in Colorado, Pennsylvania and other frack sites throughout the U.S. report that fracking has caused their health to degrade terribly; their land becomes barren and livestock die. Profiteers deny the adverse effects. Remember, the tobacco industry told us smoking tobacco is harmless. Human suffering is an ignored side effect. Carbon overload is diminishing the ice caps, In Somerset Arch Coal blithely flares the ozone destroying greenhouse gas methane in monstrous quantities. At the very least they could capture the methane and power 30,000 homes annually.(http://www.coloradoindependent.com/159131/colorados-worst-methane-polluter-is-an-arch-coal-mine-west-elk-john-hickenlooper).]  The National Oceanic and Atmospheric Administration, a federal agency, measures that from 6.2 to 11.7% of the methane mined escapes into the atmosphere through fracking and drilling leaks, processing, and transport. It could be
much more. "Methane is some 25 times more efficient than carbon dioxide at trapping heat in the atmosphere; releases of that magnitude could effectively offset the environmental edge that natural gas is said to enjoy over other fossil fuels." ( http://www.nature.com/news/air-sampling-reveals-high-emissions-from-gas-field-1.9982 ).
                                     Under bright clear skies with healthy wind activity (perfect for sustainable energies) Coloradans are being poisoned.  " NOAA scientists were shocked to find levels of ozone pollution, as bad as the worst urban air quality, in the middle of desolate Western Colorado in the winter of 2011. Since that discovery they have been trying to understand why the air quality was so bad in a region that had never reported air quality problems before." (http://www.dailykos.com/story/2013/08/07/1229636/-NOAA-Investigation-Finds-Massive-Methane-Emissions-from-Utah-Fracking-6-to-12-Lost-to-Atmosphere#).
       Hundreds of billions of gallons of Colorado water have been permanently removed from the water cycle. ( Half of the 2 to 10 million gallons of water used per instance of fracking each of over  53,000 wells is pumped into deep injection wells). We do not know what the future may bring. Do you think it is wise to squander our water, a non-renewable resource?
 Pads are often in remote roadless areas that would require an enormous amount of
gravel for access. Removing the gravel and other signs of plunder is impossible. Animals and hunting are adversely affected. Casings will fail, It is a stated goal of the BLM to protect resources for future generations. For this reason I expect you to rethink all the "alternatives", do a human health impact study, a pipeline RMP, and put a moratorium on the resource grab. Perhaps one day a truly clean method of using these fuels will emerge. Our healthy planet is the only legacy worthy of passing to future generations. Protect our air, water, land, plants, animals and citizenry. We deserve a chance at a good life here. Do not sell us out.
Millicent Young, P.O. 614, Paonia, CO, 81428

ma

11/1/2016                                    DEPARTMENT OF THE INTERIOR Mail - BLM Letter



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# BLM Letter
1 message

**Cory J. Reese** <cjreese@mac.com>                                    Thu, Oct 27, 2016 at 2:05 PM
To: uformp@blm.gov

Letter in favor of the North Fork Alternative B1 plan.

Cory Reese

 **BLM Letter.docx**
22K

BLM_0126362

October 26, 2016

# Uncompahgre Field Office RMP
## IN SUPPORT OF THE NORTH FORK ALTERNATIVE

**To Whom it May Concern:**

**Location –** My name is Cory Reese and I am a resident of Paonia Colorado. I live on Mathews Lane, which is located near BLM lands.

**Local History -** I have just recently moved into the North Fork Valley. My spouse is from the area and we were drawn back here due to the great outdoor activities like hunting, fishing, hiking, camping and backpacking. We are also drawn to the amazing local food supply. I am very proud to now call this place my home. We could have chosen anywhere in the US to move to for our homesteading plans but Paonia was at the top of our list due to all of its natural wonders. I am very worried about my new home because I have also lived in northern New Mexico where I witnessed, first hand, the devastation the oil and gas industry has inflicted on the environment and people's health. The oil and gas industry was the reason we decided to move away from New Mexico. Our health and the health of our children was in jeopardy.

**Water Sources -** My drinking water comes from the Town of Paonia's municipal water supply which comes from 38 different springs near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative. My irrigation water comes from the Stewart Ditch sub-operated by the Hadley Ditch Company. The intake for my irrigation ditch comes from North Fork of the Gunnison River below Paonia Dam. This watershed drains through BLM lands that would be left open to oil and gas development in the draft Preferred Alternative.

**BLM Recreation–** My recreation activities on BLM lands include hiking, biking, fishing and camping.  I hike and fish on Gunnison, along with several other tributaries. The final plan must include protections for these recreation resources and lands.

Thank you for the opportunity to comment on the draft Uncompahgre Field Office resource management plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would also risk the air and water quality, along with the scenic viewsheds, on which our local communities and economies depend upon. Much of the area doesn't even have oil and gas reserves that are feasible for development. The Preferred Alternative would put our public lands and adjoining communities at risk for negative impacts from development activities including large-scale oil and gas drilling as well as lease speculation. The BLM **must** adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off-limits to energy development. I lived in Farmington NM for 10 years during the big oil and gas boom of the 90's so I have personally seen the destruction that the oil and gas business has had on our lands in northern New Mexico. I do not want to see our valley get

October 26, 2016

destroyed in front of my eyes like it did in Farmington. The short term financial benefits will **NEVER** outweigh the irreversible contamination and destruction of our water, land and food supply.

## *Concerns*

### Water
*Domestic Water Sources* - The final plan must protect the health of the watershed for the greatest number of users. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources.

*Irrigation water and agriculture* - The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This directly impacts our food supply.

*Streams and surface water quality* - The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing.

### Air
The final plan must protect the health of the airshed.

### Economic Impacts
*Recreation, Agri-tourism, Scenic Viewsheds and Real Estate* – Would be negatively impacted by the Preferred Alternative plan. he final plan must protect the investments locals have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.

### Public health and safety
*Traffic impacts* - The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed.

*Seismic activity* - New data indicates deep injection wells and other oil and gas activities increases seismic activities. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

### Recreation
*Jumbo Mountain Trails* - The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

October 26, 2016

*Hunting and Fishing* - Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

*Future Recreation Development* - Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting, fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

**Wildlife**

*Adobe Badlands* - The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

*Stevens Gulch* - The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

*Federally listed and threatened aquatic species* - The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

**Conclusion**

In conclusion, you have probably read similar letters to this one but it does reflect all of the concerns that the BLM should take into consideration from the people who will be directly impacted by this plan, the local residents in Crawford, Hotchkiss, and Paonia. We implore you to **adopt the North Fork Alternative, B1,** for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the entire Gunnison Watershed--supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope. **Please don't destroy our home for generations to come.**

BLM_0126365



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP for North Fork Valley
1 message

**Peter Pruett** <ppruett49@gmail.com>                                    Thu, Oct 27, 2016 at 9:21 PM
To: Peter Pruett <ppruett49@gmail.com>, blm_co_ufo_rmp@blm.gov

This is an addendum to the form letter I signed written by the Citizens for a Healthy Community organization which I support. I want to add a personal point of view regarding the BLM proprosals for the proposed RMP.

I have lived and farmed in this area for 15 years. I have an organic farm producing mostly apples now, though we have also produced cherries, peaches, and wine grapes at commercial levels. This environment is excellent for this type of farming, having a good climate, clean air, and usually abundant irrigation water from the Gunnison watershed west of McClure Pass. Contamination from developing gas wells in this area could ruin this livelihood.

I know that a scientific assessment of the likely impact to farming and the other aspects of the quality of life for residents here has been completed. The conclusion is that it can be done with acceptable levels of impact.

I am trained as a scientist with a BS in engineering and science and an a doctorate of medicine, so I have a particular way of looking as this situation. The impact assessment is based on known information of the environment and community and engineering principles and experience in this industry. Then an educated guess is made stating what will happen with development. But of course the actual impact will not be known until it occurs.

Here's the obvious problem. There can be no guarantees from the developers. They may do their best to maintain industry standards, but mistakes and unforeseen problems ALWAYS happen. So then mitigation is attempted, but as we have seen in other locations, it's almost impossible to fully mitigate contaminated soil and water. There could hardly be a bond insurance large enough to try to fix something major, and I don't want my government paying for industry errors. Furthermore, low level contamination to water and soil would be difficult to detect in the short run and of course very contentious to try bring forward.

Here's what scares those of us who have made this valley our permanent home. Once oil and gas development begins here, there is no going back. When unforeseen problems or inevitable human error occurs, real mitigation may not be possible. Apologies will be meaningless. The damage will likely be permanent.

In medicine, the burden of proof for the safety of a drug or device is on the developer. Rigorous testing at many levels is required. Still occasionally these products fail and when they do, the companies are liable for damages, often very large. In this industry, it seems that energy companies have the upper hand. There are many protections written into the law and the burden of proof will fall to the community affected.

I ask that you reconsider your preferred alternative RMP in favor of a no leasing alternative.

Thank you for your careful and reasonable consideration.

Peter Pruett, MD

BLM_0126366

10/30/2016                DEPARTMENT OF THE INTERIOR Mail - Rural Pennsylvanians Say Fracking 'Just Ruined Everything'



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Rural Pennsylvanians Say Fracking 'Just Ruined Everything'
1 message

**doris wehrmacher** <no-reply@huffingtonpost.com>                Thu, Oct 27, 2016 at 10:34 PM
To: uformp@blm.gov

doris wehrmacher sent you this article on the Huffington Post. Here's what they said:

> I saw this on Huffington Post and want to make sure this does not happen in the
> North Fork valley! There is just too much at risk, our water our health our well being!!
> Thank you for your consideration

### Rural Pennsylvanians Say Fracking 'Just Ruined Everything'
This story was originally published by the Center For Public Integrity. AVELLA, Pa. —
Sixty years after his service in the Army, Jesse Eakin s...

Read the entire article here: http://www.huffingtonpost.com/entry/pennsylvania-fracking-
water_us_576b7a76e4b0c0252e786d5e



Follow HuffPost on Facebook and Twitter:

Get Huffington Post on the Go



Know something we don't? E-mail us at dailybrief@huffingtonpost.com

BLM_0126367



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## The North Fork Alternative
1 message

---

**Tara Miller & Sam Brown** <tarasam@tds.net>                          Thu, Oct 27, 2016 at 3:23 PM
To: BLM Comment <uformp@blm.gov>

Dear BLM,
RE: UFOBLM - Include the North Fork Alternative Plan no matter which other Alternative is chosen

First, Thank you for extending the comment deadline. Since this decision will affect every aspect of life in the area, the input of citizens is necessary; I trust you will consider these comments seriously.

I live on Lamborn Mesa, in Delta County, just south of Paonia in the watershed of the North Fork of the Gunnison. I am a self-employed artisan and my business is supported greatly by the tourist visitors attracted to the amenities of this beautiful fertile valley, I also garden and participate as an active volunteer in the community.

The North Fork Alternative, which you have named, B-1, was hammered out in small groups and public meetings with input from multiple stakeholders in the valley. We looked at lands in proximity to water resources, and with respect to farms, schools, as well as wildlife, hunting, recreation, and view-sheds. It is the Only Reasonable Alternative being considered that would protect the resources essential for the resiliency of the current and growing economy in the North Fork Valley. With regard to oil and gas leasing, I urge you to recognize the hard work that is included in this sub-alternative and include it no matter which other Alternative you choose.

Sincerely,
Tara Edna Miller
41343 O Road
Paonia, CO 81428

---

BLM_0126368



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Field Office Draft Resource Management Plan
1 message

**Witt Sparks** <wittsparks@gmail.com>                              Thu, Oct 27, 2016 at 6:45 AM
To: uformp@blm.gov

Hello,

I'd like to express my support for enhanced recreational opportunities (new trails and access to existing trails) for quiet users throughout the Uncompahgre Planning Area. As a hiker and mountain biker, I'd like to see more trails suitable for these purposes.

Mountain biking especially encourages young people to get outdoors, explore public lands, and exercise. All of these items are becoming increasingly important in our digitally connected world where so much of our time is spent indoors. Mountain biking appeals to younger generations because it is faster and more exciting that other forms of recreation such as hiking.

Please help to encourage youth participation in the outdoors by maintaining and enhancing recreational opportunities for mountain bikers in the Uncompahgre Planning Area.

Thank you.
Witt Sparks

BLM_0126369

11/1/2016                         DEPARTMENT OF THE INTERIOR Mail - Comments on the Uncompahgre district RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on the Uncompahgre district RMP
1 message

**Batten, David** <David.Batten@enmu.edu>                    Thu, Oct 27, 2016 at 1:18 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Attached are my comments on the RMP.

Thank you for the opportunity to help you make these important decisions for the future of our public lands.

Dave Batten

Confidentiality Notice:

This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information as defined under FERPA. Any unauthorized review, use, disclosure or distribution Is prohibited unless specifically provided under the New Mexico Inspection of Public Records Act. if you are not the intended recipient, please contact the sender and destroy all copies of this message

 **BLMRMPMyComments.docx**
32K

BLM_0126370

Dear Uncompaghre Field Office Managers,

Thank you for allowing me the opportunity to make comments to the Uncompahgre Field Office Draft Resource Management Plan. I appreciate the immense effort required to provide these alternatives for public review. I understand how difficult it is to choose a rational path between the many competing interests for public land.

In general, I applaud the compromises that you have reached in your recommendation of Alternative D. I have some specific suggestions to make considering ways to strengthen the protections for our federal lands under your administration.

Starting with the **Wild and Scenic Rivers designation**, I appreciate your including the sixteen segments in Alternative D, and I believe it is very important to include all these segments in the final version of your RMP. I strongly support protecting these segments for their outstanding values and their free-flowing streams. I do question the wisdom of excluding some segments of continuous streams with wild and scenic characteristics. I would encourage you to include most of the segments that are included in Part B but currently are not included in Part D. I especially encourage you to give all of the Dolores segments the strongest protections that you can, in order to help rectify the mistakes made by the Grand Junction and Tres Rios districts in the past.

On the other hand, I also see no point in giving wild and scenic status to tiny and isolated sections of streams, such as the Gunnison River segment 2, Deep Creek, and Terror Creek, though I support maintaining other kinds of protections on these segments. I feel that the protections provided for these segments by Alternative D are sufficient, even if those segments are not suitable for inclusion in the WSR designation.

**Wilderness characteristics and ecological protection.** In general, I support the maximum amounts of wilderness-protection. I favor protections that encourage diversity of plants and wildlife. I hate to see declines in bird populations for example, and favor measures that ensure survival of declining species, such as the Gunnison Sage Grouse. The same applies, of course, to mammals, insects, and rare plants. For these reasons, I support the protections included in the Alternatives B and/or B.1, for the most part.

As a specific example, I visited the North Delta adobe badlands this summer, and was quite interested to learn that there are threatened or endangered plants in that area, including one species of wild buckwheat that occurs only in Montrose and Delta counties. At the same time, this area is part of the habitat of the small herd of pronghorns that is just hanging on to existence between Delta and Grand Junction. This landscape also harbors prairie dogs, and because of them, burrowing owls. I feel, therefore, that the maximum acreage should be extended protections in this area. I recommend reinstating the 6180 acres of lands with wilderness character into the final management plan, along with the full extent of the greater salt brush area of critical environmental concern. Finally, I know the BLM does not have sufficient funding to patrol areas as much as would be desirable, but it's important that BLM policies such as travel restrictions (i.e., motorized vehicles in wilderness study areas) be enforced.

BLM_0126371

**Recreation.** I favor foot traffic over other kinds of trail use, and I wish everybody else did, too. However, I recognize that people have strong feelings about their recreation choices, and so far on hikes I have never had a problem with other users on horses, bicycles, motorcycles or ATVs. In principle, for the sake of the plants and animals in our public lands, I favor the most limited travel options. I do recognize that much of the population of both locals and tourists have a variety of travel preferences, and don't take kindly to reductions in their choices of where they can go. I would rather have a friendly relationship with my fellow trail users than to insist that everybody have the exact same values as me.

Nevertheless, in order that you can make an educated decision as to the relative numbers involved in the range of opinions in our area, I will try to state my preference clearly. It is important to minimize damage to the soils and plant and animal life, so I favor closing some roads and trails to motorized and mechanized travel, and I favor seasonal closures for trails in sensitive wildlife areas. Therefore, I favor the protections built into Alternatives B and B.1. I recommend beefing up the acreage for travel restrictions as much as you consider the best possible compromise.

**One last comment.** I noticed in the air quality section of the draft RMP that you are planning for a threefold increase in $CO_2$ emissions in the next ten years (or perhaps that is over the 2008 values), and I have a question. Aren't we bound by the Paris accords to reduce emissions of all greenhouse gases? I wonder if it shouldn't be a part of the RMP to make every effort to help get those greenhouse gases down in every aspect of government, which presumably includes considering the $CO_2$ emissions of users of our public lands.

Once again, I would like to thank you for soliciting my opinion on these important issues. Constructing a resource management plan is a monumental effort, as evidenced by the three volumes of the draft plan and its supporting documents (and thank you, by the way, for including shapefiles in the supporting documents—they were very helpful for visualizing the spatial extent of the different plans). And thank you also for your good-faith effort to achieve a compromise between the myriad competing interests of the residents and other users of western Colorado's natural resources.

Sincerely,

Dave Batten
Citizen of Montrose City and County

BLM_0126372



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# Comment on the Uncompahgre Draft Resource Management Plan
1 message

**Boyd Boland** <boyd.boland.paonia@gmail.com>                         Thu, Oct 27, 2016 at 9:41 AM
To: uformp@blm.gov

To Whom It May Concern:

Please see the attached letter containing my comment on the Uncompahgre Draft Resource Management Plan.

Sincerely,

Boyd N. Boland

 **BLM comment.docx**
137K

BLM_0126373

13575  3740 Road
Hotchkiss, Colorado  81419
October 27, 2016

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado  81401

Re:  Draft Resource Management Plan:
Uncompahgre Planning Area

To Whom It May Concern:

I write to comment in opposition to Alternative D, the BLM's preferred alternative, contained in the Draft Resource Management Plan/Draft Environmental Impact Statement for the Colorado Bureau of Land Management Uncompahgre Field Office (the "Draft RMP").

Initially, it cannot be ignored that the Draft RMP is incomprehensible.  It is incomprehensible in its volume, totaling more than 1,985 pages.[1]  It is incomprehensible in its massive use of cross-references.  See, e.g., Draft RMP at Table 2-2.  It is incomprehensible in its content.  See, e.g., id. at Appendix Q (Equations 1-83).  And it is incomprehensible in its adoption of a Preferred Alternative without any meaningful explanation, analysis, or justification.  See id. at §2.5.1 (concluding without explanation that "[t]he Field Manager recommends Alternative D as the preferred alternative" which "consists of components (objectives and actions) of the other alternatives considered. . .").

As you know, the North Fork Valley recently confronted many of the issues raised in the Draft RMP in connection with the BLM's Preliminary Environmental Assessment and proposed Finding of No Significant Impact concerning the August 2012 proposed lease sale of approximately 30,000 acres of public lands (the "2012 Proposed Lease Sale").  The BLM reported that, in response to the 2012 Proposed Lease Sale, it received 2,982 comment letters during the public scoping period, including letters from 2,904 individuals and 61 organizations.  Final Environmental Assessment, dated 11/16/2012.  The 2012 Proposed Lease Sale received an "overwhelmingly negative response . . . from ranchers, coalmen, farmers, anglers

---

[1] The Draft RMP includes an Executive Summary and Chapters 1-3, totaling 673 pages; Chapters 4-5, totaling 496 pages; Appendix A (on a CD-ROM), totaling 254 pages; and Appendices B-Q, totaling 562 pages.

and hunters," Mitchell Gershten, *North Fork oil/gas lease sales are still a bad idea*, Delta County Independent, December 14, 2012, and the BLM ultimately withdrew the parcels. The public's strong reaction to the 2012 Proposed Lease Sale demonstrated the North Fork community's overwhelming opposition to oil and gas development.

In the face of that recent experience, Citizens for a Healthy Community proposed the North Fork Alternative Plan, characterized as Alternative B.1 by the BLM, which reflects the community's sentiments. But once again, in connection with the Draft RMP, the BLM has ignored those concerns and proposes a pro-development plan.

The major differences between the North Fork Alternative Plan (Alternative B.1) and the BLM's preferred plan (Alternative D) are that the North Fork Alternative Plan would "close certain areas to oil and gas leasing and would also impose development setbacks with strict surface use restrictions. . . ." Draft RMP at ES-8. See id. at 4-276 (noting that Alternative B.1 "would be the most restrictive to oil and gas exploration and development activities because a larger percentage of the planning area would be unavailable for leasing, and areas open to leasing would have major restrictions").

The Draft RMP generally fails to compare the North Fork Alternative Plan (Alternative B.1) to the BLM's preferred alternative (Alternative D), but in the few instances where a comparison is made it is apparent that Alternative B.1 presents the more sensible alternative. For example, the Draft RMP reports:

**1. Oil and Gas Development Will Affect the North Fork Valley Disproportionately.** "Nearly all management actions proposed in **Chapter 2** are planning-level decisions rather than implementation decisions and do not result in direct, on-the-ground changes," but "decisions could result in on-the-ground changes." Id. at 4-1. "The Uncompahgre Field Office . . . Reasonably Foreseeable Development Scenario . . ., based on federal minerals and without any development restrictions estimated that up to 418 new exploratory and development coalbed natural gas and conventional gas wells could be drilled on BLM surface and split-estate within the decision area during the planning period. . . ." Id. at 4-2. "Most oil and gas development on BLM-administered lands within the planning area has been in the North Fork of the Gunnison River area." Id. at 4-10.

**2. Impacts on Air Quality.** "In general, the major contributor to total pollutant emissions growth over the life of the plan is predicted to be predominantly attributable to activities associated with oil and gas development." Id. at 4-20. That emissions growth "could cause impacts related to short-term and long-term exposure to hazardous air pollutants." Id. at 4-21. The Draft RMP notes that "[e]missions from oil and gas (fluid minerals) development are a major contributor to total estimated emissions" and that those emissions are the result of "well drilling and completion, road and well pad construction, flaring and venting, compressor operations, dehydrator and separator operations, tank venting and load out,

BLM_0126375

wellhead fugitives, pneumatic device operations, and vehicle traffic." Id. at 4-25. The BLM found that the North Fork Alternative Plan (Alternative B.1) would "result in the lowest total air pollutant emissions in future planning years . . . because it includes lower predicted reasonably foreseeable development for oil and gas development" and "would likely result in the least adverse impacts on air quality." Id. at 4-21. Nonetheless, the BLM adopted Alternative D as its preferred alternative, even though it would result "in the second-highest estimated emission levels." Id.

     **3. Impacts on Soils.**  The BLM's preferred alternative (Alternative D) includes more predicted oil and gas development than does the North Fork Alternative Plan (Alternative B.1). Id. at 4-21. The Draft RMP notes that mineral exploration and development "have affected and will likely continue to affect soils," and that "[a]lternative B would provide the greatest protection of soil resources. . . ." Id. at 4-79. Nonetheless, the BLM adopted Alternative D as its preferred alternative.

     **4. Impacts on Water Resources.**  The Draft RMP notes the dangers to water resources in areas open to oil and gas development, stating:

> Lands that are open for fluid minerals leasing have the potential for future health and safety risks related to oil, gas, and geothermal exploration, development, operation, and decommissioning.  The number of acres open for leasing is proportional to the potential for long-term direct health and safety impacts.  Use, storage, and transportation of fluids, such as produced water, hydraulic fracturing fluids, and condensate, have the possibility of spills that could migrate to surface or groundwater, causing human health impacts.
>
>      \*   \*   \*
>
> Theoretically, improperly completed wells or perforations into zones of geological weakness (i.e., faults or fractures) could create conduits that allow hydrofracturing fluids, produced water, and methane to migrate to groundwater resources.  If a groundwater source is contaminated, there are few cost-effective ways to reclaim that water; thus, the long-term impacts of groundwater contamination are considerable.

Id. at 4-83.  In addition, the Draft RMP acknowledges that "[c]ontamination of irrigation waters [from oil and gas development] could affect the ability of local organic farms to maintain their designations."  Id. at 4-84.

     The risk of long-term damage to water resources is less under the North Fork Alternative Plan (Alternative B.1) because it would limit oil and gas development, but the BLM has adopted Alternative D as its preferred alternative.

     **5. Impacts on Vegetation.**  The Draft RMP acknowledges that surface disturbance to the soil through mineral exploration and development "ha[s] affected

BLM_0126376

and will likely continue to affect vegetation." Id. at 4-125. Although the BLM fails directly to compare the impacts on vegetation under the North Fork Alternative Plan (Alternative B.1) and its preferred plan (Alternative D), the BLM admits that surface disturbance "could occur as a result of permitted activities (e.g. mineral exploration and development, ROWs, and forestry)," id. at 4-107, and that those activities "often involve vegetation removal, which would reduce condition of native vegetation communities and individual plant species, alter age class distribution, reduce connectivity, and encourage the spread of invasive species." Id.

The Draft RMP also acknowledges:

> In addition, activities that would disturb soils could cause erosion, topsoil and biological soil crust loss, and soil compaction. This could affect vegetation's ability to regenerate and could facilitate weed introduction and spread. Soil compaction results in decreased vegetation cover and more exposure of the soil surface to erosion. Soil compaction may also affect the size and abundance of plants by reducing moisture availability and precluding adequate taproot penetration to deeper horizons. Furthermore, surface-disturbing activities could increase dust, which could cover existing vegetation and impair plant photosynthesis and respiration. Resulting impacts could include lowered plant vigor and growth rate, altered or disrupted pollination, and increased susceptibility to disease, drought, or insect attack. As a result, surface-disturbing activities could affect the density, composition, and frequency of species in an area, thus affecting native vegetation condition.

Id. at 4-107 through 108 (citations omitted).

The North Fork Alternative Plan (Alternative B.1) would decrease surface disturbance through limiting oil and gas development and would provide greater protection to the area's vegetation. Nonetheless, the BLM has adopted Alternative D, with its greater impact on vegetation, as its preferred alternative.

**6. Impacts on Fish and Wildlife.** The Draft RMP states that "[e]nergy development in the planning area is likely to include primarily exploration of fluid minerals (oil and gas). . . ." Id. at 4-130. The Draft RMP explains:

> Oil and gas development causes relatively small site disturbances at individual well pads but generally occurs over wide areas and results in networks of new roads, pipelines, and other facilities. Hydraulic fracturing could disturb surface water and groundwater hydrology and impact water quality.

4

BLM_0126377

> The impacts on fish and wildlife from energy development and mining are those associated with industrial developments, roads, utilities, and increased traffic described above. Direct and indirect habitat losses are most significant when the operations occur in specialized or sensitive habitats, or the development is widespread, as it is for oil and gas leasing. Big game and nesting raptors are among species that appear to have special sensitivities to widespread energy developments.

Id. The Draft RMP also acknowledges that the construction of facilities and roads associated with mineral development "will likely contribute to ongoing regional habitat loss, degradation, and fragmentation and disturbance to terrestrial wildlife. Impacts are likely to be most significant for species that require large landscapes for seasonal movements and dispersal, such as mule deer and elk. . . ." Id. at 4-140.

The North Fork Valley is noted for its big game hunting, including particularly elk and mule deer. In addition, there are abundant raptors in the area, including bald and golden eagles, hawks, and owls. The BLM's preferred alternative (Alternative D) would have a significantly greater adverse impact on the area's wildlife, due to greater oil and gas development, than would the North Fork Alternative Plan (Alternative B.1).

**7. Impacts on Wildland Fire Ecology and Management.** The Draft RMP is unequivocal that "[i]ncreasing energy development . . . increases the probability of human-caused ignitions and can require costly suppression efforts to protect life, property, and infrastructure." Id. at 4-175. These risks are greater under the BLM's preferred alternative (Alternative D) than under the North Fork Alternative Plan (Alternative B.1) because Alternative D permits greater energy development.

**8. Impacts on Visual Resources.** The Draft RMP again is unequivocal:

> The scenic quality of the planning area is of national significance and an important part of the local and state economy. Many people live and recreate in the planning area because of its remoteness and visual qualities. The visual setting is an important part of local lifestyles and, for most travelers, the scenery or visual resource is an important part of their visit. Both tourists and residents drive across this landscape expecting to see open mountain vistas, deep canyons, dramatic cliffs and mesas, and vast rolling sagebrush-covered lands.

Id. at 4-199.

The BLM admits that "[a]ctions likely to have the greatest future effect on visual resources in the cumulative impact analysis area are activities associated

5

with energy and minerals development. . . .  Energy development, which depends on a variety of external factors, could have widespread and long-term effects on visual resources. . . ."  Id. at 4-212.

The North Fork Alternative Plan (Alternative B.1) would minimize adverse impacts on the nationally significant scenic quality of the North Fork Valley by limiting oil and gas development and would provide greater protection to the area's scenery.  Nonetheless, the BLM has adopted Alternative D, with its greater impact on scenic quality, as its preferred alternative.

**9.  Impacts on Recreation and Visitor Services.**  The adverse impact of oil and gas development on the North Fork Valley's Recreation and Visitor Services apparently is undisputed.  In particular, the Draft RMP states that "[o]n lands open to fluid mineral leasing and geophysical exploration, if developed, any additional oil and gas facilities, equipment, noise, dust, vehicles, night lighting, pipelines, and human activity would alter the recreation setting in certain areas during construction and operation.  This would interfere with recreationists' goals and would influence their opportunities and activities."  Id. at 4-294.  In addition, "[i]ncreased oil, gas, and locatable and mineral materials exploration and development have altered physical recreation setting characteristics through the construction of energy and communication facilities, roads, and related infrastructure.  As a result, many areas have trended away from a more natural setting, and users seeking a backcountry or primitive experience have been displaced."  Id. at 4-322 through 323.

**10.  Impacts on Socioeconomics.**  It is difficult to understand why the BLM would prefer an alternative with so many adverse impacts on the planning area.  The explanation appears to lie in connection with the BLM's socioeconomic analysis.  In this regard, the Draft RMP states that the BLM's preferred alternative (Alternative D) "would aim to balance resource uses, such as energy development, with resource conservation, resulting in economic opportunities associated with resource development and preserving scenic and environmental values."  Id. at 4-475.  A closer look at the Draft RMP demonstrates that the BLM's conclusion is fatally flawed.

First, the BLM does not even attempt to quantify the economic impact of oil and gas production on the resource area, admitting that "[f]or some resources, it was determined that the level of uncertainty for production or use did not allow for meaningful economic modeling output.  Oil and gas production falls into this category. . . ."  Id. at 4-452.  Due to the speculative nature of oil and gas production, "economic modeling would not result in meaningful output."  Id. [2] Because the BLM has not attempted to quantify the value of oil and gas production, it similarly does

---

[2] Consequently, the BLM's principal justification for adopting Alternative D as its preferred alternative--to allow for the "economic opportunities associated with resource development"--lacks any factual support.

BLM_0126379

not attempt to quantify the economic impact of federal royalties on the community's economy, stating that "impacts would depend on level of resource extraction and would vary. . . ." Id. at 4-463.

As a result of the BLM's inability to quantify the economic impact of oil and gas production in the planning area, the Draft RMP contains no evidence that oil and gas development would produce any economic benefit whatsoever. The only evidence contained in the Draft RMP is to the contrary--that oil and gas development is "historically not a major presence within the planning area." Id. at 4-478. The Draft RMP notes further that "[w]ithin the North Fork Valley, currently 116 gas wells have been drilled on federally managed oil and gas leases, including split-estate lands. Of these wells, 15 are presently producing natural gas, 29 are shut-in but capable of production, and 72 have been drilled, abandoned, and plugged." Id. Consequently, the Draft RMP fails to provide any evidence that oil and gas production provides any economic benefit to the planning area or has any meaningful impact on meeting the nation's oil and gas needs.

In addition, the BLM acknowledges that natural gas drilling (as opposed to production) would have a minimal impact on the area economy:

> Natural gas drilling is on an increasing trend throughout the nation and the planning area. Across all alternatives, for natural gas development, the economic contributions to the planning area represent a small fraction of jobs and income. . . .

> [O]il and gas extraction for the total five planning area counties examined, including both drilling and support, accounted for an estimated 34 out of 1,304 jobs in the mining sector in 2009. . . . While BLM management decisions could result in changes in acres available for exploration, development, and leasing, the relative economic impact of oil and gas leasing on federal mineral estate is expected to remain low. . . .

Id. at 4-462.

Moreover, the BLM acknowledges the adverse impacts that the boom and bust economies created by oil and gas drilling can have on small communities like those of the North Fork Valley, stating:

> The BLM has limited control over the pace of development because it authorizes only economic activities but does not perform these activities. An abrupt shift in the pace of development could result in short-term impacts on the demand for housing and community services. It also could have short-term impacts on the supply of tax revenues from residences or businesses to support community services due to short-term

BLM_0126380

> changes in job opportunities and the resulting change in in-
> migration or out-migration trends.  Any such impacts would
> likely be more severe for smaller communities, which are less
> likely to be able to absorb a sudden influx of new residents, or
> to continue to support existing infrastructure if out-migration
> were to increase suddenly.

Id. at 4-453.

Meanwhile, the Draft RMP establishes that the economy of the planning area
is driven by recreation, agriculture, and tourism.  In particular, the Draft RMP states
that "[r]ecreation plays an important role in the planning area's economy,
contributing directly through the purchase or access fees, special use permits,
fishing and hunting licenses, and the services of local guides and outfitters, and
indirectly through the purchase of commodities, such as gasoline, accommodations,
and food and beverages."  Id. at 4-456.  The economic impact from hunting and
fishing licenses and CPW fees in Delta County in 2007 is reported to be
$27,840,000.00.  Id. at Table 4-82.

With respect to the impact of agriculture on the planning area economy, the
Draft RMP reports:

> Locally, agriculture represents approximately 3.6 percent of
> jobs in the planning area counties, based on 2010 numbers. . . .
> Impacts on local communities might be greater, as agriculture
> represents a traditional livelihood and plays an important role
> in the sense of place and history of these communities.  For
> example, the North Fork Valley represents a region where
> traditional agriculture uses have maintained importance due to
> the presence of organic and conventional small-scale farms,
> orchard, and wineries.  Delta County is home to the highest
> concentration of organic farms in any Colorado county and
> supports the West Elk American Viniculture Area.
> Additionally, the area supports agritourism, visits to farms and
> orchards to pick produce or view operations.  Based on the
> 2012 agricultural census, Delta County had contributions of
> $2,827,000 from farm-related sources, including $293,000
> from agritourism operations.

Id. at 4-459.

Finally, with respect to tourism, the Draft RMP states that "industrial
development that substantially alters the visual characteristics of the landscape
might, over time, result in fewer tourists visiting the area from afar and spending
money in local hotels, restaurants, and shops."  Id. at 4-460.

BLM_0126381

Looking beyond the area's economy, the Draft RMP found that "[a]ll five socioeconomic units cited the scenic beauty of the landscapes and sense of community as strong factors in their decision to live and work in the area.  While no monetary value can be placed on these, they do play an important role for both retaining residents and attracting new visitors.  These factors could be impacted in all socioeconomic units by future land use decisions and development in the area." Id. at 4-461.

In an apparent attempt to justify its decision to adopt a pro-development alternative as preferred, the BLM states repeatedly throughout the Draft RMP that it must abide by the "multiple use mandates of the [Federal Land Policy and Management Act]. . . ."  Id. at ES-1.  See, e.g., id. at 2-4 (stating that planning goals must "[m]eet the multiple purpose mandates of the Federal Land Policy and Management Act"); 2-15 (stating that the "intent of Congress, as stated in the FLPMA," is to ensure that "public lands are managed . . . under the principles of multiple use and sustained yield"); and Table 2-2 (stating that management must "[c]omply with state and federal laws, regulations, policies, and standards, including FLPMA multiple use mandates").

The BLM's stated commitment to multiple use, at any cost, is made clear at page 4-482 of the Draft RMP:

> Surface-disturbing activities would result in unavoidable adverse impacts under current BLM policy to foster multiple uses.  Although these impacts would be mitigated to the extent possible, unavoidable damage would be inevitable.  Long-term conversion of areas to other uses such as mineral and energy development would increase erosion and change the relative abundance of species within plant communities, the relative distribution of plant communities, and the relative occurrence of seral stages of those communities.  Where ecological emphasis areas are not protected by stipulation, oil and gas development would result in unavoidable long-term wildlife habitat loss where developed.  These activities would also introduce intrusions that could affect the visual landscape.
>
> Unavoidable damage to cultural and paleontological resources from permitted activities could occur if resources undetected during surveys were identified during ground-disturbing activities.
>
> *   *   *
>
> [M]ineral resource development . . . would introduce additional ignition sources into the planning area, which would increase the probability of wildland fire occurrence and the need for suppression activities.
>
> *   *   *

9

BLM_0126382

> As recreation demand increases, recreation use would disperse, creating unavoidable conflicts as more users compete for a limited amount of space. In areas where development activities would be greater, the potential for displaced users would increase.

Id. at 4-482.

The BLM misapprehends the FLPMA's multiple use mandate, and its conclusion that ecological damage is an "unavoidable adverse impact" of multiple use is wrong. To the contrary, as the Tenth Circuit Court of Appeals ruled in New Mexico ex rel. Richardson v. Bureau of Land Mgmt, 565 F.3d 683, 710 (10th Cir. 2009):

> The Act does not mandate that every use be accommodated on every piece of land; rather, a delicate balancing is required. "Multiple use" requires management of the public lands and their numerous natural resources so that they can be used for economic, recreational, and scientific purposes without the infliction of permanent damage.
>
> It is past doubt that the principle of multiple use does not require BLM to prioritize development over other uses. As we have reasoned in the past, if all the competing demands . . . were focused on one particular piece of public land, in many instances only one set of demands could be satisfied. A parcel of land cannot both be preserved in its natural character and mined. Accordingly, BLM's obligation to manage for multiple use does not mean that development *must* be allowed. . . . Development is a *possible* use, which BLM must weigh against other possible uses--including conservation to protect environmental values, which are best assessed through the NEPA process. Thus, and alternative that closes [an area] to development does not necessarily violate the principle of multiple use. . . .

(Original emphasis; internal quotations and citations omitted.)

To summarize, the BLM's choice of Alternative D as its preferred alternative will result in substantial damage to the natural and physical environment of the North Fork Valley and the relationship of people with that environment; available evidence demonstrates that the economic harm to the North Fork Valley resulting from oil and gas development is greater than the potential economic benefit from that development; and the concept of multiple use does not mandate that every use, no matter how adverse to the community, must be accommodated on every parcel of public land.

10

BLM_0126383

For these reasons, I oppose the BLM's adoption of Alternative D as the Agency's preferred alternative, and urge it to adopt the North Fork Alternative Plan (Alternative B.1) instead.

Sincerely,

Boyd N. Boland

11

11/1/2016 DEPARTMENT OF THE INTERIOR Mail - comments on UFO RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## comments on UFO RMP

1 message

**Jen Sanborn** <jensanborn@skybeam.com>                                    Thu, Oct 27, 2016 at 3:41 PM
To: uformp@blm.gov

Hello. I am a resident of the North Fork Valley in Delta County, specifically the Bone Mesa area. I am an organic dairy farmer who works outside 90% of the day. I understand that you are finalizing a resource management plan for this area. I have a few comments:

Water is the Queen of the West. And around here she is also King. My house water flows off Mt. Lamborn via Mayes Spring, managed by Bone Mesa Water District. I depend on clean water every day of the year, without exception. My livestock water comes from various irrigation ditches, the closest to me is the Stewart mesa ditch which runs into the Davenport ditch and into my fields and troughs. Our house is situated in a ravine with a creek that flows every day from May through October. If anything were to happen to any of this water, we'd be sunk. I am in no position to haul water to keep my business going, nor do I want to expose my family to potential contamination due to drilling just upstream from us. The industry safeguards that they have in place fall far short of protecting our waters. Their focus seems to be on clean up. By then it's too late for us. All it takes to ruin an organic farmer or rancher is one incident. The best practice is to keep them completely away from any watersheds.

Now, I can hear the industry telling me (and you) that they have "Best Management Practices" in place to keep this from happening. But here's the thing. I lived in Rifle, CO for 25 years. I served on Rifle's City Council for two terms, specifically through the last boom and bust. I KNOW what happens in water sheds when oil and gas are active in the area. I know how they don't manage to report a spill for 24-72 hours. My husband worked on a fracking crew for 8 years. We know how they cover up small spills on the job site. How nobody is supposed to talk into the radio if there is a spill. How the protective plastic containers are put under the machinery mostly for show. That when the job is done, they sometimes get buried right there onsite. Accidents will happen, and their mentality is to clean it up to the best of their ability, as simply as possible. But digging up acres of my soil to clean up every drop still has its consequences to me. It would be devastating.

We left Rifle to get away from the industry. I want clean air and clean water, as I feel it is my right. In a valley, full of organic agriculture, I cringe at the very thought of oil & gas coming here. Farming is the livelihood of so many residents here. I feel it is way too much to risk to all of us for the profits of a few.

I support the NFV Alternative Plan in its entirety.  Much care and consideration has been put in it. I know that you have worked very hard on your part of the plan as well. However, this valley is unique. It has so many assets that will be directly threatened by too much oil & gas activity. This plan was put together with the input of the residents here. We know this land well and we are the ones that will continue to live here with the consequences.

Please consider the North Fork Alternative Plan as the strongest alternative. It doesn't say NO to oil & gas, it just controls where they can go, keeps them out of vulnerable areas, and holds them accountable.

Thank you,

*Jennifer Sanborn*

Jennifer Sanborn

36682 Back River Rd.

Paonia, CO 81428

BLM_0126385


**image001.jpg**
2K

BLM_0126386



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Letter in support of the North Fork Alternative for the UFO RMP
1 message

**Allison Elliot** <brilliot@gmail.com>                                    Thu, Oct 27, 2016 at 3:30 PM
To: ufornmp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>

Thank you for accepting my comments for the UFO RMP.


Please find my letter attached.

Sincerely,

Allison Elliot


---

📄 **RMP COmment ltr - AEE.docx**
129K

BLM_0126387

Allison Elliot
PO Box 747
Paonia, CO
81428

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
uformp@blm.gov

Re: Draft Resource Management Plan for the Uncompahgre Field Office
Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is making an effort to protect our important natural resources for our future generations.

At one time Americans thought of this continent as vast and nearly limitless. We are now coming up against those limits. We are slowly coming to understand that those once wide-open spaces are getting carved up and smaller while the demands upon them are growing. We now have to make choices to balance the competing interests and how to best manage the resources of our public lands in this changing world.

In the last many years we have seen the Bureau of Land Management (BLM) recognize and respond to this new reality. There are many new designations to preserve land for its inherent value as wildlife habitat, recreation and scenic areas, in addition to the more traditional uses of extractive industries and grazing. For this I applaud the BLM.

The North Fork Alternative plan, know as B1 in the Draft BLM Uncompahgre Resource Management Plan (RMP), is a further indication that the BLM is changing with the times. Sub-alternative B1 was written by a community whose economy is deeply entwined with the public lands that surround them. It represents the best efforts from all segments of the community trying to balance their own lively hoods with that of others. The group which included the Delta County Commissioners, came up with a plan that both supports the new emerging economy that is based on recreation and ago-tourism of organic farms, which depends on a pristine environment, while not cutting off the possibility of gas development as a potential part of our traditional extractive industries. For these reasons I strongly urge the BLM to incorporate the B1 alternative into the final plan.

I believe that the small surface area open to gas development in alternative B1 is appropriate when considering the overall impact that that particular activity inflicts or could potentially inflict upon all other resources that the BLM manages. With the advent of directional drilling a significant amount of gas can still be recovered while minimizing the need to road construction and all other activities that would damage habitat and recreation.

I have done my best to educate myself on the matter of the RMP. I believe the North Fork Alternative, does the best job of protecting our water resources as well as wildlife. Appendix D of the draft discusses the importance of Ecological Emphasis Areas (EEAs). I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

The final plan must protect all lands with wilderness characteristics, including the Terror Creek, one of the EEAs. I believe that both Roatcap and Hubbard Creeks should be included in the listed EEAs. The upper reaches of these areas have a large, mature aspen stand, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest and The West Elk Wilderness. Hunting in this area is an important part of both our culture and our economy.

I have read that the National Wildlife Federation, a hunting and conservation group, sights habitat loss and fragmentation as a primary cause of the decline of Colorado deer. And that state biologists have determined that oil and gas drilling in deer habitat is hurting the ability of deer to recover. The final plan must include EEAs all critical winter habitats within the North Fork Valley. The protections provided for in B1, which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies are the very least we can do for the wildlife which are an intrinsic part of both our natural and cultural heritages.

Alternative D, the "preferred plan" would open more than 90 percent of the Uncompahgre area to oil and gas leasing, endangering quality habitat, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. Fortunately, the BLM has made the North Fork Alternative available as a choice of alternatives that could be included. The North Fork Alternative is the only alternative that balances the development of our natural resources without threatening our way of life. I support the inclusion of Alternative B1, which balances all the resources managed by the BLM.

The North Fork Alternative Plan represents a historic effort by a community to balance all of the resources that the BLM is charged with protecting and managing. This locally driven proposal is the best way to protect the Gunnison Watershed—supporting hunters, farmers and building a sustainable rural economy on Colorado's Western Slope.


Sincerely,
Allison Elliot

BLM_0126389

10/27/2016                   DEPARTMENT OF THE INTERIOR Mail - Comments: Draft Resource Management Plan for the Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments: Draft Resource Management Plan for the Uncompahgre Field Office
1 message

---

**Robert Hardy** <rahwine@yahoo.com>                                    Thu, Oct 27, 2016 at 7:27 AM
Reply-To: Robert Hardy <rahwine@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Via email: uformp@blm.gov
Copying: rmpcomments@citizensforahealthycommunity.org

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

My name is Robert Hardy.  My physical address is: 13966 2900 Rd, Hotchkiss, CO 81419.  My
mailing address is: PO Box 420, Hotchkiss, CO 81419.   My email address is:
rahwine@yahoo.com   My wife and I are home owners and purchased our home on Redlands
Mesa 10 years ago.  We moved back to Colorado from San Francisco.  We choose to move to the
North Fork due to its amazing beauty, the high concentration of small, family-owned organic farms,
and because the area reminded me of the Colorado of my childhood.  My early years were spent
in Winter Park, as my father was the US Forest Service ranger there.  Anyone growing up in rural
Colorado in the 50's knows how special the fishing, camping, hunting and skiing were.  While
attending college in Colorado Springs, I worked seasonally for the BLM on survey crews across
the West.  Because of this experience, I know the North Fork is unique.

I am retired from my career in wine sales in Northern California.  We keep our property in
agriculture and grow some of our own food and purchase much of the rest from local farmers and
ranchers such as Thistle Whistle Farm and Princess Beef.  Both our domestic (Upper Surface
Creek Domestic Water Users Association) and irrigation (Overland) water comes from reservoirs
that could be significantly impacted by natural gas leasing and development.

I consider the prospect of an industrialized North Fork for natural gas development to be the
greatest threat to our health and happiness.   Everyone who lives here is invested and dependent
on the North Fork's clean water and air.  Our farming and ranching friends' livelihoods would be in
jeopardy if widespread leasing and development took place.  And an industrialized North Fork
would no longer be the special place that has drawn us and others to it.

Many think that after the coal mine closures that the North Fork would be desperate for the jobs
that natural gas development would bring.  But we don't want development that will fundamentally
change our community and rob the very people that have invested in our valley.  As improbable as
it seems, the North Fork is in the middle of a boom with young couples, families and retirees
moving to the area starting businesses, buying farms or bringing their work with them.  A young
electrician who worked on a project for us recently, told us his business has never been better.
Growing up in a coal mining family, he was sorry to see the mines close, but saw his future tied to
the influx of newcomers to the valley.

BLM_0126390

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world.  I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

Poor and inadequate analysis.
• BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
• The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
• BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
• BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
• BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
• BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
• BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
• BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
• BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
• BLM did not conduct a human health impact assessment.
• BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
• BLM did not consider community source water protection plans.
• The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
• BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
• BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
In addition,

BLM_0126391

- It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
- The potential for human, animal and environmental damage is too high.
- Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.
- Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

Climate change impact.
- Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a noleasing alternative. I request that BLM adopt a no-leasing alternative.

Sincerely,
Robert Hardy

BLM_0126392

10/27/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15806e9d22
602b50&siml= 1/3
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
My Public Comment to BLM Uncompahgre Field Office Draft Resource Management
Plan/ DEIS
1 message
Aaron J <aaronjerad@gmail.com> Thu, Oct 27, 2016 at 10:11 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
My Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
TO:
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Dear BLMUFO
Staff and RMP Comment Team,
I oppose the BLMs Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management
Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address
each one of the following:
Poor and inadequate analysis.
BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized biggame hunting,
and awardwinning
fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water
contamination that are inevitably associated with oil and gas extraction.
The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected
Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and
unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing
the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
BLM did not consider a reasonable noleasing
alternative for the North Fork Valley.
BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil
and gas development from 2004.
BLM did not analyze the impacts of hydraulic fracturing and multidrilling
technologies.
BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which
can compromise the integrity of pipelines and result in leaks and potential explosions.
BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
BLM did not conduct a human health impact assessment.
BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in
certain areas.
BLM did not consider community source water protection plans.
The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water
contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas
10/27/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15806e9d22
602b50&siml= 2/3
development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also
result in increased sedimentation impacting the fish population.
BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
In Addition:
It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing (865,970
acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The
Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells,
pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
Air Quality is a Problem:
"Considering the 20year
horizon, the GHG footprint for shale gas is at least 20%
greater than and perhaps more than twice as great as that for coal when expressed per quantity of energy available
during combustion.
...
For the 20 year horizon, the GHG footprint of shale gas is at least 50% greater than for oil, and perhaps 2.5times
greater."

BLM_0126393

Reference: http://download.springer.com/static/pdf/5/art%253A10.1007%252Fs1058401100615.
pdf?
originUrl=http%3A%2F%2Flink.springer.com%2Farticle%2F10.1007%2Fs1058401100615&
token2=exp=1477582707~acl=%2Fstatic%2Fpdf%2F5%2Fart%25253A10.1007%25252Fs1058401100615.
pdf%3ForiginUrl%3Dhttp%253A%252F%252Flink.springer.com%252Farticle%252F10.1007%252Fs1058401100615*~
hmac=e8090036c3d655bc93c2d5eb4e4d7430e590c17435ff48ea8b4b935ae080ce7b
"
There have been welldocumented
air quality impacts in areas with active natural gas development, with increases in
emissions of methane, volatile organic compounds (VOCs) and hazardous air pollutants (HAPs)."
Reference: https://www.epa.gov/hydraulicfracturing

_____

Need for oversite
and regulation in regard to water contamination.
"... up to 50 layers of natural gas can occur between the surface and deep shale formations, and methane from these
shallow deposits has intruded on groundwater near fracking sites. In May, Pennsylvania officials fined Chesapeake
Energy $1 million for contaminating the water supplies of 16 families in Bradford County. Because the company had not
properly cemented its boreholes, gas migrated up along the outside of the well, between the rock and steel casing, into
aquifers."
Reference: http://www.popularmechanics.com/science/energy/g161/top10mythsaboutnaturalgasdrilling6386593/
Despite saying that drilling is safe the industry is not legally required to avoid drilling in situations that are likely
to lead to contamination:
"Pavillion's aquifer sits several hundred feet above the gas cache, far closer than aquifers atop other gas fields. If the
investigation documents the first case of fracking fluid seeping into groundwater directly from gas wells, drillers may be
forced to abandon shallow deposits."
Reference: http://www.popularmechanics.com/science/energy/g161/top10mythsaboutnaturalgasdrilling6386593/

_____

The growing body of evidence both anecdotal and scientific indicates that there are significant risks involved in natural
gas extraction as well as immature regulatory standards.
10/27/2016 DEPARTMENT OF THE INTERIOR Mall My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=15806e9d22
602b50&siml= 3/3
Without having considered a noleasing
alternative, nor considering how the North Fork Alternative Plan would be carried
out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable
management possibilities.
Thank You.
Sincerely,
Aaron Jerad
11126 3500 RD
Hotchkiss CO,
81419

BLM_0126394

12/20/2016                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comment Letter Form submitted on Citizens for a Healthy Community
1 message

**Citizens for a Healthy Community** <holisticag@tutamail.com>               Thu, Oct 27, 2016 at 1:02 PM
Reply-To: holisticag@tutamail.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br><br>Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.<br><br>Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.<br><br>A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | October 27, 2016 |
| **Name** | Josh Roberts |
| **Email Address** | holisticag@tutamail.com |
| **Phone Number** | 9704243721 |

BLM_0126395

12/20/2016          DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | paonia |
|---|---|
| State | co |
| Zip | 81428 |
| I am: | An organic farmer, A rancher, A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | The citizen of the north fork valley and surrounding areas have consistently responded to the blm's efforts to lease public lands to private corporations with dismay and requests for no development. I am an organic farmer and am developing and organic raw milk dairy. I live just outside of Paonia and have chosen to live and work in this region because of the quiet, dark nights, minimal truck traffic, relatively clean air and water. Any choice to increase oil and gas development threatens my livelihood and represents an arbitrary and cupreous choice by the BLM that I am in full opposition to. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | *Josh Roberts* |

BLM_0126396

**Christie Mendenhall Young**

**179 Dogwood Ave.**

**P.O. Box 116**

**Crawford, Colorado 81415**

October 27, 2016

U.S. Bureau of Land Management, Field Office

2465 S. Townsend Ave.

Montrose, Colorado  81401

RE:  Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:

I appreciate the opportunity to comment on the UFO's Draft Resource Management Plan.  I am encouraged by the BLM's consideration of ways to protect wildlife habitat, wild and scenic rivers, and "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors in the North Fork Valley.

Please include all proposed actions and conservation protections in the North Fork Alternative, B1, in the BLM's final plan. As an in-town resident of Crawford, I am especially concerned about the effect that implementation of a new Management Plan would have on our municipal water supply, since the Plan includes areas through which our high-quality spring water flows.  I also worry about damage and compromise to irrigation water, domestic water companies, our expansive views, and wildlife habitats, including winter range and migration corridors.  The B1 alternative ensures the strongest level of long-term protection for these invaluable resources, which combine to make the North Fork Valley an incomparable place to live.  Degradation or destruction of any of these resources would be disastrous for the future health, vitality, and economic strength of the North Fork Valley.

The outcome of the analysis of the Resource Management Plan will affect my home and my community for many years to come.  Thank you for considering my comments.

Yours truly,

Christie Mendenhall Young

BLM_0126397

Scanned
0015 &

PO Box 131
Paonia, CO 81428
Oct. 27, 2016

Bureau of Land Management
Uncompahgre Field Office, Montrose, CO

Comments on the BLM Uncompahgre RMP:

After residing for 36 years 2 miles northwest of the town of Paonia, Delta County, close to BLM lands which are affected by this planning process, I wish to comment on the importance of our natural resources on these lands.    My concerns are:

A.   Protection of domestic water sources.
We, along with an adjacent neighbor, get our household water from springs that are less than one  mile downhill from BLM lands.

Protection of irrigation water:
Our irrigation water comes from and via Roatcap Creek drainage .  In the event of oil and gas development in the area, our water could be seriously impacted.

The distance limits required as listed on page 2-190
are necessary for continued safety of our water supplies.

B.   Wildlife:
We have herds of elk and deer that winter on our property..  Their habitat would be seriously diminished if oil and gas development occurs in our area.
Also, just north, the regions of BLM lands in and near  T 13 S, R 92 W, 6th PM, Delta County, need to be kept quiet and available for big game and other wildlife.

C.  Thus I strongly support the Alternative B-1 as presented in the Resource Management Plan.

D.  WSAs:  I have been through the Dolores River Canyon WSA several times.  The plant species and the bird species of that area need continued protection, especially with the low flows of the river since the McPhee Dam impounds most of the water.

After hiking trips in the WSAs Camel Back, Adobe Badlands, and Lower Tabeguache, I
 know these areas are worthy of preservation to maintain unique ecosystems.
Native vegetation in western Colorado is at risk from degradation caused by OHVs.
The draft RMP addresses these concerns.  Carry on with protection of native plants!

Thank you for all your work preparing this RMP.   I do not need a reply from you,

Sincerely,

Claire Moore

Claire Moore

Scanned
0017 2 6

BLM, Uncompahgre Field Office                                    October 27, 2016
2465 S. Townsend Ave.
Montrose, CO 81401

Dear BLM,

I'm writing in regard to the Draft Resource Management Plan for the Uncompahgre Field Office
currently under consideration and appreciate the opportunity to comment.

With years of water well drilling experience and retiring from a career in upstream oil and gas I
know the industry and believe that activities related to exploration, drilling and production of
crude and natural gas in the North Fork Valley and surrounding areas are incompatible with your
other goals of multiple use. I've seen many areas from prior to development and what they
became afterward and they were changed dramatically, few would say for the better. Such
activities are appropriate in remote low population areas without reliance on one water supply.

The areas considered here have few roads, no alternate truck routes, and people totally depend on
potable ground water. They rely heavily on non-industrial sources of income such as organic
farms, orchards, fishing, hunting, retirees and tourism as a result of these quality of life issues.
The heavy equipment and processes required for hydrocarbon E&P always damages roads,
increases traffic congestion and vehicle accident risk, causes light and noise pollution, extensive
dust, and carries the risk of polluting water supplies for decades.

I supervised stimulation jobs and commonly injected 10,000 gallons each of hydrofluoric and
hydrochloric acid, 5,000 gallons of diesel fuel, hundreds of gallons each of biocide, scale
inhibitor, demulsifier, surfactant, and others. Horizontal wells now use much larger amounts.

The risk of chemicals being forced from a stim or frack job into ground water may be low, but is
certainly not impossible and cannot be known until it occurs. In fact hydraulic fracturing is the
process of pumping chemicals under **high** pressure to crack the formation forcing them into other
areas. A common problem in drilling is loss of circulation in which the drilling fluid required for
the process migrates to other areas, under relatively **low** pressure, while trying to prevent it.
Migration of the above chemicals into a ground water zone would be catastrophic since the entire
population of the North Fork Valley depends on pristine ground water with no other supply.

Potential ground water contamination is reason enough that these areas should be permanently
removed from consideration of leasing for oil or gas exploration. The potential for disaster,
regardless how small, is simply not worth the risk.

Sincerely,

David Hiney
40072 Wood Ct.
Paonia, Co. 81428

UFO RMP                                10/27/16
BLM
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

Dear RMP Draft Committee,

Thanks for having this RMP process and being open to the possibility of the North Fork Alternative. It has given us a chance to think about this valley and what has been happening here.

We came to the North Fork Valley in the early 70's. We bought a 10 acre apple orchard and became part of the first organic apple growers here. We started Big B's Juices about 30 years ago and ran that company for 18 years. It is going strong and expanding its' markets and products. The valley now has Big B's Juices producing organic apple juices and hard cider, Leroux Creek Foods (now called Wacky Apple) producing organic apple sauce, Rogers Mesa Fruit, packing organic cherries, apricots, peaches, pears and apples, and many organic wine operations. There has been a transition from predominantly chemically sprayed fruit to organically grown fruit. In addition there are many organic farmers and ranchers sustainably raising organic fruits, vegetables, meat, eggs, herbs, and other farm products.

All of this organic agriculture can't be sustained without clean air and clean water. The valley is at the forefront of creating sustainable agriculture and a sustainable economy: All dependant on clean air and clean water.

This area is listed as a Colorado Creative District. In the area are a large public Montessori School, and a public Waldorf School both embracing the nurturing of our young people. The valley is home to KVNF Public Radio Station, which was the first small town public radio station in the US. Last summer there were three "visioning" gatherings that brought young people to the valley. Tribal Vision, The Visionary Summit, and The Wake Up Express all brought young people to the valley. This valley is actively trying to lead the way toward a sustainable economy and a sustainable form of agriculture and will continue to host such visioning gatherings next year. The valley hosts Cherry Days, Cider Fest, the Harvest Festival, and the Delta County Fair.

**Further evidence for the uniqueness of this valley:**

a) It has been described as **"An American Provence"** in the book by the same name written by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine growing region of southern France. http://www.merchantherald.com/geographer-says-the-north-fork-is-an-american-provence/ This valley was also featured in the book **At Mesa's Edge: Cooking and Ranching in Colorado's North Fork Valley** https://www.amazon.com/At-Mesas-Edge-Ranching-Colorados/dp/0618221263

b) This valley was designated by the state of Colorado as **a Colorado Certified Creative District** in 2013. Information on the significance of this designation can be viewed at http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently **awarded three Blueprint 2.0 Initiatives by the Colorado Office of Economic Development and International Trade**. The Initiatives include Strengthening Local Business Brand, Adaptive Reuse Workshop and Tourism Promotion. http://choosecolorado.com/lt-gov-donna-lynne-announces-colorado-blueprint-2-0-initiative-recipients/

2.

d) The North Fork Valley has also been **designated as an American Viticulture Area** by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR https://www.gpo.gov/fdsys/pkg/CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf An American Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado

e) The North Fork Valley has been featured in a number of articles by the New York Times including coverage of previous attempts to pursue drilling http://www.nytimes.com/2013/02/03/us/colorado-communities-take-on-fight-against-energy-land-leases.html?_r=0 and many other articles like this one: http://www.nytimes.com/2014/06/19/garden/he-found-his-corner-of-the-sky.html.


Fracking for natural gas is incompatible with the direction the valley is going. Fracking causes air and water pollution. Any injection wells creates other possibilities for earthquakes and pollution. There is no doubt that fracking is hazardous to the environment. We have read that the total carbon footprint is larger for fracked gas than the carbon footprint of coal (http://www.ucsusa.org/clean_energy/our-energy-choices/coal-and-other-fossil-fuels/environmental-impacts-of-natural-gas.html ). We asked a geologist why we seem to have chosen to pursue fracked natural gas as a bridge fuel and he said it was because fracking is UNDERREGULATED. This is totally unacceptable. It is now legal to export fracked natural gas. We must not choose to damage this sustainable farming community to make a few dollars exporting natural gas. It makes no sense.

I want a RMP for our local BLM public lands that doesn't threaten the sustainable use of farm land. That means that there must be monitoring in place to monitor any degrading of the air and water quality and the industries involved must have resources in place to mitigate any lowering of the air and water quality. The current proposed RMP doesn't have sufficient monitoring required. We know there is precedent that coal companies were made to assure no loss of water to ditch companies when they mined under the headwaters of an agricultural ditch. Terror Creek Ditch is one example of that. If industry can't correct any problems they create, THEN THEY SHOULDN'T BE DRILLING. And I would include some way to cover any problems should they declare bankruptcy. We need to include the environmental costs of any new drilling or mining in the cost of the energy they produce. Again, if we can't do it right, we shouldn't be doing it.

We are at a point in the history of the human experiment, where we are considering our impact on the climate. We must learn how to be sustainable. How can we provide for what humans need in an equitable and sustainable way (so as to avoid resource wars)? It makes no sense to take a chance on the sustainability of this agricultural resource for the sake of natural gas extraction. We know there are cost effective renewable resources for producing energy. We must change, as a country, to embrace them NOW. There are tremendous pressures from the oil and gas industry to cash in on their energy reserves. But these pressures must be resisted. (Similarly, we must change many institutions in our society to be sustainable. This includes agriculture.) On the one hand we have agreed to the Paris Accord on Climate change and yet fracking goes on ,pretending it is important to the transition to all renewable energy. We are pretending that fracking is innocuous even when there is clear evidence of pollution, spills, gas contaminating water, increase in earth quakes, and health consequences to neighbors of gas wells.

We support the North Fork Alternative B1 although we would prefer the NO FRACKING alternative.

The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land uses in specific areas."

3.

Based on the comments presented above, there is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley. Additionally, the land use activity of producing natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley. Therefore, the leasing of any federal fluid minerals within the borders of the NFAP should be prohibited and this prohibition on further leasing incorporated into the alternative chosen for the revised RMP or at the very least, those in Alternative B1. This is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

Gas exploration and development is not compatible with the economic culture of this valley and in fact, its very presence would threaten its highly regarded reputation as an organic agricultural area. At the bare minimum, I urge you to please include all proposed actions in the North Fork Alternative, B1, in the final RMP.

Thank you for your consideration,

Bernie and Adrianna Heideman
11126 3500 Rd
Hotchkiss, CO 81419
970-872-2172
heideman@paonia.com

BLM

You have already received lots of letters. So I will make this short. I encourage you to choose the Northfork Alternative B1 and all other reasonable conservation protections in Alternative B.

Gas and Oil developments are extremely damaging to small rural communities. From all the large truck Traffic to the rise in crime. One thing nobody mentions the price increases in cement and gravel.

Take care of what you might unlease on a small rural farming community.

Lance Sevigart
HotchKiss, Colo

P.S. Most of the natrual gas produced in this country is going overseas. Is That what we want to do with our natrual resources



Lance Swigart
14650 3100 Rd
Hotchkiss: Colo
81419

GRAND JUNCTION CO 815
26 OCT 2016 PM 2 7

UFO Draft RMP/Umcompahgre F
2465 Townsend Ave.
MonTrose. Colo
81401

RECEIVED
OCT 27 2016
UNCOMPAHGRE FIELD OFFICE

RECEIVED
OCT 27 2016
UNCOMPAHGRE FIELD C

BLM_0126404

Sydney and Keith Nichols
78344 Black Bear Trail
Crawford, CO 81415

0231

BLM, Uncompahgre Field Office
2465 So. Townsend Ave.
Montrose, CO 81401

October 27, 2016

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

This letter is to request that you reconsider the issues raised below regarding the Uncompahgre Field Office draft Resource Management Plan. As presented by BLM, Alternative D, the agency's "preferred" RMP alternative, fails to provide the level of protection needed by the North Fork Valley. Communities and the public in your planning area have specifically asked for and favored such protection, as required by federal law.

Alternative D allows 95% of the planning area to be leased to oil and gas companies, including most of the parcels that were nominated in the 2009 30,000 acre proposal. The areas set aside for leasing under this alternative are extremely close to the three communities of the North Fork Valley – Paonia, Crawford, and Hotchkiss. This alternative fails to consider the uniqueness of the North Fork Valley, a rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations, and has the highest concentration of organic farms in Colorado. This group of communities is in need of protection from the potential damage of hydraulic fracturing and multi-drilling technologies, injection wells, the potential for earthquakes, and contamination of aquifers.

The area is a rapidly developing center of Colorado tourism, part of which are the many bicycling opportunities. During the summer, Sydney leads bicycling tours weekly and has guided commercial bike rides for out of state visitors. The attraction for these riders is the amazing beauty and magnificent views, which would be significantly dimished by oil and gas development. During the winter, we have unparalleled routes for back country skiing, many of which go through the areas the BLM's preferred alternative sets aside for lease development. Lastly, we have out of state friends who visit the area to avail themselves of the Gold Medal fishing and prized big game hunting. This benefits the local community as well as the economy and tourism of the economy state.   As extraction of oil and gas proceeds in this area, much of the fish and game will disappear.

In addition, the BLM's preferred alternative lacks a human health impact assessment. Since BLM first began developing the RMP, there have been hundreds of peer reviewed scientific articles on all aspects of toxins related to unconventional oil and gas production,

including studies from public departments of health, major universities, and other health oriented groups.

On a personal level, Sydney has had asthma since childhood, which can be triggered by any number of sources related to oil and gas development. We moved here for the air quality which was exceptionally clean. Sydney had virtually no asthma attacks for the first decade we were here. In addition, we buy and consume many of the local award-winning organic fruits, vegetables, and wines of the North Fork Valley. Many of these farms lie along the north fork watershed and could lose their organic certification as a result of air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

We believe it incumbent on BLM, and specifically your team, to factor in these potential impacts of oil and gas development on the health and quality of life of the residents of the North Fork Valley, most of whom live closely downwind and downstream of the proposed leasing area. Many of these communities have Water Source Protection Plans, which we believe by their very nature and intent must be considered when developing a RMP for the area.

Production of oil and gas is not the issue here, but rather the areas set aside for such activity. Such development needs to carries out in areas where the potential impact will be felt by far fewer people, communities, wildlife, and local tourism and industries. Alternative B-1 to the RMP, also known as the North Fork Alternative, does not prohibit oil and gas development, but it does shift such activity to low impact areas, specifically protecting the North Fork Valley. The area has spent decades developing its organic farming, award winning wine and vinyards, and tourism. All of this will be in jeopardy under the BLM's preferred alternative RMP.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities. We urge you to reconsider these options.

Sincerely,

Sydney and Keith Nichols

# Town of Paonia



www.townofpaonia.com



October 27, 2016

*0232 RP*

UFO Draft RMP
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

To Whom it May Concern:

The Town of Paonia would sincerely like to thank the Bureau of Land Management (BLM) Uncompahgre Field Office for including the North Fork Alternative (B1) in the recent draft Resource Management Plan (RMP). The Town respectfully requests that the BLM adopt the North Fork Alternative Plan into the final Resource Management Plan for public lands and federal minerals in the North Fork Valley. This plan is a community driven effort that provides a management framework for oil and gas leasing and development that is highly protective of the North Fork Valley's many important features and resources including a thriving agricultural economy, scenic vistas, and healthy populations of wildlife and game. The BLM must adopt management that protects these resources which make Paonia and the North Fork Valley such a special place. Inappropriate development over the next twenty years has great potential to cause air and water pollution, which would significantly degrade Paonia residents' high quality of life.

The Town of Paonia is a municipal water company, Public Water System ID #CO 0115601. It has been in continuous operation since Paonia incorporated in 1902. Paonia supplies water to approximately 1631 taps through 1099 accounts with an averaged equivalent of 3300 residents both in town and outside of town limits, including 27 private water companies. Paonia's water is acquired via 38 springs and the Town passed Watershed Ordinance 2003-02 on February 25, 2003. There is established by the Town of Paonia, Colorado a Watershed Designation ("Watershed") pursuant to Colorado Revised Statutes (C.R.S) 31-15-707(1)(b). The Watershed is that area in which the Town shall exercise its powers to maintain and protect the

BLM_0126407

Town's waterworks from injury and the Town's water supply from pollution. This Watershed is created under the authority granted in C.R.S 31-15-707(1)(b), as amended. The Watershed and these regulations are created only for the purpose of protecting the Town's waterworks and water supply. Furthermore, Paonia has also created a Source Water Protection Plan which the BLM needs to consider in the determination of the final RMP. The planning team for the source water protection plan recommended "Source Water Protection Best Management Practices" be considered for implementation by several agencies, including the BLM. The North Fork Alternative stipulates a buffer of oil and gas surface activities within a half of a mile from all source water supplies. The Town of Paonia is voluntarily committed to applying source water assessment and protection principles to finding and protecting new water sources in the future. This is part of the larger ongoing commitment to providing the highest quality drinking water to local residents. The Town of Paonia asks that, in order to protect the quality and quantity of our domestic water, the final UFO RMP include all buffers and oil and gas restriction recommendations in the Source Water Protection Plan and Alternative B1.

In addition to drinking water, irrigation water is a major concern in and around the Town of Paonia. Irrigation waters are used not only for animals but the farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification. The Town's economic diversity relies upon the agricultural industry in the North Fork Valley. Unforeseen contamination could significantly impact the land and subsequently the agricultural industry that is so vital to the economic stability of this area. Mineral leasing and severance tax funds will not compensate for the loss of agricultural endeavors and its attributed labor force. The North Fork Alternative, B1, provides protections that would ensure that all agricultural irrigation waters would be protected through the buffer that is stipulated in the the plan.

Any proposed areas that could become open for leasing in the final RMP that are on or near critical wildlife habitat, such as the Roeber State Wildlife Area which is designated as a critical habitat area by the Division of Wildlife, should be protected from any potential negative impacts from oil and gas development. This particular area is a fawning area for deer and is closed in the winter. Any human disturbance could affect the wildlife reproduction or migration

BLM_0126408

that is being protected here. The Town has a vested interest in the hunting and recreational activities that take place in proximity to these wildlife areas as these types of activities create an economic interest for residents and draw visitors to the area.

Furthermore, areas that are in close proximity to town limits which are used for recreation must be protected from potential damage due to oil and gas development. In addition to the concerns about the impacts on local recreation areas, any potential development that would be accessed by Town of Paonia streets would severely impact our already degrading roads. Heavy truck traffic is cause for concern at the municipal level. Not only would the increase in traffic cause real damage to the surfaces of our roads, there would be an increase in exhaust fumes and dust which would settle into the valley and deteriorate air quality.

The Town is very concerned about potential health risks associated with natural gas development and is concerned that the BLM has not adequately addressed the potential for lasting negative impacts on the citizens of the North Fork Valley if the quality of the air and water in this area were to be compromised due to increased pollutants that come from the drilling process. In the words of a lead researcher from Johns Hopkins Bloomberg School of Public Health, Brian Schwartz "The first few studies have all shown health impacts," he says. "Policymakers need to consider findings like these in thinking about how they allow this industry to go forward."[1] The Town of Paonia has long been committed to providing a high quality of life for all of the people that call this area home. This quality of life is directly impacted by the quality of air and water in the North Fork Valley. The Town urges the BLM to make decisions using the best available data, as this is a requirement of the National Environmental Protection Act (NEPA). Current information gathered in 2010 needs to be updated as many factors have changed in the North Fork Valley in the past 6 years, including the structure of our economy. Anything that threatens the health of our citizens is not congruent with the quality of life that the Town of Paonia is committed to maintaining for generations to come.

The Town of Paonia has a long legacy of mining and the safety and welfare of the men and women that work in this industry is of foremost concern to the Town. The Town of Paonia is opposed to any industry that would further degrade or risk the coal mining business in this valley. The coal mining industry has worked in harmony with all other industries that have been growing in this area. The mines have invested in the community and given jobs to generations of families. Due to the unknown risks associated with nearby oil and gas development, the Town of Paonia supports limiting the areas where oil and gas development are allowed within our local area.

Livestock grazing is also an important economic activity in the Resource Planning area. Livestock grazing on BLM managed public lands is very important to the sustainability of ranches in Delta County. The livestock grazing on these public lands provides spring, fall and winter grazing for these ranches. The elimination of livestock grazing or reduction in use could affect the viability of these ranches. Any proposed elimination or reduction in use must be based on documented trends in rangeland conditions. If range resource conditions have been identified to be unsatisfactory, strategies for improved management should be considered before livestock grazing reductions are considered. If reductions in livestock grazing are considered the analysis must also evaluate the economic impacts of these reductions on the individual ranch operation and on the county. The base ranch operations for ranches holding public land grazing permits are providing significant amounts of open space and wildlife habitat. If ranches are forced to graze the private lands more heavily or to sell out due to livestock reductions, what impacts will this have on conditions on these private lands? The Town of Paonia does not support any alternative that eliminates or reduces livestock grazing unless there is a documented problem in rangeland conditions that cannot be resolved with improved management.

Finally, the Town of Paonia strongly encourages the BLM to designate Jumbo Mountain as a Special Recreation Management Area (SRMA) and manage it as such. This designation would allow an area that is already being predominantly used for recreation, such as hiking, biking, equestrian and ATV use to be managed and maintained for the quality of these uses, as well as historical uses such as hunting and grazing. Management of this area should benefit from BLM resources that will ensure that the trails remain safe and that residents and visitors will

enjoy a high-quality experience. The economic growth surrounding recreation activities in our valley is substantial and valuable to the community as it supports multiple businesses throughout town that provide lodging, food, services and goods to the growing numbers of people that are visiting this area in order to access the beautiful trails and public lands that surround the town. The current lack of a management for Jumbo Mountain and user created trails are not sustainable. In order to ensure that trails are well maintained and that the area is managed correctly for decades to come, we urge the BLM to designate and manage the full BLM Jumbo Mountain unit as a Special Recreation Management Area. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

The Town of Paonia would again like to thank the BLM for the ongoing efforts of the Uncompahgre Field Office to develop a reasonable Resource Management Plan that safeguards all resources in the North Fork Valley. Specifically, we appreciate the inclusion of the North Fork Alternative as part of the draft RMP. This locally driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological well-being and allows for continued building of a sustainable rural economy. We again request that the BLM adopt the North Fork Alternative B1 in the final RMP as it is the only alternative that thoroughly addresses the issues identified in this letter.

Sincerely,

Charles Stewart
Mayor
On behalf of the Town of Paonia Board of Trustees

Footnotes

1.   October, 2015 Johns Hopkins Study Links Fracking to Premature Births, High Risk Pregnancies.http://hub.jhu.edu/2015/10/12/fracking-pregnancy-risks/

BLM_0126412



**Mr. Ulrich O Lange**
40085 Cedar Dr.
Paonia, CO 81428-6100

GRAND JUNCTION CO 815

28 OCT 2016 PM 2 L



RECEIVED
OCT 31 2016
UNCOMPAHGRE FIELD OFFICE

DANA VILSON
BLM UNCOMPAHGRE FIELD OFFICE
2465 SOUTH TOWNSEND AVENUE
MONTROSE, Co 81401

81401$5436 C003

BLM_0126413

**Ulrich Lange**
**40085 Cedar Drive**
**Paonia, CO 81428**

October 27, 2016

Dana Wilson
BLM Uncompaghre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Re: BLM 2016 UFO Resource Management Plan (RMP).

Dear Ms. Wilson:

My wife Inge and I live on Pitkin Mesa overlooking the beautiful North Fork Valley
around Paonia. We appreciate the beauty of the area and like to keep it that way.

At the same time we realize that we must make use of our mineral resources as long as
they benefit our country and can be recovered in the safest way possible. As a former
mining engineer I have been involved in the sometimes controversial business of coal
mining in various parts of the US. In order to minimize any potential negative impact on
the area around mining and drilling activities we expect the government to do its job in
securing safety measures on the highest level. As just one example, amongst other things,
the gas/oil industry must reveal the components and handling of all "fracking" fluids
throughout the entire process of drilling and production. And that is not all.

I addition, the BLM should change its policy in leasing lands to interested parties without
paying attention to the potential presence of mineable resources. This leads to social
community unrest in the area of potential leasing and helps the gas/oil industry to use
such land holdings for speculative purposes only. **Such practice cannot be in the
interest of our country and must be stopped.** The Geological Services of the State of
Colorado and the Federal Government must get involved in providing their professional
opinions before final decisions are being made. During various conversations with
geologists of the Colorado Geological Service I was told that they were not allowed to
voice their opinion publicly. This troubles me.

**Since the BLM plans to lease lands in the Paonia – Hotchkiss - Crawford triangle
which, according to expert geologists, do not show any presence of oil/gas resources
I strongly support the North Fork Alternative Management Plan (Alternative B.1).**

Please let me know your comments which I would greatly appreciate.
Sincerely,

Ulrich Lange

27 October, 2016

Bureau of Land Management
UFO RMP
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

Thank you for this opportunity to comment on the Uncompahgre Field Office's Resource Management Plan.

First, I would like to commend the BLM for their extensive and well researched work. While there are definitely areas of concern, there are also areas where the Preferred Alternative provides solid protection for natural resources.

My primary concern is designation and protection of unique and ecologically important areas. An increasing population and increased interest in recreation pose a serious risk. These lands require a high level of protection to maintain their current level of wilderness. Once lost, wilderness can never be reclaimed.

The RMP identifies seven areas as Lands with Wilderness Characteristics, totaling 42,150 acres. However, only three areas totaling 18,320 acres are included in the Preferred Alternative. This is inadequate.

The Roc Creek Area meets ALL the requirements of Wilderness Characteristics. It is of sufficient size. It meets the criteria for naturalness, outstanding solitude, outstanding primitive and unconfined recreation and has supplemental values. How can an area which includes OUTSTANDING characteristics be excluded? Perhaps it was considered in isolation. However, it is directly adjacent to the USFS's 9500 acre Roc Creek Roadless Area which is directly adjacent to the Sewemup Mesa Wilderness Study Area. It is vital to protect large areas so as to avoid the "island" impact where edges of areas are degraded.

The Dry Creek Basin Lands Area also meets ALL the requirements of Wilderness Characteristics. Public access to perennial creeks in the desert areas is rare and wonderful!

Yet another area which meets ALL the requirements of Wilderness Characteristics is the Camel Back WSA. This area includes Monitor Creek which contains areas of Fremont cottonwood/skunkbush sumac riparian woodland which is classified as globally imperiled by the Colorado Natural Heritage Program and an A ranked area of common coyote willow riparian shrubland. This area is significant in that it provides improved connectivity across lower elevation scrub lands.

The final area which clearly merits inclusion is the 6180 acre parcel north of the Adobe Badlands. Next to the current Wilderness Study Area is an Area of Critical Environmental Concern which IS included but

drastically reduced in size and does not include the surrounding salt brush ecosystem. This ecosystem is critical as it includes the Federally threatened Colorado Hookless Cactus (Schlerocactus glaucus) and the Federally endangered Clay-loving wild buckwheat (Eriognum pelinophilum) found only in Montrose and Delta counties. It also includes Ferruginous Hawks, Burrowing Owls, White-tailed Prairie Dogs, pronghorns and possibly kit foxes. Further, the biological soil crusts and lichens are so sensitive to disturbance.

Strong and better enforcement of travel management restrictions, especially motorized and mechanized uses, is required across the board.

Another aspect of protecting unique and ecologically important areas is the Wild and Scenic River designation. The BLM is to be applauded for including 104.6 miles of the 154 miles of rivers and streams in the Preferred Alternative. I urge you to be strong and include the 104.6 miles in the final RMP. The final RMP should provide river and stream protection equal to or stronger than that provided in adjacent federal land planning areas to the north and south of these watersheds. i personally would like to see the following added: Gunnison River segment 2, Deep Creek, Naturita Creek, Ice Lake Creek segment 1 and Spring Creek.

Thank you again for the opportunity to comment on the Resource Management Plan. It is encouraging to see data and fact based decision making.

Sincerely,

Sheelagh Williams
372 Pleasant Valley Drive
Ridgway, CO 81432

BLM_0126416

Jon R. Schulz
PO Box 125
Paonia, CO 81428
October 27, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on this plan. Please consider my input.

**Please continue to include and consider the NFA (Alternative B-1) in the RMP.**
Alternative B-1 maintains the possibility of continuing to develop a diverse and balanced economy based on food production and processing (especially organic and naturally grown), recreation, tourism, internet businesses, and the creative arts – businesses that are already successful, in sync with major national trends, and growing. All other options are destructive and preclude that end.

**Also, please seriously consider designating the BLM lands on and around Jumbo Mountain as a Special Recreation and Ecological Emphasis Management Area** because of their unique value, importance, and distinctiveness of the recreational area and criticality of the area as winter habitat for mule deer and other wildlife.

**Fix the Significant Deficiencies in the Draft RMP and Planning Process**

**Based on FACTS** emerging from areas already fracked, it is likely that the scale and nature of proposed gas and oil development in the Uncompahgre planning area will create massive negative systemic impacts across the entire region – damaging every resource the people of Western Colorado value – except resource extraction. The proposed action will damage not only current residents, agriculture and businesses of the present generation but future generations as well.

1

The BLM has an important legal mandate.

> *Sustain the health, diversity, and productivity of America's public lands and resources through balanced stewardship to enhance the quality of life for all citizens, meeting their needs today without compromising their ability to meet those needs in the future.*

The Draft RMP is fatally flawed and cannot possibly meet this legal mandate. It takes a very reductionist and micro view of the situation, ignoring the "elephants" in the room, ignoring significant near term as well as long term cumulative and permanent impacts. A systems perspective is required and totally lacking.

To meet the BLM mandate, deficiencies in the RMP must be corrected to prevent the region from being turned permanently into a toxic, dangerous, industrialized wasteland through its leasing and development plans.  Here is a partial list of what must be fixed:

- The RMP must protect the resources that citizens of Western Colorado value by becoming far more balanced – by addressing significant impacts not covered by the Draft RMP.
- The RMP must address the question of whether or not this oil and gas development is really needed as well as the appropriate scale and timing of leasing and proposed development.  At best natural gas is a short-term transition fuel eventually to be replaced by other energy sources.
- The RMP must address the impact of massive losses of methane and flaring during drilling and operations and the use of that methane that is finally produced on climate change. Natural gas is extracted by fracking is not the clean transition fuel that has been advertised, it is worse than coal.
- The RMP must address the massive destructive use of water in the fracking process in a region where water supplies are already overdrawn and pervasive long term drought is the most likely reality for the foreseeable future. It must also address potential impacts to city and private water system watersheds, and irrigation systems including their watersheds.
- The RMP must address the very real risks that will be created by deep well wastewater injection in the area, one of the most geologically unstable areas of Colorado. Earthquakes and mudslides damage to infrastructure critical to the economic function of the region. Impacts to oil and gas infrastructure must be assessed as well.
- The RMP must address the adverse impacts of oil and gas development on human, agricultural animal, and wildlife health.

2

- The RMP must address the cumulative system impacts of oil and gas development on community health and function (things like physical infrastructure, health services, crime, community safety, and policing).
- The RMP must deal with the actual impacts of modern fracking technology and not imply that it is equivalent to older less damaging technologies.
- The RMP must not ignore the fact that current regulatory policy and processes have been totally inadequate to minimize the destructive impacts of modern oil and gas development.
- The RMP must address the massive impacts to wildlife, wildlife habitat, and hunting, along with related economic issues.
- The RMP must deal with the impacts to regional and state food security.
- The RMP must protect the current and long term productivity of public lands - emphasizing resource extraction to the detriment of all other resources is a violation of BLM's mandate.
- The RMP must enhance the quality of life for all citizens, not just the managers, owners and shareholders of oil and gas companies.
- The RMP must protect the ability of future generations to meet their needs. That means you must include and properly address the issues and impacts identified here.
-

The assertion that this gas and oil development is about meeting our needs today may have some merit, but please spare yourselves some embarrassment by not asserting that this is about energy for Americans, it is about extracting the resource in the cheapest way possible to sell in international markets to the highest bidder.

I am hopeful that this input will help you to design a Resource Management Plan that will meet BLM's legal mandate, and protect our public lands and resources while allowing appropriate levels of resource development

Sincerely,


Jon R. Schulz
Scientist and Engineer
Paonia, CO

3

BLM_0126419