| | |
|---|---|
| **From:** | stitchesnstuff91@yahoo.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan |
| **Date:** | Sunday, October 30, 2016 8:41:16 PM |

29 October 2016

RMP Project Manager, Uncompahgre Field Office

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. As a concerned river advocate I believe that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation based on their outstanding recreational and scenic values, and that the BLM should maintain their suitability as part of their Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas.

I further ask that the draft support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF) and I expect the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values. I urge that the plan place an emphasis on protecting important wildlife habitat and key waterways as critical to not just conserving this unique landscape, but also enabling more sustainable and diversified local economies. I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

However, I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

The care and conservation of these public lands is very important to me, truly one of North America's greatest canyon systems worthy of the highest regard. We must conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

My first trip down the beautiful Dolores River was May 27 – 30, 1983: the last year of the "free flowing river, the year before the completion if the dam.   The Wild and Scenic designation is way overdue!


Janet Schell
STITCHES 'N STUFF

PO Box 1605, 63 Mule Deer
Arboles, CO  81121
jan@stitchesnstuff91.com

BLM_0127234

| | |
|---|---|
| **From:** | Bill Dvorak |
| **To:** | uformp@blm.gov |
| **Subject:** | Dolores RMP comments |
| **Date:** | Sunday, October 30, 2016 10:24:25 AM |

RMP Project Manager, Uncompahgre Field Office

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. As a concerned river advocate I believe that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation based on their outstanding recreational and scenic values, and that the BLM should maintain their suitability as part of their Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas.

I further ask that the draft support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF) and I expect the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values. I urge that the plan place an emphasis on protecting important wildlife habitat and key waterways as critical to not just conserving this unique landscape, but also enabling more sustainable and diversified local economies. I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

However, I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

The care and conservation of these public lands is very important to me, truly one of North America's greatest canyon systems worthy of the highest regard. We must conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

*Bill Dvorak*
National Wildlife Federation
17921 US Highway 285
Nathrop, CO 81236
email: dvorakb@nwf.org
719 221-3212 cell

BLM_0127235

719 539-6851 office
719 539-3378 fax

BLM_0127236

| | |
|---|---|
| **From:** | Bill Dvorak |
| **To:** | uformp@blm.gov |
| **Subject:** | Dolores RMP comments |
| **Date:** | Sunday, October 30, 2016 10:25:09 AM |

RMP Project Manager, Uncompahgre Field Office

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. As a concerned river advocate I believe that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation based on their outstanding recreational and scenic values, and that the BLM should maintain their suitability as part of their Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas.

I further ask that the draft support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF) and I expect the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values. I urge that the plan place an emphasis on protecting important wildlife habitat and key waterways as critical to not just conserving this unique landscape, but also enabling more sustainable and diversified local economies. I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

However, I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

The care and conservation of these public lands is very important to me, truly one of North America's greatest canyon systems worthy of the highest regard. We must conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

*Bill Dvorak*

## Dvorak Expeditions
17921 US Highway 285
Nathrop, CO 81236

(719) 539-6851 office
(719) 221-3212 cell
Bill@DvorakExpeditions.com
www.DvorakExpeditions.com

**Colorado's 1st Licensed Outfitter**

BLM_0127238

| | |
|---|---|
| **From:** | Cody Perry |
| **To:** | uformp@blm.gov |
| **Subject:** | DRMP Public Comment |
| **Date:** | Saturday, October 29, 2016 8:32:11 PM |
| **Attachments:** | DRMP Comment UFO.pdf |

Attached is my public comment.
Because it's very important to have comment submitted I will copy and paste within the email text below and attach as a PDF.

RMP Project Manager, Uncompahgre Field Office

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. As a concerned river advocate I believe that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation based on their outstanding recreational and scenic values, and that the BLM should maintain their suitability as part of their Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas.

I further ask that the draft support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF) and I expect the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values. I urge that the plan place an emphasis on protecting important wildlife habitat and key waterways as critical to not just conserving this unique landscape, but also enabling more sustainable and diversified local economies. I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

However, I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

The care and conservation of these public lands is very important to me, truly one of North America's greatest canyon systems worthy of the highest regard. We must conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Cody M. Perry
Project Director
Rig To Flip
PO BOX 882382
Steamboat Springs CO
80488

--
Cody M Perry
Project Director Rig To Flip
9708191610

**Rig to Flip.org**
water  education  awareness

BLM_0127239

| | |
|---|---|
| **From:** | Pfifer, Teresa |
| **To:** | BLM_CO UFO_RMP |
| **Subject:** | Fwd: comment on the Uncompahgre Resource Management Plan |
| **Date:** | Tuesday, November 01, 2016 9:14:35 AM |

---------- Forwarded message ----------
From: **Info, BLM_CO** <blm_co_info@blm.gov>
Date: Tue, Nov 1, 2016 at 6:26 AM
Subject: Fwd: comment on the Uncompahgre Resource Management Plan
To: tpfifer@blm.gov

something for you

---------- Forwarded message ----------
From: **Mary Hertert** <colorcreek49@gmail.com>
Date: Mon, Oct 31, 2016 at 5:02 PM
Subject: comment on the Uncompahgre Resource Management Plan
To: blm_co_info@blm.gov

UFO RMP Project manager.

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

I am a co-organizer of the outdoor meetup group, Western Slope Adventurers with over 400 members. While I do not speak for each individual I do represent the value this group receives from having public lands available to us specifically for hiking and boating. Many of us participate with BLM in annual cleanups on the Gunnison and Colorado Rivers as well as in volunteering to help maintain trails throughout the BLM public lands.

I am also a member of the Colorado Archaeology Association-Grand Junction Chapter which is now the largest chapter in CAS. We are adamantly in support of preserving sensitive cultural habitat as necessary to the historical preservation of human heritage in this area.

It is imperative in this day of advanced motor capabilities that we ramp up protection of sensitive areas as well as maintain our vigilance while ensuring that we do not continue to allow our industrialized selves to overwhelm our need for wild and scenic places. Every step that we give in regards to oil and gas, motorized vehicles in the back country or industrial access to our rivers are steps we will not be able to regain again.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Mary Hertert

929 Crown Ct, Fruita, CO 81521

--
Mary Hertert  (970) 778-5985
Located at 1150 N. 25th St, Grand Junction CO



**www.colorcreekfiberart.com**

--
BLM-COSO-Information Access Center
2850 Youngfield St
Lakewood Co 80215
303-239-3600

BLM_0127241

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jbrink@estreet.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 31, 2016 9:06:18 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

John Brink
1901 Bellaire St.
Denver, CO 80220

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Maria Ferguson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 31, 2016 11:01:25 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Maria Ferguson
2549 Fairfax Street
Denver, CO 80207

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jwest202@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 30, 2016 7:56:12 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Judy West
2015 Hawthorne Ave.
Grand Junction, CO 81506

BLM_0127244

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of cgault@rof.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 30, 2016 10:01:21 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Carol Gault
1028 Kings Row Ave
Carbondale, CO 81623-9691

BLM_0127245

| From: | mailagent@thesoftedge.com on behalf of JanetWyatt@comcast.net |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 28, 2016 4:46:26 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Janet Wyatt
3098 Colorado Ave.
Grand Junction, CO 81504

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of KRelayer@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 28, 2016 2:36:38 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kathryn Christian
960 White Avenue
Grand Junction, CO 81501

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of LeeGelatt@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 28, 2016 2:26:33 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lee Gelatt
320 Country Club Park Rd
Grand Junction, CO 81507

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of cody.perry@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 28, 2016 2:06:36 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Cody Perry
257 Spruce St.
Steamboat Springs, CO 80488

BLM_0127249

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of audubongv@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 28, 2016 2:06:32 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nic Korte
1946 Clover Court
Grand Junction, CO 81506-4172

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of cindyappel19@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Thursday, October 27, 2016 10:16:56 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Cynthia Appel
452 W Scenic Dr
Grand Junction, CO 81507

BLM_0127251

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jfodjm@q.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Thursday, October 27, 2016 3:36:24 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dee Wilson
2117 Hackberry Circle
Longmont, CO 80501

BLM_0127252

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of robertryan7@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 25, 2016 10:36:12 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Robert Ryan
21386 E Wanderlust Pl
Parker, CO 80138-8809

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of elizabeth.a.bossert@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 25, 2016 9:46:11 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Elizabeth Bossert
2225 Witter Gulch Rd.
Evergreen, CO 80439-4503

| From: | mailagent@thesoftedge.com on behalf of russwhite98@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Monday, October 24, 2016 10:11:51 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Russell White
10411 Hyacinth Street
Highlands Ranch, CO 80129

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of zhuey80@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 23, 2016 4:26:13 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Zachariah Huey
4650 West 101st pl.
Westminster, CO 80031

BLM_0127256

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of the.forest.edge@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 23, 2016 3:01:27 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Terra Arden
PO Box 912
Palmer Lake, CO 80133

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Kalulong@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 23, 2016 1:01:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kalu Long
1925 S Rice rd
Ojai, CA 93023

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of lillys999@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 23, 2016 2:35:49 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Liliana Silvano
605 Beth ct
Grand Junction, CO 81504

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of amypearl2000@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 22, 2016 5:06:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Amy F.
2984 S. AKRON ST.
Denver, CO 80231-4630

BLM_0127260

| From: | mailagent@thesoftedge.com on behalf of sjcozzi32@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Saturday, October 22, 2016 12:01:10 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Steven Cozzi
10340 W 44th Ave #2A
Wheat Ridge, CO 80033

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of susan.bassoon.hess@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 21, 2016 9:46:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Susan Hess
499 Tiara Dr.
Grand Junction, CO 81507

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sharynestelle@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 21, 2016 9:21:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sharyn Dreyer
1150 Vine St.
Denver, CO 80206

BLM_0127263

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of dalee@turnkeysolutions.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 21, 2016 12:41:14 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dale Ellis
15851 W 56th Place
Golden, CO 80403

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of emory_kris_aaron@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Wednesday, October 19, 2016 9:56:13 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kris Aaron
1415 Cooper Avenue
Colorado Springs, CO 80907

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of kesullivan@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 21, 2016 12:01:04 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

kristin sullivan
2211 w. mulberry #37
Fort Collins, CO 80521-3259

BLM_0127266

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of djs1414@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Wednesday, October 19, 2016 1:11:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

David Schwartz
719 Mourning Dove Ln
Golden, CO 80401

| From: | mailagent@thesoftedge.com on behalf of kmorrow009@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 21, 2016 12:06:50 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kimberly Morrow
1424 Bellaire St
Denver, CO 80220

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of K B |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Thursday, October 20, 2016 12:41:15 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

K B
123 N/A
CS, CO 80907-7020

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jrh@ecentral.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Thursday, October 20, 2016 4:21:10 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Richard Holman
5670 South Newport Street
Greenwood Village, CO 80111-1712

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of windwalkerarts7@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Thursday, October 20, 2016 7:26:06 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Mrs. J. Moore
box 2653
Glenwood Springs, CO 81601

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sophie.e.bates7@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Wednesday, October 19, 2016 4:56:08 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sophie Bates
6700 Montview Blvd
Denver, CO 80207

BLM_0127272

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of michal.rosenoer@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Thursday, October 20, 2016 10:11:09 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Michal Rosenoer
114 Conejo Place
Durango, CO 81301-5811

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Sara Handy |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Wednesday, October 19, 2016 5:01:08 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sara Handy
11428 W. Radcliffe Drive
Littleton, CO 80127

BLM_0127274

| From: | mailagent@thesoftedge.com on behalf of chriskellkell@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Wednesday, October 19, 2016 2:36:04 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Queen Of Green Christi Kelly
1511 CYPRESS ST
PUEBLO, CO 81004-3440

BLM_0127275

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of veronica.brant@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Wednesday, October 19, 2016 9:26:11 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Veronica Rehné
Kastsjö 5
Gävle, CO 80426

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Virginia Waldron |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Wednesday, October 19, 2016 8:31:27 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Virginia Waldron
2723 6th Ave                          gturtlew@aol.com
Pueblo, CO 81003-1609

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of danpetersen@open-focus.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Wednesday, October 19, 2016 7:31:21 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dan Petersen
15600 Road J
Cortez, CO 81321-9642

| From: | mailagent@thesoftedge.com on behalf of bmayger@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Wednesday, October 19, 2016 7:31:18 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Bonnie Mayger
1221 Meadow Ridge Ct
Loveland, CO 80537

BLM_0127279

| From: | mailagent@thesoftedge.com on behalf of danpetersen@open-focus.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Tuesday, October 18, 2016 10:46:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dan Petersen
15600 Road J
Cortez,, CO 81321

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of stephensilveira@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 9:06:22 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

stephen silveira
279 N. Mesa st
Fruita, CO 81521

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Mark Mountford |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 8:01:35 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Mark Mountford
964 Priscillas Way
Grand Junction, CO 81505-8408

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sharonjunoo@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 5:36:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sharon Adamski
7305 Jellison Street
Arvada, CO 80005-3855

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of angie.unruh@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 4:16:14 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Angie Unruh
1925 S Vaughn Way, #302
Aurora, CO 80014

BLM_0127284

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of elizabeth.a.bossert@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 4:01:12 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Elizabeth Bossert
2225 Witter Gulch Rd.
Evergreen, CO 80439-4503

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of soleil6666@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 11:51:32 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Melissa Kallick
1966 South Locust St
Denver, CO 80224-2321

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of merickson001@regis.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 11:17:04 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Monica Erickson
7035 W 39th Ave
Wheat Ridge, CO 80033

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sophiasady@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 11:06:33 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sophia Sady
215 S Spruce
Telluride, CO 81435

BLM_0127288

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of dhender@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 10:26:26 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Douglas Henderson
312 Arlene Dr
Fort Collins, CO 80521-2166

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of djcardi@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 9:56:32 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Daniel Cardi
2770 Lowell Blvd Unit A
Denver, CO 80211

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of clp484@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 8:56:28 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Louise Parker
2412 Valley Forge Ave.
Fort Collins, CO 80526-5834

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of gwyddon33@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 6:31:13 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Shelley Kilbon
4575 Keota Pl
Loveland, CO 80538

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Rocktherevolution@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Tuesday, October 18, 2016 12:11:49 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Beth Engelman
5100 Leetsdale dr
Denver, CO 80246-8122

BLM_0127293

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of trina_seefeldt@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 10:21:22 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

trina seefeldt
1185 glencoe st
denver, CO 80220

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jimarensen@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 9:46:18 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

James Arensen
3042 Blackhawk st.
Aurora, CO 80011-2218

BLM_0127295

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mizkate52@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 9:01:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kathryn Rose
2749 N Lafayette St.
Denver, CO 80205-4448

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Robin.alexandra1@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 8:01:14 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Robin Boone
Pick box 1542
Carbondale , CO 81623

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of lily_board@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 7:21:14 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lily Board
508 Sunset Drive
Louisville, CO 80027

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of t_schimberg@fsf-law.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 6:41:13 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tim Schimberg
1640 Grant
Denver, CO 80203-1626

**From:** mailagent@thesoftedge.com on behalf of patti.wermeling@colostate.edu
**To:** uformp@blm.gov
**Subject:** Uncompahgre Resource Management Plan Comment
**Date:** Monday, October 17, 2016 5:46:07 PM

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Patti Wermeling
3945 Landings Dr, Unit F-1
Fort Collins, CO 80525

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of ggfarwell@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 5:26:27 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Geralyn Farwell
5135 Hopner Court
Colorado Springs, CO 80919

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Hooray@ccvnet.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 4:26:22 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ray Bernhardt
PO Box 247
Divide, CO 80814-0247

BLM_0127302

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of rainbowfrogred@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 4:16:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Charmaine Webb
2070 Lima Street
Aurora, CO 80010

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Jonesma04@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 3:46:35 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Mary Ann Jones
810 N Camino Santiago 58
Tucson, AZ 85745-2274

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jkkepner@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 3:31:31 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

JK Hamman
7245 Ranger Drive
Fort Collins, CO 80526-9616

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of barnetts73@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 2:16:49 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Scott Barnett
N/A
N/A, CO 80210

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of princesssaturn14@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 12:26:35 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Mary Cleator
Midland ave
Glenwood Springs, CO 81601

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of wintermead@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 12:06:22 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Winter Mead
322 Scott St
San Francisco, CA 94117

BLM_0127308

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of elizabethhall2@centura.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 11:01:56 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ryan Hall
631 Blue Heron Way
Highlands Ranch, CO 80129-6970

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of samichaux@garfield-county.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 10:51:22 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Susie Amichaux
0163 County Rd 132
Glenwood Springs, CO 81601-5522

BLM_0127310

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Chriljung@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 10:11:28 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Christina Ljungvall
1195 pike st
Golden , CO 80204

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of michaels.cynthia@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 10:11:23 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Cynthia Michaels
10180 Lefthand Canyon Drive
Jamestown, CO 80455

BLM_0127312

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of scissorsgj@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 9:41:41 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kenneth Scissors
1225 Chipeta Avenue
Grand Junction, CO 81501-4435

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jbdenham@centurylink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 9:36:43 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Judith Denham
5224 Cody St
Arvada, CO 80002-3428

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of white.oleander03@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 9:11:26 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Meg Smeltzer Miller
605 Cooper Avenue
Colorado Springs, CO 80905

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of harry@theclimatemobilization.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 8:26:26 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Harry Gregory
18434 E. Belleview Lane
Centennial, CO 80015-2340

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jameycrawford999@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 7:56:20 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jamey Crawford
2000 E. 12th Ave. #44
Denver, CO 80206-2824

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of yashalong@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 3:01:22 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Yasha Long
1925 S Rice Rd
Ojai, CA 93023

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sackheim@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Monday, October 17, 2016 12:46:14 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jonathan Sackheim
1384 Glen Ct.
Boulder, CO 80305

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of dradjust@sopris.net |
| **To:** | uformrp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 8:56:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tom Lankering
PO Box 3138
Basalt, CO 81621

BLM_0127320

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of judyboone1@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 8:11:10 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Judy Boone
13626 E. Bates Ave.
Aurora, CO 80014

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of dstrand@telluridemtnschool.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 8:06:15 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Danita Strand
302 Adams Ranch Rd
Telluride, CO 81435

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of lisaalleecnm@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 7:21:12 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lisa Allee
14493 Road 31
Mancos, CO 81328

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mjharman1@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 5:51:30 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Michael Harman
9195 E Lehigh Ave, Apt 129
Denver, CO 80237

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of beckstik@sopris.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 5:41:14 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

John Stickney
76 Seven Oaks Road
Carbondale, CO 81623-9430

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of tazzannie@q.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 5:01:28 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ann Nowicki
1453 N Dailey bdr
Pueblo West, CO 81007

BLM_0127326

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sara Lefsyk |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 4:51:28 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

sara Lefsyk
1001 willow pl.
Lafayette, CO 80026-1120

| From: | mailagent@thesoftedge.com on behalf of billbarbhill@msn.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Sunday, October 16, 2016 3:51:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

barbara hill
2935 el torro rd
grand junction, CO 81503

BLM_0127328

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of martinlpool@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 3:31:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Martin Pool
2928 Holly Ave # 403
Durango , CO 81301

| From: | mailagent@thesoftedge.com on behalf of jth815@earthlink.net |
| --- | --- |
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Sunday, October 16, 2016 1:21:18 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Joseph Hayes
185 Rainbow Dr
Grand Junction, CO 81503

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Rbrisoce89@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 1:21:18 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Rochelle Briscoe
861 Cherry St., Unit 24
Denver, CO 80220

BLM_0127331

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of crullestad@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 12:46:22 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Curtis Rullestad
999 East 22nd Ave. #%
Denver, CO 80205-5167

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of maplestreet@rkymtnhi.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 12:21:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

George Davis
PO Box 134
Hot Sulphur Springs, CO 80451-0134

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jwb1989@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 12:16:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Joanna Brown
PO Box 2394
Telluride, CO 81435

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of nriedt@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 11:46:16 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nikki Riedt
4155 Quitman St.
Denver, CO 80212-2127

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sosib@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 11:26:16 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sosi B
1 w 6th ave
golden, CO 80401

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of kenconserv@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 11:01:20 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ken Goldsmith
710 Independence Pl Unit 503
Raleigh, NC 27603-1860

BLM_0127337

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of tmglasser@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 10:06:18 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tanya Glasser
106 Aline St
Louisville, CO 80027-2110

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jeffreydkramer@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 9:16:14 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jeffrey Kramer
209 Mohawk Cir
Superior, CO 80027-8604

| From: | mailagent@thesoftedge.com on behalf of Dformell@hotmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Sunday, October 16, 2016 8:31:12 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Donna Formell
34634 Powell Mesa rd
Hotchkiss , CO 81419

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of samhodges5@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 8:16:18 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sam Hodges
1221 University Ave
Fort Collins, CO 80521-4546

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of cjayne49@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 6:21:12 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Catherine Jayne
5418 Trenton St
Denver, CO 80238-3822

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jamesavallejos1@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Sunday, October 16, 2016 4:16:27 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

James A Vallejos
2044 Havana St.
Aurora, CO 80010

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of debichernak@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 11:36:07 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Debi Chernak
25523 N. Turkey Creek Rd
Evergreen, CO 80439