| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of fisherfish62@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 11:16:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Eugene Roach
531 Washington St
Denver, CO 80203-3811

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of broearnold@rkymtnhi.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 11:11:11 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Rebecca Arnold
344 CR #522
Tabernash, CO 80478

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jrutiglia@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 10:31:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Janet Rutigliano
PO Box 3213
Basalt, CO 81621

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of dianeoutwest@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:26:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Diane Kristoff
2414 Quay street
Evans, CO 80620-9580

BLM_0127348

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Sandra M Zwingelberg |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:26:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sandra M Zwingelberg
782 S Lincoln St
Denver, CO 80209

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of dianeoutwest@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:26:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Diane Kristoff
2414 Quay street
Evans, CO 80620

BLM_0127350

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mikowparker@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:16:26 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Katherine Parker
6866 Countryside Ln.
Niwot, CO 80503-7047

BLM_0127351

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of deborah.paulson@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:11:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Deborah Paulson
7852 CR 203
Durango, CO 81301

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of alfini@ecentral.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 8:46:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

lorraine alfini
828 cook st
denver, CO 80206

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of gibson.judith@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 8:36:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Judith Gibson
Verde Lakes Drive
Camp Verde, AZ 86322

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of grant.r.stevens@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 8:31:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Grant Stevens
2030 East 11th Ave., Apt. 307
Denver, CO 80206-2820

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of tomstiles@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 8:16:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tom Stiles
0301 Slopeside Ln.
Snowmass Village, CO 81615-6983

BLM_0127356

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of bjjlovland@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 7:21:18 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Rebecca Jay
1008 So. County Rd. 23E
Loveland, CO 80537

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of donna_slack@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 6:21:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Donna Marie Slack
3609 Capulin Dr.
Loveland, CO 80538

BLM_0127358

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of pgtreasure54@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 6:21:16 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Peter Treasure
2909 1/2 sandra ave
grand junction, CO 81504

BLM_0127359

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of LisaJo Laptad |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 6:11:16 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

LisaJo Laptad
1613 Carmel Dr.
Colorado Springs, CO 80910-1547

BLM_0127360

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of nathaniel.huey@colorado.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 5:36:15 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nathaniel Huey
4650 W. 101st. Pl.
Westminster, CO 80031-2520

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of colobrien@bajabb.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 5:16:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lee O'Brien
2021 Bingham Ln
Fort Collins, CO 80521

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of tpoyezd@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 5:11:15 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Todd Poyezdala
405 Main St., PO Box 1221
Erie, CO 80516-1221

BLM_0127363

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jseifer16@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 4:11:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jonah Seifer
415 E Bijou St, Upper
Colorado Springs, CO 80903

BLM_0127364

| From: | mailagent@thesoftedge.com on behalf of be2a9ver@msu.edu |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Saturday, October 15, 2016 4:01:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Donald Beaver
26 Poorwill Lane P. O. BOX 253
Laporte, CO 80535

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Nancy Hartman |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 2:21:18 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nancy Hartman
2514 Evans Ave
Louisville, CO 80027

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of k_schryver@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 2:06:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kathleen Lough
17603 Buckhorn Rd
Bellvue, CO 80512

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of austinrebeccaweiss@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 1:41:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Rebecca Weiss
922 S Mill St Unit A
Aspen, CO 81611

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of creature@sopris.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 1:26:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Deborah Bradford
P.O.Box 4856
Aspen, CO 81612

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jfandrus57@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 12:21:11 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

James Andrus
417 South Cedar Street, Apartment 30
Cortez, CO 81321

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Steve Latsch |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 11:26:14 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Steve Latsch
6513 S Potomac Ct
Englewood, CO 80111

BLM_0127371

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Tomgetts@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 11:21:14 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tom Getts
11185 Road 38.5
Mancos, CO 81328

BLM_0127372

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of michelle shinn |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 10:56:12 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

michelle shinn
45 skyline drive
Wheat Ridge, CO 80215-6633

BLM_0127373

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of arobinsong@paonia.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 10:26:10 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Andrea Robinsong
po box 745, 599 woods rd.
Hotchkiss, CO 81419

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of richcraft30@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:46:23 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

peggy richardson
4340 whitney pl
boulder, CO 80305

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of b.sudermann@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:36:22 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Barbara Sudermann
2557 So. Dover
Lakewood, CO 80227

BLM_0127376

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of n_hershey@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:11:26 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nate Hershey
42 Galapago St.
Denver, CO 80223

BLM_0127377

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of rwboyer77@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:11:23 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Robert Boyer
3872 Palmer Ridge Dr
Parker, CO 80134

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of annhop@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:06:29 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

ann hopkinson
95 wildwood lane
glenwood springs, CO 81601

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jennaleighharris@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:06:28 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jenna Harris
3039 Royale Elk Way
Evergreen, CO 80439

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Ellen Woodbury |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 9:06:29 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ellen Woodbury
826 S. Buckeye Drive
Loveland, CO 80537-8010

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of hollypetitt@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 8:56:21 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Holly Petitt
235 Hopkins Court
Loveland, CO 80537

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of tomoken@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 8:31:24 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tom Oken
463 Meadow Rd
Snowmass Village, CO 81615

BLM_0127383

| From: | mailagent@thesoftedge.com on behalf of lindahartneythompson@gmail.com |
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Saturday, October 15, 2016 8:11:23 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Linda Thompson
58462 Jasmine Road
Montrose, CO 81403-8974

| From: | mailagent@thesoftedge.com on behalf of X-fund@bresnan.net |
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Saturday, October 15, 2016 8:06:26 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Denise Vollmar
3145 B Rd
Grand Junction, CO 81503

BLM_0127385

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of t__wheeler@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 8:01:24 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tim Wheeler
189 Verde Lane
Durango, CO 81301

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Girlwiththemarkers@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 7:56:24 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Brandi Ross
727 w cucharras st
Colorado springs, CO 80905

BLM_0127387

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Jessica Folger |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 7:31:24 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jessica Folger
PO Box 23
Bellvue, CO 80512-0023

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Dolores O"Connor |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 6:01:20 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dolores O'Connor
3129 W. 134th Place
Broomfield, CO 80020

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of shellyb@televiso.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 5:41:21 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Michele Barnard
811 E Geneseo St
Lafayette, CO 80026

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of gregcbraun@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 5:41:20 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Greg Braun
20 south boulder circle
Boulder, CO 80303

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mkulpa225@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 2:31:12 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Michael Kulpa
1530 Glacier Avenue
Berthoud, CO 80513

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of rmmcgeologist@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 1:01:10 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Patti Herring
7048 S Blue Creek Road
Evergreen, CO 80439-6306

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of kratsl@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 12:51:15 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lee Stark
1811 s salida cir
Aurora, CO 80017-5210

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of katesails@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Saturday, October 15, 2016 12:31:16 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kate Holland
11185 E Alameda Ave, 208
Aurora, CO 80012

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of satchel0311@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:11:12 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kathleen Duffus
264 Wildsong Rd.
Bellvue, CO 80512-8115

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of kmilliken55@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:01:16 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Karen Milliken
5540 Annadale trail
Elizabeth, CO 80107

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of bcruder@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:26:09 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Robert Cruder
PO Box 937
Elizabeth, CO 80107

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sdopher27@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:11:09 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

sandra dopher
1635 barres st
strasburg, CO 80136

BLM_0127399

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of berniedahl@mac.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:06:09 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Bernie Dahlen
504 Aspen Place
Evergreen, CO 80439

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Karen Larsen |
| **To:** | uformrp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:01:25 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Karen Larsen
6857 S. Bannock St.
Littleton, CO 80120

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of catdragon415@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 9:41:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sherry Quinn
2317 Langholm Dr
Colorado Springs, CO 80920-5324

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of John Beach |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 9:41:22 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

John Beach
2021 32nd St
Greeley, CO 80631-8742

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of brucecutts13@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 9:36:29 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Bruce Cutts
2327 West 16th Street, Apt #305
Greeley, CO 80634

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of kaworkman60@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 9:26:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Karen Workman
756 S Chambers. RD, L-101
Aurora, CO 80017-6623

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of katslaughter@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 9:26:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kathleen Slaughter
2990 1/2 RED WILLOW DR
Grand Junction, CO 81504-8648

BLM_0127406

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of bestopnewf@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 9:21:22 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Susan Burns
3630 w pikes peak ave
Colorado Springs, CO 80904-1930

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of marie_desjardin@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 9:16:27 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Marie DesJardin
9917 Grove Way Unit B
Westminster, CO 80031-7906

BLM_0127408

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of JOYwSCHULTZ@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 9:06:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

joy Schultz
532 W Crestline Circle
LIttleton, CO 80120

BLM_0127409

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of C.arp@mac.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 9:01:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

crystal Arp
4479 w ponds cir
Littleton, CO 80123-6523

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mtnjan38@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 8:06:25 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jan Aitken
46 Creek Trail
Evergreen, CO 80439

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of catdoz@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:36:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dee Jolley
3010 Hudson St
Colorado Springs, CO 80910-2941

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of redj33nib@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:31:26 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

J Niblack
19510 Crows Nest Way
Monument, CO 80132

BLM_0127413

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Elaine Campbell |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:31:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Elaine Campbell
9019 William Cody Dr
Evergreen, CO 80439

BLM_0127414

| **From:** | mailagent@thesoftedge.com on behalf of Randall4@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:01:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Randall Rose
1790 West Mosier Place Apt 605
Denver, CO 80223-3053

BLM_0127415

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of elizabethsnow9@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 6:26:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Elizabeth Snow
610 S. Alcott St.
Denver, CO 80219

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of dougiemacd67@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 6:11:18 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Norman Traum
4500 19th St #576
Boulder, CO 80304-0665

BLM_0127417

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mail@dawnharvey.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 6:01:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dawn Harvey
10076 Cairns Court, .
Highlands Ranch, CO 80130

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mendezj@hawaii.edu |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 6:01:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Javier Mendez
1326B Alewa Dr.
Honolulu, HI 96817-1200

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of EDWARD MRKVICKA |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 5:51:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

EDWARD MRKVICKA
6322 URBAN COURT
Arvada, CO 80004-4028

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jason.j.hatfield@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 5:26:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jason Hatfield
986 Garden Dr
Highlands Ranch, CO 80126

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of larry704@sopris.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 5:21:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lawrence Ribnick
38741 Indian Head Lane
Crawford, CO 81415

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of field37@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 5:21:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Brian Field
10040 Raritan Way
Thornton, CO 80260

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of elliot.tim.clymer@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 5:11:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

elliot clymer
2120 Federal blvd
Denver, CO 80211

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Jace Boyer |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 5:11:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jace Boyer
4530 Templeton Park Cr
Colorado Springs, CO 80917

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jan@butterflyvisions.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 5:01:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jan Wright
13602 Road 33.6
Mancos, CO 81328

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of pangelino@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 5:01:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Paul Angelino
2391 Braun Dr
Golden, CO 80401-2137

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of swood@frii.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 4:51:22 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sam Wood
2307 Stepping Stones Way
Colorado Springs, CO 80904-2756

BLM_0127428

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of KRelayer@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 4:51:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kathryn Christian
960 White Avenue
Grand Junction, CO 81501

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of zuboyjarett@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 4:51:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jarett Zuboy
400 Entrada Dr.
Golden, CO 80401

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of bevwalter@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 4:26:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Beverly Walter
342 MESA VIEW WAY
Golden, CO 80403

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of kklampke@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 4:21:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Karen Lampke
3307 Kittery Court
Fort Collins, CO 80526-2358

BLM_0127432

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Waskaworld@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 4:06:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Waska Lamb
158 paridise cove
Malibu , CA 90265

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of ellenjf@q.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 4:01:25 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ellen Johnson-Fay
2426 W. Platte Ave.
Colorado Springs, CO 80904

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of robertmsmith@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 4:01:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Robert Smith
2241 Tyrrhenian Dr
Longmont, CO 80504-9008

BLM_0127435

**From:** mailagent@thesoftedge.com on behalf of Mark Thomas
**To:** uformp@blm.gov
**Subject:** Uncompahgre Resource Management Plan Comment
**Date:** Friday, October 14, 2016 3:51:19 PM

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Mark Thomas
6036 S. Valleyview St
Littleton, CO 80120

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of DiPirro.carrie@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 3:46:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Carrie DiPirro
28118 Meadow Drive
Evergreen, CO 80439

| From: | mailagent@thesoftedge.com on behalf of nancy.kellogg@comcast.net |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 3:41:16 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nancy Kellogg
2944 Tincup Circle
Boulder, CO 80305-7182

BLM_0127438

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of csmall103@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 3:36:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Cynthia Small
918 Cottonwood Circle
Golden, CO 80401-1730

| **From:** | mailagent@thesoftedge.com on behalf of trolofson@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 3:36:16 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tom Rolofson
71 Marland Place
Colorado Springs, CO 80906

BLM_0127440

**From:** mailagent@thesoftedge.com on behalf of Dea Smith
**To:** uformp@blm.gov
**Subject:** Uncompahgre Resource Management Plan Comment
**Date:** Friday, October 14, 2016 3:31:26 PM

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dea Smith
Hyde Dr.
Loveland, CO 80538

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of WILDERY@GMAIL.COM |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 3:31:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

YVONNE WILDER
2741 S Golden Way
Denver, CO 80227

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of nrsouth@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 3:21:11 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nathan South
1157 S. Williams Street
Denver, CO 80210

BLM_0127443

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Dale Goodin |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:56:25 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dale Goodin
10893 W Dartmouth Ave
Lakewood, CO 80227

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of craigholliday@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:51:41 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

craig holliday
99 lazy pine dr
Durango, CO 81303-7552

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of speedandspeed@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:51:14 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Janice Speed
5610 Jarman St
Colorado Springs, CO 80906

BLM_0127446

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Ricki Newman |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:51:10 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ricki Newman
617 Prince Dr.
Newburgh, IN 47630

BLM_0127447

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of trresley@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:46:29 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Terri Resley
3712 Oakwood Dr
Longmont, CO 80503-7510

BLM_0127448

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of ashleymmillman@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:31:28 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ashley Millman
9290 Upham Way
Broomfield, CO 80021-5608

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Emarianne@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:31:28 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Marianne Elam
7485 Rainbow Creek Road
Sedalia, CO 80135-8973

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of kmcunnin@juno.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:31:26 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kirkwood Cunningham
977 7th St
Boulder, CO 80302-7101

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of eluvpurple@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:31:08 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Elaine Brunson
13471 County Road 39
Platteville, CO 80651-8208

CRITICAL

| From: | mailagent@thesoftedge.com on behalf of victoria.brooke@gmail.com |
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 2:26:10 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Victoria Coberly
12814 Jasmine St, Unit B
Thornton, CO 80602

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of dsweeney1869@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:21:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dan Sweeney
2354 Pine Tree Lane
Evergreen, CO 80439-8979

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of stevemacdonald@mac.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:16:28 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Steve MacDonald
4701 Otis Street
Wheat Ridge, CO 80033-3602