| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of danmurraybv@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:16:27 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dan Murray
115 Windwalker Rd
Biena Vista, CO 81211

BLM_0127456

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of hem@ecentral.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:11:31 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Harriet Mullaney
2332 Glencoe Street
Denver, CO 80207

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jim.beard@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:11:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

James Beard
2731 Sunset Ln
Estes Park, CO 80517-7026

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Nglambert01@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:06:32 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nancy Lambert
17550 E Hinsdale Ave
Aurora, CO 80016-1619

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of trainco5@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 2:06:31 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Donald Daeke
7343 S Fillmore Circle
Centennial, CO 89122

BLM_0127460

**From:** mailagent@thesoftedge.com on behalf of grace@conservationco.org
**To:** uformp@blm.gov
**Subject:** Uncompahgre Resource Management Plan Comment
**Date:** Friday, October 14, 2016 2:01:27 PM

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Grace Randazzo
1536 Wynkoop St Suite 510
Denver, CO 80202-1245

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of tdalessio@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:56:30 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Traci D'Alessio
1409 Winfield Avenue
Colorado Springs, CO 80906

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sawatchme@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:56:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Rob Dillon
314 W 8th St
Leadville, CO 80461

BLM_0127463

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of wendy@outsideshore.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:51:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Wendy Fopeano
3585 Quay Street
Wheat Ridge, CO 80033

BLM_0127464

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Stormyacres@esrta.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:51:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Deborah  Nanney
4020 Hwy 79
Bennett, CO 80102

BLM_0127465

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mebnprm@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:46:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Philip Maloney
4900 Franklin Drive
Boulder, CO 80301-5484

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of lisha_doucet@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:43:57 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lisha Doucet
8525 Citation Dr
Wellington, CO 80549

BLM_0127467

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of spamget@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:41:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Brad Jolly
15355 Gadsden Dr.
Brighton, CO 80603

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of ksfissinger@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:36:20 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kaye Fissinger
2199 Creekside Drive
Longmont, CO 80504-7337

BLM_0127469

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of grandad77@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:31:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jon Rogers
3932 Azalea St
Colorado Springs, CO 80907-4502

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of L.schultzburrey@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:31:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Luke  Schultz-Burrey
5887 W 38th Ave
Wheat Ridge , CO 80212

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Laurie Hedtke |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:26:25 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Laurie Hedtke
5141 S Meade St
Littleton, CO 80123-1756

BLM_0127472

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of thielem@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:26:17 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Martin Thiele
3329 Hickok Pl.
Boulder, CO 80301

BLM_0127473

| From: | mailagent@thesoftedge.com on behalf of mrmarquar@msn.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 1:21:28 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Michael Marquardt
580 Reeder Mesa Rd
Whitewater, CO 81527-9515

BLM_0127474

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of debrodis@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:16:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Denae b
3481 S. Fenton St.
Denver, CO 80227

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of 8racquet@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:16:24 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kay Thomas
3913 Promontory Ct.
Boulder, CO 80304

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jballet@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:16:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Janet Gould
POB 4618
Woodland Park, CO 80866-4618

BLM_0127477

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of shanahelps@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:06:23 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

shana boutte'
4125 aurora ave
boulder, CO 80303-2539

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jostrom@lindseyfam.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:06:21 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jacquie Ostrom
1603 Sunrise Lane
Colorado Springs, CO 80906

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of skydyv1@excite.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:06:19 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Patricia O'Donoghue
2704 W. 100th Dr.
Federal Heights, CO 80260

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of camarofox24@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 1:06:18 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nicole Shaffer
4377 Teeter Totter Cir
Colorado Springs, CO 80917

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of craigholliday@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:56:15 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

craig holliday
99 lazy pine dr
Durango, CO 81303-7552

BLM_0127482

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Donna Finicle |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:46:39 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Donna Finicle
165 Vaquero Senda
Woodland Park, CO 80863

BLM_0127483

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of aaron.kerwin@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:46:36 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Aaron Kerwin
3306 S Kittredge St.
Aurora, CO 80013

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of ohiminheaven@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:46:29 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jesse  Overton
2955 East Peak view Avenue
Centennial, CO 80121

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jcscms@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:42:37 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

John Shepherd
2160 Dartmouth
Boulder, CO 80305

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of lauriecassidy@contemplativenetwork.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:41:29 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Laurie Cassidy
2580 North Highway 67
Sedalia, CO 80135

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of fmbreads@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:41:29 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Fionna Bright
2233 Marshfield Lane
Fort Collins, CO 80524

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of myleemk@icloud.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:41:07 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Mylee Khristoforov
2181 S. Trenton Way
Denver, CO 80231

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of normdeet@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:36:28 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Norman TEMPEL
1479 NARCISSUS DR, N
Estes Park, CO 80517-8551

BLM_0127490

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of trfutureone@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:36:13 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Thomas Roche
8915 Brentwood St.
Wheat Ridge, CO 80033

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of schweri_mm@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:31:42 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

M. Schwartz
PO Box 48
Silverthorne, CO 80498

**From:** mailagent@thesoftedge.com on behalf of dklagreca@gmail.com
**To:** uformp@blm.gov
**Subject:** Uncompahgre Resource Management Plan Comment
**Date:** Friday, October 14, 2016 12:26:39 PM

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

David LaGreca
2346 Rattlesnake Court
Grand Junction, CO 81507

| **From:** | mailagent@thesoftedge.com on behalf of randyr@indra.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:26:26 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Randy Rolen
814 Sunshine Canyon Dr
Boulder, CO 80302-9727

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of achance1@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:21:28 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Christopher St. John
7944 Chase Cir. 115
Arvada, CO 80003

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of corinneplatt@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:16:29 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Corinne Platt
906 Granite Ave
Ophir, CO 81426

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of esjq@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:16:28 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Elisa Townshend
1385 Elizabeth St.
Denver, CO 80206-2308

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of michele0526@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:16:26 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

michele page
655 s pennsylvania
Denver, CO 80209-4113

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of esk.rojas@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:16:26 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Eileen Rojas, Ph.D.
1358 Washburn St
Erie, CO 80516

**From:**       mailagent@thesoftedge.com on behalf of Lindsaytoole@icloud.com
**To:**         uformp@blm.gov
**Subject:**    Uncompahgre Resource Management Plan Comment
**Date:**       Friday, October 14, 2016 12:16:25 PM

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lindsay Toole
418 S York st
Denver, CO 80209

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of christiechale@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:11:36 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Christie Hale
P.O. Box 21143
Denver, CO 80221

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of tgomoll@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:11:33 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Terry Gomoll
5471 Hunter Ct
Windsor, CO 80528-9392

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Dianne Alpern |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:11:25 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Dianne Alpern
4318 Eldorado Springs Drive
Boulder, CO 80303

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of asl@sopris.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:06:31 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nina Dunn
372 Hawk Lane
Basalt, CO 81621-9788

BLM_0127504

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of D. Spaulding |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:01:45 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

D. Spaulding
2506 Pear Court
Fort Collins, CO 80521

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of suebenham@live.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:01:29 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

susan benham
12675 E Pacific Cir, #B
aurora, CO 80014

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of ross_douglas@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 12:01:29 PM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ross Douglas
640 E 31st St
Durango, CO 81301

| From: | mailagent@thesoftedge.com on behalf of Jennifer Lyon |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 11:56:32 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jennifer Lyon
9812 Blue Star Dr.
Parker, CO 80138-7834

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Cindi Kestrel |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:56:32 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Cindi Kestrel
cindikestrel@aol.com
Loveland, CO 80538

BLM_0127509

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of vampirepoet@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:56:28 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Bradley Richardson
1212 Cavan St
Boulder, CO 80303

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of katharine.strelitz@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:56:26 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Katharin Arvidson
5013 West 35th Ave Unit B
Denver, CO 80212

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of photogcam@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:51:40 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Chris Moore
2126 S Josephine St
Denver, CO 80210

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Sandyspeicher@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:46:28 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sandra Speicher
5888 CR 7
Weston, CO 81091-9525

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Latrisa Mannion |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:46:23 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Latrisa Mannion
3038 Cloverdale Ct
Grand Junction, CO 81506

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of swilson@bigelkstudios.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:41:45 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

susan Wilson
1186 w 98 th ave
Northglenn, CO 80260-5620

BLM_0127515

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mtbac.annie@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:41:23 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Barbara Crittendon
3280 S Academy Blvd
Colorado Springs, CO 80916

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of pstrelitz@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:31:45 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Paul Strelitz
9835 Prominent Peak Heights Apt 4105
Colorado Springs, CO 80924

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Shannon Milhaupt |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:31:39 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Shannon Milhaupt
3139 W 40th Ave
Denver, CO 80211-2008

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of bob.yuhnke@outlook.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:31:26 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Bob Yuhnke
4050 SE Hosner Terrace
Gresham, OR 97080

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of phipps@wispertel.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:26:21 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

G. Phipps
County Road 99
Black Hawk, CO 80422-4728

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of soprismary@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:26:19 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

mary ellen woertz
112 Virginia
Glenwood Springs, CO 81601

| From: | mailagent@thesoftedge.com on behalf of nahumke@comcast.net |
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 11:21:25 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Norman Humke
1260 Caldera Drive
Colorado Springs, CO 80904

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of rontorretta@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:21:22 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ron Torretta
200 Centner Court
Canon City, CO 81212

**From:**  mailagent@thesoftedge.com on behalf of juliannevb@gmail.com
**To:**  uformp@blm.gov
**Subject:**  Uncompahgre Resource Management Plan Comment
**Date:**  Friday, October 14, 2016 11:21:17 AM

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Julie Van Buskirk
PO Box 1571
Dolores, CO 81328

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of emoore@zianet.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:16:27 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Ellen Moore
2904 Kaylee Ct.
Grand Junction, CO 81504

BLM_0127525

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of coleadam21@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:11:32 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Cole Adam
191 Clayton Ln
Denver, CO 80206

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jim@starrattorneys.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:11:31 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jim Starr
P.O. 1148
Crested Butte, CO 81224

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Kerimerriman@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:11:26 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Keri Merriman
5044 s. Youngfield ct.
Morrison, CO 80465-1646

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of katelleh101@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:06:42 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kate Hein
8219 Homestake Road
Larkspur, CO 80118

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of smartinez0407@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 11:06:30 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sandra Martinez
555 E 10TH AVE, 513
Denver, CO 80203-3266

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Kathleen Doyle |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:56:15 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kathleen Doyle
607 Cascade Drive
Golden, CO 80403-1583

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of climes35988@mypacks.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:51:47 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kathy Erbacher
15180 6125 Rd
Montrose, CO 81403-9661

| From: | mailagent@thesoftedge.com on behalf of songmaiden420@gmail.com |
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 10:51:38 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Rebecca  white
4400 s Quebec St x103
Denver , CO 80237

| From: | mailagent@thesoftedge.com on behalf of chrisjustincase@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 10:51:28 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Christopher Case
8051 Meadowdale Square
Niwot, CO 80503

BLM_0127534

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of edormary@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:49:39 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

William Lewis
15493 E. Milan Drive
Aurora, CO 80013-2517

BLM_0127535

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of deborah@ixpower.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:46:41 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Deborah Deal
P.O. Box 16999
Golden, CO 80402-6016

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of nanhunt3@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:46:22 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nancy Hunt
1495 Serene Drive
Erie, CO 80516-2444

| From: | mailagent@thesoftedge.com on behalf of dolphin@vail.net |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 10:36:41 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Richard Dennison
3463 F 3/4 Rd.
Clifton, CO 81520

BLM_0127538

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mossj555@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:36:31 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

John Moss
2687 W. Water ave.
Denver, CO 80219

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of nzeilig@earthlink.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:32:07 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nancy Zeilig Lively
1595 South Hudson St.
Denver, CO 80222

**From:** mailagent@thesoftedge.com on behalf of gderussy@gmail.com
**To:** uformp@blm.gov
**Subject:** Uncompahgre Resource Management Plan Comment
**Date:** Friday, October 14, 2016 10:31:46 AM

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Glenn DeRussy
23084 Pinecrest Rd
Golden, CO 80401-9564

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jym157@icloud.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:31:43 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

James Thrailkill
426 Martin St
Longmont, CO 80501-5662

BLM_0127542

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of bettyfryman@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:31:34 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Elizabeth Fryman
10200 Park Meadows Dr #3212
Lone Tree, CO 80124

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jayhaygood@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:31:33 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jay Haygood
112 Mineral Springs Circle
Parachute, CO 81635-9583

BLM_0127544

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of sheerobin@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:27:05 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

shelby robinson
2944 Dean Dr.
Ft. Collins, CO 80521

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of jabbey81@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:26:34 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Jim Abbey
139 Pauls road
Evergreen, CO 80439-4306

BLM_0127546

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Helvaman@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:26:30 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Charles Dunn
1189 S Newland St
Lakewood, CO 80232

BLM_0127547

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of tleighdesign@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:26:28 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tracy Leigh
PO Box 561
Winter Park, CO 80482

BLM_0127548

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of coloradohikers@msn.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:26:25 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Sharon Hale
1361 Lily Lake Drive
Colorado Springs, CO 80921

BLM_0127549

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of DragonloverB7@icloud.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:26:24 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Brianna Brennan
1989 Wild Star Way
Castle Rock, CO 80104-7505

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of kwi742@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:21:42 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Tanya Arguello
41 S. Eaton St.
Lakewood, CO 80226-2328

BLM_0127551

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of TrailRidgePhotography@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:21:36 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Robert Hull
POBox 132
Grand Lake, CO 80447

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of christhisguy@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:21:23 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Chris Evans
320 Hemlock
Broomfield, CO 80020

BLM_0127553

| From: | mailagent@thesoftedge.com on behalf of ftalker@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 10:11:47 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

F Meek
PO Box 773510
Steamboat Springs, CO 80477-3510

BLM_0127554

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of mark.houdashelt@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:11:41 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Mark Houdashelt
429 Lyons St.
Fort Collins, CO 80521

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of ceuleers@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:11:27 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lynn Ceuleers
433 Alton Way
Denver, CO 80230

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of cleoag1@icloud.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:11:21 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Cleo Andersen-Green
2985 Aurora Ave.
Boulder, CO 80303-7719

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of James Senger Jr |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:11:19 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

James Senger Jr
1055 County Road 500
Bayfield, CO 81122

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of C. T. |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:06:58 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

C. T.
Lone Tree
Lone Tree, CO 80124-9799

BLM_0127559

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of depswan@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:06:52 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

tracey swanson
Neal ranch
Colorado Springs , CO 80906

BLM_0127560

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of kayla.fratt@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:06:34 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Kayla Fratt
715 Osceola St
Denver, CO 80204

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of todd@everythingtouches.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:06:29 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Todd Warnke
922 Oakwood Dr
Castle Rock, CO 80104-1633

BLM_0127562

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Robert Johnson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:06:26 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Robert Johnson
790 Washington St., #1103
Denver, CO 80203

| From: | mailagent@thesoftedge.com on behalf of hile.connor@gmail.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 10:02:21 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Connor Hile
2300 S Rock Creek Pkwy, 30-103
Superior, CO 80027-4418

**From:** mailagent@thesoftedge.com on behalf of reson8tor@mac.com
**To:** uformp@blm.gov
**Subject:** Uncompahgre Resource Management Plan Comment
**Date:** Friday, October 14, 2016 10:02:17 AM

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Chris McCarty
3465 S Gaylord Ct.
Englewood, CO 80113

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of cadoann@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 10:01:55 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Carol Johnson
9456 W Wagon Trail Circle
Littleton, CO 80123-1968