| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of redyork@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:16:19 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

RedLion York
2001 Creekwood Drive
Fort Collins, CO 80525-1329

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of coachb49@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:11:37 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

mike brown
2325 west fox park st
montrose, CO 81401

BLM_0127790

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of 88racegirl@comcast.net |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:11:36 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

DeRie Hefter
5216 Sage Brush St
Brighton , CO 80601

| From: | mailagent@thesoftedge.com on behalf of Ngaetealtamirano@gmail.com |
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 7:11:35 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Nicolás  Gaete
 Nevada 57
Morelia , CO 81303

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of dcurlette25@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:11:33 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Diane Curlette
530 Hartford Drive
Boulder, CO 80305-5715

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of corkyc52@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:11:22 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Corky Capps
468 Fossil Creek Rd
Florissant, CO 80816-7034

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of captainfunhog@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:11:21 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Aron Ralston
928 Mapleton Ave.
Boulder, CO 80304-4147

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of glenn.mccaslin@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:11:20 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Glenn McCaslin
8924 S Round Rock St
Highlands Ranch, CO 80126

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of Otto.vangeet@nrel.gov |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:11:18 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Otto Vangeet
58 big Meadow
Idaho Springs , CO 80452

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of spikebuckley@hotmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:11:18 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

spike buckley
3333 east bayaud ave.
Denver, CO 80209-2900

| From: | mailagent@thesoftedge.com on behalf of beherenow12@juno.com |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Friday, October 14, 2016 7:11:17 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Bernadette Sonefeld
13901 E. Marina Dr. #201
Aurora, CO 80014

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of clweill744@gmail.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Friday, October 14, 2016 7:06:20 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Cheryl Weill
2169 Dolan St
Fort Collins, CO 80528

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of lilly@conservationco.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Thursday, October 13, 2016 11:47:16 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Lilly Zoller
2351 Humboldt St
Denver, CO 80205-5331

BLM_0127801

| | |
|---|---|
| **From:** | mailagent@thesoftedge.com on behalf of hannah.hall@conservationco.org |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan Comment |
| **Date:** | Thursday, October 13, 2016 10:11:49 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Hannah Hall
2831 Pontiac St
Denver, CO 80207

| From: | mailagent@thesoftedge.com on behalf of mhawkhen@gmail.com |
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Resource Management Plan Comment |
| Date: | Tuesday, November 01, 2016 5:11:17 AM |

Dear Uncompahgre Field Office:

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas. Protecting important wildlife habitat and key waterways is critical to not just conserving this unique landscape, it's also paramount in creating sustainable and diversified local economies.

However, there are a number of aspects about the draft plan that I do not support. I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character.  I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

The conservation of these spectacular public lands is important to me, but it is also important to conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

Sincerely,

Michael Henwood
2668 Dahlia Court
Grand Junction, CO 81506

| | |
|---|---|
| **From:** | stitchesnstuff91@yahoo.com |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Resource Management Plan |
| **Date:** | Sunday, October 30, 2016 8:41:16 PM |

29 October 2016

RMP Project Manager, Uncompahgre Field Office

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. As a concerned river advocate I believe that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation based on their outstanding recreational and scenic values, and that the BLM should maintain their suitability as part of their Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas.

I further ask that the draft support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF) and I expect the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values. I urge that the plan place an emphasis on protecting important wildlife habitat and key waterways as critical to not just conserving this unique landscape, but also enabling more sustainable and diversified local economies. I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

However, I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

The care and conservation of these public lands is very important to me, truly one of North America's greatest canyon systems worthy of the highest regard. We must conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.

My first trip down the beautiful Dolores River was May 27 – 30, 1983: the last year of the "free flowing river, the year before the completion if the dam.   The Wild and Scenic designation is way overdue!


Janet Schell
STITCHES 'N STUFF

BLM_0127804

PO Box 1605, 63 Mule Deer
Arboles, CO  81121
jan@stitchesnstuff91.com

BLM_0127805

RMP Project Manager, Uncompahgre Field Office

Thank you for the opportunity to comment on the Draft Uncompahgre Resource Management Plan. As a concerned river advocate I believe that the Dolores and San Miguel River segments meet suitability requirements for Wild & Scenic designation based on their outstanding recreational and scenic values, and that the BLM should maintain their suitability as part of their Resource Management Plan. I appreciate and support the time and effort that has gone into crafting this plan and I especially am supportive of the forward thinking exhibited in the Wild and Scenic River suitability determinations and the creation of Ecological Emphasis Areas.

I further ask that the draft support the Colorado Water Conservation Board's request to manage flows through the Colorado State Instream Flow Program (ISF) and I expect the BLM and the Secretary of the Interior to pursue other flow protections if the ISF's are not sufficient to protect whitewater recreation and ecological values. I urge that the plan place an emphasis on protecting important wildlife habitat and key waterways as critical to not just conserving this unique landscape, but also enabling more sustainable and diversified local economies. I also support Alternative B's approach to protecting the over 41,000 acres identified as lands with wilderness character and managing those lands to preserve their wilderness character. I also greatly prefer the BLM's approach to Areas of Critical Environmental Concern and Ecological Emphasis Areas in Alternative B versus the lack of protections the other alternatives provide for our unique plant and wildlife communities.

However, I do not support a preferred alternative that opens over 90% of the field office to oil and gas leasing. Instead I support the community-driven North Fork Alternative and an overall modified approach to oil and gas leasing that prevents speculative leasing and focuses on balancing uses across the landscape.

The care and conservation of these public lands is very important to me, truly one of North America's greatest canyon systems worthy of the highest regard. We must conserve them so future generations may enjoy all that they have to offer. I appreciate your consideration of my comments and look forward to continuing to engage in the planning process.


Cody M. Perry
Project Director
Rig To Flip
PO BOX 882382
Steamboat Springs CO
80488

BLM_0127806

DEPARTMENT OF THE INTERIOR Mail - Target shooting



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Target shooting
1 message

**mark &Connie** <m93arkj@paulbunyan.net>                          Fri, Sep 30, 2016 at 7:34 AM
To: uformp@blm.gov

Plan D please


mark

BLM_0127807

10/30/2016                                DEPARTMENT OF THE INTERIOR Mail - Colorado's North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Colorado's North Fork Valley
1 message

**j wolf** <jhfwolf@gmail.com>                                              Sun, Oct 30, 2016 at 12:03 PM
To: uformp@blm.gov, director@blm.gov

Dear Neil Kornze, BLM Director
and
Uncompahgre Field Office


The North Fork Valley, on the western slope of Colorado's Rocky Mountains, is one of the most beautiful and unique
places in the world.
I understand that there is a plan to open this area to oil and gas leasing for exploration and extraction. As one who has
studied these issues for years, I know that where you drill, you spill. And of course, the region has no water to spare.

Therefore, I am opposed to oil and gas leasing on public lands in the North Fork Valley.
I hope you will consider this comment in your decision making process.

Thank you

J Henry Fair
Charleston, SC

BLM_0127808

10/30/2016                         DEPARTMENT OF THE INTERIOR Mail - BLM Uncompahgre Draft RMP/EIS



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## BLM Uncompahgre Draft RMP/EIS
1 message

---

**B Coda** <enjoylife237@yahoo.com>                         Sun, Oct 30, 2016 at 10:07 PM
To: uformp@blm.gov
Cc: director@blm.gov, rwelch@blm.gov, dmwilson@blm.gov, bsharrow@blm.gov,
rmpcomments@citizensforahealthycommunity.org, millie.hamner.house@state.co.us, kerry.donovan.sd5@gmail.com,
datchley@deltacounty.com, bhovde@deltacounty.com, mroeber@deltacounty.com, rlevalley@deltacounty.com,
john.hickenlooper@state.co.us

30 October 2016

BLM, Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado [81401]

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:

In the current Draft RMP/EIS BLM proposed alternative, 94.5% of public lands, above and below-ground, in the six-county Planning
Area of southwestern Colorado are recommended for oil and gas leasing and development. I submit this comment in favor of
Alternative B.1, the North Fork Alternative Plan (NFAP) and a no-leasing alternative. The following express my thoughts as to why
this is the best proposal. I ask you to give these comments your full consideration.

As someone who has gardened for thirty-three years and helped farmers in Delta and Montrose Counties for the past six growing
seasons, I know that healthy soil is where the potential for plants to supply quality food begins. Contaminated soil cannot grow
nutritious food; it in fact depletes the health of the soil, where the microorganisms and components of the dirt itself cannot support the
life within the seed that enables it to grow. The plants and animals that ingest it, including human beings, become unhealthy. A
country that cannot feed itself is vulnerable and dependent, regardless of how much fuel it produces.

Agriculture is primal, the foundation that ensures that a country's people maintain strength and independence. The term 'energy
independence' is given lip service by people and businesses that, if they really wanted this country to become energy independent,
would stop shipping the present glut of natural gas overseas and support existing and emerging alternative technologies and methods
of energy generation. Instead, leaders who are supposed to be considering the best vision for moving forward continue to cling to
what are known to be unhealthy and unsustainable methods of sourcing fuels, that of extracting mineral resources from the ground.

Every week new scientific studies are released that expose the dangers to health, even life, engendered by the oil and gas industry,
particularly when using 'fracking.' The risk-potential is unacceptable. Although there have been hundreds of studies published,
analyzing and proving ill effects to people, wildlife, air and water quality, I will cite only a few.

- The latest I've read is from Yale School of Public Health October 24, 2016. The researchers' analysis found ">80% of the
  chemicals lacked sufficient data on cancer-causing potential... Of the 119 compounds with sufficient data, 44% of the water
  pollutants and 60% of the air pollutants were either confirmed or possible carcinogens."
- A thirteen-year study in rural Colorado ending 2013 found birth defects (congenital heart, brain, spine or spinal cord) were
  associated with both proximity and density of natural gas wells within ten miles of mothers' places of residence. Several
  chemicals used are known to increase birth defects risks.
- Health professionals in Vernal, Utah reported a 6-fold increase in infant death rates over a three- year period.

[the above two citations are from *The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of
Fracking (Unconventional Gas and Oil Extraction)*, Third Edition, October 14, 2015, by Concerned Health Professionals of New
York and the Physicians for Social Responsibility]

The BLM has a mandate to consider the best multi-use of public lands and all reasonable alternatives. The NFAP and a no-leasing
alternative do that, continuing the history of the past century of being an agricultural center. It would also support continued farming

BLM_0127809

and ranching, outdoor recreation and hunting, as a Colorado Creative District, the West Elks American Viticulture Area, and increased real estate sales by drawing people to relocate to the Planning Area because of the opportunities and values expressed in the NFAP.

Allowing oil and gas drilling would reduce and possibly destroy the years, money and efforts represented by these nationally-recognized designations along with those of individuals and businesses working to keep the Planning Area economically vibrant. Industrial oil and gas development is <u>not</u> compatible with any of these already-established ventures and activities.

People in the Planning Area made it clear to the BLM in 2011 that they want to protect the lands involved, to not allow oil and gas leasing. Federal law requires this protection.

During the four years I lived in Crawford, I spent many hours camping, hiking and taking others to enjoy the outdoors, some of whom were grateful elders who could no longer drive themselves. They never asked to be taken to see a well site or a drilling pad.

I know first-hand the care and study I and others use to be sure to grow the most nutritional and best-tasting food crops possible.

Now living in Montrose, I enjoy other outdoor recreation areas, while keeping ties with the North Fork Valley. Through various news sources, I follow the many creative enterprises in the six-county area that have been thoughtfully launched based on people's love of the land, who continue the entrepreneurial spirit of the pioneers, and want to protect the unlimited opportunities to enjoy the magnificent mountains, waterways, flora and fauna within the Planning Area.

In closing I ask again that the BLM include the NFAP/Alternative B.1 as well as an as-yet-unrecognized reasonable alternative management plan, that of no-leasing. Before presenting the final RMP, the BLM must correct several gross omissions in the Draft RMP by including studies and assessments made that analyze the impact of industrial oil and gas operations within the Planning Area on human health, on the soil, water and air of the largest area in Colorado of organically-grown fruit and vegetables, on its wildlife, and on the economies of fishing, hunting, and tourism.

In the interest of privacy, I ask that any personally identifiable information be withheld from public review. I appreciate the tremendous task required by the staff at the BLM, and know how important are your efforts to consider all the voices and perspectives submitted as comments related to the Draft RMP/EIS. Thank you for your care and commitment to our public lands.

Sincerely,
Brenda Joyce Coda

BLM_0127810



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments for wild and scenic designation for the Dolores and San Miguel Rivers

1 message

**James Russell** <paparussell1@gmail.com>                                    Sun, Oct 30, 2016 at 9:21 PM
To: uformp@blm.gov

Dear BLM,

As a 44 year resident of Southwest Colorado and a concerned citizen of my neighborhood, I would like to comment on the Wild and Scenic River designation for the San Miguel and Dolores Rivers. First, I would look favorably on any Wild and Scenic designation for both rivers.More specifically, I would like to comment on the flows for the lower Dolores River below the McPhee dam.

At present, the water managers for the lower Dolores are not allowing any meaningful flows below the dam for any reason. As ordered by their bosses in the Agriculture business, flows out of McPhee are only to be for agricultural purposes. This has pretty much caused the death of the river below McPhee. They certainly don't believe in any flows that will protect the river's ecosystem and they may not even abide by the State's Water Conservation Board decision if they can get away with it.

For thousands of years, the Dolores was flushed out in the spring with mountain snow melt for weeks. Then there was always some flow to keep the eco system alive. Now the water managers have decided to play god and destroy that system even though assurances before the dam was built that they would provide "year around water flows". Maybe they just consider it collateral damage in order to allow the ag business to grow alfalfa instead of pinto beans. I understand that this has happened to other rivers in the West but I do not believe that it is right and it certainly doesn't equate with good water management.

I had rafted the Dolores River from Bradfield bridge down about every year  since 1980 until the release was cut off by the McPhee water managers. I have run the whole river from above the town of Dolores to the Colorado River. I consider the Lower Dolores 'The' classic western river. It is unsurpassed by its diversity and beauty. It goes through five distinct eco systems from Bradfield Bridge to Gateway, from the high Ponderosa country to the desert canyons of Slickrock and the 'Hanging Flume'. It has one of the most classic rapids at 'Snaggeltooth' to some of the most mellow of waters. Pretty much along the way are signs of the ancient ones in the Canyon. I believe that the fact that taxpaying citizens can no longer enjoy this incredible public place is not just a shame but a travesty.

I was able to sneak on the Lower Dolores this year during the brief release they had in the Spring (only due to the filling of the reservoir so fast that it could have overflowed) and I noticed a few things that I hadn't seen when there were annual releases. One was that there were no birds. I always saw them before. Also there was an inordinate amount of salt buildup along the banks especially at Coyote Wash.

Again, I sincerely hope that the BLM can include the Dolores in their Wild and Scenic plan and that something can be done to protect the water flows into the lower Dolores.

Thank you,
James Russell
541 Society Drive
Telluride CO 81435

10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Fwd: Draft Resource Management Plan for the Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: Draft Resource Management Plan for the Uncompahgre Field Office
1 message

**Tom Backhus <tbacko@aol.com>**                                            Sun, Oct 30, 2016 at 1:29 PM
To: uformp@blm.gov

Dear Sirs/Madame,
I meant to forward this information onto you also.
Tom Backhus


-----Original Message-----
From: Tom Backhus <tbacko@aol.com>
To: bsharrow <bsharrow@blm.gov>
Cc: dmwilson <dmwilson@blm.gov>
Sent: Sun, Oct 30, 2016 1:21 pm
Subject: Draft Resource Management Plan for the Uncompahgre Field Office

Ms. Sharrow and Ms.Wilson,
My name is Tom Backhus and my wife and I are residents of the North Fork Valley. We live at 51 Pan American in Paonia.
This letter comes to address the above mentioned plan and it's impact on the North Fork Valley. Although the North Fork Alternative, B1, is addressed and recognized in the Plan, our preference is for No Leasing on public lands in and around the North Fork.
We are a 68 year old, middle income, semi-retired couple. Prior to moving to the North Fork Valley we created, owned and operated a tourist oriented Ranch business in Eagle County (4 Eagle Ranch); I also am a licensed real estate broker. To understand both the real estate and entertainment options around Colorado, I looked around the state and was shocked at what I saw on the land south of Silt and Rifle.
The location of wells and their related infrastructure, in proximity to existing homes, was shocking...and sad. I can only imagine what that has done to the quality of life experienced by the residents of that area, as well as the negative impact it has had on their property values. We are so afraid of those things happening over here.
Beyond our fear of losing the ambiance of this beautiful valley and the negative financial implication of our property values, the threat of air and water pollution is a very real concern. Our personal health, as well as that of the organic farms, vineyards and orchards in the valley, is of critical importance to us. Since the 1893 World's fair in Chicago, where 6 pieces of fruit from the North Fork Valley won Gold Medals, this area has been recognized for it's unique agricultural attributes. The threat of both air and water contamination that is inevitably linked to oil and gas extraction cannot be taken lightly.The agricultural industry and associated agri-tourism is really the foundation of our long-term economy. The short-term economic impact, realized from the start-up of the extraction industry, is not a sustainable economic model. Yet, the long-term impact of the wells, both extraction and injection, related infrastructure and vehicle traffic created by this industry, is devastating.
Given the reality of global warming as a result of our dependence on fossil fuels, it is unconscionable to continue down this path. There is no doubt that we need to supplement our energy production with established sources (oil, gas, coal) as we continue to develop renewables, but it is irresponsible to create new extraction from areas with the unique characteristics of the North Fork valley.
Lastly, I want to address the status of Jumbo Mountain from a recreational perspective. I understand that the trails throughout Jumbo are user created, which obviously indicates the popularity of their use. I try to hike Jumbo 3 times a week and always pass 3-4 hikers, joggers and mountain bikers along the trail. Not only is the area an important recreational amenity to those of us who live here, it's potential as an economic generator (tourism) for the area is a reality that would be lost should Jumbo be dotted with wells.
In closing, thank you for taking my comments into consideration. We moved to this valley for a number of reasons...small town, rural character, health-centered agricultural offerings, affordable economy, pleasant weather  and an eclectic community of people committed to a quality way of life. Please don't compromise that quality of life by allowing the oil and gas industry to industrialize this setting.
Thank you,
Tom Backhus

BLM_0127812

10/30/2016                              DEPARTMENT OF THE INTERIOR Mail - no gas industrialization of the the North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## no gas industrialization of the the North Fork Valley
1 message

**azuravail@aol.com** <azuravail@aol.com>                          Sun, Oct 30, 2016 at 9:36 PM
To: UFORMP@blm.gov

I understand the need for gas development but question whether the North Fork Valley is the best place for that development? As you know, the Valley is the Organic Growing Capital of the Rockies. Aditionally, agritourism is a dynamic, growing and sustainable industry that is rapidly developing in our Valley. Fracking and industrial development in the area would replace healthy, sustainable development with a polluting, short lived boom.

Oil and gas development and fracking on public lands should not be permitted in the North Fork for all of the reasons relating to the health and welfare of our community that have been already stated by others.

No-leasing is the only reasonable alternative.

A moratorium on all oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.

Our Winery depends on a healthy growing environment and a welcoming environment for the hundreds of visitors to our tasting room each year. Industrialized development is the complete antithesis of the environment we need for our business to prosper.

Thank you for your consideration.

Helen Gillespie
Azura Cellars and Gallery
16764 Farmers Mine Rd.
Paonia, Co 81428

BLM_0127813

10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - NO Natural gas develpment in the North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## NO Natural gas develpment in the North Fork Valley
1 message

**azuravail@aol.com** <azuravail@aol.com>                          Sun, Oct 30, 2016 at 9:42 PM
To: UFORMP@blm.gov
Cc: MPCOMMENTS@citizensforahealthycommunity.org

I understand the need for gas development but question whether the North Fork Valley is the best place for that development? As you know, the Valley is the Organic Growing Capital of the Rockies. Aditionally, agritourism is a dynamic, growing and sustainable industry that is rapidly developing in our Valley. Fracking and industrial development in the area would replace healthy, sustainable development with a polluting, short lived boom.

Oil and gas development and fracking on public lands should not be permitted in the North Fork for all of the reasons relating to the health and welfare of our community that have been already stated by others.

No-leasing is the only reasonable alternative.

A moratorium on all oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.

Our Winery depends on a healthy growing environment and a welcoming environment for the hundreds of visitors to our tasting room each year. Industrialized development is the complete antithesis of the environment we need for our business to prosper.

Thank you for your consideration.

Ty Gillespie
Azura Cellars
AzuraCellars.com
970•822•3087



BLM_0127814

10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - NO Natural gas develpment In the North Fork Valley



**azura rainbow.jpg**
36K

BLM_0127815

10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Please consider not Fracking



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Please consider not Fracking
1 message

---

**en** <ennaja@yahoo.com>                                    Sun, Oct 30, 2016 at 8:39 PM
Reply-To: en <ennaja@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

To whom it may concern,

   On my latest visit to the beautiful North Fork Valley, I was made aware of some unfortunate conversations being undertaken regarding land use. I'm not a resident of this fine region though I'd long fancied the idea of settling down here one day. I live in Denver, and am an avid foodie and have been working in the Natural Foods industry for 18 years. I have a passion for finding and enjoying the highest quality natural and organic produce. It is a passion I share with the majority of my customers as well as my circle of friends. I learned of this fertile part of Colorado through the sourcing of products for sale in our health food store. Mostly we carry pears and apples from the region, but also the wonderful local products from Big B's like raw cider and juices.

   I've been vacationing in the area for several years now, with what ever friends I can drag along. My customers love hearing about the stories from the people and places that produce their goods. They also through aggressive research and attention to what is going on socially and ecologically, vote with their dollars to influence economic and political trends. A vivid example is that many people will likely never choose to eat gulf coast seafood no matter what official clean up rhetoric may say. Over the years I've seen very dramatic shifts in buying trends off of simply the concern of a potential for contamination. Such things greatly impact the marketability of goods and the trendiness of destinations. I usually learn about these things from my customers, and have no doubt that after my vacation this conversation you are about to be engaging in will be the talk of the town.

   I can only speak for myself, as I don't have a need to influence other people- but living in Denver, it wont be a big deal to find the next big foodie destination after you guys blow it with fracking.

Thank you for your time

Lucor Jordan
Natural Foods Industry (retail and sales)
Personal Chef and Camp Cook
Food and outdoor enthusiast
Colorado Native

---

 **To whom it may concern.docx**
110K

To whom it may concern,

On my latest visit to the beautiful North Fork Valley, I was made aware of some unfortunate conversations being undertaken regarding land use. I'm not a resident of this fine region though I'd long fancied the idea of settling down here one day. I live in Denver, and am an avid foodie and have been working in the Natural Foods industry for 18 years. I have a passion for finding and enjoying the highest quality natural and organic produce. It is a passion I share with the majority of my customers as well as my circle of friends. I learned of this fertile part of Colorado through the sourcing of products for sale in our health food store. Mostly we carry pears and apples from the region, but also the wonderful local products from Big B's like raw cider and juices.

I've been vacationing in the area for several years now, with what ever friends I can drag along. My customers love hearing about the stories from the people and places that produce their goods. They also through aggressive research and attention to what is going on socially and ecologically, vote with their dollars to influence economic and political trends. A vivid example is that many people will likely never choose to eat gulf coast seafood no matter what official clean up rhetoric may say. Over the years I've seen very dramatic shifts in buying trends off of simply the concern of a potential for contamination. Such things greatly impact the marketability of goods and the trendiness of destinations. I usually learn about these things from my customers, and have no doubt that after my vacation this conversation you are about to be engaging in will be the talk of the town.

I can only speak for myself, as I don't have a need to influence other people- but living in Denver, it wont be a big deal to find the next big foodie destination after you guys blow it with fracking.

Thank you for your time

Lucor Jordan
Natural Foods Industry (retail and sales)
Personal Chef and Camp Cook
Food and outdoor enthusiast
Colorado Native

BLM_0127817

10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Re: Resource Management Plan Revision Uncompaghre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Re: Resource Management Plan Revision Uncompaghre Field Office
1 message

**Kathy Gates** <kgates8@yahoo.com>                                    Sun, Oct 30, 2016 at 4:09 PM
Reply-To: Kathy Gates <kgates8@yahoo.com>
To: Kathy Gates <kgates8@yahoo.com>, "uformp@blm.gov" <uformp@blm.gov>

I urge the BLM to reconsider the resource management plan for the Uncompaghre Field Office region that includes the North Fork area.

Our North Fork area will receive many negative impacts if opened to oil and gas exploration. The people and communities of the North Fork have worked diligently to establish organic farms, orchards, and vineyards. The development of the watershed to extract oil and gas poses many problems for these downstream areas. I want to breath clean air, drink uncontaminated water and maintain a clean environment.

There are harmful impacts on wildlife breeding areas caused by roads and development in these areas. Many of our residents hunt and fish in areas that will be negatively affected by opening this area to development.

As recent and past rockslides indicate, the unstable geology of this area is not suitable for fracking or injection of fracking materials. In addition our property values will decline if this development takes place.

In conclusion:
1. Oil and gas development/fracking activities on public lands should **not** be permitted when they potentially could poison
    our foodsheds, pollute the air we breathe, and contaminate the water resources we depend on for life and livelihood.
2. A no-leasing alternative is the only way to deny any risks to our lives and livelihoods.
3. A moratorium on oil and gas leasing should be in place until rural gas gathering pipelines are regulated by the Pipeline
    Hazardous Materials and Safety Administration.

Sincerely,
Kathleen Gates
P.O. Box 2062
Hotchkiss, CO 81419

BLM_0127818



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Resource Management Plan Comments
1 message

**Karl** <kandjburnsranch@paonia.com>                                Sun, Oct 30, 2016 at 9:04 PM
To: UFORMP@blm.gov

Project Manager,

I Karl Burns appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement.

I continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

I support Alternative C with some changes discussed below as Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan. Alternative C

also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities. Alternative C,

therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements then the current permitting processes.

The few portions of Alternative C that I believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (description of Alternatives)

in Chapter 2 of the proposed RMP.

Special Status Terrestrial Wild Life

   Page 2-95, Line 152 designate defined habits as species occupied habits. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
   Page 2-102-105 line 161-167, Gunnison Sage Grouse. Need to write language that allows for range improvements. Alternative C says no permanent structures, that does include range improvements.

Land Health

   Page 2-25, Line 24, Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
   Page 2-27, Line 26, add recreation to actions that can cause land health problems
   Page 2-164, Line 295 maintain the ability to increase AUMs
   Page 2-165, Line 297, before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management
   Page 2-166, Line 299,  define that trailing of livestock is not the same as gathering and moving livestock from pasture to pasture.
   Page 2-169, Line 303, add Colorado Resource Monitoring Imitative to the list of plans to base decisions on. in addition , include the MOU with CCA, CWGA, BLM, Department of Ag.
   Page 2-167, Line 300, no mention of using livestock as a tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit

BLM_0127819

sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs and juniper trees treated

    Page 2-167, line 301, No permits or allotments should be closed.

    Page 2-172, Line 306, Major ecological damage does not equate to maintaining range improvements

    Page 2-172, Line 307, alternative c is more feasible and allows for the sustainability of multi-generational use of working landscapes


    Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County and other counties. This is a more accurate way to reflect livestock grazing in the RMP.

    IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. if livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

Sincerely, Karl Burns

BLM_0127820

DEPARTMENT OF THE INTERIOR Mail - RMP Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP Comment

1 message

---

**mambomamba@paonia.com** <mambomamba@paonia.com>                  Sun, Oct 30, 2016 at 4:31 PM
To: uformp@blm.gov

Dear Sir or Mam,
I am a pilot who flies into back country air strips.
Might I suggest that in the RMP that all references to landing strips be addressed with the same nomenclature.

Vol 1 page 2-303 to 2-304 line 479 says...(617,240 acres and including _**landing strips)**_...
Vol 1 page 2-306 line says ...and aircraft to existing routes and _**backcountry air strips**_,...
Appendices M-2, M-7 and M-9 also mention _**landing strips**_

I would suggest the term _**"Backcountry landing strips"**_ be used universally through out the document.

Thank you for your time and efforts,

Neal Schwieterman
PO Box 1124
Paonia, CO 81428

Neal Schwieterman
mambomamba=Giant Poisonous African Snake Dance

BLM_0127821

10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Support for the "North Fork Alternative"



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Support for the "North Fork Alternative"
1 message

**Ann Gibson** <ann@adventurewellness.com>                    Sun, Oct 30, 2016 at 1:59 PM
To: uformp@blm.gov

Dear BLM ~

As a business owner, functional medicine practitioner, and someone who works with the devastating effects of toxicity in my patients every day, I urge you to analyze and adopt a "no leasing" alternative for coal. Such an alternative is a necessary counterbalance to the current alternatives that skew heavily in favor of coal leasing, and is the only effective way to realistically minimize climate impacts.

The Final RMP must include up-to-date data concerning coal markets, coal production and coal employment in the area. The Draft RMP's data, much of it dating back to 2010 or older, is stale in light of shrinking coal production and employment.

Please support the "North Fork Alternative," which provides for no oil and gas leasing across 75% of the North Fork Valley.

For the sake of the health of not only our environment, fishing, wildlife, and wild rivers and lakes, but also for the health and safety of your children, your spouse, your parents and those you love most, please take serious consideration to choose healthier, safer alternatives.  The research has been done, the solutions are there.  Just do it.

Sincerely,
Ann Gibson

**Ann Aubin Gibson,** Visionary Nutritionist, Functional Medicine Alchemist & Director of Possibilities



*Life-changing Wellness Programs for the Adventurous Soul!*

* Grab your FREE Copy of **The Adventure Wellness Manifesto** ~ *21 Tips to Live WELL, Live FREE!*

**web:** www.AdventureWellness.com

BLM_0127822



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Draft Resource Management Plan Public Comment
1 message

**greg thompson** <teamthompson1@hotmail.com>                    Sun, Oct 30, 2016 at 4:39 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Dear BLM-

Please find my attached comments regarding the draft UFO-RMP

Greg Thompson

 **blm rmp final.docx**
28K

BLM_0127823

Greg H. Thompson

40249 Swanson Road

Paonia,  CO  81428

October 30, 2016

BLM, Uncompahgre Field Office

2465 Townsend Ave.

Montrose, CO  81401

RE:  Draft Resource Management Plan for the Uncompahgre Field Office


Dear BLM-UFO Staff and RMP Comment Team,

Thank you for providing me the opportunity to comment on the above referenced draft plan.  Please carefully and seriously consider the issues presented in these comments (see below).  While I appreciate the time and effort expended to create the draft plan I feel that none of the alternatives offered in the plan adequately address how the North Fork Valley will be protected from oil and gas development. Alternative B.1 (The North Fork Alternative) is a step in the right direction and is my preference of the alternatives presented in the draft plan.  I do, however, feel that a no leasing alternative for the North Fork Valley is the best course of action for the BLM to take and should be included in the final plan.

In light of new research and studies on the impacts that oil and gas has on human health, environmental resources like air and water, as well as the impacts of climate change, a no leasing alternative is not only reasonable, but represents the best way to protect the North Fork Valley now and in the future. Horizontal drilling and multi-stage fracking technologies are relatively new and involve far greater magnitude of impacts, especially in fragile, pristine and bucolic landscapes that characterize the North Fork Valley.

Sincerely,

Greg H. Thompson


## Introduction

I am a resident of Paonia, Colorado and live at 40249 Swanson Road (east end of Pitkin Mesa) near BLM lands.

BLM_0127824

I have lived here for four and one half years. My wife and I moved here from Denver specifically to farm and to reap the benefits of living with clean air and water and of consuming locally produced organic food. We grow organic fruits (from our 100 tree orchard) and wine grapes (from our 150 vines vineyard). We purchased these farm lands (eight acres) and built our retirement home on the property. We invested $50,000 in an irrigation system to water our orchard, vineyard and surrounding grassland. We invested $1,200,000 on our land, house, irrigation and domestic water.

Our drinking water comes from Pitkin Mesa Pipe Line Company whose source is eight separate springs located on the eastern portion of the top of Grand Mesa. These springs source their water from precipitation on the Grand Mesa. This water source is near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative.

Our irrigation water comes from Fire Mountain Canal and Reservoir Company, whose source is Paonia Reservoir and ultimately the precipitation above and around the reservoir. This water source is near BLM lands that would be left open to oil and gas development in the draft Preferred Alternative.

It is not just my economic interest that I seek to protect. I also want to protect the pristine nature of the North Fork Valley. My comments (see Substantive Concerns below) are written with the intent to cause the BLM to include in the Final UFO resource management plan adequate protections that will keep the North Fork Valley pristine and in the process protect the economic interests (and thus the wealth) of those living in the North Fork Valley area. Of the alternatives listed in the draft RMP Alternative B.1 is the only one that I could live with. My preference is for a "no leasing" alternative but that option was not included in the draft RMP.

I believe there is a need in final UFO RMP for strategic thinking. In this strategic thinking segment special consideration should be given to climate change and the impact that oil and gas development in the UFO area would have on climate change. In addition there needs to be strategic analysis done on resource utilization (energy versus agricultural development) as it relates to national security and food independence (food security). From a strategic viewpoint it is my contention that we, as a nation, need to do everything possible to preserve and protect the productivity of our agricultural lands. This is a national security issue because without good quality food our populace will suffer from poor health. Our country is already seeing the effects of a poor diet in the obesity epidemic. Food calories from processed food (loaded with sugar) need to be replaced by calories from fresh, unprocessed food, especially organic food. The North Fork Valley produces high quality, organic food, unprocessed food, the kind our populace needs. It is the North Fork Valley's cool nights and hot days that contribute to such high quality food. Because of the strategic importance of the North Fork Valley's agricultural resource it is imperative that the final UFO RMP identify this resource and be specific on how this resource will be protected from oil and gas development. It is essential that oil and gas development not be allowed to occur on properties above or around the watershed and food shed and air corridor that drains and funnels into the valley's agricultural lands. I contend that protection of this vital agricultural resource can only be assured by putting oil and gas leasing off limits in the North Fork Valley and in the watershed area that supplies the valley. The loss of production from leaving the oil and gas in the ground in these areas can easily be offset because there simply are so many alternative energy

resources available to our country. The alternatives include biomass, solar, wind, geothermal, nuclear, coal, hydro, tidal and oil and gas from less sensitive areas. While this country has many energy choices there are no alternatives or substitutes when it comes to healthy food. We, as a nation, will look very foolish if we do not protect these vital agricultural resources from pollution caused by fossil fuel development.

## Substantive Concerns

Real estate values and wealth impacts on residents of the North Fork Valley:

The final plan must protect the real estate values of property within the North Fork Valley. Oil and gas development in the US causes nearby private property to decline in value, sometimes precipitously. This should come as no surprise since prices of residential and agricultural property near industrial facilities has historically been lower valued. Fracking is an industrial activity and as such can have deleterious impacts on property values. The final RMP needs to include an analysis of contacts/communications/surveys made with realtors in the Paonia area of the North Fork Valley. This analysis needs to include a report on findings/interviews with these realtors based on one question: what happened to real estate sales and activity in the North Fork Valley when a 30,000 acre oil and gas BLM lease sale was announced in 2009 and scheduled for August 2012? I believe you would find that real estate activity went comatose once news of the lease sale was announced.  In a 2013 survey of 550 people conducted by business researchers at the University of Denver a strong majority said they would decline to buy a home near a drilling site. The study, published in the *Journal of Real Estate Literature*, also showed that people bidding on homes near fracking locations reduced their offers by up to 25 percent.   The draft RMP repeatedly states that, at the projected rate of fluid mineral development outlined in the Reasonably Foreseeable Development Scenario, oil and gas development would not have a significant impact on regional employment or the economy. I strongly doubt that this is correct. The final RMP needs to include results from a comprehensive economic study and analysis of how wealth destruction from declines in property values would impact the local North Fork Valley economy. My guess is that the results would show that the impact would be significant. This raises a larger issue: Should the BLM review and analyze their Western US oil and gas leasing policies from the perspective of explaining how and why those policies may be hurting local economies? Should local Western US economies bear the brunt of pro oil and gas leasing policies practiced by the BLM? A significant chunk of my savings (and accumulated wealth) from 40 years of work are at stake as are the savings and wealth of my North Fork Valley neighbors. A no leasing policy for the North Fork Valley is the antidote for protecting wealth in the North Fork Valley.

Other Economic Impacts:

Recreation and Agri-tourism are significant drivers of economic growth for the North Fork Valley. The phenomenal beauty and pristine nature of the landscape are bringing growing numbers of tourists and recreationalists to the valley. Hunters continue to come to lands around the valley due to its prime location and excellent animal habitat. Cycling tours are growing in popularity with participants coming from all over the world. These bicyclists typically ride a loop that includes Aspen, Crested Butte and

Paonia.  Should Highway 133 become congested with heavy trucks and should the view shed become littered with oil and gas tanks, well pads, etc. these cyclists would likely go elsewhere.  These economic drivers would then be lost due to increased oil and gas activity in the North Fork Valley area.  The final RMP must protect the idyllic character and scenic beauty of the North Fork Valley.

<u>Water and Air:</u>

Air:  My wife and I live at the mouth of valley where early morning winds come down the valley.  Our location is ideal for growing fruit due to favorable wind patterns.  Significant oil and gas development up valley would bring polluted air into our air shed, potentially harming not only our crops but also our health.  We leave our windows open during summer nights to cool the house because we do not have air conditioning.  We would be breathing polluted air while we sleep should oil and gas activity be allowed to increase up valley.  BLM did not consider that their own modeling of ozone levels in the Bull Mountain Area exceed EPA thresholds of 70ppb.  I am also concerned about the deleterious impacts from an increase in airborne volatile organic compounds, silicates and diesel exhaust from transportation, well and compressor sites.  **I feel that the draft plan did not take into account the difference in impact that new horizontal fracking technologies have compared to conventional drilling, which include a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well .**

Water:  At a time when climate change models are forecasting persistent drought for the Western US the BLM needs to make certain that water resources are protected in the UFO RMP area.   BLM did not consider the permanent removal of water from the hydrologic cycle and that there are insufficient water supplies necessary to support fracking and other drilling operations, particularly in this period of persistent drought.    As a user of both irrigation water (Fire Mountain Canal) and domestic water (Pitkin Mesa Pipeline Company) whose sources (springs and snow melt) are near BLM lands affected by the RMP, I am concerned about contamination.  Our domestic water company has spent millions of dollars on piping, filtration equipment, etc. to provide its customers with excellent water.  The quality of this water is at risk should oil and gas activity be allowed near these springs or snow melt basins.  There is a risk of contamination to irrigation water and crops from fracking chemicals that enter ground or surface water in the water shed up valley from our farm.  I am also concerned about damage to irrigation canal access and bridges.

Because fracking is exempt from important sections of the Clean Water Act and the Safe Drinking Act it is imperative that BLM include in the final plan measures that will absolutely protect the North Fork Valley's watershed from the risk of contamination.  As part of this effort BLM needs to analyze the risks of exposure to radioactive waste in the wastewater coming from extraction.  Clean water is the lifeblood of the North Fork Valley and must be protected.  The best way to do so is to not lease any more acreage in the North Fork Valley.  I urge the BLM to consider the no leasing option.

<u>Health impacts:</u>

BLM must conduct a human health impact assessment (HIA) in its final UFO RMP.  The CDC (Centers for Disease Control and Prevention) states, "In the United States, HIA is a rapidly emerging practice among

BLM_0127827

local, state, and federal jurisdictions." Because there are now hundreds of peer reviewed scientific articles on all aspects of toxins related to unconventional oil and gas production, it is imperative that human health be protected. The fact that population centers and food sheds are in the UFO RMP is reason enough to make an HIA a part of the final RMP.

BLM did not take a hard look at direct, indirect, and cumulative impacts, as required by NEPA, including meaningfully analyzing greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and the social cost of carbon.

Traffic from increased oil and gas activity will mean more noise and pollution along Highway 133. I live less than a mile from Hwy 133 and want BLM in the final plan to establish adequate mitigation measures for traffic. Those measures should include provisions that would reduce noise and exhaust levels from heavy trucks.

Pipeline Safety:

Because rural gas gathering lines are exempt from federal pipeline safety regulations, the BLM must implement in the plan measures that will address the issues referenced in the Pipeline Hazardous Materials Safety Administration 2016 Proposed Rulemaking on Gas Pipelines. Measures to insure the safety of hikers. campers, hunters and anglers must be included in the RMP. BLM did not consider; 1) forest fire risks from pipeline explosions, 2) lack of pipeline safety inspections and 3) the impact of extreme weather causing flooding, mudslides and geological instability.

## Conclusion

The BLM should listen to the local residents and incorporate local citizen input in their decision making as it relates to the final RMP. While a no leasing alternative is the best option for the North Fork Valley the BLM should at a minimum adopt the North Fork Alternative , B.1. I would like to close with one additional thought: The BLM may actually be doing the oil and gas industry a favor by closing the North Fork Valley to future leasing. The North Fork Valley is an amazingly beautiful area that people are passionate about preserving. By putting the valley off limits oil and gas companies may be spared from potential embarrassment and distress should they develop with industrial scale fracking technologies and then be held responsible by the public for causing degradation to such a special place.

10/30/2016                                 DEPARTMENT OF THE INTERIOR Mail - UFO Draft RMP Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO Draft RMP Comments
1 message

**Brian Wegner** <wegs1975@aol.com>                                                         Sun, Oct 30, 2016 at 11:06 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org, director@blm.gov, rwelch@blm.gov

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. None of the alternatives in the UFO Draft RMP offer the level of protection these lands warrant nor support national energy and environmental strategies and objectives.

From my viewpoint, the 2000 (+/-) page UFO Draft RMP largely misses the entire point of the exercise. Other than the "mixed-use" principle regarding BLM land use, the Draft RMP was not based on strategic policies that should guide the use and conservation of public lands. As a result, the 2000 pages generated largely have no basis for relevance. Three broad strategic objectives should have been the basis/overall guide for development of the UFO Draft RMP. These objectives/policies are: (1) National Energy Policy, (2) Oil & Gas Fracking Safety, and (3) Global Climate Change Policy.

First, our national energy policy has for decades strived to achieve US energy independence. And if we ever should achieve that goal, the US needs to ensure we REMAIN energy independent in the future. Despite the irrational exuberance over shale natural gas and oil reserve discoveries in the US, our national energy sources are nevertheless finite. The fossil-fuel based industrial age has only existed in the developed world for roughly one century. The exponential increase in fossil-fuel demand as industrialism and improved standards of living spreads worldwide will increasingly deplete fossil fuel resources. When will peak oil occur? When will natural gas production fail to keep up with demand? Another 50 years? Another 100 years? Does anyone actually believe we can extract fossil fuels from the earth at our current rate for the next 500 years? I know it's difficult for anyone to think that far into the future in our "we want it all now!" group think society, but the BLM is one agency that should and can. The BLM and its vast US land resources represent the only opportunity to balance/counteract the degradation of our environment, preserve natural resources for future generations of Americans, and maintain the existence of natural spaces through its land management practices.

Further, even with current depressed prices, the US has a surplus of natural gas production. Now, this is a good thing for the US economy. Our large "national" natural gas resources provide the US a significant economic competitiveness advantage over many of our trading partners. But of course, this is not good enough for our national O&G industry. Instead of maintaining this economic advantage and preserving our natural gas resources for future use only in the US, they want to export it to our economic competitors by creating a world-wide natural gas market (like oil today - pretty much one price for all) through the development of LNG terminals along our coasts. This is insane - exporting a valuable natural resource for short-term monetary gain, while neutralizing the competitive advantage we currently enjoy. I can assure you that the jobs created/maintained in the US because of our cost advantage for natural gas will far exceed the jobs created by the O&G industry fracking wherever they can because of their "we want it all now!" mindset.

Finally, at some point natural gas supply will decline and prices will rise. Since the US does not need more natural gas for national needs currently, we should keep it in the ground until this supply/demand relationship flips. At that point, the US taxpayer will get more money for public land leases. As will O&G Exploration companies, since prices will be considerably higher than now.

Second, there are unresolved issues regarding the overall safety of O&G exploration through the use of fracking technology. This is another case of the "we want it all now!" syndrome. Fracking operations using new technologies have been in widespread use for less than 10 years. There are many areas of concern regarding the safety of these new technologies including seismic effects, waste water pollution, reduced air quality, potential impacts on ground water quality, effects of massive use of fresh water on water tables, acquifers, and irrigation capacity, and potential impacts of accidents, spills, and pipeline failures. We already know ozone levels in Rifle and other areas of western Colorado with fracking operations are graded "F" by the American Lung Association. The industry will say we have all this experience (less than ten years) proving safety. Of course, asbestos was thought to be safe for decades prior to scientific evidence to the contrary. Lead-lined water pipes and lead-based paints were the technological innovations of the turn of the 20th century. That didn't turn out so well, but it took many decades for these SERIOUS safety issues to be exposed. A couple of years of evidence is often woefully inadequate to determine long-term safety issues. Sure, our "want it all now!" mindset drives the desire for new products to be approved quickly. Unfortunately, that doesn't mean they are safe. Do we really think 2 to 5 years of studies on new drugs is adequate to uncover long term health risks? I'm no expert on any of

BLM_0127829

this, but anecdotal data and common sense should lead one to caution. For our society, time seems always to be of the essence (along with money). For nature, however, time continues to run its course, often revealing unintended consequences. Prudence suggests precaution prior to embracing technologies and environmental practices. We must allow adequate time and nature to provide correct conclusions.

Third, the US has signed on to the Paris Accords regarding global climate change. Respected analysis has shown that if we extract ONLY the fossil fuels CURRENTLY under development or ALREADY developed, the world will exceed the CO2 targets contained in those accords. Additionally, the White House Council on Environmental Quality addressed that federal agencies should consider greenhouse gas emissions and the impacts of climate change when conducting NEPA reviews. There is no question that ANY further development/production of fossil fuels contributes to greenhouse gas and CO2 levels in our atmosphere. While there are still climate science deniers out there, the prudent person would consider analyses of the risk versus consequences of climate change being real. EVEN IF THE RISK IS LOW, THE CONSEQUENCES ARE SO EXTREME that risk mitigation strategies must be employed. Most climate change deniers probably don't think their house is going to burn down either, yet they still have a home fire insurance policy - just in case. The US needs to be a leader in global climate change risk mitigation. The BLM, as a part of our government with massive public land resources and the ability to manage their use, needs to start leading on this critically important issue. Special interests and industry members will accept no responsibility for the damage they may cause later to the climate - just as they have fought against payments and walked away from the environmental consequences and impacts of past mining activity. Only the BLM can set the standard based on fundamental principles and the best science that exists.

Without underlying principles, 2000 pages provide little value. If national strategies such as energy policy and climate change were used as the principles for developing the UFO Draft RMP, and the development of alternatives reflected these underlying principles, it would mandate not only that a "no leasing" alternative be considered, but that it would have been BLM's preferred alternative for not just the North Fork Valley, but the entire UFO region. I request the BLM include a "no leasing" alternative in its UFO Draft RMP, and that the subsequent analyses of all alternatives be based upon sound national energy and environmental policies that reflect long term goals and desired outcomes for generations to come.

I am a resident of the North Fork Valley and have serious concerns that adoption of BLM's preferred Alternative D of the UFO Draft RMP will impact my quality of life and my community's economic, recreational, and environmental assets. My wife and I manage 8 acres of agriculture land using natural methods, relying on safe, clean irrigation water supplied by Fire Mountain Canal. We have begun establishing a vineyard and have a mixed orchard of various fruit and nut trees. We grow healthy foods in our gardens and minimize our impact on the environment. We moved to Pitkin Mesa, just outside of Paonia, for its natural beauty, small town atmosphere, agricultural and organic farming/farm to table culture, and clean air/lack of pollution. Oil and gas exploration have no place in this valley, and will disrupt the area's culture, landscapes, recreational opportunities, and quality of life. Besides the national and global implications of pursuing additional O&G exploration in the UFO, the local impacts will negatively impact our towns, businesses, and residents.

Brian Wegner
Cynthia Landes
15540 Fire Mountain Rd
Paonia, CO 81428
wegs1975@aol.com

BLM_0127830

10/30/2016                    DEPARTMENT OF THE INTERIOR Mall - Uncomompahgre Field Office Draft RMP Public Comment



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncomompahgre Field Office Draft RMP Public Comment
1 message

**kristina@cyclingwesterncolorado.com** <kristina@cyclingwesterncolorado.com>              Sun, Oct 30, 2016 at 1:04 PM
To: uformp@blm.gov

To Whom it May Concern,

My name is Kristina Kittelson, founder of Cycling Western Colorado, a tourism-based website providing information on where to mountain bike and road ride in Western Colorado as well as were to eat, stay and what to do off the bike. The communities I highlight include Cortez, Gateway, the Grand Valley area (Fruita, Grand Junction, Palisade), Montrose, Paonia and Ridgway.

How the BLM manages the land in these areas is important to me both professionally and personally. In addition to CWC, I am the part-time coordinator for the Colorado Plateau Mountain Bike Trail Association, Inc. (COPMOBA). As a user group, I believe mountain bikers should have access to non-motorized mountain bike trails. Many areas of Western Colorado have a tremendous amount of motorized trails in comparison to non-motorized. There should be a more equitable distribution. Mountain biking trails support a diversified economy through outdoor recreation and tourism in these communities, many which are feeling negative economic impacts from the declining coal industry. In addition, believe mountain biking promotes a healthy lifestyle and encourages people to get outside and enjoy nature, which in turn contributes to healthy communities.

I would like to submit the following comments in regards to the BLM Uncompahgre Field Office Draft RMP. In general, I support Alternative B and where it applies, Alternative B1.

Specifically, in regards to the Paonia area, I encourage you to make the BLM land that includes Jumbo Mountain a Special Recreation Management Area (SRMA) due to the unique value, importance, and distinctiveness of this tremendous recreational resource. I support the inclusion of the North Fork Alternative B1 in the final plan, which will protect most of the North Fork Valley from oil& gas leasing on BLM lands on and surrounding Jumbo Mountain due to the negative effects on recreation, air quality, views, access, traffic, water quality, habitat impacts and other concerns. I support the designation of BLM lands on and surrounding Jumbo Mountain as an Ecological Emphasis Area due to unique winter habitat it provides for mule deer and other wildlife.

In the Montrose area, non-motorized recreation is currently underrepresented in BLM lands surrounding this community, and I support the designation of more non-motorized SRMAs to prioritize the development of non-motorized trail systems. In particular, the following:

Kinikin Hills ERMA: I prefer that the Kinikin Hills parcel be designated an SRMA and RMZ2 be designated for non-motorized trail development.  It has terrain that is suitable for mountain bike trails and would provide trails for all levels of riders. It has easy access from the town of Montrose as well as from Highway 550. Ideally, a non-motorized trail system here could be accessed from a trailhead off of Uncompahgre Road. With a long riding season, easy access from town and a major highway, a non-motorized trail system here would serve Montrose residents and visitors alike.

In the proposed Dry Creek SRMA, I support the preferred alternative D for RMZ4 (Linscott Canyon/Hwy 90), which designates it as an area for priority development of non-motorized singletrack. A trailhead with substantial parking, restrooms and camping is currently being proposed by Montrose County as part of the Rim Rocker Trail project. In addition to serving OHVs setting out on the Rim Rocker trail, the trailhead facilities will provide a staging area for mountain bike races and events. A ~10 mile trail system with a long loop suitable for racing will provide a unique venue for mountain bike events that currently does not exist in Montrose, Delta or Ouray County. Mountain bike races and events held at this site would provide an economic benefit to Montrose County and bring visitors from Colorado and surrounding states. A race venue here would also benefit the local high school mountain bike race team and could host statewide high school races that would bring racers and their families to Montrose for several days.

In the Spring Creek SRMA, I would prefer that RMZ3 include non-motorized singletrack as an additional focus. Non-motorized trail development in this parcel could connect the Buzzard Gulch trail system with the newly constructed Spring Canyon Connectors and Spring Canyon trail. This would create a challenging, non-motorized, loop ride for more adventurous riders. Currently, mountain bikers most frequently access the trails in Spring Canyon by driving or riding on Dave Wood Road; replacing road use with a singletrack trail would greatly enhance the experience for non-motorized users.

BLM_0127831

10/30/2016                    DEPARTMENT OF THE INTERIOR Mall - Uncomompahgre Field Office Draft RMP Public Comment

Also in the Spring Creek SRMA, I support the designation of the Buzzard Gulch trail system as a non-motorized RMZ (RMZ1 Alternative D). The current Buzzard Gulch provides beginner and intermediate mountain bikers, hikers and equestrians with a quality singletrack experience close to town. Further development of the trail system with a small loop suitable for young children with parents and a more challenging trail for advanced riders would provide riding for all ability levels and families.

I am also concerned that the Lands with Wilderness Characteristics designation in Dry Creek includes the Coyote Ridge and Coyote Cutoff trails. In the preferred Alternative D, these trails would no longer be open to mountain bikes. These trails are valuable to the mountain bike community and should stay open to mechanized use. They are two of the trails in the Dry Creek area that are most enjoyable for mountain bikers due to their grades and trail design. They provide a challenge to intermediate and advanced riders and allow them to create longer rides in the Dry Creek area.

Finally in the Gateway area, many communities are facing enormous economic impacts due to the declining coalmine industry. I encourage you to take into consideration that creating a travel management plan supporting mountain biking trails will help these ailing towns diversify their economies through outdoor recreation.

Thank you for your time and consideration.

Kristina Kittelson
Chief Cycling Officer
(970) 210-0389
www.cyclingwesterncolorado.com
Eat, Sleep, Ride, Repeat!

BLM_0127832

10/30/2016                          DEPARTMENT OF THE INTERIOR Mail - Uncompahgre RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Uncompahgre RMP
1 message

---

**Dennis Lane** <dblane4647@gmail.com>                    Sun, Oct 30, 2016 at 2:52 PM
To: uformp@blm.gov

    As a lifelong 70 year old resident of Western Colorado, I have scanned over your entire draft plan of the subject and have studied thoroughly the parts pertaining to my own interests concerning the Adobe badlands, grazing, oil, gas & mining, on road and off road access, and especially  target shooting and general access to the entire region.

    While I firmly believe that alternative 1 is more than enough bureaucratic control, I also  realize that it is not going to happen in today's political climate.  I find that alternative 2 is totally unacceptable and alternative 4 is very little better.

    **Therefore I strongly urge you to adapt <u>alternative 3</u> as the end result of this entire process.**  I thank you for any consideration you give my thoughts and for the opportunity to comment on this process.

Thank you,

Dennis Lane
Box 350
Eckert, Co. 81418

---

BLM_0127833



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## WETA Comments on the UFO-RMP
1 message

**Paul Koski** <westend@copmoba.org>                                    Sun, Oct 30, 2016 at 1:16 PM
To: uformp@blm.gov

Please find the attached pdf document with our comments on the RMP.
Paul Koski

 **RMP Comment.pdf**
72K

BLM_0127834

22 October 2016

BLM- Uncompahgre Field Office
2465 South Townsend Ave.
Montrose, CO 81401



Re: Comments on the UFO- Resource Management Plan

  The West End Trails Alliance (WETA) is a local grass roots advocacy group committed to developing and promoting Public Lands access in western San Miguel and Montrose Counties plus the area in Mesa County surrounding Gateway, much of which is covered in the Uncompaghre Field Office- Resource Management Plan. The entire West End of the UFO offers a very large and unique area featuring three large tracts currently being administered as Wilderness plus thousands of acres more of wilderness like lands that have historically seen mineral exploration and extraction activity. The existing trails and roads which were created offer locals and visitors alike a relatively easy opportunity to explore and enjoy these wild places with minimal impact. Public lands use policy greatly effect our small West End communities specifically when it comes to economic development. As you know, the West End contains hundreds of miles of old mining trails and two track, most of which are visible from satellite imagery and found on the BLM Surface Management maps. During the initial scoping process in Naturita, participants were told by UFO staff members that trails visible from the air would be considered as existing travel routes. On the ground exploration of many of these trails have resulted in a growing number of routes that have become popular with many mountain bike and hiking enthusiasts.

  West End communities currently face an impending economic disaster with the scheduled closing of the Nucla Station power plant and supplying coal mine by 2022. The State of Colorado, Montrose County, Region 10 and the Department of Local Affairs among others have already begun the discussion about diversification of these local economies. One of the most promising is the development of outdoor recreation. We are currently involved with an initiative called Blueprint 2.0 which will create a plan to develop an outdoor recreation industry here in the West End based on successful trail models implemented in other Colorado communities. We believe a working relationship with the BLM-UFO is necessary in order to develop recreational features such as camp sites, trail signage, kiosks, trail connectors and stacked loop trail systems which will enhance current efforts to identify existing trails for area residents and visitors. The resource Management Plan should address these efforts that local communities, impacted by surrounding Public Lands, are currently undertaking.

  The RMP's travel management sections allows for identification of trails to be considered. We have listed many trails currently being used and to be proposed with our comments. We would like to see these routes recognized and considered in the future for their unique historic and recreational values. This is not a complete list however, as more are being considered, explored and mapped on an ongoing basis.

  Thank you for considering our comments.
Sincerely,

West End Trails Alliance
Board of Directors - Kelvin Verity, John B Stewert, Paul Koski and Katie Sapp
PO Box 281
Nucla, CO 81424

**West End Trails for consideration in the UFO- Resource Management Plan**
Note: Not a complete list

# Trail Name

### Y-11 or Shamrock Trail

Historic cow trail has become a popular mountain bike single track with easy access from Hwy 141 near Uravan. Offers access into Saucer Basin on the north side of the Basin. One of the few single track trails in the West End with unique views of the confluence area downstream from Uravan.

### Paradox Trail with Spradlin Park Bypass (under construction)

Established in 1995, this epic 118 mile Paradox Trail  connects the Tabeguache Trail on the Uncompahgre Plateau with the Kokopelli Trail in Utah.

### Blue Mesa Loop

Utilizes an old jeep road just below the rim of Blue Mesa on the west side then climbs up to Blue Mesa and joins the existing two track system there to complete the loop. Great views of Sew em Up Mesa WSA, the Narrows section of Hwy 141 south of Gateway high above the Dolores River.

### North Bench Trail  (Out  and back)

An existing grazing access road running along a scenic bench high above the San Miguel River from near Tabeguache Creek heading SE towards Coal Canyon and beyond almost to Tuttle Draw before the two track enters private lands.

### Saucer Basin Loop

The old two track begins at CR EE22 near the NE corner of Saucer Basin and finds its way down into this scenic valley containing unusual fin and cliff formations.  Existing two track and trails eventually bring hikers and riders to the south rim of Saucer Basin overlooking the Paradox Valley over 1,500 ft. below. Trail users can complete the loop by following the rim SE until it hooks back up to an old two track and EE22.

### Sawtooth Ridge Loop

This area lies between Hwy 141 on the north and Hwy 90 on the east and south. The area contains one of the largest expanses of continuous slick rock in the WestEnd. Shallow canyons also cut through the area with large pines in the canyon bottoms. There is existing access from both Highways on old two track. Visually a real treat with challenging yet fun terrain for bikers and hikers.

### Nyswonger Mesa Loop

This ride uses two parallel old two track roads beginning off Hwy 90 just before it leaves the Paradox Valley to the SW.  The upper road ends at the west buttress cliffs of Nyswonger Mesa where remnants of an old ladder mark the way up onto the mesa top. The old two track trail system there will lead mountain bikers off the north side on a steep switchbacked trail. Nice views off in each direction and directly above the Paradox Valley,  Dolores River WSA and Bedrock.

**Catch Em Up Trail (Bedrock)**
Historic cow trail which allows users a quick but steep access to the west end of Davis Mesa and the existing two track trail system.  Beautiful views of the Paradox Valley and a challenging hike.

**Dry Creek Trail**
Access is available off an existing BLM road east of Dry Creek after leaving the county road at the Coke Oven Ranch. Once in the creek bottom hikers follow an abandoned two track up the canyon. Very quiet and isolated as the creek winds its way through massive cliffs towards Dry Creek Basin. Evidence of flash flooding is apparent.

**North Spradlin Park Boundary Trail (hiking only- to be proposed)**
Although denied for a possible solution for mountain bikers, this trail will be proposed to allow public access along the southern boundary of the Tabeguache SMA.  About  800 ft of new trail would be created to link up existing two track trail on both sides. Allows access for hikers and equestrians.

**Naturita Public Lands Access (south)**
Exiting two track climbs from Hwy 141 near Ferrell Gas on the west side of town. Allows public access onto the flats and existing trail system just south and above the town of Naturita.

**Martin Mesa Canyon (hiking only)**
Short out and back up an existing trail into the main drainage arms of Martin Mesa. Quiet and scenic.

**Horse Collar Arch Trail (hiking only**
Historic trail constructed with the purpose of allowing hikers down into the Martin Mesa drainage and to view the unusual Horse Collar Arch which the water has etched out over time to create a large hole and a drop of over 150 feet. Easy access off Hwy 141 near the Hanging Flume.

**Beehive Canyon Trail**
Small tight canyon near Hwy 141 and Biscuit Rock with access off CR Q13.  Old two track / single track trail leads mountain bikers and hikers up the  small canyon eventually connecting with CR P12 above to make a loop.

**Naturita to Nucla Trail (multi use - to be proposed)**
This long talked about trail would utilize existing two track on BLM lands which lie just south of the Hopkins Field County Airport. New trail sections would need to be constructed in order to enter the town of Naturita on public lands.

**East  and North Nucla trail System (stacked loop systems to be proposed)**
With the upcoming completion of the Paradox Trail Reroute in 2017, WETA is already looking at proposing two stacked loop trail systems to the north and east of the town of Nucla. These areas holds much potential for recreational use including mountain biking and  hiking.

**Sew Em Up Mesa Trail (County Line)**
Unmarked trail leading up to the rim of Sew Em Up Mesa WSA. A unique and easy access off Hwy 141 at the boundary of Montrose and Mesa Counties. Large boulders, towering cliffs and a quiet canyon await hikers into this pristine area.

**Sew Em Up Mesa Trail ( Roc Creek and the HWY 141 Narrows Spring)**
Petroglyphs await hikers wishing to get off Hwy 141 and experience the quiet of Sew Em Up Mesa WSA near Roc Creek and just past the Narrows Spring Box north on Hwy 141.

**Long Park Trail- West End**
Just off CR EE22, hikers can find their way to the high rim of the Paradox Valley on a gentle loop. There is also an old two track access to the east rim of Saucer Basin with fantastic vistas into Basin with its unusual sandstone fins.

**Burn Canyon Trail System (under construction)**
This large area is currently proposed as a SRMA which WETA supports. Over 30 miles of multi use trails will be featured here when completed.

**Thunder Trails  to Burn Canyon System connector (to be proposed)**
Two popular trail systems in close proximity need to be connected and to provide access across Naturita Canyon.

**MailBox Park Trails - Norwood to Nucla (to be proposed)**
This is another long talked about trail which would connect the communities of Norwood to Nucla and Naturita via Mailbox Park. There are enough existing two track trails that could be connected with new single track trails which will avoid private lands and complete the Norwood to Nucla Trail.

BLM_0127838

11/1/2016                    DEPARTMENT OF THE INTERIOR Mail - BLM-UFO RMP Comments in Support of Alternative B1



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM-UFO RMP Comments in Support of Alternative B1

1 message

**Patrick Dooling** <patrick.r.dooling@gmail.com>                    Sun, Oct 30, 2016 at 3:44 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

BLM-UFO RMP Comment Staff,

Please find the attached document for comments in support of the B1 Alternative of the BLM-UFO RMP. These
comments regard oil and gas production, specifically concerns around the disposal of produced water via injection wells,
a process that has been linked with increased frequency of earthquakes in hydrocarbon producing states across the
U.S. I hope you will consider my comments in support of the B1 Alternative before the final recommendations are made
in order to protect our communities.

Regards,

Patrick R. Dooling
Paonia, Colorado
215-630-3779

📄 **Dooling RMP comments in support of B1 Alternative.pdf**
    81K

BLM_0127839

Patrick R. Dooling
14138 Burgess Lane
Paonia, CO 81428

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for allowing me to comment on the Draft Resource Management Plan for the Uncompahgre Field Office. I am glad the BLM is considering the development of natural resources as well as its impacts on the environment, watersheds, viewsheds, and human populations. There is undoubtedly a worldwide need for oil, gas, and products derived from petroleum. However, as a geologist who worked in the oil and gas industry for over 3 years, I have seen up-close the dangers of petroleum development. From increased truck traffic and accidents on rural roads to uncontrolled releases of hydrocarbons or produced water from pipelines and facilities, there are many dangers that pose a real risk to the welfare of our community. My main concerns in this letter revolve around the disposal of produced waters, saltwaters, and brines into underground storage reservoirs via injection wells. Injection of these fluids is linked with increased seismic activity that can pose serious issues for human populations. I support the B1 Alternative, the North Fork Alternative, which will provide the necessary precautions to protect our communities from the dangers of this induced seismicity.

Water used in the petroleum extraction process including during drilling and hydraulic fracturing, contain toxic chemicals, dissolved solids, and many other components that largely render it unusable without treatment. With the current collapse of the price of oil, it is far cheaper for companies to dispose of this produced water in buried geologic formations rather than have it recycled. While the benefits of recycling this water would be innumerable due to the dire state of water resources in the arid west, the project economics dictate these companies inject this water back underground, where it will never be used again. Water is a precious commodity in Colorado and disposing of this water will waste precious resources.

My main concern with injection wells revolves around the risk of induced earthquakes. Produced water is injected into underground reservoirs in a process termed Saltwater Disposal (SWD). The risk of induced seismicity (earthquakes) from these SWD injection wells has been known since the 1950s (Nicholson and Wesson, 1951). Recently, the shale revolution has led to

unprecedented petroleum production across the United States. With the increase in horizontal wells being drilled and hydraulically fractured comes a proportional increase in SWD wells, and induced seismicity. Recent studies in Oklahoma have observed a five- to ten-fold increase in seismicity in areas with salt water injection (Walsh and Zoback, 2015). There is a clear correlation between seismicity and salt water injection. Additional studies find the rate of injection in a well is the most likely triggering factor in regions with seismic activity (Weingarten, M., S. Ge, et al. 2015). This is important because SWD companies will often inject at very high rates in order to dispose of product more quickly and increase revenue.

Often drilling/exploration/production companies hire saltwater disposal companies to get rid of their unwanted produced water. These SWD companies lack the resources and will to do detailed scientific studies of the local risks of injection. For example, seismic reflection studies provide critical information on local faults that could be activated during injection of water. However, due to the cost and labor associated with seismic reflection, SWD companies generally do not acquire or use this data before operating, instead opting to inject "in the dark" without regard for local seismic risks. Earthquakes can cause serious infrastructure damage to buildings and roadways. Unlike places like California, infrastructure in Colorado is not built to withstand large earthquakes. Landslides triggered by earthquakes could have even worse effects on our already dangerous roadways. Recently a landslide closed CO-133 above Paonia Reservoir for ~1 week, crippling access to communities north of the North Fork Valley.

To stress how big of a problem SWD is, even the exploration/production petroleum company I worked for despised these SWD companies who were just looking to make a quick dollar in the industry. At the urging of company management, I actively worked to stop a SWD company from placing an injection well on our acreage. Now I am urging the BLM to take the same actions to protect our community.

No alternatives in the RMP provide enough specific regulations or stipulations regarding SWD injection. A more detailed study on the risks associated with SWD must be considered before allowing any injection in the UFO. However, I support the B1 Alternative because it provides the most effective measures to avoid risks associated with induced seismicity from injection wells.

Sincerely,

Patrick R. Dooling
Geologist
patrick.r.dooling@gmail.com
215-630-3779

# REFERENCES

C. Nicholson, R. L. Wesson, Earthquake hazard associated with deep well injection: A report to the U.S. Environmental Protection Agency. U.S. Geol. Surv. Bull. 1951

Walsh, F. R. and M. D. Zoback (2015). "Oklahoma's recent earthquakes and saltwater disposal." Science Advances 1(5).

Weingarten, M., S. Ge, et al. (2015). "High-rate injection is associated with the increase in U.S. mid-continent seismicity." Science 348(6241): 1336-1340.

BLM_0127842



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## BLM-UFO RMP Comments in Support of Expanded SRMA of Jumbo Mountain
1 message

---

**Patrick Dooling** <patrick.r.dooling@gmail.com>                    Sun, Oct 30, 2016 at 3:47 PM
To: uformp@blm.gov

BLM-UFO RMP Comment Staff,

Please find the attached document in support of the expanded SRMA status of Jumbo Mountain as outlined in Alternative B/B1. I hope you will consider my comments before making final recommendations in order to provide a much needed asset to our community to increase tourism to the North Fork Valley.

Regards,

Patrick R. Dooling
Paonia, CO
215-630-3779

---

📄 **Dooling RMP Comments in support of Alt B Jumbo.pdf**
67K

---

BLM_0127843

Patrick R. Dooling
14138 Burgess Lane
Paonia, CO 81428

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for allowing me to comment on the Draft Resource Management Plan for the Uncompahgre Field Office. I am glad the BLM is considering Special Recreation Management Area status for Jumbo Mountain. I support the SRMA status as outlined in Alternative B, providing the most comprehensive protections for this gem of our community.

Unlike most people that are probably commenting in support of the expanded SRMA status as outlined in Alt B, I am not a mountain biker. However, I believe one key to advancing the economy of the North Fork Valley beyond the coal industry lies in tourism. It is no secret that the North Fork Valley is looking for an industry to provide income as the coal industry is collapsing. Adventure tourism can achieve this while protecting and enhancing our lands. Jumbo Mountain can provide a hotspot for mountain bikers across Colorado to enjoy world-class trails in an incredibly scenic location. An increase in tourism will support almost every local industry, including hospitality, restaurants, and retail, including places such as The Cirque Cyclery in Paonia. Expanded SRMA status for Jumbo Mountain will not only give local mountain bikers an opportunity to enjoy their land, but also bring bikers from around the country to enjoy the beauty of the North Fork Valley.

Sincerely,

Patrick R. Dooling

BLM_0127844

11/1/2016                                        DEPARTMENT OF THE INTERIOR Mail - UFO RMP letter of recomendation



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP letter of recomendation
1 message

**Carol Pierce** <carolcolo@yahoo.com>                                        Sun, Oct 30, 2016 at 3:47 PM
Reply-To: Carol Pierce <carolcolo@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

Bureau of Land Management Uncompahgre Field Office,
Thank you for allowing the extension period for this most important decision to be extended.  I
hope you will take into account my positions regarding the BLMs decision when making your final
decisions regarding the UFO RMP 2016.  Carol Pierce Paonia, CO

 **To Bureau of Land Management.docx**
23K

BLM_0127845

To Bureau of Land Management, Uncompahgre Field Office,                              10/25/2016

I am writing to comment on the UFO Resource Management Plan (RMP) during this comment period. I would like to start by quoting The BLM mission statement. *"It is the mission of the Bureau of Land Management to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations."* For years now it has been my belief that the technology being used to extract natural gas by hydraulic fracturing (fracking) is far and away the worst man made threat to our environment being implemented in our time. I often refer to it as having science fiction qualities! I say it is my belief but my beliefs are based on extensive and ongoing research I have learned regarding negative impacts to people and the environment. There are too many variables that can and do go wrong while using many carcinogenic chemicals in the process, too many toxins being blasted into underground rock fissures and then pumped back into injection wells for storage (causing earthquakes), too many spills from gas pipe lines (contaminating whole rivers), transporting said chemicals, well casing failures, and too many carcinogenic volatile organic compounds (VOC's) spewing into the atmosphere. I've been exposed to the contaminated air coming from and around condenser tanks, and from flaring fields. In both cases I wasn't able to breathe one breath without covering my nose and mouth. Add to all this the impacts on the flora and fauna which has already been compromised due to so much human activity and it's a recipe for extensive issues for them too. The research keeps growing regarding impacts to human health including respiratory related problems, endocrine disruption, and immune related and cardiovascular disease. The negative effects are vast and I find it incredulous and unacceptable for 94.5 percent of 856,970 acres of the regions land being designated as acceptable for oil and gas in your preferred RMP proposal. It is my understanding the RMP is supposed to be the guideline, after hopefully much intense research, of what the cumulative impacts would be on the land in the entire area. It is intended to be the master plan for all activities during the next quarter century or so, and it is to be in keeping with NEPA (National Environment Policy Act) of 1969. The preamble to NEPA reads:

*"To declare national policy which will encourage productive and enjoyable harmony between man and his environment; to promote efforts which will prevent or eliminate damage to the environment and biosphere and stimulate the health and welfare of man; to enrich the understanding of the ecological systems and natural resources important to the Nation; and to establish a Council on Environmental Quality.*

The plan's allocation of so much land for possible gas production is so off target from NEPA or the BLM's mission statements. I find myself in ABSOLUTE DISBELIEF you took a good hard look and came up with the plan you "preferred." For you to propose that 94.5 % of the land mass as suitable for gas development. I am sorry to sound disrespectful but this is how I see it. Please decrease the amount of land you propose to be open to fracking. The technology needs to be improved upon. There are not enough people in the field to provide oversight for the gas development already in place. Often spills and leaks are stumbled upon by individuals at a period which is way too late for the mitigation to be effective enough.

Regarding Lands with Wilderness Characteristics (LWC) in the plan; I see you believe that seven areas totaling 42,000 acres deserve to be managed in a way to protect their wilderness characteristics in Alternative plan B. BUT you only propose to manage three of the seven totaling only 18,000 acres under the preferred alternative plan. It makes no sense to qualify them as deserving and then disregard that discovery in your preferred proposal. Please qualify the full 7 areas. I am an avid hiker and have visited many of these areas in my 31 years living in this area.

BLM_0127846

Regarding Areas of Critical Environmental Concern (ACEC). Fifteen areas fit your criteria to be considered ACEC's. As seen in appendices O and A this was established after a very in depth evaluation to qualify as such. Of these fifteen identified areas the BLM is proposing only eight as ACEC. The following seem especially deserving of protection at this level: La Sal Creek, Salt Desert Shrub, and Tabeguache Pueblo and Tabeguache Caves. Please protect most if not all of the fifteen areas in your final plan!

Regarding Ecological Emphasis Areas (EEA) are shown in Appendix A and D. The BLM showed ample indicators discussing the importance of a number of areas in Appendix D qualifying for this status. I feel the importance of protection for these areas is critically important due to studies indicating they are some of the only remaining areas providing higher to lower elevation movement of wildlife. There is much literature available showing the effects of oil and gas drilling damaging the elk and deer herds. Many of these areas are identified in Alternative B but not in Alternative D. Please include all the EEA's shown in Alternative B as a preferred alternative. Please put No Surface Occupancy (NSO) regulations on each as well. Please include burrowing owls, kit fox, and prairie dogs habitat along Hwy. 50 in the Adobe EEA.

Regarding Special Recreation Management Areas (SRMA). Appendices A and J. Among the things that keep this area vibrant are the recreational opportunities. We may not have a downhill ski mountain area in our backyard, but the fact that we have other types of lands that people are drawn to is vital to our economy. It is very important to maintain their beauty and peacefulness that make them so attractive,as well as the many hunting and fishing opportunities here. Please consider non motorization rules for the Jumbo area and others. My son and family in Montrose do a lot of motorized dirt biking. I have become familiar with the extensive amount of country that fits that recreational activity throughout this area. I myself love hiking, biking, both kinds of skiing, birding, camping, and spend as much of my free time that I can in the mountains and back country. I am a Colorado native. While raising our kids we didn't have a lot of money, but we had the public lands to explore. What a fantastic way to grow kids! Please protect all SRMA's as much as possible!!

I want to say thank you for including the North Fork Alternative Plan (NFAP) B1 as one of the proposed alternatives. Regarding the areas around the North Fork Valley I speak in favor of this proposal. In some cases Plan B offers more protection and I would like that to be what is deferred to in those instances. When I was in my early 20's living in Routt County, CO, for a number of years , groups of us would come to Paonia for fresh fruit to put up for the winter and eat fresh. In 1985 I moved here with my husband and kids for that reason and the beautiful surroundings and recreational opportunities. I've read articles recently that state with the latitude people have now to live where they want, due to technology etc., the places they choose are ones with quality public lands surrounding them, This factor is keeping populations up in many rural areas and the economies thriving. I would like to list other negative impacts hydraulic fracturing extractions brings to communities and areas that the BLM did not give adequate analysis or consideration to:
*heavy truck traffic damage, dust pollutants along with the VOC's
*more crime in areas with man camps etc.,
*property value declines, an exodus of those that see fracking as a great negative rather than positive
* water contamination in an area with the most organic grower concentration in the state
* ozone levels in certain parts of the area are already reading 70ppb (levels exceeding
 EPA's threshold of acceptability
*fragmentation of wildlife habitat and impact on big game populations
* increased sedimentation in the fishing streams (some of which are gold medal fishing waters)
 * negative impacts on these recreational aspects

BLM_0127847

* impacts on agri-tourism in the region; BLM did not analyze the impacts of unregulated gas gathering pipelines  impact of weather related incidents compromising the integrity of those pipelines
*BLM did not analyze the impact of water removal from the water sources
* the potential for earthquakes where injections wells are placed and the effects on contamination of aquifers regarding those sites
 *source water protection plans were not considered

In your preferred proposal choice; Chapters 2 (Affected Environment), and 4 (Environmental Consequences) did not even acknowledge the scope of the rarity and uniqueness of the North Fork area.  The area is unrivaled in this state for organically raised vegetables, fruit, hay, livestock, and vineyards. The BLM needs to fully analyze the effects of water contamination and air pollution, which are inevitable, for the entire area.
The effect of impacts on the present local resources and economical endeavors will be thwarted and the investments would be shifted from what is presently in place regarding agro-tourism, recreation, renewable energy, agriculture and organically grown foods.  It is likely we'd never regain that foothold again.  Also, this development will contribute to greenhouse gases and be a continued detriment to all that is impacted by that.

I have lived on several acres a few miles outside of Paonia, along the North Fork of the Gunnison River for 31 years.  I have grown organically raised fruit, vegetables and hay throughout that period. It was very important to me to raise my kids in such a way year round by putting food up each year to a large degree.  I have a domestic well for my home usage.  My well's source is the river and I worry for its health.  It has always tested to be potable and without bacteria.  I live on Hwy. 133 and I have no doubt the traffic increases would negatively affect me significantly. Along with the increased noise component there is a curve that we in the neighborhood call "dead man's curve" due to the many accidents, just 100' or so from my entrance/exit onto the highway. *This whole stretch of highway does not even have a shoulder whatsoever.*   I ask you to help us who live in this area by making it off limits to drilling indefinitely as proposed in alternative plan B1 as well as the more protective pieces of plan B to be included.

Please protect the unique, characteristics, resources and attributes in this area that have made it economically sustainable and a wonderful place to live and raise children for more than a century.

Sincerely,
Carol Pierce
42326 Hwy. 133
Paonia, CO 81428

BLM_0127848



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

**UFO RMP**
1 message

---

**elena m goldstein** <ellie@paonia.com>                                                    Sun, Oct 30, 2016 at 10:26 AM
To: uformp@blm.gov

---

Dear Reader,

My name is Elena Goldstein.  I reside at 38324 Saddle Mountain Lane in Crawford, CO and have owned  a small ranch outside of Crawford for the past 25 years.  I am a retired educator, organic gardener, hiker, and community volunteer.

I am writing to request that you consider placing a moratorium on any intentions to sell leases for fracking until the questions which follow can be answered beyond a shadow of a doubt. Without that guarantee I am opposed to anything but a no leasing alternative in the UFO RMP draft.  The reasons that the BLM should not accept any of the proposed alternatives regarding leasing land for fracking are almost too numerous to address.

1. Will there be enough water to irrigate the farms in the North Fork Valley, provide adequate drinking water for the populous and allow for our rivers and lakes to maintain adequate levels to support the creatures that live in them …. and the fishers who enjoy them?

There is reason to be seriously concerned about the availability of adequate water needed to frack as the entire south-west of the US faces the threat of "megadroughts".

An article recently published in Science Advances states:
… a megadrought would impose "unprecedented stress on the limited water resources" of the parched US south-west, researchers found, bringing conditions similar to the 1930s dustbowl to California, Nevada, New Mexico, Colorado and Utah – but over a lengthier period.
Using a combination of temperature and precipitation models, the study predicts a 70% chance of a megadrought by the end of the century, should rainfall levels remain the same, with a 90% chance of an elongated drought should rainfall decrease, as most climate models forecast.

"We can't rule out there could be a 99.9% chance of a megadrought, which makes it virtually certain," said Toby Ault, a scientist at Cornell University and lead author of the study.
"Imagine if the current drought in California lasted for another 30 years.

2. Has the BLM looked at new scientific studies related to health and exposure to fracking that have been done in the last four years?

Since the North Fork Alternative Plan was presented to the BLM  there has been significant research on the adverse affects of oil and gas extraction.  The chemicals released by fracking, blowback and production  have  been documented to have health consequences on humans, plant life and wildlife.  There is a significant association with birth defects and miscarriage.

McKenzie, L. M., et al. 2014. Birth outcomes and maternal residential proximity to natural gas development in rural Colorado. Environmental Perspectives 122:412-417.

**Bamberger, M., Oswald, R. (2012).** Impacts of Gas Drilling on Animal and Human Health. *New Solutions: A Journal of Environmental and Occupational Health*, 22(1):  51-77.

The researchers conducted interviews with animal owners in six states–Colorado, Louisiana, New York, Ohio, Pennsylvania, and Texas–affected by gas drilling. They also interviewed the owners' veterinarians, and examined the results of water, soil, and air testing as well as the results of laboratory tests on affected animals and their owners. The study highlights the possible links between gas drilling and negative health effects, along with the difficulties associated with conducting careful studies of such a link.

**Coborn T, Kwiatkowski C, Schultz K, Bachran M.** 2012. Natural Gas Operations from a Public Health Perspective. *Human and Ecological Risk Assessment: an International Journal* 17(5):1039-1056.

The authors examined the chemicals known to be used in natural gas fracking procedures. Researchers were able to compile a list of 632 chemicals, though this list is incomplete due to trade secret exemptions given to the energy companies by Congressional allies. Many of the chemicals are toxic and represent the 'bad boys' of health concerns–causing everything from skin and eye irritation to cancer and mutations. They also highlight the "side effect" of air pollution and the resulting irreversible damage to lung tissue, along with damage to vegetation in the surrounding area.

**McKenzie L, Witter RZ, Newman LS, Adgate JL,** 2012, Human Health Risk Assessment of Air Emissions from Development of Unconventional Natural Gas Resources, *Science of the Total Environment,* 424:79-87.

Researchers from the Colorado School of Public Health used EPA guidance to estimate chronic and subchronic non-cancer hazard indices and cancer risks from exposure to hydrocarbons for two populations: (1) residents living > ½ mile from wells and (2) residents living ≤ ½ mile from wells. Risks were higher for those living less than a 1/2 mile from wells than those living further from drilling sites.

**Stephen G. Osborn, Avner Vengosh, Nathaniel R. Warner, and Robert B. Jackson** Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing PNAS 2011 108: 8172-8176.

Scientists found methane contamination of drinking water associated with shale-gas extraction. Average and maximum methane concentrations in drinking-water wells increased with proximity to the nearest gas well. Researchers also found a potential explosion hazard with the related concentrations of methane.

**Kassotis, C. D., et al. Estrogen and Androgen Receptor Activities of Hydraulic Fracturing Chemicals and Surface and Ground Water in a Drilling-Dense Region. 2013.** Endocrinology DOI: http://dx.doi.org/10.1210/en.2013-1697

This study found that a selected subset of chemicals used in natural gas drilling operations and also surface and ground water samples collected in a drilling-dense region of Garfield County, Colorado, can exhibit estrogen and androgen receptor activities. Water samples were collected, solid-phase extracted, and measured for estrogen and androgen receptor activities using reporter gene assays in human cell lines. Of the 39 unique water samples, 89%, 41%, 12%, and 46% exhibited estrogenic, antiestrogenic, androgenic, and antiandrogenic activities, respectively. Testing of a subset of natural gas drilling chemicals revealed novel antiestrogenic, novel antiandrogenic, and limited estrogenic activities. The Colorado River, the drainage basin for this region, exhibited moderate levels of estrogenic, antiestrogenic, and antiandrogenic activities, suggesting that higher localized activity at sites with known natural gas–related spills surrounding the river might be contributing to the multiple receptor activities observed in this water source. The majority of water samples collected from sites in a drilling-dense region of Colorado exhibited more estrogenic, antiestrogenic, or antiandrogenic activities than reference sites with limited nearby drilling operations. Our data suggest that natural gas drilling operations may result in elevated endocrine-disrupting chemical activity in surface and ground water.

**Vidic, R. D., et al. 2013. Impact of shale gas development on regional water quality. Science 340 (6134): DOI: 10.1126/science.1235009**

Horizontal drilling and hydraulic fracturing make the extraction of tightly bound natural gas from shale formations economically feasible. These technologies are not free from environmental risks, however, especially those related to regional water quality, such as gas migration, contaminant transport through induced and natural fractures, wastewater discharge, and accidental spills. The focus of this Review is on the current understanding of these environmental issues.

**Jackson RB, D Rainey Pearson, SG Osborn, NR Warner, A Vengosh. 2011. Research and policy recommendations for hydraulic fracturing and shale-gas extraction. Center on Global Change, Duke University, Durham, NC.**

The potential for contamination from wastewaters associated with hydraulic fracturing depends on many factors, including the toxicity of the fracturing fluid and the produced waters, how close the gas well and fractured zone are to shallow ground water, and the transport and disposal of wastewaters. Despite precautions by industry, contamination may sometimes occur through corroded well

BLM_0127849

10/30/2016                                DEPARTMENT OF THE INTERIOR Mail - UFO RMP

casings, spilled fracturing fluid at a drilling site, leaked wastewater, or, more controversially, the direct movement of methane or water upwards from deep underground.

During the first month of drilling and production alone, a single well can produce a million or more gallons of waste water that can contain pollutants in concentrations far exceeding those considered safe for drinking water and for release into the environment. These pollutants sometimes include formaldehyde, boric acid, methanol, hydrochloric acid, and isopropanol, which can damage the brain, eyes, skin, and nervous system on direct contact. Another potential type of contamination comes from naturally occurring salts, metals, and radioactive chemicals found deep underground. After hydraulic fracturing, fracking fluids and deep waters flow through the well to the surface along with the shale gas.

These studies raise serious concerns about the impacts natural gas wells have on human health and the environment. These impacts would have serious consequences for the economy of the North Fork valley which depends on clean air and water for agriculture, recreation, and domestic consumption. These impacts and consequences need to be addressed, as the only way to guarantee that there will be no such environmental and health consequences is a no-fracking option.

### 3. Can fracking have impacts on drinking water?

In 2008 residents of Pavillion, Wyoming experienced highly disagreeable odors and tastes of their drinking water. When the EPA was finally involved in researching whether there was a connection to nearby fracking operations, the issue, basically was suspiciously buried. A new study out of Stanford University provides more clarity on this issue. The researchers' conclusion, which was published in Environmental Science and Technology, was that fracking operations near Pavillion have had a clear influence on the quality of groundwater.

Using data from two EPA-monitored wells as well as state reviews of natural gas wells, drinking water wells, and drilling pits, the study found that chemicals associated with fracking had migrated from underground storage wells and unlined storage pits into aquifers that supply Pavillion residents with their drinking water, though the study did not go so far as to find fracking-associated chemicals in Pavillion's drinking water itself. This result is consistent with the EPA's 2011 draft report, which found high levels of fracking chemicals and cancer-causing toxins in monitoring wells.

A revelation such as this should alert the BLM to the machinations that can prevail at the cost to human health and economic security.

It is no wonder that the state of New York leads the nation in banning fracking after having made a serious study of the health impacts of this process.

### 4. Does the U.S. government indicate any concern over the need to monitor the effects of fracking?

On November 3, 2015, President Obama released a memorandum regarding impacts on the natural environment by "land or water disturbing activities: Agencies shall each adopt a clear and consistent approach for avoidance and minimization of, and compensatory mitigation for, the impacts of their activities a to avoid and then minimize harmful effects to land, water, wildlife, and other ecological resources (natural resources) caused by land- or water-disturbing activities, and to ensure that any remaining harmful effects are effectively addressed, consistent with existing mission and legal authorities. Agencies shall each adopt a clear and consistent approach for avoidance and minind the projects they approve. That approach should also recognize that existing legal authorities contain additional protections for some resources that are of such irreplaceable character that minimization and compensation measures, while potentially practicable, may not be adequate or appropriate, and therefore agencies should design policies to promote avoidance of impacts to these resources.

I beg you to take a precautionary approach to deciding on anything as potentially dangerous to the environment and health as fracking the earth for oil and gas. Delay until all the evidence is in. Wait until measures have been put in place to ensure the safety of this process. Wait to see if the renewable energy industry has grown enough to supply the U.S. with an adequate source of clean fuel. Wait and see if you are convinced that fracking can be done without releasing carbon and methane into our already overheating planet.

Thank you for your consideration.

Elena Goldstein
38324 Saddle Mountain Lane
Crawford, CO 81415

BLM_0127850

10/30/2016                          DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Uncompahgre Field Office
1 message

---

**Katherine German** <action@wildearthguardians.org>                     Sun, Oct 30, 2016 at 12:33 PM
Reply-To: Katherine German <nicknkat2@msn.com>
To: Bureau of Land Management Uncompahgre Field Office <uformp@blm.gov>

Oct 30, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

Please don't allow new leasing of coal, oil and gas in the Uncompahgre
Field Office.  This country needs to be more concerned about the
climate, clean air and water instead of pandering to the companies that
stand to make a mint from our public lands.

The communities in the area will suffer along with the land and all the
wildlife that live there.  Please protect our public lands - once they
are polluted and ravaged, they will never be the same and their health
will be permanently compromised.

Thank you.

Sincerely,

Katherine German
3879 139th Ave SE
Bellevue, WA 98006
nicknkat2@msn.com

---

BLM_0127851

10/30/2016                    DEPARTMENT OF THE INTERIOR Mail - Uncompahgre Field Office Draft RPM Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Field Office Draft RPM Comments
1 message

**Viva Kellogg** <viva8686@gmail.com>                                   Sun, Oct 30, 2016 at 8:00 PM
To: UFORMP@blm.gov
Cc: mroeber@deltacounty.com, BHovde@deltacounty.com, datchley@deltacounty.com, Robbie LeValley
<rlevalley@deltacounty.com>

Thank you for extending the deadline for comments on the Uncompahgre Field Office Draft RMP.  I am a resident of Paonia, Colorado and I live near the Jumbo Mountain Area.  I am an impacted citizen.

I am opposed to the BLM's current preferred Option D which would open 94.5% of the Uncompahgre planning area to oil and gas leasing and development.  While I urge BLM to adopt a No Leasing alternative for the North Fork Valley, I strongly support the North Fork Alternative (B1), the Jumbo Mountain Special Recreation Management Area, and protection of the municipal water supply.

BLM did not consider all reasonable alternatives, including the possibility of not leasing our public lands at all.  Oil and gas activity has the potential to negatively impact the North Fork Valley's healthy food shed, clean water, clean air and public health.  BLM failed to mention that the North Fork Valley is a special use area tied to the economics of this area.

I am concerned about losing the recreational value of our lands in the North Fork Valley.  I hike frequently on Kebler Pass at areas like Lost Lake, Lake Irwin, and Erickson Springs. I hike Jumbo Mountain, the Stevens Gulch area, and many other areas in the North Fork Valley and surrounding areas.  I feel passionate about hiking in clean air and beautiful surroundings.  I want to hike on frack-free trails and use frack-free campsites.

The economy of the North Fork Valley has traditionally been dependent on mostly farming, ranching and the coal mines. With the decline in the coal industry, many forces have come together to recreate our economy around the unique attributes of this area, growing our economy in the areas of ecotourism, recreational activities and the arts.  This new direction is not compatible with oil and gas activities.  Tourists do not spend their vacations and holidays in an area surrounded by industrialized oil and gas drilling activities!

Viva Kellogg

218 Minnesota Ave.

Paonia, CO 81428

970-527-7559

BLM_0127852

viva8686@gmail.com

BLM_0127853

O 181 88 P.

October 30, 2016

To: BLM Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

From: Callie West
PO Box 1532
Paonia CO 81428

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM Uncompahgre FO Staff and RMP Comment Team,

Please listen to the local community in Crawford, Hotchkiss and Paonia and adopt **Alternative B1 "the North Fork Alternative"** for the area in and around the North Fork Valley. This *locally driven* proposal is the right way to protect the Gunnison Watershed, support farmers and continue building a sustainable rural economy on Colorado's Western Slope.

Local government agencies such as the Delta County Board of County Commissioners, along with local chambers of commerce and a team of community members including the Western Slope Conservation Center, Valley Organic Growers Association, the West Elk American Viticultural Area, realtors, ranchers, outfitters and guides all participated in the creation of the **Alternative B1 "the North Fork Alternative"** submitted to the BLM. This *community driven* effort resulted in an expertly researched, high quality proposal.

In 2014 the BLM published "BLM Recreation Strategy – Connecting with Communities" (copy attached to this letter). This document outlines the BLM's new, national strategy for managing recreation resources to "offer the greatest benefits possible to individuals and communities and to better enable communities to achieve their own desired, social, economomic, and environmental outcomes." **Alternative B1 "the North Fork Alternative"** represents *exactly* the strategy the BLM is calling for!

"The BLM recognizes that it is part of a greater whole. Public lands are connected to and integrated with communities - not federally designated islands separated from them. This recreation strategy is different because it focuses on proactive engagement with communities, locally based government agencies, and service provider businesses, and emphasizes benefits from the perspective of community networks of service providers."

**Alternative B1 "the North Fork Alternative"** is resource-based, *built from the "ground up"* and is the best alternative that supports the community's hard efforts to diversify our local economy. It proposes strong protections for the public uses and resources our community values most, including the existing coal mining and agricultural economies; a clean, dependable water supply; community, recreation and public-use areas; scenic and sensitive lands; river corridors; and wildlife areas while allowing for the balanced development of all our resources. It also supports

Special Recreation Management Area designation for Jumbo Mountain.

The natural gas industry creates few long term jobs and the "boom and bust" cycle would have negative impacts to our recreation and tourism industry which has provided increasing, significant revenue to our local economy.

Has the BLM considered earthquakes, newer drilling technologies and the fact that rural gas gathering lines are unregulated in Alternative D, the "preferred plan"?

Has the BLM considered the sources for the millions of gallons of valuable water required for oil and gas development in Alternative D, the "preferred plan"?

I urge your local field office to follow the BLM mandate and "focus on proactive engagement with communities, locally based government agencies, and service provider businesses..." etc., by adopting **Alternative B1 "the North Fork Alternative"**

Thank you for reading.

*Callie M. West*

Callie West

**"There are appropriate places for oil and gas drilling. It's not here (in the North Fork Valley)."**
US Senator Michael Bennet of Colorado – Friday Oct. 28, 2016

**"In July 2013, Secretary Sally Jewell outlined six priorities for the Department of the Interior:**

- Celebrating and Enhancing America's Great Outdoors

- Strengthening Tribal Nations

- Powering the Future

- Engaging the Next Generation

- Ensuring Sustainable, Secure Water Supplies

- Building a Landscape-Level Understanding

   **-The BLM's Recreation & Visitor Services Strategy supports all of the priorities"**

BLM_0127855



## BLM Recreation Strategy — Connecting with Communities

### How Is This Strategy for the BLM's Recreation Program a New Approach?

The Bureau of Land Management (BLM) manages recreation resources and visitor services to offer the greatest benefits possible to individuals and communities and, as envisioned in this strategy, to better enable communities to achieve their own desired social, economic, and environmental outcomes. BLM public lands—once described as "the lands nobody wanted"— are now recognized as America's Great Outdoors, a "Backyard to Backcountry" treasure. They are uniquely accessible. More than 120 urban centers and thousands of rural towns are located within 25 miles of BLM lands.

BLM lands fill a distinctive niche in the federal recreation marketplace—one that offers a competitive advantage for communities and businesses. Moreover, the close proximity of varied stakeholders to BLM lands creates many opportunities for the BLM and communities to collaborate, set mutual objectives for proposed recreation opportunities, and pool resources toward shared goals.

The BLM recognizes that it is part of a greater whole. Public lands are connected to and integrated with communities— not federally designated islands separated from them. This recreation strategy is different because it focuses on proactive engagement with communities, locally based government agencies, and service provider businesses, and emphasizes benefits from the perspective of community networks of service providers. It is not business as usual; it is a serious effort to reposition resources (recreation setting management and visitor services, program funding, operational knowledge and skills, and the BLM culture and brand) in support of community values while optimizing benefits for the public.

The recreating public has steadily grown, and visitors to public lands now number about 59 million. It is paramount that the

BLM and community networks of service providers plan and work efficiently together on a routine basis to help one another be as successful as possible, especially during difficult economic times.

### What Are Community Networks of Service Providers?

They are the driving forces in our cities and towns. These networks include locally based government agencies at all levels (city, county, tribal, state, and federal). Private sector industries and businesses are also key service providers, including outfitters, tour operators, lodging, restaurants, nature and youth centers, chambers of commerce, tourism industry associations, sporting goods and retail stores, and other nongovernmental organizations.

### What Steps Will the BLM Take To Reposition Its Resources Externally?

An important goal of the BLM's overall national strategy is to "Be a Good Neighbor." Toward this end, the BLM recreation program intends to develop closer ties to and accountability with the communities that the agency serves. The BLM will seek out and develop sustained relationships with service providers, engaging productively with representatives, listening well to understand community values and quality of life issues, and helping identify recreation opportunities that not only deliver outstanding recreation experiences to visitors and preserve the distinctive character of public lands recreation settings, but also respond to the specific desires and capacity of service providers (as consistent with federal law and policy).

Long-term land management plans will be flexible enough to change as the needs of communities and the demands of the public change. Under an outcome-focused approach, the BLM will leverage financial resources to support key needs of network



BLM_0127856

providers—for example, to provide important portal facilities and maintain top-priority sites and services. To make the most of investments in recreation, the BLM will assign priority to opportunities that support the recreation needs of both visitors and local residents.

## What Steps Will the BLM Take To Reposition Its Resources Internally?

There are many things that the BLM can and will do internally to support this national strategy. First, the agency will devote resources to building employee skills and knowledge with respect to community partnerships. Agency recruitment, retention, and training will seek to build on existing workforce strengths; mentoring and knowledge-sharing of best practices beyond the agency's administrative boundaries will enable the BLM to capitalize further on current expertise in community relations.

Equally important is the need to stay up-to-date about the interests of service providers and visitors. Ongoing discussions with representatives of community networks will help the BLM maintain relevant and responsive partnerships. The BLM will also use in-depth visitor assessments to evaluate and measure how well partnerships are meeting the public's desired outcomes, and then adjust its management practices as necessary.

Inventory records and data will be maintained so that they are accurate and current and tied to nationally set standards, to better enable decisionmakers at all levels to develop useful policies and actions.

The BLM will use print as well as electronic and social media to market recreation opportunities and share information with the public as effectively as possible. Community service providers are often better able than the BLM to tailor and market messages to specific audiences. Therefore, the BLM will engage the creativity of individuals and organizations that can measure and describe the benefits of recreation on public lands effectively to these audiences.

Similarly, the BLM hopes that by working together creatively, community networks and the BLM may find previously untapped sources of funding that will help sustain and support local communities. The BLM will continue to rely on appropriated funds to maintain sites but will target both public and private funding to priority sites and services, as these are determined through collaboration with community networks of service providers. The agency will continue to seek operational efficiencies to realize cost savings and will use fee revenues to improve recreation opportunities at the sites, and in or near the communities, where the fees are collected.

**Vision:** By increasing and improving collaboration with community networks of service providers, the BLM will help communities produce greater well-being and socioeconomic health and will deliver outstanding recreation experiences to visitors while sustaining the distinctive character of public lands recreation settings.



**Locally Based Government Agencies** include municipal and county governments, the National Association of Counties, tribal governments, state and regional agencies, other federal agencies, schools, etc.

**Private Sector Industry and Business** includes outfitters and tour operators, lodging and restaurants, nature and youth centers, chambers of commerce, tourism industry associations, sporting goods and retail, other nongovernmental organizations, etc.

**In July 2013,** Secretary Sally Jewell outlined six priorities for the Department of the Interior:

- Celebrating and Enhancing America's Great Outdoors
- Strengthening Tribal Nations
- Powering the Future
- Engaging the Next Generation
- Ensuring Sustainable, Secure Water Supplies
- Building a Landscape-Level Understanding

The BLM's Recreation & Visitor Services Strategy supports all of these priorities.







**2014–2019**

BLM_0127857

10/31/2016                        DEPARTMENT OF THE INTERIOR Mail - BLM UFO RMP comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM UFO RMP comments
1 message

**Craig Howell** <okieatnuvemco@hotmail.com>                        Mon, Oct 31, 2016 at 9:48 AM
To: "uformp@blm.gov" <uformp@blm.gov>

In developing this RMP I think the following should be considered. Access to all areas for mineral exploration, mining, hunting, fishing and camping should be kept at a maximum level, and restrictions of any kind should be kept at a minimum. I not only work in this area, I also enjoy having the ability to enjoy the outdoor activities available to me in this area. I believe that it is important to the economy of the west end of Montrose county to have the ability to enjoy all of these activities to the greatest extent possible. We have a great deal of tourism that has become a big part of the economy here and restricting access in any way would be detrimental to the economy of this area. I believe that option A should be implemented of the RMP should be implemented, this would best serve the people of the west end of Montrose county.


Craig Howell (Okie)

Operations and Mine Safety Consultant

P.O. Box 297

426 East Adams, Naturita, CO 81422

Phone 505-350-5241

Email okieatnuvemco@hotmail.com

Email hoyt1776@gmail.com

BLM_0127858



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## comment on RMP north fork valley
1 message

**Jen Sanborn** <jensanborn@skybeam.com>                                    Mon, Oct 31, 2016 at 10:36 AM
To: uformp@blm.gov

Hello,                                                                      Oct. 31, 2016

I am a citizen of the North Fork Valley.  I am a farmer and an artist.  My husband and I work about 18 acres of land here, about ¼ from the North Fork of the Gunnison river.

I'm sure you've gotten plenty of comments regarding the threat to our water supply that accompanies oil & gas activity in the area.  As farmers and citizens who use this valley's water to survive, we stand against the oil & gas companies coming in, threatening our existence, promising to use "best management practices" and then leaving our valley changed forever for the worse.

This letter is not about water though.  My husband and I have lived in an oil & gas community for 25 years.  The last 10 of those during the last boom and bust cycle.  I can attest that the industry left our community changed for the worse. During the height of the bust we had 5+ diesel trucks idling for over 30 minutes every morning just outside of our bedroom window (this went on for over a year).  All the of the houses surrounding us had been sold off to investors and had been filled with pipeline and rig workers.  A walk downtown on any given morning to get breakfast or shop was ruined by 25+ trucks idling while the workers were inside eating.  We ended up leaving this community.  We did not want to live in this environment.  **The air pollution is a very real problem.**  I haven't even started to write about the VOCs coming off rigs and compressor stations.  The fracking crews can use 20+ giant diesel-run pumps for weeks at a time, non-stop. Those fumes are going into our public lands effecting the natural environment and wildlife.  Our trees are already fighting for survival and this added burden is NOT protecting our forests.

The added truck traffic is a huge and negative impact on our communities.  We are finally experiencing a wonderful boom in real estate sales of homes and farms.  We are meeting new people moving to the area every week.  Check out the recent real estate records.  These people are not coming here to have industrial traffic run through their lives day and night.  Yes, there are rules that can be put in place to limit this, but it never works out in the favor of the community members (I've seen countless "traffic plans").  Once you put your Plan into effect, our rights get cut dramatically.  Once you let this industry in, it's too late.  The power is then in their hands.  It breaks my heart to think this could happen again in our new home.

I would like to find a compromise and vote for the North Fork Alternative Plan (B1).  Restrict their activity from the beginning.  Save this promising valley for future generations.  Come out on the right side of this, when we all look back on it.  Be in support of the people, not the industry.  Please.


Thank you,

Jen Sanborn & Kelly Allen

36682 Back River Rd.

Paonia, CO 81428

BLM_0127859



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Uncompahgre RMP comments attached

1 message

---

**Bonnie Brown** <cwgawool@aol.com>                       Mon, Oct 31, 2016 at 10:36 AM
To: uformp@blm.gov

please confirm receipt

Bonnie Brown, Executive Director
Colorado Wool Growers Association
Colorado Sheep & Wool Authority
Colorado Lamb Council
PO Box 292
Delta, CO 81416-0292
(970) 874-1433
(970) 874-4170 fax
(303) 638-0596 cell

---

📄 **UncompahgreRMPcwgaComments10.31.2016FINAL.pdf**
    5849K

---

BLM_0127860



## Colorado Wool Growers Association
*PO Box 292 ∘ Delta, CO  81416-0292        (970) 874-1433 ∘ (970) 874-4170 fax*
*cwgawool@aol.com  ∘  coloradosheep.org*

Project Manager, Uncompahgre RMP                                    October 31, 2016
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO  81401
uformp@blm.gov

### RE:  Draft Resource Management Plan and EIS – Uncompahgre Field Office

The Colorado Wool Growers Association represents BLM and USFS permittees throughout the state, and appreciates the opportunity to provide input for the draft RMP.

The CWGA supports Alternative C with some changes referenced below; and also supports the comments submitted by the Delta County Board of County Commissioners which are incorporated in this document by reference.

The CWGA opposes any reduction or elimination of aums based on the proximity of bighorn sheep to domestic sheep grazing areas, and encourages the BLM and permittees to work together to minimize the risk of potential contact between domestic and bighorn sheep.  In 2014, Colorado Parks & Wildlife (CPW), the Colorado Wool Growers Association (CWGA), the Colorado Department of Agriculture (CDA), and the BLM and USFS renewed the *Memorandum of Understanding for Management of Domestic Sheep and Bighorn Sheep*, but we don't see the *MOU* referenced in the RMP.

#### Comments – Appendix K Bighorn/Domestic Sheep Risk of Association Modeling

**Exaggerated Risk of Contact**
We are very concerned about the reliance upon and incorporation of the USFS flawed Payette modeling as a baseline to manage BLM domestic sheep allotments with the Uncompahgre RMP.

Both the Payette modeling and the Snow Mesa EA (K15) failed to follow scientific standards for risk assessment (see attached *Comments on Snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape – M. Thurmond DVM, PhD – September 7 2015).*

The United States Animal Health Association (USAHA) recently passed *Resolution 43 – Ensuring Sound Science-Based Animal Health Policies.*  The resolution (attached) states USAHA's concern regarding the USDA's need to have "clear and sound evaluation criteria for

1 | P a g e

BLM_0127861

scientific studies used to support federal animal health policies…" It is included with our comments because the BLM is almost exclusively relying upon the USFS's biased "data" for the Uncompahgre RMP.

The RMP is fundamentally flawed by using the Probability of Interaction (PoI) Model in its risk assessment. This ill-conceived notion lies at the root of the inaccuracies produced by the Risk of Contact ("RoC") Model utilized by the BLM. Even more inaccurately, contact is almost universally equated with guaranteed disease transmission. While the RMP concedes a lack of confirming research, it selectively cites certain literature to bolster its argument to reduce domestic sheep grazing. Consequently, the RMP is crafted with an unfounded and faulty assumption—that contact between bighorn sheep and domestic sheep automatically results in disease transmission and die-offs.

The deliberate bias and inaccuracies built into the RoC is staggering. "The RoC model estimates the probability that foraying bighorn sheep will reach a domestic sheep allotment. However, within an allotment it is not possible to determine where and when domestic sheep would consistently occur or for how long. Use of some areas with an allotment may present less chance of contact with bighorn sheep than others, while some areas may have higher probability of contact. Consequently, because of this uncertainty, the RoC model predicts potential interspecies contact by using the assumption that contact with an allotment results in interspecies contact (K-9)." This assumption is so far removed from the reality of what actually takes place when grazing, that it would be laughable; if not for the fact that the BLM and USFS are using the results from this flawed process to reduce or eliminate domestic sheep grazing. Further compounding the issue, the BLM cites the unsubstantiated USFS claims in the Snow Mesa EA (K-15), stating that "a disease occurring in a bighorn herd every 25 years or less would result in a high risk to bighorn long term viability and low probability of population persistence." However, both BLM and USFS documents fail to mention that in reality, there has not been any bighorn die-offs or confirmed disease transmission in the Snow Mesa area caused by domestic sheep, despite the fact that domestic and bighorn sheep have both been in the same area for a number of years.

The PoI model notes that in order for the model to be useful, the number of variables needs to be kept small to retain enough predictive power to be useful (K3). Death in bighorns as a result of pneumonia-causing bacteria is a multi-factorial issue including internal and external stressors such as lack of genetic diversity (inbreeding), nutritional deficits, parasite loads, weather conditions, overall health of the bighorn population, etc. So, combining the PoI model and the Risk of Contact (RoC) model is of no value, as both models fail to include parameters that would shift the risk assessment results away from the "high risk" category, and instead gives a predetermined and exaggerated risk of contact rating.

The potential for contact is not only quite low but it is also further minimized by best management practices already used by permittees. These measures accomplish the need to balance multiple-use demands with the management practices to support viable populations of bighorn sheep and a healthy domestic sheep industry.

Currently used management practices include constant herder supervision, compliance monitoring, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks,

BLM_0127862

reporting known contact, and cleaning up salting areas upon departure. These guidelines already accomplish temporal and spatial separation.

Furthermore, the herding instinct of range sheep, guiding them to stay in a manageable bunch and not scatter, complements the above-listed practices. Domestic sheep that wander from the main band are much more likely to be killed by a predator than to encounter a bighorn sheep. The bands of ewes have at least one herder with them or within close proximity to them throughout the day, and the sheep are bedded near camp at night to reduce the risk of predator attacks. Herders have been instructed to chase away any bighorn sheep, if they were to see any. Livestock protection dogs also guard the sheep. The livestock protection dogs keep intruders out of the sheep. An intruder is typically a coyote, bear, or lion, but can also be anything the guardian dog does not recognize such as a bighorn sheep. The livestock protection dogs position themselves between the intruder and the domestic sheep to prevent contact. To this end, the BLM has no reason, need, authority nor expertise to dictate the number of livestock dogs recommended by the RMP.

These rigorous practices already present a strong line of defense in preventing contact with bighorn sheep. However, one of the most disturbing aspects of the RMP is that it abandons land and forage management in favor of single species management by prioritizing bighorn sheep populations (despite lack of scientific evidence) over agriculture.

In April 2014, the CWGA, Colorado Parks & Wildlife, Colorado Department of Agriculture, and the BLM and USFS renewed the aforementioned existing *MOU*. The purpose of the *MOU* is to provide general guidance for cooperation in reducing contact between domestic and bighorn sheep in order to minimize potential interspecies disease transmission and to ensure healthy bighorn sheep populations while sustaining an economically viable domestic sheep industry in Colorado. The RMP contravenes the cooperative intent of the *MOU*, and ignores research data from the USDA Agricultural Research Service ("ARS").

**Flawed Information Regarding the Potential for Disease Transmission**
The RMP clearly demonstrates a bias against domestic sheep, with leading statements such as, *"Transmission of M. haemolytica from domestic sheep to bighorn sheep was irrefutable, as demonstrated by Lawrence et al (2010)... (K1)"* In particular, the Lawrence et al. 2010 study cited in the RMP was not conducted under conditions relevant to reality as it was a pen study which forced the animals to have fence line contact and ultimately to commingle. Additionally, the results of the Lawrence study are misinterpreted and deliberately misused. The Lawrence study simply showed that the domestic sheep and bighorns exchanged respiratory bacteria (just the same as humans would that were standing very close to each other). It did not prove that the green-flourescent labeled *M. haemolytica* bacteria exchanged from the domestic sheep to the bighorn sheep is what killed the bighorns. It is also important to point out that in order to cause the fluorescent tagged bacteria to show up in the culture dishes and on the slides, researchers had to use antibiotics to kill the other bacteria present in order to be able to photograph the fluorescent tagged bacteria. In other words, the bacteria of interest was selectively and biasedly grown; further evidence that is was likely at a very low level in the animals and not the cause of illness in the bighorn sheep in that study. Researchers also used a greater magnification in the photos within the publication in order to make the fluorescent tagged bacteria more noticeable vs. the other bacteria present. This not-so-subtle manipulation during the research phase, created yet another "study" with a predetermined outcome biased against domestic sheep.     To understand the results and implications of the study, we request that the BLM contact Don

3 | P a g e

Knowles, DVM with the USDA Agricultural Research Service (USDA – WSU – Pullman, WA) since he was one of the researchers involved in this project, and is not interested in perpetuating inaccurate information.

Thus far, all of the experiments related to disease transmission have been conducted under laboratory conditions--in pens with controlled conditions and using animals that have been acclimated to those conditions. Such studies are very different from what might actually happen as far as disease transmission on the open range, where herd management practices are designed to avoid domestic-bighorn contact. Available research cited in the RMP focuses on the potential for contact, without looking at a broad scope of what else is going on with the bighorn populations. None of the studies cited in the RMP have proven that bighorn sheep and domestic sheep currently have high risk of contact on the range, or that contact almost inevitably results in disease.

In fact, all captive studies and experiments that have tried to prove *Mannheimia haemolytica* to be the "bighorn killer," responsible for wild sheep die-offs, were clearly biased and many of the policy decisions that have been made are based on the biased and faulty science. This is obvious from the continued reference to *Mannheimia haemolytica* research in the Uncompahgre RMP. Supporting this assertion of faulty research is the recent identification of a completely different bacterium *(Mycoplasma ovipneumoniae - Movi)* that is now identified as being the real cause of bighorn sheep pneumonia. What is clear is that bighorn pneumonia is a complex disease phenomenon and for decades has been, and quite honestly remains, incompletely understood. What is understood, however, that respiratory pneumonia in both livestock and wildlife is stress induced. Most wildlife researchers continue to ignore devastating effects of capture myopathy on bighorns, and the stress creating by handling and putting bighorns in an unfamiliar environment. It's no wonder that bighorns died in the early pen "studies" that were done.

The RMP further states that "no one form of evidence can conclusively demonstrate that bighorn sheep in the wild coming into contact with domestic sheep frequently leads to die-offs; however, taken together, the experiments and observations from the laboratory and the field do indicate that wild bighorn sheep coming into contact with domestic sheep does pose a risk of disease transmission and die-offs in free-ranging bighorn populations." This illogical premise betrays a continued lack of credibility, accountability, and a desire to misrepresent the available facts. As stated herein, the experiments and lab observations are *not* representative of the actual conditions on the range. They are forced simulations that require close contact in order to ensure transmission of pneumonia-causing bacteria. Furthermore, there is a scarcity of reliable data available from the field; hence, the BLM's reliance on outdated records that have little if any bearing on current conditions. Determining a course of action based on these faulty sources of information would be both illogical and contrary to the Agency's statutory mandates.

The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings. Forced enclosure experiments ("pen studies") are not indicative of, and do not provide a direct correlation to, what happens in open range situations. Therefore, we strenuously object to the BLM continued efforts to use bighorn sheep as a means to eliminate domestic sheep grazing on our western rangelands.

BLM_0127864

## Risk of Contact (RoC) Process Crippled by Lack of Data

The BLM is following suit with the U.S. Forest Service by using its flawed modeling process and inaccurate research references. A lack of objective scientific accuracy cripples support for the revocation or reduction of the grazing allotments. The mathematical modeling studies utilized by the U.S. Department of Agriculture Forest Service's Bighorn Sheep Working Group to determine potential contact are fundamentally flawed. By starting with set mathematical formulas using specific mathematical parameters, a conclusion to a possible scenario is generated based on inaccurate input. The obvious problem with this method is in how and what parameters are chosen. Input of inaccurate data will result in the output of inaccurate answers. This modeling method allows the operator to tailor the data in order to fit a preordained conclusion. This same modeling method has been shown to be erroneous in comparisons of simulations to real outcomes. Such issues cause the proposal to fail the standards of quality, integrity, and utility of the Data Quality Act ("DQA") and the best available science standards of the Environmental Species Act ("ESA"). They also run afoul of Presidential orders on scientific integrity and transparency.

The basic flaws of the RoC modeling process are clearly explicated in the RMP itself when it states that "much of the needed data was not available for individual Colorado bighorn populations. The BLM made the following assumptions....." Key input factors such as bighorn range and suitable habitat are assumed, while failing to incorporate management practices that discourage or eliminate contact. Not only does the method not qualify as the best available science, but the BLM intends to implement draconian, unfair policies due to these imbalanced and inaccurate predictions. At best, the results are guesswork alone and, by any standard of common sense, should therefore not become the basis of agency policy. The entire PoI / RoC modeling is based on estimates, speculations, assumptions, and pre-determined parameters to arrive at a predetermined outcome of "high risk." There are simply too many facets to this multi-factorial issue, too many assumptions, and too much of selectively omitted input information to make this modeling accurate or useful.

In summary, as the BLM approaches the ongoing concern of contact between bighorn sheep and domestic sheep, the agency's apprehension regarding potential contact relies on a litany of biased and discouragingly well-established fallacies. Chief among these false premises is a lack of empirical science regarding the potential contact risk of bighorn sheep and domestic sheep. Not only is scientific information regarding rates of contact and potential disease transmission scarce, but the modeling process has too many assumptions to be useful. Furthermore, let's not lose sight of the fact, that the percentage of potential habitat overlap is very small. Consequently, the possibility of contact is minimal, as is the potential for the transmission of any pneumonia-causing bacteria that may or may not negatively impact bighorns. Allowing unscientific studies and flawed modeling to become the bedrock of the anti-grazing movement betrays the bias so deeply ingrained in both the BLM and USFS.

## Livestock Grazing and Forage Management

The CWGA has numerous concerns with the RMP. The RMP proposes sweeping changes that do not equally balance grazing, and other multi-use activities with environmental concerns. Additionally, the RMP introduces many subjective concepts (Special Recreation Management Area Targeted Benefits – "restored mind from unwanted stress; improved mental well-being", etc) that clearly favor recreation, and open up the BLM to numerous lawsuits, as it creates very subjective special-use categories for land that is Congressionally mandated as multi-use. The

BLM_0127865

continual splintering and development of additional special designation categories simply creates more regulatory and administrative overburden; and further restricts the BLM's ability to do crucial on-the-ground activities, such as accurate, and up-to-date range monitoring. Multiple-use activities such as livestock grazing and mineral extraction are economic drivers for local communities and should not be restricted due to environmental extremism and recreation. The RMP wants to further restrict livestock grazing yet fails to provide clear evidence as to why that's necessary; instead, it relies upon numerous, artificially constructed "what-if" scenarios. Despite the voluminous size of this document, it fails to demonstrate the need to reduce aums, or the impacts to the permit renewal process when the RMP is finalized.

BLM's single-minded approach of always reducing aums, often times ignores actual forage conditions and utilization, by failing to increase aums when range conditions warrant increased utilization. The BLM increasingly relies upon inaccurate computer modeling (bighorn sheep), and artificially created matrices (bighorns and forage manage) to create a pre-determined outcome of reducing/eliminating livestock grazing. We find it egregious for a land management agency to spend more time on administration, modeling, and matrices, than it does meeting monitoring requirements in the field, where the real data exists. For a number of years, the BLM has been severely deficient in fulfilling its role to accurately and fairly monitor range conditions.

Determinations regarding forage utilization need to be done in conjunction with the permittee, and monitoring sites need to be indicative of the overall allotment. Additionally, inadequately trained staff (seasonal and/or inexperienced) often times make causal observations that are incorrect, but end up in EAs, EISs, and RMPs. The RMP lacks specificity at a number of levels, and indicates that meeting numerous dubious parameters will be addressed during the permit renewal process, without disclosing the effects on the permittee during the permit renewal process.

Placing restrictions on sheep grazing favors recreation, single-species management (bighorn sheep), and environmental extremism over multiple-use and adaptive range management; and it will only serve to advance a radical agenda to permanently end livestock grazing on our western rangelands. Instead of unilaterally adopting strict policies without permittee input, we urge the BLM to support adaptive management by working actively with the permittees. We strongly urge the BLM to comply with its mandate to manage for multiple-use.

In closing, we would like to reiterate the negative impact that regulatory overburden is having on our members. It's egregious that the government keeps expanding at the administrative level, and every document that comes out is larger than the last. It's incredibly difficult for individuals or small organizations to be able to effectively evaluate and comment on these documents due to the sheer size, sometimes in excess of a thousand pages, not including the dozens of reference documents that should be closely scrutinized for their accuracy. It is imperative that the federal government start streamlining its management processes, in order to effectively focus on on-the-ground management of our public lands.

BLM_0127866

Respectfully,

*Angelo Theos*

Attachments:

*United States Animal Health Association (USAHA) Resolution 43 – Ensuring Sound Science-Based Animal Health Policies*

*Comments on Snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape (M. Thurmond DVM, Phd – September 7, 2015)*

BLM_0127867



# UNITED STATES ANIMAL HEALTH ASSOCIATION

2016 Resolution
120th Annual Meeting
October 13-19, 2016 ~ Greensboro, NC

---

**RESOLUTION NUMBER: 43**     **APPROVED**

**SOURCE:**     **COMMITTEE ON SHEEP AND GOATS**

**SUBJECT MATTER:**     **Ensuring Sound Science-Based Animal Health Policies**

---

### BACKGROUND INFORMATION:

Science-based animal health policies are fundamental to the United States Department of Agriculture in their efforts to issue decisions, develop regulations, and identify diagnostic test needs.

In some cases, policies and decisions are justified by in-house studies that are not subject to a rigorous outside and independent scientific review. In other cases, potential conflicts of interest develop when a study that serves as the foundation for a regulatory decision has been published in a scientific journal with an editorial board that includes individuals from government agencies through which the decision will be issued.

Clear and sound evaluation criteria for scientific studies used to support federal animal health policies are key to retaining public trust and confidence in agency actions.

### RESOLUTION:

To ensure the development of science-based animal health policy, the United States Animal Health Association urges the United States Department of Agriculture (USDA), the United States (US) Department of Homeland Security and the US Department of Interior to establish Department-wide criteria for evaluating research that is used to support animal health policy decisions. The following actions would help establish sound evaluation criteria and help increase trust and confidence in the policy making process:
- Initiate an independent and unbiased review of the science and/or methodologies used to support broad policy decisions.
- Establish a validation process for prediction models, risk assessments, spread models, or other diagnostic or analytical methods that are to be used.
- Require any studies proposed to be undertaken by an agency or department, intended to be used to justify or direct animal health policy or decision making, be subject to an independent scientific review which would be consistent with a previously established rigorous outside, independent review processes in place for evaluation of competitive grant proposals at USDA.

Comments on Snow Mesa Allotment Analysis:
**Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and
Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape**

M. Thurmond DVM, PhD
September 7, 2015

**General Comment.**

At the crux of this environmental assessment (EA) report is the question: 'Does the EA
represent application and practice of 'best available science'? We see that definitions of
'science' have many variations, including pursuit of knowledge and truth, and a highly
disciplined practice involving dispassionate search for underlying mechanisms about the world
and universe. Good science is expected to represent application of well-designed studies,
critical, truthful, and reasoned interpretation of scientific literature, and non-fallacious logical
conclusions. Such pursuits must employ a skeptical, but unbiased and non-prejudicial mindset,
and a willingness to change one's mind when data and logic so indicate.

Without doubt, the EA represents a miscarriage of science, as demonstrated by multiple
violations of basic scientific methods, reasoning, and ethics. The report demonstrates a
misunderstanding or ignorance of the need for critical and unbiased thinking, a lack of basic
knowledge in medicine, epidemiology, and disease mechanisms, and poor understanding of
study designs, methodologies, and requisite assumptions. Decades of research and
methodological development have been ignored or dismissed by this EA. The EA consistently
misrepresents results of studies, and incorporates multiple fallacies to draw erroneous
conclusions about published data, observations, and testimonials. More specifically, the EA
represents a fundamental failing in properly addressing infectious diseases, their processes,
mechanisms, etiologies, agent transmission, and risk assessments, without which one cannot, or
should not, attempt a risk assessment.[1,2]

**Specific Comments.**

Throughout the EA, false statements of fact are presented, based on citations given. Some
typical examples follow:
1. Page 4: para 2
Re: The italicized clause from the second paragraph: "Although habitat degradation from fire
suppression, highways, livestock grazing, and human disturbance is of concern, the susceptibility
of bighorn sheep herds to population declines or extirpation due to respiratory diseases, *which
can be transmitted by domestic sheep or goats (Besser et al. 2012b, Cassirer et al. 2013),*
appears to be the greatest concern for bighorn sheep population persistence on the Rio Grande
National Forest (USDA Forest Service 2010)."

The EA lacks scientific foundation for this statement based on its citations, and thus has
falsified its testimony to the public about what is truthfully known. The Besser et al
methodology makes no mention of, nor presents any results for, any domestic sheep used as
subjects (only bighorn sheep (BHS) were used) and it did not examine so-called 'transmission of
respiratory disease', or transmission of an agent for that matter. Cassirer et al 2013 also did not
examine 'transmission of respiratory disease' or any domestic sheep, and presented no such data.
Thus, there is no factual foundation offered in these papers to conclude anything about domestic

1

sheep or about transmission. This persistent misrepresentation of published results is a serious scientific offence found throughout the EA report, and suggests the papers and literature as a whole were not reviewed by scientists with the necessary background in epidemiology of infectious diseases or not read at all --- or findings were surreptitiously misrepresented.

2. The statement that respiratory diseases are transmitted not only is false; it also represents a misunderstanding of disease and, specifically of infectious diseases. Diseases (eg. pneumonia) are not transmissible; rather, the infectious agents, like bacteria, viruses, prions, worms, and external parasites, believed to cause or be factors in some disease, can be transmissible. Pneumonia ---a disease---manifests when many conditions (eg. weather, immunity, parasite load, poor nutrition, infectious agents) merge to reach a critical stress point when the host can no longer cope immunologically and a disease process ensues. Exposures to factors of season, age, nutrition, etc, or to the disease processes, are not themselves transmissible from animal to animal. Thus, although reference to the misnomer 'disease transmission' is not uncommon, its use makes no sense and actually confuses the true distinction between transmission of an infectious disease agent and manifestation of disease. For decades, the scientific literature has been quite solid in defining conditions that bring about epidemics of respiratory diseases and the various mechanisms that underlie the disease processes. The persistence in presenting the notion throughout the report that pneumonia is transmissible reveals seriously flawed comprehension of basic science of disease, disease processes, and epidemiology, especially given that much of the necessary expertise is available at the Agricultural Research Service (ARS) branch of the USDA.

3. Page 4, para 3,
Re: The EA offers the following as fact: "*The primary disease agents are respiratory diseases to which domestic sheep and goats are typically resistant or unaffected, and to which bighorn sheep have little resistance (Cassirer et al. 2013, Besser et al. 2012a, 2012b and 2014, George et al. 2008, Western Association of Fish and Wildlife Agencies 2012).*"

Again, as noted above, this statement demonstrates a lack of understanding of basic infectious diseases, and the terminology, as well as unscientific and untruthful documentation of statements of fact. A disease agent is not a disease, as stated, and the methods and results described in the studies do not jibe with the quote given here. George et al 2008 offers a testimonial, as indicated by the title of the paper. None of the studies examined 'typical' resistance of BHS or of sheep and goats to respiratory diseases, or any resistance at all for that matter. Besser et al 2014 suggests transmission to BHS of *M ovipneumoniae* after 21 days exposure to an experimentally infected domestic sheep in a stressful and closely confined pen environment. Regardless of any perceived internal validity of the study, external validity (ability to generalize results outside the context of the experiment) is poor at best because inferences cannot be made to exposure under normal range conditions. The study was (necessarily) a contrived exposure, using artificial inoculation of donor sheep forced to undergo repeated and frequent close physical nose-to-nose contact in a stressful environment. Each of these elements of exposure taken individually would enhance the likelihood of agent transmission; taken together, one would expect an even greater chance of transmission. Thus, a general conclusion or inference cannot be made legitimately to the broader, and real, question of transmission by agents acquired by natural infection and under contact scenarios of real range conditions. A critical scientific review of these papers and of the literature broadly by the U.S. Forest Service (FS) would have prevented such misinformation from appearing in an EA.

2

The other potential problem with Besser et al 2014 is how the study was influenced by behavioral factors, akin to a 'Hawthorne effect[3], whereby conditions imposed during the study would be responsible for the results, in part by subject behavioral changes, forced or otherwise. Such conditions of the study could include stress and anxiety imposed on both BHS and domestic sheep forced to cope with enclosed, crowded conditions, thereby 1) reducing their immune capability to defend against the agent, which could increase shedding of an infectious agent; 2) forced close nose-to-nose contact, and 3) forced repeated and frequent exposures to other animals increasing cumulative dose of agent exposure over time, all of which would increase chance of transmission of an infectious disease agent targeting the respiratory system. In addition, inoculation with an artificially grown infectious agent could alter ability of an animal to offer an immune defense, and artificial infection of a donor could result in abnormally high shedding from the donor, thereby increasing infection probability as well. Thus, enhanced probability of infection is compatible simply with these artificial conditions imposed by the nature of the experiment. Such conditions not only jeopardize internal validity of the study, but also negate any external validity. A critical review by the FS should have raised these issues and truthfully placed results in a proper scientific context.

The reference 'Western Association of Fish and Wildlife Agencies 2012' could not be found, which represents another problem with transparency and 'truth in advertising' by citing foundation for fact that cannot be accessed.

4. Page 4, para 4: *"However, when contact between bighorn sheep and domestic sheep or goats is documented, the severity of the bighorn sheep die-off is typically more pronounced."*
Again, this is an unsubstantiated statement, without any factual foundation, and no citation. The statement infers that BHS can experience die-offs without contact with domestic sheep, a point, by the way, the FS chose not to discuss further. No epidemiological study has been reported that addresses the claim being made.

5. Page 5, para 1: *"It is recognized that opposing arguments question this science and dispute the connection."*
The dispute here should lie, at the onset, in lack of science, as well as 'the connection'. Mere compilation of studies with fallacious conclusions, as noted herein, does not science make. It is necessary that each study be critiqued for proper methodology, reasonable results given the methods, and logical conclusions. Moreover, mere publication does not mean a study represents any sense of the truth or that findings have any validity, as admonished by the National Academies of Science.[4]

Here the FS is acknowledging awareness that its science is being questioned, but it appears immune to correction or even consideration. It gives no indication what the arguments or disputes are, or why such arguments and differences of opinion and interpretation should be ignored. Arguments have been raised before, regarding the Payette EA, but it appears the USDA/FS remains steadfast in ramrodding bad science to foster the notion of disease risk, when truthfully there may actually be little real risk at all.

6. Page 5, para 1: *"The majority of literature, however, supports the potential for disease transmission between domestic sheep and bighorn sheep, and documents bighorn die-offs after contact with domestic sheep. Research continues on the science of disease transmission, bighorn mortality events, and the potential for development of effective vaccines. But until the science is*

3

*better understood, it is prudent to consider and implement management actions designed to keep the species separate as a means to prevent the potential for disease transmission and subsequent bighorn mortality events."*

Here the FS has changed its mind. Rather than saying there is '---the connection.' (ie. between domestic sheep and BHS die-offs), as noted in the previous quote (point 5), the EA says the literature supports the 'potential' for disease transmission, and suggests that until the science is better understood (when we know the truth), we should separate the species. As noted in these comments, when read and logically critiqued, the literature does not provide convincing science that domestic sheep pose a threat, potentially or otherwise, to BHS. Absent from all the literature noted in the EA is a single epidemiological study that addresses the question head on. The National Academies report[1] on risk assessment states that "Well-conducted epidemiological studies that show a positive association between an agent and a disease are accepted as the most convincing evidence --- risk.". To date, no such studies have been reported. Without attributable risk estimates derived from epidemiologic studies, no reasonable science-based risk assessment can proceed. When such critical data cannot be obtained to achieve minimal results necessary, ethics and good conscience science dictate that risk assessment efforts '---must be forsaken'.[2]

Pursuit of science does not simply mean that one should add to its collection of presumably confirming observations without attempting studies that would refute the notion of contact or degree of disease causality. If one 'cherry picks' observations of only white swans, and never seeks out black swans, he will never be able to falsify the (erroneous) notion that all swans are white. Thus, by continuing only to 'cherry pick' observations that appear to fall in line with a notion of domestic sheep causing disease in BHS, one can never arrive at the truth.

This EA statement also calls to question the purpose of undertaking a risk assessment, which, presumably, is to arrive at sound estimates of risk upon which sound decisions can be made.[1] The EA says that until we know the science (the actual truth), and thus any legitimate risk estimates, we should proceed with segregation of the species. If the decision is to be based on such capricious reasoning and no solid science, why bother with a risk assessment?

7. Page 5, para 1: *"The majority of literature, however, --- documents bighorn die-offs after contact with domestic sheep."*

Here the EA illustrates classical fallacies of reasoning that bias interpretations of observations applied throughout the EA and published studies cited in the EA. One fallacy applied throughout the BHS literature is the *post hoc ergo propter hoc* fallacy, meaning literally 'after this therefore because of this', or sometimes 'post-test' effects that render a study externally invalid. Using the fallacious logic shown here, an observation of a man developing cancer after being observed riding a bicycle would be interpreted to mean that riding a bicycle caused cancer. The FS is saying that because there was an observation of contact that presumably appeared before a die-off, the die-off must have been caused by that contact. The FS is being specious in not revealing the other outcomes one needs to record before a logical conclusion can be drawn. For example, what if there were observations of sheep contact with no observations of die-offs (why does the FS not report those?), or if there were no observations of contact and many observations of die-offs (no FS report?), or no observations of contact and no die-offs. The FS has biased its 'science' by ignoring these other critical comparisons, which can be addressed only in a methodical, well designed study. This type of non-critical thinking has no place in 'currently available science', let alone in an elevated position at the core of an argument.

4

BLM_0127872

Another fallacy being applied, and common in what some call pseudoscience[5], is reliance on anecdotal or testimonial evidence, whereby chance incidents are given weight of legitimate data or results, with presumed meaningful conclusions. For example, the FS cites George et al 2008 as supporting the statement "*The primary disease agents are respiratory diseases to which domestic sheep and goats are typically resistant or unaffected, and to which bighorn sheep have little resistance*". George et al notes an incidental observation made of a domestic sheep before a dead BHS was found as evidence that the domestic sheep caused the BHS death. In addition to applying the *post hoc ergo propter hoc* fallacy, the FS (and the paper) also applies the anecdotal/testimonial fallacy. Certainly, interesting observations can be a nidus for important hypothesis development, which then would be tested using appropriate scientific methodology. Use of untested and non-validated anecdotal information as a keystone for a cause-and-effect argument in an EA, however, does not wash in legitimate science. Clearly, if one reads the paper, one can see that no data are presented to support the statement made by the FS.

A fallacy commonly applied by the FS, especially with respect to 'co-mingling' studies, relates to conclusions drawn when BHS and domestic sheep are placed in pens together (co-mingled). A typical conclusion drawn is that 'co-mingling with domestic sheep causes disease in BHS'. Here the fallacy is 'correlation-equals-causation'. Years ago, the high correlation between coffee consumption and lung cancer was, erroneously, thought by some to show that coffee caused lung cancer. Now we understand that the high correlation between coffee consumption and smoking was responsible for the spurious appearance of a cause-and-effect relationship with cancer, mainly because most smokers also drink coffee. As noted in 12. A. below (with regard to Besser et al 2012a), non-transmission explanations for disease, such as recrudescence of an existing latent infection in co-mingled stressed BHS are consistent with results of many of the studies involving comingling. These other possible causes were ignored or not understood by the FS, and thus the EA did not give necessary and appropriate consideration to legitimate alternative explanations for observed data, which, again, shows bias (intentional or not) against domestic sheep.

8. Page 5, para 3: "*The risk of contact between foraying bighorn sheep and domestic sheep corresponds to the number of bighorn sheep in a herd, proximity of domestic sheep allotments, the distribution of bighorn sheep source habitats (suitable habitat) across the landscape, and the distance and frequency of bighorn sheep forays outside their Core Herd Home Range.*"

This statement of 'fact' has no foundation in data or logic and thus is speculative at best. As stated, it represents simply an hypothesis --- or an idea. Hypotheses may have elements of presumably sound logic, or even supporting data, but, this statement has no scientific evidence for validity; no hypothesis testing and validation has been reported to indicate any truth to this statement. Yet, the FS proceeded to leverage this speculative notion as foundation for an untested, unvalidated 'foray analysis' (see pt. 10 below). Again, the FS justifies its EA by presenting factually unsupported statements as statements of scientific fact, truly a miscarriage of science.

9. Page 5, para 4: "*As part of this analysis process, the Risk of Contact Tool, prepared by the USDA Forest Service Bighorn Sheep Working Group (USDA Forest Service 2013), was used to help evaluate bighorn sheep movements outside their CHHR, and assess the potential for risk of contact between bighorn sheep and domestic sheep allotments in the Snow Mesa Landscape.*"

5

No reference could be obtained for 'USDA Forest Service 2013'. Good 'available' science dictates that all methods be reported, transparent, and easily available, and not hidden from view. After some help, a reference was made available for how the FS might have addressed contact between BHS and domestic sheep.[6]  The paper presented a theoretical depiction of contact between a BHS and a domestic sheep, which remains untested and unvalidated, even for the Hells Canyon BHS herds from which it was developed.  No data were presented to indicate in fact that contacts had ever taken place.  The risk of contact and specifically the foray analysis that provides underlying parameters for the 'risk contact tool' are examined in more detail below (see pt. 10).

10.  Comments on 'Risk of Contact Tool':
The EA indicates a so-called 'Risk of Contact Tool' was used to *"---help evaluate bighorn sheep movements outside their CHHR, and assess the potential for risk of contact between bighorn sheep and domestic sheep allotments in the Snow Mesa Landscape."* The 'tool', as presented in the EA, merely describes a user interface to input assumed values into some unknown computer program.  No mention was made as to how calculations were conducted, or methodology or data used, again revealing a problem with non-transparency or 'full disclosure'.  After some futility, a paper was obtained from USDA, presumably offering a methodology[6] wherein a so-called 'foray analysis' model was created to depict hypothetical ranges for BHS movement and distances a BHS might foray outside a herd's home range and cross into an allotment.  No mention was found in the EA, however, as to whether the 'tool' utilized this foray analysis.  The study employed a kernel density methodology, which assumes a normally distributed density and independent observations, to estimate boundaries of BHS home ranges.
The study has several fatal flaws that preclude any application to BHS home ranges or forays at all, including those in the Snow Mesa area.  These include:
a.  The paper described poorly the actual methods used.  No indication was given for where foray data points began, or what direction they took.  It does not pass the transparency or scientific 'repeataibility' test, whereby methods must be sufficiently described so as to permit replication of the study by others.
b.  The study analyzed multiple location data points from the same collared BHS subjects to document their locations at various times.  Use of non-independent observations produces what is called 'autocorrelation' and renders any analysis invalid because the statistical theory that underpins the kernel density method relies on true independence (only one observation allowed per animal).[7]
c.  The theory behind  the kernel density method also relies on the assumption of data normality, meaning that the spatial density of BHS would have to appear on a map as a single symmetrical (Gaussian) 'hill'.  Instead, data and projected boundaries presented in the Payette risk assessment showed multiple 'hills' of density, clearly violating this critical assumption of the statistical methods.[7]  The Snow Mesa EA failed to present the data on BHS home range analysis, which represents a significant *faux pas* in science.  Hiding one's data serves to cast more doubt on legitimacy and ethics of the 'science', not to mention scientific requirements for data transparency in risk assessment.[1]
d.  Collared BHS used to obtain foray data points were not randomly sampled from their herd(s), which were in the Hells Canyon area, meaning one cannot assume they represented BHS from their own home herd, let alone other herds.  This is a fundamental assumption (not formally stated in the EA) necessary in order to use results in estimating foray distances and probabilities.

6

BLM_0127874

Lack of random selection precludes the assumption that foraying BHS were representative of BHS herds, and thus disallows any generalized inferences about foraying animals --- into the Payette area, or the Snow Mesa area for that matter.

e. One also cannot assume that data used in the foray model were from animals that represented normal foraying behavior. Again, the researchers, perhaps unknowingly, imposed a 'Hawthorne-type effect' (noted above), whereby the traumatic and fear-inducing process by which BHS were trapped, captured, sedated, examined, and radio-collared could impose a foraying behavioral change on the BHS. In an effort to flee their home area in which they experienced the noxious event, these radio-collared BHS may well have forayed farther and more frequently, compared with a non-radio-collared (normal) BHS. Because there were no 'control groups' in this study, as current available science would prefer, one cannot truthfully claim or assume that the traumatic process of collaring did not itself explain the foraying data reportedly observed in the study. Thus, a simple explanation for the foray results is that the act of being radio-collared caused the animals to foray frequently and far, and the data would have no relevance to foray behavior of non-collared, normal BHS.

f. The BHS studied[6] were not from any BHS herd near Snow Mesa, and thus could not be assumed to represent BHS in the Snow Mesa analysis. The study considered that BHS would avoid heavy brush areas, where predators could be found. The study failed to consider, however, that predators, like lions and wolves, could be expected to be found stalking domestic sheep in an allotment. Predator fear would motivate BHS to avoid and move away from such allotment areas, not towards them. Again, failure to include an element of negative risk that would have diminished potential exposure (contact) between BHS and domestic sheep reveals more evidence that a strong 'anti domestic sheep' bias was designed into the EA.

g. The 'href' method is an archaic and biased estimator of bandwidth for the kernel density analysis. Its use results in over-smoothing of estimated grid lines and thus an over-projection of an estimated outer boundary of a herd.[7] Over-projection of hypothetical boundaries results subsequently in over-projection of hypothetical foray destinations as well. The error would bias results toward a higher likelihood of a hypothetical BHS reaching an allotment and contacting a domestic sheep.

h. After 12 years of study,[6] no data of actual forays into the Payette allotments was documented, and no effort at validation of the foray analysis was reported for the Payette or Snow Mesa BHS. Validation is a process whereby models are tested with real data to estimate accuracy--- in this case how many forays, what distances, etc. actually were observed. None of these critical and required data was reported. The National Academies of Science' Reference Manual on Scientific Evidence[4] notes that predictive models must demonstrate accuracy through a validation process.

i. As a consequence of these violations of basic and critical assumptions and requirements, any results or conclusions of the foray analysis are rendered invalid, including reported probability estimates of contact with domestic sheep. Thus, the USDA's 'Risk of Contact Tool', which is based on the 'foray analysis', is invalid as well.

j. The EA presented no data to indicate that forays ever took place into the targeted sheep allotments. Without actual good quality, real data, a prerequisite to good science, one can only speculate about contact.

k. An obvious danger exists when unfounded assumptions and flawed and non-validated models, such as those applied in the Snow Mesa EA, become insinuated into the fabric of a risk assessment. The assessment outcome being pursued, for or against a policy, can be subtly

7

BLM_0127875

directed via assumptions and models to achieve desired results. Agencies can do this because risk assessments can apply several assumptions, which "---- lead to quite different predictions of risk." , and thus have "--- provided the opportunity for case-by-case manipulations of risk assessment results to achieve predetermined risk management objectives ---.".[2]

11. Comments on risk of contact:

Page 26: The EA proposes a sequence for transmission events, using the foray model and assuming a hypothetical BHS has reached an allotment:

"*For disease transmission to occur, the bighorn must (4) come into physical contact with a domestic sheep in the allotment; and (5) contract a disease from the domestic sheep.*"

The sequence offered here belies any resemblance to events and conditions that actually take place in order for an infectious disease agent to be transmitted. The proposed sequence is incorrect and specious in reference to 'disease transmission' (as noted above, pneumonia is not 'transmitted') and in omitting critical events and conditions that must be met before transmission of an infectious agent can occur. The EA neglected to address the fact that a BHS must be in the same small spatial location as a domestic sheep whereby contact is even possible within the duration of time the BHS occupies that allotment space. If it were in that small space, there is some probability that contact will be made with a domestic sheep; it is not 100% and it is not 0% (unless no domestic sheep are in the allotment). The EA gives no indication that it understands the need for these contact probabilities as is required to properly characterize risk of agent transmission. If contact is made, it must be nose-to-nose contact in order to transmit an agent that resides in respiratory mucosae (ie. manifest in pneumonia) and it must be of sufficient duration to allow passage of a sufficient dose of the putative agent from the donor to cause infection (note that the FS does not tell us what that agent is or anything about dose-response, all of which is required information in a risk assessment[1]). If that specific type of contact and duration occurs, then one must know if the domestic sheep is in fact infected with the agent. If it is infected, it must be shedding a dose of agent that is sufficient to infect a susceptible BHS following nose-to-nose contact for the sufficient duration of time. If all those events and conditions are met, AND, if the BHS is indeed susceptible to infection (again probability will not be 100% or 0%), then transmission is likely to take place. Thus, there is a series of very specific and requisite events and conditions that must take place (and that must be accounted for in any risk assessment) in order for an infectious agent to be transmitted, and to properly model risk of transmission. This process should be described in considerable detail in any risk assessment.[1] Each of these events has some estimated probability for the hosts and agent being considered, the product of which would represent an estimate of the (overall) probability of an infectious agent being transmitted. The EA did none of this. Contrary to the FS' misinformation about disease, an infected animal does not automatically develop disease, especially pneumonia. An infected BHS may or may not develop disease, and, if infected, may or may not transmit the agent to another BHS, depending on events and conditions indicated above. The serious mischaracterization of infectious disease transmission, again, illustrates a significant failure of the FS to apply science that is currently available. One is compelled, therefore, to discount altogether any findings or conclusions offered in the EA.

12. Comment on Risk Assessment Outcomes:

A. Page 27 last para: "*This analysis utilizes recent disease transmission information as a reference to better inform the outcome of each alternative in regards to their likelihood of*

8

BLM_0127876

*providing for the long-term viability of bighorn sheep in S-22, S53 and S-36 and the Central San
Juan's Bighorn Herd as a whole. We assume a moderate probability that a contact will result in
a disease transmission event. In this case, a moderate probability is defined as 0.25%, or 1 out of
every four contacts. We believe that this is a conservative estimate given the recent literature
published on this subject (Besser et. al. 2012a, 2012b and 2014)."*

Perhaps a typo, but a 0.25% probability represents 1 out of every 400 contacts, not 1 out
of 4. The FS again misrepresents the facts presented in its cited papers, and shows an inability to
critically evaluate published information, as is required and expected if practicing 'best available
science'. The finding of disease in one of four BHS by Besser et al 2012a is quite readily
consistent with recrudescence of a latent infection (a previously acquired 'commensal' infection
that has been 'silent') as a consequence of faltered immune capability following stress of forced
pen confinement, abnormal diet, over-crowding, etc. and not necessarily with transmission from
one animal to another. A conclusion that some agent was transmitted from domestic sheep to a
BHS was not supported by any data presented in the paper. Consequently, one cannot conclude
that this study necessarily provides justification of high estimates of transmission probability; it
is inappropriate, and unethical, to 'spin' results in order to provide seemingly factual support for
one's hypothesis. As noted above, methods applied in Besser et al 2012b did not employ
domestic sheep as subjects and did not examine transmission. Thus, there are no data to be
found in that paper on transmission from sheep to BHS. The Besser et al 2014 paper, as
critiqued above (see pt. 3), used laboratory-prepared inoculum to artificially induce infection in a
donor sheep, which, along with Hawthorne-like effects of the study, would be expected to create
significant artificial influences on transmission, thereby negating any possible inference to
transmission or transmission probabilities under typical range conditions. None of the papers,
therefore, truthfully provides any justification at all for the extraordinarily high rates of
transmission assumed by the FS. The fact that the FS makes a claim that these papers offer some
insight into transmission rates further erodes the EA's science credibility by demonstrating a lack
of proper scientific skepticism and critical analysis of the literature involving basic sciences of
infectious diseases.

B. Re: Page 29, para 1: *"The risk of physical contact between bighorn sheep and a
domestic sheep allotment, with the potential for disease transmission followed by a potential
subsequent bighorn mortality event, was given a qualitative rating of "High", "Moderate", or
"Low", based on three factors carried forth throughout this analysis including 1). Number of
years between bighorn sheep making contact with the allotment 2). Disease potential expressed
in years and 3). (Allotment) Distance from Bighorn Sheep CHHR with adequate source
connective habitat available."*

The qualitative ranking of risk (low, medium, high) has no basis in fact, and can only
represent contrived and fictitious assumptions. The justification for these rankings appears to lie
in application of erroneous assumptions of transmission risk values (see pt. 12) and the 'Risk of
Contact Tool' which, as noted above (see pt. 11) was based on a non-validated 'foray analysis'
that had multiple fatal flaws and erroneous assumptions. Thus, these qualitative rankings lack
any scientific legitimacy, foundation, or validity, and any estimates of parameters derived from
the foray analysis (eg. years between BHS making contact with the allotment, disease potential
expressed in years, distance from BHS core herd home range) likewise are invalid and
meaningless.

9

BLM_0127877

13. Comments on risk assessment:

In 1983, the National Academies of Science published a report, referred to as the 'Redbook'[1], that provides guidelines for science applied to risk assessments, and other evaluations involving risk estimation, which would be used by government to establish policy. Motivation, in part, for the report was from stakeholders' concern "--- that the scientific interpretations in risk assessments will be distorted by policy considerations, and they seek new institutional safeguards against such distortion.".[2]   The National Academies of Science's guidelines for proper science in risk assessments was intended to be just such a safeguard. The Redbook describes the required steps and content for a scientifically rigorous risk assessment, namely hazard identification, dose response assessment, and exposure assessment, all of which require research. Risk assessment should be carried out using risk assessment standards, and "--- risk managers should not attempt to alter those standards in specific cases simply to ensure that some pre-determined management objective is more easily achievable.".[2]

Clearly, the Snow Mesa EA did not follow scientific standards for risk assessment, which were developed more than three decades ago.[1]  As importantly, the EA reveals just such attempts to ensure a pre-determined objective, in this case the banning of domestic sheep. The risk assessment provided in the EA did not address the risk hazard (specific agent(s), their effects and mechanisms of action), dose response (dose of agent required, immunity, or contact duration), to mention only a few of the critical elements. As noted above, the FS failed to adequately and properly critique and utilize current literature and to faithfully and truthfully interpret and present results of published studies to the public. The National Academies of Science report states that "Well conducted epidemiologic studies that show a positive association between the agent and the disease are accepted as the most convincing evidence about --- disease." Yet, not a single epidemiologic study has been reported on the subject of domestic sheep as a cause of die-offs in BHS. Not only does the USDA/FS' effort not rise to the level of 'currently available good science', it failed to achieve the standards for risk assessment science established more than 30 years ago by the National Academies of Science.

The Redbook also identifies the need for independent scientific review panels to examine risk assessments, thus providing some assurance that the science is right. Science expects, if not demands, that the 'rules of the game' be applied equally and fairly for all sides of an issue, not tilted toward one side with no recourse allowed for correction. It is regrettable that the USDA/FS did not submit this EA for an outside, independent scientific review, or even to the Agricultural Research Service (ARS), where considerable expertise lies, for critical review. In not opening itself to scientific review, and thus not providing transparency in methods, assumptions, and data used, the USDA/FS is acknowledging it has something to hide, namely poor science and failure to follow standards for risk assessments. This is not a new problem[2], where scientific issues grounding concern for legitimate risk assessments include "---the alleged distortion of science by government risk assessors, to ensure that risk managers received the answers they wanted, so that they could decide to regulate, or not to regulate, depending upon how they perceived the social, economic, and political pressures under which they were operating.".[2]   It appears the USDA/FS has pursued just such distortion.

10

BLM_0127878

References:

1. Risk Assessment in the Federal Government: Managing the Process, National Academy Press, 1983.
2. Rodricks Joseph V., Calculated Risks, The toxicity and human health risks of chemicals in our environment. Second edition, Cambridge University Press, Cambridge, 2007.
3. http://srmo.sagepub.com/view/the-sage-encyclopedia-of-social-science-research-methods/n387.xml
4. Reference Manual on Scientific Evidence, Federal Judicial Center, National Academies Press, 2011
5. Jason Braithwaite, 2006, U Birmingham, UK. Seven Fallacies of Thought and Reason: Common Errors in Reasoning and Argument from Pseudoscience, http://www.academia.edu/316243/Seven_Fallacies_of_Thought_and_Reason_Common_Errors_in_Reasoning_and_Argument_from_Pseudoscience
6. O'Brien J et al. Incorporating foray behavior into models estimating contact risk between bighorn sheep and areas occupied by domestic sheep. Wildlife Society Bulletin 2014, 38(2):321–331
7. Walter, David W. et al, What Is the Proper Method to Delineate Home Range of an Animal Using Today's Advanced GPS Telemetry Systems: The Initial Step. In: USA Modern Telemetry (ed. Ondrej Krejcar). InTech. 2011

11

BLM_0127879

10/31/2016                                    DEPARTMENT OF THE INTERIOR Mall - (no subject)



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## (no subject)
1 message

---

**Melanie Matteliano** <smilee_rat@yahoo.com>                          Mon, Oct 31, 2016 at 10:49 AM
Reply-To: Melanie Matteliano <smilee_rat@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "rmpcomments@citizensforahealthycommunity.org" <rmpcomments@citizensforahealthycommunity.org>

I am writing as an individual with a vested interest in the North Fork Valley, who is deeply concerned by the possibility that this area could be developed for oil and gas production. I love the North Fork Valley. I love the rich landscape. I love the delicious local and organic produce that is grown here- I love the pears and the apples that are shipped to markets in Denver, and I love the things you can only get when you are here- the local cherries, carrots, radishes, fresh baby lettuces, the wine and cider. I love the community here, and I love their values- the confluence of independence and interdependence that encourages people to come together with their neighbors to get things done- sharing farm equipment, trading labor for fruits and vegetables grown by their neighbors, swapping expertise in one area for help in another.

I live in Denver, but I have visited the North Fork Valley every few months for the last five years. I visit more often in the summer and fall, sometimes coming multiple times a month to enjoy the landscape, the opportunities for horseback riding and hiking, and the local produce. I come to visit friends who live in Crawford, and to partake, if only momentarily, of their way of life. I hope to buy property here myself someday and be able to enjoy this place and this way of life every day. I have lived in Colorado all my life, and have traveled widely throughout the state, and this is without question one of the most exceptional locations in our beautiful state. In fact, the North Fork Valley is one of my favorite places in the country.

It is deeply disturbing to me to think that this place and this way of life are being jeopardized by the proposal to lease public BLM land in the North Fork Valley for oil and gas development. Oil and gas production pose serious risks to the local community. The proposed plots of land are intimately situated near local residences and schools, and lie in watersheds that supply the entire community and the abundance of organic farms in the region. Industrializing the valley would negatively impact the health of community members, damage the local agricultural economy, and adversely affect wildlife populations through damage to crucial wilderness habitats.

The North Fork Valley is important to Colorado. This place is critical habitat for wildlife, and a key supplier of local produce and agricultural products to Colorado markets. This place is a destination for foodies and agro-tourists, hunters, fishers, and outdoor enthusiasts. This place is home to local communities comprised of families who have been here for generations, and for enthusiastic newcomers who want to foster the local way of life for generations to come. The best assets of the North Fork Valley are the pristine areas of wilderness, and the unique ecology and climate that foster the highest concentration of organic farms in the state. If the valley is industrialized, all of that will change. Local organic farmers will lose their livelihoods to soil and water contamination, and to decreased demand for North Fork Valley produce. Tourists will be turned off by the loss of wilderness areas and the concern over contaminated air, water, and local food products. Hunters will be forced to follow their displaced game to other areas in Colorado. The health of the families who live here will be put at risk, people will suffer from increased rates of respiratory and cardiovascular disease. The entire identity of the region will be transformed, slowly and surely, by the onslaught of trucks, drilling pads, gas wells, container ponds, storage tanks, wastewater pits, and pipelines, by the noise and the air pollution.

This proposal is an irresponsible and inappropriate use of public lands, and the potential for human, animal, and environmental damage is simply too high. I implore the BLM to reconsider the proposal, in light of the unique value of the North Fork Valley as a recreational haven, an important wilderness and agricultural area, and a crucial supplier of organic food to Colorado. Please, take action to protect this incredible region. Speaking as an avid tourist of the region, an enthusiastic consumer of North Fork Valley produce, and an individual who hopes one day to live in the area, this area should not be exposed to the damages of oil and gas production. Please choose to pursue other leasing alternatives for the land in question, alternatives that nourish the local economy and health of the North Fork Valley instead of degrading it.

Thank you,

Melanie Matteliano

BLM_0127880

 **Comments.docx**
155K

BLM_0127881

I am writing as an individual with a vested interest in the North Fork Valley, who is deeply concerned by the possibility that this area could be developed for oil and gas production. I love the North Fork Valley. I love the rich landscape. I love the delicious local and organic produce that is grown here- I love the pears and the apples that are shipped to markets in Denver, and I love the things you can only get when you are here- the local cherries, carrots, radishes, fresh baby lettuces, the wine and cider. I love the community here, and I love their values- the confluence of independence and interdependence that encourages people to come together with their neighbors to get things done- sharing farm equipment, trading labor for fruits and vegetables grown by their neighbors, swapping expertise in one area for help in another.

I live in Denver, but I have visited the North Fork Valley every few months for the last five years. I visit more often in the summer and fall, sometimes coming multiple times a month to enjoy the landscape, the opportunities for horseback riding and hiking, and the local produce. I come to visit friends who live in Crawford, and to partake, if only momentarily, of their way of life. I hope to buy property here myself someday and be able to enjoy this place and this way of life every day. I have lived in Colorado all my life, and have traveled widely throughout the state, and this is without question one of the most exceptional locations in our beautiful state. In fact, the North Fork Valley is one of my favorite places in the country.

It is deeply disturbing to me to think that this place and this way of life are being jeopardized by the proposal to lease public BLM land in the North Fork Valley for oil and gas development. Oil and gas production pose serious risks to the local community. The proposed plots of land are intimately situated near local residences and schools, and lie in watersheds that supply the entire community and the abundance of organic farms in the region. Industrializing the valley would negatively impact the health of community members, damage the local agricultural economy, and adversely affect wildlife populations through damage to crucial wilderness habitats.

The North Fork Valley is important to Colorado. This place is critical habitat for wildlife, and a key supplier of local produce and agricultural products to Colorado markets. This place is a destination for foodies and agro-tourists, hunters, fishers, and outdoor enthusiasts. This place is home to local communities comprised of families who have been here for generations, and for enthusiastic newcomers who want to foster the local way of life for generations to come. The best assets of the North Fork Valley are the pristine areas of wilderness, and the unique ecology and climate that foster the highest concentration of organic farms in the state. If the valley is industrialized, all of that will change. Local organic farmers will lose their livelihoods to soil and water contamination, and to decreased demand for North Fork Valley produce. Tourists will be turned off by the loss of wilderness areas and the concern over contaminated air, water, and local food products. Hunters will be forced to follow their displaced game to other areas in Colorado. The health of the families who live here will be put at risk, people will suffer from increased rates of respiratory and cardiovascular disease. The entire identity of the region will be transformed, slowly and surely, by the onslaught of trucks, drilling pads, gas wells, container ponds, storage tanks, wastewater pits, and pipelines, by the noise and the air pollution.

This proposal is an irresponsible and inappropriate use of public lands, and the potential for human, animal, and environmental damage is simply too high. I implore the BLM to reconsider the proposal, in light of the unique value of the North Fork Valley as a recreational haven, an important wilderness and agricultural area, and a crucial supplier of organic food to Colorado. Please, take action to protect this incredible region. Speaking as an avid tourist of the region, an enthusiastic consumer of North Fork Valley produce, and an individual who hopes one day to live in the area, this area should not be exposed to the damages of oil and gas production. Please choose to pursue other leasing alternatives for the land in question, alternatives that nourish the local economy and health of the North Fork Valley instead of degrading it.

Thank you,

Melanie Matteliano

BLM_0127883



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Alternative B
1 message

---

**erin jameson** <emj_58@hotmail.com>                                    Mon, Oct 31, 2016 at 8:49 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "info@theconservationcenter.org" <info@theconservationcenter.org>

To Whom It May Concern,

Allow me to introduce myself, my name is  Erin Jameson. I run a charming B&B called Wisehart Springs Inn and I am a  teacher in the Delta County School District. My B&B is very unique in that I provide the organic ingredients from this wonderful organic valley for my guests to prepare in a kitchen with a mind-blowing view of the valley.



The breakfast:

The Mind Blowing View:



Wisehart Springs Inn:

BLM_0127884



As a teacher in the valley, this county teaches children a wonderful way of life and we have two extraordinary National Treasures which are exceptional classrooms for our students: the Black Canyon and the Grand Mesa. Should an unfortunate drilling accident occur in this valley due to fracking, this way of life and these two treasures could be destroyed. Needless to day, my B&B would suffer because the view and the organic food would be compromised.

I urge the BLM to choose  Alternative B1  it is the best option in the plan that protects my drinking water, my business, and outdoor classrooms for students to respect, love and learn from in the valley. The North Fork Valley is a Creative District. The state legislature has vowed to keep the valley pristine. Again, Alternative B1 is the most acceptable plan for the valley.

Very Truly Yours,

Erin Jameson
Citizen, Mother, Wife, Teacher, Business Owner and lover of the earth
Wisehart Springs Inn
39508 Pitkin Road
Paonia, CO 81428

BLM_0127885

10/31/2016                          DEPARTMENT OF THE INTERIOR Mail - american lung association.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

**american lung association.**
1 message

---

**alison gannett** <alisongannett@mac.com>                 Mon, Oct 31, 2016 at 4:39 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Natasha Leger <natasha@citizensforahealthycommunity.org>

The RMP says that not only is drilling for fluid minerals safe, and that they have studied the cumulative effects and that
they are acceptable. I do not believe it is possible to make those statements, considering that studies on the internet have
no way to determine these claims. How can one determine that working with carcinogenic chemicals can ever be safe?
and how would we ever be able to study their synergistic cumulative effects if we do not know which combinations are
being used at each well pad on any given day? This would be the same as looking at any given human in 2016 and
saying they will never get cancer. How do you know? how do you study this? we do not have the technology.

The BLM did not consider a human health impact report in its draft management plan.
Therefore, a moratorium should occur until this is done, or support the North Fork Alternative B1

Case in point, the AmericanLungAssociation.org

(also formerly pristine air in Uintah County, UT received an "F" rating for ozone in the american lung association 2013
State of the Air Report)

# Lung Association Statement on Fracking Decision by Cuomo Administration

**(December 17, 2014)**   *In response to the announcement by Acting Health
Commissioner Howard S. Zucker, Department of Environmental Conservation
Commissioner Joe Martens, Governor Cuomo and other cabinet officials, Jeff Seyler,
CEO of the American Lung Association of the Northeast, released the following
statement:*

On behalf of the hundreds of thousands of New Yorkers who struggle to breathe, we
applaud the decision announced today to prohibit fracking in New York. We are
heartened that the Administration agreed with our concern that the proposed fracking
process in New York would have enabled a growth in oil and gas extraction that
increased too many potential health risks, especially to the air we breathe. Yet, we
recognize that oil and gas extraction, refining, transportation and use presents many

BLM_0127886

risks to health, not just fracking. We look forward to seeing recommendations to strengthening protections from these processes.

Throughout this review period, the Lung Association has argued that expanded oil and gas extraction and processing, driven by fracking, would increase air pollution in the state, placing residents' health at serious risk. We believed then and continue to believe now that there is a very real and unacceptable risk that the air emissions from increased oil and gas production would make people sick and shorten the lives of those living in communities in New York where the extraction will take place. Fracking would drive changes that would increase air pollution in areas of the state that now benefit from clean air.

Millions of New Yorkers now suffer from lung diseases including asthma, COPD and lung cancer. On behalf of these New Yorkers as well as residents from across the state, we thank and applaud Governor Cuomo for letting health guide his decision. New Yorkers will breathe healthier air because of the decision made today.

BLM_0127887

10/31/2016                  DEPARTMENT OF THE INTERIOR Mail - BLM Uncompahgre Field Office Draft Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## BLM Uncompahgre Field Office Draft Resource Management Plan
1 message

---

**Tess Backhus** <tessbacko@msn.com>                                    Mon, Oct 31, 2016 at 9:58 PM
To: "blm_co_ufo_rmp@blm.gov" <blm_co_ufo_rmp@blm.gov>

> Dear Ms. Sharrow and Ms. Wilson:
>
> My name is Dolores (Tess) Backhus.  I am a 69-year-old resident of Paonia Colorado.  My husband and I moved to the
North Fork Valley in November, 2014, after residing in and raising our 3 daughters in Eagle County for over 30 years.  We
love Colorado and hope to age in place in the State and locally in Paonia, enjoying the diversity of this small mountain
community, along with the exceptional, affordable quality of life here.  I recently moved my 95-year-old Mother to Paonia
from Florida, to help her also age in place and oversee her care.  The senior programs, support and services are amazing
in Delta County and Region 10.  In addition to my personal goals, I believe this Community and Valley is drawing and
offering similar amenities and services to attract a growing aging demographic, which will ultimately create another
economic opportunity for the area.
>
> We appreciate your time and efforts in evaluating a new Draft Resource Management Plan, but wish to encourage you
to be diligent in being conscientious stewards of the Land and Environment at risk with oil and gas development, which
looms to threaten this area.  It has been well established knowledge that this industrialization will be a tremendous threat
to the human, animal, and environment here by contaminating soils, water, and air; and impair human health, including
increases in respiratory, endocrine, immune, and cardiovascular disease.  Development of the leases would negatively
impact and impede local investments and resources required in transitioning and maintaining the economy to one based
on agri-tourism, recreation, renewable energy, agriculture, and organic food.  Development would contribute to increased
greenhouse gas emissions, and climate change impacts on community resources (agriculture & wildlife).
>
> Please, please be responsible Stewards of the Land and adopt a No-Leasing Alternative to prevent long-term risks
posed by oil and gas operations including Fracking Technologies (Oh No!) and large-scale industrialization.  Please,
please consider the new research and information on earthquakes, human health impact, climate change impact, and
environmental damage caused by hydraulic fracking, injection wells, and on-going well operations.  Please, please
embrace a No-Leasing to protect the North Fork Valley and Colorado for generations to come.
>
> Please make the long-term Environmental Wellness a priority over short-term financial gains!
>
> Thank you for your diligence in preserving the Earth!
>
> Sincerely,
> Dolores Backhus
> 51 Pan American Avenue
> Paonia, CO. 81428
> 970-527-3101
>
> Sent from my iPad

BLM_0127888

10/31/2016                    DEPARTMENT OF THE INTERIOR Mail - Bureau of Land Management.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Bureau of Land Management.
1 message

**Lark Abel** <abelartglass@gmail.com>                    Mon, Oct 31, 2016 at 4:39 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

We live in one of the most verdant areas in Colorado. That you would consider spoiling this area with oil and gas and
fracking is without morals and concerns for the land ,the people and the animals that live here. The risk to public health
and the potential to poison our food sources, pollute our air and contaminate our water we depend on to live has been
proven time and time again. WE do not accept it and we do not want it. A no leasing alternative is the most  responsible
choice . Finally a moratorium on oil and gas leasing should be imposed until rural gas gathering pipelines are regulated
by the Pipeline Hazardous Materials and Safety Administration.  Thank you for your attention to this matter. Sincerely ,
Laura, " Lark" Abel.

BLM_0127889



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment on the RMP
1 message

**Ulli Sir Jesse** <ullisirjesse@gmail.com>                              Mon, Oct 31, 2016 at 5:57 PM
To: uformp@blm.gov

To the BLM's RMP,

**Please manage the Paradox Rock Art unit as an Area of Critical Environmental Concern in the Final RMP to protect the
rare and irreplaceable petroglyphs of the area.** I visited them a week ago and was blown away how beautiful they are.

I also urge you to protect this area as well as the Tabeguache unit and the Shavano Creek unit from any oil and gas drilling. The
scenic beauty as well as the recreational value of these lands are too good to be destroyed by these kind of activities that are not good
for our planet anyway. I'd rather see more solar panels in Paradox valley.

Thank you for listening to our input.
I am an avid hiker and love the silence, beauty and animal habitat in these areas.
Please help protect it for future generations.

Ulli

Ulli Sir Jesse
520 S Amelia
Ridgway, CO 81432
970 729 2590


Regret is the longing to change the past.
Fear is the desire to control the future.
Peace is the surrender to Now.
- Jeff Foster

BLM_0127890



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comment submission for RMP
1 message

---

**Hal Brill** <halbrill@gmail.com>               Mon, Oct 31, 2016 at 9:00 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Kindly see attached letter for my comments on the draft RMP.

Hal Brill

---

📄 **2016_10_31_20_57_25.pdf**
148K

BLM_0127891

*Hal Brill*
*PO Box 747*
*Paonia, CO 81428*

*Oct. 31, 2016*

**BLM, Uncompahgre Field Office**
**2465 S. Townsend Ave.**
**Montrose, CO 81401**

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

I appreciate the opportunity to comment on the Uncompahgre plan:

1. I have lived in the North Fork Valley for over 20 years, and appreciate that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

2, I moved here because of the outdoor recreation opportunities. I particularly enjoy places close to home, such as the Terror Creek and Hubbard Creek areas.

3. I am a co-owner of High Wire Hops. We grow high quality hops for many microbreweries around the regions. Our livelihood depends upon clean water and air, as well as a perception that the North Fork Valley is a healthy place for sustainable agriculture. Our hops have been in many award winning beers, due to their high quality. So although I am not opposed to some extraction of fossil fuels, I want to see a significant buffer zone that separates the agricultural North Fork Valley from drilling activities.

4. Therefore, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP.

Thank you for your consideration,

*Hal Brill*
*Managing Partner, High Wire Hops*

10/31/2016                                         DEPARTMENT OF THE INTERIOR Mail - Comments on UFO RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on UFO RMP

1 message

**Brent Helleckson <brent@stonecottagecellars.com>**                    Mon, Oct 31, 2016 at 10:37 PM
To: uformp@blm.gov
Cc: Senator Michael Bennet <Senator_bennet@bennet.senate.gov>, Representative Millie Hamner
<Millie@milliehamner.com>

Bureau of Land Management
Uncompahgre Field Office
Resource Management Plan Revision Team


Thank you for the opportunity to comment on the Draft Resource Management Plan (DRMP).

The West Elks American Viticultural Area (AVA) is one of two federally-designated areas in Colorado of unique geology, climate, history, and geography capable of producing wines of unique and identifiable qualities. The wineries in this AVA strive to produce Colorado-grown wines of high quality with distinctly Colorado character.

We are concerned that the pathway proscribed by the Draft Resource Management Plan  (DRMP) preferred alternative leads to a development scenario that severely impacts our ability to attract visitors to our tasting rooms and may also impact our image of a pastoral environment blessed with clean air, clean water, and beautiful vistas, fostering wines with characteristics uniquely associated with the West Elks mountains and the North Fork of the Gunnison.

The BLM preferred alternative, alternative D, opens nearly all of the North Fork watershed to oil and gas exploration and development (DRMP at 2-409). While the underlying assumption is a well count of 1,271 throughout the UFO region by the year 2030 (DRMP at 3-14), statements by the energy companies currently operating in the North Fork, on lands already leased by the BLM, exceed that number by a factor of 2 to 3.  This is in advance of the recent USGS study identifying the Mancos Shale as a likely significant gas resource.  Therefore, offering nearly all of the North Fork watershed as available for oil and gas leasing virtually guarantees the industrialization of that watershed.  While the specifics of each well will be unique, the commonly accepted impacts include multiple millions of gallons of water per well, multiple thousands of truck trips per well, multiple millions of gallons of produced waste per well and multiple miles of roadway per well pad.  No reasonable person could claim that the current rural/arboreal landscape would suffer "no significant impact" from such a change of use.  The DRMP admits as much at page 3-176.

The level of development implied by the preferred alternative will certainly impair our ability to attract visitors to our tasting rooms.  It is difficult and expensive to convince travelers to make the 5 hour journey from the Front Range to the North Fork Valley.  Placing a large gas and oil field development between the North Fork and the Front Range will make that much more difficult and expensive.

Further, all of us growing grapes in the Valley, rely on readily available, clean irrigation water. The development implied by the DRMP preferred alternative would severely impact our watershed, snowpack, spring runoff and, consequently, the timely availability of irrigation water.  Also, the likelihood of surface and ground water contamination from oil and gas activity inhibits our ability to produce quality grapes of unique characteristics, thereby eroding our competitive advantage in the marketplace.

We respectfully request that the DRMP consider, and adopt, an alternative that designates the watershed of the North Fork as not available for leasing for oil and gas development.

Thank you,


The West Elks Winery Association

5680'
Alfred Eames Cellars
Azura Cellars
Black Bridge Winery
Leroux Creek Vineyards
Mesa Winds Farm and Winery
North Fork Cellars
Stone Cottage Cellars
Terror Creek Winery

BLM_0127893

10/31/2016                      DEPARTMENT OF THE INTERIOR Mail - Comments on UFO RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on UFO RMP
1 message

**Marv Ballantyne <marvbofwc@gmail.com>**                      Mon, Oct 31, 2016 at 9:37 PM
To: uformp@blm.gov

Thank you for the opportunity to comment, and the extension of time.

**Camel Back additional Lands with Wilderness Characteristics**

I am more familiar with the Camel Back WSA, but love both areas.  It is near Montrose (and Delta) and can be easily accessed and enjoyed in late fall, winter and spring when higher elevation areas are too cold for old hikers like me. The rock cliffs and streams are spectacular all year and solitude is hard to find this close to town. Expanding the WSA by protecting the LWC from motorized and mechanized would provide a spectacular place. When I am there, I feel like I am in a treasured, secret place.

**Oil and Gas permitting in North Fork**

Natural gas has become so abundant in Colorado that it is too cheap to justify drilling for more.  This is due to economic changes as a result of concerns about Climate Change.  There is more gas already available in existing wells than we will probably ever use.  Permitting more wells at this time is senseless and should not be done.  The North Fork of the Gunnison is a beautiful place, rich in agricultural uses along with residential uses, and should not be encumbered, put at risk, or devalued by the introduction of gas well permits.

 **Marv Ballantyne**

**970-318-6082 or 249-1346**

**marvbofwc@gmail.com**

BLM_0127894

10/31/2016 DEPARTMENT OF THE INTERIOR Mail - Comments on Uncompahgre RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on Uncompahgre RMP
1 message

---

**landon@otesports.com** <landon@otesports.com>                    Fri, Oct 28, 2016 at 10:33 AM
To: uformp@blm.gov

To whom it may concern:

I visit the Unc many times a year in the summer months to ride bicycles and motorcycles and E-bikes.  I enjoy the single track trails as well as the narrow ATV (under 56") trails.

One thing I've noticed is that the non-motorized trails are nearly disappearing due to under use and overgrowth as nature takes the trails back over.  It is my opinion that the non-motorized trails should be opened up to motorcycle use so that they remain and actually get used.  On many occasions I have lost sight of trail while on bicycle and ended up bushwacking my way out.  If a few more motorcycles a year were allowed this would not be an issue.

As the manager of Over The Edge Sports, in Fruita CO, I am proud that we started the bicycle recreation boom that has so positively affected the towns and cities of the Grand Valley.  However, our profitable times are seasonal (spring and fall) but if we had a summer destination where cyclists could go to ride that would keep them out of the heat of the lower elevations we could more easily provide things like a living wage for our employees so they could afford proper housing etc..

The Uncompahgre Plateau is the perfect spot to build singletrack trails that connect and make loops that are popular with cyclists and off-road motorcyclists.  The trails of the Unc unfortunately tend to dive down into canyons and valleys with no way back out but to hike or turn around.  Some creative thought about re-routes and new trails to increase connectivity should be considered in the RMP.

I would like to see provisions in the RMP for future motorized single track construction.  And more thought put into connectivity so that big loops can be strung together without getting on miles of roads.  A gigantic single track motorized loop of the entire Unc Plateau would be the gem of Colorado and would boost the economies of all the towns below.

And I realize COWS are historically an "indigenous species" in the high country, so this comment will probably fall on deaf ears, but when one spends the day riding through cattle excrement for miles on end, one begins to wish that these beasts weren't so cheaply allowed to trample our public lands with reckless abandon.  This may seem to be a hypocritical comment from an OHV enthusiast, but there is a huge difference in our minimal impact on a small narrow trail, and the widespread abuse of the land that these "locust" inflict.

Thanks for accepting public comment on these issues.

---

BLM_0127895

Landon Monholland
OVER THE EDGE SPORTS, FRUITA
"Where all your mountain bike dreams come true!"
970-858-7220
www.otesports.com/fruita

BLM_0127896

10/31/2016                                    DEPARTMENT OF THE INTERIOR Mail - Delta county report on impact fracking could have on water



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Delta county report on impact fracking could have on water

1 message

---

**msmith1932@paonia.com** <msmith1932@paonia.com>                    Mon, Oct 31, 2016 at 11:39 AM
To: uformp@blm.gov

hello
 I just read a report prepared for Delta county on the groundwater systems of this county and it clearly states that there could, and probably would, be terrible contamination of our water if fracking were to occur. As a mother and a grand mother and as a retired teacher {concerned about ALL children} I am asking WHY was this information not considered when you were deciding whether or not to allow leasing ? And further, why was this information not available sooner ?
 How can you, in good conscience, go ahead with the current plan you are proposing ? This is truly unacceptable !
Mary Smith
Hotchkiss , Co

BLM_0127897



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Draft RMP
1 message

---

**Todd and Cynthia Hines** <mccowgirl331@gmail.com>                    Mon, Oct 31, 2016 at 9:31 PM
To: uformp@blm.gov
Cc: Mark Roeber <mroeber@deltacounty.com>, rmpcomments@citizensforahealthycommunity.org

We are opposed to hydraulic fracturing in the North Fork Valley as recommended by the BLM RMP because it fails to address threats created by fracking to our water sheds.  A report prepared for the Delta County Commissioners clearly addresses what should be significant concerns.  That report can be found here:  http://www.heath-hydrology. com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf

Failure to address potential threats to our water sheds threatens our economy and our health.  It is an abject abdication of the BLM's responsibility to protect the health and welfare of the citizens of Delta County to not address these very serious issues.  We support NO FRACKING in the North Fork Valley.

Todd and Cynthia Hines
1246 7745 Road
Crawford, CO  81415
970.921.5382

---

BLM_0127898



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## draft RMP comment
1 message

**Marilyn Stone** <marilyn.stone@live.com>                    Mon, Oct 31, 2016 at 10:06 AM
To: "uformp@blm.gov" <uformp@blm.gov>

Attached are comments for the draft RMP


Marilyn Stone


📄 **RMP comment.pdf**
   279K

BLM_0127899

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

I moved to the Paonia area of the North Fork Valley in early 2008. My husband and I chose this area because I could have an organic garden and hunt elk within 30-45 minutes of our home. In addition, the availability of fishing, hiking and cross-country skiing enable us to be active all year. We consider this an important asset to maintaining our health.

My mother used to say that as long as you have your health, you can overcome anything else. I now personally know that's true. I have food-triggered migraines which greatly limit my choices when dining out. I have microscopic colitis which can bring on bouts of diarrhea with no warning. I have suffered an autoimmune disease. Although I have overcome the acute effects, my muscles are very sensitive to overwork and strain which limits my capabilities. These health issues have greatly impacted my life and are never far from my consciousness.

Now, I see in the draft RMP that BLM not only did not consider a No Leasing alternative in the North Fork Valley area but that a potential 95% of my valley home and mountain "backyard" where I ski, hike, hunt and fish will be eligible for leasing for oil and gas drilling. Despite acknowledging human health impacts for all alternatives, the draft RMP puts me, the animals I hunt for food and the fish I catch to eat at further risk of pollutants. Studies show the consequences of drilling and exposure to chemicals cause autoimmune diseases, ozone pollution which damage lungs, endocrine disrupting chemicals and carcinogens.

In the spring of 2010, I visited a Utah fracking water disposal pond. Within a few minutes, I developed a headache and nausea which lasted for a couple of hours after I left the area. No one else was overtly affected. I am apparently particularly susceptible to acute air pollution exposure from drilling activities. Acrylonitrile, methylene chloride, benzene and ethylbenzene, the substances associated with various processes of fracking, are known carcinogens and respiratory irritants.  Air pollution from drilling will make it impossible for me to live in my home.

Mounting research on the effects of fracking fluid indicates that the harm will continue to be felt not just by those directly exposed but by children, grandchildren and perhaps beyond. Endocrine disrupting chemicals are particularly pernicious. They take the place of hormones which instruct cells on development. Exposure to miniscule amounts, such as 1 part per billion or less, at the right (or wrong) time in human development hijack the hormonal instructions for the developing fetus. Instead of developing into brain cells, cells might be instructed by the endocrine disrupting chemical to become fat cells instead. Other diseases associated with EDC's are diabetes, autoimmune diseases, infertility and reproductive problems, male infertility, thyroid conditions, Alzheimer's, Parkinson's disease, cancer, autism, and attention deficit disorder all of which we are witnessing increased incidence in the U.S.

On March 21, 2012, Inside Climate News reported in part:

*Natural gas drilling on the Pinedale Anticline in Wyoming. Credit: Richard Waite, World Resources Institute*

*The higher the dose, the more dangerous the toxin—that principle is the basis for most regulatory chemical testing in the United States. But a new report [2] shows that even low doses of some toxins can be harmful, and that finding could have implications for the long-standing debate over the chemicals used in natural gas drilling and hydraulic fracturing.*

*The toxins surveyed in the report affect the endocrine system, which produces hormones, the small signaling molecules that control reproduction, brain development, the immune system and overall health.*

*Although the report doesn't specifically mention hydraulic fracturing, a separate peer-reviewed study [3] released in September identified 649 chemicals used during natural gas production and found that at least 130 of those could affect the endocrine system. They include petroleum distillates, methanol and other, more obscure compounds with names like dibromoacetonitrile and ethoxylated nonylphenol.*

*Endocrine-disrupting chemicals have been linked to a variety of health problems, including obesity, diabetes, fetal development and infertility. Babies and young children are particularly vulnerable, said Laura Vandenberg, a postdoctoral research fellow at Tufts University and lead author of the new report. It was published last week [4] in the peer-reviewed journal* Endocrine Reviews.

*"I can't think of a single tissue in the body that isn't affected in some way by hormones," she (Vandenberg) said.*

A recent study by NOAA (National Oceanic and Atmospheric Administration) has detected the "footprint of the natural gas industry" in Northeast Colorado with pollutants that cause health problems. The processes involved in drilling and fracking for oil and natural gas involve the precursors of ozone which damages lung tissue. Once damaged or destroyed, lung tissue is not replaced. Although human studies have identified the health effects of ozone, it is reasonable to assume wildlife will suffer the same health effects as well. Ozone is just one of the chemical irritants to the respiratory system.

Other sources of air pollution are raw natural gases that escape during well operations, the exhaust from the fossil fuels used to power thousands of truck trips to the site, chemicals used to clean and maintain the equipment and evaporation pits. For instance, methyl chloride used to clean storage containers is a neurotoxin identified by the EPA. Even short-term exposure causes severe effects, including affecting heart rate, liver function, blood pressure and kidney damage. Native volatile compounds released when wells are drilled aren't even covered by EPA regulations so the public has no legal protection from companies releasing these toxic gases during drilling operations.

BLM_0127901

Another example of air pollution leading to chronic illness is identified in Fort Worth, Texas, where childhood asthma rates are 2-3x the national average according to Cook Children's Health Care System in Fort Worth.  In 2009, Community-wide Children's Health Assessment and Planning Survey queried 7,400 parents in Tarrant, Denton, Hood, Wise, Parker, and Johnson counties. Physicians note complaints of adverse respiratory effects rise when the wind blows from the north where the refineries are located.

Drainage winds emanating from McClure Pass area carry pollutants to my home to the west.

My water source for both irrigation and domestic use travels in part through open ditches making it vulnerable to spills, a common occurrence in drilling. A toxic chemical spill can reach a spring or ditch and quickly drop on irrigated fields or come out of someone's faucet.

The greater the number of wells, the greater the risk of pollution of the valley's water sources and air also increases.  Risk is cumulative, whether you're analyzing risks to health or to wildlife populations. Incidents reported to the Colorado Oil and Gas Conservation Commission for the period between 2002 and 2006, showed that as the number of wells increase, so does the number of spills, including carcinogenic chemicals, diesel and the chemical cocktail used in fracking. During this period, Weld County, Colorado had 40% of the wells in the state and suffered the highest number of reported spills, 30% of the total number of spills in Colorado.  In 2011 alone, there were 516 oil- and gas-related spills **reported** to the Colorado Oil and Gas Conservation Commission, many of them involving fracking fluid. As you know, operators don't have to report all spills or "releases."

The noise and human activity associated with drilling for oil and/or gas will severely limit the value of these wildlife areas to wildlife. Studies have shown that deer and elk avoid areas of human activity by 3 kilometers. Roads and well pads take more than the direct physical acreage from wildlife habitat. Since elk avoid roads, traffic and human activity, "habitat" between roads may not be used. Fragmenting elk habitat reduces the habitat of an animal that roams long distances causing them stress. Leasing and energy development wastes the state's and sportsmen and women's investment in preserving habitat for the public's wildlife areas.

When I was 12 years old, the swale below my house flooded one winter. The neighbors had left a row boat with one oar on the bank. I knew permission to use the boat would not be forthcoming so I told no one that I was paddling around the new "lake." I also knew that I might accidently drop the oar into the water and have no way to propel or steer the little boat. I developed an action plan to perform a "self-rescue" of sorts. When I did lose the oar, I implemented my plan, retrieved the oar and no one was ever the wiser.

As identified in the title, the RMP is a planning document. The RMP identifies risks to human health and other resources, yet there's no action plan in the case of a catastrophic event. I know that the education, training and expertise of BLM exceeds that of a 12-year-old in fear of a spanking, so I'm confident that this gap in the plan can be addressed. If not, then a No Leasing alternative is the obvious choice.

BLM_0127902