We are in a great position to pause on oil and gas drilling. We have a surplus and are exporting natural gas. More and more research is indicating oil and gas drilling risks the health of workers and people living nearby, often permanently and especially for the next generation. I urge you to adopt a No Leasing alternative for the North Fork Valley and surrounding mountains or at least adopt the B1 North Fork Alternative plan.

Marilyn Store

BLM_0127903

10/31/2016                    DEPARTMENT OF THE INTERIOR Mail - Draft RMP Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Draft RMP Comments
1 message

---

**Donald Davol <donald.davol@gmail.com>**                    Mon, Oct 31, 2016 at 8:56 AM
To: uformp@blm.gov

To Whom it May Concern,

I am writing to let my voice be heard about the current draft of the RMP plan.  As a citizen of Gunnison county, I have been drawn to to many available resources that the area has to offer from spending time hiking to hunting and fishing.

I am disappointed that the current draft plan still facilitates the expansion of coal mining and natural gas development, while relying on data that dates back to 2010 or older.  At this crucial time, we need to realize that it is time to change and move on from these dirty temporary fuel sources.  I feel strongly that the BLM must adopt a "no leasing" alternative for coal.  It is unfortunate that jobs will be lost by this decision, but it is time to put our air and water quality above this short term energy development.  We now have alternative energy resources that are becoming much more competitive, and need to embrace them.

We are lucky to have the many resources that small farms, orchards and vineyards surrounding Paonia, Hotchkiss and the North Fork Valley provide. I am concerned that further non-renewable energy development in this area will undesirably impact the watersheds that are so valuable to these areas.

For the final draft of the RMP, I hope that the BLM will include up-to-date data concerning coal markets and coal employment in the area.  I support the "North Fork Alternative" as a way to bridge to less oil and gas leasing across the area.  Each oil and gas development negatively impacts our environment which is becoming a scarce resource but also a tourism draw.  They impact landscapes, wildlife, watersheds, and air quality.  All of these resources need to be prioritized, and I feel that it is time for oil and gas development to not make the cut.

I appreciate the work that you all do, and hope that it will benefit generations to come,


Thank you for your consideration,
Donny Davol

---

BLM_0127904

10/31/2016                           DEPARTMENT OF THE INTERIOR Mail - North Fork Alternative B1



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## North Fork Alternative B1

1 message

---

**ADAM GALL** <agall7@hotmail.com>                           Mon, Oct 31, 2016 at 10:04 AM
To: "uformp@blm.gov" <uformp@blm.gov>

Hello there, attached please find a comment letter from the Colorado Chapter of Backcountry
Hunters and Anglers addressing the UFO Draft RMP and support for incorporating the North Fork
Alternative B1.


Thank you,

Adam Gall

Backcountry Hunters and Anglers

---

📄 **BHA BLM.docx**
135K

BLM_0127905

Adam Gall
PO Box 873
Paonia, CO  81428

October 28, 2016

Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO  81401

To Whom It May Concern,

My name is Adam Gall and I am submitting my comments on behalf of the Colorado Chapter of the Backcountry Hunters and Anglers.  I represent our State Chapter as the Habitat Watchman for the Gunnison NF and as the Assistant Regional Director for the Central Western Slope.  Backcountry Hunters and Anglers is a volunteer-powered organization of sportsmen and women who are well connected to and passionate about our public lands that provide fish and wildlife habitat along with the traditional fishing and hunting opportunities that are available to anyone.  We believe in the conservation and management of fish and wildlife habitats on our public lands.  Ensuring future generations of hunters and anglers have undisturbed backcountry areas, and access to those areas, for fish and wildlife is a cornerstone of our organization.  The physical and mental challenges that the principals of fair chase bring forth are also things we take pride in experiencing.

As an organization, there is concern regarding the Uncompahgre Field Office's plan to open up nearly all the BLM ground surrounding the North Fork Valley to oil and gas leasing as their preferred Alternative D indicates in their draft Resource Management Plan.  The negative impact this would have on hunting opportunities would be significant in terms of habitat loss, fragmentation and reduced access to our public lands.

Taking a specific look at one location, Oak Mesa falls into the category of lands available to leasing.  Oak Mesa is part of a major migration corridor for elk and mule deer that come off the Grand Mesa and down into their traditional winter ranges.  The undisturbed habitat of this area allows for healthy big game herds and a robust hunting economy.  There are no established roads, virtually no habitat fragmentation and very little human impact other than during hunting season.  Numerous studies exist indicating roads and/or habitat fragmentation as a leading cause of declining and/or unhealthy ungulate populations.

Additional winter ranges that would be compromised by across-the-board leasing would be the entire Lone Cabin region east of Paonia, the lower Minnesota Creek area and the largely undeveloped sagebrush-dominated landscape between the towns of Hotchkiss and Crawford.

Along with disrupting historical winter range, numerous watersheds that feed the North Fork of the Gunnison and the Smith Fork of the Gunnison would be literally surrounded by leases.  These are both major tributaries of the main

BLM_0127906

Gunnison River, which is world famous for it's Gold Medal trout waters that bring in fishermen, women and children from every state in the lower 48.

The hunting and fishing opportunities one can experience in the North Fork Valley are world-class. These industries are robust, well-managed and, perhaps most importantly, reliable, year after year, decade after decade. There is no boom and bust component to the hunting and fishing industries.

The concept of sacrificing the stability and reliability of well established economies revolving around clean water and healthy habitat for fish and big game for yet another boom and bust stab at resource extraction is unacceptable. It flies in the face of the BLM's own initiative of Connecting with Communities that they have proposed in their own outreach programs.

The North Fork Valley communities have worked hard over the last 5 years to put together their own proposal for oil and gas leasing in the North Fork Valley. On behalf of the Colorado Chapter of Backcountry Hunters and Anglers, I am asking the BLM to choose the North Fork Alternative B1 and all other reasonable conservation protections in Alternative B.

I would love the opportunity to discuss this further with you. I can be reached at 970-527-5430. Thank you for your time.

Sincerely,
Adam Gall
Backcountry Hunters and Anglers

10/31/2016                          DEPARTMENT OF THE INTERIOR Mail - Resource Management Plan Comments



                                                              **UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Resource Management Plan Comments
1 message

**Ross Allen of Hotchkiss, Colorado** <rallen@allentool.com>          Mon, Oct 31, 2016 at 10:12 AM
Reply-To: "Ross Allen of Hotchkiss, Colorado" <rallen@allentool.com>
To: UFORMP@blm.gov

 **UFOCommentDraft.docx**
        19K

BLM_0127908

October 30, 2016

From: **Southwest Colorado BLM Board of Grazing Advisors**

Steve Suckla, Chairman

Mark LeValley, Vice Chairman

Terri Lamers, Board Member

Pat Youmans, Board Member

Ernie Etchart, Board Member

Ross A. Allen, Secretary/Treasurer

29662 Hwy 92

Hotchkiss, CO 81419


To:     RMP Project Manager

2465 South Townsend Avenue

Montrose, CO  81401

UFORMP@blm.gov

RE:  Resource Management Plan Comments


Southwest Colorado BLM Board of Grazing Advisors appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement.  Our Board continues to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

We believe that the BLM should promote Alternative "C" with some changes discussed below as this Alternative preserves a greater amount of multiple use and protection of private party rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

BLM_0127909

The few portions of Alternative C that we believe should be changed or removed are noted below.

**Special Status Terrestrial Wild Life**

- o **Page 2-95, Line 152**, designate defined habitats as ***species occupied habitats***. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
- o **Page 2-102-105, Line 161-167**, **Gunnison Sage Grouse:** Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements.

- • **Land Health**
  - o **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health.

  - o **Page 2-27, Line 26,** add recreation to actions that can cause land health problems.

    **Page 2-164, Line 295,** maintain the ability to increase AUMs.

  - o **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.

  - o **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.

  - o **Page 2-169, Line 303,** add Colorado Resource Monitoring Initative to the list of plans to base decisions on. In addition, include the Memorandum of Understanding with Colorado Cattlemens, Colorado Wool Growers, BLM, and the Colorado Department of Ag.

  - o **Page 2-167, Line 300,** there is no mention of using livestock as a tool for vegetation treatments. Targeted grazing is an economical and viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used

to extend the life of mechanical vegetation treatments on oak brush and other shrubs.

- o **Page 2-167, Line 301,** No permits or allotments should be closed.

- o **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements.

- o **Page 2-172, Line 307,** alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes.

- o **Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of all West Central Colorado Counties. This is a more accurate way to reflect livestock grazing in the RMP.**

- o **IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta, Montrose, Gunnison, San Miguel and Ouray Counties. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.**

Sincerely,

Ross A. Allen, Sec/Tres
29662 Hwy 92
Hotchkiss, CO 81419
970-872-3044
rallen@allentool.com

10/31/2016                                        DEPARTMENT OF THE INTERIOR Mail - Hydraulic Fracking In Delta County



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Hydraulic Fracking in Delta County
1 message

**Bob Pennetta** <bobpennetta@gmail.com>                                Mon, Oct 31, 2016 at 1:30 PM
To: uformp@blm.gov

Please consider the fact that the people of Delta county have worked diligently to create an economy that will replace lost coal mining jobs. Hydraulic fracturing will not replace these jobs. As you well know the majority of the drillers and other workers are transitory coming to do a specific task and then moving on to the next field. We have the largest concentration of organic farms in Colorado in our community. We have a major wine industry and numerous cottage industries both agricultural and crafts. We have a growing recreational economy with cross country skiing, fishing, hunting and back packing. To sacrifice these jobs for an industry that is preaching energy efficiency at home while gearing up to export their product is a shame. We will be left with roads that have been devastated by heavy truck traffic, forests that have been criss crossed with accesses that will take years to grow back and a reputation of being one of those places you don't want to visit. Please allow this pristine area to remain naturally wild and undisturbed. We should not only judge an area by the money it can generate but also by the beauty and tranquility it can provide for generations to come. Again I ask you to be true caretakers and please save this portion of America in it's natural state.
Thank you, Robert Pennetta

Sent from my iPad

BLM_0127912

10/31/2016                  DEPARTMENT OF THE INTERIOR Mail - additional comments on UFO draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## additional comments on UFO draft RMP
1 message

---

**David Inouye** <inouye@umd.edu>                                    Mon, Oct 31, 2016 at 9:25 AM
To: uformp@blm.gov, tpfifer@blm.gov
Cc: director@blm.gov, jmeyer@blm.gov, rwelch@blm.gov

I was made aware today of a report (prepared for the Delta County Board of County Commissioners) on the groundwater systems of the North Fork Valley and Terraces area. Some conclusions from it that should be cause for alarm by anyone who uses drinking or irrigation water in the Valley are:

"The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geohydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

....the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29)."

You can see the full report at http://www.heath-hydrology.com/DeltaCounty_GWGIS_2013_North...

I am a resident of the North Fork Valley who is dependent on the clean water for drinking and irrigation that we now have access to. Given this hydrological situation, I don't see how those water sources can be guaranteed to remain safe if drilling for oil and gas takes place on a large scale in that area. I think this is a strong argument for adopting a no-lease option in areas that could affect the water of the North Fork Valley.

David Inouye

38213 Hwy 133

Hotchkiss, CO 81419

970-260-6159

inouye@umd.edu

```
--
Dr. David W. Inouye
Professor Emeritus
Department of Biology
University of Maryland
College Park, MD 20742-4415
```
inouye@umd.edu

```
Principal Investigator
Rocky Mountain Biological Laboratory
PO Box 519
Crested Butte, CO 81224
```

BLM_0127913

10/31/2016      DEPARTMENT OF THE INTERIOR Mail - Let's save Colorado beauty and farmland. We have cleanest water in the state in Paonia Colorado.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Let's save Colorado beauty and farmland. We have cleanest water in the state in Paonia Colorado.
1 message

**Sandra J Williamson** <sandywill7@mac.com>                    Mon, Oct 31, 2016 at 4:14 PM
To: uformp@blm.gov

📄 **PAONIA-HOME-SPRING copy.pdf**
   225K

BLM_0127914



BLM_0127915



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Non motorized trails in the Delta area

1 message

**James Hodge** <jameshodge1@gmail.com>                    Mon, Oct 31, 2016 at 2:29 PM
To: uformp@blm.gov

Hello,
I understand from COPMOBA that the UFO is taking comments regarding the creation of non-motorized trails in the Delta area. I would like to add my whole-hearted endorsement of this idea. With the addition of a few more trails, Delta could become a serious destination for tourists looking for a high quality outdoor experience, particularly those who enjoy mountain biking. What's more, additional trails would create a more livable environment in the City of Delta and surrounding areas, thus attracting more businesses to the area.

Regarding the type of mountain bike trails: I would encourage the UFO to emphasize easy and intermediate single track trails. I live in the Grand Junction area, and while this area is well known for advanced/expert mountain bike trails, the development of trails here has often neglected the casual or beginning rider. By avoiding this omission, the Delta area would have yet one more reason to attract visitors from around the region.

With the recent closure of coal mines in Delta and other economic setbacks, I'm certain that the City of Delta would greatly appreciate becoming a major western Colorado tourism destination. Please help make that happen.

Thank you very much,
James Hodge
Grand Junction, Colorado

BLM_0127916

10/31/2016    DEPARTMENT OF THE INTERIOR Mail - UFO RMP Comment Submission



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP Comment Submission
1 message

**Laurel Williams** <lwilliams3@pewtrusts.org>                    Mon, Oct 31, 2016 at 4:13 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Hello,

Attached please find comments from The Pew Charitable Trusts.

Thank you,

Laurel

**Laurel Williams**

Senior Associate, U.S. Public Lands

The Pew Charitable Trusts

111 SW Columbia Street, Suite 200

Portland, OR 97201

*p:* 503.765.1141 | *c:* 909.260.8833 | e: lwilliams3@pewtrusts.org | America's Western Lands

 **Pew Comments on UFO Draft RMP_Final.pdf**
170K

BLM_0127917

October 31, 2016
Uncompahgre Field Office
Bureau of Land Management
2465 S. Townsend Ave.
Montrose, CO 81401

uformp@blm.gov [Comments emailed October 31, 2016]

Dear RMP Project Team:

The Pew Charitable Trusts appreciates this opportunity to provide public input on the
Uncompahgre Draft Resource Management Plan (RMP) revision and associated Draft
Environmental Impact Statement (EIS) for the Uncompahgre Field Office (UFO). Pew works
with local and regional partner organizations throughout the West to engage in the BLM's
resource management planning process. In addition to advocating for planning outcomes that
protect wildlife habitat, quiet recreational opportunities, and ecologically significant areas
through the land planning process, we also track the status and implementation of BLM policies
that affect these outcomes.

Pertinent to the Uncompahgre Resource Management Plan, which will replace the current
Uncompahgre Basin RMP and applicable portions of the San Juan/San Miguel Planning Area
RMP, that were developed in 1989 and 1985 respectively, our comments focus on Ecological
Emphasis Areas (EEAs), lands with wilderness characteristics (LWCs), Areas of Critical
Environmental Concern (ACECs), and other land conservation components of the RMP revision
process. We appreciate the agency's efforts to identify, assess, and manage these conservation
lands as part of the planning process.

Our comments address the following topics within the draft plan:
- Ecological Emphasis Areas
- Findings for Lands with Wilderness Characteristics
- Protection of Lands with Wilderness Characteristics
- Designation and management of Areas of Critical Environmental Concern

**Ecological Emphasis Areas**

We commend the BLM on the inclusion of Ecological Emphasis Areas (EEA) in the draft plan as
a management tool to protect biodiversity and contribute to connectivity across the planning area
and larger landscape. These areas are defined as "otherwise unprotected core wildlife and native
plant habitat and associated movement, dispersal, and migration corridors." We agree with
BLM's assessment that the strategy of conserving connected habitat patches across a landscape
and elevation zones is well suited to BLM's often fragmented land ownership. Indeed, the UFO's
planning area contains important habitat across multiple jurisdictions, including Forest Service,
Park Service, and private lands. Despite the BLM's lands being sometimes interspersed among
these other ownerships, there is ample potential to better manage for connectivity between
protected areas.

While the identification of the EEAs is a great first step, many of the identified EEA lands are not recommended for protection in the draft RMP's preferred alternative. Alternative B includes 242,580 acres within 12 EEAs, but only 177,700 acres of EEAs are included in the preferred alternative. All twelve identified EEAs included in Alternative B are included in the preferred alternative, but more than half of them are significantly cut down in size. For example, in the case of Naturita Canyon, the EEA goes from 15,620 acres in Alternative B to only 1,510 acres in the preferred alternative. To provide true connectivity, the BLM should safeguard the entirety of these vulnerable wild lands in the proposed RMP.

Additionally, strong management prescriptions for EEAs are important to ensuring that these lands fulfil the goal of biodiversity protection and habitat connectivity. As identified by the BLM in the draft plan, fragmentation is generally damaging to the habitat, watershed, and ecological values. While the management of EEAs under the preferred alternative allows for restrictions to surface occupancy, it is not required. We urge BLM to consider management decisions to best protect the biodiversity and connectivity.

**Recommendation:** *In order to best serve the goal of protecting biodiversity and habitat connectivity, the BLM should maximize the number and acreage of Ecological Emphasis Areas in the final plan and strengthen the management prescriptions for all EEAs.*

**Land with Wilderness Characteristics**

Section 201 of the Federal Lands Policy and Management Act (FLPMA), 43 U.S.C. § 1711 (a), requires the BLM to maintain a current inventory of its resources, including regularly updating this inventory. Section 202 of FLPMA 43 U.S.C. § 1712 (a) requires the BLM to incorporate this information into developing, maintaining and updating land use plans that set out management for different tracts of land and types of resources. These resources include lands with wilderness characteristics. As the U.S. Court of Appeals for the Ninth Circuit recently held (Case No. 05-35931, Oregon Natural Desert Association v, Bureau of Land Management), "wilderness characteristics are among the 'resource and other values' of the public lands to be inventoried under § 1711. BLM's land use plans, which provide for the management of these resources and values are to 'rely to the extent it is available, on the inventory of the public lands, their resources, and other values." 43 U.S.C. § 1711 (c) (4). The lands within the UFO planning area contain significant acres of pristine public lands that possess naturalness and outstanding opportunities for solitude and/or primitive recreation.

Instruction Memorandum (IM) 2011-154 and Manuals 6310 (*Conducting Wilderness Characteristics Inventory on BLM Lands*) and 6320 (*Considering Lands with Wilderness Characteristics in the BLM Land Use Planning Process*) further outline the requirement for and process associated with evaluating lands with wilderness characteristics. The Instruction Memorandum directs BLM to "conduct and maintain inventories regarding the presence or absence of wilderness characteristics, and to consider identified lands with wilderness characteristics in land use plans and when analyzing projects under [NEPA]." Manual 6310

requires BLM to maintain an updated inventory of lands with wilderness characteristics, prior to land use planning. Manual 6320 requires BLM to consider lands with wilderness characteristics in land use planning, both in evaluating the impacts of management alternatives on lands with wilderness characteristics and in evaluating a range of alternatives that would protect those values.

As defined in BLM Manual 6310, lands with wilderness characteristics must meet three basic criteria. First, areas must be 5000 acres or more of contiguous public land without the presence of roads, as defined in the Manual. Second, they must be affected primarily by the forces of nature, and any work of human beings must be substantially unnoticeable. And third, areas must provide outstanding opportunities for solitude and/or primitive and unconfined recreation. Additionally, lands with wilderness characteristics may possess supplemental values that further enhance the area.

We commend the BLM for completing a LWC survey for the planning area and refining their findings over time to better comply with BLM manual 6310. Both Alternative B and the preferred alternative include LWCs. Unfortunately less than half the acreage BLM found to contain wilderness characteristics is included in the preferred alternative – only 18,320 of the 42,150 acres. Notably, a number of areas adjacent to WSAs were found to have wilderness characteristics but were not included in the preferred alternative.

We believe that the LWC findings in the preferred alternative contain inconsistencies with Manual 6310 guidance in several specific areas: Adobe Badlands WSA adjacent, Camel Back WSA adjacent, Dolores River Canyon WSA adjacent, Dry Creek Basin, Shavano Creek, and Atkinson Breaks. We would like to incorporate by reference the comments of The Wilderness Society regarding this issue, and request that BLM revisit these potential LWCs.

***Recommendation****: The BLM's LWC inventory for the Uncompahgre field office is inconsistent with Manual 6310 guidance in several specific areas. We recommend that BLM reevaluate the above listed areas for lands with wilderness characteristics.*

**Protection of Lands with Wilderness Characteristics**

Manual 6320 requires BLM to consider lands with wilderness characteristics in land use planning, both in evaluating the impacts of management alternatives on lands with wilderness characteristics and in evaluating a range of alternatives that would protect those values. Examples of management prescriptions that will most effectively protect lands with wilderness characteristics in the Uncompahgre RMP planning area include, but are not limited to, the following:

- Recommend withdrawal from mineral entry;
- Close to leasing or allow leasing only with no surface occupancy with no exceptions, waivers, or modifications;
- Designate as right-of-way exclusion areas;
- Close to construction of new roads;

- Designate as closed to motor vehicle use, as limited to motor vehicle use on designated routes, or as limited to mechanized use on designated routes;
- Close to mineral material sales;
- Designate as Visual Resource Management Class I or II;
- Restrict construction of new structures and facilities unrelated to the preservation or enhancement of wilderness characteristics or necessary for the management of uses allowed under the land use plan; and/or
- Retain public lands in federal ownership.

The preferred alternative includes some but not all of these management prescriptions for LWCs.

*Recommendation: For lands the BLM identifies to manage to maintain wilderness characteristics in the Uncompahgre RMP, we urge the agency to apply appropriately strong management prescriptions that will, in fact, ensure that wilderness characteristics on identified units are maintained over the lifespan of this planning decision. Specifically, we recommend applying substantive protections to conserve the wilderness characteristics of deserving areas. This will most effectively preserve the naturalness and outstanding opportunities for solitude and/or primitive recreation of those lands.*

**Areas of Critical Environmental Concern**

When developing a land use plan, FLPMA mandates that BLM "give priority to the designation and protection of areas of critical environmental concern (ACEC)." 43 U.S.C. § 1712(c)(3) ACECs are areas "where special management is required (when such areas are developed or used or where no development is required) to protect and prevent irreparable damage to important historic, cultural, or scenic values, fish and wildlife resources, or other natural systems or processes." Id. § 1702(a).

With the passage of FLPMA , Congress gave clear intent to prioritizing, designating and protecting ACECs in BLM's land planning and management processes.  By definition, ACECs are areas where special management is required to protect important values and resources for which the area is designated and FLPMA directs that ACECs be managed to both protect and prevent irreparable damage to these resources and values.

The UFO evaluated 23 existing and proposed ACECs within the planning area and found 21 of them to meet to Relevant and Important criteria. We appreciate that the preferred alternative includes the Roubideau Corridors, San Miguel River, Dolores River Slick Rock Canyon, Biological Soil Crust, and Paradox Rock Art ACECs as well as an expansion of the Fairview South ACEC/Research Natural Area. However, overall, only eight of the 21 ACECs found to meet the relevance and importance criteria are proposed in the preferred alternative. While some of the ACEC proposals overlap with other special designations such as WSAs and EEAs, we encourage BLM to consider including additional ACECs that meet the R & I criteria as part of their overall management strategy.

BLM_0127921

**Recommendation:** *Considering the cultural, scenic, wildlife and other resource values present in the Uncompahgre planning area, we recommend that BLM include additional ACEC designations that meet the R & I criteria in the final plan. Forthermore, BLM should require each ACEC designation to include specific management prescriptions to protect values for which the ACEC is designated.*

We appreciate this opportunity to comment on the Uncompahgre Draft Resource Management Plan revision associated Draft Environmental Impact Statement for the Uncompahgre Field Office. We look forward to continuing our engagement in this important planning effort toward creating the best plan for managing the public lands that belong to all Americans. Please do not hesitate to contact us if we can be of service.

Sincerely,

Ken Rait, Director
U.S. Public Lands Program
The Pew Charitable Trusts

10/31/2016          DEPARTMENT OF THE INTERIOR Mail - Please consider witholding any further gas leasing of public lands in the North Fork Valley



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Please consider witholding any further gas leasing of public lands in the North Fork Valley

1 message

**azuravail@aol.com** <azuravail@aol.com>                                    Mon, Oct 31, 2016 at 8:13 AM
To: UFORMP@blm.gov, MPCOMMENTS@citizensforahealthycommunity.org



I understand the need for gas development but question whether the North Fork Valley is the best place for that development? As you know, the Valley is the Organic Growing Capital of the Rockies. Aditionally, agritourism is a dynamic, growing and sustainable industry that is rapidly developing in our Valley. Fracking and industrial development in the area would replace healthy, sustainable development with a polluting, short lived boom.

Oil and gas development and fracking on public lands should not be permitted in the North Fork for all of the reasons relating to the health and welfare of our community that have been already stated by others.

No-leasing is the only reasonable alternative.

A moratorium on all oil and gas leasing should be imposed until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety Administration.

Our Winery depends on a healthy growing environment and a welcoming environment for the hundreds of visitors to our tasting room each year. Industrialized development is the complete antithesis of the environment we need for our business to prosper.

Thank you for your consideration.

Marie Pena
Azura Cellars and Gallery
16764 Farmers Mine Rd.
Paonia, Co 81428

BLM_0127923

Ty Gillespie
Azura Cellars
AzuraCellars.com
970•822•3087

BLM_0127924



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Please Keep our Water Supply Safe

1 message

**Mary Smith** <mary@springlineseafood.com>                                Mon, Oct 31, 2016 at 4:12 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

I am writing to voice my strong support for The North Fork Alternative, B1.

I'd like to thank the BLM for considering ways to protect important natural resources like domestic and irrigation water, air quality, and recreation. I strongly support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. The North Fork Alternative boundaries include the communities of Hotchkiss (where I currently live), Paonia and Crawford and include areas that supply municipal water, irrigation, and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands.

As an avid trail runner and mountain biker, I moved to this area to be able to access recreational opportunities right out my back door. I can currently find places in and around Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River and beyond to run and bike, or just hike with my friends and family  - and I'd like to keep it that way!

I also love that I can drink my tap water in Hotchkiss without fear, and that I can buy local produce and meat from farmers and ranchers that profit from the area's good, clean soil and water. That's important to me, and another reason why I choose to live in Hotchkiss.

Supporting long-term protection of wild areas offers a sustainable economic opportunity - we are happy to welcome visitors to come and enjoy our wild areas - and spend money in our local restaurants, shops and other stores while they are here...  We also want to continue welcoming new residents to the area - people that move here to work and play. Let's all work for a prosperous future for our home!

Thank you for your consideration,

Mary Smith
36433 Spurlin Mesa Rd.
Hotchkiss, CO 81419

BLM_0127925

10/31/2016                                    DEPARTMENT OF THE INTERIOR Mail - public input



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## public input
1 message

**Jacquie Carpenter** <jqcarp1@yahoo.com>                          Mon, Oct 31, 2016 at 9:32 AM
Reply-To: Jacquie Carpenter <jqcarp1@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

I was not sure that my input was warranted, as I just recently moved to this area.  I am still trying to learn all of the different areas and their uses.  But, I felt it was important for you to know this was the reason I moved to this area.

I began mountain biking on the front range over 30 years ago when just about the only place to ride was the Colorado Trail.  There were not many women riding mountain bikes either.  Within a few short years, the sport was so popular that trails were being extended and built everywhere it seemed.

Many groups were being formed to help build and maintain trails and just about every single mountain biker I knew jumped on board.  We discovered that building trails was the best way to learn how to ride and care for them.  We also realized the need for advocacy on the trail.

Jefferson County has been a leader in building parks and bringing groups of hikers, bikers, and horse back riders together to help.  These parks are such a wonderful gift to the people for outdoor recreation, but they also provide the gorgeous back drop and open spaces that would otherwise be developed or trashed.  Buffalo Creek became so popular that there is now an extensive trail system to disperse the crowds coming from all over to enjoy the Pike Nt'l Forest.

I witnessed many trails that were in horrid condition, saw little use, and were not used properly.  Slowly, the mountain bike community made an impact and actually improved these trails just by riding them.  Places, like Bailey, Colorado that is off the beaten path, became one of the most successful fund raising events with the Bailey Hundo and is helping that community climb out of depression.

Soon it was obvious that just about every ski area and mountain town was earnestly working to attract this crowd.  Moab was becoming the place to be, and Fruita was a hidden secret that has now boomed.  I could go on and on.  What was quite clear was that mountain bikers were changing things for the better.

As a group, we have made a huge impact on the economy of these areas, eating out, supporting local bike shops, drinking beer and coffee, shopping, lodging, and bringing along friends.  And, now this sport has grown to the point where hundreds and thousands of girls and women attend mountain bike camps to become even better at tackling trails.

The Montrose/Delta area has not been on that map and many people I speak to do not even know where it is.  I was at a mountain bike camp in Crested Butte a few years ago and learned about some of the trails that were being built here in the Peach Valley area and the Uncompaghre.  I was told about COPMBA and decided that I wanted to turn the clock back 30 years and play a role in developing trails.

I made the decision to move here and it took me a few years to make it happen.  I was thrilled to arrive just as RAT was made a special use area and even made a point to attend the opening

BLM_0127926

ceremony to honor and thank the BLM for making this happen.  I joined COPMBA and have helped on several projects, including Sunset Mesa.  During the summer months, I spent quite a bit of time up in the National Forest riding and hiking the trails on the Uncompaghre.  I have also spent quite a bit of time at the Dry Creek area and Peach Valley.  I love all of these areas and recognize a great need to create more trails and areas specifically for mountain biking.  Buzzard Gulch is a treasure and it is very exciting to see the area of Lower Spring Creek becoming connected.

I feel like this area has so many great possibilities and that we are on the right track, but so much more needs to be done.  I go out to the Adobe area on Kinnikin and realize that this area needs some attention partially to stop being a dumping ground.  We do not have near enough designated areas or choices that will inspire mountain bikers to drive a bit farther than the Grand Junction area or Crested Butte, etc.  And, the huge attraction to this area is the weather!

I also just wanted to point out that the biking community here is exceptional and have welcomed me and were quick to make me a part of their world and share all they know.  I have also found the BLM office here extremely supportive.

I am excited for the future of this area and just hope you realize what a difference the mountain bike community can make in that success and how biking can change the world.

Thank you for listening.

BLM_0127927

10/31/2016                          DEPARTMENT OF THE INTERIOR Mail - Re: uformp



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Re: uformp
1 message

---

**Steve Wolcott** <swolcott@paonia.com>                    Mon, Oct 31, 2016 at 7:24 PM
To: uformp@blm.gov, info@theconservationcenter.org, citizenshealthycommunity@gmail.com

if you cannot open the attachment, here is the text:


# ROBERTS-STUCKER DITCH ASSOCIATION

PO Box 6

Paonia, CO 81428


October 31, 2016


UFO RMP

2465 South Townsend Ave.

Montrose, CO 81401

(via e-mail to: uformp@blm.gov)

RE: BLM/UFO 2016 DRAFT RMP


The Roberts-Stucker Ditch, now a pipeline, is located on the eassten flank of Stucker Mesa. It carries irrigation water from Roatcap Creek to Stucker Mesa where it supplies irrigation and stock water to 12 farms.

The Roberts-Stucker Ditch Association has several concerns about the oil & gas development that would be allowed under the preferred alternative (D) in the draft RMP.


The water conveyed by the the Roberts-Stucker Ditch comes from snowmelt in Roatcap Creek, and from The Overland Reservoir which delivers water to Roatcap Creek. So any contamination of the Roatcap Creek drainage or drainages above the Overland Canal could result in contaminated water being delivered to the 8 family farms and 6 rural residences on Stucker Mesa. This is not acceptable. Records gathered by the Colorado COGCC show that spills from oil & gas development often results in contamination of surface water. This is regular occurance in the oil & gas industry. Contamination of our irrigation & stock water would have a devastating impact on the livelihood, quality of life, and property values of the residents and farms on Stucker Mesa. There are numerous irrigation systems in the North Fork Valley similar to ours that would be similarly threatened by oil & gas development.


The Roberts-Stucker Ditch is one and a half miles long and is located on a steep slope. This slope has suffered several land slides over the years. The Roberts-Stucker Ditch Association has spent many thousands of dollars repairing breaches over the years caused by the slides. Ultimately the ditch was piped at great expense to reduce this risk and increase water efficiency. This pipeline is susceptible to seismic activity, which may be triggered by hydrological fracturing activity. Such an event could interrupt water supplies causing significant crop losses. The cost to repair this kind of

BLM_0127928

damage would be a significant. Waste water injection wells associated with fracking have caused earthquakes in several areas of the country. Deep well injection caused numerous earthquakes at the Rocky Mountain Arsenal near Denver in the 1960's.

FLPMA requires that "In managing the public lands the [Secretary of Interior] shall, by regulation or otherwise, take any action necessary to prevent unnecessary or undue degradation (UUD) of the lands." 43 U.S.C. §1732(b). BLM's duty to prevent unnecessary or undue degradation under FLPMA is mandatory, and BLM must, at a minimum, demonstrate compliance with the UUD standard.

For these reasons, the Roberts-Stucker Ditch Association requests that your preferred Alternative, D, be removed from the RMP from further consideration and that you put forth Alternative B1 as your preferred alternative or simply remove all possible future liquid mineral extraction via hydraulic fracturing from the BLM lands in the North Fork Valley. You should include a "no drilling" alternative, as NEPA requires you to consider all reasonable alternatives.

Thank you,

Steve Wolcott

President, Roberts-Stucker Ditch Association

On Mon, Oct 31, 2016 at 6:44 PM, Steve Wolcott <swolcott@paonia.com> wrote:
 | See attached comment letter.

BLM_0127929

10/31/2016                              DEPARTMENT OF THE INTERIOR Mail - RMP and farm values



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP and farm values
1 message

**alison gannett** <alisongannett@mac.com>                                Mon, Oct 31, 2016 at 4:04 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Natasha Leger <natasha@citizensforahealthycommunity.org>

RMP letter,
To whom it may concern:
We moved to the North Fork Valley to grow and raise all our own food in 2010. We sold everything we had to purchase our ideal farm - with senior water rights springing from the BLM lands (Terror Creek), ancient alluvial soil rich for growing animals fed on all grass, vegetables, fruits, nuts, etc. We make all our own soaps, render our own fats, turn hides into clothing, grind bones and blood with weeds to make our own compost, use solar power and wood power to do all our cooking and preserving, etc.

We are not hippies, we are two successful business folks that have chosen to go back to the life of our grandparents. I was diagnosed with a malignant terminal brain tumor that I got from drinking water laden with cadmium from mining around Crested Butte. We chose to leave that toxic water, sell our stressful jobs, and put all our eggs into our paonia farm. I have used this low stress life, our clean water from Terror Creek (tested bi-annually), growing and raising all our own food to conquer my cancer. I am living the second life of my dreams.

Both of our life savings is invested in our Paonia farm. We have no other retirement funds - no 401k, no stocks/bonds, etc. I worry every moment of the day our water will become poisoned like our friends in Silt and Rifle. Their farms now have no value - they are surrounded by wells. Their animals have convulsions, birth defects, rashes. They themselves now have new chronic health issues - and their blood shows the exact VOC's that are detected by air testing stations (TEDx.org studies near gas well sites there). They have liver toxicity, rashes, hives, breathing difficulties, nosebleeds, headaches, nausea, stomach pains, etc. All of these symptoms disappear when they leave to visit other places. While they can afford to buy water for their drinking needs, they cannot afford water for their showers. Nor can they afford to buy water for irrigation for food crops or pastures for animals. Nor can they afford to buy drinking water for their animals. One friend was finally so sick, yet she could not sell her beautiful farm. She put it on the market for 1/4 the price she purchased it for, yet no one wanted to buy it. She was finally so sick from the air and water that she left everything behind and moved in with her parents.

Each day, I think, what if this happened to us? We have our entire life invested in our farm. We would lose everything if this happened to us. We would leave penniless if one spill poisoned our farm's water from Terror Creek. Our water headgate is on the BLM land proposed for Drilling by the preferred alternative. Or, I think, what happens if the air is poisoned and my cancer comes back from the VOC's?

Only the North Fork Alternative B1 would remove Terror Creek BLM lands from the potential for drilling. It is the only plan besides a moratorium on drilling until more science is known, that we support. The fact that Terror Creek is even on the table for future leasing is crazy - have you hiked up there? The slopes are all above 30 degrees in steepness, landslides happen weekly, bald eagles nest there, massive herds of elk graze in winter, springs abound, and I could go on and on.

We hunt animals up Terror Creek. We are not the only ones that depend on Terror Creek - beyond the wildlife, there are hundreds of other farms that use the Terror Ditch to irrigate their vineyards, farms, animals, etc. Several friends depend on the Terror Ditch for their drinking water, as many do not have drinking water taps or wells.

There is currently no possible way you can insure that our water, air or soil will never be affected by a spill. Nor can you ensure that the cumulative effects of drilling and deep injection currently in the Muddy Creek area will not affect the Paonia Reservoir or the Fire Mountain Canal. We not only get our irrigation, animal and human water from Terror Creek, but also Fire Mountain Ditch. This ditch supplies thousands of shares of water to farms, spread along its 43 mile length. What scares me most is that a spill will happen and we are not required to be notified.

Currently, if a spill should occur, of lets say wastewater with radium and benzene (just examples), and that gets into my drinking water or irrigation water, there are no safety nets to either notify us to stop using that water. I would irrigate as normal, harvest foods, lets say some spinach, and send it with FarmRunners.com to the local restaurants in Aspen, Carbondale, Crested Butte, etc. Rich tourists would then eat those greens and sue me for poisoning, of which was unknown to me. Until you solve this issue, there should be a moratorium on the RMP and leasing.

BLM_0127930

I live next to the Bowie coal mine. I can log onto the internet and monitor my water at any moment. I feel safe that it is regulated by a third party source. I feel safe that it is tested all the time. This is not the case with fluid minerals.

Why are we talking about energy security and not food security? We can find many sources of energy. If I lose my clean water or air or soil, I lose everything. I cannot magically switch farms to one without a spill. Water is irreplaceable and food should be also. I can't switch my grocery store to get clean spinach, as I don't go to the grocery store. We grow and raise everything to live on, except for salt. If that is gone, our lives and our businesses are gone. as are our life savings.

Support a moratorium or the North Fork Alternative B1, thank you. These are our public lands and should not be used to export liquified natural gas to foreign lands. We should save this gas for future generations and safe extraction.

Alison Gannett
Holy Terror Farm
42485 Highway 133
Paonia, CO 81428

BLM_0127931

11/1/2016                          DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter from Stephen Gulick



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP Comment Letter from Stephen Gulick

1 message

---

**Stephen Gulick** <sgulick1@yahoo.com>                          Mon, Oct 31, 2016 at 3:18 PM
Reply-To: Stephen Gulick <sgulick1@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

*I have attached my comments on the draft BLM Resource Management Plan as a WordPad
document, and also copied the text below.  Thank you, Stephen Gulick.*


To:  BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401
From:  Stephen Gulick, 449 Vista Drive, Paonia CO 81401
Re: Draft Resource Management Plan for the Uncompahgre Field Office
Date:  October 30, 2016

Dear BLM-UFO Staff & RMP comment response personnel:

Thanks for taking the time to review my comments on the revised RMP, I know it is a demanding
task for the BLM to balance so many interests in a region much more densely and diversely
populated than when the previous version was written several decades ago. As a resident of
Paonia in the North Fork Valley, I have three primary concerns.

- First, I hope you will adopt Alternative B1, the North Fork Alternative, into the final RMP
  version, because it increases setbacks related to oil and gas operations in a way that
  reduces risks and protects human health and safety.
- Second, I think it important to give the following areas enhanced protection: Jumbo Mountain
  and its surrounding area has an amazing system of trails and receives intense use from
  hikers, joggers, and bikers year-around; Stevens Gulch is used by my family for
  snowshoeing in winter and mushrooming in summer; and Robidoux Canyon is an out-of-the-
  way gem where I hiked last week.  All are worthy of Special Recreation Management Area
  status.
- Third, there should be absolutely no development on any areas in the vicinity of any
  municipal water sources in the valley. The water sources for Paonia include various springs
  on the north slope of Lamborn Mountain which demand careful protection.


Let me explain why I think such protections are important. I moved to Paonia with my family ten
years ago. We were attracted to the area by the views, the hiking trails, the small town
atmosphere, and the fact that the valley seemed unaffected by the blight and pollution we
witnessed on the north side of Grand Mesa. We purchased land in Creek Vista Crossing HOA in
Paonia and built our dream house there. We chose this location in part because it was close to the
hiking trails on Jumbo Mountain, because the HOA covenants espoused green construction and
energy efficiency, and because so many farms and gardens in the area espoused organic
methods.

BLM lands affect us in many ways. We get our drinking water from the Paonia municipal water
system whose source springs lie on BLM property. The irrigation water we use to irrigate our
orchard and gardens comes from Stewart Ditch, which runs in places adjacent to BLM land, and
which collects runoff from BLM land in places.  We hike the BLM trails frequently, particularly the

BLM_0127932

nearby ones on Jumbo Mountain. Most of the people I know make use of these trails, ditches, and water supplies regularly. We hope the BLM will give careful consideration as to how the RMP protects these and other critical resources of our community from unwarranted development.

The North Fork has long been known for its scenery and its recreational opportunities, and tourism is booming. The valley is also developing a national reputation for its organic agriculture, for its leadership in solar energy (Solar Energy International is headquartered in Paonia), and now for its revolutionary high speed fiber optic communications. All of these have made the North Fork a magnet for progressive and high-tech companies. Note that the Hive in Paonia provides office space for new, small, and transitional businesses. Unfortunately, the cultural values of high-tech and fossil fuel development tend to be in severe opposition, and it would not take long for a North Fork full of drill rigs and tankers to lose its charm and allure.

Ranching and agriculture are key to the North Fork economy. Organically grown fruit, vegetables and livestock have provided the North Fork with an enviable reputation for quality organic produce. Such a reputation is highly fragile; the intrusion of oil and gas operations into the area could tarnish that reputation even if they were at some distance from the nearest organic farm. And any petrochemical spills in the North Fork area could have drastic impact if they got publicized. Even if the organic produce itself was not affected, public trust would be eroded.

I do not object to all forms of extractive industry. I support the continuation of coal mining in the valley, which has been handled thus far in a responsible manner by the coal industry and with minimal environmental impact locally - although I do think that methane capture should be required or at least incentivized where practicable, in light of the extreme threat of global warming as acknowledged by our military and scientific leadership.

However, local gas and oil development is an issue of far greater concern to me than coal. It is frought with understated risk, danger, and uncertainty due to potential leaks, spills, pollution, and contamination of all sorts - and those are not the only problems. It has been reported that 2 to 8 million gallons of water may be used to frack a well, sometimes even more. Where does that water come from? Presumably under-utilized water rights will be purchased, and that will impact local rivers or groundwater, which are already overtaxed. Minnesota Creek flows by our home - that's another reason we purchased land here - and upstream drilling could well reduce flow. A well may be fracked multiple times, with each frack increasing the chances of chemical leakage into the soil and local water sources such as Minnesota Creek.

In addition, oil and gas development would result vastly increased highway traffic in the North Fork. A 2014 report by AP found that fracking requires 2,300 to 4,000 truck trips per well to deliver fracking fluids. The increased truck traffic causes more accidents, and census data in six American drilling states shows that traffic deaths have more than quadrupled since 2004 in some fracking regions. Drilling near Paonia would necessitate such traffic to pass through the town center, passing a couple blocks from my home. It would ruin the serene character of the town for the worse - in fact, we moved to Paonia in part because the main highway (133)bypassed it completely.

Although it seems inappropriate and unnecessary to allow any oil and gas development in the North Fork Valley, there is not a "no leasing" option for the RMP. Of the alternative plans provided for the RMP, it is clear that Alternative B1, the North Fork Alternative, is the most community-friendly option relating to energy development in the North Fork region.

The Gas and oil development may be considered by some to be a national priority, but there is no pressing need to allow anywhere near population centers - that would be putting communities unnecessarily at risk (I will list some of my specific concerns below). Lest my opinion be dismissed as "not in my backyard" rhetoric, let me say that while my comments are directed at the valley I

BLM_0127933

know best, they apply to gas and oil development nationwide, and I believe they are supported equally by scientific research and common sense. Here are some reasons I think we should at least increase the setback distances for oil and gas operations, as proposed in Alternative B1, or keep them away from our towns and cities altogether:

- In 2014, there were over seven hundred gas and oil spills in Colorado according to the Denver Post. That's almost two a day. I have heard government employees in the past denying there is any significant risk from spills. The evidence suggests otherwise. The quality of our air, our water, and our groundwater are all threatened.
- The closer drilling is to a community, the higher the health risk resulting pollution, traffic accidents, and other causes, as documented in recent scientific studies.
- It is becoming clear that hydraulic fracturing can have significant local geological consequences in the form of earthquakes, as evidenced by the highly unusual incidence of earthquakes in Oklahoma and elsewhere in recent years. This is reason enough to keep drilling operations well away from population centers, water sources, and structures like dams that could cause great destruction if they were to fail. Our home and others like it in Paonia and along Minnesota Creek would be at risk if ever Minnesota Dam or Beaver Dam in the upper Minnesota Creek watershed were to be compromised.
- We don't know exactly what hazardous materials are contained in drilling and fracking fluids because the energy industry is not required to list trade secret materials, having been exempted from the Safe Water Drinking Act. Such materials would be transported through and stored near our population centers, and we don't know what they are.
- Colorado does not have enough oil and gas inspectors in the field (reportedly 1670 wells per inspector) to enforce regulations efficiently, or ensure the safety of drilling operations, as reported in the Denver Post and elsewhere.
- VOC emissions from fracking operations, storage ponds and tanks, and gas distribution lines are largely unknown. They have been under-researched and greatly underreported according to various reports, and could pose a far greater risk than is commonly understood.
- Natural gas has been promoted as a cleaner alternative to coal, but a recent study showed that when life-cycle impacts are considered, fracked gas is actually no better than coal. Based on the latest science, we should rethink our reliance on natural gas as a bridge fuel.
- Around 80% of remaining fossil fuels will have to be left in the ground, unexploited, if we are to avert catastrophic climate change, according to the IPCC and confirmed by a recent article in the journal Nature. To accomplish this, we need to ramp up conversion to renewable fuel sources; our Governor agrees that natural gas is just a temporary bridge fuel that needs to be phased out ASAP. That being so, we don't to authorize extraction in a way that poses significant risks to the environment, to human health, or to the well-being of our communities. There is no reason to push oil and gas development to the doorsteps of our homes, our schools, or our hospitals, and there is no reason to permit it anywhere near our water supplies.
- I have heard it whispered that the BLM does not dare to incorporate Alternative B1, the North Fork Alternative, into the RMP because it would set a precedent that other communities might wish to follow. However, a greater risk to the BLM could come from ignoring reasonable community efforts to ameliorate the negative impacts of oil and gas development. If the BLM is seen as being too close to industry, that has its own consequences.

Of paramount importance to me and my family is that future development be in keeping with the unique character of the North Fork Valley. Conserving the scenic beauty of valley vistas, preserving the health and safety of residents, protecting the livelihoods that sustain us - these should be high priorities of the BLM. Let us hope that the new RMP protects our natural and human assets accordingly.

BLM_0127934

In my ten years of living in the North Fork Valley, I have yet to hear a resident speak up in favor of oil and gas development here. Please incorporate Alternative B1, the North Fork Alternative, into the final version of the RMP, establish Jumbo Mountain as a special recreation management area (along with the other areas mentioned above), and keep oil and gas development as far away as possible from population centers, agricultural zones, and sensitive resources.

Thanks for taking my views into consideration.

Stephen Gulick
449 Vista Drive, Paonia, CO  81428;  970-527-5794

*P.S. I would be happy to provide documentation on any of my assertions, on request.*

---

 **RMP Comments of S Gulick.rtf**
13K

BLM_0127935

To:   BLM, Uncompahgre Field Office, 2465 S. Townsend Ave., Montrose, CO 81401

From:   Stephen Gulick, 449 Vista Drive, Paonia CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Date:   October 30, 2016

Dear BLM-UFO Staff & RMP comment response personnel:

Thanks for taking the time to review my comments on the revised RMP, I know it is a demanding task for the BLM to balance so many interests in a region much more densely and diversely populated than when the previous version was written several decades ago. As a resident of Paonia in the North Fork Valley, I have three primary concerns.

- First, I hope you will adopt Alternative B1, the North Fork Alternative, into the final RMP version, because it increases setbacks related to oil and gas operations in a way that reduces risks and protects human health and safety.

- Second, I think it important to give the following areas enhanced protection: Jumbo Mountain and its surrounding area has an amazing system of trails and receives intense use from hikers, joggers, and bikers year-around; Stevens Gulch is used by my family for snowshoeing in winter and mushrooming in summer; and Robidoux Canyon is an out-of-the-way gem where I hiked last week.   All are worthy of Special Recreation Management Area status.

- Third, there should be absolutely no development on any areas in the vicinity of any municipal water sources in the valley. The water sources for Paonia include various springs on the north slope of Lamborn Mountain which demand careful protection.

Let me explain why I think such protections are important. I moved to Paonia with my family ten years ago. We were attracted to the area by the views, the hiking trails, the small town atmosphere, and the fact that the valley seemed unaffected by the blight and pollution we witnessed on the north side of Grand Mesa. We purchased land in Creek Vista Crossing HOA in Paonia and built our dream house there. We chose this location in part because it was close to the hiking trails on Jumbo Mountain, because the HOA covenants espoused green construction and energy efficiency, and because so many farms and gardens in the area espoused organic methods.

BLM lands affect us in many ways. We get our drinking water from the Paonia municipal water system whose source springs lie on BLM property. The irrigation water we use to irrigate our orchard and gardens comes from Stewart Ditch, which runs in places adjacent to BLM land, and which collects runoff from BLM land in places.   We hike the BLM trails frequently, particularly the nearby ones on Jumbo Mountain.   Most of the people I know make use of these trails, ditches, and water supplies regularly.

We hope the BLM will give careful consideration as to how the RMP protects these and other critical resources of our community from unwarranted development.

The North Fork has long been known for its scenery and its recreational opportunities, and tourism is booming.    The valley is also developing a national reputation for its organic agriculture, for its leadership in solar energy (Solar Energy International is headquartered in Paonia), and now for its revolutionary high speed fiber optic communications. All of these have made the North Fork a magnet for progressive and high-tech companies. Note that the Hive in Paonia provides office space for new, small, and transitional businesses.    Unfortunately, the cultural values of high-tech and fossil fuel development tend to be in severe opposition, and it would not take long for a North Fork full of drill rigs and tankers to lose its charm and allure.

Ranching and agriculture are key to the North Fork economy. Organically grown fruit, vegetables and livestock have provided the North Fork with an enviable reputation for quality organic produce. Such a reputation is highly fragile; the intrusion of oil and gas operations into the area could tarnish that reputation even if they were at some distance from the nearest organic farm. And any petrochemical spills in the North Fork area could have drastic impact if they got publicized.    Even if the organic produce itself was not affected, public trust would be eroded.

I do not object to all forms of extractive industry. I support the continuation of coal mining in the valley, which has been handled thus far in a responsible manner by the coal industry and with minimal environmental impact locally - although I do think that methane capture should be required or at least incentivized where practicable, in light of the extreme threat of global warming as acknowledged by our military and scientific leadership.

However, local gas and oil development is an issue of far greater concern to me than coal. It is frought with understated risk, danger, and uncertainty due to potential leaks, spills, pollution, and contamination of all sorts - and those are not the only problems. It has been reported that 2 to 8 million gallons of water may be used to frack a well, sometimes even more. Where does that water come from? Presumably under-utilized water rights will be purchased, and that will impact local rivers or groundwater, which are already overtaxed.    Minnesota Creek flows by our home - that's another reason we purchased land here - and upstream drilling could well reduce flow. A well may be fracked multiple times, with each frack increasing the chances of chemical leakage into the soil and local water sources such as Minnesota Creek.

In addition, oil and gas development would result vastly increased highway traffic in the North Fork. A 2014 report by AP found that fracking requires 2,300 to 4,000 truck trips per well to deliver fracking fluids. The increased truck traffic causes more accidents, and census data in six American drilling states shows that traffic deaths have more than quadrupled since 2004 in some fracking regions. Drilling near Paonia would necessitate such traffic to pass through the town center, passing a couple blocks from my home. It would ruin the serene character of the town for the worse - in fact, we moved to Paonia in part because the main highway (133)bypassed it completely.

Although it seems inappropriate and unnecessary to allow any oil and gas development in the North

Fork Valley, there is not a "no leasing" option for the RMP.    Of the alternative plans provided for the RMP, it is clear that Alternative B1, the North Fork Alternative, is the most community-friendly option relating to energy development in the North Fork region.

The Gas and oil development may be considered by some to be a national priority, but there is no pressing need to allow anywhere near population centers - that would be putting communities unnecessarily at risk (I will list some of my specific concerns below).    Lest my opinion be dismissed as "not in my backyard" rhetoric, let me say that while my comments are directed at the valley I know best, they apply to gas and oil development nationwide, and I believe they are supported equally by scientific research and common sense. Here are some reasons I think we should at least increase the setback distances for oil and gas operations, as proposed in Alternative B1, or keep them away from our towns and cities altogether:

- In 2014, there were over seven hundred gas and oil spills in Colorado according to the Denver Post. That's almost two a day.    I have heard government employees in the past denying there is any significant risk from spills. The evidence suggests otherwise. The quality of our air, our water, and our groundwater are all threatened.

- The closer drilling is to a community, the higher the health risk resulting pollution, traffic accidents, and other causes, as documented in recent scientific studies.

- It is becoming clear that hydraulic fracturing can have significant local geological consequences in the form of earthquakes, as evidenced by the highly unusual incidence of earthquakes in Oklahoma and elsewhere in recent years. This is reason enough to keep drilling operations well away from population centers, water sources, and structures like dams that could cause great destruction if they were to fail. Our home and others like it in Paonia and along Minnesota Creek would be at risk if ever Minnesota Dam or Beaver Dam in the upper Minnesota Creek watershed were to be compromised.

- We don't know exactly what hazardous materials are contained in drilling and fracking fluids because the energy industry is not required to list trade secret materials, having been exempted from the Safe Water Drinking Act. Such materials would be transported through and stored near our population centers, and we don't know what they are.

- Colorado does not have enough oil and gas inspectors in the field (reportedly 1670 wells per inspector) to enforce regulations efficiently, or ensure the safety of drilling operations, as reported in the Denver Post and elsewhere.

- VOC emissions from fracking operations, storage ponds and tanks, and gas distribution lines are largely unknown. They have been under-researched and greatly underreported according to various reports, and could pose a far greater risk than is commonly understood.

- Natural gas has been promoted as a cleaner alternative to coal, but a recent study showed that when life-cycle impacts are considered, fracked gas is actually no better than coal. Based on the

latest science, we should rethink our reliance on natural gas as a bridge fuel.

- Around 80% of remaining fossil fuels will have to be left in the ground, unexploited, if we are to avert catastrophic climate change, according to the IPCC and confirmed by a recent article in the journal Nature.    To accomplish this, we need to ramp up conversion to renewable fuel sources; our Governor agrees that natural gas is just a temporary bridge fuel that needs to be phased out ASAP. That being so, we don't to authorize extraction in a way that poses significant risks to the environment, to human health, or to the well-being of our communities. There is no reason to push oil and gas development to the doorsteps of our homes, our schools, or our hospitals, and there is no reason to permit it anywhere near our water supplies.

- I have heard it whispered that the BLM does not dare to incorporate Alternative B1, the North Fork Alternative, into the RMP because it would set a precedent that other communities might wish to follow. However, a greater risk to the BLM could come from ignoring reasonable community efforts to ameliorate the negative impacts of oil and gas development.    If the BLM is seen as being too close to industry, that has its own consequences.

Of paramount importance to me and my family is that future development be in keeping with the unique character of the North Fork Valley. Conserving the scenic beauty of valley vistas, preserving the health and safety of residents, protecting the livelihoods that sustain us - these should be high priorities of the BLM.    Let us hope that the new RMP protects our natural and human assets accordingly.

In my ten years of living in the North Fork Valley, I have yet to hear a resident speak up in favor of oil and gas development here. Please incorporate Alternative B1, the North Fork Alternative, into the final version of the RMP, establish Jumbo Mountain as a special recreation management area (along with the other areas mentioned above), and keep oil and gas development as far away as possible from population centers, agricultural zones, and sensitive resources.

Thanks for taking my views into consideration.

Thank you,

Stephen Gulick

449 Vista Drive, Paonia, CO    81428;    970-527-5794

*P.S. I would be happy to provide documentation on any of my assertions, on request.*

BLM_0127939



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP comment letter
1 message

**cynthia ziegler** <cynazie@yahoo.com>                                    Mon, Oct 31, 2016 at 7:55 AM
Reply-To: cynthia ziegler <cynazie@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

 **BLM comment letter  10:30:16.docx**
90K

BLM_0127940

To the Bureau of Land Management

Comment letter regarding the Uncompahgre Resource Management Draft Proposal

I have submitted a previous comment letter, however, I would like to add another comment. I feel the need to stress my concern about wildlife in the region of the proposal. We know that wildlife needs contiguous habitat to flourish, and that there is very little of that left. The BLM's preferred alternative would only increase fragmentation in the region. I understand that the Dept. of Wildlife is considering offering more licenses for bear and mountain lion hunting so as to help increase the population of elk and deer. Our area is becoming more and more popular to hunters, and they want to make sure there is plenty of game for them. Doesn't it make a lot more sense to protect their habitat, to make sure there are plenty of corridors connecting their habitat, than to kill off the bear and the mountain lions? Again, I urge you to adopt Option B (and B1) for the new Management Plan. We need to protect wildlife as the precious resource that it is, not continue to interfere and mess with it's delicate balance!

The other concern I want to address is climate change. The RMP barely touches on this important issue. It acknowledges the problem but does not a have plan of action for dealing with it. Promoting the leasing of public lands for extractive industries is in opposition to our country's stated commitment to reducing greenhouse gas emissions.

Thank you for reading and considering my comments.
Cynthia Ziegler
17462 Farmers Mine Rd.
Paonia, Co.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP Comments
1 message

---

**IntiSolarTds** <intisolar@tds.net>                                   Mon, Oct 31, 2016 at 1:53 PM
To: BLM Comment <uformp@blm.gov>

Dear BLM,

I am a ceramic artist and live outside Paonia on Lamborn Mesa. I sell my pottery in Paonia and at many other locations in Colorado at art shows. When I tell people that I live in Paonia they almost always say "It is pretty there." So I want to ask you not to spoil the view shed that is what attracts tourist to the North Fork area.

It is imperative that if you have to drill for gas in the North Fork please choose alternative B1, the Conservation Alternative and on top of that the North Fork Alternative Please. Our economy has changed from coal mines to an Agro tourist, wineries organic farms, outdoor recreation mountain biking, hunting. We don't have any industry and rely on a clean beautiful environment and water for our economy to survive. The No Surface Occupancy in Alternative B1 is important in maintaining the beauty of our valley. These drilling companies can directionally drill many well from one pad strategically placed.

The multiple use philosophy needs to take into account competing uses on and around the public lands. So please consider our economy and how very important they are to our economy. So please do not lease 90% of the land around our valley. if you have to lease lands make sure you follow the North Fork Alternative and The Conservation Alternative B1.

At one of the public meetings I asked why drilling companies do not use tracers in their fracking chemicals to know what company it came from. I got the lame answer "We don't require tracers to be used to identify companies unless there is a problem." Well, that is the whole point. They should be required to tracers so problems could be traced to a specific company. The companies are in denial and say they never pollute water and that is an outright lie.

We will get very little benefit from drilling but have at risk our environment and economy.

Respectfully Submitted,
Samuel Brown
41342 O Road
Paonia CO 81428

---

BLM_0127942

10/31/2016                          DEPARTMENT OF THE INTERIOR Mail - RMP comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP comments
1 message

**Phyllis Swackhamer** <pslyons@tds.net>                    Mon, Oct 31, 2016 at 3:08 PM
To: uformp@blm.gov, tpfifer@blm.gov, jmeyer@blm.gov, rwelch@blm.gov, director <director@blm.gov>
Cc: paonia@townofpaonia.com, kerry donovan senate <kerry.donovan.senate@state.co.us>,
millie.hamner.house@state.co.us

To:  Teresa Pfiffer, Joseph Meyer, Ruth Welch, Neil Kornze
CC:  Town of Paonia, Town of Hotchkiss, Senator Kerry Donovan, Representative Millie Hamner,
Senator Michael Bennet, Senator Gardner, Rep. Tipton, Gov. Hickenlooper
RE.  UFO draft RMP comments

Dear BLM Staff and Elected Officials

I do not know how extensive the BLM does its own or investigates other hydrology reports in the
UFO area, but this report to the Delta County Board of County Commissioners three years ago on
the groundwater systems of the North Fork Valley and Terraces area (http://www.heath-hydrology.
com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf) should be alarming to anyone who
lives in this area.  And it should signal that fracking in this area is not safe for our water.
Some conclusions are:
"The hydrology of a natural groundwater hydrologic system may be altered by the construction and
operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations
may behave like a connection mechanism between the deep and shallow aquifers, mixing water of
various chemistries from various bedrock and shallow aquifers. Depending on management
strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated
systems may be altered with respect to the amount, velocity, storage, and direction of the local
groundwater system and related regional groundwater levels and discharges. Changes to the
natural groundwater system will likely have ecological, geohydrological, and, potentially, legal
consequences. The effects of water disposal after fracking and oil and gas well development are not
discussed in this report as relevant information on the planned oil and gas development and
operations is not available at this time. These management strategies and their effects on the
shallow and bedrock aquifer subsystems should be evaluated in more detail.
....the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the
Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell,
McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking
or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water
supply and water quality. In addition, significant amounts of shallow aquifer water quality may be
affected by the surface water runoff and groundwater recharge affected by drill site activities and
water disposal (Figures 19, 20, 22, 23 and 29)."

I am a resident of the North Fork Valley who is dependent on the clean water we now have access
to for drinking and irrigation. Given this hydrological situation, it appears that  our water sources
can NOT be guaranteed to remain safe if drilling for oil and gas takes place on a large scale in this
area.  This is a strong argument for adopting a no-lease option by the BLM in areas that could
affect the water of the North Fork Valley. I hope you will support this option if you want to support
the future of agriculture and the health of this Valley.

BLM_0127943

10/31/2016                    DEPARTMENT OF THE INTERIOR Mail - RMP comments

I would also like to comment on the unstable geology of this area.  A recent confirmation of that is the recent rock slide on Hwy. 133.
 I am sending this as a reminder of the documented unsuitability of this road and this unstable area for any kind of drilling, fracking,
and transport of hazardous materials.  In this latest incident, according to CDOT spokeswoman Tracy Trulove the largest rock to fall
was about 12 feet tall and 25 feet wide, big enough to cover both lanes and to move the barrier.  The stretch of Highway 133 in the
area of Paonia Reservoir "is notorious for pretty bad rockfall," Trulove said.  CDOT recently completed a rockfall mitigation project
farther south on Highway 133, in the area of the reservoir dam.

We were fortunate that no one was injured or killed in this incident---one of numerous road closures.  If a fracking truck had been
thrown into the Paonia Reservoir because of such an incident, the irrigation water for much of our Valley
would have been polluted.  Also a week ago in Rifle, CO. and oil and gas truck went out of control and crashed in a nearby creek
which supplies drinking water for some in the area.  Again, this accident did not result in a major spill, but
if it was the wrong kind of truck, it could have been a disaster for the area.

Thank you for this opportunity to comment.  I will send another letter regarding other issues in the RMP, but these 2 issues just
came up and seem pertinent and important to this current draft.


October 31,2016
Phyllis Swackhamer
Paonia, Co 81428
pslyons@tds.net
970.527.4034

BLM_0127944

10/31/2016                                   DEPARTMENT OF THE INTERIOR Mail - RMP Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comments
1 message

**Kim Adam** <kimadam81807@gmail.com>                     Mon, Oct 31, 2016 at 9:24 PM
To: UFORMP@blm.gov

Thank you for taking the time to read our comments on the proposal.

Nate and Kim Adam
Members of Adam Ranch LLC



📄 **DCLABLMRMPUFOComment.docx**
   21K

BLM_0127945

Adam Ranch LLC

Nate and Kim Adam

6648 Crawford Rd

Crawford, CO 81415

October 31, 2016

RMP Project Manager

2465 South Townsend Avenue

Montrose, CO  81401

UFORMP@blm.gov

RE:  Resource Management Plan Comments

Project Manager,

We appreciate the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. We continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

As discussed in the changes below, Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various and current permitting processes.

The few portions of Alternative C that we believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

**Special Status Terrestrial Wild Life**

- o **Page 2-95, Line 152**, designate defined habitats as *species occupied* habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
- o **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse. Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements. Some range improvements provide benefits to the species that inhabit the area.
- **Land Health**
  - o **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
  - o **Page 2-27, Line 26,** add recreational activities to the list of actions that can cause land health problems
  - o **Page 2-164, Line 295,** maintain the ability to increase AUMs when the resource reflects improved carrying capacity over the long term.
  - o **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management at the range level.
  - o **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.
  - o **Page 2-169, Line 303,** add Colorado Resource Monitoring Initiative to the list of plans to base decisions on. In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.
  - o **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
  - o **Page 2-167, Line 301,** No permits or allotments should be closed.
  - o **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements. These improvements are ecologically beneficial to numerous species that inhabit the areas the improvements are located.

- o **Page 2-172, Line 307,** Alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes

- o Data indicates that grazing, as a land use in the UFO, is not strictly for traditional and cultural importance; it contributes to the overall economic well-being of Delta County.  This is a more accurate way to reflect livestock grazing in the RMP.
- o IMPLAN calculates economic impact based on forage used in the UFO; however, additional analysis needs to include the value of the livestock for the entire year.  Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County.  If livestock grazing is reduced within the UFO, operating costs increase for livestock operators and thus increases the likelihood of producers scaling back and reducing their numbers.

Other Comments
- o Please include language that addresses the issue of predation on endangered species prior to AUM decreases.
- o All economic impacts need to be taken into consideration before classifying an area as SRMA, EMRA or Wilderness.
- o Keep in mind that any methane development requires an Oil or Gas lease.

Sincerely,
Nate and Kim Adam
Members of Adam Ranch LLC



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comments
1 message

**Christopher Caskey** <ccaskey@mines.edu>                          Mon, Oct 31, 2016 at 2:36 PM
To: "uformp@blm.gov" <uformp@blm.gov>

UFO Staff,

Happy Halloween!
Thanks for considering public input to the Resource Management Plan. Please see attached.

Cheers,

Christopher Caskey

📄 **BLM UFO RMP Letter Caskey.pdf**
278K

BLM_0127949

Christopher M. Caskey
830 23rd St
Golden, CO 80401

Dear Bureau of Land Management Uncompahgre Field Office,

Thank you for drafting the Resource Management Plan and for considering the input of the people. Your work is crucial to the functioning of our republic. America.

I grew up on the Colorado Plateau and currently live in Colorado's Front Range. I have recreated on Uncompahgre lands for over a decade, and I hope to move myself and my business to the North Fork Valley in the near future. In fact, by the time you read this I may have purchased a home in Paonia, perhaps drawing water from Minnesota Ditch. I want to take this opportunity to explain what attracts me to this part of the Western Slope and how I would like to see its future shaped.

The Uncompahgre region has built a diverse economy that includes farming, ranching, extraction, and recreation. The resulting mix of people makes a vibrant, attractive community. This community is built on the land, and the continued health of the community rests on the health and conservation of the land. I have and will continue to enjoy the local produce, wine, and meat. The landscape itself is a tremendous draw. The views, air, water, and wildlife are all enormous assets. As someone who has lived in several large cities, I can say that the wilderness, open space, and working (but unspoiled) landscapes are what will draw people here in the future. These people are like me: eager to participate in the community and add vitality to the economy. Minnesota Creek is a beautiful place to run. It should be conserved.

Some specific comments: Appendix O, *Areas of Critical Environmental Concern* is good. I appreciate your analysis. In Section 4-37, *Greenhouse Gasses and Climate Change*, I found your analysis lacking urgency. The RMP states, "Existing climate prediction models are global or continental in scale; therefore, they are not appropriate to estimate potential impacts of climate change on the planning area." This is false. Many regional predictions are available and the consensus is warmer and drier in the Colorado River basin. See for example "Effects of Climate Change and Land Use on Water Resources in the Upper Colorado River Basin" published by the USGS in 2011. The RMP further states, "Potential impacts on climate change are influenced by greenhouse gas emission sources from around the globe and it is not possible to distinguish the impacts on global climate change from greenhouse gas emissions originating from the planning area." While this is true, it is misleading. Every gallon of gasoline burned adds 400 gallons of ice melt to the oceans. See "Carbon choices determine US cities committed to futures below sea level" *PNAS* 2015. The fact that we cannot measure which greenhouse gasses causes what ice to melt is immaterial. We have a responsibility as Americans to lead by example and rigorously evaluate our emissions.

I am a scientist, and science clearly shows that industrial emissions of carbon dioxide and methane are changing our climate. For Colorado, climate change is change for the worse: We depend on summer snowpack keeping our streams full and mild temperatures for our crops and livestock. We depend on

BLM_0127950

cold winters to kill pine and spruce beetles and to keep our ski areas snowy.  The aggregate effect of public resource extraction in the United States has been to measurably warm the planet. As a result, I believe any publicly-owned fossil fuel resource should be scrutinized heavily prior to leasing, and that many leasable areas should be put off-limits permanently. Areas that should be off-limits permanently include land with wilderness characteristics and anywhere where citizens depend on the surface water or ground water.

For all of these reasons, I support the proposed actions in the North Fork Alternative (B1). Please include these in your final plan.

Best Regards,

Christopher M. Caskey, PhD

BLM_0127951

10/31/2016                                DEPARTMENT OF THE INTERIOR Mail - RMP letter Thallium in veggies



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP letter Thallium in veggies
1 message

---

**alison gannett** <alisongannett@mac.com>                     Mon, Oct 31, 2016 at 4:22 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Natasha Leger <natasha@citizensforahealthycommunity.org>

To the BLM:
The California Council on Science and Technology studied the impact of well stimulation on human health from the
exposure to fracking-related air pollution. One conclusion - "officials should fully understand the toxicity and
environmental profiles of ALL chemicals before allowing them to be used in operations" PSR0C p.72.

How can the current BLM RMP conclude that current technology for fluid mineral extraction be "safe" and that "all" known
cumulative effects can be known? With a list of over 600 known chemicals for injection, it is stated that most have never
been studied for their synergistic health effects. And, since we have no idea what chemical combo is being used on any
given well or any given day, how can it be concluded that ALL chemical combinations are "safe"? TEDx.org states that
over 30% of fluid mineral injection chemicals are know human health hazards and carcinogens.

The BLM must study this until all known chemical combinations are known and each combo is tested to make sure that
does not affect human health (or wildlife or the climate, etc). This must be for air, water and soil.

A study recently tested ORGANIC vegetables for heavy metals and traced them back to petrochemical production - from
air and water.
http://craftsmanship.net/the-vegetable-detective/

"In September of 2014, Hubbard was getting reports back showing heavy metals in
virtually every kale sample he sent in. There were also traces of nickel, lead, cadmium,
cesium, aluminum, and arsenic. These levels were then showing 7 times higher that what
the 2009 CDC report in humans that ate those veggies. "

"July of 2014, he stumbled on a 2006 study out of the Czech Republic showing how the
"cruciferous" family of vegetables behave as "hyperaccumulators" of thallium. Crucifers
include many of our more intense green vegetables such as kale, cabbage, broccoli,
cauliflower, mustard and collard greens. These are also the vegetables often touted—and
consumed—most heavily these days, supposedly for their outsized health benefits."

*"We now know that heavy metals are additive and synergistic," he said. "If you get
a little thallium, and a little lead, and a little cadmium in your system, you've got
one plus one plus one equals five or six, not just three." The reason, he said, is
that metals and chemicals might each have different effects by themselves, but
they "share similar sites of action where they disrupt metabolism."*

Please support a moratorium on fluid mineral extraction for this RMP until these issues can be
studied. At least, support the North Fork Alternative B1, so that we can provide clean food and
water for our foodsheds.
Best,

Alison Gannett
Holy Terror Farm
42485 Highway 133

BLM_0127952

Paonia, CO 81428

BLM_0127953



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## draft RMP comments
1 message

**Missy Rogers** <missyrogers39@gmail.com>                    Mon, Oct 31, 2016 at 9:51 PM
To: uformp@blm.gov

see attachment

 **rmp.odt**
30K

BLM_0127954

I have lived within the area of the been in the UFO area since 1979. I lived in Montrose until moving to Delta county within 3 miles of the GGNCA. It has been a huge gift to have this NCA and the BLM lands so accessible from my home both as employment opportunities, aesthetic stimulus and recreation opportunities. We are much more impacted by the BLM's decisions and protections than by any other managing agency, due to proximity and the leasing or denying of the underlying minerals on Federal and private lands. I have been in almost all the areas that have been inventoried with wilderness characteristics. I hike, mountain bike, boat, run, camp and paint out in these lands and landscapes. I have participated as a volunteer on the public lands for the same length of time, 36 years.

Thank you for taking these comments on the BLM UFO Draft RMP.  The BLM rightly is looking closely at the ways to protect wildlife habitat, plant communities, wilderness characteristics, wild and scenic rivers, recreation areas, water quality, both for domestic and irrigation and as in-stream flows. Alternative B and B1 are superior to alternative D for many reasons. Alternative B also has been vetted by many in the community as well as being thoughtfully developed there. As ,much of it as is possible should be brought forward for protecting the communities that surround these BLM lands and for the protection of the wildlife and plant communities that requires it.

The BLM's job as I see it is to strive to maintain the existing qualities of the land that it manages. This is primarily by not opening 90-95% percent of the Uncompahgre Field Office area to low priority oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites.

The BLM has inventoried Lands with Wilderness Characteristics (LWCs).  Alternative B is very good and all the remaining LWC's should be managed to protect those wilderness qualities.  Alt D is not a good substitute as they drop LWCs .The RMP states that these are core areas regarding wildlife and should be protected as such and indeed there is no reason that they should not be.
All LWC's protection should be added in to the preferred alternative.

There are issues that are not manageable at this level. Climate change and its affects on the human population, wildlife and flora. But BLM can do much to support the necessary adaptations that will be required by users, flora and fauna.  Including all the suitable ACEC's, Wilderness Characteristic lands and Wild and Scenic river corridors would  be in the right direction. The UFO has already inventoried these as suitable and should therefore be included in any chosen alternative.

The info on Special Recreation Management Areas (SRMAs) makes it difficult to untangle from other designations. SRMA's are a good thing unless they degrade the resources that they are overlapping. Big game corridors and EEA's are both impacted by the proposed SRMA's. This needs to be looked at carefully before proceeding.

The final plan should include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

Both B and D are good alternatives for protecting migratory birds from disturbances during breeding. But Burrowing owls and Sage-grouse need  protected  areas where they can be sustained as in the Abobe badlands LWC adj. and ACECs

Areas of Critical Environmental Concern (ACECs). I prefer alt B. Proposed areas that don't qualify have already been eliminated.  La Sal, Salt Desert and Tabeguache especially should be brought forward to the preferred alt. Any of the ACECs from B that aren't in the preferred alt as ACECs should

BLM_0127955

be given at least EEA status, especially Salt Desert in its entirety, much of Lower Uncompahgre, and the two Gunnison Sage-grouse ACECs.  There must be reason to designate them as Areas of Critical Environmental Concern.

To recap thank you for considering all the imput to the draft RMP, especially as it comes from the impacted communities and those that speak for the wildlife and plant communities that are not submitting comments.

The RMP that is chosen will guide and define the UFO and it's human communities for many years. It is critical that the most protection that can be given be the outcome.

Thank you,

Malinda Rogers
7567 2200 Road
Delta, Colorado 81416
970-874-5520

BLM_0127956

10/31/2016                    DEPARTMENT OF THE INTERIOR Mail - BLM oil and gas proposals: Please don't frack us!



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM oil and gas proposals: Please don't frack us!
1 message

**Rachel Schmitzer** <rachel.l.schmitzer@gmail.com>                    Mon, Oct 31, 2016 at 5:51 PM
To: uformp@blm.gov, rmpcomments@citizensforahealthycommunity.org

To Whom It May Concern:

I moved to the North Fork Valley three years ago, when I was 22. My move was motivated by the desire to live an alternative lifestyle; one where I could more clearly understand where the resources that sustain my life come from. I wanted to know the hands that planted, tended, and harvested the food I ate. I was curious what off the gird living entailed, and how to build sustainable dwellings. I wanted to get away from the clamor and confusion of the cities, where I couldn't seem to grasp the complex energy exchanges that I was involved in daily. I sought small-scale, local, sustainable situations where creativity and diversification marked the strength of a community.

Without yet knowing it existed, I was seeking the North Fork Valley of southwest Colorado. Upon finding it, I was quickly enthralled and eager to stay put for the foreseeable future; to find ways to become a part of the sustainably driven communities all around me. And I have. Over the last three years I have helped turn our arid property into irrigated pasture and blooming gardens. The beauty of the West Elks called me to become an avid hiker, biker, and, seeking to do my part for others, become involved in trail work so more people could enjoy the wilderness. For the past two Autumns I have been a volunteer outfitter, packing hunters into the deep backwoods of the Rockies on horses and mules. Through this opportunity, I have been able to witness the value of Outfitting through the creation of jobs for local cowboys and girls, as a means of sustainable wildlife control, and as amazing wilderness opportunities for hundreds of hunters.

This past summer I became involved with our local alternative energy educators, Solar Energy International (SEI). I wanted to become educated about harvesting renewable energies through solar, wind, and water power, and to learn how I could incorporate such energies into my life. I also wanted to discover why thousands of students come from all over the world every year to lil' ol' Paonia, Colorado to take the classes that SEI offers. I found out easily enough. This company is invaluable to our community. It is literally world renowned through its hands-on, diversified courses and unique staff. Beyond educating internationally, this company has had huge local impacts. SEI has provided a substantial economic boost to our little valley through the students they attract, and further, they have developed programs to help locals afford and integrate alterative energy into their lives. Through their work-trade opportunities, I was able to work as a part of the SEI staff in exchange for class participation. Through my direct exchange of energy, I was able to learn about the renewable solutions I sought, and make real life implementation plans.

And now all the values I have found in this amazing valley are being threatened by the ideals I thought I had escaped. The Oil and Gas Industry, representing the antithesis of what the North Fork Valley has worked for generations to develop, is now attempting to ruin our hardy small-scale economies, along with our invaluable landscapes. The potential damages upon human, animal, and environmental system from oil and gas development is simply too high. Our valley's clean water and air are the cornerstones for the abundant organic farms found on the Western Slope, and development would contaminate our clean resources and impair the human health that relies on such natural capital. Everything we find solace in here in the North Fork Valley is at stake. There is no other way to put it. The agritourism that our valley literally relies on in order to continue its variegated way of economic existence is being threatened. The wild spaces in which so many outdoorsmen and women find tranquility is at risk of being drilled. The citizens who rely on the both the wild public lands and those adjacent private lands for their own livelihood and enjoyment are jeopardized. Out my own backdoor a potential hydraulic fracturing site is proposed; and so my own backdoor; my own gardens and my own sense of peace is at stake.

Our own wildly successful, small-scale renewable energy company, and indeed any local economy based upon renewable energy, is imperiled by the BLM oil and gas proposals. For who would come to an alternative energy course when it is surrounded by fossil fuel drill sites? My parents have been planning on moving to this valley for over a year. If the proposed BLM plan to turn 90% of our public lands over to oil and gas development passes, they will not move. If the proposed plan, or anything like it passes, I will not continue to reside in the North Fork Valley. I know this is not only true for my partner and I, but for many who call this valley home.

Oil and gas development is not a sustainable present or future for us. It will not sustain us, it will not keep us developing creatively and locally; it will destroy us. Open our valley to this type of development, and you will leave us all a withering husk of what we used to be. We do not want to be the new face of oil and gas development! We will not settle for even a fraction of our lands becoming destroyed by hydraulic fracturing and oil well drilling! A no lease plan is the only

BLM_0127957

acceptable conclusion to draw when considering the many economic, health, and environmental risks posed by oil and gas operations. The mission of the BLM is "to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." Oil and gas development is in direct opposition to this mission statement! Please, recognize that the health, the diversity, and the productivity of the North Fork Valley is dependent upon true renewable energy, on small-scale economies, on local farms, vineyards, and orchards, and especially on the public lands that inspire us to be stewards of our lands, not to suck them dry and leave them barren. Please listen to our voices and recognize that there will be no public lands for future generations to enjoy if indeed oil and gas development is allowed into our public lands.

Thank you

-Rachel Schmitzer

---

 **BLM.docx**
157K

BLM_0127958

To Whom It May Concern:

I moved to the North Fork Valley three years ago, when I was 22. My move was motivated by the desire to live an alternative lifestyle; one where I could more clearly understand where the resources that sustain my life come from. I wanted to know the hands that planted, tended, and harvested the food I ate. I was curious what off the gird living entailed, and how to build sustainable dwellings. I wanted to get away from the clamor and confusion of the cities, where I couldn't seem to grasp the complex energy exchanges that I was involved in daily. I sought small-scale, local, sustainable situations where creativity and diversification marked the strength of a community.

Without yet knowing it existed, I was seeking the North Fork Valley of southwest Colorado. Upon finding it, I was quickly enthralled and eager to stay put for the foreseeable future; to find ways to become a part of the sustainably driven communities all around me. And I have. Over the last three years I have helped turn our arid property into irrigated pasture and blooming gardens.  The beauty of the West Elks called me to become an avid hiker, biker, and, seeking to do my part for others, become involved in trail work so more people could enjoy the wilderness. For the past two Autumns I have been a volunteer outfitter, packing hunters into the deep backwoods of the Rockies on horses and mules. Through this opportunity, I have been able to witness the value of Outfitting through the creation of jobs for local cowboys and girls, as a means of sustainable wildlife control, and as amazing wilderness opportunities for hundreds of hunters.

This past summer I became involved with our local alternative energy educators, Solar Energy International (SEI). I wanted to become educated about harvesting renewable energies through solar, wind, and water power, and to learn how I could incorporate such energies into my life. I also wanted to discover why thousands of students come from all over the world every year to lil' ol' Paonia, Colorado to take the classes that SEI offers. I found out easily enough. This company is invaluable to our community. It is literally world renowned through its hands-on, diversified courses and unique staff.  Beyond educating internationally, this company has had huge local impacts. SEI has provided a substantial economic boost to our little valley through the students they attract, and further, they have developed programs to help locals afford and integrate alterative energy into their lives. Through their work-trade opportunities, I was able to work as a part of the SEI staff in exchange for class participation. Through my direct exchange of energy, I was able to learn about the renewable solutions I sought, and make real life implementation plans.

And now all the values I have found in this amazing valley are being threatened by the ideals I thought I had escaped. The Oil and Gas Industry, representing the antithesis of what the North Fork Valley has worked for generations to develop, is now attempting to ruin our hardy small-scale economies, along with our invaluable landscapes. The potential damages upon human, animal, and environmental system from oil and gas development is simply too high. Our

BLM_0127959

valley's clean water and air are the cornerstones for the abundant organic farms found on the Western Slope, and development would contaminate our clean resources and impair the human health that relies on such natural capital. Everything we find solace in here in the North Fork Valley is at stake. There is no other way to put it. The agritourism that our valley literally relies on in order to continue its variegated way of economic existence is being threatened. The wild spaces in which so many outdoorsmen and women find tranquility is at risk of being drilled. The citizens who rely on the both the wild public lands and those adjacent private lands for their own livelihood and enjoyment are jeopardized. Out my own backdoor a potential hydraulic fracturing site is proposed; and so my own backdoor; my own gardens and my own sense of peace is at stake.

Our own wildly successful, small-scale renewable energy company, and indeed any local economy based upon renewable energy, is imperiled by the BLM oil and gas proposals.  For who would come to an alternative energy course when it is surrounded by fossil fuel drill sites? My parents have been planning on moving to this valley for over a year. If the proposed BLM plan to turn 90% of our public lands over to oil and gas development passes, they will not move. If the proposed plan, or anything like it passes, I will not continue to reside in the North Fork Valley. I know this is not only true for my partner and I, but for many who call this valley home.

Oil and gas development is not a sustainable present or future for us. It will not sustain us, it will not keep us developing creatively and locally; it will destroy us. Open our valley to this type of development, and you will leave us all a withering husk of what we used to be. We do not want to be the new face of oil and gas development! We will not settle for even a fraction of our lands becoming destroyed by hydraulic fracturing and oil well drilling! A no lease plan is the only acceptable conclusion to draw when considering the many economic, health, and environmental risks posed by oil and gas operations. The mission of the BLM is "to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." Oil and gas development is in direct opposition to this mission statement! Please, recognize that the health, the diversity, and the productivity of the North Fork Valley is dependent upon true renewable energy, on small-scale economies, on local farms, vineyards, and orchards, and especially on the public lands that inspire us to be stewards of our lands, not to suck them dry and leave them barren. Please listen to our voices and recognize that there will be no public lands for future generations to enjoy if indeed oil and gas development is allowed into our public lands.

10/31/2016                    DEPARTMENT OF THE INTERIOR Mail - spills reported by COGCC



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

**spills reported by COGCC**
1 message

---

**alison gannett** <alisongannett@mac.com>                    Mon, Oct 31, 2016 at 4:42 PM
To: uformp@blm.gov
Cc: Alex Johnson <director@theconservationcenter.org>, Natasha Leger <natasha@citizensforahealthycommunity.org>

So, if the BLM says this is safe, how come the industry keeps spilling? We know that no accidents are not possible. So what if it happens to my farm? I lose everything? These are PUBLIC lands that should be managed for MANY uses. so why propose leasing for 94.5% of all our public lands?
Can we not leave anything off the table?
support a moratorium until there are no accidents, or support the North Fork Alternative B1

OilandGasThreatMap.com - shows why we should be petrified.

Also -

# List of natural gas and oil production accidents in the United States

https://en.wikipedia.org/wiki/List_of_natural_gas_and_oil_production_accidents_in_the_United_States

Colorado Oil and Gas Conservation Commission -
Spill Analysis by year - 1999-2014
2014 reported fluids spilled - 1,489 barrels (BBL)
2014 reported waste water spilled 13,582 barrels (BBL)

Not to mentions - reported explosions, derailments, earthquakes

Best,
Alison Gannett
Holy Terror Farm
42485 Highway 133
Paonia, CO 81428

**970.281.7929 office**
970.527.3373 farm
970.209.8207 toxic cell

Best,
Alison
AlisonGannett.com
Cooking to Conquer Cancer

Alison Gannett
Holy Terror Farm
42485 Highway 133
Paonia, CO 81428

**970.281.7929 office**
970.527.3373 farm
970.209.8207 toxic cell



BLM_0127961

DEPARTMENT OF THE INTERIOR Mail - spills reported by COGCC

Disclaimer: Labs, etc are for information and data gathering ONLY and not meant to be used for diagnosis or treatment. As this is not a medical visit, physical examination is deferred to your primary care physician.  All diet coaching recommendations and labs suggested should be run through your physician.  Confidentiality is ensured, but privacy or security is not guaranteed when any information is transferred via email. All information shared here is at the discretion of the sender.

BLM_0127962

11/1/2016                      DEPARTMENT OF THE INTERIOR Mail - SWCD's comments on UFO's Draft RMP/EIS



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## SWCD's comments on UFO's Draft RMP/EIS
1 message

**Beth Van Vurst** <bvanvurst@fwlaw.com>                          Mon, Oct 31, 2016 at 7:23 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "brucew@southwesternwater.org" <brucew@southwesternwater.org>, Beth Van Vurst <bvanvurst@fwlaw.com>


To Whom It May Concern:


Attached to this email please find the Southwestern Water Conservation District's comments on the draft RMP/EIS for the Uncompahgre Field Office. Please let me know if you have any difficulty opening the attachment.


Sincerely,

Beth Van Vurst

Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202-2645
Direct Dial: 303-894-4488
Fax: (303) 830-1033
E-Mail: bvanvurst@fwlaw.com



Member of MERITAS Law Firms Worldwide

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information, some or all of which may be legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, please be advised that any disclosure, copying, distribution, or use of any of the information contained in or attached to this e-mail transmission is prohibited. If you have received this e-mail transmission in error, please immediately notify us by reply e-mail or via telephone or facsimile, and destroy the original e-mail transmission and its attachments. Thank you in advance for your cooperation.


---

📄 **SWCD Comment Letter on UFO Draft RMP_10_31_2016 (01686991xA6534).pdf**
   3457K


---

https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581d7dcc1f1f1b1&siml=1581d7dc...    1/1

BLM_0127963



Beth Van Vurst
direct: 303-894-4488
bvanvurst@fwlaw.com

October 31, 2016

**SENT VIA EMAIL**

Ms. Teresa Pfifer
Acting Field Manager
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, Colorado 81401
Email: uformp@blm.gov

RE:   **Comments on the Uncompahgre Field Office Draft Resource Management Plan/Draft Environmental Impact Statement**

Dear Ms. Pfifer,

The Southwestern Water Conservation District ("SWCD") appreciates the opportunity to provide comments on the Draft Resource Management Plan/Environmental Impact Statement ("Draft RMP-EIS") for the Uncompahgre Field Office. SWCD is a political subdivision of the State of Colorado, which was formed by the Colorado Legislature in 1941. SWCD is charged with promoting the "conservation, use, and development of the water resources of the San Juan and Dolores rivers and their principal tributaries" and safeguarding all waters of these river basins to which the State of Colorado is entitled.[1] SWCD's boundaries encompass all or part of nine counties located in southwestern Colorado. SWCD has a substantial interest in the Draft RMP-EIS because two of these counties, specifically San Miguel and Montrose, are also located within the planning area for the Uncompahgre Field Office.

The Bureau of Land Management ("BLM") proposes, under the preferred Alternative D, to find eight river segments in the San Miguel Basin and five river segments in the Dolores Basin suitable for inclusion in the National Wild and Scenic Rivers System. SWCD is aware that the BLM's preliminary suitability findings on these specific river segments may be consistent with the recommendations previously made by the Southwest Resource Advisory Council. However, the BLM's suitability findings must also be based on the most up-to-date and accurate information possible since such a finding may have immediate and far-reaching consequences on water users within the San Miguel and Dolores river basins. The Draft RMP-EIS does not appear to take into account the efforts of local stakeholders to establish the Dolores River National Conservation Area which, if successful, would obviate the need for a suitability determination on

---

[1] Colo. Rev. Stat. § 37-47-101, *et seq.*.

BLM_0127964

SWCD's comments on Draft RMP/EIS for the Uncompahgre Field Office
October 31, 2016
Page 2 of 2

one or more segments within what the BLM has identified as the "Upper Dolores River" hydrologic unit.

On a broader level, the BLM's suitability analysis for the San Miguel and Dolores Basin river segments appears to rely on information that was collected many years ago. The suitability analysis should be updated to take into account the Colorado Water Plan, the Southwest Basin Roundtable's Basin Implementation Plan and the Statewide Water Supply Initiative (SWSI). Both of these plans were released in 2015 and the SWSI report was last updated in 2010. All of these documents contain important information regarding Colorado's anticipated water demands and planned water development projects. The BLM should also review information available on the Colorado Decision Support System to make sure that its suitability analysis, and the Draft RMP-EIS as a whole, takes into account all decreed absolute and conditional water rights including, but not limited to, those decreed by Montrose County in Case Nos. 10CW164, 10CW165, 10CW166 and 10CW169.

Finally, SWCD encourages the BLM to continue to explore whether, by virtue of pulling water through an identified river segment, existing decreed water rights already provide sufficient protection for any flow-related ORVs. Where that isn't the case, the BLM should work cooperatively with the State and local governments, including SWCD, to determine whether those entities can appropriate or acquire additional water rights as an alternative to: (1) imposing flow-related conditions in federal permits; or, (2) relying on federal reserved rights if a wild and scenic designation were to occur.

Thank you for your consideration of SWCD's comments. If you have any questions regarding our comments or desire any additional information, please feel free to contact me at (303) 894-4488 or by email at bvanvurst@fwlaw.com.

Sincerely,

Beth Van Vurst,
General Counsel for the
Southwestern Water Conservation District

cc: Bruce Whitehead, SWCD

10/31/2016   DEPARTMENT OF THE INTERIOR Mail - The Nature Conservancy's Comments on the Uncompahgre Field Office Draft Resource Manageme...



UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

## The Nature Conservancy's Comments on the Uncompahgre Field Office Draft Resource Management Plan
1 message

**Celene Hawkins** <celene.hawkins@tnc.org>                                    Mon, Oct 31, 2016 at 3:58 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Please accept The Nature Conservancy's comments on the Uncompahgre Field Office's Draft Resource Management Plan.


Best,

Celene


*The Nature Conservancy in Colorado turns 50 this year! Join us as we celebrate five decades of conserving Colorado's lands, rivers and forests: nature.org/colorado50.*

---

**Celene Hawkins**
*Western Colorado Water Project Manager*
celene.hawkins@tnc.org

(970) 375-0183 (Office)

(970) 739-8624 (Cell)


nature.org/colorado

**The Nature Conservancy**
Colorado Field Office

1109 Oak Drive

Durango, CO 81301





---

📄 **TNC Comments UFO RMP WSA.pdf**
115K

BLM_0127966



The Nature Conservancy in Colorado
1109 Oak Drive
Durango, CO 81301

tel    (970) 375-0183
cell   (970) 739-8624

nature.org/colorado

October 31, 2016

Barbara Sharrow
Acting Southwest District Manager
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose, CO 81401
uformp@blm.gov

RE:  Comments on the Uncompahgre Field Office Draft Resource Management Plan

Dear Ms. Sharrow:

The Nature Conservancy appreciates the opportunity to comment on the Uncompahgre Field Office (UFO) Draft Resource Management Plan (RMP)/Environmental Impact Statement (EIS).  The Nature Conservancy's comments are limited to the portion of the Bureau of Land Management's (BLM) preferred alternative (Alternative D) that recommends segments of river in the San Miguel River Basin and the Dolores River Basin as suitable for inclusion in the National Wild and Scenic Rivers System (NWSRS).

The Nature Conservancy is a global 501(c)(3) non-profit organization founded in 1951 with a mission to conserve the lands and waters on which all life depends.  The Nature Conservancy has worked hard over the last three decades to help protect and restore the Dolores River and its most significant tributary, the San Miguel River.  The Nature Conservancy has worked with landowners in these river basins to protect farm and ranch property from conversion, has invested in a significant partnership effort to restore riparian habitat along these rivers, and owns property in these river basins (most notably along the San Miguel River in one of the segments recommended for inclusion in the NWSRS in Alternative D).

The Nature Conservancy supports the recommendations in Alternative D that eight segments of river in the San Miguel River Basin and five segments of river in the Dolores River Basin are suitable for inclusion in the NWSRS.  As you know, The Nature Conservancy's former Southwest Colorado Project Director served on the Southwest Resource Advisory Council (RAC) in 2010 and 2011 when the stakeholder analysis of whether over 28 eligible sections in the San Miguel and Dolores River Basins should be identified as suitable for inclusion in the NWSRS occurred.  The Nature Conservancy's Project Director also co-led a community process to consider suitability on these segments and worked with a 12-person Sub-RAC that was comprised of representatives from agriculture, recreation, conservation, and extractive industries

BLM_0127967

(to mirror the composition of the RAC). Through the community outreach, Sub-RAC, and RAC processes, consensus was reached on suitability designations for the 13 segments of river that the BLM has recommended in Alternative D. The Nature Conservancy supports the community and RAC-based process, and the consensus outcome of that process, as an accurate reflection of community values and opinions in those river basins to support BLM's proposed Alternative D.

The Nature Conservancy is also working with water users and stakeholders on upstream segments of the Dolores River below McPhee Dam to explore opportunities, build support for, and take action to improve the ecological conditions downstream of McPhee Reservoir while honoring water rights, protecting agricultural and municipal water supplies, and the continued enjoyment of rafting and fishing. The Nature Conservancy supports a proactive and collaborative approach on those segments of the Dolores River to managing tight water supplies and habitat for sensitive, warm water native fish species. Because of potential water user concerns about how the BLM's recommendations for suitability for the five segments of river in the Dolores River Basin could affect the operation of the Dolores Project and McPhee Dam, The Nature Conservancy supports the Colorado Water Conservation Board's (CWCB) request that the BLM work with the CWCB to clarify the relationship between the recommendations for inclusion of the Dolores River segments in the NWSRS and the operation of the Dolores Project.

Finally, The Nature Conservancy supports and is available to assist the BLM to work with Colorado State agencies, water users, and other collaborative stakeholders to investigate opportunities to protect flow-based ORVs associated with the 13 segments in the San Miguel and Dolores River Basins through state and local processes. The Nature Conservancy looks forward to continuing work with UFO on the Dolores and San Miguel Rivers.

Please contact me at (970) 739-8624 or celene.hawkins@tnc.org with any questions about these comments.

Sincerely,

*Celene Hawkins*

Celene Hawkins
Western Colorado Water Project Manager
The Nature Conservancy

10/31/2016                        DEPARTMENT OF THE INTERIOR Mail - UFO RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## UFO RMP
1 message

---

**Roberta Frank** <robertafrank295@gmail.com>                    Mon, Oct 31, 2016 at 12:22 PM
To: uformp@blm.gov

To Whom it May Concern:

I have recently visisted the Uncompahgre Field Office area and become aware of the choices regarding UFO's Resource Management Plan. As an avid hiker, cyclist, equestrian and wildlife advocate, I prefer alternative B to the others, because of the better connectivity for wildlife and opportunities for non-motorized recreation. Alternative B is especially favorable regarding Ecological Emphasis Areas (EEA's) and Areas of Critical Environmental Concern (ACEC)'s.

Please consider including all of the EEAs from Alternative B in the preferred alternative with No Surface Occupancy (NSO) stipulations. If any proposed ACECs from Alternative B are not included in the final preferred alternative, they should at least be managed as EEAs with NSO and No Ground Disturbance stipulations.

Thank you for your consideration of my comments.

Roberta Frank
Corrales, NM

---

BLM_0127969



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP Comment Letter
1 message

**John Gavan** <john@thegavans.com>                                          Mon, Oct 31, 2016 at 9:29 AM
To: uformp@blm.gov

Dear BLM Uncompahgre Filed Office,

I am submitting this letter in opposition to the alternatives presented in the Resource Management Plan.

I live outside of Paonia and purchased my 10 acre farm in 2008 with the intent of developing it into an orchard and vineyard. Now, eight years later and at significant expense, this plan is being transformed into reality and I have just completed the installation of an NRCS sponsored state-of-the-art drip irrigation system that relies on clean water from the Minnesota irrigation ditch to water my trees and vines. In addition, the USDA NRCS and Bureau of Reclamation have spent millions of dollars locally in the past five years piping open irrigation ditches to reduce salinity and selenium uptake. As you know we also harbor the largest collection of organic farms in the State of Colorado and this collectively represents a very significant public/private investment in agricultural infrastructure. The level of private investment has only increased in recent years as more and more hay operations have been transformed into farming operations.

Any potential extraction industry activity that would put this infrastructure at risk to the slightest degree is unacceptable. The most important alternative in the RMP should have been NO DEVELOPMENT AT ALL.

I urge that BLM to retract this RMP and review the alternative of no-development in the rich agricultural area of the North Fork Valley. There are places where oil and gas extraction are suitable but this is clearly not one of them.

John Gavan

40194 M Road

Paonia, CO 81428

(970) 527-3280

BLM_0127970



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# UFO RMP Comment Letter_MUELLER
1 message

**Peter Mueller** <muellerp01@gmail.com>                          Mon, Oct 31, 2016 at 6:21 PM
To: uformp@blm.gov

Dear BLM-UFO Staff and RMP Comment Team,

Please consider my comments in support of:

- Alternative B
- B1: The North Fork Alternative
- Jumbo Special Recreation Management Area

Thank you for the commitment to responsible and reasonable management of our public lands.

Sincerely,

Peter Mueller
42086 Minnesota Creek Rd.
Paonia CO 81482

 **PeterMueller_UFO_RMP_CommentLetter.doc**
27K

BLM_0127971

Peter Mueller
Paonia, CO 81428
10/31/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear BLM-UFO Staff and RMP Comment Team,

As a resident of the North Fork Valley, I would like to express my commitment to **Alternative B particularly B1: The North Fork Alternative**. The uncompromised intrinsic beauty of the North Fork Valley is invaluable to its historic and future existence. Because of our clean land, water and air, the NFV hosts an incredible diversity in outdoor recreation, hunting and agribusiness. It would be devastating to compromise this to large-scale oil and gas feasibility study, leasing and development. Please help protect a state treasure by instating B1!

Living adjacent to the Mt. Jumbo trails, I have a particularly close relationship to this recreation area. These trails are my sanity and keep me physically fit. I am a runner and do much of my training here. **Please support the Jumbo Special Recreation Management Area; all 5,020 acres!**

As a small farm owner, clean water is paramount.

I have also traveled from Paonia dam all the way to Whitewater outside Grand Junction by raft. I spend a considerable amount of time on this section of river from May through October. It is very important to me.

Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat and connectivity between the wilderness areas within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,
Peter Mueller
42086 Minnesota Creek Rd.
Paonia, CO 81428

10/31/2016                                         DEPARTMENT OF THE INTERIOR Mall - UFO RMP Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# UFO RMP Comments
1 message

**Brent Helleckson** <brent@stonecottagecellars.com>                               Mon, Oct 31, 2016 at 9:17 PM
To: uformp@blm.gov
Cc: Natasha Leger <natasha@citizensforahealthycommunity.org>, Senator Michael Bennet
<Senator_bennet@bennet.senate.gov>, Representative Millie Hamner <Millie@milliehamner.com>

Bureau of Land Management
Uncompahgre Field Office
Resource Management Plan Revision Team


Thank you for the opportunity to comment on the Draft Resource Management Plan (DRMP).
We appreciate the effort and the level of detail involved in its preparation, and also appreciate the difficult task you face balancing competing demands upon our public lands.

While the many of the goals, objectives and actions in the DRMP, and your preferred alternative make good sense, reinforce one another, and are significant improvements over the current RMP, we are aware of some inconsistencies, oversights and omissions that should be considered and addressed.  These concerns can best be addressed by moving beyond the North Fork Alternative described in Option B-1 and adopting a "no fluid mineral leasing in the North Fork watershed" option for the North Fork watershed.

Our family purchased a farm in the North Fork valley outside of Paonia in 1994 and moved here, permanently, shortly thereafter.  The adoption of the Valley as our home was driven by a desire to live where the air and water are clean, the area safe, the skies dark at night.  These same pastoral characteristics are driving in-migration to the area today.  While enjoying the natural amenities we are blessed with, we began to craft a vineyard and winery business, opting to develop a sustainable, economically viable return to the agricultural roots of our predecessors in the midwest.  We have spent more than 2 decades and tens of thousands of hours in the pursuit of that dream, clearing land, planting vines, building a home, winery, cellar and other buildings by hand out of the fieldstone cleared from the vineyards.  In that time we have created a sustainable farm and business providing 2 full-time jobs, 3 part-time jobs and as many as 15 seasonal positions.  The sustainable vineyard relies directly on the continued availability of clean, reliable irrigation and domestic water.  The economic viability of the winery business relies on the tourism traffic we have been successful in attracting to the Valley.  This multi-decade investment is under existential threat by the resource development pathway the BLM is currently proposing.

**Likely Development Scenario**

The BLM preferred alternative, alternative D, opens nearly all of the North Fork watershed to oil and gas exploration and development (DRMP at 2-409). While the underlying assumption is a well count of 1,271 throughout the UFO region by the year 2030 (DRMP at 3-14), statements by the energy companies currently operating in the North Fork, on lands already leased by the BLM, exceed that number by a factor of 2 to 3. This is in advance of the recent USGS study identifying the Mancos Shale as a likely significant gas resource.  Therefore, offering nearly all of the North Fork watershed as available for oil and gas leasing virtually guarantees the industrialization of that watershed.  While the specifics of each well will be unique, the commonly accepted impacts include multiple millions of gallons of water per well, multiple thousands of truck trips per well, multiple millions of gallons of produced waste per well and multiple miles of roadway per well pad.  No reasonable person could claim that the current rural/arboreal landscape would suffer "no significant impact" from such a change of use.  The DRMP admits as much at page 3-176.

**Impacts to Economic Viability of Existing Enterprises**

Much of the recent improvement in economic outlook for the North Fork Valley rests upon the desirability of the natural and man-made features of the area.  Personal communications with local realtors indicate that both retirees and young families are relocating to the area for precisely the same reasons our family did in 1994.  Further, the rapidly developing agritourism sector relies on attracting tourists from the Front Range, and from out of state, to enjoy the amenities offered in the Valley.  Our family winery relies heavily on our ability to attract out-of-area customers to our tasting room, vineyard, and guest cottage.  Fully 80% of our income is derived from these sources and we spend significant resources each year attracting these visitors. While the Valley is currently enjoying a blossoming of businesses such as our own (e.g. wineries, organic farms, traditional farms, farm-to-table venues, farmstays, lavender farms, etc.) the robust growth we are experiencing would be brought to a halt should the watershed develop as the BLM proposes.  It is already difficult and expensive to convince visitors to make the 5 hour trip from the Front Range.  It would become exponentially more so If they were asked to traverse a gas field of multiple thousands of wells, with Its attendant truck traffic, flares, pipelines, etc.  The destruction of the visual amenities, the clear air, dark skies, and pastoral/agricultural character of the Valley would foster the destruction of those entities dependent upon these values.  In making our decisions, we have relied on the BLM to manage the lands under its jurisdiction so as to maintain these values.  Failure of the BLM to do so represents an existential threat to our livelihood.

Nowhere, either in the DRMP, in associated presentations made by the BLM-UFO, in communications made by the interested energy companies, by the State of Colorado, the COGCC, or by the Delta County Commissioners has anyone articulated a method by which oil and gas development can be made compatible with the entities described above.  Lip service is often paid to the minimization of impacts, the use of "Best Management Practices," and mitigation.  However, no analysis of the expected impacts to existing enterprises is offered.  There is no mention of restrictions on the pace or scale of development, no mention of liquidated damages for unmitigated impacts, no mention of resolving conflict of use in favor of existing entities, etc.  In essence, those of us who live in the Valley are tacitly asked to shoulder these costs of energy extraction in order to facilitate the profitability of the oil and gas industry, and the tax, royalty and severance streams that accrue to various governmental agencies.

The risks described above become concrete the moment an oil and gas lease is let.  At that moment a public good is converted to a private property right.  Every lease is let with the expectation that development will be allowed to occur.  The leaseholder may expect restrictions but

BLM_0127973

outright denial of the right to drill is off the table. The scale of the threat to existing enterprise and the absence of willingness to explore ways to make the proposed extractive industry compatible with existing uses argues for a no leasing alternative. Simple deferral to State agencies ostensibly charged oversight of these issues, knowing that the response of these agencies may be inadequate, is a abrogation of the duty of the BLM to manage for multiple use and sustained yield. Not only does the DRMP fail to propose such an alternative as a preferred pathway, is does not even examine and discard such a pathway. This is a failure to adhere to the NEPA process and does a disservice to those of us living in the North Fork Valley.

**Impacts to Water Resources**

The agriculture in the North Fork Valley relies on the reliable availability of clean irrigation water. The population of the Valley relies on a combination of clean surface and ground water for domestic use. Further, many of the existing enterprises in the Valley depend upon the image, and actuality, of purity for their business model. Examples include organically and bio-dynamically certified agriculture and those enterprises devoted to healing. Industrial development of the scale proposed by the DRMP and the preferred alternative poses significant, unmitigated risks to each.

**Surface spills**

The Denver Post reports that over the last 3 years, the oil and gas industry has reported nearly 2 spills per day or nearly 700 per year, all of which had the potential to contaminate surface water and 15% of which did contaminate ground water. As the State relies on self-reporting by industry, this number must be assumed to be a lower bound. At the scale of development proposed by the DRMP preferred alternative, the North Fork watershed should expect similar spill activity. Multiple thousands of truck trips per well, many of which carry hazardous or noxious chemicals, will likely add to this number. This is yet another example of a risk/cost that is tacitly expected to be borne by the residents down gradient of the oil and gas extraction activity in support of the profitability of the industry and the revenue streams of various governmental agencies. The absence of viable mitigation measures, the absence of mechanisms to compensate affected entities and penalize responsible parties argues for the realization that the proposed development in the preferred alternative is incompatible with existing uses and with the BLM mandate to manage for multiple use and sustained yield. Further it argues for a "no leasing in the North Fork watershed" option.

**Well bore failures**

Contamination of ground water by oil and gas development, hydraulic fracturing, and associated activity is well documented and of great concern. Although there is little or no data specific to Colorado or specific to the North Fork, Ingraffea et. al., prominent researchers on the effects of oil and gas development, estimate the failure rate of gas well bores to be between 7% and 60%, depending upon the age of the well. Further they describe, "Fluid migration from faulty wells is a well-known chronic problem with an expected rate of occurrence." Should such scientific evidence be supported under North Fork conditions, the extremely conservative estimate in the DRMP of 1,271 wells provides that something like 90 wells would begin leaking shortly after completion and nearly 800 wells might be expected to leak over multiple decades. These wells would leak not only methane but also the 40% to 75% of the fracking fluid volume used to produce the methane. For reasons described earlier, the number of wells in the North Fork is expected to be much higher than that assumed in the DRMP, thereby increasing the expected number of failed wells by a similar factor.

The topology of the North Fork introduces another risk not addressed either in the scientific literature or in the DRMP. In order for the efficient exploitation of the natural gas resource to occur, wells must be drilled on a grid pattern within the bearing strata such that the horizontal portions of one well cluster meet or nearly meet the horizontal portions of an adjacent cluster. The fracturing operation would be expected to open pathways such that trapped gas might find its way to one or the other well bore and migrate to the collection system. This communication between horizontal well bores provides a pathway for water accumulating in a failed well bore of higher elevation to establish hydrostatic pressure in an adjacent well bore. Should that well bore fail and should it exit the surface at a lower elevation than the first, the result may well be a man-made toxic spring spewing fracking fluid, methane, and other chemicals and radioactive material dissolved in the gas-bearing strata. The resulting effect is reminiscent of the "Gold King" fiasco in Durango Colorado or the on-going struggle in the watershed above Crested Butte to contain and treat mine outflow from the Keystone Mine. The latter requires a million dollar per year treatment plant to be operated indefinitely.

The sum total of groundwater protection measures defined in the DRMP preferred alternative seems to be found on page 2-47 with an exhortation for companies to extend casings through the aquifer and use freshwater mud for drilling. This is wholly inadequate for the risks involved. Again the residents of the North Fork are being tacitly forced to bear the cost of well-bore failures. The absence of any analysis of well bore failures and their effects, any proposed long term mitigation, or any method to assign responsibility, and funding, for the long-term monitoring and remediation of well bores argues that the proposed development embodied in the DRMP preferred alternative is incompatible with existing enterprise in the Valley and incompatible with the BLM mandate for multiple use and sustained yield. It also argues for a "no leasing in the North Fork watershed" alternative.

**Seismicity**

Wastewater generated during hydraulic fracturing operations is commonly disposed of in injection wells. Several such wells are already proposed for the North Fork watershed. The link between wastewater disposal wells and earthquake activity is now well established in Oklahoma and in Ohio. Further, experiments with similar disposal techniques on the Rocky Mountain Arsenal outside of Denver in the 1960's and 70's produced similar results, i.e. an activation of faults beneath Denver and the Front range. The geology of the North Fork is replete with fault zones, fractures, etc. Highway 133 has experienced multiple, extended closures due to rockslides in the past several years. Indeed, the DRM identifies 683 movement features (e.g. rockslides, debris flows, debris slides, etc.) between Paonia and McClure Pass (DRM at 3-178). The increased seismic activity resulting from oil and gas operations can be expected to increase the disturbance of these movement features. Further, increased seismic activity must almost certainly be correlated to increased well bore failure, exacerbating the issues outlined in the previous section.

The geologic character of the North Fork watershed make it uniquely susceptible to induced seismicity and again argues for a "no leasing in the North Fork watershed" alternative.

**Degradation of Watershed**

As mentioned previously, agriculture in the North Fork relies exclusively on the timely availability of clean irrigation water. That can only be accomplished via a healthy, vegetated watershed. Multiple years of drought combined with increasing temperatures have stressed the North Fork watershed in multiple ways. Sudden Aspen Decline, a drought and temperature-induced dieback of aspen groves, has caused a decline in the shadowing protecting the snowpack in mid to late spring. The resultant early runoff occurs at a time when farms are not able to use the runoff water to irrigate. The reservoirs fill as they should but are tapped earlier because the runoff water is no longer available when crops are ready to use it. Various beetle infestations threaten to decimate the conifer cover of higher elevations in the watershed, again contributing to

BLM_0127974

snowpack degradation and early runoff.  The level of development inherent in the DRMP preferred alternative further exacerbates the degradation of the watershed by road construction, well pad development, pipeline construction and dust. In addition to directly contradicting the DRMP goal of minimizing habitat fragmentation, the DRMP preferred alternative passes the cost of energy extraction on to the residents of the North Fork in the form of decreased irrigation water supply.  There is no mitigation for the construction of the infrastructure necessary to support the development scenario likely to occur as a result of the DRMP preferred alternative.  This again argues for the adoption of a "no leasing in the North Fork watershed" alternative.

**Climate Change**

The DRMP explicitly acknowledges the fact of climate change (DRMP at 3-15).  The effects of climate change will likely increase the amount of land in the North Fork that fails to fully meet the land health standard from the current approx. 50% to something significantly more than 50% (DRMP at 3-18).  The effects of climate change are already being felt at the individual farm as lower than typical snow pack, warmer and earlier spring thaws, earlier bud break, warmer summertime highs,  warmer falls, etc.  As mandated by the Council on Environmental Quality, the BLM must begin to assess the contribution of its actions to climate change and, by extension, to avoid them where possible.  When finding oneself in a hole and wishing to get out, the first step is to stop digging.  When tasked with combating climate change the first step is to reduce the production of greenhouse gasses and the first places that should be removed from production are those with the highest risk of damage to non oil and gas resources and enterprises.  The North Fork watershed is certainly one of those places and should be protected with a no leasing alternative.

**Conclusion**

The development inherent in the DRMP preferred alternative is incompatible with the existing mandate of the BLM and incompatible with the existing uses of the lands under your management.  In stark contrast to the stated mission of the BLM, the preferred alternative will degrade the health, diversity and productivity of public lands and will curtail the use and enjoyment of present and future generations.  It will result in neither multiple use nor sustained yield.  It will force the costs of energy extraction onto the residents of the North Fork in multiple ways, supporting the profitability of the oil and gas industry and the tax, royalty and severance income of multiple governmental agencies at the expense of those of us who live here.

Further, the DRMP preferred alternative makes the existence of our vineyard and winery untenable and squanders the time and investment made by a family over the course of more than 2 decades.  The adoption of a "no leasing in the North Fork watershed" alternative conversely, fulfills the BLM's mission and preserves and enhances the existing enterprises in the Valley.  It also allows us to continue to grow grapes and produce wine sustainably indefinitely, while continuing to enjoy the clean air and water, the safe areas and the dark night skies we came here for.

Thank you,

Brent Helleckson
Karen Helleckson
Stephanie Helleckson
Jacob Helleckson

Helleckson Vineyards and Stone Cottage Cellars

Brent Helleckson
41716 Reds Rd.
Paonia, CO 81428
brent@stonecottagecellars.com
(970) 527-3444

BLM_0127975

10/31/2016                                    DEPARTMENT OF THE INTERIOR Mail - UFO RMP Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP Comments
1 message

**Melinda Doden** <melindadoden@gmail.com>                          Mon, Oct 31, 2016 at 8:43 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org, info@citizensforahealthycommunity.org

                                                              Melinda Doden
                                                              Paonia, CO 81428
                                                              10/31/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear BLM-UFO Staff and RMP Comment Team,

I am a resident of Paonia, CO and live on Box Elder Street, near BLM lands.  I have lived in the North Fork Valley
for 17 1/2 years.  My family has lived in the North Fork Valley for 3 generations. I am both a home owner and a
small business owner. My business  is dependent on the healthy environment this valley currently offers, as it is of
high value to my clientele and future potential clientele. It is also one of the main reasons people are moving to our
valley, and this is strengthening and diversifying our economy. I have several concerns regarding the impact of
potential oil and gas development in our valley.  From a financial point of view, I am concerned about  the impact
gas and oil would have on both my business and our property values.

One of the main reasons I value living in this area is the access to clean air, water and the fabulous food that is
grown here. The agricultural resources of this valley unique and valuable to our state. It is beyond foolish to
jeopardize these valuable resources with the air and water pollution that accompanies the industry of oil and gas
extraction. In addition , I enjoy walking, hiking, camping, boating and cross country skiing on the BLM on a
regular  basis.  The areas I recreate on BLM lands include Jumbo Mountain, Stevens Gulch, Terror Creek, the
Adobes and both the North Fork and Gunnison rivers. Not only do these recreational resources play a big role in the
well being of our residents they are also critical for wildlife habitat. My drinking water comes from the Paonia
municipal water supply near BLM lands that would be left open to oil and gas development in the draft Preferred
Alternative. We have high quality drinking water here in Paonia. Again I feel it is short sighted to endanger the
quality of this vital resource.

I appreciate  the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to
protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM
designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors. However, the draft
plan the "preferred  plan" would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering
wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas
reserves that are feasible for development, meaning the BLM is putting our public
lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-
quality lands, important wildlife habitat and recreation areas off-limits to energy development. I support the
inclusion of Alternative B1 which balances all the resources managed by the BLM.

I would like to encourage the BLM to  listen to the local community in Crawford, Hotchkiss and Paonia and adopt
the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal
is the right way to protect the Gunnison Watershed supporting farmers and building a sustainable rural economy on
Colorado's Western Slope.   Thank you.

Sincerely,

BLM_0127976

Melinda Doden

BLM_0127977

11/1/2016     DEPARTMENT OF THE INTERIOR Mail - UFO RMP. HYDROLOGIC REPORT NORTH FORK VALLEY. Addendum to Gershten Letter (sent by mail)



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP. HYDROLOGIC REPORT NORTH FORK VALLEY. Addendum to Gershten Letter (sent by mail)

1 message

**Mitchell Gershten MD <mjgershten@tds.net>**                              Mon, Oct 31, 2016 at 6:11 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Greetings,

I have recently made aware of this important paper which describes risks to water systems in the North Fork Valley with development of oil and gas wells. The BLM must take these risks into account when devising its final RMP and strategies for O and G leasing and development in this region.  The risks of permanent damage to ground water and aquifer systems is too great to permit any leasing in the North Fork Valley and its environs..  I urge your team to review this paper carefully and to note its findings in any final documents on this matter.

For this and other reasons already noted, I once again wish to express my support for Alternative B.1.

I do not, in any manner, support implementation of Alternative D.


GROUNDWATER SYSTEMS IN DELTA COUNTY, COLORADO: NORTH FORK VALLEY AND TERRACES AREA
GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models

Full article located at: http://www.heath-hydrology.com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf

Quote from conclusion:

*"The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail. "*

Kolm, K. E., and P.K.M. van der Heijde. 2012. *Groundwater Systems of Delta County, Colorado: Oak Mesa Area -- GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models (With Addendum)*. Report prepared for Delta County Board of County Commissioners, Integral Consulting, Louisville, Colorado.


_____
**Mitchell Gershten MD**
**15426 Fire Mountain Rd**
**Paonia, CO 81428**

BLM_0127978

BLM_0127979



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP comment

1 message

**robbie winne** <robwinne@hotmail.com>                           Mon, Oct 31, 2016 at 1:11 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Attn:  Barb Sharrow

District Manager

📄 **RML letter.docx**
    13K

BLM_0127980

To: Bureau of Land Management, Uncompahgre Field Office

Re: Comments regarding Draft Resource Management Plan & Environmental Impact Statement

Date: November 30, 2016

I have lived in the North Fork Valley for twenty-six years. I have worked in various fields but at present own and manage a retail business in Hotchkiss. In those years I have seen several cyclical boom/bust economic turns in the Valley. This latest one arrived on the coattails of the 2008 nationwide recession from which many of us have not yet risen to a modicum of prosperity. I cannot ignore the economic hardships that face us now; indeed, that have faced us starkly for the last eight years. However, dispensing of our precious resources in a way from which there is no return does not fit the definition of "multi-use" and does not seem to be the most far-sighted approach, or the most beneficial path to a lasting fiscal balance.

In the last ten years we have seen a steady growth of sustainable agricultural businesses: wineries, fruit orchards, cider production, organic vegetable farms, hops field (not to mention the still-problematic and hence undeveloped cultivation of legal marijuana). We are also anticipating a nascent mountain bike trail system with its attendant economic benefits. All of these businesses provide realized and potential tax bases, employment opportunities, and a positive regional brand that attracts visitors and investors. To overlook the multitude of rare scenic and regional attractions and risk undermining them, as the full implementation of extractive mining threatens to do, impacts our water sources, air quality, wildlife, recreational advantages, and biologic equilibrium. This, in turn, threatens our livelihoods, our collective health, and our enviable qualities of life.

The effects of extractive oil and gas leasing in communities have been observed and documented.  The impact of highly paid, transient work forces changes the economic and social structures of the communities that host the activity.  A boom economy creates a rampant inflation of services and property.  Businesses benefit in the short run from a boom, but social cohesion and long-term viability of these communities are deleteriously affected. The short-term gains in grocery, liquor, gasoline sales, for example, must be weighed against the loss of a more diverse economy that attracts businesses like tourism, recreation, and farming.  Not incidentally, these businesses are all thriving and in various stages of development in the North Fork Valley.  The costs to the infrastructure of a "boom town" are high.  Higher costs for road maintenance, public safety, and health and education services come with an industry that, after inhabiting a community, may leave it changed, denuded, unrecognizable.

As a property owner whose land use depends upon irrigation water for agricultural purposes and upon well water for household use, I urge you to adopt North Fork Alternative Plan B1 and to employ conservation protections included in Alternative B.  As a business owner, I urge a protective conservation approach toward our public lands in order to maintain our unique regional character and potential as a desirable destination for those who would continue to enjoy our agricultural diversity, our multi-use public lands, and our rural communities.

Thank-you for your consideration:

Roberta Winne

Owner:  The Rose

     130 W. Bridge St.  Hotchkiss, Co 81419

BLM_0127982

BLM_0127983

11/1/2016        DEPARTMENT OF THE INTERIOR Mail - Comments on Uncompahgre RMP from Board of County Commissioners of Gunnison County Colorado



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on Uncompahgre RMP from Board of County Commissioners of Gunnison County Colorado

1 message

---

**Laura Seymour** <LSeymour@gunnisoncounty.org>                              Tue, Nov 1, 2016 at 1:42 PM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: David Baumgarten <DBaumgarten@gunnisoncounty.org>

Good afternoon,

Please find a comment letter related to the Uncompahgre Draft RMP/EIS from the Board of County Commissioners of
Gunnison County.

Thank you,

*Laura Seymour*

Administrative Assistant III

Gunnison County Attorney's Office

200 East Virginia Avenue

Gunnison, CO 81230

Phone: (970) 641-7615

Fax: (970) 641-7696

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION

CONFIDENTIALITY NOTICE

This electronic transmission may contain confidential information belonging to the sender which is protected by the
attorney-client privilege.  The information is intended only for the use of the individual or entity named above.  If you are
not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in
reliance on the contents of this information is strictly prohibited.  If you have received this electronic transmission in
error, please immediately notify our office to arrange for return of the documents.

---

 **Final Uncompahgre RMP Comment Letter.pdf**
208K

BLM_0127984



**Gunnison County Board of County Commissioners**
Phone: (970) 641–0248 · Fax: (970) 641–3061
Email: bocc@gunnisoncounty.org · www.GunnisonCounty.org

November 1, 2016

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401
uformp@blm.gov

Re: Draft Resource Management Plan and Draft Environmental Impact Statement for the Uncompahgre
Field Office

Greetings:

The Board of County Commissioners of Gunnison County, Colorado ("Gunnison County")
appreciates the opportunity to comment, and respectfully submits these comments, regarding the
"Draft Resource Management Plan and Draft Environmental Impact Statement for the Uncompahgre
Field Office" ("RMP EIS").

Gunnison County appreciates that the RMP EIS presents five distinctly different alternatives.
Planning issues addressed included categories such as travel management, energy development,
recreation management, lands and realty/community growth and expansion, wildlife and fish, and
special designations. The draft alternatives also address designation of Areas of Critical Environmental
Concern and Wild and Scenic River suitability and findings.

The five alternatives can be summarized as:

<u>Alternative A</u>

Alternative A meets the requirement that a no-action alternative be considered. This alternative
continues <u>current</u> management and prevailing conditions derived from <u>existing</u> planning documents.

<u>Alternative B</u>

Alternative B emphasizes improving, rehabilitating, and restoring resources and sustaining the
ecological integrity of habitats of all priority plant, wildlife and fish species, while allowing appropriate
development scenarios for allowable uses. It particularly targets the habitats "needed for conservation
and recovery of federally listed, proposed, or candidate threatened and endangered plant and animal
species." RMP EIS, at ES-8.

200 East Virginia Avenue · Gunnison, CO 81230

Alternative B.1

Alternative B.1 is a partial alternative specific to oil and gas leasing and development in the North Fork and Smith Fork drainages of the Gunnison River. This alternative would close certain areas to oil and gas leasing and would also impose development setbacks with strict surface use restrictions, including "no surface occupancy", "controlled surface use", and timing limitations in places where leasing may be allowed. RMP EIS 8.

Alternative C

Alternative C provides for a mix of users on BLM administered lands and mineral estates that would be based on "making the most of resources that target social and economic outcomes, while protecting land health." RMP EIS, at ES-8.

Alternative D

"Alternative D is the agency preferred alternative, which emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape, including plant, wildlife and fish habitat. This alternative incorporates a balanced level of protection, restoration, enhancement and use of resources and services to meet ongoing programs and land uses. Goal and objectives focus on environmental, economic, and social outcomes achieved by strategically addressing demands across the landscape." RMP EIS, at ES 8-9

Gunnison County prefers the balanced approach that informs Alternative D, with the intent that the foundation, information, analysis and site specific conditions identified in Alternative B.1 will be brought forward to supplement and advise future oil and gas lease sale nominations.

Regarding livestock grazing, Gunnison County notes that Alternative D reduces allocated acres open for all classes of livestock grazing, reduces available animal units months, and closes certain acreage to livestock, as follows:

Livestock Grazing (acres)

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Allocated acres open for all | 658,540 | 510,076 | 647,900 | 611,560 |

| | | | | |
|---|---|---|---|---|
| classes of livestock grazing | | | | |
| Closed to all classes of livestock grazing (acres) | 17,260 | 165,730 | 27,900 | 64,240 |
| Available animal unit months (AUM) | 38,364 | 29,862 | 37,926 | 36,424 |

RMP EIS, Table ES-3, at ES 11

Regarding fluid mineral leasing, Gunnison County notes that Alternative D maintains to a great degree the acreage open to fluid mineral leasing, but would subject a much higher portion of those areas than currently subjected to both no surface occupancy constraints and timing limitations, as follows:

Fluid Mineral Leasing (acres)

| | Alternative A | Alternative B | Alternative C | Alternative D |
|---|---|---|---|---|
| Closed to fluid mineral leasing | 44,220 | 219,580 | 44,220 | 50,000 |
| Open to fluid mineral leasing | 871,810 | 696,450 | 871,810 | 865,970 |
| Open to leasing subject only to standard terms | 229,830 | 5,460 | 141,300 | 119,910 |

and conditions
(that is, <u>not</u>
subject to NSO or
controlled surface
use)

| <u>Open</u> to leasing subject to No Surface Occupancy | 720 | 97,960 | 7,620 | 50,580 |
| <u>Open</u> to leasing subject to Timing Limitations | 77,200 | 201,870 | 107,170 | 238,680 |

RMP EIS, Table ES-3, at ES 11-12

Regarding planning criteria and legislative constraints, Gunnison County notes:

This section includes as two of a number of planning criteria:

" • The planning team will work cooperatively with the State of Colorado, tribal governments, county and municipal governments…"RMP EIS, at 1-11.

" • Decisions in the RMP will strive to be compatible with existing plans and policies of adjacent local, state and federal agencies, as long as the decisions are consistent with the purposes, policies and programs of federal law, and regulations applicable to public lands." RMP EIS, at 1-11.

Gunnison County is concerned that the use of the word "adjacent"—when used to describe local government—suggests that BLM land somehow is separate from—and only neighboring to—private land in Colorado counties, and that local government regulation of uses on BLM lands is impliedly preempted. Neither statute nor case law supports this implication.

As Gunnison County noted in its correspondence dated May 16, 2016, to Mr. Neil Kornze, Director, BLM, regarding Resource Management Planning, Proposed Rules, Notice Federal Register, February 25, 2016, 81 FR 9674: "The proposal ignores that local governments have relevant police-power authority significantly more expansive than 'land use.' These authorities include protection of public health, safety and welfare, and environmental and wildlife protection considerations…" The RMP EIS terminology of "plans and polices…of local agencies" fails to take notice of the legal authorities of local governments.

As the Court of Appeals noted in <u>Board of County Commissioners of Gunnison County v. BDS International, LLC</u>, 159 P.3d 773,783 (Colo. App. 2006):

" Relying on the Property Clause of the United States Constitution, a panoply of federal laws concerning the use and disposition of federal lands, and case law from other jurisdictions, (Cross-Appellant) argues that the County may not implement any regulations concerning oil and gas operations on federal lands. We are not persuaded…(W)e conclude that neither the federal statutory scheme nor the case law relied upon by (Cross-Appellant) supports the conclusion that Congress intended to preempt all local regulation in the area of oil and gas operations (on federal lands)."

Thank you.

Paula Swenson, Chairperson      Phil Chamberland, Vice Chairperson   Jonathan Houck, Commissioner

BLM_0127990



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP comment letter
1 message

**Mitchell Gershten MD <mjgershten@tds.net>**                    Mon, Oct 31, 2016 at 6:19 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

**Mitchell Gershten MD**
15426 Fire Mountain Rd
Paonia, CO 81428

Please note that I review email no more than once every day or so and will respond when able.
Should you require immediate communication, input or action from me, please call 719-989-1570

Vigilance without conscious action is meaningless.



📄 **UFORMPGershtenResponse-rev.1.doc**
52K

BLM_0127991

Dana Wilson                                    Mitchell Gershten MD
BLM Uncompahgre Field Office                   Donna Gershten
2465 South Townsend Ave                        15426 Fire Mountain Rd
Montrose, CO 81401                             Paonia, CO 81428

October 15, 2016

Re: UFO-RMP Comment and Declaration of Impact from oil and gas development

Ms. Wilson,

After extensive review of the draft UFORMP, we offer the following summary of our comments:

1) The BLMs preferred alternative D is unacceptable to us.

2) We strongly support adoption and implementation of the North Fork Alternative Plan, B.1. Among other important findings, this plan clearly identifies lands that should be designated no-lease, no surface occupancy. This is a critical provision that should be included in any final draft of the RMP.

3) The Uncompahgre Resource Area and the North Fork Valley are unique in the west and every effort must be made to aggressively preserve the wild and rural characteristics of this region.

> -Risks of water and air pollution must be minimized.
> -Fragmentation of animal habitat and migration patterns must not be permitted.
> -Further industrialization of the public lands is unacceptable
> -Damage to wildlife grazing and wintering grounds must be avoided
> -Damage to world class recreational, hunting and fishing opportunities is not acceptable.

4) The BLM must complete more extensive analyses of the hydrology of the entire region but specifically of the North Fork Valley.  These data must be included in the final EIS prior to any consideration of leasing for oil and gas development.

5) The industrialization that would come with expanded oil and gas development activities in this region poses:

> a) an unacceptable risk of contamination of irrigation water & crops   from: chemical contamination, damage to irrigation canal access and  bridges, silting in of rivers and irrigation ditches, airborne volatile organic compounds and airborne silicates

BLM_0127992

b) an unacceptable risk to potable drinking water supplies for the towns of Somerset, Paonia, Hotchkiss, Crawford and Delta as well as for those individuals served by private water companies including:  Bone Mesa Water Company, Stucker Mesa Water Company, and  Pitkin Mesa Pipeline Company,

c) unacceptable risk of decreased monetary value and loss of investment in irrigation shares of multiple irrigation ditches in the North Fork (in effect- a taking by the Federal Government in the service of private industry),

d) unacceptable risks to already drought reduced, inadequate water supplies to support fracking and other drilling operations,

e) unacceptable risk to public health from airborne contaminants, ozone and smog,

f) uacceptable risk to farming operations and the broader economic viability in the North Fork.

6) Other valid concerns as regards further O and G development in the valley include:

a) the willingness of the BLM to offer leases on lands in which no gas is felt to  exist. This allows for speculative leasing and use of lands of trading chips to exact concessions from the agency, nearby landowners or municipalities.  Thus, while we support that the North Fork largely be designated a No Lease/No surface occupancy region, the BLM should lease only those lands, in which there is a high probability of success.

b) inadequate highways and insufficient funding to support frack fluid or waste water transport on existing roads,

c) decreased recreational and multiple use resource value on BLM lands from industrial oil and gas activities,

d) decreased quality of life for valley residents,

e) decreases in residential, farm and ranchland property values and

f) apiary issues

**Background:** We are farmers in the North Fork Valley and I am a physician working as an internist in Grand Junction.  We produce crops and fruit on our farm on Pitkin Mesa, near Paonia.  This production is done organically and feeds our family for most of the year.

**<u>Fire Mountain Canal:</u>** You may know that a significant portion of the valley receives its irrigation water from the Fire Mountain Canal that obtains the vast majority of its water largely from Paonia Reservoir.  This project was originally developed in partnership with the US Bureau of Reclamation and has a long, detailed history of its inception and construction which can be found on the Fire Mountain Canal and Reservoir website. The canal runs 34.7 miles from just west of Somerset to the west end of Rogers Mesa.  It runs at 175 cfs at its origin, supplying 488 shareholders with over 220,000 shares of water.  This is equal to approximately 300 acre-feet. These waters irrigate not only our farm, but also quite a number of commercially viable farm operations, large and small all along its length.  Simple perusal of maps of previously proposed leases and lands deemed available for lease in the UFORMP show that not only are these at the source waters for the Paonia Reservoir, but they also lie above and in some cases directly transect the canal itself.

There are multiple intolerable risks to this water supply system posed by any oil and gas development of these leases.  Erosions of soils, potential damage to the canal access points and bridges by truck traffic, spills of fuels and fluids in proximity to drainages spilling into the canal are all significant concerns. In addition, we have strong concerns about the contamination of the water by volatile organic compounds such as benzene, toluene, ethylbenzene, xylene, gasoline range organics, diesel range organics, methylene chloride, methane, methanol, isopropanol and others as well as precipitation into the water of airborne particulates known to be present in fracking operations including diesel exhausts, nitrogen oxides, ozone silica and others.  The presence of these and scores of other volatile compounds in the drilling pits associated with each well also poses an untenable risk to water and farming.  Recent disclosures about the association of the highly toxic compound hydrogen sulfide makes placement of any such operations near food production ill advised in the extreme.

The health effects of these compounds are very well understood by toxicologists and physicians, thus any close proximity of wells, drill pads and waste pits to water sources, farming operations and human habitations is simply unacceptable.

We can provide you with documentation of known chemicals in drilling operations and well pits if you wish.

There is also risk of major financial losses to owners of Fire Mountain shares.  At the present time, one share of Fire Mountain water costs approximately 330 dollars.  Calculations reveal that the current value of that water without including the costs of the entire infrastructure from the dam, spillways, gates and the canal proper is **$ 75,240,000**.  This is a very significant sum and the BLM should not carelessly place this value of the company and its shareholders at any risk if leasing proposed in the draft RMP is allowed to proceed.

Fire Mountain Canal shares are frequently bought and sold, have appreciated significantly over time and represent considerable value to individual portfolios.

BLM_0127994

Losses to company and shareholder value on the basis of any BLM decisions would be ill considered and will likely lead to legal actions to recover any losses. Further, given the investment of the US Bureau of Reclamation in this project, it seems short sighted to threaten it cavalierly.

Finally, as regards our ongoing drought, has the BLM completed studies addressing the adequacy of water resources for hydraulic fracturing on the scale proposed for this region ? What other resources will be sacrificed in order to provide for the many millions of gallons of water needed to frack each well ? Shouldn't stakeholders in those resources be consulted prior to taking these waters forever out of the usable supply ? Do the gas companies have a recognized Colorado water right for the waters they draw from streams nearby to their wells ? If not, how is it permissible for them to access those waters ?

**Domestic Water:** As Pitkin Mesa residents, we obtain our drinking water from the Pitkin Mesa Pipeline Company in which we hold a share. At present, each share is valued at $22,000 and there are ~ 195 shares operative ( 277 maximum permissible) with a total share value of nearly $ 4,290,000(maximum $6,094,000), again not including infrastructure.

Our springs are located on Gunnison National Forest lands about 9 miles north of Paonia in Sections 14 and 23, T12S, R92W and are charged by subsurface collection of precipitation percolating through talus and glacial deposits into groundwater storage. The springs are dependent entirely upon precipitation and surface runoff for their supply and recharge and do so from an area of greater than 1 square mile (data supporting this can be found at the Pitkin Mesa Pipeline Company office). Surface area collection for our springs makes it vitally important that air quality nearby the springs is maintained at the highest levels.

As described above, oil and gas operations are well known to emit compounds that could easily find their way into our drinking water supply. It is unknown how VOCs emitted from any operations would travel but this is a risk that we are not willing to accept. The BLM has the responsibility to avoid harm to citizens, property and their economic interests. Any precipitation of these compounds into our water is thus not at all acceptable and is to be avoided.

Further, the BLM appears to have inadequately addressed the hydrology of the Uncompahgre region in general and the North Fork Valley in particular. Until this is done, it appears premature to approve any activities with potentially adverse effects on water resources in our region. As such, we request here that prior to full implementation of the RMP, that the BLM complete and include a full and detailed description of and analysis of potential impacts to groundwater across the UFO resource area, and in particular in the North Fork region in its final Environmental Impact Statement.

**Health:** Many of our friends and neighbors suffer with reactive airways disease, coronary artery disease and COPD. Any degradation of air quality from particulates as well as organics will certainly lead to exacerbations in their health conditions. Further, it is well described from cities all across the country that the combination of particulate matter of 2.5 microns or less in diameter with volatile compounds including ozone leads to the production of smog.  In this closed valley, often prone to inversions, air quality will decline dramatically, at times further worsening the conditions of those with pulmonary diseases.

**Agriculture/Apiary:** While it is true that Delta County is one of the poorer counties in the state of Colorado, there are many farmers and ranchers here working hard to develop and maintain a strong and viable agricultural economy. Products from this valley, many of them organic, are highly valued, supporting restaurants in the nearby communities of Aspen, Carbondale, Glenwood Springs, Delta, Montrose and Denver.

Viticulture is becoming an important area of economic vitality as well and wines from the valley are regularly recognized for their quality.  This valley has long produced high quality beef, lamb and cheeses from its prized hay and waters.

The valley was recently recognized as "***An American Provence***" by UCCS geographer Thomas Huber.  It has taken decades for the people of this valley to develop the characteristics that make it so. It is thus painfully obvious from state experience with oil and gas development that placing such operations here will ruin this forever.  Destroying the decade's long efforts and financial investments of many hundreds of people in creating and cultivating a special agricultural zone is callous, rude and utterly unacceptable.

We are not able to calculate the total value of the infrastructure related to agriculture, nor do we know the combined annual revenue from agricultural operations in the North Fork.  We are certain, however, that this number is quite large and thus detailed deliberations should be made before placing any of that value at unnecessary risk from oil and gas operations.

Finally, loss of agricultural resources translates into further job losses for the area, many for people whose families have lived here for generations.  Processes replacing people who know and have close ties to the lands with a transient workforce of 'roughnecks' seems ignorant of basic human cultural values.  These values should never be sacrificed in the pursuit of profit.

We raise bees on our farm for honey production and for pollination purposes.  We know at least of 5 other producers here on Pitkin Mesa.  Some of these are commercial ventures.  Bees are very highly sensitive to organic toxins, both in proximity to the hives as well as from collection from flowers.  Airborne organic compounds have been shown to readily precipitate and to adhere to many plant parts.  Concentration of these organic compounds within hives has been shown to

BLM_0127996

lead to hive non-viability and death.  Colony Collapse Disorder was first noted here in the US in 2006.  While many have impugned the Varroa mite and have also discussed the likely multifactorial etiologies for this, there is extensive literature discussing the role of pesticides and other organic compounds in the deaths of bees. Bees are enormously important to agricultural operations and the risks of nearby drilling are simply too great.

**Recreation:** Our family uses many of these lands for recreation and has done so for years.  The land is rich in diversity and beauty and we regularly hike, bike and camp on these lands.  Many of our neighbors and friends ride horses and hunt on some of these lands as well.  The presence of access roads, frack trucks, rigs, wellbores, compressors, diesel engines, waste pits etc. will forever alter the character of these lands and ruin them for all other uses.  Damage to wildlife habitat and ungulate migration patterns is also of great concern. These operations have been well documented to alter life histories and migration patterns of many species of animals. Pollution of local streams, ponds and springs would contribute further to unnecessary stress on wildlife. Already this is being noted to have affected herds in the Northwest portions of the state, from the Piceance region onward. Decline in herd viability and numbers have been noted, and rather than address the root cause of these losses, managers are now seeking to extirpate critical predator populations rather than address a powerful industry's predations.  This is simply wrong and we do not wish to see similar issues here.

As you well know, found within the UFO lands are three wilderness areas, the West Elks, the Gunnison Gorge and Snowmass-Raggeds.  In addition, close by there is the Black Canyon of the Gunnison National Park.  Degradation of wilderness values by air pollution or increased industrial traffic to and from any oil and gas operations nearby is also unacceptable and must be considered in any leasing decision for this and other areas.  Wilderness areas and the National Park bring tourists from all over the world to enjoy these high quality lands and vistas and these tourists help inject much needed capital into our local economies.  As such, the BLM would do well to promote these aspects of our public lands, rather than those that are merely extraction based.

At present, there is no means to transport any significant volume of recoverable gas from the valley. With exception of the Bull Mountain facility, there is no pipeline infrastructure in place and planning, permitting, and constructing any such pipelines is years in the future.  The closest gathering and pipeline facility is many miles away from proposed lands considered for leasing and getting a pipeline built to link up with it would also be years in the future, if even feasible in the least.

**Transportation:** While there are three main approaches into the valley, none are even remotely adequate to handle the volume of truck and drilling equipment traffic that would ensue from development of these parcels.  Two of the access roads are mountainous and significantly curved, making a risk of accidents and rollovers with their attendant spills of toxic materials unacceptably high.

BLM_0127997

Further, Hwy 133 near the Paonia Reservoir is famously unstable with shifting soils that even now, without major truck traffic is subject to frequent rockslides and damage. The toll on the infrastructure from industrial activities will be devastating and would adversely affect the day-to-day transportation and commerce of the local community. This is not acceptable.

In closing, the BLM must recognize that there are other values deeply important to people and to the nation, and that these values are equally if not more important than the mere extraction of minerals and materials from public lands. The BLM has a duty to us and to the country to perform its responsibilities with as little damage as possible to competing interests of high societal, economic and cultural value. We recognize that the agency takes it mandate from the Congress and that it must act in accordance with the Congress dictates. However, it is also an agency that must balance those mandates with the competing desires offered by citizens. It is our strong desire that the North Fork Alternative Plan be adopted as the preferred option for the UFO RMP. At present, the draft document has not adequately considered all the options sufficiently and we request that it not proceed until subsequent drafts do so.

Thank you for your time and attention. Please respond in writing.

Sincerely,


Mitchell Gershten MD


Donna Gershten



Cc::    Ruth Welch, Colorado State BLM Director
        Neil Kornze, BLM National Director
        United States Senator Cory Gardner
        United States Senator Michael Bennet
        Congressman Scott Tipton
        Governor John Hickenlooper
        State Senator Kerry Donovan
        State Representative Millie Hamner
        Delta County BoCC
        Gunnison County BoCC

BLM_0127999

10/31/2016                          DEPARTMENT OF THE INTERIOR Mail - Fwd: BLM UFO draft RMP Comment Letter



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: BLM UFO draft RMP Comment Letter
1 message

**Pfifer, Teresa** <tpfifer@blm.gov>                                    Mon, Oct 31, 2016 at 4:17 PM
To: BLM_CO UFO_RMP <uformp@blm.gov>

---------- Forwarded message ----------
From: **Natasha Leger** <natasha@citizensforahealthycommunity.org>
Date: Mon, Oct 31, 2016 at 4:07 PM
Subject: BLM UFO draft RMP Comment Letter
To: director@blm.gov
Cc: Millie Hamner <rephamner@gmail.com>, mtupper@blm.gov, mnedd@blm.gov, rwelch@blm.gov, tpfifer@blm.gov, jmeyer@blm.gov

Dear Director Kornze,

I am submitting the attached letter on behalf of Colorado State Representative Millie Hamner for your consideration. A copy will also be mailed to you via USMail.

Sincerely,
Natasha

Natasha Léger

Interim Executive Director

Citizens for a Healthy Community

Direct: 303-667-1544

natasha@citizensforahealthycommunity.org

www.citizensforahealthycommunity.org

---


**Millie Hamner_BLM Letter Final_signed .pdf**
303K

BLM_0128000

State Representative
MILLIE HAMNER
Colorado State Capitol
200 East Colfax Avenue, Room 307
Denver, Colorado 80203
Capitol: 303-866-2952
Email: millie.hamner.house@state.co.us



## COLORADO

### HOUSE OF REPRESENTATIVES

STATE CAPITOL

DENVER

80203

October 27th, 2016

Dear Director Kornze,

I represent citizens in the North Fork Valley of Southwest Colorado and support the work that Citizens for a Healthy Community (CHC) has done to protect them from the potential impacts of oil and gas development in the Delta County water, air and foodshed. I respectfully request that the Bureau of Land Management (BLM) Uncompahgre Field Office adopt the most protective possible management measures when considering oil and gas leasing in its revised Resource Management Plan for public lands and federal minerals in the North Fork Valley area.

CHC along with six other community organizations representing diverse interests in the North Fork Valley, including ranching, farming, wine making, real estate, and business submitted a community alternative called the North Fork Alternative for BLM's consideration in revising the Uncompahgre Field Office Resource Management Plan. I want to thank BLM for including it as a sub-alternative among the four alternatives BLM is considering. I understand that this alternative, which would close 75% of public lands in a sensitive watershed to oil and gas leasing was not included in the preferred alternative. I also understand that BLM did not consider a reasonable no-leasing alternative for the sensitive area, which if contaminated would potentially destroy the State of Colorado's largest concentration of organic farms, and a significant foodshed.

Throughout my six years as the State Representative for HD61, I have fought to conserve our district's clean air and fresh water, and have worked hard to protect my constituents from potential deleterious impacts from oil and gas development in residential areas. As part of my efforts, I have promoted the use of sound science in decision-making, and advocated for regulations that put the health and safety of my constituents first. Activities on public lands should not have the potential to destroy clean air, abundant fresh water and foodsheds, which the public depends on. The North Fork economy, the recreational opportunities it provides, and the hundreds of thousands of people who depend on the food produced here rely on clean air and water. Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines could be seriously impacted by air pollution or surface, ground, and/or water contamination that have been linked with oil and gas extraction.

To my knowledge, BLM has not conducted a human health impact assessment, analyzed new hydraulic fracturing and multi-stage drilling technologies, taken a hard look at the implications of climate change on the region, the local economy and other resources BLM is obligated to manage, nor considered the impact of the rural gas gathering lines exemption from Federal pipeline integrity regulations.

I have seen overwhelming opposition from my constituents to oil and gas leasing proposals in the North Fork Valley area. I share their belief that the North Fork Valley is a special place that must be protected from oil and gas development. Thank you for your consideration.

Sincerely/Respectfully,

State Representative Millie Hamner,
Colorado House of Representatives - District 61

Cc:

Sally Jewell
Secretary
US Department of the Interior
1849 C Street, N.W.
Washington DC 20240

Janice Schneider
Assistant Secretary for Land and Minerals Management
US Department of the Interior
1849 C Street, N.W.
Washington DC 20240

Mike Tupper
Acting Assistant Director, Resources and Planning
Bureau of Land Management
1849 C Street NW, Rm. 5644
Washington DC 20240
mtupper@blm.gov

Mike Nedd
Assistant Director - Energy, Minerals, and Realty Management
Bureau of Land Management
1849 C Street NW, Rm. 5625
Washington DC 20240
E-mail: mnedd@blm.gov

Ruth Welch
State Director
Bureau of Land Management
2850 Youngfield Street
Lakewood, Colorado 80215-7093

Barb Sharrow
District Manager (Acting)
Bureau of Land Management
2465 South Townsend Avenue
Montrose, Colorado 81401

Dana Wilson
Uncompahgre Field Office Manager (Acting)
Bureau of Land Management
2465 South Townsend Avenue
Montrose, Colorado 81401

10/31/2016                    DEPARTMENT OF THE INTERIOR Mail - Response to Draft Resource Management Plan 1610 (COS050)



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Response to Draft Resource Management Plan 1610 (COS050)

1 message

**Luke Tembrock** <101020tembrock@gmail.com>                    Mon, Oct 31, 2016 at 3:32 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Dear UFO BLM,

Please see attached document for my response to Draft Resource Management Plan 1610 (COS050). Thank you for your time and consideration in this matter.

Sincerely,

Luke R Tembrock, Ph.D.
Research Scientist
Bioagricultural Sciences and Pest Management
Colorado State University
Fort Collins, CO 80523
Phone 970-490-4467

---

📄 **Tembrock RMP Comments 20161031.docx**
9179K

BLM_0128003

Date: 31 October 2016

Subject: Response to Draft Resource Management Plan 1610 (COS050)

To: Bureau of Land Management Personnel

From: Luke R Tembrock
PhD Research Scientist, Colorado State University
Entomological Society of America member
Colorado Native Plant Society member
COPMOBA (Colorado Plateau Mountain Bike Trail Association) member

**Introduction**

I am writing to respond to the draft resource management plan 1610 (COS050) such that my comments regarding resource management in the area under question are included in public record.

I was born and grew up in the area included in the RMP specifically 1045 3100 Rd, Hotchkiss CO. We raised apples on our land and as such benefited from one of the most important resources coming from surrounding public lands – irrigation water. I currently live in Fort Collins, CO but my parents and numerous friends still live in the area. As such I travel back to the North Fork area and the Western Slope on a regular basis to visit my friends and recreate on the beautiful public lands in the area. I hope to return to the North Fork as a permanent resident and therefore I see my comments as directly affecting the place I will one day live.

In recent years I have started to advocate on behalf of the citizens of the North Fork in regards to developing a stronger recreation economy. This advocacy was amplified when the coal mines in the area began to close and a need for a diversified economy became apparent. I do not have any specialized education associated with recreation economics aside from my direct engagement with the activities I love most – mountain biking and skiing as well as backpacking rafting, fishing, botanizing, hunting (animals and fungi) and rock climbing. From my perspective I have seen these activities when properly managed by federal agencies, participants, and local governments salvage former mining camps such as Moab and Crested Butte into world class communities for recreation. The upper North Fork has an immense capacity to host a vibrant recreation economy but without cooperation and development from federal agencies, recreation groups, and local governments the benefits will largely be unrealized.

In addition to my interest in seeing a thriving recreation economy develop I work as a research scientist at Colorado State University where I study the impact of invasive species to crop systems as well as how human activities impact the genetic diversity of both cultivated and wild plant species. As such my comments will also reflect my professional perspectives in regards to how resource management could impact the biological and agricultural systems in the area being considered for draft resource management plan 1610 (COS050).

**Alternative B and B.1**

In my opinion I find alternative B and where it applies B.1 to be the best management strategies for the preservation of ecosystem processes, species diversity and by preserving these natural processes and aspects also the best management strategy for developing a robust economy centered on outdoor recreational activities. I respond to specific details of the RMP in the subsections below. If not otherwise discussed in a subsection I support alternative B or B.1 where it applies.

*Climate* (lines 16-21)
I support alternative B or D (same wording) in this section because these plans implement active strategies in studying and responding to the effects of climate change while the other plans have no such measures. In addition alternatives B and D implement the best strategies (lines 20 and 21) for the survival and preservation of plant populations.

*Land Health* (lines 22-27)
I support Alternative B as it encompasses all lands in stabilization actions not just ACECs WSAs and other specified areas as in alternative D.

*Soils and Water Resources* (lines 28-58)
I support alternative B and B.1 where it applies because this strategy applies the strongest protections to reduce soil erosion and thus protect water quality. In particular the reduction of selenium and saline runoff into fresh water systems. Selenium has been shown to be a major problem for human and environmental health and measures to reduce its release into water ways should be taken (e.g. http://www.who.int/water_sanitation_health/dwq/chemicals/selenium.pdf)

*Vegetation* (lines 59-92)
I support alternative B because it provides for revegetation actions in all suitable areas not just ACECs WSAs and other specified areas as in alternative D. A thriving plant ecosystem is the basis for healthy wildlife and the primary mechanism in preventing erosion and thus maintaining healthy waterways. In regards to line 88 referring to weed control actions in BLM areas I support alternative B because it is the only alternative that employs "early detection and rapid response". This is the best means of weed control as it is most effective in eliminating an invasive species and requires the least amount of resources to do so (e.g. http://www.fs.fed.us/invasivespecies/documents/FICMNEW_EDRR.pdf).

*Cultural Resources* (lines 207-238)
I support alternative B because it provides the best protection for and interpretation of the numerous historical sites throughout the planning area. I did not see inclusion of the Eagle Rock archeological site (38.7747, -107.8884)in list of historical sites, which should be included as it is one of the most important paleo-indian finds in North America (e.g. http://www.gjsentinel.com/news/articles/eagle-rock-shelter-north-of-delta-on-gunnison-pred).

BLM_0128005

Preservation and interpretation of such cultural sites is essential in developing a robust recreation economy (e.g. https://www.nps.gov/meve/learn/news/13_05_ecobene.htm).

*SRMAs* (lines 377-428)

I fully support the designation of Jumbo Mtn as an SRMA (and all others as delineated in Alt. B) as proposed in alternative B.1 (that is all BLM lands on Jumbo Mtn up to the boundary with USFS land on the eastern perimeter) with the exception of the prohibition on competitive events (Appendix J-28, SRPs). It is important to the economy of Paonia to be able to hold several non-motorized competitions on the Jumbo trails every year as these events can be major economic drivers for the community (e.g. http://www.steamboattoday.com/news/2013/may/19/biking-series-part-2-how-fruita-did-it/; http://www.pinkbike.com/news/economic-impacts-of-mountain-bike-tourism-2016-update.html; http://headwaterseconomics.org/wphw/wp-content/uploads/Trail_Study_13-coldwater-mountain-bike-trail.pdf).

In the North Fork area essentially no established mtn biking areas exist (see https://www.mtbproject.com/) despite numerous landscapes with superb terrain for mtn biking. The trails on Jumbo have been built outside of established protocols and as such cannot be utilized for the gain of the community as trail systems like 18 road in Fruita (e.g. http://www.gjsentinel.com/sports/articles/a-good-change). In my opinion the trails on Jumbo surpass those at 18 Rd but without the initial backing from the BLM to create an SRMA the full potential of the Jumbo trails cannot be realized. Support has been building for Jumbo to become an SRMA with the town council, and local trail advocacy and mtn bike clubs fully supporting the jumbo SRMA as outlined in alternative B/B.1. In addition to the economic gains that could come about from designating Jumbo as an SRMA, the acknowledgement of trails on Jumbo will allow trail building expertise, environmental considerations, signage, and enforcement to come together to produce a more sustainable trail network. Lastly the location of the Jumbo trails is quite unique in that the trails are located very close to town and thus the type of impacts on the land seen at locations like 18 rd can be shifted to the urbanized areas of Paonia reducing the impact to natural landscapes.

In addition to the trails on Jumbo, I and other active community members (please cross reference with the COPMOBA/DAMB RMP letter for specifics on these areas) are interested in developing mtn bike trails on Young's Peak north of Crawford, McDonald Mesa North of Youngs Peak area, Elephant Hill south of Jumbo Mtn, Stevens Gulch area North of Jumbo, Paonia State Park/Paonia reservoir area, Hotchkiss High School Area, Powell Mesa/Oak Mesa, and North Delta. The protections and resources that come with an SRMA or ERMA would make trail development in these areas easier but as this is out of the prevue of this RMP I will make mention of this conceptual proposal in hopefully informing the upcoming travel management planning that is to come about after approval of the latest RMP. As the designation of SRMAs and ERMAs requires extra agency funding we would actively seek outside funding from USDA rural develop grants, Great Outdoors Colorado, and private donors to construct and maintain trails in these areas and defray expense to the BLM. I include maps below of Jumbo Mtn, Elephant Hill, and Young's Peak. Conceptual and existing trails can be explored in detail at (http://caltopo.com/m/87L0).

BLM_0128006

Thank you for your time and consideration – please feel free to contact me regarding my comments

**Map Descriptions**

*Jumbo Mtn*
All routes shown in yellow and red are existing routes (except for the red route leading north from slantindicular). All segments in blue are proposed connector routes.

*Elephant Hill*
All solid yellow routes are proposed routes for non- motorized travel. Dotted yellow routes represent non-motorized winter routes located on preexisting roads.

*Youngs Peak*
All routes shown in red or yellow are proposed routes. Some primitive trails exist in the western area of Young's peak.

Please note that these plans represent proposed routes and are in the conceptual stages only and will be refined at a later date when preparing for a formal proposal.

BLM_0128007



BLM_0128008

BLM 0128009





BLM_0128010



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BCAS comments on RMP
1 message

---

**Bill Day** <billday@paonia.com>                                    Mon, Oct 31, 2016 at 5:16 PM
To: uformp@blm.gov

Hi,

I am attaching UFO RMP comments from Black Canyon Audubon Society.

Thanks,

Bill Day

---

📄 **BCAS UFO RMP comments Oct 16 JH and BD review 2.docx**
44K

---

BLM_0128011

October 30, 2016

RE: UFO Draft RMP

Black Canyon Audubon Society
PO Box 387
Delta, CO  81416
www.BlackCanyonAudubon.org

UFO Decision Makers,

Thank you for the opportunity to comment on the Bureau of Land Management – Uncompahgre Field Office (BLM-UFO) Resource Management Plan (RMP). Following are the comments from Black Canyon Audubon Society, which has approximately 300 members, most of whom live in the UFO planning area:

We appreciate all of BLM's work on the RMP.  We consider it to be extremely important and a big improvement over the current plan. Most of the Draft RMP agrees with our general public land planning beliefs, including the following:

- Planning has to look at future conditions, including climate, demographics, and what the real economy will be like, not what it has been or we wish it would be.
- With the future population and recreational use, the multiple-use mandate can only be achieved through zoning and special designations. Unfortunately, it takes more planning to achieve the same results when we have more people.
- No Surface Occupancy (NSO) and No Ground Disturbance (NGD) stipulations should be used to protect much of BLM surface ownership.
- Cumulative impacts should be considered, including past actions or inactions as well as future actions.

To briefly summarize our view of the RMP, we believe that only Alternatives B and B1 adequately address our interests in many parts of the plan. Only Alternatives B and B1 really plan for long- term and UFO-wide wildlife habitat, and for non-consumptive uses and non-motorized recreation. Our most serious problem with the other alternatives is their lack of habitat connectivity and shortage of undeveloped core areas of habitat.

Following are our comments on specific lines of the alternatives and their impacts:

Table 2-1, page 2-11, **Restrictions for Ground Disturbing Activities, No Ground Disturbance.** Alternative B is excellent, and is very important. The other alternatives do not include enough NGD.

The following lines are from Table 2-2:

Lines (L) 17-19. The actions here are the same, but they all require preserving connectivity, which shows the necessity of incorporating all of the Ecological Emphasis Areas (EEAs) from Alternative B into the preferred alternative. BLM discusses this on page 4-151, and we agree. "These protections would

| Deleted: |
| --- |

| Deleted: |
| --- |

provide the most intact natural landscapes, the greatest amount of corridor conservation for species movements, and the greatest resiliency against climate change or other long-term changes that might require species or communities to move over time."

L 44. **No lease setbacks.** The larger setback from Alternative B1 is better.

L 45-50, and L55. **Municipal water setbacks.** No Surface Occupancy stipulations as described for Alts C and D do not allow for as much protection of this critically important resource as No Lease. Under C and D horizontal drilling could occur sub-surface under a flood plain, irrigation canal, reservoir, and water course, introducing the possibility of major water pollution and degradation. The rationale for larger setbacks and/or No Lease stipulations can be found by examining how far toxic chemical plumes have travelled at various locations around the state, such as at Leaking Underground Storage Tanks and chemical use facilities at Commerce City and Denver. For example, the underground VOC plume and Superfund clean-up at Chemical Sales Co. covered 5 square miles. L 69. **Exemplary, ancient, rare, and relict vegetation.** Only Alternative B has NGD and NSO stipulations. These should be in the final preferred alternative.

L 71. **Non-game wildlife.** Alternative B is good. We do not agree with Alternative D's plan to manage all land primarily for resource production and big game, except for special designations and a few others. This prioritization needs to change and/or all of the proposed EEAs and Areas of Critical Environmental Concern (ACECs) from Alternative B need to be included in Alternative D.

L 103-105. **Ecological Emphasis Areas (EEAs).** Numerous reasons, from page 4-129 and 130, and Volume 3 Appendix D introduction, from this RMP show that only Alternative B is sufficient. All of the EEAs in their full size and management from Alternative B should be incorporated into the final preferred alternative. Among these reasons are the previously mentioned need for more elevations for wildlife to use in adapting to climate change; the loss of most migration routes in the past, which should be considered under cumulative impacts of past management; and the importance of big game on local economies.

The Naturita, Dry Creek, Tabeguache, and Adobe EEAs should be carried forward to the preferred alternative in their full Alternative B sizes. Adobe, as it is in Alternative D, is insufficient because much of the white-tailed prairie dog habitat is omitted. This includes one of the UFOs few recent burrowing owl nests.

L. 127. **Migratory birds.** Alternatives B and D are good. Lines 126 and 128 are good in mentioning lists of species, but don't tell us what actions might be taken. In all cases, the habitat needs to be protected even when the birds are not nesting.

L 133. **Special Status and Sensitive Species (SSS).** Maybe some combination of Alternatives B and D would be better. Preserving habitat is usually best, but Alternative D doesn't include enough habitat protections. Apparently no Pinyon-Juniper species are included in Alternative D.

Deleted: ¶
¶

Deleted:

Deleted:

L 177. **NGD in prairie dog towns.** Alternative B is better because of the slightly earlier closure, but NGD should apply all year, because of the status of the two prairie dog species and other SSS that rely on them.

L 178. **No shooting in prairie dog towns.** Hunting could be allowed, but not target shooting, which could be done elsewhere. It is hard to say that BLM is trying to preserve the Special Status Species otherwise.

L251. **Visual Resources.** Alternatives B and B1 are much better for wildlife and recreation. We agree with this RMP in Volume 2, page 4-132 that Visual Resource Management (VRM) Classes I and II are important.

L 265. **Lands with Wilderness Characteristics (LWCs).** We agree with this document, which calls LWCs core areas regarding wildlife on page 4-154. All of the few remaining eligible areas should be managed to protect their wilderness characteristics.

L 332-336. **No Leasing (NL) and No Surface Occupancy (NSO).** We generally agree with Alternative B1 regarding Line 333, No Leasing and Line 336 No Surface Occupancy stipulations. NSO is especially needed for Exemplary vegetation, all EEAs, the larger four- mile buffer around Gunnison sage-grouse leks, VRM Class 1, and for the areas described in Alternative B1's list, including setbacks from water, agricultural areas, and big game migration corridors.

L 380. **Special Recreation Management Areas (SRMAs).** We favor SRMAs in general and support BLM's effort to manage these areas through zones. We are concerned about the possibility of causing too much human activity to be drawn towards some of the most important wildlife habitat, which is discussed well on page 4-135. Recreation, especially motorized recreation, has to be planned carefully in or near the EEAs and other important wildlife areas. Most of these areas, such as Jumbo Mountain (in its Alternative B full size), are probably fine. It is pretty hard for commenters to tell how the areas overlap, with which uses and zones in different alternatives. BLM has to plan this very carefully, regardless of what general comments say. Dry Creek, Spring Canyon, and Ridgway/Kinikin Hills might be especially important ones to look at closely.

L 478 and 480. **Travel closures.** Alternative B is better because it has more ACECs and EEAs and includes elk calving areas.

L 524. **Areas of Critical Environmental Concern (ACEC).** Again, we prefer Alternative B. Proposed areas that don't qualify have already been eliminated. La Sal, Salt Desert, and Tabeguache should be included in the final preferred alternative. Some of the others, including the Gunnison Sage-grouse ACECs, should get at least EEA or similar status.

L 586. **Wild and Scenic Rivers.** It is hard to see why any of the segments that are really suitable would not be included. If any have to be left out, maybe segments too small to manage could be. Alternative B makes more sense.

Page 3-66. **Habitat fragmentation is understated.** The part about damaging some species and benefiting others is misleading. Typically, fragmentation is detrimental to species (such as Sage-grouse) that can

BLM_0128014

afford disturbance the least because they have already declined. Changes resulting in habitat fragmentation usually only benefit the few species (ravens, red fox) that are already increasing.

Page 3-80. **Prairie dogs.** BLM accurately says threats include plague, habitat loss, and recreational shooting. BLM has most of the responsibility for the survival of these two declining species and for the other species that depend on them.

P 3-82. **Burrowing owls.** Burrowing owls have been observed for most of the last several years in the part of the Salt Desert ACEC that is not proposed as an EEA in Alternative D, according to reports on West Slope Birding Network.

Deleted:

Volume 2, pages 126-135. This section (4.3.5 **Environmental Consequences, Fish and Wildlife**) is all very good, and explains very well why only Alternative B satisfies the Multiple Use components of wildlife and non-motorized recreation, especially regarding the designations of LWCs, EEs and ACECs. All of the travel management and energy citations on pages 129 and 130 should be considered in every part of the RMP.

Page 4-8. **Cumulative impacts.** We like the example of migrating elk as a resource that has been affected by past and current actions. This is exactly the case (along with mule deer) throughout the UFO and is why we believe all of the proposed EEAs from Alternative B should be in the eventual preferred alternative.

Page 4-142. **Special Status Species.** The bullets on NGD and especially on roads are good. Road density and distance of roads from Special Status Species is as important as anything in this plan. This is why we need more EEAs, LWCs, and ACECs in Alternative D.

Page 4-153. BLM discusses the much lessened impacts to Special Status Species under Alternative B, due largely to the larger area of EEAs and ACECs. This summarizes what we think is the most important part of the RMP, and why we want to see all of these protected areas put into the final preferred alternative.

Deleted: ,

Pages 4-460 and 461. We agree with BLM that special designations, including wilderness, increase nonmarket values, property values, and economic activity. Actions that emphasize resource development have greater negative impacts on nonmarket values and quality of life. This applies to oil and gas development in particular.

Page 4-484. **NEPA requirement for short term use versus long term productivity.** As BLM states, Alternative B provides the greatest long-term productivity. This should be a big part of planning, and it makes it hard to justify considering the more resource production oriented alternatives.

Deleted:

Volume 3, Table B-6, **No Ground Disturbance stipulations for surface disturbing activities.** Alternative B is excellent. Alternative D does not have enough regarding soil, wildlife, visual resources, cultural, hydrology, public water, SRMAs, or ACECs. The LWC stipulations in Alternative D should be extended to all or most of the above.

Finally, we urge the BLM to take a serious look at "No Exit: Fixing the BLM's Indiscriminate Energy Leasing," published by The wilderness Society https://wilderness.org/sites/default/files/TWS%20No%20Exit%20Report%20Web.pdf ).

**Deleted:** (

This report's veracity is born out by the RMP's preference to lease roughly 95% of the acreage within the UFO analysis area.  Given that the US is now producing much more oil and gas domestically than it is using while damaging more habitat and non-mineral resources than at any time in the past century, it hardly makes sense for BLM to continue down the path of indiscriminate wholesale leasing.  The glut of oil and gas is expected to continue for the near future while the extinction of flora and fauna species is expected to accelerate.  It seems that the BLM is continuing the abandonment of its multiple use mandate in favor of leasing to multinational corporations for speculative purposes.  This leasing obsession also flies in the face of the recent Paris Agreement on Climate Change.  It is hypocritical to promise the rest of the world that we will reduce greenhouse gases as soon as possible while simultaneously encouraging domestic fossil fuel extraction via the BLM's leasing program.  The BLM should adopt a policy of carefully analyzing its energy leasing program as well as site specific projects as it relates to the Paris Agreement and the quantities of greenhouse gases either generated or prevented from entering the atmosphere. Summary

**Deleted:** ¶
¶

To summarize some of our main points, we think the BLM-UFO RMP document contains sufficient reasons to incorporate all of the EEAs and LWCs and nearly all of the ACECs from Alternative B into the final preferred alternative. This is the most important part of the plan for long-term preservation of the remaining wildlife core areas and connectivity of the UFO. We also support Alternative B1 regarding oil and gas development, and Alternative B regarding NGD stipulations.

**Deleted:**

These points are all made again in Table 2-6, Summary Comparison of Environmental Comparisons, especially on Lines 6 and 9 (No ground disturbance), Line 15 (Fish and Wildlife / EEAs), Line 18 (Special Status Species), Line 34 (LWCs), Line 43 (Fluid minerals), Line 65 (ACECs), and Line 87 (socioeconomics).

**Deleted:** ¶

Thank you for considering our comments.  We look forward to working further with the BLM and would be happy to provide additional information on any of our comments if needed.  We also look forward to finalization of the Resource Management Plan.


Sincerely,

Jon Horn

President, Black Canyon Audubon Society

(970) 209-5404

BLM_0128016

Jon Horn       Bill Day       Robin Nicholoff

Black Canyon Audubon Society
PO Box 387
Delta, CO 81416
billday@paonia.com

Deleted: ,

BLM_0128017



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Persource Management Plan
1 message

---

**Leonard Chmiel** <chmiel@tds.net>                                      Mon, Oct 31, 2016 at 5:50 PM
To: uformp@blm.gov

Dana Wilson                                        Leonard Chmiel

BLM Uncompahgre Field Office                        Nancy Bogenrief

2465 South Townsend Ave                            12255 3600 Rd. Mountain Rd

Montrose, CO 81401                                 Hotchkiss, CO 81419

October 3o, 2016

Re: UFO-RMP Comment and Declaration of Impact from oil and gas development

Ms. Wilson,

After review of the draft UFORMP, we offer the following comments.

We appreciate the opportunity to comment on the Uncompahgre Field Office's draft Resource Management Plan (draft RMP).

I've lived in the North fork Valley for 16 years. I have witnessed a marked shift in the economy here in this short period of time. New full time residents have supplanted the traditional sources of income. Doesn't seem the draft Preferred Alternative RMP recognizes that fact, and it is an important fact.

The Uncompahgre Field Office planning area in the preferred alternative RMP hasn't taken into account that the Valley community has become the creative and entrepreneurial locus of a for all of Western Colorado, for many in Utah and the Front Range.

The draft RMP only briefly mentions current direction of agriculture in the North Fork Valley. This is a gross omission. Organic farming, ranching, orchard culture, and vineyards including my own are having a pronounced economic effect and will become even greater in the future. The advent of High Speed Internet provided by DMEA in the near future will provide high tech entrepreneurs with the incentive to move here. This addition to the Valley's community will broaden the economic base for all of Delta County. These folks will be moving here for the benefits of the Valley as it is now, not for minimal opportunities for employment from leasing of it's surrounding BLM lands, To imagine this influx of people moving here to enjoy the "benefits" of industrialization of the valley is a bit of a stretch.

**40 CFR 1502.15** in my understanding, requires a succinct description of the environment of the area that is under consideration. Seems to me this has not been done in the BLM Preferred Alternative and is a glaring omission of this requirement.

As mentioned above, I have been a resident of the North Fork Valley for 16 years.  I've invested in planting of over three hundred trees, in the construction of a home, and studio. I am a professional artist and have been all my working/adult life. My paintings are in the collections of several major museums, including the Denver Art Museum, The Autry

---

DEPARTMENT OF THE INTERIOR Mail - Persource Management Plan

Museum of the American West Los Angeles, the National Cowboy and Western Heritage Museum in Oklahoma City, The National Western Stock Show Coors Invitational in Denver, the Santa Fe Art Museum and the Steamboat Springs Art Museum. The latter mounted a 51 piece retrospective of my 45 years as a fine artist this last December.  A 200 page book of my work distributed by the University of New Mexico press in 2011 has sold well over 1800 copies to date. A second edition has been discussed. The book includes images of many paintings done from hikes locally and indeed from my own property. I moved to the valley because it and it's surrounding environment are a rich source of reference material for my landscape paintings, and for it's healthy environment.

In addition I have also developed an organically farmed vineyard and have installed subsurface drip irrigation on 3.9 more acres to increase the vineyard potential. My application for a winery license is in the approval system. This benign development has cost many tens of thousands of dollars. Pumps, a lined irrigation reservoir, sand media filters, thousands of feet of buried pipe and electrical infrastructure including computer control. As an owner of shares of Fire Mountain Canal and Reservoir Company, the inevitable accidental discharge of toxic chemicals used by the O&G industry into the Fire Mountain Canal or Paonia Reservoir or in any part of the watershed of the North Fork River would render all this investment of time and money moot for organic certification.

My domestic water and that of my immediate neighbors is drawn from a spring near the streambed of Jay Creek. We have spent many, many, more thousands of dollars on the development of the spring resource and infrastructure to deliver the water to our homes. Any intrusion of the toxic chemicals used for fracking the wells above or near this spring located several hundred yards south of proposed leasing of BLM land nearby would be catastrophic for us all. The risk of contamination is overwhelming and should not be ignored

This valley is recognized for its unique agriculture. It contains the highest concentration of organic farms, orchards and vineyards in Colorado.  The valley community's many, art, organic farms, cottage industries, agro-tourism, and recreation industries deserves protection from any threat of environmental degradation that would harm these endeavors. Our local businesses that depend on hunting and fishing require undisturbed wildlife habitat and migration pathways and would suffer irreparably from any diminution or disruption. In addition to my above job description I am an ardent hunter, fly fisherman and hiker.

      In closing I strongly urge the Umcompagre Field Office of the BLM to recommend the adoption my favored Alternative B 1. The North Fork Valley Alternative, to preserve this treasure for the present and future generations.

Sincerely yours

Leonard Chmiel

BLM_0128019

11/1/2016                        DEPARTMENT OF THE INTERIOR Mail - Comment Letter from Mick and Betsy Johnson



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comment Letter from Mick and Betsy Johnson
1 message

---

**Johnson, Betsy C.** <betsy.johnson@redcross.org>                   Mon, Oct 31, 2016 at 5:37 PM
To: "UFORMP@blm.gov" <UFORMP@blm.gov>

---

Mick and Betsy Johnson

9215 S. Sawyer Ave.

Evergreen Park, IL 60805

October 30, 2016


BLM, Uncompahgre Field Office

2465 S. Townsend Ave

Montrose, CO  81401

**Re:  Draft Resource Plan for the Uncompahgre Field Office**


Dear BLM-UFO Staff and RMP Comment Team,

Thank you for this opportunity to share our comments on the draft Uncompahgre plan. The outcome for us is simple.  As soon-to-be retirees with a potential of twenty to thirty more years of existence,  we have chosen Colorado as our permanent home, pulling up our urban roots to live up the hill from our son and his husband on Dry Gulch Road in Paonia.  We are coming for love of family.  We also are excited about exploring the Jumbo trails, and savoring the Minnesota Creek vistas.  Each day we are learning more ways to love the North Fork Gunnison River Valley as a rare place on Earth that finds creative solutions to save both jobs and the environment with thoughtful and inclusive choices.

That is why we ask you to please consider including **all proposed actions in the North Fork Alternative, B1, in the final RMP**.  B1 ensures the optimal protection of the water supplies, the natural habitats, and the spectacular views that our soon-to-be community cherishes.

We're ready to spin wool from our sheep and make honey from our bees, and be a part of one of the last pristine and protected spots in the United States.  We are grateful to be able to call Paonia our next and last home, and want to do anything we can do to contribute to its long and happy future!


Mick and Betsy Johnson

Phone 708-710-9093

BLM_0128020



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre Draft Resource Plan Comments - Energy
1 message

**david congour** <hodad@montrose.net>                                    Mon, Oct 31, 2016 at 11:34 AM
To: uformp@blm.gov
Cc: "Franz, Sherman (Edd)" <efranz@blm.gov>, Emily Hornback <emily@wccongress.org>

I'd like to comment of the Draft Resource Management Plan:

I am opposed to continued leasing of our public lands to natural gas producers in the area covered in the draft Uncompahgre Resource Management Plan. The price of natural gas keeps falling, and so the industry wants to increase the number of wells drilled to continue their profitability (as stated in pg. 3-121 of the draft). This is not of concern to the majority of residents of the area in question. The most important concern of the majority of us (as well as the many tourists who visit) is the preservation of the natural beauty of these lands, which, once scarred, may never return to their original splendor.

All of the people that I have talked to wonder why we would even consider sacrificing our wild areas for the sake of a few years of profitability for gas producers, especially since renewable energy job creation is outpacing fossil fuel industry job creation nationwide:

http://fortune.com/2016/01/12/solar-jobs-boom/

The future of energy production in this country lies with renewables technology, as locally represented by Solar Energy International in Paonia, who are training workers for the jobs of the future; jobs that will not produce permanent scars on the landscape.

The true value of our public lands comes from their natural beauty, which has long been a draw for tourists and residents alike. Why even consider allowing them to be damaged any further? Tourism will provide much more in the way of revenue in the long term than fossil fuel extraction. I am cognizant of the fact that BLM has been mandated to support a balanced approach to "development" of our public lands; but they should be developing usage that will provide for the long term enjoyment of these areas by the greatest number of users, i.e., recreational users, not interlopers out to make a buck.

We are now in the process of transitioning from the mindset of public lands for resource extraction and short term profits, to public lands for recreational enjoyment for centuries to come. Please consider the arguments I have made, and include them in your decision making process, and thank you for listening to my opinion.   Finally, I'd like to thank all of the employees of the BLM who are working so hard to preserve the integrity and beauty of our public lands!

David J. Congour

Montrose, Colorado


--
970.901.8757

BLM_0128021



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: UFO comments on URM Plan
1 message

---

**Pfifer, Teresa** <tpfifer@blm.gov>                                      Mon, Oct 31, 2016 at 4:18 PM
To: BLM_CO UFO_RMP <uformp@blm.gov>

---

---------- Forwarded message ----------
From: **Jeff Cristol** <jeff@adventuretourproductions.com>
Date: Mon, Oct 31, 2016 at 4:12 PM
Subject: UFO comments on URM Plan
To: tpfifer@blm.gov


Hello Teresa,


I don't know if you remember me, but we did an EIS for property access above Sawpit in the early 90's. I hope this finds you well.

   Please accept my following comments regarding the UFO revision of the BLM Uncompahgre Resource Management Plan.

   I am a Colorado native and have lived in the state my entire life. Throughout that time I have seen the fight between the oil/resource extraction industry and the tourist based economic interests. I have watched as the tourism industry has grown and matured in the state. I have seen how, especially in mountain communities, the trend has been to replace (as here in Telluride and most historic mountain towns) an extractive based mining economy with a sustainable tourism based one. The change has been continuous, rapid and pervasive.


Colorado is a desirable place to live for many reasons: jobs, natural beauty and a general healthy lifestyle. The oil industry has given us lots of jobs, but with the regular boom has come regular and painful busts. (Yes, I'm old enough to even remember the big plans for oil shale extraction in the 70's). Because of these simple reasons I favor weighing future resource uses in favor of tourism and environmental planning.


I feel that too much land is open to oil and gas development and too little is protected for future generations that will be left unspoiled. I am concerned as I watch the present oil boom cause more truck traffic, more disturbed areas, more new roads, while it degrades air quality and threatens our water purity. I live here in order to be close to our outdoor locations for the activities I take part in: hiking, biking, back country skiing, kayaking, paragliding, and camping. I share in these sports with my friends and family.


I also have made a living either directly (working outdoors guiding and teaching) or building houses in the Telluride area, which has a market and economy based entirely on tourism. I recently met a few folks who work in the oil fields near Rifle as they were visiting the San Juans, and they explained they had come to the state specifically for the oil industry jobs and would probably move away after the present boom passed. This is a clear example of not sustainable or long term use of our lands. All of this is without even looking at

BLM_0128022

the impacts of further extraction of fossil fuels on long term global warming. Another big reason to oppose this type of use.

We recreate throughout the Uncompahgre Resource use area, even though we live in San Miguel County, we own property in Ouray County and spend almost every weekend off camping and playing on our public lands. This is why we live here. It is our future economy as well as our present economic base.

Thank you for your kind consideration of these comments. I know you face a challenge trying to balance the various conflicting uses, and the oil and gas industry is very powerful with huge amounts of money to throw into the fight. Please listen to the people who have lived here our entire lives and who have worked so hard to keep Colorado the wonderful state it is.

Regards,

Jeff Cristol

Jeff Cristol
970.729.0078
telluridetandems.com
telluridevideos.com
jeff@adventuretourproductions.com
www.adventuretourproductions.com

BLM_0128023



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Dolores Wild and Scenic Designation
1 message

**Matthew Bainsmith** <matthew.bainsmith@merit.com>                    Mon, Oct 31, 2016 at 8:29 AM
To: "uformp@blm.gov" <uformp@blm.gov>

To whom it may concern,

A perspective from a young engineer and teacher living in SLC.

On Memorial day of 2014, we hiked and paddled from Fisher Mesa to the Dewey Bridge via the Dolores River and Water Canyon. We believe that this stretch of remote river deserves protection like all of Utah's natural places. We believe that protection means sustainably managing recreation to protect the natural resource that is the riparian and canyon ecosystem.

Regards,

Matt and Dani

**Matthew Bainsmith**
Engineer II
P: +1 (801) 316-3844
matthew.bainsmith@merit.com



_____

PRIVACY: This e-mail may contain information that is privileged or
confidential. If you are not the intended recipient, please delete the

BLM_0128024

e-mail and any attachments and notify the sender immediately, and do
not use, copy, or disclose to anyone any of the contents hereof.

_____

BLM_0128025

10/31/2016                          DEPARTMENT OF THE INTERIOR Mail - Draft RMP for Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Draft RMP for Uncompahgre Field Office

1 message

---

**pwoeinck@paonia.com** <pwoeinck@paonia.com>                     Mon, Oct 31, 2016 at 7:30 AM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Dear BLM-UFO Staff and RMP Comment Team,

My husband and I have lived at 41918 O Rd. in Paonia for 23 years. We are both 62 years old now and approaching retirement. A tremendous amount of hard work and dedication went into building this home, through raising children, forgoing vacations and other luxuries, working all day and coming home to work on the house, managing through joblessness and periods of low income, but now we have the home we love. We plan on living at this place as far into our retirement as our health will allow. We chose this area because of the beauty, rural atmosphere and ability to live an active and healthy lifestyle. Utilizing water from Barry Pipeline, which is deeded to our property, we grow most of our organic vegetables and some of our organic fruit. What we don't grow ourselves, we buy from neighbors who also grow organically. I walk my dog every single day up O Rd. or Minnesota Creek Rd. or Dry Gulch Rd. We just finished cutting gambel oak for firewood from up Stevens Gulch which we have done every year for 8 years. That is my favorite place, it is so beautiful and quiet I'd like my ashes scattered up there. My husband enjoys fishing at Crawford Reservoir. But our most loved activity is to sit in the summer on our porch overlooking Jumbo Mountain. We just love to be outdoors here.

Thank you for taking my comments on the Draft Resource Management Plan that will determine, for the remainder of my husband's and my life, the use of the public lands that surround us.

At the public open house I attended at Hotchkiss High School I learned that the preferred alternative D will essentially destroy all it is that we love about our home. Oil and gas exploration and development in such a special area will be handing over to one destructive industry all the resources that are currently shared by many sustainable livelihoods. It was a step in the right direction to include alternative B and especially B1 but given more recently acquired information about the toxic impacts of fracking on air, water, health, and local economies, a no-lease option is completely reasonable and should have been included and ultimately adopted. The BLM needs to further analyze the following:

1. Climate change needs to be considered in light of the Paris Climate Agreement.
2. New studies have shown a distinct link between adverse health outcomes and proximity to gas wells.
3. Atmospheric inversion incidents, especially in winter, aggravate the health risk of increased air pollution.
4. The risk of contamination of municipal and irrigation water sources through casing failure, pipeline breaks and truck spills can cause permanent damage. Also permanent will be the water loss from the hydrologic cycle in an area where water is already scarce.
5. The negative impact to the existing economy which depends on scenic beauty, clean water and air and low traffic ingress and egress. The branding of the North Fork cannot survive even the perception of the loss of any of the above qualities.
6. The leasing of parcels which are unlikely to be productive should not even be considered.
7. The impact of industrial traffic on fragile rural roads will be devastating, not just the damage to the structure of the roads themselves but the impact on the mobility of residents and visitors. My husband works in the Roaring Fork Valley and relies on Hwy.133. A recent rock slide added over one hour to his commute and it could have been much worse if the slide occurred in a different location. The danger of very many large trucks to the safety of commuters needs to be studied. There is also the diminished quality of life in the Town of Paonia and outskirts caused by the constant parade of heavy, loud trucks spewing carbon monoxide, running over pets and making leisurely strolls with the family a thing of the past. My frequent walks up Minnesota Creek Road with my dog will become unpleasant and too dangerous.The bucolic nature of the community which drives the economy in so many ways will be destroyed.
8. The possibility of mudslides and earthquakes due to fracking-related activities in delicate geological areas should be considered.
 9. The fragmentation of wildlife habitat impacts not only the wildlife but the hunting industry. Hunting is a way of life here. While my husband hasn't hunted in a while because of injuries, most of our friends do. At the elementary school at which I work, it is common for children to take off from school to hunt with their families. Out of town hunters support local businesses. How will drilling rigs and trucks affect the viability of continuing this tradition?
10. Even if highway views can be preserved through site regulations, the existence of well sites back country would diminish the pleasure of hikers and hunters and they will stay away and take their money elsewhere.
11.  Despite coal mine closures and the loss of jobs for hundreds of local families, real estate values are currently strong. That will end with even the suggestion that gas wells could become part of the landscape. If, in the future, health issues

BLM_0128026

force my husband and myself to find assisted living housing and we have to sell our home, we are relying on a strong market to finance the move.

12. The few and temporary jobs involved in oil and gas development will surplant many existing long term jobs in agriculture, arts and culture, and tourism.

13. In the decades since we moved here, we have watched the North Fork Valley become a mecca for artists of many different disciplines. Many festivals and music events have cropped up, luring out-of-towners who spend money at local businesses. Without the threat of extractive industries and the destruction they bring, the self-determined trajectory of this state-designated Creative District is to expand on this cultural richness.

Further, we very strongly support having the entire Jumbo Mountain area designated a Special Recreation Management Area. This is literally our back yard. I will be out walking up Dry Gulch, into Hidden Valley, up Lone Cabin Road a bit and over to Minnesota Creek Road this morning as soon as I finish working on this letter. When I am out on Jumbo, I meet many other hikers and mountain bikers enjoying the trails. My son is planning to bring a group of his mountain biking friends from Glenwood Springs to Paonia very soon to ride Jumbo. Just last week, a friend from Delta stopped by after a strenuous Mount Jumbo ride. It is a destination attraction, bringing much needed revenue into the area. Hiking and biking on BLM lands is what we do here. It is intrinsic to our daily lives.

Finally, the BLM is certainly charged with balancing many uses on public lands and energy extraction is an very important aspect that has to be accommodated until renewables replace fossil fuels, but not all uses are appropriate on all lands. The North Fork Valley is well known as a source of food. With the highest concentration of organic farms outside of California and one of only a few designated American Viticultural Areas, it is vital to maintain the ability of local farmers and ranchers to feed people without fear of contamination of water and air quality. In order to encourage investment in agricultural pursuits, it has to be very definite that there will be protections of the resources that are needed to be successful. We will eventually be able to heat our homes and propel our cars with new, cleaners sources of energy but we will always need food and the North Fork Valley stands ready to provide a wide assortment of high quality and nutritious nourishment for many people. Please consider your role in helping our area continue this incredibly important work by adopting a no-lease alternative in the new RMP. Thank you.

Patricia Walsh-Oeinck
41918 O Rd.
Paonia, CO 81428

BLM_0128027



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Re: Draft Resource Management Plan Comment
1 message

---

**Pam Ellison** <paoniapam@gmail.com>                              Mon, Oct 31, 2016 at 1:50 PM
To: ufomp@blm.gov
Cc: Ruth Welch <rwelch@blm.gov>, Neil Kornze <director@blm.gov>

  Attached please find my corrected comments on the Draft Resource Plan.
Thank you,
Pamela Ellison
13006 Crawford Rd
Paonia, CO 81428
970-527-7994

---

 **blm comment.doc**
25K

BLM_0128028

28 October 2016

Barbara Sharrow

BLM, Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre

Field Office

Dear Ms Sharrow,

I am writing to express my opposition to oil and gas leasing on public lands in the North Fork Valley. My opposition is based on the potential that drilling and the associated infrastructure development has to damage the clean air and abundant clean fresh water that we rely on. Our fragile environment here in the arid Western Slope of Colorado is dependent on the water we derive from winter snowpack.

A recent report prepared for the Delta County Board of County Commissioners, http://www.heath-hydrology.com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf drew the following conclusions:

"The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

The potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities, which, in turn, could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal."

BLM_0128029

I'm curious if the BLM took this information into account when determining which areas are suitable for drilling, and treated all the stakeholders with equal weight.

The fragile yet growing economy that is now flourishing is providing many jobs. The broadband internet project that has been undertaken by our local electricity provider, DMEA, will further enable certain telecommuters and industries to locate in the area.

It is the nature of commodity markets to experience wide swings in the supply/demand chain, which inevitably lead to the boom and bust cycle seen so recently in the oil and gas markets. When the bust comes, it will leave the damage to the environment behind forever.

Please reconsider adopting the draft plan (or: Alternative D, the "preferred plan"); it would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. The BLM needs to adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development. The potential for damage to the environment, wildlife and human health is just too great!

Instead, please support the inclusion of Alternative B1 which balances all the resources managed by the BLM.

Thank you for your attention to this matter.

Pamela Ellison



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# My comments
1 message

---

**Tim Gallegos <tglaw@wic.net>**                                     Mon, Oct 31, 2016 at 11:37 AM
To: uformp@blm.gov

My comments are on the attachment.

---

 **Personal UFO RMP Comments 10-31-16.docx**
20K

BLM_0128031

To:     Bureau of Land Management, Uncompahgre Field Office

From:  Tim Gallegos, Local Resident

Re:     Comments regarding proposed Resource Management Plan

Date:   October  31, 2016

Please accepte the following as my personal comments regarding the  draft resource management plan for the BLM public lands managed by the Uncompahgre Field Office.

As background, I am a lifelong resident of Delta County (except for several years away at school and working in other locations.)   I am now semi-retired, and enjoying our public Forest Service and  BLM lands, primarily for recreational purposes.   I am a parent, and a grand parent, with many family members living in the area, but many more living outside the area.  I am a member of the Delta County Tourism Cabinet, and I am very concerned with the economic viability of our county towns and businesses. I am also the chairman of the Area Agency on Aging Regional Advisory Council for Region 10, and am very interested in promoting activities and recreational opportunities that are of benefit to senior citizens and disabled persons. I am also active in Delta Area Mountain Bikers (DAMB) and COPMOBA,  both of which promote and advocate for mountain bike trails.

I would like to see BLM manage our public resources and these public lands to meet the human needs of all of our world residents as necessary, while at the same time, preserving the lands in such a manner to allow us and future generations to enjoy the unique features that these lands can provide.  I would like to see these lands preserved, as much as possible, for scenic and environmental value, and to allow, protect and enhance our access to these areas by mechanized means, as well as other quiet means, such as hiking and equestrian use.

As an outdoor recreationalist, I am primarily concerned with preserving and enhancing specific areas within the Uncompahgre Field Office district within Delta County, for present use, and for use in the future, by outdoor lover types, including myself, my family, and my friends.  I would like specific areas to be set aside for recreational non-motorized trails.  It is also my  perspective that future recreational trail development will help stimulate and enhance the local economy, by providing areas that are attractive to the general public, and hence encourage recreational tourism.  There are many well known studies that establish that recreational tourism is of great economic value, and our county – especially now with the demise of the coal mining industry – is in dire need of economic stimulus.

Normally, I and others I know like to have access to areas that are peaceful and quiet, and allow us to enjoy the benefits of the great outdoors without interruptions by motorized travelers or by visual, environmental, or auditory intrusions.  Generally, our activities are social in nature, and the use of these trails provide the basis for interaction with our friends and family.  In addition, these trails also provide the basis for activities that can be enjoyed in solitude, and allow thought and reflection.  Also, we seek out these areas for physical activity and exercise, and we like areas that allow for varying degrees of physically demanding activity, from mild to extreme.

For these reason, I would like to advocate for trails throughout our county, within the UFO area, that are specifically designated for non-motorized trail development, and  are free from adverse intrusions such as motorized trails and road, and extraction activities.

In my opinion, alternative B and alternative B.1 provide the best management strategies for the preservation of lands for the uses identified above,  and will also help to provide support for local economies based on recreational activities.

I would specifically support the designation of Jumbo Mountain  as an SRMA  and as part of economic development and tourism concerns,  would ask that any prohibition on competitive events be removed from consideration, as it is important, for economic development concepts, that competitive events be allowed.

In addition to the trails on Jumbo,  I would ask that other areas in the UFO be considered for the designation and development of non-motorized single track trails, trailheads, and trailhead facilities, such as parking areas, restrooms, signage for tourism,  and possibly picnic and camping area development.

I would ask that  areas in North Delta, particularly around the Adobe Badlands Wilderness Study Area, and over to the present Devil's Thumb Golf Course, owned by the City of Delta, be considered and studied, for an epic trail to be developed from the existing Drop Off Trail on Forest Service lands on the Grand Mesa, through BLM land, possibly across Delta County land, and  down to the City of Delta. This could be a great economic boost for the city.

Specifically, in the North Fork,  areas on Young's Peak north of Crawford,  Elephant Hill/Lone Cabin south of Jumbo Mountain, should be considered for non-motorized trail development, and possible recreational designation.

All of the areas mentioned in these paragraphs contain areas that are uniquely appropriate for trail system development, and lend themselves to the goal of providing a basis for economic development.

Thank you for the opportunity to comment on the RMP.

Sincerely,


Tim Gallegos

President, Delta Area Mountain Bikers

BLM_0128034

DEPARTMENT OF THE INTERIOR Mail - BLM - Draft Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# BLM - Draft Resource Management Plan

1 message

**b32gates@yahoo.com** <b32gates@yahoo.com>                    Mon, Oct 31, 2016 at 12:14 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

To whom it may concern:

I have lived in Hotchkiss the last 8 years and I have been a resident of the Western Slope since 1988. I am deeply disappointed in the BLM's Preferred Alternative for the Draft Resource Management Plan. It will industrialize the local public lands with oil and gas development and fracking activity that will negatively impact an area that is more suited to agriculture and tourism.

Oil and gas development and fracking should not be permitted on our public lands when the risks and side effects to public health have the ability to contaminate our area farms with poison. Oil and gas development will also pollute our air causing respiratory illnesses and it will more than likely contaminate the water resources we rely upon for our physical and economic well being with toxic industrial chemicals.

The no leasing alternative is the only conclusion to be made after analyzing the risks and potential impacts posed by oil and gas operations which include fracking technologies and large-scale industrialization. These activities are not appropriate for the entire area that comprises the North Fork of the Gunnison.

I request that the BLM impose a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated by the Pipeline Hazardous Materials and Safety. Administration.

Finally, while I do realize that we use oil and gas as a society, not everywhere is an appropriate place to develop oil and gas resources. Especially when oil and gas development will negatively impact and potentially destroy the tourism and agricultural economies that presently exist in the North Fork of the Gunnison river basin.

Please adopt the No Leasing Alternative.

Thank you for you consideration.

Jonathan Gates
P.O. Box 2062
Hotchkiss, CO 81419

Sent from my iPad

BLM_0128035



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on draft BLM UFO RMP

1 message

---

**Andy Goldman** <fishman2@montrose.net>                                    Mon, Oct 31, 2016 at 1:10 PM
To: uformp@blm.gov
Cc: Emily Hornback <emily@wccongress.org>

RE: LWCs and ACECs

I am writing to support the BLM's inclusion of the Roc Creek LWC in the agency's preferred Alternative D of the draft RMP.  It has opportunities for primitive and unconfined recreation, is natural in appearance and offers the perception of solitude due to its remoteness in the West End of Montrose County.  Its location adjacent to Roc Creek Roadless Area as well as Sewemup Mesa further adds to the suitability for a LWC management prescription.

I would also strongly urge the BLM to restore the Tabaguache and Shavano Creek LWCs as proposed in Alt. B to the final RMP.  As required for inclusion as an LWC both areas are large enough (11,060 and 6060 acres respectively).  Tabaguache Creek , with the exception of some human activity at its edges, and two areas of the unit excluded for livestock purposes, retains its natural appearance  and lack of influence by human activity,   There is also the opportunities for solitude and primitive unconfined recreation since the area is accessible only by non motorized means.

A similar argument can be made for Shavano Creek with regard to primitive and unconfined recreation, naturalness, and opportunities for solitude since there is limited road access to the area. It also possesses supplemental values including important wildlife habitat connectivity between the Tabaguache WSA, forest lands on the Uncompahgre Plateau and adjacent lower elevation lands.

With regard to the proposed Camel Back WSA adjacent LWC, I urge the BLM to restore the 1750 acres removed from the top of Monitor Mesa.  The small portion of the mesa top that has constructed and maintained routes can be cherry stemmed out of the LWC.  Having hiked in the area, it retains its "natural" feeling having recovered from past vegetative treatments and represents an ecologically important addition to the proposed LWC between the canyon rims below.  The eliminated acreage possesses the required opportunity for primitive and unconfined recreation, the feeling of solitude and retains its natural appearance to both myself as well as the "casual observer".

Finally, a general comment about ACECs in the proposed Alt. D.  I urge the BLM to restore the 7 eliminated ACECS with their enhance protection status to the agency's preferred alternative.  Allowing a mere 25% of the eligible acreage to be managed as ACECs represents a mere 5000 out 675,000 acres of public lands subject to additionally equivalent landscape protection over already existing same or more restrictive management practices. The limited number and reduced acreage in the preferred alternative is inadequate to support a connected landscape and maintain its ecological integrity. I contend that this decision would be contrary to the BLM's mandate to maintain a balanced multi use approach to public lands management,

BLM_0128036

specifically preserving lands with the high degrees cultural, ecological and/or environmental significance that the eliminated ACECs possess.


Thank you for your efforts in protecting our public lands for future generations.


Andrew Goldman

58657 Meadow Lane

Montrose, Colorado 81403


fishman2@montrose.net   970 275 9815



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# No-leasing RMP option
1 message

---

**Kevin Inouye** <action@fightdesigner.com>                    Mon, Oct 31, 2016 at 4:35 PM
To: uformp@blm.gov

Letter attached. Thank you for providing this venue for input.


*J<evin Inouye*

Assistant Professor of Acting, Movement, & Stage Combat,
 University of Wyoming
SAG AFTRA union member, SDC affiliate
Certified Teacher/Rocky Mountain Region Rep/Theatrical Firearms Instructor,
 Society of American Fight Directors
Certified Teacher, National Michael Chekhov Association
www.uwyo.edu/thd
www.kevininouye.com
www.fightdesigner.com
www.safd.org
chekhov.net
sagaftra.org
SDCweb.org

---

 **BLM Letter about RMP.docx**
26K

---

BLM_0128038

31 October 2016

BLM
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 814101

Submitted via uformp@blm.gov

I am providing this comment letter on the Uncompahgre Field Office Draft Resource Management Plan. **I will document in this letter why I believe strongly that you should adopt a no-leasing option in a revised RMP.**

I grew up spending much of my time in CO, and still have family in the North Fork Valley, and am concerned about the potential for negative effects on their health, quality of life, and the value of property they own if there is significant development of oil and gas resources in the planning area. We are concerned about the impacts that development of gas production facilities on BLM property in the study area would have, and as a state employee in Wyoming, I can personally attend to the dangers of catering to or relying on fossil fuels as a economic driver; we're now solidly in the bust part of our boom and bust cycle, and I don't expect the boom days to ever return to the degree many here have become accustomed to.

The oil and gas industries can have a significant negative effect on property values of nearby properties because of the negative effects they can have on noise, air pollution, light pollution, and water pollution. We are concerned that if BLM property is developed for oil or gas extraction in the study area that we will no longer find the quiet, clean air, and solitude that attracted my family to that area, that there would be potential health impacts from air pollution, and that the stream on our property and Fire Mountain Canal water they rely on for irrigation could be contaminated. These impacts would reduce the value of their property as well (which I stand to inherit part of).

I know my father and others have already cited extensive evidence about the health and environmental concerns associated with fracking and fossil fuel production, and I ask you to please heed their warning. We in Wyoming gave up far too much to attrack the temporary jobs and income that coal and natural gas (and uranium and gas previously) offered, and now we're suffering from a broken state economy, cleanup costs the businesses can't cover (in part because we let them waive their deposits), and the environmental and economic fallout of having let ourselves essentially be used then thrown away by these corporate interests as the markets shift. The consequences will far outlast the benefits for you too, I fear.

**I request that you adopt a no-leasing alternative as the logical conclusion for management in the study area.** The economics of fossil fuel extraction are changing rapidly; witness the decline of coal mining in the North Fork Valley in the past few years, and the rapid increase in renewable energy development. For example, last year I installed enough solar panels that I am now a net producer of electricity. Social attitudes toward fossil fuels are also changing rapidly, as

1

the feasibility of replacing fossil fuels with renewable resources is demonstrated. At least five countries around the world have already or will soon be independent of fossil fuels for most or all energy demands (http://theantimedia.org/5-countries-that-prove-the-world-doesnt-need-fossil-fuels/). The USA is on track to follow their lead and we should not develop fossil fuel resources that will put areas like the North Fork Valley at risk.

   Sincerely,

Kevin Inouye
2532 Plains St
Laramie, WY 82072
k.inouye@gmail.com

2

BLM_0128040

11/1/2016                                    DEPARTMENT OF THE INTERIOR Mail - Uncompahgre area resource management plan.



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre area resource management plan.
1 message

**John Janus** <Telluriderealty@gmail.com>                                       Mon, Oct 31, 2016 at 4:10 PM
To: uformp@blm.gov

Regarding the management plan, please consider the sustainability of our land and economy. It is very short
sighted to consider allowing any further gas and oil development in the region. Yes it has a positive effect on our
local economy in the short run though will leave our economy and land in ruins in a decade or so. Is this the kind of
economy and environment you want to leave to your children and grandchildren. Yes it is easy to brush it off as
everything will be fine and the gas and oil companies will make it all right. Historically this is not true. And the
damage will be done forever. Significantly harming our sustainable and strong agricultural heritage. Real estate
values will go down, and our tourist numbers will decrease. Look around we live in one of the best places on earth
how on earth could you throw it all away for a few short term dollars from the gas and oil industry. This modle no
longer works. 30 years ago things were different we are now heading into new perdine and I sincerely ask you to
consider thinking outside of the corporate rhetoric and begin thinking in terms of preserving our public lands for
the people not the gas and oil corporations.
Thank you for your honest consideration.
John Janus

BLM_0128041



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# (no subject)
1 message

---

**9702751953@vzwpix.com** <9702751953@vzwpix.com>                    Mon, Oct 31, 2016 at 2:11 PM
To: ufomp@blm.gov

---

📄 **text_0.txt**
1K

BLM_0128042

My husband & I are new to Mtn biking(& this cell phone stuff!) but we wanted to give your our input regarding trails for biking.  People need these places just like for hikers & skiers, to reconnect with the outdoors & let off stream from life's stresses. It seems that there are a very passionate & dedicated group of Mtn bikers who also love to give back, as in making trails & maintaining them too! We're in the use-it-or-lose-it phase of our lives and mtn biking is something even us older folks can do! Thanks for letting me spout off. Thanks for the trails & open spaces we already have!
Coleen & Mark Alloway, Cedaredge, CO

BLM_0128043



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Draft Resource Management Plan
1 message

---

**Sarah Bishop** <sgbishop@tds.net>                                    Mon, Oct 31, 2016 at 11:00 AM
To: uformp@blm.gov
Cc: director@blm.gov, rwelch@blm.gov, tpfifer@blm.gov, paonia@townofpaonia.com, datchley@deltacounty.com,
bhovde@deltacounty.com, mroeber@deltacounty.com, rlevalley@deltacounty.com, kerry.donovan.sd5@gmail.com,
millie.hamner.house@state.co.us, gail@gailschwartzforcongress.com

Attention Draft RMP review committee:

Attached are comments on the BLM/UFO Draft RMP, with an attached signature page, and excerpts from a letter we
wrote in 2011 describing the potential impacts on our land from proposed oil and gas lease sales.  Please consider these
three documents as our joint response to the RMP.

Thank you.

Bill and Sarah Bishop
POB 130
Paonia, CO 81428
970-527-6675
sgbishop@tds.net
wbishop@tds.net

---

**3 attachments**


**blm rmp.pdf**
59K


**blm rmp A.pdf**
46K


**excerpts bishop.letter.dec11.pdf**
57K

BLM_0128044



**ishop**

p.o. box 130   •   paonia co 81428   •   970 527 6675

October 31, 2016

UFO RMP
2465 South Townsend Ave.
Montrose, CO 81401
(via e-mail to: uformp@blm.gov)
RE: BLM/UFO 2016 DRAFT RMP

Thank you for the opportunity to offer comments on the BLM/UFO 2016 Draft RMP. Our major areas of concern are as follows: 1) We believe the information the RMP is based on is so out of date as to be in violation of NEPA requirements.  2) The characterization of Paonia and surrounding lands as being dependent on resource extraction is totally inaccurate. 3) The BLM preferred Alternative D is described as a compromise between resource use/extraction and resource conservation.  It leans heavily toward resource use/extraction. 4) Two current and significant concerns are not addressed in the RMP - Hydraulic Fracturing and Climate Change.  5) Alternative D pays little to no attention to the impact of BLM management decisions on private lands in the North Fork Valley.  We find Alternative D an inadequate approach to the management of BLM resources in the North Fork Valley.

Therefore, we support the extensively researched, and much more current North Fork Citizens Alternative, B 1.

1) NEPA REQUIREMENTS

To put it succinctly, NEPA requires decisions on the use of public lands to be based on the most current, available scientific data and information.  As best we can determine, BLM ceased collecting information for this RMP in 2010.  While there are a few references from later dates, e.g., the closure of the Elk Creek Mine in 2013, they are indeed, few.  BLM had an enormous amount of data and information available to it, at least for the North Fork Valley, in the North Fork Citizens Alternative, which it seems not to have taken into account. The entire process of drafting this RMP has taken eight years so far.  It is unconscionable to think that nothing of significance has changed in the RMP planning area during that period of time.  There have been huge upheavals in the energy industry and in the understanding of its impact on human health and the environment.  These changes and others cannot be ignored.  To rely on Adaptive Management and Regional Mitigation Strategies as described in 2.3.1 to make RMP implementation adjustments is way beyond BLM's authority in light of such major changes in public information and public policy.  (See also comments in the

fourth section below.)  The RMP may indeed be fatally flawed.

## 2) CHARACTERIZATION OF PAONIA

The RMP divides the UFO into socioeconomic units.  It places Paonia, Bowie and Somerset in Unit 1, which it characterizes as dependent on resource extraction (3 - 182 and 4 - 472). If one is to place Paonia anywhere, it fits in socioeconomic Unit 2: "Issues in this unit relate to growing the economy in concert with the natural landscape.  Utilization of public land and enhancing environmental values, while preserving open space, are also important.  The key issue is finding the balance that allows residents to retain a lifestyle that meets their needs and provides recreational opportunities for visitors to the area."  That describes our mindset perfectly.  Agriculture, retirees and self-proprietors also make a significant contribution to the local economy.  The North Fork Valley is the Farm to Table capital of Colorado.

The RMP is laughably out of date in regards to coal mining in the North Fork.  Not one, but two coal mines are shut down, and the third employs little more than 200 people and produced only 5.1 million tons of coal in 2015.  Coal mining in this country is waning as other sources of energy become more attractive both economically and environmentally. Clean though the North Fork Valley coal may be, its future as an energy source is dim.  The only other mineral extraction of any note are the gas wells in the Bull Mountain Unit, northeast of Paonia Reservoir in Gunnison County.  This is a long way from Paonia and has modest, if any impact on the community and its surrounds, except for the negative aspects noted in the last section of this comment letter.

Paonia's recent past, current and future economic engine is not resource extraction dependent.  Residents of the town and surrounding area are building a robust and multi-faceted economy that is based on both conventional and organic agriculture; art, music, and an abundance of other creative endeavors; agricultural and recreational tourism; entrepreneurs; retirees; and others.  Paonia is part of the North Fork Valley Creative District. Paonia's Mountain Harvest Festival just won the 2016 Governor's Award for the best small town festival.  Life style may be a cliche to some, but it is a, if not the, feature that attracts new residents and causes those living here to celebrate every day the choice to live here.

## 3) BLM PREFERRED RMP ALTERNATIVE D

BLM states in ES.6.5: "Alternative D is the agency-preferred alternative, which emphasizes balancing resources and resource use among competing human interests, land uses, and the conservation of natural and cultural resource values, while sustaining and enhancing ecological integrity across the landscape, . . ."  If balance implies compromise, this is surely a noble goal.  However, Alternative D falls way short of both balance and compromise.  Table 4-31 shows the Quantitative Impacts on Fluid Mineral Resources for the five RMP Alternatives under consideration.  The first entry shows acres of land proposed for closure to fluid mineral leasing among the Alternatives.  Alt. B, the "resource protection" alternative

shows 186,700 acres closed; Alt. C, the "resource extraction" alternative shows 44,200 acres closed; Alt. D shows 50,060 acres closed. How is this balanced? It is certainly not a compromise! The entry that shows acres of land open to fluid mineral leasing subject to standard terms and conditions is hugely out of balance. The entries that show acres of land under NSO and CSU stipulations show a better balance between resource use and protection. However, Alternative D leans heavily on stipulations that do little to change the character of the use of the land in the RMP planning area. Indeed, "Alternative D would have the second highest [of the Alternatives] estimated emissions levels, with impacts above Alternative A [the current RMP]." (4 - 450) Under Alt. D mineral extraction would be permitted along with all the negative impacts the involved industry would bring to the area. (See comments in the fifth section below.) Stipulations simply do not change the overall impact of oil and gas leasing, at least not in the North Fork Valley.

The starting point here is perception. The valley has a reputation of being a place just short of Shangri-la. Whether it is deserved or not, whether it is hyperbole or not, is not the issue. It is what people who live here, visit here, have heard about here, think and believe. That reputation is gold. It provides a huge base to our economy. While it is strong, it is also fragile. Any change in the use of land that impacts the valley either enhances or detracts from that reputation. Alternative D would fatally damage that reputation. BLM's defense of Alt. D in 4 - 477 may be appropriate for lands outside of the North Fork Valley, but stating that "continued development of energy and mineral resources would allow for economic contributions from resource extraction, while preserving values that impact quality of life nonmarket values . . ." is patently false.

## 4) HYDRAULIC FRACTURING AND CLIMATE CHANGE

It strains credulity that there is no mention of hydraulic fracturing (fracking) in this RMP. If there is one issue of greatest concern to the residents of the North Fork Valley, it is the fracking of gas wells and all the attendant public health and environmental impacts and risks. BLM simply cannot ignore the "gorilla in the room". BLM cannot hide behind its policy of adaptive management and regional mitigation strategies as described in 2.3.1. Its claim that "the RMP revision is based on current scientific knowledge and best available data" is specious. If it can cite coal production figures for the Somerset area mines from 2013 and 2014, it must do better than rely on information available only as late as 2007 or 2008 concerning industry practices in oil and gas extraction. Considering the massive potential impact on the North Fork Valley of oil and gas leasing, this is a huge and unacceptable lack of effort to deal with an issue of such overwhelming concern. BLM simply must take into account the new technologies that the oil and gas industry are employing and their associated risks.

While there is some discussion of climate change, there is no analysis of the RMP's proposed land use on it. BLM claims management of climate would have no impact on energy and minerals (4-260). The RMP should discuss just the opposite concern, that of the impact of

BLM_0128047

oil and gas extraction on the climate. The world's understanding of climate change, its causes and impacts, has changed dramatically since 2007. The U.S. just signed the Paris Agreement on Climate Change, which will have a dramatic effect on public policy especially concerning emissions of greenhouse gases. BLM states that Alt. D would have the second highest emissions level of all the proposed alternatives. While the draft RMP cannot be expected to reflect the instructions of the Paris Agreement, BLM must now take them into account as it adjusts its preferred alternative. We believe the changes dictated by new public policy regarding climate change to be so great as to require a second round of public comment on a revised RMP before the final version is published.

## 5) RMP IMPACT ON PRIVATE LANDS

BLM must take ownership of the impacts of the management of its lands on the private properties and residents of the RMP planning area. BLM claims of lack of control over public perception and concerns, transportation, and other matters regarding mineral extraction are disingenuous. While it may lack control, BLM must recognize these concerns and include discussion in the RMP of how the allowed use of its lands will impact others. BLM recognizes the value of agriculture, open lands and view scape in the North Fork Valley (4-459, 460). The RMP also states that public health and safety is a priority (4-444). BLM has utterly failed to advance this priority by not acknowledging the potential impact on roads and other infrastructure of oil and gas extraction in the North Fork Valley.

The roads in the valley are not built to handle the heavy truck traffic required by oil and gas well drilling and will need constant and costly repair. If all the proposed areas in the RMP are open for drilling, the low key ambiance of a small town - Paonia - will be destroyed by the large trucks traveling through the middle of downtown. Public safety will be severely impacted everywhere throughout the North Fork Valley by the presence of so many large vehicles.

BLM recognizes that the economic contributions of natural gas development represent a small fraction of jobs and income (4-462). Why would a public land agency even consider the North Fork Valley a suitable place for drilling with all its potential negative impacts for such an insignificant positive result? A responsible public land agency would not do so.

In 2011 BLM proposed an oil and gas lease sale of some 30,000 acres in the North Fork Valley. After receiving approximately 3000 negative comments, BLM revised its proposal to include a bit more than 20,000 acres. It appears that all 30,000 acres are now back under consideration for leasing. In our lengthy comment letter (excerpts of which are attached and are included here as part of this response to the draft RMP) we noted all the reasons why leasing was inappropriate for parcels 6195 and 6191 [T14S/R92W sections 3 and 4; T13S/R92W section 33 and 34], which surround our property. BLM removed them from further consideration. Nothing has changed on those lands, so why are they back under consideration for leasing, stipulations not withstanding? Under no circumstances would we

allow access across our property to drillers on BLM lands to the west of our property.

In summary, we find the RMP seriously flawed for all the reasons stated above.  Frankly, it is an unworthy effort of a public land management agency to put forth such a document for public consideration.  BLM's preferred Alternative D is an inadequate approach to the management of BLM resources in the North Fork Valley.  If BLM insists on moving forward with this RMP, the only alternative we could possibly support is the extensively researched, and much more current North Fork Citizens Alternative, B 1.

Sincerely yours,

[signed page appears as ATTACHMENT A]

Sarah G.  Bishop
William P.  Bishop

ATTACHMENT A - Signature page
ATTACHMENT B - Excerpts from comment letter to BLM, Dec.  30, 2011

Copies with Attachment sent to:

Sally Jewell, Secretary of the Interior
Neil Kornze, Director of the Bureau of Land Management
Ruth Welch, Colorado State Director of the Bureau of Land Management
Teresa Pfifer, Acting Field Manager, Uncompahgre Field Office
Town of Paonia
Delta County Commissioners
State Senator Kerry Donovan
State Representative Millie Hamner
U.S. Senator Michael Bennet
U.S. Senator Cory Gardener
Representative Scott Tipton
Governor John Hickenlooper
Former State Senator Gail Swartz
Citizens for a Healthy Community
Western Slope Conservation Center



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: Comment re: Draft RMP
1 message

---

**Nicole Carpenter** <nicolecarpenter86@gmail.com>                    Mon, Oct 31, 2016 at 12:37 PM
To: uformp@blm.gov

i am resending my message because i did not receive an auto-reply stating you received it

———— Forwarded message ————
From: **Nicole Carpenter** <nicolecarpenter86@gmail.com>
Date: Tue, Oct 25, 2016 at 12:20 PM
Subject: Comment re: Draft RMP
To: uformp@blm.gov

Attached you will find my comment letter in response to the UFO BLM's release of the draft RMP. Thank you for your consideration on this matter.

Nicole Carpenter
(631) 387-1206

---

📄 **Comment letter RMP_Nicole Carpenter.doc**
48K

BLM_0128050

Nicole Carpenter
40881 Hwy 133
Paonia, Co 81428
(631)387-1206
October 22, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, the preferred alternative (D) does not offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for, and which federal law requires you to consider.

The preferred alternative in the draft RMP is remarkably similar to the "development" alternative, in terms of fluid mineral leasing. If the preferred alternative were to become the final RMP, and fluid mineral development were to meet or exceed the expectations published in the Reasonably Foreseeable Development Scenario, it would completely change life as we know it in the North Fork Valley (NFV). The NFV is, as you ought to be well aware, the greatest concentration of organic farms in Colorado, with vast agricultural, scenic, recreational and natural resources. The Economic Development Analysis performed by Better Cities and funded by Delta County and DCED recommends an economy based in agriculture, value-added food exports, tourism, arts, and hospitality. These industries are incompatible with heavy fluid mineral extraction. To sacrifice all those values and potential, and to instead industrialize the valley would be reckless and irresponsible.

I am an organic farmer and my partner is an artist. I work as an EMT in the valley and I have a background in biology and chemistry. We will be opening a healing retreat/bed and breakfast on our farm outside Paonia in late Spring 2017. We rely on the good water and air quality in the NFV for our livelihood and health. We count on the tourism that the natural beauty and the community draws to the area to sell our products. We take advantage of the stellar reputation that the North Fork Valley has for quality produce, the NFV brand, if you will, when we send our products to markets and restaurants. Fluid mineral extraction has the potential to destroy all that, and for what? The RMP states that drilling provides less than .01% of jobs and is not a significant contributor to the economy in the planning area and that, even if development meets the projections in the Reasonably Foreseeable Development Scenario, it still won't benefit the local economy. So, answer me, why would you risk what we're working so hard to create: a healthy, beautiful, abundant retreat with fresh air, clean water, and friendly folks where people can come to retire, de-stress, hunt, fish, relax, heal, recreate, eat high-quality food, listen to rockin' music, and enjoy an ever-rarer piece of paradise?

Over 11% of organic farms across the US now share a watershed with active drilling, and that number is expected to rise to up to 31%, as projected by FracFocus. According to the COGCC, Over 700 spills were reported at oil and gas operations in Colorado in 2014. The spills released more than a million gallons of oil and other chemicals. 11% of them contaminated water sources. There is rapidly mounting scientific evidence that produced water can contain toxic chemicals including natural mineral salts,

chemical additives, dissolved hydrocarbons, toxic metal ions, and <u>radioactive</u> materials. These chemicals cause cancer, they alter endocrine function, they affect human and animal reproductive systems, and they affect cognitive development in children. These facts are becoming well-known. If a spill were to occur upstream of the NFV that contaminated the irrigation water that feeds our farms, ranches, orchards, and vineyards, not only would it be unethical to sell our products, but the market would reject them. 4% of the UFO planning area is employed in the agricultural sector but in the NFV it's closer to 15%. It's bad enough that natural gas is putting our coal miners out of work. We don't need the oil and gas industry displacing our local hunting, fishing, recreation, agricultural and tourism economies, as well. Natural gas production does not provide enough stable, full-time employment to sustain the valley's economy. What it will achieve is to threaten the economic diversity we are striving to create in order to provide the stable, prosperous economy we desire. The BLM is aware of this, yet they chose to ignore this fact when they created their preferred alternative.

The following points illustrate areas in which the draft RMP is lacking adequate information:
- The draft RMP does not consider the cumulative effect that the level of fluid mineral extraction (drilling) outlined in the Reasonably Forseeable Development Scenario will have on existing domestic and commercial water supplies, including springs, wells or surface water. The BLM has the means to estimate this figure and yet it does not.
- The draft RMP makes <u>no mention of wastewater disposal</u> for fluid mineral development. Drilling uses a lot of water in the process of extracting natural gas. What is acceptable in terms of wastewater disposal on our public lands? The only time wastewater is mentioned is in the ACEC's portion of the Environmental Impacts section: "Energy and minerals development could impact ACEC values by …. contaminating surface water from wastewater spills and runoff containing drilling fluids." (4-346) These same negative impacts would occur anywhere fluid mineral development is allowed to take place, why is it not mentioned anywhere else?
- The BLM admittedly <u>does not have mapping of the planning area's groundwater hydrology</u>, which makes it difficult for future project EIS's to predict the impact of fluid mineral development on private and commercial water sources.
- In the draft RMP, the NFAP is tacked onto the 'conservation' Alternative B, as a sub-alternative B1. All parts of the planning area not covered in the NFAP are overlaid with alternative B. This makes it appear that the NFAP and alternative B1 are much more restrictive than the public intended, since the public only proposed to protect the North Fork Valley. By tacking the NFAP onto alternative B, it appears that the public proposed to remove 95% of the entire planning area from being available for leasing, which is not an accurate representation. If overlaying the NFAP onto another alternative is their way of analyzing the plan, they should overlay the NFAP over each alternative, so it's effect on each proposed plan can be accurately evaluated. Otherwise, it appears that <u>the BLM tacked the NFAP onto the conservation alternative as a matter of protocol, without giving it serious consideration.</u>
- The draft RMP does not adequately address human health impacts. The only mention of potential health impacts in relation to fluid minerals is that "energy and mineral development...includes inherent risks for workers and the public related to safety during construction and operation, as well as the potential introduction of hazardous materials that could impact human health should exposure occur. Introduction of hazardous materials could indirectly affect health due local air, soil, or water contamination" and "Contaminated surface waters pose health risks to recreational users who may come into contact with those waters. Development activities in the vicinity of drinking water aquifers (groundwater) pose a risk of contaminating those aquifers and causing health impacts on groundwater consumers."  (Page 4-

BLM_0128052

445) The document makes no mention of the effects that water contaminated with mineral salts, chemical additives, dissolved hydrocarbons, toxic metal ions, and radioactive materials will have on human health, agriculture, livestock, or the economy. <u>The document does not address mitigation or protocols to manage incidents of air/water/soil contamination, nor does it mention any existing legislation that would regulate such potential risks.</u>

- The draft RMP repeatedly describes how fluid mineral development would negatively impact, to some unknown degree, other resources such as wildlife habitat and migration corridors, grazing land, soil productivity, vegetative diversity, special status fish and aquatic wildlife, air quality, and visual resources, as well as non-market values including ecosystem services, natural amenities, scenic beauty, human health, quality of life, and sense of place.
- The draft RMP estimates that <u>ecosystem services in the planning area could provide up to $1,492 million in value</u>. (4-461)
- The draft RMP states that <u>natural amenities</u> like proximity to wilderness areas, national parks and other special protection areas tend to <u>have a positive impact on tourism, property values, population growth due to positive net migration, higher incomes, and employment growth.</u>
- The draft RMP states that approving an alternative that emphasizes "<u>resource development</u> over conservation likely would result in more <u>impacts on nonmarket values and how planning area individuals perceive their own quality of life.</u>" (4-460)
- The draft RMP repeatedly states that, at the projected rate of fluid mineral development outlined in the Reasonably Forseeable Development Scenario, oil and gas development would not have a significant impact on regional employment or the economy. It makes some mention of severance taxes but does not give estimates of what the income amount could be. It states that current employment in the planning area by oil and gas is less than .01%, and is not expected to increase to greater than 1%. "<u>Across all alternatives, for natural gas development, the economic contributions to the planning area represent a small fraction of jobs and income.</u>" (Page 4-462)
- "Agriculture represents 3.6% of jobs in the planning area...The North Fork Valley represents a region where traditional agricultural uses have maintained importance due to the presence of organic and conventional small-scale farms, orchards, and wineries. <u>Delta County is home to the highest concentration of organic farms of any Colorado county.</u>" (4-459)
- **Given the previous five points, why does the UFO's draft RMP prefer an alternative that will produce a net negative impact on the planning area's economy, natural resources, and quality of life?**
- The draft RMP did not address possible environmental disasters caused by or affecting fluid mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP. It is also possible that naturally occurring mudslides and avalanches could affect the safety and integrity of extraction infrastructure. There was a close call on May 25, 2014, when a mudslide came within feet of burying a drilling pad near Colbran, Co. and killed three people. <u>The West Elk Mountains are geologically unstable and these issues need to be mentioned in the RMP to provide a basis for future EIS's to address these risks.</u>
- The draft RMP does not adequately address the possibility of explosions, or lightning strikes, and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other flammable/explosive materials are involved. The planning area is often subject to drought conditions, in which fires can quickly get out control. The RMP states that "mineral resource development....would introduce additional ignition sources into the planning area, which...could increase the potential for high-intensity wildland fires." (4-482) That is the extent of the content of this issue, briefly mentioned in the "Unavoidable Adverse Impacts" section. <u>We can avoid this "adverse impact" by designating</u>

BLM_0128053