places where wildfires are a risk as unsuitable for fluid mineral extraction.

- The draft RMP does not address how fluid mineral development would strain local emergency services such as volunteer fire, ems and rescue groups. In the fall of 2015, there was a report of flames in the forest alongside Hwy 133. Paonia Volunteer Fire Dept was dispatched to the scene, over an hour's drive from their station. It turned out that one of the wells was flaring gasses and hadn't notified the local authorities as they were required, by law. This had the effect of wasting volunteers' time and could have been detrimental if there had been a real emergency during the time the fire department's limited resources were tied up investigating this false alarm. If there were a true emergency in this remote location, where is the nearest HAZMAT team that is qualified to deal with oil and gas spills? What is the response time? The specifics should be determined in project EIS's but the issue needs to be mentioned in the RMP that guides future EIS's.

- In 2012, North Fork Valley residents submitted over 3000 comments to the BLM in protest of a 30,000 acre lease sale. We were successful in fighting back that sale, and the latter 20,000 acres lease sale, in part because the BLM had relied on a 30-year old RMP, which did not consider how the valley had changed over the last 30 years, nor the impacts of hydraulic fracturing and multi-stage drilling technologies, which are relatively new technologies. The BLM's draft RMP **still does not** consider how the changes in technology will impact the land, human health, wildlife habitat-- including hunting and fishing populations, the environment, and the local economy. Relative to oil and gas, Alternative D, BLM's preferred alternative, **is only a .1% improvement** over the existing 30-year RMP.

- The draft RMP does not mention climate change and the extent that fluid mineral development would contribute to atmospheric $CO_2$. This is now required under NEPA. The final RMP needs to include this analysis.

- The draft RMP does not consider proximity to designated wilderness areas such as the West Elk Wilderness and Raggeds Wilderness, which are protected with Class 1 Airshed classifications. What would be the air quality impacts caused by adjacent development. There is currently a proposed well pad within 1 mile of the Wilderness Area border.

Specifically, the draft Resource Management Plan needs to:
- Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
- Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
- Address the issues of human health, water quality, air quality, emergency response, environmental disasters, climate change and the effect on existing surface and ground water sources in relation to fluid mineral extraction.

And the final RMP should:
- Include NL protections for land with highly erodible selenium soils, land within .5 miles of any water body, including streams and rivers, and land within .25 miles of any public or private water supplies.
- Preserve the valuable visual assets and scenic character of the NFV by protecting the visual landscape and prominent landmarks with NL and VRM Class I and II designations
- Include NSO protections for land with high geologic hazard risk, land designated as big game range, land in the Jumbo Mountain area, and within 100-year floodplains

- Include NSO protections for lands with selenium soils, agricultural land, water conveyances such as irrigation canals and springs, trout streams, scenic corridors and community facilities including schools and parks.


Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities. I was shocked to read that the preferred alternative in the draft RMP was so skewed toward the development side of the range of possible management scenarios. Not only did the BLM neglect to even consider a no-leasing option, but they tacked the NFAP onto the 'conservation alternative' and then proceeded to create a preferred alternative that included almost no elements from the conservation alternative nor the NFAP. That is hardly the balanced approach to resource management that the RMP process is intended to produce. It makes me wonder, too, what kind of influences caused the BLM to support such heavy fluid mineral development in spite of all the reasons included in the RMP, cited above, that would suggest that such development would have a net negative impact on the planning area's residents, other natural resources, economy, and non-market values. I would like to see a conservation plan implemented, and the points I noted above addressed.

Thank you for taking the time to consider my comments. I hope you are able to create a final RMP that succeeds in it's mission to sustain the health, diversity, and productivity of the public lands for the use and enjoyment of present and future generations.


Sincerely,

BLM_0128055

11/1/2016          DEPARTMENT OF THE INTERIOR Mail - addendum to my comment letter on the draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## addendum to my comment letter on the draft RMP

1 message

**Nicole Carpenter** <nicolecarpenter86@gmail.com>          Mon, Oct 31, 2016 at 12:04 PM
To: uformp@blm.gov
Cc: datchley@deltacounty.com, bhovde@deltacounty.com, mroeber@deltacounty.com, Robbie LeValley
<rlevalley@deltacounty.com>

UFO BLM staff and to whom it may concern,

I hereby add the following information to my comments pertaining to the draft RMP that I submitted last week. Please consider the following information in your process. In June, 2016 at the RMP info meeting at the Hotchkiss High School, I asked Jedd B Sondergard, the UFO hydrologist, if the BLM had maps and information determining the hydrology of the area they were proposing to open to oil and gas leasing because the information was omitted from the draft RMP. His response was a firm no, that BLM did not have that information. Well, here it is, and by law you must include it in your analysis.

I was made aware today of the report that was submitted to the Delta County Board of County Commissioners three years ago on the groundwater systems of the North Fork Valley and Terraces area (http://www.heath-hydrology.com/DeltaCounty_GWGIS_2013_NorthForkValley_Report.pdf). Some conclusions from it that should be cause for alarm by anyone who uses drinking or irrigation water in the Valley are:

"The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geohydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

….the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29)."

I am a resident of the North Fork Valley who is dependent on the clean water we now have access to for domestic water use, the well-being of my livestock, and for irrigation. Given this hydrological situation, I don't see how those water sources can be guaranteed to remain safe if drilling for oil and gas takes place on a large scale in this area. Polluted groundwater and springs are not an acceptable "unavoidable adverse impact" of fluid mineral extraction. These issues must be addressed in your draft RMP so they can be reasonably assessed in future EA's and EIS's. Thank you for your time and consideration.

Sincerely,
Nicole Carpenter
NFV resident, farmer and EMT
(631) 387-1206

BLM_0128056

Case No. 1:20-cv-02484-MSK   Document 65-13   filed 04/29/21   USDC Colorado   pg 4 of 207

11/1/2016         DEPARTMENT OF THE INTERIOR Mail - Draft Resource Management Plan and Draft Environmental Impact Statement for the BLM UFO



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Draft Resource Management Plan and Draft Environmental Impact Statement for the BLM UFO
1 message

**Kristen Cole** <kristen.cole@mesacounty.us>           Mon, Oct 31, 2016 at 1:52 PM
To: uformp@blm.gov
Cc: David Atchley <datchley66@gmail.com>, "C. Bruce Hovde" <bhovde@deltacounty.com>, mroeber@deltacounty.com, gdavis@montrosecounty.net, rhenderson@montrosecounty.net, dwhite@montrosecounty.net, john_whitney@bennet.senate.gov, noah_koerper@bennet.senate.gov, Susan_Holappa@bennet.senate.gov, Allison Kohn <allison_kohn@gardner.senate.gov>, betsy_bair@gardner.senate.gov, Brian Meinhart <Brian.meinhart@mail.house.gov>, attorney.general@state.co.us, John Swartout <john.swartout@state.co.us>

Good Afternoon All,

Please see the attached letter, approved at public hearing this morning (October 31, 2016) and signed by the Mesa County Board of Commissioners. The letter and a video copy of the hearing is available on the Mesa County website.

Please see the hearing here:
http://www.mesacounty.us/commissioners/template.aspx?id=23925&ekfxmensel=e46b086ed_1235_1252

--
Thank you,

Kristen Cole
Mesa County Administration
Office: 970-244-1757
Cell: 970-640-3633
Email: kristen.cole@mesacounty.us
main/general email box: mcadmin@mesacounty.us
*Follow Us On*



📄 **Signed RMP DEIS BLM letter 2016 10 31.pdf**
106K



## COLORADO
**BOARD OF COUNTY COMMISSIONERS**

| | |
|---|---|
| District 1 - John Justman | 970-244-1605 |
| District 2 - Scott McInnis | 970-244-1604 |
| District 3 - Rose Pugliese | 970-244-1606 |

P.O. Box 20,000   544 Rood Avenue   Grand Junction, Colorado 81502-5010   mcbocc@mesacounty.us   Fax (970) 244-1639

October 31, 2016

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave
Montrose, CO 81401

Email: uformp@blm.gov

RE: Draft Resource Management Plan and Draft Environmental Impact Statement for the BLM
Uncompahgre Field Office

Dear Project Manager:

The Board of County Commissioners for Mesa County, Colorado ("BoCC") is submitting this Letter to
the Bureau of Land Management ("BLM") to provide comments on the Uncompahgre Field Office
("UFO") Draft Resource Management Plan revision and associated Draft Environmental Impact
Statement (collectively, the "DRMP/EIS").

The DRMP/EIS describes and analyzes four alternatives and one partial alternative for managing over
675,800 acres of BLM-administered lands and 971,220 acres of federal mineral estate in Western
Colorado. Mesa County is the economic regional center for Western Colorado and Eastern Utah.
Multiple uses of BLM lands and resources administered by the UFO and surrounding field offices,
directly and indirectly impact Mesa County's economy. The BoCC's goal is to help the BLM ensure the
public lands in Mesa County and the region in general are managed in the most appropriate and
beneficial manner.

Mesa County staff has thoroughly reviewed the DRMP/EIS, and for the most part the BoCC supports
Alternative C (resource use emphasis), which is not the "Preferred" Alternative. Alternative C preserves
a greater amount of multiple use and the protection of private property rights. Alternative C also
provides a greater separation between broad requirements and site-specific issues that should only be
addressed during the review of proposed site-specific activities. Alternative C, therefore, allows for
greater flexibility for the public and the BLM to address and regulate those site-specific requirements
through various current permitting processes.

The BoCC fully supports and concurs with those written comments provided by Delta and Montrose
counties on the DRMP. We have summarized specific topic areas of greatest importance to the BoCC,
as follows:

## Lands with Wilderness Characteristics (LWC) and Wilderness Study Areas (WSA)

We do not support the de facto creation of additional wilderness areas by managing any areas outside of WSAs to protect wilderness characteristics. We assert such management is outside BLM jurisdiction and legislatively prohibited by Congress. Also, to manage LWC for solitude given the increase in recreation and directive to allow for increased use, is not feasible.

## Oil and Gas (Fluid Minerals)

Preserving the ability for the oil and gas industry to operate, extract and explore is of great importance to the region due to positive economic impacts. In general we do not support closing areas to leasing. The amount of acreage where no surface occupancy ("NSO") stipulations would be applied to future leased lands in the DRMP needs to be reduced significantly to meet FLPMA guidelines where the least restrictive measures available should be applied to protect other resources such as special status species, WSAs, ACECs, sensitive soils, riparian areas and recreation sites before applying NSO stipulations as a last resort. The DRMP proposes a 162,670 acre increase in lands "Open to leasing subject to NSO-BLM surface/federal minerals". If the intent of the DRMP is to continue to allow for productive leases on these acres as shown in Figure 2-23, it would be more practical to apply Controlled Surface Use (CSU) restrictions.

Although directional/horizontal drilling capabilities have improved in recent years, total elimination of surface occupancy on leased ground would render much of the subject acreage inaccessible to drilling. We believe CSU restrictions are a fair compromise and would provide the necessary resource protection while also maintaining the potential for future resource development.

Although areas with existing leases would not be subject to the stipulations in the DRMP, we are not supportive of applying new conditions of approval ("COA") based on the new DRMP. The unpredictability of changing and unknown COAs will deter the industry from developing the resources to their fullest extent while using best management practices and result in a reduction of economic activity locally and regionally.

## Wild and Scenic Rivers (WSR)

We strongly support utilizing available and recommended management tools to protect the free-flowing nature and Outstanding Recreational Values for the stretches of waterways identified as eligible for designation. We do not support any recommendation of these waterways as suitable for wild or scenic designation.

As a general comment with regard to WSR designations, we find it to be a dramatic overreach of authority for BLM to use an administrative determination ("WSR suitability") as the basis for imposing NSOs and similar land use restrictions on adjoining land. We respectfully ask that BLM reconsider imposing such restrictions adjoining suitable WSR segments until such time as Congress has formally determined the proposed WSR determinations. As written, this management action substitutes an administrative determination of "suitability" in lieu of Congressional action as intended by the WSR Act.

## Socio-Economics

Accurate portrayal and analysis of the social and economic impacts of multiple use of BLM lands is lacking in the DRMP.   It appears that parts of the DRMP rely on old, outdated, or non-applicable and inconsistent socio-economic data and analyses, resulting in underestimated impacts of multiple uses of the BLM to the local and regional economy.

BLM_0128059

**Grazing Allotments**
Agriculture is a very important component of our region's economy, culture and lifestyle. The use of BLM lands is key to the local ranching industry. The status of all allotments needs to be determined on a case-by-case basis in concert with the permittees at the implementation stage of planning. Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of the region. IMPLAN calculates economic impact based on forage used in the UFO; however, additional analysis needs to include the value of the livestock for the entire year. This is a more accurate way to reflect livestock grazing in the RMP. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus the region. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

**Comprehensive Travel and Transportation Management**
The BLM should work closely with the various user groups and counties when designating uses for specific trails and areas. Multiple use of roads and other routes in the UFO are important economic drivers for the entire region. Within the UFO planning area, there are existing county roads upon which counties have clear jurisdictional and maintenance responsibilities. Whether BLM has recognized these roads through an RS 2477 process is irrelevant to the county's jurisdiction. We suggest that in preparation and mapping for travel management activities, BLM consult with the affected counties to prepare an accurate inventory of roads that are known county jurisdiction.

**Gunnison Sage Grouse**
All management decisions related to Gunnison Sage Grouse habitat should be amended to defer to the BLM's Gunnison Sage-Grouse Rangewide Resource Management Plan Amendment and Environmental Impact Statement, which is also currently in "draft" form with public comment due in January, 2017.

Thank you for your attention and consideration of our comments.

Sincerely,

Rose Pugliese, Chair
Board of County Commissioners

John Justman
Commissioner

Scott McInnis
Commissioner

cc:     Delta County Board of County Commissioners
        Montrose County Board of County Commissioners
        U.S. Senator Michael Bennet
        U.S. Senator Cory Gardner
        Congressman Scott Tipton
        Governor John Hickenlooper
        Colorado Attorney General Cynthia Coffman

10/31/2016                                     DEPARTMENT OF THE INTERIOR Mall - Comments on draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on draft RMP
1 message

---

**Carter Bland** <carterbland@gmail.com>                          Mon, Oct 31, 2016 at 8:51 AM
To: uformp@blm.gov

Dear BLM-UFO Staff and RMP Comment Team

Please see attached comments on draft RMP.  Hard copy mailed 10/31.

Thanks
Carter Bland

---

📄 **Bland Comments on draft RMP.pdf**
494K

BLM_0128061

October 30, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please consider these comments on the Uncompahgre Field Office draft Resource Management Plan.

1. BLM's preferred alternative D poses unacceptable risks to the North Fork Valley's water quality, air quality, agricultural economy and recreational resources.
2. Only North Fork alternative B.1 clearly identifies lands that should be designated no-lease, no surface occupancy-- a critical provision that must be included in any final RMP.
3. BLM specifically excluded from its analysis a no-leasing alternative for the North Fork Valley. Considering the unique but fragile agricultural and recreational resources of the region, this is an <u>unreasonable</u> exclusion.
4. BLM does not consider hydraulic fracturing and multi-stage drilling technologies, and therefore it's development and impact projections are probably inaccurate. The number of wells, laterals, and supporting infrastructure is likely to be much higher than reflected in the draft RMP.

The draft RMP lacks adequate data and analysis in the following areas:

1. risks to air quality from volatile organic compounds, silicates and other airborne contaminants;
2. risks to potable drinking water supplies for the towns of Somerset, Paonia, Hotchkiss, Crawford and Delta as well as for those individuals and families served by private water companies such as: Bone Mesa Water Company, Stucker Mesa Water Company, and Pitkin Mesa Pipeline Company;
3. risks to irrigation and crops from water contamination and from damage to irrigation canal access and bridges;
4. risks to wildlife from habitat fragmentation, interference with migration, and damage to grazing and wintering grounds;
5. risks of damage to valuable recreational, hunting and fishing resources;
6. risks of significant reductions to residential, farm and ranchland property values.

In conclusion, before creating a final Resource Management Plan, BLM should:

- Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
- Include sub-alternatives for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
- Include a more extensive analysis of regional hydrology and specifically that of the North Fork Valley to fully assess risks to drinking water, agriculture, wildlife and recreation.

Lacking these elements, BLM's draft RMP fails to consider the full range of reasonable management possibilities.

We are retired residents of Paonia who will be directly affected by any degradation of the environment and quality of life that results from BLM's decisions.

Respectfully,

Carter and Robin Bland
15362 Fire Mountain Road
Paonia, CO 81428

11/1/2016                          DEPARTMENT OF THE INTERIOR Mail - comments on RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## comments on RMP
1 message

---

**rick mcgavin** <mcgavinrick@yahoo.com>                          Mon, Oct 31, 2016 at 12:36 PM
Reply-To: rick mcgavin <mcgavinrick@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

Thank you for your time and consideration in reading our comments
Rick and Jennifer McGavin


see attached

---

 **Comments on RMP.doc**
34K

BLM_0128063

# Ref: Bureau of Land Management Uncompahgre  RMP

 We would like to thank the BLM for the ongoing efforts of the Uncompahgre Field Office in developing a reasonable Resource Management Plan that safeguards all resources in the North Fork Valley. Specifically, we appreciate the inclusion of the North Fork Alternative, or B1, as part of the draft RMP. This locally driven proposal ensures protection of the entire Gunnison Watershed, supports farmers, protects public health, sustains ecological well-being and allows for continued building of a sustainable rural economy. **We request that the BLM adopt the North Fork Alternative in the final RMP.**

We think that at a minimum the issues that need to be addressed and considered are:
> a) analysis of the impacts of hydraulic fracturing and multi-drilling technologies.
> b) the cumulative impacts of unregulated gas gathering pipelines.
> c) the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
> d) the impact of permanently removing water from the hydrologic cycle.
> e) injection wells and the potential for earthquakes and contamination of aquifers.
> f) the impacts on human health
> g) that ozone levels already exceed the EPA threshold of 70ppb in certain areas.
> h) community source water protection plans.
> i) impacts on hunting due to changes in wildlife migration and reproduction habits.
> j) impacts on currently used recreation areas

Our valley is growing and people are moving here for a clean and healthy lifestyle. Our valley is moving away from singular dependence on mining, oil and gas development to an economy focused on organic food, outdoor recreation and the opportunity to raise young families in a healthy environment.

**We own four business in this valley; a retail liquor store, a jewelry store, a karate dojo and we own rentals.** Most of our karate students are either involved in the organic food business or moved here to provide their young growing families with a clean, healthy life style. This would be negatively effected by large scale oil and gas development.  Our retail wine business and jewelry business is also supported by persons who again moved here for the North Fork lifestyle.

The BLM must adopt a management plan that protects these resources which make Paonia and the North Fork Valley such a special place. Inappropriate development over the next twenty years has great potential to cause air and water pollution, which would significantly degrade Paonia residents' quality of life.

The BLM should consider the uniqueness of the North Fork Valley in adopting the final RMP. We have Gold Medal fishing, prized big game hunting, and award-winning fruits,

BLM_0128064

vegetables, and wines which can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

Clean water is one of the greatest assets to the North Fork Valley, and as we move into the 21st century it will become increasingly important. **The North Fork Alternative stipulates that a buffer area of a half of a mile from all source water supplies oil and gas surface activities be maintained. We strongly support this part of the Alternative plan.**

In addition to drinking water, irrigation water is a major concern in and around the town of Paonia. Irrigation waters are used not only for animals but the farms and orchards that are highly regarded throughout the state for providing high quality products. Many of these farms and orchards are certified organic and any contamination would jeopardize this certification.

In the last few years we have seen a major growth in hops, cider and organic food production in this valley. It's very exciting. These products are sold to many places around the nation, making the valley's future America's future. Unforeseen contamination in this valley could significantly impact the land and subsequently the agricultural industry that is vital to the economic stability of this area. **Mineral leasing and severance tax funds will not compensate** for the loss of agricultural endeavors and its attributed labor force.

**Any proposed areas open for leasing in the final RMP that are on or near critical wildlife habitat, such as the Roeber State Wildlife Area, which is designated as a critical habitat area by the Division of Wildlife, should be protected from any potential negative impacts from oil and gas development.** This particular area is a calving area for elk and is closed in the winter; any human disturbance could affect the wildlife calving or migration.

**The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.**

Furthermore, **areas which are in close proximity to town limits and are used for recreation must be protected from potential damage due to oil and gas development.** In addition to the concerns about the impacts on local recreation areas, **any development in these potential parcels would severely impact our already degrading roads.** Heavy truck traffic is cause for concern at the municipal level. Not only would the increase in traffic cause real damage to the surfaces of our roads, there would be an increase in exhaust fumes and dust which would settle into the valley and deteriorate air quality. **The North Fork Alternative, B1, considers all of these protections** and ensures that these valuable assets remain intact.

We strongly encourage the BLM to designate **Elephant Hill and Jumbo Mountain as a Special Recreation Management Area (SRMA)** and manage it as such. This designation would allow an area that is already being predominantly used for recreation, such as hiking, biking, hunting, equestrian and ATV use to be managed and maintained for the quality of these uses. We use the area for daily recreation and exercise, one of the great things about being residents of this valley. Management of this area should benefit from BLM resources that will ensure that the trails remain safe and that residents and visitors will enjoy a high-quality experience.

BLM_0128065

On a personal note, we have a vested interest in the hunting and recreational activities that take place in proximity to these wildlife areas as these types of activities create an economic interest for us.

**The RMP as written is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and food sheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

**The potential for human, animal and environmental damage is too high.**

**We ask that the BLM adopt the North Fork Alternative to the RMP instead of the Preferred Alternative.**

Thank you for your consideration in this matter,
Rick and Jennifer McGavin
North Fork Karate, Tridea, West Wine and Spirits, McG 3 LLC
PO Box 1805
Paonia CO 81428

BLM_0128066



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## UFO RMP Comments
1 message

---

**Oogie McGuire** <oogiem@desertweyr.com>                                   Mon, Oct 31, 2016 at 1:12 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Attached are our comments on the draft RMP.


Eugenie (Oogie) McGuire
Desert Weyr, LLC - Hi Performance Black Welsh Mountain Sheep www.DesertWeyr.com
LambTracker - Open Source Flock Management Software www.LambTracker.com
Paonia, CO USA

---

📄 **2016-10-31_Draft_RMP_Comment_Letter.pdf**
273K

BLM_0128067

Desert Weyr, LLC
16870 Garvin Mesa Rd
Paonia, CO 81428
28 October 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

Desert Weyr, LLC is a small farm located in Paonia Colorado. We own the second largest flock of Black Welsh Mountain Sheep in North America and are a cooperating researcher with the US Department of Agriculture, National Animal Germplasm Program conducting basic research into sheep reproduction.

The RMP does not provide a full look into all the issues related to extensive oil and gas development in the area.

We have a number of specific concerns.

The first issue is that the North Fork Alternative should be included as an option in every proposed version. The North Fork Alternative, B1 was hammered out by the communities after a long and arduous process. It provides the minimum level of protection we need for our critical farming lands in the North Fork valley and must be included in every proposed alternative. Only with it included can we make a fair comparison of all the various alternatives.

The RMP does not include a no leasing option. That option would provide the highest protection for our irreplaceable views, clean air and water and new economy and must be included for the BLM to comply with it's hard look requirements at alternatives. No leasing is a reasonable alternative given the geologic, environmental and economic problems with any oil and gas development.

Within the preferred alternative D the BLM is proposing to open to oil and gas drilling over 90% of the public lands. However in the Reasonable Foreseeable Development Final Report the BLM failed to take into account the changes in hydraulic fracturing and multi-drilling technology. The report is based on analysis done in 2004, over 12 years ago. The technology has changed so dramatically and there are so many more reports of earthquakes and other harms that the BLM must look more closely as the current state of the science regarding potential harms. As shown in Oklahoma there can be no mitigation from the geologic risks and that alone is a reason to prefer a no leasing alternative.

Another issue is that all the rural gas gathering pipelines are not required to have any inspection and they are at risk of leaks and ruptures that could destroy critical wildlife habitat as well as contaminate the air and

BLM_0128068

water that is the lifeblood of our agriculture economy. The developments will crisscross critical wildlife habitat, irrigation systems and geologically active slide and steep slope areas. None of these issues were properly addressed in the RMP. Even with Colorado's strict guidelines on reporting surface spills and contamination the network of irrigation systems means that any spill could destroy a ditch company and send polluted water down onto organic and conventional croplands long before anyone has a chance to turn off the headgates or perform required clean-up operations. In our case our Terror Ditch Company water system consists of many miles of ditches and gathering areas in steep terrain that would be severely compromised by even the simplest of surface spills.

We have significant concerns about potential contamination of our water resources.

Even if drilling and fracking can be performed without any risk of contamination the potential for surface contamination and spills from even the best managed drilling will cause irreparable harm to the waters of the valley. Within the last 3 years Garvin Mesa has experienced 3 separate "50 Year" storms that sent water down stream overflowing all the ditches and culverts. This water spread out over the Garvin Mesa irrigated lands. These events would have completely overwhelmed any settling ponds and sent the pollution from those ponds directly into our fields. Once contaminated the effect is permanent. There can be no mitigation from the effects of the air and water pollution from these events. The only reasonable course is to totally prevent any drilling at all anywhere within the North Fork valley.

As documented as far back as 1992 surface contamination of drinking water can cause death in livestock. The article "Toxicosis in Sheep Following Ingestion of Natural Gas Condensate" R. Adler, H. J. Boermans, J. E. Moulton and D. A. Moore published in Veterinary Pathology 1992 29: 11 DOI: 10.1177/030098589202900102 describes the loss of 30 ewes who had a single day exposure to contaminates from gas drilling. These sheep died even though they had access to fresh drinking water.

Many of the areas proposed for development in the preferred alternative are adjacent to Garvin Mesa or are within the watershed for the Terror Ditch and Reservoir Company irrigation system. Desert Weyr, LLC depends on this water to provide irrigation water for the pastures and orchard and to provide drinking water for our livestock. The risk of a catastrophic contamination of our ditch system puts our rare breed sheep at risk. There is no compensation or mitigation that can cover the loss of the critical genetic diversity that our flock represents.

The RMP also fails to protect the water supplies of the local towns and small water companies.

We have significant concerns about the removal of water from our local environment. Contaminated drilling fluids are proposed to be pumped back into the ground and all drilling removes some water from the hydrological cycle. There was no discussion of the potential impacts to irrigation and weather system by the removal of that water and the destruction of clean water. Even closed loop systems use good water. In our desert environment with drought a constant threat it is irresponsible for he BLM to ignore the impacts of water removal on the local environment.

We have major concerns about air pollution.

The RMP does not take into account the increased haze and dust from the miles of surface roads that would be required to develop in the area. With the Black Canyon nearby as well as other Wilderness areas any loss of visibility and clear air impacts the recreational and view shed areas.

Cornell University published their findings from a study of the impacts of gas drilling on food animals. "Impacts of gas drilling on human and animal health." Bamberger M, Oswald RE Department of Molecular Medicine, Cornell University, Ithaca, NY 14853, USA. Because animals often are exposed continually to air, soil, and groundwater and have more frequent reproductive cycles, animals can be used as sentinels to monitor impacts to human health. The findings illustrate which aspects of the drilling process may lead to health problems. Complete evidence regarding health impacts of gas drilling cannot be obtained due to incomplete testing and disclosure of chemicals, and nondisclosure agreements. Without disclosure of everything used in the drilling process it is impossible to effectively test the environment for contaminants.

Yet another scientific paper, "An Exploratory Study of Air Quality near Natural Gas Operations" by Theo Colborn, Kim Schultz, Lucille Herrick, and Carol Kwiatkowski has been peer reviewed and accepted for publication by Human and Ecological Risk Assessment. This research looked at the air pollution from even a totally closed loop drilling and fracking procedure. Closed loop is being touted by the industry as a way to eliminate the risks from air pollution but this research indicates that it is ineffective at reducing exposures to the endocrine disrupting chemicals that affect reproduction.

Our flock is over 10% of the entire North American population of Black Welsh Mountain sheep but is responsible for over 30% of the breeding population. The loss of any animals from this flock in the event of a single exposure to toxic chemicals from gas drilling would represent a significant threat to the continued genetic diversity of the entire North American population.

The National Oceanic and Atmospheric Administration has been conducting studies in oil and gas fields across the nation. They are finding huge increases in ozone near oil and gas wells. http://www.esrl.noaa.gov/news/2009/winter_ozone.html A recent study of the Denver-Julesburg Basin in northeastern Colorado by the National Oceanic and Atmospheric Administration found elevated levels of methane coming from well sites. NOAA scientists say initial results from another study show high concentrations of butane, ethane and propane in Erie, east of Boulder, where hundreds of natural-gas wells are operating. These airborne contaminants would cause permanent harm to the reproductive capacity of our sheep flock. These risk have not be discussed in the RMP. There is no way to mitigate the problems posed by this activity.

We are in year twelve of a major research project in cooperation with the USDA. Our research focuses on reproduction in sheep. The known problems from air and water pollution and their effect on the reproductive systems of our sheep would render them useless for the research if there is any drilling activity within the valley. At Desert Weyr, LLC we have had a weather station in operation for over 15 years. Our data show a constant wind flow that moves up and down the valley. Any contaminants anywhere in the valley will find their way to our farm and impact our sheep flock.

Within the RMP the BLM did not even consider that their own models show that ozone levels have exceeded EPA guidelines. Thus any increase due to development is foolhardy.

As part of the Garvin Mesa Wine Loop we give farm tours all summer in cooperation with local wineries. This food and drink based tourism is a major portion of our business. The visual impacts from the drilling rigs, lights, dust and increased traffic would make our area undesirable for these tourists. Our customers come to the valley to enjoy the scenery, clean air and ready access to local public lands for hunting, fishing,

BLM_0128070

mountain biking, hiking to name a few uses. These uses are incompatible with oil and gas development.

The BLM also ignored the impact that additional oil and gas development would have on our ability to counteract climate change. The BLM should only propose alternative that fully comply with federal rules regarding reducing carbon emissions. We need to move beyond fossil fuels and cannot support this type of development in our critical food shed. It is inconceivable that the BLM did not provide a no leasing option to provide the highest protection for our irreplaceable views, clean air and water and new economy.

We have concerns about the visual and scenic values.

While within the RMP many areas were considered important scenic vistas there was insufficient analysis of how the scenic views from private lands on the mesas in the North Fork valley affect the economics of the wineries, agri-tourism and recreational users who are becoming the primary economic drivers in the valley. The increase in broadband internet capability in Paonia has fostered a number of new businesses moving in. These businesses are comprised of people who can live anywhere in the world they choose to as long as there is internet. They have come to the North Fork for our good food, clean air, and water and recreational opportunities. The RMP did not take into account the impact that development of oil and gas would have on the perception os the people who are coming in to replace the lost coal mining jobs.

Desert Weyr, LLC also provides meat to local restaurants and consumers through our on-farm retail store. Our customers depend on additive free meat from our pasture finished flock. Any perceived contamination will negatively impact our business.

According to the BLM: "It is the mission of the Bureau of Land Management (BLM), an agency of the Department of the Interior, to manage BLM-administered lands and resources in a manner that best serves the needs of the American people. Management is based upon the principles of multiple use and sustained yield, taking into account the long-term needs of future generations for renewable and nonrenewable resources."

The proposed alternative violates the mission statement of the BLM because it does not administer the lands to serve the needs of the American people and it does not take into account the long term needs of future generations. By definition all oil and gas development cannot be sustained. Once the resource is removed from the ground it is gone. The surface impacts from such development will adversely impact the other uses of the land. This violates the BLM mandate for sustained yield.

Specifically the preferred alternative D ignores a number of recent scientific studies and does not take into account the rapidly changing economics of our valley. Nowhere in the RMP is there any discussion of the number of organic farms and the risks that any development pose to this growing source of local income. The North Fork is home to Colorado's largest concentration of organic farms and any perceived or real contamination of those farms through even the best managed oil and gas extraction will devastate an economy already hit hard by the loss of coal mining jobs.

Our farm depends on tourism to sell our products. Visitors have already expressed dismay that there might be any oil and gas drilling. We have been unable to sell our breeding rams to people who are concerned about the existing gas development up the Muddy and the risks of reproductive harm due to the VOCs that drift in the winds that bathe our mesa daily. To expand this to include oil and gas development as far as the eye can see will effectively destroy our entire business.

The RMP did provide for the Jumbo Mountain special area for mountain biking. We agree that this special designation is critical to our Paonia economic health. There are a number of new businesses focused on supporting biking and the draw of the Jumbo Mountain trails has helped. In addition many of the newer high-tech businesses are drawing in employees who like to take advantage of the hiking and biking trails and we need to continue to provide the great experiences they crave.

We also support increased restrictions on general target shooting as described in alternative B while still providing many opportunities to enjoy shooting sports.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable management possibilities.

We are disappointed that in spite of overwhelming community opposition to oil and gas development the BLM charged ahead with a plan that destroys all that we have worked for in this community. The preferred alternative should have been the middle road that the community hashed out over many months, i.e. the North Fork Alternative and not kowtowing to the industry and going full bore into an extraction economy that will kill our existing businesses.

We expect that the final RMP will address these concerns and provide strict protection for our farms and businesses.

Sincerely,

Eugenie M. McGuire

Kenyon E. McGuire

BLM_0128072

11/1/2016                              DEPARTMENT OF THE INTERIOR Mail - comment re. Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## comment re. Resource Management Plan
1 message

---

**linda miller** <bosque2@earthlink.net>                              Mon, Oct 31, 2016 at 12:30 PM
To: uformp@blm.gov

Dear Decision Makers:

The task before you is daunting:  a vision of management for the next 20+ years.

BLM staff has the scientific expertise necessary to protect the resource, however, the balancing act to prioritize values expressed by the public
is an impossible task.  I would suggest that the guiding factors should be:  climate change and the population explosion affecting Colorado.
Too many people and a scarcity of water,

The BLM cannot provide multiple uses, it is time to put protection of the resource first.

Good luck,

Linda J. Miller
Telluride, Colorado
81435

BLM_0128073

11/1/2016                          DEPARTMENT OF THE INTERIOR Mail - Comments on the Draft Uncompahgre RMP/EIS



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on the Draft Uncompahgre RMP/EIS
1 message

**Tripp Parks** <tparks@westernenergyalliance.org>                    Mon, Oct 31, 2016 at 1:47 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Good afternoon,

Attached please find comments from Western Energy Alliance on the Draft RMP/EIS for the Uncompahgre Field Office.
Please do not hesitate to contact me with any questions.

Thank you,

Tripp Parks

Policy Analyst

Western Energy Alliance

Main: 303-623-0987

Direct: 303-501-1061

tparks@westernenergyalliance.org

📄 **Western Energy Alliance Comments on the Uncompahgre RMP 10.31.16.pdf**
213K

BLM_0128074



October 31, 2016

*Submitted via e-mail to uformp@blm.gov*

Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

**Re:    Draft Resource Management Plan/Environmental Impact Statement for the
         Colorado Bureau of Land Management Uncompahgre Field Office**

Dear Sir/Madam:

Western Energy Alliance opposes Alternative D, the preferred alternative, in the draft
Resource Management Plan (RMP) for the Bureau of Land Management's (BLM)
Uncompahgre Field Office (UFO). Under the preferred alternative, BLM would close or
severely restrict leasing of oil and natural gas on significant acreage in the planning area,
preventing access to valuable resources that the plan itself identifies as "important."

Western Energy Alliance represents over 300 companies engaged in all aspects of
environmentally responsible exploration and production of oil and natural gas in Colorado
and across the West. Alliance members are independents, the majority of which are small
businesses with an average of fifteen employees.

**Oil and Natural Gas Leasing**

Oil and natural gas deposits in the UFO planning area are a valuable resource for our
nation's future, as the draft RMP's section on Fluid Minerals – Oil and Gas highlights:

> "Carbonaceous shale is expected to become an important future source
> of natural gas in the United States… [w]hen and if the Mancos, Gothic,
> or Hovenweep shale gas plays are characterized for the planning area
> and technology and well completion methods are optimized, these
> shale gas resources could become an important energy source."[1]

The importance of access to shale gas resources in the planning area is further heightened
by a recent U.S. Geological Service (USGS) survey which found that the Mancos Shale holds
an estimated 66 trillion cubic feet of undiscovered, technically recoverable shale gas, some

---

[1] *Uncompahgre Field Office Draft Resource Management Plan and Environmental Impact Statement* at 3-121.

BLM_0128075

Draft RMP/EIS for the Uncompahgre Field Office
October 31, 2016

Page 2

of which lies in the UFO.[2] The Mancos Shale is the second largest continuous shale gas assessment in the nation, according to USGS, and is ripe for future development absent federal restrictions that limit access.

Under the preferred alternative, though, BLM would foreclose access to large amounts of natural gas in the UFO. Specifically, it would prohibit leasing on 5,840 acres and add stipulations such as No Surface Occupancy (NSO) on an additional 431,840 acres. Despite the extended reach of horizontal drilling, an NSO restriction is likely to place substantial acreage off limits to drilling due to an inability to access the leased parcels. Significant acreage will remain well beyond the lateral reach of horizontal wells. Closing access to this acreage will limit future development of a large, important resource, and BLM should reconsider this approach.

Western Energy Alliance supports Alternative C, which adopts a more reasonable approach to leasing. While it would remove 333,950 acres from the "leasing subject to standard terms and conditions" category, the vast majority of these acres would be subject to Controlled Surface Use (CSU) and Timing Limitation (TL) stipulations, rather than NSO restrictions. CSU and TL stipulations provide adequate environmental protections while still allowing for environmentally responsible development of oil and natural gas resources.

**Private Property Rights and Negotiated Surface Use Agreements**

Placing stipulations on private lands above federally-owned minerals is an infringement of private property rights and conflicts with existing BLM policy. Restrictions in the plan should only apply to federal lands.

BLM's 2007 "Split Estate Rights, Responsibilities, and Opportunities" brochure states that BLM's policy is to "offer[] the surface owner the same level of resource protection provided on federally owned surface."  It does not say that BLM will mandate the surface use terms for private surface estate.  The 2007 brochure states that the operator must consult in good faith with the surface owner and that the surface owner "will have [his or her] views on protection standards and construction and operation issues carefully considered by the BLM as the BLM determines appropriate mitigation measures." How is BLM supposed to "carefully consider" the surface owner's views when BLM has bound itself to apply all RMP management direction to split estate land regardless of the surface owner's views?

---

[2] *Assessment of Continuous (Unconventional) Oil and Gas Resources in the Late Cretaceous Mancos Shale of the Piceance Basin, Uinta-Piceance Province, Colorado and Utah, 2016: U.S. Geological Survey Fact Sheet 2016-3030,* Hawkins, S.J., Charpentier, R.R., Schenk, C.J., Leathers-Miller, H.M., Klett, T.R., Brownfield, M.E., Finn, T.M., Gaswirth, S.B., Marra, K.R., Le, P.A., Mercier, T.J., Pitman, J.K., and Tennyson, M.E., May 2016, p. 4.

**WESTERN ENERGY ALLIANCE**

Draft RMP/EIS for the Uncompahgre Field Office
October 31, 2016

Page 3

Under the procedure contemplated in Onshore Order Number 1, an operator must engage in good-faith negotiations with the private surface owner to reach an agreement for the protection of surface resources and reclamation of the disturbed areas. BLM should respect this process. The RMP should expressly state that surface use issues on private surface will be resolved primarily between the surface owner and the operator and that BLM will not apply management direction that conflicts with the agreement reached between the surface owner and operator.

**Lands with Wilderness Characteristics**

The preferred alternative would designate more than 18,320 acres as new Lands with Wilderness Characteristics (LWCs) areas. Designation of these areas would result in burdensome restrictions on development of substantial portions of the Planning Area, including NSO, CSU, and TL stipulations.

Under Section 102 of FLPMA, Congress directed BLM to manage lands on a multiple-use basis to "...best meet the present and future needs of the American people" in a "combination of balanced and diverse resource uses," including minerals development. Importantly, in Section 103(c) of FLPMA, Congress listed resources that BLM should take into account in allocating management, and "wilderness characteristics" is not included as such a resource. On the other hand, mineral development is a "principal or major use" of public lands under FLPMA. Congress further emphasized the importance of minerals development by, as noted above, declaring that public lands be managed "in a manner which recognizes the Nation's need for domestic sources of minerals." 43 U.S.C. § 1701(a)(12).

In addition, designation of LWCs conflicts with a Congressional prohibition. Congress has explicitly denied funding for the implementation of Secretarial Order 3310 concerning the designation of "Wild Lands." LWCs are "wild lands" in all but name. It is therefore a violation of law to designate LWCs through the RMP process. BLM designation of LWCs violates FLMPA's multiple-use directive, and as such we oppose their inclusion in the preferred alternative. Alternative C, which does not manage for lands with wilderness characteristics, takes the proper approach.

We urge BLM to adopt Alternative C in the final RMP, with the modification specified above. Thank you for the opportunity to comment, and please do not hesitate to contact me with any questions.

Sincerely,

Kathleen M. Sgamma
Vice President of Government & Public Affairs

**WESTERN ENERGY ALLIANCE**



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## comments on RMP
1 message

**Tom and Laurie Powers/Shannon** <2ruggers@gmail.com>        Mon, Oct 31, 2016 at 1:07 PM
To: Uformp@blm.gov

Hi,  attached are my comments on the RMP. Thanks for the opportunity to comment.  Laurie

--
Laurie Shannon
Tom Powers

📄 **UFORMP_comments_lshannon.pdf**
1589K

BLM_0128078

October 31, 2016

Laurie Shannon
1189 Canyon Drive
Ridgway, CO  81432

Dear Planning team;

Thank you for the opportunity to submit comments on the draft Resource Management
Plan (RMP).  It's obvious you all put a lot of work into this effort, and I commend your efforts.

Having recently moved to the Ridgway area, I have come to really appreciate the BLM
lands within the Uncompahgre Field Office planning area.  Having spent time in all the
designated wilderness areas in Colorado, over the past few years I have been branching out to
see the Wilderness Study Areas as well.  I have found that many of these areas are little gems
that offer a great opportunity to experience everything that is embodied in wilderness
characteristics.  I would urge you to include more of the lands that have wilderness
characteristics that are identified alternative B into alternative D.  I would also encourage you to
include more Areas of Critical Environmental Concern (ACEC) into the final preferred
alternative.

Under alternative B, you found about 41,780 acres that have wilderness characteristics,
so it is splitting hairs to only carry forward about 18,320 acres into alternative D.  With a huge
planning area of nearly 700,000 acres, when you divide up the 41,780 acres into all the
different geographic areas you identified, it's pretty small stuff, so why not go ahead and
protect most if not all the lands that contain wilderness characteristics in the preferred
alternative?  I didn't go through all of your tables to sort out every nit-noid of data that would
be affected if you did protect these lands.  The overall amount of land that would still be
available for oil and gas leasing or other economic uses would not change to any great degree.
It wouldn't affect existing motorized uses very much either.  Since it's been nearly 30 years
since you last rewrote the RMP, it is silly not to go ahead and protect the areas you've
identified to have sensitive resources or contain other wilderness characteristics. No doubt it
will be a long time before you do another rewrite of the plan.

Over the past few weeks, I've had the opportunity to check out the lands with
wilderness characteristics in both the Tabeguache area and the Potter and Monitor Creeks.  I
found that as soon as I stepped off the road in these two areas, I was immediately enveloped in
solitude and expansive viewsheds. I'm glad I made the effort to see these areas. They are
worthy of protection.

I would like to also encourage you to carry more of the ACECs into the preferred
alternative (D) as well.  I had a chance to see some of the Rock Art in Paradox Valley.  I was very
impressed with the amount and quality of these cultural resources.  At least by identifying

these areas as needing protection, it is a starting point for the future.  Even though I understand how limited your resources are in protecting these areas, I think using citizen monitoring or other outreach could be a good way to engage the local communities about the importance of these areas.  I also think the mesa between Monitor and Potter Creeks should be included as an ACEC in alternative D, as it is a key linkage between the two areas.  I went up to the area the day before hunting season started.  The main road was full of trucks and campers with their ATVs and grills headed up the road. It almost had the feel of the I-70 corridor on a Friday afternoon.  As soon as I stepped off the road, everything was quiet and I didn't see a soul. Except for a few hunters and other users who are looking for this type of experience, I don't see that most people are going to make the effort to travel these areas by foot. There is certainly not a lack of motorized trails up on the Uncompahgre Plateau or elsewhere within your planning area. I would also encourage you to include more protection for the areas around the Adobe Badlands. It shouldn't just be a big sacrifice area.

Sincerely,

Laurie Shannon



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: RMP
1 message

---

**Pfifer, Teresa** <tpfifer@blm.gov>                                    Mon, Oct 31, 2016 at 8:18 AM
To: BLM_CO UFO_RMP <uformp@blm.gov>

---

———— Forwarded message ————
From: <klsweitzer@earthlink.net>
Date: Sat, Oct 29, 2016 at 7:54 PM
Subject: RMP
To: tpfifer@blm.gov

*Dear BLM Regional Management -*

I support the "North Fork Alternative," which provides for no oil and gas leasing across 75% of the North Fork Valley.

I am opposed to expanding coal and natural gas expansion in Gunnison county.  As proposed, the RMP would facilitate the expansion of coal mining and natural gas development across  rural landscape, impacting wildlife, watersheds, air quality and sustainable recreation. These public land should not be impacted in this way. Additionally, the affected parts of Gunnison County are directly upstream from the orchards, vineyards and small farms surrounding Paonia, Hotchkiss and the North Fork Valley. These agricultural areas should not become vulnerable to the debris of coal and natural gas exploration.


thank you for your consideration,

Kim and Dick Sweitzer
566 Tomichi Trail
Gunnison, CO  81230

BLM_0128081



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## North fork VAlley BLM FRACKING PLAN

1 message

**Ben Wolcott** <bwolcott1983@gmail.com>                    Mon, Oct 31, 2016 at 11:57 AM
To: uformp@blm.gov

My Name is Ben D. Lindsey-Wolcott I was born in Paonia Colorado on
August 1st 1983. I have lived in the North Fork Valley for my entire
life. After carefull study of the Issue of fracking in our local area
and the RMP Plan that you the BLM are proposing, I MUST COME OUT AND
SAY I DO NOT SUPPORT IT!  The reasons are simple The BLM has not to my
satisfaction shown how they will implement fracking in a safe or
sustainable way. Until you release an EIS that actually addresses the
issues of water contamination and water loss for local communities
then I and many others in my community will remain OPPOSED to your
plan. You Over at the BLM need to read the report the DELTA COUNTY
COMMISSIONERS RELEASED and take it seriously and do a lot more
research before you come back with another plan that is skewed to make
profit for the industry who wants to do this while not looking at what
the local community is saying. Here is a quote from that release.

"The hydrology of a natural groundwater hydrologic system may be
altered by the construction and operation of proposed oil and gas
wells. During drilling and fracking, the oil and gas operations may
behave like a connection mechanism between the deep and shallow
aquifers, mixing water of various chemistries from various bedrock and
shallow aquifers. Depending on management strategies for produced
water disposal and use, groundwater levels in the shallow
unconsolidated systems may be altered with respect to the amount,
velocity, storage, and direction of the local groundwater system and
related regional groundwater levels and discharges. Changes to the
natural groundwater system will likely have ecological,
geohydrological, and, potentially, legal consequences. The effects of
water disposal after fracking and oil and gas well development are not
discussed in this report as relevant information on the planned oil
and gas development and operations is not available at this time.
These management strategies and their effects on the shallow and
bedrock aquifer subsystems should be evaluated in more detail.

....the potential for groundwater discharge from the deeper bedrock to
the shallow aquifers in the Valley Bottom subsystems in the North Fork
River Valley, and in the Minnesota, German, Bell, McDonald, and
Cottonwood Creek drainages, due to hydrostructures, may be affected by
fracking or other oil and gas drilling activities (Figures 19, 20, 22,
23 and 29), which could affect the water supply and water quality. In
addition, significant amounts of shallow aquifer water quality may be
affected by the surface water runoff and groundwater recharge affected
by drill site activities and water disposal (Figures 19, 20, 22, 23
and 29)."

Again My Name is Ben D. Lindsey-Wolcott and I am OPPOSED to this BLM
RMP plan as it will put our entire community and way of life at risk,
this Valley is Based on Organic agriculture and we will not just allow
you to destroy our valley's water.

BLM_0128082

11/1/2016                                    DEPARTMENT OF THE INTERIOR Mail - RMP comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP comments
1 message

| | |
|---|---|
| **Eddie Clement** <stirrupbarranch@skybeam.com> | Mon, Oct 31, 2016 at 2:16 PM |
| Reply-To: stirrupbarranch@skybeam.com | |
| To: UFORMP@blm.gov | |

here is a copy of my comments thanks Eddie Clement

 **UFO oct2016.docx**
30K

BLM_0128083

Eddie Clement ,  Harris and son's Stirrupbar Ranch llc.
80050 B 80 road
Crawford , Colo. 81415


Oct 30 2016

RMP Manager
2465 South Townsend Ave,
Montrose , Colo 81401

RE: resource management plan comments

Project Manager,

I , Eddie Clement thank you for the opportunity to submit comments on the Uncompahgre field office's draft management plan revision and environmental impact statement. I support full multiple use of the land equally. I would like to see alternative C implemented , because it seens to support multiple use of land and private rights the best.


Thank you for your time, Eddie Clement

BLM_0128084

11/1/2016                          DEPARTMENT OF THE INTERIOR Mail - climate change and the RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## climate change and the RMP
1 message

---

**alison gannett** <alisongannett@mac.com>                                    Mon, Oct 31, 2016 at 3:29 PM
To: ufomp@blm.gov
Cc: Natasha Leger <natasha@citizensforahealthycommunity.org>, Alex Johnson <director@theconservationcenter.org>

To the BLM - Regarding the RMP:

The Interior Department in January 2016 announced a three-year moratorium on federal coal leasing in Wyoming and elsewhere to analyze whether the government is getting a fair return on those leases and the environmental effects of burning that coal to produce electricity.

There is a current lawsuit in motion for the federal oil and gas leasing program, regarding the fact that the US has failed to consider the same factors regarding fluid mineral extraction.

The current lawsuit is regarding the fact that the federal government needs to consider greenhouse emissions and the potential contribution to climate change before allowing oil and gas development on public land.

Almost 10 percent of U.S. greenhouse gas emissions trace back to publicly owned oil and gas reserves, an amount more than the total greenhouse emissions of Central America, according to new information released in the lawsuit

The lawsuit accuses the government of opening up public land in the three states to drilling without properly analyzing the "direct, indirect and cumulative" impacts to emissions/climate change.

This lawsuit illustrates the fact that the BLM can in no way have properly analyzed the effects of fluid mineral extraction on climate change. Recent studies from the NOAA, Cornell (Howarth, et al), have shown that the cumulative impact of natural gas on greenhouse gas emissions is actually HIGHER than coal. This is due to the fact that older studies have failed to take into account the escape of greenhouse gasses during exploratory drilling, actual drilling, the actual moments of fracking injections, pipeline leaks, condensate tank leakage, compressor station leakage, spills, transportation of actual gasses and also other materials (sand, compressors, generators, etc).

The cumulative effects of natural gas must be properly analyzed with the most current emission studies before moving forward with RMP.  The current RMP is already outdated, as it states that greenhouse gases have been analyzed and are not a problem. If this is the case, why is the Department of the Interior being sued currently as the January 2016 lawsuit is presenting?

A no leasing moratorium should be considered until the facts are gathered.
If you insist on moving forward without proper studies, then the BLM should expect a similar lawsuit in the near future.
If you insist on moving forward, please consider the North Fork Alternative B1, as this would lessen the impact on climate change, and also protect our food, water and clean air. We can always build solar panels, but we cannot create a cooler planet, nor can we create clean water, air and soil out of the thin air. We have no "alternative" planet to move to, should the US government fail to take action on climate change with the most current science.

BLM_0128085

Alison Gannett
Holy Terror Farm
42485 Highway 133
Paonia, CO 81428

BLM_0128086



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## BLM - a short comment on the RMP
1 message

**Stephen Gulick** <sgulick1@yahoo.com>                    Mon, Oct 31, 2016 at 3:33 PM
Reply-To: Stephen Gulick <sgulick1@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

BLM, Uncompahgre Field Office, Montrose

By way of a comment on the RMP this is just to say I don't want there ever to be any oil and gas drilling in the North Fork Valley where I live.  For the North Fork Valley I support Alternative B1, also called the North Fork Alternative, which was thoughtfully written by a group of local citizens in the best interests of our region. Of the RMP choices you give to us, that is the best one. I support the long-winded comments about it sent to you by my husband, Steve Gulick.

Jacqueline Gulick
449 Vista Drive, Paonia
October 31, 2016

BLM_0128087

11/1/2016                          DEPARTMENT OF THE INTERIOR Mall - RMP deficiencies



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP deficiencies
1 message

---

**Wayne Wiitanen <wiitanen@paonia.com>**                          Mon, Oct 31, 2016 at 12:54 PM
To: uformp@blm.gov

---

I am a small farm owner in the North Fork area of Delta County, Colorado. I have several objections to the inadequate planning of the draft RMP with respect to certain areas of concern.

**1. The effect of leasing on local infrastructure**. Local roads are not engineered to accommodate the kind of heavy traffic that leasing will cause. Medical and emergency services in the area are hardly sufficient to service the local populace much less the increase resulting from the sale of leases. Law enforcement will be challenged as will public safety generally by the influx of gas/oil field crews. There is considerable concern over increased drug infiltration into the area and the safety of our children generally. The tiny increase in local business is far offset by the societal costs of oil/gas development in the North Fork.

**2. Water.** For farmers, ranchers, orchardists and viticulturists clean water is the life-blood of their work. Contamination of surface water by oil/gas operations compromises the value of their products. Of equal concern is the contamination of domestic water supplies, which in the North Fork rely heavily on sub-surface sources (e.g. springs and wells).  The social and economic effects of bad domestic water should be obvious. An additional factor not generally addressed is that the Bureau of Reclamation has recently invested millions in projects to put irrigation canal systems into a pipes. This is part of a project to reduce downstream pollution, primarily by selenium. I cannot imagine that the Bureau of Reclamation would be pleased if their investment is compromised because in place of selenium pollution, surface water pollution is being passed downstream. A simple solution is to not lease in a surface water catchment area that has an existing water collection system for irrigation water. Similarly for domestic drinking water catchment areas. The BLM is not required by law to lease land, it is permitted to do so and may so decide to withhold lease blocks at its discretion.

**3. Property values.** Farmers, ranchers, orchardists and viticulturists have made a major investment in the property that is relevant to their businesses. In my own case what I can leave to my posterity is the value of the farm, not a stock portfolio. Local realtors report that when the BLM was planning initial leasing in the North Fork, about 4 years ago, that existing contracts to buy property in the North Fork were dropped like hot potatoes. There is no reason to assume that similar effects on property values would not result from oil/gas leasing. Which in turn means that the value of my investment in my farm would be decreased (and if recognized by the county assessor, property taxes would drop -- not something any county wants to hear).

**4. Short term versus sustainable long term economics.** Farms, ranches, orchards and vineyards in the North Fork are long established sustainable enterprises that provide food, not just locally but state-wide and some even nationally, and have done so for decades (a few for over a century). Leasing that has the potential to destroy this long-term sustainable productive activity for short term returns that in no way benefit the North Fork or Delta County is unconscionable. Not only are the ranches, farms, orchards and vineyards productive but they also support agrotourism, which would be sharply curtailed with the industrialization of Delta County. The economics of long-term sustainable enterprises versus short term gains for corporations must be considered seriously.


Wayne Wiitanen, PhD

Small Potatoes Farm & Bakery
40575 O Rd
Paonia Co 81428
(970) 527-4051

BLM_0128088

11/2/2016                    DEPARTMENT OF THE INTERIOR Mail - RMP Letter via email and USPostal service



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP Letter via email and USPostal service
1 message

---

**Rosemary** <rosemary@paonia.com>                                      Mon, Oct 31, 2016 at 4:23 PM
Reply-To: rosemary@paonia.com
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Rosemary Bilchak

Gordon MacAlpine

410 Duke Hill Rd.

Hotchkiss, CO  81419

October 19, 2016

BLM Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO  81401

RE:  UFO RMP

Dear Sir/Madame:

We are writing to express our concern at the RMP alternatives presented by this office.  None of
these provide the protection required by your mandate to support diverse use of public lands.  In
fact, with the "preferred alternative" selected by this office, you may as well strike "public" from that
sentence and replace it with "industry", since the plan opens essentially all of the lands to industry
for development.

There are really only two options that should even be considered:  The North Fork Alternative
Plan, and; a no lease alternative.  Only these plans would protect the *human* interests that are
served by public lands. It is apparent that the BLM did not fully consider the impact of oil and gas
drilling on *those* constituents; the living, breathing constituents.  The preferred alternative is so
lopsided in favor of a non-living industry, it is as if the BLM has forgotten to even consider the
impacts on real people.

BLM_0128089

We speak from first-hand knowledge, having lived in Silt, Colorado where we experienced Divide Creek burning, the death of a neighbor in a traffic accident where the gas worker was doing 70 in a 20 mph blind zone on the wrong side of the road, and the gagging of multiple neighbors after settlements with the gas companies for contaminated wells, dead animals, and occurrences of rare illnesses.  Some of these settlements entailed the purchase of the affected property and the removal of the residents, sometimes from lands that had been in their families for generations.

Everywhere that drilling occurs, incidences have accompanied that industrial activity including the contamination of air and water from leaking casings and pipelines, from flaring activities and explosions, and from diesel engines and compressor stations.  The operational requirements of drilling necessarily lead to excessive traffic with its concomitant increase in pollution, wear on the roads, and accidents.  The industry also creates excessive noise, including the body-throbbing C-Scale noise.

For these reasons, drilling is incompatible with organic growing.  The North Fork Valley has the largest number of organic farms in the state of Colorado.  Where does this alternative protect *our* livelihoods?  The answer is, it doesn't.

Another significant economic driver for this valley is the hiking, fishing, hunting and other recreational uses that will be threatened by drilling.  The multi-faceted requirements of these activities such as clean air, clean water, sustainable food supplies, and undisturbed migration corridors and birthing locations for wildlife have been blatantly ignored.

The draft RMP fails to fulfill its duty to protect the lands under consideration and fails to address the concerns of the affected communities.


Sincerely,


Rosemary Bilchak & Gordon MacAlpine

 **BLM RMP letter.docx**
15K

BLM_0128090

Rosemary Bilchak

Gordon MacAlpine

410 Duke Hill Rd.

Hotchkiss, CO  81419

October 19, 2016

BLM Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO  81401

RE:  UFO RMP

Dear Sir/Madame:

We are writing to express our concern at the RMP alternatives presented by this office.  None of these provide the protection required by your mandate to support diverse use of public lands.  In fact, with the "preferred alternative" selected by this office, you may as well strike "public" from that sentence and replace it with "industry", since the plan opens essentially all of the lands to industry for development.

There are really only two options that should even be considered:  The North Fork Alternative Plan, and; a no lease alternative.  Only these plans would protect the *human* interests that are served by public lands. It is apparent that the BLM did not fully consider the impact of oil and gas drilling on *those* constituents; the living, breathing constituents.  The preferred alternative is so lopsided in favor of a non-living industry, it is as if the BLM has forgotten to even consider the impacts on real people.

We speak from first-hand knowledge, having lived in Silt, Colorado where we experienced Divide Creek burning, the death of a neighbor in a traffic accident where the gas worker was doing 70 in a 20 mph blind zone on the wrong side of the road, and the gagging of multiple neighbors after settlements with the gas companies for contaminated wells, dead animals, and occurrences of rare illnesses.  Some of these settlements entailed the purchase of the affected property and the removal of the residents, sometimes from lands that had been in their families for generations.

Everywhere that drilling occurs, incidences have accompanied that industrial activity including the contamination of air and water from leaking casings and pipelines, from flaring activities and explosions, and from diesel engines and compressor stations.  The operational requirements of drilling necessarily lead to excessive traffic with its concomitant increase in pollution, wear on the roads, and accidents. The industry also creates excessive noise, including the body-throbbing C-Scale noise.

For these reasons, drilling is incompatible with organic growing.  The North Fork Valley has the largest number of organic farms in the state of Colorado.  Where does this alternative protect *our* livelihoods? The answer is, it doesn't.

BLM_0128091

Another significant economic driver for this valley is the hiking, fishing, hunting and other recreational uses that will be threatened by drilling.  The multi-faceted requirements of these activities such as clean air, clean water, sustainable food supplies, and undisturbed migration corridors and birthing locations for wildlife have been blatantly ignored.

The draft RMP fails to fulfill its duty to protect the lands under consideration and fails to address the concerns of the affected communities.

Sincerely,

Rosemary Bilchak & Gordon MacAlpine



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on the BLM RMP for the North Fork Valley

1 message

**Susan Ellinger** <susanellinger@gmail.com>                                    Mon, Oct 31, 2016 at 5:27 PM
To: uforms@blm.gov, info@theconservationcenter.org

To Whom it May Concern:

I support the North Fork Alternative B1 RMP because it represents the best way to protect our local organic farms, drinking water, pristine recreational areas and tourist base economy that continues to grow in the region.

I am Susan Ellinger, a professional classical musician that has made my home in the North Fork Valley for the past six years.  I produce a local concert series at the Blue Sage Center for the Arts in downtown Paonia, teach private music lessons, and consider this area my base to return to after traveling for work.

Thank you for your consideration.

Sincerely,

Susan Ellinger
12999 Minerich Road
Paonia, CO 81428

BLM_0128093



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## commenting on the BLM Uncompahgre Field Office (UFO) Draft Resource Management Plan (RMP)

1 message

**Ben Furimsky** <ben@flyfishingshow.com>                                          Mon, Oct 31, 2016 at 11:56 AM
To: uformp@blm.gov

To whom it may concern,
I would like you to consider limiting fossil fuel leasing and development in the Draft Resource Management Plan for the North Fork Valley and beyond. The BLM must analyze and adopt a "no leasing" alternative for coal. Such an alternative is a necessary counterbalance to the current alternatives that skew heavily in favor of coal leasing, and is the only effective way to realistically minimize climate impacts.  Colorado has many options for newer and greener power options.

The Final RMP must include up-to-date data concerning coal markets, coal production and coal employment in the area. The Draft RMP's data, much of it dating back to 2010 or older, is stale in light of shrinking coal production and employment.

As someone that grew up in a coal mining area, I support the "North Fork Alternative," which provides for no oil and gas leasing across 75% of the North Fork Valley.  I've seen the results are limited to the local communities and leave long lasting damages.

As a fly fishing guide, and now a promoter of the fly fishing industry, my livelihood depends on protecting the natural resources.  I have many clients that depend on healthy watersheds and mining is not the solution.

Thank you,

Ben Furimsky
President || CEO
Fly Fishing Show
www.flyfishingshow.com
ben@flyfishingshow.com

BLM_0128094

11/2/2016                                     DEPARTMENT OF THE INTERIOR Mail - Comments on Draft Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on Draft Resource Management Plan
1 message

**Linda Lindsey** <linda@paonia.com>                                      Mon, Oct 31, 2016 at 7:23 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org


(see also attachment in Open Office)


38274 Stucker Mesa Rd.

Hotchkiss CO 81419

October 24, 2016

UFO Draft RMP

Uncompaghre Field Office

2465 S. Townsend Ave.

Montrose CO 81401


Dear Sirs:


My husband I live on a 220 acre ranch located on Stucker Mesa between Paonia and Hotchkiss. We have spent over 40 years trying to find the best way to make a living on a ranch in the most sustainable fashion and we concluded that raising exotic animals is the key. We have raised Colorado colored sheep, angora goats, horses, emus, ostriches, and finally settled on elk and alpacas. We currently have about 35 elk and 22 alpacas. We are also building cabins to rent to tourists, so that they can enjoy the incredible views and interesting exotic animals on the ranch. Our way of life is now threatened by the BLM proposal to lease land in the North Fork for fracking.


Our ranch actually borders on BLM tracts, where we and our visitors enjoy hiking and picnicking. We also sometimes get licenses and hunt on the BLM lands and we offer tresspass rights to people who also have licenses to hunt on the adjacent BLM tracts. In fact, I can hear the sound of hunters' shots ringing out from our West 40 as I sit at the computer right now. Therefore I wish to comment on the draft Uncompaghre Field Office Resource Management Plan.


We do not feel it is legally or morally defensible for the BLM to endanger small businesses like our ranch in order to facilitate oil and gas development for the benefit of big corporations. The water and air pollution that accompany fracking, as well as the destruction of the view shed, would be extremely detrimental to our ranch as well as to all the organic and other farms in the North Fork Valley and to

BLM_0128095

our budding tourism industry, hunting and fishing and other forms of recreational business. Even the announcement of the proposal to lease for hydrulic fracturing (fracking) has reduced real estate prices around here, and does not bode well for our intended agritourism business.

I appreciate the fact that in the Resource Management Plan the BLM is to some degree trying to mitigate harm to our natural resources such as domestic water, irrigation water, rivers, air quality, wildlife and viewsheds. The designation of Ecological Emphasis Areas and Special Recreation Management Areas is important in this regard. However, the "Preferred Alternative" (D) chosen by the BLM in the Draft plan would open 90% of the Uncompaghre area to oil and gas leasing! This is not protection. The BLM is clearly ignoring its legal mandate in NEPA to "prevent undue degradation of the lands" in proposing this alternative. It would appear that in the RMP the BLM started out with the understanding that Alternative D was a given and then worked backwards to justify this selection.

Actually, avoidance, i.e., simply dis-allowing harmful activity in sensitive localities, is the first step in true mitigation of harm. The term "undue" means "exceeding what is appropriate or normal",

"excessive," "unwarranted." I would argue that it is excessive and unwarranted to permit oil and gas development in places where it could cause devastation to the local environment and economy. There is no national emergency that requires development of oil and gas reserves; to the contrary, it is in the national interest to leave reserves in the ground for future generations.

The Ecological Emphasis Areas and Special Recreation Management areas would not be extensive enough to really do much good and should include areas that are important to the local citizens, such as Jumbo Mountain. The final plan should include emphasis areas for **all** critical winter wildlife habitats in the North Fork Valley among the Ecological Emphasis Areas.

Adopting the BLM's current preferred alternative (D) would endanger the quality of our air and water, as well as the scenic view sheds, on which our local economy and tourism depend, as well as threatening wildlife and livestock downstream of any water source. The BLM needs to adopt a final plan that puts energy development off limits in all areas in which a spill of any size could damage domestic water, irrigation water, water sources for wildlife or recreational waters.

DOMESTIC WATER

Does the BLM have the right to endanger the domestic water supplies for all the people and livestock on Stucker Mesa and the North Fork? We think not.

Since the 1800's settlers of our valley have been developing our water resources, digging reservoirs, building irrigation ditches, laying pipelines for domestic water. Our own domestic water is provided by the Stucker Mesa Domestic Water Company. The company owns 5 miles of pipeline, of which approximately 4 miles runs through land controlled by the BLM. Fracking on or near this 4 miles on BLM land would bring great risk of pollution and disruption to everyone on our system.

BLM_0128096

One of the springs that are the souce of the company's domestic water is actually on BLM land The company has recently spent a lot of money installing a reliable treatment plant, and this is our only possible source of domestic water. Most of the domestic water sources in the North Fork, including ours, are surface springs and streams. Therefore the chosen plan must, at a minimum, exclude all oil and gas activities within ½ mile of all domestic water sources (including municipal water supplies) that are located either on or near BLM lands affected by this plan, as provided for in Alternative B1. There have been many instances of pollution of wells and other domestic water sources by oil and gas operations, and the BLM has a legal duty to protect us from such disasters.


IRRIGATION WATER

We live in an arid region, which receives an average of only 15 inches of rainfall a year. Irrigation water is essential to agriculture here. This is not the Front Range, where dry land farming is possible. Our water has to be collected in the high country and transported across the BLM lands. The irrigation water for our ranch comes out of the Overland Reservoir, through the Overland Ditch down Roatcap Creek to the Roberts-Stucker ditch. Five miles of this delivery system is on BLM controlled land. Naturally we are very concerned for the safety of our irrigation system. The BLM's current preferred alternative does not do enough to protect it.


This is a mountainous region, the Western Slope of the Rocky Mountains. It is not flat and geologically stable like other areas of Colorado. It is not boring; rather it is very attractive to the human eye. It has beautiful vistas and valleys are full of trees and orchards. It is not a desolate landscape as in Garfield or Weld county; on the contrary, it is starting to draw tourists and recreationists from all over the country as it becomes discovered. Much of the attractiveness of the area is due to the availability of irrigation water, which allows trees and vegetation to grow.


The Overland Ditch is built on the side of the Grand Mesa, and is already subject to washouts that cost the shareholders are great deal of money to repair. The Roberts-Stucker irrigation pipeline also goes through some rather unstable geology which could be subject to earthquakes caused by fracking, as has occurred in Oklahoma, Kansas and the Front Range of Colorado. In fact the dam on the Overland Ditch reservoir as well as the canal could be threatened by seismic activity caused by fracking. Even exploratory drilling could bring about landslides that could cause failure of the ditch and pollution of our irrigation water. It appears to me that BLM has failed to take current research results concerning the hazards of fracking into consideration in choosing Alternative D as its preference. This should be considered a violation of NEPA.


There are many other ditch companies with reservoirs and ditches or canals in the area that would also be endangered by hydraulic fracturing (fracking). The largest of these is probably the Fire Mountain Canal, which also runs through the valley and across the bottom of Stucker Mesa where we live. The BLM analysis has not considered these possibilities. If you were to consider the cost of such damage the risk of fracking would outweigh any benefits provided to the BLM by leasing. In fact, the BLM analysis does not really take seriously the dangers of oil and gas development to our water. The current preferred alternative is woefully inadequate and needs to be replaced by the North Fork Alternative, which would protect irrigation water. The chosen plan must, at a minimum, exclude all oil and gas activities within ½ mile of all irrigation water sources, canals or ditches, pipelines or storage facilities, that are located either on or near BLM lands affected by this plan, as provided for in Alternative B1.

BLM_0128097

## AIR QUALITY

The BLM has not obtained enough information to assess the impacts of oil and gas activities on our air quality and prevent pollution. Yes, the Norh Fork Valley does have a coal mine (two others have closed). But these are underground mines outside of the town of Paonia, that cause very little air pollution. They do not have trucks driving around and through the town, raising dust and putting out emissions, as would occur with fracking. In the winter the valley experiences inversions that hold pollutants down in the lower areas, thereby affecting the people who are breathing the air, as well as livestock and wildlife. The North Fork is not an industrial area. It is not already a "sacrifice area". It is a relatively pristine and special place whose citizens have already worked out agreements with coal companies to prevent pollution of our air and water. It does not deserve to be subjected to an onslaught of oil and gas leasing. Protection for air quality as well as water quality must be included in the final plan.


## WILDLIFE, RECREATION AND TOURISM

In addition, there need to be real protections for water, wildlife and recreational areas, the basis for the hunting and tourism economy, in any plan adopted by the BLM. This means protecting streams and surface water quality, river, ponds, reservoirs, by closing to development areas within half a mile of any lake, pond, spring, well, wetland, or reservoir. Perennial water sources, riparian areas, intermittent streams and ponds and seasonal waters are priority habitats that require protection from all surface and underground activities.


The North Fork alternative (B1) provides protection from oil and gas development for streams and river corridors, trail heads, the flanks of the West Elk Mountains and the Jumbo Mountain area (which should be designated as a Special Recreation Management Area) all of which are important to recreation and tourism in the Valley.


There is a budding agritourism industry in the North Fork, involving vineyards, exotic animals and organic orchards and vegetable farms, with their associated restaurants. Oil and gas development must not be allowed to jeopardize agriculture and agritourism. We take the BLM leasing proposal as a direct attack on our way of life and our personal financial well -being.


Fracking on the BLM land adjacent to our ranch could destroy the viewshed, scare away wildlife and contaminate water sources, thereby destroying our hunting and agritourism business. That is why we favor Alternative Bl, which requires development setbacks from agricultural lands and protects the scenic qualities and view sheds in the area. The final plan should include the protections for the scenic features of the valley as provided in Alternative B1.


Another area of concern in this regard is the BLM land up Stevens Gulch, which has one of the largest mature aspen stands in the world. This area is quite close to our ranch and we are proud of the fact that is provides prime habitat for cervids, and provides transit routes for wildlife between the valley and the roadless areas in the Grand Mesa National Forest. This area is important to hunters and hikers, and edible mushroom collectors. Members of our family, as well a many tourists, often hike around

BLM_0128098

Stevens Gulch and drive there to see the beautiful aspen colors in the fall. The BLM's final plan should protect all lands with wilderness characteristics, as in Alternative B1.

Finally, any plan adopted should prohibit oil and gas surface activities in known habitats of rare and threatened fish species, as well as riparian zones and wetlands through the use of right of way exclusion areas. It should be obvious that roads, pipelines, power lines and well pads would

negatively impact anything living there, including fish, reptiles and amphibians, mammals and birds.

The RMP fails to take into consideration the latest research ino the dangers of hydraulic fracturing, as required by NEPA. It does not fully evaluate the economic and environmental impacts that oil and gas development would have. It fails to consider and analyze a "no leasing" alternative.

In closing again let me state that the current preferred alternative (D) in the plan does not provide adequate protection for the environment, human beings or wildlife in or near the BLM lands under consideration. Recent verified scientific research has linked fracking to severe fatigue, migraine headaches, low birth weights in babies, cancer, asthma, and other health issues in humans. These issues have not been studied in wildlife, but Colorado CPW biologists have

agreed that oil and gas development is a major contributor to the rapid decline of the deer population in the state.

Of the alternatives included in the RMP, the North Fork Alternative, B1, the developed by the citizens who live here, should be preferred. However, I believe that the BLM should include a no-leasing alternative, as it is required by NEPA to "take any action necessary to prevent undue degradation of the lands."

I would like to invite BLM personnel to come and visit our ranch and our domestic and irrigation water systems so that you will be better able to understand the threats that the proposed leasing poses to our way of life.

Sincerely yours,

Linda Lindsey

P. S. I just came upon an article in the Denver Post dated October 23, 2016 entitled "State May Kill Bears, Lions." It reveals that state biologists agree that oil and gas development is a major cause of deer habitat destruction but propose to remedy the drastic decline in the state deer population by carrying out hunts for bear and mountain lions! This is true even though the Colorado Department of Parks and Wildlife does not know how to accurately measure lion and bear populations, and therefore cannot determine the possible harm to the predator populations.

BLM_0128099

According to the article, the CPW does not have proof that predators are are contributing to the decline of the deer population. It says, however, "The National Wildlife Federation, a hunting and conservation group, emphasizes habitat loss and fragmentation as the primary cause of the decline of Colorado deer. And state biologists have determined that oil and gas drilling in deer habitat is hurting the ability of deer to recover."

The article reports that the CPW has not taken a position on BLM plans to allow 15,000 new wells on prime deer habitat in northwestern Colorado.

"However CPW did assert in a Sept 7 letter to the BLM from northwestern Colorado regional manager Ron Velarde, that winter range is essential for deer. Velarde recommdended restricted oil and gas activity between Dec. l and April l5. "

Note: The CPW should know what every hunter around here knows: that deer and elk generally do not calve until *after* April 15 in Western Colorado! So this date must have been picked for the benefit of the oil and gas industry, not the deer. It is becoming clear that the oil and gas industry has great influence over state agencies as well as the BLM.

It is the duty of the BLM to safeguard wildlife as well as humans from the detrimental effects of oil and gas development if they are to lease land for fracking. Appendix D of the RMP includes discussion of the problems that habitat destruction and fragmentation are causing to deer and other wildlife. Yet the BLM continues to recommend oil and gas development on 90% of the lands under consideration, which would guarantee increased habitat destruction and fragmentation and prevent travel between wilderness areas. How is this possible?

The BLM is supposed to adhere to the principle of "multiple use," not the princple of "oil and gas above all else."


**New RMP comments.doc**
45K

BLM_0128100

38274 Stucker Mesa Rd.
Hotchkiss CO 81419
October 24, 2016

UFO Draft RMP
Uncompaghre Field Office
2465 S. Townsend Ave.
Montrose CO 81401

Dear Sirs:

My husband I live on a 220 acre ranch located on Stucker Mesa between Paonia and Hotchkiss. We have spent over 40 years trying to find the best way to make a living on a ranch in the most sustainable fashion and we concluded that raising exotic animals is the key. We have raised Colorado colored sheep, angora goats, horses, emus, ostriches, and finally settled on elk and alpacas. We currently have about 35 elk and 22 alpacas. We are also building cabins to rent to tourists, so that they can enjoy the incredible views and interesting exotic animals on the ranch. Our way of life is now threatened by the BLM proposal to lease land in the North Fork for fracking.

Our ranch actually borders on BLM tracts, where we and our visitors enjoy hiking and picnicking. We also sometimes get licenses and hunt on the BLM lands and we offer tresspass rights to people who also have licenses to hunt on the adjacent BLM tracts. In fact, I can hear the sound of hunters' shots ringing out from our West 40 as I sit at the computer right now. Therefore I wish to comment on the draft Uncompaghre Field Office Resource Management Plan.

We do not feel it is legally or morally defensible for the BLM to endanger small businesses like our ranch in order to facilitate oil and gas development for the benefit of big corporations. The water and air pollution that accompany fracking, as well as the destruction of the view shed, would be extremely detrimental to our ranch as well as to all the organic and other farms in the North Fork Valley and to our budding tourism industry, hunting and fishing and other forms of recreational business. Even the announcement of the proposal to lease for hydrulic fracturing (fracking) has reduced real estate prices around here, and does not bode well for our intended agritourism business.

I appreciate the fact that in the Resource Management Plan the BLM is to some degree trying to mitigate harm to our natural resources such as domestic water, irrigation water, rivers, air quality, wildlife and viewsheds. The designation of Ecological Emphasis Areas and Special Recreation Management Areas is important in this regard. However, the "Preferred Alternative" (D) chosen by the BLM in the Draft plan would open 90% of the Uncompaghre area to oil and gas leasing! This is not protection. The BLM is clearly ignoring its legal mandate in NEPA to "prevent undue degradation of the lands" in proposing this alternative. It would appear that in the RMP the BLM started out with the understanding that Alternative D was a given and then worked backwards to justify this selection.

Actually, avoidance, i.e., simply dis-allowing harmful activity in sensitive localities, is the first step in true mitigation of harm. The term "undue" means "exceeding what is appropriate or normal", "excessive," "unwarranted." I would argue that it is excessive and unwarranted to permit oil and gas development in places where it could cause devastation to the local environment and economy. There is no national emergency that requires development of oil and gas reserves; to the contrary,

it is in the national interest to leave reserves in the ground for future generations.

The Ecological Emphasis Areas and Special Recreation Management areas would not be extensive enough to really do much good and should include areas that are important to the local citizens, such as Jumbo Mountain.  The final plan should include emphasis areas for **all** critical winter wildlife habitats in the North Fork Valley among the Ecological Emphasis Areas.

Adopting the BLM's current preferred alternative (D) would endanger the quality of our air and water, as well as the scenic view sheds, on which our local economy and tourism depend, as well as threatening wildlife and livestock downstream of any water source.  The BLM needs to adopt a final plan that puts energy development off limits in all areas in which a spill of any size could damage domestic water, irrigation water,  water sources for wildlife or recreational waters.

DOMESTIC WATER
Does the BLM have the right to endanger the domestic water supplies for all the people and livestock on Stucker Mesa and the North Fork?  We think not.

Since the 1800's settlers of our valley have been developing our water resources, digging reservoirs, building irrigation ditches, laying pipelines for domestic water.  Our own domestic water is provided by the Stucker Mesa Domestic Water Company.   The company owns 5 miles of pipeline, of which approximately 4 miles runs through land controlled by the BLM.   Fracking on or near this 4 miles on BLM land would bring great risk of pollution and disruption to everyone on our system.

One of the springs that are the souce of the company's domestic water is actually on BLM land The company has recently spent a lot of money installing a reliable treatment plant, and this is our only possible source of domestic water.   Most of the domestic water sources in the North Fork, including ours, are surface springs and streams.  Therefore the chosen plan must, at a minimum, exclude all oil and gas activities within ½ mile of all domestic water sources (including municipal water supplies) that are located either on or near BLM lands affected by this plan, as provided for in Alternative B1.  There have been many instances of pollution of wells and other domestic water sources by oil and gas operations, and the BLM has a legal duty to protect us from such disasters.

IRRIGATION WATER
We live in an arid region, which receives an average of only 15 inches of rainfall a year.  Irrigation water is essential to agriculture here. This is not the Front Range, where dry land farming is possible.   Our water has to be collected in the high country and transported across the BLM lands. The irrigation water for our ranch comes out of the Overland Reservoir, through the Overland Ditch down Roatcap Creek to the Roberts-Stucker ditch.  Five miles of this delivery system is on BLM controlled land.  Naturally we are very concerned for the safety of our irrigation system.  The BLM's current preferred alternative does not do enough to protect it.

This is a mountainous region, the Western Slope of the Rocky Mountains.  It is not flat and geologically stable like other areas of Colorado.   It is not boring; rather it is very attractive to the human eye. It has beautiful vistas and valleys are full of trees and orchards.  It is not a desolate landscape as in Garfield or Weld county; on the contrary, it is starting to draw tourists and recreationists from all over the country as it becomes discovered.  Much of the attractiveness of the area is due to the availability of irrigation water, which allows trees and vegetation to grow.

BLM_0128102

The Overland Ditch is built on the side of the Grand Mesa, and is already subject to washouts that cost the shareholders are great deal of money to repair. The Roberts-Stucker irrigation pipeline also goes through some rather unstable geology which could be subject to earthquakes caused by fracking, as has occurred in Oklahoma, Kansas and the Front Range of Colorado. In fact the dam on the Overland Ditch reservoir as well as the canal could be threatened by seismic activity caused by fracking. Even exploratory drilling could bring about landslides that could cause failure of the ditch and pollution of our irrigation water. It appears to me that BLM has failed to take current research results concerning the hazards of fracking into consideration in choosing Alternative D as its preference. This should be considered a violation of NEPA.

There are many other ditch companies with reservoirs and ditches or canals in the area that would also be endangered by hydraulic fracturing (fracking). The largest of these is probably the Fire Mountain Canal, which also runs through the valley and across the bottom of Stucker Mesa where we live. The BLM analysis has not considered these possibilities. If you were to consider the cost of such damage the risk of fracking would outweigh any benefits provided to the BLM by leasing. In fact, the BLM analysis does not really take seriously the dangers of oil and gas development to our water. The current preferred alternative is woefully inadequate and needs to be replaced by the North Fork Alternative, which would protect irrigation water. The chosen plan must, at a minimum, exclude all oil and gas activities within ½ mile of all irrigation water sources, canals or ditches, pipelines or storage facilities, that are located either on or near BLM lands affected by this plan, as provided for in Alternative B1.

AIR QUALITY
The BLM has not obtained enough information to assess the impacts of oil and gas activities on our air quality and prevent pollution. Yes, the Norh Fork Valley does have a coal mine (two others have closed). But these are underground mines outside of the town of Paonia, that cause very little air pollution. They do not have trucks driving around and through the town, raising dust and putting out emissions, as would occur with fracking. In the winter the valley experiences inversions that hold pollutants down in the lower areas, thereby affecting the people who are breathing the air, as well as livestock and wildlife. The North Fork is not an industrial area. It is not already a "sacrifice area". It is a relatively pristine and special place whose citizens have already worked out agreements with coal companies to prevent pollution of our air and water. It does not deserve to be subjected to an onslaught of oil and gas leasing. Protection for air quality as well as water quality must be included in the final plan.

WILDLIFE, RECREATION AND TOURISM
In addition, there need to be real protections for water, wildlife and recreational areas, the basis for the hunting and tourism economy, in any plan adopted by the BLM. This means protecting streams and surface water quality, river, ponds, reservoirs, by closing to development areas within half a mile of any lake, pond, spring, well, wetland, or reservoir. Perennial water sources, riparian areas, intermittent streams and ponds and seasonal waters are priority habitats that require protection from all surface and underground activities.

The North Fork alternative (B1) provides protection from oil and gas development for streams and river corridors, trail heads, the flanks of the West Elk Mountains and the Jumbo Mountain area (which should be designated as a Special Recreation Management Area) all of which are important to recreation and tourism in the Valley.

BLM_0128103

There is a budding agritourism industry in the North Fork, involving vineyards, exotic animals and organic orchards and vegetable farms, with their associated restaurants. Oil and gas development must not be allowed to jeopardize agriculture and agritourism. We take the BLM leasing proposal as a direct attack on our way of life and our personal financial well -being.

Fracking on the BLM land adjacent to our ranch could destroy the viewshed, scare away wildlife and contaminate water sources, thereby destroying our hunting and agritourism business. That is why we favor Alternative B1, which requires development setbacks from agricultural lands and protects the scenic qualities and view sheds in the area.    The final plan should include the protections for the scenic features of the valley as provided in Alternative B1.

Another area of concern in this regard is the BLM land up Stevens Gulch, which has one of the largest mature aspen stands in the world. This area is quite close to our ranch and we are proud of the fact that is provides prime habitat for cervids, and provides transit routes for wildlife between the valley and the roadless areas in the Grand Mesa National Forest. This area is important to hunters and hikers, and edible mushroom collectors. Members of our family, as well a many tourists, often hike around Stevens Gulch and drive there to see the beautiful aspen colors in the fall. The BLM's final plan should protect all lands with wilderness characteristics, as in Alternative B1.

Finally, any plan adopted should prohibit oil and gas surface activities in known habitats of rare and threatened fish species, as well as riparian zones and wetlands through the use of right of way exclusion areas.  It should be obvious that roads, pipelines, power lines and well pads would negatively impact anything living there, including fish, reptiles and amphibians, mammals and birds.

 The RMP fails to take into consideration the latest research ino the dangers of hydraulic fracturing, as required by NEPA.  It does not fully evaluate the economic and environmental impacts that oil and gas development would have.  It fails to consider and analyze a "no leasing" alternative.

In closing again let me state that the current preferred alternative (D) in the plan does not provide adequate protection for the environment, human beings or wildlife in or near the BLM lands under consideration.  Recent verified scientific research has linked fracking to severe fatigue, migraine headaches, low birth weights in babies, cancer, asthma, and other health issues in humans. These issues have not been studied in wildlife, but Colorado CPW biologists have agreed that oil and gas development is a major contributor to the rapid decline of the deer population in the state.

Of the alternatives included in the RMP, the North Fork Alternative, B1, the developed by the citizens who live here, should be preferred. However, I believe that the BLM should include a no-leasing alternative, as it is required by NEPA to "take any action necessary to prevent undue degradation of the lands."

I would like to invite BLM personnel to come and visit our ranch and our domestic and irrigation water systems so that you will be better able to understand the threats that the proposed leasing poses to our way of life.

BLM_0128104

Sincerely yours,


Linda Lindsey

P. S.  I just came upon an article in the Denver Post dated October 23, 2016 entitled "State May Kill Bears, Lions."  It reveals that state biologists agree that oil and gas development is a major cause of deer habitat destruction but propose to remedy the drastic decline in the state deer population by carrying out hunts for bear and mountain lions!  This is true even though the Colorado Department of Parks and Wildlife does not know how to accurately measure lion and bear populations, and therefore cannot determine the possible harm to the predator populations.

According to the article, the CPW does not have proof that predators are are contributing to the decline of the deer population.  It says, however, "The National Wildlife Federation, a hunting and conservation group, emphasizes habitat loss and fragmentation as the primary cause of the decline of Colorado deer.  And state biologists have determined that oil and gas drilling in deer habitat is hurting the ability of deer to recover."

The article reports that the CPW has not taken a position on BLM plans to allow 15,000 new wells on prime deer habitat in northwestern Colorado.

"However CPW did assert in a Sept 7 letter to the BLM from northwestern Colorado regional manager Ron Velarde, that winter range is essential for deer.  Velarde recommdended restricted oil and gas activity between Dec. l and April l5. "

Note: The CPW should know what every hunter around here knows: that deer and elk generally do not calve  until *after* April 15 in Western Colorado!  So this date must have been picked for the benefit of the oil and gas industry, not the deer.  It is becoming clear that the oil and gas industry has great influence over state agencies as well as the BLM.

It is the duty of the BLM to safeguard wildlife as well as humans from the detrimental effects of oil and gas development if they are to lease land for fracking.  Appendix D of the RMP includes discussion of the problems that habitat destruction and fragmentation are causing to deer and other wildlife.  Yet the BLM continues to recommend oil and gas development on 90% of the lands under consideration, which would guarantee increased habitat destruction and fragmentation and prevent travel between wilderness areas. How is this possible?

The BLM is supposed to adhere to the principle of "multiple use," not the princple of "oil and gas above all else."



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on Draft Resource Management Plan for the Uncompahgre Field Office
1 message

**James schott** <jamesschott@sopris.net>                                          Mon, Oct 31, 2016 at 4:18 PM
To: UFORMP@blm.gov

BLM, Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401


Re: Draft Resource Management Plan for the Uncompahgre Field Office


Dear BLM-UFO Staff and RMP Comment Team


We are writing to express our support for the North Fork Alternative Plan (NFAP) referred to in the Resource Management Plan, (RMP) as Alt B1and our opposition to the draft plan referred to as Alternative D the "preferred plan" which would open 90 % of the Uncompahgre area to oil and gas leasing, endangering wilderness quality land, wildlife, recreation, cultural and agricultural resources. One need only visit this area to know that putting these lands and resources at risk with speculative oil and gas leasing is a needless risk. The economy, health, and welfare of the community will not be well served by misunderstanding the priorities. The NFAP B1 alternative puts wild lands, wildlife habitat, recreation areas and agricultural resources off-limits to oil and gas speculation and balances all resources managed by the Bureau of Land Management.


We live in the North Fork Valley on a small farm where we grow lavender, raise Highland cattle, Dorper sheep, chickens for meat and eggs. These products and the agro-tourism associated with them is the source of significant income for us. We rely on the people who come here for the Festivals and summer activities to buy our products. We are also active hikers and campers. We also fish in the streams and lakes of the area covered by the Resource Management Plan (RMP). As semi-retired persons we not only rely upon the products we produce but we rely upon the knowledge that our investment in this property will be secure into the future.


**The North Fork Alternative Plan B1 (NFAP):** The NFAP was submitted to the BLM to ensure that the agency considered its strongest levels of protections for the North Fork Valley's public lands resources. The NFAP is a resource-based proposal that provides strict protections for the North Fork Valley and the watershed as a whole. The NFAP was the result of a collaborative effort that included the Western Slope Conservation Center, Valley Organic Growers Association, the West Elk Winery Association, and the Delta County Commissioners. The plan represents a minimum level of management needed to ensure that the value of the North Fork's public lands, its healthy lands and water, air quality, scenic and recreational attributes are not diminished.


The BLM has the authority to use a little used tool called "No Leasing". The BLM should use this tool to close 75% of the of the North Fork Area to oil and gas leasing for the life of the RMP. Based upon a complete and accurate assessment of the specific resource concerns of the area this designation is called for.


20% of the North Fork should be designated for "No Surface Occupancy"

BLM_0128106

Less than 5% of the North Fork area would not be closed but be managed with stipulations to protect areas with moderate geologic hazard and vistas.

The RMP did not take the NFAP seriously and therefor did not compare it with all the alternative plans.  It was treated as an add-on to alternative B only.  A complete analysis of the NFAP is necessary.

**Agricultural concerns**:  Our farm is certified organic and biodynamic.  Contamination of our water supply would not only be unhealthy to our products and animals it would ruin the economic value of our certifications.  Our irrigation water comes from Turner Ditch with is fed from Minnesota Creek and Beaver Reservoir.  This resource would be endangered by the known risks from the failure of pipelines, and the accidental release of pollutants into the streams, ditches, and watersheds from drilling operations.  The RMP does not take into consideration these risks in its analysis.  The RMP does not take into consideration the impact of flooding of oil and gas fields and pipelines which could cause contamination of irrigation water.   There should be no oil or gas leasing near any of the major river and stream corridors of the North Fork of the Gunnison, the Gunnison and Smith Fork Rivers.

**Domestic water supply**:  The "preferred plan" removed only 1% of the total area proposed for leasing in the old RMP that was 30 years old.  The current plan does not take into consideration the danger that the known risks from oil and gas operation produce in the form of contaminated streams, underground water sources including wells and springs. Our water originates from several springs on the lower slopes of Lamborn Mountain and Lands End.  German Creek and Bell Creek are both put at risk.  The RMP does nothing to protect those resources from known and proven risks from accidental spills and flooding.

**Air quality**:  The plan does not take into consideration the cumulative impact of oil and gas exploration.  There is proven release of methane gas from drilling and fracking operations and there are multiple proven cases of leaks from pipelines.  In addition the massive increase in truck traffic will contribute to polluting the air we, as well as the plants and animals breath.  Currently the BLM does not have adequate information to evaluate air quality impacts from the activities connected with oil and gas exploration and exploitation.

**Wildlife**:  Oil and gas drilling and especially the fracturing process are loud ,brightly lighted and operates 24 hours a day 7 days a week. The RMP does not take into consideration the negative impact these operations will have upon the wildlife.  Pipelines cut through wild areas and interrupt the natural migration of elk and deer.  Increased traffic and new roads cut into the wild, disrupt animal wellbeing and disrupt natural behaviors and could result in diminished populations.

**Economic impact**:  The RMP does not assess the economic impact of the industrialization of the valley that is currently famous for its wineries, organic agriculture, hunting and fishing, outdoor recreation, agri-tourism, scenic beauty and quality of life.  There is a proven history in areas where oil and gas exploration take place that property values drop as much as 25%.  In an area that is increasing attractive to retired persons the threat of oil and gas exploration has kept them away. Banks in areas with fracturing activity are reluctant to make mortgage loans on property. Even the threat of this kind of activity will have a negative impact upon the real estate business.

Damage done to the wildlife in the area will reduce the economic benefit the valley receives from hunting deer and elk.  Outdoor recreation of all kinds from hiking, climbing to fishing would be impacted by the presence of oil and gas industrial installations.

The North Fork Valley is part of the West Elk Scenic By-Way.  The RMP does not assess the impact of oil and gas exploration and activity on the rural character and the scenic beauty of the area that draws people from throughout the state and the country.

BLM_0128107

**Human Health**:  The RMP does not assess the impact of oil and gas exploration and activity on human health.  Every increasing numbers of studies are revealing the negative impact of fracturing on the air, water, visual and auditory environment which in turn has had health consequences for people and animals living in areas with these activities.  The RMP must take these into consideration.

**Terror Creek and Stevens Gulch area:**  The RMP must protect all lands with wilderness characteristics, including Terror Creek, one of the "Ecological emphasis areas".  The area is home to the Purple Martin that are not found in other areas.  It is also home to one of the largest mature aspen stands in the world, providing prime habitat for elk and deer  and provides important connectivity between the valley bottom and the roadless lands on the Grand Mesa.  Hunting in the area is an important part of our culture and our economy.

**In conclusion:**  The BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia who worked with local organizations and government to create the NFAP B1.  This locally driven alternative is the best way to protect the whole Gunnison Watershed and support farmers, protect public health, sustain ecological well-being and build a sustainable rural economy on Colorado's Western Slope that does not depend upon "boom and bust" extractive industrial activity that will, in the end, leave us with a depressed economy and with a ruined environment.

James and Carol Schott

42229 Lamborn Mesa Road

Paonia, CO 81428

BLM_0128108

11/2/2016                                    DEPARTMENT OF THE INTERIOR Mail - BLM Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# BLM Resource Management Plan
1 message

**Nathan Sponseller** <nathansponseller@gmail.com>                    Mon, Oct 31, 2016 at 4:26 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.com

Dear Bureau of Land Management,

I am writing to urge the Bureau to adopt the North Fork Alternative B1 as the plan covering the permitted uses of BLM land within the North Fork Valley of Delta County.

I have resided in the North Fork Valley for the past 21 years and have committed my life to bettering my community.  I have expended much energy and almost half of my life working to assure that the North Fork Valley remains a place that supports the quality of life that I value, and remains a place that offers the economic opportunity myself and my family rely on.  Following are some of the ways I have served my community:

- Employed by First State Bank of Colorado - 19 years
- Employed by Delta County Federal Credit Union- 2 years
- Founder and Co-owner of the North Fork Merchant Herald newspaper - 20 years
- Owner of The Stone House Inn, Crawford - 16 years
- Member of Board of Directors - Crawford Area Chamber of Commerce - 3 years
- Member of Board of Directors - Hotchkiss Community Chamber of Commerce - 21 years
- Trustee of the Town of Crawford - 4 years
- President of Hotchkiss Community Chamber of Commerce - 13 years
- Father of two

While my letter is not meant to reflect the official position of any of the entities listed above, I believe that my involvement in these has given me a broad and deep perspective on what would have a positive or negative impact on my community.

I have not been opposed to underground coal mining in this region, and such activity has had a measure of benefit to those of us who live here.  I am saddened by the loss of jobs and families resulting from the collapse of the local coal mining industry.  The end of local mining is something that many of us have seen coming for many years and have been working to mitigate.  Many of us working for local economic betterment have been hitching our economic wagon to the promise of "creative agriculture" in the North Fork Valley, and the economic benefits that come from the production of our agricultural output, along with the economic boost that comes from the resulting tourism.  In order for agricultural output and tourism to be a feasible component of our local economy, it is absolutely essential that the area's reputation as a clean and natural growing environment be kept in tact.  I see no scenario where gas or oil extraction will not sully the Valley's reputation in this regard.  Because of the very limited economic opportunities in this Valley, we cannot afford to risk either environmental contamination resulting from gas or oil extraction or the damage to the reputation that the Valley enjoys, as a wholesome area of food production.

I sincerely believe that fossil fuel extraction poses a real and legitimate threat to the watershed that makes agriculture possible in this Valley, and that no risks should be taken for the relatively short lived gain of gas and oil extraction.

The number of jobs available for local people will be nominal in comparison to the risk of undertaking this form of energy extraction.

On a personal level, I have a daughter with asthma and I will not be able to risk her respiratory health by remaining in a place where air quality is deteriorated.  In addition, my lodging business relies almost entirely on tourism - tourism which would evaporate should the character of the North Fork Valley be changed through oil and gas extraction.

As the president of the Hotchkiss Community Chamber of Commerce, I sincerely believe that the further approval of gas and oil development in the North Fork Valley would be an unmitigated economic disaster to the population that resides here.  It would almost certainly ruin my lodging business, and almost certainly negatively impact my employer as well.

Please support the North Fork Alternative B1 plan - it will mean the difference between a vibrant and growing community and the unraveling of what many of us have worked so hard to support.  Thank you for considering my concerns.

BLM_0128109

DEPARTMENT OF THE INTERIOR Mail - BLM Resource Management Plan

Best Regards,  Nathan Sponseller

**Nathan R. Sponseller**
**Stone House Inn - Owner**
PO Box 151
Crawford, CO  81415
970-921-5683 (home)
970-589-2903 (cell)

BLM_0128110

11/2/2016 DEPARTMENT OF THE INTERIOR Mail - Re: Draft Resource Management Plan for the Uncompahgre Field Offic



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Re: Draft Resource Management Plan for the Uncompahgre Field Offic
1 message

**Danny Bailey** <danny@solarenergy.org>                        Mon, Oct 31, 2016 at 11:35 PM
To: uformp@blm.gov
Cc: info@theconservationcenter.org

Hello,

Attached is comment letter for the new Draft Resource Management Plan. Thanks for taking the time to read my letter and for your consideration.

10/31/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

First off, I want to thank you taking the time to read my letter and take my comments into consideration when making the final decision on which RMP to choose. I appreciate the amount of work and effort put into formulating a document of this nature. I also believe that everything that can be considered, should be considered when making a decision of this magnitude. I also, truly appreciate the work that the BLM does to preserve recreational areas and wildlife habitats, as well as botanical preservation and weed mitigation.

To give you an idea of who I am, My name is Daniel Bailey and iI was raised in the North Fork valley. I am 29 years old and i intend on calling this place home for the rest of my life. I have half of my immediate family living in the Paonia area and anything that could even potentially jeopardize our livelihoods concerns me greatly. There are a lot of people in the North Fork area that will be impacted by this decision for a long time to come, and I feel that anything that a resident of this valley feels is a concern or that is important is very substantive, and deserves to be treated as such. I currently work in the energy sector and I believe in responsible resource management.

I feel that the current preferred RMP is too liberal with the amount of land that is being allotted for energy development. I believe that the ALT B1 RMP IS THE MOST RESPONSIBLE OPTION when considering who will primarily be impacted by the final RMP. I think that it only makes sense that the people in the area being managed have the right to choose how their local lands are managed for the next 20-30 years.

We are a agricultural tourism based community along with hunting and fishing. Whether or not oil and gas development is guaranteed to comprise those resources, we can not afford to take those kinds of risks. Natural gas development has the strong potential to cause irreparable damage to the ecosystem here and I don't think that should be something that is taken lightly. We need the stringent protections of the Alt B1 option to responsibly guard our home and resources. I truly value our outdoors and wilderness areas and believe they need to be prioritized over energy development in these areas.

Thank you for taking the time to hear what the local communities think about the choices that are being made around their homes. I believe it is the duty of The BLM to listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the final plan for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,
Daniel Bailey

---

📄 **BLM Coment letter DANNY.pages**
131K

BLM_0128111

11/2/2016                                      DEPARTMENT OF THE INTERIOR Mail - Draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Draft RMP
1 message

---

**Mary Jursinovic** <cbpots@yahoo.com>                                    Mon, Oct 31, 2016 at 11:51 AM
Reply-To: Mary Jursinovic <cbpots@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

Please accept the attached comments regarding the Draft RMP for the NFV.
Thank you.

Mary Jursinovic

---

📄 **Effects of fracking on geoundwater.pdf**
12K

---

BLM_0128112

October 31, 2016

UFODraft RMP/Umcompahgre Field Office

Although I have already sent in comments regarding the Draft RMP I would like to add the following information. Our agricultural land is in the Bell Creek drainage.

Three years ago today a report (prepared for the Delta County Board of County Commissioners) was issued on the groundwater systems of the North Fork Valley and Terraces area. Some conclusions from it that should be cause for alarm by anyone who uses drinking or irrigation water in the Valley are:

"The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geohydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

....the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29).

The full report is available at http://www.heath-hydrology.com/DeltaCounty_GWGIS_2013_North...

We plead with you to at least choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. Ideally you will protect this area from any and all oil/gas leasing and subsequent drilling activity.

Sincerely,

Mary Jursinovic
Anthony Zimmerman
11491 3800 Rd
Paonia, Co 81428



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: Copy of Submitted UFO RMP Comments
1 message

**Valori (Lori) Armstrong** <vaarmstrong@blm.gov>        Mon, Oct 31, 2016 at 4:47 PM
To: blm_co_ufo_rmp@blm.gov

Sent from my iPad

Begin forwarded message:

> **From:** Patrick O'Shaughnessy <pattyo81415@gmail.com>
> **Date:** October 31, 2016 at 4:11:18 PM MDT
> **To:** <Valori_Armstrong@blm.gov>
> **Subject: Copy of Submitted UFO RMP Comments**

Thank you for the opportunity to comment on the draft of the Uncompahgre Field Office resource management plan. I have lived in the North Fork Valley for over 30 years. This is my home. I am an Electrician by trade, but also am a volunteer Fire Fighter and Ambulance Driver.  I enjoy horse back riding (I have 4 horses) , fishing, hunting, snowmobiling, four wheeling, camping, hiking - just about any outdoor activity you can think of . I moved here and have been here for 30 years because of the vast wilderness activities available out my front door.

I'm happy to see the Bureau of Land Management is considering ways to protect the wildlife habitats, water and air quality.  This is what I'm most concerned about- protecting the natural environment to include the water we drink  and the air we breathe - for us mere humans as well as the wildlife and vegetation habitats. In particular I would like to see continued protection of the recreation management areas, preserving natural habitats, wildlife corridors, and undeveloped open space. After all isn't that what we are here for? To protect rather than use and misuse.

The BLM must adopt a final plan that makes important wildlife habitats, recreation areas and sensitive air water and view sheds off limits to energy development.
The final plan MUST protect the health of the water shed for the greatest number of users.  It must also protect our local agriculture, ecological resources, aquatic habitat, recreational attractions, water storage and flood control by closing areas within a half mile of lakes, pond, wetlands and reservoirs to oil and gas activities including leasing. Not to exclude the perennial water sources, riparian areas, intermittent streams and ponds and ephemeral/seasonal waters are priority habitats with adequate protections from all surface activities.

The final plan MUST also protect the health of the air shed.  I am concerned that the BLM does not have the adequate information to assess air shed impacts of oil and gas activities.  It must also assess and mitigate potential impacts of human caused earthquakes, particularly in the North Fork region which is a geothermal area and is prone to unstable soils and landslides.  It is also vital for it to include ecological emphasis areas for all critical winter habitat within the North Fork Valley as well as the protections of B1 which prohibits surface activities in critical wildlife habitat and includes both No Leasing and No Surface Occupancy set backs from streams, riparian areas and water bodies.

Having lived here for 30 years I can't help but be VERY CONCERNED about ANY proposal to do exploratory (or otherwise) drilling in this area. As set, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing , endangering wildlife, recreation, wilderness-quality lands and cultural sites. This is deplorable. It would risk the air and water quality, along with the scenic view sheds, on which our local communities and economies depend upon.  Much of the area doesn't even have oil and gas reserves that are feasible for development.  The preferred Alternative would put our public lands and adjoining communities at risk for negative impacts from development activities including large-scale oil and gas drilling as well as lease speculation. The BLM MUST adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water and view sheds off-limits to

BLM_0128114

energy development.

In conclusion, those of us that are concerned about the future well being of our environment and advocate adopting the North Fork Alternative, B1- for the area in and around the North Fork Valley -  need to be heard. We are speaking for sooooo many that are not able to . This locally - driven proposal is the right way to protect the entire Gunnison Watershed . It supports farmers, protecting public health, sustaining ecological well-being and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,
Patrick O'Shaughnessy
"Patty O"
44 Fir
PO Box 438
Crawford Colorado 81415

BLM_0128115

11/2/2016                          DEPARTMENT OF THE INTERIOR Mail - Fwd: RMP Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fwd: RMP Comments
1 message

---

**Pfifer, Teresa** <tpfifer@blm.gov>                                    Mon, Oct 31, 2016 at 8:17 AM
To: BLM_CO UFO_RMP <uformp@blm.gov>


———— Forwarded message ————
From: **millicent young** <mayyyoung@yahoo.com>
Date: Sat, Oct 29, 2016 at 1:29 PM
Subject: RMP Comments
To: millicent YOUNG <mayyyoung@yahoo.com>
Cc: natasha@citizensforahealthycommunity.org


>                                    October 29, 2016
> Hello All,
> I've lived in Paonia most of my life. Three generations of
> my family have hunted here. A fourth generation might find
> it difficult to harvest clean meat if animal populations are
> bottle-necked by oil and gas activities, which will surely
> happen if any of your proposed plans mature. Industrial
> activity, roads, traffic, drilling noise, lights, noxious
> smells and tainted water chase animals away.  Legacy
> lost.
>
> Oil and gas is threatening my life's investment. I have land
> near Mt. Lamborn in a possible frack area. I am concerned
> that any of your plans would make it difficult to sell my
> home in town or my small parcel of country land, as no one
> would want to live in such a poisoned area with ruined
> view-sheds. Several families I know have left due to the
> possibility of quality-of-life destruction. The ongoing saga
> of threat and protection is emotionally distressing for
> everyone I know. Split estate and eminent domain are
> euphemisms for the economic colonization, hostile take-over,
> theft, aggression, and violence of oil and gas corporations.
> They are so invested that despite world-wide climate crisis
> they intend to pressure the last crude cash they can from
> our vulnerable landscape.
>
> After destroying most of our water these corporations will
> buy up any clean water left and jack up the price of it so
> that humanity will be at their mercy. Profit above all. Many
> will suffer and die. 2016 Is the hottest year on record.
> Droughts and fires will surely follow.  Please
> investigate these sites: https://www.theguardian.com/environment/2014/feb/05/fracking-water-america-drought-oil-gas
> http://www.sourcewatch.org/index.php/Texas_and_fracking
>
> https://thinkprogress.org/cancer-causing-chemicals-found-in-drinking-water-near-texas-fracking-sites-5d613f8352ba#.
> 2b6i4a6kc
>
> http://www.nytimes.com/2012/09/06/us/struggle-for-water-in-colorado-with-rise-in-fracking.html
>
> Forward thinking countries, including the U.S., have signed
> the Paris Agreement.  All your RMP proposals are in
> defiance of the agreement. The BLM's policies are
> fossilized in 1950 (around the time hydraulic fracturing

BLM_0128116

> began), when world population was 2.55 billion. There are
> over 7 billion of us now and in 9 years another billion will
> be added. What will we drink?
> Can we afford to pump billions (trillions country-wide) of
> gallons of water into deep injection wells, never to
> be part of the water cycle again? Can we ignore seismic
> activity, broken casings, war and sabotage as forces that
> could allow cancer and other disease causing chemicals into
> our water supply? Can we ignore climate crisis and spew
> methane, a far more potent greenhouse gas than carbon
> dioxide, into the atmosphere? Can we continue to use fossil
> fuels much further into the future when technologies are at
> hand that will replace them? This is no time to stall. We
> can work together and create a beautiful healthy future here
> on our small planet.
> Please help if you can,
>  Millicent Young
> P.O. 614, Paonia, CO, 81428

BLM_0128117



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fwd: Copy of Submitted UFO RMP Comments

1 message

**Valori (Lori) Armstrong** <vaarmstrong@blm.gov>                          Mon, Oct 31, 2016 at 4:46 PM
To: blm_co_ufo_rmp@blm.gov

Sent from my iPad

Begin forwarded message:

> **From:** Tamara Cova <tkcova@gmail.com>
> **Date:** October 31, 2016 at 3:18:22 PM MDT
> **To:** <Valori_Armstrong@blm.gov>
> **Subject: Copy of Submitted UFO RMP Comments**

I am a resident of the town of Crawford and live at the base of "C Hill" right next to BLM lands that would be left open to oil and gas development in the draft Preferred Alternative. I moved here 2 years ago because there was an oil/gas mixture seeping into a creek at the base of a spring on the property in which I was living in Northern Colorado! There were multiple gas/oil holding tanks within the immediate vicinity from recent earth prodding. I love living in this small town on the edge of vast expanses of wilderness virtually untouched.

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic rivers, air quality and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However I am baffled. Much of the area doesn't even have oil and gas reserves that are feasible for development. The Preferred Alternative would put our public lands and adjoining communities at risk for negative impacts from development activities including large-scale oil and gas drilling as well as lease speculation. The BLM must adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air and watersheds as well as our beauty filled views off-limits to thoughtless energy development.

BLM needs to listen to the the local residents in Crawford, Hotchkiss, and Paonia that are true Stewarts of the Land , and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally driven proposal is the right way to protect the entire Gunnison Watershed - supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope.

Best Regards,

Tamara K Cova
PO Box 144
Crawford Colorado
81415

BLM_0128118

11/1/2016                                    DEPARTMENT OF THE INTERIOR Mail - Comment-Draft RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comment-Draft RMP
1 message

**John Cowell** <johnccowell@aol.com>                              Mon, Oct 31, 2016 at 1:25 PM
To: uformp@blm.gov

 **John Cowell comment to BLM .doc**
14K

BLM_0128119

John Cowell
Paonia, Colorado, 81428
10/31/16

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,
Thank you for the opportunity to comment.  As a citizen of the North Fork Valley, I have done my best to educate myself on the matter of the Draft BLM Uncompahgre Resource Management Plan (RMP). For where I live in Paonia, I believe the North Fork Alternative, known as B1, should be added to the final plan, because it does the best job of protecting our water resources as well as wildlife. I agree with Appendix D when it talks about the importance of connectivity between the wilderness areas.

The final plan must protect all lands with wilderness characteristics, including the Terror Creek, one of the Ecological emphasis areas. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

The final plan must also include provisions to manage Jumbo Mountain as a special recreation area.  It is an important area to me and many residents of the area as a place to hike and bicycle.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Public Comment
1 message

---

**Meagan Pickett** <meagan.pickett@western.edu>                      Mon, Oct 31, 2016 at 6:14 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Hello,

Attached, please find my public comment.

Thank you

**MJ Pickett**

Clark Community Liaison Fellow

Mountain Roots Community Farm Graduate Fellow

Candidate, Master in Environmental Management
Sustainable and Resilient Communities
Western State Colorado University
(516) 996-9776
mjpickett914@gmail.com

---

**2 attachments**

 **North-Fork-CO-Petition-signed.pdf**
75K

 **Comment to BLM-UFO Draft RMP.doc**
26K

---

BLM_0128121

MJ Pickett
Gunnison, CO, 81230
10/31/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. I believe the North Fork Alternative, known as B1, should be added to the final plan, because it does the best job of protecting our water resources as well as wildlife. I agree with Appendix D when it talks about the importance of connectivity between the wilderness areas.

The final plan must protect all lands with wilderness characteristics, including the Terror Creek, one of the Ecological emphasis areas. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the road-less lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,
MJ Pickett

# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS
# Public Comment

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area because:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**
  ☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

I am: [Please check that all apply]

| | | | |
|---|---|---|---|
| ☒ An organic farmer | ☐ A Republican | ☐ A hotel/recreation business owner |
| ☐ A conventional farmer | ☐ A Democrat | |
| ☐ A rancher | ☐ An Independent | ☐ A tourist/Visitor to Delta County/NFV |
| ☐ A resident | ☐ A homeowner | |
| ☒ A consumer of NFV/Delta County produce and meat and poultry | ☒ A food business owner | ☐ Interested/impacted citizen |
| | ☐ A scientist/geologist | |
| | ☐ A Realtor | ☐ Other |

Additional Comments: _____

_____

_____

_____

Signed,

MJ Pickett
_____
Print Name

_M/P___ (signature)
_____
Signature

322 N Taylor St. Gunnison CO 81230
_____
Street Address, City, State, Zip code

10/31/2016
_____
Date

meagan.pickett@western.edu
_____
Email Address

*Mail your letter to:*

UFO Draft RMP /
Uncompahgre Field Office
2465 Townsend Avenue
Montrose, CO 81401

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

10/31/2016                              DEPARTMENT OF THE INTERIOR Mail - Please don't frack the North Fork Valley!



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Please don't frack the North Fork Valley!
1 message

---

**Cynthia Wilcox** <clwilcox321@gmail.com>                                    Mon, Oct 31, 2016 at 7:14 PM
To: uformp@blm.gov

Around the country, the well-being of citizens, the food and water supply, and the health of the earth is taking a lower priority than the economic interests of oil and gas companies. Is the earth going to be destroyed before we get serious about alternatives to oil and gas? Why not now? Why not prioritize quality of life, purity of water and food, and the health of native species now??

**I have just seen the report on how the groundwater in the Valley would potentially be impacted by drilling and fracking in the area. Once it happens, it can't be undone. It is possible that this entire region would no longer have adequate clean water for agriculture and human consumption. It is morally and ethically unconscionable to begin drilling when we already know that is the potential outcome!!**

The tipping point is already here. Can we not see where this is going? We must protect the earth for future generations.

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In particular, I support the BLM designating "ecological emphasis areas" to preserve habitat connectivity and wildlife corridors.

However, the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off- limits to energy development.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

**AND the local citizens should have a voice in a decision that so dramatically affects their quality of life. The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.**

**Please listen to the people!!! Thank you.**

Cynthia Wilcox

Dr. Cynthia WIlcox
61 Benthaven Pl Boulder CO 803056255

301-471-7939

clwilcox321@gmail.com

---

BLM_0128125

10/31/2016                    DEPARTMENT OF THE INTERIOR Mail - Please don't frack the North Fork Valley!

BLM_0128126

BLM_0128127

Beth Raboin
Paonia, Colorado 81428
October 31, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team:

Thank you for the opportunity to comment on the draft Uncompahgre plan. Having reviewed the plan, I am grateful to see the comprehensive strategies and options reflect your continued willingness to work towards management that protects the integrity (environmental, social, and economic) of the lands on which my community depends. This past spring I moved to Paonia, because I recognized this region as being special for the way it maintains environmental integrity, a strong sense of local community, sustainable food production, and boundless wilderness access and recreational opportunities. I worked the past six months as an organic produce farmer at Thistle Whistle Farm, a farm with a market ranging as far as Denver, Gunnison, Crested Butte, and Telluride. We also sustain a CSA for Hotchkiss and Paonia residents and another CSA in Gunnison that is managed by students attending Western Colorado College. Our farm is only a drop in the bucket when considering all the agricultural production this region has to offer. Please prioritize protection of the water that makes our region's agricultural resources so robust.

I support the inclusion of Alternative B1 because it best balances all the resources managed by the BLM and most closely represents the needs of this region as recognized by the collaborative efforts and inclusive and ongoing conversations between all stakeholders. The final plan should include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

The BLM has the responsibility to represent the local community in Crawford, Hotchkiss and Paonia by adopting the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal demonstrates a commitment to a bright future for the people and lands of the Gunnison Watershed

Thank you for supporting farmers, protecting critical habitat, and helping to build a sustainable rural economy on Colorado's Western Slope.


Sincerely,


Beth Raboin
MS Environmental Studies



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Re: uformp
1 message

**Steve Wolcott** <swolcott@paonia.com>                                      Mon, Oct 31, 2016 at 7:22 PM
To: uformp@blm.gov, info@theconservationcenter.org, info@citizensforahealthycommunity.org

If you cannot open the attachment, here is the text:

Steve Wolcott

PO Box 6

Paonia, CO 81428

October 31, 2016

UFO DRAFT RMP

Uncompaghre Field Office

2465 S. Townsend Ave.

Montrose CO 81401

I am a resident of the Paonia/Hotchkiss community and live on Stucker Mesa near BLM lands.
There are BLM properties in all directions from my home/ranch. I have lived in the North Fork
Valley for 45 years and raised my family here. I know the landscape, watershed, and local
economies and cultures intimately. I raise livestock, elk and alpacas, and hay on my ranch.

My drinking water comes from The Stucker Mesa Domestic Water Co, with springs located near
Roatcap Creek and Long Draw, both on BLM lands that would be left open to oil and gas
development in the draft Preferred Alternative. My irrigation water comes from Roatcap Creek and
the Overland Reservoir. These waters are diverted out of Roatcap Creek into the Roberts-Stucker
Ditch and delivered to Stucker Mesa. These waters would be very vulnerable to contamination
from oil and gas development in the draft Preferred Alternative.

I collect trespass fees from hunters to hunt on my land and to access BLM lands surrounding my
land on Stucker Mesa. This is a vital part of my livelihood. This activity will be destroyed if the
agricultural/pristine nature of the area has oil & gas infrastructure added to the viewscape. I
regularly raft the North Fork from above Somerset to Delta. Enjoyment of this activity is also
dependent on preventing more industrialization of the viewscape and contamination of the waters
of the North Fork of the Gunnison. The final plan must include protections for these recreation
resources and lands.

BLM_0128129

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat, domestic and irrigation water, wild and scenic rivers, air quality, and recreation. In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

However, the Preferred Alternative in the draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would also risk the air and water quality, along with the scenic viewsheds, on which our local communities and economies depend upon. CEQ regulations instruct agencies to consider alternatives to their proposed action that will have less of an environmental impact, specifically stating that "[f]ederal agencies shall to the fullest extent possible: . . . Use the NEPA process to identify and assess the reasonable alternatives to proposed actions that will avoid or minimize adverse effects of these actions upon the quality of the human environment." 40 C.F.R. § 1500.2(e) (emphasis added). The BLM must adopt a final plan that makes important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off-limits to energy development.

Most of the domestic water sources in the North Fork Valley are surface springs and streams that are either on or near BLM lands affected by this plan. This includes the waters I use for domestic water, livestock water, and irrigation water that the life and livliehood of me and my family depends on. The final plan must protect the health of the watershed. Our communities have invested countless dollars developing both domestic and agricultural water systems for their homes, farms and ranches. There are no alternative sorces of water if these springs and water sheds be contaminated. Spills from fracking are inevitable, as experience in Colorado and across the country has demonstrated. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, streams and ditches and the watersheds that feed into them. These are all at risk from surface spills.

My personal livelihood depends on irrigation waters that cross BLM lands and need to be protected from contamination.The final plan should protect local agriculture by excluding oil and gas activities within half a mile of ditches, streams, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity. Agriculture in the SMP area is unlike agriculture in other parts of the country. We cannot depend on water falling directly from the sky. We depend totally on precipitation that is collected, stored, and transported on and across BLM lands and adjacent private lands that are susceptible to contamination from spills and leaks from oil & gas developments allowed in the preferred alternative. So any contamination of the Roatcap Creek drainage or drainages above the Overland Canal could result in contaminated water being delivered to my farm and the seven other family farms and 6 rural residences on Stucker Mesa. This is not acceptable. There are hundreds of other farms in the North Fork that are similarly threatened by potential contamination from oil & gas development are proposed by your preferred alternative. Surface spills and contamination cannot be totally prevented, as real-life experience all across the country shows.

The Federal Land Policy and Management Act (FLPMA), 43 U.S.C. § 1701 et seq., imposes a duty on BLM to identify, protect and monitor the many natural resources found on public lands governed by RMPs. Further, FLPMA requires that: "In managing the public lands the [Secretary of Interior] shall, by regulation or otherwise, take any action necessary to prevent unnecessary or undue degradation (UUD) of the lands." 43 U.S.C. §1732(b). BLM's duty to prevent unnecessary or

BLM_0128130

11/8/2016                                    DEPARTMENT OF THE INTERIOR Mail - Re: uformp

undue degradation under FLPMA is mandatory, and BLM must, at a minimum, demonstrate compliance with the UUD standard. See, Sierra Club v. Hodel, 848 F.2d 1068, 1075 (10 th Cir. 1988) (the UUD standards provides the "law to apply" and "imposes a definite standard on the BLM").

The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams and ponds, and ephemeral/seasonal waters are priority habitats with adequate protections from all surface activities.

The North Fork Valley is affected by daily up and down-valley winds and any oil and gas activities occurring in higher elevations could have direct impact on air quality at lower elevations, including from dust, methane, VOCs, ozone, and other particulates and gases hazardous to public health. The air quality in Garfield county has gotten a failing grade from the American Lung Association because of pollution from gas development. The BLM is required by law to prevent this kind of degradation. The only way to do this is to strictly limit, or totally prevent gas development in the North Fork.

The BLM does not have the adequate information to assess airshed impacts of oil and gas activities. The impact of oil & gas development on climate change must be realistically assessed, using recent actual measurements of methane and other VOC leakage rates in active oil & gas fields. The BLM should study and determine the real rate of methane release from gas development from existing gas wells and well development in the UFO area, including the leakage from this gas as it is transported to market.  Then assess and prevent pollution and climate impacts using real local data. The final plan must protect our air quality.

River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final plan.

My livelihood is dependent on agri-tourism as I sell much of the natural elk meat I raise locally. The final plan must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be destroyed by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley.

The West Elk Loop Scenic Byway, world famous for its scenery and rural charm, brings tourists to our valley. People live here in large part because of the viewshed. This is one of the natural resources that the BLM is charges with protecting. Oil and gas development as allowed in your preferred alternative will destroy the scenic qualities of the area. The final plan should include Alternative B1, which provides the adequate protections for the Valley's scenic features.

BLM_0128170

Real estate sales in the North Fork Valley continue to be driven by those seeking a rural, non-industrial, and agricultural lifestyle. The final plan must protect the investments locals, including myself, have made in the value of their home and land, and should not allow for speculative oil and gas leasing which discourages homebuyers from purchasing in our communities, producing real and direct negative economic impacts on our communities.

The final plan must adequately mitigate the traffic impacts of oil and gas activity within the North Fork of the Gunnison Watershed. Local residents rely on a handful of narrow state highways and county roads for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage. This traffic would also cause damage to the roads, increaseing our tax burden.

New data indicates deep injection wells and other oil and gas activities increases seismic activities. This will threaten a lot of water infrastructure, such as the 6 miles of pipeline that delivers Stucker Mesa Domestic Water and the 1-1/2 miles of 18" irrigation pipeline that delivers irrigation water to Stucker Mesa. Both of these pipelines are largely on steep and unstable slopes on BLM lands that are vulnerable to land slips. Damage to this infrastructure would interrupt irreplacable water deliveries that would cause significant economic losses. Repairs could take weeks, cause significant crop losses and cost tens of thousands of dollars to repair. There are hundreds of water conveyance systems in the area that are vulnerable to seismic activity. The final plan must assess and mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM lands on and surrounding Jumbo Mountain are a well-used and well-loved recreation asset for North Fork residents. The final plan should include the entire Jumbo Mountain unit as a special recreation management area to protect the quality of the recreation experience. This area is essential for quality of life, recreation tourism, and the businesses that rely on those tourists. The final plan should also include an Ecological Emphasis Area to protect critical winter mule deer and elk habitat.

Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies. Deer populations are at record lows across the state. Oil & Gas activities are a significant factor in this decline. The road building and ongoing human activity disrupts deer & elk habitat and breeding grounds. This is one of the resources the BLM is bound to protect.

Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include special recreation management areas and extensive recreation management areas for all lands identified as high recreation value by local residents and businesses. Recreation activities include mountain biking, horseback riding, motor biking, OHV use, trail running, hunting,

BLM_0128132

11/8/2016                                    DEPARTMENT OF THE INTERIOR Mail - Re: uformp

fishing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, the North Fork of the Gunnison River corridor, Smith Fork river corridor, McDonald Creek, Elephant Hill, Lone Cabin, Adobe Butte, and Robideau Canyon.

The final plan should protect all lands with wilderness characteristics, including the Adobe Badlands. This area is full of fascinating canyons, mesas and arroyos, and provides important connectivity between the Dominguez-Escalante National Conservation Area and pristine roadless lands in the Grand Mesa National Forest.

The final plan must protect all lands with wilderness characteristics, including the areas up Stevens Gulch. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

The BLM should consider and analyze a No Drilling alternative. NEPA requires the BLM to consider the full range of alternatives, and a no drill alternative is reasonable given the BLM's responsibility to "take any action necessary to prevent unnecessary or undue degradation (UUD) of the lands."

In conclusion, the BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the entire Gunnison Watershed--supporting farmers, protecting public health, sustaining ecological well-being, and building a sustainable rural economy on Colorado's Western Slope. The North Fork Alternative is based on protecting real resourcess. Multiple-use should not include allowing widespread oil & gas development in the lower Gunnison watershed where it would severely impact all of the above listed uses; recreation, agriculture, agri-tourism, hunting, fishing, wildlife habitat and wildlife corridors, tourism, domestic water sheds and delivery systems, irrigation water sheds, reservoirs and delivery systems, air quality and water quality, quality of life, real estate values. Multiple-use does not mean all uses are compatible. Oil & gas development is not compatible with the existing uses in the lower Gunnison watershed.

Yours Truly,

Steve Wolcott

On Mon, Oct 31, 2016 at 7:18 PM, Steve Wolcott <swolcott@paonia.com> wrote:
  See attached comment letter

BLM_0128133

DEPARTMENT OF THE INTERIOR Mail - Re: uformp

BLM_0128134

DEPARTMENT OF THE INTERIOR Mail - Do not lease the North Fork Valley!



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Do not lease the North Fork Valley!

1 message

---

**STEVE MORRIS** <tortugasrm@yahoo.com>                                Mon, Oct 31, 2016 at 12:29 PM
Reply-To: STEVE MORRIS <tortugasrm@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>, "rmpcomments@citizensforahealthycommunity.org"
<rmpcomments@citizensforahealthycommunity.org>

Hello,
I have attached a letter that explains my views on why the BLM needs a no-leasing alternative to its draft Resource
Management Plan for the Uncompahgre Field Office.  I hope you will consider this view in making any future decisions in
this regard.
Thank you,
Steve Morris

## *Steve Morris*

Steady Hand Carpentry & House Repair
PO Box 1726
Paonia, CO 81428
970-424-4240

---

📄 **RMP-comment-letter-Steve Morris.doc**
31K

BLM_0128135

Steve Morris
201 Oak Avenue
Paonia, CO 81428
10/28/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Please fully consider the issues raised in these comments on the Uncompahgre Field Office draft Resource Management Plan. As presented, none of the alternatives offer the level of protection these lands warrant, that communities and the public in your planning area have specifically asked for and favored, and which federal law requires.

My wife and I moved to Paonia, Colorado in 2005. We were drawn by the long growing season, healthy environment, outdoor opportunities, and peaceful life we saw others enjoying in the area. We found all that and more, as I am now a homeowner, the father of an elementary school student, the president of West Elk Mountain Rescue, an active hiker and mountain biker, and a devoted member of my community. I cannot stand by and watch the destruction of many of the things that complete my life in Paonia. I refuse to watch my son grow up in a world where oil pads, gas wells, and dirty vehicles litter our landscape, contaminate our water, and chase away our neighbors.

These are some of the issues that concern me regarding the current Draft Resource Management Plan:

- Increased traffic through neighborhoods.
- Increased risk of water contamination, both in drinking water and the water used for growing organic produce.
- Increased air pollution.
- Loss of outdoor recreation, including training locations for West Elk Mountain Rescue, hunting, camping, mountain biking, hiking, and more.
- Reduced agriculture due to unclean water.
- Loss of local tourism due to decreased recreation and agricultural opportunities.
- Loss of community and reduced home values due to locals leaving the area to get away from oil and gas leasing.
- Challenges to wildlife as roads, pads, and drilling disrupt current wildlife migration and corridors.
- Soil erosion, which will ultimately affect fish and other animal habitat, as well as creating instability that could result in large scale mudslides.

Instead of ignoring these potential ramifications, the final Resource Management Plan should:

- Include a no-leasing alternative, to adequately evaluate the full range of reasonable management plans.
- Include a sub-alternative for each alternative (A1, C1, D1) as was created for Alternative B, so the North Fork Alternative Plan can be properly evaluated against each proposed alternative.
- Take into account the quality of life for citizens of this area.
- Consider the environment and wildlife that will be impacted by the plan.

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities.

After previous leasing negotiations with the BLM, my family switched from natural gas heat to a wood stove. We collect our own local firewood in order to reduce our dependence on oil and gas. We drive as little as possible, preferring to walk or bike when we can. We grow much of our own food on our half-acre in-town property. When I think of my son growing to adulthood in a clean environment, my conscience is clear, as I know I am working toward a better future. I ask now that you make a decision that will allow you to feel the same.

Sincerely,
Steve Morris

11/1/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581d8f9583
7fe55&siml=1581d8f95 1/3
UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>
My Public Comment to BLM Uncompahgre Field Office Draft Resource Management
Plan/ DEIS
1 message
Samara Taylor <samara23@gmail.com> Mon, Oct 31, 2016 at 7:44 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org
My Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
TO:
BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Dear BLMUFO
Staff and RMP Comment Team,
I oppose the BLMs Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management
Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.
I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address
each one of the following:
Poor and inadequate analysis.
BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big game hunting,
and awardwinning
fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water
contamination that are inevitably associated with oil and gas extraction.
The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected
Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique
and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations.
Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in
detail.
BLM did not consider a reasonable noleasing
alternative for the North Fork Valley.
BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional
oil and gas development from 2004.
BLM did not analyze the impacts of hydraulic fracturing and multidrilling
technologies.
BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which
can compromise the integrity of pipelines and result in leaks and potential explosions.
BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in
certain areas.
BLM did not consider community source water protection plans.
The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water
contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas
11/1/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581d8f9583
7fe55&siml=1581d8f95 2/3
development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will
also result in increased sedimentation impacting the fish population.
BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
In Addition:
It is an inappropriate use of public lands. It would open almost every acre of public lands in the region to leasing
(865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds.
The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells,
pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
Air Quality is a Problem:
"Considering the 20year
horizon, the GHG footprint for shale gas is at least 20%
greater than and perhaps more than twice as great as that for coal when expressed per quantity of energy available
during combustion.
...
For the 20 year horizon, the GHG footprint of shale gas is at least 50% greater than for oil, and perhaps 2.5times
greater."

Reference: http://download.springer.com/static/pdf/5/art%253A10.1007%252Fs1058401100615.
pdf?
originUrl=http%3A%2F%2Flink.springer.com%2Farticle%2F10.1007%2Fs1058401100615&
token2=exp=1477582707~acl=%2Fstatic%2Fpdf%2F5%2Fart%25253A10.1007%25252Fs1058401100615.
pdf%3ForiginUrl%3Dhttp%253A%252F%252Flink.springer.com%252Farticle%252F10.1007%252Fs1058401100615*~
hmac=e8090036c3d655bc93c2d5eb4e4d7430e590c17435ff48ea8b4b935ae080ce7b
"
There have been welldocumented
air quality impacts in areas with active natural gas development, with increases in
emissions of methane, volatile organic compounds (VOCs) and hazardous air pollutants (HAPs)."
Reference: https://www.epa.gov/hydraulicfracturing

---

Need for oversite
and regulation in regard to water contamination.
"... up to 50 layers of natural gas can occur between the surface and deep shale formations, and methane from these
shallow deposits has intruded on groundwater near fracking sites. In May, Pennsylvania officials fined Chesapeake
Energy $1 million for contaminating the water supplies of 16 families in Bradford County. Because the company had not
properly cemented its boreholes, gas migrated up along the outside of the well, between the rock and steel casing, into
aquifers."
11/1/2016 DEPARTMENT OF THE INTERIOR Mail My
Public Comment to BLM Uncompahgre Field Office Draft Resource Management Plan/ DEIS
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment&search=cat&th=1581d8f9583
7fe55&siml=1581d8f95 3/3
Reference: http://www.popularmechanics.com/science/energy/g161/top10mythsaboutnaturalgasdrilling6386593/
Despite saying that drilling is safe the industry is not legally required to avoid drilling in situations that are
likely to lead to contamination:
"Pavillion's aquifer sits several hundred feet above the gas cache, far closer than aquifers atop other gas fields. If the
investigation documents the first case of fracking fluid seeping into groundwater directly from gas wells, drillers may be
forced to abandon shallow deposits."
Reference: http://www.popularmechanics.com/science/energy/g161/top10mythsaboutnaturalgasdrilling6386593/

---

The growing body of evidence both anecdotal and scientific indicates that there are significant risks involved in natural
gas extraction as well as immature regulatory standards.
Without having considered a noleasing
alternative, nor considering how the North Fork Alternative Plan would be carried
out if included in the preferred alternative, the draft RMP fails to fulfill it's duty to consider the full range of reasonable
management possibilities.
Thank You.
Sincerely,
Samara Taylor
11126 3500 Rd
Hotchkiss, CO
81419

BLM_0128138

12/20/2016 DEPARTMENTOFTHEINTERIORMailRMPCommentLetterFormsubmittedonCitizensforaHealthyCommunity
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment%2FInbox%2FForm%20Ltr%2
0B%2Fsubsta 1/2
UFO_RMP,BLM_CO<blm_co_ufo_rmp@blm.gov>
RMPCommentLetterFormsubmittedonCitizensforaHealthyCommunity
1message
CitizensforaHealthyCommunity<lecarroll@tds.net> Mon,Oct31,2016at9:30PM
ReplyTo:lecarroll@tds.net
To:uformp@blm.gov
Thefollowingcommentletterwassubmittedbythenamedcitizenthroughthewebsiteoftheorganization,Citizensfora
HealthyCommunity.Itwassubmittedfromthefollowingpage:http://www.citizensforahealthycommunity.org/submitrmpcomment
letter
Pleasecheck
theboxbelow
ifyouagreeto
thefollowing
letter.Acheck
intheboxis
requiredin
orderto
submitthe
formtothe
BLM.
IamopposedtooilandgasleasingonpubliclandsintheNorthForkValley,whichisoneofthe
mostbeautifulandfertileplacesintheworld.Iamopposedtooilandgasleasingherebecauseit
hasthepotentialto1)leadtolossofthecleanairandabundantcleanfreshwaterthathave
madethisareaColoradoslargestconcentrationoforganicfarms,primehuntinggrounds,and
hometogoldmedalfishing,and2)causesignificantharmtohumanhealthandalocaleconomy
basedonrecreation,hunting,tourism,andagriculture.IopposetheBLMsPreferredAlternative,
asitrelatestooilandgasdevelopment,intheDraftResourceManagementPlanand
EnvironmentalImpactStatementfortheUncompahgreFieldOfficeinSouthwestColorado.
TheBLMspreferredalternativewouldopenalmosteveryacreofpubliclandsintheregiontooil
andgasleasing(865,970acresor94.5%oftotaloil,gas,andmineralacreage),andspecifically
insensitiveair,waterandfoodsheds.ThePreferredAlternativeisaroadmapto
industrializingthiseconomicallyandecologicallyuniqueareawithgaswells,pipelines,
storagetanks,condensatetanks,wastewaterpits,sandtrucks,watertanks,andmore.
Thepotentialforhuman,animalandenvironmentaldamageistoohigh.
Developmentwouldcontaminatesoils,water,andair,andimpairhumanhealth,including
increasesinrespiratory,endocrine,immune,andcardiovasculardisease.
Developmentoftheleaseswoulddestroylocalinvestmentsandresourcesrequiredin
transitioningtheeconomytooonebasedonagrotourism,recreation,renewableenergy,
agriculture,andorganic/cleanfood.Inaddition,developmentwouldcontributetoincreased
greenhousegasemissionsandclimatechangeimpactsoncommunityresources,including
agricultureandwildlife.
Anoleasingalternativeistheonlyreasonableconclusiontoahardlookanalysisoftherisks
posedbyoilandgasoperationsincludingfrackingtechnologies,andlargescaleindustrialization.
BecauseBLMdidnotconsidernewinformationonearthquakes,humanhealthimpact,climate
changeimpact,andenvironmentaldamagecausedbyhydraulicfracturing,injectionwells,and
ongoingoilandgasoperations,alongwithitsinadequateriskanalysis,itsdraftResource
ManagementPlanisfundamentallyflawed.BLMshouldadoptanoleasingalternative,whichis
theonlyoptiontoprotecttheNorthForkValley,andeveryonewhodependsonitforfoodand
recreationforgenerationstocome.Inaddition,unregulatedgasgatheringpipelinesonpublic
landspresentanunacceptablerisktohumanlifeandtheenvironment.BLMshouldimposea
moratoriumonoilandgasleasinguntilruralgasgatheringpipelinesareproperlyregulatedunder
thePipelineHazardousMaterialsandSafetyAdministration.
Date October31,2016
Name LynnCarroll
EmailAddress lecarroll@tds.net
PhoneNumber 9705274054
12/20/2016 DEPARTMENTOFTHEINTERIORMailRMPCommentLetterFormsubmittedonCitizensforaHealthyCommunity
https://mail.google.com/mail/b/285/u/0/?ui=2&ik=209d76a2bd&view=pt&cat=Inbox%2FDEIS%20comment%2FInbox%2FForm%20Ltr%2
0B%2Fsubsta 2/2
City Paonia
State CO
Zip 81428
Iam: Aresident,AconsumerofNFV/DeltaCountyproduceandmeatandpoultry,ADemocrat,A
homeowner,Ascientist/geologist,Interested/impactedcitizen
Additional
Comments

I am concerned not only for the North Fork Valley, but also for the lovely foothills of the Grand Mesa, and south to the New Mexico border where, according to an ETE document, it would appear that pressure will be developing to extend a TransWestern pipeline up here (ETE/ETP Citi One on One MLP/Midstream Infrastructure Conference, August 17 18, 2016; online PDF, page 7) and we will be in the same boat with the Standing Rock Lakota people.

BLM is mandated to consider all uses of the land. But Oil and Gas leasing compromises all other uses by rendering the environment unfit for man or beast. I want to see the no leasing alternative considered and not just in financial terms. The contribution of local oil & gas development to global warming cannot be ignored and already extreme measures are needed to be taken by everyone.

BLM's long term RMP covers a mere 20 years, but the most adverse and deadly effects may be further in the future than that: as wells are rapidly depleted and abandoned, their infrastructure disintegrates, and fugitive greenhouse gas emissions such as methane increase. This phenomenon is poorly understood and should not be casually dismissed (Boothroyd et al 2016 SciTotalEnviron 547:4619; Alvarez et al 2012 ProcNatlAcadSci 109:643540; Kang et al 2014: ProcNatlAcadSci 111:181737). As global warming continues, runaway methane emissions from all sources may result in collapse of conditions necessary to sustain life as we know it. The Permian Triassic extinction event apparently had similar climatic disruptions from greenhouse gases; dominant life forms became extinct, and biodiversity did not recover for 50 million years.

Signature.
Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.

BLM_0128140

12/20/2016          DEPARTMENT OF THE INTERIOR Mail - Comments on economic impact: RMP and EIS for the Uncompahgre Field Office



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on economic impact: RMP and EIS for the Uncompahgre Field Office
1 message

---

**Cynthia Patterson** <cynthiapurchase@gmail.com>                    Mon, Oct 31, 2016 at 1:40 PM
To: uformp@blm.gov
Cc: Citizens for a Healthy Community RMP comments <rmpcomments@citizensforahealthycommunity.org>, The
Conservation Center Colorado <info@theconservationcenter.org>, Cynthia Patterson <cynthiapurchase@gmail.com>

---

Please accept these comments regarding the Draft Resource Management Plan and
Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

**I oppose the BLM's Preferred Alternative.** Public lands belong to all citizens, not to the
fossil fuel extraction companies who will destroy the North Fork Valley, take their profits and
leave the devastation behind.

Drilling in the North Fork Valley would have adverse affects on the local economy.

The draft RMP repeatedly states oil and gas development would not have
a significant impact on regional employment or the local economy. "Across all alternatives, for
natural gas development, the economic contributions to the planning area represent a small
fraction of jobs and income." (Page 4-462)

"Agriculture represents 3.6% of jobs in the planning area... traditional agricultural uses have
maintained importance due to the presence of organic and conventional small-scale farms,
orchards, and wineries." (Page 4-459)

The largest concentration of organic farms in Colorado is in the North Fork Valley. The organic produce and
spin off products are shipped across the country.

The NFV is an agri-tourism destination, nicknamed Colorado's "farm-to-table capital." Air, water and soil
pollution, noise, vibration, dust, lights, transient workers that result from drilling and the associated
infrastructure and traffic will contaminate the pristine North Fork. Gas drilling and fracking are incompatible
with the area.

Ruining the rural lifestyle of the North Fork Valley will decrease quality of life for residents and visitors and
decrease residential, farm, and ranch property values.

The North Fork Valley is a recreational paradise. Consumers spend $674B on outdoor recreation. Outdoor
recreation employs 3 times as many people as the oil and gas industry.

Oil and gas development will move on when the wells run dry or we transition to a clean-energy economy.
As long as the destination is desirable, the outdoor recreation industry is stable and dependable. Pristine,
wild, clean public lands will attract visitors indefinitely.

Oil and gas development in the NFV will destroy the wild, unspoiled landscape, which is critical
attracting visitors, sportsmen. Wastewater ponds, condensate tanks, storage tanks, gas wells, sand trucks,
flaring wells, dust, noise, lights, foul orders, polluted air and water are not compatible with an outdoor
experience.

BLM did not consider how industrial oil and gas activities decrease recreational value of BLM lands, which
are public and belong to all citizens.

I don't want the North Fork Valley to be despoiled by oil and gas development. However, my biggest
concern is global. Scientific evidence indicates gas production, from drillpad to market is more polluting
than originally believed. The biggest risk is intentionally and accidentally releasing methane. Methane
escapes in every stage of natural gas production: development, transportation and consumption. The
Intergovernmental Panel on Climate Change concludes the global warming potential of methane is **34
times** that of carbon dioxide over a one-hundred-year time span.

---

**To deliver a 50% probability of no more than 1.5C of warming this century, the world must keep two-thirds of its fossil fuel reserves in the ground.**

**I support the no-leasing alternative** as the best way to protect the North Fork Valley and the rest of the world from accelerating climate change.

Thank you.

Sincerely,
Cynthia Patterson
Marietta, GA

BLM_0128142



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Re: Draft Resource Management Plan for the Uncompahgre Field Office
1 message

---

**Sarah Pope** <sarahpopefarm@gmail.com>                                        Mon, Oct 31, 2016 at 7:31 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Dear BLM-UFO Staff and RMP Comment Team,


Please fully consider the issues raised on the Uncompahgre Field Office draft Resource Management Plan. I support a no-leasing alternative as the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations, including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative.

**Please find attached my comment letter and consider my voice when analyzing the RMP. Your decisions greatly impact the health and future of this community, for generations to come.**

Sincerely,

Sarah L Pope

---

📄 **Form-Comment-Letter_S_Pope.pdf**
151K

BLM_0128143

# My Public Comment
# to
# BLM Uncompahgre Field Office
# Draft Resource Management Plan/ DEIS

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, and to cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. I am opposed to leasing for oil and gas development in this area for the following reasons and request that BLM address each one of the following:

☑ **Poor and inadequate analysis.**
  ☑ BLM did not consider the uniqueness of the North Fork Valley. The Gold Medal fishing, prized big-game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.
  ☑ The North Fork valley has the highest concentration of organic farms in Colorado. Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.
  ☑ BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.
  ☑ BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.
  ☑ BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.
  ☑ BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.
  ☑ BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.
  ☑ BLM did not analyze the impact of permanently removing water from the hydrologic cycle.
  ☑ BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.
  ☑ BLM did not conduct a human health impact assessment.
  ☑ BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.
  ☑ BLM did not consider community source water protection plans.
  ☑ The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy.  Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.
  ☑ BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.
  ☑ BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.

In addition,
☑ **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.
☑ **The potential for human, animal and environmental damage is too high.**

---

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.

☑ Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

☑ Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

☑ **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no-leasing alternative. I request that BLM adopt a no-leasing alternative.**

**I am:** [Please check all that apply]

- ☑ An organic farmer
- ☐ A conventional farmer
- ☐ A rancher
- ☑ A resident
- ☑ A consumer of NFV/Delta County produce and meat and poultry

- ☐ A Republican
- ☐ A Democrat
- ☐ An Independent
- ☐ A homeowner
- ☐ A food business owner
- ☐ A scientist/geologist
- ☐ A Realtor

- ☐ A hotel/recreation business owner
- ☐ A tourist/Visitor to Delta County/NFV
- ☑ Interested/impacted citizen
- ☐ Other

Additional Comments: As an organic farmer and citizen of the North Fork Valley the purity and quality of our water and public lands is of the utmost importance. Marketing our products rely on the quality of soil and water that we depend upon. Allowing our public minerals to be harvested in a manner that is so polluting and wasteful is irresponsible and unacceptable when farmers and ranchers are paying expensive dues for water rights. I urge the BLM to look at more water-concsious means of extracting precious minerals from public lands.

Print Name Sarah L Pope

Date 10/31/2016

Signature  Sarah L Pope

PO BOX 154   Hotchkiss, CO 81419
Street Address, City, State, Zip code

Email Address
sarahpopefarm@gmail.com

By signing this comment letter you authorize the public distribution of your name and contact information for the stated purpose.



Crawford, CO
October 13, 2016

Dana Wilson, Uncompahgre Field Office Manager
RE: Resource Management Plan Revision
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Dear Dana,

For 50 years we have lived in and loved
Colorado — the North Fork and Crawford.
Crawford & the North Fork is one of the
last pristine areas. How can we convince
you what we would lose if we allowed
fracking to enter into this beautiful
area with its clean unadulterated water
sources — esp. Crawford with its mountain
springs?

We are aware of the fact that hydraulic
fracking requires an abundance of water
— a great deal of water which we don't
have to support the gas/oil drilling.

Please give this situation some concerned
thought. The BLM has a lot of power
to regulate public lands. We need
the BLM but we don't need an agency
that could endanger the beauty
and the well being of the residents

Sincerely yours,
Donna Spencer
P.O. Box 128
Crawford, CO 81415
970 921 4335

Oct. 31, 2016

NOV 0 1 2016

Etchart Livestock, Inc.
13621 5875 Road
Montrose, CO 81403


Project Manager, Uncompahgre RMP
Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
uformp@blm.gov


To Whom it May Concern:


Etchart Livestock, Inc. has comments and concerns we are expressing with you over BLM Draft
for the Uncompahgre Field Office RMP Revision process.

My brother and I operate Etchart Livestock, Inc., holding grazing allotments in this FO which are
as follows; Dave Wood, Cushman, Big Sandy Wash, Shavano Mesa and Canal Allotments.

These are comments and concerns we have and are in no particular order. EL believes that we
are in good standing with the BLM and the allotments we hold are in good condition with
upward trends. We have not been contacted about any resource problems, deterioration of
range, or any other problem with these allotments, by BLM.

There seems to be some vague, unspecific concerns by BLM on grazing allotments within this
UFO. Can BLM be more specific? And so, why does BLM not advise permittees if there are
problems? With this RMP Draft, BLM expresses some broad sweeping changes never before
discussed with us as permittees. Permittees have had little to no involvement with the RMP
revision process. Why weren't we more involved by BLM? If current grazing practices that
permittees are using successfully today continue to provide grazing allotment conditions with
favorable and upward resource trends, why is BLM making changes? Livestock grazing
allotments should be managed on an allotment-by-allotment basis for optimum resource
conditions and upward trends.

Land Health Assessments are being used to determine causal effect within this RMP revision. Is
that legal? This leaves an opportunity for incorrect human perceptions to dictate causal effects
by in our case livestock grazing. We also have concern over the qualifications of personnel
gathering information for LHA review. Can BLM quantify seasonal worker qualifications and

experience? What information/data does BLM have on these allotments in question? Again, we have not been notified by BLM over resource issues.

Biological soil crusts have conflicting science because of plant health, growth and regeneration. BLM has never discussed this issue with us either. Can BLM show us where our grazing management and practices have had negative impacts to bio-crusts on soil?

BLM expresses plans to create SRMA designated areas, which are within these allotments in question. As I understand, SRMA's will be higher in priority than livestock grazing within these designations. BLM also identifies potential conflicts that SRMA's and increased human recreation will have on livestock (livestock harassment, grazing disturbances, death to livestock, livestock protection dog conflicts, ect.), but yet BLM continues to push for SRMA designations. Livestock permittee will have no chance in conflict resolution if SRMA's are established. Our livestock are just like wildlife in that they need undisturbed solitude to graze not only for livestock health but for range health. Disturbed livestock will move more, thus the ability to provide correct livestock disbursement. Sheep are in late term pregnancy while using these areas of proposed designation, thus causing undue stress to the ewes due to increased human disturbances. Why is BLM so eager to encourage conflict with the different uses? Do BLM 4100 regulations prohibit livestock disturbance? Under this RMP Draft, BLM is shallow in attempting to work with other uses, making recreational use highest in priority, ultimately cutting livestock grazing use.

Why is BLM so eager to promote conflict between uses in this Draft RMP? We would prefer not having any recreational use designation, but BLM seems determined to create the designations. Consider changing the SRMA designations within the allotments in question to ERMAs, so that all multiple uses can mitigate and work thru conflicts as they arise. We cannot afford to lose aums because SRMAs trump livestock grazing. It's difficult to replace winter grazing lands. Is BLM moving away from the multiple-use concept that Congress had established?

In regards to the desert bighorn/domestic sheep issue, we support and refer to the Colorado Wool Growers Association comments 100%. Keep in mind that the desert bighorn was introduced into this UFO in the mid 1980's. In particular, many were introduced on domestic sheep allotments. The concern for interaction between bighorns and domestic sheep was already an issue, but the concern or risk was acceptable enough to Colorado Division of Wildlife to move forward. There was no EA or EIS completed for this action, and BLM told domestic sheep permittees that no negative impacts would come of the introduction of bighorn sheep. BLM has also entered in agreement in the Bighorn/Domestic Sheep MOU. Why is BLM so quick to dismiss this agreement?
Please refer to CWGA comments, as we stand by those firmly.

In closing, we are deeply disappointed with BLM over this RMP revision. Etchart Livestock felt that we had a working relationship with BLM, thought we had good standing with BLM in regards to livestock grazing. We know our allotments in question have been utilized in accordance with BLM standards. But going thru this RMP revision, we believe it to be a hostile

take-over in land use, favoring recreation and bighorn sheep. The efforts we have made in resource maintenance and improvement are irrelevant in this revision, at least in the vision of BLM.


Ernie Etchart
Etchart Livestock, Inc.


George Etchart
Etchart Livestock, Inc.


Etchart Livestock, Inc.
13621 5875 Road
Montrose, Colorado 81403

BLM_0128149



# Colorado Wool Growers Association

PO Box 292 ∘ Delta, CO 81416-0292    (970) 874-1433 ∘ (970) 874-4170 fax
cwgawool@aol.com ∘ coloradosheep.org

Project Manager, Uncompahgre RMP                          October 31, 2016
Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401
uformp@blm.gov

## RE:  Draft Resource Management Plan and EIS – Uncompahgre Field Office

The Colorado Wool Growers Association represents BLM and USFS permittees throughout the state, and appreciates the opportunity to provide input for the draft RMP.

The CWGA supports Alternative C with some changes referenced below; and also supports the comments submitted by the Delta County Board of County Commissioners which are incorporated in this document by reference.

The CWGA opposes any reduction or elimination of aums based on the proximity of bighorn sheep to domestic sheep grazing areas, and encourages the BLM and permittees to work together to minimize the risk of potential contact between domestic and bighorn sheep.  In 2014, Colorado Parks & Wildlife (CPW), the Colorado Wool Growers Association (CWGA), the Colorado Department of Agriculture (CDA), and the BLM and USFS renewed the *Memorandum of Understanding for Management of Domestic Sheep and Bighorn Sheep*, but we don't see the *MOU* referenced in the RMP.

### Comments – Appendix K Bighorn/Domestic Sheep Risk of Association Modeling

### Exaggerated Risk of Contact
We are very concerned about the reliance upon and incorporation of the USFS flawed Payette modeling as a baseline to manage BLM domestic sheep allotments with the Uncompahgre RMP.

Both the Payette modeling and the Snow Mesa EA (K15) failed to follow scientific standards for risk assessment (see attached *Comments on Snow Mesa Allotment Analysis: Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape -- M. Thurmond DVM, PhD – September 7 2015)*.

The United States Animal Health Association (USAHA) recently passed *Resolution 43 – Ensuring Sound Science-Based Animal Health Policies*.  The resolution (attached) states USAHA's concern regarding the USDA's need to have "clear and sound evaluation criteria for

BLM_0128150

scientific studies used to support federal animal health policies…"   It is included with our comments because the BLM is almost exclusively relying upon the USFS's biased "data" for the Uncompahgre RMP.

The RMP is fundamentally flawed by using the Probability of Interaction (PoI) Model in its risk assessment.  This ill-conceived notion lies at the root of the inaccuracies produced by the Risk of Contact ("RoC") Model utilized by the BLM.  Even more inaccurately, contact is almost universally equated with guaranteed disease transmission.  While the RMP concedes a lack of confirming research, it selectively cites certain literature to bolster its argument to reduce domestic sheep grazing.  Consequently, the RMP is crafted with an unfounded and faulty assumption—that contact between bighorn sheep and domestic sheep automatically results in disease transmission and die-offs.

The deliberate bias and inaccuracies built into the RoC is staggering.  "The RoC model estimates the probability that foraying bighorn sheep will reach a domestic sheep allotment.  However, within an allotment it is not possible to determine where and when domestic sheep would consistently occur or for how long.  Use of some areas with an allotment may present less chance of contact with bighorn sheep than others, while some areas may have higher probability of contact.  Consequently, because of this uncertainty, the RoC model predicts potential interspecies contact by using the assumption that contact with an allotment results in interspecies contact (K-9)."  This assumption is so far removed from the reality of what actually takes place when grazing, that it would be laughable; if not for the fact that the BLM and USFS are using the results from this flawed process to reduce or eliminate domestic sheep grazing.   Further compounding the issue, the BLM cites the unsubstantiated USFS claims in the Snow Mesa EA (K-15), stating that "a disease occurring in a bighorn herd every 25 years or less would result in a high risk to bighorn long term viability and low probability of population persistence."  However, both BLM and USFS documents fail to mention that in reality, there has not been any bighorn die-offs or confirmed disease transmission in the Snow Mesa area caused by domestic sheep, despite the fact that domestic and bighorn sheep have both been in the same area for a number of years.

The PoI model notes that in order for the model to be useful, the number of variables needs to be kept small to retain enough predictive power to be useful (K3).  Death in bighorns as a result of pneumonia-causing bacteria is a multi-factorial issue including internal and external stressors such as lack of genetic diversity (inbreeding), nutritional deficits, parasite loads, weather conditions, overall health of the bighorn population, etc.  So, combining the PoI model and the Risk of Contact (RoC) model is of no value, as both models fail to include parameters that would shift the risk assessment results away from the "high risk" category, and instead gives a predetermined and exaggerated risk of contact rating.

The potential for contact is not only quite low but it is also further minimized by best management practices already used by permittees.  These measures accomplish the need to balance multiple-use demands with the management practices to support viable populations of bighorn sheep and a healthy domestic sheep industry.

Currently used management practices include constant herder supervision, compliance monitoring, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks,

BLM_0128151

reporting known contact, and cleaning up salting areas upon departure. These guidelines already accomplish temporal and spatial separation.

Furthermore, the herding instinct of range sheep, guiding them to stay in a manageable bunch and not scatter, complements the above-listed practices. Domestic sheep that wander from the main band are much more likely to be killed by a predator than to encounter a bighorn sheep. The bands of ewes have at least one herder with them or within close proximity to them throughout the day, and the sheep are bedded near camp at night to reduce the risk of predator attacks. Herders have been instructed to chase away any bighorn sheep, if they were to see any. Livestock protection dogs also guard the sheep. The livestock protection dogs keep intruders out of the sheep. An intruder is typically a coyote, bear, or lion, but can also be anything the guardian dog does not recognize such as a bighorn sheep. The livestock protection dogs position themselves between the intruder and the domestic sheep to prevent contact. To this end, the BLM has no reason, need, authority nor expertise to dictate the number of livestock dogs recommended by the RMP.

These rigorous practices already present a strong line of defense in preventing contact with bighorn sheep. However, one of the most disturbing aspects of the RMP is that it abandons land and forage management in favor of single species management by prioritizing bighorn sheep populations (despite lack of scientific evidence) over agriculture.

In April 2014, the CWGA, Colorado Parks & Wildlife, Colorado Department of Agriculture, and the BLM and USFS renewed the aforementioned existing *MOU*. The purpose of the *MOU* is to provide general guidance for cooperation in reducing contact between domestic and bighorn sheep in order to minimize potential interspecies disease transmission and to ensure healthy bighorn sheep populations while sustaining an economically viable domestic sheep industry in Colorado. The RMP contravenes the cooperative intent of the *MOU*, and ignores research data from the USDA Agricultural Research Service ("ARS").

**Flawed Information Regarding the Potential for Disease Transmission**
The RMP clearly demonstrates a bias against domestic sheep, with leading statements such as, *"Transmission of M. haemolytica from domestic sheep to bighorn sheep was irrefutable, as demonstrated by Lawrence et al (2010)....(K1)"* In particular, the Lawrence et al. 2010 study cited in the RMP was not conducted under conditions relevant to reality as it was a pen study which forced the animals to have fence line contact and ultimately to commingle. Additionally, the results of the Lawrence study are misinterpreted and deliberately misused. The Lawrence study simply showed that the domestic sheep and bighorns exchanged respiratory bacteria (just the same as humans would that were standing very close to each other). It did not prove that the green-flourescent labeled *M. haemolytica* bacteria exchanged from the domestic sheep to the bighorn sheep is what killed the bighorns. It is also important to point out that in order to cause the fluorescent tagged bacteria to show up in the culture dishes and on the slides, researchers had to use antibiotics to kill the other bacteria present in order to be able to photograph the fluorescent tagged bacteria. In other words, the bacteria of interest was selectively and biasedly grown; further evidence that is was likely at a very low level in the animals and not the cause of illness in the bighorn sheep in that study. Researchers also used a greater magnification in the photos within the publication in order to make the fluorescent tagged bacteria more noticeable vs. the other bacteria present. This not-so-subtle manipulation during the research phase, created yet another "study" with a predetermined outcome biased against domestic sheep.     To understand the results and implications of the study, we request that the BLM contact Don

BLM_0128152

Knowles, DVM with the USDA Agricultural Research Service (USDA – WSU – Pullman, WA) since he was one of the researchers involved in this project, and is not interested in perpetuating inaccurate information.

Thus far, all of the experiments related to disease transmission have been conducted under laboratory conditions--in pens with controlled conditions and using animals that have been acclimated to those conditions. Such studies are very different from what might actually happen as far as disease transmission on the open range, where herd management practices are designed to avoid domestic-bighorn contact. Available research cited in the RMP focuses on the potential for contact, without looking at a broad scope of what else is going on with the bighorn populations. None of the studies cited in the RMP have proven that bighorn sheep and domestic sheep currently have high risk of contact on the range, or that contact almost inevitably results in disease.

In fact, all captive studies and experiments that have tried to prove *Mannheimia haemolytica* to be the "bighorn killer," responsible for wild sheep die-offs, were clearly biased and many of the policy decisions that have been made are based on the biased and faulty science. This is obvious from the continued reference to *Mannheimia haemolytica* research in the Uncompahgre RMP. Supporting this assertion of faulty research is the recent identification of a completely different bacterium *(Mycoplasma ovipneumoniae - Movi)* that is now identified as being the real cause of bighorn sheep pneumonia. What is clear is that bighorn pneumonia is a complex disease phenomenon and for decades has been, and quite honestly remains, incompletely understood. What is understood, however, that respiratory pneumonia in both livestock and wildlife is stress induced. Most wildlife researchers continue to ignore devastating effects of capture myopathy on bighorns, and the stress creating by handling and putting bighorns in an unfamiliar environment. It's no wonder that bighorns died in the early pen "studies" that were done.

The RMP further states that "no one form of evidence can conclusively demonstrate that bighorn sheep in the wild coming into contact with domestic sheep frequently leads to die-offs; however, taken together, the experiments and observations from the laboratory and the field do indicate that wild bighorn sheep coming into contact with domestic sheep does pose a risk of disease transmission and die-offs in free-ranging bighorn populations." This illogical premise betrays a continued lack of credibility, accountability, and a desire to misrepresent the available facts. As stated herein, the experiments and lab observations are *not* representative of the actual conditions on the range. They are forced simulations that require close contact in order to ensure transmission of pneumonia-causing bacteria. Furthermore, there is a scarcity of reliable data available from the field; hence, the BLM's reliance on outdated records that have little if any bearing on current conditions. Determining a course of action based on these faulty sources of information would be both illogical and contrary to the Agency's statutory mandates.

The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings. Forced enclosure experiments ("pen studies") are not indicative of, and do not provide a direct correlation to, what happens in open range situations. Therefore, we strenuously object to the BLM continued efforts to use bighorn sheep as a means to eliminate domestic sheep grazing on our western rangelands.

BLM_0128153

### Risk of Contact (RoC) Process Crippled by Lack of Data

The BLM is following suit with the U.S. Forest Service by using its flawed modeling process and inaccurate research references. A lack of objective scientific accuracy cripples support for the revocation or reduction of the grazing allotments. The mathematical modeling studies utilized by the U.S. Department of Agriculture Forest Service's Bighorn Sheep Working Group to determine potential contact are fundamentally flawed. By starting with set mathematical formulas using specific mathematical parameters, a conclusion to a possible scenario is generated based on inaccurate input. The obvious problem with this method is in how and what parameters are chosen. Input of inaccurate data will result in the output of inaccurate answers. This modeling method allows the operator to tailor the data in order to fit a preordained conclusion. This same modeling method has been shown to be erroneous in comparisons of simulations to real outcomes. Such issues cause the proposal to fail the standards of quality, integrity, and utility of the Data Quality Act ("DQA") and the best available science standards of the Environmental Species Act ("ESA"). They also run afoul of Presidential orders on scientific integrity and transparency.

The basic flaws of the RoC modeling process are clearly explicated in the RMP itself when it states that "much of the needed data was not available for individual Colorado bighorn populations. The BLM made the following assumptions....." Key input factors such as bighorn range and suitable habitat are assumed, while failing to incorporate management practices that discourage or eliminate contact. Not only does the method not qualify as the best available science, but the BLM intends to implement draconian, unfair policies due to these imbalanced and inaccurate predictions. At best, the results are guesswork alone and, by any standard of common sense, should therefore not become the basis of agency policy. The entire Pol / RoC modeling is based on estimates, speculations, assumptions, and pre-determined parameters to arrive at a predetermined outcome of "high risk." There are simply too many facets to this multi-factorial issue, too many assumptions, and too much of selectively omitted input information to make this modeling accurate or useful.

In summary, as the BLM approaches the ongoing concern of contact between bighorn sheep and domestic sheep, the agency's apprehension regarding potential contact relies on a litany of biased and discouragingly well-established fallacies. Chief among these false premises is a lack of empirical science regarding the potential contact risk of bighorn sheep and domestic sheep. Not only is scientific information regarding rates of contact and potential disease transmission scarce, but the modeling process has too many assumptions to be useful. Furthermore, let's not lose sight of the fact, that the percentage of potential habitat overlap is very small. Consequently, the possibility of contact is minimal, as is the potential for the transmission of any pneumonia-causing bacteria that may or may not negatively impact bighorns. Allowing unscientific studies and flawed modeling to become the bedrock of the anti-grazing movement betrays the bias so deeply ingrained in both the BLM and USFS.

### Livestock Grazing and Forage Management

The CWGA has numerous concerns with the RMP. The RMP proposes sweeping changes that do not equally balance grazing, and other multi-use activities with environmental concerns. Additionally, the RMP introduces many subjective concepts (Special Recreation Management Area Targeted Benefits – "restored mind from unwanted stress; improved mental well-being", etc) that clearly favor recreation, and open up the BLM to numerous lawsuits, as it creates very subjective special-use categories for land that is Congressionally mandated as multi-use. The

BLM_0128154

continual splintering and development of additional special designation categories simply creates more regulatory and administrative overburden; and further restricts the BLM's ability to do crucial on-the-ground activities, such as accurate, and up-to-date range monitoring. Multiple-use activities such as livestock grazing and mineral extraction are economic drivers for local communities and should not be restricted due to environmental extremism and recreation. The RMP wants to further restrict livestock grazing yet fails to provide clear evidence as to why that's necessary; instead, it relies upon numerous, artificially constructed "what-if" scenarios. Despite the voluminous size of this document, it fails to demonstrate the need to reduce aums, or the impacts to the permit renewal process when the RMP is finalized.

BLM's single-minded approach of always reducing aums, often times ignores actual forage conditions and utilization, by failing to increase aums when range conditions warrant increased utilization. The BLM increasingly relies upon inaccurate computer modeling (bighorn sheep), and artificially created matrices (bighorns and forage manage) to create a pre-determined outcome of reducing/eliminating livestock grazing. We find it egregious for a land management agency to spend more time on administration, modeling, and matrices, than it does meeting monitoring requirements in the field, where the real data exists. For a number of years, the BLM has been severely deficient in fulfilling its role to accurately and fairly monitor range conditions.

Determinations regarding forage utilization need to be done in conjunction with the permittee, and monitoring sites need to be indicative of the overall allotment. Additionally, inadequately trained staff (seasonal and/or inexperienced) often times make causal observations that are incorrect, but end up in EAs, EISs, and RMPs. The RMP lacks specificity at a number of levels, and indicates that meeting numerous dubious parameters will be addressed during the permit renewal process, without disclosing the effects on the permittee during the permit renewal process.

Placing restrictions on sheep grazing favors recreation, single-species management (bighorn sheep), and environmental extremism over multiple-use and adaptive range management; and it will only serve to advance a radical agenda to permanently end livestock grazing on our western rangelands. Instead of unilaterally adopting strict policies without permittee input, we urge the BLM to support adaptive management by working actively with the permittees. We strongly urge the BLM to comply with its mandate to manage for multiple-use.

In closing, we would like to reiterate the negative impact that regulatory overburden is having on our members. It's egregious that the government keeps expanding at the administrative level, and every document that comes out is larger than the last. It's incredibly difficult for individuals or small organizations to be able to effectively evaluate and comment on these documents due to the sheer size, sometimes in excess of a thousand pages, not including the dozens of reference documents that should be closely scrutinized for their accuracy. It is imperative that the federal government start streamlining its management processes, in order to effectively focus on on-the-ground management of our public lands.

BLM_0128155

Respectfully,

*Angelo Theos*

Attachments:

*United States Animal Health Association (USAHA) Resolution 43 – Ensuring Sound Science-Based Animal Health Policies*

*Comments on Snow Mesa Allotment Analysis:  Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape (M. Thurmond DVM, Phd – September 7, 2015)*

BLM_0128156



# UNITED STATES ANIMAL HEALTH ASSOCIATION

2016 Resolution
120th Annual Meeting
October 13-19, 2016 ~ Greensboro, NC

---

**RESOLUTION NUMBER:** 43          **APPROVED**

**SOURCE:**          **COMMITTEE ON SHEEP AND GOATS**

**SUBJECT MATTER:**     **Ensuring Sound Science-Based Animal Health Policies**

---

### BACKGROUND INFORMATION:

Science-based animal health policies are fundamental to the United States Department of Agriculture in their efforts to issue decisions, develop regulations, and identify diagnostic test needs.

In some cases, policies and decisions are justified by in-house studies that are not subject to a rigorous outside and independent scientific review. In other cases, potential conflicts of interest develop when a study that serves as the foundation for a regulatory decision has been published in a scientific journal with an editorial board that includes individuals from government agencies through which the decision will be issued.

Clear and sound evaluation criteria for scientific studies used to support federal animal health policies are key to retaining public trust and confidence in agency actions.

### RESOLUTION:

To ensure the development of science-based animal health policy, the United States Animal Health Association urges the United States Department of Agriculture (USDA), the United States (US) Department of Homeland Security and the US Department of Interior to establish Department-wide criteria for evaluating research that is used to support animal health policy decisions. The following actions would help establish sound evaluation criteria and help increase trust and confidence in the policy making process:

- Initiate an independent and unbiased review of the science and/or methodologies used to support broad policy decisions.
- Establish a validation process for prediction models, risk assessments, spread models, or other diagnostic or analytical methods that are to be used.
- Require any studies proposed to be undertaken by an agency or department, intended to be used to justify or direct animal health policy or decision making, be subject to an independent scientific review which would be consistent with a previously established rigorous outside, independent review processes in place for evaluation of competitive grant proposals at USDA.

Comments on Snow Mesa Allotment Analysis:
**Assessment of Risk of Physical Contact between Rocky Mountain Bighorn Sheep and Domestic Sheep in the Snow Mesa Sheep Allotment Grazing Landscape**

M. Thurmond DVM, PhD
September 7, 2015

**General Comment.**

At the crux of this environmental assessment (EA) report is the question: 'Does the EA represent application and practice of 'best available science'? We see that definitions of 'science' have many variations, including pursuit of knowledge and truth, and a highly disciplined practice involving dispassionate search for underlying mechanisms about the world and universe. Good science is expected to represent application of well-designed studies, critical, truthful, and reasoned interpretation of scientific literature, and non-fallacious logical conclusions. Such pursuits must employ a skeptical, but unbiased and non-prejudicial mindset, and a willingness to change one's mind when data and logic so indicate.

Without doubt, the EA represents a miscarriage of science, as demonstrated by multiple violations of basic scientific methods, reasoning, and ethics. The report demonstrates a misunderstanding or ignorance of the need for critical and unbiased thinking, a lack of basic knowledge in medicine, epidemiology, and disease mechanisms, and poor understanding of study designs, methodologies, and requisite assumptions. Decades of research and methodological development have been ignored or dismissed by this EA. The EA consistently misrepresents results of studies, and incorporates multiple fallacies to draw erroneous conclusions about published data, observations, and testimonials. More specifically, the EA represents a fundamental failing in properly addressing infectious diseases, their processes, mechanisms, etiologies, agent transmission, and risk assessments, without which one cannot, or should not, attempt a risk assessment.[1,2]

**Specific Comments.**

Throughout the EA, false statements of fact are presented, based on citations given. Some typical examples follow:

1. Page 4: para 2

Re: The italicized clause from the second paragraph: "Although habitat degradation from fire suppression, highways, livestock grazing, and human disturbance is of concern, the susceptibility of bighorn sheep herds to population declines or extirpation due to respiratory diseases, *which can be transmitted by domestic sheep or goats (Besser et al. 2012b, Cassirer et al. 2013),* appears to be the greatest concern for bighorn sheep population persistence on the Rio Grande National Forest (USDA Forest Service 2010)."

The EA lacks scientific foundation for this statement based on its citations, and thus has falsified its testimony to the public about what is truthfully known. The Besser et al methodology makes no mention of, nor presents any results for, any domestic sheep used as subjects (only bighorn sheep (BHS) were used) and it did not examine so-called 'transmission of respiratory disease', or transmission of an agent for that matter. Cassirer et al 2013 also did not examine 'transmission of respiratory disease' or any domestic sheep, and presented no such data. Thus, there is no factual foundation offered in these papers to conclude anything about domestic

1

sheep or about transmission. This persistent misrepresentation of published results is a serious scientific offence found throughout the EA report, and suggests the papers and literature as a whole were not reviewed by scientists with the necessary background in epidemiology of infectious diseases or not read at all --- or findings were surreptitiously misrepresented.

2. The statement that respiratory diseases are transmitted not only is false; it also represents a misunderstanding of disease and, specifically of infectious diseases. Diseases (eg. pneumonia) are not transmissible; rather, the infectious agents, like bacteria, viruses, prions, worms, and external parasites, believed to cause or be factors in some disease, can be transmissible. Pneumonia ---a disease---manifests when many conditions (eg. weather, immunity, parasite load, poor nutrition, infectious agents) merge to reach a critical stress point when the host can no longer cope immunologically and a disease process ensues. Exposures to factors of season, age, nutrition, etc, or to the disease processes, are not themselves transmissible from animal to animal. Thus, although reference to the misnomer 'disease transmission' is not uncommon, its use makes no sense and actually confuses the true distinction between transmission of an infectious disease agent and manifestation of disease. For decades, the scientific literature has been quite solid in defining conditions that bring about epidemics of respiratory diseases and the various mechanisms that underlie the disease processes. The persistence in presenting the notion throughout the report that pneumonia is transmissible reveals seriously flawed comprehension of basic science of disease, disease processes, and epidemiology, especially given that much of the necessary expertise is available at the Agricultural Research Service (ARS) branch of the USDA.

3. Page 4, para 3,
Re: The EA offers the following as fact: *"The primary disease agents are respiratory diseases to which domestic sheep and goats are typically resistant or unaffected, and to which bighorn sheep have little resistance (Cassirer et al. 2013, Besser et al. 2012a, 2012b and 2014, George et al. 2008, Western Association of Fish and Wildlife Agencies 2012)."*
         Again, as noted above, this statement demonstrates a lack of understanding of basic infectious diseases, and the terminology, as well as unscientific and untruthful documentation of statements of fact. A disease agent is not a disease, as stated, and the methods and results described in the studies do not jibe with the quote given here. George et al 2008 offers a testimonial, as indicated by the title of the paper. None of the studies examined 'typical' resistance of BHS or of sheep and goats to respiratory diseases, or any resistance at all for that matter. Besser et al 2014 suggests transmission to BHS of *M ovipneumoniae* after 21 days exposure to an experimentally infected domestic sheep in a stressful and closely confined pen environment. Regardless of any perceived internal validity of the study, external validity (ability to generalize results outside the context of the experiment) is poor at best because inferences cannot be made to exposure under normal range conditions. The study was (necessarily) a contrived exposure, using artificial inoculation of donor sheep forced to undergo repeated and frequent close physical nose-to-nose contact in a stressful environment. Each of these elements of exposure taken individually would enhance the likelihood of agent transmission; taken together, one would expect an even greater chance of transmission. Thus, a general conclusion or inference cannot be made legitimately to the broader, and real, question of transmission by agents acquired by natural infection and under contact scenarios of real range conditions. A critical scientific review of these papers and of the literature broadly by the U.S. Forest Service (FS) would have prevented such misinformation from appearing in an EA.

2

BLM_0128159

The other potential problem with Besser et al 2014 is how the study was influenced by behavioral factors, akin to a 'Hawthorne effect', whereby conditions imposed during the study would be responsible for the results, in part by subject behavioral changes, forced or otherwise. Such conditions of the study could include stress and anxiety imposed on both BHS and domestic sheep forced to cope with enclosed, crowded conditions, thereby 1) reducing their immune capability to defend against the agent, which could increase shedding of an infectious agent; 2) forced close nose-to-nose contact, and 3) forced repeated and frequent exposures to other animals increasing cumulative dose of agent exposure over time, all of which would increase chance of transmission of an infectious disease agent targeting the respiratory system. In addition, inoculation with an artificially grown infectious agent could alter ability of an animal to offer an immune defense, and artificial infection of a donor could result in abnormally high shedding from the donor, thereby increasing infection probability as well. Thus, enhanced probability of infection is compatible simply with these artificial conditions imposed by the nature of the experiment. Such conditions not only jeopardize internal validity of the study, but also negate any external validity. A critical review by the FS should have raised these issues and truthfully placed results in a proper scientific context.

The reference 'Western Association of Fish and Wildlife Agencies 2012' could not be found, which represents another problem with transparency and 'truth in advertising' by citing foundation for fact that cannot be accessed.

4. Page 4, para 4: *"However, when contact between bighorn sheep and domestic sheep or goats is documented, the severity of the bighorn sheep die-off is typically more pronounced."*
Again, this is an unsubstantiated statement, without any factual foundation, and no citation. The statement infers that BHS can experience die-offs without contact with domestic sheep, a point, by the way, the FS chose not to discuss further. No epidemiological study has been reported that addresses the claim being made.

5. Page 5, para 1: *"It is recognized that opposing arguments question this science and dispute the connection."*
The dispute here should lie, at the onset, in lack of science, as well as 'the connection'. Mere compilation of studies with fallacious conclusions, as noted herein, does not science make. It is necessary that each study be critiqued for proper methodology, reasonable results given the methods, and logical conclusions. Moreover, mere publication does not mean a study represents any sense of the truth or that findings have any validity, as admonished by the National Academies of Science.[4]

Here the FS is acknowledging awareness that its science is being questioned, but it appears immune to correction or even consideration. It gives no indication what the arguments or disputes are, or why such arguments and differences of opinion and interpretation should be ignored. Arguments have been raised before, regarding the Payette EA, but it appears the USDA/FS remains steadfast in ramrodding bad science to foster the notion of disease risk, when truthfully there may actually be little real risk at all.

6. Page 5, para 1: *"The majority of literature, however, supports the potential for disease transmission between domestic sheep and bighorn sheep, and documents bighorn die-offs after contact with domestic sheep. Research continues on the science of disease transmission, bighorn mortality events, and the potential for development of effective vaccines. But until the science is*

3

*better understood, it is prudent to consider and implement management actions designed to keep
the species separate as a means to prevent the potential for disease transmission and subsequent
bighorn mortality events."*

Here the FS has changed its mind. Rather than saying there is '---the connection.' (ie.
between domestic sheep and BHS die-offs), as noted in the previous quote (point 5), the EA says
the literature supports the 'potential' for disease transmission, and suggests that until the science
is better understood (when we know the truth), we should separate the species. As noted in these
comments, when read and logically critiqued, the literature does not provide convincing science
that domestic sheep pose a threat, potentially or otherwise, to BHS. Absent from all the
literature noted in the EA is a single epidemiological study that addresses the question head on.
The National Academies report[1] on risk assessment states that "Well-conducted epidemiological
studies that show a positive association between an agent and a disease are accepted as the most
convincing evidence about --- risk.". To date, no such studies have been reported. Without
attributable risk estimates derived from epidemiologic studies, no reasonable science-based risk
assessment can proceed. When such critical data cannot be obtained to achieve minimal results
necessary, ethics and good conscience science dictate that risk assessment efforts '---must be
forsaken'.[2]

Pursuit of science does not simply mean that one should add to its collection of
presumably confirming observations without attempting studies that would refute the notion of
contact or degree of disease causality. If one 'cherry picks' observations of only white swans,
and never seeks out black swans, he will never be able to falsify the (erroneous) notion that all
swans are white. Thus, by continuing only to 'cherry pick' observations that appear to fall in
line with a notion of domestic sheep causing disease in BHS, one can never arrive at the truth.

This EA statement also calls to question the purpose of undertaking a risk assessment,
which, presumably, is to arrive at sound estimates of risk upon which sound decisions can be
made.[1] The EA says that until we know the science (the actual truth), and thus any legitimate
risk estimates, we should proceed with segregation of the species. If the decision is to be based
on such capricious reasoning and no solid science, why bother with a risk assessment?

7. Page 5, para 1: *"The majority of literature, however, --- documents bighorn die-offs after
contact with domestic sheep."*

Here the EA illustrates classical fallacies of reasoning that bias interpretations of
observations applied throughout the EA and published studies cited in the EA. One fallacy
applied throughout the BHS literature is the *post hoc ergo propter hoc* fallacy, meaning literally
'after this therefore because of this', or sometimes 'post-test' effects that render a study
externally invalid. Using the fallacious logic shown here, an observation of a man developing
cancer after being observed riding a bicycle would be interpreted to mean that riding a bicycle
caused cancer. The FS is saying that because there was an observation of contact that
presumably appeared before a die-off, the die-off must have been caused by that contact. The FS
is being specious in not revealing the other outcomes one needs to record before a logical
conclusion can be drawn. For example, what if there were observations of sheep contact with no
observations of die-offs (why does the FS not report those?), or if there were no observations of
contact and many observations of die-offs (no FS report?), or no observations of contact and no
die-offs. The FS has biased its 'science' by ignoring these other critical comparisons, which can
be addressed only in a methodical, well designed study. This type of non-critical thinking has no
place in 'currently available science', let alone in an elevated position at the core of an argument.

4

Another fallacy being applied, and common in what some call pseudoscience[5], is reliance on anecdotal or testimonial evidence, whereby chance incidents are given weight of legitimate data or results, with presumed meaningful conclusions. For example, the FS cites George et al 2008 as supporting the statement "*The primary disease agents are respiratory diseases to which domestic sheep and goats are typically resistant or unaffected, and to which bighorn sheep have little resistance*". George et al notes an incidental observation made of a domestic sheep before a dead BHS was found as evidence that the domestic sheep caused the BHS death. In addition to applying the *post hoc ergo propter hoc* fallacy, the FS (and the paper) also applies the anecdotal/testimonial fallacy. Certainly, interesting observations can be a nidus for important hypothesis development, which then would be tested using appropriate scientific methodology. Use of untested and non-validated anecdotal information as a keystone for a cause-and-effect argument in an EA, however, does not wash in legitimate science. Clearly, if one reads the paper, one can see that no data are presented to support the statement made by the FS.

A fallacy commonly applied by the FS, especially with respect to 'co-mingling' studies, relates to conclusions drawn when BHS and domestic sheep are placed in pens together (co-mingled). A typical conclusion drawn is that 'co-mingling with domestic sheep causes disease in BHS'. Here the fallacy is 'correlation-equals-causation'. Years ago, the high correlation between coffee consumption and lung cancer was, erroneously, thought by some to show that coffee caused lung cancer. Now we understand that the high correlation between coffee consumption and smoking was responsible for the spurious appearance of a cause-and-effect relationship with cancer, mainly because most smokers also drink coffee. As noted in 12. A. below (with regard to Besser et al 2012a), non-transmission explanations for disease, such as recrudescence of an existing latent infection in co-mingled stressed BHS are consistent with results of many of the studies involving comingling. These other possible causes were ignored or not understood by the FS, and thus the EA did not give necessary and appropriate consideration to legitimate alternative explanations for observed data, which, again, shows bias (intentional or not) against domestic sheep.

8.  Page 5, para 3: "*The risk of contact between foraying bighorn sheep and domestic sheep corresponds to the number of bighorn sheep in a herd, proximity of domestic sheep allotments, the distribution of bighorn sheep source habitats (suitable habitat) across the landscape, and the distance and frequency of bighorn sheep forays outside their Core Herd Home Range.*"

This statement of 'fact' has no foundation in data or logic and thus is speculative at best. As stated, it represents simply an hypothesis --- or an idea. Hypotheses may have elements of presumably sound logic, or even supporting data, but, this statement has no scientific evidence for validity; no hypothesis testing and validation has been reported to indicate any truth to this statement. Yet, the FS proceeded to leverage this speculative notion as foundation for an untested, unvalidated 'foray analysis' (see pt. 10 below). Again, the FS justifies its EA by presenting factually unsupported statements as statements of scientific fact, truly a miscarriage of science.

9.  Page 5, para 4: "*As part of this analysis process, the Risk of Contact Tool, prepared by the USDA Forest Service Bighorn Sheep Working Group (USDA Forest Service 2013), was used to help evaluate bighorn sheep movements outside their CHHR, and assess the potential for risk of contact between bighorn sheep and domestic sheep allotments in the Snow Mesa Landscape.*"

5

No reference could be obtained for 'USDA Forest Service 2013'. Good 'available' science dictates that all methods be reported, transparent, and easily available, and not hidden from view. After some help, a reference was made available for how the FS might have addressed contact between BHS and domestic sheep.[6] The paper presented a theoretical depiction of contact between a BHS and a domestic sheep, which remains untested and unvalidated, even for the Hells Canyon BHS herds from which it was developed. No data were presented to indicate in fact that contacts had ever taken place. The risk of contact and specifically the foray analysis that provides underlying parameters for the 'risk contact tool' are examined in more detail below (see pt. 10).

10. Comments on 'Risk of Contact Tool':
The EA indicates a so-called 'Risk of Contact Tool' was used to *"---help evaluate bighorn sheep movements outside their CHHR, and assess the potential for risk of contact between bighorn sheep and domestic sheep allotments in the Snow Mesa Landscape."* The 'tool', as presented in the EA, merely describes a user interface to input assumed values into some unknown computer program. No mention was made as to how calculations were conducted, or methodology or data used, again revealing a problem with non-transparency or 'full disclosure'. After some futility, a paper was obtained from USDA, presumably offering a methodology[6] wherein a so-called 'foray analysis' model was created to depict hypothetical ranges for BHS movement and distances a BHS might foray outside a herd's home range and cross into an allotment. No mention was found in the EA, however, as to whether the 'tool' utilized this foray analysis. The study employed a kernel density methodology, which assumes a normally distributed density and independent observations, to estimate boundaries of BHS home ranges.
The study has several fatal flaws that preclude any application to BHS home ranges or forays at all, including those in the Snow Mesa area. These include:
a. The paper described poorly the actual methods used. No indication was given for where foray data points began, or what direction they took. It does not pass the transparency or scientific 'repeataibility' test, whereby methods must be sufficiently described so as to permit replication of the study by others.
b. The study analyzed multiple location data points from the same collared BHS subjects to document their locations at various times. Use of non-independent observations produces what is called 'autocorrelation' and renders any analysis invalid because the statistical theory that underpins the kernel density method relies on true independence (only one observation allowed per animal).[7]
c. The theory behind the kernel density method also relies on the assumption of data normality, meaning that the spatial density of BHS would have to appear on a map as a single symmetrical (Gaussian) 'hill'. Instead, data and projected boundaries presented in the Payette risk assessment showed multiple 'hills' of density, clearly violating this critical assumption of the statistical methods.[7] The Snow Mesa EA failed to present the data on BHS home range analysis, which represents a significant *faux pas* in science. Hiding one's data serves to cast more doubt on legitimacy and ethics of the 'science', not to mention scientific requirements for data transparency in risk assessment.[1]
d. Collared BHS used to obtain foray data points were not randomly sampled from their herd(s), which were in the Hells Canyon area, meaning one cannot assume they represented BHS from their own home herd, let alone other herds. This is a fundamental assumption (not formally stated in the EA) necessary in order to use results in estimating foray distances and probabilities.

6

Lack of random selection precludes the assumption that foraying BHS were representative of BHS herds, and thus disallows any generalized inferences about foraying animals --- into the Payette area, or the Snow Mesa area for that matter.

e. One also cannot assume that data used in the foray model were from animals that represented normal foraying behavior. Again, the researchers, perhaps unknowingly, imposed a 'Hawthorne-type effect' (noted above), whereby the traumatic and fear-inducing process by which BHS were trapped, captured, sedated, examined, and radio-collared could impose a foraying behavioral change on the BHS. In an effort to flee their home area in which they experienced the noxious event, these radio-collared BHS may well have forayed farther and more frequently, compared with a non-radio-collared (normal) BHS. Because there were no 'control groups' in this study, as current available science would prefer, one cannot truthfully claim or assume that the traumatic process of collaring did not itself explain the foraying data reportedly observed in the study. Thus, a simple explanation for the foray results is that the act of being radio-collared caused the animals to foray frequently and far, and the data would have no relevance to foray behavior of non-collared, normal BHS.

f. The BHS studied[6] were not from any BHS herd near Snow Mesa, and thus could not be assumed to represent BHS in the Snow Mesa analysis. The study considered that BHS would avoid heavy brush areas, where predators could be found. The study failed to consider, however, that predators, like lions and wolves, could be expected to be found stalking domestic sheep in an allotment. Predator fear would motivate BHS to avoid and move away from such allotment areas, not towards them. Again, failure to include an element of negative risk that would have diminished potential exposure (contact) between BHS and domestic sheep reveals more evidence that a strong 'anti domestic sheep' bias was designed into the EA.

g. The 'href' method is an archaic and biased estimator of bandwidth for the kernel density analysis. Its use results in over-smoothing of estimated grid lines and thus an over-projection of an estimated outer boundary of a herd.[7] Over-projection of hypothetical boundaries results subsequently in over-projection of hypothetical foray destinations as well. The error would bias results results toward a higher likelihood of a hypothetical BHS reaching an allotment and contacting a domestic sheep.

h. After 12 years of study,[6] no data of actual forays into the Payette allotments was documented, and no effort at validation of the foray analysis was reported for the Payette or Snow Mesa BHS. Validation is a process whereby models are tested with real data to estimate accuracy--- in this case how many forays, what distances, etc. actually were observed. None of these critical and required data was reported. The National Academies of Science' Reference Manual on Scientific Evidence[4] notes that predictive models must demonstrate accuracy through a validation process.

i. As a consequence of these violations of basic and critical assumptions and requirements, any results or conclusions of the foray analysis are rendered invalid, including reported probability estimates of contact with domestic sheep. Thus, the USDA's 'Risk of Contact Tool', which is based on the 'foray analysis', is invalid as well.

j. The EA presented no data to indicate that forays ever took place into the targeted sheep allotments. Without actual good quality, real data, a prerequisite to good science, one can only speculate about contact.

k. An obvious danger exists when unfounded assumptions and flawed and non-validated models, such as those applied in the Snow Mesa EA, become insinuated into the fabric of a risk assessment. The assessment outcome being pursued, for or against a policy, can be subtly

7

BLM_0128164

directed via assumptions and models to achieve desired results. Agencies can do this because risk assessments can apply several assumptions, which "--- lead to quite different predictions of risk." , and thus have "--- provided the opportunity for case-by-case manipulations of risk assessment results to achieve predetermined risk management objectives ---.".[2]

11. Comments on risk of contact:

Page 26: The EA proposes a sequence for transmission events, using the foray model and assuming a hypothetical BHS has reached an allotment:

"*For disease transmission to occur, the bighorn must (4) come into physical contact with a domestic sheep in the allotment; and (5) contract a disease from the domestic sheep.*"

The sequence offered here belies any resemblance to events and conditions that actually take place in order for an infectious disease agent to be transmitted. The proposed sequence is incorrect and specious in reference to 'disease transmission' (as noted above, pneumonia is not 'transmitted') and in omitting critical events and conditions that must be met before transmission of an infectious agent can occur. The EA neglected to address the fact that a BHS must be in the same small spatial location as a domestic sheep whereby contact is even possible within the duration of time the BHS occupies that allotment space. If it were in that small space, there is some probability that contact will be made with a domestic sheep; it is not 100% and it is not 0% (unless no domestic sheep are in the allotment). The EA gives no indication that it understands the need for these contact probabilities as is required to properly characterize risk of agent transmission. If contact is made, it must be nose-to-nose contact in order to transmit an agent that resides in respiratory mucosae (ie. manifest in pneumonia) and it must be of sufficient duration to allow passage of a sufficient dose of the putative agent from the donor to cause infection (note that the FS does not tell us what that agent is or anything about dose-response, all of which is required information in a risk assessment[1]). If that specific type of contact and duration occurs, then one must know if the domestic sheep is in fact infected with the agent. If it is infected, it must be shedding a dose of agent that is sufficient to infect a susceptible BHS following nose-to-nose contact for the sufficient duration of time. If all those events and conditions are met, AND, if the BHS is indeed susceptible to infection (again probability will not be 100% or 0%), then transmission is likely to take place. Thus, there is a series of very specific and requisite events and conditions that must take place (and that must be accounted for in any risk assessment) in order for an infectious agent to be transmitted, and to properly model risk of transmission. This process should be described in considerable detail in any risk assessment.[1] Each of these events has some estimated probability for the hosts and agent being considered, the product of which would represent an estimate of the (overall) probability of an infectious agent being transmitted. The EA did none of this. Contrary to the FS' misinformation about disease, an infected animal does not automatically develop disease, especially pneumonia. An infected BHS may or may not develop disease, and, if infected, may or may not transmit the agent to another BHS, depending on events and conditions indicated above. The serious mischaracterization of infectious disease transmission, again, illustrates a significant failure of the FS to apply science that is currently available. One is compelled, therefore, to discount altogether any findings or conclusions offered in the EA.

12. Comment on Risk Assessment Outcomes:

    A. Page 27 last para: "*This analysis utilizes recent disease transmission information as a reference to better inform the outcome of each alternative in regards to their likelihood of*

8

*providing for the long-term viability of bighorn sheep in S-22, S53 and S-36 and the Central San Juan's Bighorn Herd as a whole. We assume a moderate probability that a contact will result in a disease transmission event. In this case, a moderate probability is defined as 0.25%, or 1 out of every four contacts. We believe that this is a conservative estimate given the recent literature published on this subject (Besser et. al. 2012a, 2012b and 2014)."*

Perhaps a typo, but a 0.25% probability represents 1 out of every 400 contacts, not 1 out of 4. The FS again misrepresents the facts presented in its cited papers, and shows an inability to critically evaluate published information, as is required and expected if practicing 'best available science'. The finding of disease in one of four BHS by Besser et al 2012a is quite readily consistent with recrudescence of a latent infection (a previously acquired 'commensal' infection that has been 'silent') as a consequence of faltered immune capability following stress of forced pen confinement, abnormal diet, over-crowding, etc. and not necessarily with transmission from one animal to another. A conclusion that some agent was transmitted from domestic sheep to a BHS was not supported by any data presented in the paper. Consequently, one cannot conclude that this study necessarily provides justification of high estimates of transmission probability; it is inappropriate, and unethical, to 'spin' results in order to provide seemingly factual support for one's hypothesis. As noted above, methods applied in Besser et al 2012b did not employ domestic sheep as subjects and did not examine transmission. Thus, there are no data to be found in that paper on transmission from sheep to BHS. The Besser et al 2014 paper, as critiqued above (see pt. 3), used laboratory-prepared inoculum to artificially induce infection in a donor sheep, which, along with Hawthorne-like effects of the study, would be expected to create significant artificial influences on transmission, thereby negating any possible inference to transmission or transmission probabilities under typical range conditions. None of the papers, therefore, truthfully provides any justification at all for the extraordinarily high rates of transmission assumed by the FS. The fact that the FS makes a claim that these papers offer some insight into transmission rates further erodes the EA's science credibility by demonstrating a lack of proper scientific skepticism and critical analysis of the literature involving basic sciences of infectious diseases.

B. Re: Page 29, para 1: *"The risk of physical contact between bighorn sheep and a domestic sheep allotment, with the potential for disease transmission followed by a potential subsequent bighorn mortality event, was given a qualitative rating of "High", "Moderate", or "Low", based on three factors carried forth throughout this analysis including 1). Number of years between bighorn sheep making contact with the allotment 2). Disease potential expressed in years and 3). (Allotment) Distance from Bighorn Sheep CHHR with adequate source connective habitat available."*

The qualitative ranking of risk (low, medium, high) has no basis in fact, and can only represent contrived and fictitious assumptions. The justification for these rankings appears to lie in application of erroneous assumptions of transmission risk values (see pt. 12) and the 'Risk of Contact Tool' which, as noted above (see pt. 11) was based on a non-validated 'foray analysis' that had multiple fatal flaws and erroneous assumptions. Thus, these qualitative rankings lack any scientific legitimacy, foundation, or validity, and any estimates of parameters derived from the foray analysis (eg. years between BHS making contact with the allotment, disease potential expressed in years, distance from BHS core herd home range) likewise are invalid and meaningless.

BLM_0128166

13. Comments on risk assessment:

In 1983, the National Academies of Science published a report, referred to as the 'Redbook'[1], that provides guidelines for science applied to risk assessments, and other evaluations involving risk estimation, which would be used by government to establish policy. Motivation, in part, for the report was from stakeholders' concern "--- that the scientific interpretations in risk assessments will be distorted by policy considerations, and they seek new institutional safeguards against such distortion."[2] The National Academies of Science's guidelines for proper science in risk assessments was intended to be just such a safeguard. The Redbook describes the required steps and content for a scientifically rigorous risk assessment, namely hazard identification, dose response assessment, and exposure assessment, all of which require research. Risk assessment should be carried out using risk assessment standards, and "--- risk managers should not attempt to alter those standards in specific cases simply to ensure that some pre-determined management objective is more easily achievable."[2]

Clearly, the Snow Mesa EA did not follow scientific standards for risk assessment, which were developed more than three decades ago.[1] As importantly, the EA reveals just such attempts to ensure a pre-determined objective, in this case the banning of domestic sheep. The risk assessment provided in the EA did not address the risk hazard (specific agent(s), their effects and mechanisms of action), dose response (dose of agent required, immunity, or contact duration), to mention only a few of the critical elements. As noted above, the FS failed to adequately and properly critique and utilize current literature and to faithfully and truthfully interpret and present results of published studies to the public. The National Academies of Science report states that "Well conducted epidemiologic studies that show a positive association between the agent and the disease are accepted as the most convincing evidence about --- disease." Yet, not a single epidemiologic study has been reported on the subject of domestic sheep as a cause of die-offs in BHS. Not only does the USDA/FS' effort not rise to the level of 'currently available good science', it failed to achieve the standards for risk assessment science established more than 30 years ago by the National Academies of Science.

The Redbook also identifies the need for independent scientific review panels to examine risk assessments, thus providing some assurance that the science is right. Science expects, if not demands, that the 'rules of the game' be applied equally and fairly for all sides of an issue, not tilted toward one side with no recourse allowed for correction. It is regrettable that the USDA/FS did not submit this EA for an outside, independent scientific review, or even to the Agricultural Research Service (ARS), where considerable expertise lies, for critical review. In not opening itself to scientific review, and thus not providing transparency in methods, assumptions, and data used, the USDA/FS is acknowledging it has something to hide, namely poor science and failure to follow standards for risk assessments. This is not a new problem[2], where scientific issues grounding concern for legitimate risk assessments include "---the alleged distortion of science by government risk assessors, to ensure that risk managers received the answers they wanted, so that they could decide to regulate, or not to regulate, depending upon how they perceived the social, economic, and political pressures under which they were operating."[2] It appears the USDA/FS has pursued just such distortion.

10

BLM_0128167

References:

1. Risk Assessment in the Federal Government: Managing the Process, National Academy Press, 1983.
2. Rodricks Joseph V., Calculated Risks, The toxicity and human health risks of chemicals in our environment. Second edition, Cambridge University Press, Cambridge, 2007.
3. http://srmo.sagepub.com/view/the-sage-encyclopedia-of-social-science-research-methods/n387.xml
4. Reference Manual on Scientific Evidence, Federal Judicial Center, National Academies Press, 2011
5. Jason Braithwaite, 2006, U Birmingham, UK. Seven Fallacies of Thought and Reason: Common Errors in Reasoning and Argument from Pseudoscience, http://www.academia.edu/316243/Seven_Fallacies_of_Thought_and_Reason_Common_Errors_in_Reasoning_and_Argument_from_Pseudoscience
6. O'Brien J et al. Incorporating foray behavior into models estimating contact risk between bighorn sheep and areas occupied by domestic sheep. Wildlife Society Bulletin 2014, 38(2):321–331
7. Walter, David W. et al. What Is the Proper Method to Delineate Home Range of an Animal Using Today's Advanced GPS Telemetry Systems: The Initial Step. In: USA Modern Telemetry (ed. Ondrej Krejcar). InTech. 2011

11

BLM_0128168

GRAND JUNCTION CO 815

**S. Stevens**
13703 4100 Rd.   OCT 2016 PM 2 T
Paonia, CO 81428



0154

RECEIVED
OCT 31 2016
UNCOMPAHGRE FIEL

DANA WILSON
UNcompAhGRe FIELD OFFICE MANAGER
RE: RESOURCE MANAGEMENT PLAN
REVISION
UNcompAhgRe FIELD OFFICE
2465 SOUTH TOWNSEND AVENUE
MONTROSE, CO
81401



*The mission of FINCA International is to provide financial services to the world's lowest-income entrepreneurs so they can create jobs, build assets, and improve their standard of living. We accomplish this by offering small loans and a savings program to those turned down by traditional banks, believing that even the poor have a right to financial services. With these loans, families can invest in, and build, their own small businesses, increasing their income-earning capacity. Worldwide, our clients post repayment rates over 97 percent.*



FINCA International, 1101 14th Street, N.W., 11th Fl., Washington, D.C. 20005
Telephone: 202.682.1510  Fax: 202.682.1535  email: info@villagebanking.org

BLM_0128170

Sherida began selling tomatoes in 1995, starting her small business with only $10 in working capital. Although her produce sold well, she could never really afford to improve or expand her business; her profits went immediately to fulfilling her family's basic needs. In 1998, Sherida heard from a friend that an organization called FINCA was offering loans to women in the area. Sherida used her first FINCA loan to purchase spare bicycle parts for transporting the tomatoes. She also cultivated her own tomato garden, and was able to afford seeds and insecticides. But perhaps most important, she was able to set aside savings, even after paying school and uniform fees for her children.

UFO RMP

TO WHOM IT MAY CONCERN:

I am a resident of Paonia, Delta County and have farmed here for 27 years. I live up on Lamborn Mesa. I chose to live here for the clean water and air, the quality of life, organic orchards and farms. This area is known for its "clean living."

Please, BLM, protect the North Fork! Our ditch water comes from the Minnesota and Beaver Reservoirs, and we depend on this water for growing our crops. Any oil and gas developments would greatly impact our quality of life, our health, our tourism and our resources.

Sincerely, Sara Stevens

Dear Joseph Meyer

I recently bought a property in Paonia and I hope to raise a family here. I do not want to have to leave because the water + air quality becomes toxic. The economy here is based on nature and agriculture we need these to remain clean so the people here can thrive. Thank you. Jake

Jake Schoon
PO Box 242
Paonia, CO 81428

Mail to:

Joseph Meyer BLM
2465 S. Townsend Ave
Montrose, CO 81401

RECEIVED

OCT 31 2016

Please do not write below this line

UNCOMPAHGRE FIELD OFFICE

BLM_0128172



BLM_0128173

**Spreadsheet Placeholder(file available in native format)**

**File Name:**                    20161101_Earthjustice.csv

BLM_0128174

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 11:12 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. |
| | Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and |

BLM_0128175

organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Olivia pevec |
| **Email Address** | oliviapevec@hotmail.com |
| **Phone Number** | 970-963-2054 |
| **City** | Carbondale |
| **State** | Colorado |
| **Zip** | 81623 |
| **I am:** | An Independent, Interested/impacted citizen, Other |
| **Additional Comments** | Water before gas. Life over fuel |
| **Signature. Please sign using the cursor below to write your** |  |

name. This digital signature is
legally binding and confirms
your agreement with the
comment letter above. Thank
you.

BLM_0128177

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 10:48 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | November 1, 2016 |
| --- | --- |
| Name | erin boyle |
| Email Address | everynightpinky@gmail.com |
| Phone Number | 9144897403 |
| City | Boulder |
| State | Co |

| | |
|---|---|
| **Zip** | 80305 |
| **I am:** | A resident, Interested/impacted citizen |
| **Additional Comments** | Please stop the industrialization of the north fork |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

| From: | Citizens for a Healthy Community |
| Sent: | Tuesday, November 1, 2016 10:46 PM |
| To: | uformp@blm.gov |
| Subject: | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

---

BLM_0128181

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Jenica Schevene |
| **Email Address** | jenicaschevene@gmail.com |
| **Phone Number** | 3038757186 |
| **City** | Paonia |
| **State** | Colorado |

| Zip | 81428 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, Interested/impacted citizen |
| Additional Comments | To Whom it may concern, |

My family has lived here for two generations. We are hear because of the quality of food, air and environment. I am a public school teacher and all of my students live here because their families are organic farmers or moved here because of the wineries, organic farms, and quality of water and air. Any drilling or fracking in or around out county will destroy our economy for generation. We are all hard working families and it takes a lot of years to dedication to make a living in live in Paonia and Delta County. When you are a part of a local economy you cannot just relocate. Also, if drilling were to come to our valley everyone who have resources would leave turning our home into a ghost town. Please don't destroy my life, my children's live and that of all my family with a poor choice based on short term gain. Paonia is dependent on each community member for its survival and success.

| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |
|---|---|

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 10:36 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | November 1, 2016 |
|------|------------------|
| **Name** | Colin macgregor |
| **Email Address** | renewablemacg@yahoo.com |
| **Phone Number** | 9702141782 |
| **City** | Crawford |
| **State** | Co |

| Zip | 81415 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, A homeowner, Interested/impacted citizen |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 10:30 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair |

BLM_0128187

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Thea Spaeth |
| **Email Address** | activethea@gmail.com |
| **Phone Number** | 5757791622 |
| **City** | Ojo Sarco |
| **State** | NM |

| | |
|---|---|
| **Zip** | 87521 |
| **I am:** | An organic farmer, A homeowner, Interested/impacted citizen |
| **Additional Comments** | God has placed man at the top of the food chain. Not to inprison the rest of the plant, rather to guard the safety of all we love and hold dear. I think what is missing these days is a broader interpretation of what I-we hold dear. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 10:09 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

---

BLM_0128190

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Lauren Ziccardi |
| **Email Address** | laurenziccardi@gmail.com |
| **Phone Number** | 3032417759 |
| **City** | Paonia |
| **State** | Colorado |

BLM_0128191

| Zip | 81428 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, Interested/impacted citizen, Other |
| Additional Comments | I am a teacher of elementary children in the valley and believe in leaving this valley more beautiful than we found out .. including having clean water and food to eat that is safe to consume |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

**From:**            Citizens for a Healthy Community

**Sent:**            Tuesday, November 1, 2016 9:05 PM

**To:**              uformp@blm.gov

**Subject:**         RMP Comment Letter Form submitted on Citizens for a Healthy
                     Community

The following comment letter was submitted by the named citizen through the website of the
organization, Citizens for a Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

BLM_0128193

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Paulette Fara-Schembri |
| **Email Address** | paulettefs@gmail.com |
| **Phone Number** | 7206210805 |
| **City** | Denver |
| **State** | CO |

BLM_0128194

| | |
|---|---|
| **Zip** | 80219 |
| **I am:** | A Democrat, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Additional Comments** | Respect the lands, respect the people and respect there burial grounds just as we respect our troops and our sacred cemeteries. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 8:39 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | November 1, 2016 |
|------|------------------|
| **Name** | Aaron cabral |
| **Email Address** | quantumgroove@me.com |
| **Phone Number** | 5053790705 |
| **City** | Albuquerque |
| **State** | New Mexico |

| Zip | 87110 |
|---|---|
| **I am:** | A tourist/Visitor to Delta County/NFV |
| **Additional Comments** | Please protect this land as one of the most beautiful areas of not just Colorado, but the U.S. In all my travels I hold this area as one of my favorite destinations. I hold it close to my heart and would be devistated if it was given away to drilling. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| From: | Citizens for a Healthy Community |
|-------|----------------------------------|
| **Sent:** | Tuesday, November 1, 2016 8:32 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| Date | November 1, 2016 |
| Name | Chris Scott |
| Email Address | marsdenscott@gmail.com |
| Phone Number | 3032588299 |
| City | Black Hawk |
| State | CO |

| Zip | 80422 |
| --- | --- |
| I am: | A consumer of NFV/Delta County produce and meat and poultry, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen, Other |
| Additional Comments | My son has a ranch in delta county. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 8:05 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
|---|---|
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Rosemary Holmes |
| **Email Address** | rholmes86@gmail.com |
| **Phone Number** | 9707787265 |
| **City** | Paonia |
| **State** | Colorado |

BLM_0128203

| | |
|---|---|
| **Zip** | 81428 |
| **I am:** | Other |
| **Additional Comments** | I live in the North Fork Valley and I absolutely love this beautiful country. I love that we have clear air and clean water. It is important for the people and animals living in this area. I spend a lot of time outdoors and know many people who are organic farmers, hunters, and fishermen. We value the land in this area very much. Please keep it safe from the damage oil and gas leasing would cause. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 7:41 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

BLM_0128205

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Jen Reilly |
| **Email Address** | jenslines@gmail.com |
| **Phone Number** | 3038386116 |
| **City** | Pine |

BLM_0128206

| State | Co |
| --- | --- |
| Zip | 80470 |
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| Additional Comments | No pipelines please. This is farming/ranch land and should be protected! |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 7:19 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

BLM_0128208

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | November 1, 2016 |
| --- | --- |
| Name | Sara Rodriguez |
| Email Address | mythiccreatures@yahoo.com |
| Phone Number | 9703616368 |
| City | Paonia |
| State | Co |

| | |
|---|---|
| Zip | 81428 |
| I am: | An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Please protect our natural resources. Water is Life! Solidarity with Standing Rock! |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 4:50 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Michael penny |
| **Email Address** | michaelpenny@comcast.net |
| **Phone Number** | 303-507-9118 |
| **City** | denver |
| **State** | colorado |

BLM_0128212

| Zip | 80205 |
| --- | --- |
| I am: | A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| Additional Comments | All our resources need not be ruled by big oil, the rich, and millionaires in government who act like as though they represent the people but instead big money interests. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

**From:**               Citizens for a Healthy Community

**Sent:**               Tuesday, November 1, 2016 4:44 PM

**To:**                 uformp@blm.gov

**Subject:**            RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

BLM_0128214

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Jeffrey Barwig |
| **Email Address** | jeffrey.barwig@gmail.com |
| **Phone Number** | 970.331.4151 |
| **City** | Vail |
| **State** | Co |

| | |
|---|---|
| **Zip** | 81657 |
| **I am:** | Interested/impacted citizen |
| **Additional Comments** | Fracking is simply wrong. Its infuriating that greed continues to take precidence over what is right. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0128216

**From:**          Jere

**Sent:**          Tuesday, November 1, 2016 3:27 PM

**To:**            uformp@blm.gov

**Subject:**       RMP ..


I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.


The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more. The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.


Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.


A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic

BLM_0128217

fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

Thanks

Jere

earthfriendlyfarms@paonia.com

The information transmitted via this e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 1:27 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128219

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | November 1, 2016 |
|------|------------------|
| Name | Charles Smith |
| Email Address | barrysmiff@mac.com |
| Phone Number | 9706188273 |
| City | Paonia |
| State | Colorado |

BLM_0128220

| | |
|---|---|
| **Zip** | 81428 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, A homeowner, A hotel/recreation business owner, Interested/impacted citizen |
| **Additional Comments** | I own a vacation rental business that brings hundreds of people to this valley per year - avid hikers, fishermen, hunters and others who are captivated by the pristine beauty of this location. They come and enjoy the organic food, the farm-to-table restaurants, the wineries, the hiking and biking in the natural beauty - all of these are strong draws for those wishing to experience the majesty of western Colorado in one of the most beautiful locales it has to offer. Please do not compromise something so precious with such a sweeping leasing policy. We have so much to lose here, things we will not be able to regain once lost. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

BLM_0128221

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 1:25 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| Date | November 1, 2016 |
| Name | Christina Patterson |
| Email Address | christinap@mac.com |
| Phone Number | 970-379-8484 |
| City | Paonia |

| | |
|---|---|
| **State** | CO |
| **Zip** | 81428 |
| **I am:** | An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, An Independent, A homeowner, A hotel/recreation business owner, Interested/impacted citizen, Other |
| **Additional Comments** | Please, please consider all these letters, requests, pleadings. Once all these fracking sites are approved and decided upon it is done. We will never get this pristine gift from divine nature back again. It is not about legislation, it supersedes that. It is about standing up and doing the right thing for the long term. It is about caring for the land and being stewards of one of the most beautiful and pristine areas in the country. This western slope of Colorado that we live in is a paradise. A true paradise. The air, the water, the land, are still relatively clean. This Paonia area provides so much abundance of natural beauty and clean organic farming and we need to preserve it above all else. I own an Air Band B rental house and hundreds of people that I meet each year are always in awe of the sweet beauty and charm of this area. The BLM is supposed to represent the people, the majority of the people, not the minority of the corporations.And the majority of the people want to care and preserve this land. Please with all my heart and prayers, I ask you to do what you can to preserve this unique and pristine experience we have here in this town of Paonia and the area that surrounds it. Please do not allow any more fracking here. There are alternative energy sources but there are no alternatives to going back once this valley is spoiled by fracking. Once it'd gone it's gone and the sacred beauty that is this paradise will be lost forever. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0128225

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 1:16 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.<br><br>The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br>Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Deirdre Daly |
| **Email Address** | d2daly@yahoo.com |
| **Phone Number** | 303-823-5307 |
| **City** | Lyons |

| | |
|---|---|
| **State** | CO |
| **Zip** | 80540 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen, Other |
| **Additional Comments** | I am planning to move my residence to Paonia in 2017 and my decision is based on whether it will be a safe, secure environment for my retirement years. I want to be able to eat food, drink the water, and support the local businesses (farms, vineyards, restaurants) etc and other businesses owned by the local residents who already live there. If fracking happens, that town will be off my list as a place to spend my retirement years and funds. I will be bringing monthly income for shopping, eating etc and oppose opening this area to fracking and drilling because it will ruin everything and run the people who already live there and out of town. It will create a ghost town. Instead, let's continue with the creation of a great town without companies who don't care about how they leave the environment for the people who do live there. Let's focus on agribusiness and other consumer businesses to serve the residents. Fracking takes 10 times the water normally used in this valley. We need our own water for drinking, bathing, growing food and animals. Fracking companies should not take it just because they are willing to pay more for it. Who benefits from fracking anyway? Not us! They come in, ruin the place, sell products elsewhere then leave. Look at the Gold King mine. That mess was there for years and that company just left it there. All of mining in Colorado is like that. Don't start over doing that same mess. Have we (and that includes BLM) not learned anything? And before you even consider this option, please get the specifics as to what is in fracking fluid. Once you know, you will NEVER want to allow it. Don't make this Rocky Flats redux. Don't create more Superfunds sites. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally** |  |

BLM_0128228

binding and confirms your

agreement with the comment

letter above. Thank you.

BLM_0128229

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 11:06 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128230

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Grace Poll |
| **Email Address** | gracepoll@gmail.com |
| **Phone Number** | 3038838843 |
| **City** | Buffalo Creek |
| **State** | CO |

| | |
|---|---|
| **Zip** | 80425 |
| **I am:** | A resident, A Democrat, A homeowner, Interested/impacted citizen, Other |
| **Additional Comments** | I'm a teacher. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 10:35 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Lisa Trope |
| **Email Address** | lisa.trope@gmail.com |
| **Phone Number** | 7204731743 |
| **City** | Denver |
| **State** | CO |

| | |
|---|---|
| **Zip** | 80203 |
| **I am:** | A Democrat, Interested/impacted citizen, Other |
| **Additional Comments** | Please consider the impacts that this will have the tourism industry, on the HUGE organic farming industry, on the health and possible water of residents of the area, and over the long term our climate. Please don't turn Paonia and the valley into another wasteland of the oil and gas industry. Thank you for your consideration.<br><br>Sincerely,<br>Lisa |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| From: | Citizens for a Healthy Community |
|---|---|
| Sent: | Tuesday, November 1, 2016 10:21 AM |
| To: | uformp@blm.gov |
| Subject: | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

BLM_0128236

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Jill Stedronsky |
| **Email Address** | jillmort@ix.netcom.com |
| **Phone Number** | 3039867745 |
| **City** | Lakewood |
| **State** | Colorado |

| Zip | 80228 |
|---|---|
| I am: | A consumer of NFV/Delta County produce and meat and poultry, A Democrat, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| Additional Comments | It's time to listen to what the people want, not what the corporations want. Alternative energy is easily available and should be used. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 9:33 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

---

BLM_0128239

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | November 1, 2016 |
|------|------------------|
| **Name** | Ryan Warwick |
| **Email Address** | snakebones3@yahoo.com |
| **Phone Number** | 9707120876 |
| **City** | PAONIA |
| **State** | CO |

BLM_0128240

| | |
|---|---|
| **Zip** | 81428 |
| **I am:** | A resident |
| **Additional Comments** | Alternative energy please. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 9:28 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128242

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Lulu Volckhausen |
| **Email Address** | alulu@paonia.com |
| **Phone Number** | 970-379-5618 |
| **City** | Paonia |

BLM_0128243

| | |
|---|---|
| **State** | Co |
| **Zip** | 81428 |
| **I am:** | An organic farmer, A consumer of NFV/Delta County produce and meat and poultry, A homeowner, Other |
| **Additional Comments** | Everyone is always talking about jobs. Creating jobs. Having jobs. We need jobs. What do we really need to survive? As an organism, a biological member of this amazing organism we call earth. We need in order of necessity, clean air, you only have about 1.5 minutes to live if you can't take a breath. Clean water, if you don't drink for three days give or take, you're going to die. Clean food, if you don't eat anything you will die. |
| | We have here in the North Fork Valley some of the cleanest water in the country. Our wells in Paonia aren't down stream of anybody! A lot of our food is being grown by people who value pesticide free farming and ranching. Give us a break. Let us become the model community for better living. Let our jobs evolve organically as our reputation for the health and well being of humans as an organism leads us to a greater understanding of what it means to be alive! Don't frack this up. Let's look for better healthier answers to our energy needs. Thank you for listening. |
| **Signature.** Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 9:16 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**

The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

---

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| Date | November 1, 2016 |
| Name | Paul Sammons |
| Email Address | artonymousdescent@gmail.com |
| Phone Number | 5019934467 |
| City | Bryant |
| State | Arkansas |
| Zip | 72022 |

BLM_0128246

| **I am:** | An organic farmer, An Independent, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
|---|---|
| **Additional Comments** | This valley is a pristine undisturbed ecosystem. The organic farms, orchards, breweries, arts and crafts and music make it an ideal place for me and my family to visit year after year. It is a hidden treasure. As a previous resident and organic farmer in the North Fork I know the impact that fracking for natural gas would have on the area. The air and water are clean. The wildlife is plentiful. I might even be moving back to the area someday and I don't want my 2nd home ruined so that a few rich people who don't even live in the valley can get richer. As a nation we need to more to more renewable forms of energy anyway. Our survival as a species demands it. Please don't frack the fork! |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 8:55 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

---

BLM_0128248

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | November 1, 2016 |
|---|---|
| **Name** | Christa Kilpatrick |
| **Email Address** | christa.kilpatrick@gmail.com |
| **Phone Number** | 3039316112 |
| **City** | Denver |
| **State** | Co |

| Zip | 80220 |
| --- | --- |
| **I am:** | A rancher, Interested/impacted citizen |
| **Additional Comments** | My family has been ranching in Paonia since the 1970s. Our ranch is also a guest ranch. We need tourists to continue to visit this beautiful town, eat in its restaurants and book cabins at our ranch. Allowing this type of energy development will likely negatively impact tourism.<br><br>Additionally, my husband and I own a brewery in Denver. We use hops grown by High Wire Hops in Paonia. We hope to source fruit from local orchards in Paonia for our beers. MANY other breweries source their beer ingredients from this part of the state. The type of energy development proposed poses great risks to this regions water sources, and therefore, threatens all of the horticulture operations in this region. I want to keep making great beer with locally sourced ingredients from a region that means so much to me and my family.<br><br>Please do not allow the proposed energy development! |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 7:48 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

BLM_0128251

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | November 1, 2016 |
| **Name** | Cassandra Maffey |
| **Email Address** | coloradocassandra@gmail.com |
| **Phone Number** | 7202777158 |
| **City** | Nederland |
| **State** | Colorado |

| Zip | 80466 |
|---|---|
| I am: | A consumer of NFV/Delta County produce and meat and poultry, An Independent, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| Additional Comments | Please protect this beautiful area! As a resident of the Front Range who travels to Paonia several times a year, I can assure you that development of oil and gas wells will destroy tourism upon which the community thrives, and the way of life for so many residents who grow and produce food. Keep it clean! |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Tuesday, November 1, 2016 1:56 AM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.**
The potential for human, animal and environmental damage is too high.
Development would contaminate soils, water, and air, and impair

---

BLM_0128254

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | November 1, 2016 |
|------|------------------|
| Name | Brian Dickinson |
| Email Address | brian.c.dickinson@gmail.com |
| Phone Number | 7207850095 |
| City | Wheat ridge |
| State | Co |

| | |
|---|---|
| **Zip** | 80033 |
| **I am:** | An organic farmer, A consumer of NFV/Delta County produce and meat and poultry, A homeowner, A tourist/Visitor to Delta County/NFV, Interested/impacted citizen |
| **Additional Comments** | Please wait to see how fracking affects our dear Mother Earth. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Monday, October 31, 2016 11:02 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 31, 2016 |
| **Name** | Frank Stonaker |
| **Email Address** | fstonaker@gmail.com |
| **Phone Number** | 9704202972 |
| **City** | Hotchkiss |
| **State** | CO |

BLM_0128258

| | |
|---|---|
| **Zip** | 81419 |
| **I am:** | An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, A homeowner, A scientist/geologist, Interested/impacted citizen |
| **Additional Comments** | Please don't allow this unique region of the world be spoiled by benefits derived for a very short term profit. Our children are being robbed left and right of choices and experiences that we have had. Our shared lands should be cherished and protected not spoiled in the interest of profit. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Monday, October 31, 2016 11:00 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128260