**From:**  Citizens for a Healthy Community

**Sent:**  Wednesday, October 19, 2016 12:33 PM

**To:**  uformp@blm.gov

**Subject:**  RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

BLM_0128630

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 19, 2016 |
|---|---|
| Name | Julie Ball |
| Email Address | juliemball@hotmail.com |
| Phone Number | 5189377837 |
| City | Crested Butte |
| State | CO |

BLM_0128631

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

**From:**              Citizens for a Healthy Community

**Sent:**              Wednesday, October 19, 2016 12:33 PM

**To:**                uformp@blm.gov

**Subject:**           RMP Comment Letter Form submitted on Citizens for a Healthy
                       Community

The following comment letter was submitted by the named citizen through the website of the
organization, Citizens for a Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 19, 2016 |
|---|---|
| Name | Julie Ball |
| Email Address | juliemball@hotmail.com |
| Phone Number | 5189377837 |
| City | Crested Butte |
| State | CO |

BLM_0128634

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128637

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

**From:**       Citizens for a Healthy Community

**Sent:**       Wednesday, October 19, 2016 12:33 PM

**To:**        uformp@blm.gov

**Subject:**      RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128643

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

**From:**              Citizens for a Healthy Community

**Sent:**              Wednesday, October 19, 2016 12:33 PM

**To:**                uformp@blm.gov

**Subject:**           RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair |

BLM_0128645

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128646

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

**From:**              Citizens for a Healthy Community

**Sent:**              Wednesday, October 19, 2016 12:33 PM

**To:**                uformp@blm.gov

**Subject:**           RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
| --- | --- |
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

**From:**                Citizens for a Healthy Community

**Sent:**                Wednesday, October 19, 2016 12:33 PM

**To:**                  uformp@blm.gov

**Subject:**             RMP Comment Letter Form submitted on Citizens for a Healthy
                         Community

The following comment letter was submitted by the named citizen through the website of the
organization, Citizens for a Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
| --- | --- |
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128655

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

**From:**          Citizens for a Healthy Community

**Sent:**          Wednesday, October 19, 2016 12:33 PM

**To:**            uformp@blm.gov

**Subject:**       RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128658

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0128659

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br>Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128661

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

---

BLM_0128663

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128664

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

| From: | Citizens for a Healthy Community |
| --- | --- |
| Sent: | Wednesday, October 19, 2016 12:33 PM |
| To: | uformp@blm.gov |
| Subject: | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| --- | --- |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128667

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

**From:**          Citizens for a Healthy Community

**Sent:**          Wednesday, October 19, 2016 12:33 PM

**To:**            uformp@blm.gov

**Subject:**       RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.<br><br>The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br>Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

**From:**                     Citizens for a Healthy Community

**Sent:**                     Wednesday, October 19, 2016 12:33 PM

**To:**                       uformp@blm.gov

**Subject:**                  RMP Comment Letter Form submitted on Citizens for a Healthy
                              Community

The following comment letter was submitted by the named citizen through the website of the
organization, Citizens for a Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128672

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

**From:**            Citizens for a Healthy Community

**Sent:**            Wednesday, October 19, 2016 12:33 PM

**To:**              uformp@blm.gov

**Subject:**         RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

BLM_0128675

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128679

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

BLM_0128680

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128682

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

| **From:** | Citizens for a Healthy Community |
|---|---|
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
|---|---|
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br>Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128685

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

BLM_0128686

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

BLM_0128689

**From:** Citizens for a Healthy Community

**Sent:** Wednesday, October 19, 2016 12:33 PM

**To:** uformp@blm.gov

**Subject:** RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

BLM_0128690

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128691

| Zip | 81224 |
| --- | --- |
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

| **From:** | Citizens for a Healthy Community |
|---|---|
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
|---|---|
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

---

BLM_0128693

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

**From:**              Citizens for a Healthy Community

**Sent:**              Wednesday, October 19, 2016 12:33 PM

**To:**                uformp@blm.gov

**Subject:**           RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.<br><br>The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br>Development would contaminate soils, water, and air, and impair |

BLM_0128696

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128697

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

BLM_0128698

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

BLM_0128699

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

BLM_0128701

| **From:** | Citizens for a Healthy Community |
|---|---|
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
|---|---|
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

BLM_0128702

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
| --- | --- |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

**From:**                Citizens for a Healthy Community

**Sent:**                Wednesday, October 19, 2016 12:33 PM

**To:**                  uformp@blm.gov

**Subject:**             RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair |

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128709

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

**From:**          Citizens for a Healthy Community

**Sent:**          Wednesday, October 19, 2016 12:33 PM

**To:**            uformp@blm.gov

**Subject:**       RMP Comment Letter Form submitted on Citizens for a Healthy
                   Community

The following comment letter was submitted by the named citizen through the website of the
organization, Citizens for a Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

**From:**              Citizens for a Healthy Community

**Sent:**              Wednesday, October 19, 2016 12:33 PM

**To:**                uformp@blm.gov

**Subject:**           RMP Comment Letter Form submitted on Citizens for a Healthy
                       Community

The following comment letter was submitted by the named citizen through the website of the
organization, Citizens for a Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.<br>Development would contaminate soils, water, and air, and impair |

BLM_0128714

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128718

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

**From:**          Citizens for a Healthy Community

**Sent:**          Wednesday, October 19, 2016 12:33 PM

**To:**            uformp@blm.gov

**Subject:**       RMP Comment Letter Form submitted on Citizens for a Healthy
                   Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 19, 2016 |
|---|---|
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128726

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128729

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128730

| Zip | 81224 |
|---|---|
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

**From:**               Citizens for a Healthy Community

**Sent:**               Wednesday, October 19, 2016 12:33 PM

**To:**                 uformp@blm.gov

**Subject:**            RMP Comment Letter Form submitted on Citizens for a Healthy
                        Community

The following comment letter was submitted by the named citizen through the website of the
organization, Citizens for a Healthy Community. It was submitted from the following page:
http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128732

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128735

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128741

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

**From:**          Citizens for a Healthy Community

**Sent:**          Wednesday, October 19, 2016 12:33 PM

**To:**            uformp@blm.gov

**Subject:**       RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128747

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128750

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| Date | October 19, 2016 |
|---|---|
| Name | Julie Ball |
| Email Address | juliemball@hotmail.com |
| Phone Number | 5189377837 |
| City | Crested Butte |
| State | CO |

| Zip | 81224 |
|---|---|
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. |  |

**From:**          Citizens for a Healthy Community

**Sent:**          Wednesday, October 19, 2016 12:33 PM

**To:**            uformp@blm.gov

**Subject:**       RMP Comment Letter Form submitted on Citizens for a Healthy Community

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high. Development would contaminate soils, water, and air, and impair |

BLM_0128753

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

BLM_0128754

| Zip | 81224 |
| --- | --- |
| I am: | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| Additional Comments | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | |

| | |
|---|---|
| **From:** | Citizens for a Healthy Community |
| **Sent:** | Wednesday, October 19, 2016 12:33 PM |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comment Letter Form submitted on Citizens for a Healthy Community |

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

---

**Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.**

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** The potential for human, animal and environmental damage is too high.

Development would contaminate soils, water, and air, and impair

---

BLM_0128756

human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.

A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration.

| | |
|---|---|
| **Date** | October 19, 2016 |
| **Name** | Julie Ball |
| **Email Address** | juliemball@hotmail.com |
| **Phone Number** | 5189377837 |
| **City** | Crested Butte |
| **State** | CO |

| | |
|---|---|
| **Zip** | 81224 |
| **I am:** | A resident, A consumer of NFV/Delta County produce and meat and poultry, Interested/impacted citizen |
| **Additional Comments** | Thank you so much for taking our input. This means a lot to us and the future of Colorado, for my son's generation, for his children and for generations to come. Please work hard to focus on harnessing renewable energy and we will be there to support you. Again, thank you. |
| **Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you.** |  |

**From:** Darlene Cavallara
**Sent:** Tuesday, November 1, 2016 10:15 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Darlene Cavallara
71201 Winchester Trail
Montrose, CO 81403

BLM_0128759

| | |
|---|---|
| **From:** | Eugene Marner |
| **Sent:** | Tuesday, November 1, 2016 3:45 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Eugene Marner
1245 Oak Hill Road
Franklin, NY 13775

| | |
|---|---|
| **From:** | barbara hill |
| **Sent:** | Tuesday, November 1, 2016 1:20 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

barbara hill
2935 el torro rd
grand junction, CO 81503

| | |
|---|---|
| **From:** | barbara hill |
| **Sent:** | Tuesday, November 1, 2016 1:19 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

barbara hill
2935 el torro rd
grand junction, CO 81503

**From:**       Karen Michaelis
**Sent:**       Tuesday, November 1, 2016 12:49 PM
**To:**         UFORMP@blm.gov
**Subject:**    Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's
Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying
and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I
strongly support the suitability finding for the 104.6 miles that have been identified in the agency's
"preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I
ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic
eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include
the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for
Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning
areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in
order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Karen Michaelis
21115 Uncompahgre Road
Montrose, CO 81403

| | |
|---|---|
| **From:** | John T. Unger |
| **Sent:** | Tuesday, November 1, 2016 12:32 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Please give full protection to the RMP's free-flowing rivers |

Dear

To: Uncompaghre Field Office Manager,

Please protect all of the river miles in "preferred Alternative" and put them into the final RMP.

Alternative B also contains more river miles that I feel should be protected fully in the final Plan, too. Roc Creek in particular should be protected to the maximum amount.

I say this based on years of experience in seeing the benefits of such designation on rivers I have paddled and floated on, as well as seeing how much society benefits from these wild places. Especially in a growing population, full of social pressure stresses, these rivers can be irreplaceable as the number of people needing peace and quiet is increasing.

With more than 25 years of paddling several times a summer on the Ruby and Horsethief Canyons on the Colorado River (and the Gunnison River in the past ten years), the need for more protection and less use of disruptive technologies has been striking.

Thanks for your time and your efforts.

John T. Unger
430 S. 4th St.
Montrose, CO 81401

| From: | Horace Work |
|---|---|
| Sent: | Tuesday, November 1, 2016 10:08 AM |
| To: | UFORMP@blm.gov |
| Subject: | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

The wild North Fork Valley must be protected as well. It is a pristine wild area that should remain undisturbed. Fracking is the most disruptive and destructive activity, involving ruined water supplies, roads, toxic holding ponds, and sickening air pollution.
The BLM is in position to safeguard our magnificent Colorado wilderness: they must be the guardians.

Sincerely,
Horace Work

Thank you.

Horace Work
2464 S. Madison St.
Denver, CO 80210

| From: | Becky Meier |
|---|---|
| Sent: | Tuesday, November 1, 2016 9:50 AM |
| To: | UFORMP@blm.gov |
| Subject: | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Becky Meier
1409 Route 5
Canaan, NY 12029

| | |
|---|---|
| **From:** | Leonard Lutomski |
| **Sent:** | Tuesday, November 1, 2016 9:41 AM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Leonard Lutomski
334 Alexander Lane
Basalt, CO 81621

**From:** Allegra Schecter
**Sent:** Tuesday, November 1, 2016 9:10 AM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region.

There is inevitable contamination by toxic frack waste whenever there is drilling. No matter how careful, accidents happen. It would be a crime to contaminate such a pristine area with poisonous chemicals and endocrine disruptors. So much of our wildlife is already at risk of endangerment or extinction. Please reconsider before you do permanent harm to this unique ecosystem.
Our water is precious and should be kept clean at all costs.

Thank you, Allegra Schecter

Allegra Schecter
211 Adair rd
Cherry Valley, NY 13320

| From: | Mary Boite |
|---|---|
| Sent: | Tuesday, November 1, 2016 8:11 AM |
| To: | UFORMP@blm.gov |
| Subject: | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado. These rivers are important to all of us, wherever we live.  The urgency of protecting water especially in North America where we have still, some of the best fresh water available, cannot be overstated.  It's up to us.

Thank you.

Mary Boite
5080 Purcell Rd.
Hemlock, NY 14466

| | |
|---|---|
| **From:** | Gary Parisella |
| **Sent:** | Tuesday, November 1, 2016 6:40 AM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Gary Parisella
7001 Cleary Rd.
Hemlock, NY 14466

| | |
|---|---|
| **From:** | Beth Standish |
| **Sent:** | Tuesday, November 1, 2016 6:21 AM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Beth Standish
PO Box 613
Geneseo, NY 14454

**From:** Rich Kellman
**Sent:** Tuesday, November 1, 2016 5:52 AM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Rich Kellman
429 Arnold Rd.
Lisle, NY 13797

| | |
|---|---|
| **From:** | Nicole Ruiz |
| **Sent:** | Monday, October 31, 2016 10:29 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Nicole Ruiz
1598 Cattle Drive
Loma, CO 81524

BLM_0128773

| From: | Diedra Silbert |
|---|---|
| Sent: | Monday, October 31, 2016 10:13 PM |
| To: | UFORMP@blm.gov |
| Subject: | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompahgre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Our waterways are Beautiful and important highlights in landscapes that depend upon their flows.  In this era of decreasing water resources, we cannot afford to squander any of our rivers and streams.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Diedra Silbert
509 County Rd. 23
157 Whispering Pines Dr.
Ridgway, CO 81432

BLM_0128774

| | |
|---|---|
| **From:** | Audrey Newcomb |
| **Sent:** | Monday, October 31, 2016 9:29 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Audrey Newcomb
10 Landing Road South
Rochester, NY 14610
Rochester, NY 14610

BLM_0128775

**From:** Gary Cox
**Sent:** Monday, October 31, 2016 8:43 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Gary Cox
2212 Summit Circle Dr.
Rochester, NY 14618

| | |
|---|---|
| **From:** | Betsy A Leonard |
| **Sent:** | Monday, October 31, 2016 8:35 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Betsy A Leonard
71 River View Place
Parachute, CO 81635

**From:** John Records
**Sent:** Monday, October 31, 2016 8:29 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

John Records
16446 Farmers Mine Road
Paonia, CO 81428

**From:**        TOM OKEN
**Sent:**        Monday, October 31, 2016 8:12 PM
**To:**          UFORMP@blm.gov
**Subject:**     Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

TOM OKEN
463 MEADOW RD
SNOWMASS VILLAGE, CO 81615

BLM_0128779

**From:**          Kaye Fissinger
**Sent:**          Monday, October 31, 2016 8:06 PM
**To:**            UFORMP@blm.gov
**Subject:**       Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Kaye Fissinger
2199 Creekside Drive
Longmont, CO 80504

| | |
|---|---|
| **From:** | Kaye Fissinger |
| **Sent:** | Monday, October 31, 2016 8:06 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Kaye Fissinger
2199 Creekside Drive
Longmont, CO 80504

**From:**          Joan Tubridy
**Sent:**          Monday, October 31, 2016 7:44 PM
**To:**            UFORMP@blm.gov
**Subject:**       Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

As a frequent visitor to Colorado to be with family, I am writing today to ask you to protect the precious water resources in western Colorado's Uncompahgre region. The Draft Uncompahgre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Joan Tubridy
996 Monroe Road
Delhi, NY 13753

| | |
|---|---|
| **From:** | Peter Hudiburg |
| **Sent:** | Monday, October 31, 2016 7:36 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompahgre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompahgre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Peter Hudiburg
P.O. Box 61
South Plymouth, NY 13844

BLM_0128783

| | |
|---|---|
| **From:** | Priscilla Rich |
| **Sent:** | Monday, October 31, 2016 6:54 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

PLEASE, protecting our natural world is one of the BEST purposes of our govt.  Please keep this beautiful area free.  I have traveled in CO with my family, and my daughter-in-law was born there, with family ties to the Gunnison area - one of her grandmothers owns property there that is enjoyed by extensive family.

MOTHER NATURE NEEDS PROTECTION.


Thank you.

Priscilla Rich
7 Leeds Ct East
Danville, CA 94526

| From: | Lauren Sherwood |
|---|---|
| Sent: | Monday, October 31, 2016 6:52 PM |
| To: | UFORMP@blm.gov |
| Subject: | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Lauren Sherwood
12 Sprague St
Naples, NY 14512

| | |
|---|---|
| **From:** | Lauren Sherwood |
| **Sent:** | Monday, October 31, 2016 6:42 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Lauren Sherwood
12 Sprague St
Naples, NY 14512

BLM_0128786

| | |
|---|---|
| **From:** | Gloria Betlem |
| **Sent:** | Monday, October 31, 2016 6:28 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Gloria Betlem
3490 W Cypress Dr
Dunnellon, FL 34433

BLM_0128787

| From: | cynthia carestio |
|---|---|
| Sent: | Monday, October 31, 2016 6:15 PM |
| To: | UFORMP@blm.gov |
| Subject: | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompahgre Field Office Manager,
It is no understatement to say that water is life. Unconventional resource extraction puts water at risk for contamination that can never be mitigated.
I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

cynthia carestio
84 north main
canandaigua, NY 14424

BLM_0128788

| | |
|---|---|
| **From:** | Gary Roberts |
| **Sent:** | Monday, October 31, 2016 6:11 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Gary Roberts
2314 County Rd. 23
Ridgway, CO 81432

| | |
|---|---|
| **From:** | Craig Buckbee |
| **Sent:** | Monday, October 31, 2016 6:08 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Craig Buckbee
174 Pickens Rd.
Burlington Flats, NY 13315

**From:**       Edythe Ann Quinn
**Sent:**       Monday, October 31, 2016 6:07 PM
**To:**         UFORMP@blm.gov
**Subject:**    Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

As a college professor teaching Environmental Studies in upstate New York, I am very concerned about all of our regions of this magnificent country,especially to protect natural resources such as our river and streams.  Thus, I am joining this effort to protect western Colorado's Uncompahgre region.

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Edythe Ann Quinn
903 County Hwy 3
Unadilla, NY 13849

| | |
|---|---|
| **From:** | Mary Shellman |
| **Sent:** | Monday, October 31, 2016 6:02 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Mary Shellman
2919 C R 516
Bayfield, CO 81122

**From:** Cecile Lawrence
**Sent:** Monday, October 31, 2016 5:57 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

I have been to Grand Junction, CO and outside in the Grand National Forest to go snow-shoeing and the the Colorado National Monument.

But as the train took me into Grand Junction, I also saw the flares from fracking.

Thank you.

Cecile Lawrence
Alpine Dr
Apalachin, NY 13732

| | |
|---|---|
| **From:** | Cecile Lawrence |
| **Sent:** | Monday, October 31, 2016 5:54 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.
8
And please watch https://www.youtube.com/watch?v=90CkXVF-QM
Before the Flood.

Thank you.

Cecile Lawrence
Alpine Dr
Apalachin, NY 13732

| | |
|---|---|
| **From:** | Suzy Winkler |
| **Sent:** | Monday, October 31, 2016 5:42 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

In the years to come, water will be our most valuable resource. I urge you to think head and act to protect the State of Colorado's interests and our country's health and economic future.

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompaghre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

• Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Suzy Winkler
174 Pickens Road
Burlington Flats, NY 13315

| | |
|---|---|
| **From:** | s peirce |
| **Sent:** | Monday, October 31, 2016 5:24 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

s peirce
143 eagle feather
lyons, CO 80540

**From:** Aron Ralston
**Sent:** Monday, October 31, 2016 4:56 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Aron Ralston
928 Mapleton Ave.
Boulder, CO 80304

BLM_0128797

**From:**          Suze Gingery
**Sent:**          Monday, October 31, 2016 4:55 PM
**To:**            UFORMP@blm.gov
**Subject:**       Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Suze Gingery
502 Sabeta Drive
502 Sabeta Dr.#C
Ridgway, CO 81432

**From:** Aaron Van sickle
**Sent:** Monday, October 31, 2016 4:31 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Aaron Van sickle
207 rendezvous tr
Hesperus, CO 81326

BLM_0128799

**From:** Holly Vissering
**Sent:** Monday, October 31, 2016 3:43 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Holly Vissering
2497 Interlochen Court
Grand Junction, CO 81505

BLM_0128800

| | |
|---|---|
| **From:** | John Wiener |
| **Sent:** | Monday, October 31, 2016 3:37 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

As a member of DARCA, the Ditch and Reservoir Company Alliance, and a researcher on small and medium scale agriculture in CO and the West, I am horrified by the rates of loss of farms and ranches.

Fortunately, more and more are diversifying their enterprises to include agri-tourism.

Just so, more and more cities are beginning to take their watersheds seriously.

Against this, making your actions even more important, are the impacts of climate change.  The need for "saving all the pieces" has never been greater.

We recently had a splendid day on the BLM at our law school, on "FLPMA Turns 40" and it was great welcome news to learn of the BLMs efforts in the national conservation lands system and new directions that take the long term seriously.

As a former resident of the area, and small business owner in Crested Butte, I felt the changes sharply between the old mining and the new amenity-based development.  We can always go back to mining, but we will have a heck of a time trying to restore the environment without keeping it as intact as possible.

PLEASE stay on the side of conservation and wild and scenic designations! The great challenges of conservation continuity are going to be dependent on keeping corridors and existing vegetation well-managed.  BUT there are two wrinkles:
(1) a great deal of riparian zone vegetation is reliant on return-flows from irrigation, which in many places re-times flows and makes the wildlife much better off; no matter what a purist might like, we started changing the hydrology when we took out the beaver and then predators... now we Must manage. And,
(2) Similarly, we must have access for fire prevention, as the conditions worsen with increasingly varied and extreme weather events.  The critical change that must be respected and is not well-enough considered is the increase in high-intensity precipitation.  Every square inch of ground cover will be needed, and that requires forest management that reduces the extreme intensity high-fuel fires.
So, keep the wild as wild, but manage the modified to prevent catastrophic fires and then flooding that further worsens water quality.
Designations with reservations may be needed.  What we do no need is more oil and gas to further trash the environment on all scales and glut the markets even more.  All the hogwashing by the climate deniers about energy independence is completely exposed by the desperate struggle for more pipelines to export ever more...

I agree with the Western Colorado Congress in general but felt compelled to add my comments on the economic importance of the combining of the agricultural base with recreational income sources, and the need to manage for irreversible changes already made in the hydrology -- after 130 years for many

BLM_0128801

ditches, irrigation is woven into the landscape now.  And fire... Sooner or later, the natural law is appreciated to be nonnegotiable.  Sooner is a lot easier!

Thanks for staying on the job in a time of witless government-bashing and senseless anger -- your persistence is appreciated!


I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Rock Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

John Wiener
2800 Kalmia Ave Apt B-203
Boulder, CO 80301

BLM_0128802

| | |
|---|---|
| **From:** | Denise Wright |
| **Sent:** | Monday, October 31, 2016 3:06 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Denise Wright
399 Sunnyside Ct. #D
Grand junction, CO 81504

**From:** Beth Cashdan
**Sent:** Monday, October 31, 2016 2:47 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Beth Cashdan
0082 Northway Dr.
Aspen, CO 81611

| From: | Emily Hornback |
|---|---|
| Sent: | Monday, October 31, 2016 2:33 PM |
| To: | UFORMP@blm.gov |
| Subject: | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Emily Hornback
134 N 6th St
Grand Junction, CO 81503

BLM_0128805

**From:**           Jennifer Isbill
**Sent:**           Monday, October 31, 2016 1:54 PM
**To:**              UFORMP@blm.gov
**Subject:**       Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Jennifer Isbill
2440 South Fillmore Street
Denver, CO 80210

| | |
|---|---|
| **From:** | William H. Chipley |
| **Sent:** | Monday, October 31, 2016 1:48 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

In particular, all sections of the lower Dolores river below McPhee Dam possess outstanding scenic and recreational values and, in addition, those sections above Bedrock, CO possess spectacular and unique Wild attributes. I feel the same about the San Miguel River that, with the possible exception of its course through Naturita, CO, it possesses tremendous scenic, recreational, historical and (some) wild attributes throughout its length.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you,
William H. Chipley
Ridgway, CO

William H. Chipley
P.O. Box 253
Ridgway, CO 81432

**From:** Timothy Delaney
**Sent:** Monday, October 31, 2016 1:42 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Timothy Delaney
62970 Peach Rd.
Montrose, CO 81403

**From:** Kathryn Christian
**Sent:** Monday, October 31, 2016 1:38 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Kathryn Christian
960 White Avenue
Grand Junction, CO 81501

| | |
|---|---|
| **From:** | George Brewster |
| **Sent:** | Monday, October 31, 2016 1:35 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

George Brewster
63652 Ranger Rd
Montrose, CO 81403

| | |
|---|---|
| **From:** | Diane Kenney |
| **Sent:** | Monday, October 31, 2016 1:20 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Diane Kenney
0172 N Bill Creek Rd
Carbondale, CO 81623

| | |
|---|---|
| **From:** | Peggy Tibbetts |
| **Sent:** | Monday, October 31, 2016 1:18 PM |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Fully protect all free flowing rivers and streams in the RMP |

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Peggy Tibbetts
439 Orchard Ave
Silt, CO 81652

BLM_0128812

**From:** Tim Patterson
**Sent:** Monday, October 31, 2016 1:17 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

•Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

• Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Tim Patterson
417 Kismet St
Ridgway, CO 81432

**From:** Lisa Thomason
**Sent:** Monday, October 31, 2016 1:16 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Lisa Thomason
334 Pinion Dr
Montrose, CO 81403

**From:** Dea Jacobson
**Sent:** Monday, October 31, 2016 1:01 PM
**To:** UFORMP@blm.gov
**Subject:** Fully protect all free flowing rivers and streams in the RMP

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Dea Jacobson
PO Box 353
Cedaredge, CO 81413

BLM_0128815

11/28/2016                    DEPARTMENT OF THE INTERIOR Mail - Fully protect all free flowing rivers and streams in the RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Fully protect all free flowing rivers and streams in the RMP
1 message

---

**Nancy Schneider** <nschneider@echangemgt.com>                    Mon, Oct 10, 2016 at 11:45 AM
Reply-To: nschneider@echangemgt.com
To: UFORMP@blm.gov

Dear

Dear Uncompaghre Field Office Manager,

I am writing today to ask you to protect our precious water resources in western Colorado's Uncompahgre region. The Draft Uncompaghre Field Office RMP has made a great first step in identifying and proposing to protect some of our most wild and free flowing rivers and streams left in the region. I strongly support the suitability finding for the 104.6 miles that have been identified in the agency's "preferred Alternative" and urge you to retain all in the final RMP.

However, the BLM studied 154 miles of streams and rivers and found them suitable in Alternative B. I ask you to include all of these segments in the final plan.

Specifically, I urge the BLM to:

• Retain strong protections for all river segments included in the BLM Uncompahgre Wild & Scenic eligibility report for their free-flowing condition and for all outstandingly remarkable values.

 •Fully protect all free flowing rivers and streams identified in our watersheds; the BLM should include the following segments found suitable in Alternative B in the preferred Alternative.

 • Add Roc Creek to the Uncompahgre Field Office eligibility report and recommend as suitable for Wild & Scenic protection.

• Provide rivers protection equal to or stronger than that provided in adjacent federal land planning areas to the North and South of these watersheds.

We live on Four Mile Creek in Garfield county and have visited the beautiful Uncompahgre area many times.  Enjoying the wonderful flowing waters in Colorado is one of the best things about living here.

I urge you to maximize conservation for our waterways in Uncompahgre Field Office Proposed RMP in order to ensure future generations can enjoy the wild and free flowing rivers of western Colorado.

Thank you.

Nancy Schneider
PO Box 1700
Glenwood Springs, CO 81602

BLM_0128816



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Fully protect all free flowing rivers and streams in the RMP
1 message

**Jon Esty** <jonesty4@gmail.com>                                        Tue, Oct 11, 2016 at 10:55 AM
Reply-To: jonesty4@gmail.com
To: UFORMP@blm.gov

Dear

Dear Ms. Sharrow,

I think the BLM has made a great first step in identifying and proposing to protect some of our most wild and free flowing
rivers and streams left in western Colorado; however,the BLM studied 154 miles of streams and rivers and found them
suitable in Alternative B. Please include all of these segments in the final plan.

Thank you.

Jon Esty
1137 Pleasant Pt. Dr.
Ridgway, CO 81432

BLM_0128817

| | |
|---|---|
| **From:** | Rocio Belen Guastavino |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, November 01, 2016 11:42:53 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Rocio Belen Guastavino
Aristobulo del valle y Azara
Ciudad Autonoma de Buenos Aires, AR+07 1295
AR

| | |
|---|---|
| **From:** | roland d"amour |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, November 01, 2016 11:04:19 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

roland d'amour
richmond rd
ottawa, ON k2h6t7
CA

| | |
|---|---|
| **From:** | Nichelle Jette |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, November 01, 2016 7:10:34 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Nichelle Jette
248 Painted Hills Rd
Bozeman, MT 59715
US

BLM_0128820

| | |
|---|---|
| **From:** | Tania Di Bari |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 31, 2016 6:23:31 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Tania Di Bari
Via Van Westerhout, 15
Nessuna, IT+13 70123
IT

| | |
|---|---|
| **From:** | Otmar Neuhoefer |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 31, 2016 5:37:04 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Otmar Neuhoefer
Goethestr. 45
Riegelsberg, DE+09 66292
DE

| From: | Christopher Porter |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 31, 2016 5:33:11 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Christopher Porter
24 Grange Avenue
Wallasey, ot Ch45 5Dr
GB

| | |
|---|---|
| **From:** | Eugenia Regan |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 31, 2016 4:38:55 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Eugenia Regan
3148 e ave h2
Lancaster, CA 93535
US

BLM_0128824

| | |
|---|---|
| **From:** | Richard Hieber |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 31, 2016 12:15:26 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Richard Hieber
Steinerstr. 3
Memmingen, ot 87700
DE

BLM_0128825

| | |
|---|---|
| **From:** | Dean Webb |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 31, 2016 10:30:22 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dean Webb
4522 36th Ave W
Seattle, WA 98199
US

| | |
|---|---|
| **From:** | Margaret Stochosky |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 30, 2016 10:47:22 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Margaret Stochosky
40839 Stewart Mesa Rd
Paonia, CO 84128
US

BLM_0128827

| | |
|---|---|
| **From:** | Thomas Bender |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 30, 2016 10:30:39 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Thomas Bender
720 Douglas MacArthur Rd NW
New Mexico, NM 87107
US

| From: | Elizabeth Crompton |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Sunday, October 30, 2016 8:49:53 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Elizabeth Crompton
5022 Foothills Rd apartment C
Lake Oswego, OR 97034
US

| | |
|---|---|
| **From:** | Karen Kettner |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 30, 2016 6:08:31 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Karen Kettner
14514 86th ne
Kenmore, WA 98028
US

| | |
|---|---|
| **From:** | William Crompton |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 30, 2016 3:52:27 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

William Crompton
40839 Stewart Mesa Rd.
Paonia, CO 81428
US

BLM_0128831

| | |
|---|---|
| **From:** | Janet Petermann |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 30, 2016 3:26:29 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Janet Petermann
1312W 40St
Austin, TX 78756
US

| | |
|---|---|
| **From:** | Chris B |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 30, 2016 12:37:15 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Chris B
70418 Forest Park
Rainier, OR 97048
US

| | |
|---|---|
| **From:** | Eileen Wunderlich |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 30, 2016 12:17:09 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Eileen Wunderlich
1017 Washington Ave
Houston, TX 77002
US

| | |
|---|---|
| **From:** | R. L. |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 30, 2016 9:51:04 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

R. L.
1317 Ezidore
Gramercy, LA 70052
US

BLM_0128835

| | |
|---|---|
| **From:** | Michael Thrift |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Saturday, October 29, 2016 10:02:23 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Michael Thrift
42709 Minnesota Creek Rd
Paonia, CO 81428
US

| | |
|---|---|
| **From:** | Jane Crick |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Friday, October 28, 2016 1:33:23 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jane Crick
15755 Fools Gold Lane
Colorado Springs, CO 80921
US

BLM_0128837

| | |
|---|---|
| **From:** | Alana Thrower |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Friday, October 28, 2016 10:38:10 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Alana Thrower
12635 Forest Green Dr
CO, CO 80106
US

| | |
|---|---|
| **From:** | Paul Keough |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Thursday, October 27, 2016 6:52:07 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Paul Keough
17515 SW Granada Dr
Beaverton, OR 97007
US

BLM_0128839

| | |
|---|---|
| **From:** | Kim Sellon |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Thursday, October 27, 2016 3:13:39 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kim Sellon
1253 Springfield Ave
New Providence, NJ 07974
US

| | |
|---|---|
| **From:** | Lynette Tudorache |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Thursday, October 27, 2016 3:03:26 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lynette Tudorache
115 Morris St., Apt. 1432
Jersey City, NJ 07302
US

| | |
|---|---|
| **From:** | David Land |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Thursday, October 27, 2016 1:31:31 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

David Land
1612 N Owl Rd
AZ, AZ 86004
US

| | |
|---|---|
| **From:** | Ruth Remple |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Thursday, October 27, 2016 10:14:02 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Ruth Remple
2954 Spinnaker Place
CO, CO 80503
US

BLM_0128843

| From: | Otto Salm |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Thursday, October 27, 2016 10:05:47 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Otto Salm
3121 Darryl Dr.
Foristell, MO 63348
US

| | |
|---|---|
| **From:** | Frederica Acora |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Wednesday, October 26, 2016 4:08:39 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Frederica Acora
1605 Upland Ave.
Colorado, CO 80304
US

| | |
|---|---|
| **From:** | Teresa Foster |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Wednesday, October 26, 2016 2:57:52 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Teresa Foster
1440 Baker St.
CO, CO 80501
US

| | |
|---|---|
| **From:** | Dylan Flather |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Wednesday, October 26, 2016 1:46:45 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dylan Flather
37 W Neapolitan Lane
Long Beach, CA 90803
US

| | |
|---|---|
| **From:** | Evan Ravitz |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Wednesday, October 26, 2016 1:28:36 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Evan Ravitz
4496 Ashfield Dr.
CO, CO 80301
US

| | |
|---|---|
| **From:** | Catherine Alsafi |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Wednesday, October 26, 2016 1:23:02 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Catherine Alsafi
6356 S Ironton Ct
CO, CO 80111
US

| | |
|---|---|
| **From:** | Sharon brink |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Wednesday, October 26, 2016 10:42:15 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sharon brink
11360 hickory drive
BC, BC V8L 5J9
CA

| | |
|---|---|
| **From:** | Ramona Ivanovic |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Wednesday, October 26, 2016 12:10:46 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Ramona Ivanovic
14902-92A Avenue
Surrey, BC V3R 7A5
CA

| | |
|---|---|
| **From:** | Amy Cervene |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, October 25, 2016 10:00:22 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Amy Cervene
365 W Burgundy St #522
Highlands Ranch, CO 80129
US

| | |
|---|---|
| **From:** | Romeo Tango |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, October 25, 2016 6:29:30 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Romeo Tango
Blake Street
Indianapolis, IN 46204
US

| | |
|---|---|
| **From:** | Eileen Wunderlich |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, October 25, 2016 1:50:25 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Eileen Wunderlich
1017 Washington Ave
Houston, TX 77002
US

| | |
|---|---|
| **From:** | Janet Petermann |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, October 25, 2016 12:59:14 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Janet Petermann
1312W 40St
Austin, TX 78756
US

| | |
|---|---|
| **From:** | joyce olson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, October 25, 2016 10:10:52 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

joyce olson
2068 snow mesa lane
grand junction, CO 81507
US

| From: | Sarah McCarthy |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Tuesday, October 25, 2016 9:48:49 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sarah McCarthy
546 Main St #404
CO, CO 81501
US

BLM_0128857

| | |
|---|---|
| **From:** | John Dierig |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, October 25, 2016 9:43:35 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

John Dierig
610 Carrington Place #207
OH, OH 45140
US

BLM_0128858

| From: | Jessica Rohrig-Thrift |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Tuesday, October 25, 2016 7:51:07 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jessica Rohrig-Thrift
42709 Minnesota Creek Road
Colorado, CO 81428
US

| | |
|---|---|
| **From:** | Dean Webb |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 9:38:50 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dean Webb
4522 36th Ave W
Seattle, WA 98199
US

| | |
|---|---|
| **From:** | Jerri Jarvis |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 8:15:27 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jerri Jarvis
709 Sterner St.
Confluence, PA 15424
US

| | |
|---|---|
| **From:** | Tanya Piker |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 6:17:01 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Tanya Piker
1209 Smithland Ave
CO, CO 81050
US

| | |
|---|---|
| **From:** | Joyce Wood |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 5:50:41 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Joyce Wood
179 LakeView Dr.
Bayfield, Select a state 81122
US

BLM_0128863

| | |
|---|---|
| **From:** | Richard Spotts |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 5:01:27 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Richard Spotts
255 N 2790 E
Saint George, UT 84790
US

| | |
|---|---|
| **From:** | Kim Sellon |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 1:52:35 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kim Sellon
1253 Springfield Ave
New Providence, NJ 07974
US

BLM_0128865

| From: | Glen Venezio |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 24, 2016 1:08:49 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Glen Venezio
176 Calle San Jorge Apt 2A
San Juan, PR 00911
US

BLM_0128866

| | |
|---|---|
| **From:** | Susan Allen |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 12:42:32 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Susan Allen
6824 Gloucester Rd
NC, NC 27612
US

| | |
|---|---|
| **From:** | Grazia Gambalunga |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 12:16:39 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Grazia Gambalunga
Avenue du Campon
Le Cannet, ot 06110
US

| From: | Grazia Gambalunga |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 24, 2016 12:16:32 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Grazia Gambalunga
Avenue du Campon
Le Cannet, ot 06110
US

| | |
|---|---|
| **From:** | Paul Keough |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 11:57:17 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Paul Keough
17515 SW Granada Dr
Beaverton, OR 97007
US

BLM_0128870

| | |
|---|---|
| **From:** | shirley swan |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 11:08:43 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

shirley swan
84 station road
birmingham, GB+43 b14 7sr
GB

| | |
|---|---|
| **From:** | Barbara Brooks |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 11:04:32 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Barbara Brooks
286 South Maple Ave
NJ, NJ 07920
US

| | |
|---|---|
| **From:** | Cynthia Johanson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 10:21:20 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Cynthia Johanson
pob 212
California, CA 95422
US

BLM_0128873

| | |
|---|---|
| **From:** | Elise August Allen |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 24, 2016 7:40:36 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Elise August Allen
670 Boston Post Road Unit 9
Milford, CT 06460
US

BLM_0128874

| | |
|---|---|
| **From:** | Aspen Brooks |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 23, 2016 7:46:27 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Aspen Brooks
4802 E Kentucky Ave, Unit D
Glendale, CO 80246
US

| | |
|---|---|
| **From:** | Kimberly Wiley |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 23, 2016 7:38:46 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kimberly Wiley
72 Chimney Hill Rd, Address 2
NY, NY 14612
US

| | |
|---|---|
| **From:** | Christy De Voy |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 23, 2016 4:05:02 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Christy De Voy
800 Pennsylvania St, Apt 510
COLORADO, CO 80203
US

| | |
|---|---|
| **From:** | Joseph Hayes |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 23, 2016 3:43:09 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Joseph Hayes
185 Rainbow Dr
Grand Junction, CO 81503
US

| | |
|---|---|
| **From:** | Lindsay Harissis |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 23, 2016 3:35:51 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lindsay Harissis
54 Ayer street
Rochester, NY 14615
US

BLM_0128879

| | |
|---|---|
| **From:** | Liliana Silvano |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 23, 2016 1:00:14 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Liliana Silvano
605 Beth ct
Grand Junction, CO 81504
US

| | |
|---|---|
| **From:** | Diane Beatty |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Sunday, October 23, 2016 10:43:22 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Diane Beatty
390 Landing St.
NJ, NJ 08048
US

| | |
|---|---|
| **From:** | Richard Weil |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Saturday, October 22, 2016 11:03:27 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Richard Weil
11631 Decatur St. Apt.K202
Westminster, CO 80234
US

BLM_0128882

| From: | r dean james |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Saturday, October 22, 2016 10:48:27 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

r dean james
6 belair dr
conway, AR 72034
US

BLM_0128883

| From: | Nanina Baldwin |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Saturday, October 22, 2016 8:43:06 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Nanina Baldwin
15094 East Bails Place
CO, CO 80012
US

| | |
|---|---|
| **From:** | Tina Chromey |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Saturday, October 22, 2016 8:20:17 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Tina Chromey
20 bullock rd
Landenberg, PA 19350
US

| | |
|---|---|
| **From:** | Amy F. |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Saturday, October 22, 2016 5:10:38 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Amy F.
2984 S. Akron St.
CO, CO 80231
US

| | |
|---|---|
| **From:** | Jennifer Parramore |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Saturday, October 22, 2016 12:41:40 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jennifer Parramore
2652 Rosecrans St
CA, CA 92106
US

| From: | melek korel |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Saturday, October 22, 2016 10:08:10 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

melek korel
istanbul
istanbul, ot 99999
TR

| | |
|---|---|
| **From:** | K. James |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Saturday, October 22, 2016 9:16:20 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

K. James
8359 Elk Grove Florin Rd.
Sacramento, CA 95829
US

BLM_0128889