| | |
|---|---|
| **From:** | Dr. Blu Wagner |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 8:40:08 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dr.  Blu Wagner
POB 280003
Lakewood, CO 80228
US

BLM_0129007

| | |
|---|---|
| **From:** | Geralyn Farwell |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 8:37:43 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Geralyn Farwell
5135 Hopner Court
Colorado, CO 80919
US

BLM_0129008

| | |
|---|---|
| **From:** | Charlotte Alexandre |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 8:30:13 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Charlotte Alexandre
10345 Adams Place
Thornton, CO 80229
US

| From: | Paige McGlaughlin |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 8:23:26 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Paige McGlaughlin
438 Osceola St.
CO, CO 80204
US

BLM_0129010

| | |
|---|---|
| **From:** | Carol Brown |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 8:15:15 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Carol Brown
1411 White Ave
Grand Junction, CO 81501
US

| | |
|---|---|
| **From:** | ann schnaidt |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 8:11:10 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

ann schnaidt
618 east plum
ft collins, CO 80524
US

| | |
|---|---|
| **From:** | Kathryn Rose |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 8:08:23 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kathryn Rose
2749 Lafayette St.
CO, CO 80205
US

BLM_0129013

| From: | Susan Burns |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 8:03:54 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Susan Burns
3630 w pikes peak ave
Colorado Springs, CO 80904
US

BLM_0129014

| | |
|---|---|
| **From:** | Cyndi Fritzler |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 8:03:20 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Cyndi Fritzler
1512 s Owens st
Lakewood, CO 80232
US

| | |
|---|---|
| **From:** | Susan Burns |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 8:02:57 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Susan Burns
3630 w pikes peak ave
Colorado Springs, CO 80904
US

BLM_0129016

| | |
|---|---|
| **From:** | Betina Mattesen |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 8:01:30 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Betina Mattesen
3982 Ridge Road
CO, CO 80466
US

| | |
|---|---|
| **From:** | Pamela Hahler |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 7:41:00 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Pamela Hahler
5090 west 6th ave
Colorado, CO 80204
US

| | |
|---|---|
| **From:** | shana boutte" |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 7:30:53 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

shana boutte'
4125 aurora ave
boulder, CO 80303
US

| | |
|---|---|
| **From:** | Brett Ochs |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 7:29:57 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Brett Ochs
5900 Gunbarrel Avenue, Unit E
Boulder, CO 80301
US

| | |
|---|---|
| **From:** | Lisa Mikolich |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 7:22:44 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lisa Mikolich
3162 King St
Vineland, ON L0R 2C0
CA

| | |
|---|---|
| **From:** | Kathleen Young |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 7:19:00 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kathleen Young
2395 School House Drive
Milliken, CO 80543
US

BLM_0129022

| | |
|---|---|
| **From:** | Sandra Knauf |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 6:34:32 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue. I trust you will do the right thing by the American people and our planet!

Sincerely,

Sandra Knauf

Sandra Knauf
1823 W. Pikes Peak Ave.
Colorado, CO 80904
US

| | |
|---|---|
| **From:** | Fred Molina |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 6:20:45 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Fred Molina
2950 mountain lion dr.
CO, CO 80537
US

| | |
|---|---|
| **From:** | carlos zarur |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 6:17:31 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

carlos zarur
1063 artemis circle
lafayette, CO 80026
US

BLM_0129025

| | |
|---|---|
| **From:** | Barbara Morrissey |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 6:16:59 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Barbara Morrissey
6854 W Roxbury Pl
Colorado, CO 80128
US

BLM_0129026

| | |
|---|---|
| **From:** | Richard Spotts |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 6:16:03 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Richard Spotts
255 N 2790 E
Saint George, UT 84790
US

| | |
|---|---|
| **From:** | Devyn Arbogast |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 6:15:52 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Devyn Arbogast
5110 Williams Fork Trail #212
Boulder, CO 80301
US

| | |
|---|---|
| **From:** | Perry Nelson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 6:09:57 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Perry Nelson
PO Box 19261, 4341 Valverde Way
Colorado City, CO 81019
US

BLM_0129029

| From: | Tasha Moore |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 6:09:21 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Tasha Moore
3518 York St
Denver, CO 80205
US

BLM_0129030

| | |
|---|---|
| **From:** | Lee Stark |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 6:03:11 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lee Stark
1811 s salida cir
Aurora, CO 80017
US

BLM_0129031

| | |
|---|---|
| **From:** | Jill Hoehlein |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 6:00:39 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jill Hoehlein
602 Powderhorn Trail
Hesperus, CO 81326
US

| | |
|---|---|
| **From:** | Antonella Marinelli |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:54:07 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Antonella Marinelli
Via Dei Mille, 16
Nessuna, IT+13 70010
IT

| | |
|---|---|
| **From:** | Tekla Inglese |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:53:50 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Tekla Inglese
1086 County Road 65
Evergreen, CO 80439
US

| | |
|---|---|
| **From:** | Pam Sheeler |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:48:54 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Pam Sheeler
1868 Muddy Creek Circle
Colorado, CO 80538
US

| | |
|---|---|
| **From:** | Ann Nowicki |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:43:55 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Ann Nowicki
1453 N Dailey Dr
Pueblo West, CO 81007
US

BLM_0129036

| | |
|---|---|
| **From:** | Kristin Sullivan |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:31:34 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kristin Sullivan
2211 W. Mulberry #37
Colorado, CO 80521
US

| | |
|---|---|
| **From:** | Mary Hills |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:23:30 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Mary Hills
1941 Larkspur Dr
Fort Collins, CO 80521
US

BLM_0129038

| | |
|---|---|
| **From:** | Bobbie Knight |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:21:23 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Bobbie Knight
5152 Tucson Way
Denver, CO 80239
US

BLM_0129039

| | |
|---|---|
| **From:** | Terri Stewart |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:20:44 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Terri Stewart
PO Box 27581
CO, CO 80227
US

| | |
|---|---|
| **From:** | Sherrill Futrell |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:20:39 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sherrill Futrell
151 Inner cir
Davis, CA 95618
US

| | |
|---|---|
| **From:** | Donna Winslow-Arnove |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:19:35 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Donna Winslow-Arnove
PO Box 6242, Must use PO box there is NO
CO, CO 80424
US

BLM_0129042

| From: | Betty Miller |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 5:19:29 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Betty Miller
748 Starling Lane
Elizabeth, CO 80107
US

| | |
|---|---|
| **From:** | Cynthia Guenther |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:16:14 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Cynthia Guenther
158 Range View Dr
Bailey, CO 80421
US

BLM_0129044

| | |
|---|---|
| **From:** | Dawn Hendry |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:12:13 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dawn Hendry
12 Mtn. High Ct.
Littleton, CO 80127
US

| | |
|---|---|
| **From:** | Linda Chase |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:06:20 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Linda Chase
1640 Bellaire
Denver, CO 80220
US

| | |
|---|---|
| **From:** | Joan Glasser |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 5:05:51 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Joan Glasser
4061 Eleuthera Court
CO, CO 80301
US

BLM_0129047

| | |
|---|---|
| **From:** | Kelsey Reinhard |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:56:05 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kelsey Reinhard
29540 east 160th ct
Brighton, CO 80603
US

| | |
|---|---|
| **From:** | Terry Creech Brunt |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:55:36 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Terry Creech Brunt
14473 S Elk Creek Rd
Pine, CO 80470
US

| | |
|---|---|
| **From:** | ellinor glorioso |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:40:43 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

ellinor glorioso
1420 logan st.
denver, CO 80203
US

| | |
|---|---|
| **From:** | Janet Rutigliano |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:40:15 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Janet Rutigliano
PO Box 1181
Basalt, CO 81621
US

| | |
|---|---|
| **From:** | Martha W D Bushnell |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:40:14 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Martha W D Bushnell
1331 Hecla Dr. #230
Louisville, CO 80027
US

| | |
|---|---|
| **From:** | Eric Rechel |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:31:00 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Eric Rechel
2890 Seely
CO, CO 81503
US

BLM_0129053

| | |
|---|---|
| **From:** | Lisha Doucet |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:29:37 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lisha Doucet
8525 Citation Dr
Wellington, CO 80549
US

| | |
|---|---|
| **From:** | John Cornely |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:28:36 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

John Cornely
3 Cliffrose
CO, CO 80127
US

| | |
|---|---|
| **From:** | Joachim Rochus Jogerst |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:23:20 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Joachim Rochus Jogerst
P.O. Box 7506
Boulder, CO 80306
US

| | |
|---|---|
| **From:** | Ray Bernhardt |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:18:58 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Ray Bernhardt
PO Box 247
Divide, CO 80814
US

| | |
|---|---|
| **From:** | Paul Echternacht |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:03:29 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Paul Echternacht
7306 Harold St
Fort Lupton, CO 80621
US

BLM_0129058

| | |
|---|---|
| **From:** | Rob Carter |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:01:40 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Rob Carter
2855 whitetail
Lafayette, CO 80026
US

| | |
|---|---|
| **From:** | Sharon Hale |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 4:00:39 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sharon Hale
1361 Lily Lake Drive
CO, CO 80921
US

BLM_0129060

| | |
|---|---|
| **From:** | Holly Petitt |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:58:13 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Holly Petitt
235 Hopkins Court
Loveland, CO 80537
US

| | |
|---|---|
| **From:** | Catherine Winters |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:57:32 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Catherine Winters
7160 Nimbus Road
Longmont, CO 80503
US

| From: | Stephanie Gibert |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 3:51:56 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Stephanie Gibert
17157 Panorama Ct
Montrose, CO 81403
US

BLM_0129063

| | |
|---|---|
| **From:** | Sheryl Ferguson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:50:42 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sheryl Ferguson
2541 Camellia Street
Pueblo, CO 81005
US

| | |
|---|---|
| **From:** | Georgia Mattingly |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:44:11 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Georgia Mattingly
412 Verdant Circle
Longmont, CO 80504
US

BLM_0129065

| | |
|---|---|
| **From:** | Elizabeth Cliff |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:42:26 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Elizabeth Cliff
11072 Yellowstone
Colorado, CO 80504
US

| From: | Julija Merljak |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 3:39:57 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Julija Merljak
18 Rooibekkie St.
Fairplay, CO 80440
US

BLM_0129067

| | |
|---|---|
| **From:** | Dawn Laughlin |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:36:07 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dawn Laughlin
1527 Chestnut, #19
CO, CO 81212
US

BLM_0129068

| | |
|---|---|
| **From:** | Elizabeth Cliff |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:33:16 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Elizabeth Cliff
11072 Yellowstone
Colorado, CO 80504
US

BLM_0129069

| | |
|---|---|
| **From:** | sylvia mccune |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:32:38 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

sylvia mccune
5427 ferryboat ct
CO, CO 80537
US

| | |
|---|---|
| **From:** | evelyn goodrich |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:32:01 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

evelyn goodrich
10705 e whispering pines dr
parker, CO 80138
US

| | |
|---|---|
| **From:** | Scott Norris |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:29:50 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Scott Norris
359 Mulberry Circle
Colorado, CO 80020
US

| | |
|---|---|
| **From:** | Betty Day |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:19:48 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Betty Day
224 W Rainbow Blvd
Salida, CO 81201
US

BLM_0129073

| | |
|---|---|
| **From:** | Carolyn Beck |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:19:22 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Carolyn Beck
12205 Perry St. #70
Broomfield, CO 80020
US

BLM_0129074

| | |
|---|---|
| **From:** | Ellene Duffy |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:14:44 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Ellene Duffy
386 Canyon Point Cir
Golden, CO 80403
US

| | |
|---|---|
| **From:** | Lauren Lichtman |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 3:11:01 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lauren Lichtman
3419 Irwin Ave Apt 2102
Bronx, NY 10463
US

| | |
|---|---|
| **From:** | Susan Cornwell |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:54:50 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Susan Cornwell
442 E 7 St  Apt 2
Durango, CO 81301
US

| | |
|---|---|
| **From:** | Kels3y Reinhard |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:50:45 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kels3y Reinhard
29640 east 160th ct
Co, CO 80603
US

| | |
|---|---|
| **From:** | Diana Keyser |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:50:11 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Diana Keyser
216 west sopris creek rd
Basalt, CO 81621
US

| | |
|---|---|
| **From:** | Glen Venezio |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:48:32 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Glen Venezio
176 Calle San Jorge Apt 2A
San Juan, PR 00911
US

| | |
|---|---|
| **From:** | Janeene Porcher |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:44:24 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Janeene Porcher
13568 W 23rd Pl
Golden, CO 80401
US

| | |
|---|---|
| **From:** | Mel Schockner |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:41:01 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Mel Schockner
1145 N. Harrison Ave.
Loveland, CO 80537
US

| From: | sam asseff |
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 2:35:38 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

sam asseff
6932 noble st
colo spgs, CO 80915
US

**From:** Larry Forrest
**To:** uformp@blm.gov
**Subject:** Uncompahgre Plan Must Phase Out Climate Pollution
**Date:** Monday, October 17, 2016 2:26:37 PM

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Larry Forrest
2965 S Devinney Ct
CO, CO 80228
US

| | |
|---|---|
| **From:** | Joan Paskewitz |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:22:44 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Joan Paskewitz
345 Cree Ct
Lyons, CO 80540
US

| | |
|---|---|
| **From:** | Dan Tobin |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:19:02 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dan Tobin
279 Fantango Rd.
Durango, CO 81301
US

| | |
|---|---|
| **From:** | Kay Lowe |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:18:08 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kay Lowe
3820 E 117th Avenue
Thornton, CO 80233
US

| | |
|---|---|
| **From:** | Ashley Buff |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:14:54 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Ashley Buff
3820 W. 112th Ave. Apt. 204
Westminster, CO 80031
US

| | |
|---|---|
| **From:** | James Thrailkill |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:14:29 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

James Thrailkill
426 Martin St
Longmont, CO 80501
US

| | |
|---|---|
| **From:** | pat Martin |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:08:18 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

pat Martin
1034 W Oak St
Fort Collins, CO 80521
US

| | |
|---|---|
| **From:** | Jane Shafroth |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:05:44 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jane Shafroth
P O Box 1721
Frisco, CO 80443
US

| | |
|---|---|
| **From:** | Carol Royer |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:05:35 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Carol Royer
7354 Poncho Circle
Larkspur, CO 80118
US

| | |
|---|---|
| **From:** | Marta Wilcox |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:05:24 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Marta Wilcox
907 E Colorado Ave, 204
CO, CO 80903
US

| | |
|---|---|
| **From:** | shawndra Hayes-Budgen |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:03:54 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

shawndra Hayes-Budgen
8429 Everett Way
Arvada, CO 80005
US

| | |
|---|---|
| **From:** | Diana Disney-Coker |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:01:45 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Diana Disney-Coker
2595 Crooked Creek Rd
NC, NC 28754
US

| | |
|---|---|
| **From:** | Stuart Weiss |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 2:01:11 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Stuart Weiss
1010 Emerson 103
Denver, CO 80218
US

BLM_0129096

| | |
|---|---|
| **From:** | Chris Moore |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:57:39 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Chris Moore
2126 S Josephine St
Colorado, CO 80210
US

| | |
|---|---|
| **From:** | Andi Shotwell |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:53:46 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Andi Shotwell
3575 Pierce
Wheat ridge, CO 80033
US

BLM_0129098

| | |
|---|---|
| **From:** | Diane Kenney |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:53:12 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Diane Kenney
0172 N Bill Creek Rd
Carbondale, CO 81623
US

BLM_0129099

| | |
|---|---|
| **From:** | Paula Rust |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:49:46 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Paula Rust
561 Fernbank Dr
Shepherdstown, WV 25443
US

| | |
|---|---|
| **From:** | Linda Curtin |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:49:26 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Linda Curtin
22357 Uintah Rd.
CO, CO 81413
US

BLM_0129101

| | |
|---|---|
| **From:** | Sara Coulter |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:40:30 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sara Coulter
142 Canyon Drive
Ridgway, CO 81432
US

| | |
|---|---|
| **From:** | Elisabeth Bechmann |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:39:06 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Elisabeth Bechmann
Neugebäudeplatz
St. Poelten, ot 03100
AT

| | |
|---|---|
| **From:** | Rebecca Kindred |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:37:07 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Rebecca Kindred
125 San Juan Ln
Ridgway, CO 81432
US

| | |
|---|---|
| **From:** | Norman Traum |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:36:13 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Norman Traum
4500 19th St #576
Boulder, CO 80304
US

BLM_0129105

| | |
|---|---|
| **From:** | Bjoern Mannsfeld |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:34:30 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Bjoern Mannsfeld
2044 Gaylord St
CO, CO 80205
US

| | |
|---|---|
| **From:** | Kathryn Christian |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:32:06 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kathryn Christian
960 White Avenue
Grand Junction, CO 81501
US

| | |
|---|---|
| **From:** | Danielle Piscatelli |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:16:55 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Danielle Piscatelli
42 Pearl Street #102
Denver, CO 80203
US

| | |
|---|---|
| **From:** | Dee Wilson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:16:24 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dee Wilson
2117 Hackberry Circle
Longmont, CO 80501
US

| | |
|---|---|
| **From:** | annamarie Jones |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:13:24 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

annamarie Jones
General Delivery
Alturas, CA 96101
US

| | |
|---|---|
| **From:** | Damon Copeland |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:12:00 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Damon Copeland
4005 Hardin Creek Rd
Clifton, TN 38425
US

| | |
|---|---|
| **From:** | Gaetano Rizzi |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:06:02 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Gaetano Rizzi
1343 Valentia St
Denver, CO 80220
US

| | |
|---|---|
| **From:** | Jennifer Stewart |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:05:04 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jennifer Stewart
1107 Pine Glade Road
CO, CO 80466
US

| | |
|---|---|
| **From:** | Sharon Balzano |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:03:30 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sharon Balzano
3405 Pierce St
Colorado, CO 80033
US

| | |
|---|---|
| **From:** | Stephanie Llinas |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:03:05 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Stephanie Llinas
1343 Valentia St
Denver, CO 80220
US

| | |
|---|---|
| **From:** | Mark Trumbull |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 1:02:52 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Mark Trumbull
P.O. Box 7010
Boulder, CO 80306
US

| | |
|---|---|
| **From:** | Nanette Morelli |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:56:59 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Nanette Morelli
1437 Jesse Lane
Golden, CO 80403
US

| | |
|---|---|
| **From:** | RedLion York |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:53:33 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

RedLion York
2001 Creekwood Drive
Fort Collins, CO 80525
US

| | |
|---|---|
| **From:** | Chris Gordon |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:52:25 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Chris Gordon
36 Meadowside Park
CO, CO 80001
US

| | |
|---|---|
| **From:** | Raymond Schamel |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:50:21 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Raymond Schamel
11874 County Road 120
Hesperus, CO 81326
US

BLM_0129120

| | |
|---|---|
| **From:** | Erin Hogan-Freemole |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:47:24 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Erin Hogan-Freemole
15 Florence Avenue
Medford, OR 97504
US

| | |
|---|---|
| **From:** | Kate Holland |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:43:08 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kate Holland
11165 E Aameda Ave
Colorado, CO 80012
US

| | |
|---|---|
| **From:** | Dawn Kimble |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:42:26 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dawn Kimble
3980 st. Petersburg st.
Boulder, CO 80301
US