| | |
|---|---|
| **From:** | Leslie schriener |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:41:31 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Leslie schriener
110 w. simpson
lafayette, CO 80026
US

| | |
|---|---|
| **From:** | Virginia Baksa |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:39:28 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Virginia Baksa
382 South Carr Ave
Lafayette, CO 80026
US

BLM_0129125

| | |
|---|---|
| **From:** | Timothy Post |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:28:51 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Timothy Post
P. O. Box 691
Gunnison, CO 81230
US

| From: | Janette MacDonald |
|-------|-------------------|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 12:25:28 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Janette MacDonald
2086 Grape Street
Denver, CO 80207
US

BLM_0129127

| | |
|---|---|
| **From:** | Catherine Schramm |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:23:29 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Catherine Schramm
2565 Dover Ct
Lakewood, CO 80215
US

| | |
|---|---|
| **From:** | Marcus Straub |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:19:54 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Marcus Straub
444 Athens Way
Grand Junction, CO 81507
US

| | |
|---|---|
| **From:** | Sue Orloff |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:17:20 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sue Orloff
340 Coleman Dr
San Rafael, CA 94901
US

BLM_0129130

| From: | Deb Phenicie |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 12:17:17 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Deb Phenicie
21633 N. Turkey Creek Rd.
Morrison, CO 80465
US

| | |
|---|---|
| **From:** | Gregg Griffenhagen |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:15:17 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Gregg Griffenhagen
Central Ave
Severance, CO 80546
US

BLM_0129132

| | |
|---|---|
| **From:** | David Schroeder |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:15:06 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

David Schroeder
468 Silverhorn Dr
New Castle, CO 81647
US

| From: | Virginia Lee |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 12:15:04 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Virginia Lee
5420 Diamond Dr.
Colorado Springs, CO 80918
US

| | |
|---|---|
| **From:** | Kelli Gilbert |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:12:45 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kelli Gilbert
10793 Fox Trot Lane
Conifer, CO 80433
US

| | |
|---|---|
| **From:** | Kim Sellon |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:09:37 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kim Sellon
1253 Springfield Ave
New Providence, NJ 07974
US

| | |
|---|---|
| **From:** | Kaye Fissinger |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:09:33 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kaye Fissinger
2199 Creekside Drive
Longmont, CO 80504
US

BLM_0129137

| | |
|---|---|
| **From:** | Jenna Harris |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:04:50 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jenna Harris
3039 Royale Elk Way
Evergreen, CO 80439
US

BLM_0129138

| | |
|---|---|
| **From:** | Antonio García-Palao Redondo |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:04:00 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Antonio Garcia-Palao Redondo
General Diaz Porlier 11
Madrid, ot 28001
ES

| | |
|---|---|
| **From:** | Christopher Porter |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:03:37 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Christopher Porter
24 Grange Avenue
Wallasey, ot Ch45 5Dr
GB

BLM_0129140

| | |
|---|---|
| **From:** | Marcia Rowland |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:03:15 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Marcia Rowland
P.O. Box 282
Coaldale, CO 81222
US

| | |
|---|---|
| **From:** | Lorren James |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:02:35 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lorren James
26591 E Arbor Drive
CO, CO 80016
US

| | |
|---|---|
| **From:** | James McVey |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:07:46 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

James McVey
1098 Eldorado Ave.
Nederland, CO 80466
US

BLM_0129143

| | |
|---|---|
| **From:** | Lee Verner |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 12:01:17 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lee Verner
114 Enchanted Forest Drive
Bayfield, CO 81122
US

| | |
|---|---|
| **From:** | Paul Keough |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:59:33 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Paul Keough
17515 SW Granada Dr
OR, OR 97007
US

BLM_0129145

| | |
|---|---|
| **From:** | Sherry Quinn |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:59:12 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sherry Quinn
2317 Langholm Dr
CO, CO 80920
US

| From: | Brenda Sanders |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 11:57:49 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Brenda Sanders
610 S. Clinton #2D
Denver, CO 80247
US

| | |
|---|---|
| **From:** | Lise Mansfield |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:56:56 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lise Mansfield
15077 Karcher Rd
Caldwell, ID 83607
US

| | |
|---|---|
| **From:** | amy fisher |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:56:25 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

amy fisher
227 highland hill drive
durango, CO 81301
US

BLM_0129149

| | |
|---|---|
| **From:** | David Gurarie |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:54:32 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

David Gurarie
2724 Northbrook, Boulder
Colorado, CO 80304
US

BLM_0129150

| | |
|---|---|
| **From:** | Kym Waugh |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:53:10 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kym Waugh
521 Logan St
Denver, CO 80203
US

| | |
|---|---|
| **From:** | Amanda McNeill |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:52:36 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Amanda McNeill
312 East Montezuma Avenue
Cortez, CO 81321
US

| | |
|---|---|
| **From:** | Jorge Andromidas |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:52:26 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jorge Andromidas
780 Dexter St.
CO, CO 80220
US

| | |
|---|---|
| **From:** | Shawnacey Meares |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:52:09 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Shawnacey Meares
2702 N Prospect ST.
Colorado Springs, CO 80907
US

BLM_0129154

| | |
|---|---|
| **From:** | Peter Raich |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:51:52 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Peter Raich
94 High Meadow Drive
Dillon, CO 80435
US

| | |
|---|---|
| **From:** | carol krismann |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:46:20 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

carol krismann
1912 north shore dr
longmont, CO 80503
US

BLM_0129156

| | |
|---|---|
| **From:** | Trevor Roche |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:45:09 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Trevor Roche
6746 South Columbine Rd
Evergreen, CO 80439
US

| | |
|---|---|
| **From:** | Perry Gx |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:44:41 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Perry Gx
14312 Franklin Avenue
CA, CA 92780
US

| | |
|---|---|
| **From:** | Allen Perry |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:44:21 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Allen Perry
1800 Oak Grove Ciecle
Westcliffe, CO 81252
US

| | |
|---|---|
| **From:** | Janice Lancaster |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:41:02 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Janice Lancaster
1685 Ulster Street
Denver, CO 80220
US

BLM_0129160

| | |
|---|---|
| **From:** | Rachel Weinzimmer |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:38:36 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Rachel Weinzimmer
10689 Sunnyside Circle
Colorado, CO 81201
US

| | |
|---|---|
| **From:** | Valentina Andreja |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:37:53 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Valentina Andreja
1439 McKinley Place
Louisville, CO 80027
US

BLM_0129162

| | |
|---|---|
| **From:** | Kim Sweitzer |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:35:17 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kim Sweitzer
566 Tomichi Trail
Gunnison, CO 81230
US

| | |
|---|---|
| **From:** | Kalliope M. |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:34:15 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kalliope M.
von-Guericke-Allee
Bonn, ot 53125
DE

| | |
|---|---|
| **From:** | Mark Enser |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:34:02 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Mark Enser
650 S Yarrow St
Lakewood, CO 80226
US

| | |
|---|---|
| **From:** | Thomas Wilson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:32:13 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Thomas Wilson
113 Via San Miguel
Colorado [CO], CO 80829
US

BLM_0129166

| | |
|---|---|
| **From:** | Fay Benson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:31:40 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Fay Benson
597 Pine Glade Rd
Nederland, CO 80466
US

BLM_0129167

| | |
|---|---|
| **From:** | Tim Beecken |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:30:04 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Tim Beecken
2736 Stagecoach Ct.
CO, CO 80526
US

| | |
|---|---|
| **From:** | Barbara MacAlpine |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:29:58 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Barbara MacAlpine
P. O. Box 1906
Estes Park, CO 80517
US

| | |
|---|---|
| **From:** | Elaine and John Sartoris |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:29:26 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Elaine and John Sartoris
8814 Grand Ave
Beulah, CO 81023
US

| | |
|---|---|
| **From:** | Meriel Meehan |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:27:55 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Meriel Meehan
3506 Osceola
Denver, CO 80212
US

| | |
|---|---|
| **From:** | Christopher Riti |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:27:38 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Christopher Riti
1019 Lafayette St., APT 2
CO, CO 80218
US

| | |
|---|---|
| **From:** | Wilbur Little |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:26:23 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Wilbur Little
Cherry Creek Dr. South
Denver, CO 80231
US

| | |
|---|---|
| **From:** | Bonnie Kenny |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:25:58 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Bonnie Kenny
1460 Pierce St
Lakewood, CO 80214
US

| | |
|---|---|
| **From:** | Kay Kaylor |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:25:10 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kay Kaylor
235 Talisman Drive
Pagosa Springs, CO 81147
US

BLM_0129175

| | |
|---|---|
| **From:** | Aron Ralston |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:25:08 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Aron Ralston
928 Mapleton Ave.
Boulder, CO 80304
US

| | |
|---|---|
| **From:** | Carol Emrick |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:24:50 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Carol Emrick
1636 Niagara St.
Denver, CO 80220
US

| From: | Nancy Wightman |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 11:24:00 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Nancy Wightman
10749 W Dartmouth Ave
Lakewood, CO 80227
US

BLM_0129178

| | |
|---|---|
| **From:** | Chad Van Dam |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:21:09 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Chad Van Dam
652 E 7th Ave
Durango, CO 81301
US

| | |
|---|---|
| **From:** | Jonathan Sirotek |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:20:52 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jonathan Sirotek
PO Box 132
Ouray, CO 81427
US

BLM_0129180

| | |
|---|---|
| **From:** | Linda Muntner |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:19:50 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Linda Muntner
6423 The Lakes Dr. - Apt. B
Raleigh, NC 27609
US

BLM_0129181

| | |
|---|---|
| **From:** | Jani Isenhart |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:16:26 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jani Isenhart
1984 S. Ivory Ct.
Aurora, CO 80013
US

| | |
|---|---|
| **From:** | Gail Grossman |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:15:12 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Gail Grossman
800 Heartwood Lane #11
Bayfield, CO 81122
US

| From: | Carolina Wolfbird |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 11:13:47 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Carolina Wolfbird
Branding Iron Way
Mead, CO 80542
US

| | |
|---|---|
| **From:** | Haunani V. Kawananakoa |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:13:24 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Haunani V. Kawananakoa
92 W. Ida Avenue, #4
Littleton, CO 80120
US

| | |
|---|---|
| **From:** | Charles Szasz |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:11:50 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Charles Szasz
4000 Dove Lane
Evans, CO 80620
US

| | |
|---|---|
| **From:** | Richard Hieber |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:10:58 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Richard Hieber
Steinerstr. 3
Memmingen, ot 87700
DE

| | |
|---|---|
| **From:** | James Carr |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:10:18 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

James Carr
1200 Timber Mountain Lane
Estes Park, CO 80517
US

| | |
|---|---|
| **From:** | Mylee Khristoforov |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:09:43 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Mylee Khristoforov
2181 S. Trenton Way
CO, CO 80231
US

BLM_0129189

| | |
|---|---|
| **From:** | Nico Novelli |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:09:17 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Nico Novelli
P.O.BOX 7231
Golden, CO 80403
US

BLM_0129190

| | |
|---|---|
| **From:** | Murray Hills |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:08:46 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Murray Hills
3525 Everett Dr
Colorado, CO 80305
US

| | |
|---|---|
| **From:** | Edward Donnan |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:07:59 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Edward Donnan
5201 S. Delaware St., H303
Colorado, CO 80110
US

| | |
|---|---|
| **From:** | Peggy La Point |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:06:06 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Peggy La Point
4437 Starflower Drive
CO, CO 80526
US

| | |
|---|---|
| **From:** | Callie Stilwell |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:04:34 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Callie Stilwell
9071 E Mississippi ave
Denver, CO 80247
US

| | |
|---|---|
| **From:** | ERIN DALESSANDRO |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:03:05 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

ERIN DALESSANDRO
3145 23rd street
CO, CO 80304
US

| | |
|---|---|
| **From:** | Gordon MacAlpine |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:02:29 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Gordon MacAlpine
PO Box 1906
Estes Park, CO 80517
US

| | |
|---|---|
| **From:** | larry whisenhunt |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:01:46 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

larry whisenhunt
930 bruce
berthoud, CO 80513
US

BLM_0129197

| | |
|---|---|
| **From:** | Donald Turken |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 11:01:05 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Donald Turken
4020 S Dexter St
Cherry Hills Village, CO 80113
US

BLM_0129198

| | |
|---|---|
| **From:** | Dr. Robert O. Stuart |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:57:56 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dr. Robert O. Stuart
851 W Chestnut Cir
Louisville, CO 80027
US

| | |
|---|---|
| **From:** | Carolyn O"Shea |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:57:19 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Carolyn O'Shea
1347 Olive St.
Colorado, CO 80220
US

| From: | Maureen Oliver Borquez |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 10:55:18 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Maureen Oliver Borquez
1325 Vance St, apt 201
Lakewood, CO 80214
US

BLM_0129201

| | |
|---|---|
| **From:** | Judith Ray |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:53:15 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Judith Ray
1161 Elkridge Dr
Glen Haven, CO 80532
US

| | |
|---|---|
| **From:** | Lawrence Crowley |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:50:55 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lawrence Crowley
441 Pheasant Run
Louisville, CO 80027
US

| From: | Allen Decker |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 10:50:27 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Allen Decker
308 Toke Lane
Creede, CO 81130
US

| | |
|---|---|
| **From:** | lee and sue scarborough |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:29:06 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

lee and sue scarborough
1077 coal creek drive
Coal Creek, CO 81221
US

| | |
|---|---|
| **From:** | Belinda Wilks |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:48:33 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Belinda Wilks
2180 Donelan Ave.
Burlington, CO 80807
US

BLM_0129206

| | |
|---|---|
| **From:** | Nancy Kimble |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:48:24 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Nancy Kimble
139 Overlook Drive
CO, CO 81301
US

| | |
|---|---|
| **From:** | Bill Chockla |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:47:43 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Bill Chockla
3145 Fish Creek Rd
Estes Park, CO 80517
US

BLM_0129208

| | |
|---|---|
| **From:** | Danielle Stutheit |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:45:04 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Danielle Stutheit
1068 Delta Dr, Apt E
CO, CO 80026
US

| From: | Richard Valencia |
|---|---|
| To: | uformp@blm.gov |
| Subject: | Uncompahgre Plan Must Phase Out Climate Pollution |
| Date: | Monday, October 17, 2016 10:43:59 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Richard Valencia
1034 Mission Street #6
South Pasadena, CO 91030
US

| | |
|---|---|
| **From:** | Kiki Andriani |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:42:11 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kiki Andriani
10015 E Mexico Ave
Denver, CO 80112
US

| | |
|---|---|
| **From:** | Joyce Thorn |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:41:58 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Joyce Thorn
race
denver, CO 80206
US

BLM_0129212

| | |
|---|---|
| **From:** | Chris McCarty |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:41:24 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Chris McCarty
3465 S Gaylord Ct.
Englewood, CO 80113
US

BLM_0129213

| | |
|---|---|
| **From:** | Ginny Griffin |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:40:50 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Ginny Griffin
PO Box 3004
Breckenridge, CO 80424
US

| | |
|---|---|
| **From:** | Gail Roberts |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:40:47 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Gail Roberts
7749 Everett Way
CO, CO 80005
US

| | |
|---|---|
| **From:** | Mike Friehauf |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:40:40 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Mike Friehauf
18350 N CO RD 15
Wellington, CO 80549
US

| | |
|---|---|
| **From:** | Kathy Durrum |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:38:27 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kathy Durrum
1818 S Fundy Way
Colorado, CO 80017
US

| | |
|---|---|
| **From:** | Katie Kaulbach |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:38:03 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Katie Kaulbach
11792 Hillcrest Road
Golden, CO 80403
US

| | |
|---|---|
| **From:** | Glenn McCaslin |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:37:14 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Glenn McCaslin
8924 S Round Rock St.
Colorado, CO 80126
US

| | |
|---|---|
| **From:** | Grace Cross |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:37:08 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Grace Cross
3526, Hearthfire Dr.
Fort Collins, CO 80524
US

| | |
|---|---|
| **From:** | Melissa Jenkins |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:36:14 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Melissa Jenkins
PO Box 275
Castle Rock, CO 80104
US

BLM_0129221

| | |
|---|---|
| **From:** | Edward Hanson |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:35:39 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Edward Hanson
Leyden
CO, CO 80022
US

BLM_0129222

| | |
|---|---|
| **From:** | Michael Parsons |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:35:17 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Michael Parsons
18205 County Rd. 54.2
Aguilar, CO 81020
US

BLM_0129223

| | |
|---|---|
| **From:** | Irma Albinana |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:34:15 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Irma Albinana
3213 Cockney ST
Ft Collins, CO 80526
US

| | |
|---|---|
| **From:** | Norvelle Couch |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:30:48 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Norvelle Couch
10411 Drake Place,, 07
CO, CO 80134
US

| | |
|---|---|
| **From:** | Robert Liedike |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:28:49 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Robert Liedike
5379 Balsam
Arvada, CO 80002
US

| | |
|---|---|
| **From:** | Lenny Obolsky |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:28:45 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Lenny Obolsky
S Fillmore Circle
Centennial, CO 80122
US

BLM_0129227

| | |
|---|---|
| **From:** | Sherry Schenk |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:28:34 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sherry Schenk
379 Ridge view Drive
Grand Junction, CO 81507
US

| | |
|---|---|
| **From:** | Jane Pargiter |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:28:32 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Jane Pargiter
943 E. Cooper Avenue,
Colorado, CO 81611
US

BLM_0129229

| | |
|---|---|
| **From:** | Sherri Wright |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:28:27 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Sherri Wright
600 Raintree, Lot 104
Canon City, CO 81212
US

BLM_0129230

| | |
|---|---|
| **From:** | Donald Beardshear |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:28:19 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Donald Beardshear
1528 River Oak Drive
Fort Collins, CO 80525
US

| | |
|---|---|
| **From:** | Michael Gan |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:27:55 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Michael Gan
1177 N Knotty Pine Ln
CO, CO 81007
US

| | |
|---|---|
| **From:** | L Cama |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:26:38 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

L Cama
5290 E Yale Circle, Ste 102
Colorado, CO 80222
US

BLM_0129233

| | |
|---|---|
| **From:** | Nancy Harlow |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:26:09 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Nancy Harlow
1152 E Purcell Ln
CO, CO 81007
US

| | |
|---|---|
| **From:** | Marilyn Keinath |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:26:04 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Marilyn Keinath
4176 15th Street
Boulder, CO 80304
US

| | |
|---|---|
| **From:** | stephanie k |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:25:28 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

stephanie k
85 wampum lane
Jefferson, CO 80456
US

BLM_0129236

| | |
|---|---|
| **From:** | Anne Dawid |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:25:19 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Anne Dawid
721 Vista Verde Hts
Monument, CO 80132
US

| | |
|---|---|
| **From:** | Alia Diez |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:25:14 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Alia Diez
13961 Telluride Dr.
Broomfield, CO 80020
US

| | |
|---|---|
| **From:** | Dale Ray |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:25:07 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Dale Ray
721 Mindy Ct
Sterling, CO 80751
US

| | |
|---|---|
| **From:** | Linda Drescher |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Monday, October 17, 2016 10:25:02 AM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Linda Drescher
9 S. Holman  Way
CO, CO 80401
US