| | |
|---|---|
| **From:** | Kim Sellon |
| **To:** | uformp@blm.gov |
| **Subject:** | Uncompahgre Plan Must Phase Out Climate Pollution |
| **Date:** | Tuesday, November 01, 2016 1:48:22 PM |

Dear Uncompahgre Field Office Manager,

The draft management plan for the Uncompahgre Field Office fails to seriously address climate change, which is the most significant threat to Colorado's public lands and the planet.

Every alternative analyzed in the plan would allow coal mining to continue at current levels for the next 10-20 years, a decision that your own environmental impact statement admits could result in more than half a billion tons of climate pollution. In fact, every single alternative analyzed in the environmental impact statement would increase climate pollution over baseline levels, and none would limit any fossil fuel production from moving forward, regardless of the impact to the community and environment. Every alternative would allow more leasing, fracking and drilling for oil and gas.

Federal public lands must be part of the climate solution, not the problem. I therefore urge you to:

-- adopt goals for the planning area that include significantly reducing climate pollution from BLM-approved actions on these lands;

-- analyze and select an alternative that prohibits new leases for climate-polluting fossil fuels, including coal, oil and natural gas;

-- honestly disclose the direct and indirect climate emissions of fossil fuel leasing, including the costs of climate pollution (the "social cost of carbon"); and

-- help communities in the area transition to cleaner economies rather than continuing to promote reliance on dirty fuels.

Thank you for your attention to this important issue.

Sincerely,

Kim Sellon
1253 Springfield Ave
New Providence, NJ 07974
US

BLM_0129358

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Adi von boutuul
PO Box 30
Paonia, CO 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Amy McDavid

Amy McDavid
520 W. Main St. #11
Aspen, Co 81611

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Shane Smith
215 Delta Ave.
Peonia CO 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

David Snider
114 Clark Avenue
Paonia, CO
81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0129362

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Carolyn Pingo
PO Box 1521
Paonia, CO 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0129363

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Steve Clanton
H H New American
Paonia, Co

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Kathem Pavondract
Kate Pavondra
32349 Highway 92 Hotchkiss
CO
81419

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Kevin Povondra

1633 S Steele
Denver, CO 80210

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

JENET CHAmber
Janet L. Charter
446 VISTA DR
PHONIA, Co 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Don't let the fosil fuel industry ruin the natural beauty of Paonia.

Sincerely,

Sam Carolus-Hager

3611 Pinetree Terrace
Falls Church, VA 22041

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely, *Sarah Eller*

Sarah Eller
1513 2nd St
Paonia, Co. 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0129369

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Paige Smith
Paige Smith
215 Delta Ave
Paonia, CO
81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Martha Justman
14659 Peony Ln
Paonia CO 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Thank-you for your time, Jennifer Vanian
1016 Minter Ave
Glenwood Sp. Colo
81601

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

Jennifer Vanian

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Robert P. Justman
Robert Justman
14659 Peony Ln.
Paonia   81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Adi von Gontard
PO Box 30
Paonia, CO 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0129374

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Don Schearwater

Don Scheurwater
P.O. Box 465
Crawford, CO
81414

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0129375

Dear Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

In Solidarity,

Christen Brown

Dear Dana Wilson,

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not take into consideration the following in regard to potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in fracking operations?

The only reasonable alternative is one that allows NO Leasing.

Sincerely,

*Annuela*
*NRent*

Address 37695 Pikin Rd.
Paonia CO 81428

Dear Dana Wilson,

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not take into consideration the following in regard to potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in fracking operations?

The only reasonable alternative is one that allows NO Leasing.

Sincerely,

Kristin Krueger   Address   1264 Clear Fork Rd
Crawford, CO 81415

BLM_0129378

Dear Dana Wilson,

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not take into consideration the following in regard to potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol.* 2 published by Friends of the Harmed in 2015. www.shalefieldstories.org I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in fracking operations?

The only reasonable alternative is one that allows NO Leasing.

In solidarity,    Nick Andress
                   Nrd Andress

                                        408 33rd st
                                        glenwood Springs, co
                                        81601

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Melissa Rehfeldt

15466 Black Bridge Rd
Paonia, CO 81428

BLM_0129380

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Yours Truly,

Geoffrey Oven
446 VisTA DR #13
PAONIA, CO 81428
970-912-7158

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Dustin Brunson
0147 Grange Lane
Carbondale, CO 81623

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,.   Patricia Weller

Patricia Weller

Address P.O. Box 595

Paonia CO 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

*Marian Pierce*

39091  Pitkin Rd
Paonia, CO 81428

To Barb Sharrow,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Elizabeth L Lundun

Address  13162  Skyhill Rd
         Paoma  Co  81429

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,

Kay Hannah

Address  11589 Crawford Rd.
Paonia, CO 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol.* 2 published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Kori Kropp
14340 Cresthaven Rd.
Paonia Co 81428

Dear Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

In Solidarity,

Emily Goughary
34 831 Powell Mesa Rd
Hotchkiss, CO   81419

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Brandt THIBODEAUX

Address 504 4th St.
Paonia, CO, 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,   Malachai La Flamme
Malachai LaFlamme
P o Box 784
PAONIA, Co 81428

Dear Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

In Solidarity,

Justin Barbeau
36753 Hoffman Rd.
Hotchkiss Co.
81419

Dear Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

In Solidarity,

1645 E. 16th St. Denver Co 80218

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Sincerely,

KATHY C. Sullivan
19489 N. 89th Ave.
Peoria, AZ. 85382

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Simon Wain
Trading Post,
Address Black Bridge Road
Paonia
CO   81428

To Barb Sharrow,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Kata Jagan

Address 124 Orchard Ave
Paonia, CO. 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Christine K Sidilenger

15 Gallo Hill Drive
Marble, CO 81623

Alive in Marble, CO.
I buy all my family's food in the North Fork Valley. NF Valley supplies most of the fresh food to the Western Slope. It is the vital food source for most people + a huge part of our economy.

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. i believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Gerardo J Cardiel

42481 Highway 133

Paonia, Co 81428

To Barb Sharrow,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Address

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

RUTH MASSERT

Chaitanya Masson

Ann Marie Gambino
Paonia, CO 81428
1219 2nd St.

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,

Nancy Franklin

Address 15837 2900 Rd.
Hotchkiss, Co. 81419

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

STEVE CASSARd

Address   P.O. Box 1103

Paonia, Co 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

in The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Katy Goldsberry
14645 Peony lane
Paonia Co

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Marian Pierce

39091   Pitkin Rd
Paonia, CO 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Sara Burke

PO Box 1328
Paonia, CO
81428

BLM_0129404

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Yours Truly,

Joseph Alan Meador
3458 Burnham Dr.
Evergreen CO 80457

Dear Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

In Solidarity,

Joshua Hallenbeck
1183 highway 133
Paonia, CO 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,   Seth Mellen
90 Cleveland Street
Greenfield MA 01301

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Norma L. Herd
Norma L. Herd
322 Main Ave.
Paonia Co. 81428

Dear Dana Wilson,

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not take into consideration the following in regard to potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in fracking operations?

The only reasonable alternative is one that allows NO Leasing.

Regards,

Loyd Nelson

41769 "O"RD PAONIA CO
81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health Impact analysis.

Regards,

Judith Heideman
11126 3500 Rd
Hotchkiss, Co 81419

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

STEVE CASSARY

Address  PO Box 1163

Paonia, CO 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Address  Bryant Clearwater
26950 North RD Eckert, CO.

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,.   Patricia Weller

Patricia Weller
Address P.O. Box 595
Paonia CO 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Sincerely,

Dana Goldberg
419 Main
Paonia, CO 81428

Dear Dana Wilson,

Not being very familiar with BLM, I looked up the BLM's description of who we are and what we do. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, and I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this as addressed in the following:

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not take into consideration the following in regard to potential damage to respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter

I question the BLM considering additional oil and gas development, and fracking when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in fracking operations?

The only reasonable alternative is one that allows NO Leasing.

Sincerely,

Rizza Amor Sapida          Address  15519  Dalwood  Ave
                                                    Norwalk ,  CA  90650

I will not be coming if there is fracting here.

BLM_0129415

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,

Address 19341 Meadow Dr
GRASS VALLEY CA 95949

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Christine Frank
23 1/2 Alder Cv.
Paonia, CO   81428-2019

BLM_0129417

Dear Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

In Solidarity,

Christian Cuss
522 N. JACKSON ST. CA.
GLENDALE

Dear Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

In Solidarity,   Vincente Mario
40970 Black Bridge d
8428 , CO

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Sara Burke

PO Box 1328
Paonia, CO
81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Sincerely,

Dana Goldberg
419 Main
Paonia, CO 81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards, Seth Mellen
90 Cleveland Street
Greenfield MA 01301

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015.
www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Yours Truly,

Joseph Alan Meador
3458 Burnham Dr.
Evergreen CO 80457

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ While I understand that the BLM needs

15466 Black Bridge Rd
Paonia, co 81428

issa Reh    t

Dear Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

In Solidarity,

Joshua Hallenbeck
1183 highway 133
Paonia, CO 81428

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Yours Truly,

Aaron Jern
11126 3500 Rd
Hotchkiss CO 81419

BLM_0129426

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Yours Truly,

Matt Stolmeier
P o Box 1215
Paonia CO

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Yours Truly,

Geoffrey Cever
446 VISTA DR  #13
PAONIA, CO 81428
970-912-7158

To the BLM,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015.
www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Yours Truly,

Sanae Taylor
11126 3500 Rd
Hotchkiss, CO
81419

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Judith Heideman
11126 3500 Rd
Hotchkiss, CO 81419

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Susan Kaldis

SUSAN KALDIS
38766 Stucker Mesa Rd
Hotchkiss, CO
81419

BLM_0129431

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Katy Goldsberry
14645 Peony lane
Paonia Co

BLM_0129432

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

42481 Highway 133
Paonia, CO  81428

To Dana Wilson,

In the BLM's description of who we are and what we do, it states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." While I understand that the BLM needs to bring in income, it is my hope that the choice would also focus on sustaining the health and diversity of the country's public lands. I believe that the BLM has failed in this as addressed in the following:

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which I believe would result after a thorough human health impact analysis.

Regards,

Address  Bryant Clearwater
26950 North Rd Eckert, CO.

| | |
|---|---|
| **From:** | barbara hill |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 1:21:01 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

barbara hill
2935 el torro rd
grand junction, CO 81503

| | |
|---|---|
| **From:** | barbara hill |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 1:20:17 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

barbara hill
2935 el torro rd
grand junction, CO 81503

BLM_0129436

| | |
|---|---|
| **From:** | Karen Michaelis |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 12:50:33 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Karen Michaelis
21115 Uncompahgre Road
Montrose, CO 81403

| | |
|---|---|
| **From:** | Leonard Lutomski |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 9:41:18 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Leonard Lutomski
334 Alexander Lane
Basalt, CO 81621

| | |
|---|---|
| **From:** | Mary Boite |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 8:12:35 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Mary Boite
5080 Purcell Rd.
Hemlock, NY 14466

| | |
|---|---|
| **From:** | Ben Tipton |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 8:12:09 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Ben Tipton
296 e. tamarack cir.
parachute, CO 81635

| **From:** | Jeff Tobe |
|---|---|
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 7:36:00 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Jeff Tobe
40200 Sage Lane
Paonia, CO 81428

| | |
|---|---|
| **From:** | Gary Parisella |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 6:43:53 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Gary Parisella
7001 Cleary Rd.
Hemlock, NY 14466

| | |
|---|---|
| **From:** | Gary Parisella |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 6:39:49 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Gary Parisella
7001 Cleary Rd.
Hemlock, NY 14466

| | |
|---|---|
| **From:** | betsy deichmeister |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 3:12:58 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

betsy deichmeister
3152 goldeneye ave
grand junction, CO 81504

BLM_0129444

| | |
|---|---|
| **From:** | Arlan Moore |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 2:11:17 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Arlan Moore
3 McCoy Rd. / Box 192
McCoy, CO 80463

BLM_0129445

| | |
|---|---|
| **From:** | Gretchen Nicholoff |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 8:26:20 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Gretchen Nicholoff
36295 Sunshine Mesa Rd
Hotchkiss, CO 81419

| | |
|---|---|
| **From:** | TOM OKEN |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 8:11:49 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

TOM OKEN
463 MEADOW RD
SNOWMASS VILLAGE, CO 81615

| **From:** | Kaye Fissinger |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 8:05:38 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Kaye Fissinger
2199 Creekside Drive
Longmont, CO 80504

| From: | Linda Levine |
|---|---|
| To: | UFORMP@blm.gov |
| Subject: | Support Alternative B1 in the Final RMP |
| Date: | Monday, October 31, 2016 8:03:59 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Linda Levine
34947 Powell Mesa Road
Hotchkiss, CO 81419

| | |
|---|---|
| **From:** | Peter Hudiburg |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 7:32:53 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Peter Hudiburg
P.O. Box 61
South Plymouth, NY 13844

**From:** Lauren Sherwood
**To:** UFORMP@blm.gov
**Subject:** Support Alternative B1 in the Final RMP
**Date:** Monday, October 31, 2016 6:53:05 PM

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Lauren Sherwood
12 Sprague St
Naples, NY 14512

**From:**      Gary Roberts
**To:**        UFORMP@blm.gov
**Subject:**   Support Alternative B1 in the Final RMP
**Date:**      Monday, October 31, 2016 6:10:31 PM

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Gary Roberts
2314 County Rd. 23
Ridgway, CO 81432

| | |
|---|---|
| **From:** | Mary Redmond |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 6:09:23 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Mary Redmond
2378 Robins Wy  #126
Montrose, CO 81401

**From:** Zachariah Falconer-Stout
**To:** UFORMP@blm.gov
**Subject:** Support Alternative B1 in the Final RMP
**Date:** Monday, October 31, 2016 4:57:13 PM

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Zachariah Falconer-Stout
4800 Perry Street
Denver, CO 80212

| | |
|---|---|
| **From:** | Suze Gingery |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 4:55:29 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Suze Gingery
502 Sabeta Drive
502 Sabeta Dr.#C
Ridgway, CO 81432

BLM_0129455

| | |
|---|---|
| **From:** | Suze Gingery |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 4:54:52 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Suze Gingery
502 Sabeta Drive
502 Sabeta Dr.#C
Ridgway, CO 81432

| | |
|---|---|
| **From:** | Holly Vissering |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 3:43:13 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Holly Vissering
2497 Interlochen Court
Grand Junction, CO 81505

| | |
|---|---|
| **From:** | Hurst Rinehart |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 3:31:43 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Hurst Rinehart
37855 S.Highway 550
Montrose, CO 81401

BLM_0129458

| | |
|---|---|
| **From:** | Lorraine Wikstrom |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 3:20:11 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Lorraine Wikstrom
9206 E. berry Ave
Greenwood Village, CO 80111

| | |
|---|---|
| **From:** | Denise Wright |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 3:06:33 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Denise Wright
399 Sunnyside Ct. #D
Grand junction, CO 81504

BLM_0129460

| | |
|---|---|
| **From:** | Glena Records |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 2:34:48 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Glena Records
16446 Farmers Mine Rd
Paonia, CO 81428

BLM_0129461

| | |
|---|---|
| **From:** | Emily Hornback |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 2:33:29 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Emily Hornback
134 N 6th St
Grand Junction, CO 81503

BLM_0129462

| | |
|---|---|
| **From:** | William H. Chipley |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 1:52:05 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Sincerely,
William H. Chipley
Ridgway, CO

William H. Chipley
P.O. Box 253
Ridgway, CO 81432

| | |
|---|---|
| **From:** | Sylvia Wilhelm |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 1:51:30 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Sylvia Wilhelm
652 Eastcliff
Grand Jct., CO 81506

**From:**      Timothy Delaney
**To:**        UFORMP@blm.gov
**Subject:**   Support Alternative B1 in the Final RMP
**Date:**      Monday, October 31, 2016 1:42:13 PM

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Timothy Delaney
62970 Peach Rd.
Montrose, CO 81403

BLM_0129465

**From:** Timothy Delaney
**To:** UFORMP@blm.gov
**Subject:** Support Alternative B1 in the Final RMP
**Date:** Monday, October 31, 2016 1:42:11 PM

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Timothy Delaney
62970 Peach Rd.
Montrose, CO 81403

BLM_0129466

| | |
|---|---|
| **From:** | Janet Magoon |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 1:38:08 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Janet Magoon
2752 Cheyenne Dr
Grand Junction, CO 81503

BLM_0129467

| | |
|---|---|
| **From:** | Diane Kenney |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 1:19:46 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Diane Kenney
0172 N Bill Creek Rd
Carbondale, CO 81623

| | |
|---|---|
| **From:** | Peggy Tibbetts |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 1:18:49 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Peggy Tibbetts
439 Orchard Ave
Silt, CO 81652

BLM_0129469

| | |
|---|---|
| **From:** | Dea Jacobson |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 1:02:41 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Dea Jacobson
PO Box 353
Cedaredge, CO 81413

BLM_0129470

| | |
|---|---|
| **From:** | Dea Jacobson |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 12:59:40 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Dea Jacobson
PO Box 353
Cedaredge, CO 81413

| | |
|---|---|
| **From:** | Annette Keller |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 12:53:20 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Annette Keller
1430 Red Butte Dr.
Aspen, CO 81611

| | |
|---|---|
| **From:** | Clee & Mary Sealing |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 9:12:21 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Clee & Mary Sealing
1670 N 1/2 Road
Fruita, CO 81521

| | |
|---|---|
| **From:** | Christine Chapin |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Finai RMP |
| **Date:** | Sunday, October 30, 2016 8:54:47 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Christine Chapin
PO box 1563
Durango, CO 81302

| | |
|---|---|
| **From:** | Dr Philip Incao |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Thursday, October 27, 2016 5:29:43 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Dr Philip Incao
276 N. Spruce ST.
Crestone, CO 81131

BLM_0129475

| | |
|---|---|
| **From:** | Dr Philip Incao |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Thursday, October 27, 2016 5:21:53 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Dr Philip Incao
276 N. Spruce ST.
Crestone, CO 81131

BLM_0129476

| | |
|---|---|
| **From:** | Scott horner |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Thursday, October 27, 2016 5:09:36 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Scott horner
40575 o rd
Paonia, CO 81428

**From:** barbara hill
**To:** UFORMP@blm.gov
**Subject:** Support Alternative B1 in the Final RMP
**Date:** Thursday, October 27, 2016 1:21:42 PM

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

barbara hill
2935 el torro rd
grand junction, CO 81503

| | |
|---|---|
| **From:** | Terry Randall |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Thursday, October 27, 2016 8:07:51 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Terry Randall
41367 Lamborghini Mesa Rd
paonia, CO 81428

BLM_0129479

| | |
|---|---|
| **From:** | Rhea Gavry |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Wednesday, October 26, 2016 2:04:18 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Rhea Gavry
La Paloma Court
Whitewater, CO 81527

| | |
|---|---|
| **From:** | Josh Kuhn |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 24, 2016 1:23:12 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Josh Kuhn
908 Jasmine Pl
Apt S-37
Lafayette, CO 80026

| | |
|---|---|
| **From:** | tyler richardson |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Sunday, October 23, 2016 7:55:04 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

tyler richardson
400 North 12th st. Apt# B
gunnison, CO 81230

BLM_0129482

| | |
|---|---|
| **From:** | Richard Grossman |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Sunday, October 23, 2016 4:54:52 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Richard Grossman
800 Heartwood Lane
Bayfield, CO 81122

BLM_0129483

| | |
|---|---|
| **From:** | Joseph Hayes |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Sunday, October 23, 2016 3:24:32 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Joseph Hayes
185 Rainbow Dr
Grand Junction, CO 81503

BLM_0129484

| | |
|---|---|
| **From:** | Eleanor Nelson |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Sunday, October 23, 2016 2:01:21 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Eleanor Nelson
35 Locust Way
Battlement Mesa
Parachute, CO 81635

**From:** Marla Korpar
**To:** UFORMP@blm.gov
**Subject:** Support Alternative B1 in the Final RMP
**Date:** Sunday, October 23, 2016 9:38:47 AM

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Marla Korpar
14138 Burgess Lane
Paonia, CO 81428

BLM_0129486

| | |
|---|---|
| **From:** | Lee Beck |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Sunday, October 23, 2016 9:03:06 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Lee Beck
7 Oaks Rd
Carbondale, CO 81623

| | |
|---|---|
| **From:** | Jesse DiFiore |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Sunday, October 23, 2016 7:40:10 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Jesse DiFiore
619 W Columbia Ave E160
Telluride, CO 81435

| | |
|---|---|
| **From:** | Ulli Sir Jesse |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 10:25:06 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Ulli Sir Jesse
510 Kismet Street
Ridgway, CO 81432

| | |
|---|---|
| **From:** | s peirce |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 9:47:01 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

s peirce
143 eagle feather
lyons, CO 80540

BLM_0129490

| | |
|---|---|
| **From:** | Lynette Richardson richardson |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 8:19:55 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Lynette Richardson richardson
1063 25 Road
Grand Junction, CO 81505

| | |
|---|---|
| **From:** | Joan Woodward |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 6:28:58 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Joan Woodward
2181 Quail Ct.
Grand Junction, CO 81507

| | |
|---|---|
| **From:** | Betsy A Leonard |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 5:26:55 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Betsy A Leonard
71 River View Place
Parachute, CO 81635

BLM_0129493

| | |
|---|---|
| **From:** | Kris Kropp |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 4:37:23 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Kris Kropp
40565 O Road
Paonia, CO 81428

BLM_0129494

| | |
|---|---|
| **From:** | Carol Duell |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 3:48:13 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Carol Duell
64 Nighthawk Wood
Carbondale, CO 81623

BLM_0129495

| | |
|---|---|
| **From:** | david dirks |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 3:25:22 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

david dirks
1445 castle court
fruita, CO 81521

BLM_0129496

| | |
|---|---|
| **From:** | Charles Kerr |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 2:46:32 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Charles Kerr
888 quail run drive
Grand Junction, CO 81505

BLM_0129497

| | |
|---|---|
| **From:** | Kathryn Christian |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 2:27:14 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Kathryn Christian
960 White Avenue
Grand Junction, CO 81501

| | |
|---|---|
| **From:** | Susan Beug |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 1:32:39 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Susan Beug
178 HIGHWAY 78
RED LODGE, MT 59068

| | |
|---|---|
| **From:** | Russell Evans |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 1:23:19 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Russell Evans
514 n. 4th st
Montrose, CO 81401

BLM_0129500

| | |
|---|---|
| **From:** | Suze Gingery |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 12:32:35 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Suze Gingery
502 Sabeta Dr. #C
502 Sabeta Dr.#C
Ridgway, CO 81432

BLM_0129501

| | |
|---|---|
| **From:** | Aron Ralston |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 12:08:19 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Aron Ralston
928 Mapleton Ave.
Boulder, CO 80304

BLM_0129502