| | |
|---|---|
| **From:** | Ralph Oberg |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 11:47:07 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Ralph Oberg
Taurus Way
Montrose, CO 81403

| | |
|---|---|
| **From:** | jim kirkpatrick |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 11:44:08 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

jim kirkpatrick
999 bookcliff
grand junction, CO 81501

| | |
|---|---|
| **From:** | Eileen Warner |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 11:41:45 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Eileen Warner
2384 Ridge Circle Dr Unit 18
Grand Junction, CO 81507

| | |
|---|---|
| **From:** | Tom Ricketts |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 11:31:39 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Tom Ricketts
40033 Cedar Drive
40033 Cedar Drive
Paonia, CO 81428

BLM_0129506

| | |
|---|---|
| **From:** | Betty Walters |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 11:29:14 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Betty Walters
13 REX CIR
SALIDA, CO 81201

| | |
|---|---|
| **From:** | Wes Walker |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 11:20:33 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Wes Walker
1814 Green Acres St
Muscatine, IA 52761

| | |
|---|---|
| **From:** | George Sibley |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 11:13:08 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

George Sibley
315 W. Ohio Ave.
Gunnison, CO 81230

BLM_0129509

| | |
|---|---|
| **From:** | George Sibley |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 11:13:07 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

George Sibley
315 W. Ohio Ave.
Gunnison, CO 81230

| | |
|---|---|
| **From:** | Doug Severson |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 10:47:12 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Doug Severson
31415 Highway 92
Casper, CO 81419

| | |
|---|---|
| **From:** | Deborah Bradford |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 10:22:18 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Deborah Bradford
P.O.Box 4856
Aspen, CO 81612

| | |
|---|---|
| **From:** | Chris Smith |
| **To:** | uformp@blm.gov; info@theconservationcenter.org |
| **Subject:** | Comments on BLM Resource Management Plan |
| **Date:** | Tuesday, November 1, 2016 12:15:17 PM |
| **Attachments:** | Smith_letter.pdf |

attached

BLM_0129513

| From: | Jessica Finnigan |
|---|---|
| To: | uformp@blm.gov |
| Cc: | info@theconservationcenter.org |
| Subject: | Support Alt B1! |
| Date: | Tuesday, November 1, 2016 10:10:07 AM |
| Attachments: | BLM letter 11.1.16.pdf |

November 1, 2016


BLM, Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401


Re: Draft Resource Management Plan for the Uncompahgre Field Office


Dear BLM-UFO Staff and RMP Comment Team,


I live in unincorporated Delta County, just outside of Hotchkiss, 8870 3400 Road. My 12-acre homestead is surrounded to the North, East, and South by BLM lands. The health of these lands is directly connected to the health of our homestead. It is for this reason that I am encouraging the BLM to include Alt B1 into the Resource Management Plan. This plan protects our way of life in the North Fork Valley by protecting our water resources, wildlife, and recreation opportunities.


The draft plan as it stands now would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife and wilderness-quality areas, recreation, and cultural sites. I am aghast that the BLM, who we depend on to manage our lands, would jeopardize the health of our ecosystem and economy for risky, speculative leasing. Please listen to the residents of this community, exercise strong leadership and foresight, and adopt a final plan that makes wilderness-quality lands, important wildlife habitat, and recreation area off-limits to energy development. The inclusion of Alternative B1 balances all the resources managed by the BLM.


My family uses BLM lands for hunting and recreation (trail running, hiking, and camping). Our irrigation water that supports our homestead (Short Ditch Extension) runs through BLM land. My son is learning to ride his bike on our quiet country road. These lands support our way of life and it is why we choose to live here. All of this will change if Alt B1 is not included. Our quiet road will have heavy truck traffic and increase noise pollution. Our air quality and water quality will be negatively

impacted. Please listen to the local communities—Hotchkiss, Crawford, and Paonia—and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal supports our community, economy, and way of life here in the Western Slope.


Sincerely,

 Jessica Finnigan

8870 3400 Road

Hotchkiss, CO 81419


jessmcgrath82@gmail.com
970-201-6288

| | |
|---|---|
| **From:** | Zach Krapfl |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP |
| **Date:** | Tuesday, November 1, 2016 8:02:24 AM |
| **Attachments:** | image003.gif |
| | Untitled attachment 01384.htm |
| | WSCC Sample Comment to BLM - Short Version.pages copy 2.pdf |
| | Untitled attachment 01387.htm |

Hi, And thanks for accepting my comments.
Zach Krapfl

BLM_0129516

| | |
|---|---|
| **From:** | Zach Krapfl |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comments |
| **Date:** | Tuesday, November 1, 2016 7:52:12 AM |
| **Attachments:** | WSCC Sample Comment to BLM - Short Version.pages copy.pdf |
| | Untitled attachment 01394.htm |

Hi, Thanks for accepting my comments for the RMP.

BLM_0129517

| | |
|---|---|
| **From:** | Zachary Krapfl |
| **To:** | uformp@blm.gov |
| **Subject:** | RMP Comments |
| **Date:** | Tuesday, November 1, 2016 7:45:38 AM |
| **Attachments:** | WSCC Sample Comment to BLM - Short Version.pages copy.pdf |
| | Untitled attachment 01399.htm |

Thanks for accepting my comments.
Zach

BLM_0129518

| | |
|---|---|
| **From:** | Bryce Payne |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Tuesday, November 1, 2016 7:33:42 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. In my younger days I passed some wonderful times in the Uncompahgre and find the possibility that the area could be diminished by the impacts of oil and gas development very disturbing. I sincerely hope the BLM takes seriously the importance of preserving the opportunities I have enjoyed for generations to come.

I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Bryce Payne
2940 Barndt Road
Telford, PA 18969

| From: | Barbara Clifford |
|-------|------------------|
| To: | UFORMP@blm.gov |
| Subject: | Support Alternative B1 in the Final RMP |
| Date: | Tuesday, November 1, 2016 12:19:00 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

I write this as a resident of PA, a previous visitor to this area of Colorado with plans to return to explore more of this beautiful part of the state.
The sale of local agricultural products is not only a valuable resource locally but an economic boon to the state's tourism industry.
I know from experience living in PA with unconventional oil and gas drilling that drilling for oil or gas in an agricultural area is a risk you do not want to take. Air, water and soil contamination is bound to occur.  How then can one trust the products gown there.

The conservation protections in Alternative B1 should be included in the final plan. Thank you again for accepting my comments for the RMP process.

Barbara Clifford
374 Prospect Street
Montrose, PA 18801

| | |
|---|---|
| **From:** | Diedra Silbert |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 10:20:32 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am shocked to see the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

I spend time in the North Fork Valley as a regular visitor to the organic orchards. If oil and gas leasing happens in that region to the degree proposed, it would make me seriously consider not buying my foods there. I am sure I would not be alone. We cannot afford to further negatively impact this unique and valuable agricultural area.

Diedra Silbert
509 County Rd. 23
157 Whispering Pines Dr.
Ridgway, CO 81432

| From: | Laurie Brandt |
|---|---|
| To: | UFORMP@blm.gov |
| Subject: | Support North Fork Alternative B1 in RMP |
| Date: | Monday, October 31, 2016 9:23:03 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft UFO RMP. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat, SRMA's (to support non-motorized, quiet users), and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.  The North Fork Valley's rural, agricultural and recreational characteristics need to be protected.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks again for accepting my comments for the RMP process.

Laurie Brandt
1681 6429 Circle
Montrose, CO 81403

| | |
|---|---|
| **From:** | Joan Tubridy |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 7:45:44 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

I am writing as a New Yorker who frequently visits Colorado to be with family. Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Joan Tubridy
996 Monroe Road
Delhi, NY 13753

| From: | cynthia carestio |
|---|---|
| To: | UFORMP@blm.gov |
| Subject: | Support Alternative B1 in the Final RMP |
| Date: | Monday, October 31, 2016 6:18:02 PM |

Dear

Intelligent, science based planning is critical to the protection of important natural resources such as wildlife habitat and pristine, scenic rivers. It is reassuring to know that the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

cynthia carestio
84 north main
canandaigua, NY 14424

| | |
|---|---|
| **From:** | Suzy Winkler |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 5:50:16 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

I support the North Fork Oil and Gas leasing Alternative B1, which is the people's proposal to ensure the protection of the resources that make the North Fork such a unique and special place to live.

As a resident of New York State, I've traveled through Colorado a considerable amount. Tourism is surely an important aspect of the states economic plan. Industrialization of your natural resources is not one that will attract tourism, but rather repel travelers like myself.

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Suzy Winkler
174 Pickens Road
Burlington Flats, NY 13315

| | |
|---|---|
| **From:** | Francine Adams |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 5:22:20 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The lands affected by oil and gas development will never be the same if you allow it.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Francine Adams
1688 Hermosa St
Montrose, CO 81401

| | |
|---|---|
| **From:** | Carole Marner |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 5:05:36 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers. Here in upstate NY for years we have been fighting to protect our vulnerable and irreplaceable resources which are so similar to yours from the assault of the fuel industry. And now this year we have succeeded in STOPPING the Constitution Pipeline and a huge gas compressor.

We have seen in Pennsylvania on our southern border environmental catastrophes. I would thus be extremely concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Carole Marner
1245 Oak Hill Road
Franklin, NY 13775

| | |
|---|---|
| **From:** | Beth Cashdan |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 2:46:39 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live. Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Beth Cashdan
0082 Northway Dr.
Aspen, CO 81611

| | |
|---|---|
| **From:** | Susan Wallace |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 31, 2016 1:42:34 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Please take the lesson Garfield County offers.  It was once a wonderful place to live.  It was sacrificed, along with people, for O&G profits.  I watched my hard earned dream property become a toxic wasteland.

This isn't news to you.  News would be taking a balanced stand to preserve hundreds of acres of what makes CO a treasure.

Will you care enough?  I pray you do...

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Susan Wallace
816 S. 9th St.
Montrose, CO 81401

| | |
|---|---|
| **From:** | Micah Ross |
| **To:** | uformp@blm.gov |
| **Cc:** | info@theconservationcenter.org; info@citizensforahealthycommunity.org |
| **Subject:** | North Fork Alternative B1 |
| **Date:** | Monday, October 31, 2016 12:17:17 PM |

To whom it may concern:

I am a resident of Delta County, and I live outside of Crawford. I support the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I moved to this area in 2000 because of agriculture resources in the valley.  The abundance of fruit orchards, vineyards, organic farms, and ranches are rare in Colorado, and makes this area unique. In the last 10yrs we have been transforming our area into a agriculture tourist region. The beauty of the valley depends on clean air and water. We all know that the impacts of gas developments have an industrial nature. Air quality will be effected, noise and light pollution will rise, and our wildlife will be impacted. I own a composting business that supports the agriculture business in the area, and know if gas developments come here it WILL effect us in a negative way. People come here from the cities to enjoy nature, good food, clean water, clean air and the quietness. All good tax revenue. Solar Energy International School is here in our valley and is working to help transition us to cleaner energy. Good tax revenue. It's October now, and hunters are everywhere enjoying are public lands. The Crawford reservoir is full during the summer with campers and fishing. Bringing in tax revenue.  Gas developments does not make sense for this area, because it will take away more then it will give. We already have abundance, use, and dreams for this area. We as a community have been working very hard to build economical growth in a way as a democratic community should work. The majority in the North Fork valley agree that this area is unique from our soil, to the climate, to our watersheds, and our views. And we have taken that and built something that is very special to a lot of people that don't even reside here. To come into this area and dictate that oil and gas leasing will benefit us, and not negatively effect us is not democratic. With all the known, and unknown effects of gas developments you would be putting are futures into jeopardy. This is a rural area, and that is why we live here. I am looking forward to raising my family here on an organic farm, with clean water and air. Please take all this into consideration, and understand this area is unique. If you approve BLM's preferred alternative you will change this area negatively forever. That's a lot to carry considering the outcry of the community that your choosing to effect.

Thank you for your time.
Micah Ross

| | |
|---|---|
| **From:** | Jon Esty |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Wednesday, October 26, 2016 2:38:07 PM |

Dear

Dear BLM-UFO Staff,

Thanks for the opportunity to comment on the draft Uncompahgre plan.

I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

Specifically, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

Many thanks,

Jon Esty
1137 Pleasant Pt. Dr.
Ridgway, CO 81432

**From:** Steve Smith
**To:** UFORMP@blm.gov
**Subject:** I Support the B1 North Fork Alternative in the Final RMP
**Date:** Wednesday, October 26, 2016 9:43:32 AM

Dear

Dear BLM-UFO Staff and RMP Comment Team,

I am working through the WCC system to send you this comment, but please don't just think of this as a form letter with little input from me, and just designed to blanket you with identical comments.

Firstly, I do thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.  I'm especially glad you've included Alternative B1 in the list of potential plans that could become the next RMP for our area.

I am concerned that our lifestyle here in the North Fork could be seriously impacted and pollution levels in our air, water and land become much higher than now.  I think that B1 is the best plan to help make that less likely, and that the other versions of the plan could make things worse quickly.

The North Fork such a unique and special place to live I would like to keep it that way.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

Please can the BLM include the conservation protections in Alternative B1 in the final plan. Thanks you again for accepting my comments for the RMP process.

cheers, Steve Smith

PS.  I hope to see you again up on Black Mesa this winter.  (Sorry for a personal note in this letter, but in case you actually read these things personally, Barbara, I have to say HELLO and that Terry and I have already talked about this winter and getting you up again for some back country skiing!  :-)

Steve Smith
41367 Lamborn Mesa Rd
Paonia, CO 81428

**From:**        John Eakins
**To:**          UFORMP@blm.gov
**Subject:**     Support Alternative B1 in the Final RMP
**Date:**        Tuesday, October 25, 2016 9:22:04 AM

Dear

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I live in Grand Junction, a short distance from what I hope will not be another sacrifice area for short term greed. I have spent my entire life in the West, primarily Western Colorado and have seen first hand the end result of exactly this and it sucks! In recent years the BLM has given way too much to oil, gas and motorized activities. It is well past time to think of the future and the natural world.

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

John Eakins
2030 Poplar Dr
Grand Junction, CO 81505

BLM_0129533

| | |
|---|---|
| **From:** | Colleen Stabolepszy |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Monday, October 24, 2016 7:30:52 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

As a person who appreciates and loves the North Fork, I am writing to first of all thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Colleen Stabolepszy
428 1/2 Prospectors Pt
Grand Junction, CO 81507

| | |
|---|---|
| **From:** | Barbara Bernhardt |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Sunday, October 23, 2016 8:22:19 AM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers in the Uncompahgre UFO. However, the agricultural economy and the water upon which it is critically dependent will be placed at risk if greater protections are not in the final UFO.

I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan.

Thank you.

Barbara Bernhardt
20409 Solitude Road
Montrose, CO 81403

| | |
|---|---|
| **From:** | Judith And Bernard Heideman |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 9:02:30 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,

My husband and I have lived in the North Fork valley for 45 years. Our two children were born here, and have returned to settle down here. And now we have a grandson. So the heath and well-being of this beautiful valley mean a lot to us.

Thank you for the opportunity to comment on the draft Uncompahgre plan. We are very glad the BLM is considering ways to protect important natural resources such as wildlife habitat and wild and scenic rivers. The wonderful fresh mountain air is so important to us.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Judith And Bernard Heideman
11126 3500 rd
Hotchkiss, CO 81419

| | |
|---|---|
| **From:** | Patrick Hunter |
| **To:** | UFORMP@blm.gov |
| **Subject:** | Support Alternative B1 in the Final RMP |
| **Date:** | Saturday, October 22, 2016 12:13:17 PM |

Dear

Dear BLM-UFO Staff and RMP Comment Team,
My personal comment is this:
The scientific evidence is in that using any more fossil fuel beyond the current world wide reserves will preclude any chance of keeping the rise in average global temperature to a livable level. Simply, we cannot allow ANY new fossil fuel development. We know that the political pressures on the BLM from energy companies are enormous. We know that any reductions are extremely problematic for government staff people.
It may be helpful to recognize that the current push for more O&G is more a Ponzi scheme to satisfy the Wall Street lenders than a wise economic decision. The enormous price drop was caused by the oversupply created by fracking in the first place.  Saudi Arabia forced the price drop to stop fracking and other unconventional energy sources.
The coal operations in the North Fork are bankrupt because the energy market is moving away from coal to fracked gas and renewables.  Plus, the coal companies were overextended in debt and didn't have the profits to pay their loans.
It is painful for the people who have worked in coal and have lost jobs.  We need to find better ways to put them to work.  Fracked wells are not the answer.
Thank you for your concern.


The following is from Western Colorado Congress:

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am glad the BLM is considering ways to protect important natural resources like wildlife habitat and wild and scenic rivers.

However, I am concerned about the BLM's proposal to leave 95% of the planning area open to oil and gas leasing, even in areas where there is low potential for development. This is not balanced land use planning and I would encourage the BLM to close areas with low development potential but with other important resources and values to oil and gas leasing.

In particular, I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. This proposal was developed by residents of the North Fork Valley to ensure the protection of the resources that make the North Fork such a unique and special place to live.

Alternative B1 ensures the strongest level of long-term protection for resources of particular concern, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan. Thanks you again for accepting my comments for the RMP process.

Patrick Hunter
1131 County Road 106
Carbondale, CO 81623

GSD Global<br>
Zach@gsd-global.com<br>
Paonia, CO, 81428<br>
11/1/16

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I am an owner of GSD Global, which is based in Paonia CO.  We work in the bicycle industry and located our company in Paonia because of its low population, clean air, fabulous recreation opportunities, and close by access to mountain biking.  Opening up the area to oil and gas leasing is not supported by us.

I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. The North Fork Alternative boundaries include the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water, irrigation, and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. It ensure the strongest level of long-term protection for resources of particular concern included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' viewsheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan.

Thanks you again for accepting my comments for the RMP process. The outcome is important to me because it will affect my home and community for years to come. (With a small change, this could be an opening as well)

Sincerely,

November 1, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

I live in unincorporated Delta County, just outside of Hotchkiss, 8870 3400 Road. My 12-acre homestead is surrounded to the North, East, and South by BLM lands. The health of these lands is directly connected to the health of our homestead. It is for this reason that I am encouraging the BLM to include Alt B1 into the Resource Management Plan. This plan protects our way of life in the North Fork Valley by protecting our water resources, wildlife, and recreation opportunities.

The draft plan as it stands now would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wildlife and wilderness-quality areas, recreation, and cultural sites. I am aghast that the BLM, who we depend on to manage our lands, would jeopardize the health of our ecosystem and economy for risky, speculative leasing. Please listen to the residents of this community, exercise strong leadership and foresight, and adopt a final plan that makes wilderness-quality lands, important wildlife habitat, and recreation area off-limits to energy development. The inclusion of Alternative B1 balances all the resources managed by the BLM.

My family uses BLM lands for hunting and recreation (trail running, hiking, and camping). Our irrigation water that supports our homestead (Short Ditch Extension) runs through BLM land. My son is learning to ride his bike on our quiet country road. These lands support our way of life and it is why we choose to live here. All of this will change if Alt B1 is not included. Our quiet road will have heavy truck traffic and increase noise pollution. Our air quality and water quality will be negatively impacted. Please listen to the local communities—Hotchkiss, Crawford, and Paonia—and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal supports our community, economy, and way of life here in the Western Slope.

Sincerely,

Jessica Finnigan
8870 3400 Road
Hotchkiss, CO 81419

Dear Barb Sharrow, Gina Jones and Dana Wilson,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option! While I recommend that you don't do anything, if you must select an option, then the only one to consider is Alternative Plan B1.

With Regards,

Cheryl Loughlin
Rowley MA

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow, Gina Jones and Dana Wilson,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option! While I recommend that you don't do anything, if you must select an option, then the only one to consider is Alternative Plan B1.

With Regards,

Evi Jong
509 8th Street
Glenwood Springs, CO

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards, *Jeanette Dawn*

Street 611 #2 Orchard Av

City, State, Zip Paonia, Co, 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

i am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards, Craig Clark

Street 15878 Black Bridge Rd

City, State, Zip Paonia Co 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

BLM_0129543

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Street 220 SHERMAN St.

City, State, Zip RIDGWAY CO 81432

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Claire Moore

Street _38464 Stucker Mesa Rd._

City, State, Zip _Hotchkiss, CO  81419_

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Leah Pearce
Leah Pearce

Street 41425 Lamborn Mesa Rd.

City, State, Zip Paonia, Co 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Tamara D Lawhorn

Street  37380 Back River Rd

City, State, Zip  Paonia, CO 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

*Leah Pearce*
Leah Pearce

Street  41425 LambORN Mesa Rd.
City, State, Zip  Paonia, Co 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Kate Wright

Street _212 N. 7th Street_

City, State, Zip _Colorado Springs CO 80905_

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

BLM_0129549

Dear Barb Sharrow,

      I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

      Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

      I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

*Claire Moore*

Street  *38464 Stucker Mesa Rd.*

City, State, Zip  *Hotchkiss, CO 81419*

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

BLM_0129550

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards, *Jeanate Dawn*

Street 611 #2 Orchard Av
City, State, Zip Paonia, Co, 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,                                        SAlly OweN

Street 38,520 PAKiN Rd

City, State, Zip Paonia Co 81428-0758

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis of the impact as the project grows.

The Draft BLM Uncompahgre Resource Management Plan for our valley also did not adequately address the impact on the environment for the following:

- leaks or spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites.
- possible environmental disasters caused by or affecting fluid mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP.
- the possibility of explosions, or lightning strikes and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other explosive materials are involved. The planning area is often subject to drought conditions in which fires can quickly get out control.
- potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health and our valley's environment has to be a priority. Why hasn't the BLM conducted a human health impact assessment? These are just a few of my concerns. Therefore, I demand that the BLM not move forward with any options laid out in the Draft RMP and issue a moratorium.

Sincerely yours,

ERIN FLANDERS
31867 L Rd.
Hotchkiss, CO
81419

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis of the impact as the project grows.

The Draft BLM Uncompahgre Resource Management Plan for our valley also did not adequately address the impact on the environment for the following:

- leaks or spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites.
- possible environmental disasters caused by or affecting fluid mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP.
- the possibility of explosions, or lightning strikes and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other explosive materials are involved. The planning area is often subject to drought conditions in which fires can quickly get out control.
- potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health and our valley's environment has to be a priority. Why hasn't the BLM conducted a human health impact assessment? These are just a few of my concerns. Therefore, I demand that the BLM not move forward with any options laid out in the Draft RMP and issue a moratorium.

Sincerely yours,

Robert Orlando

PO Box 628
Paonia, CO 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis of the impact as the project grows.

The Draft BLM Uncompahgre Resource Management Plan for our valley also did not adequately address the impact on the environment for the following:

- leaks or spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites.
- possible environmental disasters caused by or affecting fluid mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP.
- the possibility of explosions, or lightning strikes and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other explosive materials are involved. The planning area is often subject to drought conditions in which fires can quickly get out control.
- potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health and our valley's environment has to be a priority. Why hasn't the BLM conducted a human health impact assessment?  These are just a few of my concerns. Therefore, I demand that the BLM not move forward with any options laid out in the Draft RMP and issue a moratorium.

Sincerely yours,

Mary George

MARY GEORGE
40820 O Rd
Paonia CO 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis. So, don't you think you should reconsider your own lack of studies on the impact to air quality, water quality, soil and the health of residents and visitors to the North Fork Valley.

From the article referenced at the bottom of this note:

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The BLM's Draft RMP doesn't address many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health has to be a priority. Clearly, it is not in the BLM's Draft RMP. Therefore, at this time, the BLM should not move forward with any options laid out in the Draft RMP and should issue a moratorium.

Sincerely yours,

Jeremiah Garcia
38620 Pitkin rd.
Paonia, CO 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis of the impact as the project grows.

The Draft BLM Uncompahgre Resource Management Plan for our valley also did not adequately address the impact on the environment for the following:

- leaks or spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites.
- possible environmental disasters caused by or affecting fluid mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP.
- the possibility of explosions, or lightning strikes and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other explosive materials are involved. The planning area is often subject to drought conditions in which fires can quickly get out control.
- potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health and our valley's environment has to be a priority. Why hasn't the BLM conducted a human health impact assessment?  These are just a few of my concerns. Therefore, I demand that the BLM not move forward with any options laid out in the Draft RMP and issue a moratorium.

Sincerely yours,

Susan Shoemaker

PO Box 1733
Paonia, CO
81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis of the impact as the project grows.

The Draft BLM Uncompahgre Resource Management Plan for our valley also did not adequately address the impact on the environment for the following:

- leaks or spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites.
- possible environmental disasters caused by or affecting fluid mineral development. It is possible that wastewater injection wells can cause seismic activity. There is no mention of this in the RMP.
- the possibility of explosions, or lightning strikes and the risk that these events can pose to nearby residences, structures, property and other natural resources when natural gas and other explosive materials are involved. The planning area is often subject to drought conditions in which fires can quickly get out control.
- potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health and our valley's environment has to be a priority. Why hasn't the BLM conducted a human health impact assessment? These are just a few of my concerns. Therefore, I demand that the BLM not move forward with any options laid out in the Draft RMP and issue a moratorium.

Sincerely yours,

*Barbe Chambless*
Barba Chambliss
199 Clearwater Rd
Carbondale, CO 81623

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis. So, don't you think you should reconsider your own lack of studies on the impact to air quality, water quality, soil and the health of residents and visitors to the North Fork Valley.

From the article referenced at the bottom of this note:

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The BLM's Draft RMP doesn't address many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health has to be a priority. Clearly, it is not in the BLM's Draft RMP. Therefore, at this time, the BLM should not move forward with any options laid out in the Draft RMP and should issue a moratorium.

Sincerely yours,

Melissa Rehfeldt

15466 Black Bridge Rd Melissa Rehfeldt
Paonia, CO  81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis. So, don't you think you should reconsider your own lack of studies on the impact to air quality, water quality, soil and the health of residents and visitors to the North Fork Valley.

From the article referenced at the bottom of this note:

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The BLM's Draft RMP doesn't address many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health has to be a priority. Clearly, it is not in the BLM's Draft RMP. Therefore, at this time, the BLM should not move forward with any options laid out in the Draft RMP and should issue a moratorium.

Sincerely yours,

Katy Goldsberry
14645 Peony ln
Paonia   co 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

BLM_0129560

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis. So, don't you think you should reconsider your own lack of studies on the impact to air quality, water quality, soil and the health of residents and visitors to the North Fork Valley.

From the article referenced at the bottom of this note:

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The BLM's Draft RMP doesn't address many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health has to be a priority. Clearly, it is not in the BLM's Draft RMP. Therefore, at this time, the BLM should not move forward with any options laid out in the Draft RMP and should issue a moratorium.

Sincerely yours,

Kayla Miller

211 Onarga

Paonia, CO 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis. So, don't you think you should reconsider your own lack of studies on the impact to air quality, water quality, soil and the health of residents and visitors to the North Fork Valley.

From the article referenced at the bottom of this note:

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The BLM's Draft RMP doesn't address many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health has to be a priority. Clearly, it is not in the BLM's Draft RMP. Therefore, at this time, the BLM should not move forward with any options laid out in the Draft RMP and should issue a moratorium.

Sincerely yours,

Gabrielle Bertin
Gabrielle B
306 Box Elder Ave
Paonia, Co 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis. So, don't you think you should reconsider your own lack of studies on the impact to air quality, water quality, soil and the health of residents and visitors to the North Fork Valley.

From the article referenced at the bottom of this note:

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The BLM's Draft RMP doesn't address many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health has to be a priority. Clearly, it is not in the BLM's Draft RMP. Therefore, at this time, the BLM should not move forward with any options laid out in the Draft RMP and should issue a moratorium.

Sincerely yours,

*Julietta St. John*

Julietta St. John
15495 Blackbridge Rd.
Paonia CO 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

BLM_0129563

Dear Joe Meyer,

All of us who would have to live with the impact on the environment from hydraulic fracturing ask you to note that in Utah on October 6th, a federal judge denied the BLM's approval for drilling 16 sites in the Uinta Basin due to insufficient analysis. So, don't you think you should reconsider your own lack of studies on the impact to air quality, water quality, soil and the health of residents and visitors to the North Fork Valley.

From the article referenced at the bottom of this note:

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The BLM's Draft RMP doesn't address many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The impact on human health has to be a priority. Clearly, it is not in the BLM's Draft RMP. Therefore, at this time, the BLM should not move forward with any options laid out in the Draft RMP and should issue a moratorium.

Sincerely yours,

STERLING COOK

1244 EMERSON ST.
DENVER, CO 80218

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: S. Jewell, R. Welch, N. Kornze, Gov. J. Hickenlooper, M. Bennet

BLM_0129564

To the BLM,

In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Note the following excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go to protect our community.

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered.

A couple of my many concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds and other chemicals and water used in the fracking process and the impact of VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.

We do not have surplus water in the valley. Farmers, ranchers and all residents need clean water. After drilling, the water would be filled with toxins and not safe for agriculture, livestock or humans. Fracking would destroy our economy.

Why is the impact on human health not a priority in the BLM's Draft RMP? I cannot accept any options in the Draft RMP and demand that the BLM issue a moratorium.

Yours truly,

John FRIAR
PO Box 1317
PAONIA, CO 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: R. Welch, N. Kornze, M. Bennet, Gov. J. Hickenlooper, S. Jewell

To the BLM,

In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Those of us who live, work or recreate in the North Fork Valley would have to live with the toxins in the air, water and soil and our bodies from hydraulic fracturing if the BLM's draft RMP is approved. Note the excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go to protect our community.

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people are not addressed in the BLM's Draft RMP.

Why is the impact on human health not a priority in the BLM's Draft RMP? Since it is not, I cannot accept any options the Draft RMP and request that the BLM issue a moratorium.

Yours truly,

M Smyth Bogue

14645 PEONY LANE
PAONIA CO 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: R. Welch, N. Kornze, M. Bennet, Gov. J. Hickenlooper, S. Jewell



BLM_0129567



BLM_0129568



BLM_0129569



BLM_0129570



BLM_0129571



BLM_0129572



BLM_0129573





BLM_0129575





BLM_0129577



BLM_0129578



BLM_0129579



BLM_0129580



BLM_0129581



BLM_0129582



BLM_0129583



BLM_0129584



BLM_0129585



BLM_0129586



BLM_0129587



BLM_0129588





BLM_0129590



BLM_0129591



BLM_0129592



BLM_0129593



BLM_0129594



BLM_0129595



BLM_0129596

BLM_0129597



BLM_0129598



Case No. 1:20-cv-02484-MSK   Document 66-2   filed 04/28/21   USDC Colorado   pg 97 of 472

BLM_0129599



BLM_0129600





BLM_0129602



BLM_0129603



BLM_0129604



BLM_0129605



BLM_0129606



BLM_0129607



BLM_0129608



BLM_0129609



BLM_0129610



BLM_0129611



BLM_0129612



BLM_0129613

51338

BLM_0129614



BLM_0129615



BLM_0129616



BLM_0129617



BLM_0129618



BLM_0129619



BLM_0129620



BLM_0129621



BLM_0129622



BLM_0129623



BLM_0129624



BLM_0129625



BLM_0129626



BLM_0129627



BLM_0129628



BLM_0129629



BLM_0129630



BLM_0129631



BLM_0129632



BLM_0129633



BLM_0129634



BLM_0129635



BLM_0129636



BLM_0129637



BLM_0129638



BLM_0129639



BLM_0129640



BLM_0129641



BLM_0129642



BLM_0129643



BLM_0129644



BLM_0129645



BLM_0129646



BLM_0129647



BLM_0129648



BLM_0129649



BLM_0129650





BLM_0129652



BLM_0129653



BLM_0129654



BLM_0129655



BLM_0129656



BLM_0129657



BLM_0129658



BLM_0129659



BLM_0129660



BLM_0129661



BLM_0129662



BLM_0129663



BLM_0129664



BLM_0129665



BLM_0129666



BLM_0129667



BLM_0129668



BLM_0129669



BLM_0129670



BLM_0129671



BLM_0129672



BLM_0129673



BLM_0129674



BLM_0129675



BLM_0129676



BLM_0129677



BLM_0129678



BLM_0129679



BLM_0129680



BLM_0129681



BLM_0129682



BLM_0129683



BLM_0129684



BLM_0129685



BLM_0129686



BLM_0129687



BLM_0129688



BLM_0129689



BLM_0129690



BLM_0129691



BLM_0129692



BLM_0129693



BLM_0129694



BLM_0129695



BLM_0129696



BLM_0129697



BLM_0129698



BLM_0129699



BLM_0129700



BLM_0129701



BLM_0129702



BLM_0129703



BLM_0129704



BLM_0129705



BLM_0129706



BLM_0129707



BLM_0129708



BLM_0129709



BLM_0129710





BLM_0129712





BLM_0129714



BLM_0129715



BLM_0129716



BLM_0129717

Thank you,

E Pajak

15317

BLM_0129718





BLM_0129720



BLM_0129721



BLM_0129722



BLM_0129723



BLM_0129724



BLM_0129725



BLM_0129726



BLM_0129727



BLM_0129728



BLM_0129729



BLM_0129730



BLM_0129731



BLM_0129732



BLM_0129733



BLM_0129734



BLM_0129735



BLM_0129736



BLM_0129737



BLM_0129738



BLM_0129739



BLM_0129740





BLM_0129742



BLM_0129743



BLM_0129744



BLM_0129745



BLM_0129746



BLM_0129747



BLM_0129748



BLM_0129749



BLM_0129750



BLM_0129751





BLM_0129753



BLM_0129754



BLM_0129755



BLM_0129756



BLM_0129757



BLM_0129758



BLM_0129759



BLM_0129760



BLM_0129761



BLM_0129762



BLM_0129763



BLM_0129764



BLM_0129765



BLM_0129766



BLM_0129767



BLM_0129768



BLM_0129769



BLM_0129770



BLM_0129771



BLM_0129772



BLM_0129773



BLM_0129774



BLM_0129775



BLM_0129776



BLM_0129777



BLM_0129778



BLM_0129779



BLM_0129780



BLM_0129781



BLM_0129782



BLM_0129783



BLM_0129784



BLM_0129785



BLM_0129786



BLM_0129787



BLM_0129788



BLM_0129789



BLM_0129790



27612

BLM_0129791



BLM_0129792



BLM_0129793



88021

BLM_0129794



BLM_0129795



BLM_0129796



BLM_0129797



BLM_0129798



BLM_0129799



BLM_0129800



BLM_0129801



BLM_0129802

BLM_0129803



BLM_0129804

BLM_0129805



BLM_0129806



BLM_0129807



BLM_0129808



BLM_0129809



BLM_0129810



BLM_0129811



BLM_0129812



BLM_0129813



BLM_0129814



BLM_0129815



BLM_0129816



BLM_0129817



BLM_0129818



BLM_0129819



BLM_0129820



BLM_0129821



BLM_0129822



BLM_0129823



BLM_0129824



BLM_0129825



BLM_0129826



BLM_0129827



BLM_0129828



BLM_0129829



BLM_0129830



BLM_0129831



BLM_0129832



BLM_0129833



BLM_0129834



BLM_0129835



BLM_0129836



BLM_0129837



BLM_0129838



BLM_0129839



BLM_0129840



BLM_0129841



BLM_0129842



BLM_0129843



BLM_0129844





BLM_0129846



BLM_0129847



BLM_0129848



BLM_0129849



BLM_0129850



BLM_0129851



BLM_0129852





BLM_0129854

Melissa Kallick

80224

BLM_0129855



BLM_0129856



BLM_0129857



BLM_0129858



BLM_0129859



BLM_0129860



BLM_0129861



BLM_0129862



BLM_0129863



BLM_0129864



BLM_0129865



BLM_0129866



BLM_0129867



BLM_0129868



BLM_0129869

BLM_0129870



BLM_0129871



BLM_0129872



BLM_0129873



BLM_0129874



BLM_0129875



BLM_0129876



BLM_0129877



BLM_0129878





BLM_0129880



BLM_0129881



BLM_0129882



BLM_0129883



BLM_0129884



BLM_0129885



BLM_0129886



BLM_0129887



BLM_0129888



BLM_0129889



BLM_0129890



BLM_0129891



BLM_0129892



BLM_0129893



BLM_0129894



BLM_0129895



BLM_0129896



BLM_0129897



BLM_0129898

BLM_0129899



BLM_0129900



BLM_0129901



BLM_0129902



BLM_0129903



BLM_0129904



BLM_0129905



BLM_0129906



BLM_0129907



BLM_0129908



BLM_0129909



BLM_0129910



BLM_0129911



BLM_0129912



BLM_0129913



BLM_0129914



BLM_0129915



BLM_0129916



BLM_0129917



BLM_0129918



BLM_0129919



BLM_0129920





BLM_0129922



BLM_0129923



BLM_0129924



BLM_0129925



BLM_0129926



BLM_0129927



BLM_0129928



BLM_0129929



BLM_0129930



BLM_0129931



BLM_0129932



BLM_0129933



BLM_0129934



BLM_0129935



BLM_0129936



BLM_0129937



BLM_0129938



BLM_0129939



BLM_0129940



BLM_0129941



BLM_0129942



BLM_0129943



BLM_0129944





BLM_0129946



BLM_0129947



BLM_0129948



BLM_0129949



BLM_0129950



BLM_0129951



BLM_0129952



BLM_0129953



BLM_0129954

BLM_0129955



BLM_0129956



BLM_0129957



BLM_0129958



BLM_0129959



BLM_0129960



BLM_0129961



BLM_0129962



BLM_0129963



BLM_0129964



BLM_0129965



BLM_0129966



BLM_0129967



BLM_0129968



BLM_0129969



BLM_0129970



BLM_0129971



BLM_0129972



BLM_0129973



BLM_0129974