**From:** Janes Petersen
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 4:07:44 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Janes Petersen

60510

BLM_0131567

**From:** Judy Wenning
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 4:06:12 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Judy Wenning

10023

**From:** Arlene Forwand
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 4:06:06 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Arlene Forwand

11743

BLM_0131569

**From:**     Donna Griffen
**To:**       uformp@blm.gov
**Subject:**  No oil and gas leasing on public lands in the North Fork Valley
**Date:**     Monday, October 24, 2016 4:05:19 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Donna Griffen

98284

**From:** John D"hondt
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 4:05:13 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

John D'hondt

000 000

BLM_0131571

| | |
|---|---|
| **From:** | Delores Stachura |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:05:11 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Delores Stachura

62948

| | |
|---|---|
| **From:** | Susan McCarthy |
| **To:** | uformrp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:05:07 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Susan McCarthy

22603

| | |
|---|---|
| **From:** | Diane McEwan |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:04:49 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Diane McEwan

30040

| | |
|---|---|
| **From:** | Donlon Mcgovern |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:04:45 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Donlon Mcgovern

97211

| | |
|---|---|
| **From:** | Mary Ann Barrett |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:04:05 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mary Ann Barrett

18042

| | |
|---|---|
| **From:** | Jacki Ruby |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:03:59 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jacki Ruby

94704

**From:** Karen Bravo
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 4:03:05 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Karen Bravo

60068

| | |
|---|---|
| **From:** | Sue Chard |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:03:05 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

These are public lands, not corporation lands.

Thank you,

Sue Chard

37148

BLM_0131579

**From:** Elizabeth Cotton
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 4:02:47 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Elizabeth Cotton

92024

| | |
|---|---|
| **From:** | Caroline Hair |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:02:43 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Caroline Hair

29229

**From:**     John_kalinchok
**To:**       uformp@blm.gov
**Subject:**  No oil and gas leasing on public lands in the North Fork Valley
**Date:**     Monday, October 24, 2016 4:02:43 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

John kalinchok

18231

| | |
|---|---|
| **From:** | Melanie King |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:00:57 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Melanie King

92082

BLM_0131583

| | |
|---|---|
| **From:** | Janie Horowitz |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 4:00:50 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Janie Horowitz

07661

BLM_0131584

**From:**   Diana S Hatcher
**To:**   uformp@blm.gov
**Subject:**   No oil and gas leasing on public lands in the North Fork Valley
**Date:**   Monday, October 24, 2016 4:00:50 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Diana S Hatcher

37830

BLM_0131585

**From:** Geraldine May
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 4:00:17 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Geraldine May

93432

| | |
|---|---|
| **From:** | Evan Brazil |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:58:40 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Evan Brazil

80128

**From:** Ronald B. Borgquist
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:58:27 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Ronald B. Borgquist

43035

BLM_0131588

| | |
|---|---|
| **From:** | Matt Hulstrunk |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil &4 gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:57:17 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to ALL oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider their opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable. Leave the oil in the ground.

Thank you,

Matt Hulstrunk

97330

**From:** Sherrie Raymond
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:56:53 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative. There is now a preponderance of evidence of the harmful, irreversible effects of fracking, mining, & drilling operations.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley. We can't afford to pay for more "cleanups" of pollution from the fossil fuel industries, nor can we afford any more of their pollution.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sherrie Raymond

37901

BLM_0131590

| | |
|---|---|
| **From:** | Dan Morgan |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:55:35 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Dan Morgan

93560

BLM_0131591

**From:** Taylor Jones
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:55:10 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Taylor Jones

80206

BLM_0131592

**From:** Tony Smith
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:54:58 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Tony Smith

EX8 5QU

| | |
|---|---|
| **From:** | Judith Lang |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:54:55 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Judith Lang

22530

BLM_0131594

| | |
|---|---|
| **From:** | daniel sterner |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:54:47 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

daniel sterner

18709

| | |
|---|---|
| **From:** | Anna Jacus |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:54:18 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Anna Jacus

07036

BLM_0131596

**From:** Diane Ethridge
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:53:40 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Diane Ethridge

77304

BLM_0131597

| | |
|---|---|
| **From:** | Louise McGuire |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:53:37 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Louise McGuire

94519

| | |
|---|---|
| **From:** | Lena Harris |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:53:26 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Lena Harris

5885

BLM_0131599

**From:** Shauna Sparlin
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:53:14 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Shauna Sparlin

67235

BLM_0131600

| | |
|---|---|
| **From:** | Pamela Scott |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:53:06 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Pamela Scott

95006

| | |
|---|---|
| **From:** | Donald Cooney |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:53:00 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Donald Cooney

87505

BLM_0131602

| | |
|---|---|
| **From:** | Robert Torres |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:51:08 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Robert Torres

75006

BLM_0131603

**From:** John Brown
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:51:01 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

John Brown

17011

| | |
|---|---|
| **From:** | Nancy Kelly |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:50:50 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Nancy Kelly

94605

| | |
|---|---|
| **From:** | valerie clark |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:50:37 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

valerie clark

2494

| | |
|---|---|
| **From:** | Bill Ridgeway |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:50:23 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Bill Ridgeway

18504

| | |
|---|---|
| **From:** | Bryan Duncan |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:49:53 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Bryan Duncan

20720

BLM_0131608

**From:** Becky Daiss
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:49:45 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Becky Daiss

22201

**From:** Tristan Sophia
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:49:03 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Tristan Sophia

59001

**From:**       James Conway
**To:**         uformp@blm.gov
**Subject:**    No oil and gas leasing on public lands in the North Fork Valley
**Date:**       Monday, October 24, 2016 3:48:46 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

James Conway

55901

| | |
|---|---|
| **From:** | Julie Takatsch |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:48:16 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Julie Takatsch

12771

BLM_0131612

**From:**     Robert Hicks
**To:**       uformp@blm.gov
**Subject:**  No oil and gas leasing on public lands in the North Fork Valley
**Date:**     Monday, October 24, 2016 3:47:18 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Robert Hicks

90803

BLM_0131613

| | |
|---|---|
| **From:** | Staci Tefertiller |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:46:53 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Staci Tefertiller

89130

**From:** Jack Stansfield
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:46:38 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jack Stansfield

98292

BLM_0131615

| | |
|---|---|
| **From:** | Stephanie Millet |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:46:13 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Stephanie Millet

39401

| | |
|---|---|
| **From:** | Carol Berkeley |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:45:57 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Carol Berkeley

01921

| | |
|---|---|
| **From:** | Linda Plate |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:45:53 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Linda Plate

75223

| | |
|---|---|
| **From:** | Irene Rosa |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:45:49 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Irene Rosa

87752

| | |
|---|---|
| **From:** | Patricia Cabarga |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:45:47 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Patricia Cabarga

27514

**From:** Marie Mock
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:45:44 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Marie Mock

97324

**From:** Michael Parsons
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:45:43 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Michael Parsons

81020

BLM_0131622

**From:** Serena Fuschini
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:45:35 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Serena Fuschini

80026

BLM_0131623

| | |
|---|---|
| **From:** | Michael MacDougall |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:45:24 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Michael MacDougall

99026

**From:**      Holly Quick
**To:**        uformp@blm.gov
**Subject:**   No oil and gas leasing on public lands in the North Fork Valley
**Date:**      Monday, October 24, 2016 3:44:51 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Holly Quick

37204

| | |
|---|---|
| **From:** | George Theobald |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:44:23 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

George Theobald

4895

| | |
|---|---|
| **From:** | James L Wolcott |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:44:21 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

James L Wolcott

47150

| From: | Dorothy Lynn Brooks |
|---|---|
| To: | uformp@blm.gov |
| Subject: | No oil and gas leasing on public lands in the North Fork Valley |
| Date: | Monday, October 24, 2016 3:44:19 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Dorothy Lynn Brooks

76013

| | |
|---|---|
| **From:** | Gina Paige |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:44:09 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Gina Paige

23060

BLM_0131629

| | |
|---|---|
| **From:** | laura balocca |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:44:06 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

laura balocca

01590

BLM_0131630

| | |
|---|---|
| **From:** | Kathy Grabowski |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:43:57 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Kathy Grabowski

18428

| | |
|---|---|
| **From:** | Mickey White |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:43:33 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mickey White

73064

| | |
|---|---|
| **From:** | Vicki Bingo |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:43:09 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Vicki Bingo

90036

BLM_0131633

| | |
|---|---|
| **From:** | PRISCILLA DELANEY |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:42:04 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

PRISCILLA DELANEY

19096

BLM_0131634

| | |
|---|---|
| **From:** | Rita Gentry |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:42:04 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Rita Gentry

87507

BLM_0131635

| | |
|---|---|
| **From:** | Melitta von Abele |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:41:58 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Melitta von Abele

94523

BLM_0131636

| | |
|---|---|
| **From:** | Valerie Leonard |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:41:56 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Valerie Leonard

21045

| | |
|---|---|
| **From:** | Jennifer Nelson |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:41:54 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jennifer Nelson

98133

**From:** Melinda Bandow
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:41:32 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Melinda Bandow

60505

| | |
|---|---|
| **From:** | Melinda Bandow |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:41:31 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Melinda Bandow

60505

| | |
|---|---|
| **From:** | Hilarie Ericson |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:40:52 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Hilarie Ericson

98115

| | |
|---|---|
| **From:** | Linda Just |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:40:35 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Linda Just

21917

BLM_0131642

| | |
|---|---|
| **From:** | Janet Smith |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:40:00 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Janet Smith

34223

BLM_0131643

**From:** Evelyn Haas
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:39:26 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Evelyn Haas

19152

BLM_0131644

| | |
|---|---|
| **From:** | Ralph Jones |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:39:24 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Ralph Jones

48197

BLM_0131645

**From:** Harold Watson
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:39:14 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Harold Watson

65802

| | |
|---|---|
| **From:** | Lyssa Mercier |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:39:12 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Lyssa Mercier

98119

| | |
|---|---|
| **From:** | nicole carpenter |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:39:00 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

nicole carpenter

81428

**From:** Robert and
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:38:55 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Robert and

97504

**From:**       gerald kuhn
**To:**         uformp@blm.gov
**Subject:**    No oil and gas leasing on public lands in the North Fork Valley
**Date:**       Monday, October 24, 2016 3:38:39 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

gerald kuhn

24014

BLM_0131650

| | |
|---|---|
| **From:** | sara matheson |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:37:52 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

sara matheson

3800

BLM_0131651

| | |
|---|---|
| **From:** | Kristen Renton |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:37:38 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Kristen Renton

91354

**From:** Alice Eckles
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:36:45 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Alice Eckles

05474

BLM_0131653

**From:** Jared Cornelia
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:36:26 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jared Cornelia

19804

**From:** Lindsey Campbell
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:35:35 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Lindsey Campbell

fk218ua

BLM_0131655

| | |
|---|---|
| **From:** | Abby Bateman |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:35:28 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Abby Bateman

92106

| | |
|---|---|
| **From:** | Cecily Colloby |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:34:46 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Cecily Colloby

TR24HX

BLM_0131657

| | |
|---|---|
| **From:** | Sharon Reinstein |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:34:31 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sharon Reinstein

11572

BLM_0131658

**From:** Megan Oliver
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:34:18 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Megan Oliver

95449

| | |
|---|---|
| **From:** | Sharon Reinstein |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:34:18 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sharon Reinstein

11572

| | |
|---|---|
| **From:** | Joyce Grajczyk |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:33:52 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Joyce Grajczyk

98031

| | |
|---|---|
| **From:** | magda paiva |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:33:19 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

magda paiva

L3Y 1M1

| | |
|---|---|
| **From:** | Cal Cole |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:32:21 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Save the planet. !!!!!
Thank you,

Cal Cole

44688

| | |
|---|---|
| **From:** | brian pappas |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:32:04 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

brian pappas

23462

| | |
|---|---|
| **From:** | emma henderson |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:31:55 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

emma henderson

00000

BLM_0131665

| | |
|---|---|
| **From:** | Helen Dickey |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:31:41 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Helen Dickey

94530

BLM_0131666

| | |
|---|---|
| **From:** | Nathan Sullenberger |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:31:35 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Nathan Sullenberger

15601