**From:** Wendy Pendleton
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:15:50 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Wendy Pendleton

93924

**From:** Marcia Flannery
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:15:48 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Marcia Flannery

94609

| | |
|---|---|
| **From:** | Laura Ramon |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:15:35 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Laura Ramon

32578

BLM_0132882

| | |
|---|---|
| **From:** | Julie Guarino |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:15:26 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Julie Guarino

02128

BLM_0132883

| | |
|---|---|
| **From:** | Mr. Shelley Dahlgren, PhD |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:15:12 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mr. Shelley Dahlgren, PhD

98029

**From:** Eugene TeSelle
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:15:09 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Eugene TeSelle

37212

BLM_0132885

| | |
|---|---|
| **From:** | Anita Anita |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:15:09 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Anita Anita

1010

| | |
|---|---|
| **From:** | Robert Ford |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:14:58 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Robert Ford

82009

BLM_0132887

| | |
|---|---|
| **From:** | Edna Rankine |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:14:57 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Edna Rankine

48135

**From:** Alfred Dickerson
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:14:33 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Alfred Dickerson

92211

| | |
|---|---|
| **From:** | JEANNE STIDHAM |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:14:29 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

JEANNE STIDHAM

89145

**From:**     Alessandro Zabini
**To:**       uformp@blm.gov
**Subject:**  No oil and gas leasing on public lands in the North Fork Valley
**Date:**     Monday, October 24, 2016 11:14:24 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Alessandro Zabini

40133

| | |
|---|---|
| **From:** | T Mo |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:14:15 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

T Mo

55076

**From:** Lyle Brandt
**To:** uformrp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:14:14 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Lyle Brandt

55359

BLM_0132893

**From:** Angelic Rubalcava
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:14:07 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Angelic Rubalcava

91766

BLM_0132894

**From:** William Crist
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:14:06 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

William Crist

94044

BLM_0132895

**From:** Millard Martin
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:14:00 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Millard Martin

98340

BLM_0132896

**From:** Clara Aragó
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:13:53 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Clara Aragó

12001

BLM_0132897

| | |
|---|---|
| **From:** | David Daniels-Lee |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:13:48 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

David Daniels-Lee

98569

**From:** Susan Dorchin
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:13:44 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Susan Dorchin

33446

BLM_0132899

**From:**      Linda Greene
**To:**        uformp@blm.gov
**Subject:**   No oil and gas leasing on public lands in the North Fork Valley
**Date:**      Monday, October 24, 2016 11:13:37 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Linda Greene

47468

BLM_0132900

| | |
|---|---|
| **From:** | Montserrat Garc??? a |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:13:32 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Montserrat Garc???_a

68020

| From: | carol Becker |
|---|---|
| To: | uformp@blm.gov |
| Subject: | No oil and gas leasing on public lands in the North Fork Valley |
| Date: | Monday, October 24, 2016 11:13:33 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

carol Becker

91423

**From:** David Urich
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:13:31 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

David Urich

33901

**From:** nancy sharp
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:13:13 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

nancy sharp

13104

| | |
|---|---|
| **From:** | thomas macaulay |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:12:53 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

thomas macaulay

45344

BLM_0132905

| | |
|---|---|
| **From:** | J.B. Johnson-Allen |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:12:18 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

J.B. Johnson-Allen

40422

| | |
|---|---|
| **From:** | Martie Enfield |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:12:17 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Martie Enfield

32792

BLM_0132907

**From:** Joanne LaVine
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:12:14 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

DO NOT ALLOW FRACKING IN THE NORTH FORK VALLEY.Colorado!!!

Joanne LaVine

73064

| | |
|---|---|
| **From:** | M Langelan |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:12:03 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

M Langelan

20815

BLM_0132909

| | |
|---|---|
| **From:** | geoffrey saign |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:11:53 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

geoffrey saign

55116

**From:** George Lynch
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:11:51 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

George Lynch

91384

BLM_0132911

**From:** Ellen Barth
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:11:44 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Ellen Barth

94707

BLM_0132912

| | |
|---|---|
| **From:** | Lee Margulies |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:11:05 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Lee Margulies

11790

| | |
|---|---|
| **From:** | shirley swan |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:11:03 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

shirley swan

b147sr

BLM_0132914

| | |
|---|---|
| **From:** | Phillip McLaurin |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:10:29 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Phillip McLaurin

29223

| | |
|---|---|
| **From:** | Mary Leitch |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:10:20 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

"No man may poison the people for his private profit."
—Theodore Roosevelt

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mary Leitch

19147

BLM_0132916

**From:** Elissa Mericle-Gray
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:10:17 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Elissa Mericle-Gray

03901

**From:** james jackson
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:09:56 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

james jackson

80421

BLM_0132918

**From:** Michael Cushing
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:09:52 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Michael Cushing

02332

**From:** Lynda West
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:09:35 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Lynda West

22044

BLM_0132920

| | |
|---|---|
| **From:** | Frances Rove |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:09:22 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Frances Rove

66206

| | |
|---|---|
| **From:** | sagen smith |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:08:57 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

sagen smith

97520

BLM_0132922

**From:** Sandra Cobb
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:08:56 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sandra Cobb

44022

| | |
|---|---|
| **From:** | Michael Martin |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:08:46 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Michael Martin

21144

| | |
|---|---|
| **From:** | Mary A Leon |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:08:43 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mary A Leon

78212

BLM_0132925

| | |
|---|---|
| **From:** | sidney sisk |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:08:35 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

sidney sisk

80020

| | |
|---|---|
| **From:** | Jessica Mitchell |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:08:34 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jessica Mitchell

80129

| | |
|---|---|
| **From:** | Jan Beauchamp |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:08:29 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jan Beauchamp

88240

**From:** Nasrin Mazuji
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:08:16 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Nasrin Mazuji

85635

**From:** Kristen Rangel
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:08:14 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Kristen Rangel

01824

| | |
|---|---|
| **From:** | Barbara Nagy |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:08:05 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Barbara Nagy

90503

| From: | Constance Youens |
|---|---|
| To: | uformp@blm.gov |
| Subject: | No oil and gas leasing on public lands in the North Fork Valley |
| Date: | Monday, October 24, 2016 11:08:05 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Constance Youens

92562

**From:** Linda Freeman
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:07:51 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Linda Freeman

95991

**From:**   Elizabeth Waldron
**To:**   uformp@blm.gov
**Subject:**   No oil and gas leasing on public lands in the North Fork Valley
**Date:**   Monday, October 24, 2016 11:07:48 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Elizabeth Waldron

97330

| | |
|---|---|
| **From:** | Mary Gutierrez |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:07:48 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mary Gutierrez

32548

| | |
|---|---|
| **From:** | Mary Mutch |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:07:42 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mary Mutch

54601

BLM_0132936

| | |
|---|---|
| **From:** | richard siegel |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:07:34 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

richard siegel

33334

BLM_0132937

| | |
|---|---|
| **From:** | Richard Spratley |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:07:33 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Richard Spratley

80020

BLM_0132938

**From:** Kennith Lassalle
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:07:22 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Kennith Lassalle

70121

| | |
|---|---|
| **From:** | meade cadot |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:07:04 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

meade cadot

03449

| | |
|---|---|
| **From:** | Barbara Vieira |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:06:56 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Barbara Vieira

10312

BLM_0132941

**From:** Susan Horty
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:06:47 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Susan Horty

19806

BLM_0132942

| | |
|---|---|
| **From:** | G. Fries |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:06:42 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

G. Fries

99603

| | |
|---|---|
| **From:** | William Persky |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:06:39 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

William Persky

98501

| | |
|---|---|
| **From:** | J???rg Gaiser |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:06:37 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

J???rg Gaiser

72270

| | |
|---|---|
| **From:** | arleen whitmore |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:06:18 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

arleen whitmore

94577

| | |
|---|---|
| **From:** | Brett Dennison |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:06:11 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Brett Dennison

92802

BLM_0132947

| | |
|---|---|
| **From:** | joann givan |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:06:10 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

joann givan

62049

BLM_0132948

| | |
|---|---|
| **From:** | Pat Powers-Jaeger |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:06:02 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Pat Powers-Jaeger

97217

| | |
|---|---|
| **From:** | Kalcie Ontiveros |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:06:00 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Kalcie Ontiveros

92583

BLM_0132950

**From:** Karen Kennedy
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:05:49 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Karen Kennedy

01752

**From:**      Cheryl Shushan
**To:**        uformp@blm.gov
**Subject:**   No oil and gas leasing on public lands in the North Fork Valley
**Date:**      Monday, October 24, 2016 11:05:49 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Cheryl Shushan

02478

BLM_0132952

**From:** Paul Zendzian
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:05:46 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Paul Zendzian

01602

**From:** Steven Sugarman
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:05:45 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Steven Sugarman

90265

| | |
|---|---|
| **From:** | Paul McNeely |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:05:36 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Paul McNeely

91104

| | |
|---|---|
| **From:** | Natacha Lascano |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:05:34 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Natacha Lascano

95765

| | |
|---|---|
| **From:** | Julia N Allen |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:05:26 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Julia N Allen

98199

BLM_0132957

**From:** Michael Terry
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:05:09 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Michael Terry

90402

| | |
|---|---|
| **From:** | Andrea Saad |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:05:04 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Andrea Saad

24121

| | |
|---|---|
| **From:** | David Snope |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:04:43 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

David Snope

07830

**From:** David Miller
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:04:33 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

David Miller

90802

| | |
|---|---|
| **From:** | Sabine Espeter |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:04:32 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sabine Espeter

48167

**From:** David Stetler
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:04:16 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

David Stetler

98034

BLM_0132963

**From:** Ronda Reynolds
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:04:09 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Ronda Reynolds

83404

BLM_0132964

**From:** Jamie Rosenblood
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:04:06 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jamie Rosenblood

90049

BLM_0132965

**From:** Erna Beerheide
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:03:55 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Erna Beerheide

80206

BLM_0132966

**From:** Alexandra Meyer
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:03:50 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Alexandra Meyer

82194

| | |
|---|---|
| **From:** | Carolyn Turner |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:03:47 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Carolyn Turner

43235

| | |
|---|---|
| **From:** | Mary Callahan |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:03:36 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mary Callahan

63122

BLM_0132969

| | |
|---|---|
| **From:** | Jan Towler |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:03:34 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jan Towler

TQ14QS

**From:** Maili Souza Costa
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:03:31 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Maili Souza Costa

21368-030

BLM_0132971

**From:** Emily Nguyen
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:03:26 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Emily Nguyen

80651

**From:** Deborah Childers
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:03:19 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Deborah Childers

95350

BLM_0132973

| | |
|---|---|
| **From:** | Carlene Estacion |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:03:14 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Carlene Estacion

86339

| | |
|---|---|
| **From:** | Sean O"Dell |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:02:48 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sean O'Dell

98056

| | |
|---|---|
| **From:** | Mary McKinney |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:02:47 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mary McKinney

33404

BLM_0132976

| | |
|---|---|
| **From:** | Kathryn Greeson |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:02:41 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Kathryn Greeson

80113

| | |
|---|---|
| **From:** | Marco Aurelio Lotti |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:02:35 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Marco Aurelio Lotti

22461-152

**From:** Jay McCormick
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 11:02:08 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jay McCormick

81212

| | |
|---|---|
| **From:** | Gavin Dillard |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:02:04 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Gavin Dillard

28711