| | |
|---|---|
| **From:** | robert&mary swain |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:16:29 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable. PRESERVE,CONSERVE, & PROTECT OUR LAND !!!!

Thank you,

robert&mary swain

49506

BLM_0134495

| | |
|---|---|
| **From:** | Janice Rost |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:16:22 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Janice Rost

10510

BLM_0134496

| | |
|---|---|
| **From:** | Barbara Kantola |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:16:20 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Barbara Kantola

49120

| | |
|---|---|
| **From:** | Janice Pulliam |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:16:19 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Janice Pulliam

85624

**From:** Allison Argo
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:16:15 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Allison Argo

02631

| | |
|---|---|
| **From:** | Carolyn Knoll |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:16:11 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Carolyn Knoll

94563

BLM_0134500

**From:** Janet Matthews
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:16:09 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today as a parent, early childhood educator and advocate, and person of faith concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Janet Matthews

11570

| | |
|---|---|
| **From:** | Gerald Shaia |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:16:07 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Gerald Shaia

91352

BLM_0134502

| | |
|---|---|
| **From:** | Anita Faulkner |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:16:07 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Anita Faulkner

75007

| | |
|---|---|
| **From:** | Abigail Zoline |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:16:00 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Abigail Zoline

08542

| | |
|---|---|
| **From:** | Jo Ann Howse |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:15:52 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jo Ann Howse

74145

BLM_0134505

| | |
|---|---|
| **From:** | Janice Gloe |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:15:44 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Janice Gloe

94602

| | |
|---|---|
| **From:** | s logan |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:15:38 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

s logan

33131

| | |
|---|---|
| **From:** | Timothy Mullen |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:15:38 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Timothy Mullen

55973

**From:** william haegele
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:15:29 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

william haegele

19154

BLM_0134509

| | |
|---|---|
| **From:** | jim sickafoose |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:15:28 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

jim sickafoose

80033

| | |
|---|---|
| **From:** | Art W |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:14:48 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Art W

55119

| | |
|---|---|
| **From:** | jeff hopkins |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:14:45 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

jeff hopkins

60046

| | |
|---|---|
| **From:** | Sarah Hafer |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:14:15 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sarah Hafer

98684

| | |
|---|---|
| **From:** | F. Robert Wesley |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:14:10 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

F. Robert Wesley

14850

| | |
|---|---|
| **From:** | Connie Dunn |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:14:08 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Connie Dunn

38256

| | |
|---|---|
| **From:** | Janine Moore |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:14:00 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Janine Moore

04901

BLM_0134516

| | |
|---|---|
| **From:** | Dena Barbara |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:13:51 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Dena Barbara

13809

| | |
|---|---|
| **From:** | Greg Collins |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:13:34 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Greg Collins

49404

**From:**      Sonia Liskoski
**To:**        uformp@blm.gov
**Subject:**   No oil and gas leasing on public lands in the North Fork Valley
**Date:**      Monday, October 24, 2016 9:13:31 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sonia Liskoski

15108

BLM_0134519

**From:** Lorraine Marie
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:13:00 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Lorraine Marie

99114

| | |
|---|---|
| **From:** | Sebastiaan Poos |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:12:49 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sebastiaan Poos

2490

**From:** Lynn Schneider
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:12:34 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Lynn Schneider

34108

| | |
|---|---|
| **From:** | Steve Schueth |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:12:07 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Steve Schueth

60613

BLM_0134523

| | |
|---|---|
| **From:** | Margaret T.M. Petkiewicz |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:12:04 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Margaret T.M. Petkiewicz

95125

**From:** Amy Haines
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:12:02 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Amy Haines

53403

**From:** Heather Hundt
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:11:59 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Heather Hundt

56554

BLM_0134526

| | |
|---|---|
| **From:** | Denise Saccone |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:11:49 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Denise Saccone

87506

| | |
|---|---|
| **From:** | George Stadnik |
| **To:** | uformp@blm.gov |
| **Subject:** | Please don not allow oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:11:46 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

George Stadnik

11103

| From: | EARL ROBERTS |
| To: | uformp@blm.gov |
| Subject: | No oil and gas leasing on public lands in the North Fork Valley |
| Date: | Monday, October 24, 2016 9:11:40 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

EARL ROBERTS

78217

BLM_0134529

| | |
|---|---|
| **From:** | Jim Petkiewicz |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:11:28 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jim Petkiewicz

95125

| | |
|---|---|
| **From:** | Dawn Albanese |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:11:19 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Dawn Albanese

60007

BLM_0134531

| | |
|---|---|
| **From:** | Sharon Frank |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:11:14 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sharon Frank

75077

| | |
|---|---|
| **From:** | d klocek |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:11:11 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

d klocek

10021

| | |
|---|---|
| **From:** | Bob Haugen |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:11:04 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Bob Haugen

55422

| | |
|---|---|
| **From:** | John Jones |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:11:00 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

John Jones

34652

| | |
|---|---|
| **From:** | Linda Herrmann |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:10:34 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Linda Herrmann

44805

BLM_0134536

**From:** Phillip Doe
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:10:17 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Phillip Doe

80128

| | |
|---|---|
| **From:** | Jodi Hanson |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:10:01 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jodi Hanson

60005

| | |
|---|---|
| **From:** | Steven and Michelle Handwerker |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:09:57 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Steven and Michelle Handwerker

33431

BLM_0134539

| | |
|---|---|
| **From:** | Ted Cheeseman |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:09:31 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Ted Cheeseman

95060

| | |
|---|---|
| **From:** | Sylvia Ruth Gray |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:08:58 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Sylvia Ruth Gray

84103

**From:** Lacey Hicks
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:08:53 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Lacey Hicks

94587

| | |
|---|---|
| **From:** | Pamela Culpepper |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:08:11 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Fracking in my part of Texas has introduced health hazards in addition to ruining the,land.
Thank you,

Pamela Culpepper

77583

**From:** Robert and Donna Janusko
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:07:51 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Robert and Donna Janusko

18018

BLM_0134544

| | |
|---|---|
| **From:** | Wolfgang Lippel |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:07:27 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Wolfgang Lippel

D-31582

| | |
|---|---|
| **From:** | Ann G. Riddle |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:06:50 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Ann G. Riddle

27115

| | |
|---|---|
| **From:** | Bevan Early |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:06:22 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Bevan Early

V0G 2E0

**From:** Steve Mattan
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:06:10 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Steve Mattan

08010

BLM_0134548

| | |
|---|---|
| **From:** | Bruce Krawisz |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:05:59 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Bruce Krawisz

54449

BLM_0134549

| | |
|---|---|
| **From:** | Michael Norden |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:05:45 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Michael Norden

43512

| | |
|---|---|
| **From:** | Arlene Ruksza-Lenz |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:04:32 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Arlene Ruksza-Lenz

60707

| | |
|---|---|
| **From:** | test test |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:02:09 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

test test

11111

BLM_0134552

**From:** C Yngve
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 8:56:45 AM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

C Yngve
belmont st
easton, MA 02375

BLM_0134553

| | |
|---|---|
| **From:** | John Burritt |
| **To:** | uformp@blm.gov |
| **Subject:** | Please! No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Wednesday, October 26, 2016 9:51:17 PM |

Dear local BLM-UFO Staff, et. al.,

I appreciate the opportunity to comment on the BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office.

I am strongly opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in our state. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. My home valley is renown for it's fruit and vegetables has the potential to be a world class region for wine. Pristine hunting and recreation activities also factor in as major resources for our local economies.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptabie and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

John R. Burritt Jr.

John Burritt

81419

| From: | ann malyon |
|---|---|
| To: | uformp@blm.gov |
| Subject: | No oil and gas leasing on public lands in the North Fork Valley |
| Date: | Wednesday, October 26, 2016 4:23:22 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing concerning the BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I AM OPPOSED TO OIL AND GAS LEASING on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

ann malyon

07436

BLM_0134555

| From: | Debbie Cheesman |
|---|---|
| To: | uformp@blm.gov |
| Cc: | director@blm.gov; rwelch@blm.gov; rmpcomments@citizensforahealthycommunity.org |
| Subject: | NO LEASING IN THE NORTH FORK VALLEY! |
| Date: | Wednesday, October 26, 2016 8:35:45 AM |
| Attachments: | BLM Letter_Read.pages |
| | Untitled attachment 00658.htm |
| | WEXsignaturesmailer2.jpg |
| | Untitled attachment 00661.htm |

Please see attached.  Thank you!

BLM_0134556

| | |
|---|---|
| **From:** | Debbie Cheesman |
| **To:** | uformp@blm.gov |
| **Cc:** | director@blm.gov; rwelch@blm.gov; rmpcomments@citizensforahealthycommunity.org |
| **Subject:** | NO LEASING IN THE NORTH FORK VALLEY! |
| **Date:** | Wednesday, October 26, 2016 7:45:21 AM |
| **Attachments:** | BLM Letter_Deb.pages |
| | Untitled attachment 00666.htm |
| | WEXsignaturesmaiier2.jpg |
| | Untitled attachment 00669.htm |

Please see attached.  Thank you!

BLM_0134557

| | |
|---|---|
| **From:** | Deb Barr |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Tuesday, October 25, 2016 7:54:19 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am a resident of Montrose, Colorado. I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties.

I am wholeheartedly opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. Such development would put the entire community at risk.

Thank you,

Deb Barr

81403

| | |
|---|---|
| **From:** | A.J. Brown |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Tuesday, October 25, 2016 3:15:34 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today to express concern about BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I oppose oil and gas leasing on public lands in the North Fork Valley, one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss; it is surrounded by public lands.

I ask BLM to reconsider the plan to open 95% of lands to oil and gas leasing without adequate analysis of the risks that large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado; instead, I ask the BLM to please adopt a no-leasing alternative.

The draft RMP would result in industrializing the UFO region and contaminating the air, water, soil, and agricultural lands of the North Fork Valley.

I believe that it is unacceptable to risk destroying this vital ecosystem and to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum, BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

A.J. Brown

36609

| | |
|---|---|
| **From:** | Anne Cassebaum |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Tuesday, October 25, 2016 3:06:11 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.


Anne Cassebaum

27244

BLM_0134560

| | |
|---|---|
| **From:** | Natalie Hanson |
| **To:** | uformp@blm.gov |
| **Subject:** | NO oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Tuesday, October 25, 2016 5:45:37 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I strongly urge you to OPPOSE oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I strongly urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a NO-LEASING alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is UNACCEPTABLE and UNCONSCIONABLE to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The ONLY WAY to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is UNACCEPTABLE.

Thank you,

Natalie Hanson

48917

**From:**     Neal Umphred
**To:**       uformp@blm.gov
**Subject:**  No oil and gas leasing on public lands in the North Fork Valley
**Date:**     Tuesday, October 25, 2016 3:16:19 AM

JUST DO THE RIGHT FURSHLUGGINER THING ALREADY!

Neal Umphred

98052

BLM_0134562

| | |
|---|---|
| **From:** | Marilyn Martin |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Tuesday, October 25, 2016 1:50:23 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch:

I am writing concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I strongly oppose oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County; includes the towns of Paonia, Crawford, and Hotchkiss; and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and to adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region and contaminating the air, water, soil, and agricultural lands of the North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum, BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is not acceptable.

Thank you,

Marilyn Martin

20852

| | |
|---|---|
| **From:** | William MAYNARD |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:22:41 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I write today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I oppose oil and gas leasing on public lands in the North Fork Valley, one of the most beautiful and fertile places in the world. The North Fork Valley in Delta County includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area could become as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP roadmaps industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It stands unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

William MAYNARD

20715

| | |
|---|---|
| **From:** | joey smith |
| **To:** | uformp@blm.gov |
| **Subject:** | I oppose oil& gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 11:12:23 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

joey smith

95404

BLM_0134565

| | |
|---|---|
| **From:** | Stuart Kramer |
| **To:** | uformp@blm.gov |
| **Subject:** | No minerals leasing in the North Fork watershed to protect unique farming area |
| **Date:** | Monday, October 24, 2016 10:39:58 PM |

I am a farm worker who has been working at Rain Crow Farm, along the North Fork of the Gunnison River in Paonia for three years.  My livelihood and health are dependent on clean water used for agriculture.  The North Fork feeds the Paonia ditch which irrigates my farm and many other farms.  No hydraulic fracturing should occur within the North Fork watershed because it is irresponsible water management.  Fluids used in hydraulic fracturing are known to contain carcinogens and substances which are a risk to human health.  To allow contamination of a unique agricultural area would be gravely risky.

Because of the 2014 landslide in the Collbran, I also believe that this area is uniquely unsuitable for oil and gas development.  If a landslide of that scale occurred within an extraction area local water and would be seriously compromised.  The economy of the North Fork Valley depends on its renowned healthy fruit, vegetable, and meat products.

My income is dependent on clean water, please consider the infinite economic value of agriculture and do not open land to oil and gas development within the North Fork watershed.

Thank you,

Stuart Kramer

Rain Crow Farm
Paonia, CO
smkramer@mtu.edu

| | |
|---|---|
| **From:** | DK Bolen |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 10:38:55 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

Concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

DK Bolen

33709

| | |
|---|---|
| **From:** | DK Bolen |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 10:38:52 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

Concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

DK Bolen

33709

| | |
|---|---|
| **From:** | Rachael Denny |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 10:20:45 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

 The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

With this in mind, I respectfully urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.  We can, and must, do better.

Thank you,

Rachael Denny

 93426

**From:** Art Hanson
**To:** uformp@blm.gov
**Subject:** NO oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 10:00:34 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I strongly urge you to OPPOSE oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I strongly urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a NO-LEASING alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is UNACCEPTABLE and UNCONSCIONABLE to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The ONLY WAY to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is UNACCEPTABLE.

Thank you,

Art Hanson

48917

| | |
|---|---|
| **From:** | Jennifer Nitz |
| **To:** | uformp@blm.gov |
| **Subject:** | Oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 9:11:22 PM |

Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing concerning BLM's released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I oppose oil and gas leasing on public lands in the North Fork Valley, which is one of the most fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

BLM must not open 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the North Fork Valley.

It is unacceptable to risk destroying this vital ecosystem, and sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions.

Sincerely,

Jennifer Nitz

59802

**From:** Mary Ann and Frank Graffagnino
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 9:03:56 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

My husband and I are writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

We are opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

We urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

PLEASE TAKE THE RIGHT, FAIR, JUST, HUMANE AND HEALTHY ACTION AND NO OIL AND GAS LEASING ON PUBLIC LANDS IN THE NORTH FORK VALLEY.

Thank you,

Mary Ann and Frank Graffagnino

85747

| | |
|---|---|
| **From:** | Bobbie Flowers |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 8:40:51 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Bobbie Flowers

10011

| | |
|---|---|
| **From:** | Richard Dawson |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 7:55:05 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I strongly object to BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Richard Dawson

90026

BLM_0134574

| | |
|---|---|
| **From:** | Joan Hobbs |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 7:37:26 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

RE; BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, to include Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado

I oppose oil and gas leasing on public lands in the North Fork Valley, one of the most beautiful and fertile places in the world.

The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California, and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Joan Hobbs

83647

| From: | joanna jarvis |
|---|---|
| To: | uformp@blm.gov |
| Subject: | No oil and gas leasing on public lands in the North Fork Valley |
| Date: | Monday, October 24, 2016 6:36:33 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

Of course oil and gas will bring more money to the big businesses, but it will be at the expense of the sustainable farming and living that goes on in this area.

I strongly oppose oil and gas and fracking activity in the North Fork valley.

Joanna Jarvis

joanna jarvis

95062

BLM_0134576

| | |
|---|---|
| **From:** | Allen Salyer |
| **To:** | uformp@blm.gov |
| **Subject:** | No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 5:25:15 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Allen Salyer

48085

| | |
|---|---|
| **From:** | Mha Atma S. Khalsa |
| **To:** | uformp@blm.gov |
| **Subject:** | My comments: No oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 3:17:00 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

As a concerned American citizen and taxpayer I am submitting my comments concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Mha Atma S. Khalsa

90035

**From:** John Kesich
**To:** uformp@blm.gov
**Subject:** No oil and gas leasing on public lands in the North Fork Valley
**Date:** Monday, October 24, 2016 3:14:49 PM

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

Regarding BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

John Kesich

34293

| | |
|---|---|
| **From:** | Rich Moser |
| **To:** | uformp@blm.gov |
| **Subject:** | Ban all fracking, it is a hazard to Life! |
| **Date:** | Monday, October 24, 2016 2:29:53 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Rich Moser

93101

| | |
|---|---|
| **From:** | Kae Bender |
| **To:** | uformp@blm.gov |
| **Subject:** | END oil and gas leasing on public lands including the North Fork Valley |
| **Date:** | Monday, October 24, 2016 1:11:07 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

Please vastly improve the BLM Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, including Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I oppose fracking anywhere, particularly on public land, and I urge you to END oil and gas leasing on public lands in the North Fork Valley, one of the most beautiful and fertile places in the world.

The North Fork Valley, located in Delta County, includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. If you frack this area, it can never become an iconic trouts mecca like Napa Valley in Northern California and Provence in the south of France.

I urge BLM to adopt a no-leasing alternative. After Paris, BLM would not be opening ANY lands to oil and gas leasing.

Without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy, this unique corner of Colorado will be blighted. Fracking is a disaster from before the first well is injected. The countryside is destroyed by huge trucks, and the injection itself is a recipe for poisoning water, wildlife, and communities.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Kae Bender

93536

BLM_0134581

| | |
|---|---|
| **From:** | Jerry Hudgins |
| **To:** | uformp@blm.gov |
| **Subject:** | Please reject oil and gas leasing on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 12:25:25 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is unacceptable and unconscionable to not only risk destroying this vital ecosystem, but to sanction additional greenhouse gas emissions, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to close off all BLM lands and minerals in the area to oil and gas leasing. At a minimum it BLM must impose a moratorium on oil and gas leasing and development until rural gas gathering pipelines are subject to federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, they are allowed to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. This is unacceptable.

Thank you,

Jerry Hudgins

94956

| | |
|---|---|
| **From:** | Stanley Tomkiel |
| **To:** | uformp@blm.gov |
| **Subject:** | No hydrocarbon development on public lands in the North Fork Valley |
| **Date:** | Monday, October 24, 2016 12:13:27 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I was born and raised in the environmental wasteland of Northeastern Pennsylvvania's anthracite region.  I am painfully aware of the permanent landscape and environmental changes brought on by fossil fuel extraction, destructive temporary infrasructure and hazards like unquenchable mine fires.   My childhood was like a post apocalyptic movie just so that a few greedy New York financiers and stupid greedy locals could make a short term financial benefit.

The anthracite region must never happen again especially since we are on the verge of sustainable energy supply and growing energy efficiency.

It is time to start thinking about the Post Fossil Fuel world which will last much longer than our fossil binge.  Humans must be fossil fuel free if we are to survive the coming millenia on this isolated and fragile island in space.  Why can't we say it is too late for more atmospheric $CO_2$ and save some of our open space like the North Fork Valley for the benefit of countless humans to come?

I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. The North Fork Valley is located in Delta County and includes the towns of Paonia, Crawford and Hotchkiss and is surrounded by public lands. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I urge BLM to reconsider opening 95% of lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses to human and animal health, the environment, and the economy of this unique corner of Colorado, and adopt a no-leasing alternative.

Thank you,

Stanley Tomkiel

08054

BLM_0134583

| | |
|---|---|
| **From:** | Henry Frank |
| **To:** | uformp@blm.gov |
| **Subject:** | North Fork Valley |
| **Date:** | Monday, October 24, 2016 12:06:35 PM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I oppose oil and gas leasing on public lands in the North Fork Valley.

This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

Please reconsider opening lands to oil and gas leasing without adequate analysis of the risks large-scale oil and gas development poses.

Thank you,

Henry Frank

19153

BLM_0134584

| From: | Mark Feldman |
|---|---|
| To: | uformp@blm.gov |
| Subject: | NO OIL & GAS LEASING ON PUBLIC LAND IN THE NORTH FORK VALLEY |
| Date: | Monday, October 24, 2016 10:53:39 AM |

Dear Acting UFO Field Manager, Joseph Meyer, Neil Kornze, and Ruth Welch

I am writing today concerning BLM's recently released Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office, which includes Delta, Gunnison, Mesa, Montrose, Ouray, and San Miguel Counties in southwestern Colorado.

I AM STRONGLY OPPOSED TO ANY OIL & GAS LEASING ON PUBLIC LANDS (AND ANYWHERE ELSE) IN THE NORTH FORK Valley, WHICH IS ONE OF THE MOST BEAUTIFUL AND FERTILE PLACES IN THE WORLD.

The North Fork Valley is located in Delta County and
INCLUDES the towns of Paonia, Crawford and Hotchkiss ANS IS SURROUNDED BT PUBLIC LANDS. This area is positioned to be as iconic as Napa Valley in Northern California and Provence in the south of France.

I STRONGLY DEMAND BLM TO IMMEDIATELY CANCEL OPENING 95% (OR ANY % OF LAND) OF LANDS TO OIL & GAS LEASING WITHOUT ADEQUATE ANALYSIS OF THE RISKS LARGE-SCALE OIL & GAS DEVELOPMENT POSES TO HUMAN AND ANIMAL HEALTH, THE ENVIRONMENT, AND THE ECONOMY OF THIS UNIQUE CORNER OF CO, AND ADOPT A STRONG NO-LEASING ALTERNATIVE.

The draft RMP is a roadmap to industrializing the UFO region, and in particular, contaminating the air, water, soil, and agricultural lands of the very special North Fork Valley.

It is UNACCEPTABLE AND UNCONSCIONABLE to not only RISK DESTROYING this vital ecosystem, but SANCTION ADDITIONAL GREENHOUSE EMISSIONS, which increase disastrous climate change impacts. The only way to prevent irreparable harm to this special area is to CLOSE OFF ALL BLM LANDS AND MINERALS IN THE AREA TO ANY OIL & GAS LEASING. At a minimum BLM MUST IMPOSE a moratorium on oil and gas leasing and development UNTIL rural gas gathering PIPELINES ARE SUBJECT TO federal pipeline safety regulations. As long as operators are not subject to the Pipeline Hazardous Materials and Safety Administration regulations on rural gas gathering pipelines, THEY ARE ALLOWED to use public lands to put the public and the environment at even higher risk of leaks, spills, and explosions. THIS IS UNACCEPTABLE.

THIS IS ANOTHER BLATANT OBVIOUS PUSH BY CORPORATE  LOBBYING/BRIBERY POWER MEANT TO FAVOR THE OIL & GAS INDUSTRY AS THEY WRITE THE LAWS & RULES FOR THEIR GREEDY SELFISH INTERESTS WITH THEIR CRONIES AT THE BLM & POLITICIANS ALLOWING IT TO HAPPEN.

 Thank you,

Mark Feldman

 95401

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing.  From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened.  I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP.  I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards, Miranda Eyler

Street Miranda Eyler

City, State, Zip Paonia, CO 81428

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

BLM_0134586

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Elias Bajulia

Street 32310 B50 RD.

City, State, Zip CRAWFORD, CO 81415

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

BLM_0134587

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Jennifer Sanborn

Street 36682 Back River Rd.

City, State, Zip Paonia, CO 81428

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Cynthia L. Davis
Cynthia L. Davis

Street 302 Second St.

City, State, Zip Paonia CO 81428

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Street _7o1 MAIN ST._

City, State, Zip _OURAY, CO 81427_

_Bily Knight_

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Claire Young

Street _795 35 th St._

City, State, Zip _Boulder, Co. 80303_

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Street 302 Niagara / Po box 512

City, State, Zip Paonia Co 81428

Travis Greenough

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Street _112 Clark Ave_

City, State, Zip _Paonia CO 81428_

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

JERE LOWE            Street 1344 MINERICH RD
                     City, State, Zip MONTA CO 81428

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Rebecca L. Pierson
Rebecca L. Pierson

Street _PO Box 1572_

City, State, Zip _Paonia, CO 81428_

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

BLM_0134595

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Ashley Trego

Street 602 Orchard Ave

City, State, Zip Paonia, Co 81428

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Street 302 Miagara / Po box 512

City, State, Zip Paonia Co 81428

Travis Greenough

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Elias Bajulia

Street 32310 BSO RD.

City, State, Zip CRAWFORD, CO. 81415

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

BLM_0134598

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Street _701 MAIN ST._

City, State, Zip _CURRY, CO 81477_

_Billy Kright_

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Cynthia L. Davis

Street _303 Second St._

City, State, Zip _Phonia CO 81428_

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regands,

Rebecca L. Pierson

Rebecca L. Pierson

Street PO Box 1572

City, State, Zip Paonia, CO 81428

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Claire Young

Street 795 35th St.

City, State, Zip Boulder, Co. 80303

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

JERE LOWE          Street 12441 MINERSON RD
                   City, State, Zip MONTA CO 81428

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

Dear Gina Jones and Barb Sharrow,

As a farmer/rancher who makes his living from the land and depends on the quality of the air and all natural resources for my crops and animals as well as my family, I am very concerned about the possibility of an increase of any natural gas wells as proposed by the BLM's RMP.

Studies have shown that the impact on communities' health, lowering of real estate values as well as how our resources are affected far outweigh any financial gain from hydraulic fracturing. From what I have read, much of the damage occurs from spills which percolate into ground water. This is a huge problem since we are all downstream. We irrigate with a lot of surface water and the groundwater is shallow.

Also among my concerns is the fact that the BLM has not included a human health analysis. A strict standard should be set with regular testing if any development occurs to ensure that the quality we have is not lessened. I see too many gaps which have not been supplied to make me feel that the proper safety nets will be in place or proper monitoring.

It would be irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

Therefore, I cannot condone or accept any of the plans offered by the BLM in the latest RMP. I recommend that a no lease plan be considered and adopted as the only acceptable way to protect and preserve the economy and quality of life in this valley.

Regards,

Street _112 Clark Ave_

City, State, Zip _Paonia CO 81428_

Cc; Ruth Welch, Neil Kornze, Sally Jewell, Sen. Michael Bennet,

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.  A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Charla J. Graham

PO. Box 1696
Paonia, CO
81428

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0134605

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Jamie Teer

Jamie Teer
330 Main St. Paonia, Co 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

John Hutchison
37533 Bone Mesa Rd
Paonia, Co 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Lauren Blair
707 3rd St.
Paonia, Co 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Amanda McCormick

Amanda McCormick
42764 Minnesota Creek Rd
Paonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Shari Paulsen
40694 O Rd
Paonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze