To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

John Sheneberger
310-5th St   Paonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312 Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Susan Friar
Susan Friar
PO Box 1317
87428

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0134612

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312 Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Phyllis Swackhamer

Phyllis Swackhamer
PO Box 1291
Peonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely, Dave Niemeyer   1140rcHard ave
paonia co 81428

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0134614

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.  A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Lauren Blair
707 3rd St.
Paonia, Co 81428

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0134615

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312 Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Phyllis Swackhamer
PO Box 1291
Paonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0134616

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312 Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Mary Reilly
MARY REILLY
211 1/2 Niagra
Paonia CO. 81428

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0134617

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely, Nick Kendall
Nick Kendall
313 N Fork Ave
Paonia, Co
81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

434 Delta Ave
Paonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4.  the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5.  glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312 Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Misha Lawley

434 Delta Ave
Paonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.  A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Sally Sheneberger
PO Box 1774 Paonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Jeff Parris
881 ½ 4th st,
Paonia, Co. 81428
cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.  A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

DEVON MEYER
876 HWY 133
PAONIA CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0134623

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312 Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

MARY DiFRANCO

PO BOX 685
PAONIA, CO

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Mary A. Hodkins

MARY A. HODKINS
40103 WOOD COURT
PAONIA, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312 Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

David Paulsen
40694 O Rd
Paonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

cc: R. Welch, S. Jewell, Neil Kornze

Prima Merry
110 Clark Avenue
Paonia, CO
81428

To Dana Wilson,

I am a resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Dave Niemeyer

PO Box 1698
Paonia Co 81428

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of David Philleo |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 11:45:34 PM |

Nov 2, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

David Philleo
552-71 Bean Creek Rd
Scotts Valley, CA 95066-3333
dphilleo@gmail.com

BLM_0134630

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Linda Jones |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 11:45:31 PM |

Nov 2, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Linda Jones
6770 W State Route 89a, Unit 142
Sedona, AZ 86336-9503
catslady3@verizon.net

BLM_0134632

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Mike K |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 11:15:33 PM |

Nov 2, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Mike K

OR
bigblacksun@hotmail.com

BLM_0134634

| From: | WildEarth Guardians on behalf of Alex Rappaport |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 11:15:32 PM |

Nov 2, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Alex Rappaport
1 Hazel hurst Pass
HEnderson, NV 89052-6992
alexandra3318@aol.com

BLM_0134636

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Zanna Joseph |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 11:15:32 PM |

Nov 2, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Zanna Joseph
8320 W. 87th Drive Arvada, CO 80005 Apt. E
Arvada, CO 80005
joseph_zanna@yahoo.com

BLM_0134638

| From: | WildEarth Guardians on behalf of Tiffany Howard |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 11:15:28 PM |

Nov 2, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Tiffany Howard
102 Vieux Orleans Cir Apt A
Lafayette, LA 70508
tthoward2016@gmail.com

BLM_0134640

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Richard Collins |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 11:15:27 PM |

Nov 2, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Richard Collins
11 Oak Ridge Dr
Waltham, MA 02453
rgcnuex@yahoo.com

BLM_0134642

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Charlotte Burr |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 10:15:25 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Charlotte Burr
5215 S Monaco Dr
Tempe, AZ 85283-2357
shasha7148@yahoo.com

BLM_0134644

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Pam Chattergoon |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 9:45:25 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Pam Chattergoon
1017 S Yearling Rd
Columbus, OH 43227
octavia1956@yahoo.com

BLM_0134646

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Laura Payne |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 9:45:23 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Laura Payne
2505 Aurora Ter
Alhambra, CA 91803
misslilpaw@aol.com

BLM_0134648

| From: | WildEarth Guardians on behalf of Leanne Thorsson |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 9:45:21 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Leanne Thorsson
1333 SE 34th Ave
Portland, OR 97214-4223
lthorsson@msn.com

BLM_0134649

BLM_0134650

| From: | WildEarth Guardians on behalf of John Estes |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 9:45:21 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

John Estes
1207 Regal Ave
Birmingham, AL 35213-2127
oldcodger1@att.net

BLM_0134652

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kelsey Kennedy |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 9:15:23 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kelsey Kennedy
997 Country Club Rd
Metropolis, IL 62960
kelseyk94@icloud.com

BLM_0134654

| From: | WildEarth Guardians on behalf of Tika Bordelon |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 9:15:21 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Tika Bordelon
1400 Hubbell Pl,
Seattle, WA 98101
tikab1@gmail.com

BLM_0134656

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Gail McMullen |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 9:15:17 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Gail McMullen
1734 N. Kingsley Dr. #4
Los Angeles, CA 90027
gjmcm48@yahoo.com

BLM_0134658

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Debra Bruegge |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 8:45:19 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Debra Bruegge
7308 Jean Dr
West Chester, OH 45069
debruegge@zoomtown.com

BLM_0134660

| From: | WildEarth Guardians on behalf of JOHN PASQUA |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 8:45:15 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

JOHN PASQUA
843 S ESCONDIDO BLVD
Escondido San Diego County, CA 92025
killself5150@yahoo.com

BLM_0134662

| From: | WildEarth Guardians on behalf of mauricio carvajal |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 8:15:21 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

mauricio carvajal

None
carvaggro666@hotmail.com

BLM_0134663

BLM_0134664

**From:** WildEarth Guardians on behalf of Nicolle Price
**To:** Bureau of Land Management Uncompahgre Field Office
**Subject:** Keep Our Fossil Fuels in the Ground
**Date:** Tuesday, November 1, 2016 8:15:20 PM

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Nicolle Price
116 Henderson Lane
Laurens, SC 29360
nikkishewolf@hotmail.com

BLM_0134666

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Bonnie Lynn MacKinnon |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 8:15:20 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Bonnie Lynn MacKinnon
1603 S Elm St
Georgetown, TX 78626
bmackinnonwitherspoon@yahoo.com

BLM_0134668

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Javier Rivera |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 8:15:20 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Javier Rivera

Brooklyn, NY 11249
javierocker@aol.com

BLM_0134670

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Tanya Gerard |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 8:15:18 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Tanya Gerard
312 N Pinnacle Ridge Rd
Beech Mountain, NC 28604-8264
inlakesh@inlakesh.com

BLM_0134672

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Steven Viens |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 7:45:18 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Steven Viens
100 Washington St Unit 1108
West Warwick, RI 02893-7761
stevev411@verizon.net

BLM_0134674

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Diane Bolman |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 7:45:18 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Diane Bolman
334 Ignacio Valley Cir
Novato, CA 94949
dbmar@sonic.net

BLM_0134676

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Cindy Knapp |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 7:45:17 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Cindy Knapp
13 Circle Drive
Ravenswood, WV 26164
clk.wvmom3@gmail.com

BLM_0134678

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Florence Harty |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 7:15:16 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Florence Harty
1130 NW Baker Dr
White Salmon, WA 98672-8901
flharty@yahoo.com

BLM_0134680

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Angeles Madrazo |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 7:15:16 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Angeles Madrazo
Eugenio Echeverria C.
Campeche, None 24120
angelesmadrazo@care2.com

BLM_0134682

| From: | WildEarth Guardians on behalf of Douglas Kinney |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 7:15:13 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Douglas Kinney
525 Crawford Rd
Otego, NY 13825
1942info@gmail.com

BLM_0134684

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Ali Van Zee |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 7:15:12 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Ali Van Zee

CA
yourali747@gmail.com

BLM_0134685

BLM_0134686

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of michelle taylor |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 6:45:13 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

michelle taylor
high street
Sydney, None 2000
lesmond@bigpond.net.au

BLM_0134688

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Hillary Koogler |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels In the Ground |
| **Date:** | Tuesday, November 1, 2016 6:45:13 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Hillary Koogler
14 Pomeroy St
Allston, MA 02134-1914
hbgreatwhite@yahoo.com

BLM_0134690

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jim Kilby |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 6:45:12 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jim Kilby
10249 Rayford Drive
Escondido, CA 92026-8200
jimkilby@usa.net

BLM_0134692

| From: | WildEarth Guardians on behalf of Douglas Poore |
|-------|------------------------------------------------|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 6:15:11 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Douglas Poore
429 Deodara St
Vacaville, CA 95688
poordoug@comcast.net

BLM_0134693

BLM_0134694

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Tami Palacky |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 6:15:10 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Tami Palacky
8005 Bethelen Woods Lane
Springfield, VA 22153
tpalacky@gmail.com

BLM_0134696

| From: | WildEarth Guardians on behalf of Roger May |
|-------|---------------------------------------------|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 6:15:08 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Roger May
4509 Wolf Run Dr
Medford, OR 97504-9673
rhmay7@gmail.com

BLM_0134697

BLM_0134698

| From: | WildEarth Guardians on behalf of Juliet Pearson |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 6:15:08 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Juliet Pearson
150 Hamakua Drive
Kailua Honolulu County, HI 96734
julietjohns@mac.com

BLM_0134700

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Tami Palacky |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 6:15:06 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Tami Palacky
8005 Bethelen Woods Lane
Springfield, VA 22153
tpalacky@gmail.com

BLM_0134702

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of paul cole |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:45:08 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

paul cole
1519 n j terrace
lake worth, FL 33460
cole3244@bellsouth.net

BLM_0134704

| From: | WildEarth Guardians on behalf of Andrea Frank |
|-------|-----------------------------------------------|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 5:45:07 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Andrea Frank
39171 N Bernice Ter
Beach Park, IL 60099
and9930@yahoo.com

BLM_0134706

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Judy Genandt |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:45:06 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Judy Genandt
710 Timothy Ct.
East Dundee, IL 60118-3038
j.genandt@sbcglobal.net

BLM_0134707

BLM_0134708

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Don B. Meriwether |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:45:06 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Don B. Meriwether
1111 Summit North Dr NE
Atlanta, GA 30324-3146
alien_don@yahoo.com

BLM_0134710

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Beth McHenry |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:45:04 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Beth McHenry

VA 23421
bethannez2002@yahoo.com

BLM_0134712

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Antonio García-Palao Redondo |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:08 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Antonio García-Palao Redondo
General Diaz Porlier 11
Madrid, None 28001
lordarnold@telefonica.net

BLM_0134713

BLM_0134714

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Joann Koch |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:07 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to strongly urge you to adopt a plan for the Uncompahgre
Field Office that prohibits new leasing of coal, oil, and gas, and that
aims to keep fossil fuels in the ground for our climate, for the
region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Joann Koch
134 Olenick Rd
Lebanon, CT 06249
jmjkla@yahoo.com

BLM_0134716

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Richard DiMatteo |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:07 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Richard DiMatteo
236 Kalmia St. #107,
San Diego, CA 92101
richarddimatteo@cox.net

BLM_0134718

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jean Buchanan |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:06 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jean Buchanan
8427 Canterbury Lake Blvd
Tampa, FL 33619
jabuchanan23@yahoo.com

BLM_0134719

BLM_0134720

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of charlotte sonoda |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:05 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

charlotte sonoda
1620 Bonita Ave
Berkeley, CA 94709
charlotte_sonoda@yahoo.com

BLM_0134722

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of joyce schwartz |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:04 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

joyce schwartz
486 northwestern ave
altamonte springs, FL 32714-1335
disneygoer1@gmail.com

BLM_0134724

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of jerry caldwell |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:03 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

jerry caldwell
3308 N Seeley Ave
Chicago, IL 60618
rard13@comcast.net

BLM_0134726

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Britt Stegerhoek |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:02 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Britt Stegerhoek
Groenlandsekade, 59
Vinkeveen, None 3645BB
brittstego@yahoo.com

BLM_0134727

BLM_0134728

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Joseph Polansky |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:02 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Joseph Polansky
2119 Comegys
Scranton, PA 18509
jpola1015@hotmail.com

BLM_0134730

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Lois Jordan |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:15:02 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Lois Jordan

AZ
lmjor@aol.com

BLM_0134732

| From: | WildEarth Guardians on behalf of Bruce Donnell |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels In the Ground |
| Date: | Tuesday, November 1, 2016 5:14:59 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Bruce Donnell
11 Camino Crosby
Santa Fe, NM 87506
b_donnell@msn.com

BLM_0134734

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Lorenz STEIninger |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 5:14:58 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Lorenz STEIninger

None
schreibdemstein@posteo.de

BLM_0134736

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jeff Creech |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 4:45:13 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jeff Creech
1701 Salem Rd, C-15
Burlington, NJ 08016
jeffreycreech0202@gmail.com

BLM_0134738

| From: | WildEarth Guardians on behalf of Jeanne Marie Cambouris |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 4:45:11 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jeanne Marie Cambouris
19 Boars Head Rd
Flemington, NJ 08822
jeannebradbury@gmail.com

BLM_0134740

| From: | WildEarth Guardians on behalf of Kristin Campbell |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 4:45:02 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kristin Campbell
10580 Little Avenue
Waconia, MN 55387
kpcampbell88@aol.com

BLM_0134741

BLM_0134742

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Daniel Lutzker |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 4:45:02 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Daniel Lutzker
24 Lake Celeste Drive
Garrison, NY 10524
dr.danlutzker@aol.com

BLM_0134743

BLM_0134744

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Rkachea Carpenter |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 4:45:01 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Rkachea Carpenter

NE
rkachea@aol.com

BLM_0134746

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Donna Lewis |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 4:45:00 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Donna Lewis
12921 Oxnard St
Van Nuys, CA 91401
lewi50@yahoo.com

BLM_0134748

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Eugene Kiver |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 4:44:57 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Eugene Kiver
4210 Tyler Way
Anacortes, WA 98221
froghollow@sisna.com

BLM_0134749

BLM_0134750

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Samantha Peterson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 4:44:57 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Samantha Peterson
PO Box 233
Astoria, OR 97103
delacya@gmail.com

BLM_0134751

BLM_0134752

| From: | WildEarth Guardians on behalf of Laurei Covington |
|-------|---------------------------------------------------|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Tuesday, November 1, 2016 4:44:54 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Laurel Covington
17303 Estes Road
Lutz, FL 33548
angelasaurous@hotmail.com

BLM_0134754

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jill Davine |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels In the Ground |
| **Date:** | Tuesday, November 1, 2016 4:15:06 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jill Davine

CA 90232
jsdavine@aol.com

BLM_0134756

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Janice VrMeer |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Tuesday, November 1, 2016 4:15:02 PM |

Nov 1, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Janice VrMeer
660 Jordan Rd Unit 1
Sedona, AZ 86336-3534
katevrmeer@hotmail.com