| From: | WildEarth Guardians on behalf of Donna Bonetti |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 3:15:13 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Donna Bonetti
1170 Monroe Dr Apt B
Boulder, CO 80303-8323
donnambirdlady@yahoo.com

BLM_0136319

BLM_0136320

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Gordon Gerbitz |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 3:15:07 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Gordon Gerbitz
512 Bath St Apt 225
Santa Barbara, CA 93101
gforce1@aol.com

BLM_0136321

BLM_0136322

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Peggy Powell |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 3:15:07 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Peggy Powell
5802 Bob Bullock Loop
Laredo, TX 78041-8807
peggypowell340@yahoo.com

BLM_0136324

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Teena Wildman |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 3:00:57 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Teena Wildman
2150 Center Ave Apt 11D
Fort Lee, NJ 07024
medlovers@aol.com

BLM_0136325

BLM_0136326

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of william ragar |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 3:00:57 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

william ragar
640 Whittington Ave
Hot Springs, AR 71901-3321
wragar@pmidpi.com

BLM_0136328

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of David Thompson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 3:00:57 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

David Thompson
1642 Lockwood Ave
Jackson, MS 39211
lelon2222@yahoo.com

BLM_0136330

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Aedan Hannon |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 3:00:56 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Aedan Hannon

Denver, CO 80209
ach44@duke.edu

BLM_0136331

BLM_0136332

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Malc Moore |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 3:00:56 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Malc Moore
564 E. Quincy Ave.
Portola, CA 96122
unclemeathead@hotmail.com

BLM_0136334

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of karen spurr |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 3:00:55 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

karen spurr
3953 Lake Ashby Ct
Warrenton, VA 20187
klspurr1a@gmail.com

BLM_0136336

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kathryn Dawson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 3:00:53 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kathyrn Dawson
1346 DUNHAM HILL RD
BINGHAMTON, NY 13905
tandkdawson@earthlink.net

BLM_0136338

| From: | WildEarth Guardians on behalf of Jean Bails |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:45:10 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jean Bails
21221 Thiele Ct
Saint Clair Shores, MI 48081
swimbails@aol.com

BLM_0136340

| From: | WildEarth Guardians on behalf of paul heloskie |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:45:08 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

paul heloskie
2075 Alan Dr
Seaford, NY 11783
paulh40@hotmail.com

BLM_0136341

BLM_0136342

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Julie Hayn |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:45:08 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Julie Hayn
6304 Briarcliff Way
Frederick, MD 21701
jmartinhayn@gmail.com

BLM_0136344

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Hunter Klapperich |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:45:04 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Hunter Klapperich
612 Park Ave
Stanley, WI 54768
hunterklapperich@gmail.com

BLM_0136345

BLM_0136346

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Paddy Fletcher |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:45:04 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Paddy Fletcher
2530 S Broadway
Grand Junction, CO 81507
f.paddy@yahoo.com

BLM_0136348

| From: | WildEarth Guardians on behalf of katherine kurzius |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:45:04 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

katherine kurzius
2075 E 16th St Apt 2E
Brooklyn, NY 11229
kkurzius@optonline.net

BLM_0136349

BLM_0136350

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Rocio Lario |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:30:57 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Rocio Lario

FL
rocionaples@aol.com

BLM_0136352

| From: | WildEarth Guardians on behalf of Sharon frank |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:30:56 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Sharon frank
2006 Pheasant Dr
Lewisville, TX 75077
featherlover59@gmail.com

BLM_0136353

BLM_0136354

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of shannon catt |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:30:55 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

shannon catt

OR
cattshannon@yahoo.com

BLM_0136355

BLM_0136356

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Nicole Dannery |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:30:51 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Nicole Dannery
1100 W Smith Rd
Medina, OH 44256
jmdnld98@yahoo.com

BLM_0136357

BLM_0136358

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Rocio Lario |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:30:49 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Rocio Lario

FL
rocionaples@aol.com

BLM_0136359

BLM_0136360

| From: | WildEarth Guardians on behalf of KJ Linarez |
|-------|----------------------------------------------|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:30:49 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

KJ Linarez
5249 Manzanita Ave
Carmichael, CA 95608
chacosadie@gmail.com

BLM_0136361

BLM_0136362

| From: | WildEarth Guardians on behalf of Nick Barcott |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:30:45 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Nick Barcott
1318 N. Lake Stickney Dr.
Lynnwood, WA 98087
nbarcott@msn.com

BLM_0136363

BLM_0136364

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Diane Wachowski |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:30:45 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Diane Wachowski
N2890 County Rd N
Monroe, WI 53566
dianewachowski@tds.net

BLM_0136365

BLM_0136366

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kimberly Hurtt |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:30:44 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kimberly Hurtt
2712 Quail Point Dr
Raleigh, NC 27603
kimmer760@yahoo.com

BLM_0136367

BLM_0136368

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Ellen Koivisto |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:15:17 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Ellen Koivisto
1556 Great Hwy #101
San Francisco, CA 94122
offstage@earthlink.net

BLM_0136370

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Edith Nash |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:15:16 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Edith Nash
PO Box 1888
Maggie Valley, NC 28751
ediek49@hotmail.com

BLM_0136372

| From: | WildEarth Guardians on behalf of Peggy Mainati |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:15:16 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to URGE you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Peggy Malnati
35935 W. 14 Mile Rd.
Farmington Hills, MI 48331
p.malnati@sbcglobal.net

BLM_0136373

BLM_0136374

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Richard Kurz |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:15:13 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Richard Kurz
291 Weymouth Dr
Rochester, NY 14625
rkurz@rochester.rr.com

BLM_0136376

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Steve Drucker |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:15:11 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Steve Drucker
1691 320th St
Sherrard, IL 61281-8503
sdrucker@frontiernet.net

BLM_0136377

BLM_0136378

| From: | WildEarth Guardians on behalf of Janet Moser |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:15:11 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Janet Moser
596 Campus Pl
North Baldwin, NY 11510-1715
janet630@optonline.net

BLM_0136380

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Claudia Moore |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:15:11 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Claudia Moore
13508 Compton Rd
Clifton, VA 20124
cnmoore2003@earthlink.net

BLM_0136381

BLM_0136382

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jacqueline Eckert |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:15:07 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jacqueline Eckert
5620 Robert Scott Dr N
Jacksonville, FL 32207-5976
jackeline7931@att.net

BLM_0136384

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Babette Bruton |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:15:07 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Babette Bruton
5001 25th Ave S
Gulfport, FL 33707
bbruton3@yahoo.com

BLM_0136385

BLM_0136386

| From: | WildEarth Guardians on behalf of sam butler |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:15:05 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

sam butler
8134 Westlawn Ave
Los Angeles, CA 90045
samjbutler@sbcglobal.net

BLM_0136387

BLM_0136388

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kathy Abby |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:15:04 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kathy Abby
2535 Paintbrush Dr.
Twin Falls, ID 83301
abbykatherine@yahoo.com

BLM_0136390

| From: | WildEarth Guardians on behalf of Sharon Nicodemus |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 2:15:04 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Sharon Nicodemus
2710 Danube Dr.
Sacramento, CA 95821
bream@omsoft.com

BLM_0136392

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Susan Hastings |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:00:45 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Susan Hastings
1070 Novelly Dr
Reno, NV 89503-3558
sustings@gmail.com

BLM_0136394

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of judith lotz |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:00:45 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

judith lotz
1713 N Fairview St
Burbank, CA 91505
judelotz@att.net

BLM_0136395

BLM_0136396

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Joyce Rubinfeld |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:00:45 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Joyce Rubinfeld
48 Timberwick Rd
Santa Fe, NM 87508
usher.rubinfeld@gmail.com

BLM_0136398

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Ken Goldsmith |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:00:44 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Ken Goldsmith
710 Independence Pl Unit 503
Raleigh, NC 27603-1860
kenconserv@gmail.com

BLM_0136399

BLM_0136400

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Diana Jiménez |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 2:00:43 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Diana Jiménez
p.o.box 362294
san Juan, PR 00936
dnettleship0@gmail.com

BLM_0136401

BLM_0136402

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of John Byland |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:45:04 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

John Byland
PO Box 2261
Teaticket, MA 02536
johnbyland@yahoo.com

BLM_0136404

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Pedro Rodriguez |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:45:00 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Pedro Rodriguez
509 Westford St
Lowell, MA 01851
parodriguezc@gmail.com

BLM_0136406

| From: | WildEarth Guardians on behalf of Lonnie Somer |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:45:00 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Lonnie Somer
904 W Garfield St
Seattle, WA 98119-3247
mombiwheeler@gmail.com

BLM_0136407

BLM_0136408

| From: | WildEarth Guardians on behalf of Dennis Franson |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:45:00 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Dennis Franson
511 S 5th St Apt 1102
Louisville, KY 40202
dftp3@yahoo.com

BLM_0136409

BLM_0136410

| From: | WildEarth Guardians on behalf of Elizebeth Nicholson |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:44:56 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Elizabeth Nicholson
5313 S Cobble Creek Rd Apt 27C
Salt Lake City, UT 84117
eclipse0555@comcast.net

BLM_0136411

BLM_0136412

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jennifer Taylor |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:44:55 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jennifer Taylor
1615 SANDY POINT SQ
ORLANDO, FL 32807
mythmagistra@gmail.com

BLM_0136414

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kevin Walsh |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:30:49 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kevin Walsh
155 bishop lane
madison, CT 06443-3359
walshkevink@yahoo.com

BLM_0136415

BLM_0136416

| From: | WildEarth Guardians on behalf of Karen Pecsok |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:30:43 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Karen Pecsok
7482 State Route BB
West Plains, MO 65775
kpecsok@gmail.com

BLM_0136418

| From: | WildEarth Guardians on behalf of Marlene Douphinett |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:30:43 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Marlene Douphinett
64 Royal Rd
North Yarmouth, ME 04097-6907
douph2@maine.rr.com

BLM_0136420

| From: | WildEarth Guardians on behalf of Sandra Couch |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:30:43 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Sandra Couch
2903 Bartlett Court
Naperville, IL 60564
sndrcch@yahoo.com

BLM_0136422

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Citizen Voter |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:30:43 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Citizen Voter
P O 113
Westport, CA 95488
moxie@mcn.org

BLM_0136423

BLM_0136424

| From: | WildEarth Guardians on behalf of Marian Scena |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:30:42 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Marian Scena
3410 W 60th Pl
Chicago, IL 60629-3602
mangua.mrs63@gmail.com

BLM_0136425

BLM_0136426

| From: | WildEarth Guardians on behalf of Paul McCarthy |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:30:42 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Paul McCarthy
1
scotia, NY 12302
pmccart4@nycap.rr.com

BLM_0136427

BLM_0136428

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kay Morgan |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:30:37 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kay Morgan
PO Box 61
Carlton, WA 98814
dandydojen@yahoo.com

BLM_0136430

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jeane Harrison |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:15:14 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jeane Harrison
3445 SW 31st Street, -
Des Moines, IA 50321
jlhggy@gmail.com

BLM_0136432

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Donna Whitmire |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:15:10 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Donna Whitmire
2887 Oconee Circle
Gainesville, GA 30507
dww0817@gmail.com

BLM_0136434

| From: | WildEarth Guardians on behalf of Laura Hurst |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:15:06 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Laura Hurst
2020 Highway 99 N
Ashland, OR 97520
lauhurst@gmail.com

BLM_0136436

| From: | WildEarth Guardians on behalf of Patrick Conn |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:15:06 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  This is PURE CORPORATE SPONSORED CORRUPTION AND
YOU KNOW IT! In doing so, you're also putting the communities that
depend on these lands, including communities in the North Fork Valley,
at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge YOU, THE INTELLIGENT, RESPONSIBLE MORAL and HONEST MEMBERS
within the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Patrick Conn
22018 126th Court SE
Kent, WA 98031-9669

conntactme@earthlink.net

BLM_0136438

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kat Klahn |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:15:05 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kat Klahn
708 Royal Lane,
Peotone, IL 60468
katklaw777@yahoo.com

BLM_0136440

| From: | WildEarth Guardians on behalf of O. Ruiz |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:15:04 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

O. Ruiz
Normandy Road
Clifton, NJ 07013
osiel2001@yahoo.com

BLM_0136442

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Debbie Thorn |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:14:59 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Debbie Thorn
710 18th Ave W
Kirkland, WA 98033
thorndebbie@comcast.net

BLM_0136444

| From: | WildEarth Guardians on behalf of Diane Childers |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:14:59 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Diane Childers
12757 Kiawah Dr
Carmel, IN 46033
rosolly1@aol.com

BLM_0136445

BLM_0136446

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of andi gibson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:14:59 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

andi gibson
77 norwood terrace
holyoke, MA 01040
andigibson@aol.com

BLM_0136448

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Lisa Hedman |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:14:58 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Lisa Hedman
1125 hounds run
Safety harbor, FL 34695
lisac35@hotmail.com

BLM_0136450

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Francis Baker |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:14:55 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Francis Baker
102 S Grimmell Rd Apt 32
Jefferson, IA 50129
franellen_baker@hotmail.com

BLM_0136452

| From: | WildEarth Guardians on behalf of susan gill |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Saturday, October 29, 2016 1:14:54 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

susan gill
PO Box 150773
San Rafael, CA 94915
sulac9@yahoo.com

BLM_0136454

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jacob Johnson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:00:45 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jacob Johnson

FL
jacob51johnson@gmail.com

BLM_0136455

BLM_0136456

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Carol McCracken |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:00:44 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Carol McCracken
347 S Walker St
Bloomington, IN 47403
carolmccracken7@gmail.com

BLM_0136458

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Susan Marone |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Saturday, October 29, 2016 1:00:44 PM |

Oct 29, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Susan Marone

Heath, TX 75032
smarone@aol.com

BLM_0136460