| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Linda Helvie |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:11:56 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Linda Helvie
3308 heatherdale ct
Last vegas, NV 89108
littlelindahelvie@yahoo.com

BLM_0142423

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Wendy Markwell |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:11:51 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Wendy Markwell
1537 E HILLSBORO BLVD 243
Deerfield beach, FL 33441
wmarkwell@yahoo.com

BLM_0142424

BLM_0142425

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Brandon Shoupe |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:23:17 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Brandon Shoupe
3309 Parker St
Columbia, MO 65202-1715
brandon.shoupe@yahoo.com

BLM_0142427

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Ken Stack |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:23:14 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Ken Stack
1406 N Benton Way
Los Angeles, CA 90026-2217
stackattack8745@hotmail.com

BLM_0142428

BLM_0142429

**From:** WildEarth Guardians on behalf of Marc Draper
**To:** Bureau of Land Management Uncompahgre Field Office
**Subject:** Keep Our Fossil Fuels in the Ground
**Date:** Friday, October 28, 2016 11:11:33 AM

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Marc Draper
2589 E 3020 S
Millcreek, UT 84109-2539
marcdraper@earthlink.net

BLM_0142431

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Timothy Stewart |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:41:03 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to demand that you adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

You must absolutely stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

This lands belong to us and we don't give you permission to lease it out. Your title says that you are the 'Bureau of Land Management'. Your only power comes from us. You serve at our pleasure and not that of the corporations. Start managing the land the way we want or we will nullify your presence in state after state, starting with Colorado, using Article 10 of the Constitution. Screw this up and start looking for new jobs, because we will follow the money.

Sincerely,

BLM_0142432

Timothy Stewart
15120 Spring Dell Rd
Williamsport, MD 21795
tradeinf@fred.net

BLM_0142433

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Ji Eck |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:40:34 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jj Eck
Lark Drive
CHandler, AZ 85286-7484
delsea@q.com

BLM_0142435

| From: | WildEarth Guardians on behalf of Steve Lininger |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 11:23:09 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Steve Lininger
4959 SHADY OAK TRL
GRAND PRAIRIE, TX 750524470
slininger49er@gmail.com

BLM_0142437

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Deborah Moody |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 9:13:41 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Deborah Moody
12:14 Main Ave NW
HICKORY, NC 28601 2527
moodswing55@gmail.com

BLM_0142439

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Paula Wright |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:23:08 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Paula Wright
Lawrence
Sunnyvale, CA 94089
p_m_wright5000@yahoo.com

BLM_0142440

BLM_0142441

**From:** WildEarth Guardians on behalf of Jane Yater
**To:** Bureau of Land Management Uncompahgre Field Office
**Subject:** Keep Our Fossii Fuels in the Ground
**Date:** Friday, October 28, 2016 10:41:23 AM

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jane Yater
2654 Barton Hills Dr
Austin, TX 78704
jayater@texas.net

BLM_0142443

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Marie Erwin |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:12:06 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Marie Erwin
2695 Old Alice Rd Apt 9
Brownsville, TX 78521
marieerwin97@yahoo.com

BLM_0142445

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of John Crotty |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:42:12 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

John Crotty
1467 Cherry Creek Ln
Manchester, MO 63021-6923
jmcrotty1467@gmail.com

BLM_0142447

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Rex Franklyn |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:40:34 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Rex Franklyn
146 Stewart Dr
Belvedere Tiburon, CA 94920
rexfranklyn@att.net

BLM_0142449

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Axel Ringe |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:23:02 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Axel Ringe
1840 Lafayette Rd
New Market, TN 37820-5305
onyxfarm@bellsouth.net

BLM_0142451

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Gary Hull |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:41:56 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Gary Hull
5533 S 1200 W
Riverdale, UT 84405-4036
realcheap60@yahoo.com

BLM_0142452

BLM_0142453

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Elizabeth Shirah |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 9:13:57 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Elizabeth Shirah
909 Valley Stream Dr
Madison, WI 53711
ecshirah@gmail.com

BLM_0142454

BLM_0142455

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of James Dawson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:59 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

James Dawson
1055 Trinita Ter
Davis, CA 95618
james-dawson@sbcglobal.net

BLM_0142457

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jerry Calhoun |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:40:15 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jerry Calhoun
PO Box 2098
Lakeside, AZ 85929
justsayknowtobs@hotmail.com

BLM_0142458

BLM_0142459

| From: | WildEarth Guardians on behalf of ginger witmer |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 11:22:58 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

ginger witmer
1004 Caln Meetinghouse Rd
Coatesville, PA 19320-2111
gcwit@aol.com

BLM_0142460

BLM_0142461

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Mark Grotzke |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:58 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Mark Grotzke
18136 Rita Road #2A
Tinley Park, IL 60477-6465
garagekey2001@yahoo.com

BLM_0142463

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Douglas Mccormick |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:55 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Douglas Mccormick
23602 Via Paloma
Trabuco Canyon, CA 92679
mfiinsure@cox.net

BLM_0142465

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Steve Hylton |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:53 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Steve Hylton
3971 Erskine Creek Rd
Lake Isabella, CA 93240-9005
hyltonsteve@rocketmail.com

BLM_0142467

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Mariiue Funkhouser |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:51 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Marilue Funkhouser
1216 Vermont Avenue
Aliquippa, PA 15001
mariluef@yahoo.com

BLM_0142469

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of K. Youmans |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:46 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

K. Youmans
PO Box 291
Roslyn, WA 98941
oyoumans@inlandnet.com

BLM_0142470

BLM_0142471

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Dixie Patterson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:45 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Dixie Patterson
475 S Bay Blvd
Morro Bay, CA 93442
mycats@live.com

BLM_0142473

| From: | WildEarth Guardians on behalf of Rachel Meltzer |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:42:00 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Rachel Meltzer
4910 West Pine Blvd.
St. Louis, MO 63108
rachel_meltzer@yahoo.com

BLM_0142474

BLM_0142475

| From: | WildEarth Guardians on behalf of Mark Coates |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:42:17 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Mark Coates
217 Brookmeade Circle
White River Junction, VT 05001
mcoates@sau88.net

BLM_0142477

| From: | WildEarth Guardians on behalf of Jan K Stewart |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:12:01 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jan K Stewart
3834 N Cherry Ln
Kansas City, MO 64116
janikins68@yahoo.com

BLM_0142478

BLM_0142479

| From: | WildEarth Guardians on behalf of Sheila Chaffins |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 11:22:41 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Sheila Chaffins
109 Seneca Dr
Burnet, TX 78611-5969
sheilachaffins_1@yahoo.com

BLM_0142481

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Judith Reel |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:37 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Judith Reel
15605 Quail Ridge Dr
Smithville, MO 64089
wolfawaken@aol.com

BLM_0142483

| From: | WildEarth Guardians on behalf of Steven Minier |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:42:23 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Steven Minier
691 Bolivar Hwy
Jackson, TN 38301
flaier@charter.net

BLM_0142485

| From: | WildEarth Guardians on behalf of Karen Vilandry |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 11:22:31 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Karen Vilandry
181 Hillman Street, Bldg. 9, Rm 109
New Bedford, MA 02740
harcgnb@gmail.com

BLM_0142486

BLM_0142487

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Cheri Scott |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:42:01 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Cheri Scott
79 Living Water Rd
Edgewood, NM 87015-9402
cscott709@yahoo.com

BLM_0142489

| From: | WildEarth Guardians on behalf of Alex Maccollom |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels In the Ground |
| Date: | Friday, October 28, 2016 10:41:34 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Alex Maccollom
6500 Rexford Way
Carmichael, CA 95608
alexmacc@juno.com

BLM_0142491

| From: | WildEarth Guardians on behalf of Tiffany Baker |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:42:01 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Tiffany Baker
313 Elkchester
Nicholasville, KY 40356
tanchella@aol.com

BLM_0142493

| From: | WildEarth Guardians on behalf of Emily Damm |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 11:22:26 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Emily Damm
5031 Karbet Way
Sacramento, CA 95822-1880
edamm673@hotmail.com

BLM_0142494

BLM_0142495

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Cheryl Hewitt |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:24 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Cheryl Hewitt
5002 Jeffries Ct
Lawrence, KS 66047-9307
chewitt@sunflower.com

BLM_0142497

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Dona Hoagland |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:22:23 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Dona Hoagland
40 Duck Hawk Ct
Hackettstown, NJ 07840-3310
dhoagland@optonline.net

BLM_0142499

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jane Biggins |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:40:28 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jane Biggins

CA 95482-1387
wolf@pacific.net

BLM_0142501

| From: | WildEarth Guardians on behalf of sagen smith |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:40:33 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

sagen smith
2531 Eagle Creek Ln
Ashland, OR 97520-3696
sagensmith@msn.com

BLM_0142503

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of steve hooper |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:41:34 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

steve hooper
329 glenstone dr
mtn. home, AR 72653
stepahoop@yahoo.com

BLM_0142505

| From: | WildEarth Guardians on behalf of gordon scott |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:41:18 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

gordon scott
1516 s fairfield dr
pensacola, FL 32507
gordonscott269@yahoo.com

BLM_0142507

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Erline Towner |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:40:55 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

Please wake up

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Erline Towner
49 Quarry Circle
Milford, NH 03055

etownr@aol.com

BLM_0142509

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Gloria Gannaway |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:12:18 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Gloria Gannaway
3002 Oak Park Dr
Austin, TX 78704
globogal@aol.com

BLM_0142511

| From: | WildEarth Guardians on behalf of nancy zebracki |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 9:13:38 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

nancy zebracki
8439 doncaster
sterling heights, MI 48312
zebracki1@aol.com

BLM_0142513

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Duncan Andrews |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 9:14:15 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Duncan Andrews
8 Pine Plain Road, Day
Wellesley, MA 02481
dtandrews@comcast.net

BLM_0142515

| From: | WildEarth Guardians on behalf of Kathleen Eaton |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 11:18:45 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kathleen Eaton
1035 Schagrin Dr
Middletown, DE 19709
sce9590@verizon.net

BLM_0142517

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Suzanne Reigart |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:12:07 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Suzanne Reigart
Harbour Watch Ct
Mount Pleasant, SC 29464
suziereigart@yahoo.com

BLM_0142518

BLM_0142519

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Carolyn Summers |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 9:13:49 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Carolyn Summers
155 W Main St
Tarrytown, NY 10591-3674
csummers@springmail.com

BLM_0142520

BLM_0142521

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Christine Byler-Freeman |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:40:21 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Christine Byler-Freeman
1236 Fairfield St
Chula Vista, CA 91913
catja.freeman@att.net

BLM_0142523

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Diana Henderson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 9:13:59 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Diana Henderson
20 E Liberty St
Staunton, VA 24401
dianah_9@yahoo.com

BLM_0142525

| From: | WildEarth Guardians on behalf of Guy Cargulia |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 9:12:19 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Guy Cargulia

CA 92120
guydoncargulia@aol.com

BLM_0142526

BLM_0142527

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Diane Marks |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 9:12:48 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Diane Marks
728 Caroline St
Port Angeles, WA 98362
shenyen@wavecable.com

BLM_0142529

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of James Wolf |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:12:16 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

James Wolf
823 Bennett Ave
Glenwood Springs, CO 81601
jimwolf359@msn.com

BLM_0142531

| From: | WildEarth Guardians on behalf of Lori Kegler |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:11:45 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Lori Kegler
810 W 27th St
San Pedro, CA 90731
lori.kegler@gmail.com

BLM_0142532

BLM_0142533

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Susan Summers |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:12:12 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Susan Summers
801 Kiowa Dr
Prosper, TX 75078-8461
waltandsue@gmail.com

BLM_0142535

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Lee Black |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 9:14:02 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Lee Black
13841 Proctor Valley Rd
Jamul, CA 91935
nynarabians@cox.net

BLM_0142537

| From: | WildEarth Guardians on behalf of Alex Keir |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:40:15 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Alex Keir
General Delivery
Reseda, CA 91335
alexkeir01@yahoo.com

BLM_0142539

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kim White |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:18:15 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kim White
3227 Hawks Ridge Pt
Kissimmee, FL 34741
kim.white@live.com

BLM_0142541

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Scott Baumann |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:12:12 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Scott Baumann
128 S Graham St
Pittsburgh, PA 15206
swb@hammer-mann.com

BLM_0142543

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Amy Zink |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:18:13 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Amy Zink
400 Wayne Ave
Oakland, CA 94606
adzink29@hotmail.com

BLM_0142545

| From: | WildEarth Guardians on behalf of David Osterhoudt |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 11:18:12 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

David Osterhoudt
21022 Los Alisos Blvd Apt 214
Rcho Sta Marg, CA 92688-3246
dostermail@yahoo.com

BLM_0142547

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kathy Lochner |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 9:13:44 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kathy Lochner
3236 E Chandler Blvd
Phoenix, AZ 85048
agaved1@yahoo.com

BLM_0142549

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Douglas Rives |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:12:39 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Douglas Rives
503 Hefley St
Wheeler, TX 79096
brives@windstream.net

BLM_0142551

| From: | WildEarth Guardians on behalf of Ian Peisner |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:11:40 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Ian Peisner
M St.
Salt Lake City, UT 84103-3850
ipeisner@yahoo.com

BLM_0142552

BLM_0142553

| From: | WildEarth Guardians on behalf of fay forman |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 10:40:21 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

fay forman
355 8th Ave Apt 9F
New York, NY 10001-4889
fayf355@yahoo.com

BLM_0142555

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Meredith Anderson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:11:30 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Meredith Anderson
803 W 126th Pl
Westminster, CO 80234
meander303@mac.com

BLM_0142557

| From: | WildEarth Guardians on behalf of Colleen Kelly |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 9:13:36 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Colleen Kelly
2113 Prior Rd
Wilmington, DE 19809
col6272@yahoo.com

BLM_0142558

BLM_0142559

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jackie Hanser |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 11:18:05 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jackie Hanser
525 S Webik Ave
Clawson, MI 48017
jacquelinehanser@bhhsmi.com

BLM_0142560

BLM_0142561

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Alison Taylor |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 10:40:15 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Alison Taylor
19660 Tower Hill Rd
Leonardtown, MD 20650
act222@earthlink.net

BLM_0142563