| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Judith Melvin |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:57 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Judith Melvin
481 Standish Steel Rd
Bedford, IN 47421
jannmelvin@yahoo.com

BLM_0146113

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Rick Micciulla |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:55 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Rick Micciulla
48 Old Brook Cir
Melrose, MA 02176
xharleyguy@aol.com

BLM_0146115

| From: | WildEarth Guardians on behalf of Jeffrey Ward |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:49:52 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jeffrey Ward
300 W 145th St Apt 5Q
New York, NY 10039
toadsalad17@usa.net

BLM_0146117

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kirk Zinkowski |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:40 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kirk Zinkowski
La France Rd
Tallahassee, FL 32305
kirk52@embarqmail.com

BLM_0146119

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Gary Binderim |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:38 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Gary Binderim
2215 Hickory Creek Dr
Kingwood, TX 77339-3140
gary_binderim@yahoo.com

BLM_0146120

BLM_0146121

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Nancy Stamm |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:37 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Nancy Stamm
11885 Twin Creeks Drive
Fort Pierce, FL 34945
nancystamm@edc-inc.com

BLM_0146123

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kelly Dunn |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:37 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kelly Dunn
7 Panama
Aliso, CA 92656
snobunnie1992@yahoo.com

BLM_0146124

BLM_0146125

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of James Hanson |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:36 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

James Hanson
1271 Via Capri
Winter Park, FL 32789
hansonj@hansonmed.com

BLM_0146126

BLM_0146127

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of jim graham |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:36 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

jim graham
307 Highview Dr
San Antonio, TX 78228
cyoman50@msn.com

BLM_0146129

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of chris blendard |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:35 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

chris blendard
Lexington Ave #19
Arvada, CO 80001
christallklar@hotmail.com

BLM_0146131

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kevin Rhoads |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:32 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

Giveaways for industry that destroy Federal Lands?  REALLY?

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kevin Rhoads
188 D C. Hwy
Lyme, NH 03768

BLM_0146132

kgrhoads@alum.mit.edu

BLM_0146133

| From: | WildEarth Guardians on behalf of Laura Long |
| --- | --- |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:49:27 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Laura Long
3117 S Prairie Ave
Chicago, IL 60616
lauralynn7@gmail.com

BLM_0146135

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Tim Ream |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:25 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Tim Ream
631 Ofarrell St apt 614
San Francisco, CA 94109
tream@wildearthguardians.org

BLM_0146137

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Ron Mittan |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:25 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Ron Mittan
1137 Whisperwood Ct SW
Bemidji, MN 56601
rgmittan@gmail.com

BLM_0146139

| From: | WildEarth Guardians on behalf of Julie Ozias |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:49:15 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Julie Ozias
2097 Highfield Rd
Waterford, MI 48329
juloz1121@comcast.net

BLM_0146141

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Mary Eliades |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:11 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Mary Eliades
2130 Forestview Rd
Evanston, IL 60201-2008
eliadesmary@gmail.com

BLM_0146142

BLM_0146143

| From: | WildEarth Guardians on behalf of Dacia Murphy |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:49:10 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Dacia Murphy
4255 E Pecos Rd
Gilbert, AZ 85295
daciavu76@gmail.com

BLM_0146144

BLM_0146145

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Maryann Piccione |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:49:03 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Maryann Piccione
2202 Arcadia Rd
Holiday, FL 34690-4311
strayanimal2@msn.com

BLM_0146147

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Tamekka Davis |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:55:44 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Tamekka Davis
Kirkland Ct
Williamsburg, VA 23185
tkdavi@wm.edu

BLM_0146148

BLM_0146149

| From: | WildEarth Guardians on behalf of Marilyn Kagan |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:57 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Marilyn Kagan
311 Rochambeau Ave
Providence, RI 02906
busybeaderkagan@aol.com

BLM_0146151

| From: | WildEarth Guardians on behalf of Rebecca LaGesse |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:54 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Rebecca LaGesse
26 Woodland Ave
Elgin, IL 60123-5314
wildflower52000@yahoo.com

BLM_0146153

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Alice Brody |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:53 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Alice Brody
250 W 94th St
New York, NY 10025
alicebrody@aol.com

BLM_0146155

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Robert Mitchell |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:51 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Robert Mitchell
123 Sherman Ave
Lexington, KY 40502
robert.mitchell@eku.edu

BLM_0146157

| From: | WildEarth Guardians on behalf of Catherine Ward |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:47 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Catherine Ward
2255 Blueberry Ln
Ann Arbor, MI 48103
skippeigh@comcast.net

BLM_0146159

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of kathy haverkamp |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:45 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

kathy haverkamp
722 billsboro road
geneva, NY 14456
khaverka@courts.state.ny.us

BLM_0146161

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Cecile Danehy |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:39 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Cecile Danehy
Merrick Street
East Providence, RI 02916
cdanehy@wheatonma.edu

BLM_0146163

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Nancy Nolan |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:32 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Nancy Nolan
237 Main St
Reading, MA 01867
busterseyes@gmail.com

BLM_0146165

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Ellen Rice |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:54:53 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Ellen Rice
27 Hovey Lane
Brunswick, ME 04011
wlrice@comcast.net

BLM_0146167

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Anne Firestone |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:54:36 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Anne Firestone
447 CR 1600n
Bethany, IL 61914-8006
firewolf23@att.net

BLM_0146169

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Robert Daniel |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:54:05 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

Rescind old leases as well.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Robert Daniel
1907 Bark Ridge Ct
Hopkinsville, KY 42240

radaniel@bellsouth.net

BLM_0146171

| From: | WildEarth Guardians on behalf of Lora Lund |
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:54:59 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Lora Lund
629 Orleans St
Saint Paul, MN 55107
loral68@msn.com

BLM_0146173

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kinney Evitt |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:26 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kinney Evitt
2514 Roper St
Odessa, TX 79761-1610
killemall76@hotmail.com

BLM_0146175

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kathleen Kahler |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:56:00 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kathleen Kahler
PO Box 326
Lonsdale, MN 55046
kahlerkathleen@ymail.com

BLM_0146177

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Carol Affleck |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:23 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Carol Affleck
9144 45th Ave SW
Seattle, WA 98136
cjaffleck@aol.com

BLM_0146179

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Linda RAHILLY |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:23 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Linda RAHILLY
79 Liberty St
Trenton, NJ 08611
lindarah@comcast.net

BLM_0146181

| From: | WildEarth Guardians on behalf of sanford wilder |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:21 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

sanford wilder
711B Wind Rivers Dr
Grafton, IL 62037
sanfordcwilder@gmail.com

BLM_0146182

BLM_0146183

| From: | WildEarth Guardians on behalf of Caroline Lewis |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:20 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Caroline Lewis
2517 Lisson Rd
Naperville, IL 60565
carolin375@aol.com

BLM_0146185

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Lily Revere |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:54:57 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Lily Revere
3192. 29th Street
Boulder, CO 80301
lrevere@comcast.net

BLM_0146186

BLM_0146187

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jack Dunham |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:17 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jack Dunham
343 Wilawana Rd
Sayre, PA 18840
jad5703@hotmail.com

BLM_0146189

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Suzanne Stensaas |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:15 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Suzanne Stensaas

Salt Lake City, UT
suzanne.stensaas@hsc.utah.edu

BLM_0146191

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Adrian Schilke |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:13 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Adrian Schilke
18 Lavenham Rd
Novato, CA 94949
adrianschilke@hotmail.com

BLM_0146193

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Kelly King |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:11 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kelly King
306 S Diamond St
Mount Pleasant, PA 15666
kdking6227@yahoo.com

BLM_0146195

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Deborah Golembiewski |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:48:10 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Deborah Golembiewski
1311 Walden Ave
Buffalo, NY 14211
cinnaspikeoz@aol.com

BLM_0146197

| From: | WildEarth Guardians on behalf of B Kehl |
|-------|------------------------------------------|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:10 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

B Kehl
N1260 20th Ln
Neshkoro, WI 54960
1wjk@centurytel.net

BLM_0146199

| From: | WildEarth Guardians on behalf of Mary Smith |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:06 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Mary Smith
29932 J Rd
Hotchkiss, CO 81419
msmith1932@paonia.com

BLM_0146201

| From: | WildEarth Guardians on behalf of Lee Vest |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:05 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Lee Vest
1901 Boyd Dr Trlr 11
Carlsbad, NM 88220
vest.rooster.lee76@gmail.com

BLM_0146203

| From: | WildEarth Guardians on behalf of Michael Shay |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:04 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Michael Shay
2000 N Court St Trlr 4d
Fairfield, IA 52556
reducebloodpressure@yahoo.com

BLM_0146205

| From: | WildEarth Guardians on behalf of Jennifer Fortin |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:48:00 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jennifer Fortin
420 G St
Salt Lake City, UT 84103
mattjenn39@msn.com

BLM_0146206

BLM_0146207

| From: | WildEarth Guardians on behalf of Barbara Adkins |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:55:01 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Barbara Adkins
7104 Tulip St
Philadelphia, PA 19135
cjrnow@aol.com

BLM_0146208

BLM_0146209

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Aimee Abalo |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:59 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Aimee Abalo
95 Upper Railroad St
Girardville, PA 17935
fiorillolaw@verizon.net

BLM_0146211

| From: | WildEarth Guardians on behalf of Leslie Armstrong |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:47:56 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Leslie Armstrong
160 Bethel Avenue
Staten Island, NY 10307
leslie817@earthlink.net

BLM_0146213

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Nina Coleman |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:54 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Nina Coleman
249 Forrest Rd
Greenville, GA 30222
bebopmom@aol.com

BLM_0146214

BLM_0146215

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Barbara Bernhardt |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:41 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I live here!

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk. In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons. It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Barbara Bernhardt
20409 Solitude Rd
Montrose, CO 81403

BLM_0146216

solituderd@sanjuanlive.net

BLM_0146217

| From: | WildEarth Guardians on behalf of sandra museiia |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:47:40 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

sandra musella
3 ran drive
woburn, MA 01801
smusella@berklee.edu

BLM_0146218

BLM_0146219

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Dana Sanchez |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossi Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:36 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Dana Sanchez
34610 Jensen Rd
Pine, CO 80470-9721
dana.sanchez@phpmcs.com

BLM_0146221

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of David Abalos |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:36 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

David Abalos
30 Shadowstone Ln
East Windsor, NJ 08520
dabalos1@verizon.net

BLM_0146223

| From: | WildEarth Guardians on behalf of Kathryn Brown |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:47:35 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Kathryn Brown
78 Hickory Ln
Hudson, OH 44236
kathiebrown50@gmail.com

BLM_0146225

| From: | WildEarth Guardians on behalf of Suzi Jackson |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:47:34 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Suzi Jackson
632 Wilson St
Middletown, OH 45044-4526
skjwing@gmail.com

BLM_0146227

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Jim Hill |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:30 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Jim Hill
PO Box 162602
Austin, TX 78716
jimhill@grri.org

BLM_0146228

BLM_0146229

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Courtenay Smith |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:29 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Courtenay Smith
2504 Meadow Ave N
Renton, WA 98056
cortysmith@yahoo.com

BLM_0146231

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Amber Sumrall |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:26 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Amber Sumrall
841 Laurel Glen Rd
Soquel, CA 95073-9778
acsumrall@cruzio.com

BLM_0146233

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Ann C. McGill |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:26 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Ann C. McGill
1947 Rocklyn Drive
Brunswick, OH 44212-4071
mcgillannc@gmail.com

BLM_0146235

| From: | WildEarth Guardians on behalf of Ronald Woolford |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:47:26 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Ronald Woolford
843 Village Hills
Nashville, TN 37217
ronwoolford@gmail.com

BLM_0146236

BLM_0146237

| From: | WildEarth Guardians on behalf of Margaret Sweeton |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossil Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:47:24 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Margaret Sweeton
304 N Bluff St
Wichita, KS 67208
margiartgirl@gmail.com

BLM_0146238

BLM_0146239

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Dollie Moir |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:23 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Dollie Moir
1024 Santa Fe St
Safford, AZ 85546
dolliemoir@hotmail.com

BLM_0146241

| From: | WildEarth Guardians on behalf of Eric Newman |
|---|---|
| To: | Bureau of Land Management Uncompahgre Field Office |
| Subject: | Keep Our Fossii Fuels in the Ground |
| Date: | Friday, October 28, 2016 8:47:20 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Eric Newman
140 Darrow Pl
Bronx, NY 10475-1822
enewman140@outlook.com

BLM_0146243

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of ALMIRIAM MONTGOMERY |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:18 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

ALMIRIAM MONTGOMERY
3316 Diana Lee Ct
Virginia Beach, VA 23452
almiriam.montgomery@gmail.com

BLM_0146245

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Feiena Puentes |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:17 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Felena Puentes
11527 Bay Meadows Ln
Bakersfield, CA 93312
fpuentes19@att.net

BLM_0146247

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Sandra Sharf |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:07 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field
Office that prohibits new leasing of coal, oil, and gas, and that aims
to keep fossil fuels in the ground for our climate, for the region's
clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose
to continue allowing more oil, gas, and coal development when all signs
point to the need to rein in fossil fuel development and reduce carbon
pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only
stands to put the health and sustainability of the region's public
lands at great risk.  In doing so, you're also putting the communities
that depend on these lands, including communities in the North Fork
Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The
Uncompahgre Field Office supports vitally important wilderness lands,
outstanding rivers, vibrant wildlife, including imperiled species, and
unmatched mountains and high desert canyons.  It is a crown jewel of
Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute
discretion over whether to lease oil, gas, and coal leasing and
undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field
Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field
Office; and

3. Require that existing fossil fuel leases be canceled as
expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Sandra Sharf

CA
smsharf@icloud.com

BLM_0146248

BLM_0146249

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Mary Tanoury |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossii Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:47:02 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk.  In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry.  The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons.  It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Mary Tanoury
357 Rivard Blvd
Grosse Pointe Park, MI 48230-1682
stanoury@comcast.net

BLM_0146251

| | |
|---|---|
| **From:** | WildEarth Guardians on behalf of Catherine Mendoza |
| **To:** | Bureau of Land Management Uncompahgre Field Office |
| **Subject:** | Keep Our Fossil Fuels in the Ground |
| **Date:** | Friday, October 28, 2016 8:46:59 AM |

Oct 28, 2016

Bureau of Land Management Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Dear Uncompahgre Field Office,

I am writing to urge you to adopt a plan for the Uncompahgre Field Office that prohibits new leasing of coal, oil, and gas, and that aims to keep fossil fuels in the ground for our climate, for the region's clean air and water, and for the health of our public lands.

It is unconscionable that the Bureau of Land Management would propose to continue allowing more oil, gas, and coal development when all signs point to the need to rein in fossil fuel development and reduce carbon pollution.

More oil, gas, and coal leasing in the Uncompahgre Field Office only stands to put the health and sustainability of the region's public lands at great risk. In doing so, you're also putting the communities that depend on these lands, including communities in the North Fork Valley, at great risk.

Please, stop catering to the demands of the fossil fuel industry. The Uncompahgre Field Office supports vitally important wilderness lands, outstanding rivers, vibrant wildlife, including imperiled species, and unmatched mountains and high desert canyons. It is a crown jewel of Colorado and the American West.

I urge the Bureau of Land Management to exercise its absolute discretion over whether to lease oil, gas, and coal leasing and undertake the following actions:

1. Make all publicly owned oil, gas, and coal in the Uncompahgre Field Office unavailable for leasing;

2. Prohibit any and all future leasing of fossil fuels within the Field Office; and

3. Require that existing fossil fuel leases be canceled as expeditiously as possible after production ends.

Thank you for putting our climate, our health, and our future first.

Sincerely,

Catherine Mendoza
2935 S Yampa Way
AURORA, CO 80013
cathym012345@gmail.com

BLM_0146253