IT IS FURTHER ORDERED, that the plaintiffs submit a bond in the sum of $9,000 pursuant to Rule 65(c).

IT IS FURTHER ORDERED, that this TRO shall last until an evidentiary hearing to be held on **November 2, 2009, at 9:00 a.m.** in the Federal Courthouse in Poctatello Idaho.

DATED: **October 14, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision & Order – page 17**

Evaluation of Inyo National Forests Domestic Sheep Operation and BMP relative to the Allison-Berg Allotment
June 4, 2008
Prepared by Joanne Bonn

| Factor being Evaluated | Inyo National Forest - Rock Creek Allotment | Nez Perce National Forest – Allison-Berg Allotment |
|---|---|---|
| Type bighorn sheep | Sierra Nevada (ESA listed) | Rocky Mountain bighorn sheep, native population |
| Timing of Grazing | August 14-September 15 | April 1-July 7 (spring/summer), October 28-March 1 (fall/winter) |
| Number and Type of Sheep | 1000-1500 pregnant ewes (3rd trimester) | 1632 ewes/lambs (spring/summer), 2450 mature sheep (primarily ewes, pregnant???) (fall/winter) |
| Is allotment considered bighorn sheep habitat | No | Yes and east half is currently occupied |
| Distance to bighorn sheep population | 4-5 miles (southern bdy, currently not being grazed), 1-1/2 mile (north) | bighorn sheep currently occupy portions of the eastern half of the allotment |
| Terrain on the allotment | rolling hills, steep glaciated ridges and alluvial fans, 6000-9000 feet elevation, shrubs, pine forests | Steep, rugged, highly dissected, rock outcrops, cliffs, grasslands (lower elevations), shrubs and forests upper elevations, 1800-7800 feet elevation, steep highly incised draws |

Livestock operations and the Best Management Practices the Inyo National Forest applies to their domestic sheep allotments may not be as successful on the Allison-Berg Allotment on the Nez Perce National Forest for the following reasons:

1) The terrain is different between the allotments on the Inyo and Nez Perce. The Rock Creek Allotment on the Inyo is considered to be gentle terrain compared to the steep, rugged terrain on the Allison-Berg Allotment. The Rock Creek Allotment consists of rolling hills of sagebrush and bitterbrush and pine forests and riparian draws. Vegetation on the Allison-Berg Allotment consists of grasslands in the lower third of the allotment; dense shrubs in xeric pine/fir forests in the mid elevation; mesic, mixed conifer forests in the upper elevations; and steep riparian draws.

2) The Rock Allotment is not considered bighorn sheep habitat and the likelihood that bighorn sheep would wander and linger on the sagebrush flats is considered very low. The Allison-Berg Allotment is considered good bighorn sheep habitat and bighorn sheep are known to occur on the eastern portion of the allotment.

3) Because the Rock Creek Allotment is gentle terrain, a person can see for miles and someone can keep track of the two species of sheep. It is also easier to control and pen the domestic sheep. The terrain on the Allison-Berg Allotment makes it difficult to see any great distance in any one direction. It is also difficult to pinpoint radio-collared bighorn sheep due to the steep, rugged, highly-dissected landscape of the breaklands of the Salmon River canyon along the southern portion of the Allison-Berg Allotment.

4) There seems to be no documented evidence of disease in the Sierra Nevada bighorn sheep and is a strong and vigorous population. Over the last 100-125 years there have been significant declines in the bighorn sheep in the Salmon River Canyon due to combined effects of overharvest, habitat loss,

BLM_0147436

competition for forage caused by livestock overgrazing, settlements, and diseases transmitted by domestic livestock. Currently, the bighorn sheep population in the Salmon River Canyon is declining along with low lamb survival.

5) The type of domestic sheep and time they would be grazing are different. Pregnant ewes are on the Rock Creek Allotment at a time when they are not attracted to by bighorn sheep rams or at a time when bighorn sheep rams would be more likely to wander away from the main herd(s). Domestic sheep are on the Allison-Berg Allotment at a time when bighorn sheep rams are more likely to wander, particularly in the fall when they are looking for a mate. It is not known at this time if the mature sheep on the Allison-Berg Allotment are ewes that have already been bred on the private land are even pregnant before going onto the allotment.

Given the terrain, the timing the domestic sheep are on the allotments, and type of domestic sheep, are very different between the two Forests, the Inyo and the Nez Perce. It seems that the Inyo NF has been successful in keeping domestic and bighorn sheep separated. The conditions are favorable and the BMPs are workable on the Rock Creek Allotment in keeping the two species separated. In addition, the Rock Creek Allotment on the Inyo is not considered bighorn sheep habitat or is of low value. The conditions along the Salmon River and on the Allison-Berg Allotment are more similar to those on the Wallowa-Whitman National Forest to the west of the Nez Perce. The Wallowa-Whitman NF has tried to keep both domestic and bighorn sheep apart and haven't been successful, even with having BMPs in place similar to the ones the Nez Perce NF are proposing to use.

It has been determined that the risk of contact between bighorn and domestic sheep on the Allison-Berg Allotment with BMPs is considered to be "MODERATELY HIGH". After reviewing the probable success of the Inyo National Forest in keeping the two species separated, it seems unlikely that the Nez Perce National Forest would be as successful in keeping domestic and bighorn sheep separated or significantly reducing the risk of contact given the terrain, the timing and type of domestic sheep on the allotment, the inability to keep track of the domestic and the bighorn sheep, and the presence of predators.

Prepared by:

/s/ Joanne M. Bonn

Joanne M. Bonn
Wildlife Biologist
Salmon River Ranger District
Nez Perce National Forest

Reviewed by:

Timothy J. Schommer

USDA Forest Service
National Bighorn Sheep Biologist
Wallowa-Whitman National Forest

BLM_0147437

May 23, 2008

### Allison-Berg Allotment/Bighorn Sheep Risk Assessment
### Process

**Note: This document has been revised from the March 21, 2008 version, to evaluate the Best Management Practices (BMPs) developed to reduce the risk of contact between domestic and bighorn sheep.**

The objective is to conduct and document a risk assessment for the Allison-Berg allotment on the Nez Perce National Forest similar to the risk assessments completed for the Payette National Forest allotments in "Risk Analysis of Disease Transmission Between Domestic Sheep and Bighorn Sheep on the Payette National Forest" (2006) (hereinafter Payette Risk Analysis).

In the Payette Risk Analysis the Allison-Berg allotment was discussed but a risk ranking similar to the Payette allotments was not provided. The Payette Risk Analysis regarding the Allison-Berg allotment stated: "The Allison-Berg domestic sheep allotment on the Nez Perce NF would seem to present a substantially greater risk of contact to the Main Salmon River population in Unit 19 than would the Payette NF sheep allotments (Figure 1)." Payette Risk Analysis at 17. However, the Allison-Berg allotment was not given a rating of risk of contact. (For the Payette NF allotments – 1 allotment ranked very high risk; 4 allotments ranked high risk; 5 allotments moderate risk; 6 allotments low risk; and 7 allotments very low risk. See pages 12-14.) It was felt that it would be appropriate to attempt to conduct a similar review using the same risk factors for the Allison-Berg to provide information for use in management of the allotment. The wildlife biologist for the Salmon River Ranger District on the Nez Perce National Forest evaluated the allotment using a similar process the Payette National Forest went through with the exception that an expert panel was not used in evaluating the allotment.

The Allison-Berg allotment risk assessment followed the risk factors identified in the Payette Risk Analysis at pages 10-12. Risk factors include: 1) distance between sheep allotment and nearest bighorn sheep populations; 2) amount of GIS-modeled bighorn habitat within the sheep allotment, between the allotment and the nearest bighorn sheep herd, and the relative continuity of that habitat; 3) knowledge of the amount and quality of bighorn habitat within the allotment and around the allotment; 4) presence of incidental bighorn sightings within or near the allotment; 5) the level of knowledge about bighorn sheep distribution and movements in the area around the allotment; 6) characteristics of the sheep allotment such as number of permitted sheep and permitted season of use.

The Allison-Berg allotment risk assessment also considered similar information as provided to the expert panel for the Payette Risk Analysis:

- Allotment information was considered including: permittee, class of livestock, permitted number of sheep, permitted season-on date, permitted season-off date, permitted number of livestock and head months and grazing methods utilized.
- Maps of Bighorn sheep population ranges or distribution and of GIS-modeled bighorn habitat were considered along with incidental bighorn sheep observations and distribution.
- Map showing distribution of large wildfires (Figure 4 of the Payette Risk Analysis), an updated wildfire map prepared by the Forest Service showing large fire perimeters for the 2007 fire season (Docket # 72 Exhibit F) and the Idaho Department of Fish and Game letter of October 9, 2007 discussing unstable habitat conditions due to fire.

Concerning maps of bighorn sheep ranges or distribution, Figure 1 in the Payette Risk Analysis shows the map of bighorn sheep population range utilized in the 2006 Risk Analysis. This map identifies that "'[r]anges of bighorn populations in Salmon River Mountains (east side of map) were estimated by wildlife biologists from Idaho Department of Fish and Game based on knowledge of winter range and distribution of suitable habitat." Payette Risk Analysis at p. 37. This map shows that the range of the bighorn sheep population on the north side of the Salmon River extends to and abuts the eastern boundary of the Allison-Berg allotment. However, two newer maps have been produced that identify bighorn range or distribution. One of these maps is the recent draft map prepared by the Idaho Department of Fish and

1

BLM_0147438

Game (March 2008) titled "Bighorn Sheep Distribution." This map shows bighorn sheep distribution on both sides of the Main Salmon River from Riggins east encompassing the entire length of the Allison-Berg allotment. The other map is the Geographic Population Ranges map developed by the Payette National Forest. This map shows the population ranges for both the Salmon River and the Snake River bighorn sheep populations. For the Salmon River population the map shows the bighorn sheep range extending from Riggins eastward up the river encompassing again the entire length of the Allison-Berg allotment.

Concerning maps identifying bighorn sheep habitat, the map of bighorn sheep habitat utilized was the map of GIS-modeled bighorn sheep habitat as prepared by the Payette National Forest. This map is titled "Bighorn Sheep Telemetry, Habitat, and Sheep Allotment." The map shows summer bighorn sheep habitat. This map is an update of the map found at Figure 4 of the Payette Risk Analysis on page 40. The GIS habitat model used was modified from a model developed by Idaho Department of Fish and Game for Hells Canyon. Using the same data from the Payette "Bighorn Sheep Telemetry, Habitat, and Sheep Allotments" map the Nez Perce produced a map showing just the modeled GIS habitat on the Allison-Berg allotment. This map is titled "Allison-berg Allotment and Bighorn Sheep Habitat."

Also considered in this risk assessment are the recent sighting records of bighorn sheep in or adjacent to the Allison-Berg allotment. Recent observations are summarized in the document "Recent Bighorn Sheep Observations In or Near Allison-Berg Allotment."

Based on the above information a risk assessment was conducted for the Allison-Berg allotment. The risk assessment is attached. The March 21, 2008, risk assessment concluded, utilizing the factors considered in the Payette Risk Analysis, that the risk of contact for the Allison-Berg allotment is "High/Very High."

### Interim Strategy and Best Management Practices

Best Management Practices (BMPs) have been developed by the Idaho Department of Fish and Game, the permittee, and the Forest Service for the Allison-Berg Allotment as part of the Idaho Fish and Game Commission's *Interim Strategy for Managing Separation between Bighorn Sheep and Domestic Sheep*. These BMPs are designed to reduce the risk of contact between domestic and bighorn sheep.

Additional guard dogs, herders, bedding the sheep at night, and "pop guns" are designed to discourage bighorn sheep from entering the area where domestic sheep would be grazing. With additional herders and on-site observers during the grazing period, the intent is to be able to better detect or not bighorn sheep in the area of the domestic sheep. This would lead to prompt notification of responsible officials to take appropriate action if contact is suspected. Counting of sheep would identify the amount of missing domestic sheep. However, the ability to determine cause of missing sheep is difficult given the terrain and presence of predators. Keeping sick or diseased sheep off of the allotment would reduce the potential for disease transmission between domestic and bighorn sheep on the range. All these factors are intended to reduce the risk of contact between domestic and bighorn sheep on the Allison-Berg Allotment.

### Conclusion

The development of Best Management Practices by both the Forest Service and the Idaho Department of Fish and Game, in conjunction with the permittee, help to reduce the risk of contact between domestic and bighorn sheep. However, given that the terrain is steep, rugged, and has dense vegetation in the higher portions of the allotment, the ability to accurately account for all of the domestic and bighorn sheep would be difficult even with additional observers, herders, guard dogs and the use of telemetry equipment. The presence of predators also adds a degree of complexity to managing the domestic sheep.

Grazing domestic sheep for only 4-6 weeks and only on the western portion of the allotment also helps by concentrating the domestic sheep away from the radio-collared sheep further upstream. However, bighorn can move long distances and the separation of three miles from the main Salmon River population of bighorn sheep may not be adequate.

2

BLM_0147439

The use of these Best Management Practices would reduce the risk of contact slightly, but only to a level of "MODERATELY HIGH". Even with the reduction in the length of the grazing season and the limited amount of area identified to be grazed this spring along with the BMPs, there could still be the potential for contact with the presence of bighorn sheep in close proximity to domestic sheep.

Prepared by:

/s/ Joanne M. Bonn

Joanne M. Bonn
Wildlife Biologist
Salmon River Ranger District
Nez Perce National Forest

Reviewed by:

Timothy J. Schommer

USDA Forest Service
National Bighorn Sheep Biologist
Wallowa-Whitman National Forest

Citations:
Idaho Department of Fish and Game, 2008. "Bighorn Sheep Distribution" map (draft)

Payette National Forest. 2006. Risk analysis of disease transmission between domestic sheep and bighorn sheep on the Payette National Forest. Unpublished Report. USDA Forest Service, Payette National Forest. McCall, Idaho. 41 pp.

Payette National Forest, 2008. "Geographic Population Ranges" map.

Nez Perce National Forest, 2008. "Allison-Berg Allotment and Bighorn Sheep Habitat" map.

Nez Perce National Forest, 2008. "Recent Bighorn Sheep Observations In or Near Allison-Berg Allotment."

3

BLM_0147440

May 23, 2008

**ALLISON-BERG ALLOTMENT**
**BIGHORN SHEEP RISK ASSESSMENT**

**Note: This document has been revised from the March 21, 2008 version, to evaluate the Best Management Practices (BMPs) developed to reduce the risk of contact between domestic and bighorn sheep.**

| Risk Factors | Assessment |
|---|---|
| 1- Distance between sheep allotment and nearest bighorn sheep populations. | Eastern boundary of the Allison-Berg allotment is Robbins Creek. Figure 1 included in the Payette Risk Analysis identified the range of bighorn sheep populations in the Salmon River as extending west to the Allison-Berg allotment boundary with the Risk Analysis stating [t]he Allison-Berg domestic sheep allotment on the Nez Perce NF is located adjacent to the range of bighorn sheep along the Salmon River (Figure 1)." (Payette Risk Analysis at 10; see also Docket #72.4 Exhibit C and Docket #72.5 Exhibit D. However, the recent draft map prepared by the Idaho Department of Fish and Game (March 2008) titled "Bighorn Sheep Distribution" map shows bighorn sheep distribution on both sides of the Main Salmon River from Riggins east encompassing the entire length of the Allison-Berg allotment. In addition, the Geographic Population Ranges map developed by the Payette National Forest (February 2008) shows the population ranges for the Salmon River bighorn sheep population extending from Riggins eastward up the river encompassing again the entire length of the Allison-Berg allotment. Both of these recent maps extend the bighorn sheep range to include the entire allotment. Guidelines adopted by the BLM and the Western Association of Fish and Wildlife Agencies (WAFWA) suggest that bighorn sheep and domestic sheep be spatially separated by buffer strips of 13.5km (8.4 miles) except where topographic features or other barriers minimize contact between native sheep and domestic sheep. Payette Risk Analysis at 4. According to Schommer and Woolever (2007, WAFWA guidelines), in continuous habitat, buffer zones may not be effective in reducing the opportunity for interaction and that buffer zones may have to be determined on a case by case situation.     Of the three allotments directly across the Salmon River from the Allison-Berg allotment two are in complete non-use to protect bighorn sheep populations and one allotment has the portion of the allotment closest to the Salmon River in non-use. Two of these allotments were rated "Moderate" and one rated "High." |
| 2- Amount of GIS modeled bighorn sheep habitat within the sheep allotment, between the allotment and the nearest bighorn sheep herd, and the relative continuity of that habitat. | Based on the mapping efforts of bighorn sheep habitat by the Payette National Forest, the allotment does contain habitat. Habitat consists of: upland grasslands, altered grasslands, mountain mahogany, bitterbrush, shadscale, exposed rock, barren areas, snow fields, all forest types with <=10% canopy cover on slopes between 31 and 85 degrees. GIS modeled bighorn sheep habitat shows continuous habitat on the north side of the Salmon River with approximately 286,000 acres of bighorn sheep habitat on the NPNF. Approximately 32% (or 12,230 acres) of the 37,250 acre Allison Berg allotment has been modeled as bighorn sheep habitat. See Payette National Forest "Geographic Populaiton Ranges" map and Nez Perce National Forest "Allison-Berg Allotment and Bighorn Sheep Habitat" map utilizing the Payette habitat data.  (See also prior maps provided as Docket #72-5 Exhibit D and Figure 4 of Payette Risk Assessment 2006). |
| 3- First hand knowledge of the amount and quality of bighorn habitat within the allotment and around the allotment. | Bighorn sheep habitat exists on the Allison-Berg allotment in the form of grasslands with occasional rocky outcrops/cliffs low on the slope. The grasslands contain the native bluebunch wheatgrass community, however, it is in a somewhat disturbed state because of areas inundated with cheatgrass and rush skeletonweed and other weedy species. The quality of the habitat is generally good. |
| 4- Presence of incidental bighorn sightings within or near the allotment. | Recent sightings of bighorn sheep within the allotment boundary.  See "Recent Sightings of Bighorn Sheep In or Near the Allison-Berg Allotment."  The Nez Perce NF is conducting periodic visits to the allotment during the grazing season to record and verify sightings of bighorn sheep within the allotment.  Bighorn sheep have been detected on the allotment by Forest Service employees on January 10, 2008 (6 rams), and one ram and one ewe on February 14, 2008. |

BLM_0147441

| 5- The level of knowledge about bighorn sheep distribution and movements in the area around the allotment. | There is a lack of knowledge about bighorn sheep distribution and movements in and around the allotment (other than sighting observations). The Nez Perce National Forest along with the Payette National Forest, IDFG and the BLM are supporting efforts to study bighorn sheep to obtain data on the Salmon River population through collaring and tracking bighorn sheep. Bighorn sheep were captured and collared in November and December 2007. Capture operations have continued through the winter to focus on collaring additional bighorn sheep along the lower end of the study area from Riggins up to Wind River. To date, five monitoring flights have been conducted to monitor movement of collared sheep. Collared sheep were located on lower slopes close to their original capture location. Data is just beginning to be collected from this study. As of March 14, 2008, the Idaho Department of Fish and Game were able to locate bighorn sheep on the allotment near Manning Crevice Bridge and Chamberlain Gulch and outfit 4 rams with radio collars. |
|---|---|
| 6- Characteristics of the sheep allotment such as number of permitted sheep and permitted season of use. | The allotment is bounded on the west by the forest boundary, the east by West Fork Robbins Creek, and the south by the Salmon River. The northern boundary of the allotment runs from Lightning Creek Saddle to Nut Basin to Looking Glass Butte. The allotment is managed as two pastures, Berg Mountain (west pasture – roughly the forest boundary east to Allison Creek) and Kelly Mountain (east pasture – Allison Creek east to Robbins Creek). The most northern portion of the allotment near Nut Basin is in non-use. Domestic sheep grazing is permitted from April 1st through July 7th for spring/summer (1632 ewes/lambs) and again October 28th through March 1st for fall/winter use periods (2450 ewes). During the fall grazing season, domestic sheep are in small bands scattered low along the south boundary of the allotment (the elevation of the snow depicts were the grazing areas are in the fall/winter). The allotment was not grazed in the fall/winter 2007-2008. The permittee had agreed to measures to minimize contact with bighorn sheep that included herder presence occurring daily on the eastern edge of the area being grazed to maintain separation and interaction with bighorn sheep. However, it was determined by the Nez Perce NF that due to the recent sightings of bighorn sheep during the grazing season the measures to minimize contact were not adequate. The spring/summer grazing areas are higher on the slope above the areas that are grazed in the fall/winter. In the spring/summer grazing methods include a daily herder who camps with the sheep. In addition, the sheep are gathered together at night. There still remains the possibility that not all sheep are gathered, the inability to know whether there is interaction at night, and the inability to watch all sheep at all times. In terms of potential contact with bighorn sheep it is believed that bighorn sheep travel to higher elevations in the Gospel Hump Wilderness during the summer (Jay Crenshaw, IDFG personal communication). However, IDFG has identified Unit 14 as containing scattered bighorn sheep and the spring/summer grazing occurs on mapped bighorn habitat. Given this information, the potential for contact during the spring/summer domestic sheep grazing season is less than that of the fall/winter grazing season. However, it is not possible to ensure that there will be no contact. |

Based on the above the Allison-Berg allotment rating for risk of contact is "HIGH/VERY HIGH" based on the following key factors: 1) the Allison-Berg Allotment contains bighorn sheep habitat (as mapped by the Payette) which shows habitat continuous along the north side of the Salmon river from Riggins upstream; 2) recent and continued sightings of bighorn sheep on the allotment; 3) the distribution or range of bighorn sheep mapped (by the Payette and IDFG) as extending the length of the allotment from Riggins east up the river, and 4) the tendency for rams to wander longer distance particularly in the fall during the rut and the potential that movement of bighorn sheep in the spring/summer could lead to contact with domestic sheep.

**Best Management Practices (BMPs)**
On February 14, 2008, the Idaho Fish and Game Commission endorsed an "*Interim Strategy for Managing Separation between Bighorn Sheep and Domestic Sheep*". This interim strategy provides guidance for developing management strategies at the allotment level to provide spatial and temporal separation between bighorn sheep populations and domestic sheep and goats. Best Management Practices have been developed to reduce the risk of contact between domestic and are outlined in a "*Strategy for Managing Separation between Bighorn Sheep and Domestic Sheep and Goats in the Salmon River Area*". The following BMPs include those from the Salmon River Sheep Strategy (dated May 20, 2008), as well as those developed by the Nez Perce National Forest (letter dated May 12, 2008 to Jim Unsworth-IDFG) are summarized below.
  1) Addition guard dogs, herders, and bedding the sheep closely at night, and the use of "pop guns" to discourage bighorn sheep from entering area
  2) Observers on all directional sides of the domestic sheep to locate bighorn sheep during the grazing period on the allotment
  3) Counting the domestic sheep going onto and off the allotment, providing one marker sheep for every 25 head of domestic sheep, conducting weekly counts, and counting marker sheep three times a day and notifying USFS and IDFG if counts reveal domestic sheep are missing
  4) Use of satellite phones to notify agencies and other responsible officials when bighorn sheep are within 1 mile of domestic sheep
  5) Use of radio telemetry equipment to track radio-collared bighorn sheep
  6) Do not turn sick or diseased domestic sheep out on the allotment

BLM_0147442

**Review of Risk Factors**

Risk Factor #1 – Distance between sheep allotment and nearest bighorn sheep population: bighorn sheep radio-collared in January and February 2008. Those bighorn sheep have not moved appreciatively from their capture and collar location near Manning Crevice Bridge and Wind River.

Risk Factor #2 – Amount of GIS modeled habitat: no change

Risk Factor #3 – Knowledge of bighorn habitat: no change

Risk Factor #4 – Presence of incidental bighorn sheep sightings: no change

Risk Factor #5 – bighorn sheep distribution and movement: Information to date regarding the movement of the bighorn sheep collared near Manning Crevice Bridge and Wind River show that the bighorn sheep have not moved appreciable from the location that they were collared (track May 13, 2008 flight log). No additional observations of bighorn sheep on or near the Allison-Berg Allotment have been reported to the Nez Perce National Forest since March 2008.

Risk Factor #6 – Number of domestic sheep permitted and season of use: What is being evaluated for the purposes of this review is what is left of the 2008 spring grazing season (end of May to July 7, 4-6 weeks). In addition, the proposal is to only have grazing on the west half of the allotment from the Forest boundary near Riggins, Idaho, east to Allison Creek.

**Analysis of Best Management Practices**

1) Observers, "pop guns", and additional herders and guard dogs can help discourage bighorn sheep from using the same general area that domestic sheep are in. However, given the terrain (steep, rugged, highly dissected, brushy and timbered as move up in elevation, rocky outcrops), there is not guarantee that all the bighorn sheep and domestic sheep can be accounted for. There is no way to guarantee that bighorn sheep are not in the area if observers can't see more than from the ridge to the draw, sometimes only a few hundred yards or so. Sometimes the draws are heavily vegetated with shrubs and/or timber making observing domestic sheep, let alone bighorn sheep difficult.

2) Observers and bedding domestic sheep closely at night may have limited success. Observers would only be out during daylight hours, not at night when bighorn sheep are more apt to move, especially with the weather starting to get warmer. There is no way to assess whether bighorn sheep have come in contact with domestic sheep or guarantee separation.

3) The presence of predators is high. There is a high likelihood that predators may get into the flock of domestic sheep and scatter the animals either during the day or at night. This makes it difficult to account for all of the domestic sheep.

4) The counting of domestic sheep and the frequency of the count does not account for why the count is off and where the domestic sheep are. The domestic sheep could be hiding in a draw or behind vegetation or a rock; could have fallen and become injured or died; or injured or killed by predators. There is no way of accounting for the loss or the level of contact or not.

5) Having measures in place (satellite phones, radio telemetry equipment) so that if bighorn sheep come in close proximity to domestic sheep (1-2 miles) appropriate measures can be taken to reduce that potential for can also help in reducing the potential for contact. However, there is no guarantee that the radio telemetry equipment or the satellite phones will work in steep, high dissected, rugged terrain. Keeping track of radio-collared bighorn sheep lets us know the location of radio-collared bighorn sheep, not ones that are not radio-collared.

6) Having healthy domestic sheep on the allotment is always a plus and a sign of good livestock husbandry. Sick, injured, and/or diseased domestic livestock will straggle behind the rest of the herd and could possibly attract predators that could get into the rest of the flock and scatter the animals. There is also no guarantee that bighorn sheep are not in the area and won't come in contact with domestic sheep even with all the observers in place.

7) Grazing only the west half of the allotment would concentrate domestic sheep away from the radio-collared sheep that are further upstream. However, the radio-collared sheep are only three air miles to the east of Allison Creek. In 2007, two observations of un-collared bighorn sheep were reported within close proximity to the western portion of the Allison-Berg Allotment. One near the western edge of the allotment and one close to Allison Creek. Given that bighorn sheep habitat is considered to be continuous within the Allison-Berg Allotment and that bighorn sheep can move considerable distances, the distance between the collared bighorn sheep within three miles of domestic sheep and the wandering un-collared bighorn sheep is not adequate to guarantee that bighorn sheep won't wander into the domestic sheep flock.

BLM_0147443

Case No. 1:20-cv-02484-MSK   Document 71-17   filed 04/29/21   USDC Colorado   pg 10 of
120
Case 4:07-cv-00151-BLW   Document 153-5   Filed 09/23/2009   Page 9 of 18

**Conclusion**

The development of Best Management Practices by both the Forest Service and the Idaho Department of Fish and Game, in conjunction with the permittee, help to reduce the risk of contact between domestic and bighorn sheep. However, given that the terrain is steep, rugged, and has dense vegetation in the higher portions of the allotment, the ability to accurately account for all of the domestic and bighorn sheep would be difficult even with additional observers, herders, guard dogs and the use of telemetry equipment. The presence of predators also adds a degree of complexity to managing the domestic sheep.

Grazing domestic sheep for only 4-6 weeks and only on the western portion of the allotment also helps by concentrating the domestic sheep away from the radio-collared sheep further upstream. However, bighorn can move long distances and the separation of three miles from the main Salmon River population of bighorn sheep may not be adequate.

The use of these Best Management Practices would reduce the risk of contact slightly, but only to a level of "MODERATELY HIGH". Even with the reduction in the length of the grazing season and the limited amount of area identified to be grazed this spring along with the BMPs, there could still be the potential for contact with the presence of bighorn sheep in close proximity to domestic sheep.

Prepared by:

/s/ Joanne M. Bonn

Joanne M. Bonn
Wildlife Biologist
Salmon River Ranger District
Nez Perce National Forest

Reviewed by:

Timothy J. Schommer

USDA Forest Service
National Bighorn Sheep Biologist
Wallowa-Whitman National Forest



BLM_0147445

## NEZ PERCE NATIONAL FOREST BIGHORN SHEEP RE-EVALUATION

### MAY 28, 2008 TIM SCHOMMER

On March 28, 2008 I conducted a field review of the Allison-Berg Allotment on the Nez Perce National Forest. My report consisted of 3 parts: 1) verifying the habitat, 2) reviewing recent bighorn sightings, and 3) evaluating whether effective separation was possible. I concluded that it would be "extremely difficult" to keep the two species separate.

Recently, the Nez Perce National Forest has asked me to re-evaluation that conclusion based on three additional mitigation factors: 1) applying the "Best Management Practices". 2) grazing the west side of the Allotment only (west of Allison Creek), and 3) what remains of the grazing season (approx. June 1 to July 7).

**Evaluation of BMP's**:

The "Best Management Practices" are described in the "Strategy for Managing Separation between Bighorn Sheep and Domestic Sheep and Goats in the Salmon River Area", and the May 12, 2008 letter from District Ranger Darcy Pederson to IDFG (Jim Unsworth).

The Allison-Berg Allotment has some of the most rugged, steep, and rocky domestic sheep grazing that I have seen anywhere. Consequently, the ability to control domestic sheep and maintain sight of them will continue to be very difficult. The necessity of "Loose Herding" further complicates the control and location of all domestic sheep. Visibility in the Salmon River breaks is difficult due to the rocky terrain and equally difficult above the Salmon River breaks due to extensive brush and trees.

The use of propane guns to scare away bighorns will likely have little success, since the bighorn sheep in this area are not hunted and do not associate a negative effect from a loud noise. I would also expect the bighorns to get used to the noise in 2-3 days, like we have experienced with deer and elk in Northeast Oregon.

The use of guard dogs will likely have limited success in keeping the two species separate. These dogs are designed to protect domestic sheep from predators, not other sheep. Some guard dogs have shown to be quite tolerate of bighorn sheep (see attached photo).

Extra observers will help locate bighorn sheep and improve control of domestic sheep during daylight hours. However, I expect the largest movement of bighorn sheep during the period from very late evening to very early morning. At this time, observers will not be working.

The state (IDFG) and Allison-Berg Allotment Permittee have reported high populations of bears, lions, coyotes, and wolves in the allotment area. These predators can frequently

BLM_0147446

get into domestic sheep flocks, kill some, and spread others in various directions. Often this is at night, making separation and finding domestics even more difficult.

Close monitoring of radio-collared bighorn sheep will help reduce risk of contact. Bighorn sheep with radio-collars are frequently hard to locate in steep remote country such as the Allison-Berg Allotment. Many times we just can't complete a visual on them even though we know they are very close. Un-collared bighorn sheep are even harder to find and see than collared bighorns. Consequently, separation of un-collared bighorns with domestic sheep will be difficult.

The counting of marked domestic sheep (1 in 25) will help a little with losses of large numbers of domestic sheep. However, what is important here is the loss of individual domestic sheep. It only takes one domestic sheep to led to massive die offs of bighorn sheep. Recently, one domestic sheep male was reported to have lead to a massive die-off of 3 interconnected bighorn populations in central Colorado (George) et al 2008, Epidemic Pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep, Journal of Wildlife Disease).

On the Wallowa-Whitman NF in the 1990's, we used most of these "Best Management Practices" on the Temperance and Sheep Creek Allotments for the purposes of keeping the two species separate. Habitat in those two allotments is very similar to the continuous river breaks country of the Allison-Berg Allotment. The distance between all three allotments (both forests) is less than 20 air miles. We had buffers between the two species up to 25 air miles. We required the permittees to use extra herders and guard dogs, count marker sheep and continuously pick up strays, and pen the sheep at night. The Oregon Department of Fish and Wildlife (ODFW) was required to closely monitor radio-collared bighorn sheep. All of these practices combined did not maintain effective separation between the two species, despite investing a lot of time and energy into it. Several bighorn sheep were killed, which either contacted domestics or stray domestics joined with bighorn sheep herds. Despite killing these bighorn sheep, contact between the two species lead to several bighorn sheep disease dieoffs. We could not keep the species separate because the bighorn sheep habitat was continuous, domestic sheep strays were not always found, predators scattered the flocks, bighorn ewes and rams were attracted to domestics, poor ability to control domestics, and the country was remote and vast.

### Evaluation of using West Half Only:

The use of only the west half of the Allison-Berg Allotment will help a little by concentrating the domestic sheep into a smaller area and further from radio-collared bighorn sheep. However, radio collared bighorn sheep are only three air miles to the east of Allison Creek. In 2007, two observations of un-collared bighorn sheep were reported within close proximity to the western portion of the Allison-Berg Allotment. One near the western edge of the allotment and one close to Allison Creek. Given that bighorn sheep habitat is considered to be continuous within the Allison-Berg Allotment and that

bighorn sheep can move considerable distances, the distance between the collared bighorn and domestic sheep is not likely to provide effective separation.

In addition, last week the Nezperce Tribe reported a new lambing area with eight ewes and 9 lambs in the Wind River area. This area is about 4 miles from the eastern boundary of the Allison-Berg Allotment. This indicates the potential for contact between the two species is with both rams and ewes and therefore, any rams that are infected with deadly pathogens may contact bighorn ewe groups upriver.

**Evaluation of Rest of Season:**

There is not much time left in the grazing season, which could be from approximately June 1 to July 7. Since the time period is short, the probability of contact will be reduced.

**Conclusion:**

In my opinion, the 3 mitigation factors listed above will only slightly reduce the risk of contact between the two species. The risk rating of High/Very High from the Allison-Berg Allotment Bighorn Sheep Risk Assessment (3/08) would be reduced to only a Moderately High rating.

Tim Schommer
National Forest Service Bighorn Sheep Biologist

BLM_0147448



BLM_0147449

Case No. 1:20-cv-02484-MSK   Document 71-17   filed 04/29/21   USDC Colorado   pg 16 of
120
Case 4:07-cv-00151-BLW   Document 153-5   Filed 09/23/2009   Page 15 of 18

**To:**   Jim Wickel, Region 1 Rangeland Program Leader

**From:**   Mary Beth Hennessy, Inyo National Forest Resources Staff

**Date:**   June 4, 2008

**Re:**   **Inyo National Forest Domestic-Wild Sheep Contact Prevention Practices**

The Inyo National Forest administers a domestic sheep allotment (Rock Creek) adjacent to endangered Sierra Nevada bighorn sheep ( *Ovis canadensis sierrae*) occupied habitat with concurrence from the U. S. Fish and Wildlife Service (FWS). To date, there have not been any documented instances of negative impacts to wild sheep resulting from domestic sheep operations within the allotment. The mitigations used, the rigor in implementing the practices by the permittee, the presence of a four-lane divided highway, natural topographic and vegetative features, and non use of the unit (Rock Creek Unit) in closest proximity to the occupied habitat, have all contributed to the success of the program.

Background

The Rock Creek Allotment is located entirely in Mono County, California. The allotment is located east of the Sierra crest in a foothill area consisting of rolling hills, steep non-glaciated ridges and alluvial fans ranging in elevation from 6,000-9,000 feet. The four contiguous units of the Rock Creek Allotment cover approximately 12,312 acres with an additional 1,725 acres within the disjunct Hilton Unit. The allotment is comprised primarily of bitterbrush/sagebrush vegetation with riparian vegetation along Lower Rock Creek, Birch Creek and in the Witcher Meadow area. Coniferous forest, consisting of both Jeffrey and pinyon pine is present along the south and west portions of the allotment which abut Wheeler Crest.

Sierra Nevada bighorn sheep (SNBS) were emergency listed as endangered in 1999 followed by a final rule granting endangered status in January 2000. The primary threats to SNBS were identified as predation by mountain lions and disease transmission by domestic sheep.

There are currently about 400 of these unique animals in eight small but increasing populations comprising three distinct management units of SNBS. The Wheeler Ridge herd is one of these populations and is in proximity to the Rock Creek allotment. The total number of rams on Wheeler Ridge is above 50 animals (Fourth Quarter Report of the Sierra Nevada Bighorn Sheep Recovery Program, 2007).

The southern portion (Rock Creek Unit) of the Rock Creek sheep allotment borders the northern end of Wheeler Crest. The Crest is a massive granitic ridge which juts out from the main Sierra escarpment in a northeasterly direction. It has steep escarpments on the north and east sides, gentler escarpments on the west side, and joins the Sierra range on the south end. According to SNBS expert Dr. John Wehausen, occupied SNBS habitat is limited to the southern two-thirds of the Crest, probably due to more favorable winter range and lamb rearing habitat at the southern end. The north escarpment and northern third of the eastern escarpment is considered as potential but lower-value bighorn habitat, which has served as an apparent buffer between domestic sheep and the bighorn themselves during the last two decades the herd has been occupying the Crest.

It is conceivable that a wandering domestic sheep from the allotment could climb the ridge and walk south for several miles into bighorn habitat. To reduce the probability of this occurring, the

1

Inyo National Forest modified the southern boundary of the allotment to exclude a strip of approximately 1280 acres as a buffer to potential habitat on Wheeler Crest and as part of a larger buffer to occupied habitat. With this buffer in place, the distance between the sheep allotment and occupied bighorn habitat is approximately 4-5 miles. The buffering distance between the allotment and potential SNBS habitat on the north escarpment varies between one mile and one-half mile of uneven, fairly rugged terrain with large patches of brush, Jeffrey or pinyon pine. A moderately steep-sided canyon (Birch Creek) also separates the allotment from potential habitat.

Mitigations

The Inyo National Forest requested concurrence from FWS to graze domestic sheep on portions of the Rock Creek allotment in 2000 and has been operating under concurrence direction from a letter dated August 22, 2000. The Forest has not changed the direction in subsequent operating years, indicating that change to the direction would be in response to newer science in regards to minimizing contact and the potential for disease transmission from domestic sheep to wild sheep.

During the past 6 years, a Recovery Plan was drafted and finalized (September 2007) while a "risk assessment" team has been developing an approach for assessing risk of contact between Sierra Nevada bighorn sheep and domestic sheep. The risk assessment document provides the most recent scientific information, including habitat suitability informed by GPS collared bighorn and modeling of potential movement. The process provides a tool for determing risk and identifying ways to prevent contact. The Risk Assessment is currently in draft and could be finalized within the next 6 months. The Inyo NF has participated on this team over the past several years and incorporated draft approaches into our request to USFWS for concurrence on operating practices for continued grazing.

The Annual Operating Instructions (AOI) allow 1,000 to 1,500 pregnant ewes to enter the southern unit of the Rock Creek allotment for the period (normally) from August 14-September 15, with up to two weeks variation on either end depending on resource conditions, and with more dramatic variations in numbers and summer season in the event of unusual resource conditions. The season of use coincides with a time of year when SNBS are least likely to be in the lower elevations of Wheeler Crest, thus minimizing their potential of contact with domestic sheep. The class of domestic sheep (pregnant ewes) is unlikely to attract wandering bighorn rams searching for ewes in estrus. Furthermore, the heavy ewes are in the least mobile condition for a sheep to be in. Descending into Birch Creek and ascending up the south side of the canyon would be highly unattractive to these animals who already have excellent watering facilities and easily accessible forage on the gently sloping, open bitterbrush terrain that is available for grazing to the north.

Language in the annual operating instructions that outlines current required practices with concurrence from FWS is detailed below:

CURRENT (2007) ANNUAL OPERATING INSTRUCTIONS (AOI)

The following language comes from the 2007 AOI for the Rock Creek Allotment.

The following mitigation measures outlined in the Interagency Domestic Sheep Management Strategy (2001) are required to protect endangered Sierra Nevada bighorn sheep from the threat of disease transmission from domestic sheep on Rock Creek Allotment:

2

BLM_0147451

1. The permittee shall notify the Forest Service at least 24 hours before entering the allotment.

2. The permittee shall count all individual sheep upon entering and exiting the allotment. 100% counts will also be conducted following any type of scatter event. This number should be provided to the Forest Service within 24 hours of the count (recommend Forest Service range personnel accompany counts).

3. The permittee shall use marker sheep at a ratio of at least 1 to 35 (1 to 20 is recommended).

4. The permittee is responsible for assuring all permitted sheep are accounted for at all times. A combination of 100% counts and marker sheep counts is a critical tool in meeting this permit requirement. A daily log of sheep numbers and counts will be maintained by the permittee's representative (herder or camptender). The permittee shall conduct daily counts of marker sheep following any significant change in sheep distribution (after leaving bed grounds, trailing, or movement to new feeding areas, etc). These counts will be documented in the log. Sheep mortality and sheep removed from the allotment due to sickness will also be documented. The log will be provided to the Forest Service at the end of the season and any time upon request.

5. The Forest Service and the permittee shall develop a detailed escape management plan in the event a stray is detected, where the agency is notified immediately and comprehensive measures are taken to recover the stray sheep as follows:

   If at any time during the grazing season a domestic sheep is unaccounted for, the permittee will notify the Forest Service immediately, as follows: a person-to-person conversation, in addition to leaving telephone recorded messages, starting with **Tamara Sawinski (760) 924-5535 or 934-7026; Jon Regelbrugge 760-914-0797, Mary Beth Hennessy (760) 873-2404; or Forest Dispatch (760) 873-2405.** The permittee will assist the Forest Service with immediate search actions to locate missing or dead sheep as soon as practical by road, foot, horseback, helicopter, fixed wing, climbing, or tracking dogs. Areas will be searched first that are most likely for domestic sheep to move into, as well as searching bighorn habitat. Discrepancies in sheep numbers identified by the Forest Service during the post-season counts or evaluation of count records will also trigger a comprehensive search (as described above) for missing animals.

6. The permittee shall ensure all sheep that arrive on Rock Creek Allotment west of Hwy 395 are confirmed to be in their third trimester of pregnancy. The Rock Creek Unit near Witcher Canyon and the base of Wheeler Crest were determined to be High Risk areas due to proximity of domestic sheep and bighorn and the lack of physical barriers. The Hilton Unit was determined to be Low Risk area due to significant distance between domestic sheep and bighorn, physical barriers, and non-concurrent timing of domestic sheep operations. **Note: The Rock Creek Unit is closed due to Birch Fire.**

7. During the time spent on the allotment west of Hwy 395 the permittee shall conduct one mid-season full count, document any mortality or removal of sick or injured animals, and provide this information to the Forest Service within 24 hours of the count **(Hilton Unit only in 2007).**

8. After using the allotment west of Hwy 395, the permittee shall assist the Forest Service to conduct a post-season sweep. The post-season sweep will consist of checking the Hilton Unit and along Hilton Creek (adjacent to allotment boundary) for any sign of fresh sheep tracks or actual sighting of stray animal(s).

During the past 3 years, monitoring of radio collared bighorn rams has shown an increase in their movement outside of traditional habitat. Their movements have been closer in proximity to domestic sheep in the June Lake, Rock Creek, Sherwin/Deadman, McGee Creek and Casa Diablo allotments. The Forest's review of this tracking data did not result in identifying a higher risk level for these allotments. At this time, the Forest did not reinitiate consultation with U.S. Fish and Wildlife Service (FWS).

3

The Forest Service has requested from California Department of Fish and Game (CDFG) weekly updates (minimum) on bighorn monitoring results, with immediate notification of both the Forest Service and the affected permittees if their monitoring indicates an increased risk of contact between domestic and wild sheep. **If notified directly by CDFG that bighorn sheep have been sighted in or near your allotment, the permittee is authorized to deviate from the grazing schedule as necessary to accommodate moving your domestic sheep band away from the sighting location.**

If bighorn sheep are observed in close proximity of a domestic sheep band, the permittee will immediately notify the Forest Service and CDFG. If a possible nose-to-nose contact occurred, the CDFG will determine whether to pursue take authority from FWS. **Contacts with CDFG are Dr. Vern Bleich at 760-872-1137 or 760-937-5020 (cell); Dr. Tom Stephensen at 760-873-4305 or 760-937-0238; or Becky Pierce 760-873-7452 or 760-937-0138.** Forest Service contacts are listed above.

### Non Use of Rock Creek Unit due to Birch Fire

Due to the extent and intensity of the Birch Fire in 2002 it was necessary to rest the Rock Creek Unit. This unit is the furthest south in the Rock Creek Allotment and in closest proximity to the areas utilized by the Wheeler Ridge herd. Approximately 1,834 acres of the 2,500 acres burned at a moderate intensity consuming all of the living vegetation within the area. The closure affected an average of 1600 Head Months (HMs) of the 4500 total permitted HMs. This action reduced the permitted HMs to 2900 until the vegetation reaches standards described in the letter from District Ranger. This has provided even more of a physical buffer between the wild and domestic sheep, contributing to success of contact prevention on the Rock Creek Allotment.

### Summary

The Rock Creek Allotment has operated without incident of domestic/wild sheep contact for the past 8 years since listing of the Sierra Nevada bighorn sheep. This is due to the use of best science utilizing the risk assessment team's recommendations as they have evolved. The team is made up of interagency scientists, land and resource managers and sheep producers and has worked on quantifiable means of predicting risk and measures that mitigate the risks of contact. Secondly, these practices have been rigorously embraced and carefully implemented by the permittee which has contributed to the success of the program. Finally, one of the more problematic units of the allotment, the one in closest proximity to the wild sheep herd, has been temporarily closed for resource protection since 2002, which further reduces the probability of contact between wild and domestic sheep. Together these measures and circumstances have led to a successful program to date, the measures listed in the AOI for responding to a contact have never needed to be implemented.

4

Lauren M. Rule (*ISB # 6863*)
ADVOCATES FOR THE WEST
PO Box 1612
Boise ID 83701
(208) 342-7024
lrule@advocateswest.org

Attorney for Plaintiff Western Watersheds Project

Jennifer R. Schemm (*OSB #97008*)
602 "O" Avenue
La Grande, OR 97850
(541) 962-0860
jschemm@oregontrail.net

Attorney for Plaintiffs Hells Canyon Preservation Council and The Wilderness Society

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT et al, | ) | |
| | ) | Case No. 07-151-BLW |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **FIFTH DECLARATION** |
| U.S. FOREST SERVICE, BUREAU OF LAND MANAGEMENT, and SECRETARY OF INTERIOR KEN SALAZAR, | ) | **OF VICTOR L. COGGINS** |
| | ) | |
| Defendants. | ) | |

BLM_0147454

I, Victor L. Coggins, with full knowledge of the penalties for perjury, declare as follows:

1.  In my first declaration I described my qualifications and experience related to interactions between bighorn sheep herds in Hells Canyon and domestic sheep, and the resulting detrimental impacts to the bighorn sheep populations. *Declaration of Victor Coggins* ¶¶ 1-5, 40 (qualifications and experience)(Dckt. No. 9). I discussed in detail the impacts on these herds from domestic sheep grazing on the Smith Mountain and Curren Hill allotments on the Payette National Forest. *Id.* ¶¶ 22-56. I have filed four subsequent declarations expounding upon these matters and issues of domestic sheep trailing, the significance of telemetry data, and the effectiveness of various management practices in preventing interactions between domestic and bighorn sheep. This information remains true and accurate and supports my opinions and conclusions in this fifth declaration.

2.  I am submitting this declaration to discuss the effectiveness of the best management practices ("BMPs") proposed to be implemented on the Partridge Creek allotment within the BLM Cottonwood Field Office in Idaho. My opinion is based on my experiences with the implementation of similar practices in Hells Canyon and other locations in Northeast Oregon.

The BMPs for the Partridge Creek allotment cannot ensure effective separation between domestic and wild sheep.

3.  Based on my forty-two years of experience as a state wildlife biologist, over thirty of which have focused on bighorn sheep in Hells Canyon, a terrain similar to the Salmon River Canyon, my opinion is that the proposed BMPs for the Partridge Creek allotment cannot guarantee separation. Rather, they will merely reduce risk compared to previous years.

4.  In continuing to allow domestic sheep grazing on the Partridge Creek allotment this fall, the BLM is relying on numerous BMPs in an attempt to keep domestic sheep and bighorn sheep separated. *See Fifth Declaration of Lauren M. Rule, Ex. 9* (BMP Plan for Carlson Livestock).

FIFTH DECLARATION OF VICTOR L. COGGINS - 1

5.   To the best of my knowledge, these BMPs were not peer reviewed by any bighorn sheep experts.  Further, in my opinion, no bighorn sheep expert would find that the BMPs proposed for the Partridge Creek allotment would ensure separation between bighorn and domestic sheep in occupied bighorn sheep habitat such as the Partridge Creek allotment.

6.   The underlying premise for these BMPs is that separation between domestic and bighorn sheep is not necessary after a bighorn sheep population has been exposed to disease-causing bacteria from previous encounters with domestic sheep or goats.  This premise is incorrect.  The previous exposure may not have infected every bighorn and the surviving animals, unfortunately, do not appear to become immune from further disease transmission.  Additional contact with domestic sheep could cause more disease outbreaks and die-offs within the population.  I am unaware of any viable bighorn herd that has had prolonged regular contact with domestic sheep or goats that doesn't eventually have a disease outbreak.

7.   The primary reason the BMPs cannot ensure separation in occupied bighorn sheep habitat is because domestic sheep inevitably stray from their band.  Sheep operators in Oregon have used many of the proposed practices, yet domestic sheep still stray, and contact between domestic and bighorn sheep has occurred.  This is particularly true in the steep and rugged terrain of Hells Canyon.  The Salmon River Canyon has similar terrain.

8.   The BMPs prevent the permittee from turning out apparently sick or physically infirmed domestic sheep on to the allotment.  *BMP Plan, BMP #3.*  This action, however, will not prevent transmission of pneumonia from domestic sheep to bighorn sheep because healthy domestic sheep can also be carriers of disease-causing bacteria.

9.   Further, the BMP requiring two domestic sheep herders and several dogs per band cannot ensure that every domestic sheep remains with the band of over 600 sheep, particularly when

FIFTH DECLARATION OF VICTOR L. COGGINS - 2

BLM_0147456

grazing within steep, rugged terrain.  *See Fifth Rule Decl., Ex. 13* (2009 grazing authorization);
*BMP Plan, BMP #5.*  The herders simply cannot be expected to always have an eye on every
member of the band or always locate bighorn sheep that are on the allotment.

10.  Once a domestic sheep strays from its large band, discovery of the animal in steep,
rugged, remote terrain is difficult and contact with bighorn sheep may not be detected.  Two
herders per domestic sheep band simply cannot ensure a domestic sheep will not stray.  *See BMP
Plan, BMP #5.*  Neither can two herders ensure that a bighorn sheep will not come in contact with
the band, particularly when the domestic sheep are foraging.  In my experience, domestic sheep
scatter or spread out while grazing, making interactions with nearby bighorns more likely to go
undetected.  Further, it is very unlikely the herders would detect a bighorn sheep up to one mile
away from the domestic sheep band in order to notify the agencies as required by the BMPs.
*BMP Plan, BMP #4.*

11.  Moreover, once a domestic sheep strays, it can survive for some time providing ample
opportunity to make contact with bighorn sheep, particularly in light of the fact that bighorn and
domestic sheep are attracted to each other and gregarious in nature.  For example, two strays
presumably spent four to five months in Fall 2006 and Winter 2007 wandering unattended in good
bighorn sheep habitat on the nearby Smith Mountain allotment in Hells Canyon.  *See Coggins
Decl. ¶ 54* (Dckt No. 9).  It is not known whether contact with bighorn sheep occurred during this
time but bighorn sheep from the Upper Hells Canyon Oregon herd use this area.  In general,
contact in the steep rugged terrain of these canyons is probably undetected most of the time.
Thus, the practice of destroying only those individual bighorn sheep known or suspected to come
in contact with domestic strays may be ineffective to insure contact did not in fact occur.

FIFTH DECLARATION OF VICTOR L. COGGINS - 3

BLM_0147457

12.  Requiring the BLM to maintain the cattle guard and gate across Partridge Creek bridge will not prevent bighorn sheep from moving from the north to the south side of the Salmon River and vice versa.  *BMP Plan, BMP #6.*  Bighorn sheep can jump fences as tall as eight feet and cattle guards generally do not deter bighorns.  Further, bighorn sheep can swim across large bodies of water, including the Salmon and Snake Rivers.  I have observed two different bighorn rams swimming across the Snake River, the larger of these two rivers, near Pittsburgh Landing in Hells Canyon.

13.  In addition, counting marker sheep on a daily basis is not sufficient to ensure that no straying will occur.  It is impossible to account for every single sheep in the band simply by counting the small percentage of sheep that are marked.  *BMP Plan, BMP #8.*  If a few unmarked sheep stray in this rugged remote area, their absence will likely not be discovered and if it is, locating the strays may be extremely difficult.

14.  The BMPs discuss the requirement to count each domestic sheep after "herd scattering events" such as attacks by predators.  *Id.*  They do not discuss, however, how they will locate any missing sheep.  As discussed previously, it is difficult to locate scattered or stray sheep, even in relatively open areas.  In steep rugged forested terrain such as the Hells Canyon and Salmon River canyon, the difficulty in locating stray animals will be extreme.

15.  Also, the BMP requiring the killing of a bighorn mingling with domestic sheep is not always effective at keeping the bighorn from contacting and infecting other bighorns, particularly when the domestic sheep allotment is in occupied bighorn habitat.  *BMP Plan, BMP #10.*  The practice of lethally removing bighorn sheep that come into contact with domestic sheep or goats is normally applied outside of bighorn sheep range where occupied bighorn sheep habitat and domestic sheep operations are spatially separated. Under this situation, the policy is applied

FIFTH DECLARATION OF VICTOR L. COGGINS - 4

typically to young dispersing bighorn sheep that travel outside of their normal range and habitat and come into contact with domestic sheep or goat operations. Under this typical situation, the need to remove bighorn sheep that come into contact with domestic sheep or goats occurs infrequently as bighorn sheep spend the majority of their time within their occupied range and suitable habitats away from domestic livestock operations.

16.   In contrast, the policy of lethally removing bighorns within their own range becomes less effective as a disease management tool because, although there is probably more contact between the species, the rate of detection of these contacts is low.  Further, successful removal of bighorn sheep is difficult in the rugged, steep terrain.  And finally, disease spread is almost unavoidable as resident herds within the range occur in social groups of multiple animals.  It is likely that an infected bighorn sheep will interact with other members of its social group, potentially spreading deadly disease before it can be removed from the population.

17.   The death of even one bighorn sheep from a small population can be extremely detrimental to that population. A good example is the Sheep Mountain Oregon herd located near Brownlee Dam.  The 2009 herd count totaled eleven bighorns, with only one ram (ten years ago, this population had approximately ninety animals).  Obviously, losing even one member of this small population of bighorns, one that is already below a viable level, could permanently impair the population and lead toward the herd's extirpation.

18.   For all of the above reasons, any BMPs for domestic sheep grazing must include a buffer between the domestic sheep and occupied bighorn sheep habitat.  The BMPs approved by the BLM for the Partridge Creek allotment do not.  Bighorns sheep experts consistently recommend using a minimum of nine air miles as a buffer to achieve separation between the species.  *See Fourth Declaration of Victor Coggins, ¶ 19 & Ex. B (*WAFWA recommendations) (Dckt No. 64).

FIFTH DECLARATION OF VICTOR L. COGGINS - 5

BLM_0147459

In steep, rugged open terrain, often a larger buffer is required because of the difficulty of detecting stray domestic sheep or bighorn sheep.  In Hells Canyon, even a 25 mile buffer was not enough to keep domestic sheep and bighorns separated.

19.  In summary, according to the scientific literature and in my experience, complete separation between bighorn and domestic sheep is the only known way to prevent disease transmission to bighorns.  *See Coggins Decl. ¶ 44.*  To ensure separation, domestic sheep must be kept out of occupied bighorn sheep habitat, including the Partridge Creek allotment.  Even the best intentions to implement the listed BMPs will not ensure separation.  By allowing domestic sheep to graze the Partridge Creek allotment, the BLM is putting the native Salmon River bighorn population at risk.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of September, 2009.

 /s/Victor L. Coggins
Victor L. Coggins

FIFTH DECLARATION OF VICTOR L. COGGINS - 6

BLM_0147460

Lauren M. Rule (*ISB # 6863*)
ADVOCATES FOR THE WEST
PO Box 1612
Boise ID 83701
(208) 342-7024
lrule@advocateswest.org

Attorney for Plaintiff Western Watersheds Project

Jennifer R. Schemm (*OSB #970086*)
602 "O" Avenue
La Grande, OR 97850
(541) 962-0860
jschemm@eoni.com

Attorney for Plaintiffs Hells Canyon Preservation Council and The Wilderness Society

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, | ) | Case No. 07-151-BLW |
|   Plaintiff, | ) | |
| and | ) | |
| | ) | |
| HELLS CANYON PRESERVATION | ) | **DECLARATION OF TIM** |
| COUNCIL**,** an Oregon non-profit corporation, | ) | **SCHOMMER** |
| and THE WILDERNESS SOCIETY, a national | ) | |
| non-profit corporation, | ) | |
|   Co-Plaintiffs; | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. FOREST SERVICE, | ) | |
| | ) | |
|   Defendant. | ) | |

BLM_0147461

Case No. 1:20-cv-02484-MSK   Document 71-17   filed 04/29/21   USDC Colorado   pg 28 of
120
Case 4:07-cv-00151-BLW   Document 177-2   Filed 04/09/12   Page 2 of 16

I, Tim Schommer, with full knowledge of the penalties for perjury, declare as follows:

1.   After receiving a Bachelor of Science degree in Wildlife Biology from the University of
Washington and a Masters degree in Wildlife Habitat Management from Washington State
University, I worked as a wildlife biologist for the United States Forest Service from 1978 to my
retirement in January 2010.

2.   For almost thirty years, from 1981 until my retirement, I worked directly with bighorn
sheep management and restoration.  Since 1993, I served as the Forest Service's National
Bighorn Sheep Biologist.  In that role, I specialized in: (1) reducing the potential risk of disease
transmission between bighorn sheep and domestic sheep and goats; (2) restoring bighorn sheep
populations; (3) improving bighorn sheep habitat; and (4) evaluating impacts to bighorn sheep.

3.   Over nearly twenty years, I assisted approximately 28 National Forests in the western
United States in developing, modifying, and/or evaluating grazing practices in the field to reduce
potential disease transmission between bighorn and domestic sheep.  This required me to
evaluate parameters such as habitat, domestic sheep grazing operations, bighorn populations and
movements, and locations of buffers, all in order to develop risk ratings and management
practices to mitigate impacts.

4.   For six years, I was a core Interdisciplinary Team member for the Payette National Forest
in its development of the Supplemental Environmental Impact Statement (SEIS) amending its
Forest Plan to address conflicts between domestic and bighorn sheep.  I also served as a
representative from the Wallowa-Whitman National Forest, and on the Cooperating Agency
Status Team. These three roles required me to use my knowledge in bighorn sheep biology
movements, disease transmission, creating separation between the two species, and working with
other organizations.

DECLARATION OF TIM SCHOMMER - 1

BLM_0147462

5.   Early in the SEIS process, I participated in tours of the bighorn sheep habitat on the Payette National Forest to reacquaint myself with bighorn sheep habitat in the Salmon River drainage and its tributaries, and the locations and operations of domestic sheep allotments on the Forest.  Previously, in the 1980s, I had worked as the District Wildlife Biologist on the Salmon River Ranger District of the Nez Perce National Forest, during which time I became familiar with the bighorn sheep populations, their habitats, and the range allotments surrounding the Main Salmon River.

6.   From about 1990 to 2010, while serving as a biologist on the Bighorn Sheep Restoration Committee for restoring bighorn sheep in Hells Canyon, I collected much of the existing bighorn sheep telemetry monitoring data on the west side of the Payette National Forest.

7.   From 1991 to 1995, I worked on an Environmental Assessment (EA) for resolving bighorn and domestic sheep conflicts on the Wallowa-Whitman National Forest in Hells Canyon. The decision notice for this EA was challenged, but upheld by the courts.

8.   I coauthored a Forest Service Publication entitled "A Process for Finding Management Solutions to the Incompatibility between Bighorn and Domestic Sheep" that is used on National Forests to address bighorn and domestic sheep issues. (Schommer, T.J., and M. Woolever. Washington D.C. USDA Forest Service, 62 p., 2001).  I also coauthored the Forest Service Publication "A Review of Disease Related Conflicts between Domestic Sheep and Goats and Bighorn Sheep" that summarized the science related to disease.  (Schommer, T.J, and M. Woolever, USDA Forest Service, GTR 209, 2008).

9.   Throughout my career, my work has required a great deal of coordination with state agencies, Native American Tribes, range permittees, other federal agencies, private wildlife organizations, and the general public.

DECLARATION OF TIM SCHOMMER - 2

BLM_0147463

Case No. 1:20-cv-02484-MSK   Document 71-17   filed 04/29/21   USDC Colorado   pg 30 of
120
Case 4:07-cv-00151-BLW   Document 177-2   Filed 04/09/12   Page 4 of 16

10.  Through the highlighted experiences listed above, I have become intimately familiar
with bighorn sheep populations and their habitats, domestic sheep allotments and their
management, and bighorn-domestic sheep conflict issues within Hells Canyon and the Salmon
River on and adjacent to the Payette National Forest.

11.  As noted above, I retired from the Forest Service in January 2010.  I had no involvement
in the 2012 grazing authorizations by the Payette National Forest.

Status of Bighorn Sheep within the Salmon River drainage

12.  Bighorn Sheep within the Salmon River drainage are considered the last native
population of bighorn sheep in the State of Idaho.  This unique status elevates the importance for
their conservation from both a cultural (Keith Lawrence, Nez Perce Tribe, personal
communication) and State management (Idaho Department of Fish and Game, 2010) perspective.

13.  The Idaho Department of Fish and Game (IDFG) has conducted periodic bighorn sheep
trend surveys throughout the Salmon River drainage.  Trend survey data for the Salmon River
within the Payette National Forest indicates a steady decline in the number of bighorns observed
by nearly 70% since 1983 (Keith Lawrence, Nez Perce Tribe, personal communication).

14.  Because of the importance of this native population, the Salmon River Bighorn Sheep
Study (Study), a cooperative research project between the Nez Perce Tribe, the Forest Service,
the Bureau of Land Management, and IDFG, was initiated in 2007.  This Study has gathered
important data on bighorn sheep within the Salmon River on and adjacent to the Payette National
Forest showing that bighorns (1) move much more than wildlife managers previously
anticipated; (2) are well connected with one another; and (3) are found close to domestic sheep in
some areas.

DECLARATION OF TIM SCHOMMER - 3

BLM_0147464

15. Radio telemetry monitoring for the Study has confirmed that the Main Salmon River herds, like the Snake River herds in Hells Canyon, are very much connected.  These river canyons provide continuous habitat, which is why bighorn sheep individuals and herds move freely up and down the canyons.  This is nature's way of providing genetic variability and long term survival.

16.  Unfortunately, this high level of connectivity also facilitates a high degree of disease spread throughout the population.  Because bighorn herds are interconnected, disease transmission between one domestic sheep and one bighorn sheep has the potential of spreading throughout the population up and down the river corridor resulting in a population wide die-off.

17. The most recent bighorn counts conducted by the Study indicate an estimated population level of around 285 animals (Mack, 2010, Salmon River Bighorn Sheep Project Annual Report 2009-2010).  The Study has also demonstrated low lamb production and survival, far below that required to maintain stable populations.  I believe this low lamb survival is due to disease.  Based on radio-collared ewes monitored during 2009 and 2010, on average about 80% of ewes produced lambs, but only about 28% of those lambs survived through the summer (Mack, 2010, Salmon River Bighorn Sheep Project Annual Report 2009-2010).  In healthy populations, lamb production would be expected to be around 90% and summer lamb survival over 50%.  If this trend is not reversed, continued population declines would be expected.

18. In 2010, the IDFG adopted their "*Bighorn Sheep Management Plan 2010*" (State Plan). The State Plan divides bighorn populations into population management units (PMUs). Bighorns residing within the Salmon River canyon on and adjacent to the Payette National Forest are within the Lower Salmon River PMU.  Although the State Plan recognizes this PMU is capable of supporting approximately 950 bighorns, there is a declining trend, low lamb

DECLARATION OF TIM SCHOMMER - 4

BLM_0147465

recruitment, and high mortality of bighorns within the PMU, all associated with disease caused by contact with domestic sheep.  The State Plan includes the following findings:

a.  "Low recruitment rates and overall declines in sheep numbers over the years in these units may have been caused by disease and habitat conditions;"

b.  "Population numbers have dwindled in the western portion of this PMU that is closest to active domestic sheep allotments;"

c.  "Disease has resulted in low lamb survival in adjacent herds along the Salmon River;" and

d.  "Respiratory disease is the most significant disease, resulting in negative effects on population dynamics through increased adult and lamb mortality."

19. In 2010, the Intermountain Region of the Forest Service, which includes the Payette National Forest, added bighorn sheep to their list of Sensitive species, recognizing the species' trend towards federal listing under the Endangered Species Act and the need for restoration.

20. In the final SEIS, the Payette National Forest indicated that continued domestic sheep grazing jeopardizes the viability of bighorn sheep on the Forest.  Disease transmission from domestic sheep is the single most important hurdle to bighorn sheep restoration and viability on the Forest.  All available information demonstrates current Salmon River bighorn populations exist at remnant population levels; have substantially declined over the past twenty years; and exhibit low lamb production and survival.  These factors indicate further declines are likely to occur, putting these populations at risk if this downward trend is not corrected.

<u>The Payette National Forest Record of Decision amending the Forest Plan to address conflicts between domestic and bighorn sheep and its implementation</u>

21. The Payette National Forest Record of Decision (ROD) selected Alternative 7O, with an implementation modification, from the final SEIS alternatives.  The Forest Supervisor selected Alternative 7O because it:

DECLARATION OF TIM SCHOMMER - 5

a. Provides adequate habitat for current populations of bighorn sheep on the Forest and allows for needed future restoration and expansion of the species;

b. Meets Native American tribal trust responsibilities and provides sufficient habitat to allow recovery of bighorn sheep and tribal hunting opportunities;

c. Meets the compatibility requirements of the Hells Canyon National Recreation Area Act and all other Federal laws and regulations;

d. Provides a lower risk of contact rating at full implementation which will improve the long term viability of bighorn sheep and allow expansion into new areas;

e. Given the cumulative effects, meets the needs of bighorn sheep as a sensitive species by not further contributing to a downward trend in the population's numbers;

f. Eliminates overlap of domestic sheep and goat allotments with core bighorn sheep herd home ranges;

g. Provides a lower level of risk that is acceptable for continued long-term adaptive management of domestic sheep and goats while providing adequate habitat for native bighorns;

h. Maintains the largest amount of domestic sheep grazing without immediately jeopardizing the bighorn sheep population; and

i. Provides a significant amount of monitoring to collect data needed for long-term separation between domestic sheep and goats and bighorns.

22. Implementation of Alternative 7O was modified allowing a three-year phase-in approach. Under this approach, grazing on the Payette National Forest would be administered as under Alternative 7P during the 2011 grazing season, as under Alternative 7N during the 2012 grazing season and as under Alternative 7O during the 2013 and all subsequent grazing seasons. The phased in approach allowed affected permittees time to find alternative grazing lands.

23. By closing rangelands to domestic sheep grazing, Alternatives 7P, N, and O provide varying levels of protection for bighorn sheep, with Alternative7P providing the least and Alternative 7O the greatest protection. The ROD indicated that the level of risk associated with Alternatives 7P and 7N would only be acceptable for a single grazing season. Alternative 7P would be acceptable for the 2011 grazing season and Alternative 7N for the 2012 grazing season.

24. The Payette National Forest implemented the first year of the phased-in approach (Alternative 7P) during the 2011 grazing season, but has stalled further implementation of the

DECLARATION OF TIM SCHOMMER - 6

BLM_0147467

Case No. 1:20-cv-02484-MSK   Document 71-17   filed 04/29/21   USDC Colorado   pg 34 of
120
Case 4:07-cv-00151-BLW   Document 177-2   Filed 04/09/12   Page 8 of 16

ROD for the 2012 grazing season.  During the 2012 grazing season, the Forest Service intends to
continue domestic sheep grazing under Alternative 7P rather than under Alternative 7N as called
for by the ROD.

25. In my opinion and based on all available data and the potential consequences of disease
transmission, continued domestic sheep grazing under Alternative 7P, beyond one grazing
season, poses an unacceptable level of risk to bighorn sheep.

Risk of continued grazing under Alternative 7P

26. The difference between Alternatives 7P and 7N is that under Alternative 7N, domestic
sheep grazing will no longer be allowed on the Grassy Mountain, Vance Creek, and Hershey
Lava allotments.  Retaining, rather than removing, domestic sheep grazing on the Grassy
Mountain and Vance Creek allotments for the 2012 grazing season is of particular concern
because of their proximity to known bighorn sheep in the Little Salmon River drainage.

27. In 2008, according to IDFG southwest regional biologist Jeff Rohlman, a young bighorn
ram was reported with a bighorn ewe in the Little Salmon River drainage.  In March of that year,
IDFG was able to put a radio collar on the ram.  Over the next two months, the ram was reported
up and down the Little Salmon River drainage.  At one point, he was less than one kilometer
from the Grassy Mountain Allotment boundary.  In May, he was shot by IDFG when he mixed in
with some domestic goats about eight kilometers from the boundary of the Grassy Mountain
Allotment.

28. IDFG has confirmed other recent sightings of bighorns in the Little Salmon River
drainage.  Since 2008, there have been incidental sightings of single bighorn ewes between the
Sheep Creek Rest Area, about six kilometers south of the town of Riggins, and just upstream
from the town of Pinehurst.  A bighorn ewe was seen associating with 57 elk in February 2010

DECLARATION OF TIM SCHOMMER - 7

BLM_0147468

near Pinehurst.  On February 23, 2012, a ewe was again associated with sixteen elk near the
Sheep Creek Rest Area.  IDFG intended to capture and radio collar her on March 14th. The
capture attempt failed, however, due to inclement weather conditions.

29.  For purposes of its SEIS analyses, the Forest Service estimated a population of four
bighorns in the Little Salmon drainage based on telemetry and incidental observations of bighorn
sheep.  *See* final SEIS (Table W-3b and Figure W-9A).  I presume there are more bighorns using
the Little Salmon River area than have been reported based on the difficulty of detecting un-
collared bighorns, the remoteness of the landscape, and the lack of structured monitoring.  Just
because there are currently no radio-collared animals in the Little Salmon River drainage, does
not mean there are no bighorns present.

30.  The bighorn sheep habitat in the Little Salmon River drainage is continuous with habitats
occupied by the Main Salmon River bighorn meta-population.  In addition, the Grassy and Vance
Creek allotments, as well as the area immediately north of the Grassy Mountain Allotment,
contain good bighorn sheep summer habitat.  Although there is some buffer of forest canopy
between this summer habitat and the continuous habitat in the Little Salmon River, I believe,
based on documentation of bighorn sheep presence, there is potential for bighorn sheep to use the
summer habitat on the allotments.

31.  As described above, bighorn sheep have been known to occupy the little Salmon River
drainage.  These animals have been documented less than sixteen kilometers, and on some
occasions less than one kilometer, from the Grassy Mountain and Vance Creek allotments.  I
consider these animals to be close enough to the allotments to pose an unacceptable risk of
contact.  Because of the continuous nature of bighorn sheep habitat between the Little Salmon
and Main Salmon River drainages, I am concerned the close proximity of bighorn sheep to these

DECLARATION OF TIM SCHOMMER - 8

BLM_0147469

allotments could precipitate a widespread disease epidemic throughout the Main Salmon meta-population.

32. Unfortunately, when a disease outbreak starts in one area, it can quickly spread to other sheep herds. Biologists have seen this happen many times. For example, a bighorn sheep die-off in the winter of 1994/1995 began in Hells Canyon at the mouth of the Grande Ronde River when bighorn sheep managers believe two domestic goats shared similar deadly pathogens with a few bighorn sheep. Over a course of three months, the disease spread over sixty kilometers and killed about 300 bighorns. Poor lamb recruitment lasted for several years.

33. Because of the known presence of bighorn sheep in close proximity to active domestic sheep allotments (Grassy Mountain and Vance Creek), mapped bighorn sheep habitat within and adjacent to these active domestic sheep allotments, and the continuous nature of bighorn habitat between the Little Salmon River and Main Salmon River, continued grazing on the Grassy Mountain and Vance Creek allotments as described in Alternative 7P, past the 2011 grazing season, poses an unacceptable level of risk to bighorn sheep populations on the Payette National Forest. I agree with Payette Forest Supervisor Suzanne Rainville's conclusion in the ROD that the risk of contact between bighorn and domestic sheep associated with Alternative 7P is acceptable only for the 2011 grazing season.

Importance of additional protection afforded by Alternative 7N

34. Alternative 7N protects 5,160 more acres of bighorn sheep summer habitat than Alternative 7P (FEIS Table W-10; Alternative 7P protects about 90 percent, Alternative 7N protects about 92 percent). Although percentage-wise this difference seems small, total acres of bighorn sheep habitat is only one factor in determining the risk to bighorn sheep.

DECLARATION OF TIM SCHOMMER - 9

BLM_0147470

Case No. 1:20-cv-02484-MSK   Document 71-17   filed 04/29/21   USDC Colorado   pg 37 of
120
Case 4:07-cv-00151-BLW   Document 177-2   Filed 04/09/12   Page 11 of 16

35. More importantly, it is the juxtaposition and configuration (patchy vs. continuous) of
bighorn habitat in relation to domestic sheep allotments that determine important risk factors
such as distance from bighorn sheep to the allotments, annual rates of contact, and probability of
extirpation; which all combine to influence herd viability. In other words it is the location of
habitat protected, not necessarily the amount of habitat protected, that is important. By not
allowing grazing on the Grassy Mountain and Vance Creek allotments, Alternative 7N provides
greater separation between the species.

36. The best and most prudent management approach for reducing disease transmission risk
is to provide effective spatial separation between bighorn sheep and domestic sheep allotments.
Monello et al. 2001 documented that bighorn sheep population density declined the closer you
get to active allotments (Monello, R.J., D.L. Murray, and E.F. Cassirer. 2001). *See also*
Ecological correlates of pneumonia epizooties in bighorn sheep herds. Canadian Journal of
Zoology. 79:1423-1432.

37. The distance between known locations of bighorn sheep and the nearest domestic sheep
allotment for Alternative 7P is only one kilometer, whereas for Alternative 7N, the distance is
eight kilometers (final SEIS, Table W-24). Increasing spatial separation from one to eight
kilometers reduces the likelihood of contact and provides additional protections for bighorns
greater than suggested by the two percent difference in protected summer habitat acres between
the alternatives.

38. Based on the amount of spatial separation afforded, the estimated probability of annual
contact was 40% less for Alternative 7N than Alternative 7P (0.12 compared to 0.20; final SEIS,
Table W-12). Similarly, the estimated probability of extirpation for the Little Salmon and Main
Salmon River herds was 30% less for Alternative 7N than for Alternative 7P (.15 compared to

DECLARATION OF TIM SCHOMMER - 10

BLM_0147471

.21; final SEIS, Table W-12).  Furthermore, this latter estimate is conservative because it was based on an estimated rate of disease transmission of 25% which is far less than what is documented in the scientific literature regarding penned research experiments.

39.  The important point here is that even though the difference in total amount of habitat protected between Alternatives 7P and 7N seems small when viewed on a percentage bases (90% vs. 92%), the additional protections to bighorn sheep afforded by Alternative 7N in terms of risk of contact and probability of extirpation are substantial.

40.  On the Snake River in the late 1980s, the Wallowa Whitman National Forest had a separation of over 40 kilometers between the Temperance Creek allotment and the Imnaha bighorn herd in very similar habitat to the Salmon River.  The Forest Service had also implemented a full range of BMPs.  Unfortunately, these actions did not keep the two species apart and the result was a bighorn die-off.  This experience indicates that in bighorn sheep habitats on the Payette National Forest, a one kilometer separation as provided in Alternative 7P is insufficient to maintain separation.  Furthermore, even the eight kilometer separation provided for in Alternative 7N might not be effective.

41.  The decision in the ROD to implement Alternative 7O to establish and maintain separation, by protecting 94% of the bighorn sheep habitat, is necessary to provide for viable bighorn sheep herds on the Payette National Forest.  I agree with the Forest Supervisor that the risk of contact inherent in Alternative 7P is high enough that it was only acceptable to endure for one year (ROD, p. 13).  To reduce the risk of contact between domestic and bighorn sheep, and thus the risk of extirpation of the native bighorn sheep, the levels of bighorn sheep habitat provided in Alternative 7O must be protected.

DECLARATION OF TIM SCHOMMER - 11

BLM_0147472

42.  In summary, for the upcoming 2012 grazing season, when the factors of acres of habitat, continuity of that habitat, likelihood of bighorn sheep using the Little Salmon River Canyon, kilometers of separation, annual rates of contact, and probability of extirpation are combined, there is a marked increase in the risk of contact, beyond that conveyed by simply looking at total number of acres affected, under Alternative 7P compared to 7N.  I am convinced it is important to the survival of the bighorn sheep on the Payette National Forest to implement Alternative 7N for the 2012 grazing season as decided in the ROD and continue the full implementation of the ROD under 7O by 2013.

Impact of contact between domestic and bighorn sheep

43.  If a bighorn sheep makes contact with domestic sheep, becomes infected with disease, and dies or is killed under management guidelines before infecting other bighorns, the contact may only impact the bighorn population by reducing numbers of reproductive animals.

44.  Based on my experiences in Hells Canyon, however, if a bighorn makes contact with domestics, becomes infected with disease, and infects other bighorns, the contact is likely to create a significant die-off of the population.  Major die-offs have normally resulted in a population decline of 50 to 100 percent.  Where some adults have survived the disease, they continue to be carriers of disease to immigrating bighorns.  Further, lambs born to surviving ewes almost always die from disease within four months of birth.

45.  For example, in Hells Canyon, managers I worked with believe the McGraw herd made contact with domestics on the Smith Mountain allotment, became infected, and began dying. Since the McGraw herd is connected to the Upper Hells Canyon and Sheep Mountain bighorn sheep herds, the McGraw herd exposed all three herds to the disease.  The McGraw herd died out, and about ninety percent of the Sheep Mountain and Upper Hells Canyon herds also died.

DECLARATION OF TIM SCHOMMER - 12

BLM_0147473

Some of the adults in Upper Hells Canyon and Sheep Mountain herds have survived for over ten years, but continue to expose immigrating bighorn to disease and have poor lamb recruitment to this day.

46. A die-off can happen due to contact between only one bighorn sheep and one domestic sheep. If a die-off starts in the Lower Salmon River PMU, it has the potential to move up river to other Main Salmon and Middle Fork herds. The consequences of this situation are so dire given the already depressed status of these herds, any potential for contact is too much because the risk is not worth the consequences. This is especially true for the Salmon River herds because, as IDFG's Bighorn Management Plan indicates on page 21, this native rocky mountain herd is a unique and irreplaceable resource.

47. In summary, it is accepted scientific knowledge that domestic sheep grazed in close proximity to bighorn sheep results in a high probability of population-wide bighorn sheep mortality from respiratory disease, primarily pneumonia. The disease transmission may have significant depressive population impacts for many years.

BMPs will not ensure separation of the species

48. In the SEIS, I provided a very detailed explanation why best management practices (BMPs) will not ensure separation between bighorn and domestic sheep, particularly in habitats characterizing the Snake and Salmon River canyons (final SEIS, Appendix F, pages 1-6). The Forest Service's BMPs proposed for the 2012 grazing season on the Payette National Forest, including monitoring, will not ensure separation of the species.

49. In 2009, pursuant to Idaho State Code Title 36-106 directing IDFG to develop voluntary BMP plans with domestic sheep permittees grazing public lands, IDFG developed several plans with domestic sheep producers in and adjacent to the Salmon River drainages designed to create

DECLARATION OF TIM SCHOMMER - 13

BLM_0147474

separation of the species.  I know of no science that supports the Idaho legislature's assertion that these BMPs will provide separation and protect the viability of the bighorn sheep.

50. Furthermore, according to IDFG, there has been no monitoring of compliance by the producers, or evaluation of how effective these BMPs have been at maintaining separation.  I have reviewed the IDFG BMP plan for the Grassy Mountain and Vance Creek allotments.  Based on my experience, these BMPs will not insure separation between bighorn and domestic sheep.

51. The only significant reduction in risk of contact that I have witnessed is when BMPs are implemented in open, gentle, non-bighorn sheep habitat where domestic sheep can be easily controlled and monitored, and a large buffer exists between the two species.  I know of no such settings on the Payette National Forest.

Literature published since the issuance of the Payette National Forest ROD

52. The Forest Service chose Alternative 7O modified in the ROD based on the existing science related to the transmission of disease between bighorn and domestic sheep.  Since the ROD was issued, another article, *Domestic sheep, bighorn sheep, and respiratory disease: a review of the experimental evidence* was published, reconfirming the science relied upon by the Forest Service regarding potential disease transmission between the two species. Wehausen, J.D., S.T. Kelley, and R.R. Ramey 2011, Domestic sheep, bighorn sheep, and respiratory disease: a review of the experimental evidence. Calif. Dept. of Fish and Game. 97(1) 7-24.

Conclusion

53. In summary, to ensure the viability of the Salmon River bighorn populations, I strongly recommend Alternative 7N, not Alternative 7P, be implemented for the 2012 grazing season. After years of careful analysis, the Payette Forest Supervisor concluded in the ROD, and I concur, the level of risk associated with the grazing restrictions in Alternative 7P was acceptable

DECLARATION OF TIM SCHOMMER - 14

BLM_0147475

only for the 2011 grazing season.  Implementing Alternative 7N this year is important to the survival of native bighorn sheep on the Payette National Forest.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of April 2012 in Culdesac, Idaho.


s/Tim Schommer
Tim Schommer


DECLARATION OF TIM SCHOMMER - 15

BLM_0147476

# Evaluation of "Best Management Practices:" Position Statement Prepared by Tim Schommer, Wallowa-Whitman National Forest

## BACKGROUND

The Payette National Forest asked me to complete a position statement on the value of "best management practices" (BMPs) related to my past experience. This task is in preparation for their Final Supplemental Environmental Impact Statement (Final SEIS) to the Final Environmental Impact Statement (FEIS) for the Land and Resource Management Plan (Forest Plan). The Final SEIS is being prepared for their response to appeal direction received from the Chiefs Office of the Forest Service pertaining to bighorn sheep *(Ovis canadensis)* viability, transmission issues between domestic sheep *(Ovis aries)* and bighorn sheep and compliance with the National Forest Management Act and the Hells Canyon National Recreation Area Act.

## WHAT ARE BEST MANAGEMENT PRACTICES

The grazing term "Best Management Practice" has recently been utilized by Idaho State Agencies and the domestic sheep industry as a means to describe on-the-ground practices that reduce the risk of contact between domestic sheep and bighorn sheep where bighorn sheep exist. Many National Forest domestic sheep permittees have been using these practices in some form or another for at least 30 years. In some cases they have been added as terms and conditions to Federal Grazing Permits. Forest Plans or Comprehensive Management Plans (CMP) may also include the practices as direction in the form of standards or guidelines. To my knowledge they have not been called BMPs until just recently.

## OBJECTIVES OF BEST MANAGEMENT PRACTICES

BMPs would be applied to grazing activities on permitted Federal allotments for several reasons, ranging from utilization levels and range readiness to resource protection. For the issue of disease transmission between domestic sheep and bighorn sheep, the objective of implementing BMPs is simply to avoid contact at any time between the two sheep species. Any contact may effectively transmit disease, and result in mortality of bighorn sheep. BMPs are designed to reduce the risk of contact by providing for adequate separation. Implemented BMPs that result in contact are ineffective.

Some Forest Service biologists and range conservationists have extensive field experience of where and when these practices are effective. During my role as National Bighorn Sheep Biologist for the Forest Service for the last 18 years, I worked with range conservationists using several of these grazing practices to increase the potential for effective separation. I have assisted approximately 28 National Forests in the western United States in developing and evaluating grazing practices in the field to increase effective separation between bighorn and domestic sheep. I believe I have a unique

BLM_0147477

set of skills and experiences for evaluating BMPs.

## HOW TO DETERMINE BEST MANAGEMENT PRACTICES

Most annual operating plans/instructions for domestic sheep allotments contain some of these grazing practices. Each allotment includes grazing practices specific to the allotment and permittee and each allotment carries its own set of unique circumstances that need to be evaluated. What works in one location may not work in another. The following factors affect the success or failure of a grazing practice: topography, bighorn sheep source habitat connectivity, bighorn sheep population size, proximity of domestic sheep grazing allotments to bighorn sheep populations, timing of allotment use, density of vegetation, and escape terrain. None of the BMPs discussed below can be determined effective without an active monitoring effort to detect the presence or absence of bighorn sheep near domestic sheep bands. To my knowledge, no peer reviewed literature exists that evaluates the effectiveness of these grazing practices for reducing the risk of contact between the two species.

## EVALUATION OF BEST MANAGEMENT PRACTICES

The following is a list of BMPs that I have used, and the effectiveness that I have seen with each type:

1) ***Guard Dogs:*** Guard dogs are typically added to a band of sheep to help control predators and monitor the domestic sheep. Using guard dogs for keeping bighorn sheep away from domestic sheep has had limited success. These dogs are designed to protect domestic sheep and goats from predators, not other sheep. Some dogs have been quite tolerant of bighorn sheep (Figure F-7). It is also hard for guard dogs to be at every location of domestic sheep if they are loosely herded across forested and irregular steep terrain.

BLM_0147478

**Figure 7. Photo illustrating the ineffective use of guard dogs to keep bighorn sheep and domestic sheep separated**



2)  ***Extra Herders:*** Some operators have added an extra herder. This practice may be of value in open gentle terrain with good visibility. Extra observers will help locate bighorn sheep and

BLM_0147479

improve domestic sheep control during daylight hours.

3) ***Propane Guns:*** Using propane guns at the edge of domestic sheep flocks to scare away bighorn sheep has not been successful because most states do not shoot females and young bighorns and have very restrictive ram hunting. Also, bighorn sheep do not regularly associate negative effects with loud noise. Our experience in northeastern Oregon is that deer and elk become conditioned to the noise in 2–3 days and continue to damage crops. Continually moving these propane guns with the bands of sheep is also costly.

4) ***Trucking of Sheep:*** Trucking of domestic sheep instead of trailing has been effective in reducing strays. Strays increase the probability of contact with a bighorn sheep. However, because of cost and the potential for domestic sheep disease associated with this practice, most operators prefer to not truck their sheep.

5) ***Bedding of Sheep at Night:*** Although domestic sheep herders may want to bed the sheep together in a 5-acre area at night, this practice is difficult in steep terrain because sheep are spread out in a "loose herd" fashion and having fenced pens is not realistic. Predators such as coyotes, cougar, and wolves are very effective at killing or scattering domestic sheep at night. In open gentle terrain, this practice can be helpful in controlling domestic sheep.

6) ***Counting of Sheep:*** Most National Forests conduct a 100% count of all domestic sheep onto the allotment at the beginning of the grazing season. Normally, the sheep are not counted during or after the grazing season by the Forest Service. Counting at the end of the season can give an approximation of how many have been killed or lost. Looking for strays during and after the season can reduce the risk of contact with bighorn sheep. Marking domestic sheep is difficult and expensive for the operators. Some operators provide one marker sheep for every 25 head of domestic sheep and count the marker sheep daily. This practice can tell the operator if they are missing any large numbers of domestic sheep. However, this technique has limited effectiveness because it may only take one domestic sheep to transmit disease to bighorn sheep.

7) ***Herder Communication:*** Some operators are now equipping their herders with cell or satellite phones so they can immediately call authorities when bighorn sheep are observed in or close to domestic sheep. Authorities can either shoot, remove, or haze bighorn sheep. These practices can be helpful in preventing contact. However, some operators do not report to authorities when bighorn sheep are near their domestic sheep.

8) ***Bighorn Monitoring:*** Having observers out looking for bighorn sheep is always helpful in keeping the two species apart and radio collars on bighorn sheep can make that effort more productive. However, bighorn sheep monitoring is expensive and not all bighorn sheep are collared. Most of the radio collaring has been with conventional collars (VHF) which are usually monitored only twice a month. The new GPS collars report locations several times a day and are more beneficial than VHF collars. However, people need to be mindful of the following aspects: (1) only a sample of the bighorn sheep population is collared; (2) collaring is typically skewed toward ewes, which do not foray as far or as often as rams; (3) nobody knows where the bighorn sheep have been between monitoring efforts with VHF collars; and (4) collaring is expensive.

9) ***Sick Domestics:*** Not turning sick domestic sheep out on the allotment is standard practice. Unfortunately, the diseases that are transmitted from domestic to bighorn sheep do not make domestic sheep appear sick. While helpful, this practice does not reduce risk of contact or disease transmission.

10) ***Stray Domestics:*** Stray domestic sheep off the allotment need to be quickly removed.

F-4

Unfortunately, most Forest allotments are in big areas of remote country with some timber where it is hard to detect strays. Many examples exist of strays being out for several weeks without detection. When they are detected, they are often very hard to find and remove. Grazing operators are usually very busy and can't redirect their attention to finding a few strays. Recently, a few operators have been willing to let authorities remove sheep for them under certain conditions. This practice can be helpful in reducing risk of contact, but many strays go undetected.

When all or most of the BMPs are implemented on an allotment, will enough separation be provided to effectively reduce the risk of contact and avoid contact? The key to successful BMPs depends on whether or not BMPs are consistently implemented on the ground, the operators have the ability to maintain tight control of domestics, the allotment is connected to quality bighorn sheep habitat, and bighorn sheep are in or adjacent to the allotment (up to 9 miles).

1) **Implementation:** Agreeing to BMPs on paper is easier; implementing them on the ground for the entire grazing season year after year is more difficult. Many examples of BMPs not always being implemented on the ground exist. And BMPs can only be effective if fully implemented and readily adapted if not working.

2) **Maintaining Control of Domestics:** Controlling domestic sheep in terrain that is forested, steep, or rocky is very difficult. In allotments such as the Allison-Berg on the Nez Perce National Forest, the best possible way to manage vegetation with domestic sheep in this steep rocky terrain is to "loose herd" the domestic sheep-spreading the sheep out over large areas during the day and not tightly controlling them. Such a practice makes it is easy for domestic sheep to stray from the herder(s). Visibility is very difficult for the herders, especially in forested habitat and predators such as wolves can cut into the herd and scatter them for miles. Under these situations BMPs are not likely to be effective. The Rock Creek allotment on the Inyo National Forest is open gentle terrain where a herder can see for miles and can detect bighorn sheep. The Rock Creek Allotment is not in bighorn sheep habitat. BMPs implemented on these types of allotments can be effective in keeping the two species separate and reducing the risk of contact.

3) **Bighorn Sheep Habitat and Presence:** Bighorn sheep source habitat is usually in steep, open, rocky terrain as described above where tight control of domestic sheep is usually difficult and herder visibility is limited. In and around the Payette National Forest, high quality source habitat is not a limiting factor. Habitat is well connected and well distributed across the Payette National Forest and no natural barriers exist to dissuade bighorn sheep from pioneering, colonizing, and exploring their landscapes as demonstrated by the telemetry and sighting data. This ease of movement for bighorns across the Payette National Forest leaves questions about the effectiveness of BMPs to successfully provide for avoiding contact or reducing the risk of contact between the two species. Bighorn sheep presence in habitat that is in or adjacent to an allotment makes developing effective BMPs even more difficult. Separation is highly unlikely, and if the allotment is within the herd home range of the bighorn sheep population, contact with the allotment is all but a guarantee. Last year's mixing of a radio-collared ram with domestics on the Allison-Berg Allotment, despite the implementation of BMPs, is an example of their limitations. When bighorn sheep habitat is high quality and continuous for many miles, keeping the two species separate is very difficult.

Although bighorn sheep do not favor timbered areas, they will pass through them and are extremely

BLM_0147481

hard to detect when this happens. Such was the case when a band of domestics was grazing near Josephine Lake on the Payette National Forest; no one noticed the bighorn sheep ram until it was caught in a wolf snare trap. Without radio collars, bighorn sheep can be very difficult to detect. Even with radio collars, detection on the ground can be difficult. On the Smith Mountain Allotment on the Payette National Forest, radio collar data showed bighorn sheep located within the allotment during the grazing season without detection by the permittee.

On the Temperance Creek Allotment in Hells Canyon in the 1980s and early 1990s, domestic and bighorn sheep were separated by over 20 air miles and almost all of the BMPs described above were implemented. Despite these grazing practices and large separation distances, the two species could not be kept apart. Detecting bighorn and domestic sheep in this open, rocky, continuous bighorn sheep habitat was very difficult. Known mixing of the two species approximately every other year resulted in large catastrophic bighorn sheep die-offs.

## CONCLUSION

To avoid disease transmission between domestic and bighorn sheep, contact between the two sheep species should be avoided. In limited situations, implementing BMPs can lead a reduced risk for contact. BMPs that work in one situation may, or may not, work in another so all BMPs need to be developed for site-specific situations. Connectivity of bighorn sheep source habitat, terrain, density of vegetation, and ruggedness all affect the ability to successfully implement BMPs. Monitoring bighorn sheep presence should be conducted in areas of high risk for contact. Based on my experience, the only significant reduction in risk of contact that I have witnessed is when BMPs are implemented in open, gentle, non-bighorn sheep habitat where domestic sheep can be easily controlled and monitored, and a large buffer exists between the two species.

BLM_0147482

WENDY J. OLSON, IDAHO STATE BAR 7634
UNITED STATES ATTORNEY
JOSHUA D. HURWIT, NEW YORK STATE BAR NO. 4503363
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 E. PARK BLVD., SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE:  (208) 334-1211
FACSIMILE:   (208) 334-1414
E-mail: Joshua.Hurwit@usdoj.gov
ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TELEPHONE:  (415) 744–6491
FACSIMILE:   (415) 744-6476
E-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WOOLGROWERS ASS'N, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>TOM VILSACK, *et al.*,<br><br>    Defendants. | Case No. 1:12-cv-469 BLW<br><br>DECLARATION OF DR. DAVID A. JESSUP SUBMITTED IN SUPPORT OF THE FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>Hearing:  February 5, 2014, 1:30 p.m. |

Declaration of Dr. David A. Jessup Submitted in Support of the Federal Defendants Cross-Motion
for Summary Judgment

BLM_0147483

I, Dr. David A. Jessup, declare as follows:

1.      I hereby submit this declaration in the above-captioned case. I have carefully reviewed the declaration and if called upon to testify, I could testify competently to the matters set forth herein.

2.      I reside in Royal Oaks, California. I am over 18 years of age and have personal knowledge of the matters stated herein and make this declaration based upon my personal knowledge.

3.      I have submitted a professional resume (Exhibit 1) showing employment in various capacities over the last 40 years. Most recently I retired in November 2010 after over 33 years employment with the California Department of Fish and Game (now Fish and Wildlife) as a wildlife veterinarian and am now employed in a consulting capacity as Executive Manager of the Wildlife Disease Association, a 501(c)(3) non-profit scientific society. I work out of my home in Royal Oaks, California.

4.      Over the last 25 years I have been an adjunct faculty member and affiliated in various capacities with the University of California-Davis, School of Veterinary Medicine (various Departments and Centers) and with the Institute for Marine Science at University of California-Santa Cruz.

5.      I have a Bachelor of Science degree in Zoology (cum laude) from the University of Washington (1971); a Doctor of Veterinary Medicine (cum laude) from Washington State University (1976); and a Masters in Preventive Veterinary Medicine from University of California-Davis. I am board certified in the wildlife specialty area of zoological medicine by the American College of Zoological Medicine (ACZM) and since 1998 have been a Certified

Wildlife Biologist.

6.      I have received a number of awards and acknowledgements for my work including, but not limited to, the Harry Jalanka medal in 1995, a Sustained Superior Accomplishment Award from the California Department of Fish and Game in 1997, the Distinguished Service Award from the Wildlife Disease Association in 2000, Outstanding Achievement Award from the Wild Sheep Foundation in 2008, Alumni Achievement Award from the University of California-Davis, School of Veterinary Medicine in 2009, the Tom Thorne and Beth Williams Memorial Award from the American Association of Wildlife Veterinarians and the Wildlife Disease Association in 2010, and the Emil Dolensek Award from the American Association of Zoo Veterinarians in 2010.

7.      Over the course of 35 years, I have conducted research concerning health and diseases of wild animals, and on other conservation issues, and have written or co-written over 250 popular and peer-reviewed articles, papers, and book chapters. I have applied this knowledge to the management and conservation of marine and terrestrial wildlife, including bighorn sheep, in the United States and several other countries (see Exh. 1). I have authored or co-authored approximately 110 peer-reviewed publications, including some published in the Proceedings of the National Academy of Science, PLOS One, Journal of the American Veterinary Medical Association, American Journal of Veterinary Research, and Journal of Wildlife Diseases. Twenty eight of theses have been on bighorn sheep diseases, health, and management,

8.      In 2006, I was asked by a contractor working for the U.S. Forest Service to serve on the Payette National Forest Science Panel. This consisted of reviewing a recently finished qualitative risk assessment and other information related to a risk of disease transmission and

BLM_0147485

subsequent morbidity and mortality associated with contact between domestic sheep and bighorn sheep, and working with a panel of experts with a broad range of backgrounds in both domestic sheep and bighorn sheep disease and management. I participated in the review team meeting held in Boise Idaho in November 2006 and in subsequent discussions. Subsequently, several collaborators and I received funding and support from the National Fish and Wildlife Foundation, Foundation for North American Wild Sheep (FNAWS, now Wild Sheep Foundation), California chapter of FNAWS, California Department of Fish and Game, and University of California-Davis to plan, host, facilitate, and provide information from a series of three western state regional workshops on bighorn sheep and domestic sheep respiratory diseases. These three workshops were held in Davis, California in April 2006, Tucson, Arizona in September 2006, and Salt Lake City, Utah in February 2007. The documents, information provided, and presentations from those meetings are available at aawv.net/bighorn/.

9.      The Department of Justice has requested my assistance in reviewing and commenting on a declaration provided in this action by Donald P. Knowles and Margaret A. Highland, which required a review of pertinent scientific literature regarding contact between domestic and bighorns sheep, documentation of outcomes and evidence suggesting such contact may jeopardize health and survival of bighorn sheep, and previous efforts to determine disease transmission risks. In fulfilling this request, I am providing information on the topics outlined immediately below:

- **Evidence that contact between bighorn and domestic sheep increases risk of disease and death of bighorn:**
  - **Historic dieoffs following domestic sheep bighorn sheep contact**

BLM_0147486

- o **More recent morbidity and mortality following contact**

- o **Results of accidental and planned experimental contact**

- o **Inoculation experiments and laboratory research**

- o **Searching for the ideal experiment**

- o **Formal risk assessments**

- **Why sheep and goats are a particular threat**

- **Review and comment on Knowles and Highland Declaration**

**Evidence that contact between bighorn and domestic sheep increases risk of disease and death of bighorn sheep:**

### Historic dieoffs following domestic / bighorn sheep contacts

10.     A central tenant of Plaintiffs' position is that the U.S. Forest service does not have sufficient evidence to support a decision to separate domestic sheep from bighorn sheep for the purpose of reducing the risk of disease transmission and death of bighorn sheep, or that disease and death of bighorn consistently follows contact between the two species. There is a large body of evidence supporting the Forest Service's decision to optimize separations of bighorn sheep from domestic sheep.

11.     One source is general historical observation and documentation of bighorn sheep population declines following presumed and/or documented contact. Observations of obvious disease morbidity and mortality following contact with domestic sheep and goats go back over 100 years and are numerous. Rather than list each observation, some of which are of limited value in isolation, several summaries and literature reviews are available, including Goodson

Case No. 1:20-cv-02484-MSK   Document 71-17   filed 04/29/21   USDC Colorado   pg 54 of
120
Case 1:12-cv-00469-BLW   Document 46   Filed 10/28/13   Page 6 of 30

1982 (FS008830), Martin *et al.* 1996 (FS010331), Singer *et al.* 1996, Monello *et al.* 2001
(FS006881), Singer *et al.* 2001 (FS011357), and Wehausen *et al.* 2011 (attached as Exhibit 2). I
have read each of these and believe they provide factually accurate information about historic
dieoffs. Earlier observations, those from before 1980, were often general in nature or only
mentioned diseases that were obvious or very unsightly, like scabies and other parasites. Many of
the older citations also include observations of bighorn sheep coughing and showing other signs
of respiratory disease. These older citations described outbreaks that were often devastating to
the bighorn sheep, morbidity and mortality that was often prolonged in course, and which often
led to losses of entire herds as well as regional extinctions. As recently as 2013, mortality events
connected to contact with goats or domestic sheep have continued. Specifically, the large scale
dieoff of bighorn sheep in California's Old Dad Peak population, previously one of the largest
and most healthy in the state, followed the abandonment of a goat in an adjacent mountain range
and the dumping of sick and dying sheep from a truck passing through the area.

### More recent morbidity and mortality following documented contact

12.    A second source of evidence comes from the more recent incidents of disease and
dieoffs in free-ranging bighorn sheep populations since the early 1980's. These more recent
reports not only documented the observations of symptoms/conditions bighorn sheep exhibited
following contact with domestic sheep or goats, but more closely investigated and identified the
causal agents. These reports include, but are not limited to, Foreyt and Jessup 1982 (FS011110),
Onderka and Wishart 1984 (FS012002), Rudolph *et al.* 2003 (FS011285), Jansen *et al.* 2006
(FS006988), George *et al.* 2008 (FS FS012398), and Besser *et al.* 2008 (FS012571). Much of
this literature was summarized by Wehausen *et al.* 2011. Death of bighorn sheep in these cases

BLM_0147488

was most often attributed to pneumonia caused by bacteria of the Pasteurellacae family, as well as *Mycoplasma ovipneumonia*, and infection with *Mycoplasma* spp. Many similar bighorn dieoffs in the last 30 years have been less well documented ,including large ones in the Lostine herd of the Wallowa Mountains of Oregon, the Hells Canyon bighorn population in Idaho, and the bighorn herd in Ruby Mountains of Nevada, to name a few.

### Results of accidental and planned experimental contact

13.    A third source of evidence that contact between domestic sheep and bighorn sheep has serious consequences for the bighorn sheep's survival comes from observations and documentation from a series of experiments where the two species were either accidentally or purposefully mixed under conditions of loose confinement. An excellent summary of these trials up to the year 2010 can be found in Tables 1 and 2 of Wehausen *et al.* 2011, reproduced below.

From Wehausen *et al.* 2011 a portion of Table 1.  Summary of data from contact trials of bighorn sheep co-pastured with domestic sheep.

|  | Number of trials | Wild sheep tested | Wild sheep dying | Domestic sheep and other species used | Domestic sheep and other species dying |
|---|---|---|---|---|---|
| Unplanned Pen Trials with domestic sheep | 2 | 57 | 56 |  |  |
| Planned Pen Trials with domestic sheep | 10 | 23 | 23 | 167 | 0 |
| Planned Pen Trials with other species | 9 | 55 | 4 | 32 | 0 |

BLM_0147489

14.     As noted by Wehausen *et al.* 2011, the results of planned and unplanned contact trials with domestic sheep are extremely consistent: 79 of 80 bighorn sheep involved in the studies died. Another report worth noting is the Black *et al.* 1988 (FS011877), which showed that penning Dall's sheep (*Ovis Dalli dalli*), a species closely related to bighorn sheep (but pure white in color) that live only in Canada and Alaska, with apparently healthy domestic sheep over winter in a zoo resulted in all Dall's sheep dying of pneumonia caused by *Mycoplasma ovipneumonia*. A complete listing of bighorn sheep contact trials with a wider variety of species from Wehausen et al 2011 provides an understanding of how many trials have been conducted in the effort to understand whether contact with domestic sheep is uniquely lethal.

Wehausen *et al.* 2011 Table 2.  Details from contact experiments involving bighorn sheep co-pastured with domestic sheep (dom. sheep), mouflon sheep, domestic goats (dom. goats), white-tailed deer (w-t deer), mule deer, elk, mountain goats (mt. goats), llamas, horses, and cattle.

| | | co-pastured with: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| bighorn used | bighorn dead | dom. sheep | mouflon sheep | dom. goats | w-t deer | mule deer | elk | mt. goats | llamas | horses | cattle |
| 2 | 2 | 2 | - | - | - | - | - | - | - | - | - |
| 6 | 6 | 6 | - | - | - | - | - | - | - | - | - |
| 2 | 2 | 2 | - | - | - | - | - | - | - | - | - |
| 6 | 6 | - | 5 | - | - | - | - | - | - | - | - |
| 2 | 2 | 2 | - | - | - | - | - | - | - | - | - |
| 1 | 1 | 30[a] | - | - | - | - | - | - | - | - | - |
| 1 | 1 | 30[a] | - | - | - | - | - | - | - | - | - |
| 1 | 1 | 30[a] | - | - | - | - | - | - | - | - | - |
| 1 | 1 | 30[a] | - | - | - | - | - | - | - | - | - |
| 1 | 1 | 30[a] | - | - | - | - | - | - | - | - | - |
| 10 | 0 | - | - | - | 2 | 1 | 4 | - | - | - | - |
| 3 | 0 | - | - | - | - | - | 4 | - | - | - | - |
| 9 | 0 | - | - | - | - | - | - | 2 | - | - | - |
| 9 | 0 | - | - | - | - | - | - | - | 3 | - | - |
| 4 | 0 | - | - | - | - | - | - | - | - | - | 3 |
| 5 | 1 | - | - | - | - | - | - | - | - | - | 3 |
| 6 | 1[b] | - | - | - | - | - | - | - | - | 3 | - |
| 2 | 0 | - | - | 3 | - | - | - | - | - | - | - |
| 7 | 2 | - | - | 4 | - | - | - | - | - | - | - |

[a]  mixture of domestic sheep and mouflon-argali hybrids
[b]  animal in poor condition at beginning of experiment; death likely caused by tooth anomalies and feeding difficulty.

15.     Recently, Lawrence *et al.* 2010 (FS12510) provided the most convincing confirmation to date of fatal results when bighorn sheep were allowed contact with domestic sheep.

**Inoculation experiments and laboratory research**

16.     A fourth source of information supporting the contention that contact between bighorn sheep and domestic sheep can be lethal to the bighorn sheep is biomedical research, primarily experimental inoculation of some of these organisms known to be associated with respiratory disease into bighorn sheep kept as research animals. This research documents that organisms found in the oropharynx or other tissues of domestic sheep, including entirely healthy appearing individuals, may be lethal to bighorn sheep. Further laboratory evidence comes from research comparing the relative ability of white blood cells of domestic sheep and those of bighorn sheep to kill known disease causing bacteria (see Paragraph19 below).

17.     A number of independent researchers have inoculated bacteria isolated from domestic sheep or cattle into bighorn sheep to determine whether these organisms cause pneumonia and death. These include, but are not limited to, Onderka *et al.* 1998 (FS011274), Foreyt *et al.* 1994 (FS011790), and Dassanayake *et al.* 2008 (FS012495). Results of inoculation trials are also summarized by Wehausen *et al.* 2011. Again, results were very consistent with bacteria (usually *Pasteurella – Mannheimia haemolytica*) isolated from domestic sheep being fairly uniformly lethal, with bacteria originating from cattle only somewhat less so.

BLM_0147492

From Wehausen *et al*. 2011, a portion of Table 1.  Inoculation trials of bighorn sheep and Dall's sheep (planned inoculation trials only) that used *M. haemolytica* cultured from domestic sheep.

| | Number of trials | Wild sheep tested | Wild sheep dying | Domestic sheep and other species used | Domestic sheep and other species dying |
|---|---|---|---|---|---|
| Unplanned Inoculation Trials | 1 | 13 | 6 | | |
| Planned Inoculation Trials | 6 | 15 | 14 | 9 | 0 |

18.    One further trial as reported by Dassanayake *et al*. 2010 (but not included in Wehausen *et al*. 2011) involved inoculation of four bighorn sheep with one of two sources of *Mycoplasma ovipneumonia*. All four developed signs of respiratory infection, but only one bighorn, one that was carrying *Mannheimia haemolytica* in its upper respiratory tract, died quickly. The remaining three bighorn were then inoculated with a known *Mannheimia haemolytica* isolate. They all died of pneumonia. The authors concluded that "*M. ovipneumonia* alone may not cause fatal pneumonia in BHS, but can predispose them to fatal pneumonia due to *M. haemolytica* infection."

19.    Another laboratory approach to understanding why domestic sheep may be able to harbor organisms that are lethal to bighorn sheep is to look for differences in the ability of their immune responses to process and kill the types of bacteria that are known to cause pneumonia. In "*Pasteurella haemolytica* cytotoxin dependent killing of neutrophils in bighorn and domestic sheep," published in Journal of Wildlife Disease 29(1):30-35, Silflow *et al*. 1994 showed that

BLM_0147493

Case No. 1:20-cv-02484-MSK   Document 71-17   filed 04/29/21   USDC Colorado   pg 60 of
120
Case 1:12-cv-00469-BLW   Document 46   Filed 10/28/13   Page 12 of 30

one basic innate immunologic function of the white blood cells that limits bacterial ability to
replicate and cause disease is considerably less developed in bighorn as compared to domestic
sheep. Similar work has been done testing alveolar macrophages, immune system cells that line
the upper respiratory tract. Studies looking at other cellular level immune functions have
provided similar conclusions (Silflow *et al.* 1989 (FS012051), Silflow and Foreyt 1994
(FS012044), Ward *et al.* 1999 (FS012619)). This work supports the concept that spatial
separation of the species is an very appropriate tool to reduce the risk of disease transmission,
and that more complicated approaches like vaccination are not practical or effective at the
present time. Essentially, bighorn sheep inherently lack resistance to organisms that evolved in
their European counterparts.

### Searching for "proof positive" or an ideal experiment

20.     A group of approximately 50 veterinary and animal health professionals met in
Davis, California in April of 2007 for a professionally facilitated workshop to review domestic
and bighorn sheep respiratory disease (aawv.net/bighorn/workshop2007.html); FS018411.
Although there was general consensus that there was strong evidence to support the hypothesis
that domestic sheep carried organisms that could cause respiratory disease in bighorn sheep,
there was not unanimity supporting that conclusion. During breakout sessions two proposed
"ideal research trials" to prove that respiratory disease transmission can occur following
domestic/bighorn contact were developed, one for free-ranging and one for captive animals, and
they were presented to the group. The free-ranging trial would utilize a herd of healthy bighorn
sheep without previous pneumonia history or contact with domestic sheep, and then introduce a
domestic sheep, record the contact, and determine whether a pneumonia dieoff occurred and

BLM_0147494

what it did to the previously healthy herd. The captive trial would involve the introduction of known infected domestic sheep to clean bighorn sheep, with very close investigation and observation of microbiologic respiratory flora and recording of behaviors and outcomes to see under what conditions the organisms were transmitted. It was generally agreed that results of such experiments would constitute strong evidence for or against causation.

21.     One way scientists establish whether hypotheses are true is to propose ideal experiments to test them and then observe whether the results of the experiment confirm or fail to confirm what was predicted. In concept, if one understands the dynamics of a phenomenon, designs a trial, and predicts the outcome, and then experimentally replicates it (here, transmission of pneumonic disease from domestic sheep to bighorn sheep under controlled captive conditions and also under free-ranging conditions), this would provide "proof positive" and be enough to convince skeptics that contact is potentially lethal to bighorn sheep and that separation is necessary to protect them. If the experiments proved the hypothesis, they would also support federal and State agency efforts to minimize contact. Since 2007 both of these experiments, one planned and one unplanned, have taken place.

22.     The ideal penned domestic sheep/bighorn contact trial proposed in 2007 is essentially what Lawrence *et al.* report on in 2010, in "Transmission of *Mannheimia haemolytica* from domestic sheep (*Ovis aries*) to bighorn sheep (*Ovis Canadensis*): Unequivocal demonstration with green fluorescent protein-tagged organisms," in Journal of Wildlife Diseases (JWD) 46(3):706-717 (FS012510). The authors state, "The results unequivocally demonstrate transmission of *Mannheimia haemolytica* from domestic sheep to bighorn sheep, resulting in pneumonia and death of bighorn sheep." See additional comments below and the Declaration of Dr.

Declaration of Dr. David A. Jessup Submitted in Support of the Federal Defendants Cross-Motion
for Summary Judgment                                                                                                  12

BLM_0147495

Subramaniam Srikumaran.

23.     Something very close to the ideal free-ranging contact trial proposed in 2007 was reported on in "Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep," by George *et al.* in 2008, Journal of Wildlife Diseases 44(2): 388-403 (FS012398). The authors document the onset of an epidemic of pneumonia in previously healthy bighorn sheep that coincided spatially and temporally with the appearance of a single domestic sheep and that eventually spread through 3 interconnected wintering herds. The epidemic dramatically lowered monthly adult bighorn survival in all 3 herds, and lamb recruitment following the epidemic was depressed compared to years before the outbreak in all 3 herds. The authors state, "Based on observations presented here, pasteurellosis epidemics in free-ranging bighorn sheep can arise through incursion of domestic sheep onto native ranges, and thus minimizing contact between domestic and bighorn sheep appears to be a logical principal for bighorn sheep conservation."

### Formal domestic/ bighorn sheep contact/disease risk assessments

24.     Assessments of risk associated with various actions or policies come in two forms, qualitative and quantitative, and these provide, arguably, one of the strongest tools to enlist political and bureaucratic support for setting management policies.

25.     Qualitative risk assessment basically requires that experts consider available information, research, and scientific knowledge and rate or select proposed management actions based on whether they increase, decrease, or do not change risk. Qualitative risk assessment is generally favored when there are many variables or unknowns, as is often the case with free-ranging wildlife. This is the most common form of risk assessment and the type earlier used by

BLM_0147496

the Payette National Forest with regard to bighorn/domestic sheep management in 2005. The

Payette National Forest Risk Assessment Review Team, which included several scientists who

were strongly aligned with domestic sheep interests, upheld the findings of that qualitative risk

assessment.

26.     Quantitative risk assessment requires assigning numerical values or mathematical

formulas to all questions or actions, and this form of risk assessment is very difficult when free-

roaming wildlife are involved. However, a quantitative risk assessment has been done for

bighorn/domestic sheep contact and likelihood of mortality in bighorn sheep for the Sierra

Nevada Mountains of California. I am reasonably familiar with both the Payette National Forest

and Sierra Nevada grazing and bighorn issues and believe the situations are fairly similar. In

"Assessing disease risk at the wildlife-livestock interface: A study of Sierra Nevada bighorn

sheep," by Clifford *et al.*, in Biological Conservation 142(11): 2559-2568 (FS012456), the

authors concluded: "Even when management strategies reduced risk of interspecies contact to

less than 2% per year, our model predicted a 50% probability of a catastrophic respiratory

disease outbreak during the next 10 bighorn sheep generations. If an outbreak occurs in the near

future, the model predicts that the smallest Sierra Nevada bighorn sheep population would have a

33% probability of quasi-extinction. To eliminate all risk of contact and potential disease

transmission, domestic sheep cannot be grazed on allotments that overlap with areas utilized by

Sierra Nevada bighorn sheep." The Payette assessment in the Final Supplemental Environmental

Impact Statement, even though utilizing some different modeling techniques, arrived at similar

conclusions that domestic sheep grazing was deemed not suitable in areas where the risk for

contact between bighorn sheep and active domestic sheep allotments was too high for the

BLM_0147497

bighorn sheep to maintain a viable population.

**Why sheep and goats pose a particular threat:**

27.     There are no historic or field observations that suggest that contact between bighorn sheep and other North American wild ungulates (moose, caribou, elk, bison, mountain goats, pronghorn antelope, white-tailed or mule deer) result in bighorn sheep getting sick or dying. There have been a limited number of trials where bighorn were penned with other wild ruminants (see Wehausen *et al.* 2011), but none of those pen contacts with white-tailed and mule deer, elk, llamas, mountain goats, or horses resulted in bighorn getting sick or dying.

28.     Similarly penning bighorn with cattle has not generally resulted in disease or death, and when cattle and bighorn sheep encounter one another on open range they generally avoid each other. They do not have similar foraging patterns, vocalizations, smells, or behaviors. Bighorn instinctively seek sheer cliffs and steep open terrain where cattle cannot follow. However, there is at least one observation showing that under severe weather conditions and food and water limitations, bighorn and cattle may be forced into close contact to survive and that apparent transmission of disease agents between the species and subsequent pneumonia can occur in bighorn. Wolfe *et al.* 2010 report that 21 bighorn appear to have died over a 3 month period on the Fossil Ridge winter range in Colorado under such conditions. Pneumonia and *Mannheimia haemolytica* (1 of cattle origin, 1 of bighorn origin) were identified from 8 bighorn carcasses, but the dieoff did not lead to a subsequent herd decline as often seen when bighorn contact domestic sheep.

29.     Some field observations, dieoff investigations, and some experimental mixing trials suggest that goats may be a source of organisms lethal to bighorn sheep. Fairly well

BLM_0147498

documented cases include Rudolph *et al.* 2003 (FS011285), and Jansen *et al.* 2006 (FS006988).

30.      Domestic sheep, and goats used for brush clearance, are grazed in flocks, often with minimal supervision, and individual animals easily stray or become lost when the flock is disturbed. Straying and loss of animals is not only common, it is expected. It is very well known and understood that sheep of all species are very uncomfortable if alone. This is an evolved protection strategy many tens of thousands of years old. They seek the protection of the flock, even if that flock is made up of strange sheep and/or goat-like animals. Anyone who has observed goats and sheep in a barnyard recognizes that goats and sheep interact socially. These types of intimate contacts generally do not occur with less closely related species; and size and anatomic variations, as well as behavioral and biochemical differences, help assure that.

31.      Bighorn and domestic sheep are attracted to one another. They are approximately the same size, eat the same foods, have the same behaviors, and emit the same odors and phero-mones. They commonly nuzzle and breed when given the opportunity. In summary, two very basic biological phenomena, that of biological identity and attraction and the evolution of herd protection survival strategies, help explain why goats and sheep are particularly likely to come into close, prolonged, and intimate contact with bighorn sheep.

32.      It is also well understood in biology, microbiology, and biomedicine that closely related species can harbor or carry organisms that are lethal their close relatives. Primates (macaques) carry herpes viruses that are lethal to humans (and humans carry at least one lethal to monkeys); wildebeest carry viruses that are lethal to cattle; and bullfrogs carry fungi that are lethal to many other amphibian species. So it is quite logical that domestic sheep and goats, which across thousands of years were raised in close confinement and in dense herds or bands,

BLM_0147499

and were naturally and purposely selected for thousands of years for disease resistance, may be more resistant to potentially pathogenic organisms in their upper respiratory tract. While domestic sheep were evolving with their pathogens, bighorn sheep were evolving in low density bands, and in high, dry, hot or high, cold environments. Drs. Knowles and Highland in Paragraphs 14 and 24 of their Declaration note that dry, or very hot conditions are not conducive to survival of respiratory disease organisms outside the body. This same observation and reasoning applies to dry cold environments. Thus, bighorn sheep evolved under conditions where contact between animals was less common and where respiratory disease causing organisms do not survive for any length of time in the environment, so those organisms were likely more rarely encountered, and evolution of resistance to them was not as important to their survival. The laboratory findings of Silflow *et al*. 1989 (FS012051), 1994 (FS012044) further support the concept that bighorn are inherently less capable of killing respiratory pathogens and provide a cellular level explanation for why bighorn sheep often die following contact with apparently normal domestic sheep (and goats).

33.     In many Western states, it is policy that any bighorn sheep that has had contact with domestic sheep is lethally removed to keep it from potentially bringing pneumonia causing organisms back to its herd of origin. Literally dozens of bighorn have been killed to protect their source herds in 7 Western states over the last 15 years and they provide mute evidence that bighorn will seek out and join sheep/goat herds.

34.     In my own experience, when I investigated the pneumonia mortality events at the Lavabeds National Monument in summer of 1980, I saw and photographed 3 stray domestic sheep and one lamb within 40 feet of the bighorn sheep enclosure fence line and the carcass of a

BLM_0147500

dead domestic sheep within 5 feet of that fence line while the bighorn dieoff was in progress. This was 3 weeks after all domestic sheep from an adjacent grazing allotment were supposed to have been removed. These were clearly stray sheep that had been left behind, and that was later confirmed. A peer-reviewed published description of that situation is provided in Foreyt and Jessup 1982 (FS011110). Photographs I took are shown in Exhibit 3, attached, all taken the second week in July 1980. From upper left and moving counterclockwise the pictures are a. 3 domestic ewes and one lamb about 40 feet from the Lavabeds bighorn sheep perimeter fence; b. the carcass of a dead domestic sheep on the perimeter road about 5–6 feet from the fence line; c. the carcass of a dead domestic sheep ewe within about 10 feet of a drinker used by bighorn (and the only local standing water, so likely used by both domestic and bighorn sheep); d. (center bottom) Jessup doing a postmortem examination on one of the dead bighorn rams at the Lavabeds, with a National Park Service uniformed person in background; e. (bottom right) the lung of one of the dead bighorn showing fibrinopurulent bronchopneumonia from which a *Pasteurella* was cultured; e. (top right) a dead bighorn ewe within the Lavabeds enclosure (none of approximately 43 bighorn survived the outbreak); f. (top middle) the dead bighorn ram shown below before postmortem examination showing markings in the dirt suggesting it was struggling to rise before it died. I saw only two live bighorn by the time I got there, and all bighorn at the Lavabeds died within about 30 days of when signs or respiratory disease were first reported, presumably of pneumonia, as per Foreyt and Jessup 1982.

35.     In 1978 during helicopter surveys of the Santa Rosa Mountains in California, I observed a domestic goat running with bighorn sheep. The surveys being conducted at that time were meant to help determine why the herd numbers had apparently declined over the previous

BLM_0147501

several years. On two other occasions, I have seen goats running with bighorn sheep. In 1988, during an investigation of a bighorn sheep pneumonia dieoff in the South Warner Mountains of California, I saw photographs taken by colleagues a few days earlier showing stray domestic sheep mixed in with Warner Mountains bighorn sheep. I viewed carcasses of those stray domestic sheep shot by the rancher and also looked at the carcasses of three stray goats collected from Warner Pass at the northern end of the former bighorn sheep range. I did postmortem examinations on 3 reasonably fresh bighorn sheep carcasses and they died of pneumonia. The result of that dieoff was effectively extinction of the Warner Mountain bighorn sheep herd.

36.     Several large libraries of photo-documentation exist of bighorn sheep comingling with domestic sheep, and domestic sheep and goats comingling with bighorn sheep. These include photos of intimate contact, including breeding behaviors and even documented hybrid animals born into domestic sheep herds. There is no better evidence of more intimate contact, contact more likely to result in disease transmission, or better evidence that bighorn and domestic sheep can come into close contact under free-ranging conditions than is provided in these photographs. The attached photographs, Exhibit 4, were provided to me by Kevin Hurley of the Wild Sheep Foundation, and in my experience they accurately depict typical interactions between domestic and bighorn sheep under open range conditions when the two species come into contact.

37.     Another source of evidence that contact between domestic sheep and wild bighorn sheep occurs, and that it results in mortality to the bighorn sheep, comes from the records of the Idaho Department of Fish and Game, which captured and held bighorn sheep that had come into contact with domestic sheep, goats, or cattle to see what happened to them. Both wandering rams

BLM_0147502

and wandering ewes were collected. In a paper in press, Drew and colleagues report on 14 bighorn sheep taken into captivity following contact with livestock (domestic sheep-10, goats-3, sheep and goats-1). Four died within 7 days, and 10 survived anywhere from 47 days to 57 months. A total of five of the 14 bighorn died of pneumonia. The results of that study were presented at the 2013 Annual International Wildlife Disease Association Conference in Knoxville, Tennessee, held from July 27 to August 2, 2013.  An abstract of the information to be published is attached as Exhibit 5.

38.    Clearly, under open range conditions domestic sheep and goats can come into close contact with bighorn sheep. Stray domestic sheep and goats seek out bighorn sheep herds, and bighorn sheep occasionally stray into and join domestic sheep/goat bands. The results are frequently catastrophic for the bighorn sheep.

**Review and comment on Knowles and Highland Declaration**

39.    In general, the microbiology information and many of the background comments and details of the Knowles and Highland declaration appear to be correct and appropriate. However, some statements (Knowles and Highland Paragraphs 17, 18, 21, 22, 23, 38) are missing details critical to the question of whether domestic sheep contact with bighorn is likely to have detrimental results. For example, domestic sheep are commonly found to have *Mannheimia haemolytica* and/or *Mycoplasma ovipneumonia* in their oropharynx or upper respiratory tract, even when they are apparently healthy and not just when they come from flocks with a history of illness or exposure to disease. Conversely, although *Mannheimia haemolytica* has been found in the oropharynx of bighorn sheep not suffering from apparent disease, this is not a common finding in healthy bighorn. When *Mycoplasma ovipneumonia* is found in bighorn,

BLM_0147503

it is usually from animals from herds that have survived a pneumonia outbreak. Bighorn sheep herds with *Mycoplasma ovipneumonia* carriers are usually marked by chronic and recurrent respiratory disease and poor lamb survival. It should be noted that the healthy bighorn selected for the Lawrence *et al.* 2010 research were free from *M. ovipneumonia*.

40.     Specific responses to the Knowles/Highland Declaration concerning Lawrence *et al.* 2010 have been provided by. Dr. Subramaniam Srikumaran and are, in my view, a correct representation of the Lawrence *et al.* study. Dr. Knowles submitted a letter to the Forest Service in August 2010, in which he raised many of the criticisms of the Lawrence *et al.* paper that he makes in the declaration submitted in this case. I responded to those criticisms in a letter I provided to the Forest Service in September 2010, a copy of which is attached as Exhibit 6. The following remarks from the Knowles/Highland Declaration warrant more detailed comment.

41.     Dr. Knowles' August 2010 written comments express the view that the most significant problem with Lawrence et al 2010 was the lack of death following fence line contact for two months. Additionally, in his declaration in this case Dr. Knowles states that it was significant that bighorn death did not occur until there was confined commingling of domestic and bighorn sheep.

42.     As I note in Paragraph 34 above, the type of fenceline contact described in Lawrence *et al.* 2010 is the same as can occur when stray domestic sheep encounter a herd of bighorn sheep, or when stray bighorn sheep encounter a band of domestic sheep. The pneumonia process that killed the first bighorn in Lawrence *et al.* 2010 clearly began before comingling was allowed, the period of time when only fenceline contact was possible. The fact that transmission was delayed for some period of time is not unusual. As Drs. Knowles and Highland have pointed

BLM_0147504

out, transmission requires the right set of circumstances. Nor is this a reason to doubt that fence line contact constitutes a disease transmission risk, albeit perhaps a lower level of risk, than prolonged intimate contact. Lawrence *et al.* 2010 shows fenceline contact is sufficient to allow respiratory disease transmission, but clearly, comingling accelerates the process.

43.     Drs. Knowles and Highland state that it is not known from the Lawrence *et al.* study when the bighorn sheep acquired the *Mycoplasma ovipneumoniae*. But since the bighorn sheep were negative when the trial began and had the organism when they died at the trial's end, we do know when they got it — sometime during the exposure trials, most likely toward the end when they were in fence line contact or comingling. This is very consistent with what is known about that organism, that it is difficult to transmit except under close contact conditions. Black *et al.* 1988 (FS011877) document that penning domestic sheep from a petting zoo with Dall's sheep (a wild northern cousin of bighorn sheep) during the winter in Toronto resulted in the death of the Dall's sheep from pneumonia caused by *Mycoplasma ovipneumoniae* over a course of several months, even though all of the sheep were previously healthy. In that case the exact moment of transmission for each animal was not known, but the outcome clearly was: all Dall's sheep died or were euthanized *en extremis*, while all of the domestic sheep remained healthy.

44.     Knowles and Highland (Paragraphs 14, 17 and 18) state that both *Mycoplasma ovipneumonia* and *Mannheimia haemolytica* are common in the upper respiratory tract of domestic sheep and are transmitted by aerosol over short distances. A central contention of their declaration in this case is that Lawrence *et al.* 2010 does not prove *Mannheimia haemolytica* from domestic sheep causes pneumonia in bighorn sheep, despite the fact that Knowles is a coauthor and the paper states that it provides "unequivocal evidence" of that. This is quite

BLM_0147505

unusual. But, it should be noted that Dr. Knowles is also a co-author on another peer reviewed paper, one involving inoculation of organisms rather than nose-to-nose contact, which concludes that "*M. ovipneumonia* alone may not cause fatal pneumonia in BHS, but can predispose them to fatal pneumonia due to *M. haemolytica* infection." (Dassanayake *et al.* 2010). So, that paper too supports the conclusion that *Mannheimia haemolytica* of sheep origin can cause pneumonia in bighorn sheep, and that risk of pneumonia is increased when *M. ovipneumonia* is also present. And as noted, they have stated both are commonly found in, and easily spread short distances from, the noses of domestic sheep.

45.     Most importantly, in attempting to increase separation between domestic sheep and bighorn sheep, the Forest Service is attempting to reduce the potential for contact and the spread of disease that can result. Taking measures to prevent transmission of disease in animal and human populations does not require knowing the exact moment when a pathogenic organism is transmitted from one animal to another, nor when that organism begins to overwhelm the immune response of the susceptible animal. It only requires knowing what behaviors constitute risk or increase risk, and then avoiding those.

46.     Drs. Knowles and Highland state in Paragraph 41 of their declaration that commingling of bighorn sheep and domestic goats and cattle may cause bighorn mortality, although at a lower rate than caused when bighorn sheep are commingled with domestic sheep. I agree and note that while death rates from pneumonia are somewhat lower when bighorn sheep are commingled with domestic goats or cattle, most scientists who have studied this problem recommend that all precautions that apply to reducing risk of contact between domestic sheep and bighorn sheep should apply to domestic goats as well. There is no evidence from field

Declaration of Dr. David A. Jessup Submitted in Support of the Federal Defendants Cross-Motion
for Summary Judgment                                                                                           23

BLM_0147506

Case No. 1:20-cv-02484-MSK   Document 71-17   filed 04/29/21   USDC Colorado   pg 73 of
120
Case 1:12-cv-00469-BLW   Document 46   Filed 10/28/13   Page 25 of 30

observations that contact between bighorn sheep and any other wild or domestic ungulates

(except sheep and goats) commonly results in disease transmission and/or bighorn dying of

pneumonia. So, although every possible species has not been tested, much lower rates of disease

are seen when cattle are involved and essentially none with other ungulates except domestic

sheep and goats. And, importantly, bighorn sheep do not nuzzle or mate with cattle, deer, elk,

llamas or horses. As Drs. Knowles and Highland have noted, it isn't just the presence of the

organisms that causes disease; other factors, like attraction and intimate contact, enhance

transmission. Indeed, as Drs. Knowles and Highland note, contact trials have not been conducted

with 150 species of wild and domestic ruminants, but none of those hundred-odd species of

exotic ungulates are grazed in the mountainous terrain used by bighorn sheep, whereas sheep,

goats, and cattle are. At the same time, the likely wildlife contact species, mule and white-tailed

deer, elk, and mountain goats have been tested in contact trials, albeit to a limited extent, for

disease transmission and found negative.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true

and correct.

Executed this 23rd day of September, 2013, in Royal Oaks, California.

/s/ *David A. Jessup*
DAVID A. JESSUP

DAVID A. JESSUP   9/23/2013

Declaration of Dr. David A. Jessup Submitted in Support of the Federal Defendants Cross-Motion
for Summary Judgment                                                    24

BLM_0147507

## Literature Cited

Besser, T. E., E. F. Cassirer, K. A. Potter, J. Vanderschalie, A. Fischer, D. P. Knowles, D. R. Herndon, F. R. Rurangirwa, G. C. Weiser, and S. Srikumaran. 2008. Association of *Mycoplasma ovipneumoniae* infection with population-limiting respiratory disease in free-ranging Rocky Mountain bighorn sheep (*Ovis canadensis canadensis*). Journal of Clinical Microbiology 46:423-230.

Black, S.R, I.K. Barker, K.G. Mehren, G.J. Crawshaw, S. Rosendal, L. Ruhnke, J. Thorsen, P.S. Carman, 1998. An epizootic of Mycoplasma ovipneumoniae infection in captive Dall's sheep (Ovis dalli dalli), Journal of Wildlife Diseases, 24(4):627-635.

Callan, R. J., T. D. Bunch, G. W. Workman, and R. E. Mock. 1991. Development of pneumonia in desert bighorn sheep after exposure to a flock of exotic wild and domestic sheep. Journal of the American Veterinary Medical Association 198:1052-1056.

Cassirer, E. F., K. M. Rudolph, P. Fowler, V. L. Coggins, D. L. Hunter, and M. W. Miller, 2001. Evaluation of ewe vaccination as a tool for increasing bighorn lamb survival following pasteurellosis epizootics. Journal of Wildlife Diseases 37:49-57.

Clifford, D.L., B.A. Schumaker, T.R. tephenson, V.C. Bliech, M.L. Cahn, B.J. Gonzales, W.M. Boyce, J.A.K. Mazet. 2009, Assessing disease risk at the wildlife-livestock interface: A study of Sierra Nevada bighorn sheep", Biological Conservation 142(11): 2559-2568.

Dassanayake, R. P., S. Shanthalingam, C. N. Herndon, P. K. Lawrence, E. F. Cassirer, K. A. Potter, W. J. Foreyt, K. D. Clinkenbeard, and S. Srikumaran, 2009. Mannheimia haemolytica serotype A1 exhibits differential pathogenicity in two related species, Ovis canadensis and Ovis aries. Veterinary Microbiology 133:366-71.

Dassanayake RP, Shanthalingam S, Herndon CN, Subramaniam R, Lawrence PK, Bavananthasivam J, Cassirer EF, Haldorson GJ, Foreyt WJ, Rurangirwa FR, Knowles, DP, Besser TE, Srikumaran S. 2010 Mycoplasma ovipneumoniae can predispose bighorn sheep to fatal Mannheimia haemolytica pneumonia. Vet Microbiol. 145(3-4):354-359.

Foreyt, W. J., and D. A. Jessup, 1982. Fatal pneumonia of bighorn sheep following association with domestic sheep. Journal of Wildlife Diseases 18:163-168.

Foreyt, W. J. 1989. Fatal Pasteurella haemolytica pneumonia in bighorn sheep after direct contact with clinically normal domestic sheep. American Journal of Veterinary Research 50:341-344.

Foreyt, W. J. 1990. Pneumonia in bighorn sheep: effects of Pasteurella haemolytica from domestic sheep and effects on survival and long-term reproduction. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 7:92-101.

BLM_0147508

Foreyt, W. J. 1992a. Experimental contact association between sheep, elk, and deer with known Pasteurella haemolytica infections.  Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 8:213-218.

Foreyt, W. J. 1992b. Failure of an experimental Pasteurella haemolytica vaccine to prevent respiratory disease and death in bighorn sheep after exposure to domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 8:155-163.

Foreyt, W. J. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 9:7-14.

Foreyt, W. J., and J. E. Lagerquist. 1996. Experimental contact of bighorn sheep (Ovis canadensis) with horses and cattle, and comparison of neutrophil sensitivity to Pasteurella haemolytica cytotoxins. Journal of Wildlife Diseases 32:594-602.

Foreyt, W. J., and R. M. Silflow. 1996. Attempted protection of bighorn sheep (Ovis canadensis) from pneumonia using a nonlethal cytotoxic strain of Pasteurella haemolytica Biotype A, Serotype.  Journal of Wildlife Diseases 32:315-321.

Foreyt, W. J., K.  P. Snipes, and R.W. Kasten. 1994a. Fatal pneumonia following inoculation of healthy bighorn sheep with Pasteurella haemolytica from healthy domestic sheep.  Journal of Wildlife Diseases 30:137-145.

Foreyt, W. J. 1994. Effects of controlled contact exposure between healthy bighorn sheep and llamas, domestic goats, mountain goats, cattle, domestic sheep, or mouflon sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 9:7-14.

Foreyt, W. J., R. M. Silflow, and J. E. Lagerquist. 1996. Susceptibility of Dall sheep (Ovis dalli dalli) to pneumonia caused by Pasteurella haemolytica.  Journal of Wildlife Diseases 32:586-593.

George, J. L., D. J. Martin, P. M. Lukacs, and M. W. Miller. 2008. Epidemic pasteurellosis in a bighorn sheep population coinciding with the appearance of a domestic sheep.  Journal of Wildlife Diseases 44:388-403.

Goodson, N. J. 1982. Effects of domestic sheep grazing on bighorn sheep populations: a review.  Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 3:287-313.

BLM_0147509

Jansen, B. D., J. R. Heffelfinger, T. H. Noon, P. R. Krausman, and J. C. deVos. 2006. Infectious keratoconjunctivitis in bighorn sheep, Silver Bell Mountains, Arizona, USA. Journal of Wildlife Diseases 42:407-411.

Kraabel, B. J., M. W. Moller, J. A. Conlon, and H. J. McNeil. 1998. Evaluation of a multivalent Pasteurella haemolytica vaccine in bighorn sheep: protection from experimental challenge. Journal of Wildlife Diseases 34:325-333.

Lawrence P.K., Shanthalingam S, Dassanayake RP, Subramaniam R, Herndon CN, Knowles, DP, Rurangirwa FR, Foreyt WJ, Wayman G, Marciel AM,Highlander SK, Srikumaran S. 2010. Transmission of Mannheimia haemolytica from domestic sheep (Ovis aries) to bighorn sheep (Ovis canadensis): Unequivocal demonstration with green fluorescent protein-tagged organisms.J Wildl Dis. 46(4):1346-7.

Martin, K. D., T. Schommer, and V. L. Coggins. 1996. Literature review regarding the compatibility between bighorn and domestic sheep. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 10:72-77.

Miller, M. W., J. A. Conlon, H. J. McNeil, J. M. Bulgin, and A. C. S. Ward. 1997. Evaluation of multivalent Pasteurella haemolytica vaccine in bighorn sheep: safety and serologic responses. Journal of Wildlife Diseases 33:738-748.

Monello, R. J., D. L. Murray, and E. F. Cassirer. 2001. Ecological correlates of pneumonia epizootics in bighorn sheep herds. Canadian Journal of Zoology 79:1423-1432.

Onderka, D. K., and W. D. Wishart. 1984. A major bighorn sheep die-off from pneumonia in southern Alberta. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council. 4:356-363.

Onderka, D. K., and W. D. Wishart. 1988. Experimental contact transmission of Pasteurella haemolytica from clinically normal domestic sheep causing pneumonia in Rocky Mountain bighorn sheep. Journal of Wildlife Diseases 24:663-667.

Onderka, D. K., S. A. Rawluk, and W. D. Wishart. 1988. Susceptibility of Rocky Mountain bighorn sheep and domestic sheep to pneumonia induced by bighorn and domestic livestock strains of Pasteurella haemolytica. Canadian Journal of Veterinary Research 52:439-444.

Rudolph, K. M., D. L. Hunter, W. J. Foreyt, E. F. Cassirer, R. B. Rinder, and A. C. S. Ward. 2003. Sharing of Pasteurella spp. between free-ranging bighorn sheep and feral goats. Journal of Wildlife Diseases 39:897-903.

BLM_0147510

Silflow, R. M., W. J. Foreyt, and R. W. Leid. 1993. Pasteurella haemolytica cytotoxin-dependent killing of neutrophils from bighorn and domestic sheep. Journal of Wildlife Diseases 29:30-35.

Silflow, R. M., W. J. Foreyt, S. M. Taylor, W. W. Laegreid, H. D. Liggit, and R. W. Leid. 1989. Comparison of pulmonary defense mechanisms in Rocky Mountain bighorn (Ovis canadensis canadensis) and domestic sheep. Journal of Wildlife Diseases 25:514-520.

Silflow, R. M., and W. J. Foreyt. 1994. Susceptibility of phagocytes from elk, deer, bighorn sheep, and domestic sheep to Pasteurella haemolytica cytotoxins. Journal of Wildlife Diseases 30:529-535.

Silflow, R. M., W. J. Foreyt, and J. E. Lagerquist. 1994. Evaluation of the cytotoxicity of various isolates of Pasteurella haemolytica from bighorn sheep and other ungulate populations. Proceedings of the Biennial Symposium of the Northern Wild Sheep and Goat Council 9:1-6.

Singer, F. J., L. C. Zeigenfuss, and L. Spicer. 2001. Role of patch size, disease, and movement in rapid extinction of bighorn sheep. Conservation Biology 15:1347-1354.

Ward, A. C. S., D. L. Hunter, K. M. Rudolph, W. J. DeLong, J. M. Bulgin, L. M. Cowan, H. J. McNeil, and M. W. Miller. 1999. Immunologic responses of domestic and bighorn sheep to a multivalent Pasteurella haemolytica vaccine. Journal of Wildlife Diseases 35:285-296.

Wehausen, J.D., S.T. Kelly, R.R. Ramey, 2011, Domestic sheep, bighorn sheep respiratory disease: A review of experimental evidence. California Fish and Game Quarterly 97(1): 17-24.

Wolfe L.L., B. Diamond, T.R. Spraker, M.A. Sirochman, D.P. Walsh DP, C.M. Machin, D.J. Bade, M.W.Miller. 2010. A bighorn sheep die-off in southern Colorado involving a Pasteurellaceae strain that may have originated from syntopic cattle. Journal of Wildlife Diseases 46(4):1262-1268.

BLM_0147511

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

William G. Myers
wmyers@hollandhart.com

Murray D. Feldman
mfeldman@hollandhart.com

Andrew A. Irvine
aairvine@hollandhart.com

Laurie M. Rule
lrule@advocateswest.org

Jennifer R. Schemm
jschemm@eoni.com

Dated:  October 28, 2013                    /s/ *David B. Glazer*
                                            David B. Glazer

BLM_0147512

Lauren M. Rule (*ISB # 6863*)
ADVOCATES FOR THE WEST
PO Box 1612
Boise ID 83701
(208) 342-7024
lrule@advocateswest.org

Jennifer R. Schemm (*OSB #970086*)
Attorney at Law
602 "O" Avenue
La Grande, OR 97850
(541) 962-0896
jschemm@eoni.com

Attorneys for Intervenors The Wilderness Society, Western Watersheds Project,
and Hells Canyon Preservation Council

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WOOL GROWERS ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TOM VILSACK, *et al.*,<br><br>    Defendants.<br><br>and<br><br>THE WILDERNESS SOCIETY, WESTERN WATERSHEDS PROJECT, and HELLS CANYON PRESERVATION COUNCIL,<br><br>    Defendant-Intervenors. | Case No. 1:12-cv-00469-BLW<br><br>**DECLARATION OF DR. THOMAS BESSER** |

BLM_0147513

I, Thomas Besser, with full knowledge of the penalties of perjury, declare as follows:

1.      I am a member of the faculty in the Department of Veterinary Microbiology and Pathology, College of Veterinary Medicine, and the Washington Animal Disease Diagnostic Laboratory at Washington State University, Pullman, Washington.

2.      I have been asked by Defendant-Intervenors in this litigation to provide my expert opinion on the validity of the information and conclusions presented in Plaintiffs' expert declarations as well as the U.S. Forest Service's 2010 Final Supplemental Environmental Impact Statement (FSEIS) and Record of Decision (ROD) to amend the Payette National Forest Land and Resource Management Plan to provide for viability of bighorn sheep.

**I.      Professional Qualifications and Experience.**

3.      I have more than twenty-five years of experience researching the epidemiology and ecology of infectious diseases caused by pathogens across host species.  My CV is attached as Exhibit A.

4.      I hold a Bachelor of Science degree in Zoology from the University of Wisconsin (1973), a Doctor of Veterinary Medicine degree from the University of Minnesota (1981), and a PhD in Veterinary Science from Washington State University (1986).

5.      I currently serve as the faculty head of the Washington Animal Disease Diagnostic Laboratory's Molecular Diagnostics Section, where I have worked since 1990.  I was previously the Director of Laboratory Services for the Washington Animal Disease Diagnostic Laboratory from 2001-2004.  I also direct the University's graduate program in Immunology and Infectious Diseases and am an adjunct professor in the Paul G. Allen School for Global Animal Health at the University.

DECLARATION OF DR. THOMAS BESSER - 1

BLM_0147514

6.      I am a member of the American College of Veterinary Microbiologists, and served on the Board of Governors from 2009 to 2012.  I am also a member of the American Society for Microbiology, serving as the Society's Animal Health Microbiology Chair from 2006 to 2007, and as a member of its Applied and Environmental Microbiology Editorial Board from 2008 to present.  I am also a member of the American Association of Veterinary Laboratory Diagnosticians.

7.      I have received honors for my work from the University of Minnesota, Washington State University, Washington State Academy of Sciences, and American Association for the Advancement of Science, and was a Fulbright Research Fellow at the University of Edinburgh in 2000-2001.

8.      I have been conducting research in the fields of veterinary immunology, epidemiology, and microbiology since 1982.  One of the three primary areas of focus for my research currently is pneumonia in bighorn sheep, investigating the cause of this disease by conducting laboratory and field-based microbiological and epidemiological studies.

9.      In particular, my research has focused on the role of the bacterium *Mycoplasma ovipneumoniae* in bighorn sheep pneumonia.  I began this research in 2005, working on the microbiology of bighorn lambs with pneumonia in the Hells Canyon populations.  In 2009, I joined the Bighorn Sheep Disease Research Consortium, an association of experts studying many aspects of bighorn sheep pneumonia, including transmission, immunity, microbial etiology, connectivity and habitat modeling, pneumonia disease dynamics, and chronic carriage.  As a member of this consortium and in my roles as a research microbiologist in the Department of Veterinary Microbiology and Pathology and a diagnostician at the Washington Animal Disease Diagnostic Laboratory, I have been and am currently engaged in researching the role of *M.*

DECLARATION OF DR. THOMAS BESSER - 2

BLM_0147515

*ovipneumoniae*, including the pneumonia outbreaks that follow its introduction into previously healthy bighorn sheep populations, and how this agent (and the disease it causes) persists in bighorn sheep populations after it is introduced.

10.     I am principal investigator in current research projects looking at disease transmission to bighorn sheep, including a cost share agreement with the U.S. Forest Service on the "Use of molecular strain typing of *Mycoplasma ovipneumoniae* to document transmission routes and sources," and a grant from the Idaho Wildlife Disease Research Oversight Committee on "Development and assessment of novel techniques for detecting bighorn sheep pneumonia pathogens." I am also co-investigator on a study entitled "Developing an evidence base for managing bighorn sheep pneumonia: understanding the role of carriers." My prior studies on bighorn sheep disease issues included research funded by the Washington Department of Fish and Wildlife, Idaho Department of Fish and Game, and the Hells Canyon Initiative of Washington, Oregon, and Idaho.

11.     I have published approximately 190 research papers and 11 book chapters on various topics in my field, including six papers on the causes of pneumonia epizootics among bighorn sheep and identification of patterns of immunity to the disease. These papers include: *Association of* Mycoplasma ovipneumoniae *infection with population limiting respiratory disease in free-ranging Rocky Mountain Bighorn Sheep* (Ovis canadensis canadensis) (2008) (FS012571); Mycoplasma ovipneumoniae *can predispose bighorn sheep to fatal* Mannheimia haemolytica *pneumonia* (2010); *Causes of Pneumonia Epizootics among Bighorn Sheep, Western United States, 2008-2010* (2012); *Survival of Bighorn Sheep Commingled with Domestic Sheep in the Absence of* Mycoplasma ovipneumoniae (2012); *Use of exposure history*

DECLARATION OF DR. THOMAS BESSER - 3

BLM_0147516

*to identify patterns of immunity to pneumonia in bighorn sheep* (Ovis canadensis) (2013); and

*Bighorn sheep pneumonia: Sorting out the cause of a polymicrobial disease* (2013).

12.     I have given invited presentations on veterinary immunology and epidemiology at conferences, institutions of higher education, symposiums, colloquiums, workshops, and consortia both nationally and internationally since 1986.  These include addresses on the role of *Mycoplasma ovipneumoniae* in bighorn sheep pneumonia outbreaks in a scientific workshop on bighorn sheep pneumonia at the University of California at Davis (2007), and before the Association of State Wildlife Agencies (2008), Washington/Oregon/Idaho Bighorn Sheep Disease Consortium (2010), the Association for Veterinary Epidemiology and Preventive Medicine Symposium (2011), Northern Wild Sheep and Goat Council (2012), the Wild Sheep Society of British Columbia (2013), and the Wild Sheep Working Group of the Western Association of Fish & Wildlife Agencies (2013).

13.     I also provided scientific opinions to the U.S. Forest Service in its development of the FSEIS at issue here.  For instance, in 2009 I contributed a presentation to the agency that discussed transmission of pneumonia from domestic sheep to bighorn sheep (FS011022). Additionally, in November 2010 I wrote a letter to Suzanne Rainville providing my perspective on the publication *Transmission of* Mannheimia haemolytica *from Domestic Sheep to Bighorn Sheep; Unequivocal Demonstration with Green Fluorescent Protein-Tagged Organisms* by Lawrence, et al (letter attached as Exhibit B).  In the letter, I directly responded to comments Dr. Knowles raised about the study, and I generally addressed the relevance of the study to the agency's decision.

14.     The central finding of that study was demonstration of transmission of respiratory pathogens from domestic sheep to bighorn sheep following fence line or direct contact.  Further,

DECLARATION OF DR. THOMAS BESSER - 4

BLM_0147517

the common findings of the Lawrence study and previous studies remain significant and uncontested to this day: that nearly all bighorn sheep die after contact with domestic sheep and that fatal bighorn sheep pneumonia can occur as soon as the first week following contact. As discussed below, my previous and subsequent research into the etiology of bighorn pneumonia and transmission of the disease confirms the statements I made in my November 2010 letter to the Forest Service and is consistent with the scientific consensus about disease transmission and risk domestic sheep pose to bighorn sheep.

**II.       Relevant Scientific Studies on Bighorn Sheep Disease.**

15.       As mentioned above, I have conducted a number of studies on the etiology of bighorn pneumonia and on transmission of this disease. My studies have utilized data and specimens collected from hundreds of domestic sheep farms, dozens of wild bighorn sheep populations, and from laboratory experiments. Extensive evidence shows that contact between domestic sheep and bighorn sheep results in pneumonia outbreaks in bighorn sheep populations. My research evaluating the evidence regarding the cause of bighorn pneumonia, including that resulting from contact with domestic sheep, points to *Mycoplasma ovipneumoniae* as having a key role in the disease epizootics. I have co-authored many of my bighorn studies with others at Washington State University, including Dr. Donald Knowles, Dr. Margaret Highland, Dr. William Foreyt, and Dr. Subramaniam Srikumaran.

16.       Some of my bighorn research has involved field-based studies in which specimens were collected from bighorn sheep in the wild. For instance, my first study focused on the association of *Mycoplasma ovipneumoniae* infection with pneumonia epizootics in free-ranging bighorn sheep by collecting specimens from lambs from three populations of bighorn sheep in the Hells Canyon region during lamb pneumonia outbreaks. A later study looked at lung tissue of 44

DECLARATION OF DR. THOMAS BESSER - 5

bighorn sheep from 8 different bighorn sheep populations affected by pneumonia outbreaks in the western United States. I also contributed to a fourteen-year-long study of patterns of immunity to pneumonia in Hells Canyon bighorn sheep, where data was gathered on 388 radio-collared adults and 753 ewe-lamb pairs by locating animals at least every two weeks from the ground or air; data included survival, causes of mortality, movement, productivity, and lamb survival.

17.     My bighorn research has also included laboratory studies and captive bighorn sheep (pen) experiments. These studies involved experimental infection of bighorn sheep using defined sources of pneumonia-associated bacterial pathogens, and also comingling studies of domestic sheep and captive bighorn sheep using animals with defined carrier or non-carrier status of pneumonia-associated bacterial pathogens. In the publication *Bighorn sheep pneumonia: Sorting out the cause of a polymicrobial disease* (2013) (attached as Exhibit C), we evaluated the evidence for and against several candidate causal microbial agents proposed as causes of epizootic pneumonia of bighorn sheep. We concluded that the evidence strongly supports a primary role for *M. ovipneumoniae* in this disease across the western U.S.

18.     As a result of these studies, I believe there is strong evidence that *M. ovipneumoniae* is exotic to and triggers epidemic pneumonia in bighorn sheep, and that domestic sheep are a common source of this bacterium.

19.     Data suggest that *M. ovipneumoniae* does not naturally occur in bighorn sheep, and if found, was introduced from some other source. Indeed, in more than 90% of healthy herds of bighorn sheep (defined as those in which pneumonia has not been documented in either lambs or adults within the past 10 years or longer), *M. ovipneumoniae* cannot be detected in nasal secretions, and blood tests show no evidence of exposure to this bacterium. Neither epidemic

DECLARATION OF DR. THOMAS BESSER - 6

BLM_0147519

pneumonia nor evidence of *M. ovipneumoniae* infection or exposure are detected in free-ranging thinhorn sheep (Dall sheep or Stone sheep), wild sheep that live in northern Canada and in Alaska where there is little or no opportunity for contact with domestic sheep or goats.

20.     However, an outbreak of fatal pneumonia in Dall sheep was reported in the Toronto zoo after contact with domestic sheep, and *M. ovipneumoniae* was documented as the cause of this outbreak.  Additionally, this agent is present in every bighorn sheep pneumonia outbreak that we have investigated to date (N=40 currently).  In several outbreaks where banked blood serum samples were available, we were able to demonstrate that the exposure to *M. ovipneumoniae* first occurred the same year that the outbreak occurred.  These data are summarized in *Bighorn sheep pneumonia: Sorting out the cause of a polymicrobial disease* (2013) (*see* Exhibit C).

21.     In contrast, domestic sheep are a common source of *M. ovipneumoniae*, and most naturally carry the bacterium.  The hosts capable of carrying this bacterium are restricted to the sub-family Caprinae, which includes sheep and goats.  As a result, Caprinae are the animals that present the highest risk of transmission of this bacterium into naïve bighorn sheep populations.

22.     A large body of scientific evidence exists showing that contact between domestic sheep and bighorn sheep creates a very high risk of fatal pneumonia in bighorn populations.  As reviewed in our 2012 publication, *Survival of Bighorn Sheep Commingled with Domestic Sheep in the Absence of Mycoplasma ovipneumoniae* (2012) (attached as Exhibit D), there were at least 9 publications describing 11 experiments or direct observations of situations in which captive bighorn sheep were commingled or had fence line contact with domestic sheep or mouflon (a wild subspecies of domestic sheep), and of the 90 bighorn sheep involved in these studies, 98% died of pneumonia.  In contrast, 5 other publications described 9 experiments in which researchers placed bighorn sheep in contact with other (non-sheep) animals including cattle,

DECLARATION OF DR. THOMAS BESSER - 7

BLM_0147520

llamas, horses, deer and elk, and in which the bighorn sheep mortality was markedly lower (4 of 56 bighorn sheep, 7%).  Together, these studies show that domestic sheep present a very grave health risk to bighorn sheep, and that risk is greater than posed by other domestic or wild animal species.

23.     In the same 2012 paper, we also showed that when domestic sheep that are free of *M. ovipneumoniae* are mingled with susceptible bighorn sheep, the risk of pneumonia death is much lower, not significantly different from that experienced by bighorn sheep commingled with other (non-sheep) animals.  These studies provide strong evidence that this organism has a primary role in bighorn sheep pneumonia outbreaks, and that domestic sheep are a high risk of pneumonia transmission to bighorn sheep compared to other domestic or wild animals.

24.     Although these studies were done in experimental settings where frequency of transmission events is likely higher than would be expected from contacts that are less confined, the relatively higher risk of pneumonia transmission following contact with sheep (compared to non-sheep animals) would be expected to hold true regardless of whether the contact occurs in captivity or on the range.

**III.     Scientific Opinions on the Knowles/Highland Declaration and the Forest Service's EIS and ROD.**

25.     I have reviewed the Declaration of Dr. Donald Knowles and Dr. Margaret Highland submitted by Plaintiffs in this case (ECF #38).  I am also familiar with the Forest Service's 2010 FSEIS and ROD concerning bighorn sheep viability on the Payette National Forest.  Based on my professional knowledge and experience, I offer the following opinions.

26.     I find the use of the term 'under range conditions,' used in several contexts in their declaration, to be unclear or imprecise (*see, e.g.*, paragraph 40).  The essence of scientific experimentation is to carefully control as many conditions as possible.  'Range conditions'

DECLARATION OF DR. THOMAS BESSER - 8

BLM_0147521

includes a very diverse set of conditions, including temperature, humidity, habitat, climate and weather. Requiring studies to be performed under 'range conditions' is equivalent to requiring hundreds of study replicates under highly diverse conditions, which is not practically possible or necessary. On the other hand, the very diversity of 'range conditions' means that pretty much all experiments are conducted under conditions that fall well within the variety of conditions that do occur on the range.

27.     In paragraph 27, they argue that the many studies in which domestic and bighorn sheep were mingled did not document the time at which pathogen(s) were transmitted, but rather just documented the time to occurrence of disease or death. However, the transmission of the pathogens that result in disease must precede the time of disease onset, so the studies in question actually do set upper limits on the transmission times of the agents; these upper limits are less than one week in some cases, and less than 100 days in all cases, based on the times to observed deaths.

28.     In discussing the Lawrence paper that he co-authored, Dr. Knowles states in paragraph 29 that the labeled *Mannheimia haemolytica* "was identified in the first bighorn 21 days following the commencement of the fence line contact." However, the transmission may actually have occurred at any time during the first three weeks of fence line contact or the four weeks of separated pens that preceded fence line contact, since day 21 of fence line contact was the first day the animals were reported to have been sampled to detect transmission.

29.     I am puzzled by Dr. Knowles' statement in paragraph 30 that he did not review the pathology of the experimental animals in his study. The paper includes written descriptions of the gross and microscopic pathology (FS012517, page 713) and gross and microscopic photos of the lung lesions (FS012518, p. 714, Figure 5). Based on this content, informed pathologic

DECLARATION OF DR. THOMAS BESSER - 9

BLM_0147522

evaluation of these tissues did take place.  It is not clear why Dr. Knowles chose not to review this information, especially given his responsibilities as co-author.

30.     In paragraph 32, Dr. Knowles indicates that authors of the Lawrence paper did not conclusively determine the role of the *M. haemolytica* in the pneumonia. This comment suggests that it is actually possible to make a conclusive determination of the role of a single bacterial species in any case or cases of a disease.  In reality, this is not true and instead determination of the cause of death is typically based on the expert opinion of the pathologist who reviews the animal's history, gross and microscopic lesions, and ancillary laboratory findings.  As a microbiologist, based on the information provided in the manuscript, I believe that sufficient evidence is provided to reasonably conclude that the disease process is consistent with *M. haemolytica* induced pneumonia.

31.     In paragraphs 43 – 48, Dr. Knowles discusses the role of stress in bighorn sheep disease. I agree that various forms of stress may enhance the occurrence of infectious disease, including pneumonia.  I also agree that stress could be a contributing factor to the very high (98%) mortality rate experienced by bighorn sheep experimentally commingled with domestic sheep. However, various other data suggest that stress is not the largest factor determining the outcome of these studies. First, I would expect that bighorn sheep would experience a similar or greater degree of stress when experimentally commingled with less closely related livestock such as cattle, llamas, and horses, and yet the bighorn pneumonia mortality was relatively insignificant (7%) in those experiments.  Second, as pointed out in paragraph 45, wild bighorn sheep are obviously more greatly stressed in captivity compared to hand-reared bighorn sheep acclimatized to human contacts, yet wild and captive-reared bighorn sheep have equally experienced nearly 100% mortality when experimentally commingled with domestic sheep.  Third, bighorn sheep in

DECLARATION OF DR. THOMAS BESSER - 10

BLM_0147523

the wild routinely face a large number of severe stresses in dealing with harsh environmental conditions, mountain lions and other predators, and other factors, but since these stresses are common to both healthy and pneumonic populations, stress clearly does not explain the health differences between those populations.

32.     In paragraph 51, Dr. Knowles discusses the likely lower degree of contact between domestic sheep and bighorn sheep that occurs 'under natural range conditions,' which he suggests would decrease the frequency of transmission compared to that observed in captive studies.  My opinion is that while the frequency of transmission is likely lower under range conditions, the risk of contact is still significant given that contact transmission is possible, and even a single *M. ovipneumoniae* transmission event from one domestic sheep carrier to one naïve bighorn sheep is likely to then result in epidemic spread within the bighorn sheep population, causing significant initial mortality, a generation of chronic carrier bighorn sheep, and subsequent lamb pneumonia for years or decades afterwards.  That is, I believe that it is not the average likelihood of direct contact or the average duration of contact between the species that matters; instead, what really matters is that even a rare contact event that results in transmission of the bacterium to a bighorn sheep is likely to have long-term devastating consequences for the bighorn population.

33.     We know from the captive studies that pneumonia disease agents can be transmitted by fence line or commingled contact.  There have been many documented observations of direct contact events between free-ranging bighorn sheep and domestic sheep.  While many of these contacts likely fail to result in transmission, nevertheless each such contact presents a real risk of transmission with a strong potential for severe health impacts on the bighorn sheep.

DECLARATION OF DR. THOMAS BESSER - 11

BLM_0147524

34.     In sum, a preponderance of evidence exists that domestic sheep transmit pathogenic bighorn sheep that results in epidemic bighorn sheep pneumonia. This conclusion is supported by anecdotal evidence (many reports over nearly a century of bighorn pneumonia outbreaks following contact with domestic sheep or goats, compared to only sparse reported outbreaks following contact with other animals), as well as experimental evidence (experimental contact with domestic sheep resulting in pneumonia deaths of 98% of bighorn sheep; the significantly lower pneumonia mortality in bighorn sheep placed in contact with other livestock). Based on this evidence, a strong scientific consensus exists that domestic sheep pose a real and grave danger to bighorn sheep when the two species are on the range together.

35.     It is extremely unlikely that the actual transmission events that result in disease transmission will ever be observed under range conditions, given that the contact that results in the transmission may involve any single animal within a population of hundreds of bighorn sheep coming into contact with any one of hundreds or thousands of domestic sheep grazing in their range, and given the weeks-long incubation period between transmission and disease onset. However, it is not necessary to understand the detailed transmission mechanism or to observe the specific transmission event for one to conclude, based on abundant anecdotal, experimental, and observational evidence, that pathogen and disease transmission from domestic sheep to bighorn sheep does occur and results in severe disease and death losses in the bighorn sheep.

36.     Based on the available evidence and existing scientific consensus, the USFS was reasonable to conclude in its FSEIS and ROD that domestic sheep pose a significant risk to bighorn sheep due to the threat of disease transmission.  At present, I am not aware of any available means to reduce or eliminate the risk of pneumonia in bighorn sheep that come into

DECLARATION OF DR. THOMAS BESSER - 12

BLM_0147525

contact with domestic sheep.  Therefore, physical separation of these species is the only known way to protect bighorn sheep from this disease transmission.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 6th day of November, 2013 in Pullman, Washington.


 /s/ Dr. Thomas Besser
Dr. Thomas Besser

DECLARATION OF DR. THOMAS BESSER - 13

October 24, 2016

BLM
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado 81401

Thank you for the opportunity to comment on the Uncompahgre Field Office's draft Resource Management Plan (draft RMP).

- The current Resource Management Plan currently in effect was approved at least 26 years ago and did not account for the many changes that have occurred since that time.

- The socioeconomic benefits being derived from the agricultural operations that now exist in the North Fork Valley have changed in importance and character and unfortunately have not been accounted for in the current draft RMP either.

- The draft RMP only contains a brief acknowledgement of the existence of the unique agriculture that occurs in the North Fork Valle and has not adequately or appropriately described what makes the North Fork Valley of such unique agricultural, artistic and entrepreneurial importance to all of Colorado and surrounding states.

- This omission of fully describing this valley does not constitute meeting the requirement of "succinctly describing the environment of the area(s) to be affected by the alternatives under consideration" as required by **40 CFR 1502.15**.

**This valley is recognized for its unique agriculture (it contains the highest concentration of organic farms, orchards and vineyards in Colorado), local business, art, agribusiness, agritourism, and recreation industries and deserves protection from any threat of environmental degradation that would harm these endeavors.**

**Evidence for the uniqueness of this valley:**

a) It has been described as "**An American Provence**" in the book by the same name written by University of Colorado professor, Thomas Huber. He compares the North Fork Valley with its vineyards to the famous wine growing region of southern France. http://www.merchantherald.com/geographer-says-the-north-fork-is-an-american-provence/ This valley was also featured in the book **At Mesa's Edge: Cooking and Ranching in Colorado's North Fork Valley** https://www.amazon.com/At-Mesas-Edge-Ranching-Colorados/dp/0618221263

b) This valley was designated by the state of Colorado as **a Colorado Certified Creative District** in 2013. Information on the significance of this designation can be viewed at http://www.coloradocreativeindustries.org/showcase/colorado-creative-districts

c) Delta County was recently **awarded three Blueprint 2.0 Initiatives by the Colorado Office of Economic Development and International Trade**. The Initiatives include Strengthing Local Business Brand, Adaptive Reuse Workshop and Tourism Promotion. http://choosecolorado.com/lt-gov-donna-lynne-announces-colorado-blueprint-2-0-initiative-recipients/

1

    d) The North Fork Valley has also been **designated as an American Viticulture Area** by the U.S. government. This designation was officially adopted in 2001 and codified at 27 CFR https://www.gpo.gov/fdsys/pkg/CFR-2016-title27-vol1/pdf/CFR-2016-title27-vol1-sec9-172.pdf An American Viticulture Area is a delineated grape-growing region having distinguishing features as established in Federal regulation and a name and delineated boundary. This is only one of two such designated areas in Colorado

    e) The North Fork Valley has been featured in a number of articles by the New York Times including coverage of previous attempts to pursue drilling http://www.nytimes.com/2013/02/03/us/colorado-communities-take-on-fight-against-energy-land-leases.html?_r=0  and many other articles like this one: http://www.nytimes.com/2014/06/19/garden/he-found-his-corner-of-the-sky.html.

The potential environmental consequences presented in this draft RMP do not in any way address the depth and breadth of potential effects to the valley from fluid mineral exploration and production. This is in direct conflict with BLM regulation **40 CFR 1610.4-6**: Estimation of effects of alternatives, which requires that the Field Manager "will estimate and display the physical, biological, economic, and social effects of implementing each alternative considered in detail." Without acknowledging and describing the North Fork Valley in detail, this requirement cannot and has not been achieved.

The inadequacy of the draft RMP is further exemplified by the following:

1)    **Chapter 1, Section 1.4 and Table 1.3:** This section and table fail to appropriately and adequately acknowledge and discuss the North Fork Alternative Plan (NFAP) presented to the BLM during scoping by citizens and governmental entities in the North Fork Valley. The section summarizing the scoping comments received does not include this important scoping submittal and has consequently resulted in the lack of any meaningful reference to this agriculturally important area throughout the remainder of the draft RMP. This violates the Council on Environmental Quality (CEQ) regulation at **40 CFR 1501.7(a)(2)** which requires the lead agency to determine the significant issues to be analyzed in depth in an Environmental Impact Statement.

    This absence of acknowledgment of the North Fork Valley's unique qualities is also in direct conflict with Section 1500.1(b) of the CEQ regulations which states that "NEPA documents must concentrate on the issues that are truly significant to the action in question, rather than amassing needless detail."

2)    **Chapter 1, Table 1-2, Step 7:** By not appropriately including the North Fork Valley and the potential negative environmental effects to it by the various proposed alternatives as a "planning issue," this draft RMP does not adequately meet the requirement that the preferred alternative be the "alternative that best resolves planning issues."

3)    **Chapter 2, Section 2.2.3:** The lack of adequate discussion and acknowledgement of the North Fork Valley in Chapter 1 (as discussed above) has created a situation where the significance of each alternative to potentially impact the human and natural environment within the BLM planning area is missing from the fundamental underpinnings of the analysis. This absence of appropriate consideration is evident throughout the remainder of the document and in taking this approach, this document does not meet the level of analysis required by **CEQ regulations (40 CFR 1502.1; 1502.2; 1508.8; 1508.14 and 1508.27(a), (b)(3), (b)(4) and (b)(6))** or the **National Environmental Policy Act, Section 101(b)**.

2

4)   **Chapter 2, Table 2-1 and Appendix D, Ecologic Emphasis Areas:**  The North Fork Valley should have been included in this portion of the analysis. Although it does not fit the BLM's routine (boilerplate) areas of analysis - *unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors* – does not make this ecologically unique area any less worthy of consideration. In fact, minimizing impacts to this culturally and agriculturally significant geographic area should be the core value addressed throughout the draft RMP and presented under each of the Alternatives in Tables 2-1 through 2-6.

5)   **Chapter 3, Section 3.1.3 Geology and Soils:** The following statement is included in this section; "There are no farmlands of national or statewide importance **on BLM-administered lands within the planning area** (emphasis added). However, according to a report by the Soil Conservation Service, "irrigated and prime irrigated lands of statewide importance, most of which are situated at low elevations on valley floors, occur in the Uncompahgre, North Fork, Surface Creek, and Smith Fork drainage basins" (Soil Conservation Service 1980).

Analysis of potential impacts to irrigated and prime irrigated lands existing within the Uncompahgre planning area (North Fork Valley) resulting from federal actions taking place on BLM-administered lands must be analyzed and disclosed in Chapter 4 and they are not.  Chapter 4 is completely silent on the impacts to irrigated and prime irrigated lands occurring within the valley floors in the planning area which violates 40 CFR 1508.14.

6)   **Chapter 3, Section 3.1.5, Vegetation & Chapter 4, Section 4.3.4 Vegetation:** Section 3.1.5 fails to acknowledge or discuss any of the agricultural crops existing in the North Fork Valley which is part of the Uncompahgre Field Office planning area. Omission of these existing and important resources in Chapter 3 has resulted in the complete omission of possible effects to these resources in Chapter 4, Environmental Consequences. This violates **CEQ regulations at 40 CFR 1502.15**; Affected Environment and **40 CFR 1508.8**; Effects.

7)   **Chapter 4, Section 4.1.1 Analytical Assumption, fifth bullet:** This bullet asserts that "Direct and indirect impacts of implementing the RMP primarily occur on the decision area lands:" This is a seriously flawed assumption because many of the direct and indirect impacts of implementing the RMP on lands underlain by federal fluid mineral estate have the potential to seriously impact the people (and their livelihoods) living in the North Fork Valley.

"Planning area" is defined as the Uncompahgre Field Office boundary, including all lands, **regardless of land ownership** (emphasis added), except the Gunnison Gorge NCA Planning Area and the Dominguez-Escalante NCA" and is depicted on Figure 1-1 provided in the draft RMP. Whereas "decision area lands" are limited to public lands and federal mineral estate managed by the USDOI, Bureau of Land Management. The federal mineral estate managed by the BLM is depicted on Figure 1-2, also provided in the draft RMP.

The North Fork Valley's organic and traditional farming, fruit growing and viticulture areas occur less than one mile, in many places, from the BLM decision area boundary (but within the Uncompahgre planning area). This proximity is especially true for the thousands of acres of land surrounding Paonia, Hotchkiss and Crawford that would be made available for fluid minerals leasing according to the BLM's preferred alternative. Obviously, these agricultural lands are at risk of being either directly or indirectly impacted by gas activity occurring on the adjacent or contiguous decision area land.

BLM_0147529

8)   **Chapter 4, Section 4.3.2 Soils and Geology:** Because Chapter 3, Section 3.1.3 dismisses the need for identifying and describing irrigated and prime irrigated lands occurring within the planning area, this Section is completely silent on the environmental consequences of federal actions on these agriculturally significant lands. This is a serious omission which only further reinforces the fact that the BLM did not take the environment actually in existence in the planning area into consideration which violates **40 CFR 1502.15 of the CEQ** regulations.

9)   **Chapter 4, Section 4.3.3 Water Resources:** The following statement is made on page 4-84, "*The organic farming industry relies on clean water for agricultural production. Contamination of irrigation waters could affect the ability of local organic farms to maintain their designations.*" This is the only mention of organic farming in the entire draft RMP. Such a serious threat to the North Fork Valley cannot be allowed to ever occur. And the only way to prevent it is to close the entire area within the NFAP area to any new oil and gas leasing. Oil and gas drilling is absolutely incompatible with the existing land uses currently occurring in this valley.

The oil and gas industry in Colorado has reported at least 5,188 spills from statewide operations over the last ten years to the Colorado Oil and Gas Conservation Commission. It is not a matter of if a spill will happen, but when a spill associated with drilling activity occurring up valley and upstream from the North Fork Valley will create long-term devastating effects on the soils, surface water and groundwater supporting this agricultural area.

**Conclusion:**

The draft RMP states that "When there are conflicts among resource uses or when a land use activity could result in unacceptable or irreversible impact on the environment, the BLM may restrict or prohibit some land uses in specific areas."

Based on the comments presented above, there is definitely a conflict between the extraction of the gas resource and the prevailing land use in the North Fork Valley. Additionally, the land use activity of producing natural gas would result in unacceptable and irreversible impacts on the environment in the North Fork Valley. Therefore, the leasing of any federal fluid minerals within the borders of the NFAP should be prohibited and this prohibition on further leasing incorporated into the alternative chosen for the revised RMP. This is the only way to preserve and protect the integrity of this unique and renowned part of Colorado.

Gas exploration and development is not compatible with the economic culture of this valley and in fact, its very presence would threaten its highly regarded reputation as an organic agricultural area.

Thank you for your consideration,

Shane Smith
215 Delta Ave.
Paonia, CO 81428
307-631-3883
shane@shanesmith.com

Note: my preferred response is to my email address.

BLM_0147530

UFO
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson and Barb Sharrow,

I am a homeowner in the North Fork Valley. I am writing to ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. I find it unfair and irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review. The numerous impacts Hydraulic Fracturing will have on our land include, but are not limited to, chemical contamination of ground and surface waters, damage to irrigation canal access and bridges, airborne volatile organic compounds, airborne silicates, the silting of rivers and irrigation ditches, and an increase in diesel exhaust from transportation, well, and compressor sites.

How can I conscientiously raise my children in an area that threatens a risk to human health from exposure to chemicals associated with oil and gas development? How can I live in an area that poses a risk to public health from airborne contaminants, ozone and smog, as well as contamination of ground and surface water sources? Never-mind my own decreased quality of life that is an inherent trait of Hydraulic Fracturing in this area, but how, as a single humanity, can we partake in a practice that has a risk of accelerating climate change by contributing methane and other greenhouse gases into the atmosphere? Let us not forget, Hydraulic Fracturing is exempt from the Clean Air and Water Act.

Hydraulic Fracturing will hurt Colorado, and it will hurt the planet as a whole. My decreased property value and daily paranoia of a spill near my home are just two more reasons hydraulic fracturing is unfair to myself and anyone else who lives or owns property in the North Fork Valley. Please, let us not ruin the development of this valley, this state, for short-term gains.

Thank you,

Name: MANUEA MASTERS

Address: 172 Seven Oals Rd.
Carbondale, CO 81623

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

UFO
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson and Barb Sharrow,

I am a homeowner in the North Fork Valley. I am writing to ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. I find it unfair and irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review. The numerous impacts Hydraulic Fracturing will have on our land include, but are not limited to, chemical contamination of ground and surface waters, damage to irrigation canal access and bridges, airborne volatile organic compounds, airborne silicates, the silting of rivers and irrigation ditches, and an increase in diesel exhaust from transportation, well, and compressor sites.

How can I conscientiously raise my children in an area that threatens a risk to human health from exposure to chemicals associated with oil and gas development? How can I live in an area that poses a risk to public health from airborne contaminants, ozone and smog, as well as contamination of ground and surface water sources? Never-mind my own decreased quality of life that is an inherent trait of Hydraulic Fracturing in this area, but how, as a single humanity, can we partake in a practice that has a risk of accelerating climate change by contributing methane and other greenhouse gases into the atmosphere? Let us not forget, Hydraulic Fracturing is exempt from the Clean Air and Water Act.

Hydraulic Fracturing will hurt Colorado, and it will hurt the planet as a whole. My decreased property value and daily paranoia of a spill near my home are just two more reasons hydraulic fracturing is unfair to myself and anyone else who lives or owns property in the North Fork Valley. Please, let us not ruin the development of this valley, this state, for short-term gains.

Thank you,

Name: Tony Peters

Address: 42225 Minnesota Creek Rd,
Paonia, CO  81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

UFO
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson and Barb Sharrow,

I am a homeowner in the North Fork Valley. I am writing to ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. I find it unfair and irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review. The numerous impacts Hydraulic Fracturing will have on our land include, but are not limited to, chemical contamination of ground and surface waters, damage to irrigation canal access and bridges, airborne volatile organic compounds, airborne silicates, the silting of rivers and irrigation ditches, and an increase in diesel exhaust from transportation, well, and compressor sites.

How can I conscientiously raise my children in an area that threatens a risk to human health from exposure to chemicals associated with oil and gas development? How can I live in an area that poses a risk to public health from airborne contaminants, ozone and smog, as well as contamination of ground and surface water sources? Never-mind my own decreased quality of life that is an inherent trait of Hydraulic Fracturing in this area, but how, as a single humanity, can we partake in a practice that has a risk of accelerating climate change by contributing methane and other greenhouse gases into the atmosphere? Let us not forget, Hydraulic Fracturing is exempt from the Clean Air and Water Act.

Hydraulic Fracturing will hurt Colorado, and it will hurt the planet as a whole. My decreased property value and daily paranoia of a spill near my home are just two more reasons hydraulic fracturing is unfair to myself and anyone else who lives or owns property in the North Fork Valley. Please, let us not ruin the development of this valley, this state, for short-term gains.

Thank you,

Name: E. Durrance - Loughran

Address: P.O. Box 1011
Hotchkiss, CO 81419
34754 Jacobs Rd
Hotchkiss

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0147533

UFO
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson and Barb Sharrow,

I am a homeowner in the North Fork Valley. I am writing to ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. I find it unfair and irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review. The numerous impacts Hydraulic Fracturing will have on our land include, but are not limited to, chemical contamination of ground and surface waters, damage to irrigation canal access and bridges, airborne volatile organic compounds, airborne silicates, the silting of rivers and irrigation ditches, and an increase in diesel exhaust from transportation, well, and compressor sites.

How can I conscientiously raise my children in an area that threatens a risk to human health from exposure to chemicals associated with oil and gas development? How can I live in an area that poses a risk to public health from airborne contaminants, ozone and smog, as well as contamination of ground and surface water sources? Never-mind my own decreased quality of life that is an inherent trait of Hydraulic Fracturing in this area, but how, as a single humanity, can we partake in a practice that has a risk of accelerating climate change by contributing methane and other greenhouse gases into the atmosphere? Let us not forget, Hydraulic Fracturing is exempt from the Clean Air and Water Act.

Hydraulic Fracturing will hurt Colorado, and it will hurt the planet as a whole. My decreased property value and daily paranoia of a spill near my home are just two more reasons hydraulic fracturing is unfair to myself and anyone else who lives or owns property in the North Fork Valley. Please, let us not ruin the development of this valley, this state, for short-term gains.

Thank you,

Name: E. Durrance - Loughran

Address: P.O. Box 1011
Hotchkiss, CO 81419
34754 Jacobs Rd
Hotchkiss

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

UFO
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson and Barb Sharrow,

I am a homeowner in the North Fork Valley. I am writing to ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. I find it unfair and irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review. The numerous impacts Hydraulic Fracturing will have on our land include, but are not limited to, chemical contamination of ground and surface waters, damage to irrigation canal access and bridges, airborne volatile organic compounds, airborne silicates, the silting of rivers and irrigation ditches, and an increase in diesel exhaust from transportation, well, and compressor sites.

How can I conscientiously raise my children in an area that threatens a risk to human health from exposure to chemicals associated with oil and gas development? How can I live in an area that poses a risk to public health from airborne contaminants, ozone and smog, as well as contamination of ground and surface water sources? Never-mind my own decreased quality of life that is an inherent trait of Hydraulic Fracturing in this area, but how, as a single humanity, can we partake in a practice that has a risk of accelerating climate change by contributing methane and other greenhouse gases into the atmosphere? Let us not forget, Hydraulic Fracturing is exempt from the Clean Air and Water Act.

Hydraulic Fracturing will hurt Colorado, and it will hurt the planet as a whole. My decreased property value and daily paranoia of a spill near my home are just two more reasons hydraulic fracturing is unfair to myself and anyone else who lives or owns property in the North Fork Valley. Please, let us not ruin the development of this valley, this state, for short-term gains.

Thank you,

Name:

Address: 2-3. N. 10th St.

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Dear Dana Wilson,

I am writing to ask that you consider all *reasonable* alternatives and include the possibility of not leasing our public lands at all as an option for the North Fork. I find it unfair and irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review. The numerous impacts Hydraulic Fracturing will have on our land include, but are not limited to, chemical contamination of ground and surface waters, damage to irrigation canal access and bridges, airborne volatile organic compounds, airborne silicates, the silting of rivers and irrigation ditches, and an increase in diesel exhaust from transportation, well, and compressor sites.

How can I conscientiously raise my children in an area that threatens a risk to human health from exposure to chemicals associated with oil and gas development? How can I live in an area that poses a risk to public health from airborne contaminants, ozone and smog, as well as contamination of ground and surface water sources? Never-mind my own decreased quality of life that is an inherent trait of Hydraulic Fracturing in this area, but how, as a single humanity, can we partake in a practice that has a risk of accelerating climate change by contributing methane and other greenhouse gases into the atmosphere? Let us not forget, Hydraulic Fracturing is exempt from the Clean Air and Water Act.

Hydraulic Fracturing will hurt Colorado, and it will hurt the planet as a whole. My decreased property value and daily paranoia of a spill near my home are just two more reasons hydraulic fracturing is unfair to myself and anyone else who lives or owns property in the North Fork Valley. Please, let us not ruin the development of this valley, this state, for short-term gains.

If you must choose an option from the alternatives you have presented, please choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. I would much rather ZERO HYDRAULIC FRACTURING.

Thank you,

Name:

Address: PO Box 586
Woody Creek, CO 81656

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

UFO
2465 S Townsend Ave
Montrose, CO 81401

Dear Dana Wilson and Barb Sharrow,

I am a homeowner in the North Fork Valley. I am writing to ask that you chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. I find it unfair and irresponsible to lease federal land for oil and gas development without federal, state, and local environmental review. The numerous impacts Hydraulic Fracturing will have on our land include, but are not limited to, chemical contamination of ground and surface waters, damage to irrigation canal access and bridges, airborne volatile organic compounds, airborne silicates, the silting of rivers and irrigation ditches, and an increase in diesel exhaust from transportation, well, and compressor sites.

How can I conscientiously raise my children in an area that threatens a risk to human health from exposure to chemicals associated with oil and gas development? How can I live in an area that poses a risk to public health from airborne contaminants, ozone and smog, as well as contamination of ground and surface water sources? Never-mind my own decreased quality of life that is an inherent trait of Hydraulic Fracturing in this area, but how, as a single humanity, can we partake in a practice that has a risk of accelerating climate change by contributing methane and other greenhouse gases into the atmosphere? Let us not forget, Hydraulic Fracturing is exempt from the Clean Air and Water Act.

Hydraulic Fracturing will hurt Colorado, and it will hurt the planet as a whole. My decreased property value and daily paranoia of a spill near my home are just two more reasons hydraulic fracturing is unfair to myself and anyone else who lives or owns property in the North Fork Valley. Please, let us not ruin the development of this valley, this state, for short-term gains.


Thank you,



Name:   Jacob   Lory

Address:   1444 Wynkoop St


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0147537

nhapSt.
. 81623



RECEIVED
OCT. 1 3 2016
UNCOMPAHGRE FIELD OFFICE

CASPER WY 826

11 OCT 2016 PM 2 T



BLM
2465 S. Townsend Ave.
Montrose, CO. 81401

81401$5436 C003

BLM_0147538

To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy our economy and community.

In Solidarity, *Cindy L Weaver*

Cindy L. Weaver
820 Latho Loop
Carbondale, CO, 81623

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0147539

To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy our economy and community.

In Solidarity, *Clinton Terhune*
*15466  Black Bridge Rd*
*Paonia, Co   81428*

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper

To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy our economy and community.

In Solidarity,

Alex V. Webb

Alex Webb
15521 Black Bridge Rd. Paonia Co

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0147541

To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy our economy and community.

In Solidarity,

*John Schein*
*Jordan Schenerie*

P.O.Box 1372
Paonia CO 81428

10 Alder dr
Paonia CO 81428

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper

To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy our economy and community.

In Solidarity,

Joanie Bronfman

Joanie Bronfman
1731 Beacon St #517
Brookline, MA 02445

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper

We have a second home at 39335 Pitkin Road Paonia

If there is fracking we won't come here any more.

To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy our economy and community.

In Solidarity, & Love

Emuel D. Jamis

3481 F50 RD
CRAWFORD, CO 81415

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0147544

To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy our economy and community.

In Solidarity,

Jeremy Flanders
31867 L Rd.
Hotchkiss, Co, 81419

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0147545

To the BLM,

The Department of the Interior came out with a study on the impact of climate change on national parks, part of which is quoted here and referenced at the end of this letter.

"Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks," said Secretary Jewell. "Our challenge in real time is planning for and adapting to these changes - like the need to address increasing threats of invasive species, stresses on native species and changing visitor patterns driven by warmer weather. It's clear that one of the biggest challenges our national parks face in their second century will be adaptive management in the face of a changing climate.....The bottom line is not just that parks are susceptible to climate change. In fact, they have already changed," said Jake Weltzin, an ecologist with the U.S. Geological Survey and a co-author on the study. "Many park managers are already managing in an extreme environment....'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. As temperatures rise and warmer seasons extend, water becomes even more precious. Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by the BLM's Draft RMP. Our communities depend on water for farms, ranches and homes. There is no extra water for hydraulic fracturing now, and with increased demands from warmer weather and higher temperatures due to climate change, the North Fork Valley would be in a crisis.

The additional demands of fracking would overwhelm our already limited water supply. Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium. Anything else would destroy our economy and community.

In Solidarity,

Carmela Courtney, LM
16505 Farmers Mine Rd.
Paonia, CO 81428

https://www.doi.gov/pressreleases/interior-secretary-jewell-announces-study-showing-spring-starting-earlier-national

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0147546

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

    The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

    Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name   _Elena Goldstein_

Address   _38324 Saddle Mt. Lane_
_Crawford, CO 81415_

BLM_0147547

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name MARGARET MUSGNUNG

Address 9604 SW Keely Ave

Portland OR 97219

*I lived in the north Fork Valley for over 10 yrs. There is no place for Fracking in this pristine, organic valley*

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name Kristen Mansfield

Address PO Box 93 Crawford CO.
81415

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards, *Nancy Mosher*

Printed Name   NANCY MOSHER

Address   P.O. BOX 1444

Paonia, Colo. 81428

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name   KATHY ALTENHOFEN

Address   40018 M Road

Paonia, CO 81428

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

*Monica Wiitanen*

Printed Name  *Monica Wiitanen*

Address  *40575 O Road*

*Paonia, CO 81428*

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name ___JERE LOWE___

Address ___1244I MINERICH Rd___
___Paonia CO 81428___

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
    - Domestic water

        Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

    - Irrigation water

        Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

    - Streams and surface water quality

        The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

    - Federally listed and threatened aquatic species

        The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

    The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

    Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name: BERNARD HEIDEMAN

Address: V1126 3500 ROAD
HOTCHKISS, CO 81419

BLM_0147554