To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Judith Heideman

Printed Name _Judith Heideman_

Address _11126  3500 Rd_

_Hotchkiss, Co  81419_

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name   Marjorie True

Address   12770 Roeber Rd. Paonia CO 81428

BLM_0147556

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name _CHARANJIT SINGH_

Address _103 CORRAL DR_
_Carbondale, Co. 81623._

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

    The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

    Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name _Kendall Tankersley_

Address _PO Box 896_

_Crested Butte, Co 81224_

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name _Johnny Fulton_

Address _143 Dorris, Paonia Co 81428_

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
    - Domestic water

        Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

    - Irrigation water

        Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

    - Streams and surface water quality

        The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

    - Federally listed and threatened aquatic species

        The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

    The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

    Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name _Robin Kaufman_

Address _38634 Stucker Mesa Rd_
_Hotchkiss, CO. 81419._

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name   E. ANNE EVERY

Address   13646 LAMBORN MTN LANE

PAONIA CO  81428

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name _Patricia Dahlgren_

Address _41027 Lamborn Dr. Paonia, CO_

_Pat Dahlg_

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name  _Dea Million_

Address  _____

~~3100 2960 Blvd~~ 2960 3/00 Blvd  Hotchkiss CO

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
    - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

    - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

    - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

    - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

    The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

    Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name Carl Brouwer

Address 1960 3100 Rd
Lazear, Co

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards, *Nancy Mosher*

Printed Name  NANCY MOSHER

Address  P.O. BOX 1444

Paonia, Colo. 81428

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name _MARY BACHRAN_

Address _511 BOX ELDER AVE_

_PAONIA, CO 81428_

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name   Tyson Schneller

Address   1401 3rd St 672

PAONIA, Co 81428

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
    - Domestic water

        Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

    - Irrigation water

        Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

    - Streams and surface water quality

        The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

    - Federally listed and threatened aquatic species

        The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

    The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

    Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards, *Nancy Mosher*

Printed Name NANCY MOSHER

Address P.O. BOX 1444

Paonia, Colo. 81428

To the BLM, Uncompahgre Field Office,

The Preferred Alternative (D) in the resource management plan (RMP) draft plan would open 90% of the Uncompahgre area most of which is the North Fork Valley (NFV) to oil and gas leasing, thus endangering water and air quality, agriculture, wildlife, recreation, and traffic and safety. With Alternative D, our public lands and adjoining communities are at risk from the oil and gas development and industrialization.

The BLM RMP should either commit to no oil and gas leasing or adopt the North Fork Alternative, B1, for the North Fork Valley (NFV) until the RMP addresses the impacts below:.

- Water impacts:
  - Domestic water

    Most of the domestic water sources in the NFV are surface springs and streams that are either on or near BLM lands affected by this plan. The final plan must protect the health of the watershed for the greatest number of users. Our communities are heavily invested in developing both domestic and agricultural water systems for their homes, farms and ranches. The final plan must exclude all oil and gas activities within a half-mile of all surface and ground domestic water sources, including municipal water supplies that risk being impacted by surface spills and well failure.

  - Irrigation water

    Surface water irrigation would be left open to oil and gas development in the draft RMP Preferred Alternative D. The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

  - Streams and surface water quality

    The final plan must protect streams and surface water quality, protecting ecological resources, aquatic habitat, recreational attractions, water storage, and flood control by closing areas within a half mile of lakes, ponds, wetlands, and reservoirs to oil and gas activities including leasing. The final plan should also recognize that perennial water sources, riparian areas, intermittent streams/ponds, and seasonal waters are priority habitats with adequate protections from all surface activities.

  - Federally listed and threatened aquatic species

    The final plan must designate known habitats of rare and threatened fish species as Right of Way exclusion areas and prohibiting oil and gas surface activities. The same holds true for riparian zones and wetlands. Roads, pipelines, powerlines, and well pads will negatively impact water quality and reduce available habitat for local fish species.

- Traffic

  The draft RMP only addressed possible traffic issues with oil and gas development and production. No management plan was stated to adequately mitigate these traffic impacts within the North Fork of the Gunnison Watershed. In the Trends section the BLM acknowledges that due to budget shortfalls, roads may not be able to be maintained or improved. Additionally, in most of the area, local residents rely on a few narrow state highways for daily transportation and emergency access. Oil and gas activities would significantly increase the number and frequency of oversized trucks and machinery transported on our highways, increasing the risk of accident and emergency vehicle blockage while negatively impacting everything on and near the roadways.

- Seismic activity

  Recent data (for example: Oklahoma) indicates that deep injection wells and other oil and gas activities increases seismic activities. The final plan must address how to mitigate potential impacts of human-caused earthquakes, particularly in the North Fork region which is prone to unstable soils and landslides.

The BLM should adopt a final plan that protects wildlife habitat, recreation areas, and sensitive air, water, from energy development and production. The only acceptable alternative addressed in the draft RMP that would protect our public lands and the NFV communities, would be the locally-driven proposal, B1 in the draft RMP. Until the BLM addresses the impacts as described above and ways to mitigate them, it should consider a no leasing alternative as part of the final RMP.

Regards,

Printed Name _MATT SMITH_

Address _Po Box 896_

_CRESTED BUTTE  CO  81224_

BLM_0147569

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too. DO NOT SELL US OUT.

With deep regard for life,

Kris Sutton

3922 Burless Ln
Paonia, CO 81428

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France, Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too. DO NOT SELL US OUT.

With deep regard for life,

Jeramie L. Beahm

1410 O St. #27
Lincoln, NE
68508

BLM_0147571

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France, Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too. DO NOT SELL US OUT.

With deep regard for life,

Alan W. Blankenship

*Alan W Blankenship*

9255 e lehigh Ave, unit 288
Denver, CO 80237

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France, Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too. DO NOT SELL US OUT.

With deep regard for life,    Jordan Scheuerie

P.O. Box 1352

Paonia Co 61429

BLM_0147573

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation reieased, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too.
DO NOT SELL US OUT.

With deep regard for life,

Rebecca Ascarrunz

Rebecca Ascarrunz
15495 BlackBridge Rd
Paonia, CO 91428

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too.
DO NOT SELL US OUT.

With deep regard for life,

*Ann Stewart*
ANN Stewart
POB 734
Paonia, CO 81428

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

   Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt buiid-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution.  How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

   The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France, Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too. DO NOT SELL US OUT.

With deep regard for life,

Helen Greer
9255 E Lehigh Ave #238
Denver, Co 80237

BLM_0147576

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too. DO NOT SELL US OUT.

With deep regard for life,

Rand Kokernot
Rand Kokernot
13868 Ron 3ed Gulch Rd.
Hotchkiss, Co. 81428

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too. DO NOT SELL US OUT.

With deep regard for life,

Tyson Schnelle          10/18/16

Tyson Sch

1401 3rd St.
PAONIA, CO 81428

BLM_0147578

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too.
DO NOT SELL US OUT.

With deep regard for life

P.O. Box 1295 Paonia, CO 81428

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado organic agriculture, vineyards, hops, hemp, marijuana, tourism, photography, art, holistic medicine, hunting, solar energy, energy research, fine cuisine, real estate, retirement enclaves, recreation (and the body work attendant to athleticism) have superseded extractive industries as the primary sources of income. To frack this area, or any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time.

The internet has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, air pollution, our future hijacked, hideous ruin of nature, animal populations traumatized and bottle-necked, ruined view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and accommodation, radiation released, sickness and chronic disease (such as asthma and cancer), and crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy and allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident-prone techniques, lawsuits, payment of victims so they will keep quiet (though most do cry out,).The oil and gas corporations are bullies. We have been defending this healthy little corner of the world for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. There is absolutely no upside to the hostile take-over of our healthy economy which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should we continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too.
DO NOT SELL US OUT.

With deep regard for life,

Taylor S. Shelton

Taylor Shelton
15466 Black Bridge Rd.
Paonia 81428

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too.
DO NOT SELL US OUT.

With deep regard for life,

Mary DiFRANCO

Po Box 685
PAONIA, CO 81428

October 2016

Hello BLM decision makers,

The times are changing. In the North Fork area of SW Colorado, organic agriculture (more organic agriculture than anywhere else in the state), vineyards, hops, hemp, marijuana, photography, art, tourism, holistic medicine, hunting, solar energy, energy research, online work, fine cuisine, real estate, retirement enclaves, outdoor recreation and body-work have superseded extractive industries as the primary sources of income. To frack this area would displace our existing economy. To frack any area that is moving ahead with the times and creating a healthy sustainable future, is to try to turn back time and destroy the future.

Media has helped our well-informed citizenry know of broken casings, toxic sludge released into our water, water theft and water removed permanently from the water cycle, drought, outbidding farmers for precious water, air pollution, noise pollution, our future hijacked, hideous ruin of nature, erosion (Paonia Dam is not designed to withstand huge silt build-up), earth-quakes, animal populations traumatized, weakened, and bottle-necked, desecrated view-sheds, taxpayer burden for clean-up, taxpayer debt for road repair and truck traffic accommodation, accidents caused by large trucks, radiation released, sickness and chronic disease such as cancer and asthma (the American Lung Association has given Mesa and Garfield counties an "F" rating for air quality, the NOAA found that air quality in parts of Western Colorado is worse than in the worst urban centers in the U.S.), as well as crews of strangers who bring crime: violence, drugs and prostitution. How can the BLM possibly ask us to trust these mega corporations who are out to exploit a boom/bust economy just as fast as they can, grabbing profits from overseas sales before environmental laws stop them? How can we allow them to enter our beloved human, plant and animal communities with their "proprietary chemicals", secrecy on every front, blame passing, cover-ups, accident- assured techniques, price-fixing, bankruptcies, lawsuits, and bribing of victims so they will keep quiet? Thousands do cry out. We have been defending this healthy little corner of the world from oil and gas bullies for over 20 years.

The BLM must adopt a no-frack stance in light of the Paris Agreement. Climate crisis will not wait for us to wake up. At the very least you can put a moratorium on leasing until the decade old RMP information is updated. The pipelines haven't even had an RMP. There is absolutely no upside to the hostile take-over of our robust economy---which you have proposed by allowing more gas wells. All our livelihoods and LIVES are threatened should industry continue to release greenhouse gases. The only choice with integrity is "Alternative P", the protection/prosperity alternative. France. Bulgaria, Germany, Scotland, Vermont, New York, and many small U.S. communities have banned fracking. Here in one of the most beautiful healthy places on Earth we can ban it too. DO NOT SELL US OUT.

With deep regard for life,

Birdu Kuhl
water protector
611 orchard Ave
Paonia, Co 81428
lamborn arts @ gmail. com

BLM_0147582

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Cara Littlefield

Cara Littlefield

Street _Redlands mesa Rd._

26736

City, State, Zip _Hotchkiss Co. 81419_

BLM_0147583

Dear Dana Wilson,

I am a concerned resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards

Jaaheco Thompson
237 Hwy 133
Paonda, Co

Dear Dana Wilson,

I am a concerned resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?  Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards

Zoe Zappa
38552 Pitkin rd.
Paonia, CO
81428

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Cedar Keshet

Street, 40423 Cedar Ln.
City, State, Zip Paonia, CO 81428

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

ELLEN HUTTO

Street 40282 Mathews Ln
City, State, Zip Paonia CO 81428

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,   James Riggio

Street _206 Clark St_

City, State, Zip _Paonia Co 81428_

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Street 40870 O Rd

City, State, Zip Paonia CO 81428

MARY GEORGE

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

John Mattox

Street____ 40610 O Rd

City, State, Zip____ Paonia Co 31428

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Alan Bryant

Street 41012 Lamborn Mesa
City, State, Zip Paonia, CO  81428

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,    Christi   Stewart

Address    15495  Black Bridge Rd.

City, State, Zip   Paonia, Colorado  81428

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL. HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS INDUSTRY THROUGH HYDRAULIC FRACTURING? AND WHY HASN'T THE BLM DONE A HUMAN HEALTH IMPACT STUDY ON FRACKING OPERATIONS BEFORE DRAFTING THE RMP?

THE DRAFT RMP DOES NOT ADDRESS TOXIC CHEMICALS USED IN DRILLING AND THE METHANE WHICH HAS LEAKED OR SPILLED AND CAUSED NUMEROUS ILLNESSES TO INDIVIDUALS AS WELL AS CAUSING THE DEATHS OF OTHERS AND DAMAGE TO THE WATER, AIR AND SOIL.

THE BLM DID NOT ANALYZE OR CONSIDER:
1. GAS PIPELINES AND THE IMPACT OF VOCS, METHANE, HYDROGEN SULFIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
2. COMPRESSOR STATIONS AND THE CONSEQUENT VENTING OF METHANE AND THE IMPACT OF VOCS AND PARTICULATE MATTER ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
3. NATURAL GAS PROCESSING PLANTS AND THE IMPACT OF VOCS, PARTICULATE MATTER, METHANE, AND NITROGREN OXIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
4. THE VENTING OF VOCS AND GASES FROM METERING STATIONS TO MONITOR GAS TRANSMISSION IN PIPELINES AND THE IMPACT ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
5. PIPELINE MAINTENANCE OPERATIONS THAT RELEASE VOCS, METHANE AND HYDROGEN SULFIDE AND IMPACT THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS

HOW CAN WE TRUST THAT FRACKING IS SAFE WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS? PLEASE SEE THE, *SHALEFIELD STORIES VOL. 2* PUBLISHED BY FRIENDS OF THE HARMED IN 2015. WWW.SHALEFIELDSTORIES.ORG WHY IS THE BLM NOT ACKNOWLEDGING THE PEOPLE WHOSE HEALTH HAS BEEN DAMAGED OR THOSE WHO HAVE DIED NEAR FRACKING OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS. JENNIFER KLAETSCH

REGARDS,

ADDRESS 39 Box Elder Dr
Paonia CO 81428

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Donna Littlefield

Street 26736 Redlands Mesa Rd
City, State, Zip Hotchkiss, Co 81419

Donna Littlefield

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015, www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards, Clinton Terhune

Street 15466 Black Bridge Rd

City, State, Zip Paonia, CO 21428

BLM_0147595

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Street_1187 hwy 133_____

City, State, Zip_PAONIA CO_____

JERAMIAH DeLANCY

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Street_____417 Delta Ave____
City, State, Zip_____Paonia, Co 81428____

Tyler Rogers

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Megan McAmmond

Street 1625 East Avenue Apt. 210

City, State, Zip Rochester, NY 14610

BLM_0147598

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG. Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Street _1111 2nd St._

City, State, Zip _Paonia CO 81428_

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Street 40282 Mathews Lane
City, State, Zip Paonia, Co, 81428

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil
of this valley and am aware of the poor air quality which we live with. It is imperative that
we protect all we can from further damage. I don't understand why the BLM didn't
consider the damage additional fracking would cause or do a human health impact study
on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds
(VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are
released, leaked, or spilled as a result of drilling, continuous operations or accidents,
and their impact on the respiratory, nervous, digestive, immune, reproductive, and
cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the
   respiratory, nervous, digestive, immune, reproductive, and cardiovascular
   systems
2. compressor stations and the consequent venting of methane and the impact of
   VOCs and particulate matter on the respiratory, nervous, digestive, immune,
   reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter,
   methane, and nitrogen oxide on the respiratory, nervous, digestive, immune,
   reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas
   transmission in pipelines and the impact on the respiratory, nervous, digestive,
   immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen
   sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and
   cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas
operations and their impact on human health? How can the BLM prove that there will be
no harm to humans, the wildlife or the environment from these operations?  Please see
the articles below about damage to forests and human health from hydraulic fracturing.
https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2*
published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and
health of all of the environment is to not lease any of the North Fork Valley to oil and gas
leasing. A no-leasing option is the only reasonable alternative which can result from a
thorough health impact analysis.

Regards,

Jessica Finnigan
8870 3400 RD
Hotchkiss, CO 81419

cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

cc: R. Welch, S. Jewell, N. Kornze

Shylo Holden

Shylo Holden
1080 Crawford Ave.
Delta Co, 81416

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

DAVID Ashmore
P.O. Box 32
HotchKiss CO 81419

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Linda Louise
Levine
34549 Powell MesA
Road. Hotkiss, CO
81419

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

John Mattox

Street _____
City, State, Zip _____

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Lynn Huey
P.O. Box 1659
Paonia, CO 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

JUSTIN HESS

1219 2ND ST.
PAONIA, CO 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

BLM_0147607

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations?  Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

Lindsay Kotowich
827 North Fork Ave 81248. Paonia, Co.

cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations?  Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

Lori Ann Rose
40897 Hwy 133
Paonia, Co  81428

cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

Rudy Rodriquez

cc: R. Welch, S. Jewell, N. Kornze

41274 Mn Crk Rd
Paonia, co 81428

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Jesse Bertin
306 Box Elder Ave. Paonia, CO

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

cc: R. Welch, S. Jewell, N. Kornze

John Mattox
40820 O Rd
Paonia Co.
81428

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Roslyn J Bauer

Roslyn Bauer
12970 Roeber Rd
Paonia CO 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline Integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Anna Ashmore

Anna Ashmore
38634 Stucker mesa rd.
Hotchkis CO. 81419

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations?  Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough human impact analysis.

Regards,

Tamara Harde

cc: R. Welch, S. Jewell, N. Kornze

Tamara Hardesty
PO B 1221
Paonia CO 81428

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Ellen Hutto

ELLEN HUTTO

Street 40282 Mathews Ln
City, State, Zip Paonia CO 81428

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

Amber Kleinman

Amber Kleinman
47 Pan American Ave
Paonia

cc: R. Welch, S. Jewell, N. Kornze

BLM_0147617

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and  reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and  geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give me the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

JAMES GILRO)
PO Box 984
PAONIA, CO 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

JASON KASSOFF
12970 ROEBER RD.
PAONIA, CO  81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough human health impact analysis.

Regards,

Hugh M. Rose
40877 Hwy 133
Paonia, Co. 81428

cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

Clinton Terhune     15466 Black Bridge Rd   Paonia, CO 81428

cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

I am a concerned resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards

Kathy C. Sullivan
19489 N. 89th Dr.
Peoria, Az.   85382

BLM_0147622

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL. HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS INDUSTRY THROUGH HYDRAULIC FRACKING? AND WHY HASN'T THE BLM DONE A HUMAN HEALTH IMPACT STUDY ON FRACKING OPERATIONS BEFORE DRAFTING THE RMP?

THE DRAFT RMP DOES NOT ADDRESS TOXIC CHEMICALS USED IN DRILLING AND THE METHANE WHICH HAS LEAKED OR SPILLED AND CAUSED NUMEROUS ILLNESSES TO INDIVIDUALS AS WELL AS CAUSING THE DEATHS OF OTHERS AND DAMAGE TO THE WATER, AIR AND SOIL.

THE BLM DID NOT ANALYZE OR CONSIDER:
1. GAS PIPELINES AND THE IMPACT OF VOCS, METHANE, HYDROGEN SULFIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
2. COMPRESSOR STATIONS AND THE CONSEQUENT VENTING OF METHANE AND THE IMPACT OF VOCS AND PARTICULATE MATTER ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
3. NATURAL GAS PROCESSING PLANTS AND THE IMPACT OF VOCS, PARTICULATE MATTER, METHANE, AND NITROGREN OXIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
4. THE VENTING OF VOCS AND GASES FROM METERING STATIONS TO MONITOR GAS TRANSMISSION IN PIPELINES AND THE IMPACT ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
5. PIPELINE MAINTENANCE OPERATIONS THAT RELEASE VOCS, METHANE AND HYDROGEN SULFIDE AND IMPACT THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS

HOW CAN WE TRUST THAT FRACKING IS SAFE WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS? PLEASE SEE THE, *SHALEFIELD STORIES VOL. 2* PUBLISHED BY FRIENDS OF THE HARMED IN 2015. WWW.SHALEFIELDSTORIES.ORG WHY IS THE BLM NOT ACKNOWLEDGING THE PEOPLE WHOSE HEALTH HAS BEEN DAMAGED OR THOSE WHO HAVE DIED NEAR FRACKING OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,

Anthony
Bradley

ADDRESS 1240 Main St.
Manson, IA 50563

TO DANA WILSON,

I AM A RESIDENT OF THE NORTH FORK VALLEY. THE QUALITY OF THE HEALTHY ENVIRONMENT WAS THE PRIMARY REASON I MOVED HERE. I DON'T UNDERSTAND WHY THE BLM DIDN'T CONSIDER THE DAMAGE OF FRACKING OR DO A HUMAN HEALTH IMPACT STUDY ON FRACKING OPERATIONS BEFORE DRAFTING THE RMP.

NOWHERE IN THE DRAFT RMP DOES THE BLM ADDRESS THE VOLATILE ORGANIC COMPOUNDS (VOCs), PARTICULATE MATTER, METHANE, NITROGEN OXIDE, AND HYDROGEN SULFIDE THAT ARE RELEASED, LEAKED, OR SPILLED AS A RESULT OF DRILLING, CONTINUOUS OPERATIONS OR ACCIDENTS, AND THEIR IMPACT ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS OF PEOPLE.

THE BLM DID NOT ANALYZE OR CONSIDER:
1. GAS PIPELINES AND THE IMPACT OF VOCs, METHANE, HYDROGEN SULFIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
2. COMPRESSOR STATIONS AND THE CONSEQUENT VENTING OF METHANE AND THE IMPACT OF VOCs AND PARTICULATE MATTER ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
3. NATURAL GAS PROCESSING PLANTS AND THE IMPACT OF VOCs, PARTICULATE MATTER, METHANE, AND NITROGREN OXIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
4. THE VENTING OF VOCs AND GASES FROM METERING STATIONS TO MONITOR GAS TRANSMISSION IN PIPELINES AND THE IMPACT ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
5. PIPELINE MAINTENANCE OPERATIONS THAT RELEASE VOCs, METHANE AND HYDROGEN SULFIDE AND IMPACT THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS

HOW CAN WE TRUST THAT FRACKING IS SAFE WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS? PLEASE SEE THE, *SHALEFIELD STORIES VOL. 2* PUBLISHED BY FRIENDS OF THE HARMED IN 2015. WWW.SHALEFIELDSTORIES.ORG WHY IS THE BLM NOT ACKNOWLEDGING THE PEOPLE WHOSE HEALTH HAS BEEN DAMAGED OR THOSE WHO HAVE DIED NEAR FRACKING OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL, AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,

Brian Pritchard
19439 N 89th Dr
Peoria, Az. 85382

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, Shalefield Stories vol. 2 published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

Jordan Schenere
PO Box 1372 Paonia Co 81428

cc: R. Welch, S. Jewell, N. Kornze

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Dave Bristow   17367 Farmers Mine Rd
Paonia, Co   81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

*Rose Costello*

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

*1978 Harding Rd.*
*Paonia, CO*
*81428*

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,   M Roberts
Marle Roberts
16213 Grange Rd, paonia, Co 81428

cc: R. Welch, S. Jewell, Neil Kornze

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

ROBIN PAZ
142 STAHL RD. PAONIA, CO 81248

cc: R. Welch, S. Jewell, N. Kornze

BLM_0147629

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Amanda McCormick
42764 Minnesota Creek Rd
Paonia Co 81428

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0147630

Dear Dana Wilson,

I am a concerned resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards

JAMES POMEY

P.O. Box 612
Carbondale, CO 81623        9/18/16

To Dana Wilson,

I am a resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Eric Silverman
225 Colorado Ave
Paonia, CO 81428

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

*[signature]*
1073rd St. Paonia, CO

cc: R. Welch, S. Jewell, N. Kornze

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

cc: R. Welch, S. Jeweil, N. Kornze, J. Hickenlooper

224 CLARK AVE.
PAONIA CO.
81428

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough human health impact analysis.

Regards,

Eric Silverman

225 Colorado Ave
Peonia, CO 81428

cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards, Siri Undlin
107 N 3rd St, Paonia, CO

cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease <u>any</u> of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

cc: R. Welch, S. Jewell, N. Kornze

Tamara Rowe
135 Colorado Ave.
Paonia, CO 81428

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

i demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,   Arjana Pedrick
216 N. Fork Ave  Paonia Co 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

BLM_0147638

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Travis Greenough
PO Box 512

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Paonia
81428

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Rizza~Amor  Capida

15519 Dalwood Ave.
Norwalk, CA 90650

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Joe Myer,

~~Dana Wilson,~~

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Logan Woods & Darby

38501 pitkin Rd
Paonia, CO 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

BLM_0147641

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Mara Huey
P.O. Box 1639  81428
Paonia, CO

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

Rudy Rodriguez

4/2744 Min Crk Rd
Paonia, CO 81428

cc: R. Welch, S. Jewell, N. Kornze

BLM_0147643

Dear Dana Wilson,

I am a concerned resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards

JAMES POMEY

P.O. Box 612
Carbondale, CO 81623       9/18/16

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

515 4th St
Paonia CO
81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Meghan Gilroy

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely, *[signature]* Robert Thomas

Street 13073 4100 Rd

City, State. Zip Paonia, Ca. 81428

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Megan McAmmond

Street 1625 East Avenue Apt. 210

City, State, Zip
Rochester, NY 14610

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

515 4th St
Paonia CO
81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Meghan Gilroy

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Dave Paulsen

Dave Paulsen
40694 O Rd
Paonia, CO 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards, Carol R. Pierce Carol R. Pierce

Paonia, Co 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,   *Pete allaway*   1111 2nd St,
Paonia, Co 8428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

BLM_0147651

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

GORDON LONG
5 16 BOX ELDER AVE PADNIA
81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

MARY DiFRANCO
PO BOX 685
PAONIA, CO 81428

cc: R. Welch, S. Jewell, N. Kornze

BLM_0147653

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and   geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Rose Costello

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

1978 Herding Rd.
Paonia, CO
81428

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

cc: R. Welch, S. Jewell, N. Kornze

Timber Moreland
15878 Black Bridge Rd.
Paonia, CO   81428

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,   AnnMarie Gambino

Address   1219 2nd St.

City, State, Zip   Paonia, CO 81428

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

Willow Mannan
107 3rd St PAONIA
CO 81428

cc: R. Welch, S. Jewell, N. Kornze

BLM_0147657

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

JAMES GILRO)
PO Box 984
PAONia, CO 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

Samuela Akert
39695 Pitkin Rd.
Paonia, CO 81428

cc: R. Welch, S. Jewell, N. Kornze

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give me the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Robert Orlando

624 7th St
Poonia, Co 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Street_____1127 hwy 133_____

City, State, Zip_____Paonia CO_____

SCRAMIAHA DELANEY

BLM_0147661

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Willow Mannan     107  3rd  St
City, State, Zip   PAONIA      CO  81428

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Street_____ 10820 O Rd 1
City, State, Zip_____ Paonia CO 81428

MARY GEORGE

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and   reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and     geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,   Pete allsup   1111 2nd st,
Paona, Co 8428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations?  Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease <u>any</u> of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

ALEX JAHP
1872 S 1100 E
Salt LAKE CITY, UT
84105

cc: R. Welch, S. Jewell, N. Kornze

BLM_0147665

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1.  gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2.  compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3.  natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4.  the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5.  pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

MICHAEL STRAUB

Regards,
3744/ BACK RIVER RD
PAONIA CO 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations?  Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

MIKE McCARNEY

PO BOX 1626
PAONIA, CO

cc: R. Welch, S. Jewell, N. Kornze

Dear Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality which we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can the BLM prove that there will be no harm to humans, the wildlife or the environment from these operations? Please see the articles below about damage to forests and human health from hydraulic fracturing. https://dl.sciencesocieties.org/publications/jeq/abstracts/40/4/1340, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org

The only way to prevent destroying the 10,000 plus people, the diverse wildlife and health of all of the environment is to not lease any of the North Fork Valley to oil and gas leasing. A no-leasing option is the only reasonable alternative which can result from a thorough health impact analysis.

Regards,

*[signature: Dominic DelSignore]*

216 Colorado Ave
Paonia, CO
81428

cc: R. Welch, S. Jewell, N. Kornze

Dana Wilson,

As a concerned resident of the North Fork Valley, I greatly value the clean water and soil of this valley and am aware of the poor air quality that we live with. It is imperative that we protect all we can from further damage. I don't understand why the BLM didn't consider the damage additional fracking would cause or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the pipeline safety and the release of volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and    reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but from flooding, mudslides, earthquakes, and    geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but ruptures and explosions occur from faulty construction or a compromised pipeline.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Regards,

Shari Paulsen
40694 O Rd
Paonia, CO 81428

cc: R. Welch, S. Jewell, N. Kornze, J. Hickenlooper

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,   AnnMarie Gambino

Address   1219 2nd St.

City, State, Zip   Paonia, CO 81428

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Street 1111 2nd St.
City, State, Zip Paonia CO 81428

Peter Allaup

BLM_0147671

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Street _40282 Mathew's Lane_
City, State, Zip _Paonia, Co, 81428_

BLM_0147672

9.5.16

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards, Katlyn Frig

Address     P.O. Box 789

City, State, Zip   81428

P.S. Find new jobs, that actually allows you to be _in service_ to Earth and humanity. We can manage our own lands, thank you very much. We do not need BLM, we need coalitions + coops of people who do not cater to corporate interest. Wake up! Love you! Power to the people!

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Kelly Allen
36682 Buck River Rd
Street Paonia, CO
City, State, Zip 87428

TO BARB SHARROW,

I AM A LONG-TIME RESIDENT OF THE NORTH FORK VALLEY. THE QUALITY OF THE HEALTHY ENVIRONMENT WAS THE PRIMARY REASON I MOVED HERE. I DON'T UNDERSTAND WHY THE BLM DIDN'T CONSIDER THE DAMAGE OF FRACKING OR DO A HUMAN HEALTH IMPACT STUDY ON FRACKING OPERATIONS BEFORE DRAFTING THE RMP.

NOWHERE IN THE DRAFT RMP DOES THE BLM ADDRESS THE VOLATILE ORGANIC COMPOUNDS (VOCS), PARTICULATE MATTER, METHANE, NITROGEN OXIDE, AND HYDROGEN SULFIDE THAT ARE RELEASED, LEAKED, OR SPILLED AS A RESULT OF DRILLING, CONTINUOUS OPERATIONS OR ACCIDENTS, AND THEIR IMPACT ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS OF PEOPLE.

THE BLM DID NOT ANALYZE OR CONSIDER:
1. GAS PIPELINES AND THE IMPACT OF VOCS, METHANE, HYDROGEN SULFIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
2. COMPRESSOR STATIONS AND THE CONSEQUENT VENTING OF METHANE AND THE IMPACT OF VOCS AND PARTICULATE MATTER ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
3. NATURAL GAS PROCESSING PLANTS AND THE IMPACT OF VOCS, PARTICULATE MATTER, METHANE, AND NITROGREN OXIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
4. THE VENTING OF VOCS AND GASES FROM METERING STATIONS TO MONITOR GAS TRANSMISSION IN PIPELINES AND THE IMPACT ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
5. PIPELINE MAINTENANCE OPERATIONS THAT RELEASE VOCS, METHANE AND HYDROGEN SULFIDE AND IMPACT THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS

HOW CAN WE TRUST THAT FRACKING IS SAFE WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS? PLEASE SEE THE, *SHALEFIELD STORIES VOL. 2* PUBLISHED BY FRIENDS OF THE HARMED IN 2015. WWW.SHALEFIELDSTORIES.ORG WHY IS THE BLM NOT ACKNOWLEDGING THE PEOPLE WHOSE HEALTH HAS BEEN DAMAGED OR THOSE WHO HAVE DIED NEAR FRACKING OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL, AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS, Clinton Terhune

STREET 15466 Black Bridge Rd
CITY, STATE, ZIP Paonia, CO 81428

9.5.16

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards, Katlyn Ffig    Katlyn Ffig

Address   P.O. Box 784

City, State, Zip   81428

P.S. Find new jobs, that actually allows you to be in service to Earth and humanity. We can manage our own lands, thank you very much. We do not need BLM, we need coalitions & coops of people who do not cater to corporate interest. Wake up! Love you! Power to the people!

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Cedar Keshet

Street, 9083 Cedar Ln
City, State, Zip Paonia, CO 81428

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,
Randy Owen

Street_ 38500 Pitkin Rd _____
City, State, Zip_ Paonia, CO  81428 _____

TO BARB SHARROW,

I AM A LONG-TIME RESIDENT OF THE NORTH FORK VALLEY. THE QUALITY OF THE HEALTHY ENVIRONMENT WAS THE PRIMARY REASON I MOVED HERE. I DON'T UNDERSTAND WHY THE BLM DIDN'T CONSIDER THE DAMAGE OF FRACKING OR DO A HUMAN HEALTH IMPACT STUDY ON FRACKING OPERATIONS BEFORE DRAFTING THE RMP.

NOWHERE IN THE DRAFT RMP DOES THE BLM ADDRESS THE VOLATILE ORGANIC COMPOUNDS (VOCS), PARTICULATE MATTER, METHANE, NITROGEN OXIDE, AND HYDROGEN SULFIDE THAT ARE RELEASED, LEAKED, OR SPILLED AS A RESULT OF DRILLING, CONTINUOUS OPERATIONS OR ACCIDENTS, AND THEIR IMPACT ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS OF PEOPLE.

THE BLM DID NOT ANALYZE OR CONSIDER:
1. GAS PIPELINES AND THE IMPACT OF VOCS, METHANE, HYDROGEN SULFIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
2. COMPRESSOR STATIONS AND THE CONSEQUENT VENTING OF METHANE AND THE IMPACT OF VOCS AND PARTICULATE MATTER ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
3. NATURAL GAS PROCESSING PLANTS AND THE IMPACT OF VOCS, PARTICULATE MATTER, METHANE, AND NITROGREN OXIDE ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
4. THE VENTING OF VOCS AND GASES FROM METERING STATIONS TO MONITOR GAS TRANSMISSION IN PIPELINES AND THE IMPACT ON THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS
5. PIPELINE MAINTENANCE OPERATIONS THAT RELEASE VOCS, METHANE AND HYDROGEN SULFIDE AND IMPACT THE RESPIRATORY, NERVOUS, DIGESTIVE, IMMUNE, REPRODUCTIVE, AND CARDIOVASCULAR SYSTEMS

HOW CAN WE TRUST THAT FRACKING IS SAFE WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS? PLEASE SEE THE, SHALEFIELD STORIES VOL. 2 PUBLISHED BY FRIENDS OF THE HARMED IN 2015. WWW.SHALEFIELDSTORIES.ORG WHY IS THE BLM NOT ACKNOWLEDGING THE PEOPLE WHOSE HEALTH HAS BEEN DAMAGED OR THOSE WHO HAVE DIED NEAR FRACKING OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL, AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS, *Ben Aley*

ADDRESS _39709 Pinorama Rd_

CITY, STATE, ZIP _Paonia  CO  81428_

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

*Donna Littlefield*

Street 26736. Redlands Mesa Rd
City, State, Zip Hotchkiss, Co 81419

Donna Littlefield

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Jeriel Brammeier   Street 579 Rambling Rd.

City, State, Zip Grand Jct, Co 81500

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Jacqueline Koehler

Jacqueline Koehler

Street 32 Pany Cimencan

City, State, Zip Paonia, CO 81428

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:

1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Cara Littlefield
Cara Littlefield

26736
Street Red lands mesa Rd.
City, State, Zip Hotchkiss Co. 81419

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Kelly Alley     36682 Back River Rd
Street ___ Paonia, CO ___
City, State, Zip ___ 87428

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Kelly Alley
36682 Buck River Rd

Street_____
City, State, Zip_____
Puonia, CO
81428

To Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the Volatile Organic Compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. Gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?  Please see the, *Shalefield Stories Vol. 2* published by Friends of the Harmed in 2015. WWW.SHALEFIELDSTORIES.ORG  Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Willow Mannan

Street 107 3rd St

City, State, Zip PAONIA   CO   81428

BLM_0147686

Dear Barb Sharrow,

I am a long-time resident of the North Fork Valley. The quality of the healthy environment was the primary reason I moved here. I don't understand why the BLM didn't consider the damage of fracking or do a human health impact study on fracking operations before drafting the RMP.

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not analyze or consider:
1. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How can we trust that fracking is safe when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not acknowledging the people whose health has been damaged or those who have died near fracking operations?

The only way to prevent destroying the human health of 10,000 plus people is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical, and reasonable alternative which can result from a human health impact analysis.

Regards,

Kevin Hudson        Street 323 10 350 Road
                    City, State, Zip Crawford Co 81415

BLM_0147687

11/2/2016                    DEPARTMENT OF THE INTERIOR Mail - DCLA Comments for UFO RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## DCLA Comments for UFO RMP
1 message

**Delta County Livestock Association DCLA** <deltacntylivestockassociation@gmail.com>      Tue, Nov 1, 2016 at 10:41 AM
To: UFORMP@blm.gov

Hello,

Here are comments for the UFO RMP from the Delta County Livestock Association.

Thank you

 **DCLA UFO RMP Comments.docx**
22K

BLM_0147688

Delta County Livestock Association
P.O. Box 2071
Hotchkiss, CO 81419

October 17, 2016
RMP Project Manager
2465 South Townsend Avenue
Montrose, CO  81401
UFORMP@blm.gov

RE:  Resource Management Plan Comments

Project Manager,

The Delta County Livestock Association (DCLA) appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement.  DCLA continues to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

DCLA recommends Alternative C after some changes which are discussed below as Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

The few portions of Alternative C that DCLA believes should be changed or removed have been noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

### Special Status Terrestrial WildLife

- ○ **Page 2-95, Line 152**, designate defined habitats as *species occupied* habitats.  Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
- ○ **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse.  Need to write language that allows for range improvements.  When Alternative C says no permanent structures, range improvements are included and should not be.  This Association needs to be sure that range improvements are

BLM_0147689

allowed in this plan. In order to accurately manage any rangeland, the ability to make and maintain improvements is critical to successful management of the rangeland.

- **Land Health**
  - **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
  - **Page 2-27, Line 26,** add recreation to actions that can cause land health problems. As an Association, many of our members have seen firsthand how some forms of recreation, such as all terrain vehicles, can damage rangeland.
  - **Page 2-164, Line 295,** maintain the ability to increase AUMs. Certain areas may have the ability to handle an increased number of AUMs if appropriate improvements, such as water developments and permanent or temporary fencing, are completed.
  - **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.
  - **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture. Trailing livestock primarily affects roads and some trails and it is for short duration.
  - **Page 2-169, Line 303,** add Colorado Resource Monitoring Imitative to the list of plans to base decisions on. In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.
  - **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
  - **Page 2-167, Line 301,** No permits or allotments should be closed. BLM is intended to be managed for multiple uses. This includes grazing.
  - **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements. When range improvements are made, range health is maintained and restored if necessary.

BLM_0147690

- **Page 2-172, Line 307,** Alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes
- Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
- IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.
- The UFO RMP calls out 12 areas as Ecological Emphasis Areas for the basis of unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors. There is no legal basis for Ecological Emphasis Areas (EEAs). Additionally, the RMP specifically calls out the multiple use mandate of the BLM as causing habitat fragmentation. Multiple use and sustained yield are the reason BLM lands were set aside and continue to be managed for today. This is especially troubling when cross referencing the livestock grazing language in an EEA. EEAs appear to be a way to designate defacto Wilderness Study Areas without going through the extensive studies and public process. This designation is not backed up by any legal designation nor is the prioritization given a EEA needed with the tremendous number of planning tools at the BLM's disposal. This is deficiency in this plan and should be removed. Protecting wildlife and plant habitat is already occurring within the planning tools and designations that BLM has.
- No areas should be designated as wild and scenic rivers because it limits use on that BLM area, so this is another area where Alternative C is preferred.
- No new areas should be designated as ACEC, so Alternative C is preferred. As the area available for recreation decreases, the pressure on the remaining area increases, intensifying stress on that particular area. Please do not designate the Adobe Badlands or any other area as ACEC.

- o No areas should be designated as SRMA or ERMA.  BLM is meant to be for multiple use and these designations go directly against that purpose.
- o DCLA's preference for livestock grazing is Alternative C; however, no additional acres should be closed to livestock grazing.
- o Private land and private land rights must be kept as a priority.

Sincerely,

Nate Adam
President, Delta County Livestock Association

BLM_0147692



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Resource Management Plan Comments

1 message

**Braden Todd** <bradytodd.realty@gmail.com>          Mon, Oct 31, 2016 at 9:56 PM
To: UFORMP@blm.gov

 **UFO RMP Monty Todd Comments.docx**
16K

BLM_0147693

Monty Todd
41592 Cottonwood Creek Rd
Crawford, CO 81415

October 30, 2016
RMP Project Manager
2465 South Townsend Avenue
Montrose, CO  81401
UFORMP@blm.gov

RE:  Resource Management Plan Comments

Project Manager,

I appreciate the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. I continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

I advise that with some changes as discussed below Alternative C be used since Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

The few portions of Alternative C that I believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

### Special Status Terrestrial Wild Life

- o **Page 2-95, Line 152**, designate defined habitats as _species occupied_ habitats.  Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
- o **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse,.  Need to write language that allows for range improvements.  When Alternative C says no permanent structures, it includes range improvements.  Range improvements need to be included in the plan.  It is critical to have the ability to continue these projects in order to improve range conditions.

Furthermore, water developments give wildlife access to great water sources throughout the year.

- **Land Health**
  - **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
  - **Page 2-27, Line 26,** add recreation to actions that can cause land health problems.  Recreation can cause damage to land health in certain situations.  One example is ATVs leaving tracks that can remain for years if the ground is wet and the ATVs travel off road.
  - **Page 2-164, Line 295,** maintain the ability to increase AUMs.  By using temporary and/or permanent fencing and water developments, proper grazing and distribution of livestock can occur creating a situation where AUMs certainly could be increased in certain areas.
  - **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in that would change management of livestock use.  Increase the flexibility of management.
  - **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.  Trailing livestock through pastures has minimal impact on the pasture and that impact only occurs on roads and possibly trails.
  - **Page 2-169, Line 303,** add Colorado Resource Monitoring Initative to the list of plans to base decisions on.  In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.
  - **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments.  Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat.  In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
  - **Page 2-167, Line 301,** No permits or allotments should be closed.  All BLM is intended for multiple use, which included grazing allotments.
  - **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements.  When working on range improvements, care is taken to ensure range health is maintained while improvements are being completed and restored when work is complete.
  - **Page 2-172, Line 307,** Alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes

- o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
- o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.
- o As a permittee, it is critical that myself and other permittees are able to maintain improvements and fences with the equipment necessary to complete the job.
- o The UFO RMP calls out 12 areas as Ecological Emphasis Areas for the basis of unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors. There is no legal basis for Ecological Emphasis Areas (EEAs). Additionally, the RMP specifically calls out the multiple use mandate of the BLM as causing habitat fragmentation. Multiple use and sustained yield are the reason BLM lands were set aside and continue to be managed for today. This is especially troubling when cross referencing the livestock grazing language in an EEA. EEAs appear to be a way to designate defacto Wilderness Study Areas without going through the extensive studies and public process. This designation is not backed up by any legal designation nor is the prioritization given an EEA needed with the tremendous number of planning tools at the BLM's disposal. This is a deficiency in this plan and should be removed. Protecting wildlife and plant habitat is already occurring within the planning tools and designations that BLM has.

Sincerely,

Monty Todd



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFORMP Comments
1 message

**Monita Todd** <toddcattlecompany@gmail.com>                    Mon, Oct 31, 2016 at 9:46 PM
To: UFORMP@blm.gov

Attached are comments for the Uncompahgre Field Office's Draft Resource Management Plan.

Thank you,

Danny and Monita Todd

📄 **BLM UFO RMP Comments.docx**
23K

BLM_0147697

Danny and Monita Todd
34918 Fruitland Mesa Road
Crawford, CO 81415

October 31, 2016
RMP Project Manager
2465 South Townsend Avenue
Montrose, CO  81401
UFORMP@blm.gov

RE:  Resource Management Plan Comments

Project Manager,

We appreciate the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. We continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

We suggest using Alternative C with some changes as discussed below since Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

The few portions of Alternative C that we believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

### Special Status Terrestrial Wild Life

- **Page 2-95, Line 152**, designate defined habitats as *species occupied* habitats.  Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
- **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse,.  Need to write language that allows for range improvements.  When Alternative C says no permanent structures, that includes range improvements.  Range improvements need to be included in the plan. On my father's BLM, we have recently been working on new fences to distribute grazing more evenly.  We are also considering water developments which may help

BLM_0147698

create more even grazing as well.  It is critical to have the ability to continue these projects as we work to improve range conditions.  Furthermore, water developments give wildlife access to great water sources throughout the year.

- **Land Health**
  - **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
  - **Page 2-27, Line 26,** add recreation to actions that can cause land health problems
  - **Page 2-164, Line 295,** maintain the ability to increase AUMs.  With proper grazing and distribution of livestock with temporary and/or permanent fencing and water developments, AUMs certainly could be increased in certain areas.
  - **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use.  Increase the flexibility of management.
  - **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.  Trailing livestock through pastures has minimal affect on the pasture and only roads or possibly trails are used for a short time.
  - **Page 2-169, Line 303,** add Colorado Resource Monitoring Initative to the list of plans to base decisions on.  In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.
  - **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments.  Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat.  In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
  - **Page 2-167, Line 301,** No permits or allotments should be closed.  It is important to remember that all BLM is intended for multiple use.
  - **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements.  When working on range improvements, care is taken to ensure range health is maintained while working and restored when complete.
  - **Page 2-172, Line 307,** alternative c is more feasible and allows for the sustainability of multi-generational use of working landscapes

- o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
- o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.
- o As a permittee, it is critical that we are able to maintain improvements and fences with necessary equipment.
- o BLM should not be asking CWCB for water proxies.
- o The UFO RMP calls out 12 areas as Ecological Emphasis Areas for the basis of unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors. There is no legal basis for Ecological Emphasis Areas (EEAs). Additionally, the RMP specifically calls out the multiple use mandate of the BLM as causing habitat fragmentation. Multiple use and sustained yield are the reason BLM lands were set aside and continue to be managed for today. This is especially troubling when cross referencing the livestock grazing language in an EEA. EEAs appear to be a way to designate defacto Wilderness Study Areas without going through the extensive studies and public process. This designation is not backed up by any legal designation nor is the prioritization given a EEA needed with the tremendous number of planning tools at the BLM's disposal. This is deficiency in this plan and should be removed. Protecting wildlife and plant habitat is already occurring within the planning tools and designations that BLM has.

Sincerely,

Danny and Monita Todd

BLM_0147700

BLM_0147701



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## UFO RMP Comments
1 message

---

**Kacie Burns** <rewcattle@aol.com>                                    Tue, Nov 1, 2016 at 3:08 PM
To: UFORMP@blm.gov

To Whom It May Concern,

Attached are my comments on the Uncompahgre RMP Planning.  I was unable to physically sign the document but here by declare that I am submitting the attached PDF on my own behalf.  Thank you again for considering my input.

Respectfully,

Kacie Burns
rewcattle@aol.com

---

📄 **BLMRMPUFO_Comments2016.pdf**
   313K

BLM_0147702