Kacie Burns

39799 Green Tractor Rd.

Paonia, CO 81428

October 31, 2016

RMP Project Manager

2465 South Townsend Avenue

Montrose, CO  81401

UFORMP@blm.gov

RE:  Resource Management Plan Comments

Project Manager,

Kacie Burns appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement.  Kacie Burns continues to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

I strongly urge the RMP project manager and collaborators to further explore alternative C as the most suitable resource preference as it preserves a greater amount of multiple use and protection of private property rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

The few portions of Alternative C that Kacie Burns believes should be changed or removed noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

BLM_0147703

**Special Status Terrestrial Wild Life**

- o **Page 2-95, Line 152**, designate defined habitats as *species occupied* habitats.  Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
- o **Page 2-102-105, Line 161-167**, <u>Gunnison Sage Grouse</u>.  Need to write language that allows for range improvements.  When Alternative C says no permanent structures that includes range improvements.

- • **Land Health**
  - o **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
  - o **Page 2-27, Line 26,** add recreation to actions that can cause land health problems
  - o **Page 2-164, Line 295,** maintain the ability to increase AUMs
  - o **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use.  Increase the flexibility of management.
  - o **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.
  - o **Page 2-169, Line 303,** add Colorado Resource Monitoring Imitative to the list of plans to base decisions on.  In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.
  - o **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments.  Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat.  In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
  - o **Page 2-167, Line 301,** No permits or allotments should be closed.
  - o **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements
  - o **Page 2-172, Line 307,** alternative c is more feasible and allows for the sustainability of multi-generational use of working landscapes

  - o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic

BLM_0147704

well-being of Delta County.  This is a more accurate way to reflect livestock grazing in the RMP.
- o  IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year.  Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County.  If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

Thank you for taking the time to review my comments.


Sincerely,


Kacie Burns
rewcattle@aol.com

BLM_0147705



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comments
1 message

**Welt, Kathy** <KWelt@archcoal.com>                                    Tue, Nov 1, 2016 at 6:21 PM
To: "uformp@blm.gov" <uformp@blm.gov>

Please see the attached comments.

***Email Disclaimer: The information contained in this e-mail, and in any accompanying documents, may constitute confidential and/or legally privileged information. The information is intended only for use by the designated recipient. If you are not the intended recipient (or responsible for delivery of the message to the intended recipient), you are hereby notified that any dissemination, distribution, copying, or other use of, or taking of any action in reliance on this e-mail is strictly prohibited. If you have received this e-mail communication in error, please notify the sender immediately and delete the message from your system.

📄 **Welt Ranch RMP comments.pdf**
393K

BLM_0147706

**WELT RANCH, LLC**
36320 Highway 92
Hotchkiss, CO  81419

October 31, 2016

RMP Project Manager
2465 South Townsend Avenue
Montrose, CO  81401

UFORMP@blm.gov

RE:  Resource Management Plan Comments

Project Manager,

The management guidance that could be provided in the final RMP is best reflected in
Alternatives C and D of the EIS, as multiple-uses are emphasized.  Grazing permittees recognize
that good stewardship of the land, including special ecological resources, results in better
livestock production and health.   Prohibiting and restricting grazing from the lands has been
proven to harm , not help range landscapes.  It has also been proven that grazing can be
successfully accomplished along with other uses, including mining and recreation.

With some changes noted below, Alternative C preserves a greater amount of multiple-use and
protection of private-party rights within the plan.  Alternative C also provides a greater
separation between broad requirements and site-specific issues that should only be addressed
during the review of proposed site-specific activities.  Alternative C, therefore, allows for
greater flexibility for the public and the BLM to address and regulate those site- specific
requirements through various permitting processes.

### Special Status Terrestrial Wild Life

- o **Page 2-95, Line 152**, designate defined habitats as _species occupied_
  habitats.  Without that specific notation, non-occupied habitats could
  become un-necessarily extensive and restrictive.
- o **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse,.  Need to write
  language that allows for range improvements.  When Alternative C says
  no permanent structures, that includes range improvements.
- **Land Health**
  - o **Page 2-25, Line 24,** Given the lower precipitation rate over the entire
    UFO resource area, it is more realistic to manage for upward trend for
    land health

- o **Page 2-27, Line 26,** add recreation to actions that can cause land health problems
- o **Page 2-164, Line 295,** maintain the ability to increase AUMs
- o **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.
- o **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.
- o **Page 2-169, Line 303,** add Colorado Resource Monitoring Initiative to the list of plans to base decisions on. In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.
- o **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oakbrush and other shrubs.
- o **Page 2-167, Line 301,** No permits or allotments should be closed.
- o **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements.
- o **Page 2-172, Line 307,** alternative c is more feasible and allows for the sustainability of multi-generational use of working landscapes.
- o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
- o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

Multiple- uses need to remain as the bases of the RMP. To preclude any uses at the planning stage, whether grazing, mineral extraction, recreation or other uses, does not recognize site-specific circumstances that could in fact enhance the health and production of the landscapes.

Your consideration of these comments is appreciated.

Sincerely,

*Terry and Kathy Welt*
*Camden Welt*
*Tory Welt*
*Evan Welt*

BLM_0147709

10/31/2016                            DEPARTMENT OF THE INTERIOR Mail - Comments



UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

# Comments
1 message

**Hannah Todd** <hannahjtodd@gmail.com>                          Mon, Oct 31, 2016 at 9:53 PM
To: uformp@blm.gov

Hello, I have attached my comments for the BLM's UFO RMP.

Thanks,

Hannah Todd

 **HToddUFORMP Comments.docx**
22K

BLM_0147710

Hannah Todd
P.O. Box 457
Crawford, CO 81415

October 20, 2016

RMP Project Manager
2465 South Townsend Avenue
Montrose, CO  81401
UFORMP@blm.gov

RE:  Resource Management Plan Comments

Project Manager,

I appreciate this opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. I continue to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

After some changes, which are discussed below, I ask that Alternative C be used. Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

The few portions of Alternative C that I believe should be changed or removed are noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

### Special Status Terrestrial Wild Life

o  **Page 2-95, Line 152**, designate defined habitats as _species occupied_ habitats.  Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
o  **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse,.  Need to write language that allows for range improvements.  When Alternative C says no permanent structures, it includes range improvements.  I want to be sure that rangeland improvements are included in the plan.  Water developments for livestock and especially for wildlife in the UFO resource

BLM_0147711

area is very important.  Fencing can also be extremely important as new fences in certain places can allow livestock to more evenly graze their BLM allotments.

- **Land Health**
  - o **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
  - o **Page 2-27, Line 26,** add recreation to actions that can cause land health problems.  There are areas on the national forest where atv tracks can remain on the range for years after the tracks were made.  This damage can occur on BLM as well.
  - o **Page 2-164, Line 295,** maintain the ability to increase AUMs.  With appropriate fencing and water improvements, certain areas could have the capacity to increase AUMS.
  - o **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use.  Increase the flexibility of management.
  - o **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.  Trailing livestock primarily affects roads and some trails and it is for extremely short duration.
  - o **Page 2-169, Line 303,** add Colorado Resource Monitoring Initative to the list of plans to base decisions on.  In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.
  - o **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments.  Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat.  In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
  - o **Page 2-167, Line 301,** No permits or allotments should be closed.  BLM is for multi use in all areas.
  - o **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements.  When the range is improved, range health is maintained and restored.
  - o **Page 2-172, Line 307,** Alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes

- o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
- o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.
- o No areas should be designated as wild and scenic rivers because it limits use on that BLM area, so this is another area where Alternative C is preferred.
- o No new areas should be designated as ACEC, so Alternative C is preferred. As the area available for recreation decreases, the pressure on the remaining area increases, resulting in increased stress on that particular area. Please do not designate the Adobe Badlands or any other area as ACEC.
- o No areas should be designated as SRMA and especially not as ERMA. BLM is meant to be multi use and these designations go directly against that purpose.
- o My preference for livestock grazing is Alternative C.
- o Private land and private land rights must be kept as a priority.
- o No additional areas should be closed to coal leasing.

Sincerely,

Hannah Todd

BLM_0147714

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


Dana Wilson:


How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1




Sincerely,

Sid Lewis




Name:

Mailing Address: Box 1056 Paonia, Co. 81428


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0147715

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

*Sara Molden*

Name: Sara Molden
Mailing Address: 2075 Foothills Rd.
Golden, CO 80401

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk
assessment if it did not consider pipeline safety in its Draft Resource
Management Plan? Pipelines fail. The public knows it and the government knows
it; that's why there are federal pipeline safety regulations to ensure proper
construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal
pipeline safety regulations. That is right, exempt from federal safety regulations.
The fact that the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety is enough to call for a moratorium on all oil and
gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline
safety. I don't want to have to read any headlines in our papers like this one from
New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name:  G WAYNE COX
Mailing Address:  P O BOX 1620   PAONIA, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk
assessment if it did not consider pipeline safety in its Draft Resource
Management Plan? Pipelines fail. The public knows it and the government knows
it; that's why there are federal pipeline safety regulations to ensure proper
construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal
pipeline safety regulations. That is right, exempt from federal safety regulations.
The fact that the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety is enough to call for a moratorium on all oil and
gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline
safety. I don't want to have to read any headlines in our papers like this one from
New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely, *Timothy Bunker*

Name: *Timothy Bunker*
Mailing Address: *P.O. Box 492 Peonia, CO 81428*

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico **"Pipeline Explosion Kills 10 Campers in N.M."**

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: PETER ROY

Mailing Address: 39126 Hwy 133 HOTCHKISS, CO 81419

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk
assessment if it did not consider pipeline safety in its Draft Resource
Management Plan? Pipelines fail. The public knows it and the government knows
it; that's why there are federal pipeline safety regulations to ensure proper
construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal
pipeline safety regulations. That is right, exempt from federal safety regulations.
The fact that the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety is enough to call for a moratorium on all oil and
gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline
safety. I don't want to have to read any headlines in our papers like this one from
New Mexico **"Pipeline Explosion Kills 10 Campers in N.M."**

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: DAVID WARREN
Mailing Address: 39625 Pitkin RD PAONIA, CO
81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: Erin Flanders
Mailing Address: 31867 L Rd.
Hotchkiss, CO 81419

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0147721

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Joe Myer
~~Dana Wilson~~:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: Cortney L. Wojcik
Mailing Address: 1183 Highway 133
Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk
assessment if it did not consider pipeline safety in its Draft Resource
Management Plan? Pipelines fail. The public knows it and the government knows
it; that's why there are federal pipeline safety regulations to ensure proper
construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal
pipeline safety regulations. That is right, exempt from federal safety regulations.
The fact that the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety is enough to call for a moratorium on all oil and
gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline
safety. I don't want to have to read any headlines in our papers like this one from
New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: VALERIE WALKER

Mailing Address: 37728 FRUITLAND MESA RD
CRAWFORD, CO 81415

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Pian? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

it is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico **"Pipeline Explosion Kills 10 Campers in N.M."**

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1


Sincerely, Freeman


Name: Tao. Freeman
Mailing Address: po box 1729
Paonia

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk
assessment if it did not consider pipeline safety in its Draft Resource
Management Plan? Pipelines fail. The public knows it and the government knows
it; that's why there are federal pipeline safety regulations to ensure proper
construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal
pipeline safety regulations. That is right, exempt from federal safety regulations.
The fact that the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety is enough to call for a moratorium on all oil and
gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline
safety. I don't want to have to read any headlines in our papers like this one from
New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely, Ryan B Lehman

Name:

Mailing Address: PO Box 772
Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico **"Pipeline Explosion Kills 10 Campers in N.M."**

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,   *Christi Stewart*

Name:   Christi Stewart
Mailing Address:   15495 Black Bridge Rd.
Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely, *Jamie Teer*

Name: Jamie Teer
Mailing Address: Po Box 213 Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name:  Jim Stephens

Mailing Address:  1853 S. Leyden St
Denver, CO 80224

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

William Volckhausen

Name: 40570 O Road

Mailing Address: Paonia CO, 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk
assessment if it did not consider pipeline safety in its Draft Resource
Management Plan? Pipelines fail. The public knows it and the government knows
it; that's why there are federal pipeline safety regulations to ensure proper
construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal
pipeline safety regulations. That is right, exempt from federal safety regulations.
The fact that the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety is enough to call for a moratorium on all oil and
gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline
safety. I don't want to have to read any headlines in our papers like this one from
New Mexico **"Pipeline Explosion Kills 10 Campers in N.M."**

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: KAREN L GOOD

Mailing Address: PO Box 926
Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers In N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: _Scott A Schwartz_

Mailing Address: _39126 Hwy 133, Hotchkiss CO. 81419_

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk
assessment if it did not consider pipeline safety in its Draft Resource
Management Plan? Pipelines fail. The public knows it and the government knows
it; that's why there are federal pipeline safety regulations to ensure proper
construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal
pipeline safety regulations. That is right, exempt from federal safety regulations.
The fact that the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety is enough to call for a moratorium on all oil and
gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline
safety. I don't want to have to read any headlines in our papers like this one from
New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: _Michael Gol_        Michael Goloy

Mailing Address: 40845 D Rd Crawford Co, 81415

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: Jeremy Flanders
Mailing Address: 31867 L Rd.
Hotchkiss, Co, 81419

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: Linda K Johnson - Keller
Mailing Address: P.O. Box 1642
Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico **"Pipeline Explosion Kills 10 Campers in N.M."**

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: Craig Clark
Mailing Address: 15878 Black Bridge Rd
Paonia Co 81428
Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico **"Pipeline Explosion Kills 10 Campers in N.M."**

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name: Cameron Ely-Murdock
Mailing Address: 40845 D road Crawford CO

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico **"Pipeline Explosion Kills 10 Campers in N.M."**

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely, *Ryan B Lehman*

Name:
Mailing Address: *PO Box 772*
*Paonia, CO 81428*

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk
assessment if it did not consider pipeline safety in its Draft Resource
Management Plan? Pipelines fail. The public knows it and the government knows
it; that's why there are federal pipeline safety regulations to ensure proper
construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal
pipeline safety regulations. That is right, exempt from federal safety regulations.
The fact that the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety is enough to call for a moratorium on all oil and
gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline
safety. I don't want to have to read any headlines in our papers like this one from
New Mexico **"Pipeline Explosion Kills 10 Campers in N.M."**

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely,

Name:   SHERRION   TAYLOR

Mailing Address:
PO Box 1056
Paonia  81428
Cc: S. Jewell, N. Kornzé, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk
assessment if it did not consider pipeline safety in its Draft Resource
Management Plan? Pipelines fail. The public knows it and the government knows
it; that's why there are federal pipeline safety regulations to ensure proper
construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal
pipeline safety regulations. That is right, exempt from federal safety regulations.
The fact that the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety is enough to call for a moratorium on all oil and
gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline
safety. I don't want to have to read any headlines in our papers like this one from
New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1

Sincerely, *Judy Clark*

Name: Craig Clark

Mailing Address: 15878 Black Bridge Rd
Paonia Co 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0147739

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson:

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Pipelines fail. The public knows it and the government knows it; that's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight.

It is important to know that rural gas gathering lines are exempt from federal pipeline safety regulations. That is right, exempt from federal safety regulations. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area.

Please issue this moratorium so that more research can be done on pipeline safety. I don't want to have to read any headlines in our papers like this one from New Mexico "**Pipeline Explosion Kills 10 Campers in N.M.**"

Please read this article:
http://abcnews.go.com/US/story?id=96090&page=1


Sincerely, *Freeman*


Name: *Tao. Freeman*

Mailing Address: ~~po~~ box 1729
Paonia

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,   *Robert Thomas*

Street 13073 4100 Rd

City, State. Zip   Paonia, Ca. 81428

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,                                                        SAMANTHA BARROW

Street  41012 Lamborn Mesa Rd

City, State.
Zip     Paonia, CO 81428

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Matt Stolmeier

Street _132 Main St.,_

City, State. _Paonia , CO 91429_
Zip

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Melissa Rehfeldt

Street 15466 Black Bridge Rd

City, State. Zip Paonia, CO 81428

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,                     Austin Tunnell

Street 14196 burgess Ln

City, State. Zip Paonia  CO  81428

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Belinda G. Reich

Belinda A. Reich   Street 41394 Lamborn Mesa Rd.

City, State. Zip Paonia, Co. 81428

BLM_0147746

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street _40824 O Road_

City, State, Zip _Paonia CO 81428_

Joyce George

BLM_0147747

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. Truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Anastacia Boyer

Address 34831 Powell Mesa rd.

City, State. Zip Hotchkiss, CO. 81419

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

John A. Weiss

Street_ 330 North Fork Ave

City, State. Zip_ Paonia, CO 81428

BLM_0147749

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely, Grace MacGregor   Grace MacGregor

Street 1118 3rd St.

City, State. Zip  Paonia, CO 81428

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street 780 WESTVIEW DR

City, State.
Zip BAYFIELD, CO 81122

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Elizabeth Plumme

Street  42436 Lambon Mesa Rd

City, State. Paonia Co 81428
Zip

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

JACK YOUNG
14034 DRY GULCH Rd.
Colo PAOMA,

Street_____

City, State.
Zip_____

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Allen A. Fowler

Street 40423 CEDAR LN

City, State,
Zip    PAONIA, CO 81428

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Pamela Jackson    Pamela Jackson

Street 1540 Colorado Ave

City, State. Zip Canon City, CO 81212

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Rand Kokernot

RAND KOKERNOT   Street   13868 Ronzel Gulch Rd.

City, State. Zip   Hotchkiss, Co. 81419

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Scott Goldsberry

Street 14152 Thompson Rd.

City, State. Zip  Paonia Co 81428

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street_ *15 417 Fire MH. R*

City, State. Zip_ *PHONiH CO. 81428*

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street _____ 70824 O Road

City, State, Zip _____ Paonia CO 81428

Joyce George

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Melissa  Rehfeldt

Street 15466  Black  Bridge  Rd

City, State. Zip  Paonia,  CO   81428

BLM_0147760

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. Truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Anastacia Boyer

Address 34831 Powell Mesa rd.

City, State. Zip Hotchkiss CO. 81419

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

John A. Weiss

Street____330 North Fork Ave____

City, State. Zip____Paonia, CO 81428____

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Cedar Kolet

Street 40423 Cedar Ln

City, State. Zip Paonia, CO 81428

BLM_0147763

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street 330 North Fork Ave.

City, State. Zip Paonia, CO   81428

Alex Weiss

BLM_0147764

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Belinda G. Reich   Street _4139¼ Lambron Mesa Rd._

Belinda A. Reich   City, State. Zip _Paonia, Co. 81428_

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. Truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Address_____42481  Highway 133_____

City, State. Zip_____Paonia,  CO  81428_____

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. Truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Address_____42481  Highway  133_____

City, State. Zip_____Paonia,  CO   81428_____

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely, *Grace MacGregor*        Grace MacGregor

Street _3rd St._

City, State. Zip _Paonia, CO 81428_

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street 780 WESTVIEW DR

City, State.
Zip  BAYFIELD, CO  81122

BLM_0147769

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,                                          SAMANTHA BARROW

Street  41012 Lamborn Mesa Rd

City, State. 
Zip          Paonia, CO 81428

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Tim Connor, RN

Street_520 N. NEVADA AVE

City, State. Zip MONTROSE, CO 81401

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. Truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Zachery Ffig

Address 40970 'O' Road

City, State. Zip Paonia, CO 81428

To the BLM,

I am a resident in the North Fork Valley. We moved here because of the quality of life, the caring farmers and ranchers and the pristine environment. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust the BLM when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the article below which addresses health concerns. http://jama.jamanetwork.com/article.aspx?articleid=1167312  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage. A no-leasing alternative is the only logical and reasonable choice.

Sincerely,

Timber Moreland
15878 Black Bridge Rd.
Paonia, CO 81428

cc: R. Welch, S. Jewell, Neil Kornze

BLM_0147773

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street 330 North Fork Ave.

City, State. Zip Paonia, CO   81428

Alex Weiss

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:

1. Truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. Casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. Flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. The use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly, Jeremiah Garcia

Address  38620  Pitkin rd.

City, State. Zip  Paonia, CO  81428

BLM_0147775

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Tim Conner, RN

Street   520 N. NEVADA AVE

City, State. Zip  MONTROSE, CO 81401

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street____104 meadowbrook Blvd____
City, State. Zip____Paonia, CO 81428____

Mary Czech

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,   M. Smyth Borne

Street __14645 PEONY LANE__

City, State. Zip __PAONIA, Co 81428__

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street _1641 Buckskin Pass Rd._

City, State. Zip _Crawford, CO 81415_

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,   Rand Kokernot

RAND KOKERNOT   Street   13868 Renzel Gulch Rd.

City, State. Zip   Hotchkiss, Co.  81419

Dear Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Street 15 417 Fire MH. R

City, State. Zip PAONiH CO. 81428

To Barb Sharrow,

I am a new resident in the North Fork Valley. I settled here for the clean air, clean water, clean food, and incredible scenic beauty. I'm not going to ask you to protect my way of life. Instead I'm going to ask you why you didn't analyze the human health impact of fracking operations.

In The Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flow back fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

How are we supposed to trust you when you say oil and gas development, and fracking are safe and will not harm human health when you have not analyzed oil and gas operations and their impact on human health? Please see the, *Shalefield Stories vol. 2* published by Friends of the Harmed in 2015. www.shalefieldstories.org  Why is the BLM not paying attention to the thousands of people who either lost lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to prevent such documented damage.

A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Very Truly,

Scott Goldsberry

Street  14152 Thompson Rd.

City, State. Zip  Paonia Co 81428

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Tabitha Teansky

PO Box 693
Hotchkiss, CO 81419

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

M. Smyth Boone
14645 Peony Lane
Paonia  81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Rose Costello          R. Costello

1978 Harding rd

Paonia, CO
    81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0147785

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

*Mona Leineh Pagn*

*Alun Pufu*

*P. O. Box 1813*

*Paonia, CO 81428*

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Michael McCarney

PO Box 1626
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0147787

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Gabrielle Bertin
1641 Buckskin Pass dr
Crawford, CO 81415

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

ELIZABETH LILIAN
39173 Highway 92
Crawford, Col. 81415

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0147789

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Marly A. Boon
14645 Peony Lane
Paonia, CO
81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Celia Roberts

CELIA ROBERTS
P.O. BOX 5
PAONIA, CO
81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

*Mary J Smith*

Mary J. Smith
29932 J Rd
Hotchkiss CO
81419

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Robert Pennetta
3358 Cathedral Ln.
Crawford, CO, 81415

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0147793

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

MARIE NINON LEGER

409 Vista DR
Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet Paonia, CO 81428

BLM_0147794

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Alian Michelsen
318 Orchard ave
Paonia, Co
81428

for Renewable Energy
and organic agriculture!

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Dona M Willoughley
221 Minnesota Ave
Paonia, CO  81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Rosemary Bilchak
4/0 Duke Hill Rd.
Hotchkiss, CO
81419

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Patricia Welter
Patricia Welter
P.O. Box 595
Paonia Co 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0147798

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Susan Joyce Schrieber

SUSAN SCHRIEBER
1523. 1st Street
Paonia CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0147799

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

*Susan Frair*

Susan Frair

PO B 1317

Paonia, Co 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Kate Linehan
Kate Juhn
P.O. Box 1813
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0147801

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Hortense Plummer
PO Box 1684
Paonia CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0147802

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Michael McCarney

PO Box 1626
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Monica Zarley

222 Box Elder
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Doris Joela Wehrmacher
PO 119
Crawford CO 81415

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Robert Orlando
PO Box 628
Paonia CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

Lisa Parker
14152 Thompson Rd
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Jessica LaRubbio
1220 columbine Ct
Fort Collins, CO
80521

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

15466 Black Bridge
Paonia, CO
81428

Regards,

Melissa Rehfeldt
Melissa Rehfeldt

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147809

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Mike Gruenefeldt
116 N fork
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Wendy Brodhead
14615 peony ln
Paonix CO 8142

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

John Sheneberger
PO Box 1774
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Kathy Alves
221 Orchard Ave
Paonia CO
   81428

Regards,

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

NOAH ARNESON
1005 2nd ST.
PAONIA  CO
81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Corinne Tobias
PO Box 1323   Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Lloyd, Nelson

41769  0  ROAD

PAONIA  CO

81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147816

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Amber Rose-Small
12249 Crawford Rd
Paonia, Co 81428
970 433 6796

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Kelly Johnson
PO Box 543
Paonia CO 81428

Regards,

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Kathleen K Petitt

10577 3200 RD

Hotchkiss, CO 81419.

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Susan Friar
PO Box 1314
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Ardee Rose-Small
12249 Crawford Rd
Paonia, Co 81428
970 433 6796

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Jay Canode
223 Dorris Ave
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Matthew Drbohlav
938 Ryan Ct
Hotchkiss CO 81419

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Selina Najor
1300 N. 21st Street, #311
Grand Junction, CO 81501

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Bernadette M. Slech
39675 Panorama Rd
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Chelsea Peluso
442 Delta ave
Paonia, Co. 81428

Chelsea Peluso

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Linda Mereness
LINDA MERENESS
P.O. BOX 452
PAONIA CO
81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Ashley Pitcher
3 Pan American Ave.
Pacnia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Mary Brooks
Mary Brooks
5316 Pennsylvania Ave
Boulder, Co 80303

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Rachael Burt
Rachael Burt

218 Main Ave
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Amy Williams

Amy Williams

223 Dorris Ave

Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147831

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Devin Small
Devin Small
12949 Crawford Rd
PAONia Co
81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Jay Canode
223 Dorris Ave
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

AnnMarie Barport
221 minnisota ave
Paonia, CO  81408

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Jessica LaRubbio
1220 columbine Ct
Fort Collins, CO
80521

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Aja McAdams
326 Garfield Ave
Carbondale CO 81623

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dear Joe Meyer,

I oppose all options included in the Draft RMP. The damage caused by hydraulic fracturing and how it spreads its toxins through the air, soil and water to impact every living being must be considered by all of us. I have so many concerns. Where do I begin! The more I learn-- I find too many gaps in the Draft RMP which opens the valley and all of us to many hazards.

The BLM did not take a hard look at direct, indirect, and cumulative impacts as required by NEPA, including:

- BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon;
- BLM failed to consider impacts on human health and should have performed a comprehensive health impact assessment ("HIA");
- BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis;
- BLM failed to consult with the Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife.
- BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts

The economy, the health of the residents and visitors and the future of this valley require all to step back and reconsider any steps forward with the Draft RMP. I see too many problems and not enough safe, considered analyses or well thought out plans to protect the valley for future generations.

Therefore, I demand that the BLM issue a moratorium on all oil and gas leasing and hydraulic fracturing.

With regards,

ANDREW SPRAUER

776 Provincetown Dr
Carol Stream, IL 60188

Cc: M. Bennet, J. Hickenlooper, S. Jewell, N. Kornze, R. Welch

Dear Joe Meyer,

I oppose all options included in the Draft RMP. The damage caused by hydraulic fracturing and how it spreads its toxins through the air, soil and water to impact every living being must be considered by all of us. I have so many concerns. Where do I begin! The more I learn-- I find too many gaps in the Draft RMP which opens the valley and all of us to many hazards.

The BLM did not take a hard look at direct, indirect, and cumulative impacts as required by NEPA, including:

- BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon;
- BLM failed to consider impacts on human health and should have performed a comprehensive health impact assessment ("HIA");
- BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis;
- BLM failed to consult with the Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife.
- BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts

The economy, the health of the residents and visitors and the future of this valley require all to step back and reconsider any steps forward with the Draft RMP. I see too many problems and not enough safe, considered analyses or well thought out plans to protect the valley for future generations.

Therefore, I demand that the BLM issue a moratorium on all oil and gas leasing and hydraulic fracturing.

With regards,

*Sara H Sharer*
202 CLARK AVE.
PAONIA, CO 81478
SARA H. SHARER

Cc: M. Bennet, J. Hickenlooper, S. Jewell, N. Kornze, R. Welch

Dear Joe Meyer,

I oppose all options included in the Draft RMP. The damage caused by hydraulic fracturing and how it spreads its toxins through the air, soil and water to impact every living being must be considered by all of us. I have so many concerns. Where do I begin! The more I learn-- I find too many gaps in the Draft RMP which opens the valley and all of us to many hazards.

The BLM did not take a hard look at direct, indirect, and cumulative impacts as required by NEPA, including:

- BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon;
- BLM failed to consider impacts on human health and should have performed a comprehensive health impact assessment ("HIA");
- BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis;
- BLM failed to consult with the Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife.
- BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts

The economy, the health of the residents and visitors and the future of this valley require all to step back and reconsider any steps forward with the Draft RMP. I see too many problems and not enough safe, considered analyses or well thought out plans to protect the valley for future generations.

Therefore, I demand that the BLM issue a moratorium on all oil and gas leasing and hydraulic fracturing.

With regards,

Prima Merry
110 Clark Avenue
Paonia, CO 81428

Cc: M. Bennet, J. Hickenlooper, S. Jewell, N. Kornze, R. Welch

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Chris Faulson
P Box 1586
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dear Joe Meyer,

I oppose all options included in the Draft RMP. The damage caused by hydraulic fracturing and how it spreads its toxins through the air, soil and water to impact every living being must be considered by all of us. I have so many concerns. Where do I begin! The more I learn-- I find too many gaps in the Draft RMP which opens the valley and all of us to many hazards.

The BLM did not take a hard look at direct, indirect, and cumulative impacts as required by NEPA, including:

- BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon;
- BLM failed to consider impacts on human health and should have performed a comprehensive health impact assessment ("HIA");
- BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis;
- BLM failed to consult with the Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife.
- BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts

The economy, the health of the residents and visitors and the future of this valley require all to step back and reconsider any steps forward with the Draft RMP. I see too many problems and not enough safe, considered analyses or well thought out plans to protect the valley for future generations.

Therefore, I demand that the BLM issue a moratorium on all oil and gas leasing and hydraulic fracturing.

With regards,

Joe W. Htles
4359 County Rd 10
Gunnison CO 81230

Cc: M. Bennet, J. Hickenlooper, S. Jewell, N. Kornze, R. Welch

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Collin Scherba
Po Box 491
Paonia Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

*Kimberly Carter*
792 hwy 133
Paonia Co 81428

Kimberly Carter

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
-   truck transportation of water, fluids and sand
-   casing, drilling and hydraulic fracturing
-   flaring and condensate tank flaring
-   the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
-   glycol dehydration to separate wet oil or water out of the natural gas stream
-   gas pipelines
-   compressor stations and the consequent venting of methane
-   natural gas processing plants
-   the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
-   pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Sally Sheneberger
PO Box 1774
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Anna Schwinger
11380 Hwy 133
Carbondale, Co
        81623

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Rizza ~Amor Vapidoc
15519 Dalmond Ave
Norwalk, CA 90650

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Cassandra Shenk

9264 3200 Rd
Hotchkiss CO 81419

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Dona M Willoughby
DONA M. Willoughby
221 Minnesota Ave
Paonia, Co    81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Melinda Burkaski
42814 Hidden Valley
Paonia, CO
81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely, *Ayana Pedrick*

Ayana Pedrick

216 N. Fork Ave
Paonia Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147850

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Seth Weber

P.O. Box 461
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Ryan Sylvester
9-24-2016

2512 G 3/8 RD
Grand Junction, CO
81505

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147852

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Jacqueline Koehler
Jacqueline Koehler
32 Pan American
Paonia, Co. 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely, Toni Quinn

Toni Quinn
563 Stahl rd
Paonia, CO
81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Susan Friar
PO Box 1314
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely, Mike Southwick

MiKe Southwick
201 Main Ave
Paonia, CO
81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

*Lily Stedman* / Lily Stedman
750 Cedar St, Whitefish, MT, 59937

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147857

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Kael Frank
PO BOX 1731
Paonia CO, 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Jennifer Sanborn
36682 Back River Rd.
Paonia CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147859

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

JEFF SKEELS
3975 CLEAR FORK RD.
CRAWFORD, CO
81415

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Nick Carpenter
40881 Hwy 133
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Sincerely,

Kurt J. Trede
15 s 8th street Apt A.
Carbondale Co
81623

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Scott Bean
3201 S. Bellaire St.
Denver, CO
80222

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

55 - 056 88P

To The BLM,

I am writing to present my objections to the draft RMP for the Nork Fork Valley. In their plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand
- casing, drilling and hydraulic fracturing
- flaring and condensate tank flaring
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process
- glycol dehydration to separate wet oil or water out of the natural gas stream
- gas pipelines
- compressor stations and the consequent venting of methane
- natural gas processing plants
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide

Regards,

Art Wisehart
39509 Pitkin Rd
Paonia CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147864

Dana Wilson and Barb Sharrow,

I am a Colorado resident who values the quality organic produce, the pristine wild lands and backcountry experiences, which I enjoy while visiting Paonia and the surrounding areas.

Preserving our national treasures of beautiful mountains, wild flowers, clear flowing waters, and fresh air is a responsibility that we share as citizens, businesses, industry and government.

Let's work together to create great alternatives.

Please ban fracking in the Public Lands in The North Fork Valley and throughout Colorado.

Did you Know:

Fracking is banned in New York, Vermont
Moratorium on fracking in Maryland
Countries that have fully banned fracking:
        Germany, Bulgaria, France, Scotland

Isn't there obviously an issue if states and countries are banning this activity?

Please consider all possibilities before deciding that hydraulic fracturing is something that should be done to our land. Be conservative with our resources, as that is the right thing to do.

At bare minimum, please choose Alternative B1 and all other reasonable conservation protections in Alternative B.

Regards,

Elizabeth Viall
Elizabeth Viall
1020 Co. Ave.
Carbondale, CO 81623

Cc: S. Jewell, N. Kornze, R. Welch, B. Sharrow, D. Wilson, M. Roeber, M. Bennet

Dana Wilson and Barb Sharrow,

I am a Colorado resident who values the quality organic produce, the pristine wild lands and backcountry experiences, which I enjoy while visiting Paonia and the surrounding areas.

Preserving our national treasures of beautiful mountains, wild flowers, clear flowing waters, and fresh air is a responsibility that we share as citizens, businesses, industry and government.

Let's work together to create great alternatives.

Please ban fracking in the Public Lands in The North Fork Valley and throughout Colorado.

Did you Know:

Fracking is banned in New York, Vermont
Moratorium on fracking in Maryland
Countries that have fully banned fracking:
    Germany, Bulgaria, France, Scotland

Isn't there obviously an issue if states and countries are banning this activity?

Please consider all possibilities before deciding that hydraulic fracturing is something that should be done to our land. Be conservative with our resources, as that is the right thing to do.

At bare minimum, please choose Alternative B1 and all other reasonable conservation protections in Alternative B.

Regards,

*John Sullivan*

JOHN SULLIVAN
949 SANTA CIARA AL
GRAND JICT. Co.
MRSA CTY

Cc: S. Jewell, N. Kornze, R. Welch, B. Sharrow, D. Wilson, M. Roeber, M. Bennet

Dear BLM stewards of Public Lands,

I am a Colorado resident who values the quality organic produce, the pristine wild lands and backcountry experiences, which I enjoy while visiting Paonia and the surrounding areas.

Preserving our national treasures of beautiful mountains, wild flowers, clear flowing waters, and fresh air is a responsibility that we share as citizens, businesses, industry and government.

Let's work together to create great alternatives.

Please ban fracking in the Public Lands in The North Fork Valley and throughout Colorado.

Did you Know:

Fracking is banned in New York, Vermont
Moratorium on fracking in Maryland
Countries that have fully banned fracking:
       Germany, Bulgaria, France, Scotland

Isn't there obviously an issue if states and countries are banning this activity? Please consider this.

At minimum, adopt The North Fork Alternative B1.

We have a variety of resources in our natural environment. Let BLM pioneer and development safe, effective, and sustainable energy sources. The North Fork Valley is fortunate to have Solar Energy International. There is possibility for great collaborations and solutions for the future.

Please consider the possibilities and be conservative with our resources.

Regards,

50 North Ridge Court
Battlement Mesa 81635

Cc: S. Jewell, N. Kornze, R. Welch, B. Sharrow, D. Wilson, M. Roeber, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


To Whom It May Concern:


I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.


Sincerely,

LISA GANORA
1303 VESTA CIRCLE
LAFAYETTE CO 80026
(New other of a farm in Paonia)


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet