Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


To Whom It May Concern:


I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.


Sincerely,

Mitchel Willis Peterson

928 2nd Ave
Longmont, CO, 80501


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Erin Jameson
39508 Pitkin Rd
Paonia, CO  81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Elisabeth Detchaunty
PO BOX 1658
Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Michael Soule
39102 Pithin Rd
Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


To Whom It May Concern:


I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.


Sincerely,

Lyn R. Romero
413 Sumner St.
Longmont, CO 80501

Soon to be helping & run
Fresh & Wyld Farm
Paonia, CO

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

daphne salone
daphne salone
414 price rd
paonia co 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely, *Carolyn Taylor*
Carolyn Taylor
4993 Minnesota Ck. Rd.
Paonia, Co 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


To Whom It May Concern:


I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.


Sincerely,

Hortense Plummer
PO Box 1684
Paonia CO 81428


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

John G. Busscher
632 N, Thomas Rd.
Carbondale, CO.
81623

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,   Sid Lewis
Sid Lewis,
5103 75st Paonia, Co 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,   Joe Thinnes

JOE THINNES
13645 4100 RD
PAONIA, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Sherrion Taylor
PO Box 1056
510 3rd ST
Paonia, Co. 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Peter C. Heck
P.O. Box 451
284 Delta Ave
Paonia, CO
81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Allen R. Freeman
716 W. Gunnison
Woodland Park, CO 80863

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,    Joy Kuhlman       Joy Kuhlman
                                  41650 Minnesota Creek Rd
                                  Paonia.

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Jessica Knudsen
320 E. Elizabeth St.
Fort Collins, CO 80524

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Lenore J Cambria

Lenore J Cambria
509 Cedar Dr.
Hotchkiss CO 81419

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


To Whom It May Concern:


I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.


Sincerely, Clinton Terhune
15466 Black Bridge Rd
Paonia, Co 81420


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


To Whom It May Concern:


I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.




Sincerely,

Autumn Rubal

7271 Avrum
Denver, CO 80221




Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0147887

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom it May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Richard E Lax
RICHARD E. LAX
634 CHIPETA AVE
G.J., CO 81501

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


To Whom It May Concern:


I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.




Sincerely,

Amanda McCormick

Amanda McCormick
42764 Minnesota Creek Rd
Paonia, CO 81428




Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


To Whom it May Concern:


I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.


Sincerely, *Carol L. Nudell*
*Carol L. Nudell*
*22111 Oatman Rd*
*Eckert, UT 81418*


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


To Whom It May Concern:


I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.


Sincerely,

Cindy Jones
13490 Rugged Mtn Dr.
81428


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

i was shocked when I learned that the RMP lacked a pipeline safety assessment,
as the BLM is a very professional and well-rounded governmental agency, but
this is simply outright negligence. The fact that the BLM did not conduct a
comprehensive environmental risk assessment on pipeline safety is enough to
call for a moratorium on all oil and gas leasing in the North Fork area. For both
moral and liability reasons, it is necessary that the BLM issue this moratorium.
The risks associated with the pipelines are too great to move forward at this
point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas
gathering pipelines are regulated to prevent leaks, spills and explosions and give
we the public confidence that a web of gas gathering pipelines on BLM leases
will not endanger campsites, risk forest fires, damage the environment, risk
human and animal life, and other economic and environmental risks not
considered by the BLM.

Sincerely,

Carolyn Ringo
PO Box 1521
Paonia, co 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,     Sid Lewis
Sid Lewis
5103 3st Paonia, Co 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Arthur Wisehart
39508 Pitkin RD
Paonia CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0147894

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,   *Joy Kuhlman*   Joy Kuhlman
41650 Minnesota Creek Rd
Paonia

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401

To Whom It May Concern:

I was shocked when I learned that the RMP lacked a pipeline safety assessment, as the BLM is a very professional and well-rounded governmental agency, but this is simply outright negligence. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Carolyn Ringo
PO Box 1524
Phonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0147896

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

KEN BUTCHER

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

40750 GERMAN Creek DR PAONIA CO 81428

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Kaleb Griffin        227 Fir Crawford, CO, 81415

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Kaleb Griffin                227 Fir Crawford, CO, 81415

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you, *Patricia Weller*
*Patricia Weller*
*PO Box 595 Paonia CO 81428*

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Craig Clark
15878 Black Bridge Rd
Paonia Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

ONENESS LOVES
P.O. BOX 325
Hotchkiss, Co 81419

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
   A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

SCOTT RESTIVO    565 LORI DR UNIT 71, BONICIA, CA 94510

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D.  the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E.  glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F.  gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G.  compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H.  natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I.  the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J.  pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Emily Carrejo
Emily Carrejo

1003 mineral way unit 2
Socorro NM 87801

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Water spill

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
  A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

MICK SMITH

274 7750 Rd.
CRAWFORD, CO 81415

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147905

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

MATTHEW HARRIS          107 Meadowbrook CT. PAONIA, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147906

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Susan Friar

Susan Friar
P O B 1 3 1 7
8 1 4 2 X

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Bryant Clearwater  P.O. Box 246 81428
Paonia, CO

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147908

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Rosemary Bilchak
410 Duke Hill Rd
Hotchkiss, CO 81419

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Heather Sakai
PO Box 7
Crawford, CO 81415

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
  A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

LANCE BUTCHER
9920 W. CAMELBACK RD.
PHOENIX, AZ 85037

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

LAUREL GRIFFIN
PO BOX 613
PAONIA, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0147912

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,
MIKE MCCARNEY      PO Box 1626
                   Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0147913

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Bolis

Rosemary Ranch

6670.3400 Rd
Hotchkiss 8149.

BLM_0147914

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
   A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Mary Stahl
MARY STAHL
38350 Fruitland Mesa Rd
Crawford, CO 81415

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147915

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Susan Joyce Schrieber
1523 1st Street
Paonia CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,   Amy DeLuca

AMY DELUCA
PO BX 304
PAONIA CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0147917

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,   Kate Linehan
P. O. Box 1813 Paonia CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,   Chelsea Webber
                        677 Overlin DR. GWS, 81601 Chelsea Webber

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Jeri Rodgers
PO Box 421
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0147920

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Lauren E. Yust

459 N. 8th St.
Carbondale, CO
81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Peter Robinson   2 Chair Mountain Drive
Redstone, CO 81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Jessica Adams

Jessica Adams
491 South Second Street
Carbondale, CO 81623

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Meg O'Shaughnessy
4/6/21 Reds Rd
Paonia CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0147924

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
  A.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  B.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  C.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  D.  the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  E.  glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  F.  gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  G.  compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  H.  natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  I.  the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  J.  pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

14050 Hillcrest Dr.
Paonia, Co 81428

Jack R. Chambers

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147925

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

James Celmmer

PO Box 1446
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Helen Goldberg, MD

Helen Goldberg MD
12181 Crane Lane
Austin Co 81410

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource
Management Plan. In the Draft Resource Management Plan, the BLM does not address
the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and
hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous
operations or accidents, and their impact on the respiratory, nervous, digestive, immune,
reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and
  particulate matter on the respiratory, nervous, digestive, immune, reproductive, and
  cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen
  oxide, hydrogen sulfide and particulate matter on the respiratory, nervous,
  digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen
  oxide and particulate matter on the respiratory, nervous, digestive, immune,
  reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other
  chemicals and water used in the hydraulic fracturing process and the impact of the
  VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune,
  reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and
  the impact of VOCs, particulate matter, methane and hydrogen sulfide on the
  respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the
  respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of
  VOCs and particulate matter on the respiratory, nervous, digestive, immune,
  reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane,
  and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive,
  and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission
  in pipelines and the impact on the respiratory, nervous, digestive, immune,
  reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide
  and impact the respiratory, nervous, digestive, immune, reproductive, and
  cardiovascular systems

Sincerely,

Arlyn Alberice

35003 Hanson Mesa Rd
Hotchkiss CO 81419

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

*(Ashley Weber)*

39667 Panorama Rd. Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

ROBERT A. ANDREWS
P.O. 1498 CARBONDALE CO. 81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,    James Gorman
1531 hwl 133 Carbondale CO 81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Laurie Loeb
318 Garfield Ave
Carbondale, CO  81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are reieased, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Anna Edgerly
1765 Snowmass Ck Rd Snowmass Co 81654

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Vivian Shepardson
Vivian Shepardson
2/00 Faulkner Socorro NM 87801

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

DON HUBER
PO BOX 581
PAONIA, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Donna Faulkner (Donna Faulkner)
2741 7750 RD
Crawford, CO 81415

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Amanda McCormick

Amanda McCormick
42764 Minnesota Creek Rd
Paonia CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

JACOB MINTER

WATERBURY CTR, VT
05677

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,  Diane Strassberg
850 O'Neal Circle H10
Boulder, Co 80301

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,   Lenor Brodhead

14615 peony

Paonia CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Monica Zarley

Monica Zarley

222 Box Elder
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

KIRSTEN DOTZLER

38618 Fruitland Mesa Rd
Crawford CO 81415

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Dona M Willoughly
DONA M. Willoughby

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

221 Minnesota Av
Paonia, CO   81428

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you, Akajeet Khalsa

329 Cleveland Place
Carbondale, CO 81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

DEBORAH KNIGHT
Deborah Knight
2031 West Kiowa Street
Colordo Springs Co 80904

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147945

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.   Lucas Pulver          545 S 2nd St.

Thank you,    Lucas Pulver      Carbondale, CO, 81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0147946

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Tobyn Britt 968 Main St Carbondale, CO

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0147947

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Michael McCarney

PO Box 1626
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

8257 Tyler Ct
Grd Jct Co 81503

Faith Taylor
FAITH TAYLOR

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

TONY TAYLOR
1205 Gunnivison Ave GJ, CO 8501

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D.  the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E.  glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F.  gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G.  compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H.  natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I.  the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J.  pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Sharon Popish Butcher
Sharon Popish Butcher
46750 German Creek Dr. Paonia, Co   8/4/28

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147950

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,   CATHY DESAUTELS  2728 GRACELAND DR
CARBONDALE, CO 81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Cassidy Lehrman
PO BOX 1446
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D.  the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E.  glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F.  gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G.  compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H.  natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I.  the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J.  pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Christy Toohey   750 Cedar St. Whitefish, MT.

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

MATTHEW HARRIS        107 Meadowbrook CT. PAONIA, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Jorg Wehrmacher
PO 119
Crawford CO 81415

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,    Patrick Cody Lee    111 Sopris Ave.
                                   Carbondale, CO 81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Oliver Priest

Oliver Priest    557 2nd St. Carbandale CO.

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,   Anna Arley          1866 Hwy 133
                                  Carbondale Co
                                            81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

56 – 112

002

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Betsy Cullen
PO Box 1446
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,   *Elizabeth Quist*
ELIZABETH QUIST
PO Box 811
Hotchkiss, CO 81419

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

37767 Polson Rd
Crawford, CO 81415          Sue Morton.

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Robert Orlando
PO Box 628
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

James Uehromacher
3720 3750 Rd. Crawford Co 81415

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0147963

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Helengoldberg MD
121 81 Crane Lane
Austin CO 81410

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,     Peter Allsup   1111 2nd St. Paonia, CO
                          Peter Allsup

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0147965

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

dea Million
9260 3100 Rd., Hotchkies CO 81419    612-644-1162

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
A.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
B.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
C.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
D.  the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
E.  glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
F.  gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
G.  compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
H.  natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
I.  the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
J.  pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Julie Chambers

14050 Hillcrest dr.
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147967

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Lily Stedman   Lily Stedman
750 Cedar St, Whitefish MT, 59937

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147968

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Ernie Priest

Ernie Priest   P.O. Box 311 Carbondale Co 81623

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147969

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

KIRSTEN DOTZLER

38618 fruitland Mesa
Crawford CO 8141

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
  A.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  B.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  C.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  D.  the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  E.  glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  F.  gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  G.  compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  H.  natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  I.  the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
  J.  pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Peter Coffan
418 wright st #305
Lakewood, CO 80228

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
   A.  truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   B.  casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   C.  flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   D.  the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   E.  glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   F.  gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   G.  compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   H.  natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   I.  the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   J.  pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

*Michael L. Heaton*

Michael L. Heaton  1221 2ND St.
P.D. Box 482                    Paonia
Paonia Co. 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

Toni Gabriel
M Crowl
3677 Crow Canyon Terrace
San Ramon CA 94582

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,   R. ast    Rose Costello.

Rose Costello  1978 Hardly rd. Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0147974

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely, Barbara Rose Balock
Barbara Rose Balock
940 North Fork Ave
PAONIA CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147975

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

David Snider
44 Clark Avenue.
Paonia, CO 81428

Sincerely,

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Deirdre Daly
1073 Stagecoach Trail   Lyons, CO 80540

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Phylli Swackhamer
PO Box 1291
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,   Peter Allsup   1111 2nd St. Paonia, CO

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Rosemary Bilchak
410 Duke Hill Rd
Hotchkiss, CO 81419

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Bryant Clearwater  P.O. Box 246  81428
Paonia, CO

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

ANDREW OLTMANS
PO BOX 7
CRAWFORD, CO 81415

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,   Jesse, Cline
677 Overlin Dr. GWS CO 81601

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Lucy Perntz

276 N. 10th St Carbondale CO 81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0147984

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs),
particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or
spilled as a result of drilling, continuous operations or accidents, and their impact on the
respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:
1. truck transportation of water, fluids and sand and the impact of VOCs and particulate
   matter on the respiratory, nervous, digestive, immune, reproductive, and
   cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide,
   hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune,
   reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide
   and particulate matter on the respiratory, nervous, digestive, immune, reproductive,
   and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other
   chemicals and water used in the hydraulic fracturing process and the impact of the
   VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune,
   reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the
   impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory,
   nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory,
   nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs
   and particulate matter on the respiratory, nervous, digestive, immune, reproductive,
   and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and
   nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and
   cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in
   pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive,
   and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and
    impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular
    systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas
leasing.

Thank you,
Barbara Adams          1142 Vita's Way, Carbondale, CO 81623

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Stephen L. Horn    76 S. 2nd St

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

Carbondale, CO
81623

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Stephanie Redmond   202 Evans Rd
                     Basalt CO 81621

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0147987

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Pamela B Griffin
700 Walnut St #312
Boulder, CO 80340

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

BLM_0147988

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds
(VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released,
leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact
on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of
people.

BLM did not analyze or consider:
   A. truck transportation of water, fluids and sand and the impact of VOCs and
      particulate matter on the respiratory, nervous, digestive, immune, reproductive,
      and cardiovascular systems
   B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide,
      hydrogen sulfide and particulate matter on the respiratory, nervous, digestive,
      immune, reproductive, and cardiovascular systems
   C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen
      oxide and particulate matter on the respiratory, nervous, digestive, immune,
      reproductive, and cardiovascular systems
   D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other
      chemicals and water used in the hydraulic fracturing process and the impact of the
      VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune,
      reproductive, and cardiovascular systems
   E. glycol dehydration to separate wet oil or water out of the natural gas stream and
      the impact of VOCs, particulate matter, methane and hydrogen sulfide on the
      respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
   F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory,
      nervous, digestive, immune, reproductive, and cardiovascular systems
   G. compressor stations and the consequent venting of methane and the impact of
      VOCs and particulate matter on the respiratory, nervous, digestive, immune,
      reproductive, and cardiovascular systems
   H. natural gas processing plants and the impact of VOCs, particulate matter, methane,
      and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive,
      and cardiovascular systems
   I. the venting of VOCs and gases from metering stations to monitor gas transmission
      in pipelines and the impact on the respiratory, nervous, digestive, immune,
      reproductive, and cardiovascular systems
   J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide
      and impact the respiratory, nervous, digestive, immune, reproductive, and
      cardiovascular system

Charla Graham
Charla Graham

PO Box 1696
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,   Carolyn Ringo
PO Box 528
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147990

To Whom It May Concern:

BLM Draft Resource Management Plan for Uncompahgre Region

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

1. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
2. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
3. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
4. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
5. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
6. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
7. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
8. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
9. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
10. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Due to the reasons listed above, I strongly urge the BLM to issue a moratorium on all oil and gas leasing.

Thank you,

Jeri Rodgers
PO Box 421
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, G. Jones, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Robert Orlando
PO Box 628
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Julie Chambers
1405D Hillcrest Dr.
Paonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

MARY DiFRANCO

PO BOX 685
PAONIA, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

POB 995
Paonia CO
81428

Skye-Laurel Riggs

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

JOHN C GAVAN

40194 M Road
Paonia, CO 81428
(970) 527-3280

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0147996

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely, Tamara Spano
(Tamara Spano
PO Box 4
Hotchkiss, CO 81419

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Kate Linehan   PO Box 1813
Paonia CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0147998

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

SUSAN FRIAR
POB 1317
81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,   Susan Kaldis
SUSAN KALDIS
38766 Stucker Mesa Rd, Hotchkiss, CO
81419

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Michael McCarney

PO Box 1626
Paonia, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

BLM_0148001