To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Christine A. Gavan

40194 M Road
Paonia, Co 81428-6414
(970) 527-3280

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

BLM_0148002

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

14030 HILLCREST DR
PHONIA, CO 81428

JACK R. CHAMBERS

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Meg O'Shaughnessy
4/1/21 Reds Rd
Paonia CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To the Acting Uncompahgre Field Office Manager –

Re: BLM Draft Resource Management Plan For The North Fork Valley

Nowhere in the Draft RMP does the BLM address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

BLM did not analyze or consider:

A. truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

B. casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

C. flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

D. the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

E. glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

F. gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

G. compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

H. natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogren oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

I. the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

J. pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular system

John Paul KEENAN

214 N forichre
PONIA.

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,

Marle Roberts

Marle Roberts - 16213 Gradge Rd, puonia, Co 81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

Dana Wilson,

Here are my comments regarding the BLM's Uncompahgre Field Office Draft Resource Management Plan. In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider or analyze the following:

- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Sincerely,   Patsy Snider   Patricia Snider
114 Clark Ave   Paonia   CO   81428

Cc: N. Kornze, M. Tupper, M. Nedd, M. Roeber, B. Hovde, J. Polis

56 – 112
001 8pp.

To The Acting UFO Field Manager:

I strongly urge the BLM to issue a moratorium on all oil and gas leasing due to all of the reasons listed below.

In the Draft Resource Management Plan, the BLM does not address the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people.

The BLM did not consider any of the following:
- truck transportation of water, fluids and sand and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- casing, drilling and hydraulic fracturing and the impact of methane, nitrogen oxide, hydrogen sulfide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- flaring and condensate tank flaring and the impact of VOCs, methane, nitrogen oxide and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the use of waste ponds for the storage of flowback fluids, drilling muds, and other chemicals and water used in the hydraulic fracturing process and the impact of the VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- gas pipelines and the impact of VOCs, methane, hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- compressor stations and the consequent venting of methane and the impact of VOCs and particulate matter on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- natural gas processing plants and the impact of VOCs, particulate matter, methane, and nitrogen oxide on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- the venting of VOCs and gases from metering stations to monitor gas transmission in pipelines and the impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems
- pipeline maintenance operations that release VOCs, methane and hydrogen sulfide and impact the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems

Thank you,

Celia Roberts

CELIA ROBERTS
P.O. BOX 5
PAONIA, CO 81428

Cc: N. Kornze, M. Tupper, M. Nedd, D. Wilson, M. Roeber, B. Hovde, J. Polis

To Dana Wilson,

I am a Colorado resident and I am concerned about the health and wellbeing of
the people, wildlife and environment that are effected by hydraulic fracturing.
I am specifically concerned about the North Fork Valley as it is a producer of
organic food for the whole state.

Hydraulic Fracturing has been scientifically linked to a wide variety of human
health issues. Some of these health concerns include:

- Birth defects
- Endocrine disruption
- Respiratory ailments
- Cardio vascular disease
- Immune system function

These are serious ailments that can be prevented by the use of renewable
alternative energy use rather then the polluting gas and oil industry.

I urge you to please take the public health and the environmental health into
consideration and BAN hydraulic fracturing in Colorado.

At minimum adapt the North Fork Alternative B1.

Please protect the people, water, land, air and animals.

Also just stop and ask yourself, what if this was the land outside your home?
What if you or one of your family members was affected by the fracking? There
are at least a hundred or more undisclosed chemicals in the fluid they use and
we don't know the full effects of those fluids. Does that not scare you? Are you
not the least bit concerned how this could affect us in the long term? Please ask
yourself these questions.

Thank you,

Nick Kolach

4 ALDER CREEK CYN.
PLACERVILLE, CO.  81430

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is viewed as one of the best places to live and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. A no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. If that is not possible, then the only option I would consider is Plan B1.

In solidarity,  David Lopez
908 SE 4th Ter

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis , Governor Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Very Truly yours,

Kevin Nelson
1430 Humboldt St. #4
Denver, CO 80218

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Very Truly yours,

Emily K. Myers
Emily K. Myers
2115 Buckeye Dr. Richmond, VA 23228

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?_lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=CjOKEQiwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is viewed as one of the best places to live and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. A no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. If that is not possible, then the only option I would consider is Plan B1.

In solidarity,

*Rose W. East*

P.O. Box 8701
Aspen, Co.  81612

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEIQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3g wGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis , Governor Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Very Truly yours,

Nola Lightheart
Paonia, Co.
81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+stud y/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=CjOKEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3g wGDFmgZYaAix08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

BLM_0148014

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.  The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Very Truly yours,  *Laura Wenner*

*1775 S. Vancouver Ct*
*Lakewood, CO 80214*

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAIx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

I am fortunate to live in the North Fork valley which has the most wonderful produce, wines, valued added fruit and vegetables and is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. I feel it is irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered as we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals .

I want to protect our healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.  The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Thank you.

Sincerely yours,

*Gregg A Canfield*  8-1-16

211 1/2 Niagara   Paonia Co  81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3qwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

Colorado is one of the best states to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. Delta County is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neuroiogical diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to protect our healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Thank you.

With appreciation,

Paul Valentine
013 2 ELK Range DT. 8635
Carbondale CO.

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linke d+fracking+study/11814809/story.html?_lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3O B8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is viewed as one of the best places to live and to purchase wonderful produce, wines, valued added fruit and vegetable products.  It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. A no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. If that is not possible, then the only option I would consider is Plan B1.

In solidarity,

JoAnne Sandoval   10058 Carson Wy  CommCity, Co 80022

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?  lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis , Governor Hickenlooper

BLM_0148018

Director Neil Kornze:

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Very Truly yours,

Patty O'Brien
104 S. French St
Breckenridge, Co 80424

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

I am fortunate to live in the North Fork valley which has the most wonderful produce, wines, valued added fruit and vegetables and is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. I feel it is irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered as we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals .

I want to protect our healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Thank you.

Sincerely yours,

ERICK INGRAHAM
118 MEADOWBROOK CT.
PAONIA, CO  81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?_lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

I am fortunate to live in the North Fork valley which has the most wonderful produce, wines, valued added fruit and vegetables and is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. I feel it is irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered as we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals .

I want to protect our healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Thank you.

Sincerely yours,

Kate Hedley
42401 Piburn Flats Rd. Crawford, CO 81415

http://www.vancouversun.com/technology/cent+selsmic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJqseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3qwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

2016 AUG 25 PM 12:54
CO STATE OFFICE
BLM-UFO

Dear Barb Sharrow, Dana Wilson, Gina Jones,

I am fortunate to live in the North Fork valley which has the most wonderful produce, wines, valued added fruit and vegetables and is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wildemess.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. I feel it is irresponsible to increase fracking due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered as we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals .

I want to protect our healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.  The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Thank you.

Sincerely yours,

Deb Bamesberger   16 Phillips Hillside
Snowmass CO 81654

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3qwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products.  It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections.  We cannot risk damaging our environment and the lives of our precious children.  And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

EMILY HARTNETT        Street   41474 REDS RD

City, State ,Zip   PAONIA , CO  81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

Chris Garrolts

Street  15466  Black Bridge Rd

City, State ,Zip  Paonia  Co  31428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

BLM_0148024

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is viewed as one of the best places to live and to purchase wonderful produce, wines, valued added fruit and vegetable products.  It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. A no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. If that is not possible, then the only option I would consider is Plan B1.

In solidarity,    David Lopez
906 SE 9th Terr

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis , Governor Hickenlooper

BLM_0148025

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

John Hutchison         Street __35533  Bone Mesa Rd__
                       City, State ,Zip __Paonia, Co  81428__


http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

BLM_0148026

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

*[signature]*

Street _9718 3260 Rd_

City, State ,Zip _Hotchkiss Co._

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

*Laura Reming*
Laura Reming

Street____P. O. Box  1717_____

City, State ,Zip____Paonia, C O    81428____

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

BLM_0148028

Dear Barb Sharrow, Dana Wilson, Gina Jones,

Colorado is one of the best states to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. Delta County is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to protect our healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Thank you.

With appreciation,

Brenden Petersen
262 Midland Point Rd
Carbondale CO 81623

970-510-0510
brendodendd@gmail.com

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3QB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

BLM_0148029

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The Western Slope is seen as one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products.  It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.  The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Sincerely,

Juliet Koss
908 Blake St
Glenwood Springs, CO 81601

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polls, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products.  It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.  The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Very Truly yours,

Carol Schott
42229  Lamborn Mesa Rd
Paonia, Co  81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+stud
y/11814809/story.html?   lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-
california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-
worried?gclid=CjOKEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3g
wGDFmgZYaAlx08P8HAQ

BLM_0148031

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Very Truly yours,

Kevin Nelson
1430 Humboldt St. #4
Denver, CO 80218

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

BLM_0148032

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Very Truly yours,

Dixon Maderos
5665 NE. Sandycrest Ter. #3
Portland, OR 97213

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?_lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=CjOKEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3QB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Very Truly yours,

*Susan a. Housel*
*30619 Hwy 92*
*Hotchkiss, CO 81419*

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?   lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=CjOKEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQ3gwGDFmgZYaAix08P8HAQ

Dear Barb Sharrow, Dana Wilson, Gina Jones,

Colorado is one of the best states to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. Delta County is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to protect our healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Thank you.

With appreciation,

Jane Wilch

786 Colorado Ave, Carbondale, CO

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

BLM_0148035

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The North Fork Valley is viewed as one of the best places to live and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. A no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. ~~If that is not possible, then the only option I would consider is Plan B1.~~

In solidarity,

Christine Strom
2203 Blake Ave
GWS   CO   81601

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?   lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=CjOKEQiwztG8BRCJgseTvZLctr8BEIQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAIx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis , Governor Hickenlooper

2016 AUG 25   PM 12:48
CO STATE DIRECTORS OFFICE

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections.  We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

Shari Dangremond
Shari Dangremond     Street  215 Poplar  P.O. Box 1266

                     City, State ,Zip  Paonia CO 81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

BLM_0148037

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

Sarah Sadler          Street 41659 Red Roads

City, State ,Zip   Paonia, Colorado 81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+st udy/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7w Qf3gwGDFmgZYaAIx08P8HAQ

BLM_0148038

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products.  It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections.  We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,   Marjorie True

Street   12770 Roeber Rd

City, State ,Zip   Paonia   CO   81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?_lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAIx08P8HAQ

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

John C Carrier

Street _PO Box 1533_

City, State ,Zip _Paonia CO 81428_

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

*Evan Laurie*

Street _1421 E Superior St_

City, State ,Zip _Duluth  MN  55816_

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+st udy/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7w Qf3gwGDFmgZYaAlx08P8HAQ

BLM_0148041

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

Nicholas Nault

Street 217 fir ave.
City, State ,Zip Crawford, CO 81415

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

BLM_0148042

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,                                    JEREMY MAXWELL

Street  2805 NE. 62ND Ave

City, State ,Zip  PORTLAND OR 97213

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

BLM_0148043

Dear Barb Sharrow, Dana Wilson, Gina Jones,

The Western Slope is seen as one of the best places to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to maintain a healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Sincerely,

0142 Deer Run
Carbondale CO 81623

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?_lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=CjOKEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

BLM_0148044

Dear Barb Sharrow, Dana Wilson, Gina Jones,

Colorado is one of the best states to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. Delta County is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to protect our healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Thank you.

With appreciation,

37533 Bone Mesa Rd
Paonia , Co 81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html? lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow, Dana Wilson, Gina Jones,

Colorado is one of the best states to live, visit and to purchase wonderful produce, wines, valued added fruit and vegetable products. Delta County is also celebrated by many as a great place to bicycle, hike, hunt, camp, and enjoy the water ways.

What if with the increase of 146 natural gas wells, we, too start experiencing earthquakes, increased health risks, such as asthma and neurological diseases? As noted in the two articles below, the consequences of hydraulic fracturing are costing the communities unexpected expense and dollars and lives.

As mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process.

I want to protect our healthy environment for all recreational activities and one in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. The BLM should offer a no lease option with no increase in fracking, but if that is not possible, then the only option I would consider is Plan B1.

Thank you.

With appreciation,

Sherina Taylor – S. Taylor
510 3rd ST.
PAONIA, CO. 81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?   lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAIx08P8HAQ

Cc: Sally Jewell, Ruth Welch, Neil Kormze, Sen. Michael Bennet, Sen Cory Gardner, Rep. Jared Polis, Scott Tipton, Gov. Hickenlooper

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

Chris Garselts

Street  15466 Black Bridge Rd

City, State ,Zip  Paonia Co 31428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+st
udy/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-
california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-
worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7w
Qf3gwGDFmgZYaAlx08P8HAQ

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,
Evan Laurie

Street _1421 E Superior St_

City, State ,Zip _Duluth  MN  55816_

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAIx08P8HAQ

BLM_0148048

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

John C Carrier

Street _PO Bx 1533_

City, State ,Zip _Paonia CO 81428_

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?_lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

BLM_0148049

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections.  We cannot risk damaging our environment and the lives of our precious children.  And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,   *Margie True*

Street   *12770 Roeber Rd*

City, State ,Zip   *Paonia CO 81428*

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

BLM_0148050

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products.  It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections.  We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

EMILY HARTNETT          Street   41474 REDS RD

                        City, State ,Zip   PAONIA , CO   81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

Dear Barb Sharrow,

The North Fork Valley is considered one of the healthiest places to live and offers wonderful produce, wines, valued added fruit and vegetable products. It is also celebrated by many as a great place for bicycling, hiking, hunting, camping and enjoying the water ways. Looking at the BLM's Draft Resource Management Plan, why did the BLM not conduct a human health impact assessment?

With an increase in oil and gas wells in the North Fork Valley, will we, too start experiencing ill health from asthma and neurological diseases due to methane and the undisclosed fracking chemicals as they are spilled or leak into our ground water? As noted in the two articles below, the consequences of hydraulic fracturing are costing communities unexpected expense and lives.

It was mentioned in the wilderness.org article , "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also noted as a problem related to fracking.

I cannot condone any increase in natural gas wells in the sensitive watershed of the upper North Fork area totaling an estimated 30,000 acres without environmental oversight, public input and regular safety inspections. We cannot risk damaging our environment and the lives of our precious children. And our precious water is a most valuable and limited resource with all of it needed by farms, ranches and the local population and not enough for hydraulic fracturing.

The BLM's RMP needs to include a no lease option which is the only way we can protect this unique valley and preserve the health and livelihood of the residents and all who benefit from the abundance grown and raised here.

Sincerely,

Shari Dangremond

Shari Dangremond          Street  215 Poplar   P.O. Box 1266

                          City, State ,Zip  Paonia  CO  81428

http://www.vancouversun.com/technology/cent+seismic+activity+alberta+region+linked+fracking+study/11814809/story.html?__lsa=c720-3828

http://www.nytimes.com/2016/03/29/us/earthquake-risk-in-oklahoma-and-kansas-comparable-to-california.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=Cj0KEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlx08P8HAQ

BLM_0148052

To the BLM,

In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Note the following excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go to protect our community.

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered.

A couple of my many concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds and other chemicals and water used in the fracking process and the impact of VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.

We do not have surplus water in the valley. Farmers, ranchers and all residents need clean water. After drilling, the water would be filled with toxins and not safe for agriculture, livestock or humans. Fracking would destroy our economy.

Why is the impact on human health not a priority in the BLM's Draft RMP? I cannot accept any options in the Draft RMP and demand that the BLM issue a moratorium.

Yours truly, Lena Birk

4/391 omega rd
Paonia, CO 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: R. Welch, N. Kornze, M. Bennet, Gov. J. Hickenlooper, S. Jewell

BLM_0148053

To the BLM,

In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Note the following excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go to protect our community.

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered.

A couple of my many concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds and other chemicals and water used in the fracking process and the impact of VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.

We do not have surplus water in the valley. Farmers, ranchers and all residents need clean water. After drilling, the water would be filled with toxins and not safe for agriculture, livestock or humans. Fracking would destroy our economy.

Why is the impact on human health not a priority in the BLM's Draft RMP? I cannot accept any options in the Draft RMP and demand that the BLM issue a moratorium.

Yours truly,

*Hope E Blucher*
14737 Bethlehem Road
Paonia, CO 81428
http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: R. Welch, N. Kornze, M. Bennet, Gov. J. Hickenlooper, S. Jewell

BLM_0148054

To the BLM,

In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Note the following excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go to protect our community.

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered.

A couple of my many concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds and other chemicals and water used in the fracking process and the impact of VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.

We do not have surplus water in the valley. Farmers, ranchers and all residents need clean water. After drilling, the water would be filled with toxins and not safe for agriculture, livestock or humans. Fracking would destroy our economy.

Why is the impact on human health not a priority in the BLM's Draft RMP? I cannot accept any options in the Draft RMP and demand that the BLM issue a moratorium.

Yours truly,

Robert Orlando

PO Box 628
Paonia, Co 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: R. Welch, N. Kornze, M. Bennet, Gov. J. Hickenlooper, S. Jewell

BLM_0148055

To the BLM,

In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Note the following excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go to protect our community.

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered.

A couple of my many concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds and other chemicals and water used in the fracking process and the impact of VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.

We do not have surplus water in the valley. Farmers, ranchers and all residents need clean water. After drilling, the water would be filled with toxins and not safe for agriculture, livestock or humans. Fracking would destroy our economy.

Why is the impact on human health not a priority in the BLM's Draft RMP? I cannot accept any options in the Draft RMP and demand that the BLM issue a moratorium.

Yours truly,

Judd Kleinman
47 Pan American Ave
Paonia, Co 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: R. Welch, N. Kornze, M. Bennet, Gov. J. Hickenlooper, S. Jewell

BLM_0148056

To the BLM,

In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Those of us who live, work or recreate in the North Fork Valley would have to live with the toxins in the air, water and soil and our bodies from hydraulic fracturing if the BLM's draft RMP is approved. Note the excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go to protect our community.

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people are not addressed in the BLM's Draft RMP.

Why is the impact on human health not a priority in the BLM's Draft RMP? Since it is not, I cannot accept any options the Draft RMP and request that the BLM issue a moratorium.

Yours truly,

SUSAN FRIAR
PUB 1317
Pavonia, Co 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: R. Welch, N. Kornze, M. Bennet, Gov. J. Hickenlooper, S. Jewell

To the BLM,

In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Those of us who live, work or recreate in the North Fork Valley would have to live with the toxins in the air, water and soil and our bodies from hydraulic fracturing if the BLM's draft RMP is approved. Note the excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go to protect our community.

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

 As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered. While only a few wells may be drilled at first under the BLM's Draft RMP, each additional well adds to the impact on the environment.

The  many potential toxic emissions such as the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked or spilled as a result of drilling, continuous operations or accidents, and their impact on the respiratory, nervous, digestive, immune, reproductive, and cardiovascular systems of people are not addressed in the BLM's Draft RMP.

Why is the impact on human health not a priority in the BLM's Draft RMP? Since it is not, I cannot accept any options the Draft RMP and request that the BLM issue a moratorium.

Yours truly,      Lee Overton

LEE OVERTON
11  Meadowbrook ct
Paonia. CO 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: R. Welch, N. Kornze, M. Bennet, Gov. J. Hickenlooper, S. Jewell

51-00788P

To the BLM,

In noting the BLM's lack of studies on the impact to air quality, water quality, soil and the health impact on residents and visitors, I wonder how the BLM can consider moving forward with their RMP. Note the following excerpt from the article at the end of this letter, and be aware that we will oppose the BLM as far as we have to go to protect our community.

"A federal judge this week invalidated the Bureau of Land Management's approval of a drilling program in the Uinta Basin, saying its underlying environmental analysis was insufficient, given the thousands of wells expected to be drilled in the region that can be expected to contribute to the rural region's worsening air quality."

As the judge stated regarding the drilling program in the Uinta Basin in Utah, the cumulative impact has to be considered.

A couple of my many concerns which need to be addressed and analyzed follow:

1. The use of waste ponds for the storage of flow back fluids, drilling muds and other chemicals and water used in the fracking process and the impact of VOCs and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.
2. Glycol dehydration to separate wet oil or water out of the natural gas stream and the impact of VOCs, particulate matter, methane and hydrogen sulfide on the respiratory, nervous, digestive, immune, reproductive and cardiovascular systems.

We do not have surplus water in the valley. Farmers, ranchers and all residents need clean water. After drilling, the water would be filled with toxins and not safe for agriculture, livestock or humans. Fracking would destroy our economy.

Why is the impact on human health not a priority in the BLM's Draft RMP? I cannot accept any options in the Draft RMP and demand that the BLM issue a moratorium.

Yours truly,       Shawn D Larson          608 ORCHARD AVE
                                             PAONIA CO
                                                 81428

http://www.sltrib.com/news/4434868-155/judge-puts-brakes-on-uinta-basin

cc: R. Welch, N. Kornze, M. Bennet, Gov. J. Hickenlooper, S. Jewell

BLM_0148059

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Lindsay Kotowich 327 North Fork Ave
Paonia, CO
81428

Cc: R. Welch, S. Jewell, N. Kornze

BLM_0148060

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

 A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards, & LoVE

P.O. Box 701
DENALI, AK 99755

BLM_0148061

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Jeff Rieks
43904 Minnesota Creek Rd.
Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

BLM_0148062

To Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards,

Christine Frank

address 23 1/2, Alder Cove
Paonia, CO 81428-2019

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

 A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards,

Tori Swift

504 4th St.
Paonia, CO
81428

To Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards,

Annette Pretorius

address 12999 Minerich Rd.
Paonia, CO 81428

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Robin Paz
568 Stahl Rd.
Paonia, Co
81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Anthony Bradley

1240 Main St.
Manson, IA 50563

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

 A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards,

Judith Heideman
11126  3500 Rd
Hotchkiss, Co 81419

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

MARY GEORGE
40820 0 Road
Paonia CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.


Regards,

*Jordan Scheurele*
*John Stein*

PO Box 1372 Paonia CO 81428


Cc: R. Welch, S. Jewell, N. Kornze

BLM_0148070

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Margaret Joyce Vrana
Margaret Joyce Vrana
PO Box 715, Crestone CO 81131

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Gold Espinosa

216 N. Fork Ave, Paonia

LEAVE US ALONE!

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards, Nolan Lightfoot
Nolan Lightfoot

116 Clark Ave.
Paonia Co. 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Arjana Pedricle
Arjana Pedricle
P.O. 216 N. Fork Ave
Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Dane Galloway
107 N 3rd St Paonia 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Tom Fox

P.O. Box 715
Crestone, CO 81131

Cc: R. Welch, S. Jewell, N. Kornze

BLM_0148076

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Carl Johnson
Po Box 563 Paonia Co. 81428
101 N. Fork Ave.

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,   Willow Mannan

Willow Mannan
PO Box 926
PAONIA, CO.
81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. <u>How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?</u>

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards,

*Sharon D Mc Farland*

Sharon D. McFarland
676 Hwy 50
Delta CO 81416

*Joe Myer*

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

*Water is Life*

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

*Eden Clearwater*

P.O. box 328
Paonia CO
81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.


Regards,

Rizza ~Amor Sapile

15519 Dalwood Ave.
Norwalk CA 90650


Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Alexandra Wollum
3223 S Adams Way
Denver, CO 80210

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Jay Canode
223 Dorris Ave
Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Amy Williams
Amy Williams
223 Dorris Ave
Paonia CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Fregil Katana
POB 995
Paonia, CO
   81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Alex Housel
30721 Panorama Road.
Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards,

STACY J. LOWE
12441 MINERICH RD.
PAONIA, CO 81428

BLM_0148087

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. <u>How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing</u>?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards, AnnMarie Gambino
1219 2nd St.
Paonia, CO 81428
17 year resident

To Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

 A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards,

TRICIA STEVESON

address  2690 Maya Way

Montrose Co 81401

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Eric Silverman

225 Colorado Ave

Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards,

Kai Sorensen
Kai Sorensen

12498 3790 Rd  Paonia Colorado
Representing Paonia's Youth
Active Vice President of Paonia High
School Freshman Class Of 2020

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. A no-leasing alternative is the only reasonable option I can consider.

Regards,

Judith Heideman
1126 3500 Rd
Hotchkiss, CO 81419

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

MARY GEORGE
40820 O Road
Paonia CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Rose Costello

1978 Harding rd
Paonia, CO
81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Logan W

Logan Woods-Darby

38501 Pitkin RD

Paonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

ROBIN PAZ
588 STAHL RD.
PAONIA, CO
81428

Cc: R. Welch, S. Jewell, N. Kornze

To Dana Wilson and Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment that needs to be preserved for all. How can the BLM align itself and its mission with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider more drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health and the environment? How can BLM prove that no harm to human health will result from these operations?

A thorough analysis of the human and environmental impact needs to be completed before any leasing options should be considered. The BLM should strongly consider a no-leasing alternative, as that is the only reasonable option at this point in time.

Regards,

Christi Gubser
43904 Minnesota Creek Rd
Pronia, Co 81428

Cc: R. Welch, S. Jewell, N. Kornze

Dear Joe Meyer,

The environment of the North Fork Valley is unique and precious to all of us. We question why the BLM did not consider include pipeline safety, management etc. in the Draft RMP. Here are four ways that pipeline integrity can be compromised: flooding, mudslides, earthquakes and geologic instability. In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water. And what about ruptures and explosions occurring from faulty construction or a compromised pipeline? These were not addressed in the Draft RMP. In the quote from the article at the end of this letter, check out the denial of another hydraulic fracturing project due to lack of analysis of environmental consequences.

A bid for more than one million acres in the Central Valley was denied by a CA judge on September 7th, 2016.

"Judge Michael Fitzgerald found that the BLM failed to consider the dangers of fracking, which is part of the formal application process. Two environmental groups, the Center for Biological Diversity and Los Padres Forest Watch, brought the lawsuit against the BLM.

'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan, when, under the RMP, 25 percent of new wells are expected to use hydraulic fracturing,' Judge Fitzgerald said in his ruling.

'The bureau is therefore obligated to prepare a substantial EIS [Environmental Impact Statement] to analyze the environmental consequences flowing from the use of hydraulic fracturing '."

The continuing impact of fracking causes me to be unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,
Joanne Bronfman

Joanie Bronfman
1731 Beacon St
Brookline, MA 02445

We have a second home in Poonia
398 335 Pitkin Road
If there is fracking
we won't come

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The environment of the North Fork Valley is unique and precious to all of us. We question why the BLM did not consider include pipeline safety, management etc. in the Draft RMP. Here are four ways that pipeline integrity can be compromised: flooding, mudslides, earthquakes and geologic instability. In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water. And what about ruptures and explosions occurring from faulty construction or a compromised pipeline? These were not addressed in the Draft RMP. In the quote from the article at the end of this letter, check out the denial of another hydraulic fracturing project due to lack of analysis of environmental consequences.

A bid for more than one million acres in the Central Valley was denied by a CA judge on September 7th, 2016.

"Judge Michael Fitzgerald found that the BLM failed to consider the dangers of fracking, which is part of the formal application process. Two environmental groups, the Center for Biological Diversity and Los Padres Forest Watch, brought the lawsuit against the BLM.

'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan, when, under the RMP, 25 percent of new wells are expected to use hydraulic fracturing,' Judge Fitzgerald said in his ruling.

'The bureau is therefore obligated to prepare a substantial EIS [Environmental Impact Statement] to analyze the environmental consequences flowing from the use of hydraulic fracturing '."

The continuing impact of fracking causes me to be unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly, *CW West*

*Callie West*
*370 Clark Ave*
*Paonia CO 81428*

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The environment of the North Fork Valley is unique and precious to all of us. We question why the BLM did not consider include pipeline safety, management etc. in the Draft RMP.  Here are four ways that pipeline integrity can be compromised: flooding, mudslides, earthquakes and geologic instability. In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water. And what about ruptures and explosions occurring from faulty construction or a compromised pipeline? These were not addressed in the Draft RMP. In the quote from the article at the end of this letter, check out the denial of another hydraulic fracturing project due to lack of analysis of environmental consequences.

A bid for more than one million acres in the Central Valley was denied by a CA judge on September 7th, 2016.

"Judge Michael Fitzgerald found that the BLM failed to consider the dangers of fracking, which is part of the formal application process. Two environmental groups, the Center for Biological Diversity and Los Padres Forest Watch, brought the lawsuit against the BLM.

 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan, when, under the RMP, 25 percent of new wells are expected to use hydraulic fracturing,' Judge Fitzgerald said in his ruling.

'The bureau is therefore obligated to prepare a substantial EIS [Environmental Impact Statement] to analyze the environmental consequences flowing from the use of hydraulic fracturing '."

The continuing impact of fracking causes me to be unwilling to risk myself and the 10,000 people in this valley.  I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,

Zoe Foster. F

211 Onarga
Paonia, Co 81428

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The environment of the North Fork Valley is unique and precious to all of us. We question why the BLM did not consider include pipeline safety, management etc. in the Draft RMP.  Here are four ways that pipeline integrity can be compromised: flooding, mudslides, earthquakes and geologic instability. In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water. And what about ruptures and explosions occurring from faulty construction or a compromised pipeline? These were not addressed in the Draft RMP. In the quote from the article at the end of this letter, check out the denial of another hydraulic fracturing project due to lack of analysis of environmental consequences.

A bid for more than one million acres in the Central Valley was denied by a CA judge on September 7th, 2016.

"Judge Michael Fitzgerald found that the BLM failed to consider the dangers of fracking, which is part of the formal application process. Two environmental groups, the Center for Biological Diversity and Los Padres Forest Watch, brought the lawsuit against the BLM.

'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan, when, under the RMP, 25 percent of new wells are expected to use hydraulic fracturing,' Judge Fitzgerald said in his ruling.

'The bureau is therefore obligated to prepare a substantial EIS [Environmental Impact Statement] to analyze the environmental consequences flowing from the use of hydraulic fracturing '."

The continuing impact of fracking causes me to be unwilling to risk myself and the 10,000 people in this valley.  I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,

Marjorie True
Marjorie True
12770 Rocket Rd
Paonia CO 81428

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The environment of the North Fork Valley is unique and precious to all of us. We question why the BLM did not consider include pipeline safety, management etc. in the Draft RMP.  Here are four ways that pipeline integrity can be compromised: flooding, mudslides, earthquakes and geologic instability. In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water. And what about ruptures and explosions occurring from faulty construction or a compromised pipeline? These were not addressed in the Draft RMP. In the quote from the article at the end of this letter, check out the denial of another hydraulic fracturing project due to lack of analysis of environmental consequences.

A bid for more than one million acres in the Central Valley was denied by a CA judge on September 7th, 2016.

"Judge Michael Fitzgerald found that the BLM failed to consider the dangers of fracking, which is part of the formal application process. Two environmental groups, the Center for Biological Diversity and Los Padres Forest Watch, brought the lawsuit against the BLM.

 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan, when, under the RMP, 25 percent of new wells are expected to use hydraulic fracturing,' Judge Fitzgerald said in his ruling.

'The bureau is therefore obligated to prepare a substantial EIS [Environmental Impact Statement] to analyze the environmental consequences flowing from the use of hydraulic fracturing '."

The continuing impact of fracking causes me to be unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.   BILL CHALLIS

Yours truly,  Bill   115 NORTH FORK
81428

* RELATING TO NORTH FORK RIVER DRAINAGE.

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The environment of the North Fork Valley is unique and precious to all of us. We question why the BLM did not consider include pipeline safety, management etc. in the Draft RMP.  Here are four ways that pipeline integrity can be compromised: flooding, mudslides, earthquakes and geologic instability. In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water. And what about ruptures and explosions occurring from faulty construction or a compromised pipeline? These were not addressed in the Draft RMP. In the quote from the article at the end of this letter, check out the denial of another hydraulic fracturing project due to lack of analysis of environmental consequences.

A bid for more than one million acres in the Central Valley was denied by a CA judge on September 7th, 2016.

"Judge Michael Fitzgerald found that the BLM failed to consider the dangers of fracking, which is part of the formal application process. Two environmental groups, the Center for Biological Diversity and Los Padres Forest Watch, brought the lawsuit against the BLM.

 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan, when, under the RMP, 25 percent of new wells are expected to use hydraulic fracturing,' Judge Fitzgerald said in his ruling.

'The bureau is therefore obligated to prepare a substantial EIS [Environmental Impact Statement] to analyze the environmental consequences flowing from the use of hydraulic fracturing '."

The continuing impact of fracking causes me to be unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,   Claire Zane Murphy

P.o. Box 772
Paonia, CO 81428

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The environment of the North Fork Valley is unique and precious to all of us. We question why the BLM did not consider include pipeline safety, management etc. in the Draft RMP.  Here are four ways that pipeline integrity can be compromised: flooding, mudslides, earthquakes and geologic instability. In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water. And what about ruptures and explosions occurring from faulty construction or a compromised pipeline? These were not addressed in the Draft RMP. In the quote from the article at the end of this letter, check out the denial of another hydraulic fracturing project due to lack of analysis of environmental consequences.

A bid for more than one million acres in the Central Valley was denied by a CA judge on September 7th, 2016.

"Judge Michael Fitzgerald found that the BLM failed to consider the dangers of fracking, which is part of the formal application process. Two environmental groups, the Center for Biological Diversity and Los Padres Forest Watch, brought the lawsuit against the BLM.

 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan, when, under the RMP, 25 percent of new wells are expected to use hydraulic fracturing,' Judge Fitzgerald said in his ruling.

'The bureau is therefore obligated to prepare a substantial EIS [Environmental Impact Statement] to analyze the environmental consequences flowing from the use of hydraulic fracturing '."

The continuing impact of fracking causes me to be unwilling to risk myself and the 10,000 people in this valley.  I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,

J Morley
15359 Fire Mountain Rd
Paonia, Co 81428

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL. HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS INDUSTRY THROUGH HYDRAULIC FRACTURING?

HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE ADDITIONAL TON OF HAPS PER WELL; 5 TO 10 TIMES MORE WATER AS WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND ANALYZED..

HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A HEALTHY ENVIRONMENT IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,

ADDRESS 316 C Box Elder st.

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

DORIEN BETHUNE
50780X ELDER
PAONIA, Co. 81428
Co.o, NATIVE

PS. Every land mass (continent) is a floating body — what keeps material a float? OIL & GAS — ! ???
\_ IDIOTS ! ii Eliminating oil & gas that keeps the eluvial & teotonic plates moving w/o friction (friction causing fusion) — will cause fusion !
THINK

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which
needs to be preserved for all. How does the BLM's mission align itself with the oil and
gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic
fracturing technologies? This relatively new drilling technology involves a far greater
magnitude of impacts, including: double the surface impacts of conventional drilling;
up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and
one additional ton of HAPs per well; 5 to 10 times more water as well as increased
noise, larger waste volumes, habitat fragmentation and loss, and thousands of
additional round trips of truck traffic per well. We are effectively killing our precious
eco-system and putting an end to sustainability in Western Colorado. A thorough
study of the damage to all forms of life resulting from leakage and spills of toxic
chemicals as well as spills of water, fluids and sands when transported from the
drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not
analyzed oil and gas operations and their impact on human health? How can BLM
prove that no harm to human health and to the environment (air, water, soil) will
result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and
destroy an economy that depends on a healthy environment is to close off 100% of the
North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical
and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Miranda Eyler

42621 lamborn Mesa Rd,
Paonia, CO 81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

STEVE CASSANT
P P Box 1163, Paonia, Co. 81428

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL. HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS INDUSTRY THROUGH HYDRAULIC FRACTURING?

HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE ADDITIONAL TON OF HAPS PER WELL; 5 TO 10 TIMES MORE WATER AS WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND ANALYZED.

HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A HEALTHY ENVIRONMENT IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,

ADDRESS _41993 Minnesot. Cr. Rd_
_Paonia    81428_

_Ray Guy_

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Raymond Bilyard

Raymond Bilyard

address 16244 Grange Rd, Paonia Colorado

To Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the blm's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the blm consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,

Mary Stahl

address 13647-3740 Road
Hotchkiss, Co 81419

BLM_0148111

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL. HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS INDUSTRY THROUGH HYDRAULIC FRACTURING?

HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE ADDITIONAL TON OF HAPS PER WELL; 5 TO 10 TIMES MORE WATER AS WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND ANALYZED..

HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A HEALTHY ENVIRONMENT IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,

Journey

Journey
Hutchins

ADDRESS PO Box 784
81428 Paonia

To Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the blm consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,

Susan Friar
SUSAN FRIAR

address PO Box 1317
Paonia, Co 81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

ONENESS LOVES

address   19708 3100 Rd

Hotchkiss, co 81419

To Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the blm consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards, _Carole Bell_

address _720 5th St_
_Paonia, Co 81428_

BLM_0148115

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL. HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS INDUSTRY THROUGH HYDRAULIC FRACTURING?

HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE ADDITIONAL TON OF HAPS PER WELL; 5 TO 10 TIMES MORE WATER AS WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND ANALYZED..

HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A HEALTHY ENVIRONMENT IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,

ADDRESS 472 Price Rd.
Paonia, CO
81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Carl + Kelly Johnson

Po box 563
Paonia Co, 81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Katherine Linehan

address 220 Delta
Paonia, CO 81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. <u>How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?</u>

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Craig Sagaas
13264 4100 Rd
Paonia Co 81428

BLM_0148119

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Kay Hannah
11589 Crawford Rd
Paonia, Co 81428

To Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the blm consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards, *Carole Bull*

address 720 5th St
Paonia, Co 81428

To Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the blm consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,    Carol R. Pierce

address  42326 Hwy.133
         Paonia, CO 81428

BLM_0148122

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL. HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS INDUSTRY THROUGH HYDRAULIC FRACTURING?

HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE ADDITIONAL TON OF HAPS PER WELL; 5 TO 10 TIMES MORE WATER AS WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND ANALYZED..

HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000 PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A HEALTHY ENVIRONMENT IS TO CLOSE OFF 100% OF THE NORTH FORK VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,

ADDRESS 472 Price Rd
Paonia, CO
81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Carl + Kelly Johnson

Po box 563
Paonia Co, 81428

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND
PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL.
HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS
INDUSTRY THROUGH HYDRAULIC FRACTURING?

HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING
AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS
RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER
MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS
OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR
POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE
ADDITIONAL TON OF HAPS PER WELL; 5 TO 10 TIMES MORE WATER AS
WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT
FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND
TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR
PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN
WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL
FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC
CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN
TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND
ANALYZED.

HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR
FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS
AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT
NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000
PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A
HEALTHY ENVIRONMENT IS TO CLOSE OFF 100% OF THE NORTH FORK
VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE
ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT
FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,


ADDRESS _41993 Minnesota Cr. Rd_
_Paonia_

_Kay Ungh_

BLM_0148125

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Unity Loves
UNITY Loves
19708 3100 Rd.
Hotchkiss, CO 81419

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Jodi Simpson
Jodi Simpson
13264   4100   Rd
Paonia, CO  81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

MARY M. Trumble
39417 Pitkin Rd
Paonia CO 81428

BLM_0148128

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Craig Simpson
13264 4100 Rd
Paonia Co 81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

B Knight
711 MAIN St.
OuRAY, Co. 81427

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND
PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL.
HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS
INDUSTRY THROUGH HYDRAULIC FRACTURING?

HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING
AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS
RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER
MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS
OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR
POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE
ADDITIONAL TON OF HAPS PER WELL; 5 TO 10 TIMES MORE WATER AS
WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT
FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND
TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR
PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN
WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL
FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC
CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN
TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND
ANALYZED..

HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR
FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS
AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT
NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000
PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A
HEALTHY ENVIRONMENT IS TO CLOSE OFF 100% OF THE NORTH FORK
VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE
ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT
FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,

Kelly Allm
Kelly Allm

ADDRESS 36682 Back River Rd
Paonia, CO
81428

To Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the blm consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,

Ryan Thayer

address 9 Rocky Knob Ln.
Nederland, Co 80466

To Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the blm's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the blm consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,

James Collector

address 1978 Harding Rd
Paonia, CO 81488

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Jennifer Sanborn

Jennifer Sanborn
36682 Back River Rd
Paonia CO 81428

To Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How can the blm's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the blm consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,

Deborah A. Riggs

address 579   3rd St.
Paonia, CO   81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

Unity Loves

UNITY LOVES
19708 3100 Rd
Hotchkiss, CO 81419

TO BARB SHARROW,

I CONSIDER THE NORTH FORK VALLEY TO HAVE A UNIQUE AND
PRISTINE ENVIRONMENT WHICH NEEDS TO BE PRESERVED FOR ALL.
HOW CAN THE BLM'S MISSION ALIGN ITSELF WITH THE OIL AND GAS
INDUSTRY THROUGH HYDRAULIC FRACTURING?

HOW HAS THE DRAFT RMP ADDRESSED NEW HORIZONTAL DRILLING
AND MULTI-STAGE HYDRAULIC FRACTURING TECHNOLOGIES? THIS
RELATIVELY NEW DRILLING TECHNOLOGY INVOLVES A FAR GREATER
MAGNITUDE OF IMPACTS, INCLUDING: DOUBLE THE SURFACE IMPACTS
OF CONVENTIONAL DRILLING; UP TO A 333% INCREASE IN AIR
POLLUTANT EMISSIONS INVOLVING 12 MORE TONS OF VOCS AND ONE
ADDITIONAL TON OF HAPS PER WELL; 5 TO 10 TIMES MORE WATER AS
WELL AS INCREASED NOISE, LARGER WASTE VOLUMES, HABITAT
FRAGMENTATION AND LOSS, AND THOUSANDS OF ADDITIONAL ROUND
TRIPS OF TRUCK TRAFFIC PER WELL. WE ARE EFFECTIVELY KILLING OUR
PRECIOUS ECO-SYSTEM AND PUTTING AN END TO SUSTAINABILITY IN
WESTERN COLORADO. A THOROUGH STUDY OF THE DAMAGE TO ALL
FORMS OF LIFE RESULTING FROM LEAKAGE AND SPILLS OF TOXIC
CHEMICALS AS WELL AS SPILLS OF WATER, FLUIDS AND SANDS WHEN
TRANSPORTED FROM THE DRILLING SITES NEED TO BE REVIEWED AND
ANALYZED..

HOW CAN THE BLM CONSIDER ADDITIONAL DRILLING SITES FOR
FRACKING WHEN YOU HAVE NOT ANALYZED OIL AND GAS OPERATIONS
AND THEIR IMPACT ON HUMAN HEALTH? HOW CAN BLM PROVE THAT
NO HARM TO HUMAN HEALTH WILL RESULT FROM THESE OPERATIONS?

THE ONLY WAY TO PREVENT DESTROYING THE HUMAN HEALTH OF 10,000
PLUS PEOPLE AND DESTROY AN ECONOMY THAT DEPENDS ON A
HEALTHY ENVIRONMENT IS TO CLOSE OFF 100% OF THE NORTH FORK
VALLEY TO OIL AND GAS LEASING. A NO-LEASING ALTERNATIVE IS THE
ONLY LOGICAL AND REASONABLE ALTERNATIVE WHICH CAN RESULT
FROM A HUMAN HEALTH IMPACT ANALYSIS.

REGARDS,

ADDRESS, 209 4th St POB 1645
Paonia Colorado

BLM_0148137

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

STEVE A DANUFF
11589 CRAWFORD R
PAONIA CO 81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. <u>How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing</u>?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Sincerely,

Katherine Linehan

address 220 Delta

Paonia, CO 81428

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which
needs to be preserved for all. How can the BLM's mission align itself with the oil and
gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic
fracturing technologies? This relatively new drilling technology involves a far greater
magnitude of impacts, including: double the surface impacts of conventional drilling;
up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and
one additional ton of HAPs per well; 5 to 10 times more water as well as increased
noise, larger waste volumes, habitat fragmentation and loss, and thousands of
additional round trips of truck traffic per well. We are effectively killing our precious
eco-system and putting an end to sustainability in Western Colorado. A thorough
study of the damage to all forms of life resulting from leakage and spills of toxic
chemicals as well as spills of water, fluids and sands when transported from the
drilling sites need to be reviewed and analyzed..

How can the BLM consider additional drilling sites for fracking when you have not
analyzed oil and gas operations and their impact on human health? How can BLM
prove that no harm to human health and to the environment (air, water, soil) will
result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and
destroy an economy that depends on a healthy environment is to close off 100% of the
North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical
and reasonable alternative which can result from a human health impact analysis.

Sincerely,

address 300 River R.de Rd.
Hotchkiss, CO 81419

Dear Dana Wilson,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. How does the BLM's mission align itself with the oil and gas industry through hydraulic fracturing?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed.

How can the BLM consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health and to the environment (air, water, soil) will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Yours truly,

*[signature]* P.O. Box 1378 Paonia, CO 81428

BLM_0148141

To Barb Sharrow,

I consider the North Fork Valley to have a unique and pristine environment which needs to be preserved for all. <u>How can the BLM's mission align itself with the oil and gas industry through hydraulic fracturing</u>?

How does the Draft RMP address new horizontal drilling and multi-stage hydraulic fracturing technologies? This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well; 5 to 10 times more water as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. We are effectively killing our precious eco-system and putting an end to sustainability in Western Colorado. A thorough study of the damage to all forms of life resulting from leakage and spills of toxic chemicals as well as spills of water, fluids and sands when transported from the drilling sites need to be reviewed and analyzed..

How can the blm consider additional drilling sites for fracking when you have not analyzed oil and gas operations and their impact on human health? How can BLM prove that no harm to human health will result from these operations?

The only way to prevent destroying the human health of 10,000 plus people and destroy an economy that depends on a healthy environment is to close off 100% of the North Fork Valley to oil and gas leasing. A no-leasing alternative is the only logical and reasonable alternative which can result from a human health impact analysis.

Regards,   *Carol R. Pierce*

address   *42326 Hwy, 133*
*Paonia, CO 81428*

To Dana Wilson and Barb Sharrow

Re: Hydraulic Fracturing in the North Fork Valley

I am strongly opposed to the fracking industry coming to the North Fork Valley and utilizing our public lands for private gain. The techniques utilized for fracking have not been proven safe for our public lands and water. Our community relies on clean water and public lands for agricultural production, recreation and the healthy lifestyle that so many of us live here for.

The North Fork Valley is a hub of agriculture in Colorado, shipping produce throughout the state. The threats posed by fracking in The North Fork include damaging local economy by potentially harming our watershed and polluting our beautiful farms. The benefits of fracking will not impact our local community, as the revenue raised will not stay in the North Fork.

Agriculture in the North Fork is an economic driver. It benefits the environment, the community, and our economy. Agriculture is an industry that is essential for life. Colorado is currently increasing its population at alarming rates. We need to move to a sustainable future for our residents that include access to clean water and healthy food for all people. The BLM, government agencies and citizens of Colorado can unite in encouraging agriculture, renewable energies and cottage industries that contribute to the vitality, sustainability and economic stability of the North Fork and for all of Colorado.

Please do not allow hydraulic fracturing on our public lands. An ounce of prevention is worth a pound of cure and the damage causes by the oil and gas industries is evident and left to communities and citizens to clean up. There is no benefit for our community in this risky business. Please take the health and wellbeing of the people, animals, environment, and water into consideration and at minimum support the North Fork Alternative Plan(B1), at most ban fracking in Colorado like many other wise states and countries have done.

Thank you for your consideration,

Eric Paumheier
326 Garfield Ave
Carbondale, CO 81623

To Dana Wilson and Barb Sharrow

Re: Hydraulic Fracturing in the North Fork Valley

I am strongly opposed to the fracking industry coming to the North Fork Valley and utilizing our public lands for private gain. The techniques utilized for fracking have not been proven safe for our public lands and water. Our community relies on clean water and public lands for agricultural production, recreation and the healthy lifestyle that so many of us live here for.

The North Fork Valley is a hub of agriculture in Colorado, shipping produce throughout the state. The threats posed by fracking in The North Fork include damaging local economy by potentially harming our watershed and polluting our beautiful farms. The benefits of fracking will not impact our local community, as the revenue raised will not stay in the North Fork.

Agriculture in the North Fork is an economic driver. It benefits the environment, the community, and our economy. Agriculture is an industry that is essential for life. Colorado is currently increasing its population at alarming rates. We need to move to a sustainable future for our residents that include access to clean water and healthy food for all people. The BLM, government agencies and citizens of Colorado can unite in encouraging agriculture, renewable energies and cottage industries that contribute to the vitality, sustainability and economic stability of the North Fork and for all of Colorado.

Please do not allow hydraulic fracturing on our public lands. An ounce of prevention is worth a pound of cure and the damage causes by the oil and gas industries is evident and left to communities and citizens to clean up. There is no benefit for our community in this risky business. Please take the health and wellbeing of the people, animals, environment, and water into consideration and at minimum support the North Fork Alternative Plan(B1), at most ban fracking in Colorado like many other wise states and countries have done.


Thank you for your consideration,

Belinda Reich
Belinda Reich
41394 Lamborn Mesa Rd.
Paonia, Co. 81428

To Dana Wilson and Barb Sharrow

Re: Hydraulic Fracturing in the North Fork Valley

I am strongly opposed to the fracking industry coming to the North Fork Valley and utilizing our public lands for private gain. The techniques utilized for fracking have not been proven safe for our public lands and water. Our community relies on clean water and public lands for agricultural production, recreation and the healthy lifestyle that so many of us live here for.

The North Fork Valley is a hub of agriculture in Colorado, shipping produce throughout the state. The threats posed by fracking in The North Fork include damaging local economy by potentially harming our watershed and polluting our beautiful farms. The benefits of fracking will not impact our local community, as the revenue raised will not stay in the North Fork.

Agriculture in the North Fork is an economic driver. It benefits the environment, the community, and our economy. Agriculture is an industry that is essential for life. Colorado is currently increasing its population at alarming rates. We need to move to a sustainable future for our residents that include access to clean water and healthy food for all people. The BLM, government agencies and citizens of Colorado can unite in encouraging agriculture, renewable energies and cottage industries that contribute to the vitality, sustainability and economic stability of the North Fork and for all of Colorado.

Please do not allow hydraulic fracturing on our public lands. An ounce of prevention is worth a pound of cure and the damage causes by the oil and gas industries is evident and left to communities and citizens to clean up. There is no benefit for our community in this risky business. Please take the health and wellbeing of the people, animals, environment, and water into consideration and at minimum support the North Fork Alternative Plan(B1), at most ban fracking in Colorado like many other wise states and countries have done.

Thank you for your consideration,

37533 Bone Mesa Rd.
Paonia, Co 81428

To Dana Wilson and Barb Sharrow

Re: Hydraulic Fracturing in the North Fork Valley

I am strongly opposed to the fracking industry coming to the North Fork Valley and utilizing our public lands for private gain. The techniques utilized for fracking have not been proven safe for our public lands and water. Our community relies on clean water and public lands for agricultural production, recreation and the healthy lifestyle that so many of us live here for.

The North Fork Valley is a hub of agriculture in Colorado, shipping produce throughout the state. The threats posed by fracking in The North Fork include damaging local economy by potentially harming our watershed and polluting our beautiful farms. The benefits of fracking will not impact our local community, as the revenue raised will not stay in the North Fork.

Agriculture in the North Fork is an economic driver. It benefits the environment, the community, and our economy. Agriculture is an industry that is essential for life. Colorado is currently increasing its population at alarming rates. We need to move to a sustainable future for our residents that include access to clean water and healthy food for all people. The BLM, government agencies and citizens of Colorado can unite in encouraging agriculture, renewable energies and cottage industries that contribute to the vitality, sustainability and economic stability of the North Fork and for all of Colorado.

Please do not allow hydraulic fracturing on our public lands. An ounce of prevention is worth a pound of cure and the damage causes by the oil and gas industries is evident and left to communities and citizens to clean up. There is no benefit for our community in this risky business. Please take the health and wellbeing of the people, animals, environment, and water into consideration and at minimum support the North Fork Alternative Plan(B1), at most ban fracking in Colorado like many other wise states and countries have done.


Thank you for your consideration,

BRITTEN CLEVELAND

479 Franklin
Denver, CO 80218

To Dana Wilson and Barb Sharrow

Re: Hydraulic Fracturing in the North Fork Valley

I am strongly opposed to the fracking industry coming to the North Fork Valley and utilizing our public lands for private gain. The techniques utilized for fracking have not been proven safe for our public lands and water. Our community relies on clean water and public lands for agricultural production, recreation and the healthy lifestyle that so many of us live here for.

The North Fork Valley is a hub of agriculture in Colorado, shipping produce throughout the state. The threats posed by fracking in The North Fork include damaging local economy by potentially harming our watershed and polluting our beautiful farms. The benefits of fracking will not impact our local community, as the revenue raised will not stay in the North Fork.

Agriculture in the North Fork is an economic driver. It benefits the environment, the community, and our economy. Agriculture is an industry that is essential for life. Colorado is currently increasing its population at alarming rates. We need to move to a sustainable future for our residents that include access to clean water and healthy food for all people. The BLM, government agencies and citizens of Colorado can unite in encouraging agriculture, renewable energies and cottage industries that contribute to the vitality, sustainability and economic stability of the North Fork and for all of Colorado.

Please do not allow hydraulic fracturing on our public lands. An ounce of prevention is worth a pound of cure and the damage causes by the oil and gas industries is evident and left to communities and citizens to clean up. There is no benefit for our community in this risky business. Please take the health and wellbeing of the people, animals, environment, and water into consideration and at minimum support the North Fork Alternative Plan(B1), at most ban fracking in Colorado like many other wise states and countries have done.

Thank you for your consideration,

Sarah Giuliani

Sarah Giuliani
P.O. Box 572
Paonia, CO. 81428