Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well! I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned? The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,

NAME: Sarah Chabolla

ADDRESS: 12801 Hammonton Road, Silver Spring, MD 20904

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well! I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned? The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,

NAME: *Michael Wilczewski*

ADDRESS: *17534 E. Powers. Dr.*
*Centennial, CO 80015*

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well!  I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,

NAME: Sara Wilczewski

ADDRESS: 17534 E. Powers Dr
Centennial, CO 80015

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master
Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four
water disposal wells and associated access roads and pipeline. I am shocked when I see how much we
have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and
asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not
know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put
into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the
new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-
10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to
our roads from thousands of additional round trips of truck traffic per single well!  I am stunned that the
BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas
leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will
continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative.
That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human
health, the environment and climate change, a no-leasing option is the best way to protect the North Fork
Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would
be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP.
The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss,
Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water
companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely, Darek Shapiro        ENVIRonmental Architectur
                                          CORP.

Note: Lets not sell out and destroy our nature beauty
and health short to make a quick profit at the cost of
NAME: Darek Shapiro     destruction of our childens
                          future. They will not understand
                          why we did that.
ADDRESS: 398 MTN View Rd  Carbondal CO. 81623

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well!  I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,

Cynthia Ziegler

NAME: Cynthia Ziegler

ADDRESS: 17462 Farmers Mine Rd
Paonia Co 81428

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

BLM_0148152

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well!  I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,

NAME: Caren von Gontard

ADDRESS: 41725 O Road
Paonia, CO 81428

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

BLM_0148153

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well! I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely, Derek Shapiro        Environmental Architecture CORP.

Note: Lets not sell out and destroy our nature beauty and health short to make a quick profit at the cost of destruction of our childrens future. They will not understand why we did that.

NAME: Darek Shapiro

ADDRESS: 398 MTN View Rd Carbondale CO. 81623

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well!  I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,

NAME: Jimmy Byrne

ADDRESS: 1379 Barber Dr
Carbondale CO 81623

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well!  I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,


NAME: Aubrey Wallace

ADDRESS: 278 Shannon farm ln
afton va 22920

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

BLM_0148156

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well!  I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,

NAME: Ayana Pedrick

ADDRESS: 216 NFork Ave Paonia, Co 81428

2016 AUG 25  PM 12: 46

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well!  I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,


NAME: Aubrey Wallace

ADDRESS: 278 Shannon farm ln
Afton Va 22920

Cc: Gina Jones, Ruth Welch, Neil Kornze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well!  I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned?  The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,


NAME: Andrew Beuter

ADDRESS: 6195 CR.109 Carbondale, CO. 81623


Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Dear Barb Sharrow,

I am opposed to the Final Environmental Impact Statement (FEIS) for SG Interests I, Ltd's Master Development Plan proposal and BLM's preferred alternative to develop up to 146 natural gas wells four water disposal wells and associated access roads and pipeline. I am shocked when I see how much we have already damaged land, air and water in other locations causing earth quakes, methane gas leaks and asthma, birth defects and other illnesses. It would be irresponsible to add more wells when we do not know which chemicals are in the fracking fluid. We don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

From what I have read, I believe that the BLM has not considered many factors, the least of which is the new drilling technology which has much greater impact with 333% increase in air pollutant emissions, 5-10 times more water as well increased noise, an increase in waste, habitat fragmentation and damage to our roads from thousands of additional round trips of truck traffic per single well! I am stunned that the BLM would consider a plan which opens up 95% of the Uncompahgre planning area to oil and gas leasing and development

And what will be left behind for future generations when the wells are abandoned? The damage will continue for long after the drilling stops.

I don't feel that the BLM explored all reasonable options and did not consider a no-leasing alternative. That is the only reasonable option. Knowing what we do about the impacts of oil and gas on human health, the environment and climate change, a no-leasing option is the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

While that is the only option I feel is valid, if you won't consider a no-lease option, then Plan B1 would be the next

I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Sincerely,

NAME: Chris Fabijanc
81601
3711 Red Bluff W

ADDRESS:

Cc: Gina Jones, Ruth Welch, Neil Komze, Dana Wilson, Sen. Michael Bennet, Sen. Cory Gardner

Chris Febijanic
3711 Red Bluff Ln.
Carbondale, Co 81623

GRAND JUNCTION CO 815

07 OCT 2016 PM 1 L

RECEIVED

OCT 1 1 2016

UNCOMPAHGRE FIELD OFFICE

Dana Wilson
BLM - UFO
2465 S. Townsend Avenue
Montrose, CO   81401

8140185436

BLM_0148161

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Mary A. Hodkins

MARY A. HODKINS
40103 WOOD COURT
PAONIA, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Rudy Rodriquez
42764 Minnesota crk rd
Paonia, co 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

JEFF GALLIGAN
6514 S. BALSAM CT.
Littleton. Co. 80123

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Sincerely,

Gloria O'Rieley
179 Nihell
Nevada City, CA 95959

Cc: S. Jewell, R. Welch, B. Hovde, M. Bennet, S. Tipton, J. Polis

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Susan France
Susan France
1351 E Hudson
SLC UT 84106

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Melissa Matherly

MELISSA MATHERLY

TO B. 887

PAONIA, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148167

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401


Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.



Respect,

Ryan Sylveon

337 BoxElder
Paonia, co 81408

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson (or her replacement),

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

With Love,

M Roberts          16213 Grange Rd
Marle Roberts.     Paonia, Co 81428 .

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

BLM_0148169

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Mark Androes
213 Oak Ave.
Paonia, Co.

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401


Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.



Respect,

Terrance Payne
4413 Tujunga Ave
Studio City CA 91602


Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a
blatant oversight. The issue is that the BLM did not conduct a comprehensive
environmental risk assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and
campers, forest fires, water pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk assessment is
completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk assessment was not
conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and
gas industry. This valley is too special for you to simply neglect this important piece
of information. For these reasons, I demand either a moratorium until more
research is completed, or for the Uncompahgre Field Office to add a no leasing
alternative to the RMP.  More time is needed to fully understand and assess the
environmental, social, economic, and safety risks the so that the North Fork Valley is
not destroyed by pure and simple negligence.

Sincerely,

Mark Stout
P.O. Box 6275
Snowmass Vlg, CO 81615

Cc: S. Jewell, R. Welch, B. Hovde, M. Bennet, S. Tipton, J. Polis

BLM_0148172

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.

Respect,

Kate Linehan
Kate Linehan
BOX 1813
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson or Whom It May Concern,

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Regards,

16 332 grange Rd

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

BLM_0148174

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.

Respect,

Wayne Martin

P. O. Box 2518
Ketchum, ID 83340

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP. More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.

Respect,

Jan Hill   Jan Hill
12 millstone
Irvine, CA 92606

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Respect,

Kiki Martin
P.O. Box 2518
Ketchum, ID 83340

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401


Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.



Respect,

Karlynn Stout
P.O. Box 6275
Snowmass Vlg CO 81615



Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148178

To Dana Wilson or Whom It May Concern,

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing.
The BLM could be held responsible for any and all injuries,
deaths, environmental degradation, and economic
repercussions because this risk assessment was not
conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.

Regards,

*Mroberts*
Mark Roberts

16213 Grange Rd
Paonia, Co 81428.

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet,
J. Polis

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401


Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.



Respect,

William Gerdes
20404 River Valley Dr
Anderson, CA 96007


Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson or Whom It May Concern,

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Regards,

Maureen M. Holp
Maureen M. Holp Colorado
P.O. Box 003 55 Colorado
Paonia, CO - 81428    970 433-3535

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you, *Paula Harper*

Paula Harper
10820 3475 Rd.
Hotchkiss, Co. 81419

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson (or her replacement),

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

With Love,

Stephen G. Lyon
P.O. Box 1291
Paonia, Co 81428

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

BLM_0148183

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.

Respect,

Daniel Maul
7 Timber Ridge
Annandale, New Jersey 08801

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148184

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401


Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.



Respect,   *Joseph Hill*          *Jose Hill*
           *12 Millstone*
           *Irvine, CA 92606*



Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148185

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401


Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.



Respect,

Crystal Peters

2512 6 3/8 rd

6J, CO 81504



Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.


Thank you,     JAMES C NORMANDIN

James C Normandin
30 Pan American Ave
Paonia, Co  81428


Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson (or her replacement),

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

With Love,

PO Box 1446
Paonia, CO 81428

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

BLM_0148188

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Kristi McCollum
Kristi McCollum
6742 Eagle Pl.
Highlands Ranch CO 80130

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Sincerely,

Cynthia Radeke
645 Shotwell
San Francisco, CA 94110

Cc: S. Jewell, R. Welch, B. Hovde, M. Bennet, S. Tipton, J. Polis

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Vivian Shepardson
400 Faulkner St
Socorro NM 87801

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.


Respect,
Bryant Clearwater
P.O. Box 246
Paonia, CO.
81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148192

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,   ( Suzanne A. Normandin )

Suzanne Normandin

30 PAN AMERICAN AVE
PAONIA, CO  81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson (or her replacement),

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

With Love,

Betsy Lehman
PO Box 1446
Paonia, CO 81428

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Linda Hansen

Linda Hansen
43018 Minnesota Creek Rd.
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148195

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Darrell Sage
Darrell Sage

265 W. Davies Ave S.
Littleton, Co 80120

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Tabitha Temsky
PO Box 693
Hotchkiss, CO 81419

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Respect,

Gordon Payne
Gordon Payne
P. O. Box 1278
Ketchum, IDAHO
83540

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Sincerely,

ARTHUR RADEKE
645 SHOTWELL
SAN FRANCISCO, CA 94110

Cc: S. Jewell, R. Welch, B. Hovde, M. Bennet, S. Tipton, J. Polis

To Dana Wilson or Whom It May Concern,

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Regards, Benjamin T. Dean

4/4 N Fork Ave.
Paonia CO 81428

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

BLM_0148200

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Respect,

Reynea Cordes
20404 River Valley Dr.
Anderson, CA 96007

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401


Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.



Respect,

Ryan Sylvestor

337 BoxElder
Paonia, co 81408

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148202

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Nancy Mosher
P.O. Box 1444
Paonia, Colo. 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148203

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Dolly M. Dann
Dolly M. DANN
3625 Black Brant Dr.
Liverpool, NY 13090

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a
blatant oversight. The issue is that the BLM did not conduct a comprehensive
environmental risk assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and
campers, forest fires, water pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk assessment is
completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk assessment was not
conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and
gas industry. This valley is too special for you to simply neglect this important piece
of information. For these reasons, I demand either a moratorium until more
research is completed, or for the Uncompahgre Field Office to add a no leasing
alternative to the RMP.  More time is needed to fully understand and assess the
environmental, social, economic, and safety risks the so that the North Fork Valley is
not destroyed by pure and simple negligence.

Sincerely,

Thomas Devine  Than Dun
111 Nihel Rd
Nevada City, CA  95959

Cc: S. Jewell, R. Welch, B. Hovde, M. Bennet, S. Tipton, J. Polis

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,   Jeff TRowle
46850 Hwy 550
Durang CO.

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401


To Whom It May Concern:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a
blatant oversight. The issue is that the BLM did not conduct a comprehensive
environmental risk assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and
campers, forest fires, water pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk assessment is
completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk assessment was not
conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and
gas industry. This valley is too special for you to simply neglect this important piece
of information. For these reasons, I demand either a moratorium until more
research is completed, or for the Uncompahgre Field Office to add a no leasing
alternative to the RMP.  More time is needed to fully understand and assess the
environmental, social, economic, and safety risks the so that the North Fork Valley is
not destroyed by pure and simple negligence.



Sincerely,

Mark Kosinski
304 Williams Way
Aspen, CO 81611

Mark Kosinski

Cc: S. Jewell, R. Welch, B. Hovde, M. Bennet, S. Tipton, J. Polis

Dana Wilson (or her replacement),

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

With Love,

Michael McCainey

PO Box 1626
Paonia, CO 81428

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

Dana Wilson (or her replacement),

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

With Love,

Cassity Lehrman
PO Box 1446
Paonia, CO 81428

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Sincerely,

Sandra De Vine
111 Nihel Rd
Nevada City, CA 95959

Cc: S. Jewell, R. Welch, B. Hovde, M. Bennet, S. Tipton, J. Polis

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401


Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.



Respect,

Ronald Factor

c/o Jan Hill
   12 millstone
   Irvine, CA 92606

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson or Whom It May Concern,


After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.



Regards, Elizabeth Quist
ELIZABETH QUIST
PO Box 811
Hotchkiss, Co 81419


Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

BLM_0148212

To Dana Wilson or Whom It May Concern,

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Regards,

Carmela Courtney
16505 Farner Mine Rd.
Paonia, Co. 81428

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Sincerely,

Sandra De Vine
111 Nihel Rd
Nevada City, CA 95959

Cc: S. Jewell, R. Welch, B. Hovde, M. Bennet, S. Tipton, J. Polis

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.

Respectfully,

Ramona Payne
P.O. Box 1278
Ketchum, Idaho 83340

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Dana Wilson (or her replacement),

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

With Love,

Carolyn Ringo
PO Box 1523
Paonia, Co 81428

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

BLM_0148216

To Dana Wilson or Whom It May Concern,


After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing.
The BLM could be held responsible for any and all injuries,
deaths, environmental degradation, and economic
repercussions because this risk assessment was not
conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.



Regards,

Rema J. Done    REMA J. DONE
P.O. BOX 401
PABNJA, CO- 81428




Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet,
J. Polis

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Rudy Rodriguez
42764 Minnesota Crk rd
Paonia, co 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

UFO RMP
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Attention to the person dealing with the Uncompahgre Field
Office Draft Resource Management Plan/DEIS Public Comment:

After reviewing the BLM's Draft Resource Management Plan,
it is clear there is a blatant oversight. The issue is that
the BLM did not conduct a comprehensive environmental risk
assessment on pipeline safety. For both moral and liability
reasons, it is necessary that the BLM issue a moratorium on
oil and gas leasing.

The risks associated with the pipelines span from
endangering campsites and campers, forest fires, water
pollution, animal fatalities, human fatalities, as well as
many other social and economic risks. Until a thorough risk
assessment is completed on the pipelines, there needs to be
a moratorium on all leasing. The BLM could be held
responsible for any and all injuries, deaths, environmental
degradation, and economic repercussions because this risk
assessment was not conducted.

We cannot risk the safety, health, and beauty of the North
Fork area to the oil and gas industry. This valley is too
special for you to simply neglect this important piece of
information. For these reasons, I demand either a
moratorium until more research is completed, or for the
Uncompahgre Field Office to add a no leasing alternative to
the RMP.  More time is needed to fully understand and
assess the environmental, social, economic, and safety
risks the so that the North Fork Valley is not destroyed by
pure and simple negligence.

Respect,

Lisa Maul   Lisa Maul
7 Timber Ridge
Annandale, New Jersey 08801

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Uncompahgre Field Office
Bureau of Land Management
2465 South Townsend Avenue
Montrose, CO 81401

To Whom It May Concern:

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Sincerely,

Mark Stout
P. O. Box 6275
Snowmass Vlg, CO 81615

Cc: S. Jewell, R. Welch, B. Hovde, M. Bennet, S. Tipton, J. Polis

BLM_0148220

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Linda Hansen
Linda Hansen
43018 Minnesota Creek Rd.
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Josh Altenburg

40881 Hwy 133

81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

( Suzanne L. Normandin )

Suzanne Normandin

30 PAN. AMERICAN AVE

PAONIA, CO  81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148223

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Darcie Rose
40881 Hwy 133
Paonia, CO
81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Rick Stockton
230 E 5th St
Paonia, CO 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148225

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Andrew Pilkington
958 NV 11Th AVE
Cedaredge, 81413

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

BLM_0148226

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you,

Jodie Woodward
Jodie Woodward
2878 Loma Place
Boulder Co 80301

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

To Dana Wilson or Whom It May Concern,

After reviewing the BLM's Draft Resource Management Plan, it is clear there is a blatant oversight. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing.
The BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP.  More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence.

Regards,

Steve J. Cozza  16332  Granqe Rd.

Cc: S. Jewell, R. Welch, B. Hovde, N. Kornze, M. Bennet, J. Polis

Steve Cozza
16332 Grange Rd.
Paonia, Co 81429

GRAND JUNCTION CO 815

24 OCT 2016 PM 2 T

RECEIVED

OCT 25 2016

UNCOMPAHGRE FIELD OFFICE

RMP COMMENTS
BUREAU OF LAND MANAGEMENT
2465 SOUTH TOWNSEND AVE.
MONTROSE, CO 81401

8140185436

BLM_0148229

Dana Wilson,

I am writing to request that the BLM choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.  The North Fork and the Roaring Fork Valley's stand together and we need to protect our delicate eco-systems. There are numerous reasons why I am requesting this. Hydraulic Fracturing has shown to be unsafe time and time again.

I live in Colorado because I love the outdoors. I value the clean air and water I am surrounded by on a daily basis. I am anxious over potential for contamination of our water supply from Hydraulic Fracturing. The BLM lands in the North Fork Alternative are adjacent to the communities of Hotchkiss, Paonia, and Crawford, and include areas that supply municipal water, and irrigation and domestic water companies.

Hydraulic Fracturing has not been proven safe, and it's exemption from the nation's Clean Air and Water Act leads me to believe further that this practice is highly unsustainable for the future of the North Fork, as well as the world as a whole. It is irresponsible to impose oil and gas development on impacted communities without appropriate compensation for health, economic, and environmental impact. Please, let's not ruin the development of this area for short-term, unsustainable energy.

Regards,

MATT BARTOK
P.O. BOX 5887
EAGLE, CO. 81631

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0148230

Dana Wilson,

I am writing to request that the BLM choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. The North Fork and the Roaring Fork Valley's stand together and we need to protect our delicate eco-systems. There are numerous reasons why I am requesting this. Hydraulic Fracturing has shown to be unsafe time and time again.

I live in Colorado because I love the outdoors. I value the clean air and water I am surrounded by on a daily basis. I am anxious over potential for contamination of our water supply from Hydraulic Fracturing. The BLM lands in the North Fork Alternative are adjacent to the communities of Hotchkiss, Paonia, and Crawford, and include areas that supply municipal water, and irrigation and domestic water companies.

Hydraulic Fracturing has not been proven safe, and it's exemption from the nation's Clean Air and Water Act leads me to believe further that this practice is highly unsustainable for the future of the North Fork, as well as the world as a whole. It is irresponsible to impose oil and gas development on impacted communities without appropriate compensation for health, economic, and environmental impact. Please, let's not ruin the development of this area for short-term, unsustainable energy.

Regards,

Katrina DeVore
30 Aspen Mtn. Rd.
Aspen, CO 81611

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Dana Wilson,

I am writing to request that the BLM choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. The North Fork and the Roaring Fork Valley's stand together and we need to protect our delicate ecosystems. There are numerous reasons why I am requesting this. Hydraulic Fracturing has shown to be unsafe time and time again.

I live in Colorado because I love the outdoors. I value the clean air and water I am surrounded by on a daily basis. I am anxious over potential for contamination of our water supply from Hydraulic Fracturing. The BLM lands in the North Fork Alternative are adjacent to the communities of Hotchkiss, Paonia, and Crawford, and include areas that supply municipal water, and irrigation and domestic water companies.

Hydraulic Fracturing has not been proven safe, and it's exemption from the nation's Clean Air and Water Act leads me to believe further that this practice is highly unsustainable for the future of the North Fork, as well as the world as a whole. It is irresponsible to impose oil and gas development on impacted communities without appropriate compensation for health, economic, and environmental impact. Please, let's not ruin the development of this area for short-term, unsustainable energy.

Regards,

Katrina DeVore
30 Aspen Mtn. Rd.
Aspen, CO 81611

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Dana Wilson,

I am writing to request that the BLM choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. The North Fork and the Roaring Fork Valley's stand together and we need to protect our delicate ecosystems. There are numerous reasons why I am requesting this. Hydraulic Fracturing has shown to be unsafe time and time again.

I live in Colorado because I love the outdoors. I value the clean air and water I am surrounded by on a daily basis. I am anxious over potential for contamination of our water supply from Hydraulic Fracturing. The BLM lands in the North Fork Alternative are adjacent to the communities of Hotchkiss, Paonia, and Crawford, and include areas that supply municipal water, and irrigation and domestic water companies.

Hydraulic Fracturing has not been proven safe, and it's exemption from the nation's Clean Air and Water Act leads me to believe further that this practice is highly unsustainable for the future of the North Fork, as well as the world as a whole. It is irresponsible to impose oil and gas development on impacted communities without appropriate compensation for health, economic, and environmental impact. Please, let's not ruin the development of this area for short-term, unsustainable energy.

Regards,

933 Main St
Carbondale, CO
81623

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Drake

Dana Wilson,

I am writing to request that the BLM choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.  The North Fork and the Roaring Fork Valley's stand together and we need to protect our delicate eco-systems. There are numerous reasons why I am requesting this. Hydraulic Fracturing has shown to be unsafe time and time again.

I live in Colorado because I love the outdoors. I value the clean air and water I am surrounded by on a daily basis. I am anxious over potential for contamination of our water supply from Hydraulic Fracturing. The BLM lands in the North Fork Alternative are adjacent to the communities of Hotchkiss, Paonia, and Crawford, and include areas that supply municipal water, and irrigation and domestic water companies.

Hydraulic Fracturing has not been proven safe, and it's exemption from the nation's Clean Air and Water Act leads me to believe further that this practice is highly unsustainable for the future of the North Fork, as well as the world as a whole. It is irresponsible to impose oil and gas development on impacted communities without appropriate compensation for health, economic, and environmental impact. Please, let's not ruin the development of this area for short-term, unsustainable energy.

Regards,

E. Durrance – Loughran
P.O. Box 1011
Hotchkiss, CO 81419
34754 Jacobs Rd
Hotchkiss

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0148234

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:

- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

*Celia Roberts*

Name: CELIA ROBERTS

Address: P.O. Box 5, PAONIA, CO. 81428

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile,
and unique places in the world. It has been compared to Napa Valley, California. It
merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number
of ways by Bureau of Land Management (BLM) actions:
* A Draft Resource Management Plan for the Uncompahgre Field Office, with a
  preferred alternative which seeks to open almost every acre of BLM minerals
  to oil and gas leasing;
* BLM's Final Environmental Impact Assessment which would allow a 146-
  well Master Development Plan for the Bull Mountain Unit, northwest of
  Paonia Reservoir to move forward.
In addition Representative Scott Tipton is proposing to legislatively exchange
30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any
environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic
farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware
winning fruits and wines—should have been considered by the BLM and was not.
Tens of thousands of people from outside the valley depend on the clean food this
valley provides to farmers markets, grocery stores, community supported
agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for
agriculture, and all the recreational activities that have made outdoor recreation a
multibillion dollar industry that employs 6 times more people than the oil and gas
industry and results in over 600 billion dollars of consumer spending--hunting,
fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil
and gas development by adopting a no-leasing alternative. I am opposed to any oil
and gas leasing in the North Fork Valley.

Thank you,

Name: _Kele Soluebeg MD_

Address: _12181 Crane Lane_
_Austin Co 81410_

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber,
Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:

- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

Name: CHRISTEL PRETORIUS

Address: 41668    O RD, PAONIA,  CO 81428

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:
- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

Name: Kate Beltinger

Address: 605 W Hopkins
         Aspen, CO 81611

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:
- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,


Name: Michael Gomberg

Address: 23 Porphyry L Ophir Co 81423


CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

BLM_0148239

Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.

Yours Sincerely,

MICHAEL SCHER
198 N. 10th ST
CARBONDALE, CO 81623

Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.

Yours Sincerely,

Karen Wahrmund
PO Box 803
Carbondale, CO 81623

Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.


Yours Sincerely,

Takeo Hiromitsu
950 Vitos Way
CarbondAle, Co 81623




Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.

Yours Sincerely,

PO Box 770974
Steamboat Springs CO 80477

Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

PO BOX 770974

Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.

Yours Sincerely,

_Joshua Hodes_
642 Peaceful Ln
Paonia Colorado 81428

Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation.  In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.

Yours Sincerely,

*[signature]*
642 Peaceful Ln
Paonia Colorado

Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

BLM_0148245

Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation. In addition I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.

Yours Sincerely,

Takeo Hiromitsu
950 Vitos Way
Carbondale, Co 81623

Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

BLM_0148246

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks…. 'According to Jonathan Jarvis, Director of the National Park Service, climate change is … the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

JOHN PAUL KEENAN

Po Box 752
PAONIA CO 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148247

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Alysha Burney
3434 E 30th Av
Denver, CO 80205

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

Dear Gina Jones,

As a resident of the Western Slope, I appreciate the quality of life we have here and the opportunity to enjoy the wilderness for all types of recreation.  In addition, I value the food that is produced in this part of Colorado and want to see the air, water and soil protected for all who live or visit these many amazing valleys. As stewards of the land, we all have a responsibility to preserve what we can by thoroughly researching and considering the implications of any changes which might cause harm or hurt our economy.

Therefore, I cannot support any increase in natural gas wells in the sensitive watershed of the upper North Fork Area totaling an estimated 30,000 acres without any environmental oversight, public input, and is subject to a dubious valuation process. This is irresponsible due to undisclosed chemicals which are in the fracking fluid. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

It is imperative that the BLM should offer a no lease option which permits no increase in hydraulic fracturing. If that is not a possibility, then the only option I would reluctantly accept is Alternative Plan B1.

Yours Sincerely,

John Ferrell
40970 'O' Rd
Paonla, CO 81428

Cc: Barb Sharrow, Dana Wilson, Ruth Welch, Gov. John Hickenlooper, Sen. Michael Bennet, Sen. Kerry Donovan

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,   KALEB GRIFFIN

227 First, Crawford   CO   81415

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards, Fred A. Fischer
Po Box 2083
Hotch Kiss, CO. 81419

Fred Fischer

HA   240 OAK AVE.
Puonia, CO. 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks…. 'According to Jonathan Jarvis, Director of the National Park Service, climate change is … the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Mike & Kim Sayler
Mike and Kim Sayler
11682 Droptine Rd.
Paonia, CO 81428


http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148252

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks…. 'According to Jonathan Jarvis, Director of the National Park Service, climate change is … the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

John Mattox

John Mattox
40820 O Rd
Paonia Co 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148253

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

James Richardson
33845 Hwy 92
Hotchkiss, CO 81419


http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148254

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Daniel Gannon IV
11531 4050 RD
Paonia, CO 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Joanie Bronfman
Joanie Bronfman
1731 Beacon St
Brookline, MA 02445

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

We have a second home 39335 Pitkin Road + if there is fracking we won't come here

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Chris Kabela
11720 Droptine Rd
Paonia CO.
81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148257

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

 Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

TOMER MOLDOVAN

36481 F50 Road , Crawford. CO
81415

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148258

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Neal J Mac Millan
Neal J Mac Millan
1731 Beacon St #517 Brookline MA 02445

we have a second home at       If there is
34335 Pitkin Rd                fracking we won't
Paonia CO 81428                 come here any more

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

 Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Michael J. Fredrick.
600 Winding Shore Drive
Tool, Tx 75143

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148260

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks…. 'According to Jonathan Jarvis, Director of the National Park Service, climate change is … the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

 Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Susan Simjion

PO Box 388, Paonia, CO 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148261

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks…. 'According to Jonathan Jarvis, Director of the National Park Service, climate change is … the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Lindsay Townsend
PO Box 464
Paonia CO 81428

NO FRACKING ON PUBLIC LAND
Honor Your Purpose as BLM!

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148262

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Joy Cat Henig
P O Box 971
Paonia, CO 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148263

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Clinton Terhune
15466 Black Bridge Rd.
Paonia, CO 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards, NANCY RODRIGUEZ   c/o AGAPE FARM AND RETREAT
12123 State Point Road
PAONIA CO  81428

970-527-3385

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks…. 'According to Jonathan Jarvis, Director of the National Park Service, climate change is … the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Simon Wain

Simon Wain
15495 Blackbridge Rd.
Paonia  CO   81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148266

Scanned
0019 JL

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Scott Goldsberry
Scott Goldsberry
14152 thompson ln.
Paonia Co. 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148267

62 D18 _____.

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

INDRA LEU
Po Box 986
PAONIA, Co. 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not just the parks which need to be considered. All public lands need to be included in regard to climate change. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants, or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Alysha Burney
3434 E 30th A
Denver, CO 80205

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

BLM_0148269

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

 Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

JOHN PAUL KEENAN

Po BOX 752
PAONIACO 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

Uncompahgre Field Office
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson,

I am writing in opposition to hydraulic fracturing. I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options. I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area. In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.

Regards,

2721 Rockbridge WW
HR, CO 80129

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options. I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area. In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.

Regards,

Barrett Goldstein
9 Old Cross River Rd
Katonah NY 10536

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options. I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area. In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.

Regards,

GREG HETTRICH
976 CROWN DR
CARBONDALE, CO. 81623

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis

Uncompahgre Field Office
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson,

I am writing in opposition to hydraulic fracturing. I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options. I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area. In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.

Regards,

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis

BLM_0148274

Uncompahgre Field Office
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson,

I am writing in opposition to hydraulic fracturing. I ask that you chose the North
Fork Alternative B1, and all other reasonable conservation protections in
Alternative B. I will say, though, that BLM did not explore all options. I suggest that
they go back to the drawing board and see what it would look like with zero
fracking. The main reason is because there are so many unknown and undisclosed
chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications
will be if these chemicals got into our ground water, spilt on land, or how the will
affect the wildlife. These are questions that should be answered before we let
anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the
dense and lively eco-system in the area. In my opinion, The BLM has also failed to
produce a balanced plan that took into consideration new horizontal drilling and
multi-stage hydraulic fracturing technologies. This relatively new drilling
technology involves a far greater magnitude of impacts, including: double the
surface impacts of conventional drilling; up to a 333% increase in air pollutant
emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5
to 10 times more water; as well as increased noise, larger waste volumes, habitat
fragmentation and loss, and thousands of additional round trips of truck traffic per
well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and
gas leasing and development. We are effectively KILLING our eco-system and
putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative,
B1, in the final RMP. The BLM lands within the North Fork Alternative area are
adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas
that supply municipal water, and irrigation and domestic water companies, impact
the scenic features of the Valley, and are high quality wildlife lands. The BLM should
ensure the strongest level of protection for resources of particular concern that
warrant the strong protections that are included in Alternative B1, such as water
supplies and riparian areas; scenic qualities of the valley and our 'million dollar'
view sheds; undeveloped wildlife lands including winter range and migration
corridors. Please include all other conservation protections in Alternative B.

Regards, Craig n Clark
15878 Black bridge Rd
Paonia Co 81428

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M.
Bennet, S. Tipton, J. Polis

Uncompahgre Field Office
2465 S Townsend Ave
Montrose, CO 81401

Dana Wilson,

I am writing in opposition to hydraulic fracturing.  I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options. I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area.  In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.

Regards, Kyle Halbleib

2604 E MaeCir
Carmel, IN  46033

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis

BLM_0148276

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options. I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area. In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.

Regards, *Lin Black*

PO Box 2897
Dillon, CO 80435

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis

BLM_0148277

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options. I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area. In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.

Regards,

GREG HETTRICH
976 CROWN DR
CARBONDALE, CO. 81623

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis

Dear Dana Wilson,

I am writing in opposition to hydraulic fracturing. I ask that you chose the North Fork Alternative B1, and all other reasonable conservation protections in Alternative B. I will say, though, that BLM did not explore all options. I suggest that they go back to the drawing board and see what it would look like with zero fracking. The main reason is because there are so many unknown and undisclosed chemicals n the hydraulic fracturing fluids. We have no idea what the ramifications will be if these chemicals got into our ground water, spilt on land, or how the will affect the wildlife. These are questions that should be answered before we let anyone drill into our land.

I am an environmentalist living in this Valley. I chose to live here because of the dense and lively eco-system in the area. In my opinion, The BLM has also failed to produce a balanced plan that took into consideration new horizontal drilling and multi-stage hydraulic fracturing technologies. This relatively new drilling technology involves a far greater magnitude of impacts, including: double the surface impacts of conventional drilling; up to a 333% increase in air pollutant emissions involving 12 more tons of VOCs and 1 additional ton of HAPs per well; 5 to 10 times more water; as well as increased noise, larger waste volumes, habitat fragmentation and loss, and thousands of additional round trips of truck traffic per well. BLM's proposed plan opens 95% of the Uncompahgre planning area to oil and gas leasing and development. We are effectively KILLING our eco-system and putting END TO SUSTAINABILITY in Western Colorado.

I request that the BLM include all proposed actions in the North Fork Alternative, B1, in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia, and Crawford and include areas that supply municipal water, and irrigation and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands. The BLM should ensure the strongest level of protection for resources of particular concern that warrant the strong protections that are included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' view sheds; undeveloped wildlife lands including winter range and migration corridors. Please include all other conservation protections in Alternative B.

Regards, *Eric Blach*

PO Box 2897
Dillon, CO 80435

Cc: S. Jewell, N. Kornze, M. Tupper, R. Welch, B. Sharrow, G. Jones, B. Hovde, M. Bennet, S. Tipton, J. Polis

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Kate Wright

Street _212 N. 7th Street_

City, State, Zip _Colorado Springs  CO 80905_

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Darcie Rose

Street 40881 Hwy 133

City, State, Zip Paonia, CO, 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Rex Whitney

Street 615 4th

City, State, Zip Paonia Co 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,  *Sally Owen*

Street  *38,500 Pitkin Rd*

City, State, Zip  *Paonia Co 81428-0758*

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

BLM_0148283

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

*[signature: Jack R. Barnes]*

Jack R. Barnes.

Street ___316 Box Elder Ave___

City, State, Zip ___Paonia Co 81428___

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

BLM_0148284

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley. Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have. There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Rob Kimball

Rob Kimball

Street 14652 Peony Ln

City, State, Zip Paonia Co 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Rex Whitney

Street  615  4th

City, State, Zip  Paonia  CO  81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

Dear Barb Sharrow,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals.

I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option!

With Regards,

Darcie Rose

Street 40891 Hwy 133

City, State, Zip Paonia, CO, 81428

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

BLM_0148287

Dear Barb Sharrow, Gina Jones and Dana Wilson,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option! While I recommend that you don't do anything, if you must select an option, then the only one to consider is Alternative Plan B1.

With Regards,

Ally Weyer

751 Garfeild Ave.
Carbondale CO 81623

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

BLM_0148288

Dear Barb Sharrow, Gina Jones and Dana Wilson,

I am a resident of Colorado who loves this state and the beauty that I see every day. I treasure the watersheds and know how much the health and wellbeing of everyone and every tree, plant, animal, bird and insect mean to those of us in the North Fork Valley.  Already we have many endangered species and humans who suffer from asthma and neurological diseases.

Some of the negative impact on people, critters and the environment are due to the chemicals used in hydraulic fracturing as well as spills caused. As mentioned in the report from the NYS Department of Health noted below, the price is too high to allow fracking to increase in our valley. Due to the undisclosed chemicals in the fracking fluid, it would be irresponsible to proceed without further study. Therefore, a no leasing option should be considered because we don't know the ramifications of those chemicals put into our ground water or potentially spilled or consumed by animals. I am a steward of the land and want to care for it so that future generations will be able to live here without fear of drinking the water, eating the food or even breathing the air. We in Colorado need to be in the forefront by taking a stand to preserve what we have.  There are too many unanswered questions to allow the BLM's RMP for the North Fork Valley to be approved. None of the options included protect us or include adequate assessments of the possible impacts.

I sincerely recommend that you do not allow any of the options mentioned in the RMP. There should be a NO LEASE option! While I recommend that you don't do anything, if you must select an option, then the only one to consider is Alternative Plan B1.

With Regards,

*Nick Kolachov*

4 ALDER CREEK CYN.

PLACERVILLE, CO.  81430

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=new%20york%20hydraulic%20fracturing%20study (the final report was issued in May 2015)

cc: Ruth Welch, Neil Komze, Sen. Michael Bennet, Governor John Hickenlooper, Sen. Cory Gardner

BLM_0148289

Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401


Dear Dana Wilson,


I am writing to ask that you please choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.

I live in the North Fork for the hiking, biking, fishing, and hunting. Hydraulic Fracturing will leave a great impact on the wildlife inhabiting the North Fork Valley. It is clear that the BLM did not take a hard look at direct, indirect, and cumulative impacts, including the impact of human health, as well as consultation with the Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife. Hydraulic Fracturing is irresponsible and threatens to end the way of life that keeps those alike and myself in the North Fork Valley. We don't just fish and hunt for sport, this is a lifestyle. Development here would absolutely destroy local efforts in transforming the economy to one based on agro-tourism, recreation, agriculture, and organic clean food. It would also destroy our unique biodiversity. Finally, development of Hydraulic Fracturing in the North Fork Valley would contaminate our soils, water, and air. For those reasons and many more chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.


Best,


Name: Temina Conklin

Address:
1401 Serpentine Trail
Marble, CO 81623


Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401



Dear Dana Wilson,

I am writing to ask that you please choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.

I live in the North Fork for the hiking, biking, fishing, and hunting. Hydraulic Fracturing will leave a great impact on the wildlife inhabiting the North Fork Valley. It is clear that the BLM did not take a hard look at direct, indirect, and cumulative impacts, including the impact of human health, as well as consultation with the Pipeline Hazardous Materials and Safety Administration and failed to consider the potential impacts that an exemption from safety rules would have on human health, the environment, and wildlife. Hydraulic Fracturing is irresponsible and threatens to end the way of life that keeps those alike and myself in the North Fork Valley. We don't just fish and hunt for sport, this is a lifestyle. Development here would absolutely destroy local efforts in transforming the economy to one based on agro-tourism, recreation, agriculture, and organic clean food. It would also destroy our unique biodiversity. Finally, development of Hydraulic Fracturing in the North Fork Valley would contaminate our soils, water, and air. For those reasons and many more chose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B.

Best,

Name: Aubrey wallace

Address: 274 shannon farm In
Afton Va 22920

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Dear Joe Meyer,

The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:

The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that

- Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
- In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
- And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations. This must be addressed.

The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,

P.O. Box 5268
Snowmass Vlg co
81615

Buck Jones
TazStetsonLLC

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:

The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that

- Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
- In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
- And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations. This must be addressed.

The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,

Nancy Bolan
P.O. Box 83
Paonia, CO 81428

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

BLM_0148293

Dear Joe Meyer,

The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:

The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that

- Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
- In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
- And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations. This must be addressed.

The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,

Gabrielle Bertin
306 Box Elder Ave
Paonia, Co 81428
Gabrielle B

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

BLM_0148294

Dear Joe Meyer,

The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:

The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that

- Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
- In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
- And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations. This must be addressed.

The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly, *Taylor Elliott*

1710 S Balsam St
80123 Lakewood CO

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:

The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that

- Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
- In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
- And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations. This must be addressed.

The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,

Nancy Bolan
NANCY BOLAM
PO BOX 83
PAONIA, CO 81428

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:

The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that

- Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
- In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
- And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations. This must be addressed.

The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,

Clark Cross          CLARK CROSS
PO BOX 882
PAONIA, CO 81428

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

Dear Joe Meyer,

The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:

The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that

- Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
- In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
- And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations. This must be addressed.

The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I, therefore, demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,

IAN OESER

324 Orchard
Paonia, CO 81428

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

BLM_0148298

Dear Joe Meyer,

The pristine environment of the North Fork Valley is unique and valued greatly by all who reside here or visit. I oppose all the options in the BLM's RMP for the following reasons:

The BLM not consider include pipeline integrity, safety, inspections or management in the Draft RMP. We know that

- Pipeline integrity can be compromised through flooding, mudslides, earthquakes and geologic instability.
- In addition, leaks and spills occur at the drilling sites and along pipelines contaminating soil and water.
- And what about ruptures and explosions occurring from faulty construction or a compromised pipeline?

None of these were addressed in the Draft RMP.

How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider Pipeline safety in its Draft Resource Management Plan? Pipelines fail. Unfortunately, rural gas gathering pipelines do not fall under federal safety regulations. This must be addressed.

The continuing impact of fracking throughout the country results in my being unwilling to risk myself and the 10,000 people in this valley. I therefore demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Yours truly,   KALEB GRIFFIN

227 fir
crawford CO
81415

cc: S. Jewell, R. Welch, N. Kornze, J. Hickenlooper, M. Bennet, Delta County Commissioners

BLM_0148299

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

PO Box 1626
Paonia, CO 81428

Very truly yours, Michael McCarney

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges. (http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems. (https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Kimberly Carter
792 hwy 133
Paonia CO 81428
Kimberly Carter

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges. (http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems. (https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Marti Stimson
68600 Open Field Dr.
Montrose, Co. 81401

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours, Amy WILLIAMS

Amy Williams

223 Dorris Av
Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148303

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Robin Kanewske
Robin. Kanewske
563 Stahl. Rd
Paonia , CO
81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Ryan Sylvester

337 Box Elder
Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J.  Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges. (http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems. (https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Nicole Carpenter
40881 Hwy 133
Paonia, Co 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Kael Frank

Kael Frank
P.O. Box 1731
Paonia CO, 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Crystal Petitt

P.O. Box 337
Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J.  Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges. (http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems. (https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Amanda Papke

Chmeneke Papu

P. O. Box 976

Paonia Co. 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

John Carlile
for u. zu
68600 Open Field Dr.
Montrose, CO 81401

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Alicia Michelsen
318 Orchard Ave
Paonia, CO
81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Devon Alves
Devon Alvrs
P.O. Box 1600   Paonia CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Seth Weber—Seth Weber

P.O. Box 461
Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours, Randoll Geist
Randall Geist
9928 King St.
Westminster Co
80031

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours, *Randall Geist*

Randall Geist
9928 King St.
Westminster CO
80031

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

MIKE SOUTHWICK
201 MAIN AVE
Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Daniel Bailey
Daniel Bailey
PO box 976
Paonia, Co. 81428.

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

792 hwy 133
Paonia Co 81428
Kimberly Carter

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They
are an important part of the valley's economy. The safety of these visitors is a concern in
that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or
inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55
minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near
Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus
extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and
integrity management in the Draft Resource Management Plan. There have been so many
leaks in gas and oil pipelines that I am shocked by the absence of this important
consideration. Pipelines fail. The public knows this and the government knows this. That is
why there are federal pipeline safety regulations to ensure proper construction of pipelines
and reporting of pipeline failures for proper oversight. However, rural gas gathering lines
are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also
from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and
spills occur along the pipeline, which contaminate soil and water, but also ruptures and
explosions occur from faulty construction or a compromised pipeline. According to the
federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of
natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the
nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-
change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas
gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure
that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk
forest fires, damage the environment, risk human and animal life, and other economic and
environmental risks not considered by the BLM.

Very truly yours, Janet M Geist

Janet M. Geist

9928 King St
Westminster Co
80031

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County
Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

EMILY HARTNETT
41474 REDS RD
PAONIA, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges. (http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems. (https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours, *Janet M. Geist*

Janet M. Geist

9928 King St
Westminster, CO
80031

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Devon Alutis
DEVON ALUTIS
P.O. BOX 1600 PAONIA CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148322

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours, *Jay Lande*

Jay Canode
223 Orris Ave
Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148323

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

EMILY HARTNETT
41474 REDS RD
PAONIA, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Ayana Pedrick

216 North Fork Ave
Paonia, CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J.  Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

Lea Petmezas
40543 O Rd.
Paonia CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners