Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

James McCain

40881 Hwy 133
Paonia, Co 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

C. Philip Volckhausen

40570 O Road  Paonia CO 81428

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

The North Fork Valley has always attracted hikers, campers, hunters and anglers. They are an important part of the valley's economy. The safety of these visitors is a concern in that the BLM's proposed RMP does not address pipeline safety, pipeline maintenance or inspections. Note this one of many disturbing examples: On August 19, 2000, in only 55 minutes, the rupture of a gas transmission pipeline adjacent to the Pecos River near Carlsbad, NM caused the death of 12 campers and the destruction of their cars plus extensive damage to two nearby bridges.
(http://www.ntsb.gov/investigations/AccidentReports/Reports/PAR0301.pdf)

I bring this to your attention because the BLM does not consider pipeline safety and integrity management in the Draft Resource Management Plan. There have been so many leaks in gas and oil pipelines that I am shocked by the absence of this important consideration. Pipelines fail. The public knows this and the government knows this. That is why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline. According to the federal Pipeline and Hazardous Materials Safety Administration 12.8 billion cubic feet of natural gas has been released since 2010 in nearly 700 "incidents". These occurred in the nation's natural gas gathering and transmission systems.
(https://www.hcn.org/articles/natural-gas-pipeline-incidents-scary-exacerbate-climate-change-methane)

Therefore, I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions in order to ensure that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Very truly yours,

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
AprilFlowers714
@gmail.com

April Poker
PO Box 325
403 K St
Crawford, CO 81415

Cc: S. Jewell R. Welch, N. Kornze, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148329

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,

Robert L Talbot
85 Vagnur Ln
Basalt, CO 81621

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

BLM_0148330

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,      Mag McNulty

MARGARET MCNULTS
513 9th St Glenwood Spring
81601

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,   Mag McNulty

MARGARET MCNULTY
513 9th St Glenwood Springs
81601

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,                                                          , Gabriela A. Rivera

100 Roaring Fork Ave A8. Carbondale CO, 81623

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

BLM_0148333

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,

Matthew Sarcen
P.O. Box 10946
Aspen, CO 81612

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,

William R Lacemme/
85 N 7TH ST, Carbondale, Co. 81623

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,

William R Laemmel
85 N 7Th St, Carbondale, Co. 81623

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,

Elyssa Derby
624 Surrey Rd   Carbondale Co
81623

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

BLM_0148337



65-009

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,

Joana Pedrick
216 North Fork Ave, Paonia CO 81428

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

BLM_0148338

BLM Uncompahgre Field Office

Dear Ma'am, Sir,

This letter pertains to the BLM's RMP and EIS providing information intending to cause changes to proposed action.

It appears that the BLM's mission statement has been influenced and skewed by certain industries. The BLM's mission statement does not direct or allude to such use.

There upon definition is required.

"... *to sustain*"; to hold, keep in existence, maintain sustenance for.

"... *the health*"; physical will-being, freedom from dis-ease, condition of.

"... *diversity*"; differences, variety (in the natural state).

"... *and productivity*"; fertile, abundant productivity, (that is what nature of itself does i.e. producing by and of itself all that it is).

"... *of the public*"; the people as a whole, for benefit of all.

"... *lands for the use of* (being there) *and enjoyment of present and future generations.*".

The BLM is obligated to conscience prudent and shrewd management and policy making.

Such policy making precludes such harm, pollution and destruction by extractive industries. Such use is abominable.

Hence, the CHC' North Fork Alternative Plan wisely proposes a sagacious policy.

What the BLM and the public have to fear is the results of avarice stupidity and ignorance.   *are*

Respectfully, *James Gietzhall*
*Paonia CO*

P.S. *I would like to lease some BLM Land for agriculture*

BLM Uncompahgre Field Office

Dear Ma'am, Sir,

This letter pertains to the BLM's RMP and EIS providing information intending to cause changes to proposed action.

It appears that the BLM's mission statement has been influenced and skewed by certain industries. The BLM's mission statement does not direct or allude to such use.

There upon definition is required.

- " . . . *to sustain*"; to hold, keep in existence, maintain sustenance for.
- " . . . *the health*"; physical will-being, freedom from dis-ease, condition of.
- " . . . *diversity*"; differences, variety (in the natural state).
- " . . . *and productivity*"; fertile, abundant productivity, (that is what nature of itself does i.e. producing by and of itself all that it is).
- " . . . *of the public*"; the people as a whole, for benefit of all.
- " . . . *lands for the use of* (being there) *and enjoyment of present and future generations.*".

The BLM is obligated to conscience prudent and shrewd management and policy making.

Such policy making precludes such harm, pollution and destruction by extractive industries. Such use is abominable.

Hence, the CHC' North Fork Alternative Plan wisely proposes a sagacious policy.

What the BLM and the public have to fear is the results of avarice stupidity and ignorance.

Respectfully,

Teddy Aegrotr

P.S.

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking.  For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Matthew Allen

PO 252
Pine CO 80470

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Dana Wilson,

As a representation of the youth of Colorado, I find it unfair and also damaging that Hydraulic Fracturing is now a reality that I must live with. After reading news stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be usable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who loves nature. This valley has been my home since birth. I have recently learned that Hydraulic Fracturing has a risk of contaminating the ground and surface waters, which potentially threatens to damage or kill or crops and livestock. There also seem to be plenty of other problems surrounding fracking in the North Fork area. For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North fork, insufficient water supplies necessary to support the fracking and other drilling, and a risk to farming operations and the broader economic viability of the North Fork. Is this worth it? Is this the message of "hope" and "optimism" we want to provide to this valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state, and local environmental review. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer environmentally speaking.

It seems as though the best options of what you present would be Alternative B1. Please, choose the North Fork Alternative, B1, and all other reasonable conversation protections in Alternative B based on the above reasons. However, I would rather there be zero hydraulic fracturing and I encourage you to explore that option.

Andrew Fairweather

5051 Raleigh St.
Denver, CO 80212

CC: Barb Sharrow, Mark Roeber, Jared Polis, Kerry Donovan

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking. For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Abigail Hilty Hilty
27632 County Road 340
Buena Vista, CO 81211

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking. For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Nolan Zemanski
1455 Pleasant Lake Rd
Annapolis, MD 21409

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148344

Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, CO 81401

Dana Wilson,

As a representation of the youth of Colorado, I find it unfair and also damaging that Hydraulic Fracturing is now a reality that I must live with. After reading news stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be usable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who loves nature. This valley has been my home since birth. I have recently learned that Hydraulic Fracturing has a risk of contaminating the ground and surface waters, which potentially threatens to damage or kill or crops and livestock. There also seem to be plenty of other problems surrounding fracking in the North Fork area. For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North fork, insufficient water supplies necessary to support the fracking and other drilling, and a risk to farming operations and the broader economic viability of the North Fork. Is this worth it? Is this the message of "hope" and "optimism" we want to provide to this valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state, and local environmental review. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer environmentally speaking.

It seems as though the best options of what you present would be Alternative B1. Please, choose the North Fork Alternative, B1, and all other reasonable conversation protections in Alternative B based on the above reasons. However, I would rather there be zero hydraulic fracturing and I encourage you to explore that option.

Ruben Goldstein
213 ½ N 10th Street
Carbondale CO 81623

CC: Barb Sharrow, Mark Roeber, Jared Polis, Kerry Donovan

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking.  For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Erik T. Beezley
40733 Hwy 133
Paonia, CO 81428

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148346

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking.  For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Melissa Rehfeldt

15466 Black Bridge Rd
Paonia, CO. 81428

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148347

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, i naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking. For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Melissa Rehfeldt

15466 Black Bridge Rd
Paonia, CO. 81428

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking.  For example, the risk of loss to irrigation shares for muitiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Jacob Gray

12273 Crawford Rd.
Paonia, CO 81428

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking. For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,     Jacob Fray

12273 Crawford Rd.
Paonia, CO 81428

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking.  For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Abigail Hitty
27632 County Road 340
Buena Vista, CO 81211

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Attention: Gina Jones and Dana Wilson

As a representative of the youth of Colorado I find it unfair and also damaging that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who loves nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seems to be plenty of other problems surrounding fracking the North Fork area. For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer environmentally speaking.

Yours truly,

Shylo Holden

Street  1080 Crawford Ave

City, State, Zip Code  Paulis, Colorado, 81416

BLM_0148352

Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Attention: Gina Jones and Dana Wilson

As a representative of the youth of Colorado I find it unfair and also damaging that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a a state of fear, wondering when our water will no longer be drinkable. is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who loves nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seems to be plenty of other problems surrounding fracking the North Fork area. For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer environmentally speaking.

Yours truly,

Street 214 Colorado Ave

City, State, Zip Code Paonia, CO, 81428

Uncompahgre Field Office
2465 South Townsend Ave
Montrose, CO 81401

Attention: Gina Jones and Dana Wilson

As a representative of the youth of Colorado I find it unfair and also damaging that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who loves nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seems to be plenty of other problems surrounding fracking the North Fork area. For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer environmentally speaking.

Yours truly,

Jamie Teer

Street _330 Main St._

City, State, Zip Code _Paonia, Co 81428_

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking.  For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Amanda Coyle
P.O. Box 252
Pine, CO 80241

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking.  For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Cameron Mayfield
1328 Grand Ave
Glenwood Springs Co 81601

Tegan Alsperagh
1328 Grand Ave
Glenwood Springs Co 81601

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148356

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking.  For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Patt Hoffman
2333 Sundial
Grand Jct CO
81505

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:

- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

Name: Disty Olivas

Address: 131 Soccerfield Rd Apt G3
Carbondale Co

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

BLM_0148358

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:

- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

Name: _LINDA M. ARNOLD_

Address: _499 Morrison St_
_Carbondale, Co 81623._

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:
- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,


Name: BLAKE SCHERER

Address: 118 Red Rock RD BASALT CO 81021


CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:

- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

Name: _Pamela Whittington_

Address: _CO 36 Donegan unit A_
_Glenwood Spgs, CO_

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:
- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

Name: Augus W. Sovching

Address: 214 Box Elder Av.
Paonia Co 81428

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

BLM_0148362

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:

- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

Name: ANDREA LECOS

Address: 41218 Lamborn Mesa Rd
Paonia CO 81428

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

BLM_0148363

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:

- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,


Name: BLAKE SCHERER

Address: 118 Red Rock Rd Basalt CO 81021


CC: Neil Koronch, Tiffie Pappas, Tillie Bishell, Ruth Welch, Dana Wilson, Mark Reuber,

Dear Barb Sharrow,

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:

- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,


Name: Kate Bettinger

Address: 605 W Hopkins
         Aspen, CO 81611

CC: Neil Kornze ~~Mi...~~

Dear Barb Sharrow,

67-009

The North Fork Valley of Southwest Colorado is one of the most beautiful, fertile, and unique places in the world. It has been compared to Napa Valley, California. It merits protection from oil and gas development.

The North Fork Valley is being threatened by oil and gas development in a number of ways by Bureau of Land Management (BLM) actions:

- A Draft Resource Management Plan for the Uncompahgre Field Office, with a preferred alternative which seeks to open almost every acre of BLM minerals to oil and gas leasing;
- BLM's Final Environmental Impact Assessment which would allow a 146-well Master Development Plan for the Bull Mountain Unit, northwest of Paonia Reservoir to move forward.

In addition Representative Scott Tipton is proposing to legislatively exchange 30,000 acres in the Thompson Divide for 30,000 acres in Delta County, without any environmental oversight or public input.

The uniqueness of this valley—as home to the largest concentration of organic farms in the State of Colorado, Gold Medal fishing, prized big-game hunting, aware winning fruits and wines—should have been considered by the BLM and was not. Tens of thousands of people from outside the valley depend on the clean food this valley provides to farmers markets, grocery stores, community supported agriculture programs, and restaurants.

Clean water and clean air are the lifeblood of this community and the foundation for agriculture, and all the recreational activities that have made outdoor recreation a multibillion dollar industry that employs 6 times more people than the oil and gas industry and results in over 600 billion dollars of consumer spending--hunting, fishing, hiking, camping, mountain biking.

BLM can and should designate the North Fork Valley a fully protected area from oil and gas development by adopting a no-leasing alternative. I am opposed to any oil and gas leasing in the North Fork Valley.

Thank you,

Mark Walsh

Name: Mark Walsh

Address: P O Box 719
Hotchkiss, CO  81419

CC: Neil Kornze, Mike Tupper, Mike Nedd, Ruth Welch, Dana Wilson, Mark Roeber, Bruce Hovde, Paual Swenson, Michael Bennet, Scott Tipton, Jared Polis,

BLM_0148366

To Joe Meyers,

As the concern for our pristine North Fork Valley grows, I want to know why the BLM did not consider the impact on recreation, hunting and fishing in the Draft RMP.

A bid for more than one million acres in the Central Valley was denied by Judge Michael Fitzgerald who found that the BLM failed to consider the dangers of fracking... 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan....' Judge Fitzgerald said in his ruling.'"

In the Draft Uncompahgre RMP, the BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals nor the impact on the hunting and fishing economy:

- Impacts on hunting due to changes in wildlife migration and reproduction habits.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
- Proximity damage to Wilderness, Wilderness Study Areas and National Parks.
- Impacts from noise pollution, negatively affecting wildlife, and bird migration patterns. Impacts from light pollution from drilling rigs on wildlife and recreational expectations and experience

I am unwilling to consider any of the options in the BLM's Draft RMP due to continuing negative impact of fracking on the environment and everyone living, working or vacationing in areas near fracking. I demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.


Sincerely,

PATRICIA SNIDER
114 CLARK AVE
PAONIA, CO 81428

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: J. Hickenlooper, M. Bennet S. Jewell, R. Welch, N. Kornze, Delta County Commissioners

To Joe Meyers,

As the concern for our pristine North Fork Valley grows, I want to know why the BLM did not consider the impact on recreation, hunting and fishing in the Draft RMP.

A bid for more than one million acres in the Central Valley was denied by Judge Michael Fitzgerald who found that the BLM failed to consider the dangers of fracking... 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan....' Judge Fitzgerald said in his ruling.'"

In the Draft Uncompahgre RMP, the BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals nor the impact on the hunting and fishing economy:

- Impacts on hunting due to changes in wildlife migration and reproduction habits.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
- Proximity damage to Wilderness, Wilderness Study Areas and National Parks.
- Impacts from noise pollution, negatively affecting wildlife, and bird migration patterns. Impacts from light pollution from drilling rigs on wildlife and recreational expectations and experience

I am unwilling to consider any of the options in the BLM's Draft RMP  due to continuing negative impact of fracking on the environment and everyone living, working or vacationing in areas near fracking.  I demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.


Sincerely,

KIRA J. BROWN
PO BOX 882
PAONIA, CO 81428

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: J. Hickenlooper, M. Bennet S. Jewell, R. Welch, N. Kornze, Delta County Commissioners

To Joe Meyers,

As the concern for our pristine North Fork Valley grows, I want to know why the BLM did not consider the impact on recreation, hunting and fishing in the Draft RMP.

A bid for more than one million acres in the Central Valley was denied by Judge Michael Fitzgerald who found that the BLM failed to consider the dangers of fracking… 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan….' Judge Fitzgerald said in his ruling.'"

In the Draft Uncompahgre RMP, the BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals nor the impact on the hunting and fishing economy:

- Impacts on hunting due to changes in wildlife migration and reproduction habits.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
- Proximity damage to Wilderness, Wilderness Study Areas and National Parks.
- Impacts from noise pollution, negatively affecting wildlife, and bird migration patterns. Impacts from light pollution from drilling rigs on wildlife and recreational expectations and experience

I am unwilling to consider any of the options in the BLM's Draft RMP due to continuing negative impact of fracking on the environment and everyone living, working or vacationing in areas near fracking. I demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Sincerely,

P.O. Box 5268
Snowmass Vlg Co
81615

Buck Jones
1az Stetson LLC

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: J. Hickenlooper, M. Bennet S. Jewell, R. Welch, N. Kornze, Delta County Commissioners

BLM_0148369

To Joe Meyers, *This is a serious issue + we need your support*

As the concern for our pristine North Fork Valley grows, I want to know why the BLM did not consider the impact on recreation, hunting and fishing in the Draft RMP.

A bid for more than one million acres in the Central Valley was denied by Judge Michael Fitzgerald who found that the BLM failed to consider the dangers of fracking... 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan....' Judge Fitzgerald said in his ruling.'"

In the Draft Uncompahgre RMP, the BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals nor the impact on the hunting and fishing economy:

- Impacts on hunting due to changes in wildlife migration and reproduction habits.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
- Proximity damage to Wilderness, Wilderness Study Areas and National Parks.
- Impacts from noise pollution, negatively affecting wildlife, and bird migration patterns. Impacts from light pollution from drilling rigs on wildlife and recreational expectations and experience

I am unwilling to consider any of the options in the BLM's Draft RMP  due to continuing negative impact of fracking on the environment and everyone living, working or vacationing in areas near fracking.  I demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Sincerely,

Ryan B Lehman

PO Box 772
Paonia, CO 81428

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: J. Hickenlooper, M. Bennet S. Jewell, R. Welch, N. Kornze, Delta County Commissioners

To Joe Meyers,

As the concern for our pristine North Fork Valley grows, I want to know why the BLM did not consider the impact on recreation, hunting and fishing in the Draft RMP.

A bid for more than one million acres in the Central Valley was denied by Judge Michael Fitzgerald who found that the BLM failed to consider the dangers of fracking... 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan....' Judge Fitzgerald said in his ruling.'"

In the Draft Uncompahgre RMP, the BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals nor the impact on the hunting and fishing economy:

- Impacts on hunting due to changes in wildlife migration and reproduction habits.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
- Proximity damage to Wilderness, Wilderness Study Areas and National Parks.
- Impacts from noise pollution, negatively affecting wildlife, and bird migration patterns. Impacts from light pollution from drilling rigs on wildlife and recreational expectations and experience

I am unwilling to consider any of the options in the BLM's Draft RMP  due to continuing negative impact of fracking on the environment and everyone living, working or vacationing in areas near fracking.  I demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Sincerely,

15528 Black Bridge Rd
Paonia CO 81428

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: J. Hickenlooper, M. Bennet S. Jewell, R. Welch, N. Kornze, Delta County Commissioners

To Joe Meyers,

As the concern for our pristine North Fork Valley grows, I want to know why the BLM did not consider the impact on recreation, hunting and fishing in the Draft RMP.

A bid for more than one million acres in the Central Valley was denied by Judge Michael Fitzgerald who found that the BLM failed to consider the dangers of fracking... 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan....' Judge Fitzgerald said in his ruling.'"

In the Draft Uncompahgre RMP, the BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals nor the impact on the hunting and fishing economy:

- Impacts on hunting due to changes in wildlife migration and reproduction habits.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
- Proximity damage to Wilderness, Wilderness Study Areas and National Parks.
- Impacts from noise pollution, negatively affecting wildlife, and bird migration patterns. Impacts from light pollution from drilling rigs on wildlife and recreational expectations and experience

I am unwilling to consider any of the options in the BLM's Draft RMP due to continuing negative impact of fracking on the environment and everyone living, working or vacationing in areas near fracking.  I demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Sincerely,

Martha Justman
14059 Peony Ln
PAONIA CO 31428

http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: J. Hickenlooper, M. Bennet S. Jewell, R. Welch, N. Kornze, Delta County Commissioners



To Joe Meyers,

As the concern for our pristine North Fork Valley g[...]ny the BLM did not consider the impact on recreation, [...]he Draft RMP.

A bid for more than one million acres in the Central Valley was denied by Judge Michael Fitzgerald who found that the BLM failed to consider the dangers of fracking... 'The bureau failed to take a 'hard look' at the environmental impact of the resource management plan….' Judge Fitzgerald said in his ruling.'"

In the Draft Uncompahgre RMP, the BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals nor the impact on the hunting and fishing economy:

- Impacts on hunting due to changes in wildlife migration and reproduction habits.
- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.
- Proximity damage to Wilderness, Wilderness Study Areas and National Parks.
- Impacts from noise pollution, negatively affecting wildlife, and bird migration patterns. Impacts from light pollution from drilling rigs on wildlife and recreational expectations and experience

I am unwilling to consider any of the options in the BLM's Draft RMP  due to continuing negative impact of fracking on the environment and everyone living, working or vacationing in areas near fracking.  I demand that the BLM issue a moratorium on oil and gas leasing and hydraulic fracturing.

Sincerely,

Janekela
1918 Black Canyon Rd
Crawford, Co  81415


http://www.ecowatch.com/california-fracking-blm-1998974785.html

cc: J. Hickenlooper, M. Bennet S. Jewell, R. Welch, N. Kornze, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

Hattie Taylor

11 Crystal Circle
Carbondale Co  81623

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

*[signature]*
PO Box 1028
Prescott, Az 86302

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

CHARLES J. JANKIEWICZ
125 Colorado Ave
Paonia, Co 81428

Regards,

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

Roy H Kasting
17429 Hwy 65
Eckert, CO 81418

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

Melanie Marie Cosner

15495 Blackbridge Rd.  81428

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards, Chris Garrelts

Ph Garrelt

Po Box 1041
Paonia, Co 81428

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

Taylor Shelton

15495 Black Bridge Rd.
Paonia, CO

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

Nelson Bock
109 Main St.
Paonia   CO

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

G.M. Drumm
4100 W. White Rock Rd
Chino Valley, AZ 86303

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,       *Alan G. Habermehl*
*5029 Sunrise Ridge Trail*
*Middleton, WI 53562*

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

Clinton Terhune

15466 Black Bridge Rd   paonia, CO 81428

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,    Melissa Rehfeldt
Melissa Rehfeldt

15466 Black Bridge Rd
Paonia, Co 81428

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

Jeff Weber

555 So. 12th st   SJ, CA

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

CHRISTINE A LMACE
6514 S. BALSAM CT
LITTLETON CO 80123

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

11 CRYSTAL CIRCLE
CARBONDALE CO
81623

Z FOX BENTON

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.


Regards,

G. M. Drumm
460 W. White Rock Rd
Chino Valley AZ 86523

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried


Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

*(signature)*
G.M. Drummy
4100 W. White Rock Rd
Chino Valley, AZ 86323

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,   *Alan G. Habermehl*
*5029 Sunrise Ridge Trail*
*Middleton, WI 53562*

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management
Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas
operations in a sensitive watershed that directly feeds the largest concentration of
organic farms in Colorado. This development would destroy the unique biodiversity,
contaminate soils, water and air, and impair human health by increasing the risk of
respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that
there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is
mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and
as stewards of the land want to make sure that future generations continue to enjoy the
quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can
be allowed. The price is too high for all of us. With a significant number of new natural
gas wells, will we too have earthquakes and more health risks, such as asthma and
neurological diseases? The article below addresses the consequences of hydraulic
fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado
has experienced fracking development, residents who live within a half mile of the
natural gas wells have been exposed to air pollutants, like the carcinogen benzene and
toxic hydrocarbons known to cause respiratory and neurological problems, according to
a three-year study from the Colorado School of Public Health. " Methane is also
mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one
will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the
BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are
regulated to prevent leaks, spills and explosions and give the public confidence that a
web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest
fires, damage the environment, and risk human and animal life.


Regards,

107 3rd st. N   Paonia, CO 81428

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-
should-be-worried


Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County
Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

Victoria A. Golike                    677- 24½ Rd.
Victoria A. Golike                    Grand Junction, CO
                                      81505

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

ROBERT W. JACOBS   25 BACA RD
                    EL PRADO, NM 87529

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,  Carole Bell
Carole Bell
720 5th St.
Paonia, CO 81428

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

Rachael Burt                218 Main Ave
Rachael Burt                Paonia, Co 81428

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

*Harry Knipe* 2527 MiraVista Rd Grand Jct CO 81501

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.

Regards,

*[signature]*
PO Box 1028
Prescott, Az 86302

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The BLM:

I am opposed to all of the options offered in the BLM's Draft Resource Management Plan for the Uncompahgre Region. I believe that it is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in Colorado. This development would destroy the unique biodiversity, contaminate soils, water and air, and impair human health by increasing the risk of respiratory, endocrine, immune and cardiovascular diseases. In addition, I noticed that there is nowhere in the Draft RMP that pipeline safety, maintenance or inspection is mentioned.

The residents, farmers and ranchers in this watershed truly care for the resources, and as stewards of the land want to make sure that future generations continue to enjoy the quality of life that is currently available in this valley.

A thorough analysis must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With a significant number of new natural gas wells, will we too have earthquakes and more health risks, such as asthma and neurological diseases? The article below addresses the consequences of hydraulic fracturing in terms of dollars and lives. We can't take that chance.

As mentioned in the wilderness.org article cited below, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing. I urge the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, and risk human and animal life.


Regards,

Gerald Espinosa      216 N FoIK Ave, Pasnia

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried


Cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Eric Dyer
21575 hwy 65
Cedaredge co. 81413

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Michele Myers
1349 Race St.
Denver, Co 80206

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

CHRISTINA FARMER
1435 ALPINE ST
LONGMONT, CO  80504

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Jennifer Klaetsch
39 Box Elder Dr
Paonia Co 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Thomas C Winkel
THOMAS C WINKEL
13629 JUMBO MTN WAY
PAONIA, CO 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Sharon Gray
12275 Crawford Rd
Paonia, CO 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Bryan Lee
39 Box Elder
Paonia Co 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Marty Chartier
Marty Chartier
44 PanAmerican
Paonia Co 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

BLM_0148408

68-009 Sup.

To The Acting UFO Manager,

I am firmly against the options presented in the BLM's Draft Resource Management Plan for the Uncompahgre Region and ask that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

In addition, BLM did not consider the lack of pipeline safety inspections in rural areas. The National Association of Pipeline Safety Representatives, an association representing state pipeline safety officials, produced a compendium of state pipeline regulations showing that most states with delegated authority from PHMSA to conduct intrastate inspections do not have expanded regulations that cover increased oversight of gathering companies building gathering pipelines in rural areas are generally not subject to inspection and do not have to report the location and characteristics of much of the gathering pipelines being installed. It only makes sense that before a decision is made on leasing the lands, BLM would thoroughly conduct an assessment on the possible repercussions from unregulated rural gas gathering pipelines.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. Please act in the interest of the people and follow the BLM's mission statement at the same time.

Sincerely,

Suzanne Watson
Suzanne Watson
903 2nd St.
Paonia CO 81428

Copy: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,
Suzanne Ward
2721 Rockbridge Wy.
Highlands Ranch, CO 80129

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

BLM_0148410

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,

Robert L. Talbot
85 Vagneur Ln
Basalt, CO 81621

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

BLM_0148411

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,

4501 Abbott Grove Pl Crestwood, KY, 40014

Fons De Clerck

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,

Charles M Bartlett
13 Spaulding Ave
Malone NY
12953

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

BLM_0148413

Dear Barb Sharrow, Gina Jones and Dana Wilson,

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing and am even considering moving to another state.

Colorado products are marketed as some of the finest, tastiest and healthiest in the country. That will totally change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

The damage won't be just confined to the fragile ecosystem of the NFV. As shown in the links to the articles below, truck collisions train derailments result in spills, which have caused untold damage. There are also methane and other leaks, which result in increased asthma and other health problems. The BLM has failed to produce a balanced plan, which takes into consideration new drilling and fracking technologies. Which result in a 333% increase in air pollutant emissions involving 12 more tons of VOCs and one additional ton of HAPs per well plus 5-10 times more water, increased noise, larger volumes of waste, habitat disruption etc. Lastly, we have no idea, which chemicals are in the fracking fluid and have no idea of the impact they will have on wildlife or the environment.

The BLM has not considered all options. Where is the No Lease option? That must be included as an alternative plan. I request that the BLM include all proposed actions in the North Fork Alternative B1 in the final RMP. The BLM lands within the North Fork Alternative area are adjacent to the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water and irrigation and domestic water companies. Also I request that the BLM include all other conservation protections in Alternative B.

Thank you.

Sincerely,                    Cholla Nicoll
                              1141 CR 106
                              Carbondale, CO
                                        81623

http://triblive.com/news/washington/5981313-74/creek-route-washington

http://truth-out.org/buzzflash/commentary/train-derailments-another-problem-with-fracking

cc: Governor John Hickenlooper, Sen. Michael Bennet, Ruth Welch

BLM_0148414

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Mrloberto,
Marle Roberts

16213 Grange Rd
Paonia, Co 81428

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148415

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Phyllis Swackhamer
Phyllis Swackhamer
PO Box 1291  Paonia, CO 81428

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Alicia Michelsen
PO 1758 Paonia, Co  81428

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Betsy Lehman
PO Box 1446
Paonia, CO 81428

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards, Judith Heideman (Judith Heideman)
1126 3500 Rd  Hotchkiss, CO 81419

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards, Michael M. Gwinn

40380 MAtHews In.
PAONIA, CO. 81428

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

BLM_0148420

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Mason Lightfoot
6565 cedar drive   Paonia   81428
Mason Lightfoot

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

To The Acting Uncompahgre Field Office Manager,

I am opposed to all the options offered in the BLM's Draft Resource Management Plan for the North Fork Valley and demand that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated.

It is irresponsible to locate oil and gas operations in a sensitive watershed that directly feeds the largest concentration of organic farms in the state. Any increase in hydraulic fracturing would damage the unique biodiversity and pollute soil, water and air while increasing the risk to human health. I am also concerned that nowhere in the Draft RMP are pipeline safety, maintenance or inspections addressed. As rural gas gathering lines are exempt from federal pipeline safety regulations, the campers, anglers, hunters and hikers who come to the Western Slope each year would be at risk.

Further studies and pipeline regulations must be completed before any increase in hydraulic fracturing can be allowed. The price is too high for all of us. With the increase in natural gas wells, will we also start experiencing earthquakes along with increased health risks, such as asthma and neurological diseases? Read the article below that discusses the definitive link between injection wells and earthquakes. As noted in the article, the consequences of hydraulic fracturing are costing communities unexpected expenses and also human lives. We can't take that chance.

As mentioned in the wilderness.org article, "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.
I stand with those who want to maintain a healthy environment for all, in which no one will be exposed to an increase of toxic chemicals from hydraulic fracturing.

Regards,

Cassidy Lehman
PO Box 1446
Paonia, CO 81428
http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried

Cc: R. Welch, N. Kornze, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Scanned
0013 ꝑ꜀

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

S Patterson
Shirin Patterson
218 Rio Grande
Paonia, Co 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyme~~~~ ~~ realize that the BLM needs to bring in income, t diversity of the country's public lands. In my op obligations for the following reasons.

In the Draft RMP, the BLM never addresses the v particulate matter, methane, nitrogen oxide, and or spilled as a result of drilling, continuous opera people's health.

*12 _ 033*

Pipeline safety or pipeline integrity management .... not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

*Nancy Whelan*

Nancy Whelan
16641 Farmers Mine Rd
Paonia, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health.  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Spencer Lightfoot (lightfoot)
116 Clark Ave.
Paonia, Co 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Aaron Watson
Po Box 1741
Paonia, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Chris Garrelts

Po Box 1041
Paonia Co. 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards, David Roslin

15495 Black Bridge Rd.
81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148428

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Alicia Michelsen
318 Orchard ave
Paonia, Co
81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Mark Walsh

Mark Walsh
P O. Box 719
Hotchkiss, Co 81419

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148430

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Justin Dye

1286 N. Bitting
Wichita, KS 67203

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Angela Conli
Angela Conli
PO BOX 1556
PAONIA CO
81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148432

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health.  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Kyle Hopkins

Kyle Hopkins
PO Box 719
Hotchkiss, CO 81419

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

*Kenneth Canape*
KENNETH CANAPE
207 RIO GRANDE AV
PAONIA 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health.  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Chris Faison
9/27/16
Po Box 1556
Paonia, Co 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148435

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health.  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Kelly Johnson
PO Box 563
Paonia CO 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health.  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

RICHARD SCHMIDT
P.O. Box 82
323 Onranga Ave.
Paonia. Co. 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148437

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Rachelle L. McManus

RACHELLE L. MCMANUS
P.O. BOX 691
KREMMLING, CO 80459

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Laura Sainio
PO Box 735
Ridgway CO
81432

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards, Rand Kokernot

RAND KOKERNOT
13868 Ronzel Gulch Rd.
Hotchkiss, Co.
81419

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148440

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Jennifer Stephens
1853 S. Leyden St.
Denver, CO 80224

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148441

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Shirin Patterson
218 Rio Grande
Paonia, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148442

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health.  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Berning Canape
BERNING CANAPE
207 RIO GRANDE AVE
81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148443

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Larry E Begley
Larry E. Beezley
40733 Hwy 133
Paonia, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Kael Frank

P.O. Box 1731
Paonia CO, 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Justin Dye

1236 N. Bitting
Wichita, KS 67203

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Kyle Hopkins

Kyle Hopkins
PO Box 719
Hotchkiss, CO 81419

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards, Rand Kokernot

Rand Kokernot
13868 Runzel Gulch Rd.
Hotchkiss, Co.
81419

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health.  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards, David Roslin

David Roslin

15495 Black Bridge Rd.
81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Tatyana Stevens
826 Vine St.
Aspen, CO 81611

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Nancy Hilty
13244 2900 Rd
Hotchkiss, CO
81419

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148452

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Angela Cerci

Angela Cerci
PO BOX 1556
PAONIA CO
81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148453

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health.  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Steve Carrow
409 Watens Rd
Bonne Terre, MO 63628

STEVE CARROW

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Rebecca S. Edmiston
P.O. Box 771332
Steamboat Springs Co. 80477

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Linda Hansen

Linda Hansen
43018 Minnesota
Creek Rd
Paonia, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

James L. Garrett    Garrett
331 North Fork Ave Box 826
Paonia, CO
81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

John Cowell

John Cowell
P.O. Box 1532
Paonia, CO. 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148458

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Elena Goldstein
Elena Goldstein
38324 Saddle Mt. La.
Crawford, CO 81415

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Amy McDavid
520 W. Main St. #11
Aspen, CO 81611

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Steven G Abraham
39231 Stewart Mesa Rd
Paonia, CO   81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

*[handwritten signature]*
PO Box 633
Paonia CO 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148462

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Robert Orlando
624 7th St.
Paonia, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

BLM_0148463

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Francois Pretceus
41668 O Road
Paonia, CO 81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

Ethel Lurie   Ethel Leslie
PO Box 826
81428

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health.  I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

801 Grand Ave.
G.J. CO. 81501

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper

LaDonna Cruson

BLM_0148466

To BLM UFO Field Manager:

According to the BLM's own mission statement, the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to bring in income, but not at the expense of the health and diversity of the country's public lands. In my opinion the BLM has failed to meet its obligations for the following reasons.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on people's health.

Pipeline safety or pipeline integrity management was not mentioned once in the document. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I question the BLM considering additional oil and gas development and fracking when you have not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development? The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in hydraulic fracturing operations? I can only consider a no leasing alternative.

Regards,

DAVID
BAYNE
P.O. Box 7353
Dillon Co.
80435

CC: N. Kornze, R. Welch, S. Jewell, J. Hickenlooper