To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

PATRICIA M FRAZIER

29581 Redlands Mesa Rd Hotchkiss, Co

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,    John Mattox

John Mattox
40820 O Rd
Paonia Co
81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Alicia Michelsen Alicia Michelsen
318 Orchard Ave Paonia Co 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Travis Greenough

PO Box 512   Travis Greenough

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

Paonia
81428

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Jessica Knudsen
Jh Knudsen

320 E. Elizabeth St.
Fort Collins, CO 80524

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

BLM_0148472

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Sid Lewis

PO Box 1056
Paonia, Co. 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

BLM_0148473

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Lindi Mereness

Lindi Mere Ness
P.O. Box 452
PAONIA Co  81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Gerome Star

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

386 High St.
Hotchkiss CO. 81419

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,   Rand Kokernot
13868 Ronzel Gulch, Hotchkiss, Co. 81419
Rand Kokernot

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

BLM_0148476

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Evelyn Marshall, PO Box 1065, Buena Vista CO 81211

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Rand Kokernot
13868 Runzel Gulch., Hotchkiss, Co. 81419
Rand Kokernot

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

Jodi Bailey
Jodi Bailey

P.O. Box 1251
Paonia, CO
81428

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Hannah Parastino

H. Parastino

PO Box 844
Cedar City UT 84721

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Sherrion Taylor

Sherrion Taylor   PO Box 1056, Paonia 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

BLM_0148481

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,   ED EATON
PO Box 1876
PAMIA, CO 81428   Ed Eaton

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Eddie Dowd

PO Box 3115
Buena Vista, CO   81211

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,   Greg H. Thompson
GH Thompson
40249 Swanson Rd., Paonia, CO 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Peggy Lovey-Freeman

PO Box 1729
PAONIA CO 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Alicia Michelsen Alicia Michelsen
318 Orchard Ave Paonia Co 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

John Cooley 21279 Hwy 92 Delta, CO

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

BLM_0148487

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Saschwann Langston

28654 P25 Rd.
Hotchkiss, Co
81419

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely, *Michael Goley*
40845 Drol Crawford Co, 81415

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Corinne Tobias
PO Box 1323 Paonia, CO 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Annette Bretwing
12999 Minerich Rd
Paonia Co 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan? Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Gerome Star

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

386 High St.
Hotchkiss, CO. 81419

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

GORDON L. DURKEE
P.O. BOX 851  PAONIA, Co. 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely, Jacqueline Koehler

4 Pan American Ave.
Paonia CO 81428

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

To Whom It May Concern:

While I love Colorado and appreciate the quality produce and fresh foods from the North Fork valley, I will not consider purchasing anything from that area if there is an increase in hydraulic fracturing.

While the NFV products are marketed as some of the finest, tastiest and healthiest in the country that will completely change if the BLM allows the proposed RMP for the North Fork valley to proceed. The roads will be overwhelmed with so much truck traffic that bicyclists, tourists, and residents will find it impossible to travel. The damage to the environment and to anyone in the area will be felt everywhere and will damage the economy accordingly.

Why has the BLM not prepared a comprehensive analysis of hydraulic fracturing and the many environmental toxins that are present in the water, air and soil after fracking? How can the BLM have conducted a comprehensive environmental risk assessment if it did not consider pipeline safety in its Draft Resource Management Plan?  Both the government and the public know of many pipeline failures. That's why there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight. However, rural gas gathering lines are exempt from federal pipeline safety regulations.

The RMP draft document never mentions pipeline safety or pipeline integrity management. The integrity of the pipeline can be compromised not only from faulty construction, but also from flooding, mudslides, earthquakes, and geologic instability. Not only can leaks and spills occur along the pipeline, which contaminate soil and water, but also ruptures and explosions occur from faulty construction or a compromised pipeline.

I request that the BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Sincerely,

Cc: J. Hickenlooper, M. Bennet, R. Welch, S. Jewell, N. Kornze, Delta County Commissioners

Cameron Murdoch
40845 D. Road Crawford Co 81415

11/1/2016                     DEPARTMENT OF THE INTERIOR Mail - Comments for BLM RMP -- protect adobe badlands



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Comments for BLM RMP -- protect adobe badlands
1 message

---

**Paul Larmer** <paul@hcn.org>                                          Tue, Nov 1, 2016 at 8:23 AM
To: uformp@blm.gov

    See attached letter and photos. Thanks.

    Paul Larmer
    Publisher | High Country News | hcn.org
    970-527-4898

    For people who care about the West

---

**3 attachments**



**adobebadland2.jpg**
1082K



**adobebadland1.jpg**
961K

 **BLMRMPadobebadland10:31:16.docx**
61K

BLM_0148496

October 31. 2016

Dear BLM:

I am writing to urge you to maintain all lands with wilderness qualities in their within the RMP, and expand the Adobe Badlands WSA to the west, as outlined in the citizen's alternative. I hike these lands often, and they provide an incredible, quite experience just minutes away from Delta.  This weekend, however, I saw three motorcyclists carving new tracks through the WSA. See the attached photo. They were having fun, but there are plenty of badlands to the east for them to enjoy without disrupting the rare beauty, ecology and quiet of the Adobe Badlands.

Obviously, protecting these lands in name is not enough. There needs to be better signage that clearly restricts motorized access to these lands, and a more consistent presence of BLM staff.

Thanks for your consideration,

Paul Larmer
Paonia, Colorado

BLM_0148497







**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## re-submittal of DAMB Comments for RMP
1 message

---

**Sven Edstrom** <svenedstrom@icloud.com>                    Tue, Nov 1, 2016 at 11:12 AM
To: ufornp@blm.gov
Cc: COPMOBA Coordinator <coordinator@copmoba.org>, info@theconservationcenter.org

Gina,

Please use the attached PDF as a more user friendly updated version of DAMBs comments.


Thank you for your time and consideration in this matter.


Sven


Sven Edstrom
*COPMOBA Board Member*
*DAMB Committee Member*
*svenedstrom@icloud.com*

---

📄 **DAMB BLM UFO RMP Comments.pdf**
   192K

BLM_0148500

To:      Bureau of Land Management, Uncompahgre Field Office

From:  Delta Area Mountain Bikers (DAMB), a Chapter of COPMOBA

Re:      Comments regarding Draft Resource Management Plan & Environmental Impact
Statement, May, 2016

Date:  October 26, 2016

Please accept the following comments from Delta Area Mountain Bikers (DAMB) regarding the
draft Resource Management Plan for the BLM public lands managed by the Uncompahgre Field
Office.

DAMB is a Chapter of Colorado Plateau Mountain Bike Trails Association (COPMOBA).
Currently we have 21 paying members, approximately 50 other supporting members locally, as
well as 220 members who support mountain biking in Delta from in and outside the area.  Our
mission is to build, maintain, and advocate for singletrack mountain bike trails on the Colorado
Plateau in Western Colorado.  Our vision is to provide high-quality sustainable singletrack
mountain bike trails for users of all ages and abilities providing outstanding recreation
opprortunities and improving the quality of life and economies of the communities we serve for
generations to come.  As an organized user group on public lands, we are nurturing our
relationships with government agencies accordingly, and hope to bridge the gaps of what is
possible for mountain biking in Delta County.  As well, we look forward to working with the
BLM to fulfill their Recreational Strategy of Connecting with Communities.  The following
article outlines what else is happening regionally to make the ideas of advocate groups like ours
become a reality.  http://www.adventure-journal.com/2016/08/blm-turns-to-mountain-bikers-to-
build-trails-stem-illegal-routes/

Our organization believes that Alternative B and where it applies Alternative B1 provide the best
management strategies for the preservation of public lands for the uses outlined in COPMOBAs
mission and vision statements, and will also provide support for a local economy based on
recreational activities and development.

DAMB supports the development of any Special Recreation Management Areas (SRMA) and
Extensive Recreation Management Areas (ERMA) in the managed area of the UFO.  We believe
creating these environments for local communities will result in unlimited numbers of positive
experiences and benefits.  These will develop in all shapes and forms no matter the location of
the SRMA/ERMAs.  The experiences include, but are not limited to: developing skills and
abilities specific to mountain biking, enjoying having access to natural landscapes, being able to
frequently participate in desired activities and natural environments, getting much needed
physical exercise, releasing and reducing built-up mental tensions, increasing and maintaining
quality of life, perceived value of the community due to quality of life, and community building
for those who use and enjoy it.  Potential general benefits include improved mental well-being,
increased skills for outdoor enjoyment, a greater understanding of the importance of recreation
and tourism to our communities, a more outdoor oriented lifestyle, improved physical fitness and
health maintenance, and an enhanced lifestyle and quality of life.  With the epidemic of declining

BLM_0148501

health in America, we feel that the physical and mental benefits listed above are crucial to developing healthy communities in Delta County.

With the amount of time and work put into building and maintaining trail systems, DAMB prefers "not allowing livestock grazing in areas that conflict with recreation sites would generally improve recreation opportunities by eliminating (or reducing) animals and their waste from these areas over the long term" chapter 4-301. We also support the concept of creating Ecological Emphasis Areas (EEAs) for winter habitat for mule deer and other animals of concern, where deemed necessary and where EEAs coalesce with the objectives of our organization. Having ample wildlife in recreation management areas contributes to the experience of natural beauty, and distinction of these environments.

DAMB and COPMOBA support the development of recreational areas because sustainably designed and built trail systems are a major economic driver for local and regional communities. In reference to any proposed SRMA/ERMAs in the North Fork region, DAMB requests for regulations to allow for non-motorized competitive events at the discretion of the Authorized BLM Officer. We believe this is a key element to economic development surrounding our sport, as well as trail system recognition on a regional scale.

The members of DAMB are not just focused on the advocacy of mountain bike trails for our own leisure. Our group is comprised of people from all walks of life with differing jobs and careers, and participate in a variety of community improvement organizations. We are experiencing the economic challenges that come with the decline of coal mining operations in Delta County.

A recent economic study funded by Delta County Economic Development (DCED) concluded that the fastest and most attainable route to economic growth in Delta County would be through tourism, primarily agricultural and recreational tourism. While the Delta Tourism Council is working to promote our rich organic agricultural farms, and vinyards, we feel that the establishment of SMRA/ERMAs in conjunction with sustainably designed trail systems will fast track the popularity of all types of tourism in the area.

Recognizing that families are multidimensional when it comes to travel needs, we believe the more variety of tourism opportunities we can supply for all age levels, the greater opportunity for economic growth through family and baby boomer friendly tourism experiences. We see the building of mountain biking trail systems throughout the county as an integral component of economic growth through tourism.

For example, the town of Fruita, Colorado, receives $1.5 million from mountain biking annually; has had a 51% increase in sales tax revenue, including 80% sales tax revenues from restaurants. According to americantrails.org over 50% of bicyclist earn $100,000 or more per year and over 80% of bicyclist earn $50,000 or more per year. More supporting evidence of economics of cycling can be found at this link: http://www.americantrails.org/resources/economics/economic-benefits-trails-macdonald.html

The economics of recreational development directly related to mountain biking is further exemplified in the following articles. This piece follows the history of user data and economic benefits that Fruita and the Grand Valley have enjoyed due to mountain biking: http://www.steamboattoday.com/news/2013/may/19/biking-series-part-2-how-fruita-did-it/ This is an article giving an overview of economic impacts found from mountain biking world wide: http://www.pinkbike.com/news/economic-impacts-of-mountain-biking-tourism-2014.html, http://www.pinkbike.com/news/economic-impacts-of-mountain-bike-tourism-2016-update.html . Lastly, here is an economic and impact analysis study of mountain biking trail development in Alabama that shows influences of mountain bike tourism. http://headwaterseconomics.org/trail/13-coldwater-mountain-bike-trail/ . The potential for trails in varying terrain and scenic beauty, would add Delta County to the list of major mountain biking destinations in Colorado, and enhance the Western Slope as a world class mountain biking destination, rivaling or surpassing Moab.

Members of DAMB have long voiced concern with the fact that there are no official non-motorized trails in Delta County developed for mountain biking, and we as a user group are severely under represented. For that reason, the following section outlines a reasonable proposal for development of SRMA/ERMAs in the UFOs management area. Experiences and benefits specific to each area are included with the areas unique recreational opportunity.

**1.     Jumbo Mountain SRMA** – DAMB believes Jumbo Mountain is unique and could be the keystone recreational hub for the North Fork Valley. As a whole, we believe Jumbo Mountain provides a great location for recreation and visitor service management to be the predominant land use planning focus, as defined by a SRMA. Jumbo Mountain is geographically oriented in a prime location for users to enjoy high scenic values, low altitude trail networks that allow for longer riding season, and close to amenities and higher density population.

Specific experiences and benefits obtained by this management area would be ease of access for local and regional outdoor enthusiasts to a variety of front, middle, and backcountry terrain, diversity within trail system for all skill levels and abilities on non-motorized routes to be used daily by residents, promoting a quiet environment that would enhance the quality of life and health for residents and visitors locally and regionally, and lastly, provide a resource supporting recreation as an economic driver for Delta County.

By designating the entire Jumbo Unit as a SRMA, as outlined in Alternative B, diversification for multi-use opportunities would be possible. These could be delineated by specific Recreation Management Zones (RMZ). Specifically, we suggest expanding RMZ-1 and its proposed characteristics as listed on page J-27 and J-28 in appendix J, to encompass proposed area of RMZ-2. Furthermore, we suggest expanding RMZ-2 and its proposed characteristics to encompass the hatched area as shown on Figure J-4, appendix J.

**2.     North Delta SRMA** - DAMB requests the development of non-motorized singletrack trails in North Delta for mountain biking. Currently cyclists are not considered in the SRMA plan for North Delta. With consideration of our user group, cyclists could access Grand Mesa from Delta city limits on backcountry routes. A mountain bike trail created in this area would

BLM_0148503

mimic the 'Palisade Plunge' trail being developed in Mesa County, a potential destination trail taking cycling enthusiasts from high altitude of Grand Mesa down through multiple geographic regions to the town of Palisade. This trail concept partially has been adapted from 'The Whole Enchilada' in Moab, UT. This in part has proven to be effective in solidifying Moab as a world-class mountain bike destination.

**3.** **Hotchkiss High School Area ERMA** – Recently DAMB has been working with the Nature Connection to create a master plan of trail networks adjacent to the Hotchkiss High School. This network will include youth oriented bike skill courses and singletrack on Parks and Rec land, and also development of a mountain bike course on Delta County School District property. With BLM property adjoining this location, this would be a great opportunity to expand trail networks to the south, creating a diversified trail network for all types of recreationalists. The Nature Connection plans to give kids and families easy access to mountain bike equipment, for short-term use, to gain experience in a sport that promotes good health, and opportunities of adventure. By developing a fun and exciting trail network on public lands in this area, residents of Delta County will have turn key access to a healthy sport that allows them access to the natural environment, opportunities to improve outdoor knowledge and self-confidence, improve outdoor recreation skills, and gain more understanding of our community's dependence and impact on public lands. DAMB asks that you protect this area for current and future use, with an emphasis on recreation, and designate these lands as an ERMA.

**4.** **Youngs Peak SRMA, Crawford** – DAMB members and local residents recognize the great potential for the development of recreational non-motorized trails on Youngs Peak. It has great proximity to the community of Crawford, and its K-6 school where it would provide an optimal environment for kids, families, and residents to enjoy the fresh air and beautiful views of the West Elk Mountains. By designating this area as a SRMA, Delta County residents could quickly access the natural environment by means of a trail network that would have them engaging with nature within minutes of downtown Crawford. A well-designed trail network would provide an opportunity for this community to attract recreationalists from around the region, thus stimulating the economy by increased use of developed public lands in the area.

**5.** **Elephant Hill/Lone Cabin SRMA** - Elephant Hill and Lone Cabin is a great location for the development of a SRMA, with close proximity to the town of Paonia and the Jumbo Mountain trail network. This area would provide citizens with a more remote backcountry experience, and create corridors which would allow access to the high country thru non-motorized trail networks extending into the National Forest. Being this area is so close to town and adjoining neighborhoods, trails on Elephant Hill and Lone Cabin area would quickly provide local residents the splendor of quiet and solitude of the outdoor environment.

**6.** **Paonia State Park/Paonia Reservoir SRMA**- Members of DAMB and the North Fork Trail Advocacy Group (NFTAG) have been considering development of trails in Paonia State Park to provide a regional attraction and a destination for the mountain bike community. With the cooperation of the Colorado Parks and Wildlife, this area has great potential to provide a high country experience unmatched by any others in Western Colrado at this time. By creating an SRMA in this area, the BLM along with partners of CPW, USFS, DAMB and NFTAG, could tap into territory that is unique and would provide recreational opprotunities that would stand alone in in this region.

**7.** **South Oak Mesa ERMA, Hotchkiss** – Developing recreational trails on Oak Mesa would allow the community of Hotchkiss close to town access of trails possessing all skill levels,

very similar to what is being built in the Ridgeway Area Trails. This location would be ideal for residents to explore the outdoors, and enjoy the fresh air and beautiful views into the North Fork Valley and beyond.

**8.      McDonald Mesa ERMA**– McDonald Mesa possesses a small amount of existing multi-use trails that could be developed into a much greater mountain bike trail network if designated as an ERMA. This country provides users great access to front, middle and backcountry, with its proximity to Forest Service land. An ERMA would coincide nicely with the proposed development of SRMA on Youngs Peak just to the south. This area would be developed with the more adventurous mountain biker and trail user in mind, with its diversity of slope aspect and geography.

**9.      Stevens Gulch ERMA, Paonia**–Developing a trail network in Stevens Gulch would greatly benefit the community of Paonia due to its proximity and access to varied natural terrain, and would present an opportunity to use old mining territory as the backbone of recreational trail development reaching into the National Forest.

As trail advocacy groups, DAMB, NFTAG, and COPMOBA would greatly value the opportunity to work with the BLM in making these designations a reality. We feel that if the correct measures are taken in developing these proposed recreational areas, great benefits would be established for all the communities involved, and reach beyond the boundaries of the Uncompahgre Field Office Management Area.

Thank you for consideration of our comment,


Jason Love
President, Delta Area Mountain Bikers


Sven Edstrom
COPMOBA Board Member
DAMB Committee Member


Scott Winans
President, Colorado Plateau Mountain Bike Trails Association



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## RMP North Fork Valley

1 message

---

**Megan** <macmillan.megan@gmail.com>                                    Tue, Nov 1, 2016 at 10:56 AM
To: "uformp@blm.gov" <uformp@blm.gov>
Cc: "info@theconservationcentre.org" <info@theconservationcentre.org>

I am writing in support of the RMP alternative B1 for the North Fork Valley. I am a resident of Paonia and live at 337 Poplar Ave near BLM lands.

Protecting our lands, water, agriculture and recreational areas is of the upmost importance to our local quality of life and economic prosperity.

My family, friends and I absolutely love hiking and biking on the Jumbo trails, the Adobe badlands and up on Stevens Gulch. We use these trails frequently all year round. The scenic views provided and the unthreatened natural wildlife are very important to us. The conservation protections in Alternative B1 should be included in the final Uncompahgre plan.

The quality of food available in the north fork valley is one of the main reasons we choose to live here. More and more people are attracted to this valley every year whether as tourists or new residents for this very reason. Threatening the certainty of the organic quality of the food produced here, by threatening our water and air qualities, would be a major blow to the current quality of life and potential prosperity of this valley. The value of our honest reputation as an organic agriculture center and the scenic, idyllic lifestyle lived here should not be under estimated.

I have made my profession as a farm-to-table chef in this valley. Currently on maternity leave, I am working on business plans and securing funding for future projects that utilize the organic produce here. There are several successful food companies in this valley and many more in the beginning stages. I believe that in just a few years this valley will boast several more successful food and agri-tourism businesses and the valley will continue to be known in the rest of Colorado, and beyond, for being a Mecca of organic agriculture and sustainable living.

My husband and I are also new and happy homeowners. We bought our house in July of 2015 and have witnessed an increased demand for real estate in this valley as people choose to move and invest here due to the lifestyle allowed. The final plan must protect the investments
locals have made in the value of their home and land, and should not allow for speculative oil
and gas leasing which discourages homebuyers from purchasing in our communities, producing
real and direct negative economic impacts on our communities.

Thank you for the opportunity to voice my support for alternative B1. I hope the BLM will listen to the local residents in Crawford, Hotchkiss, and Paonia
and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley. This
locally-driven proposal is the right way to protect the entire Gunnison Watershed–supporting
farmers, protecting public health, sustaining ecological well-being, and building a sustainable
rural economy on Colorado's Western Slope.

Sincerely,
Megan MacMillan
(Local resident, mother and business owner)

BLM_0148506

11/1/2016                                    DEPARTMENT OF THE INTERIOR Mail - UFO RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## UFO RMP
1 message

---

**Director MountainHarvestFestival** <directormhf@gmail.com>          Tue, Nov 1, 2016 at 9:25 AM
To: ufomp@blm.gov
Cc: Conservation Center <info@theconservationcenter.org>, info@citizensforahealthycommunity.org

To the Uncompahgre Field Office

Regarding its Resource Management Plan,

I am the Executive Director of Mountain Harvest Creative, the organization the hosts the Mountain Harvest Festival. Our annual festival welcomes 2000 attendees, many of whom are visitors attracted to the beauty and culture of the North Fork Valley.

I am writing today in favor of a No Lease Alternative to the BLM Resource Management Plan for the North Fork Valley. A No Lease Alternative is the responsible and most appropriate option for the culture and health of our valley.

Our festival relies on visitors, as does the economy of our valley. Last year, after closures of coal mines, Region 10 Legion for Economic Assistance and Planning hired Better City to analyze new possibilities for Delta County's economic sustainability. It was concluded that the potential highest income may come from Agritourism. Attracting tourists to an agriculture area relies on the crops such as the stunning flower fields found at Zephyros Farms; products made from the crops, such as wine at Black Bridge Winery and value added foods like Big B's Juices; the serenity and rural quality of life found at places like Smith Fork Ranch; and open lands of the area as seen from the porch while sipping wine at Azura. The additional attractions to the North Fork Valley are that we have the highest concentration of organic farms in Colorado, and we are becoming well known for world class wineries. These are the reasons we present the festival, a celebration of all of our harvests.

Annual festivals and events like Mountain Harvest Festival and West Elks Wine Trail attract thousands of visitors every year. They come for the agriculture and scenic views the area provides. Oil and Gas development would jeopardize that potential economic boon.

The North Fork Valley is a large piece of the West Elk Loop, another attraction which brings visitors to this recreation rich area. Oil and Gas Industry development would jeopardize the scenic attraction of the Loop.

The North Fork community has put great effort and our souls into developing a trail system for hiking, trail running, and mountain biking on Jumbo Mountain. The trails were used for several years as a 5k race during Mountain Harvest Festival, and this special event brought trail running enthusiasts from far and wide. Please designate BLM lands on and surrounding Jumbo Mountain as a Special Recreation Management Area, and include Elephant Hill, Lone Cabin Rd, McDonald Creek, and "C" hill.

A No Leasing Alternative is the most responsible way to protect the North Fork Valley. However, the next best compromise is the North Fork Alternative (B1) because it requires that areas chosen for development be set back from agriculture lands, and best preserves the rural culture of the area. It also does the best to protect rivers and watersheds, trail areas, Jumbo Mountain area, and the outskirts of the West Elk Wilderness. If we must have a compromise, please include all proposed actions in the North Fork Alternative, B1, in the final RMP.

BLM_0148507

Please consider the attractions of our beautiful valley to the visitors who are vital to the economy of Delta County.

I am interested in your response and being informed of ways I may help the UFO in their conclusions and maintenance of our public lands. Please send a reply and keep me informed of available opportunities.

Thank you for your time and consideration.


Heidi Hudek,
Executive Director, Mountain Harvest Creative
Celebrating arts, agriculture, and all of the bounty of the North Fork Valley.  Our Festival is in Paonia, Colorado, September 21 - 24, 2017. Come have a big time in our small town!
http://www.MountainHarvestFestival.org, and Our Facebook Page
(970)778-9072

BLM_0148508

11/1/2016                                          DEPARTMENT OF THE INTERIOR Mail - UFO RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP
1 message

**heidi@hivepaonia.com** <heidi@hivepaonia.com>                         Tue, Nov 1, 2016 at 9:03 AM
To: uformp@blm.gov

To the Uncompahgre Field Office
Regarding its Resource Management Plan,
I am the manager of The Hive Paonia. This is a small business in Paonia, where members receive coworking or office space. The membership is made up of entrepreneurs, many of whom are new to the area.
I am writing today in favor of a No Lease Alternative to the BLM Resource Management Plan for the North Fork Valley. A No Lease Alternative is the responsible and most appropriate option for the culture and health of our valley.
As the manager of The Hive Paonia, our business relies on entrepreneurs, people who come to this area with new ideas and build businesses which are beneficial. They are vital to the economy of Delta County, and they bring economic stability. They come here to live a life with an abundance of fresh food and outdoor recreation. Maintaining water safety, space for exploration, scenic views, and a healthy environment are integral to attracting and keeping these families here. Oil and Gas development threatens these needs.
The more new residents we attract, the more success is possible for small businesses, consultants, and artists.
Creative people are attracted to the inspiration provided by the area's beauty and people who live here. Internet speed upgrades in Paonia will attract more tele-commuters and entrepreneurs.
These people are looking for a quieter life, where they can breath fresh air, grow and purchase fresh food, and have quick access to public lands and recreation – all leading to longer, healthier life. We must retain this quality of life and protect the area from over-development, loud trucks, and polluted water.
Real Estate agents market the healthy setting, organic farms, and wineries. A group of area realtors filed a joint protest stating that oil and gas development "would result in the Federal Government willfully vandalizing a local economy."
We need families to build a stable economy. Many people who consider moving here for the quality of life we have, will no longer consider the move if there is oil and gas development – for the safety of their families. There are many studies and incidents that prove that the industry causes health threats.
The New York State Department of Health released A Public Health Review of High Volume Hydraulic Fracturing for Shale and Gas Development in December 2014. It found that residents living near "fracking" activities had the following health problems: skin rash, nausea or vomiting, abdominal pain, breathing difficulty, cough, nosebleed, anxiety, stress, headache, and eye and throat irritation. The study led to recommending that "fracking" be banned in New York State.
Concerned Health Professionals of New York and Physicians for Social Responsibility cited a number of studies in The Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Gas and Oil Extraction). One was a study in rural Colorado stating that there are several chemicals emitted by natural gas development known to increase risk of birth defects, and finding congenital heart defects and neural tube defects in births mothers living within a 10 mile radius of natural gas wells. (pg 76) Health Professionals in Vernal, UT reported a 6-fold increase in infant death rates in a three year period, and the air quality in Uintah County, UT – which was formerly pristine – received an "F" rating by the American Lung Association's 2013 State of the Air Report.
While developing a RMP, the BLM is required to honor Source Water Protection Plans, as were developed by the Towns of Paonia, Crawford and Hotchkiss. These Protection Plans were not taken in consideration by the BLM for its Preferred Alternative. Please consider these plans.
Please also consider the permanent removal of water required to support the drilling process. Our hydrologic cycle and the water needs down the flow would be greatly damaged if the amount of water required for the potential development of the Preferred Alternative were taken from our environment – an environment which is more often troubled by drought.
Drinking and irrigation water sources have been contaminated by naturally occurring gasses and radioactive materials released by geologic disturbance, processing chemicals, leaks, spills, and airborne contaminants. According to the Center for Western Priorities, 2015 Colorado Oil and Gas Toxic Release Tracker, there were 615 spills in Colorado in 2015! Colorado does not have regulations in place to manage radioactive waste from oil and gas operations, and these operations are exempt from critical sections of the Clean Water Act, the Safe Drinking Water Act, and other laws designed to protect our water resources. Please take the time to analyze the risks of exposure to these chemicals and radioactive waste.
Please also consider pipeline safety. Rural gas gathering lines are exempt from Federal pipeline safety regulations.
Extreme weather causing flash floods, mudslides and geologic instability can cause damage to pipelines that has yet to be considered in our safety. From 2003 to 2013 there were 85 incidences in which storms or other natural conditions damaged pipelines resulting in failure.  In 1994 flooding in the San Jacinto River led to the failure of eight hazardous liquid pipelines. The escaping liquid ignited, lead to injuries of 547 people. These are just some of many examples as to the importance of considering the safety of residents and our water.

BLM_0148509

Please conduct a human health impact assessment before approving a Resource Management Plan. A No Leasing Alternative is the most responsible way to protect the North Fork Valley. However, the next best compromise is The North Fork Alternative (B1), because it prohibits development on the edges of towns, away from farms and residences, schools, parks, and community facilities. If we must have a compromise, please include all proposed actions in the North Fork Alternative, B1, in the final RMP.
Please consider the health of current residents, and the needs which will attract new residents to our vibrant valley.

I am interested in your response and being informed of ways I may help the UFO in their conclusions and maintenance of our public lands. Please send a reply and keep me informed of available opportunities.
Thank you for your time and consideration.

Heidi Hudek


--
Heidi Hudek
Manager at The Hive Paonia
(970)778-9072
http://hivepaonia.com/

BLM_0148510

11/1/2016 DEPARTMENT OF THE INTERIOR Mail - Uncompahgre RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre RMP
1 message

**Mike Ludlow** <Mike.Ludlow@oxbow.com>                Tue, Nov 1, 2016 at 8:00 AM
To: "uformp@blm.gov" <uformp@blm.gov>

I would like to submit the following comment to be considered by BLM in writing the final Resource Management Plan for the Uncompahgre/North Fork Valley.

The extraction of coal mine methane should be considered separately from coal bed methane and natural gas extraction in the RMP.  As drafted the RMP does not distinguish any differences in Appendix B, Restrictions to Fluid Mineral Leasing.  Millions of cubic feet of methane are contained in active and abandoned mines in the North Fork Valley.  This methane is escaping to the atmosphere through the ground strata.  The leasing of this coal mine methane should be treated differently for development  purposes on public lands.  This coal mine methane is located in the valley and should not be subjected to the same restrictions as other gas deposits.  The restrictions are written to protect people and public lands from drilling and hydraulic fracturing impacts.  Leasing and extraction of this coal mine methane would allow for beneficial use of this resource rather than allowing it to escape to the atmosphere as a greenhouse gas that has the potential to increase climate change.

Thank you for consideration of this comment.  I am available at the contact below to further discuss this or to assist in draft changes.

Michael W. Ludlow

*President*

*Oxbow Mining, LLC., Elk Creek Mine*

*P.O. Box 535*

*Somerset, Co. 81434*

*970-929-5494 Office*

*970-261-5142 Cell*

BLM_0148511



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Don't Frack the North Fork Valley

1 message

**Neshama Abraham** <neshamaabraham@gmail.com>                    Tue, Nov 1, 2016 at 9:13 PM
To: uformp@blm.gov
Cc: rmpcomments@citizensforahealthycommunity.org

Hi BLM Staff,
My family and I are looking to move to the town of Paonia from the Front Range. We are drawn by the exceptionally clean air and water and the abundance of local organic farming. We would **not** want to move to a place where fracking is happening. Fracking pollutes the water and the air, and would harm the pristine natural beauty of the land. It would likely eliminate the organic produce and wine movement which is a growing source of jobs for Paonia. Please do not allow oil & gas development in the North Fork Valley.

Relying on natural gas and oil is also unsustainable for the environment. We have excellent and multiple sources of alternative energy. It is myopic and stupid to continue to pursue O&G with its destructive climate change impacts when we can use renewable energy.

Please think long term about the importance of protecting the land, water, air and economy of the North Fork Valley.  I am opposed to fracking this beautiful portion of Colorado.

Thank you for taking my comment in opposition to O&G development on BLM lands.

Neshama Abraham
1460 Quince Ave.
Boulder, CO 80304
303-413-8252
neshamaabraham@gmail.com

BLM_0148512

11/1/2016          DEPARTMENT OF THE INTERIOR Mail - American Rivers comments on Uncompahgre Draft Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## American Rivers comments on Uncompahgre Draft Resource Management Plan
1 message

**Matt Rice** <MRice@americanrivers.org>                                   Tue, Nov 1, 2016 at 9:49 AM
To: "uformrp@blm.gov" <uformrp@blm.gov>

Good Morning,

Please find attached American Rivers' comments on the Uncompahgre Draft Resource Management Plan.  Please do
not hesitate to contact me if you have any questions.

Sincerely,

Matt

**Matt Rice**

**American Rivers**

**Director, Colorado River Basin Program**

1536 Wynkoop Street, Office 321

Denver, CO 80202

W 303.454.3395 | C 803.422.5244   

---

📄 **American Rivers_Uncompahgre_comments.pdf**
   609K

BLM_0148513



November 1, 2016

Bureau of Land Management
Uncompahgre Field Office
2465 South Townsend Avenue
Montrose, Colorado  81401

Dear Field Manager:

American Rivers is pleased submit the following comments on the Draft Resource
Management Plan for the Bureau of Land Management Uncompahgre Field Office.

**Qualifications and interest**
American Rivers protects wild rivers, restores damaged rivers, and conserves clean
water for people and nature.  American Rivers is headquartered in Washington, DC with
offices throughout the country including Denver, Glenwood Springs, and Durango and
more than 200,000 members, supporters, and volunteers nationwide.

American Rivers, its partner organizations, and their members have carefully researched
both the field and documented values of free-flowing rivers across the BLM
Uncompahgre Field Office. They also are readily available to discuss and clarify the
comments below, regarding resource management plan protections for potential wild &
scenic rivers (w&s) and to provide other assistance and information as may be useful to
you.

We have conferred with partner organizations and individuals that have participated in
the BLM's wild & scenic review process completed so far and who have previously
submitted comments during RMP scoping and during w&s eligibility and suitability
reviews. Representatives of these organizations also participated in the citizen-
engagement processes hosted by the BLM and by others during consideration of wild &
scenic suitability.

**Legal and procedural requirements**
We appreciate the BLM's conscientious and professional compliance with requirements
regarding wild & scenic analyses and decisions within the RMP process, including section
5(d)(a) of the Wild and Scenic Rivers Act and by the BLM Manual at 8351 and 6400.
Beyond mere compliance, we also thank the BLM for its thoroughness in reviewing
potential rivers at each stage of its w&s analysis—including initial inventory of rivers,

BLM_0148514

eligibility report, and suitability report—and for its extra efforts in community outreach and in field assessment of potential rivers.

We believe that the w&s suitability findings included in the BLM's *Wild and Scenic River Suitability Report*, February 2013 (included as Appendix P to the draft RMP), provides a fair and sound analysis and set of recommendations. We believe that the suitability findings should be fully implemented in the final RMP, as represented in the draft RMP preferred Alternative D.

**Critique of working groups**
One component in the w&s suitability analysis was a series of public-engagement meetings and negotiations, structured separately for the Gunnison River basin and the San Miguel-Dolores River basin.

The citizens' working group focused on eligible segments within the Gunnison River basin was loosely organized and marginally facilitated, open to a frequently changing array of interested individuals, without consistent representation, and with changing protocols for discussion and decision-making.

As a result, no consensus was reached on recommendations to the BLM. Two reports were submitted from that process: One report recommended no stream segments be found suitable; the other recommended three segments be found suitable (Monitor Creek, Potter Creek, Roubideau Creek segment 1). Both reports are included on the BLM's internet site for the emerging management plan, and we appreciate that fact that both were considered by the BLM in crafting its draft RMP.

For the San Miguel and upper Dolores river basin, the BLM's *Southwest Resource Advisory Council* (RAC) appointed a diverse citizens committee to review candidate rivers.

The sub-RAC, as it was known, was thoughtfully and fairly structured, was professionally facilitated and recorded, hosted nine public-comment meetings, and included a deliberately selected membership intended to represent a comprehensive spectrum of community and resource interests.

That group studied each eligible river in detail and recommended thirteen stream segments be found suitable, those recommendations later affirmed by the full RAC and forwarded to the BLM. In many instances, river segments were adjusted in length—most typically to remove private land from suitability implications—and some were adjusted in classification to better fit local water use and other resource needs.

**Watershed approach to rivers management and protection**

BLM_0148515

The BLM's suitability findings in the San Miguel-Dolores River basin are correspondingly well founded in careful analysis, in strong public engagement and support, and in a constructive spirit of compromise and mutual accommodation among protection, commodity, and community interests.

Moreover, the suitability findings for the San Miguel River, for portions of the Dolores River, and for key tributaries to both are consistent with suitability determinations in adjacent land management units. Specifically, w&s suitability findings recently established or affirmed in the watershed by the San Juan National Forest, the BLM Tres Rios Field Office, and the BLM Grand Junction Field Office will now be complemented by similar findings of suitability—and corresponding protective management—in the Uncompahgre Field Office.

That consistency is further enhanced by the BLM's recent realignment of management districts, now including in the entire Dolores River watershed in one coordinating district.

The call for a comprehensive and coordinated watershed approach to rivers management and protection was a frequent and consistent refrain during the working group processes. The management decisions noted above, the BLM organization restructuring, and now strong and well-founded suitability decisions in the Uncompahgre Field Office provide affirmative response to those requests.

**Opportunities for federal-state cooperation**
The BLM's administrative management and protection for potential wild & scenic rivers, through eligibility or suitability, affords an important opportunity to comprehensively address river values. A combination of federal land management prescriptions under the RMP and streamflow protections using the State of Colorado's *Stream and Lake Protection Program* will ensure the continued health and natural vibrancy of the full spectrum of river flow and river corridor features.

Correspondingly, we appreciate the position recently taken by the *Colorado Water Conservation Board* (CWCB) (which manages the state stream protection program), acknowledging the potential value of wild & scenic suitability findings in both watersheds and requesting several specific accommodations from the BLM.

Specifically, we encourage the BLM to a) incorporate into its final RMP preparation information and documents prepared under the state's Basin Roundtable process, b) acknowledge existing state instream flow water rights affecting w&s-suitable stream segments and encourage cooperation on the selective expansion of those rights and establishment of new rights to complement the suitability status, c) affirmation of stipulation between the CWCB and the Dolores Water Conservation District in the matter of CWCB staff recommendation for instream flow appropriation on the Dolores River, d) incorporate updates regarding CWCB instream flow water rights, both

BLM_0148516

established and pending, e) include clarification regarding effects that w&s suitability may or may not have on potential development conditional water-storage rights held by Montrose County, and f) provide clarifications regarding the effects that w&s suitability may or may not have on continued operation of McPhee Reservoir and the Dolores Project.

While we understand that the pending RMP is probably not the correct context in which to address potential federal legislation, we encourage the BLM to otherwise acknowledge and affirm the its openness to streamflow protection for potential w&s rivers by means other than pursuit of federal reserved water rights.

At the same time, we recommend that the BLM should not adjust its RMP suitability findings for stream segments being discussed for possible federal legislation (upper Dolores River, La Sal Creek *e.g.*), leaving final or adjusted determinations to Congress or to future BLM administrative processes. It is important that legislative deliberations benefit from the BLM's professional and objective assessment of particular stream values and of their potential for inclusion in the *Wild and Scenic Rivers System* or other protective designation.

**Specific stream segments**
We strongly endorse all the w&s suitability findings included in the BLM's *Wild and Scenic Suitability Report*, highlighted in Appendix P to the draft RMP, and we urge you to include those findings in the final RMP, along with protective management prescriptions appropriate to suitability status and classification.

Further, we urge the BLM to fully and reliably implement, in the RMP, other protection measures for rivers and river corridors determined to be w&s eligible but found not suitable. In many instances, a combination of recommendations from the citizen working groups and acknowledgements in the draft RMP have asserted that suitability was not necessary for certain stream segments specifically because other measures are in place to protect the free-flowing condition and the outstandingly remarkable values that warranted the original eligibility determination. It is important that the BLM ensure the continued protection of values identified under eligibility.

Related, the BLM, through the RMP and otherwise, should continue to monitor the presence and effectiveness of those alternative protection measures. If those measures fail or are discontinued for any stream segments that had been found eligible, the BLM should promptly reconsider, through RMP amendment, eligibility and suitability for those segments.

*Gunnison River Basin*
<u>Gunnison River Segment 2</u>
As documented the BLM's w&s eligibility report, this regionally significant river warrants strong and enduring protection as an important recreational opportunity, as the

BLM_0148517

hydrologic heart of unique adjacent public lands, and as essential habitat for at least two endangered species of native fish, along with three other species of ancient native fish that are imperiled primarily because of loss of habitat or changes in river flows.

Other federal programs—primarily the Endangered Species Act—and evolving federal management efforts—including re-operation the Aspinall Unit dams upstream—contribute, or will contribute, to the reliability of those critical-habitat flows.

It therefore is not necessary to apply a finding of wild & scenic suitability to this portion of the Gunnison River, *so long as* those other federal measures are implemented and properly maintained. If those measures are either removed or fail to protect the native fish and their habitat, the BLM should reconsider a finding of suitability in future planning processes.

<u>Monitor Creek</u>
This stream is an important feature flowing through the heart of federal lands with wilderness character and wilderness characteristics, which are included in a citizens' wilderness proposal. The stream is also associated with national forest lands upstream that have been congressionally designated for protection of wilderness values. These wilderness values should be considered and protected through strong protective management for this stream and its corridor.

The BLM's classification of this stream segment as wild affirms those wilderness characteristics and values, and further warrants strong protection for the stream and corridor.

Protection of this stream will benefit private lands downstream and will help ensure continued healthy streamflow and water quality contribution to the Gunnison River.

In addition to the outstandingly remarkable values identified by the BLM (vegetation), the BLM should also identify and protect the unique and outstanding wildlife and recreation values found along this stream.

The landscape surrounding Monitor Creek is naturally contiguous with, and an essential ("regionally important") component of, the wildlife habitat (and Outstandingly Remarkable Value (ORV)) identified by the BLM for nearby Roubideau Creek (*desert bighorn sheep*). The features, condition, and importance of this wildlife habitat along Monitor Creek are of importance equal to that found along Roubideau Creek.

Recreation opportunities found in and near the Monitor Creek corridor correspond to the general wilderness character and wilderness characteristics for the area—specifically outstanding opportunities for solitude and for a primitive and unconfined type of recreation. While this type of recreation opportunity is slightly different from the recreational ORV identified by the BLM for Roubideau Creek (that ORV based

BLM_0148518

primarily in the popularity of that stream corridor), the version found along Monitor Creek is an outstanding recreational opportunity nonetheless. Indeed, the more primitive and solitude-preserving recreation opportunities noted here for Monitor Creek are also present in Roubideau Creek, which is included, stream and corridor, in the Roubideau (Camel Back) Wilderness Study Area, thus necessarily defined by those same backcountry recreation opportunities.

Meanwhile, a finding of wild & scenic suitability for Monitor Creek—a finding most directly applicable to the lands in the stream corridor—will provide reliable and enduring form of protection for the continued health of the rare plant communities identified in the BLM's eligibility report (*narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest*).

Federal ownership of 100% of this stream segment, and of 96.2% of corridor lands along the stream simplify the implementation of protective management through a finding of wild & scenic suitability. The 104.9 acres of private land within the stream corridor are actually separate from the stream, further simplifying protective management, especially if that management were applied specifically to the federal lands.

<u>We recommend that the full length of the Monitor Creek segment be found suitable, applicable at least to the federal lands in the stream corridor. The stream's outstandingly remarkable values should be expanded to include recreational opportunities and wildlife habitat.</u>

<u>Potter Creek</u>
This stream is an important feature associated with adjacent lands with wilderness character and characteristics, which are included in a citizens' wilderness proposal. The stream is also associated with national forest lands upstream that have been congressionally designated for protection of wilderness values. These wilderness values should be considered and protected through strong protective management for this stream and its corridor.

The BLM's classification of this stream segment as wild affirms those wilderness characteristics and values, and further warrants strong protection for the stream and corridor.

Protection of this stream will benefit private lands downstream and will help ensure continued healthy streamflow and water quality contribution to the Gunnison River.

In addition to the outstandingly remarkable values originally identified in the BLM's eligibility report (*vegetation*), the BLM should also identify and protect the unique and outstanding wildlife and recreation values found along this stream.

BLM_0148519

The landscape surrounding Potter Creek is naturally contiguous with, and an essential ("regionally important") component of, the wildlife habitat (and ORV) identified by the BLM for adjacent Roubideau Creek (*desert bighorn sheep*). The features, condition, and importance of that wildlife habitat along Potter Creek is of importance equal to that found along Roubideau Creek.

Recreation opportunities found in and near the Potter Creek corridor correspond to the general wilderness character and wilderness characteristics for the area—specifically outstanding opportunities for solitude and for a primitive and unconfined type of recreation. While this type of recreation opportunity is slightly different from the recreational ORV identified by the BLM for Roubideau Creek (that ORV based primarily in the popularity of that stream corridor), it is an outstanding recreational opportunity nonetheless. Indeed, the more primitive and solitude-preserving recreation opportunities noted here for Potter Creek are also present in Roubideau Creek. Roubideau Creek and its corridor are included in the Roubideau (Camel Back) Wilderness Study Area, which is necessarily defined by those same backcountry recreation opportunities.

Meanwhile, the BLM's decision to remove the one outstandingly remarkable value originally identified in the agency's eligibility report is in error. The BLM's rather arbitrary distinction between a classification as critically imperiled globally (G1) and vulnerable throughout its range (G2) is not well founded.

A plant community that is currently vulnerable throughout its range warrants the highest possible level of protection in each of its occurrences, lest damage from human activity, climate change, or other harmful factors translate vulnerable to imperiled. The best way to avoid plant community failures in the future is an active protection in the present. A finding of suitability, and accompanying protective management, is an appropriate and timely tool for this plant community.

A finding of wild & scenic suitability for Potter Creek—a finding most directly applicable to the lands in the stream corridor—will provide a highly reliable and enduring form of protection for the continued health of the rare plant communities identified in the BLM's eligibility report (*narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest*).

Federal ownership of 100% of this stream segment, and of 98.5% of corridor lands along the stream simplify the implementation of protective management through a finding of wild & scenic suitability. The 44.3 acres of private land are located at the far lower end of the stream segment, further simplifying protective management, especially if that management were applied specifically to the federal lands.

<u>We recommend that the full length of the Potter Creek be found suitable, applicable at least to the federal lands in the stream corridor. The stream's outstandingly remarkable</u>

BLM_0148520

<u>values should continue to include the highlighted vegetation communities, and they should be expanded to include recreational opportunities and wildlife habitat.</u>

<u>Roubideau Creek Segment 1</u>
This stream is an important feature flowing through and enhancing lands with wilderness character and characteristics, both within the long-standing Roubideau (Camel Back) Wilderness Study Area and in the larger citizens' wilderness proposal of the same name. The stream is also associated with national forest lands upstream that have been congressionally designated for protection of wilderness values. These wilderness values should be considered and protected through strong protective management for this stream and its corridor.

The BLM's classification of this stream segment as wild affirms those wilderness characteristics and values, and further warrants strong protection for the stream and corridor.

Protection of this stream will benefit private lands downstream and will help ensure continued healthy streamflow and water quality contribution to the Gunnison River.

A finding of wild & scenic suitability for Roubideau Creek Segment 1—a finding most directly applicable to the lands in the stream corridor—will provide a highly reliable and enduring protection for the continued health of the ORVs identified in the BLM's eligibility report, including:  rare plant communities (*narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian forest*); wildlife (*northern leopard frog, desert bighorn sheep*); cultural; and recreational (*primitive and non-mechanical exploration and exercise*).

Federal ownership of 93% of this stream segment, and of 94.8% of the land in the stream corridor simplifies the effective implementation of protective management.

<u>We recommend that the full length of the Roubideau Creek Segment 1 be found suitable, applicable at least to the federal lands in the corridor.</u>

<u>Roubideau Creek Segment 2</u>
The continued health of this stream segment is an important community and ecological priority, and the BLM's future management of its lands along that stream should ensure the continued vibrancy of the outstanding wildlife and vegetation values found there.

The relatively low percentage of federal land ownership along the stream and in the stream corridor (45.5%, 60.2%) makes management under a finding of wild & scenic suitability difficult. Other protective designations and measures should instead be used for Roubideau Creek Segment 2.

BLM_0148521

Deep Creek

The continued health of this stream segment is an important community and ecological priority, and the BLM's future management of its lands along that stream should ensure the continued vibrancy of the outstanding wildlife and vegetation values found there.

In particular, the critical rarity of greenback cutthroat trout warrants the highest level of protective management, especially management and cooperative measures to ensure reliable and seasonally natural stream flows.

The relatively low percentage of federal land ownership along the stream and in the stream corridor (22.7%, 15.8%) makes management under a finding of wild & scenic suitability difficult. Other protective designations and measures should instead be used for Deep Creek, *so long as* those other methods continue to successfully protect the trout and its habitat.

West Fork Terror Creek

The continued health of this stream segment is an important community and ecological priority, and the BLM's future management of its lands along that stream should ensure the continued vibrancy of the outstanding wildlife and vegetation values found there.

The relatively low percentage of federal land ownership along the stream and in the stream corridor (39.2%, 47.5%) makes management under a finding of wild & scenic suitability difficult. Other protective designations and measures should instead be used for West Fork Terror Creek, *so long as* those other methods continue to successfully protect the trout and its habitat.

Beaver Creek

Traversing a narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad, otherwise private-land, geography. The creek is also an important contributing tributary to the San Miguel River.

Federal land ownership of nearly 100% will simplify effective implementation of protective management.

We recommend that the full length of Beaver Creek be found suitable with modifications recommended by the SWRAC.

Dry Creek

This stream traverses a uniquely un-roaded landscape, providing important wildlife support and general ecological vibrancy. It is also a seasonally large streamflow contributor to the San Miguel River.

BLM_0148522

The very distinctive scenery and geology of the area—formed in large part by the creek itself—warrant strong protective management for the stream and corridor.

Nearly 100% federal ownership of land along the stream corridor, and extensive federal land beyond the corridor, simplify effective implementation of protective management.

We concur with the SWRAC recommendation that the Dry Creek segment may be sufficiently protected by ACEC designation and no-surface-occupancy stipulations, so long as those alternative measures continue to protect the stream's free-flowing condition and identified ORVs.

Naturita Creek
This rare habitat for exemplary populations of endangered native fish and/or fish species of concern warrants the strongest possible protection, for both streamflows, related corridor vegetation, and water quality.

While the low percentage of federal ownership along the corridor might preclude a finding of suitability or wild & scenic designation, other immediate, effective, and enduring administrative protections—including cooperative measures with landowners and with other government agencies—should be included in the resource management plan and its implementation.

Saltado Creek
Traversing a relatively narrow corridor of public land, this stream holds important potential for preserving and enhancing stream-related natural values for a broad otherwise private-land geography. The creek is also an important and reliable streamflow-contributing tributary to the San Miguel River.

The healthy and remarkably undisturbed nature of this segments riparian vegetation and soils, worthy of strong protection itself, helps ensure clean streamflow in the San Miguel River.

100% federal land ownership along the lower four miles of the segment simplifies effective implementation of protective management.

We recommend that the full length—certainly the federally owned portion—of Saltado Creek segment be found suitable with modifications recommended by the SWRAC.

San Miguel River Segment 1
This large, regionally iconic river is inherently significant, and it provides important streamflow contribution to the Dolores River, itself severely diminished above its confluence with the San Miguel. This flow contribution is particularly important for the surviving population of endangered native fish, and/or fish species of concern, inhabiting the portion of the Dolores River just below that confluence. With flows from

BLM_0148523

the upper reaches of the Dolores still highly variable and generally low, the San Miguel flow contribution is critical and must be protected.

This segment includes unparalleled scenery and attendant natural and cultural features.

The patchwork of federal-private land ownership along the segment may complicate protective management, but the segment's features warrant the extra effort that might be necessary to secure a finding of suitability and to implement cooperative measures to protect those features.

<u>We recommend that all of San Miguel River Segment 1 be found suitable.</u>

San Miguel River Segment 2
This relatively short segment of the San Miguel River contains unusually undisturbed stream and corridor features, warranting the strongest possible protection. The corridor includes stunning geological and landform scenery, much of it formed by the river itself, along with a uniquely undisturbed and vibrant riparian ecosystem.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

<u>We recommend that San Miguel River Segment 2 be found suitable with modifications recommended by the SWRAC.</u>

San Miguel River Segment 3
This segments uniquely wild condition affords recreational experiences important to local economy and to local sense of place. The segment also provides critical habitat for endangered native fish and/or fish species of concern, which must be protected in order to ensure continued local use of the river's flows.

While federal land ownership along the segment is only 72.5%, the bulk of private land is found at one location, facilitating the cooperative measures important for implementing protective measures essential for this segment.

<u>We recommend that San Miguel River Segment 3 be found suitable with modifications recommended by the SWRAC.</u>

San Miguel River Segment 5
In addition to ensuring strong and enduring protection for the public lands segments of the river traversing primarily federal public lands, the BLM should engage landowners and other land managers in Segment 5 to ensure cooperative measures to a) protect a continuous healthy stream corridor and b) to ensure natural-hydrograph flow contributions to the Dolores River. These and other measures should be undertaken to,

BLM_0148524

among other things, enhance and preserve important habitat for imperiled native fish noted in the BLM's Final Eligibility Report.

<u>We recommend that San Miguel River Segment 5 be found suitable with modifications recommended by the SWRAC.</u>

<u>San Miguel River, segment 6</u>
This final segment to the San Miguel River's confluence with the Dolores River is of critical importance to a) preserve the beauty and natural dynamics of the confluence, to ensure a final, reliable, and healthy contribution to streamflows important for imperiled native fish uniquely flourishing in the segment and just downstream from the confluence, and c) to protect and enhance the healthy native riparian vegetation along the segment.

While less than 70% of the land along segment is federally owned, 100% of the final two miles above the confluence is federally owned, facilitating effective implementation of protective management.

<u>We recommend that San Miguel River segment 6—or at least the federal portion—be found suitable with modifications recommended the SWRAC.</u>

<u>Tabeguache Creek Segment 1</u>
This stream traverses a uniquely un-roaded, wild landscape on public lands, providing important wildlife support and general ecological vibrancy along the stream itself, and complementing congressionally designated national forest lands protected upstream.

Reliable protection is also needed for the segment's uniquely and flourishing riparian vegetation communities, and noted in the BLM's Final Eligibility Report.

Federal land ownership along the segment is 100%, simplifying effective implementation of protective management.

<u>We recommend that Tabeguache Creek Segment 1 be found suitable with modifications recommended by the SWRAC.</u>

<u>Tabeguache Creek Segment 2</u>
This segment contributes reliable and significant volume of streamflow to the San Miguel River, and the health of segment should be protected in order to maintain and enhance the quality of the contributed streamflows.

The segment's superior examples of unique stream-dependent riparian vegetation communities should themselves be preserved and enhanced.

BLM_0148525

Although less than 70% of the land along the segment is federally owned, 100% of the land immediately above the stream's confluence with the San Miguel River is federally owned. This facilitates effective implementation of protective management.

We reluctantly concur with the SWRAC recommendation that the free-flowing condition and outstandingly remarkable values of Tabeguache Creek Segment 2 be protected by means other than w&s suitability.

Lower Dolores River
Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is essential to, and appropriate for, that protection.

The esthetically and economically important recreation opportunities provided by the Lower Dolores River segment present sufficient justification for protecting the natural appearance and health of that segment. The existence of healthy populations of regionally imperiled native fish, as noted in the BLM's eligibility and suitability reports, make that protection even more important.

In conjunction with a finding of suitability, and protective management, for the San Miguel River segments upstream, corresponding protections for this segment complete an important recognition of the two rivers' importance, locally and nationally.

While just over 65% of the land along the segment is federally own, 100% of the upper portion of the segment is federally owned. This facilitates effective implementation of protective management for that federal portion; it also facilitates—and warrants—cooperative agreements and actions in the lower portions, lined primarily by private land, to help complete that protective management.

We recommend that that full length of Lower Dolores River segment—or at least the upper federally owned portion—be found suitable with modifications recommended by the SWRAC.

North Fork Mesa Creek
This segment warrants the strongest of protective measures for two basic reasons. First is the BLM-recognized presence of globally imperiled narrowleaf cottonwood/strapleaf willow/silver buffaloberry riparian woodlands along the segment. Second, and related,

BLM_0148526

the segment contributes perennial, high quality streamflows to Mesa Creek, and thus to the severely depleted Dolores River itself.

A finding of suitability for this segment corresponds to the BLM's separate finding of eligibility for the upstream segment of the North Fork. In any case, the Uncompahgre and Grand Junction field offices should confer and protect effective coordinated protective management for both segments.

While just over 68% of the land along the segment is federally owned, 100% of the upper portion of the segment is federal. This facilitates effective implementation of protective management, and facilitates the implementation of cooperative agreements and actions for portions of the segment lined with private land.

We reluctantly concur with the SWRAC recommendation the free-flowing condition and outstandingly remarkable values of North Mesa Creek be protected by means other than w&s suitability.

Dolores River, segment 1
Identified as eligible in the San Juan Public Lands management plan, this segment complements and is essentially a component of Dolores River Segment 2. As such, its extensive and diverse outstandingly remarkable values and values-related flows, warrant the highest possible protection.

Suitability is consistent with the values and protective management for the adjacent Wilderness Study Area.

Such protections are described in our comments related to Dolores River Segment 2, and we advocated those protections for Dolores River segment 1 as well.

We recommend that the full length of Dolores River segment 1 be found suitable with modifications recommended by the SWRAC.

Dolores River Segment 2
Few rivers in the southwestern United States boast the stunning scenery, distinctive and colorful geology, and outstanding recreation opportunities as those found along the Dolores River. The heart of a broader landscape of ecologically rich public lands (well beyond a one-quarter-mile-each-side wild and scenic study corridor), the Dolores River is an essential element of larger land values and of management decisions affecting those values. Because this iconic river is already significantly diminished and threatened by river impoundment upstream of the UFO study area, every possible protection must be applied to the river and to its corridor. A decisive finding of suitability is key to that protection.

BLM_0148527

With the longest and most diverse list of outstandingly remarkable values (seven) recognized in this segment, the segment is eminently qualified for the highest possible protective status and measures.

The healthy presence of regionally imperiled native fish in this segment and downstream, as recognized in the BLM's Final Eligibility Report, the importance of protecting the stream and supportive corridor in this segment is greatly magnified.

Only 47% of land along the segment is federally owned, but 100% of the corridor land in the upper half of the segment is federal. This facilitates the effective implementation of protective measures in that federal portion and facilitates cooperative agreements and measures for providing similar protections to the rest of the segment.

<u>We recommend that the full length of Dolores River segment 2—or at least the federally owned upper portion—be found suitable with modifications recommended by the SWRAC.</u>

<u>Ice Lake Creek Segment 2</u>
This important tributary to La Sal Creek warrants strong protection for it free-flowing condition, water quality, and stream corridor values.

We concur with the SWRAC recommendation that, because of its short length and concerns about adjacent land and water uses, Ice Lake Creek should be protected by means other than w&s suitability.

<u>La Sal Creek Segment 1</u>
We concur with the SWRAC recommendation that, because of extensive private land ownership in the segment, the values of La Sal Creek Segment 1 should be protected by means other than w&s suitability.

<u>La Sal Creek Segment 2</u>
This stream traverses a distinctive canyon corridor, affording a stunning backdrop to outstanding recreation opportunities. The stream itself provides important streamflow source for the Dolores River, and it includes essential and healthy riparian environment in an otherwise arid area.

The presence of healthy populations of regionally imperiled native fish, and the presence of globally rare riparian ecosystem, provide complete justification for the strongest possible protective status and measures in this segment. In addition, the segment provides essential streamflows and healthy continuity for riparian habitats in the Dolores River Canyon Wilderness Study Area immediately downstream, and to the Dolores River itself.

BLM_0148528

Federal land ownership along the segment is 84.5%, facilitating effective implementation of protective management, particularly in the upper portion, which is 100% federal.

<u>We recommend that La Sal Creek segment 2 be found suitable with modifications recommended by the SWRAC.</u>

<u>La Sal Creek, segment 3</u>
If ever a stream segment were suitable under that definition of the *Wild and Scenic Rivers Act*, this is one. The segment lies wholly within the Dolores River Canyon Wilderness Study Area, supporting regionally rare riparian and scenic vibrancy. That habitat health is reflected in the presence of healthy populations of regionally imperiled native fish.

In addition, La Sal creek is among the more significant streamflow contributors to the severely depleted Dolores River.

Federal ownership of land along the segment is 100%, facilitating—and requiring—the strongest possible form of protective management.

<u>We recommend that the full length of La Sal Creek segment 3 be found suitable.</u>

<u>Lion Creek</u>
This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surround wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Lion Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

<u>Spring Creek</u>
This stream traverses important un-roaded geography, including distinctive canyon features on both sides. It also contributes seasonal streamflows to La Sal Creek, which itself is so important to surrounding wilderness-quality lands and to the Dolores River.

While the length, location and federal ownership percentage of Spring Creek may not warrant a finding of suitability, the segment—and its streamflows—should be protected in other manners to ensure its continuing contribution to the health of the watershed.

*Additional river segment*
<u>Roc Creek</u>
Current w&s eligibility status for Roc Creek segments in the Manti-La Sal National Forest management plan warrant equal or stronger status and protection for segments in the

BLM_0148529

UFO planning area, where Roc Creek traverses unique and sensitive areas with wilderness characteristics (both as identified by citizen inventory and by the BLM's own wilderness characteristics review) and other unique stream-related features.

The UFO's failure to find Roc Creek even eligible is doubly incongruous, both in light of those remarkable stream-related values and in light of the Manti-La Sal National Forest's determination that its portion of Roc Creek is eligible (with Wild classification and with Scenic and Geologic/Hydrologic Outstandingly Remarkable Values identified).

<u>This should be corrected with UFO affirmation of Roc Creek's eligibility, plus determination that it is suitable.</u>

*Summary*
We recommend that the BLM reach a finding of suitability, and implement corresponding strong protective management measures for:
- Monitor Creek
- Potter Creek
- Roubideau Creek Segment 1
- Beaver Creek
- Saltado Creek
- San Miguel River Segment 1
- San Miguel River Segment 2
- San Miguel River Segment 3
- San Miguel River Segment 5
- San Miguel River Segment 6
- Tabeguache Creek Segment 1
- Lower Dolores River
- Dolores River Segment 1
- Dolores River Segment 2
- La Sal Creek Segment 2
- La Sal Creek Segment 3
- Roc Creek

We recommend that the BLM implement the strongest possible protective management measures, other than a finding of wild & scenic suitability, for:
- Gunnison River Segment 2
- Roubideau Creek Segment 2
- Deep Creek
- West Fork Terror Creek
- Dry Creek
- Naturita Creek
- Tabeguache Creek Segment 2
- North Fork Mesa Creek
- Ice Lake Creek Segment 2

BLM_0148530

- La Sal Creek Segment 1
- Lion Creek Segment 2
- Spring Creek

Thank you very much for your careful consideration of these comments.

Sincerely,

Matt Rice
Director, Colorado River Basin Program
American Rivers
1536 Wynkoop St, Denver, CO 80202
303-454-3395
mrice@americanrivers.org

BLM_0148531

BLM_0148532

11/1/2016                        DEPARTMENT OF THE INTERIOR Mail - Campbell and Sons



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Campbell and Sons
1 message

**Cal Campbell** <calcampbell111@gmail.com>                    Tue, Nov 1, 2016 at 10:47 AM
To: UFORMP@blm.gov

 **Campbell and Sons.pdf**
120K

BLM_0148533

Campbell and Sons Ranch LLLP

37224 Campbell Road

Hotchkiss, CO  81419

October 27, 2016

RMP Project Manager

2465 South Townsend Avenue

Montrose, CO  81401

UFORMP@blm.gov

RE:  Resource Management Plan Comments

Project Manager,

Campbell & Sons Ranch appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement.  Our family continues to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

We feel that Alternative C, with some changes discussed below, preserves a greater amount of multiple use and protection of private party rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.

The few portions of Alternative C that we believe should be changed or removed noted below and identified by the page and corresponding line number in Table 2.2 (Description of Alternatives) in Chapter 2 of the proposed RMP.

BLM_0148534

**Special Status Terrestrial Wild Life**

- o **Page 2-95, Line 152**, designate defined habitats as *species occupied* habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
- o **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse,. Need to write language that allows for range improvements. When Alternative C says no permanent structures, that includes range improvements. Many range improvements such as water developments benefit many more species other than livestock.

- **Land Health**
  - o **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
  - o **Page 2-27, Line 26,** add recreation to actions that can cause land health problems
  - o **Page 2-164, Line 295,** maintain the ability to increase AUMs. Not having the option to increase AUMs either permanently or temporarily can hinder management strategies.
  - o **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.
  - o **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.
  - o **Page 2-169, Line 303,** add Colorado Resource Monitoring Imitative to the list of plans to base decisions on. In addition, include the MOU with CCA, CWGA, BLM, Department of Ag.
  - o **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
  - o **Page 2-167, Line 301,** No permits or allotments should be closed.
  - o **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements

BLM_0148535

- o **Page 2-172, Line 307,** alternative c is more feasible and allows for the sustainability of multi-generational use of working landscape.
- o Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
- o IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

Sincerely,

**Calvin Campbell, partner**
**Campbell & Sons Ranch**

BLM_0148536

11/1/2016                    DEPARTMENT OF THE INTERIOR Maii - info@theconservationcenter.org



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

### info@theconservationcenter.org
1 message

---

**Katie Dean** <ktd81419@yahoo.com>                              Tue, Nov 1, 2016 at 2:50 PM
Reply-To: Katie Dean <ktd81419@yahoo.com>
To: "uformp@blm.gov" <uformp@blm.gov>

To Whom It May Concern:

I am writing to comment on the BLM's UFO proposed RMP and to state my support for alternative B1, the North Fork Alternative.

My husband runs Thistle Whistle Farm near Hotchkiss, a small organic farm marketing mainly vegetables to locals, surrounding mountain communities, and to the front-range. Our farm activities include a wide range of educational programs for locals and to groups and individuals from around the state and beyond. Our success as a small farm comes from our reputation for high-quality, chemical-free produce, grown in a relatively pristine environment with clean air, water and soil. Our success as a farm-education destination comes from this same reputation.

In addition, I own Hotchkiss Counseling, a business I run out of a house we own in downtown Hotchkiss. I have local clients, and am working to serve clients from the surrounding areas as well. I am working to set up a retreat center, and the beautiful environs is part of what draws people to the area for healing.

The North Fork Alternative, alternative B1 in your proposed RMP, incorporates the best mix of land-use values that will protect our livelihood here. Any threat, and for marketing purposes even a perceived threat, will hamper our ability to operate our businesses.

I urge the BLM to adopt alternative B1 in its RMP, the alternative that will best guide the BLM's decisions for the lands surrounding the North Fork Valley.

Sincerely,

Katherine Dean, MSW, LCSW
PO Box 868
10872 3500 Rd.
Hotchkiss, CO 81419
970-424-4179

---

BLM_0148537

11/1/2016  DEPARTMENT OF THE INTERIOR Mail - Delta County comments for Uncompahgre Resource Management Plan



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

# Delta County comments for Uncompahgre Resource Management Plan
1 message

---

**Robbie LeValley** <rlevalley@deltacounty.com>                    Tue, Nov 1, 2016 at 4:28 PM
To: "UFORMP@blm.gov" <UFORMP@blm.gov>
Cc: Doug Atchley <datchley@deltacounty.com>, Bruce Hovde <bhovde@deltacounty.com>, Mark Roeber
<mroeber@deltacounty.com>, Bruce Bertram <bertram@tds.net>



*Robbie Baird LeValley*

*Delta County Administrator*

*970-874-2102*

---

**NOTICE:** This email transmission from the County of Delta, and any documents, files, or previous email messages attached to it, are intended solely for the individual(s) to whom it is addressed and may contain information that is confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any unauthorized review, forwarding, printing, copying, distribution, or use of this transmission or the information it contains is strictly prohibited. A misdirected transmittal of this email does not constitute waiver of any applicable privilege. If you received this transmission in error, please immediately notify the sender and delete the original transmission and its attachments. Notwithstanding the foregoing, sender and receiver should be aware that all incoming and outgoing emails may be subject to the Colorado Open Records Act, C.R.S. 24-72-100.1 et seq. Thank you.

---

**3 attachments**

 **DeltaCountyBoCCSignedcopyUFORMPCommentsNov2016.pdf**
4162K

 **2013 Delta County - North Fork Valley Study Report_201401271219308031.pdf**
4484K

 **2012 Delta County - Oak Mesa Study Report Opt_201502091542397768.pdf**
2353K

BLM_0148538



# DELTA COUNTY, COLORADO
## BOARD OF COUNTY COMMISSIONERS
COUNTY COURTHOUSE • 501 PALMER STREET • SUITE 227 • DELTA • COLORADO • 81416-1796
PHONE: (970) 874-2100     FAX: (970) 874-2114
www.deltacounty.com

Dist. 1: C. Douglas Atchley  -  Dist. 2: C. Bruce Hovde  -  Dist. 3: J. Mark Roeber

November 1,  2016

RMP Project Manager

2465 South Townsend Avenue

Montrose, CO  81401

UFORMP@blm.gov

RE: Resource Management Plan Comments

Project Manager,

Delta County appreciates the opportunity to submit comments on the Uncompahgre Field Office's (UFO) Draft Resource Management Plan (RMP) Revision and Environmental Impact Statement. Delta County has been a participating partner throughout the UFO RMP revision process and incorporates its earlier comments in this response. Delta County continues to support full multiple use opportunities balanced against the positive and negative impacts and the protection of private property rights within the UFO area.

Bureau of Land Management (BLM) lands comprise a significant portion of Delta County's open space and resource area and any revisions changing the available usage or access to these lands and mineral resources has a corresponding impact on the residents of Delta County.   Delta County has carefully considered the impacts of the Alternatives addressed in the draft RMP. The underlying base of any RMP is by its nature is filled primarily with stated restrictions on or elimination of various singular use activities. The impacts of any restrictions on or the

BLM_0148539

elimination of any use of BLM lands must be weighed against resulting loss or gain of economic, aesthetic, and/or social benefits.

With the exception of fluid mineral leasing, Delta County favors Alternative C with some changes discussed below as Alternative C preserves a greater amount of multiple use and protection of private party rights within the plan.  Alternative C also provides a greater separation between broad requirements and site specific issues that should only be addressed during the review of proposed site specific activities.  Alternative C, therefore, allows for greater flexibility for the public and the BLM to address and regulate those sight specific requirements through various then current permitting processes.  Specific comments related to Fluid Mineral and the preferred RMP language for Delta County is noted in subsequent sections.

Areas of concern in the RMP for Delta County are noted below:

**Table 2.1 Comparative Summary of Alternatives**

- **Visual Resource Management**
  - ○ **Table 2-1 Page 2-9,** Application of VRM to lands where surface ownership is private or held by the State equates to application of a management action to the surface estate. The RMP defines visual resource management as:
  - ○ "The inventory and planning actions taken to identify visual resource values and to establish objectives for managing those values, and the management actions taken to achieve the visual resource management objectives." Glossary-40.
  - ○ Applying a management action such as a VRM designation is by BLMs stated definition an attempt to manage land. As the visual resource of land is certainly on the surface estate, applying such an action on privately held land is beyond BLMs scope

**Table 2.2 Description of Alternatives**

- **Land Health**
  - ○ **Page 2-25, Line 24,** Given the lower precipitation rate over the entire UFO resource area, it is more realistic to manage for upward trend for land health
  - ○ **Page 2-27, Line 26,** add recreation to actions that can cause land health problems

- **Soils and Water Resources**
  - ○ **Page 2-47, line 55**, provide for the same requirements stated in Alternative D for Oil and Gas wells located within 1000 feet of a domestic well
  - ○ **Page 2-29, Line 32,** work with permittee before removing water structures
  - ○ **Page 2-46, Line 52,** Delta County does not believe that water owned by the people of the State of Colorado being appropriated by a federal agency such as BLM. Utilizing CWCB to act as a proxy to develop in-stream flow rights amounts to a federal appropriation of water that will adversely impact the people of Colorado by limiting the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to this proposed action.
  - ○ **Page 2-46 Line 53,** The management action presented across Alternatives B, C and D does not represent an appropriately broad range of alternatives Water owned by the people of the State of Colorado should not be appropriated by a federal agency such as BLM. Accordingly, BLM should not propose an action which would result in a federal appropriation of water. Such appropriations adversely impact the people of Colorado by depriving them of the ability to develop water for future beneficial uses. The No Action Alternative would be preferable to these proposed actions. Alternatively, we recommend that BLM develop an Alternative D that would not involve filing on additional water rights.
  - ○ **Page 2-57 Line 79,** we request that Alternative D be amended to add the language "provided that pursuit of such opportunities does not impact valid existing rights and uses within the targeted area".

- **Vegetation**
  - ○ **Page 2-53, Line 71,** add livestock grazing where the language describes uplands to support big game species habitat and fuels reduction given the threats listed for Gunnison Sage grouse
  - ○ **Page 2-57 Line 79,** we request that Alternative D be amended to add the language "provided that pursuit of such opportunities does not impact valued existing rights and uses within the targeted area."
  - ○ **Page 2-62, Line 89,** add threatened and endangered species for weed control treatments

BLM_0148541

- **Special Status Terrestrial Wild Life**
    - ○ Designate defined habitats as species occupied habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive. Habitats at site specific locations would be addressed during the application for a specific activity.
    - ○ **Page 2-95, Line 152**, designate defined habitats as *species occupied* habitats. Without that specific notation, non-occupied habitats could become un-necessarily extensive and restrictive.
    - ○ **Page 2-102-105, Line 161-167**, Gunnison Sage Grouse, see comment regarding Gunnison Sage Grouse plan amendment.
    - ○ **Page 2-113, Lines 176-179**, prairie dog restrictions (need to review applications). Site specifics do not belong in a RMP
    - ○ **Page 2-119,Line 187**, Water Fowl and Shore Birds, river corridor buffers

- **Cultural Resources**
    - ○ **Support Alternative C**
    - ○ **Page 2-126-135, Line 216-238,** *(need to review application buffers)*

- **Visual Resources**
    - ○ **Page 2-138-9, Line 251**, Seems to restrict use of private property.
    - ○ **Page 2-140, Line 253**, designating Adobe Badlands as VRM Class II is restricting recreational value and potential.

- **Forestry and Woodland Products**
    - ○ **Page 2-154, Line 275**, Manage as non-commercial. Do not put acreage limits on harvestable acres given the length of the RMP and the uncertainly of what treatments may be needed in the future.
    - ○ **Page 2-158, Line 280,** Use Alternative D action which also includes biomass for insect and disease control.
    - ○ **Page 2-155 Line 278;** do not restrict harvest in ACECs, SRMAs and other designations due to treatments that may be needed to maintain the original characteristics.

- **Fluid Minerals**
    - ○ Delta County has received significant input from constituents regarding fluid mineral resources in the North Fork. Delta County has a long history of collaboration with all sides of this issue. Delta County was one of the

first counties in the state to add additional stipulations to the oil and gas industry through its Specific Development Regulation (SDR) process.

o The above mentioned Specific Development Regulations are used in combination with federal and state requirements to address site specific concerns.

o Delta County is submitting the attached Hydrology reports that were researched for the County. There are four distinct reports that cover the entire county. These studies outline pathways of potential impacts to groundwater from development of any kind.

o Alternative D is favored for addressing Fluid Minerals above Alternative C except where noted below.

o Delta County feels very strongly that converting methane to electricity will be part of the diverse energy grid going forward within Delta County. Delta County feels that the current alternatives do not allow for expansion of this energy source and request that the draft final RMP EIS expand the area available for Fluid Mineral leasing in the coal areas around coal mines so that they could provide additional useable product for any methane to electricity project. Specifically, Delta County requests an area generally an east-west band in the Paonia-Somerset Known Recoverable Coal Resource Area bounded by the southern surface outcropping of the coal interval and the norther boundary determined by those points where the overburden exceeds 3500 feet above the B seam of the Mesa Verde coal interval be left open for leasing so that expansion could occur in these areas.

o Delta County prefers site specific management of the fluid mineral leasing which takes into consideration all of the federal, state and local regulations, and technical advancements at the time of application. Delta County supports landscape management that incorporates a balanced level of economic viability, protection, restoration, enhancement and use of resources. Delta County has been consistent in their priority of multiple uses across all public lands and protection of private property rights associated with split estates.

o Delta County prefers a balanced approach to the fluid mineral leasing with the intent that the foundation, information, analysis and site specific conditions identified at the site level is brought forward to supplement and advise future oil and gas lease sale nominations.

o Delta County supports all forms of energy as they feel strongly that a diverse energy grid is critical to our homeland security and economy.

o **Page 2-194, Line 336**, Remove the NSO restriction on privately owned surface property above federally owned mineral estate. Infringes on Private property rights of the surface owner.

- o **Page 2-201, Line 337,** Remove the CSU restriction on privately owned surface property above federally owned mineral estate. Infringes on Private property rights of the surface owner.
- o **Page 2-205, Line 338,** Remove the NSO and Surface Disturbance restrictions on privately owned surface property above federally owned mineral estate. Infringes on Private property rights of the surface owner.

- **Mineral Materials**
  - o **Page 2-213, Line 353,** Insert "with the private surface owner approval" for the disposal of mineral materials on privately owned surface. Infringes on Private property rights of the surface owner.

- **Recreation and Visitor Services**
  - o **Page 2-220, Line 371,** Provide for the same requirements as for Alternative D to control competitive events in ERMA's.
  - o **Page 2-220, Line 372,** *(need to consider maximum number of group size)*
  - o **Page 2-221, Line 374,**  (*Consider target shooting buffer restriction as in Alternative D)*
  - o **Page 2-243, Line 395,** the mental benefits section does not belong in a RMP. This language opens the BLM up to additional litigation and undoes process. Who determines what creates the well-being and happiness of an individual.

- **Extensive Recreation Management Area:**
  - o **Pages 2-289-299, Lines 431-468,** *(review inclusion of areas and applications)* Important for the BLM to work with adjoining counties when designating ERMAs.

- **Comprehensive Travel and Transportation Management**
  - o **Page 2-302, Line 476,** The North Delta Off Highway Vehicle (OHV) area totals 8,560 acres. The difference between the acres designated open (5,250) in Alternative C and the total acres is 3,310 acres. Those 3,310 acres in the northern portion of the North Delta OHV area should be designated as restricted to designated routes and not removed from the overall area. Although there are concerns about threatened and endangered species in the northern area, there are many existing routes currently and historically used in the present open OHV designation. The North Delta OHV area should be managed as an ERMA
  - o Page 2-307, Line 481, amend Alternative D to allow motorized/mechanized travel for big game retrieval during CPW

authorized big game hunting seasons.  This consideration allows for additional hunting opportunities for hunters with differing physical abilities.

o   Both Alternatives B and D would eliminate open area designations and not allow cross-country travel.  While this is portrayed in Table 4-61, this report mentions the elimination of the North Delta OHV area of cross-country travel under Alternative B, but omits from mentioning the same elimination in Alternative D.   Alternative C would expand the open area designation by including Kinikin Hills in addition to the North Delta OHV area.  Alternative A would maintain the status quo; at least until a designated route system is potentially implemented (within 5 years of completing the RMP).

- **Wild and Scenic Rivers**
  - o   **Page 2-359, Line 586**, within the full array of management tools that BLM utilizes is the ability to protect the free-flowing nature and Outstanding Recreational Values for the stretches of waterways identified as eligible for designation.  Delta County does not support any recommendation of these waterways as suitable for Wild and Scenic designation.
  - o   BLM should not use an administrative determination (WSR suitability) as the basis for imposing land use restrictions on adjoining land.

- **Lands with Wilderness Characteristics**
  - o   **Page 2-148, Line 264**, to manage for solitude given the increase in recreation and directive to allow for increased use is not feasible.

- **Ecological Emphasis Areas**
  - o   The UFO RMP calls out 12 areas as Ecological Emphasis Areas for the basis of unprotected core wildlife and native plant habitat and associated movement, dispersal, and migration corridors.  In researching FLMPA and other BLM legal documents, Delta County can find no legal basis for Ecological Emphasis Areas (EEAs).  Additionally, the RMP specifically calls out the multiple use mandate of the BLM as causing habitat fragmentation.  Multiple use and sustained yield are the reason BLM lands were set aside and continue to be managed for today.  This is especially troubling when cross referencing the livestock grazing language in an EEA.  EEAs appear to be a way to designate defacto Wilderness Study Areas without going through the extensive studies and public process.   This designation is not backed up by any legal designation nor is the prioritization given an EEA needed with the tremendous number of planning tools at the BLM's disposal.  This is deficiency in this plan and

should be removed.  Protecting wildlife and plant habitat is already occurring within the planning tools and designations that BLM has.

- **Recreation**
  - ○ **Page 2-243, Live 395,** not sure the benefits section belongs in a RMP. Leaves it subject to interpretation and increased conflict.  Restored mind from unwanted stress; improved mental well-being are very subjective terms and will only add to the long list of factors that the BLM could potentially be sued over.  In addition, these emphasis factors clearly will create special use categories for landscapes and will reduce the multiple use mandates for BLM.  In addition, this language will be used against the livestock industry.  Delta County views this language that is used throughout the recreation section as another example of where the RMP is too prescriptive and site specific.
  - ○ **Page 2-239, Line 394,** Delta BoCC would prefer Jumbo Mountain was designated as an ERMA to ensure flexibility and multiple use in that area where private land is intermingled with BLM.

- **Comprehensive Travel and Transportation Management**
  - ○ **Page 2-307, Line 481** Alternative D is amended to allow motorized/mechanized travel for big game retrieval during CPW authorized big game hunting seasons. This limited allowance will preserve hunting opportunities for hunters with differing physical abilities.
  - ○ Both Alternatives B and D would eliminate open area designations and not allow cross-country travel. While this is portrayed in **Table 4-61**, this report mentions the elimination of the North Delta OHV area of cross-country travel under Alternative B, but omits from mentioning the same elimination in Alternative D. Alternative C would expand the open area designation by including Kinikin Hills in addition to the North Delta OHV area. Alternative A would maintain the status quo; at least until a designated route system is potentially implemented (within 5 years of completing the RMP).

- **Wilderness Study Areas**
  - ○ Continue to push for Congress to release the Adobe Badlands WSA and manage it for an ERMA.  The Adobe Badlands Area should be managed for recreation and allow for the cross country travel of this area to reduce the burden on adjoining areas.

- **National Trails and Byways**
  - o The Old Spanish Trail was in part created and maintained as a livestock driveway. The RMP should reflect that trailing and using the Old Spanish Trail by livestock is authorized.

- **Livestock Grazing**
  - o **Page 2-165 Line 298**, reactivate Winter-Monitor allotment
  - o **Page 2-166 Line 299,** Trailing overnight in sensitive areas. This needs to be clarified to not unduly penalize moving through an area.
  - o **Page2-163, Line 294,** add counties to the statement regarding supporting local agricultural communities
  - o **Page 2-164, Line 295,** maintain the ability to increase AUMs
  - o **Page 2-165, Line 297,** before acreage is removed for AUM on ACEC, write language in to change management of livestock use. Increase the flexibility of management.
  - o **Page 2-166, Line 299,** define that trailing livestock is not the same as gathering and moving livestock from pasture to pasture.
  - o **Page 2-168, Line 302,** add counties to the fourth bullet for consultation
  - o **Page 2-169, Line 303,** add Colorado Resource Monitoring Imitative to the list of plans to base decisions on. In addition, include the MOU with CCA, CWGA, BLM, USFS, and Department of Ag.
  - o **Page 2-167, Line 300,** no mention of using livestock as tool for vegetation treatments. Targeted grazing is an economical, viable tool and has been extensively researched to benefit sage grouse and big game habitat. In addition, targeted livestock grazing has been successfully used to extend the life of mechanical vegetation treatments on oak brush and other shrubs.
  - o **Page 2-167, Line 301,** Alternative B is very subjective and open to individual interpretation. Closure of permits is sufficiently covered in other sections of the RMP.
  - o **Page 2-170, Line 304,** add forage quantity to Alternative D. Increases to forage can also come from improved management in Alternative C
  - o **Page 2-172, Line 306,** Major ecological damage does not equate to maintaining range improvements
  - o **Page 2-172, Line 307,** alternative C is more feasible and allows for the sustainability of multi-generational use of working landscapes.

  - o Grazing is but one of many factors influencing grass height with others including precipitation, soils and temperature. Grass and forb vegetation expressed as herbaceous cover and height in sagebrush ecosystems is subject to wide annual variation that is related to precipitation. Grass height also depends on shrub density and morphology of the shrub community. Grass and forb height and diversity do matter, as

documented by numerous studies, but to say that grass height alone can predict whether or not a nest will be successful is not consistent with recent science. Enforcing an annual stubble height requirement is at best, suspect.

o  The BLM Instruction Memorandum and Handbook provides clear direction that before any adjustment is made, rangeland monitoring and vegetation trend must show a downward trend and that livestock grazing is the causal factor. Plant composition at any one point in time varies because plant communities are constantly changing in composition and production owing to changes in environmental influences and site potential (Rangeland Health: New Methods to Classify, Inventory and Monitor Rangelands 1994). An ecological site is recognized and described on the basis of the characteristics that differentiate it from other sites in its ability to produce and support a characteristic plant community. This variation on the landscape makes managing for a single standard not reflective of the ability of the various sites to produce the desired vegetation and does not account for the full breadth of environmental influences that determine vegetation composition and structure.

o  **Page 2-175, Line 316,** given that the Desert bighorn sheep were introduced into the UFO, utilize current rotations and life cycle of the domestic sheep and wild sheep to reduce the potential for interaction. The 9-mile buffer reduces the available forage and managed grazing that the majority of the sheep grazing adheres to. Delta Board of County Commissioners (BoCC) represents 11,267 head of sheep in our county and we see similar pressures to reduce sheep grazing in numerous BLM and USFS planning documents. The UFO RMP is covered by the MOU between the Colorado Department of Agriculture, Colorado Parks and Wildlife, Colorado Wool growers and BLM. The MOU covered what would be done in the case of contact and how to minimize risk. These guidelines already accomplish the temporal and spatial separation which the RMP claims will effectively redress disease transmission. The mentioned practices provide for the separation needed and are closer to what is actually seen on the landscape. The experiments mentioned in the UFO RMP have been conducted under laboratory conditions and in small pens and again do not reflect the largeness of the landscape. The Delta BoCC urges BLM to discontinue using the presence of bighorn sheep as a means to reduce or eliminate domestic sheep grazing in the Uncompaghre Resource Area.

o  Delta County opposes any reduction or elimination of AUMs based on the proximity of bighorn sheet to domestic sheep grazing areas, and encourages the BLM and permittees to work together to minimize the risk

of potential contact between domestic and bighorn sheep.  In 2014, Colorado Parks and Wildlife, the Colorado Wool Growers Association, the Colorado Department of Agriculture and the BLM and USFS renewed the *Memorandum of Understanding for Management of Domestic Sheep and Bighorn Sheep.*  This MOU is not mentioned or referenced in the RMP. Additionally, the RMP does not mention the USDA Agriculture Research Service specific to the potential disease transmission and impacts from contact on large landscapes.  The RMP should contain the full body of research and not selected citations.  The degree of risk of potential disease transmission from domestic sheep to bighorns in open range conditions is unknown and it is not clearly understood even in experimental confinement settings.

o  This document details the management of potential interaction and should be included in the RMP.  Currently used management practices that were agreed upon by all parties include constant herder supervision, compliance monitoring, turning out bred females, adhering to on/off dates for grazing allotments, removal of sheep after the grazing season, removal of stray domestic sheep, hazing of bighorn sheep nearing domestic sheep flocks and reporting known contact, and cleaning up salting areas upon departure.  These guidelines already accomplish temporal and spatial separation.

### Table 2.3 Renewable Energy exclusion and Avoidance Areas

- **Solar, Wind and Hydropower**
    - o  **Page 2-377, Line 640,** Given the hundreds of species that are listed in the mega settlement with Wild Earth Guardians and Center for Biological Diversity and the ever increasing potential for hundreds of more species, this section is tying the hands of the BLM for decades to even mitigate habitat for renewable energy.  Technology is ever changing and there is significant need to retain flexibility of where the renewable energy infrastructure can be located.

**Table 2.6 Summary of Environmental Consequences**

- **Summary of Environmental Consequences**
  - **Page 389, line 9,** Alternative B is written to equate all use to vegetation diversity. These landscapes are disturbance driven and need periodic use to maintain diversity in the age classes of primarily shrubs. This particular section makes broad generalizations.
  - **Page2-391 Line 391,** the statement that SRMAs could concentrate weed populations is a stretch. Weeds are not discriminatory of which method of dispersal they take advantage of.
  - **Page 2-407, Line 39.** Alternative D, improving range improvements is allowed if it is compatible with other resources uses, however this is not defined and subject to interpretation and potential abuse.
  - **Chapter 4 Page 4-131,** the benefits of livestock grazing should also be included in this section. The one paragraph on this page only presents one side of the equation.
  - **Chapter 4 Page 4-235,** no such management term as low duration grazing system. Duration is generally described as short or long. If big game herbivory is found to be the causal effect of a downward trend, livestock should not be the mitigation tool for this particular impact.
  - Acreage closed to grazing for VRM I and II are not clearly defined and subject to misinterpretation.

- **Socio-Economic Considerations**
  - 2012 Colorado Agriculture Statistics data indicates that Livestock sales for Delta County are $35,966,700 annually. This is direct sales information and does not include a multiplier. When a conservative multiplier of 2.4 is used, the impact to Delta County is $86,320,080 strictly from the livestock industry. Attached to our comments, is a fact sheet from Colorado State University Extension. Colorado Agriculture Statistics shows 11,267 head of sheep in Delta County and 17,000 cattle.
  - Data indicates that grazing as a land use in the UFO is not strictly for traditional and cultural importance, it contributes to the overall economic well-being of Delta County. This is a more accurate way to reflect livestock grazing in the RMP.
  - IMPLAN calculates economic impact based on forage used in the UFO; however additional analysis needs to include the value of the livestock for the entire year. Livestock grazing within the UFO fills a critical winter and

BLM_0148550

spring niche that is vital to the overall economic health of the livestock industry and thus Delta County. If livestock grazing is reduced within the UFO, the operating costs increase for livestock operators and thus increase the likelihood of producers scaling back and reducing numbers.

The BLM should work closely with the various user groups and counties when designating uses for specific trails and areas. Multiple use of roads and other routes in the UFO are important economic drivers for the entire regions. Within the UFO planning area, there are existing county roads upon which counties have clear jurisdictional and maintenance responsibilities. Delta County urges the BLM to consult with the affected counties to prepare an accurate inventory of roads.

All management decisions related to Gunnison Sage Grouse habitat should be amended to defer to the BLM's Gunnison Sage-Grouse Rangewide Resource Management Plan Amendment and Environmental Impact Statement, which is currently in draft form.

The UFO RMP does not address the cumulative impact of continued decrease in areas for recreation and what that continual narrowing of where the public can go on the remaining open areas. The USFS and BLM have been given directives to get more people outdoors and with that mean an increased usage. More and more recreationists are discovering this area and the continual narrowing of choices will have a major impact on the landscapes that are open. This is not discussed in this document.

In conclusion, Delta Board of County Commissioners urges the BLM to seriously consider the local economies when planning for the next 20-30 years. Delta County is 57% federally owned and the decisions made in these planning documents have real consequences as noted in the last three years with the decline of our coal industry. Delta County is diversifying its economy; however the base of the economic engine is still related to dependency on federal lands. It is easy for those that are not near the ground to make decisions because it is the politically correct or it looks good on a map but these are real jobs and people that need to able to count on the dependability and sustained yield of the BLM lands.

The view shed in Delta County that is often prioritized and wildlife habitat that is highlighted is due to large landscapes of habitat that are not fragmented but are highly productive because they are a working landscape. That working landscape is tied to the ability to utilize BLM lands and the two are connected and dependent on each other. The large landscapes contribute to the recreationist's satisfaction and the view shed adds

to a tourist's willingness to provide a favorable review of the area.  Single species management of BLM lands or continued restricted use of our public lands will have unintended consequences that will not be undone with the next plan or NEPA document. Delta County Board of Commissioners urges the multiple use mandate of the BLM to continue and to not be marginalized as is documented in the Uncompaghre Field Office Draft Resource Management Plan.

Thank you for your attention and consideration of our comments.

Sincerely,

Delta Board of County Commissioners

C. Bruce Hovde, Chairman          C. Douglas Atchley, Vice Chairman          J. Mark Roeber, Commissioner

Cc:  Montrose County Commissioners
     Mesa County Commissioners
     U.S. Senator Michael Bennet
     U.S. Senator Cory Gardner
     Congressman Scott Tipton
     Governor John Hickenlooper

BLM_0148552

# GROUNDWATER SYSTEMS IN DELTA COUNTY, COLORADO: NORTH FORK VALLEY AND TERRACES AREA

## GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models



**Authors:**
**Dr. Kenneth E. Kolm, Hydrologic Systems Analysis, LLC., Golden, Colorado**
**and**
**Paul K.M. van der Heijde, Heath Hydrology, Inc., Boulder, Colorado**


**Prepared For:**
**Delta County Board of County Commissioners, Colorado**
**Contract # 2013-CT-027**


**Report Date: October 31, 2013**

BLM_0148553



Front Page: Orchards on the terraces of the North Fork Valley near Paonia. (June 2012).

BLM_0148554

# Table of Contents

1. INTRODUCTION ................................................................................. 1

2. DEVELOPMENT OF CONCEPTUAL MODELS OF THE NORTH FORK VALLEY
AND TERRACES (NFVT) STUDY AREA ............................................. 4
    2.1 Climate ................................................................................. 4
    2.2 Topography and Geomorphology ................................................ 7
    2.3 Surface Water Characteristics and Springs ................................... 9
    2.4 Hydrogeologic Framework ....................................................... 13
        2.4.1 Regional Hydrogeologic Units ......................................... 14
        2.4.2 Hydrogeologic Units of the NFVT Area ............................. 16
        2.4.3 Hydrostructural Units of the NFVT Area ............................ 19
    2.5 Groundwater Flow Systems ...................................................... 23
    2.6 Groundwater System Conceptual Site Models by Subsystem .............. 25
        2.6.1 Mesa Top and Hillslope Shallow Aquifer Subsystems ................... 26
        2.6.2 Valley Bottom Shallow Aquifer Subsystems ........................ 27
        2.6.3 Regional Bedrock Aquifer Subsystems ......................................... 31
    2.7 Anthropogenic Influences ......................................................... 33
        2.7.1 Effects of Land Use Changes on Groundwater Systems ......................... 33
        2.7.2 Potential Effects of Oil and Gas on Hydrology ...................... 36

3. GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES ..................................... 38
    3.1 GIS and GIS Maps ................................................................. 38
    3.2 Use of GIS in the NFVT Area Study ............................................ 38
    3.3 GIS Map, Layers, and File Structure ........................................... 40
    3.4 Data Sources ........................................................................ 41

4. SUMMARY AND CONCLUSIONS ......................................................... 44

5. REFERENCES ................................................................................. 47

APPENDIX 1.  GIS LAYER FOR SPRINGS AND SEEPS FROM CDSS WATER
RIGHTS INFORMATION DATA BASE .................................................... 49

BLM_0148555

## List of Tables

Table 1      Average Maximum, Minimum and Mean Monthly and Annual
             Temperature, and Average Monthly and Annual Precipitation, Snow Fall
             and Snow Depth for Paonia 1 SW (0506306)
             for period 1/1/1893 to 3/31/2013 ……………………………………………   6
Table 2a     Correlation of Geological and Hydrogeologic Units in the North Fork
             Valley and Terraces Study Area: Unconsolidated Sediments………………   21
Table 2b     Correlation of Geological and Hydrogeologic Units in the North Fork Valley
             and Terraces Study Area: Bedrock Units ……………………………………   22

## List of Figures

Figure 1     Location of the North Fork Valley and Terraces and the Oak Mesa Study
             Areas in Relationship to the Major Watersheds, Delta County, Colorado …..   1
Figure 2     North Fork Valley Display Area, Showing the Water Planning Areas and
             the Oak Mesa and the North Fork Valley and Terraces Study Areas …………   2
Figure 3     North Fork Valley Display Area, Showing the Oak Mesa and the North
             Fork Valley and Terraces Study Areas and the Oak Mesa Display Area ……   3
Figure 4     Location of NWS/COOP Weather Stations in and near Delta County ………   5
Figure 5     Average Monthly Precipitation, Snow Fall and Snow Depth for Paonia
             1 SW (0506306) for period 1/1/1893 to 3/31/2013 ………………………….   6
Figure 6     Spatial Distribution of the Average Annual Precipitation in the NFVT Area,
             Delta County, Colorado (Source: Natural Resources Conservation Service
             2011) ……………………………………………………………………………….   7
Figure 7     Topography in the NFVT Area ………………………………………...………   8
Figure 8     Watersheds, Streams and Ditches in the NFVT Area ………………………   9
Figure 9     Hydrograph Analysis of Surface Water Stations along the North Fork River   10
Figure 10    Springs and Seeps in Relationship to Streams and Irrigation Ditches in the
             NFVT Area …………………………………………………...………………….   11
Figure 11    Springs and Seeps in Relationship to the Hydrogeological Units in the
             NFVT Area …………………………………………………………………….   12
Figure 12    Generalized Map Showing Regional Geographic and Geological Features …   15
Figure 13    Composite Large Scale Map of the Geology of Delta County ……………...   16
Figure 14    Generalized Northeast-Southwest Geological Cross Section Representative
             for Delta County ……………………………………………………………….   17
Figure 15    Map Showing the Shallow Unconsolidated Hydrogeologic Units in the
             NFVT Area …………………………………………………………………….   18
Figure 16    Map Showing Top of Bedrock Hydrogeologic Units in NFVT Area ……….   19
Figure 17    Map Showing Major Hydrostructures (Faults and Fracture Zones) in the
             NFVT Area …………………………………………………...………………….   20

BLM_0148556

Figure 18    Map Showing the Locations of the Cross-sections Representative for the Conceptual Site Models in the NFVT Area on Top of the Hydrogeologic Units ................................................................................    25

Figure 19    Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems (A-A' in Figure 18) .........................................................................    27

Figure 20    Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 18) .........................................................................    28

Figure 21    Google Earth View of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems ........................................................    29

Figure 22    Plan View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems ...............................    29

Figure 23    Cross-sectional View of the Conceptual Site Model of the Valley Bottom Shallow Aquifer Subsystems (C-C' in Figure 18) ..............................    30

Figure 24    Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems (D-D' in Figure 18) ............................................    32

Figure 25    Google Earth View of the Regional Bedrock Aquifer Subsystems ............    32

Figure 26    Plan View of the Conceptual Site Model of the Regional Bedrock Subsystems ....................................................................    33

Figure 27    Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the NFVT Area ......................................................................    34

Figure 28    Anthropogenic Influences: Wells in the NFVT Area ............................    35

Figure 29    Anthropogenic Influences: Oil/Gas Lease Parcels in Relationship to Hydrogeology in the NFVT Area  (Source: Delta County GIS, 2013) .........    36

Figure 30    Delta County GIS Map Showing Streams, Ditches and Roads on Top of County-wide Geology ...........................................................    39

Figure 31    NFVT GIS Map Showing Streams, Ditches and Roads on Top of Hydrogeologic Unconsolidated and Bedrock Units and Hydrogeologic Structures ......................................................................    39

Figure 32    GIS Map Showing the Attribute Table for the Hydro(logic) Structures Layer in the NFVT Area .........................................................    40

BLM_0148557

BLM_0148558

# 1    INTRODUCTION

Under an agreement with Delta County, Colorado, Hydrologic Systems Analysis LLC (HSA) of Golden, Colorado, in conjunction with Heath Hydrology, Inc. (HHI) of Boulder, Colorado, was tasked to perform a study of the groundwater resources of the valley and terraces of the Upper North Fork River area from Hotchkiss to northeast of Paonia in Delta County, Colorado (Figure 1). The delineation of the study area is based on the nature and extent of the major hydrogeological systems present and some water resources related land use considerations (Figure 2). The study area is located in the North Fork and  Upper Gunnison watersheds and roughly coincide with the Delta County water planning areas 1h, 1g, 1i, 1j, 1k, 3a, 3b, 3d, and 4c, located in the North Fork watershed (Figure 1 and  2). The study area is to the southeast and adjacent to the previously conducted Oak Mesa groundwater study (*Kolm and van der Heijde, 2012*) (Figure 1 and 3). It should be noted that for display purposes in this report a rectangular area is used, referred to as *Display Area*, which includes both the North Fork study area and the Oak Mesa study area (Figure 3). However, all analyses regarding the groundwater systems in this report are focused on the irregular shaped *North Fork Valley and Terraces (NFVT) Study Area*.



**Figure 1. Location of the North Fork Valley and Terraces and the Oak Mesa Study Areas
in Relationship to the Major Watersheds, Delta County, Colorado.**

This study includes a Hydrologic and Environmental System Analysis (HESA) of the groundwater system in the study area and the development of GIS databases and maps of hydrogeologic and hydrologic characteristics of this groundwater system. The HESA is documented in this report, which also contains a description of the development and use of the GIS databases and maps. The report and GIS databases provide support for planning, zoning and

BLM_0148559