other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies.



**Figure 2. North Fork Valley Display Area, Showing the Water Planning Areas and the Oak Mesa and the North Fork Valley and Terraces Study Areas.**

The GIS maps have been created, in part, from previously published, or otherwise available public information, as well as the results of the HESA. Additional data layers and evaluation were needed to construct the GIS database – particularly with respect to the hydrogeologic layers. The HESA included a few scoping site visits to the study area; no additional fieldwork has been conducted. The maps (and underlying databases) have been produced using the ARCGIS/ARCMAP GIS software system.

The North Fork Valley and Terraces groundwater study included the following tasks:
1. Conduct a comprehensive HESA and formulate relevant conceptual hydrologic site models to provide the physical framework for the availability, sustainability and vulnerability assessments;
2. Refine the hydrogeologic nomenclature developed in the previous study;

BLM_0148560

3. Digitize existing geologic maps – to the extent and detail necessary for the project – and converting them to hydrogeologic system layers in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and

4. Adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.



**Figure 3. North Fork Valley Display Area, Showing the Oak Mesa and the North Fork Valley and Terraces Study Areas and the Oak Mesa Display Area.**

It should be noted that that these maps and databases will not obviate the need for additional hydrogeologic analysis on a site-specific/parcel-specific basis by developers and/or the County, or in any water right, geotechnical, or environmental study requiring due diligence. These maps and the associated groundwater evaluation procedure are intended to be used as indicators only, as part of a multi-step land use decision-making process, and to provide a starting point for further study of the County's groundwater resources.

BLM_0148561

## 2    DEVELOPMENT OF CONCEPTUAL SITE MODELS OF THE NORTH FORK VALLEY AND TERRACES (NFVT) STUDY AREA

HESA is an approach used to conceptualize and characterize relevant features of hydrologic and environmental systems, integrating relevant considerations of climate, topography, geomorphology, groundwater and surface water hydrology, geology, ecosystem structure and function, and the human activities associated with these systems into a holistic, three-dimensional dynamic conceptual site model (CSM). This watershed-based, hierarchical approach is described by Kolm and others (*1996*) and codified in ASTM D5979 Standard Guide for Conceptualization and Characterization of Ground Water Systems *(ASTM 1996(2008))*.  The CSM of the NFVT study area covers elements of climate, topography, soils and geomorphology, surface water characteristics, hydrogeologic framework, hydrology, and anthropogenic activity as related to the shallow groundwater systems in the study area.

Based on field surveys and a preliminary HESA, a number of hydrogeologic subsystems were identified within the NFVT study area. Each of these subsystems has a unique hydrogeologic setting and groundwater flow system and is described in detail in forthcoming sections of the report. Furthermore, current anthropogenic modifications of the natural hydrologic features in these subsystems were identified, including groundwater recharge from large scale irrigation ditches and reservoirs. A brief discussion of potential modification of natural flow patterns and impacts on water budgets from proposed oil and gas activities is included.

### 2.1 Climate

The climate in the study area has both local and regional components and includes effects of elevation and slope aspect (*i.e.*, steepness and orientation with respect to the prevailing winds and sun exposure). The presence of Grand Mesa and West Elk Mountains further influences the climate at the lower elevations by orographic precipitation effects, causing enhanced precipitation on the windward side and local and regional rain shadows on the leeward sides. From the relevant weather stations of the National Weather Service (NWS) Cooperative Network (COOP) near the study area Paonia 1SW (COOP 056306), located  south of the town of Paonia, has been selected as representative for the study area (Figure 4). Table 1 shows monthly and annual long-term averages for temperature, precipitation, snowfall and snow depth (*WRCC, 2013*); Figure 5 summarizes the average total monthly precipitation (*i.e.*, rain and snowfall SWE - Snow Water Equivalent), snowfall (*i.e.*, thickness of freshly fallen snow), and snow depth (*i.e.*, snow pack) for Paonia for the period  1883 -2013. Note that the long-term average annual precipitation of 15.4 inches for the period 1883-2013 does not differ much from the average annual precipitation of 15.2 inches for the period 1981-2010 (*WRCC, 2013*).

The NWS data were used by the Natural Resources Conservation Service (NRCS) to prepare a map of spatially distributed precipitation corrected for elevation (see Figure 6).  As these data sources show, there is a significant precipitation gradient in the area from about 45 inches annually at the top of Grand Mesa and 30 inches on Mount Lamborn to about 16 inches near Paonia and 12 inches near Hotchkiss.

BLM_0148562



**Figure 4. Location of NWS/COOP Weather Stations in and near Delta County.**

Precipitation type (rainfall versus snowfall), amount, and temporal and spatial distribution are important for determining the amount of recharge that a groundwater system may receive, particularly as infiltration from precipitation to the shallow bedrock groundwater systems. Average annual precipitation determines the climate of the project area, and in the case of the North Fork Valley, the topographically higher terrains near Grand Mesa and West Elk Mountains are subhumid and cool and have excellent recharge potential, both from rainfall in the spring, summer, and autumn months, and from the melting of snowpack throughout the winter and early spring, especially where covered by gravels and slope deposits. By comparison, the lower parts of the hydrologic system, including the terraces and stream valleys between Paonia and Hotchkiss and near Crawford, are mostly semi-arid and have a small recharge potential, mostly from rain and snow throughout the winter and spring. The summer months are characterized by high evaporation rates and are too desiccated for significant groundwater infiltration and recharge. Thus, most of the natural recharge in the near-surface aquifers occurs during a very short period of time in the winter and early spring. It should be noted that the

BLM_0148563

entire study area has groundwater recharge potential, with even the driest areas probably receiving about 1- 2 inches of recharge annually.  This is important when considering the ultimate groundwater system flow directions and areas of groundwater recharge.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 38.6 | 44.9 | 53.9 | 63.0 | 73.0 | 83.6 | 89.2 | 86.5 | 78.1 | 66.6 | 52.4 | 40.2 | 64.2 |
| Average Min. Temperature (F) | 13.8 | 20.4 | 27.5 | 33.9 | 41.6 | 49.3 | 56.1 | 54.7 | 46.8 | 36.5 | 26.1 | 16.2 | 35.2 |
| Average (Mean) Temperature (F) | 26.1 | 32,6 | 40.7 | 48.5 | 57.3 | 66.4 | 72.7 | 70.6 | 62.5 | 51.6 | 39.3 | 28.3 | 49.7 |
| Average Total Precipitation (in.) | 1.20 | 1.19 | 1.46 | 1.34 | 1.37 | 0.75 | 1.07 | 1.33 | 1.48 | 1.60 | 1.26 | 1.33 | 15.39 |
| Average Total Snow Fall (in.) | 11.9 | 9.0 | 6.3 | 2.4 | 0.2 | 0.0 | 0.0 | 0.0 | 0.1 | 0.8 | 4.7 | 11.9 | 47.1 |
| Average Snow Depth (in.) | 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 |

**Table 1. Average Maximum, Minimum and Mean Monthly and Annual Temperature, and Average Monthly and Annual Precipitation, Snow Fall and Snow Depth for Paonia 1 SW (0506306) for period 1/1/1893 to 3/31/2013.**
**(Source: Western Regional Climate Center (WRCC), Desert Research Institute, Reno, Nevada).**



**Figure 5. Average Monthly Precipitation, Snow Fall and Snow Depth for Paonia 1 SW (0506306) for period 1/1/1893 to 3/31/2013.**
**(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**

BLM_0148564



**Figure 6. Spatial Distribution of the Average Annual Precipitation in the NFVT Area, Delta County, Colorado (Source: Natural Resources Conservation Service 2011).**

## 2.2 Topography and Geomorphology

The surface elevation in the NFVT study area ranges from about 1,600 m (≈5,200 ft) in the North Fork valley near Hotchkiss to about 2,000 m (≈6,500 ft) on the terraces and mesas along the North Fork and its tributaries (Figure 7). The topography of the study area has three distinct terrains: 1) steeply sloping to gently rolling, gullied bedrock (mostly shale) uplands; 2) poorly dissected, connected and disconnected, continuous and discontinuous hillslope fans and mass wasting features, and alluvial terraces; and 3) continuous alluvial valley bottoms.

On the north side of the North Fork Valley, the fans, mass wasting features, and alluvial terraces are separated by fractured-controlled drainages derived from Grand Mesa. Each of these features functions as separated systems and are not connected across the drainages.  On the south side of the North Fork Valley, including Lamborn and Stewart Mesas, the fans, mass wasting features, and alluvial terraces are dissected by local drainages derived from the West Elk Mountains.  Each of these features also functions as separated systems and are not connected

BLM_0148565

across the drainages.  The effects of the dissection on the groundwater systems will be discussed in the Groundwater System Conceptual Site Models sections.

The deeper bedrock groundwater systems, if not topographically dissected by the surficial processes, will be continuous and regional in nature.  Examples of these regional systems are observed in sedimentary bedrock underlying the study area, and these deeper bedrock systems can be a source of regional groundwater.  These systems are recharged by, or discharging into, the shallow groundwater systems depending on the geomorphic geometry.  Most of the alluvial terraces, fans, and river bottoms in the study area are isolated topographically, which causes discrete and localized groundwater systems and can result in discrete and localized springs.

The topographic gradients in the NFVT area can be divided into two types: 1) steep gradient bedrock slopes (greater than 2% slope); and 2) low gradient (less than 2% slope) fan and terrace levels and alluvial valley bottoms.  The topographic gradient is useful in estimating the surface of the water table and for estimating the amounts of infiltration versus overland flow and interflow.



**Figure 7. Topography in the NFVT Area.**
**(Sources: Natural Resources Conservation Service 2011; Delta County 2011).**

BLM_0148566

## 2.3 Surface Water Characteristics and Springs

The NFVT study area contains parts of two major watersheds: North Fork and Smith Fork, and various tributaries, including Minnesota, German, Reynolds, Bell, McDonald, and Cottonwood Creeks, Alum Gulch, and the lower portions of Leroux Creek, Jay Creek, Roatcap Creek, and Terror Creek (Figure 8). Streams can be gaining (from groundwater) or losing (to groundwater), dependent on local hydrology and time of year. For example, Minnesota Creek and Cottonwood Creek are gaining streams in their upper reaches where springs discharge from the gravels above the contact between the Tertiary intrusions and the Mancos Shale. In the central reaches of these streams, surface water most likely enters (recharges) the alluvium (Qal) along the river and may recharge underlying bedrock, resulting in loosing stretches of these streams. The gaining and losing dynamics of these streams is seasonal, with bank full conditions occurring during the spring runoff, and during monsoon rains resulting in losing conditions, and low water conditions occurring during the rest of the year resulting in gaining conditions. In the lower reaches of these streams near the confluence with the North Fork, the streams would be primarily gaining as ground water would be discharging from the alluvial aquifer back into the stream. There would be a net loss due to well use and irrigation evapotranspiration.



**Figure 8. Watersheds, Streams and Ditches in the NFVT Area.**
**(Sources: Natural Resources Conservation Service 2011; Delta County 2011).**

BLM_0148567

The North Fork River is generally a losing river in the upper reaches of the study area below Somerset due to ditch diversions – specifically into Fire Mountain Canal, irrigation practices, and groundwater recharge to the alluvial aquifer (Qal) (Figure 9). The river is showing a significant loss of streamflow by Paonia (Figure 9). The North Fork River becomes gaining in the reaches near Hotchkiss due to the pinching out of the alluvial system and the added ground water and surface water from Rogers Mesa and the Leroux Creek hydrologic system (see Lazear hydrograph in Figure 9). Groundwater flow back to the River is driven by groundwater recharge in nearby alluvium and upland alluvial terraces from infiltration of precipitation, leaky irrigation ditches, and flood irrigation water, and loosing stretches of tributaries along the edges of the modern alluvial valley. The North Fork may be locally gaining or losing due to local irrigation dynamics, and seasonality of river stage (spring flooding and monsoon storm runoff verses autumn low stream flow).



**Figure 9. Hydrograph Analysis of Surface Water Stations along the North Fork River [downloaded from USGS National Water Information System, 09/30/2013; Note that for station 09134100, only seasonal records are available).**

There are three categories of springs that are identified on the older USGS maps and in the water rights records in Delta County (Figures 10 and 11): 1) Bedrock controlled/derived; 2) Gravel/Shale interface control/derived; and 3) Gravels derived with topographic and geomorphic control. The Bedrock controlled/derived springs are located on the south side of the study area at or near the Tmi/Km interfaces, or in nearby alluvial/glacial gravels where the Tertiary Intrusive bedrock (Tmi), which is the fractured crystalline aquifer, abuts against the Cretaceous Mancos Shale (Km), which is a confining unit, forcing groundwater to the surface (Figure 11). The Gravel/Shale interface springs (Figure 11) are located at the Qs/Km interfaces along drainages or the edges of mesas where the alluvial fans (Qgf) and mass wasting materials (Qs), which are the potential unconsolidated aquifers, abut against the Cretaceous Mancos Shale (Km), which is a

BLM_0148568

confining unit, forcing groundwater to the surface (Figure 11). The Gravels derived with topographic and geomorphic control springs (Figure 11) are located in the modern alluvium (Qal) and alluvial terraces (Qat). These hydrogeologic units will be discussed in section 2.4.

The NFVT area has Crawford Reservoir and some smaller reservoirs, as well as many ponds (primarily related to farmland modifications and sub-urban development requirements), and an extensive network of irrigation and water diversion ditches (Figure 8; see also Section 2.7). Crawford Reservoir is located on the Smith Fork, and affects the surrounding groundwater system as a hydrologic system head boundary (constant head in annual assessments, variable head with season in monthly assessments). Most of the smaller reservoirs and ponds, by comparison, are affiliated with local landowners, and affect only the local surrounding groundwater system. These ponds are filled with groundwater by direct discharge, or by wells or springs supplying local groundwater – most of which is sustained by irrigation, leaky ditches, or to a lesser extent, direct precipitation. These ponds leak into the local aquifer system depending upon location, and tend to concentrate nutrients.



**Figure 10. Springs and Seeps in Relationship to Streams and Irrigation Ditches in the NFVT Area. (Sources: USGS 1986; CDSS 2013; see Appendix 1).**

BLM_0148569



**Figure 11. Springs and Seeps in Relationship to the Hydrogeological Units in the NFVT Area.**
**(Sources: USGS 1986; CDSS 2013; see Appendix 1).**

The extensive network of ditches has been inventoried by Delta County (Figure 10; see Section 3 for details). Generally, some ditches flow more or less continuously, at least during part of the year, others are only used when fields are being irrigated. Some ditch alignments coincide with stream sections, resulting in so-called "enhanced streamflows" or "enhanced streams." Other ditch alignments contour throughout the landscape, and affect the various streams and mesas that are traversed. Most ditches are unlined, and leak water into the subsurface. More modern practices of piping have minimized this water loss. Wetlands and phreatophyte vegetation are indicators of groundwater discharge to the land surface. The irrigation ditches located on the terraces and along stream valleys often have wetlands, phreatophytes and seeps, indicative of leaky, unlined ditch perimeters, which can be a source of significant groundwater recharge to a hydrogeologic unit that may naturally be dry in normal conditions, but may be an aquifer due to long time ditch leakance into the hydrologic system. Given this situation, there may be an effect of increased surface water flow in springs and drainages due to reservoir and ditch releases that ultimately can affect groundwater recharge to shallow and bedrock systems in various areas. These diversions and anthropogenic changes to

the surface water system must be accounted for in the water balance calculations, including springs, for the overall hydrologic system of the NFVT area.

There are two major ditches affiliated with the North Fork River located on the north side of the NFVT study area:  1) Fire Mountain Canal; and 2) Farmer's Ditch (Figure 8).  The Fire Mountain Canal, the uppermost of the two ditches, traverses the mesas and tributaries significantly above the modern North Fork floodplain and alluvium.  As is indicated by wetlands, phreatophytes, and springs/seeps, this unlined ditch leaks water into the groundwater systems of the upland alluvial fans (Qgf and Qs), and some tributaries (Qal) that are crossed by the ditch, which serve as aquifers used for irrigation and drinking water for landowners located topographically below the ditch. By comparison, the Farmer's Ditch primarily outlines the edge of the modern North Fork alluvium (Qal) and terraces (Qat), and the leaky nature of the ditch directly affects both the alluvial aquifer, and therefore the North Fork stream flows. Both ditches operate independently of each other, and affect different hydrologic systems (groundwater, primarily).  However, most of the springs in this area and affiliated water rights will be associated with the effects of the Fire Mountain Canal.

The ditches located south of the North Fork River are mostly affiliated hydrologically with the local drainages that serve as the water source.  For example, the Minnesota ditch system is affiliated with Minnesota and German Creeks, although the effects of these ditches extend to Reynolds Creek and most of Lamborn Mesa.  The Stewart (Mesa) Ditch is affiliated with Bell Creek and most of Stewart Mesa.  Similarly, various ditches are affiliated with Cottonwood Creek.  In addition, various pipelines and water storage facilities, intended originally for irrigation and drinking water, have enabled water from springs above the study area to be delivered and distributed through Lamborn and Stewart Mesas.  These "cross diversions" will affect the local groundwater systems of Lamborn and Stewart Mesas.


## 2.4 Hydrogeologic Framework

Bedrock and unconsolidated materials have traditionally been classified as either aquifers or aquitards based upon being able to provide sufficient water for irrigation and industrial and municipal consumption, In this context, an *aquifer* is a permeable body of rock that is saturated with water and is capable of yielding economically significant quantities of water to wells (human and agricultural use) and springs (human and ecological use).  A low-permeability formation overlying an aquifer is often called an *aquitard* or *confining unit*.  As the terms "aquifer" and "aquitard" are rather ambiguous (*e.g.*, *what are economically significant quantities?* or *how confining is a low-permeability unit with respect to the transport of contaminants?*), the use of these terms is replaced by that of the term *hydrostratigraphic unit* or *hydrogeologic unit*, in combination with terms qualifying the permeability and/or saturation of the unit (*e.g.*, saturated, high-permeable hydrogeologic unit).  A *hydrogeologic unit* is a geologic formation, part of a formation, or a group of formations with similar hydrologic characteristics (*e.g.*, similar permeability characteristics and storage capacity).  It should be noted that hydrogeologic units may not equate to geological units such as *formations, formation members*, and *formation groups* due to the frequently encountered variability of the flow characteristics of such geologic units. The term *aquifer* in this report is used to indicate a significant source of

BLM_0148571

water supply from hydrogeologic units, and may include the qualifier *potential* (*i.e.*, potential aquifer) when parameter uncertainty exists, especially with respect to average saturated thickness and water table fluctuations.

From a groundwater flow and water supply perspective, the most important property of rocks is the incorporated pore space and related permeability. The pore space, which defines the amount of water storage within a hydrogeologic unit, may be contemporaneous with the rock formation (primary or matrix porosity), or due to secondary geological processes, such as fracturing, faulting, chemical solution, and weathering (secondary porosity, fracture/karst porosity). The degree of connectivity and the size of the pore openings define the permeability of the rock, that is, the ease with which fluid can move through the rock. As with porosity, permeability may be primarily matrix based (matrix permeability), fracture and/or karst based (fracture/karst permeability), or may be a combination of both (*Davis and DeWiest, 1966*).

Unconsolidated sediments and clastic materials, as found in the North Fork Valley, and observed draping down the west and southwest sides of Mt. Lamborn and Landsend Pk., are geologically very young and consist primarily of silts, sands, and gravels. They are generally very porous and permeable, but can be quite variable in their thickness, continuity, and hydraulic properties. For example, field observations revealed that the thickness of the unconsolidated sediments in the NFVT study area ranges from less than 1 ft to greater than 100 ft. Estimates of hydraulic conductivity (K) range from 0.1 to 500 ft per day (*Watts, 2008*). These hydrogeologic units most likely contain the greatest amount of groundwater.

Consolidated sedimentary rock and intrusive volcanic rock, by comparison, are often quite porous, but variable in permeability. Most fine-grained detrital rocks like shale, claystone, and siltstone may have relatively high matrix porosities, but very low permeabilities (*Davis and DeWiest, 1966*). These fine-grained bedrock hydrogeologic units are the dominant confining layers of sedimentary groundwater systems, with small hydraulic conductivity values typically less than 0.01 ft per day. Coarser-grained sedimentary rock, such as sandstone, can pair relatively high matrix porosity with significant permeability, and may contain significant amounts of groundwater.

The hydraulic properties of sedimentary and crystalline intrusive igneous rock may be largely enhanced when fractures and faults are present (*Davis and DeWiest, 1966*). As a case in point, most of the sandstones and crystalline intrusive rocks in and near the NFVT study area have enhanced permeability due to fracture and fault density and connectivity. Significant secondary porosity and permeability are developed through faulting, fracturing, and weathering of the sedimentary and intrusive igneous rock, especially in association with active faults, fracture zones, and near-surface stress-release.

## 2.4.1 Regional Hydrogeologic Units

From a regional perspective, the county-wide geology is part of the southern edge of the Piceance Basin (Figure 12), the northern edge of the Black Canyon of the Gunnison uplift, and the western edge of the Uncompahgre uplift. As a result, the sedimentary bedrock stratum

BLM_0148572

ranges from younger rock to the north and east, to older rock in the south and west, and the stratum shows a regional dipping trend to the north and east (see Figures 13 and 14). The youngest bedrock units in the county are the Tertiary intrusive (quartz monzonite) and extrusive (basalt) units of the West Elk Mountains and Grand Mesa volcanic field. These units form mountains and high plateaus in the northern and eastern part of the county. It is in these sedimentary and volcanic units that regional groundwater flow systems are known to occur (*Freethey and Cordy, 1991; Geldon, 2003*).



**Figure 12. Generalized Map Showing Regional Geographic and Geological Features**
(*After Topper and others, 2003; Tweto and others, 1978*).

Given the regional geology of the NFVT area, the hydrogeologic framework present in the North Fork watershed is not as complex as the Oak Mesa region studied previously (Kolm and van der Heijde, 2012). Upon reviewing various groundwater reports (*Ackerman and Brooks, 1986; Brooks, 1983; Brooks and Ackerman, 1985;* and *Cordilleran Compliance Services, Inc., 2002,* among others) and (hydro-)geologic maps (*Ellis and others, 1987; Hail, 1972a, 1972b;*

BLM_0148573

*Tweto and others, 1978*), it appears that the NFVT study area hydrological systems consist of multiple distinct hydrogeologic and hydrostructural units, including unconsolidated units consisting of various Quaternary-aged, highly permeable deposits, multiple water-bearing and confining bedrock units, and highly transmissive fault and fracture zones. The major hydrogeologic unconsolidated and bedrock units are presented in Figures 15 and 16 and described in Tables 2a and 2b; the major hydrostructural units are presented in Figure 17.



**Figure 13. Composite Large Scale Map of the Geology of Delta County**
**(*Based on Tweto and others, 1976; Tweto and others, 1978; Whitney, 1981; Williams, 1964*).**

### 2.4.2 Hydrogeologic Units of the NFVT Area

There are two significant groups of hydrogeologic units in the NFVT study area: 1) Quaternary unconsolidated clastic materials (Figure 11; Table 1a), which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying 2) Cretaceous bedrock units (Figure 12; Table 1b), including the following potentially water-bearing unit: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb). The

BLM_0148574

Dakota/Burro Canyon hydrogeologic units have porosity values ranging from 0.7 – 12% (*Robson and Banta, 1995*). The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer *(Robson and Banta, 1995)*. Other units that are mapped in the NFVT area that may influence the hydrologic systems include the Tertiary Intrusive fractured crystalline aquifer near Crawford, CO (Tmi). These Tmi hydrogeologic units are responsible for the very important groundwater systems around Mt. Lamborn and Landsend Pk. that provides spring water as drinking water and irrigation water to the citizens of the NFVT study area.



**Figure 14. Generalized Northeast-Southwest Geological Cross Section Representative for Delta County.**
(***From Brooks and Ackerman, 1985***).

From a water supply perspective, the unconsolidated clastic sediments, specifically when composed of larger size particles (>2.5 mm or 0.1 in) and observed to have sufficient saturated thickness and horizontal continuity, may provide a significant and accessible water supply. The water supply function of bedrock units, with the exception of the Tmi units located mostly near Crawford and to the east of the study area, is largely dependent on rock type, large-scale structure and degree of fracturing, layer geometry and orientation, and the spatially variable hydrologic inputs and outputs, and may vary significantly dependent on location. The focus of this project was on both the shallow groundwater flow systems in the Quaternary unconsolidated clastic materials, which is a source of drinking and irrigation water for several municipalities and

BLM_0148575

households, and the Cretaceous Mancos Shale bedrock confining unit that may protect the integrity and water quality of the shallow drinking water systems, particularly from nearby energy development activities.  In addition, the Cretaceous Dakota-Burro Canyon and Tertiary intrusive hydrogeologic units are considered as a source for water supply.



**Figure 15. Map Showing the Shallow Unconsolidated Hydrogeologic Units in the NFVT Area.**

The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo in Table 2a and Figure 15) are locally heterogeneous, with predominantly a mix of coarser and finer materials in the older alluvial deposits, and finer materials in the younger deposits. These deposits, which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation ditch and irrigation return flow. The unconsolidated units are variably to fully saturated based on spatial location and seasonal precipitation events. There may be lateral and vertical groundwater flow connection between the unconsolidated materials and the Tertiary and Cretaceous sedimentary units in the underlying bedrock formations.

BLM_0148576



**Figure 16. Map Showing Top of Bedrock Hydrogeologic Units in NFVT Area.**

*2.4.3 Hydrostructural Units of the NFVT Area*

Hydrostructures most likely exist subregionally and locally (Figures 12 and 17), and may be responsible for various springs and groundwater discharge and recharge areas observed in lower Terror, lower Roatcap, lower Jay, and lower Leroux Creeks, as well as several unnamed drainages on the north side of the North Fork Valley. In addition, hydrostructures may influence the hydrogeology and hydrologic systems of Cottonwood, McDonald, Bell, German, and Minnesota Creeks, and the main North Fork Valley. Hydrostructures in this study area are associated with preferential groundwater flow along fault and fracture zones that are observed or hypothesized to transmit groundwater either vertically or laterally along the fault or fracture planes or zones. These structures may serve as distinct hydrogeologic units, may enhance the permeability of sections of hydrogeologic units, may connect multiple hydrogeologic units together, or may restrict the thickness and flow of overlying unconsolidated deposits resulting in springs and groundwater discharge areas.

BLM_0148577



**Figure 17. Map Showing Major Hydrostructures (Faults and Fracture Zones) in the NFVT Area.**

      Each fault and fracture zone should be evaluated for the following characteristics: 1) fault and fracture plane geometry, including the vertical or horizontal nature of the fault/fracture plane and the relations of rock types and geometry on both sides of the structure; and 2) the transmissive nature of the fault/fracture plane or fault/fracture zone, including the nature of fault gouge, if any (clay, gravel) and tectonic setting of fault/fracture plane or zone (extension or compression). The fault/fracture plane geometry is important to evaluate if groundwater can move horizontally across the zone from one transmissive unit to another, or whether the groundwater is forced to move vertically upward to the surface, in many cases, or downward into a different hydrogeologic unit, or laterally parallel to the fault and fracture zone like a geotechnical French drain. The tectonic setting helps determine whether the fault/fracture plane is "open"—able to easily move water (extension), or "closed"—not able to easily move water (compression).

BLM_0148578

| Geological Unit | Geological Subunit | Hydrogeological Unit | Hydro-geological Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Alluvium (Qa); alluvium and eolian deposits (Qae) | | Alluvium | Qal | Poorly sorted riverine gravel, sand and silt deposited mainly in stream channels and floodplains in major stream valley bottoms; moderately to well bedded deposits | Generally good local phreatic aquifer with matrix based permeability; limited variations in groundwater levels; often sustained by local and sub-regional discharge to adjacent stream or directly by stream. | high matrix-permeability; high storativity | small | local | natural |
| Younger gravel (Qg, Qgy) | | Younger valley gravels | Qgy | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be supported by underlying bedrock. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Glacial drift, til, moraine (Qd, Qm, Qpt) | | Quatemary glacial deposits | Qd | Heterogeneous, poorly sorted deposits of boulders, gravel, sand, silt and clay | Potentially good local phreatic aquifer with variable matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Landslide deposits, colluvium, mudflow deposits, talus (Ql, Qcl, Qs, Qls, Qta); unconsolidated deposits derived from the Wasatch Formation and Basalt cap on Grand Mesa (Quw) | | Hillside (slope) deposits | Qs | Loose gravels and rock debris with mixed matrix composition (sand-clay) on valley sides, valley floors and hillslopes; deposited by gravitational processes | Potentially good, highly localized phreatic aquifer with high matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Old/older gravels (Qgo, Qgd) | | Older mesa top gravels | Qgo | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be prone to significant (seasonal) water table fluctuations; tends to recharge bedrock systems | high matrix-permeability; high storativity | moderate | local | natural and anthropogenic |
| Middle gravel (Qgm) and fans (Qf) | | Fans and lower mesa gravels | Qgf | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Although having high matrix based permeability, location in topography precludes any significant groundwater presence. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| High level alluvium (Qat); younger terraces (Qad); alluvial gravels (Qga) | | Younger river terraces | Qat | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix; forms terraces above current North Fork level | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |

**Table 2a. Correlation of Geological and Hydrogeologic Units in the NFVT  Study Area: Unconsolidated Sediments.**

BLM_0148579

| Geological Unit | Geological Subunit | Hydrogeo-logical Unit | Hydro-Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Tertiary Intrusive Rocks | | Tertiary Intrusive Rocks | Tmi | Granodiorite and quartz monzonite; may occur as dikes and sills | Fractured crystalline system with very low matrix permeability; not a (sub-)regional aquifer; may produce locally water in fracture zones and support adjacent unconsolidated aquifers. These characteristics may extend into adjacent rocks,methamorphosed during the Tertiary intrusion. | mostly low permeability, localized zones with moderate fracture permeability; low storativity | large | local | natural |
| Wasatch Formation (Tw) - including Ohio Creek Member | | Wasatch Formation | Two | Channel sandstones and overbank siltstones and shales; conglomerate; carbonaceous shales and lignite near base | Overbank sandstones form a good aquifer system with moderate to good matrix and fracture based permeability; may be a locally good water producer; siltstones and shales are confining layers; outcrops are recharge areas for a regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| Mesa Verde Group (Kmv) | Undivided | Mesa Verde Group (undivided) | Kmv | Interbedded sandstones and siltstones, shales and carbonaceous shales and coals. | Good regional bedrock aquifer system; sandstones and coals have both moderate matrix and fracture based permeability; may locally be a good water producer; shales are confining layers; outcrops are recharge areas for regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| | Barren Member | | | | | | | | |
| | Upper Coal-bearing Layer | | | | | | | | |
| | Lower Coal-bearing Layer | | | | | | | | |
| | Rollins Sandstone Member | | | | | | | | |
| Mancos Shale (Km) | Undivided | Mancos Shale (undivided) | Km | Silty to sandy shale with bentonites with minor limestone- and sandstone beds; when undivided, lower section includes Ft Hays limestone | Mostly aquitard with very low permeability serving as a confining layer for underlying or embedded aquifers; however, locally moderate aquifer conditions when highly fractured or in areas with sand lenses and sandy beds. | very low permeability rock with some moderately permeable beds;  low storativity | highly fluctuating | n.a. | natural |
| | Upper and Lower Sandstone Members of Mancos Shale (Kms, Kmsl) | | | | | | | | |
| | Fort Hays Limestone Member of Mancos Shale (Kmf) | | | | | | | | |
| | Lower Mancos Shale, including Frontier Sandstone and Mowry Shale members (Kml) | | | | | | | | |
| Dakota Sandstone and Burro Canyon Formation (Kdb) | | Dakota Sandstone and Burro Canyon Formation | Kdb | Well indurated, medium to coarse grained quartzose sandstones in well-cemented thick beds and conglomerate with occasional siltstones and carbonaceous shale | Good regional bedrock aquifer system; sandstones have both moderate matrix and fracture based permeability; sub-regionally aquifer with recharge in outcrop areas. | moderate matrix and fracture permeability; moderate storativity | large | regional | natural |
| Morrison Formation (Jm, Jmb, Jms); Morrison, Wanakah and Entrada Formations undivided (Jmwe) | | Morrison and Entrada Formations | Jmwe | Morrison Form. (Jm): Siltstones and claystones throughout with sandstones becoming more common in lower sections, and limestone near base; Entrada Form. (Je): fine-grained, well-sorted sandstones; Je is overlain by Jm | Entrada is a very good, regionally sustainable aquifer with moderate to good matrix and fracture based permeability. Morrison shales are confining layers while the lower Morrison sandstones and limestone may serve as local to sub-regional aquifers. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |

**Table 2b. Correlation of Geological and Hydrogeologic Units in the NFVT Study Area: Bedrock Units.**

BLM_0148580

Three broad hydrostructure sets occur in the NFVT area: 1) the northwest-trending fractures that parallel or connect with the Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending North Fork Valley lineament, which parallels the Upper Leroux Creek fault zone; and 3) the radial fracture zone/lineaments that emanate from the West Elk Intrusions of Mt. Lamborn and Landsend Pk., which include the major lineaments of Cottonwood, Bell, and Germen Creeks (Figure 17).

The northwest-trending fractures are relatively young, as the geomorphic systems of lower Roatcap Creek, lower Cottonwood Creek, lower Bell Creek, and lower German Creek are responding with considerable downcutting, allowing for partial to full penetration of the unconsolidated hydrogeologic unit aquifers. It is hypothesized that the northwest fracture zones are "open" and function like French drains. Groundwater moves horizontally and vertically upward along the northwest-trending fracture zone planes, and vertically up along the plane near the lower reaches of the various drainages (evidenced by gaining reaches in streams or increase groundwater head with depth in local wells).

The northeast-trending North Fork Valley lineament and associated en-echelon lineaments and fracture zones, are also "open." For example, along the North Fork Valley, groundwater in bedrock systems moves horizontally along the fault plane, and vertically downward from unconsolidated materials in the upper reaches above Paonia, where it recharges the regional bedrock systems. Groundwater moves vertically upward from bedrock systems into unconsolidated materials in the lower reaches below Hotchkiss, where it discharges into the North Fork River. Therefore, the effects of anthropogenic activities, such as irrigation or oil and gas activity, may propagate to the land surface along the North Fork Valley (Figure 17).

The radial fracture zone/lineaments that emanate from the West Elk Intrusions of Mt. Lamborn and Landsend Pk., which include the major lineaments of Cottonwood, Bell, and Germen Creeks (Figure 17), are relatively young, as evidenced by the geomorphic system where considerable downcutting has occurred allowing for full penetration of the unconsolidated aquifers. These fracture zones are in extension or "open" due to the radial and tangential nature of fracture patterns around intrusive bodies. Groundwater within these fracture zone moves horizontally along the fracture zone plane parallel to the stream, and vertically up along the fracture zone plane near the headwaters (evidenced by springs and gaining streams). Because of orientation and "openness" of the fracture zones, the effects of anthropogenic activities, such as oil and gas development in the uplands to the west of Mt. Lamborn and Landsend Pk., may affect the unconsolidated hydrogeologic units groundwater system to the south of this North Fork Valley (Lamborn and Stewart Mesa areas, for example).

## 2.5 Groundwater Flow Systems

Groundwater flow is the movement of water from the earth's surface into the subsurface (groundwater infiltration and recharge), through the subsurface materials (groundwater flow and storage), and from the subsurface back to the Earth's surface (groundwater discharge), expressed in terms of flow directions, patterns and velocities. The driving force for groundwater flow is a difference in (piezometric) "head" or groundwater levels, as expressed, for example, by the water table. The general CSM of the groundwater flow system consists of 1) water inputs (recharge); 2) storage in and movement through subsurface hydrogeologic units (groundwater flow); and

BLM_0148581

3) outputs (discharge) based on climate (infiltration of precipitation and snowmelt). Groundwater interaction with streams, vegetation (evapotranspiration), and human activity (irrigation, urbanization, wells and individual sewage disposal systems [ISDS], reservoirs and ponds, oil and gas activity) will affect groundwater movement to varying degrees. The CSM also incorporates topography (steepness, slope aspect, degree of landscape dissection), geomorphology, and soil and rock properties. Because of the time-space variance of these inputs and outputs, a groundwater system often shows significant variations in water levels, water storage, flow velocities, and flow patterns. Some of the variations are seasonal; others may be related to multi-year periods of above-average or below-average precipitation. This results in variations in the availability of water from these hydrogeologic units.

Based on the HESA approach (*Kolm and others, 1996*), and previously collected supporting data, the subregional and local scale (typically less than 100 square miles) shallow groundwater flow systems are delineated. The broad hydrologic system inputs include infiltration of precipitation as rain and snowmelt, areas of losing streams and rivers (upper North Fork River above Paonia, CO., upper Minnesota and upper Cottonwood creeks) in some locations, infiltration and runoff from water bodies (cattle and house ponds), upland irrigation areas (leaking ditches, irrigation return flow), and inter-aquifer transfer of groundwater between unconsolidated materials and bedrock systems. Mesa Top and Hillslope subsystems consist of the hydrologic processes of surface runoff (overland flow) and rapid near-surface runoff (interflow or shallow through-flow); saturated groundwater flow in parts of the bedrock units, landslides, terraces, and valley bottoms; and discharge to springs and seeps, graining streams, by plants as evapotranspiration, and by pumping wells. In general, shallow groundwater flow in these systems is towards the valley bottoms, perpendicular to the major streams. Where permeable bedrock units intersect mesa tops, hillslopes, and valley bottoms, local recharge may force the groundwater into a more regional pattern determined by geological structure, independent from local topography and hydrography, as is observed in the southwest part of the study area near the Black Canyon of the Gunnison uplift. The NFVT groundwater systems are a complex mix of predominantly the shallow aquifer systems underlain by a more confining hydrogeologic unit: the Cretaceous Mancos shale. Locally and subregionally, various hydrostructures influence interconnectivities of the shallow units with deeper bedrock systems.

The Mesa Top (terrace, fan, and bajada) subsystems, located in close proximity to the Valley Bottom subsystems, have a unique, sometimes complex groundwater story, often resulting from human interference. Under natural conditions, these subsystems have hydrologic system inputs and outputs, similar to Hillslope subsystems. However, natural and anthropogenic influences have frequently attached these subsystems hydrologically to adjacent Valley Bottom subsystems.

The Valley Bottom subsystems, where stream-aquifer-wetland interactions occur, are areas of both groundwater recharge and discharge, and groundwater flow can have a rather diffuse character and often flows towards or aligns more or less with the streams and rivers. These subsystems depend primarily on interactions with the North Fork River, and Minnesota and Cottonwood creeks; and the management of subregional ditches and corresponding spring storage.

The wetlands associated with the local hydrogeologic subsystems in the North Fork River, and in Minnesota and Cottonwood Creeks are a mix of slope-type and riverine-type

BLM_0148582

classifications given the groundwater support of various ditches and irrigation schemes, unconsolidated hydrogeologic unit groundwater systems, and hydrostructures.

## 2.6 Groundwater System Conceptual Site Models by Subsystem

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, three CSMs will be discussed in the NFVT study area:

1. Mesa Top and Hillslope Shallow Aquifer Subsystems;
2. Valley Bottom Shallow Aquifer Subsystems; and
3. Regional Bedrock Aquifer Subsystems.

The conceptual models are discussed in forthcoming sections and illustrated by cross-sectional and plan view figures. The locations of representative cross-sections are shown in Figure 18.



**Figure 18. Map Showing the Locations of the Cross-sections Representative for the Conceptual Site Models in the NFVT Area on Top of the Hydrogeologic Units.**

BLM_0148583

*2.6.1 Mesa Top and Hillslope Shallow Aquifer Subsystems*

As stated in Section 2.4.2, there are two significant hydrogeologic groups in the Mesa Top and Hillslope Shallow Aquifer Subsystems:

1. Quaternary unconsolidated clastic units (Qgy, Qat, Qs, Qgf, and Qgo in Table 2a and Figure 15), which are predominantly terrace gravels, and alluvial fans and bajadas; and
2. Cretaceous bedrock unit of the Mancos Shale (Km) (Table 2b and Figure 16).

The shallow Quaternary unconsolidated materials in these subsystems are ubiquitous, and include glacial-alluvial, mass wasting, and paleo-alluvial (terrace) deposits (Figure 15 and Table 2a). These highly-permeable deposits are locally heterogeneous, with a mix of coarser and finer materials in all of the deposits. These deposits are underlain by a paleotopographic surface carved out by paleofluvial systems that eventually deposited the Quaternary unconsolidated materials that are the aquifers being evaluated.

The general aspects of groundwater flow in the Quaternary unconsolidated materials have been discussed in Section 2.5. Specifically, the shallow groundwater on the north side of the North Fork Valley is dominated by the Quaternary unconsolidated materials, which receive natural recharge by infiltration of precipitation (snow and rain), and major recharge from the Fire Mountain Canal, leaky irrigation ditches and reservoirs locally, and return flow from flood irrigation locally (Figures 19 and 20). The unlined Fire Mountain Canal is a "line" groundwater recharge source at the top of the irrigated field areas, and water leaks from the canal into all of the connected gravels underneath and downgradient. In addition, water leaks from the Fire Mountain Canal into the valley bottom alluvium of the cross-drainages, such as Leroux, Jay, and Roatcap Creeks due to the fracture zones that underlie the creeks (Figures 19 and 20) sometimes creating "springs".

Groundwater flow on top of these local gravel-capped mesas then moves with topography or subsurface paleo-topography to discharge into the incised drainages that bound the mesas, or discharge directly out the front of the mesa (at the gravel/Mancos Shale interface). In both cases, springs may develop and are claimed as being new springs. The shallow groundwater subsystems in this Mesa Top and Hillslope area have little connection to the local bedrock or the regional groundwater systems, or to the alluvial system. Google Earth can be used to visualize these relationships (for example, Figure 21).

Similar systems exist on the south side of the North Fork Valley in the areas designated Lamborn and Stewart Mesa, for example, This region is dominated by the Quaternary unconsolidated materials, which receive natural recharge by infiltration of precipitation (snow and rain), and major recharge from the Minnesota ditch and several leaky irrigation ditches and reservoirs locally, and return flow from flood irrigation locally supplied by the large springs on the flanks of Mt. Lamborn and Landsend Pk and distributed by water tower, pipes, and ditches to the various fields (Figures 19 and 20). The unlined Minnesota Ditch is a "line" groundwater recharge source at the top of the surrounding irrigated field areas, and water leaks from the ditch into all of the connected gravels underneath and downgradient (Figure 8).

BLM_0148584



**Figure 19. Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems (A-A' in Figure 18).**

Groundwater flow on top of these local gravel-capped mesas and fans then moves with topography or subsurface paleo-topography to discharge into the incised drainages that bound the mesas, or discharge directly out the front of the mesas (at the gravel/Mancos Shale interface). In both cases, springs may develop and are claimed as being new springs for water rights and water use purposes (Figures 19, 20 and 21). Some springs on the south side of the area discharge directly into the Valley Bottom Subsystems of Minnesota, Bell, German, Reynolds, McDonald, and Cottonwood Creeks (Figures 19, 20 and 22). The shallow groundwater subsystems in this Mesa Top and Hillslope area on Lamborn and Stewart Mesas usually have a strong connection to the Valley Bottom subsystems, but very little connection to local bedrock or the regional groundwater systems due to the underlying Mancos Shale (for visualization, see Figure 22).

*2.6.2 Valley Bottom Shallow Aquifer Subsystems*

As stated in Section 2.4.2, there are three significant hydrogeologic groups in the Valley Bottom Shallow Aquifer Subsystems:
1. Quaternary unconsolidated clastic materials (Qal and Qat in Table 2a and Figure 15), which are predominantly alluvial valley bottom and terrace deposits;

BLM_0148585

2.  Cretaceous Mancos Shale bedrock unit (Km in Table 2b and Figure 16); and
3.  Northeast-trending North Fork Valley lineament hydrostructure (Figure 17).

The shallow Quaternary unconsolidated materials in this subsystem are ubiquitous, and include modern alluvium and terrace deposits (Figure 15 and Table 2a).  These highly-permeable deposits are locally heterogeneous, with a mix of coarser and finer materials in the alluvial deposits (usually coarser sediments on the bottom grading to finer sediments on top).  These deposits are underlain by a paleo-topographic surface carved out by paleo-fluvial systems that eventually deposited the Quaternary unconsolidated materials that are the aquifers being evaluated.



**Figure 20. Cross-sectional View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 18).**

BLM_0148586



**Figure 21. Google Earth View of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems.**



**Figure 22. Plan View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems.**

North Fork Valley and Terrace Study Area, Delta County, Colorado                   HSA/HHI                   page 29

BLM_0148587

The general aspects of groundwater flow in the Quaternary unconsolidated materials have been discussed in Section 2.5. Specifically, the groundwater in the North Fork Valley Bottom subsystem is dominated by the Quaternary unconsolidated materials, which receive natural recharge by infiltration of precipitation (snow and rain), and major recharge from the Farmers Ditch, leaky irrigation ditches locally, return flow from flood irrigation locally, groundwater discharge from the Mesa Top and Hillslope subsystems (Figures 19, 20, 22, and 23). The unlined Farmers Ditch is a "line" groundwater recharge source at the top of the irrigated bottomland field areas, and water leaks from the canal into all of the connected sands and gravels underneath and downgradient. In addition, water leaks from the Farmers Ditch directly into "springs" (Figure 10).

Groundwater flow in the Valley Bottom subsystem is generally in the same direction as the North Fork River (Figure 23). However, with the Farmers Ditch on the north side of the River, and the Stewart ditch on the south side of the River, groundwater flow is generally from the valley sides towards the River (Figures 19, 20, 22 and 23). The shallow groundwater system is recharged by water from the surface water system between Somerset and Paonia as well, and groundwater discharges back to the North Fork River near Hotchkiss and Lazear (Figures 8, 19, 20, 22 and 23). In addition, the North Fork River northeast-trending hydrostructure underlies the entire valley. If there is connectivity between the deeper aquifers and the Valley Bottom subsystem, it would occur along this lineament probably as an upward gradient between a deeper bedrock system and the Valley Bottom subsystem (Figure 23). Otherwise, the Cretaceous Mancos Shale unit would serve as a confining layer between the bedrock systems and the Valley Bottom subsystem.



**Figure 23. Cross-sectional View of the Conceptual Site Model of the Valley Bottom Shallow Aquifer Subsystems (C-C' in Figure 18).**

Similar Valley Bottom subsystems exist on the south side of the North Fork Valley in the Minnesota, Bell, and Cottonwood Creek areas, for example (Figure 19), These creeks are dominated by the Quaternary alluvium and younger gravels, which receive natural recharge by infiltration of precipitation (snow and rain), and major recharge from the leaky irrigation ditches locally, return flow from flood irrigation locally, and groundwater discharge from the Mesa Top and Hillslope subsystems (Figures 19, 20, 22 and 23).

Groundwater flow in these Valley Bottom subsystems is generally in the same direction as the corresponding stream (Figures 22 and 23) . However, with the Mesa Top and Hillslope subsystems discharging groundwater towards the Valley Bottom subsystems, groundwater flow is generally from the valley sides towards the corresponding streams. The shallow groundwater systems are also recharged by water from the surface water systems upstream from the study area (losing stream reaches), and groundwater discharges back to the corresponding streams near their confluence with the North Fork River (Figures 19 and 22). In addition, two sets of hydrostructures: the northwest- trending lineaments and fracture zones, and the radial lineaments/fracture zones may underlies most of the major drainages in the Valley Bottom subsystems. If there is connectivity between the deeper aquifers and the Valley Bottom subsystems, it would occur along these lineaments including Cottonwood, Bell, German, and Minnesota Creeks probably as an upward gradient between a deeper bedrock system and the Valley Bottom subsystem. Otherwise, the Cretaceous Mancos Shale unit would serve as a confining layer between the bedrock systems and the Valley Bottom subsystems (Figures 19 and 22).

### 2.6.3 Regional Bedrock Aquifer Subsystems

The regional hydrogeologic units in the NFVT study area, discussed in Section 2.4, are the Tertiary and Cretaceous bedrock units (Figure 16 and Table 2b), including the following potentially water-bearing units: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb); and the Tertiary intrusive rocks (Tmi). The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer *(Robson and Banta, 1995)* (Table 2b). The shallow Quaternary unconsolidated materials in this subsystem are not ubiquitous as in other areas of the County, and the overlying materials are primarily soils and eolian materials that provide reasonable conditions that allow recharge to the regional bedrock system mostly in upland areas (Figures 16).

The general aspects of the bedrock hydrogeology and hydrostructures are discussed in Section 2.5. The bedrock units are variably to fully saturated based on location and proximity to recharge area. The Dakota Burro Canyon aquifer is saturated to the north of the outcrop (recharge) area as evidenced by the spring line observed in Alum Gulch parallel to the Smith Fork lineament/fracture zone (see Figures 24 and 26). Groundwater recharge by precipitation (snow and rain) occurs in the outcrop area, and groundwater flows laterally to the north along the dip of the bedrock, where it becomes incorporated into the regional groundwater flow system. The groundwater flow direction in the regional bedrock systems is from south to north beneath the North Fork Valley and Grand Mesa (Figures 14, 24 and 26). This flow direction is toward the oil and gas activities, drinking water supplies, and Delta County in general (for visualization, see Figure 25).

BLM_0148589



**Figure 24. Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems (D-D' in Figure 18).**



**Figure 25.  Google Earth View of the Regional Bedrock Aquifer Subsystems.**

North Fork Valley and Terrace Study Area, Delta County, Colorado                    HSA/HHI        page 32

BLM_0148590



**Figure 26. Plan View of the Conceptual Site Model of the Regional Bedrock Subsystems.**

## 2.7 Anthropogenic Influences

Human activity in the NFVT study area has affected both the surface and subsurface parts of the hydrologic systems. Past land use and human activity was mostly associated with agricultural production and reservoir construction and operation, and has resulted in removal of native vegetation, introduction of irrigation and high-ET (evapotranspiration) crops, construction of (often leaking) irrigation ditches, and the drilling of primarily domestic wells. This activity has resulted in long-term increase of water levels in local, shallow aquifers of the Quaternary materials both on top of the Mesa Top and Hillslope subsystems, such as Lamborn and Stewart Mesas, near the major irrigation transport corridors, such as the Fire Mountain Canal and Farmers Ditch, and in the high valleys of Minnesota and Cottonwood Creeks.

### 2.7.1 Effects of Land Use Changes on Groundwater Systems

Traditionally, agricultural activities take place on the bottomlands and terraces of the valleys, while most grazing activities focus in a relative small area on the uplands. Agricultural production is supported by surface water irrigation, often delivered through an extensive conveyance system. The main irrigation method in use is flood irrigation, which tends to provide

BLM_0148591

more water to the fields than can be consumed by vegetation. Excess water from irrigation results in infiltration to the water table and recharge of the groundwater system (*i.e.*, irrigation return flow). At this time, this part of Delta County is not experiencing a shift from agricultural to nonagricultural land use at the same rate as many other areas of the western United States.

The NFVT study area consists primarily of mesa top, hillslope, bottomland and terraces, limiting the irrigated areas to the top and lower portions of the subsystems (Figures 22 and 25). Here, there are a number of mostly unlined irrigation ditches that are excavated primarily in unconsolidated Quaternary deposits (Figure 27). When carrying water, the ditches may leak, as evidenced by the phreatophytes often found alongside. The ditch system in the study area contains two types of ditches: 1) primary ditches, which carry water during most of the growing season; and 2) secondary ditches, which carry water only during an actual irrigation cycle. The water leaking from the ditches may be used by vegetation and discharged as evapotranspiration, or may recharge the underlying groundwater system, forming a local groundwater mound or divide. As most of the groundwater systems in the study area are local in nature, ditch leakage may contribute significantly to the local water balance, increase the water table elevation, and alter groundwater flow patterns.



**Figure 27. Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the NFVT Area (Source: Delta County GIS, 2010; CDWR GIS, 2011).**

BLM_0148592

As discussed previously, irrigation return flow and leaky irrigation ditches can be a significant recharge element in the local and regional groundwater balance. Taking irrigated fields out of production and re-allocating ditch-conveyed water reduces recharge of groundwater resulting in lowered water tables, reduced groundwater discharges to wetlands and streams, and decreased water supplies. Note that the change in irrigation acreage between 1993 and 2005 has been minimal (Figure 27).

The water wells in the NFVT study area are clustered mostly along the North Fork River, and throughout the unconsolidated Quaternary deposits of the Mesa Top, Hillslope, and Valley Bottom subsystems (Figure 28). Most of these wells serve domestic water supply needs, or the needs of municipalities located along the North Fork of the Gunnison River (Hotchkiss, for example), and the effect on the groundwater system locally may be significant. However, if additional water is needed by urban or agricultural development, or water is displaced by oil and gas activities, for example, the compound effect on the groundwater system could be more significant in the future, resulting in a possible lowering of the water table, changes in flow direction, decreasing discharge to streams or increasing stream loss to groundwater, draining of wetlands, or even depletion of local aquifers.



**Figure 28. Anthropogenic Influences: Wells in the NFVT Area
(Source: CDWR GIS, 2011).**

BLM_0148593

## 2.7.2 Potential Effects of Oil and Gas on Hydrology

The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geo-hydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail. The locations of the oil/gas lease parcels in the NFVT area are shown in Figure 29.



**Figure 29. Anthropogenic Influences: Oil/Gas Lease Parcels in Relationship to Hydrogeology in the NFVT Area  (Source: Delta County GIS, 2013).**

North Fork Valley and Terrace Study Area, Delta County, Colorado          HSA/HHI          page 36

BLM_0148594

The mesa top and upper hillslope parts of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystem are least likely to be affected by oil and gas operations because they are located in the recharge area and have a shallow groundwater flow system above the bedrock dewatering zone (Figures 19, 20, 22, 23 and 29).  However, the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29).

The regional groundwater subsystem may be affected by the oil and gas operations, but these systems are not currently being explored for water supplies.  However, the interconnectivity between these deeper systems and the shallow unconsolidated systems is currently undetermined (Figures 19, 20, 22, 23 and 29).

# 3   GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES

## 3.1 GIS and GIS Maps

Geographical information system (GIS)-based maps provide a flexible and efficient way to analyze and display spatial information. The strength of a GIS system is that data from various sources can be collected in local or remotely accessed databases, which can be easily maintained and updated. GIS maps support optimal analysis, specifically in hydrogeologic evaluations at different scales, geographic distribution densities, and different levels of accuracy and information value.

A GIS map consists of a series of layers, each containing a single or multiple topological features. These features can represent a variety of geographic items, such as rivers and lakes, roads, towns and cities, land use, land ownership, wells, etc. Selected features can be further described with associated attribute tables and linked to other types of information by their attribute tables or via their spatial location. At each step of a geographic analysis, individual features can be displayed, analyzed, and combined with other features via layers, and individual features interrogated with respect to their attributes. Switching scales, like enlarging (zooming in to) a particular detail or regionalizing (zooming out) to encompass a larger set of features can be accomplished at any time; the ability to selectively visualize (switch) layers, perform advanced searches, and use select and overlay capabilities, further enhances the utility of a GIS map.

The GIS maps resulting from this study allow for informed planning and management of groundwater resources in the NFVT area. The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the digital elevation model [DEM], among others). The GIS map and database for NFVT study were prepared using ArcView™ version 8.3 and evaluated using Arc-Desktop™ version 10.2 (ESRI®, Redlands, California).

## 3.2 Use of GIS in the NFVT Area Study

In this study, GIS has been used in support of the HESA described in Chapter 2 and in the preparation of report figures. In addition, the GIS maps and databases will provide a base for further studies of the hydrology and hydrogeology of NFVT area, as well as other parts of Delta County. Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County (Figure 30); and 2) a map with hydrologic and hydrogeologic features of the NFVT area (Figure 31). The GIS maps consist of a number of layers representing various data types relevant to the assessment of the groundwater resources at user-specified locations. Below is a detailed description of the layers and the related data sources.

BLM_0148596



**Figure 30. Delta County GIS Map Showing Streams, Ditches and Roads on Top of County-wide Geology.**
(The left display area is the table of contents [TOC] showing all available layers;
the right side of the window is the map display area showing the activated layers.)



**Figure 31. NFVT GIS Map Showing Streams, Ditches and Roads on Top of Hydrogeologic Unconsolidated
and Bedrock Units and Hydrogeologic Structures.**
(The left display area is the TOC showing all available layers;
the right side of the window is the map display area showing the activated layers.)

North Fork Valley and Terrace Study Area, Delta County, Colorado          HSA/HHI       page 39

BLM_0148597

Enabling the *Table of Contents* (TOC; the left side of the display in Figures 29 and 30) in ArcGIS provides information on the layers displayed in the *Map Display* area (the right side of the display in Figures 30 and 31). The GIS layers of the Delta County and NFVT maps contain three types of geographic information: 1) general geographic information (county border, roads, towns, DEM-elevations) used primarily for orientation purposes; 2) hydrologic information (including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas); and 3) hydrogeologic information (including hydrogeologic units, faults and hydro-structures, springs and wells). Most layers have been georeferenced with respect to State Plane, Colorado Central Zone, NAD83 (units of measure in feet), except for some public data obtained from state and federal sources.

### 3.3 GIS Map, Layers, and File Structure

Each line in the TOC is a GIS layer representing a set of features of the same type, such as streams, parcels, wells, etc. By clicking on a check box in the TOC, elements of the activated layer become visible in the map display area. A layer may consist of point values (*e.g.*, wells), line features (*e.g.*, roads, streams, ditches), and area features (*e.g.*, parcels, lakes, hydrogeologic units). Right-clicking on a layer in the TOC and selecting the *open attribute table* option, provides additional information on the layer, such as the names of particular features (Figure 32). This additional information can be used to label the features in the map display area.



**Figure 32. GIS Map Showing the Attribute Table for the Hydro(logic) Structures Layer in the NFVT Area**
*(right side of figure).*

The order of the layers in the GIS maps may be changed, affecting which layer(s) are in the foreground in the map and which layers are in the background. When enabled, a layer is shown on top of the layer listed below it in the TOC. When this layer is opaque, the layer

BLM_0148598

beneath it is not visible.  Some layers are (partially) transparent, others are opaque, dependent on the type of information they display and the use in the assessment procedure.  Layer transparency/opaqueness can be changed by the user using the layer properties option under the display tab. The order of the layers can be changed by the user by dragging a layer to the desired location in the TOC.

The map is designed to show relevant labels (text) for most of the layers based on the contents of one of the fields in the attribute table, such as stream name, well number, etc. When zooming in on a particular area of the map, additional information of a selected layer can be displayed by activating the *Label* feature. This can be done by right-clicking the layer and selecting *Label Feature*.  The label feature can be set by right-clicking the layer, selecting *Properties*, clicking the *Label* tab, and selecting the appropriate field of the database table. Database information regarding a particular feature on the map can also be obtained by using the ⊕ (*Identify*) option from the *Tools* toolbar, clicking on the feature of interest, and selecting the appropriate layer in the popup *Identify Results* window.

3.4 Data Sources

Delta County and NFVT area GIS maps retrieve various files included in six relative-path subdirectories: 1) CDOT; 2) CDSS; 3) Delta_County; 4) HHI; 5) NRCS; and 6) USGS_DEM. The directories reflect the various data sources used for the map. Selection of the relative-path option in the GIS program provides for straightforward portability between computers.  Note that layers that refer to a state-wide data set (such as the NRCS precipitation file), or a multi-county data set (such as the CDSS irrigated areas files), have been clipped on the maps to show only the Delta County or NFVT area coverage.

The *CDOT* (Colorado Department of Transportation) subdirectory contains the Colorado county boundaries (*counties* files). In this project this layer is primarily used for general orientation purposes. The CDOT GIS data can be downloaded from: *http://apps.coloradodot.info/dataaccess/*.

The *CDSS* subdirectory contains six sets of GIS files and databases downloaded from the Colorado Decision Support System (CDSS), which is managed by the Colorado Water Conservation Board and the Colorado Division of Water Resources (CDWR).  These file sets are 1) irrigated areas in CDWR Division 4 on the Western Slope as of 1993 (*Irrigated_Parcels_1993-new* files); 2) irrigated areas in CDWR Division 4 on the Western Slope as of 2000 (*Irrigated_Parcels_2000-new* files); 3) irrigated areas in CDWR Division 4 on the Western Slope as of 2005 (*Irrigated_Parcels_2005* files); 4) decreed wells included in the CDWR's Hydrobase (*co_wells_decreed-new* files); 5) other wells included in the CDWR's Hydrobase (*co_wells_other-new* files), and 6) precipitation stations in Colorado (*co_precipstations* files). The well data reflect the Hydrobase status of July 2009. The irrigated areas data sets provide a single year snapshot of the irrigated lands and crop types of the western slope of Colorado.  In the GIS maps, the 2000 data layer lies on top of the 1993 data layer, and the 2005 data layer lies on top of the 1993 and 2000 data layers, showing the irrigated acreage taken out between 1993 and 2005.  The CDSS can be downloaded from: *http://water.state.co.us/DataMaps/Pages/default.aspx#onlinedata*.

BLM_0148599

The *Delta_County* subdirectory contains selected files received from the Delta County GIS department in June 2012. Coverages used in this project include county boundary, highways, roads, streams and ditches, lakes, irrigation ditches (and enhanced streams), water planning areas, and towns. The ditch data provided by the county does not distinguish between primary and secondary ditches. Additional field verification is needed to assess the hydrologic importance of individual ditches. It should be noted that the GIS-based aerial photography provided by the county has been used, in conjunction with GIS-based topographic images obtained from the NRCS data portal and Google™ Earth imagery, to remotely assess topography, vegetation and hydrology.

The *HHI* subdirectory contains the databases produced for this project by Heath Hydrology, Inc. It contains various hydrogeology files (*NorthFork_OakMesa_Hydrogeol_xxx, NorthFork_OakMesa_Hydrostructures, DeltaCounty_Geology, NorthForkArea_Springs, Springs-Wells_USGS1986*); files showing precipitations stations relevant for Delta County climate (*dc_precipstations;* which is a subset of the CDSS database of precipitation stations), and files related to the location of the study area (*OakMesa_DisplayArea, OakMesa_StudyArea, NorthForkValley_StudyArea,* and *NorthFork_OakMesa_ClippingArea*). The *DeltaCounty_Main_Streams* files were created to separately show the county's major rivers and are based on Delta County's stream layer. The hydrogeology layers resulted from digitizing and evaluating the 1:48,000 scale geologic maps of the Cedaredge and Hotchkiss areas (*Hail, 1972a, 1972b*), and the 1:100,000 scale geologic map of the Paonia and Gunnison area (*Ellis and Others, 1987*), and combining and editing the GIS versions (*Day and Others, 1999*) of the Leadville, Montrose, Grand Junction and Moab 1° x 2° quadrangle geologic maps (scale 1:250,000) (*Tweto and Others, 1976; Tweto and Others, 1978; Whitney, 1981; Williams, 1964*). The North Fork/Oak Mesa hydro-structures layer is in part based on the 1:100,000 scale geologic map of the Paonia and Gunnison area (*Ellis and Others, 1987*), and enhanced through analysis of geomorphic features by the project team.

The springs and seeps included in the water rights database (*NorthForkArea_Springs* files) reflect the status of September 2013. The springs and seep data can be found at: *http://cdss.state.co.us/onlineTools/Pages/WaterRights.aspx*. More details about this springs and seeps layer can be found in Appendix 1.

Selected wells and springs used in a study of the groundwater resources of the North Fork Gunnison River basin have been digitized from a low-quality scanned image of an appendix of the report (*Ackerman and Brooks, 1986*). It should be noted that the location of these wells and springs are approximate and may be inaccurate.

There are seven GIS layers and databases for the hydogeologic units in the NFVT area (*i.e.*, "hydro units" for short) (Figures 15, 16 and 31): 1) a layer showing the Quaternary unconsolidated deposits grouped by their hydrogeological characteristics (*North Fork Valley Hydro Units - Unconsolidated Sediments*); and 2) six layers each showing the extent of an individual bedrock hydrogeologic unit (*North Fork Valley Hydro Units – Tertiary Intrusions, North Fork Valley Hydro Units - Wasatch and Ohio Creek Formation, North Fork Valley Hydro Units - Mesaverde Formation [incl. Ohio Creek member and Rollins Sandstone], North Fork Valley Hydro Units - Mancos Shale, North Fork Valley Hydro Units - Dakota-Burro Canyon,* and *North Fork Valley Hydro Units – Morrison & Wanakah Formations, Entrada Sandstone*). When all six bedrock layers are activated, the GIS map shows top bedrock (see Figure 16).

BLM_0148600

The *NRCS* subdirectory contains state-wide averaged annual precipitation data for the period 1961–1990 obtained from the NRCS (*precip_a_co* files). These data have been developed from the NWS precipitation data using PRISM (Parameter elevation Regression on Independent Slopes Model), which utilizes a rule-based combination of point measurements and a DEM and includes consideration of topographic facets *(Daly and Johnson, 1999)*. The *NRCS* subdirectory also includes files for the location and name of the 1:24,000 (7.5 minute) quadrangles in Delta County (*quads24k_a_co029*) and the 1:250.000 (2 degree) quadrangles (*quads250k_a_co*), and data for the watersheds in the county (*wbdhu12_a_14020002 - 06*) and topography (*drg_s_co29*). The NRCS data can be downloaded from: *http://datagateway.nrcs.usda.gov/GatewayHome.html*.

The *USGS_DEM* subdirectory contains the raster-based DEM and the 100ft elevation contours for Delta County. In the database, surface elevations are stored in meters; however, in the TOC of the GIS maps, the elevations are given in feet for display purposes. The USGS DEM was downloaded from the NRCS Data Gateway portal in May 2012 and is based on the USGS version published in April 2012.

BLM_0148601

# 4    SUMMARY AND CONCLUSIONS

A Hydrologic and Environmental Systems Analysis (HESA) of the groundwater system of the North Fork Valley and Terrace area (NFVT) in Delta County, Colorado, and the development of supporting GIS databases and maps of hydrogeologic and hydrologic characteristics, have been completed to provide support for planning, zoning, and other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies. This study consisted of the following tasks: 1) conduct a comprehensive HESA and formulate relevant conceptual hydrologic models to provide the physical framework for assessment of potential impacts of anthropogenic system modifications on groundwater resources and interrelated surface water resources; 2) develop a consistent and practical hydrogeologic nomenclature that can be expanded to county-wide use; 3) digitize existing geologic maps and convert them to hydrogeologic system layers and databases in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and 4) adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.

The HESA analysis showed that there are two significant groups of hydrogeologic units in the NFVT study area: 1) Quaternary unconsolidated clastic materials (Figure 15; Table 2a), which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying 2)  Cretaceous and Tertiary bedrock units (Figure 16; Table 2b), including the following potentially water-bearing units: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb) and the Tertiary Intrusive fractured crystalline aquifer near Crawford, CO (Tmi).  The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer,

The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo), which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation canal or ditch, and irrigation return flow.  These units may be fully or partially saturated based on spatial location and seasonal precipitation events, and there may be lateral and vertical connection (upward or downward groundwater flow depending on position in the hydrologic system) between the unconsolidated materials and the Tertiary intrusive units and Cretaceous sedimentary units in the underlying bedrock formations.

Three broad hydrostructure sets occur in the NFVT area: 1) the northwest-trending fractures that parallel or connect with the Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending North Fork Valley lineament, which parallels the Upper Leroux Creek fault zone; and 3) the radial fracture zone/lineaments that emanate from the West Elk Intrusions of Mt. Lamborn and Landsend Pk., which include the major lineaments of Cottonwood, Bell, and German Creeks (Figure 17). These hydrostructures function as French drains in the bedrock hydrogeologic units, and are responsible for various springs and groundwater discharge areas (gaining reaches) observed in lower Roatcap, lower Cottonwood, lower Bell, and lower German creeks.  These hydrostructures move significant quantities of groundwater horizontally and vertically, interconnecting shallow aquifers; and in the North Fork Valley, potentially interconnecting the shallow aquifers with deep bedrock aquifers.

BLM_0148602

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, three CSMs observed in the NFVT study area: 1) Mesa Top and Hillslope Shallow Aquifer Subsystems; 2) Valley Bottom Shallow Aquifer Subsystems; and 3) Regional Bedrock Aquifer Subsystems; are discussed. Specifically, the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems in the NFVT area are dominated by the Quaternary unconsolidated materials, which receive recharge by infiltration of precipitation (snow and rain throughout the study area), leaky irrigation ditches (for example, the Fire Mountain, Farmer's, and Stewart ditches), infiltration at irrigation sites and fields (ubiquitous on the slopes north of the North Fork River, along the bottomlands of the North Fork River, and on Stewart and Lamborn Mesas), and losing streams, such as the lower reaches of Minnesota, Cottonwood, Leroux, Jay, Roatcap, Bell, and German creeks and the reaches of the North Fork River above and around Paonia, CO.

Groundwater flows on top of the local gravel-capped mesas, then moves with topography or subsurface paleo-topography to discharge into the incised drainages that bound the mesas, or discharge directly out the front of the mesa (at the gravel/Mancos Shale interface) where springs may develop and are claimed as being new springs. The shallow groundwater subsystems in the Mesa Top and Hillslope area north of the North Fork Valley have little connection to the local bedrock or the regional groundwater systems, or to the alluvial system of the North Fork Valley. By comparison, the shallow groundwater subsystems in the Mesa Top and Hillslope area on Lamborn and Stewart Mesas usually have a strong connection to the local Valley Bottom subsystems, such as Cottonwood and Minnesota Creeks, but very little connection to local bedrock or the regional groundwater systems due to the underlying Mancos Shale.

Groundwater flow in the Valley Bottom subsystem is generally in the same direction as the North Fork River, and with the Farmers Ditch on the north side of the River, and the Stewart Ditch on the south side of the River, groundwater flow is generally from the valley sides towards the River. The shallow groundwater system is recharged by water from the surface water system between Somerset and Paonia, and groundwater discharges back to the North Fork River near Hotchkiss and Lazear. In addition, the North Fork River northeast-trending hydrostructure underlies the entire valley, and if there is connectivity between the deeper aquifers and the Valley Bottom subsystem, it would occur along this lineament probably as an upward gradient between a deeper bedrock system and the Valley Bottom subsystem. Without a large hydrostructure, the Cretaceous Mancos Shale unit would serve as a confining layer between the bedrock systems and the Valley Bottom subsystem. Similar Valley Bottom subsystems exist on the south side of the North Fork Valley in the Minnesota, Bell, and Cottonwood Creek areas. However, with the Mesa Top and Hillslope subsystems discharging groundwater towards the Valley Bottom subsystems, groundwater flow in these smaller drainages is generally from the valley sides towards the corresponding streams.

The Regional Bedrock Subsystems in the NFVT study area include the following potentially water-bearing units: Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb); and the Tertiary intrusive rocks (Tmi). The bedrock units are variably saturated based on location and proximity to recharge area. The Dakota Sandstone and Burro Canyon aquifer is partially saturated in the recharge area north of the Smith Fork, as evidenced by the springs in the Alum drainage. Groundwater flows laterally downdip to the north as an unconfined or water table system, and becomes part of the regional confined groundwater flow system after passing under the Mancos Shale at Alum Creek. The groundwater flow direction in the regional bedrock

BLM_0148603

systems is from south to north beneath the NFVT study area and Grand Mesa, and Delta County in general.

Land use and human activity is mostly associated with agricultural production and reservoir construction and operation, and has resulted in removal of native vegetation, introduction of irrigation and high-ET (evapotranspiration) crops, construction of (often leaking) irrigation ditches, and the drilling of primarily domestic wells. This activity has resulted in long-term increase of water levels in local, shallow aquifers of the Quaternary materials both on top of the Mesa Top and Hillslope subsystems, such as Lamborn and Stewart Mesas, near the major irrigation transport corridors, such as the Fire Mountain Canal and Farmers Ditch, and in the Valley bottoms of Minnesota and Cottonwood Creeks, and the North Fork River. At this time, this part of Delta County is not experiencing a shift from agricultural to nonagricultural land use at the same rate as many other areas of the western United States.

The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

The potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities, which, in turn, could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal.

The GIS maps resulting from this study provide for use in planning and management of groundwater resources in the NFVT area. The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the DEM, among others). The GIS map and database for the NFVT study were prepared using ArcView™ version 8.3 and evaluated using Arc-Desktop™ version 10.2 (ESRI®, Redlands, California).

Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County; and 2) a map with hydrologic and hydrogeologic features of the NFVT area. The GIS maps consist of a number of layers representing various data types relevant to the assessment of groundwater resources at user-specified locations. The GIS layers of the Delta County and NFVT maps contain three types of geographic information: 1) general geographic information (county border, roads, towns, imagery) used primarily for orientation purposes; 2) hydrologic information (including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas); and 3) hydrogeologic information (including hydrogeologic units, faults and hydrostructures, springs, and wells.

BLM_0148604

# 5 REFERENCES

Ackerman, D.J., and T. Brooks. 1986. *Reconnaissance of Ground-Water Resources in the North Fork Gunnison River Basin, Southwestern Colorado*. U.S. Geological Survey. Water Resources Investigations 85-4230.

ASTM Standard D5979, 1996 (2008), Standard Guide for Conceptualization and Characterization of Groundwater Systems. ASTM International, West Conshohocken, PA, DOI: 10.1520/D5979-96R08.

Brooks, T. 1983. *Hydrology and subsidence potential of proposed coal-lease tracts in Delta County, Colorado*. U.S. Geological Survey. Water Resources Investigations 83-4069.

Brooks, T., and D.J. Ackerman. 1985. *Reconnaissance of Ground-Water Resources in the Lower Gunnison River Basin, Southwestern Colorado*. U.S. Geological Survey. Water Resources Investigations 84-4185.

Cordilleran Compliance Services, Inc. 2002. *Hydrogeology of the South Flank of the Grand Mesa in the Vicinity of Cedaredge and Paonia, Delta County, Colorado*. Prepared for Gunnison Energy Corporation.

Daly, C., and G.L. Johnson. 1999. PRISM *Spatial Climate Layers: An Overview of the USDA-NRCS Spatial Climate Mapping Project*. PRISM Guide Book. PRISM Group, Oregon State University in cooperation with USDA-NRCS.

Davis, S.N., and R.J.M. DeWiest. 1966. *Hydrogeology*. John Wiley & Sons, New York.

Day, W.C., G.N. Green, D.H. Knepper, Jr., and R.C. Phillips. 1999. *Mineral Resource Assessment Area, Southwestern Colorado and Digital Data for the Leadville, Montrose, Durango, and Colorado Parts of the Grand Junction, Moab, and Cortez 1° X 2° Geologic Maps'*. U.S. Geological Survey. Open-File Report 99-427.

Ellis, M.S., D.L. Gaskill, and C.R. Dunrud. 1987. *Geologic Map of the Paonia and Gunnison Area, Delta and Gunnison Counties, Colorado*. U.S. Geological Survey. Coal Investigations Map C-109.

Freethey, G.W., and G.E. Cordy. 1991. *Geohydrology of Mesozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin*. U.S. Geological Survey. Professional Paper 1411-C.

Geldon, A.L. 2003. *Hydrologic Properties and Ground-Water Flow Systems of the Paleozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin*. U.S. Geological Survey. Professional Paper 1411-B.

Hail, W. J., Jr. 1972a. *Reconnaissance Geologic Map of the Cedaredge Area, Delta County, Colorado*. U.S. Geological Survey. IMAP 697.

BLM_0148605

Hail, W. J., Jr. 1972b. *Reconnaissance Geologic Map of the Hotchkiss Area, Delta and Montrose Counties*, Colorado. U.S. Geological Survey. IMAP 698.

Kolm, K. E., and P.K.M. van der Heijde. 2012. *Groundwater Systems of Delta County, Colorado: Oak Mesa Area -- GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models (With Addendum)*. Report prepared for Delta County Board of County Commissioners, Integral Consulting, Louisville, Colorado.

Kolm, K. E., P.K.M. van der Heijde, J.S. Downey, and E.D. Gutentag. 1996. *Conceptualization and Characterization of Ground-Water Systems*. In: Subsurface Fluid-Flow (Ground Water and Vadose Zone) Modeling, ASTM STP 1288, J. D. Ritchey and J. O. Rumbaugh, eds., American Society for Testing and Materials, West Conshohocken, PA.

Robson, S.G., and E.R. Banta. 1995. Groundwater Atlas of the United States: Colorado Plateau Aquifer. U.S. Geological Survey, HA 730-C.

Topper, R., K.L. Spray, W.H. Bellis, J.L. Hamilton, and P.E. Barkmann, 2003. *Ground Water Atlas of Colorado*. Colorado Geological Survey, Special Publication 53.

Tweto, O., R.H. Moench, and J.C. Reed. 1978. *Geologic Map of the Leadville 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado*. U.S. Geological Survey. Miscellaneous Investigations Series Map I-999, scale 1:250000.

Tweto, O, T.A. Steven, W.J. Hail, and R.H. Moench. 1976. *Preliminary Geologic Map of the Montrose 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado*. U.S. Geological Survey. Miscellaneous Field Studies Map MF-761, scale 1:250000.

Watts, K.R., 2008. *Availability, Sustainability, and Suitability of Ground Water, Rogers Mesa, Delta County, Colorado—Types of Analyses and Data for Use in Subdivision Water-supply Reports*. U.S. Geological Survey. Scientific Investigation Report 2008–5020.

Whitney, J.W. 1981. *Surficial Geologic Map of the Grand Junction 1 Degree x 2 Degrees Quadrangle, Colorado and Utah*. U.S. Geological Survey. Miscellaneous Investigations Series Map I-1289, scale 1:250000.

Williams, P.L. 1964. *Geology, Structure, and Uranium Deposits of the Moab Quadrangle, Colorado and Utah*. U.S. Geological Survey. Miscellaneous Geologic Investigations Map I-360, scale 1:250000.

BLM_0148606

# APPENDIX 1
## GIS LAYER FOR SPRINGS AND SEEPS FROM CDSS WATER RIGHTS INFORMATION DATA BASE

Two of the GIS layers in the NFVT project, the *North Fork Area Appropriated Springs and Seeps [CDWR 2013]* layer and the *Springs & Wells [USGS 1986]* layer, contain information on springs and seeps in the NFVT area. Typically, springs and seeps indicate places where water flows naturally from a rock or the soil onto the land surface or into a body of surface water. They represent the contact between (saturated) groundwater and the land surface at that location. Springs usually emerge from a single point and result in a visible and measurable flow of water, or contribute measurably to the flow of a stream or the volume of a reservoir or pond. Seeps tend to be smaller than springs, with a more distributed character, and often no visible runoff, especially in the (semi) arid West where, in many cases, the water emerging in seeps is lost to evapotranspiration. Springs may be an expression of discharge of shallow groundwater from an unconfined aquifer, or of discharge from deeper aquifers at the contact between (more) permeable and (near) impermeable formations at or near the land surface, in fracture zones, or through karst conduits.

In the NFVT study area, plotting the location of springs and seeps have been very helpful in analyzing the characteristics of localized groundwater systems, and in determining where regional groundwater systems may interact with shallow groundwater systems and streams. Of particular interest is the relationship found between (leaking) irrigation ditches and other water conveyances and spring discharges from shallow groundwater in the NFVT area.

The USGS study of the groundwater resources of the North Fork of the Gunnison watershed, published in 1986 (*Ackerman and Brooks, 1986*), was primarily concerned with water quality as an indicator of the usability of a groundwater resource. The study provided a limited analysis by sampling a number of wells and a few springs in alluvial and bedrock aquifers of the North Fork watershed between 1977 and 1982. The approximate location of the wells was indicated on a plate enclosed with the report. For the purpose of this study, the particular plate was downloaded from the USGS web site and imported and georeferenced in the GIS, after which the location of the wells and springs were determined and entered in the data base of the *Springs & Wells [USGS 1986]* layer. It should be noted that the wells and springs in this report only represent a small subset of all wells and springs in the study area.

The springs and seeps included in the *North Fork Area Appropriated Springs and Seeps [CDWR 2013]* layer are taken from the Water Rights data base of the State of Colorado. According to the web site of the Water Information Program, Durango, Colorado (*www.waterinfo.org/rights.html*; accessed on October 2013), a "water right" under Colorado water law, is the right to utilize the waters of the State based on the priority of a party's appropriation of a specified amount of water, at a specified location, for specified uses. The essence of a water right is its place in the priority system. Colorado's "first in time, first in right" or "prior appropriation" doctrine applies to both surface water and groundwater tributary to a surface stream. Water rights are adjudicated by Water Courts. The Colorado Decision Support System, managed by the Colorado Water Conservation Board (CWCB) and the Colorado Division of Water Resources (CDWR), maintains a data base of all water rights in the state accessible through the Web CDSS Water Rights Data Selector (*http://cdss.state.co.us/onlineTools/Pages/WaterRights.aspx*). This data base provides detailed

BLM_0148607

water rights information for water structures such as ditch diversions, reservoirs, pipelines, springs, seeps and wells. Scanned images of associated water rights decrees can be downloaded for additional information and details. The data base identifies the water right, among others, by category (called 'structures'), such as ditches, wells (well fields), reservoirs, pipelines, springs, seeps, and mines, among others.

As the Colorado state statutes do not specifically define a spring, the State may consider a water right to be of the type 'spring' when it is excluded of other categories, especially wells. If the spring development meets the following conditions, it is excluded from requiring a well permit or compliance with the Water Well Construction Rules (*Guide to Colorado Well Permits, Water Rights, And Water Administration, CDWR 2012)*:
1. The structure or device used to capture or concentrate the natural spring discharge must be located at or within 50 feet of such spring;
2. The structure or device used to capture or concentrate the natural spring discharge must be no more than ten feet below ground surface; and
3. The owner must adjudicate (obtain a water right through the water court) the structure or device as a spring, which would then be subject to administration in the priority system with all other water rights.
If the spring development fails to meet the above conditions, it must be considered a well, which withdraws groundwater, and all of the laws associated with a well apply. If the spring development does meet the above conditions, it is not mandatory that it be considered a spring subject to administration in priority.

In this project, the Water Rights data base has been used to identify springs and seeps that are present or have been identified in the past to be located within the NFVT study area. Although springs in the Water Rights data base may have been categorized in connection with reservoirs or ponds, or with pipelines, in this study the selection is limited to those structures that are labeled 'springs' or 'seeps' in the Water Rights data base. The location of the springs and seeps is provided in terms of the PLSS legal land description system (Range, Township, Section, and Quarter Sections (Q160 – 160 acre, Q40 – 40 acre, Q10 – 10 acre)). The data base includes a field for the amount of the water right in cfs [cubic feet per second] as defined by a Water Court action, to some extent indicative of the maximum sustained flow rate that may occur at the spring or seep.

For this study, all springs and seeps in the 'North Fork and Tributaries' area were selected from the Water Rights data base and exported to a MS Excel file [included with the GIS files]. This file includes, among others, the name of the structure, its unique ID, the appropriation and adjudication dates, and the maximum allowed flow rate of the water right. Based on the PLSS location information in this file, only the springs and seeps within the NFVT display area were entered in the GIS data base. In the GIS, the location of the springs and seeps were taken at the center of the Q10 quarter section. The GIS data base also includes the water right ID, its earliest appropriation date, and its maximum allowed flow rate. Other data are available in the MS Excel files *CDSS Springs North Fork & Tribs in Delta County and CDSS Seeps North Fork & Tribs in Delta County*. Because of the limitations in location accuracy of the PLSS system, the accuracy of the location of the springs and seeps in the GIS is about 100 to 150ft and due diligence and field verification may be needed for any other purpose than this study.

BLM_0148608

To evaluate the importance of the springs and seep areas in the Water Rights data base for the current study, the appropriated maximum flow rate has been divided in 5 groups (see the *North Fork Area Appropriated Springs and Seeps [CDWR 2013]* layer): 1) <0.01 cfs (< 4.5 gpm); 2) 0.01 – 0.04 cfs (4.5 – ~20 gpm); 3) 0.05 – 0.1 cfs (~20 – 45 gpm); 4) 0.11 – 1.0 cfs (~45 – 450 gpm); and 5) > 1.0 cfs.(> ~450 gpm).

The spring and seep data from the Water Rights and the spring data from the USGS report appear to be rather complementary and cover most of the significant springs and seep areas in the NFVT area, at least to the extent needed for the evaluation of the hydrogeology and groundwater flow systems in this study. Additional spring information may be obtained from the pipeline, reservoir, and pond structures in the Water Rights data base.

BLM_0148609

# GROUNDWATER SYSTEMS IN DELTA COUNTY, COLORADO: OAK MESA AREA

## GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models



**Authors:**
**Dr. Kenneth E. Kolm and Paul K.M. van der Heijde**
**Integral Consulting Inc.**
**Louisville, Colorado**

**Prepared For:**
**Delta County Board of County Commissioners, Colorado**

**Contract Effective Date: May 4, 2012**

**Report Date: August 31, 2012**

BLM_0148610

Front Page: West Reservoir on Oak Mesa Facing East (June 2012)

BLM_0148611

# Table of Contents

1. INTRODUCTION ...................................................................................... 1

2. DEVELOPMENT OF CONCEPTUAL MODELS OF THE OAK MESA STUDY
   AREA ...................................................................................................... 3
   2.1 Climate ............................................................................................. 3
   2.2 Topography and Geomorphology ...................................................... 6
   2.3 Surface Water Characteristics .......................................................... 7
   2.4 Hydrogeologic Framework ............................................................... 9
       2.4.1 Regional Hydrogeologic Units ................................................ 10
       2.4.2 Hydrogeologic Units of the Oak Mesa Study Area ............... 13
       2.4.3 Hydrostructural Units of the Oak Mesa Study Area .............. 18
   2.5 Groundwater Flow Systems .............................................................. 19
   2.6 Groundwater System Conceptual Site Models by Subsystem .............. 20
       2.6.1 Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems.. 20
       2.6.2 Regional Bedrock Subsystems ................................................ 24
   2.7 Anthropogenic Influences ................................................................ 26
       2.7.1 Effects of Land Use Changes on Groundwater Systems ......... 27
       2.7.2 Potential Effects of Coal Mine Hydrology ............................ 29

3. GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES ..................... 31
   3.1 GIS and GIS Maps ........................................................................... 31
   3.2 Use of GIS in the Oak Mesa Study ................................................... 31
   3.3 GIS Map, Layers, and File Structure ................................................ 33
   3.4 Data Sources ................................................................................... 34

4. SUMMARY AND CONCLUSIONS ......................................................... 37

5. REFERENCES ....................................................................................... 40

Appendix 1.  Climate Data for the Oak Mesa Area, Delta County ........................... 42

## List of Tables

Table 1a      Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study
              Area: Unconsolidated Sediments.......................................................... 16
Table 1b      Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study
              Area: Bedrock Units ........................................................................... 17

BLM_0148612

## List of Figures

| Figure 1 | Location of the Oak Mesa Area, Delta County, Colorado | 2 |
|---|---|---|
| Figure 2 | Average Total Monthly Precipitation, Snow Fall and Snow Depth for Bonham Reservoir (station 050825), Colorado for Period 7/1/1963 to 5/31/2012 | 4 |
| Figure 3 | Average Total Monthly Precipitation, Snow Fall and Snow Depth for Cedaredge (station 051440), Colorado for Period 1/1/1898 to 5/31/1994 | 5 |
| Figure 4 | Average Total Monthly Precipitation, Snow Fall and Snow Depth for Delta (station 052192), Colorado for Period 1/1/1893 to 12/31/1999 | 5 |
| Figure 5 | Comparison between the Average Total Monthly Precipitation at the Bonham Reservoir, Cedaredge and Delta Stations for the Period 1/1/1971 – 12/31/2000 | 6 |
| Figure 6 | Spatial Distribution of the Average Annual Precipitation in the Oak Mesa Area, Delta County, Colorado | 7 |
| Figure 7 | Topography and Surface Water in the Oak Mesa Study Area, Colorado | 8 |
| Figure 8 | Generalized Map Showing Regional Geographic and Geological Features | 11 |
| Figure 9 | Composite Large Scale Map of the Geology of Delta County | 12 |
| Figure 10 | Generalized Northeast-Southwest Geological Cross Section Representative for Delta County | 12 |
| Figure 11 | Map Showing the Shallow Unconsolidated Hydrogeologic Units in the Oak Mesa Study Area | 13 |
| Figure 12 | Map Showing Top of Bedrock Hydrogeologic Units in the Oak Mesa Study Area | 14 |
| Figure 13 | Map Showing Major Hydrostructures (Faults and Fracture Zones) in the Oak Mesa Study Area | 15 |
| Figure 14 | Map Showing the Locations of the Cross Sections Representative for the Conceptual Site Models in the Oak Mesa Study Area | 21 |
| Figure 15 | Cross-sectional View of the Conceptual Site Model of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 14) | 22 |
| Figure 16 | Plan View of the Conceptual Site Model of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems | 23 |
| Figure 17 | Google Earth View of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems | 24 |
| Figure 18 | Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems (A-A' in Figure 14) | 25 |
| Figure 19 | Plan View of the Conceptual Site Model of the Regional Bedrock | 26 |
| Figure 20 | Google Earth Image of Anthropogenic Influences: Irrigation Ditches and Reservoirs in the Oak Mesa Study Area | 27 |
| Figure 21 | Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the Oak Mesa Study Area | 28 |
| Figure 22 | Anthropogenic Influences: Wells in the Oak Mesa Study Area | 29 |

BLM_0148613

Figure 23      Delta County GIS Map Showing Streams, Ditches, and Roads on Top of
               County-wide Geology ............................................................................... 32

Figure 24      Oak Mesa GIS Map Showing Streams, Ditches and Roads on Top of
               Hydrogeologic Unconsolidated and Bedrock Units and Hydrogeologic
               Structures ................................................................................................ 32

Figure 25      GIS Map Showing the Attribute Table for the Hydro(logic) Structures
               Layer in the Oak Mesa Area *(right side of figure)* ........................................ 33

BLM_0148614

BLM_0148615

# 1      INTRODUCTION

Under an agreement with Delta County, Colorado, Integral Consulting Inc. (Integral) of Louisville, Colorado, was tasked to perform a groundwater study of the Oak Mesa area of Delta County, Colorado (Figure 1). This study included a Hydrologic and Environmental System Analysis (HESA) of the groundwater system in the study area and the development of GIS databases and maps of hydrogeologic and hydrologic characteristics of this groundwater system. The HESA is documented in this report, which also contains a description of the development and use of the GIS databases and maps. The report and GIS databases provide support for planning, zoning and other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies.

This study consisted of the following tasks:
1. Conduct a comprehensive HESA and formulate relevant conceptual hydrologic models to provide the physical framework for assessments of potential impacts of anthropogenic system modifications on groundwater resources and interrelated surface water resources;
2. Develop a consistent and practical hydrogeologic nomenclature that can be expanded to county-wide use;
3. Digitize existing geologic maps and convert them to hydrogeologic system layers and databases in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and
4. Adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.

These tasks were completed in a manner that when future studies of adjacent sections of the county are conducted, there will be a continuous and consistent hydrogeological and hydrological GIS coverage.

It should be noted that that the reported HESA results and the GIS maps and databases will not obviate the need for additional hydrogeologic analysis on a site-specific basis in any project requiring due diligence, such as water right assessments, geotechnical studies, or environmental or water resources impact evaluations.

BLM_0148616



**Figure 1. Location of the Oak Mesa Area, Delta County, Colorado.**

BLM_0148617

## 2   DEVELOPMENT OF CONCEPTUAL SITE MODELS OF THE OAK MESA STUDY AREA

HESA is an approach used to conceptualize and characterize relevant features of hydrologic and environmental systems, integrating relevant considerations of climate, topography, geomorphology, groundwater and surface water hydrology, geology, ecosystem structure and function, and the human activities associated with these systems into a holistic, three-dimensional dynamic conceptual site model (CSM). This watershed-based, hierarchical approach is described by Kolm and others (*1996*) and codified in ASTM D5979 Standard Guide for Conceptualization and Characterization of Ground Water Systems.  The CSM of the Oak Mesa study area covers elements of climate, topography, soils and geomorphology, surface water characteristics, hydrogeologic framework, hydrology, and anthropogenic activity as related to the shallow groundwater systems in the study area.

Based on field surveys and a preliminary HESA, a number of hydrogeologic subsystems were identified within the Oak Mesa study area. Each of these subsystems has a unique hydrogeologic setting and groundwater flow system and is described in detail in forthcoming sections of the report. Furthermore, current anthropogenic modifications of the natural hydrologic features in these subsystems were identified, including groundwater recharge from large scale irrigation ditches and reservoirs. A brief discussion of potential modification of natural flow patterns and impacts on water budgets from dewatering by a proposed underground coal mine is included.

### 2.1 Climate

The climate in the study area has both local and regional components and includes effects of elevation and slope aspect (*i.e.*, steepness and orientation with respect to the prevailing winds and sun exposure). The presence of Grand Mesa further influences the climate at the lower elevations, causing local and regional rain shadows. From the relevant weather stations of the National Weather Service (NWS) Cooperative Network near the study area, three have been selected as representative: Bonham Reservoir (station 050825) located in Mesa County on northern slope of Grand Mesa near the top; Cedaredge (station 051440) located midway down the south side of Grand Mesa; and Delta (station 052192) located in the Gunnison River Valley. Figures 2, 3, and 4 summarize the average total monthly precipitation (*i.e.*, rain and snowfall SWE - Snow Water Equivalent), snowfall (*i.e.*, thickness of freshly fallen snow), and snow depth (*i.e.*, snow pack) for these stations. Figure 5 shows a comparison between the average total monthly precipitation at the three stations. The NWS data were used by the Natural Resources Conservation Service (NRCS) to prepare a map of spatially distributed precipitation corrected for elevation (see Figure 6).  As these data sources show, there is a significant precipitation gradient from about 45 inches annually at the top of Grand Mesa to about 12 inches annually near Hotchkiss. Tables showing monthly long-term averages for temperature, precipitation, snowfall and snow depth are included in Appendix 1.

BLM_0148618

Precipitation type (rainfall versus snowfall), amount, and temporal and spatial distribution are important for determining the amount of recharge that a groundwater system may receive, particularly as infiltration from precipitation to the shallow bedrock groundwater systems. Average annual precipitation determines the climate of the project area, and in the case of Oak Mesa, the topographically higher terrains are subhumid and cool. This northern part of the hydrologic system, represented by Bonham Reservoir, Colorado, has excellent recharge potential, both from rainfall in the spring, summer, and autumn months, and from the melting of snowpack throughout the winter and early spring. Similarly, the midlevel parts of the hydrologic system, represented by Cedaredge, Colorado, have good, but lower, recharge potential, both from rainfall in the spring, summer, and autumn months, and from the melting of snowpack throughout the winter and spring. By comparison, the lower parts of the hydrologic system, represented by Delta, Colorado, are semi-arid and have minimal recharge potential, mostly from rain and snow throughout the winter and spring. The summer and autumn months are characterized by high evaporation rates and are too desiccated for significant groundwater infiltration and recharge. Thus, most of the recharge in the near-surface aquifers occurs during a very short period of time in the early spring. It should be noted that the entire study area has groundwater recharge potential, with even the driest areas probably receiving about 1 inch of recharge annually. This is important when considering the ultimate groundwater system flow directions and areas of groundwater recharge.



**Figure 2. Average Total Monthly Precipitation, Snow Fall and Snow Depth for Bonham Reservoir (station 050825), Colorado for Period 7/1/1963 to 5/31/2012 (Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**



**Figure 3. Average Total Monthly Precipitation, Snow Fall and Snow Depth for Cedaredge (station 051440), Colorado for Period 1/1/1898 to 5/31/1994 (Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**



**Figure 4. Average Total Monthly Precipitation, Snow Fall and Snow Depth for Delta (station 052192), Colorado for Period 1/1/1893 to 12/31/1999 (Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**

Oak Mesa Groundwater System, Delta County, Colorado          Integral Consulting Inc.     page 5

BLM_0148620



**Figure 5. Comparison between the Average Total Monthly Precipitation at the Bonham Reservoir, Cedaredge and Delta Stations for the Period 1/1/1971 – 12/31/2000 (Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**

## 2.2 Topography and Geomorphology

The surface elevation in the Oak Mesa study area ranges from about 1,700 m (≈5,600 ft) north of Hotchkiss to about 2,800 m (≈9,200 ft) 1.5 miles northeast of West Reservoir (Figure 7). The topography of the Oak Mesa area has three distinct terrains: 1) poorly-dissected uplands, terraces and plateaus; 2) connected and disconnected, continuous and discontinuous hillslope fans and mass wasting features; and 3) continuous alluvial valley bottoms. The poorly-dissected uplands indicate that surface water and shallow groundwater systems will be continuous, but localized by topography. However, the deeper bedrock groundwater systems, if not topographically dissected by the surficial processes, will be continuous and regional in nature. Examples of these regional systems are observed in sedimentary bedrock underlying Oak Mesa, and these deeper bedrock systems can be a source of regional groundwater. These systems are recharged by, or discharging into, the shallow groundwater systems depending on the geomorphic geometry. At the top of Oak Mesa and its northeast, north, and northwest sides, the alluvial terraces, fans, and river bottoms are often isolated topographically, which causes discrete and localized groundwater systems.

The topographic gradients in the Oak Mesa study area can be divided into two types: steep gradient hill slopes (greater than 2% slope) characteristic of the northwest and northeast sides of Oak Mesa; and 2) low gradient, high terrace levels and alluvial valley bottoms characteristic of the top of Oak Mesa and the surrounding river valleys (Leroux Creek, Roatcap Creek) bordering Oak Mesa. The topographic gradient is useful in estimating the surface of the water table and for estimating the amounts of infiltration versus overland flow and interflow.

BLM_0148621



**Figure 6. Spatial Distribution of the Average Annual Precipitation in the Oak Mesa Area, Delta County, Colorado (Source: Natural Resources Conservation Service 2011).**

## 2.3 Surface Water Characteristics

The study area contains parts of four distinct watersheds (Figure 7): 1) Leroux Creek main stem and tributaries, covering the western and northwestern part of the study area; 2) Roatcap Creek drainage, bordering the east and northeast side of the study area; 3) Jay Creek, partially penetrating the middle of Oak Mesa from north to south; and 4) North Fork of the Gunnison River to the south. Streams can be gaining (from groundwater) or losing (to groundwater), dependent on local hydrology and time of year. For example, Roatcap Creek is a gaining stream in its upper reaches where springs discharge from the gravels to the surface. In the central reaches of Roatcap Creek, just east of Oak Mesa, surface water decreases and the shallow and bedrock groundwater systems are recharged by surface water. Similarly, the upper

BLM_0148622



**Figure 7. Topography and Surface Water in the Oak Mesa Study Area, Colorado.**
**(Sources: Natural Resources Conservation Service 2011; Delta County 2011).**

reaches of Jay Creek are gaining reaches due to surface water supplied by the West Reservoir and the alluvial groundwater system associated with Jay Creek. In the central reaches of Jay Creek, in the center of Oak Mesa, surface water decreases and the shallow and bedrock groundwater systems are recharged. By comparison, most of the reaches of Leroux Creek, located to the west of Oak Mesa, are gaining reaches due to groundwater discharge from surrounding surficial aquifers and nearby releases of reservoir water. The North Fork of the Gunnison has minimal effect on the Oak Mesa groundwater systems.

BLM_0148623

The Oak Mesa study area also contains a few reservoirs and ponds (primarily related to farmland modifications and [sub-]urban development requirements), and local networks of irrigation and water diversion ditches (Figure 7; see also Section 2.7). Some ditches flow more or less continuously, at least during part of the year, others are only used when fields are being irrigated. Some ditch alignments coincide with stream sections, resulting in so-called "enhanced streamflows" or "enhanced streams." This is specifically the case with the lower section of Cow Creek and sections of Leroux Creek in conjunction with the Overland Ditch. Springs, seeps, and most wetlands are indicators of groundwater discharge to the land surface. The irrigation ditches located on the terraces and along stream valleys often have phreatophytes and seeps, indicative of leaky, unlined ditch perimeters. Non-bottomland ditches can transport water over long distances from the diversion points. One of the critical ditches to observe is the extension of the Overland Ditch onto Oak Mesa to fill West Reservoir. This leaky ditch, and the reservoir, recharges the shallow groundwater system in surrounding areas of Oak Mesa. Similarly, the irrigation ditches along Roatcap Creek and Leroux Creek alter the shallow groundwater flow locally in their respective drainages, and contribute additional groundwater recharge to the shallow and bedrock aquifer systems. Finally, there is the effect of increased surface water flow in Jay, Leroux, and Roatcap creeks due to reservoir and ditch releases that ultimately can affect groundwater recharge to shallow and bedrock systems in various areas. These diversions and anthropogenic changes to the surface water system must be accounted for in the water balance calculations for the overall hydrologic system of the Oak Mesa area.

## 2.4 Hydrogeologic Framework

Depending on their capability to provide sufficient water for irrigation and industrial and municipal consumption, bedrock and unconsolidated materials have traditionally been classified as either aquifers or aquitards. Here, an *aquifer* is a permeable body of rock that is saturated with water and is capable of yielding economically significant quantities of water to wells (human and agricultural use) and springs (human and ecological use). A low-permeability formation overlying an aquifer is often called an *aquitard* or *confining unit*. As the terms "aquifer" and "aquitard" are rather ambiguous (*e.g., what are economically significant quantities?* Or *how confining is a low-permeability unit with respect to the transport of contaminants?*), increasingly the use of these terms is replaced by that of the term *hydrostratigraphic unit* or *hydrogeologic unit*, in combination with terms qualifying the permeability and/or saturation of the unit (*e.g.*, saturated, high-permeable hydrogeologic unit). A *hydrogeologic unit* is a geologic formation, part of a formation, or a group of formations with similar hydrologic characteristics (*e.g.*, similar permeability characteristics and storage capacity). It should be noted that hydrogeologic units may not equate to geological units such as *formations, formation members*, and *formation groups* due to the frequently encountered variability of the flow characteristics of such geologic units. The term *aquifer* in this report is used to indicate a significant source of water supply from hydrogeologic units, and may include the qualifier *potential* (*i.e.*, potential aquifer) when parameter uncertainty exists, especially with respect to average saturated thickness and water table fluctuations.

From a groundwater flow and water supply perspective, the most important property of rocks is the incorporated pore space and related permeability. The pore space, which defines the

BLM_0148624

amount of water storage within a hydrogeologic unit, may be contemporaneous with the rock formation (primary or matrix porosity), or due to secondary geological processes, such as fracturing, faulting, chemical solution, and weathering (secondary porosity, fracture/karst porosity). The degree of connectivity and the size of the pore openings define the permeability of the rock, that is, the ease with which fluid can move through the rock. As with porosity, permeability may be primarily matrix based (matrix permeability), fracture and/or karst based (fracture/karst permeability), or may be a combination of both (*Davis and DeWiest, 1966*).

Unconsolidated sediments and clastic materials, as found in the stream valleys, and observed on top of and draping down the northwest and northeast side of the Oak Mesa Plateau, are geologically very young and consist primarily of silts, sands, and gravels. They are generally very porous and permeable, but can be quite variable in their thickness, continuity, and hydraulic properties. For example, field observations revealed that the thickness of the unconsolidated sediments in the Oak Mesa study area ranges from less than 1 ft to greater than 100 ft. Estimates of hydraulic conductivity (K) range from 0.1 to 500 ft per day (*Watts, 2008*). These hydrogeologic units most likely contain the greatest amount of groundwater.

Consolidated sedimentary rock, by comparison, is often quite porous, but variable in permeability. Most fine-grained detrital rocks like shale, claystone, and siltstone may have relatively high matrix porosities, but very low permeabilities (*Davis and DeWiest, 1966*). These fine-grained bedrock hydrogeologic units are the dominant confining layers of sedimentary groundwater systems, with small hydraulic conductivity values typically less than 0.01 ft per day. Coarser-grained sedimentary rock, such as sandstone, can pair relatively high matrix or vesicle porosity with significant permeability, and may contain significant amounts of groundwater.

The hydraulic properties of sedimentary rock may be largely enhanced when fractures and faults are present (*Davis and DeWiest, 1966*). As a case in point, most of the sandstones in the Oak Mesa study area have enhanced permeability due to fracture and fault density and connectivity. Significant secondary porosity and permeability are developed through faulting, fracturing, and weathering of the sedimentary rock, especially in association with active faults, fracture zones, and near-surface stress-release.

## 2.4.1 Regional Hydrogeologic Units

From a regional perspective, the county-wide geology is part of the southern edge of the Piceance Basin (Figure 8), the northern edge of the Black Canyon of the Gunnison uplift, and the western edge of the Uncompahgre uplift. As a result, the sedimentary bedrock stratum ranges from younger rock to the north and east, to older rock in the south and west, and the stratum shows a regional dipping trend to the north and east (see Figures 9 and 10). The youngest bedrock units in the county are the Tertiary intrusive (quartz monzonite) and extrusive (basalt) units of the West Elk Mountains and Grand Mesa volcanic field. These units form mountains and high plateaus in the northern and eastern part of the county. It is in these sedimentary and volcanic units that regional groundwater flow systems are known to occur (*Freethey and Cordy, 1991; Geldon, 2003*).

BLM_0148625



**Figure 8. Generalized Map Showing Regional Geographic and Geological Features**
(*After Topper and others, 2003; Tweto and others, 1978*).

    Given the regional geology of the Oak Mesa area, the hydrogeologic framework present in the Oak Mesa watersheds is complex. Upon reviewing various groundwater reports (*Ackerman and Brooks, 1986; Brooks, 1983; Brooks and Ackerman, 1985;* and *Cordilleran Compliance Services, Inc., 2002,* among others*)* and (hydro-)geologic maps (*Ellis and others, 1987; Hail, 1972a, 1972b; Tweto and others, 1978*), it appears that the Oak Mesa study area hydrological systems consist of multiple distinct hydrogeologic and hydrostructural units, including unconsolidated units consisting of various Quaternary-aged, highly permeable deposits, multiple water-bearing and confining bedrock units, and highly transmissive fault and fracture zones. The major hydrogeologic unconsolidated and bedrock units are presented in Figures 11 and 12 and described in Tables 1a and 1b; the major hydrostructural units are presented in Figure 13.

BLM_0148626



**Figure 9. Composite Large Scale Map of the Geology of Delta County**
*(Based on Tweto and others, 1976; Tweto and others, 1978; Whitney, 1981; Williams, 1964).*



**Figure 10. Generalized Northeast-Southwest Geological Cross Section Representative for Delta County**
*(From Brooks and Ackerman, 1985).*

Oak Mesa Groundwater System, Delta County, Colorado          Integral Consulting Inc.     page 12

BLM_0148627



**Figure 11. Map Showing the Shallow Unconsolidated Hydrogeologic Units in the Oak Mesa Study Area**

*2.4.2 Hydrogeologic Units of the Oak Mesa Study Area*

There are two significant groups of hydrogeologic units in the Oak Mesa study area: 1) Quaternary unconsolidated clastic materials (Figure 11; Table 1a), which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying 2) Tertiary and Cretaceous bedrock units (Figure 12; Table 1b), including the following potentially water-bearing units: Tertiary Wasatch Formation (Tw); Cretaceous Mesaverde Formation (Kmv), including the Ohio Creek, Barren, and Upper and Lower Coal Bearing members (Kmvc), as well as the Rollins Sandstone member (Kmvr). The Mesaverde hydrogeologic units have porosity values ranging from 0.7 – 12% (*Robson and Banta, 1995*); and Upper and Lower Coal Bed members have good transmissivities ranging from 1.5 – 16.7 ft squared per day (*Brooks, 1983*). The Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer (*Robson and Banta, 1995*). Other units that lie under the Oak Mesa

BLM_0148628



**Figure 12. Map Showing Top of Bedrock Hydrogeologic Units in the Oak Mesa Study Area.**

area, but are not deemed critical for this part of the study, include the Dakota – Burro Canyon (Kdb) sandstone aquifer; and the Morrison-Entrada Formation (Jme), which may act as both an aquifer and confining layer.

From a water supply perspective, the unconsolidated clastic sediments, specifically when composed of larger size particles (>2.5 mm or 0.1 in) and observed to have sufficient saturated thickness and horizontal continuity, may provide a significant and accessible water supply. The water supply function of bedrock units, by comparison, is largely dependent on rock type, large-scale structure and degree of fracturing, layer geometry and orientation, and the spatially variable hydrologic inputs and outputs, and may vary significantly dependent on location. The focus of this project was on both the shallow groundwater flow system in the Quaternary unconsolidated clastic materials, which is a source of drinking water for several municipalities, and the bedrock aquifers that may supply water to the shallow drinking water systems, and may be affected by coal mining activities.

BLM_0148629



**Figure 13. Map Showing Major Hydrostructures (Faults and Fracture Zones) in the Oak Mesa Study Area**
*(See Figures 11 and 12 for legend of hydrogeologic units; location of gas well from COGCC GIS Database, 2010).*

    The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo in Table 1a and Figure 11) are locally heterogeneous, with predominantly a mix of coarser and finer materials in the older alluvial deposits, and finer materials in the younger deposits. These deposits, which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation ditch and irrigation return flow. The unconsolidated units are variably to fully saturated based on spatial location and seasonal precipitation events. There may be lateral and vertical groundwater flow connection between the unconsolidated materials and the Tertiary and Cretaceous sedimentary units in the underlying bedrock formations.

BLM_0148630

| Geological Unit | Geological Subunit | Hydrogeological Unit | Hydro-geological Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Alluvium (Qa); alluvium and eolian deposits (Qae) | | Alluvium | Qal | Poorly sorted riverine gravel, sand and silt deposited mainly in stream channels and floodplains in major stream valley bottoms; moderately to well bedded deposits | Generally good local phreatic aquifer with matrix based permeability; limited variations in groundwater levels; often sustained by local and sub-regional discharge to adjacent stream or directly by stream. | high matrix-permeability; high storativity | small | local | natural |
| Younger gravel (Qg, Qgy) | | Younger valley gravels | Qgy | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be supported by underlying bedrock. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Glacial drift, till, moraine (Qd, Qm, Qpt) | | Quaternary glacial deposits | Qd | Heterogeneous, poorly sorted deposits of boulders, gravel, sand, silt and clay | Potentially good local phreatic aquifer with variable matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Landslide deposits, colluvium, mudflow deposits, talus (Ql, Qcl, Qs, Qls, Qta); unconsolidated deposits derived from the Wasatch Formation and Basalt cap on Grand Mesa (Quw) | | Hillside (slope) deposits | Qs | Loose gravels and rock debris with mixed matrix composition (sand-clay) on valley sides, valley floors and hillslopes; deposited by gravitational processes | Potentially good, highly localized phreatic aquifer with high matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Old/older gravels (Qgo, Qgd) | | Older mesa top gravels | Qgo | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be prone to significant (seasonal) water table fluctuations; tends to recharge bedrock systems | high matrix-permeability; high storativity | moderate | local | natural and anthropogenic |
| Middle gravel (Qgm) and fans (Qf) | | Fans and lower mesa gravels | Qgf | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Although having high matrix based permeability, location in topography precludes any significant groundwater presence. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| High level alluvium (Qat); younger terraces (Qad); alluvial gravels (Qga) | | Younger river terraces | Qat | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix; forms terraces above current North Fork level | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |

**Table 1a. Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study Area: Unconsolidated Sediments.**

BLM_0148631

| Geological Unit | Geological Subunit | Hydrogeological Unit | Hydro-geological Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Wasatch formation (Tw) - without Ohio Creek Member | | Wasatch Formation | Tw | Channel sandstones and overbank siltstones and shales; conglomerate; carbonaceous shales and lignite near base | Overbank sandstones form a good aquifer system with moderate to good matrix and fracture based permeability; may be a locally good water producer; siltstones and shales are confining layers; outcrops are recharge areas for a regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| Mesa Verde Group (Kmv) including Ohio Creek Member | Undivided | Mesa Verde Group (undivided) | Kmv | Interbedded sandstones and siltstones, shales and carbonaceous shales and coals | Good regional bedrock aquifer system; sandstones and coals have both moderate matrix and fracture based permeability; may locally be a good water producer; shales are confining layers; outcrops are recharge areas for regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| | Ohio Creek Member | | | | | | | | |
| | Barren Member | | | | | | | | |
| | Upper Coal-bearing Layer | Coal-bearing Members | Kmvc | Interbedded sandstones and siltstones, shales and carbonaceous shales and coals | Good regional bedrock aquifer system; sandstones and coals have both moderate matrix and fracture based permeability; may locally be a good water producer; shales are confining layers; outcrops are recharge areas for regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| | Lower Coal-bearing Layer | | | | | | | | |
| | Rollins Sandstone Member | Rollins Sandstone | Kmvr | Fine grained massive sandstone | Moderate local aquifer where fractured. | Primarily fracture permeability; low storativity | large | local | natural |
| Mancos Shale (Km) | Undivided | Mancos Shale (undivided) | Km | Silty to sandy shale with bentonites with minor limestone- and sandstone beds; when undivided, lower section includes Ft Hays limestone | Mostly aquitard with very low permeability serving as a confining layer for underlying or embedded aquifers; however, locally moderate aquifer conditions when highly fractured or in areas with sand lenses and sandy beds. | very low permeability rock with some moderately permeable beds; low storativity | highly fluctuating | n.a. | natural |
| | Upper and Lower Sandstone Members of Mancos Shale (Kms, Kmsl) | | | | | | | | |
| | Fort Hays Limestone Member of Mancos Shale (Kmf) | | | | | | | | |
| | Lower Mancos Shale, including Frontier Sandstone and Mowry Shale members (Kml) | | | | | | | | |
| Dakota Sandstone and Burro Canyon Formation (Kdb) | | Dakota Sandstone and Burro Canyon Formation | Kdb | Well indurated, medium to coarse grained quartzose sandstones in well-cemented thick beds and conglomerate with occasional siltstones and carbonaceous shale | Good regional bedrock aquifer system; sandstones have both moderate matrix and fracture based permeability; sub-regionally aquifer with recharge in outcrop areas. | moderate matrix and fracture permeability; moderate storativity | large | regional | natural |
| Morrison Formation (Jm, Jmb, Jms); Morrison, Wanakah and Entrada Formations undivided (Jmwe) | | Morrison and Entrada Formations | Jme | Morrison Form. (Jm): Siltstones and claystones throughout with sandstones becoming more common in lower sections, and limestone near base; Entrada Form. (Je): fine-grained, well-sorted sandstones; Je is overlain by Jm | Entrada is a very good, regionally sustainable aquifer with moderate to good matrix and fracture based permeability. Morrison shales are confining layers while the lower Morrison sandstones and limestone may serve as local to sub-regional aquifers. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |

**Table 1b. Correlation of Geological and Hydrogeologic Units in the Oak Mesa Study Area: Bedrock Units.**

BLM_0148632

*2.4.3 Hydrostructural Units of the Oak Mesa Study Area*

Hydrostructures most likely exist subregionally and locally (Figures 8 and 13), and are responsible for various springs and groundwater discharge and recharge areas observed in Roatcap, Jay, and Leroux creeks.  Hydrostructures in this study area are associated with preferential groundwater flow along fault and fracture zones that are observed or hypothesized to transmit groundwater either vertically or laterally along the fault or fracture planes or zones. These structures may serve as distinct hydrogeologic units, may enhance the permeability of sections of hydrogeologic units, may connect multiple hydrogeologic units together, or may restrict the thickness and flow of overlying unconsolidated deposits resulting in springs and groundwater discharge areas.

Each fault zone should be evaluated for the following characteristics: 1) fault plane geometry, including the vertical or horizontal nature of the fault plane and the relations of rock types and geometry on both sides of the fault; and 2) the transmissive nature of the fault plane or fault zone, including the nature of fault gouge (clay, gravel) and tectonic setting of fault plane or zone (extension or compression). The fault plane geometry is important to evaluate if groundwater can move horizontally across the fault zone from one transmissive unit to another, or whether the groundwater is forced to move vertically upward to the surface, in many cases, or downward into a different hydrogeologic unit.  The tectonic setting helps determine whether the fault plane is "open"—able to easily move water (extension), or "closed"—not able to easily move water (compression).

Three broad hydrostructures occur in the Oak Mesa area: 1) the northwest-trending Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending Upper Leroux Creek fault zone and en-echelon lineaments such as the Dever Creek lineament; and 3) the north-south-trending Jay Creek lineament-fracture zone and associated en-echelon lineaments such as Lower Leroux Creek and faults such as the west Oak Mesa fault (Figure 13).

The Roatcap Creek fault zone delineates the edge of the potential upland bedrock and unconsolidated groundwater systems to the east of Oak Mesa. Therefore, the effects of anthropogenic activities such as coal mining located to the west on Oak Mesa may not propagate further to the east of this boundary.  The fault zone is relatively young, as the geomorphic system of Roatcap Creek is responding with considerable downcutting, allowing for full penetration of the bedrock aquifers.  It is hypothesized that the Roatcap fault zone is "open" and that it behaves like a French drain. Along its trace, groundwater moves horizontally along the fault plane, and vertically up along the fault plane near the headwaters (evidenced by springs). In the middle reaches, groundwater moves downward from unconsolidated materials, where it recharges the regional bedrock systems (indicated by reaches of losing stream flows).

The Leroux Creek fault zone and en-echelon lineaments are also "open."  Along the Leroux Creek fault zone, groundwater moves horizontally along the fault plane, and vertically downward from unconsolidated materials, where it recharges the regional bedrock systems in the northeast-trending reaches along the fault.  The Leroux Creek fault zone delineates the edge of the potential bedrock and unconsolidated groundwater systems to the northwest of Oak Mesa. Therefore, the effects of anthropogenic activities, such as coal mining located to the east on Oak

BLM_0148633

Mesa, may not propagate further to the west of this edge. Dever Creek similarly is an "open" lineament/fracture zone that functions as French drain. Along the Dever Creek zone, groundwater moves from the surrounding gravels and bedrock into the upper reaches of the stream near natural gas well 12-22 (Figure 13).

The Jay Creek lineament/fracture zone dissects the Oak Mesa Plateau in a north-south direction. Because of its orientation, the effects of anthropogenic activities, such as coal mining located beneath Oak Mesa, may affect the bedrock groundwater system to the north of this area. The Jay Creek lineament/fracture zone is relatively young, as evidenced by the geomorphic system where considerable downcutting, allowing for full penetration of the bedrock aquifers, has occurred. It is hypothesized that the Jay Creek fracture zone is "open." Groundwater within the fracture zone moves horizontally along the fault plane, and vertically up along the fault plane near the headwaters (evidenced by a gaining stream). In the middle reaches of Jay Creek before it exits Oak Mesa, groundwater moves downward from unconsolidated materials where it recharges the regional bedrock systems (indicated by reaches of losing stream flows). It is hypothesized that underground mining activity will most likely be affected by the hydrological setting of Jay Creek.

## 2.5 Groundwater Flow Systems

Groundwater flow is the movement of water from the earth's surface into the subsurface (groundwater infiltration and recharge), through the subsurface materials (groundwater flow and storage), and from the subsurface back to the Earth's surface (groundwater discharge), expressed in terms of flow directions, patterns and velocities. The driving force for groundwater flow is a difference in (piezometric) "head" or groundwater levels, as expressed, for example, by the water table. The general CSM of the groundwater flow system consists of 1) water inputs (recharge); 2) storage in and movement through subsurface hydrogeologic units (groundwater flow); and 3) outputs (discharge) based on climate (infiltration of precipitation and snowmelt). Groundwater interaction with streams, vegetation (evapotranspiration), and human activity (irrigation, urbanization, wells and individual sewage disposal systems [ISDS], reservoirs and ponds, mining) will affect groundwater movement to varying degrees. The CSM also incorporates topography (steepness, slope aspect, degree of landscape dissection), geomorphology, and soil and rock properties. Because of the time-space variance of these inputs and outputs, a groundwater system often shows significant variations in water levels, water storage, flow velocities, and flow patterns. Some of the variations are seasonal; others may be related to multi-year periods of above-average or below-average precipitation. This results in variations in the availability of water from these hydrogeologic units.

Based on the HESA approach (*Kolm and others, 1996*), and previously collected supporting data, the subregional and local scale (typically less than 100 square miles) shallow groundwater flow systems are delineated. The broad hydrologic system inputs include infiltration of precipitation as rain and snowmelt, areas of losing streams (Roatcap, Jay, and Leroux creeks) in some locations, infiltration and runoff from water bodies (West Reservoir, cattle ponds), upland irrigation areas (leaking ditches, irrigation return flow), and inter-aquifer transfer of groundwater between unconsolidated materials and bedrock systems. Hillslope

BLM_0148634

subsystems consist of the hydrologic processes of surface runoff (overland flow) and rapid near-surface runoff (interflow or shallow through-flow); saturated groundwater flow in parts of the bedrock units, landslides, terraces, and valley bottoms; and discharge to springs and seeps, graining streams, by plants as evapotranspiration, and by pumping wells. In general, shallow groundwater flow in these systems is towards the valley bottoms, perpendicular to the major streams. Where permeable bedrock units intersect mesa tops, hillslopes, and valley bottoms, local recharge may force the groundwater into a more regional pattern determined by geological structure, independent from local topography and hydrography. The Oak Mesa groundwater systems are a complex mix of all these mechanisms.

The mesa top terrace, fan, and bajada subsystems, located in close proximity to the valley subsystems, have a unique, sometimes complex groundwater story, often resulting from human interference. Under natural conditions, these subsystems have hydrologic system inputs and outputs, similar to hillslope subsystems. However, natural and anthropogenic influences have frequently attached these subsystems hydrologically to adjacent valley bottom subsystems.

The valley bottom subsystems, where stream-aquifer-wetland interactions occur, are areas of both groundwater recharge and discharge area. Here, groundwater flow can have a rather diffuse character and often flows towards or aligns more or less with the streams. These subsystems depend primarily on interactions with the Roatcap, Jay, and Leroux creeks; and the management of subregional ditches and corresponding reservoir storage.

The wetlands associated with the local hydrogeologic subsystems in the Roatcap, Jay, Leroux, Cow, and Dever creeks are predominantly of the slope-type with some riverine-type classifications given the groundwater support of various bedrock groundwater systems and hydrostructures.

## 2.6 Groundwater System Conceptual Site Models by Subsystem

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, two CSMs will be discussed in the Oak Mesa study area:
1. Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems; and
2. Regional Bedrock Subsystems.

The conceptual models are discussed in forthcoming sections and illustrated by cross-sectional and plan view figures (Figures 14, 15, 16, 17, 18, and 19).

### 2.6.1 Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems

As stated in Section 2.4.2, there are two significant hydrogeologic groups in the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems:
1. Quaternary unconsolidated clastic materials (Qal, Qgy, Qat, Qs, Qgo, and Qgf in Table 1a and Figure 11), which are predominantly terrace gravels, alluvial fans and bajadas, and alluvial valley bottom deposits; and

BLM_0148635

2. Tertiary and Cretaceous bedrock units (Table 1b and Figure 12), including the following potentially water-bearing units: Tertiary Wasatch Fm (Tw); Cretaceous Mesaverde Formation (Kmv), including the Ohio Creek, Barren, and the Upper and Lower Coal Bearing members, as well as the Rollins Sandstone Member (Kmvr); and the Mancos Shale unit (Km).



**Figure 14. Map Showing the Locations of the Cross-sections Representative for the Conceptual Site Models in the Oak Mesa Study Area.**

The shallow Quaternary unconsolidated materials in this subsystem are ubiquitous, and include glacial-alluvial, mass wasting, and modern alluvial deposits (Figure 11 and Table 1). These highly-permeable deposits are locally heterogeneous, with a mix of coarser and finer materials in the alluvial deposits.

The general aspects of groundwater flow in the Quaternary unconsolidated materials have been discussed in Section 2.5. Specifically, the shallow groundwater in the Oak Mesa area is dominated by the Quaternary unconsolidated materials, which receive recharge by infiltration of precipitation (snow and rain), leaky irrigation ditches and reservoirs, and losing streams swelled to capacity from reservoir storage (Figures 15 and 16). Recharge by infiltration of precipitation and snowmelt is greatest at the highest elevations in the north part of the study area at the top and

BLM_0148636

on the north-facing sides of Oak Mesa (Qs, Qgo), and the headwaters of Leroux, Cow, Jay, and Roatcap creeks. The Overland Ditch extension onto Oak Mesa is a "line" groundwater recharge source on the top and northeast side of Oak Mesa, and the headwaters of Roatcap Creek. In addition, the Overland Ditch carries water into upper Leroux Creek and Cow Creek, where these losing streams and leaky irrigation ditches recharge the Qs, Qat, and Qgy materials. West Reservoir, on Oak Mesa, acts as an area of enhanced groundwater recharge into the underlying Quaternary materials. In addition, releases from West Reservoir enhance the surface water flows in upper Dever and Jay creeks, resulting in increased groundwater recharge to alluvium in the upper part of these drainages.



**Figure 15. Cross-sectional View of the Conceptual Site Model of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems (B-B' in Figure 14).**

Groundwater flow on top of Oak Mesa then moves with topography into Dever Creek to the west and Jay Creek to the east. In addition, groundwater that flows through the hillslope deposits in the northeast area eventually discharges into Roatcap Creek, and, likewise, groundwater that flows through the hillslope deposits in the northwest area eventually discharges into Cow Creek. The presence of aspen trees serves as an indicator of an active shallow groundwater system in this area (Figures 15, 16, and 17). The absence of phreatophytes and seeps or springs in the southern section of Oak Mesa suggests that no groundwater flows to the south to daylight out in the southern slopes of Oak Mesa. Groundwater levels from wells completed in bedrock provide additional evidence that very little groundwater infiltrates into the underlying bedrock on Oak Mesa proper (*Ackerman and Brooks, 1986*). The shallow groundwater system in this area has little connection to the local bedrock or the regional groundwater systems.

BLM_0148637



**Figure 16. Plan View of the Conceptual Site Model of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems.**

In the valley of Jay Creek, the groundwater system flows parallel to the creek. Jay Creek becomes a losing stream about half way down the Mesa, and the stream and shallow groundwater system recharge the Cretaceous Mesaverde Bedrock system at about the Coal Bearing members unit, which has been confirmed by drilling (*Ackerman and Brooks, 1986*). Likewise, in the valley of Roatcap Creek, the groundwater system flows parallel to the creek. Roatcap Creek becomes a losing stream about halfway down the valley from the headwaters to the North Fork of the Gunnison River. The stream and shallow groundwater system recharge the Cretaceous Mesaverde Bedrock system at about the Coal Bearing members units. Dewatering of the Cretaceous Mesaverde Bedrock system by coal mining may affect the surface water and shallow groundwater flow of the Jay Creek and Roatcap Creek systems (Figures 15, 16, and 17).

The groundwater system flows in the valley of Leroux Creek parallel to the creek. Leroux Creek and the Leroux Creek aquifer receive a great deal more water then most creeks

BLM_0148638

surrounding Oak Mesa. Leroux Creek and the Leroux Creek aquifer receive large quantities of water from other bedrock and alluvial aquifers on Grand Mesa. Leakage from the Overland Ditch, Cow Creek, and from various reservoirs and irrigation ditches enhances recharge to the Leroux Creek aquifer. Leroux Creek probably is a losing stream along the northeast-trending reach, where regional recharge is lost to the Mesaverde aquifer. The stream should not be losing flow to the bedrock along the north-south trending reach, where the Mancos Shale is present. Numerous phreatophytes along the entire length of this creek, as well as in Cow, Jay, and Roatcap creeks, result in large amounts of evapotranspiration. The dewatering of the Mesaverde unit by coal mining may alter the surface water and shallow groundwater flow of Leroux Creek (Figures 15, 16, and 17); however, the impacts would tend to be muted by the vast groundwater recharge network which is independent of the bedrock system.



**Figure 17. Google Earth View of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems.**

*2.6.2 Regional Bedrock Subsystems*

The regional hydrogeologic units in the Oak Mesa study area, discussed in Section 2.4, are the Tertiary and Cretaceous bedrock units (Figure 12 and Table 1b), including the following potentially water-bearing units: Tertiary Wasatch Fm (Tw); Cretaceous Mesaverde Formation (Kmv), including Ohio Creek, Barren, and Upper and Lower Coal Bearing members (Kmvc), and the Rollins Sandstone member (Kmvr); and the Mancos Shale unit (Km), that may act as a thick, poorly transmissive confining layer (Figures 12, 15, 18, and 19; Table 1b). The shallow Quaternary unconsolidated materials in this subsystem are ubiquitous, and are the overlying materials providing conditions that allow recharge to the regional bedrock system mostly in stream valley and mesa top areas (Figures 15 and 18).

BLM_0148639



**Figure 18. Cross-sectional View of the Conceptual Site Model of the Regional Bedrock Subsystems (A-A' in Figure 14).**

The general aspects of shallow groundwater flow in the Quaternary unconsolidated materials have been discussed in Section 2.5. The unconsolidated units are variably to fully saturated based on spatial location and seasonal precipitation events, and serve as the conduits for regional recharge along with losing streams, leaky ditches, and reservoir and ditch enhancement of surface water and groundwater systems. The lower reaches of Leroux, Cow, Jay, and Roatcap creeks are losing streams located along French drains, and are areas of regional recharge to the Wasatch and Mesaverde aquifers (Figures 15, 18, and 19).

The general aspects of the bedrock hydrogeology and hydrostructures are discussed in Section 2.5. The bedrock units are variably to fully saturated based on location and proximity to recharge area. The Mesaverde aquifer is partially saturated in the south and central areas of Oak Mesa, as evidenced by the water levels recorded in well logs (see Figure 15). The water table appears to be above the Upper and Lower Coal Bearing units, which suggests that dewatering will be necessary.

Groundwater flows vertically, then horizontally to the north along hydrostructures, where it becomes incorporated into the regional groundwater flow system. The groundwater flow direction in the regional bedrock systems is from south to north beneath Oak Mesa and Grand Mesa (Figures 18 and 19). This flow direction is away from the coal mining activities, drinking water supplies, and Delta County in general.

BLM_0148640



**Figure 19. Plan View of the Conceptual Site Model of the Regional Bedrock.**

## 2.7 Anthropogenic Influences

Human activity in the Oak Mesa study area has affected both the surface and subsurface parts of the hydrologic systems. Past land use and human activity was mostly associated with agricultural production and reservoir construction and operation, and has resulted in removal of native vegetation, introduction of irrigation and high-ET (evapotranspiration) crops, construction of (often leaking) irrigation ditches, and the drilling of primarily domestic wells (Figure 20). This activity has resulted in long-term increase of water levels in local, shallow aquifers of the Quaternary materials both on top of Oak Mesa, and in the high valleys of Roatcap, Jay, Cow, and Leroux creeks. Invariably, regional recharge into the Wasatch and Mesaverde aquifers has occurred, as well.

BLM_0148641



**Figure 20. Google Earth Image of Anthropogenic Influences: Irrigation Ditches and Reservoirs in the Oak Mesa Study Area.**

*2.7.1 Effects of Land Use Changes on Groundwater Systems*

Traditionally, agricultural activities take place on the bottomlands and terraces of the valleys, while most grazing activities focus in a relative small area on the uplands. Agricultural production is supported by surface water irrigation, often delivered through an extensive conveyance system. The main irrigation method in use is flood irrigation, which tends to provide more water to the fields than can be consumed by vegetation. Excess water from irrigation results in infiltration to the water table and recharge of the groundwater system (*i.e.*, irrigation return flow). At this time, the Oak Mesa is not experiencing a shift from agricultural to nonagricultural land use at the same rate as many other areas of the western United States.

The Oak Mesa study area consists primarily of mesa top, hillslope, bottomland and terraces, limiting the irrigated areas to the top and lower portions of the subsystems. Here, there are a number of mostly unlined irrigation ditches that are excavated primarily in unconsolidated Quaternary deposits (Figure 21). When carrying water, the ditches may leak, as evidenced by the phreatophytes often found alongside them. The ditch system in the study area contains two types of ditches: 1) primary ditches, which carry water during most of the growing season; and 2) secondary ditches, which carry water only during an actual irrigation cycle. The water leaking from the ditches may be used by vegetation and discharged as evapotranspiration, or may recharge the underlying groundwater system, forming a local groundwater mound or divide. As most of the groundwater systems in the study area are local in nature, ditch leakage may contribute significantly to the local water balance, increase the water table elevation, and alter groundwater flow patterns.

BLM_0148642

As discussed above, irrigation return flow and leaky irrigation ditches can be a significant recharge element in the local and regional groundwater balance.  Taking irrigated fields out of production and re-allocating ditch-conveyed water reduces recharge of groundwater resulting in lowered water tables, reduced groundwater discharges to wetlands and streams, and decreased water supplies.



**Figure 21. Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the Oak Mesa Study Area (Source: Delta County GIS, 2010; CDWR GIS, 2011).**

The water wells in the Oak Mesa study area are clustered mostly along Leroux, Cow, Jay, and Roatcap creeks and bottomland (Figure 22). Most of these wells serve domestic water supply needs, or the needs of municipalities located along the North Fork of the Gunnison River (Hotchkiss, for example), and the effect on the groundwater system is limited.  However, if additional water is needed, or water is displaced by mining activities, for example, the compound effect on the groundwater system could be significant in the future, resulting in a possible lowering of the water table, changes in flow direction, decreasing discharge to streams or increasing stream loss to groundwater, draining of wetlands, or even depletion of local aquifers.

BLM_0148643



**Figure 22. Anthropogenic Influences: Wells in the Oak Mesa Study Area
(Source: CDWR GIS, 2011).**

### 2.7.2 Potential Effects of Coal Mine Hydrology

The hydrology of a natural groundwater hydrologic system will be altered by the construction and operation of the proposed underground coal mining operation. During mine dewatering, the coal mine may behave like a very large well, drawing water towards it from locations further away. Depending on management strategies for produced water disposal, groundwater levels may increase at other locations. The groundwater levels in the bedrock systems will also be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geo-hydrological, and, potentially, legal consequences.

Assuming that the coal mining activities are underground, and assuming that dewatering is the major activity of the coal mining operations, both the shallow and bedrock aquifer subsystems will potentially be affected. The effects of water disposal after dewatering are not discussed in this report as the mine design plans and operations are not available at this time.

BLM_0148644

These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail.

The mesa top and upper hillslope parts of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystem are least likely to be affected by mining operations because they are located in the recharge area and have a shallow groundwater flow system above the bedrock dewatering zone (Figures 15, 16, 18, and 19). However, the amount of groundwater discharge from the bedrock to the shallow aquifers in the lower hillslope and valley bottom areas in the Leroux Creek drainage may be reduced by dewatering action (Figures 15, 16, 18, 19), which could affect the Hotchkiss water supply. In addition, significant amounts of alluvial water in both Jay and Roatcap creeks may be reduced due to mine dewatering (Figures 15, 16, 18, 19).

The regional groundwater subsystem will be affected by the mining operations as the edge will be effectively removed and the regional recharge area of the regional bedrock system will be dewatered (Figures 18 and 19). However, the effects of the reduced groundwater amounts in the regional system will most likely be insignificant relative to the flows supporting the Colorado River drainage in the areas north of Grand Mesa.

BLM_0148645

## 3    GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES

### 3.1 GIS and GIS Maps

Geographical information system (GIS)-based maps provide a flexible and efficient way to analyze and display spatial information. The strength of a GIS system is that data from various sources can be collected in local or remotely accessed databases, which can be easily maintained and updated. GIS maps support optimal analysis, specifically in hydrogeologic evaluations at different scales, geographic distribution densities, and different levels of accuracy and information value.

A GIS map consists of a series of layers, each containing a single or multiple topological features. These features can represent a variety of geographic items, such as rivers and lakes, roads, towns and cities, land use, land ownership, wells, etc. Selected features can be further described with associated attribute tables and linked to other types of information by their attribute tables or via their spatial location. At each step of a geographic analysis, individual features can be displayed, analyzed, and combined with other features via layers, and individual features interrogated with respect to their attributes. Switching scales, like enlarging (zooming in to) a particular detail or regionalizing (zooming out) to encompass a larger set of features can be accomplished at any time; the ability to selectively visualize (switch) layers, perform advanced searches, and use select and overlay capabilities, further enhances the utility of a GIS map.

The GIS maps resulting from this study allow for informed planning and management of groundwater resources in the Oak Mesa area. The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the digital elevation model [DEM], among others). The GIS map and database for the Oak Mesa study were prepared using ArcView™ version 8.3 and Arc-Desktop™ version 10.1 (ESRI®, Redlands, California).

### 3.2 Use of GIS in the Oak Mesa Study

In this study, GIS has been used in support of the HESA described in Chapter 2 and in the preparation of report figures. In addition, the GIS maps and databases will provide a base for further studies of the hydrology and hydrogeology of the Oak Mesa area, as well as other parts of Delta County. Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County (Figure 23); and 2) a map with hydrologic and hydrogeologic features of the Oak Mesa area (Figure 24). The GIS maps consist of a number of layers representing various data types relevant to the assessment of the groundwater resources at user-specified locations. Below is a detailed description of the layers and the related data sources.

BLM_0148646



**Figure 23. Delta County GIS Map Showing Streams, Ditches and Roads on Top of County-wide Geology.**
(The left display area is the table of contents [TOC] showing all available layers;
the right side of the window is the map display area showing the activated layers.)



**Figure 24. Oak Mesa GIS Map Showing Streams, Ditches and Roads on Top of Hydrogeologic
Unconsolidated and Bedrock Units and Hydrogeologic Structures.**
(The left display area is the TOC showing all available layers;
the right side of the window is the map display area showing the activated layers.)

BLM_0148647

Enabling the *Table of Contents* (TOC; the left side of the display in Figures 23 and 24) in ArcGIS provides information on the layers displayed in the *Map Display* area (the right side of the display in Figures 23 and 24). The GIS layers of the Delta County and Oak Mesa maps contain three types of geographic information: 1) general geographic information (county border, roads, towns, DEM-elevations) used primarily for orientation purposes; 2) hydrologic information (including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas); and 3) hydrogeologic information (including hydrogeologic units, faults and hydro-structures, springs and wells). Most layers have been georeferenced with respect to State Plane, Colorado Central Zone, NAD83 (units of measure in feet), except for some public data obtained from state and federal sources.

## 3.3 GIS Map, Layers, and File Structure

Each line in the TOC is a GIS layer representing a set of features of the same type, such as streams, parcels, wells, etc. By clicking on a check box in the TOC, elements of the activated layer become visible in the map display area. A layer may consist of point values (*e.g.*, wells), line features (*e.g.*, roads, streams, ditches), and area features (*e.g.*, parcels, lakes, hydrogeologic units). Right-clicking on a layer in the TOC and selecting the *open attribute table* option, provides additional information on the layer, such as the names of particular features (Figure 25). This additional information can be used to label the features in the map display area.



**Figure 25. GIS Map Showing the Attribute Table for the Hydro(logic) Structures Layer in the Oak Mesa Area *(right side of figure).***

BLM_0148648

The order of the layers in the GIS maps may be changed, affecting which layer(s) are in the foreground in the map and which layers are in the background. When enabled, a layer is shown on top of the layer listed below it in the TOC. When this layer is opaque, the layer beneath it is not visible. Some layers are (partially) transparent, others are opaque, dependent on the type of information they display and the use in the assessment procedure. Layer transparency/opaqueness can be changed by the user using the layer properties option under the display tab. The order of the layers can be changed by the user by dragging a layer to the desired location in the TOC.

The map is designed to show relevant labels (text) for most of the layers based on the contents of one of the fields in the attribute table, such as stream name, well number, etc. When zooming in on a particular area of the map, additional information of a selected layer can be displayed by activating the *Label* feature. This can be done by right-clicking the layer and selecting *Label Feature*. The label feature can be set by right-clicking the layer, selecting *Properties*, clicking the *Label* tab, and selecting the appropriate field of the database table. Database information regarding a particular feature on the map can also be obtained by using the ⊙ (*Identify*) option from the *Tools* toolbar, clicking on the feature of interest, and selecting the appropriate layer in the popup *Identify Results* window.

3.4 Data Sources

Delta County and Oak Mesa GIS maps retrieve various files included in six relative-path subdirectories: 1) CDOT; 2) CDSS; 3) Delta_County; 4) Integral; 5) NRCS; and 6) USGS_DEM. The directories reflect the various data sources used for the map. Selection of the relative-path option in the GIS program provides for straightforward portability between computers. Note that layers that refer to a state-wide data set (such as the NRCS precipitation file), or a multi-county data set (such as the CDSS irrigated areas files), have been clipped on the maps to show only the Delta County or Oak Mesa area coverage.

The *CDOT* (Colorado Department of Transportation) subdirectory contains the Colorado county boundaries (*counties* files). In this project this layer is primarily used for general orientation purposes. The CDOT GIS data can be downloaded from: *http://apps.coloradodot.info/dataaccess/*.

The *CDSS* subdirectory contains six sets of GIS files and databases downloaded from the Colorado Decision Support System (CDSS), which is managed by the Colorado Water Conservation Board and the Colorado Division of Water Resources (CDWR). These file sets are 1) irrigated areas in CDWR Division 4 on the Western Slope as of 1993 (*Div_4_Irrigated_Lands_1993.mdb*); 2) irrigated areas in CDWR Division 4 on the Western Slope as of 2000 (*Div_4_Irrigated_Lands_2000.mdb*); 3) irrigated areas in CDWR Division 4 on the Western Slope as of 2005 (*Div_4_Irrigated_Lands_2005.mdb*); 4) National Weather Service (NWS) precipitation stations in Colorado (*co_precipstations* files); 5) decreed wells included in the CDWR's Hydrobase (*co_wells_decreed* files); and 6) other wells included in the CDWR's Hydrobase (*co_wells_other* files). The well data reflect the Hydrobase status of July 2009. The irrigated areas data sets provide a single year snapshot of the irrigated lands and crop types of the western slope of Colorado. In the GIS maps, the 2000 data layer lies on top of the 1993 data

BLM_0148649

layer, and the 2005 data layer lies on top of the 1993 and 2000 data layers, showing the irrigated acreage taken out between 1993 and 2005. The CDSS data can be downloaded from: *http://water.state.co.us/DataMaps/Pages/default.aspx#onlinedata.*

The *Delta_County* subdirectory contains selected files received from the Delta County GIS department in June 2012. Coverages used in this project include county boundary, highways, roads, streams and ditches, lakes, irrigation ditches (and enhanced streams), and towns. The ditch data provided by the county does not distinguish between primary and secondary ditches. Additional field verification is needed to assess the hydrologic importance of individual ditches. One important ditch for the Oak Mesa study was not included in the county's ditch file: the connection between the Overland Ditch and West Reservoir on Oak Mesa. Our field observations indicated that this ditch can carry significant water and is used to supply West Reservoir from the Overland Ditch. It should be noted that the GIS-based aerial photography (*Ortho* files) provided by the county has been used, in conjunction with GIS-based topographic images obtained from the NRCS data portal and Google™ Earth imagery, to remotely assess topography, vegetation and hydrology.

The *Integral* subdirectory contains the databases produced for this project by Integral. It contains various (hydro-)geology files (*OakMesa_Hydrogeol_xxx, OakMesa_hydrostructures, DeltaCounty_Geology, Springs*) and files related to the location of the study area (*OakMesa_DisplayArea, OakMesa_StudyArea*). The *main_streams_dc* files were created to separately show the county's major rivers and are based on Delta County's stream layer. The hydrogeology layers resulted from digitizing and evaluating the 1:48,000 scale geologic maps of the Cedaredge and Hotchkiss areas (*Hail, 1972a, 1972b*), and the 1:100,000 scale geologic map of the Paonia and Gunnison area (*Ellis and Others, 1987*), and combining and editing the GIS versions (*Day and Others, 1999*) of the Leadville, Montrose, Grand Junction and Moab 1° x 2° quadrangle geologic maps (scale 1:250,000) (*Tweto and Others, 1976; Tweto and Others, 1978; Whitney, 1981; Williams, 1964*). The Oak Mesa hydro-structures layer is primarily based on the 1:100,000 scale geologic map of the Paonia and Gunnison area (*Ellis and Others, 1987*).

Selected wells and springs used in a study of the groundwater resources of the North Fork Gunnison River basin have been digitized from a low-quality scanned image of an appendix of the report (*Ackerman and Brooks, 1986*). It should be noted that the location of these wells and springs are approximate and may be inaccurate. During a field reconnaissance in June 2012, a ditch connecting the Overland Ditch with West Reservoir was found to be of importance to the hydrology of Oak Mesa and has been digitized from topographic maps, the Delta County *ortho* files, and Google Earth views (*newditch_OakMesa*).

There are six GIS layers and databases for the hydogeologic units in the Oak Mesa area (*i.e.*, "hydro units" for short) (Figures 11 and 12): 1) a layer showing the Quaternary unconsolidated deposits grouped by their hydrogeological characteristics (*Oak Mesa Hydro Units - Unconsolidated Sediments*; see Figure 24); and 2) five layers each showing the extent of an individual bedrock hydrogeologic unit (*Oak Mesa Geology - Wasatch Formation, Oak Mesa Geology - Mesaverde Formation [incl. Ohio Creek member], Oak Mesa Geology - Rollins Sandstone, Oak Mesa Geology - Mancos Shale, Oak Mesa Geology - Dakota-Burro Canyon*). When all five layers are activated, the GIS map shows top bedrock (see Figure 12).

BLM_0148650

The *NRCS* subdirectory contains state-wide averaged annual precipitation data for the period 1961–1990 obtained from the NRCS (*precip_a_co* files). These data have been developed from the NWS precipitation data using PRISM (Parameter elevation Regression on Independent Slopes Model), which utilizes a rule-based combination of point measurements and a DEM and includes consideration of topographic facets *(Daly and Johnson, 1999)*. The *NRCS* subdirectory also includes files for the location and name of the 1:24,000 (7.5 minute) quadrangles in Delta County (*quads24k_a_co029*) and the 1:250.000 (2 degree) quadrangles (*quads250k_a_co*), and data for the watersheds in the county (*wbdhu12_a_14020002 - 06*). The NRCS data can be downloaded from: *http://datagateway.nrcs.usda.gov/GatewayHome.html*.

The *USGS_DEM* subdirectory contains the raster-based DEM for Delta County. In the database, surface elevations are stored in meters; however, in the TOC of the GIS maps, the elevations are given in feet for display purposes. The USGS DEM was downloaded from the NRCS Data Gateway portal in May 2012 and is based on the USGS version published in April 2012.

BLM_0148651

**4      SUMMARY AND CONCLUSIONS**

A HESA of the groundwater system of the Oak Mesa area in Delta County, Colorado, and the development of supporting GIS databases and maps of hydrogeologic and hydrologic characteristics, have been completed to provide support for planning, zoning, and other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies. This study consisted of the following tasks: 1) conduct a comprehensive HESA and formulate relevant conceptual hydrologic models to provide the physical framework for assessment of potential impacts of anthropogenic system modifications on groundwater resources and interrelated surface water resources; 2) develop a consistent and practical hydrogeologic nomenclature that can be expanded to county-wide use; 3) digitize existing geologic maps and convert them to hydrogeologic system layers and databases in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and 4) adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.

The HESA analysis showed that there are two significant groups of hydrogeologic units in the Oak Mesa study area:
1. Quaternary unconsolidated clastic materials, which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift) , slope deposits, alluvial fans and bajadas and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; and
2. Tertiary and Cretaceous bedrock units, including the following potentially water-bearing units: Tertiary Wasatch Formation (Tw); Cretaceous Mesaverde Formation (Kmv), including Ohio Creek, Barren, and Upper and Lower Coal Bearing members (Kmvc), as well as the Rollins Sandstone member (Kmvr); and the Mancos Shale unit (Km), which may act as a thick, poorly transmissive confining layer.

The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qgf, and Qgo), which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation ditch and irrigation return flow. There may be lateral and vertical connection (upward or downward groundwater flow depending on position in the hydrologic system) between the unconsolidated materials and the Tertiary and Cretaceous sedimentary units in the underlying bedrock formations.

Three broad hydrostructures occur in the Oak Mesa area: 1) the northwest-trending Roatcap Creek fault zone and associated en-echelon faults to the east; 2) the northeast-trending Upper Leroux Creek fault zone and en-echelon lineaments such as the Dever Creek lineament; and 3) the north-south-trending Jay Creek lineament-fracture zone and associated en-echelon lineaments such as Lower Leroux Creek and faults such as the west Oak Mesa fault. These hydrostructures function as French drains and are responsible for various springs and groundwater discharge and recharge areas observed in Roatcap, Jay, and Leroux creeks. These hydrostructures move significant quantities of groundwater horizontally and vertically, interconnecting the shallow aquifers with deep bedrock aquifers.

BLM_0148652

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, two CSMs in the Oak Mesa study area—Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems; and Regional Bedrock Subsystems—are discussed. Specifically, the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystems in the Oak Mesa area are dominated by the Quaternary unconsolidated materials, which receive recharge by infiltration of precipitation (snow and rain in the highest elevations in the north part of Oak Mesa), leaky irrigation ditches (for example, the Overland Ditch), infiltration at reservoir sites (for example, West Reservoir on Oak Mesa), and losing streams, such as the central reaches of Leroux, Cow, Jay, and Roatcap creeks.

Groundwater flow on top of Oak Mesa then moves with topography into Dever Creek to the west, and Jay Creek to the east.  In addition, groundwater that flows through the hillslope deposits in the northeast area eventually discharges into Roatcap Creek, which in turn flows through the hillslope deposits in the northwest area, eventually discharging into Cow Creek.  In the valley of Jay Creek, the groundwater system flows parallel to the creek.  Jay Creek becomes a losing stream about halfway down the mesa, and the stream and shallow groundwater system recharge the Cretaceous Mesaverde Bedrock system at about the Coal Bearing members unit. In the valley of Roatcap Creek, the groundwater system flows parallel to the creek.  Roatcap Creek becomes a losing stream about halfway down the valley from the headwaters to the North Fork of the Gunnison River, and the stream and shallow groundwater system recharge the Cretaceous Mesaverde Bedrock system at about the Coal Bearing members units.  The groundwater system flows in the valley of Leroux Creek parallel to the creek.  Leroux Creek and the Leroux Creek aquifer receive large quantities of water from other bedrock and alluvial aquifers on Grand Mesa, and receive enhanced recharge from the Overland Ditch, Cow Creek, the hillslope materials, high precipitation amounts, and leakage and enhancement from various reservoirs and irrigation ditches.  The lower reaches of Leroux, Cow, Jay, and Roatcap creeks are losing streams located along French drains, and are areas of recharge to the regional Wasatch and Mesaverde bedrock aquifers.

The Regional Bedrock Subsystems in the Oak Mesa study area include the following potentially water-bearing units: Tertiary Wasatch Fm (Tw); Cretaceous Mesaverde Formation (Kmv), including Ohio Creek, Barren, and Upper and Lower Coal Bearing members (Kmvc), as well as the Rollins Sandstone member (Kmvr); and the Mancos Shale unit (Km).  The bedrock units are variably saturated based on location and proximity to recharge area.  The Mesaverde aquifer is partially saturated in the south and central areas of Oak Mesa, as evidenced by the water levels recorded in well logs.  The water table appears to be above the Upper and Lower Coal Bearing units, which suggests that dewatering will be necessary. Groundwater flows vertically, then horizontally to the north along hydrostructures that become part of the regional groundwater flow system.  The groundwater flow direction in the regional bedrock systems is from south to north beneath Oak Mesa and Grand Mesa, and is away from the coal mining activities, drinking water supplies, and Delta County in general.

The main land use in the Oak Mesa area is agricultural, and includes irrigated land cultivation and cattle grazing. The Oak Mesa study area consists primarily of mesa top, hillslope, bottomland, and terraces, limiting the irrigated areas to the top and lower portions of the

BLM_0148653

subsystems where there are a number of unlined and leaky irrigation ditches that are excavated in mostly unconsolidated Quaternary deposits. The water leaking from the ditches and the return flow from irrigated lands may recharge the underlying groundwater system, forming a local groundwater mound or divide, and may contribute significantly to the local water balance, increase the water table elevation, and alter groundwater flow patterns.

The hydrology of a natural groundwater hydrologic system will be altered by the construction and operation of the proposed underground coal mining operation. During dewatering, the coal mine may act as a very large well, drawing water in towards it from surrounding areas. Depending on management strategies for water disposal, water levels may increase in other locations. Groundwater levels in the bedrock systems will also be altered in the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system may have unintended ecological, geo-hydrological, and legal consequences.

The mesa top and upper hillslope parts of the Mesa Top, Hillslope, and Valley Bottom Shallow Aquifer Subsystem are least likely to be affected by the mining operations, as they are located in the recharge area and shallow groundwater flow system above the bedrock dewatering zone. However, the amount of groundwater discharge from the bedrock to the shallow aquifers in the lower hillslope and valley bottom areas in the Leroux Creek drainage may be reduced by dewatering action, which could affect the Hotchkiss water supply. In addition, significant amounts of alluvial water in both Jay and Roatcap creeks may be reduced due to mine dewatering.

The GIS maps resulting from this study provide for use in planning and management of groundwater resources in the Oak Mesa area. The database formats that have been used in this study include ESRI shape files, database tables, georeferenced images, and ESRI GRID files (for the DEM, among others). The GIS map and database for the Oak Mesa study were prepared using ArcView™ version 8.3 and Arc-Desktop™ version 10.1 (ESRI®, Redlands, California).

Two multi-layer GIS maps have been prepared for this study: 1) a map with hydrologic and hydrogeologic features of Delta County; and 2) a map with hydrologic and hydrogeologic features of the Oak Mesa area. The GIS maps consist of a number of layers representing various data types relevant to the assessment of groundwater resources at user-specified locations. The GIS layers of the Delta County and Oak Mesa maps contain three types of geographic information: 1) general geographic .information (county border, roads, towns) used primarily for orientation purposes; 2) hydrologic information (including precipitation, watersheds, streams, lakes/ponds, irrigation ditches, and irrigated areas); and 3) hydrogeologic information (including hydrogeologic units, faults and hydrostructures, springs, and wells.

BLM_0148654

## 5    REFERENCES

Ackerman, D.J., and T. Brooks. 1986. *Reconnaissance of Ground-Water Resources in the North Fork Gunnison River Basin, Southwestern Colorado*. U.S. Geological Survey. Water Resources Investigations 85-4230.

Brooks, T. 1983. *Hydrology and subsidence potential of proposed coal-lease tracts in Delta County, Colorado.* U.S. Geological Survey. Water Resources Investigations 83-4069.

Brooks, T., and D.J. Ackerman. 1985. *Reconnaissance of Ground-Water Resources in the Lower Gunnison River Basin, Southwestern Colorado.* U.S. Geological Survey. Water Resources Investigations 84-4185.

Cordilleran Compliance Services, Inc. 2002. *Hydrogeology of the South Flank of the Grand Mesa in the Vicinity of Cedaredge and Paonia, Delta County, Colorado*. Prepared for Gunnison Energy Corporation.

Daly, C., and G.L. Johnson. 1999. PRISM *Spatial Climate Layers: An Overview of the USDA-NRCS Spatial Climate Mapping Project.* PRISM Guide Book. PRISM Group, Oregon State University in cooperation with USDA-NRCS.

Davis, S.N., and R.J.M. DeWiest. 1966. *Hydrogeology.* John Wiley & Sons, New York.

Day, W.C., G.N. Green, D.H. Knepper, Jr., and R.C. Phillips. 1999. *Mineral Resource Assessment Area, Southwestern Colorado and Digital Data for the Leadville, Montrose, Durango, and Colorado Parts of the Grand Junction, Moab, and Cortez 1° X 2° Geologic Maps'*. U.S. Geological Survey. Open-File Report 99-427.

Ellis, M.S., D.L. Gaskill, and C.R. Dunrud. 1987. *Geologic Map of the Paonia and Gunnison Area, Delta and Gunnison Counties, Colorado.* U.S. Geological Survey. Coal Investigations Map C-109.

Freethey, G.W., and G.E. Cordy. 1991. *Geohydrology of Mesozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin.* U.S. Geological Survey. Professional Paper 1411-C.

Geldon, A.L. 2003. *Hydrologic Properties and Ground-Water Flow Systems of the Paleozoic Rocks in the Upper Colorado River Basin in Arizona, Colorado, New Mexico, Utah, and Wyoming, Excluding the San Juan Basin.* U.S. Geological Survey. Professional Paper 1411-B.

Hail, W. J., Jr. 1972a. *Reconnaissance Geologic Map of the Cedaredge Area, Delta County, Colorado.* U.S. Geological Survey. IMAP 697.

Hail, W. J., Jr. 1972b. *Reconnaissance Geologic Map of the Hotchkiss Area, Delta and Montrose Counti*es, Colorado. U.S. Geological Survey. IMAP 698.

BLM_0148655

Kolm, K. E., P.K.M. van der Heijde, J.S. Downey, and E.D. Gutentag. 1996. *Conceptualization and Characterization of Ground-Water Systems*. In: Subsurface Fluid-Flow (Ground Water and Vadose Zone) Modeling, ASTM STP 1288, J. D. Ritchey and J. O. Rumbaugh, eds., American Society for Testing and Materials, West Conshohocken, PA.

Robson, S.G., and E.R. Banta. 1995. Groundwater Atlas of the United States: Colorado Plateau Aquifer. U.S. Geological Survey, HA 730-C.

Topper, R., K.L. Spray, W.H. Bellis, J.L. Hamilton, and P.E. Barkmann, 2003. *Ground Water Atlas of Colorado*. Colorado Geological Survey, Special Publication 53.

Tweto, O., R.H. Moench, and J.C. Reed. 1978. *Geologic Map of the Leadville 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado*. U.S. Geological Survey. Miscellaneous Investigations Series Map I-999, scale 1:250000.

Tweto, O, T.A. Steven, W.J. Hail, and R.H. Moench. 1976. *Preliminary Geologic Map of the Montrose 1 Degree x 2 Degrees Quadrangle, Northwestern Colorado*. U.S. Geological Survey. Miscellaneous Field Studies Map MF-761, scale 1:250000.

Watts, K.R., 2008. *Availability, Sustainability, and Suitability of Ground Water, Rogers Mesa, Delta County, Colorado—Types of Analyses and Data for Use in Subdivision Water-supply Reports*. U.S. Geological Survey. Scientific Investigation Report 2008–5020.

Whitney, J.W. 1981. *Surficial Geologic Map of the Grand Junction 1 Degree x 2 Degrees Quadrangle, Colorado and Utah*. U.S. Geological Survey. Miscellaneous Investigations Series Map I-1289, scale 1:250000.

Williams, P.L. 1964. *Geology, Structure, and Uranium Deposits of the Moab Quadrangle, Colorado and Utah*. U.S. Geological Survey. Miscellaneous Geologic Investigations Map I-360, scale 1:250000.

BLM_0148656

# Appendix 1. Climate Data for the Oak Mesa Area, Delta County
(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 24.0 | 24.2 | 32.4 | 39.4 | 50.1 | 62.1 | 67.9 | 64.1 | 56.4 | 44.8 | 33.7 | 23.5 | 43.5 |
| Average Min. Temperature (F) | -1.1 | -0.5 | 6.5 | 14.9 | 25.3 | 34.3 | 40.4 | 38.6 | 30.7 | 22.2 | 11.0 | 1.4 | 18.6 |
| Average (Mean) Temperature (F) | 11.4 | 11.8 | 19.1 | 27.2 | 37.8 | 48.2 | 54.2 | 51.3 | 43.6 | 33.5 | 22.4 | 12.5 | 31.1 |
| Average Total Precipitation (in.) | 3.02 | 2.80 | 3.89 | 3.03 | 2.19 | 1.31 | 2.26 | 2.52 | 2.36 | 2.98 | 2.93 | 3.50 | 32.79 |
| Average Total Snow Fall (in.) | 32.0 | 38.2 | 41.9 | 24.2 | 7.2 | 0.4 | 0.0 | 0.0 | 1.4 | 12.6 | 18.2 | 38.4 | 214.5 |
| Average Snow Depth (in.) | 46 | 55 | 65 | 46 | 18 | 0 | 0 | 0 | 0 | 1 | 11 | 36 | 23 |

**Table 1. Monthly Climate Summary for Bonham Reservoir, Colorado [station 050825] for period 7/1/1963 to 5/31/2012.**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 38.8 | 44.2 | 52.2 | 62.2 | 72.0 | 82.1 | 87.9 | 85.5 | 77.9 | 66.0 | 50.7 | 40.2 | 63.3 |
| Average Min. Temperature (F) | 14.5 | 19.8 | 26.0 | 33.2 | 40.9 | 48.7 | 55.3 | 53.3 | 45.6 | 35.5 | 24.8 | 16.7 | 34.5 |
| Average (Mean) Temperature (F) | 26.6 | 32.0 | 39.1 | 47.7 | 56.4 | 65.4 | 71.6 | 69.4 | 61.8 | 50.8 | 37.7 | 28.4 | 48.9 |
| Average Total Precipitation (in.) | 0.90 | 0.89 | 1.11 | 1.04 | 1.11 | 0.70 | 0.89 | 1.20 | 1.18 | 1.32 | 0.86 | 0.87 | 12.07 |
| Average Total Snow Fall (in.) | 11.3 | 8.4 | 6.8 | 2.5 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 4.0 | 8.9 | 43.4 |
| Average Snow Depth (in.) | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 |

**Table 2. Monthly Climate Summary for Cedaredge, Colorado [station 051440] for period 1/1/1898 to 5/31/1994.**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 38.7 | 47.0 | 57.4 | 67.6 | 77.5 | 87.9 | 93.1 | 90.1 | 82.4 | 69.9 | 53.4 | 40.6 | 67.1 |
| Average Min. Temperature (F) | 12.2 | 19.0 | 26.1 | 33.8 | 41.9 | 48.5 | 54.8 | 53.1 | 44.1 | 33.4 | 22.8 | 14.6 | 33.7 |
| Average (Mean) Temperature (F) | 25.5 | 33.0 | 41.8 | 50.7 | 59.7 | 68.3 | 73.9 | 71.6 | 63.2 | 51.6 | 38.1 | 27.6 | 50.4 |
| Average Total Precipitation (in.) | 0.48 | 0.43 | 0.56 | 0.61 | 0.75 | 0.48 | 0.72 | 1.12 | 0.94 | 0.93 | 0.53 | 0.44 | 8.01 |
| Average Total Snow Fall (in.) | 4.6 | 2.7 | 2.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 1.5 | 3.7 | 15.2 |
| Average Snow Depth (in.) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Table 3. Monthly Climate Summary for Delta, Colorado [station 052192] for period 1/1/1893 to 12/31/1999.**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bonham Reservoir (32.79" annually) | 3.41 | 3.7 | 4.74 | 3.57 | 2.75 | 1.40 | 2.29 | 2.48 | 2.29 | 3.15 | 3.94 | 4.01 | 37.75 |
| Cedaredge (12.07" annually) | 1.10 | 0.93 | 1.25 | 1.08 | 1.18 | 0.64 | 0.88 | 1.14 | 1.27 | 1.55 | 1.30 | 1.08 | 13.39 |
| Delta (8.01" annually) | 0.51 | 0.37 | 0.59 | 0.59 | 0.71 | 0.48 | 0.74 | 0.84 | 0.97 | 1.00 | 0.70 | 0.47 | 7.97 |

**Table 4. Average Total Precipitation (in.) for period 1/1/1971 to 12/31/2000**

11/1/2016                    DEPARTMENT OF THE INTERIOR Mail - Additional attachments from Delta County



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Additional attachments from Delta County
1 message

---

**Robbie LeValley** <rlevalley@deltacounty.com>                    Tue, Nov 1, 2016 at 4:29 PM
To: "UFORMP@blm.gov" <UFORMP@blm.gov>
Cc: Doug Atchley <datchley@deltacounty.com>, Bruce Hovde <bhovde@deltacounty.com>, Mark Roeber
<mroeber@deltacounty.com>, Bruce Bertram <bertram@tds.net>


*Robbie Baird LeValley*

*Delta County Administrator*

*970-874-2102*

---

**NOTICE:** This email transmission from the County of Delta, and any documents, files, or previous email messages attached to it, are intended solely for the individual(s) to whom it is addressed and may contain information that is confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any unauthorized review, forwarding, printing, copying, distribution, or use of this transmission or the information it contains is strictly prohibited. A misdirected transmittal of this email does not constitute waiver of any applicable privilege. If you received this transmission in error, please immediately notify the sender and delete the original transmission and its attachments. Notwithstanding the foregoing, sender and receiver should be aware that all incoming and outgoing emails may be subject to the Colorado Open Records Act, C.R.S. 24-72-100.1 et seq. Thank you.

---

📄 **Phase3-Surface_Creek_Valley_Study_Report_Opt_201502091519273677.pdf**
16735K

BLM_0148658

# GROUNDWATER SYSTEMS IN DELTA COUNTY, COLORADO: SURFACE CREEK VALLEY AREA

## GIS-Based Hydrological and Environmental Systems Analysis and Formulation of Conceptual Site Models



**Authors:**
**Dr. Kenneth E. Kolm, Hydrologic Systems Analysis, LLC., Golden, Colorado**
**and**
**Paul K.M. van der Heijde, Heath Hydrology, Inc., Boulder, Colorado**

**Prepared For:**
**Delta County Board of County Commissioners, Colorado**

**October 2014**

BLM_0148659

Front Page: Surface Creek Valley at Cedaredge (March 2014).

BLM_0148660

# Table of Contents

1. INTRODUCTION ................................................................................................. 1

2. DEVELOPMENT OF CONCEPTUAL MODELS OF THE SURFACE CREEK
VALLEY (SCV) STUDY AREA ........................................................................... 5
   2.1 Climate ............................................................................................................ 5
   2.2 Topography and Geomorphology ................................................................... 9
   2.3 Surface Water Characteristics and Springs .................................................... 11
   2.4 Hydrogeologic Framework ............................................................................. 15
       2.4.1 Regional Hydrogeologic Units ........................................................... 16
       2.4.2 Hydrogeologic Units of the SCV Area .............................................. 18
       2.4.3 Hydrostructural Units of the SCV Area ............................................. 21
   2.5 Groundwater Flow Systems............................................................................. 26
   2.6 Groundwater System Conceptual Site Models by Subsystem ........................ 28
       2.6.1 Mesa Top and Hillslope Shallow Aquifer Subsystems .................... 28
       2.6.2 Valley Bottom Shallow Aquifer Subsystems .................................... 34
       2.6.3 Regional Bedrock Aquifer Subsystems ............................................. 41
   2.7 Anthropogenic Influences ............................................................................... 42
       2.7.1 Effects of Land Use Changes on Groundwater Systems .................... 42
       2.7.2 Potential Effects of Oil and Gas on Hydrology ................................. 43

3. GIS MAPS, LAYERS, DATABASES, AND DATA SOURCES ...................... 46
   3.1 GIS and GIS Maps .......................................................................................... 46
   3.2 Use of GIS in the SCV Area Study ................................................................. 46
   3.3 GIS Map, Layers, and File Structure .............................................................. 48
   3.4 Data Sources and Databases............................................................................ 49

4. SUMMARY AND CONCLUSIONS ................................................................. 52

5. REFERENCES ................................................................................................... 57

BLM_0148661

## List of Tables

Table 1a    Average Maximum, Minimum and Mean Monthly and Annual Temperature, and Average Monthly and Annual Precipitation, Snow Fall and Snow Depth for Cedaredge (051440) for period 1/1/1898 to 5/31/1994 ..... 7

Table 1b    Average Maximum, Minimum and Mean Monthly and Annual Temperature, and Average Monthly and Annual Precipitation, Snow Fall and Snow Depth for Delta (052192) for period 1/1/1893 to 12/31/1999 ...... 7

Table 2a    Correlation of Geological and Hydrogeologic Units in the SCV Study Area: Unconsolidated Sediments............................................................. 24

Table 2b    Correlation of Geological and Hydrogeologic Units in the SCV Study Area: Bedrock Units ....................................................................... 25

## List of Figures

Figure 1    Location of the Surface Creek Valley Study Area and the Major Regional Watersheds.......................................................................... 1

Figure 2    Surface Creek Valley Display Area, Showing the Water Planning Areas and the Study Area's Major Streams. .......................................... 2

Figure 3    Surface Creek Valley Study and Display Areas in Relationship to the Areas Covered by the Previous Studies. Also Shown Is the Area Covered by the Integrated Hydrogeological Databases Generated in this and Previous Studies ............................................................................... 3

Figure 4    Location of NWS/COOP Weather Stations in and near Delta County and the SCV Study Area. ............................................................. 6

Figure 5a   Average Monthly Precipitation, Snow Fall and Snow Depth for Cedaredge (051440) for period 1/1/1898 to 5/31/1994 ....................... 8

Figure 5b   Average Monthly Precipitation, Snow Fall and Snow for Delta (052192) for period 1/1/1893 to 12/31/1999 ........................................ 8

Figure 6    Spatial Distribution of the Average Annual Precipitation in the SCV Area, Delta County, Colorado ..................................................... 9

Figure 7    Topography in the SCV Area.......................................................... 10

Figure 8    Major Watersheds, Streams, Reservoirs and Ditches in the SCV Area ...... 12

Figure 9    Springs and Seeps in Relationship to Irrigated Areas and Hydrogeology in the SCV Area ...................................................................... 13

Figure 10   Generalized Map Showing Regional Geographic and Geological Features 17

Figure 11   Composite Large Scale Map of the Geology of Delta County ................ 18

Figure 12   Generalized Northeast-Southwest Geological Cross Section Representative for Delta County .................................................................... 19

Figure 13   Map Showing the Shallow Unconsolidated Hydrogeologic Units in the SCV Area ............................................................................... 20

Figure 14   Map Showing Top of Bedrock Hydrogeologic Units in SCV Area ............ 21

BLM_0148662

Figure 15    Map Showing Major Hydrostructures (Faults and Fracture Zones) in the SCV Area ............................................................................ 22

Figure 16    Map Showing the Locations of the Cross-sections Representative for the Conceptual Site Models in the SCV Area on Top of the Hydrogeologic Units .................................................................................. 29

Figure 17    Google Earth View of the Study Area Looking North ........................... 30

Figure 18a   East-west Cross-sectional View of the Conceptual Site Models of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems in the SCV Study Area (Western section; A-A' in Figure 16) ........................ 30

Figure 18b   East-west Cross-sectional View of the Conceptual Site Models of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems in the SCV Study Area (Eastern section; A''-A''' in Figure 16) ........................ 31

Figure 19    North-south Cross-sectional View of the Conceptual Site Models of the Mesa Top and Hillslope Subsystem in the Redlands Mesa area (B-B'' in Figure 16) ............................................................................... 31

Figure 20    Plan View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems with Discharge Zones and Groundwater Flow Direction ...................................................... 32

Figure 21a   Google Earth View of the Mesa Top and Hillslope Subsystem at Redlands Mesa, Looking North. Note Groundwater Discharge in the Gullies at the Southern Slopes of Redlands Mesa and the Line of Seepage from a Ditch Halfway Down the Slopes (dark green areas) ...................................... 33

Figure 21b   Google Earth View of the Mesa Top and Hillslope Subsystem at Redlands Mesa, Looking Northeast. Note Groundwater Discharge Areas in Discontinuous Hillslope Deposits on Northwestern Side of Redlands Mesa. In Some Areas Hillslope Deposits Connect Gravels on Top of Mesa with Currant Creek Alluvium ................................................................ 33

Figure 22    North-south Cross-sectional View of the Conceptual Site Models of the Mesa Top and Hillslope Subsystem in the Cedar Mesa Area (C-C' in Figure 16) ........................................................................................ 34

Figure 23a   Google Earth View of the Mesa Top and Hillslope Subsystem at Cedar Mesa, Looking North. Note Groundwater Discharge at the Southeastern Slopes along Currant Creek and towards Harts Basin on the Southwestern Slopes (dark green areas) .............................................................. 35

Figure 23b   Google Earth View of the Mesa Top and Hillslope Subsystem at Harts Basin, Looking Northeast. Note Groundwater Discharge from Harts Basin Is Towards Fruitgrowers Reservoir; Groundwater Discharge from Antelope Hill Is Primarily Through Springs and Seeps (dark green areas) ............... 35

Figure 24    North-south Cross-sectional View of the Conceptual Site Models of the Valley Bottom Shallow Aquifer Subsystem in the Surface Creek Valley (D-D' in Figure 16) .......................................................................... 36

Figure 25a   Google Earth View of the Valley Bottom Subsystem in the Currant Creek Drainage, Looking Southwest ...................................................... 37

BLM_0148663

Figure 25b     Google Earth View of the Upper Section of the Valley Bottom Subsystem at Surface Creek, Looking Northeast. Note the Shale Outcroppings in the Lower Left and Right Indicative of Local Near-surface Bedrock .............. 38

Figure 25c     Google Earth View of the Lower Part of the Valley Bottom Subsystems at Surface and Tongue Creeks and Tributaries, Looking North. Note Groundwater Discharge Zones at Southern Slopes of Surface Creek Valley System (dark green areas directly below terrace) and Effects of Leaking Ditch Along Bottom of Southern Slopes ........................................ 39

Figure 25d     Google Earth View of the Upper Part of the Valley Bottom Subsystem at Tongue Creek and Tributaries, Looking North ................................. 40

Figure 25e     Google Earth View of Detail of Central  Part of the Valley Bottom Subsystem at Tongue Creek and Tributaries, Looking East. Note Seepage Faces and 'Wet' Landslide Deposits on Terrace Slopes .......................... 40

Figure 26      Plan View of the Conceptual Site Model of the Regional Bedrock Subsystems ................................................................................. 41

Figure 27      Anthropogenic Influences: Irrigated Areas and Irrigation Ditches in the SVC Area ........................................................................................ 43

Figure 28      Anthropogenic Influences: Constructed Wells in the SCV Area ............. 44

Figure 29      Delta County GIS Map Showing SCV Study Area, Area Covered by Hydrogeological Databases, Streams, Ditches and Roads on Top of County-wide Geology ................................................................................. 47

Figure 30      SCV GIS Map Showing Streams, Ditches and Irrigated Areas on Top of Unconsolidated Hydrogeologic Units and Groundwater Discharge Areas ... 47

Figure 31      NFVSC GIS Map Showing Streams, Ditches and SCV Study Area on Top of Hydrogeologic Unconsolidated and Bedrock Units and Hydrogeologic Structures ................................................................................. 48

Figure 32      GIS Map Showing the Attribute Table for the Hydrogeologic Structures (Hydrostructures) Layer in the SCV Area ....................................... 49

BLM_0148664

# 1    INTRODUCTION

Under an agreement with Delta County, Colorado, Hydrologic Systems Analysis LLC (HSA) of Golden, Colorado, in conjunction with Heath Hydrology, Inc. (HHI) of Boulder, Colorado, was tasked to perform a study of the groundwater resources of the valley and surrounding area of Surface Creek in Delta County, Colorado between Leroux Creek to the East, Dirty George Creek to the West, US Forest Service lands to the North, and the Gunnison River to the South (Figure 1). The delineation of the study area is based on the nature and extent of the major hydrogeological systems present, the hydrology of the area, and water resources related land use considerations. The study area is located in the North Fork and Lower Gunnison watersheds and roughly covered by Delta County water planning areas 1b, 1c, 1f, 2b, 4d, 6 and a small part of sections 3c and 4b, located to the north of the Gunnison River between Delta and Hotchkiss (Figures 1 and 2). The study area is to the west and adjacent to the previously conducted Oak Mesa and North Fork Valley groundwater studies (*Kolm and van der Heijde, 2012, 2013*; Figure 3), but does not include Rogers Mesa as its groundwater system has already been studied by the US Geological Survey (*Watts, 2008*). It should be noted that for display purposes in this report a rectangular area is used, referred to as *Clipping or Display Area*, which include the entire Surface Creek Valley study area (Figures 1 and 3). However, all analyses regarding the groundwater systems in this report are focused on the irregular shaped *Surface Creek Valley (SCV) Study Area*.



**Figure 1. Location of the Surface Creek Valley Study Area and the Major Regional Watersheds.**

BLM_0148665

This study includes a Hydrologic and Environmental System Analysis (HESA) of the groundwater system in the study area and the development of GIS databases and maps of hydrogeologic and hydrologic characteristics of this groundwater system. The HESA is documented in this report, which also contains a description of the development and use of the GIS databases and maps. The report and GIS databases provide support for planning, zoning and other decision-making tasks of county staff, including those related to protection of groundwater resources for use as public or communal water supplies.



**Figure 2.  Surface Creek Valley Display Area, Showing the Water Planning Areas and the Study Area's Major Streams.**

The GIS maps have been created, in part, from previously published, or otherwise available public information, as well as the results of the HESA. Additional data layers and evaluation were needed to construct the GIS database – particularly with respect to the hydrogeologic layers. The HESA included a few scoping site visits to the study area; no additional fieldwork has been conducted. The maps (and underlying databases) have been produced using the ARCGIS/ARCMAP GIS software system.

The Surface Creek Valley groundwater study included the following tasks:

BLM_0148666

1. Conduct a comprehensive HESA and formulate relevant conceptual hydrologic site models to provide the physical framework for the availability, sustainability and vulnerability assessments;

2. Refine and, if necessary, extend the hydrogeologic nomenclature developed in previous studies;

3. Digitize existing geologic maps – to the extent and detail necessary for the project – and converting them to hydrogeologic system layers in the GIS, including layers showing hydrogeologic units and characteristic stacks of such units, and hydrostructures; and

4. Adapt additional hydrological and other GIS maps and databases needed to evaluate the groundwater resources in the county; these databases will contain data from various public domain sources.



**Figure 3. Surface Creek Valley Study and Display Areas in Relationship to the Areas Covered by the Previous Studies. Also Shown Is the Area Covered by the Integrated Hydrogeological Databases Generated in this and Previous Studies.**

The hydrogeological databases for the SCV study area are a continuation and extension of the hydrogeological databases prepared during the earlier studies and include the results of the earlier studies. They provide coverages for the area shown in Figure 3 (see chapter 3 for details).

BLM_0148667

It should be noted that that these maps and databases will not obviate the need for additional hydrogeologic analysis on a site-specific/parcel-specific basis by developers and/or the County, or in any water right, geotechnical, or environmental study requiring due diligence. These maps and the associated groundwater evaluation procedure are intended to be used as indicators only, as part of a multi-step land use decision-making process, and to provide a starting point for further study of the County's groundwater resources.

BLM_0148668

## 2     DEVELOPMENT OF CONCEPTUAL SITE MODELS OF THE SURFACE CREEK VALLEY (SCV) STUDY AREA

HESA is an approach used to conceptualize and characterize relevant features of hydrologic and environmental systems, integrating relevant considerations of climate, topography, geomorphology, groundwater and surface water hydrology, geology, ecosystem structure and function, and the human activities associated with these systems into a holistic, three-dimensional dynamic conceptual site model (CSM). This watershed-based, hierarchical approach is described by Kolm and others (*1996*) and codified in ASTM D5979 Standard Guide for Conceptualization and Characterization of Ground Water Systems *(ASTM 1996(2008))*.  The CSM of the SCV study area covers elements of climate, topography, soils and geomorphology, surface water characteristics, hydrogeologic framework, hydrology, and anthropogenic activity as related to the shallow groundwater systems in the study area.

Based on field surveys and a preliminary HESA, a number of hydrogeologic subsystems were identified within the SCV study area. Each of these subsystems has a unique hydrogeologic setting and groundwater flow system and is described in detail in forthcoming sections of the report. Furthermore, current anthropogenic modifications of the natural hydrologic features in these subsystems were identified, including groundwater recharge from large scale irrigation ditches and reservoirs, groundwater recharge from irrigated acreage subsurface return flow, and increased or decreased groundwater discharge from existing or newly created springs and seeps. A brief discussion of potential modification of natural flow patterns and impacts on water budgets from proposed oil and gas activities is included.

### 2.1 Climate

The climate in the study area has both local and regional components and includes effects of elevation and slope aspect (*i.e.*, steepness and orientation with respect to the prevailing winds and sun exposure). The presence of Grand Mesa further influences the climate at the lower elevations by orographic precipitation effects, causing enhanced precipitation on the windward side and local and regional rain shadows on the leeward sides. From the relevant weather stations of the National Weather Service (NWS) Cooperative Network (COOP) near the study area Cedaredge (COOP 051440), located near the town of Cedaredge, and Delta (COOP 052192), located in the town of Delta, have been selected as representative for the study area (Figure 4). Table 1 shows monthly and annual long-term averages for temperature, precipitation, snowfall and snow depth (*WRCC, 2013*); Figure 5 summarizes the average total monthly precipitation (*i.e.*, rain and snowfall SWE - Snow Water Equivalent), snowfall (*i.e.*, thickness of freshly fallen snow), and snow depth (*i.e.*, snow pack) for the two stations. These two stations are located well to represent the climatic differences and, therefore, climatic and hydrologic gradation from the core of the five subsystems of the SCV study area to be discussed, and their down-gradient boundary regions.

The NWS data were used by the Natural Resources Conservation Service (NRCS) to prepare a map of spatially distributed precipitation corrected for elevation (see Figure 6).  As these data sources show, there is a significant precipitation gradient in the area from about 30

BLM_0148669

inches annually at the far northern boundary of the study area on the southern slopes of Grand
Mesa to about 8 inches near the Gunnison River in the southwest corner of the study area.



**Figure 4.  Location of NWS/COOP Weather Stations in and near Delta County and the SCV Study Area.**

Precipitation type (rainfall versus snowfall), amount, and temporal and spatial
distribution are important for determining the amount of recharge that a groundwater system may
receive, particularly as infiltration from precipitation to the shallow bedrock groundwater
systems.  Average annual precipitation determines the climate of the project area, and in the case
of the Surface Creek Valley, the topographically higher terrains near Grand Mesa are humid-to-
subhumid and cool and have excellent groundwater recharge potential, both from rainfall in the
spring, summer, and autumn months, and from the melting of snowpack throughout the winter
and early spring, especially where covered by gravels and slope deposits. By comparison, the
lower parts of the hydrologic system, including the terraces and stream valleys between
Cedaredge and the Gunnison River, are mostly semi-arid-to-arid and have a small natural
recharge potential, mostly from rain and some snow throughout the winter and spring.  The
summer months are characterized by high evaporation rates and are too desiccated for significant

BLM_0148670

groundwater infiltration and recharge. Thus, most of the natural groundwater recharge in the near-surface aquifers occurs during a very short period of time in the winter and early spring (December to March). It should be noted that the entire study area has groundwater recharge potential, with even the driest areas probably receiving about 1- 2 inches of recharge annually. This is important when considering the ultimate groundwater system flow directions and areas of groundwater recharge.

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 38.8 | 44.2 | 52.2 | 62.2 | 72.0 | 82.1 | 87.9 | 85.5 | 77.9 | 66.0 | 50.7 | 40.2 | 63.3 |
| Average Min. Temperature (F) | 14.5 | 19.8 | 26.0 | 33.2 | 40.9 | 48.7 | 55.3 | 53.3 | 45.6 | 35.5 | 24.8 | 16.7 | 34.5 |
| Average (Mean) Temperature (F) | 26.6 | 32.0 | 39.1 | 47.7 | 56.4 | 65.4 | 71.6 | 69.4 | 61.8 | 50.8 | 37.7 | 28.4 | 48.9 |
| Average Total Precipitation (in.) | 0.90 | 0.89 | 1.11 | 1.04 | 1.11 | 0.70 | 0.89 | 1.20 | 1.18 | 1.32 | 0.86 | 0.87 | 12.07 |
| Average Total Snow Fall (in.) | 11.3 | 8.4 | 6.8 | 2.5 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 4.0 | 8.9 | 43.4 |
| Average Snow Depth (in.) | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 |

**Table 1a. Average Maximum, Minimum and Mean Monthly and Annual Temperature, and Average Monthly and Annual Precipitation, Snow Fall and Snow Depth for Cedaredge (051440) for period 1/1/1898 to 5/31/1994. (Source: Western Regional Climate Center (WRCC), Desert Research Institute, Reno, Nevada).**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 38.7 | 47.0 | 57.4 | 67.6 | 77.5 | 87.9 | 93.1 | 90.1 | 82.4 | 69.9 | 53.4 | 40.6 | 67.1 |
| Average Min. Temperature (F) | 12.2 | 19.0 | 26.1 | 33.8 | 41.9 | 48.5 | 54.8 | 53.1 | 44.1 | 33.4 | 22.8 | 14.6 | 33.7 |
| Average (Mean) Temperature (F) | 25.5 | 33.0 | 41.8 | 50.7 | 59.7 | 68.3 | 73.9 | 71.6 | 63.2 | 51.6 | 38.1 | 27.6 | 50.4 |
| Average Total Precipitation (in.) | 0.48 | 0.43 | 0.56 | 0.61 | 0.75 | 0.48 | 0.72 | 1.12 | 0.94 | 0.93 | 0.53 | 0.44 | 8.01 |
| Average Total Snow Fall (in.) | 4.6 | 2.7 | 2.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 1.5 | 3.7 | 15.2 |
| Average Snow Depth (in.) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Table 1b. Average Maximum, Minimum and Mean Monthly and Annual Temperature, and Average Monthly and Annual Precipitation, Snow Fall and Snow Depth for Delta (052192) for period 1/1/1893 to 12/31/1999. (Source: Western Regional Climate Center (WRCC), Desert Research Institute, Reno, Nevada).**

BLM_0148671



**Figure 5a. Average Monthly Precipitation, Snow Fall and Snow Depth for Cedaredge (051440)**
**for period 1/1/1898 to 5/31/1994.**
**(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**



**Figure 5b. Average Monthly Precipitation, Snow Fall and Snow for Delta (052192)**
**for period 1/1/1893 to 12/31/1999.**
**(Source: Western Regional Climate Center, Desert Research Institute, Reno, Nevada).**

BLM_0148672



**Figure 6. Spatial Distribution of the Average Annual Precipitation in the SCV Area, Delta County, Colorado (Source: Natural Resources Conservation Service 2011).**

## 2.2 Topography and Geomorphology

The surface elevation in the SCV study area ranges from about 1,525 m (≈5,000 ft) in the North Fork valley near Delta to about 2,750 m (≈9,000 ft) on the terraces, fans, and bedrock above the town of Cedaredge (Figure 7). The topography of the study area has three distinct terrains: 1) steeply sloping to gently rolling, gullied bedrock uplands; 2) poorly to moderately dissected, connected and disconnected, continuous and discontinuous hillslope fans and mass wasting features, and alluvial terraces; and 3) continuous alluvial valley bottoms.

In the core of the SCV study area--including Redlands Mesa, Cedar Mesa/Fruitgrowers Reservoir/Harts Basin, Currant Creek Valley, Surface Creek Valley, and Tongue Creek Valley-- the fans, mass wasting features, and alluvial terraces are separated topographically by fault- and fracture-controlled drainages derived from Grand Mesa. Each of these topographic regions functions as a separate hydrologic system and is not connected across the drainages to nearby systems. The effects of the stream and valley dissection on the groundwater systems will be discussed in the Groundwater System Conceptual Site Models sections.

BLM_0148673

The deeper bedrock groundwater systems, if not topographically dissected by the surficial processes, will be continuous and regional in nature. Examples of these regional systems are observed in sedimentary bedrock underlying the northern part of the SCV-study area, and these deeper bedrock systems can be a source of regional groundwater. These systems are recharged by, or are discharging into, the shallow groundwater systems depending on the geomorphic geometry. Most of the alluvial terraces, fans, and river bottoms in the study area are isolated topographically, which results in discrete and localized groundwater systems and can result in discrete and localized springs.

The topographic gradients in the SCV area can be divided into two types: 1) steep gradient bedrock slopes (greater than 2% slope); and 2) low gradient (less than 2% slope) fan and terrace levels and alluvial valley bottoms. The topographic gradient is useful in estimating the surface of the water table and for estimating the amounts of infiltration versus overland flow and interflow.



**Figure 7. Topography in the SCV Area.**
**(Sources: Natural Resources Conservation Service 2011; Delta County 2011).**

BLM_0148674

2.3 Surface Water Characteristics and Springs

The SCV study area contains parts of four local watersheds draining to the Gunnison River: Leroux Creek, Currant Creek, Surface Creek, and the Tongue Creek system, including Dirty George Creek, Ward Creek, Kiser Creek and Youngs Creek (Figure 8). Streams can be gaining flow (from groundwater) or losing flow (to groundwater), dependent on local hydrology and time of year. For example, Surface Creek, Currant Creek, and the Tongue Creek main stem and tributaries may be gaining streams in their upper reaches where groundwater discharges from the Quaternary slope deposits (Qs). In the central reaches of these streams above the irrigated regions, surface water most likely enters (recharges) the Quaternary younger valley gravels (Qgy) and Quaternary alluvium (Qal) along the river and may recharge underlying bedrock, resulting in loosing stretches of these streams. The gaining and losing dynamics of these streams is seasonal, with bank full conditions occurring during the spring runoff, and during monsoon rains resulting in losing conditions, and low water conditions occurring during the rest of the year resulting in gaining conditions. In the middle and lower reaches of these streams near and below the irrigated regions of Cedaredge and in Orchard City and near the confluence with the Gunnison River, the streams would be primarily gaining as groundwater would be discharging from the Quaternary younger valley gravels (Qgy) and Quaternary alluvium (Qal) aquifers back into the stream. There would be a net steam flow loss due to well use and irrigation evapotranspiration, but a larger net stream gain from return irrigation groundwater flow.

The Gunnison River is generally a gaining river along the southern boundary of the SCV study area due to the added ground water and surface water from the Currant Creek, Surface Creek, and Tongue Creek hydrologic systems, and from the lower Surface Creek and Cedar Mesa/Fruitgrowers Reservoir/Harts Basin groundwater systems. Groundwater flow back to the Gunnison River is driven by groundwater recharge in nearby alluvium (Qal) and younger valley gravels (Qgy) from infiltration of precipitation, leaky irrigation ditches, and flood irrigation water, and loosing stretches of tributaries along the edges of the modern alluvial valley. The Gunnison River may be locally gaining or losing due to local irrigation dynamics, and seasonality of river stage (spring flooding and monsoon storm runoff verses autumn low stream flow).

The larger mesas as well as the surface Creek valley contain local natural drainages, incising into the mesa and valley gravels mainly in southern and southwestern direction (Big Gulch, Cedar Gulch, Singley Gulch, Lawhead Gulch and Madison Gulch on Redland Mesa; Poison Gulch on Cedar Mesa; Happy Hollow Gulch in the Surface Creek Valley) (Figure 8). These local drainages provide discharge zones for the adjacent groundwater systems. Their natural eroding capacity may have been enhanced by increased runoff due to irrigation return flow.

The SCV area has Fruitgrowers Reservoir and some smaller reservoirs, as well as many ponds (primarily related to farmland modifications and sub-urban development requirements), and an extensive network of irrigation and water diversion ditches (Figure 8; see also Section 2.7). Fruitgrowers Reservoir is located between and fed by diversions from both Currant and Surface Creeks, and affects the surrounding groundwater system as a hydrologic system head

BLM_0148675

boundary (constant head in annual assessments, variable head with season in monthly assessments). Most of the smaller reservoirs and ponds, by comparison, are affiliated with local landowners, and affect only the local surrounding groundwater system. These ponds are filled with groundwater by direct discharge, or by wells or springs supplying local groundwater – most of which is sustained by irrigation, leaky ditches, or to a lesser extent, direct precipitation. These ponds leak into the local aquifer system depending upon location, and tend to concentrate nutrients.



**Figure 8. Major Watersheds, Streams, Reservoirs and Ditches in the SCV Area.**
**(Sources: NRCS 2011; Delta County 2011).**

The extensive network of ditches has been inventoried by Delta County (Figure 8; see Section 3 for details). Generally, some ditches flow more or less continuously, at least during part of the year, others are only used when fields are being irrigated. Some ditch alignments coincide with stream sections, resulting in so-called "enhanced streamflows" or "enhanced streams." Other ditch alignments contour throughout the landscape, and affect the various streams and mesas that are traversed. Most ditches are unlined, and leak water into the subsurface. More modern practices of piping have minimized this water loss. Wetlands and phreatophyte vegetation are indicators of groundwater discharge to the land surface. The irrigation ditches located on the fans and terraces and along stream valleys often have wetlands,

BLM_0148676

phreatophytes and seeps, indicative of leaky, unlined ditch perimeters, which can be a source of significant groundwater recharge to a hydrogeologic unit that may naturally be dry in normal conditions, but may be an aquifer due to long time ditch leakance into the hydrologic system. Given this situation, there may be an effect of increased surface water flow in springs and drainages due to reservoir and ditch releases that ultimately can affect groundwater recharge to shallow and bedrock systems in various areas.   These diversions and anthropogenic changes to the surface water system must be accounted for in the water balance calculations, including springs, for the overall hydrologic system of the SCV area.

Each hydrologic subsystem in the SCV area has ditches that primarily deliver water from the nearby parent stream to the irrigated lands located topographically down gradient from the highpoint of the ditch entry into the subsystem.   These ditches typically are responsible for two forms of groundwater recharge to the hydrologic subsystem: 1) If unlined, as linear groundwater recharge sources underneath and beside the ditch in areas indicated by the light blue lines showing ditch location (Figure 8); and 2) Where water is dispersed onto the crop field area, as areal groundwater recharge sources due to  irrigation return flow in areas indicated by the green irrigated fields (Figure 9).



**Figure 9. Springs and Seeps in Relationship to Irrigated Areas and Hydrogeology in the SCV Area. (Sources: CDSS 2014, NRCS 2011).**

BLM_0148677

There are three major ditch groups affiliated with the Redlands Mesa area:  1) The Highline Ditch on the east side; 2) the ditches affiliated with Cedar Gulch in the center of the mesa, including the Overland Canal, and 3) the Stull Ditch group on the west side (Figure 8). These ditches, which originate primarily from Leroux Creek, traverse the lower mesa fan gravels (Qgf) and would significantly affect springs located along the southern and western borders of the lower mesa fan gravels (Qgf) and slope deposits (Qs) (Figure 9).

There are three major ditches affiliated with the Currant Creek area: 1) Durkee Ditch on the east side of Currant Creek; 2) the West Fork of Currant Creek ditch group, which connects ditches fed from Surface Creek with those originating in Currant Creek; and 3) Transfer Ditch. The first two ditches traverse the alluvial sediments (Qal) of upper Currant Creek, and would significantly affect the springs located along the southwestern area of the alluvial fan (Qal) (Figure 9). Transfer Ditch transports water from Currant Creek to Fruitgrowers Reservoir.

There are 2 major ditches affiliated with the Cedar Mesa area:  1)  (Cedar) Mesa Ditch; and 2) Lone Pine Ditch (Figure 8).  These ditches, which originate primarily from Surface Creek, traverse the axis of the lower mesa fan gravels (Qgf) and would significantly affect the streams and Fruitgrowers Reservoir located in the southern and southwestern area of the subsystem (Figure 9).

There are various ditches affiliated with the Surface Creek area, including: 1) Child Ditch, Gipe Ditch, and  Omega Ditch between Tongue Creek and Surface Creek, originating from Surface Creek and the Tongue Creek system; and 2) West/East Fogg Ditch and West/East Butte Ditch located east of Surface Creek in the Orchard City area and originating from Surface Creek. These ditches traverse the axis of the younger valley gravels (Qgy) subparallel to Surface Creek, and would significantly affect the surface water flow of Surface Creek from the irrigated lands above the town of Cedaredge for the entire length of the stream below Orchard City (Figure 9).

Finally, there are ditches affiliated with the Tongue Creek system, which originate from the various tributaries of Tongue Creek, traverse the younger valley gravels (Qgy) and alluvium (Qal), and would significantly affect the springs and surface water flow in to the central Tongue Creek system west of Cedaredge (Figures 8 and 9).

As is indicated by wetlands, phreatophytes, and springs/seeps, these unlined ditches leak water into the groundwater systems of the upland lower mesa fan gravels and alluvial fans (Qgf) and slope deposits (Qs), younger valley gravels (Qgy) and some alluvial tributaries (Qal) that are crossed by the ditches, which serve as aquifers used for irrigation and drinking water for landowners located topographically downgradient from the ditch (see sections 2.5 and 2.6).

Springs and seeps indicate places where water flows naturally from a rock or the soil onto the land surface or into a body of surface water.  They represent the contact between (saturated) groundwater and the land surface at that location. Springs usually emerge from a single point and result in a visible and measurable flow of water, or contribute measurably to the flow of a stream or the volume of a reservoir or pond. Seeps tend to be smaller than springs, with a more distributed character, and often no visible runoff, especially in the (semi) arid West where, in

BLM_0148678

many cases, the water emerging in seeps is lost to evapotranspiration. Springs may be an expression of discharge of shallow groundwater from an unconfined aquifer, or of discharge from deeper aquifers at the contact between (more) permeable and (near) impermeable formations at or near the land surface, in fracture zones, or through karst conduits.

The SCV study area contains a number of springs and seeps as identified in the Water Rights data base of the State of Colorado [CDWR 2014]. Plotting the location of springs and seeps is very helpful in analyzing the characteristics of localized groundwater systems, and in determining where regional groundwater systems may interact with shallow groundwater systems and streams (Figure 9). Of particular interest is the relationship found between (leaking) irrigation ditches and irrigated areas and spring discharges from shallow groundwater in the SCV area. A detailed discussion of springs and seeps in the SCV area and their relationship with the local groundwater systems is presented in section 2.5.

## 2.4 Hydrogeologic Framework

Bedrock and unconsolidated materials have traditionally been classified as either aquifers or aquitards based upon being able to provide sufficient water for irrigation and industrial and municipal consumption, In this context, an *aquifer* is a permeable body of rock that is saturated with water and is capable of yielding economically significant quantities of water to wells (human and agricultural use) and springs (human and ecological use). A low-permeability formation overlying an aquifer is often called an *aquitard* or *confining unit.* As the terms "aquifer" and "aquitard" are rather ambiguous (*e.g., what are economically significant quantities?* or *how confining is a low-permeability unit with respect to the transport of contaminants?*), the use of these terms is replaced by that of the term *hydrostratigraphic unit* or *hydrogeologic unit*, in combination with terms qualifying the permeability and/or saturation of the unit (*e.g.*, saturated, high-permeable hydrogeologic unit). A *hydrogeologic unit* is a geologic formation, part of a formation, or a group of formations with similar hydrologic characteristics (*e.g.*, similar permeability characteristics and storage capacity). It should be noted that hydrogeologic units may not equate to geological units such as *formations, formation members,* and *formation groups* due to the frequently encountered variability of the flow characteristics of such geologic units. The term *aquifer* in this report is used to indicate a significant source of water supply from hydrogeologic units, and may include the qualifier *potential* (*i.e.*, potential aquifer) when parameter uncertainty exists, especially with respect to average saturated thickness and water table fluctuations.

From a groundwater flow and water supply perspective, the most important property of rocks is the incorporated pore space and related permeability. The pore space, which defines the amount of water storage within a hydrogeologic unit, may be contemporaneous with the rock formation (primary or matrix porosity), or due to secondary geological processes, such as fracturing, faulting, chemical solution, and weathering (secondary porosity, fracture/karst porosity). The degree of connectivity and the size of the pore openings define the permeability of the rock, that is, the ease with which fluid can move through the rock. As with porosity, permeability may be primarily matrix based (matrix permeability), fracture and/or karst based (fracture/karst permeability), or may be a combination of both (*Davis and DeWiest, 1966*).

BLM_0148679

Unconsolidated sediments and clastic materials, as found in the Surface Creek Valley study area, and observed draping down the south and southwest sides of Grand Mesa, are geologically very young and consist primarily of silts, sands, and gravels. They are generally very porous and permeable, but can be quite variable in their thickness, continuity, and hydraulic properties.  For example, field observations revealed that the thickness of the unconsolidated sediments in the SCV study area ranges from less than 1 ft to greater than 100 ft.  Estimates of hydraulic conductivity (K) range from 0.1 to 500 ft per day (*Watts, 2008*). These hydrogeologic units most likely contain the greatest amount of groundwater.

Consolidated sedimentary rock and extrusive volcanic rock, by comparison, are often quite porous, but variable in permeability.  Most fine-grained detrital rocks like shale, claystone, and siltstone may have relatively high matrix porosities, but very low permeabilities (*Davis and DeWiest, 1966*).  These fine-grained bedrock hydrogeologic units are the dominant confining layers of sedimentary groundwater systems, with small hydraulic conductivity values typically less than 0.01 ft per day. Coarser-grained sedimentary rock, such as sandstone, and volcanic basalt, can pair relatively high matrix porosity with significant permeability, and may contain significant amounts of groundwater.

The hydraulic properties of sedimentary and extrusive igneous rock may be largely enhanced when fractures and faults are present (*Davis and DeWiest, 1966*).  As a case in point, most of the sandstones and crystalline extrusive volcanic rocks in and near the SCV study area have enhanced permeability due to fracture and fault density and connectivity.  Significant secondary porosity and permeability are developed through faulting, fracturing, and weathering of the sedimentary and extrusive igneous rock, especially in association with active faults, fracture zones, and near-surface stress-release.

## 2.4.1 Regional Hydrogeologic Units

From a regional perspective, the county-wide geology is part of the southern edge of the Piceance Basin (Figure 10), the northern edge of the Black Canyon of the Gunnison uplift, and the western edge of the Uncompaghre uplift.  As a result, the sedimentary bedrock stratum ranges from younger rock to the north and east, to older rock in the south and west, and the stratum shows a regional dipping trend to the north and east (see Figures 11 and 12). The youngest bedrock units in the county are the Tertiary intrusive (quartz monzonite) and extrusive (basalt) units of the West Elk Mountains and Grand Mesa volcanic field.  These units form mountains and high plateaus in the northern and eastern part of the county.  It is in these sedimentary and volcanic units that regional groundwater flow systems are known to occur (*Freethey and Cordy, 1991; Geldon, 2003*).

BLM_0148680



**Figure 10. Generalized Map Showing Regional Geographic and Geological Features**
*(After Topper and others, 2003; Tweto and others, 1978).*

Given the regional geology of the SCV area, the hydrogeologic framework present in the Currant Creek, Surface Creek and Tongue Creek watersheds is complex similar to the Oak Mesa region studied previously (Kolm and van der Heijde, 2012). Upon reviewing various groundwater reports (*Ackerman and Brooks, 1986; Brooks, 1983; Brooks and Ackerman, 1985; and Cordilleran Compliance Services, Inc., 2002,* among others) and (hydro-)geologic maps (*Ellis and others, 1987; Hail, 1972a, 1972b; Noe and Zawaski,2013; Tweto and others, 1976, 1978; Williams, 1976*), the SCV study area hydrological systems consist of multiple distinct hydrogeologic and hydrostructural units, including unconsolidated units consisting of various Quaternary-aged, highly permeable deposits, multiple water-bearing and confining bedrock units, and highly transmissive fault and fracture zones. The major hydrogeologic unconsolidated and bedrock units are presented in Figures 13 and 14 and described in Tables 2a and 2b; the major hydrostructural units are presented in Figure 15.

BLM_0148681



**Figure 11. Composite Large Scale Map of the Geology of Delta County**
*(Based on Tweto and others, 1976; Tweto and others, 1978; Whitney, 1981; Williams, 1976).*

*2.4.2 Hydrogeologic Units of the SCV Area*

There are two significant groups of hydrogeologic units in the SCV study area: 1) Quaternary unconsolidated clastic materials (Figure 13; Table 2a), which are predominantly glacial-fluvial outwash plains and terrace gravels (older mesa top gravels and glacial drift), hillside (slope) deposits, alluvial fans and bajadas (coalescing fans) and lower mesa gravels, younger valley gravels and river terraces, and alluvial valley bottom deposits; overlying 2) Tertiary and Cretaceous bedrock units (Figure 14; Table 2b), including the following potentially water-bearing units: Tertiary Wasatch Formation including the Ohio Creek Formation (Two); Cretaceous Mesaverde Formation (Kmv), including the Barren, and Upper and Lower Coal Bearing members (Kmv), as well as the Rollins Sandstone member (Kmvr); and the Cretaceous Dakota Sandstone and Burro Canyon Formation (Kdb). The Mesaverde hydrogeologic units have porosity values ranging from 0.7 – 12%, a matrix transmissivity of less than 50 ft$^2$/day and a fracture transmissivity of up to 100 times matrix transmissivity (*Robson and Banta, 1995*).

BLM_0148682



**Figure 12. Generalized Northeast-Southwest Geological Cross Section Representative for Delta County.**
*(Modified from Brooks and Ackerman, 1985).*

The Upper and Lower Coal Bed members of the Mesaverde Formation have good transmissivities ranging from $1.5 - 16.7 \, \text{ft}^2/\text{day}$ (*Brooks, 1983*).The Dakota/Burro Canyon hydrogeologic units have porosity values ranging from $0.7 - 12\%$ and transmissivities in the range $10\text{-}100\text{ft}^2/\text{day}$ (*Robson and Banta, 1995*).  By comparison, the Mancos Shale unit (Km) may act as a thick, poorly transmissive confining layer *(Robson and Banta, 1995)*.

From a water supply perspective, the unconsolidated clastic sediments, specifically when composed of larger size particles (>2.5 mm or 0.1 in) and observed to have sufficient saturated thickness and horizontal continuity, may provide a significant and accessible water supply. The water supply function of bedrock units is largely dependent on rock type, large-scale structure and degree of fracturing, layer geometry and orientation, and the spatially variable hydrologic inputs and outputs, and may vary significantly dependent on location.  The focus of this project was on both the shallow groundwater flow systems in the Quaternary unconsolidated clastic materials, which is a source of drinking and irrigation water for several municipalities and households, and the Cretaceous Mancos Shale bedrock confining unit that may protect the integrity and water quality of the shallow drinking water systems, particularly from nearby energy development activities.  In addition, the Tertiary Wasatch Formation., the Cretaceous Mesa Verde Group, and the Cretaceous Dakota-Burro Canyon hydrogeologic units are considered as a source for water supply.

BLM_0148683



**Figure 13. Map Showing the Shallow Unconsolidated Hydrogeologic Units in the SCV Area.**

The Quaternary unconsolidated clastic units (Qal, Qgy, Qat, Qs, Qd, Qgf, and Qgo in Table 2a and Figure 13) are locally heterogeneous, with predominantly a mix of coarser and finer materials in the older alluvial deposits, and finer materials in the younger deposits. These deposits, which are moderately to highly permeable, are recharged by infiltration from precipitation that is non-uniformly distributed due to the slope steepness, slope aspect, and to position in the landscape, and by the incidental leaky irrigation ditch and irrigation return flow. The unconsolidated units are variably to fully saturated based on spatial location and seasonal precipitation events. There may be lateral and vertical groundwater flow connection between the unconsolidated materials and the Tertiary and Cretaceous sedimentary units in the underlying bedrock formations.

Of special hydrological interest is the possible occurrence of a weathered zone on the surface of the Mancos Shale (Km). This occurs near the topographic surface of exposed or shallow Mancos Shale bedrock Km(w) on the top of and along the hills surrounding Redlands Mesa, Cedar Mesa, Harts Basin, Surface Creek, or the Tongue Creek (and tributaries) areas. This weathered surface is due to natural rebound of the land surface combined with the physical and chemical weathering processes. As a result, this weathered zone may transmit water of variable water quality along the topographic gradient of occurrence, and as a result, Qgf and Qgy

BLM_0148684

deposits can be connected to the Hillslope deposits (Qs) as one system.  Indeed, the weathered Mancos Shale will tend to fail in slump failures and mudflows to become the Hillslope (Qs) aquifer.  This will become apparent in the discussions of the Redlands Mesa and Cedar Mesa (Qgf-Km(w)-Qs) hydrologic connectivity, and the Tongue Creek Subsystem (Qgy-Km(w)-Qs-Qal) hydrologic connectivity.



**Figure 14. Map Showing Top of Bedrock Hydrogeologic Units in SCV Area.**

*2.4.3 Hydrostructural Units of the SCV Area*

Hydrostructures, which are defined by faults and fracture zones, control the location of most of the main drainages and exist subregionally and regionally (Figure 15).  These fault and fracture zones have influenced the location of the main surface water drainages in the SCV study area by providing zones of weakness whereby the streams have downcut through the unconsolidated deposits into the underlying Mancos Shale bedrock.  As a result, the SCV study area is dissected into five distinct and unconnected hydrologic systems:  Redlands Mesa, Currant Creek; Cedar Mesa (including Harts Basin); Surface Creek Valley; and the Tongue Creek drainage system with associated tributaries.

BLM_0148685



**Figure 15. Map Showing Major Hydrostructures (Faults and Fracture Zones) in the SCV Area.**

The faults and fracture zones may influence the hydrogeology and hydrologic systems of Currant Creek, Surface creek, and the Tongue Creek main stem and tributaries and the main Gunnison River as hydrostructures (Figure 15). These hydrostructures underlie these drainages in the bedrock systems (Mancos Shale primarily) and are most likely associated with preferential groundwater flow along fault and fracture zones that are observed or hypothesized to transmit groundwater either vertically or laterally along the fault or fracture planes or zones. These structures may serve as distinct hydrogeologic units, may enhance the permeability of sections of bedrock hydrogeologic units, may connect multiple hydrogeologic units together, or may restrict the thickness and flow of overlying unconsolidated deposits resulting in springs and groundwater discharge areas. These hydrostructures, if "open", may also result in connectivity between deeper groundwater systems and the streams, which may be a concern if oil and gas activity is progressing at depth (fracking, horizontal drilling).

Each fault and fracture zone should be evaluated for the following characteristics: 1) fault and fracture plane geometry, including the vertical or horizontal nature of the fault/fracture plane and the relations of rock types and geometry on both sides of the structure; and 2) the transmissive nature of the fault/fracture plane or fault/fracture zone, including the nature of fault gouge, if any (clay, gravel) and tectonic setting of fault/fracture plane or zone (extension or

BLM_0148686

compression). The fault/fracture plane geometry is important to evaluate if groundwater can move horizontally across the zone from one transmissive unit to another, or whether the groundwater is forced to move vertically upward to the surface, in many cases, or downward into a different hydrogeologic unit, or laterally parallel to the fault and fracture zone like a geotechnical French drain. The tectonic setting helps determine whether the fault/fracture plane is "open"—able to easily move water (extension), or "closed"—not able to easily move water (compression).

Three broad hydrostructure sets occur in the SCV area: 1) the northeast-trending faults and fractures that parallel the Currant and Surface Creek fault zones and associated en-echelon faults and fracture zones to the east (for example, Upper Leroux Creek fault zone and the North Fork Valley lineament); 2) the north-south-trending Tongue Creek fracture zone and Cottonwood Creek and Ward Creek faults, which parallel the Lower Leroux Creek fault zone; and 3) the east-west trending Gunnison River lineament (Figure 15).

The northeast-trending faults and fractures are relatively young, as the geomorphic systems of Currant Creek and Surface Creek are responding with considerable downcutting, allowing for partial to full penetration of the unconsolidated hydrogeologic unit aquifers. It is hypothesized that the northeast fracture zones are "open" and function like French drains. Groundwater moves laterally down valley and vertically downward along the northeast-trending fault and fracture zone planes, and may move vertically up along the fault and fractures plane near the lower reaches of the various drainages (this would be evidenced by gaining reaches in streams or increased groundwater head with depth in local wells).

The north-south-trending Tongue Creek fracture zone and associated en-echelon fault and fracture zones, are also hypothesized to be "open" and function like French drains. Groundwater moves laterally down valley and vertically downward along the north-south-trending fault and fracture zone planes, and may move vertically up along the fault and fractures plane near the lower reaches of the various drainages (this would be evidenced by gaining reaches in streams or increased groundwater head with depth in local wells).

In the east-west trending Gunnison River lineament/fracture zone, groundwater in alluvium and the underlying bedrock systems moves horizontally along the fault plane from east to west, and vertically upward from bedrock systems into unconsolidated materials in the lower reaches below Orchard City, where it discharges into the lower Gunnison River. Therefore, the effects of anthropogenic activities, such as irrigation or oil and gas activity, may propagate to the land surface along the Gunnison River (Figure 15).

BLM_0148687

| Geological Unit | Geological Subunit | Hydrogeological Unit | Hydro-geological Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Alluvium (Qa); alluvium and eolian deposits (Qae) | | Alluvium | Qal | Poorly sorted riverine gravel, sand and silt deposited mainly in stream channels and floodplains in major stream valley bottoms; moderately to well bedded deposits | Generally good local phreatic aquifer with matrix based permeability; limited variations in groundwater levels; often sustained by local and sub-regional discharge to adjacent stream or recharge directly from stream. Seasonal and storm variations of water table with stream variations | high matrix-permeability; high storativity | small | local | natural and anthropogenic |
| Younger gravel (Qg, Qgy) | | Younger valley gravels | Qgy | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be supported by underlying bedrock. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Glacial drift, till, moraine (Qd, Qm, Qpt) | | Quaternary glacial deposits | Qd | Heterogeneous, poorly sorted deposits of boulders, gravel, sand, silt and clay | Potentially good local phreatic aquifer with variable matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Landslide deposits, colluvium, mudflow deposits, talus (Ql, Qcl, Qs, Qls, Qta); unconsolidated deposits derived from the Wasatch Formation and Basalt cap on Grand Mesa (Quw) | | Hillside (slope) deposits | Qs | Loose gravels and rock debris with mixed matrix composition (sand-clay) on valley sides, valley floors and hillslopes; deposited by gravitational processes | Potentially good, highly localized phreatic aquifer with high matrix based permeability and high water table gradients. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| Old/older gravels (Qgo, Qgd) | | Older mesa top gravels | Qgo | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability; may be prone to significant (seasonal) water table fluctuations; tends to recharge bedrock systems | high matrix-permeability; high storativity | moderate | local | natural and anthropogenic |
| Middle gravel (Qgm) and fans (Qf) | | Fans and lower mesa gravels | Qgf | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix | Having high matrix based permeability, presence of groundwater depends on location in topography and on landuse. In the NFVT area this unit only contains significant groundwater where leaking ditches are present; in the SCV area and on Rogers Mesa it is a major groundwater unit due to irrigation return flow.. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |
| High level alluvium (Qat); younger terraces (Qad); alluvial gravels (Qga) | | Younger river terraces | Qat | Poorly sorted sands and gravels; pebbles and cobbles in sand to silt matrix; forms terraces above current North Fork level | Potentially good, spatially continuous phreatic aquifer with high matrix based permeability. | high matrix-permeability; high storativity | highly fluctuating | local | natural and anthropogenic |

**Table 2a. Correlation of Geological and Hydrogeologic Units in the SCV Study Area: Unconsolidated Sediments.**

BLM_0148688

| Geological Unit | Geological Subunit | Hydrogeo-logical Unit | Hydro-Unit Symbol | Composition | Hydrogeological Characteristics | Permeability/Storativity | Depth to Water (small/ moderate/ large/ highly fluctuating) | Extent (local/ sub-regional/ regional) | Recharge Type (natural/ anthropogenic) |
|---|---|---|---|---|---|---|---|---|---|
| Tertiary Intrusive Rocks | | Tertiary Intrusive Rocks | Tmi | Granodiorite and quartz monzonite; may occur as dikes and sills | Fractured crystalline system with very low matrix permeability; not a (sub-)regional aquifer; may produce locally water in fracture zones and support adjacent unconsolidated aquifers. These characteristics may extend into adjacent rocks,methamorphosed during the Tertiary intrusion. | mostly low permeability, localized zones with moderate fracture permeability; low storativity | large | local | natural |
| Wasatch Formation (Tw) - including Ohio Creek Member | | Wasatch Formation | Two | Channel sandstones and overbank siltstones and shales; conglomerate; carbonaceous shales and lignite near base | Overbank sandstones form a good aquifer system with moderate to good matrix and fracture based permeability; may be a locally good water producer; siltstones and shales are confining layers; outcrops are recharge areas for a regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| Mesa Verde Group (Kmv) | Undivided | Mesa Verde Group (undivided) | Kmv | Interbedded sandstones and siltstones, shales and carbonaceous shales and coals. | Good regional bedrock aquifer system; sandstones and coals have both moderate matrix and fracture based permeability; may be a good water producer; shales are confining layers; outcrops are recharge areas for regional flow. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |
| | Barren Member | | | | | | | | |
| | Upper Coal-bearing Layer | | | | | | | | |
| | Lower Coal-bearing Layer | | | | | | | | |
| | Rollins Sandstone Member | | | | | | | | |
| Mancos Shale (Km) | Undivided | Mancos Shale (undivided) | Km | Silty to sandy shale with bentonites with minor limestone- and sandstone beds; when undivided, lower section includes Ft Hays limestone | Mostly aquitard with very low permeability serving as a confining layer for underlying or embedded aquifers; however, locally moderate aquifer conditions when highly fractured or in areas with sand lenses and sandy beds. | very low permeability rock with some moderately permeable beds;  low storativity | highly fluctuating | n.a. | natural |
| | Upper and Lower Sandstone Members of Mancos Shale (Kms, Kmsl) | | | | | | | | |
| | Fort Hays Limestone Member of Mancos Shale (Kmf) | | | | | | | | |
| | Lower Mancos Shale, including Frontier Sandstone and Mowry Shale members (Kml) | | | | | | | | |
| Dakota Sandstone and Burro Canyon Formation (Kdb) | | Dakota Sandstone and Burro Canyon Formation | Kdb | Well indurated, medium to coarse grained quartzose sandstones in well-cemented thick beds and conglomerate with occasional siltstones and carbonaceous shale | Good regional bedrock aquifer system; sandstones have both moderate matrix and fracture based permeability; sub-regionally aquifer with recharge in outcrop areas. | moderate matrix and fracture permeability; moderate storativity | large | regional | natural |
| Morrison Formation (Jm, Jmb, Jms); Morrison, Wanakah and Entrada Formations undivided (Jmwe) | | Morrison and Entrada Formations | Jmwe | Morrison Form. (Jm): Siltstones and claystones throughout with sandstones becoming more common in lower sections, and limestone near base; Entrada Form. (Je): fine-grained, well-sorted sandstones; Je is overlain by Jm | Entrada is a very good, regionally sustainable aquifer with moderate to good matrix and fracture based permeability. Morrison shales are confining layers while the lower Morrison sandstones and limestone may serve as local to sub-regional aquifers. | layers with very low permeability and layers with moderate matrix and fracture permeability; low to moderate storativity | large | regional | natural |

**Table 2b. Correlation of Geological and Hydrogeologic Units in the SCV Study Area: Bedrock Units.**

North Fork Valley and Terraces Groundwater System, Delta County, Colorado

BLM_0148689

2.5 Groundwater Flow Systems

Groundwater flow is the movement of water from the earth's surface into the subsurface (groundwater infiltration and recharge), through the subsurface materials (groundwater flow and storage), and from the subsurface back to the Earth's surface (groundwater discharge), expressed in terms of flow directions, patterns and velocities. The driving force for groundwater flow is a difference in (piezometric) "head" or groundwater levels, as expressed, for example, by the slope of the water table. The general CSM of the groundwater flow system consists of 1) water inputs (recharge); 2) storage in and movement through subsurface hydrogeologic units (groundwater flow); and 3) outputs (discharge). Natural recharge is based on climate and soils resulting in infiltration of precipitation and snowmelt. Groundwater interaction with streams, vegetation (evapotranspiration), and human activity (irrigation, urbanization, wells and individual sewage disposal systems, reservoirs and ponds, oil and gas activity, mining, dewatering) will affect groundwater movement to varying degrees. The CSM also incorporates topography (steepness, slope aspect, degree of landscape dissection), geomorphology, and soil and rock properties. Because of the time-space variance of these inputs and outputs, a groundwater system often shows significant variations in water levels, water storage, flow velocities, and flow patterns. Some of the variations are seasonal; others may be related to multi-year periods of above-average or below-average precipitation. This results in variations in the availability of water from these hydrogeologic units.

Based on the HESA approach (*Kolm and others, 1996*), and previously collected supporting data, the subregional and local scale (typically less than 100 square miles) shallow groundwater flow systems are delineated. The broad hydrologic system inputs include infiltration of precipitation as rain and snowmelt, areas of losing streams and rivers (upper Currant Creek, upper Surface Creek, upper Tongue Creek, sections of the Gunnison River below Hotchkiss) in some locations, infiltration and runoff from water bodies (cattle and house ponds, Fruitgrowers Reservoir), upland irrigation areas (leaking ditches, irrigation return flow), and inter-aquifer transfer of groundwater between unconsolidated materials and bedrock systems. Mesa Top and Hillslope subsystems consist of the hydrologic processes of surface runoff (overland flow) and rapid near-surface runoff (interflow or shallow through-flow); saturated groundwater flow in parts of the bedrock units, landslides, terraces, and valley bottoms; and discharge to springs and seeps, graining streams, by plants as evapotranspiration, and by pumping wells. In general, shallow groundwater flow in these systems is towards the valley bottoms, perpendicular to the major streams. Where permeable bedrock units intersect mesa tops, hillslopes, and valley bottoms, recharge by groundwater moving from unconsolidated hydrogeologic units into the bedrock hyhdrogeologic units may force the groundwater into a more regional pattern determined by geological structure, independent from local topography and hydrography, as is observed in the northern part of the study area near the higher slopes of Grand Mesa. The SCV groundwater systems are a complex mix of predominantly the shallow aquifer systems underlain by a more confining hydrogeologic unit: the Cretaceous Mancos shale. Locally and subregionally, various hydrostructures may influence interconnectivities of the shallow units with deeper bedrock systems.

The Mesa Top (Redlands Mesa; Cedar Mesa/Harts Basin) subsystems, located in close proximity to the Valley Bottom subsystems, have a unique, sometimes complex groundwater story, often resulting from human interference. Under natural conditions, these subsystems have hydrologic system inputs and outputs, similar to Hillslope subsystems. However, natural and

BLM_0148690

anthropogenic influences have frequently attached these subsystems hydrologically to adjacent Valley Bottom subsystems.

The Valley Bottom subsystems, where stream-aquifer-wetland interactions occur, are areas of both groundwater recharge and discharge, and groundwater flow can have a rather diffuse character and often flows towards or aligns more or less with the streams and rivers. These subsystems depend primarily on interactions with their main streams such as Currant Creek, Surface Creek, and Tongue Creek (with tributaries), and the Gunnison River; and the management of subregional ditches and subsurface return flow from irrigation lands and corresponding spring storage.

The wetlands associated with the local hydrogeologic subsystems in the Gunnison River, and in Currant, Surface, and Tongue Creeks are a mix of slope-type and riverine-type classifications given the groundwater support of various ditches and irrigation schemes, unconsolidated hydrogeologic unit groundwater systems, and hydrostructures.

As springs are discharge points of groundwater flow systems, their presence in the SCV study area provide clues about these groundwater flow systems, including the role of the hydrogeological units, and the effects of natural and anthropogenic recharge on flow and water quality. To identify the location and discharge rates of springs and seeps in the SCV area the State water rights database was searched in May 2014 (*CDWR 2014*).

There are two general categories of springs, based on spring location with respect to hydrogeologic location, that are identified on topographic maps and in the State water rights records for Delta County (Figure 9):  1) Unconsolidated Unit/Cretaceous Mancos Shale interface springs; and 2) Unconsolidated Unit or non-interface springs controlled by topography and geomorphology.  The interface springs are located at the Qa/Km interfaces along drainages or at the Qgf/Qs/Km interfaces along the edges of mesas where the fans and lower mesa gravels (Qgf) and mass wasting slope materials (Qs), which are the potential unconsolidated aquifers, abut against the Cretaceous Mancos Shale (Km), which is a confining unit, forcing groundwater to the surface.  The non-interface springs are located in the modern alluvium (Qal) and younger valley gravels (Qgy).

Springs can also be categorized with respect to recharge dynamics: 1) Springs recharged primarily by natural precipitation and infiltration; 2) Springs recharged primarily by leaky irrigation ditches, with secondary recharge by return flow from irrigation and infiltration of natural precipitation; and 3) Springs recharged primarily by return flow from irrigation, and secondary recharge by precipitation and/or leaky irrigation ditches.  Springs recharged primarily by natural precipitation and infiltration are observed in Qs in the uppermost (northern) regions of the SCV study area (for example in the Ward Creek and Currant Creek area).  Springs recharged primarily from leaky irrigation ditches, with secondary recharge by return flow from irrigation and infiltration of natural precipitation are observed in the upper parts of the Cedar Mesa and Redlands Mesa, where the irrigation ditches initially connect with the Qgf units and the effects of irrigation return flow are not present.  The springs recharged primarily from return flow from irrigation, and secondary recharge by precipitation and/or leaky irrigation ditches, are observed in the lower discharge areas in the Qgf units on Cedar and Redlands Mesas, the Qs deposits associated with the Cedar and Redlands Mesas, and the Qgy springs in the Surface Creek Valley near Cedaredge.

BLM_0148691

Finally, springs can also be categorized with respect to age based on information from the State water rights data base for springs/seeps and ditches (*CDWR 2014*): 1) Pre-irrigation springs that most likely were the result of infiltration of natural precipitation; and 2) Post-irrigation springs that most likely were the result of either irrigation return flow to the groundwater or infiltration of water due to leaky irrigation ditches.  This latter category of springs and nearby wells is most vulnerable to changes in water use and water rights decisions. Most of the springs in the SCV area and affiliated water rights will be associated with the effects of the various leaky irrigation ditches and the return flow of irrigated water.

<u>2.6 Groundwater System Conceptual Site Models by Subsystem</u>

Based on the presence and orientation of various hydrogeologic and hydrostructural units, hydrography and topography, three CSMs will be discussed in the SCV study area:
1. Mesa Top and Hillslope Shallow Aquifer Subsystems, which include the Redlands Mesa and Cedar Mesa\Harts Basin Subsystems;
2. Valley Bottom Shallow Aquifer Subsystems, which include the Currant Creek, Surface Creek, and Tongue Creek Subsystems; and
3. Regional Bedrock Aquifer Subsystems.

In addition, a brief discussion of the interface of the Valley Bottom Shallow Aquifer Subsystems with the Gunnison River Subsystem will be presented.

The conceptual models are discussed in forthcoming sections and illustrated by cross-sectional and plan view figures, and by Google Earth screen shots. The locations of representative cross-sections are shown in Figure 16. A landscape view of the area is shown in Figure 17. Note that Redlands Mesa, Cedar Mesa, and Antelope Hill are topographic islands.

*2.6.1 Mesa Top and Hillslope Shallow Aquifer Subsystems*

As stated in Section 2.4.2, there are two significant hydrogeologic groups in the Mesa Top and Hillslope Shallow Aquifer Subsystems, which include the Redlands Mesa Subsystem, and the Cedar Mesa\Harts Basin Subsystem:
1. Quaternary unconsolidated clastic units (Qs and Qgf in Table 2a and Figure 13), which are predominantly hillside (slope) deposits and lower mesa gravels and fans; and
2. Cretaceous bedrock unit of the Mancos Shale (Km) (Table 2b and Figure 14).

The shallow Quaternary unconsolidated materials in these two subsystems are ubiquitous, and include glacial-alluvial, mass wasting, and paleo-alluvial (terrace) deposits (Figure 13 and Table 2a).  These highly-permeable deposits are locally heterogeneous, with a mix of coarser and finer materials in all of the deposits.  These deposits are underlain by a paleotopographic surface carved out by paleofluvial systems that eventually deposited the Quaternary unconsolidated materials that are the aquifers being evaluated.

The general aspects of groundwater flow in the Quaternary unconsolidated materials have been discussed in Section 2.5.  Specifically, the shallow groundwater on Redlands Mesa is dominated by the Quaternary unconsolidated materials (Qgf and Qs), which receive natural recharge by infiltration of precipitation (snow and rain; Rp), and major recharge from leaky

BLM_0148692

irrigation ditches originating from Leroux Creek (Rd) and reservoirs locally, and return flow from area irrigation locally(Ri) (Figures 18, 19, and 20). The unlined ditches are "line" sources of groundwater recharge (Rd) leading to and at the top of the irrigated field areas; the return flow from irrigation is considered an "area" source of groundwater recharge (Ri). Water leaking from the unlined ditches and irrigated areas enter into the (connected) gravels underneath and flows downgradient towards the discharge zones (streams, springs and seeps, and wetlands) (Figures 18, 19, and 20).



**Figure 16. Map Showing the Locations of the Cross-sections Representative for the Conceptual Site Models in the SCV Area on Top of the Hydrogeologic Units.**

Groundwater flow on top of the gravel-capped Redlands Mesa then moves with topography or subsurface paleo-topography to discharge into springs at the gravel/Mancos Shale interface along the incised drainages that bound the mesas (Dsp), discharge directly out the front of the mesa as seeps or springs (Dsp) at the gravel/Mancos Shale interface, or discharge into the hillslope slope and mudslide deposits (Qs) causing further mass wasting activity (Figures 18, 19, 20, and 26). Given the "new" water that has recharged the aquifer, springs may have been developed after the initiation of irrigation on the mesa and claimed as being "new" springs. There is also groundwater discharge from the gravels locally by groundwater wells (Dw) and by phreatophytes (Dp). The shallow groundwater subsystems in this Mesa Top and Hillslope area have little connection to the local bedrock or the regional groundwater systems, or to nearby alluvial systems, such as Leroux or Currant Creeks. Google Earth can be used to visualize these relationships (for example, Figures 21a and b).

BLM_0148693



**Figure 17. Google Earth View of the Study Area Looking North.**



**Figure 18a. East-west Cross-sectional View of the Conceptual Site Models of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems in the SCV Study Area
(Western section; A-A' in Figure 16).**

North Fork Valley and Terrace Study Area, Delta County, Colorado          HSA/HHI          page 30

BLM_0148694



**Figure 18b. East-west Cross-sectional View of the Conceptual Site Models of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems in the SCV Study Area (Eastern section; A''-A''' in Figure 16).**



**Figure 19. North-south Cross-sectional View of the Conceptual Site Models of the Mesa Top and Hillslope Subsystem in the Redlands Mesa area (B-B'' in Figure 16).**

North Fork Valley and Terrace Study Area, Delta County, Colorado          HSA/HHI          page 31

BLM_0148695



**Figure 20. Plan View of the Conceptual Site Model of the Mesa Top and Hillslope, and Valley Bottom Shallow Aquifer Subsystems with Discharge Zones and Groundwater Flow Direction.**

A similar hydrologic system exists on Cedar Mesa, a subsystem that extends from Cedar Mesa through Harts Basin to Surface Creek (Figures 18, 20, and 22). The Cedar Mesa\Harts Basin Subsystem is dominated by the Quaternary unconsolidated materials (Qgf), which receive natural recharge by infiltration of precipitation (snow and rain; Rp), and major recharge from leaky irrigation ditches originating from upper and middle Surface Creek (Rd) and reservoirs locally, and return flow from flood irrigation locally(Ri) (Figures 18, 20, and 22). Water leaking from the unlined ditches and irrigated areas enter into the (connected) gravels underneath and flows downgradient towards the discharge zones (streams, springs and seeps, and wetlands). (Figures 18, 20, and 22).

Groundwater flow on top of the gravel-capped Cedar Mesa aquifer (Qgf) then moves with topography or subsurface paleo-topography to discharge into springs at the gravel/Mancos Shale interface along the incised drainages that bound the mesas (Dsp), discharge directly out the front of the mesa as seeps or springs (Dsp) at the gravel/Mancos Shale interface, discharge into partially incised drainages as gaining streams (Dgs), discharge as surface springs due to underlying topography (Dss), or discharge into the hillside slope and mudslide deposits (Qs) causing further mass wasting activity (Figures 18, 20, 22 and 26). Given the "new" water that has recharged the aquifer from irrigation related sources, springs may have been developed and claimed as being "new" springs. There is also groundwater discharge from the gravels locally by

BLM_0148696