Unfortunately, impacts to human health are not limited only to natural shale gas emissions, but can result from exposure to chemicals necessary for gas extraction – namely, the hundreds of chemicals used in hydraulic fracturing.[495] Indeed, "[b]etween 2005 and 2009, the 14 oil and gas service companies [analyzed by Congress] used more than 2,500 hydraulic fracturing products containing 750 chemicals and other components. Overall, these companies used 780 million gallons of hydraulic fracturing products – not including water added at the well site – between 2005 and 2009."[496] Chemical components include BTEX compounds – benzene, toluene, xylene, and ethylbenzene – which are hazardous air pollutants and known human carcinogens. The UFO has failed to sufficiently consider the human health impacts associated with these extractive practices in the RMP and DEIS.

Leading doctors and scientists studying these issues recognize the unknown risks inherent to fracking. "We don't know the chemicals that are involved, really; we sort of generally know," Vikas Kapil, chief medical officer at National Center for Environmental Health, part of the U.S. Centers for Disease Control and Prevention, said at a conference on hydraulic fracturing.[497] "We don't have a great handle on the toxicology of fracking chemicals."[498]

The Endocrine Disruption Exchange ("TEDX") has, however, documented nearly 1,000 products and chemicals that energy companies use in drilling, fracturing ("frac'ing," "fracking," or "stimulation"), recovery and delivery of natural gas. Many of these products contain chemicals that are harmful to human health. On its website, TEDX says this:

> To facilitate the release of natural gas after drilling, approximately a million or more gallons of fluids, loaded with toxic chemicals, are injected underground under high pressure. This process, called fracturing (frac'ing or stimulation), uses diesel-powered heavy equipment that runs continuously during the operation. One well can be frac'ed 10 or more times and there can be up to 28 wells on one well pad. An estimated 30% to 70% of the frac'ing fluid will resurface, bringing back with it toxic substances that are

---

[495] *See* Theo Colborn, et. al., *Comments to the Bureau of Land Management, Uncompahgre Field Office*, THE ENDOCRINE DISRUPTION EXCHANGE, April 20, 2012 (attached as Exhibit 278); Theo Colborn, et. al., *Natural Gas Operations from a Public Health Perspective*, HUMAN AND ECOLOGICAL RISK ASSESSMENT, 17: 1039-1056 (2011) (attached as Exhibit 279).

[496] U.S. CONGRESS, HOUSE OF REPRESENTATIVES (attached above as Exhibit 171).

[497] Alex Wayne, *Fracking Moratorium Urged by U.S. Doctors Until Health Studies Conducted*, BLOOMBERG NEWS, January 9, 2012, available at: http://www.bloomberg.com/news/2012-01-09/fracking-moratorium-urged-by-u-s-doctors-until-health-studies-conducted.html; *see also* American Nurses Association 2012 House of Delegates, *Resolution: Nurses' Role in Recognizing, Educating and Advocating for Healthy Energy Choices*, available at: http://www.nursingworld.org/MainMenuCategories/WorkplaceSafety/Healthy-Work-Environment/Environmental-Health/nurses-role-in-recognizing-educating-advocating-healthy-energy-choices.pdf (attached as Exhibit 328).

[498] *Id.*

BLM_0149925

naturally present in underground oil and gas deposits, as well as the chemicals used in the frac'ing fluid.  Under some circumstances, nothing is recovered.[499]

According to TEDX:

> In the 980 products identified…[for use during natural gas operations], there were a total of 649 chemicals. Specific chemical names and CAS numbers could not be determined for 286 (44%) of the chemicals, therefore, the health effects summary is based on the remaining 362 chemicals with CAS numbers…Over 78% of the chemicals are associated with skin, eye or sensory organ effects, respiratory effects, and gastrointestinal or liver effects. The brain and nervous system can be harmed by 55% of the chemicals. These four health effect categories…are likely to appear immediately or soon after exposure. They include symptoms such as burning eyes, rashes, coughs, sore throats, asthma-like effects, nausea, vomiting, headaches, dizziness, tremors, and convulsions. Other effects, including cancer, organ damage, and harm to the endocrine system, may not appear for months or years later. Between 22% and 47% of the chemicals were associated with these possibly longer-term health effects. Forty-eight percent of the chemicals have health effects in the category labeled 'Other.' The 'Other' category includes such effects as changes in weight, or effects on teeth or bones, for example, *but the most often cited effect in this category is the ability of the chemical to cause death.*[500] (emphasis added)

Christopher Portier, director of the CDC's National Center for Environmental Health and Agency for Toxic Substances and Disease Registry further provided that "additional studies should examine whether wastewater from wells can harm people or the animals and vegetables they eat."[501] "We do not have enough information to say with certainty whether shale gas drilling poses a threat to public health."[502]

Indeed, a new study demonstrates that animals, especially livestock, are sensitive to the contaminants released into the environment by drilling and by its cumulative impacts.[503] Because animals often are exposed continually to air, soil, and groundwater and have more frequent reproductive cycles, animals can be used to monitor potential impacts to human health – they are natural shale gas drilling's "canary in the coalmine." The study evaluated all available fracking-related reports on sick or dying animals. Although secrecy surrounds the fracking

---

[499] *See* TEDX webpage describing "Chemicals in Natural Gas Operations," available at: http://endocrinedisruption.org/chemicals-in-natural-gas-operations/introduction.
[500] TEDX, *Chemicals In Natural Gas Operations*.
[501] Alex Wayne and Katarzyna Klimasinska, *Health Effects of Fracking for Natural Gas Need Study, Says CDC Scientist*, BLOOMBERG NEWS, January 4, 2012, available at: http://www.bloomberg.com/news/2012-01-04/health-effects-of-fracking-for-natural-gas-need-study-says-cdc-scientist.html.
[502] *Id.*
[503] Michelle Bamberger and Robert E. Oswald, *Impacts of Gas Drilling on Human and Animal Health*, NEW SOLUTIONS, VOL. 22(1) 51-77 (2012) (attached as Exhibit 280).

BLM_0149926

industry, "a few 'natural experiments' have provided powerful evidence that fracking can harm animals."[504] For example:

> Two cases involving beef cattle farms inadvertently provided control and experimental groups. In one case, a creek into which wastewater was allegedly dumped was the source of water for 60 head, with the remaining 36 head in the herd kept in other pastures without access to the creek. Of the 60 head that were exposed to the creek water, 21 died and 16 failed to produce calves the following spring. Of the 36 that were not exposed, no health problems were observed, and only one cow failed to breed. At another farm, 140 head were exposed when the liner of a wastewater impoundment was allegedly slit, as reported by the farmer, and the fluid drained into the pasture and the pond used as a source of water for the cows. Of those 140 head exposed to the wastewater, approximately 70 died and there was a high incidence of stillborn and stunted calves. The remainder of the herd (60 head) was held in another pasture and did not have access to the wastewater; they showed no health or growth problems. These cases approach the design of a controlled experiment, and strongly implicate wastewater exposure in the death, failure to breed, and reduced growth rate of cattle.[505]

The health problems and uncertainties that proliferate in communities where oil and gas development takes place warrants the further collection of data and research, as contemplated under NEPA, before such development can be made possible through the authorization of development through the UFO RMP. NEPA requires a hard look at these impacts.

### 1.   The UFO Must Conduct a Health Impact Assessment.

BLM did not conduct a health impact assessment, or equivalent analysis, and, as a result, the agency's RMP/EIS does not satisfy NEPA and its implementing regulations.

NEPA requires that the BLM employ at least the same level of effort to analyze human health impacts as it does to promote industry's interest in development when preparing the RFD and associated analyses regarding projected drilling levels.

A health impact assessment ("HIA") or equivalent analysis would fulfill the regulations governing NEPA, to examine human health impacts "to the fullest extent possible." A HIA would be forward-looking and attempt to identify all of the potential direct, indirect, and cumulative links between a proposed activity and the health and well-being of affected communities, and to develop mitigation measures to minimize harms and maximize benefits. The RMP does not does not include this type of analysis of human health impacts.

---

[504] *See* Peter Montague, *Why Fracking and Other Disasters Are So Hard to Stop*, HUFFINGTON POST, Jan. 20, 2012, available at: http://www.huffingtonpost.com/peter-montague/why-fracking-and-other-di_b_1218889.html (last visited Oct. 29, 2016).
[505] *See* Bamberger at 60 (attached above as Exhibit 280).

BLM_0149927

The U.S. EPA has posted on its website an excellent document on the utility of an HIA as part of the NEPA analysis of federal agencies where public health impacts are at issue.[506] HIA "provides a systematic process and methodology to anticipate and proactively address the potential health consequences of a program or policy in order to maximize the potential benefits and minimize adverse outcomes."[507] Steps in the HIA process include:

1. Screening: Determines whether an HIA is necessary, and whether it is likely to be useful.
2. Scoping: Establish the population to which the HIA applies, the scope of health problems to be analyzed, the HIA team, methods to be used in the assessment, and data sources.
3. Assessment: describe the baseline health status and determinants of health in the population and assess likely impacts through a literature review and qualitative or quantitative analysis.
4. Decision and recommendations to minimize adverse impacts and maximize benefits.
5. Monitoring and reassessment plan: select a set of outcomes likely to be sensitive/accurate indicators of the changes predicted, such as health outcomes and develop a plan to monitor and then reassess if needed.

The BLM did not conduct these steps, and did not analyze the impacts to the population within the planning area, considering how many people might be exposed to health impacts, analyze where development would take place relative to water sources or residences, or assess the likely impacts to the actual population in the area, including particularly vulnerable populations. It also omitted significant potential impacts. For example, the agency did not include any potential impacts from vehicle accidents or other safety issues, or the illness caused by the stress and mental anguish associated with living near intensive oil and gas development.

According to the U.S. Centers for Disease Control, "HIA can be used to evaluate objectively the potential health effects of a project or policy before it is built or implemented. It can provide recommendations to increase positive health outcomes and minimize adverse health outcomes. A major benefit of the HIA process is that it brings public health issues to the attention of persons who make decisions about areas that fall outside of traditional public health arenas, such as transportation or land use."[508]

BLM's section examining health effects, EIS at 4-444 to -451, is cursory, states the obvious, provides only comparative assessments between alternatives, and does not quantify harms. For example, the brief discussion of Alternative D (the agency preferred alternative)

---

[506] *See* EPA, Human Impact Partners, *Frequently Asked Questions About Integrating Health Impact Assessment into Environmental Impact Statement*, available at: http://www.epa.gov/region9/nepa/PortsHIA/pdfs/FAQIntegratingHIA-EIA.pdf (attached as Exhibit 281).

[507] *See* Aaron Wernham, *Inupiat Health and Proposed Alaskan Oil Development: Results of the First Integrated Health Impact Assessment/Environmental Impact Statement for Proposed Oil Development on Alaska's North Slope*, ECOHEALTH, 2007 (attached as Exhibit 282).

[508] Centers for Disease Control, *Health Impact Assessment*, available at: http://www.cdc.gov/healthyplaces/hia.htm (attached as Exhibit 283).

BLM_0149928

states, regarding air quality, that impacts will be the same as under Alternative C, but at a slightly reduced level. EIS at 4-450. In turn, Alternative C merely provides that "[t]his alternative would have the greatest potential to contribute to volatile organic compounds and local increases in hazardous air pollutants and associated risks to human health." *Id.* at 4-449. Regarding air quality, BLM's only other generic observation, unconnected to any analysis of the specific alternatives at issue, is that "[m]anagement actions that maintain or move towards compliance with standards by limiting emissions from BLM managed or permitted activities would improve public health while those that allow for increased emissions and result in non-compliance with standards could impact public health." EIS at 4-445.

Further, no impacts to water resources from fracking are identified by BLM in its examination of health effects, which is unacceptable. Any later, site-specific analysis and application of mitigation measures is no substitute for analysis of impacts and development of alternatives and mitigation measures at the RMP/EIS level. Waiting for the approval of site-specific projects forecloses not only analysis of the true impacts of the agency action that is actually being proposed, but in so doing, forecloses the ability of BLM, other agencies, and the public to identify at an early stage the significant environmental issues that are deserving of study in this EIS. This RMP is a major point in the leasing decision-making process, requiring analysis of all of the impacts at this stage.

## 2.    Health data

In Colorado, symptoms reported in the state's inspection/incident database by residents living within a half mile of well development included headaches, nausea, upper respiratory irritation, and nosebleeds.[509] In Pennsylvania, the following symptoms were reported by over half the people living near gas development who responded to a health survey. They included fatigue (62%), nasal irritation (61%), throat irritation (60%), sinus problems (58%), burning eyes (53%), shortness of breath (52%), joint pain (52%), feeling weak and tired (52%), severe headaches (51%), and sleep disturbance (51%). The survey was completed by 108 individuals (in 55 households) in 14 counties across Pennsylvania.[510]

These and additional recent studies that were not considered by BLM include:

1.   Lisa M. McKenzie et al., *Birth Outcomes and Maternal Residential Proximity to Natural Gas Development in Rural Colorado,* Environmental Health Perspectives (April 2014) (attached above as Exhibit 157).

---

[509] Roxana Z. Witter, *et al., The Use of Health Impact Assessment for a Community Undergoing Natural Gas Development,* FRAMING HEALTH MATTERS (2013) (attached as Exhibit 284).

[510] Nadia Steinzor, *et al., Investigating links between shale gas development and health impacts through a community survey project in Pennsylvania,* NEW SOLUTIONS, vol. 23 iss. 1. (2013) (attached as Exhibit 285).

BLM_0149929

2. Jessica Gilman, *et al.*, *Source signature of volatile organic compounds (VOCs) from oil and natural gas operations in northeastern Colorado*, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2013) (attached as Exhibit 286).

3. John L. Adgate, *et al.*, *Potential Public Health Hazards, Exposures and Health Effects from Unconventional Natural Gas Development*, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2014) (attached as Exhibit 295).

4. Seth Shonkoff, *et al.*, *Environmental Public Health Dimensions of Shale and Tight Gas Development*, ENVIRONMENTAL HEALTH PERSPECTIVES (2014) (attached as Exhibit 287).

5. Christopher W. Moore, *et al.*, *Air Impacts of Increased Natural Gas Acquisition, Processing, and Use: A Critical Review*, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2014) (attached as Exhibit 288).

6. Avner Vengosh, *et al.*, *The effects of shale gas exploration and hydraulic fracturing on the quality of water resources in the United States*, PROCEDIA EARTH AND PLANETARY SCIENCE (2014) (attached as Exhibit 289).

7. Christopher D. Kassotis, *et al.*, *Estrogen and Androgen Receptor Activities of Hydraulic Fracturing Chemicals and Surface and Ground Water in a Drilling-Dense Region*, Endocrinolgy (2014) (attached as Exhibit 176). (attached above as Exhibit 176).

8. Brian E. Fontenot, *et al.*, *An Evaluation of Water Quality in Private Drinking Water Wells Near Natural Gas Extraction Sites in the Barnett Shale Formation*, ENVIRONMENTAL SCIENCE & TECHNOLOGY (2013) (attached as Exhibit 290).

9. Sherilyn A. Gross, *et al.*, *Analysis of BTEX Groundwater Concentrations from Surface Spills Associated with Hydraulic Fracturing Operations*, JOURNAL OF THE AIR & WASTE MANAGEMENT ASSOCIATION (2013) (attached as Exhibit 291).

10. K.D. Retzer, *et al.*, *Motor vehicle fatalities among oil and gas extraction workers*, ACCIDENT ANALYSIS & PREVENTION (2013) (attached as Exhibit 292).

11. Eric J. Esswein, *et al*, *Occupational exposures to respirable crystalline silica during hydraulic fracturing*, JOURNAL OF OCCUPATIONAL AND ENVIRONMENTAL HYGIENE (2013) (attached as Exhibit 293).

12. R.Z. Witter, *et al.*, *Occupational exposures in the oil and gas extraction industry: state of the science and research recommendations*, AMERICAN JOURNAL OF INDUSTRIAL MEDICINE (2014) (attached as Exhibit 294).

13. Physicians for Social Responsibility, *Compendium of Scientific, Medical, and Media Findings Demonstrating Risks and Harms of Fracking (Unconventional Oil and Gas Extraction)*, Third Edition (October 14, 2015), available at: http://www.psr.org/assets/pdfs/fracking-compendium.pdf (attached as Exhibit 326).

BLM_0149930

14. Gayathri Vaidyanathan, *Fracking Can Contaminate Drinking Water*, Climate Wire (April 4, 2016), available at: https://www.scientificamerican.com/article/fracking-can-contaminate-drinking-water/ (last visited November 1, 2016).

15. A. Austin, et al., *Associations Between Unconventional Natural Gas Development and Nasal and Sinus, Migraine Headache, and Fatigue Symptoms in Pennsylvania*, Environmental Health Perspectives (July 31, 2016), available at: http://ehp.niehs.nih.gov/wp-content/uploads/advpub/2016/8/EHP281.acco.pdf (attached as Exhibit 327).

EPA is also currently investigating the potential impacts of hydraulic fracturing on drinking water resources due to concerns about its potential environmental and human health impacts. Until such research is completed, there is insufficient information to fully understand the potential impacts on human health, an uncertainty that the BLM failed to take into consideration. The EPA is still in the process of completing this study. Nevertheless, the BLM ignored the uncertainty of the impacts of hydraulic fracturing on drinking water. BLM must consider these studies in any subsequently prepared NEPA document to ensure that it took the required hard look at health impacts.

### 3. Cumulative impacts on human health

BLM must fully consider cumulative health impacts of different alternatives. Because the BLM will be leasing minerals located directly beneath and adjacent to private property, and because thousands of people live in close proximity to the industrial activity that will be permitted by the agency, BLM has the responsibility to consider potential impacts on human health from all development, and look at them cumulatively. For example, an individual exposed to both air and water pollution will have different health impacts than an individual exposed only to air pollution.

The assessment of cumulative impacts in NEPA documents is required by Council on Environmental Quality (CEQ) regulations. *See* 40 C.F.R. §1508.25 (Regulations for Implementing the Procedural Provisions of the National Environmental Policy Act). Oil and gas development involves multiple sources of pollutants and disturbance caused by connected actions, including the operations of wellpads, trucks, wells, compressors, pipelines, tanks, pits, separators, dehydrators, rigs and more. Oil and gas development also includes hundreds of potential pollutants, both man-made and naturally occurring. When considered together, pollutants emitted with common timing and/or common geography may create additional health impacts that should be assessed. Also, oil and gas development may create health impacts from air pollution, water contamination, soil contamination, or a combination of all three. Due to the multiple variables and factors involved in oil and gas development, it is essential that the BLM ensure a health impact assessment that fully considers all cumulative impacts to comply with federal regulations and to appropriately assess health impacts and inform the public.

If the full cumulative health impacts are not considered by BLM at this stage it is unlikely that BLM would consider them adequately in connection with individual lease sales, or in

project-level and site-specific EAs. This type of shell game, whereby the agency avoids an analysis of the cumulative impacts of the entire project (in this case, 15,000 plus wells) is in contravention of NEPA. *See e.g. Blue Mountains Biodiversity Project v. U.S. Forest Service*, 161 F.3d 1208, 1215 (9th Cir. 2008).

### 4.   Ozone

As discussed in Section IV.A.3., above, background concentrations of ozone in the Uncompahgre RMP planning area are already at or exceed the National Ambient Air Quality Standards ("NAAQS"), leaving virtually no room for growth in emissions as contemplated by the Uncompahgre RMP. Several studies that measured and/or modeled natural gas related air emissions in various states have identified significant increases in ground level ozone as a result of natural gas development.[511] Ozone was once a summertime urban phenomenon but is now being seen increasingly in western rural areas during the winter due to the natural gas boom, so much so that some relatively small cities are no longer in compliance with the federal regulations that set allowable ozone levels.[512]

Ozone can cause difficulty breathing, coughing and sore throat. It can also inflame and damage the airways. It aggravates lung diseases like asthma, emphysema, and chronic bronchitis. It can make the lungs more susceptible to infection and it can continue to damage the lungs even when the symptoms have disappeared.[513]

Children are particularly vulnerable because their lungs are still developing until about age 18. As their lungs grow in the presence of ozone, their alveoli production is reduced, and they can end up with smaller, more brittle lungs. Women exposed during pregnancy deliver preterm, low birth weight babies with a high probability of developing asthma. In a letter to former EPA Administrator Lisa Jackson, a group of five national medical and public health groups wrote that the most vulnerable individuals, including children, teens, senior citizens, people who exercise or work outdoors, and people with chronic lung diseases like asthma, COPD, and emphysema, are most in danger of being sickened by ozone and that children who grow up in areas of high ozone pollution may never develop their full lung capacity as adults, which can put them at greater risk of lung disease throughout their lives.[514]

---

[511] *See, e.g.,* Seth Lyman and Howard Shorthill, *Final Report: 2012 Uintah Basin Winter Ozone & Air Quality Study*, UTAH STATE UNIVERSITY, February 1, 2013.

[512] Gabrielle Pétron, *et al.*, *Estimation of emissions from oil and natural gas operations in northeastern Colorado*, Power Point available at: http://www.epa.gov/ttnchie1/conference/ei20/session6/gpetron_pres.pdf (attached as Exhibit 296).

[513] *See* EPA, *Ozone – Good Up High Bad Nearby*, available at: http://www.epa.gov/oar/oaqps/gooduphigh/bad.html#7.

[514] *See* American Lung Association (attached above as Exhibit 276).

BLM_0149932

### 5.    Naturally Occurring Radioactive Materials

Processes used to produce oil and gas often generate radioactive waste containing concentrations of naturally occurring radioactive materials (NORM). Radioactive wastes from oil and gas production can be found in produced water, flowback water from hydraulic fracturing, drilling waste including cuttings and mud, and/or sludge. This material can concentrate in pipes, storage tanks and facilities, and on other extraction equipment, and may be left on site or be emitted into the environment. Some of these materials can penetrate the skin and raise the risk of cancer. The RMP includes no discussion on potential health impacts associated with NORM that may be released into the environment due to oil and gas extraction activities.

### VI.    The BLM Is Required to Suspend All Oil and Gas Development in the Uncompahgre Area for as Long as the Uncompahgre RMP Revision Remains Uncompleted.

The Uncompahgre RMP revision will replace the existing 1985 San Juan/San Miguel Resource Management Plan and the 1989 Uncompahgre Basin Resource Management Plan. These 1985 and 1989 RMPs are completely out-of-date and can no longer serve their intended land use planning function with regard to oil and gas development in the UFO. Due to the insufficiency of BLM's existing management framework, all oil and gas leasing and development decisions, at all stages of BLM's administrative processes, should be suspended until the Uncompahgre RMP revision is complete and these deficiencies can be addressed. An oil and gas moratorium is not only a logical approach to BLM's minerals management responsibilities; it is also required under NEPA and its implementing regulations.

NEPA requires that, until an agency issues a Record of Decision for a pending NEPA document, "no action concerning the proposal shall be taken which would: (1) have an adverse environmental impact; or (2) limit the choice of reasonable alternatives." 40 C.F.R. § 1506.1(a)(1), (2). NEPA prohibits agencies from making an "irreversible and irretrievable commitment of resources." 40 C.F.R. §§ 1502.2(f); *Conner v. Burford*, 848 F.2d 1441, 1446 (9th Cir. 1986); *see also Pacific Rivers Council v. Thomas*, 30 F.3d 1050, 1056-57 (9th Cir. 1994), *cert. denied*, 115 S. Ct. 1793 (1995) (interpreting identical language in ESA). "The purpose of an EIS is to apprise decisionmakers of the disruptive environmental effects that may flow from their decisions at a time when they 'retain[] a maximum range of options.'" *Conner*, 848 F.2d at 1446. Taking actions in the interim which could limit those options undermines the purpose and effectiveness of the NEPA process. As provided by CEQ regulations:

> While work on a required program environmental impact statement is in progress and the action is not covered by an existing program statement, agencies shall not undertake in the interim any major Federal action covered by the program which may significantly affect the quality of the human environment unless such action:
>
> (1) Is justified independently of the program;

BLM_0149933

(2) Is itself accompanied by an adequate environmental impact statement; and

(3) Will not prejudice the ultimate decision on the program. Interim action prejudices the ultimate decision on the program when it tends to determine subsequent development or limit alternatives.

40 C.F.R. §§ 1506.1(c)(1)-(3).

Proceeding with oil and gas leasing and development—including, for example, the activities contemplated in the Bull Mountain Master Development Plan and the Dual Operator Proposal: Development of 25 Federal Natural Gas Wells and Associated Infrastructure on 5 Multi-Well Pads—is impermissible due to the inherent prejudice that any such action would create on the pending revision of the Uncompahgre RMP and EIS. As identified in CHC's earlier comments submitted to BLM UFO, the 1985 and 1989 RMPs and associated documents did not anticipate the pace or scale of oil and gas leasing and development that is now proposed, and therefore, did not analyze the impacts from development which are now facing the communities of the North Fork Valley and beyond. Those documents contain little analysis of oil and gas development generally, much less any analysis of the impacts associated with modern extraction techniques, such as hydraulic fracturing, or the specific areas where current oil and gas development is focused. *See, e.g.,* 1989 RMP at 28, 31. Moreover, and as unambiguously provided in the 1987 Technical Report, any analysis contained therein was inherently limited in its temporal scope – providing that its evaluation of projected development was limited to "the next ten to fifteen years." 1987 Technical Report, at 10-11. Indeed, it has now been over 25 years since the report's release, well beyond the period where its findings are of any utility. Without the foundational land use planning guidance that is only available through a current and up-to-date RMP, it would be impossible for BLM UFO to make the type of fully informed decision that NEPA requires prior to completion of the Uncompahgre RMP revision.

Accordingly, it would serve both the public and industry alike if BLM UFO were to acknowledge that the existing RMP cannot be used to guide oil and gas leasing and development decision-making – and announce a moratorium on all oil and gas activity pending the completion of the Uncompahgre RMP revision.

## VI.   The Uncompahgre DEIS Fails to Take a Hard Look at Reasonably Foreseeable Effects on the Threatened Gunnison Sage-Grouse.

Contrary to the DEIS's characterization of the Gunnison sage-grouse as a candidate species, DEIS at 3-76, the Gunnison sage-grouse was listed as a threatened species under the Endangered Species Act in November 2014. *See* U.S. Fish and Wildlife Service, Threatened Status for Gunnison Sage-Grouse, Final Rule, 79 Fed. Reg. 69,192 (Nov. 20, 2014). Approximately 88 to 93 percent of the species's historical range has been lost since Euro-American settlement, and "[t]his contraction in the birds' range indicates the vulnerability of all the populations to extirpation." Gunnison Sage-Grouse Listing Rule, 79 Fed. Reg. at 69,228. The listing rule found that "the persistence of Gunnison sage-grouse is dependent on large and contiguous sagebrush habitats, that human development and disturbance contribute to the decline of this needed habitat, and that such impacts negatively affect the survival and persistence of

BLM_0149934

Gunnison sage-grouse." *Id.* Numerous activities on BLM land and minerals contribute to loss of these sage-grouse habitats, including road-building, power lines, livestock grazing practices, invasive plants, fire, and leasable minerals (i.e. oil and gas development). Oil and gas development has numerous adverse effects on Gunnison sage-grouse habitat, behavior, and population not acknowledged in the DEIS:

> Energy development impacts sagegrouse and sagebrush habitats through direct habitat loss from well pad construction, seismic surveys, roads, powerlines and pipeline corridors, and indirectly from noise, gaseous emissions, changes in water availability and quality, and human presence. The interaction and intensity of effects could cumulatively or individually lead to habitat degradation and fragmentation (Suter 1978, pp. 6–13; Aldridge 1998, p. 12; Braun 1998, pp. 144–148; Aldridge and Brigham 2003, p. 31; Knick *et al.* 2003, pp. 612, 619; Lyon and Anderson 2003, pp. 489–490; Connelly *et al.* 2004, pp. 7–40 to 7–41; Holloran 2005, pp. 56–57; Holloran *et al.* 2007, pp. 18–19; Aldridge and Boyce 2007, pp. 521–522; Walker *et al.* 2007a, pp. 2652–2653; Zou*et al.* 2006, pp. 1039–1040; Doherty *et al.* 2008, p. 193; Leu and Hanser 2011, pp. 270–271). Increased human presence resulting from oil and gas development can also impact sagegrouse either through avoidance of suitable habitat or disruption of breeding activities (Braun *et al.* 2002, pp. 4–5; Aldridge and Brigham 2003, pp. 30–31; Aldridge and Boyce 2007, p. 518; Doherty *et al.* 2008, p. 194). The development of oil and gas resources requires surveys for economically recoverable reserves, construction of well pads and access roads, subsequent drilling and extraction, and transport of oil and gas, typically through pipelines. Ancillary facilities can include compressor stations, pumping stations, electrical generators and powerlines (Connelly *et al.* 2004, p. 7–39; BLM 2007, p. 2–110). Surveys for recoverable resources occur primarily through loud seismic exploration activities. These surveys can result in the crushing of vegetation. Well pads vary in size from 0.10 ha (0.25 ac) for coal-bed natural gas wells in areas of level topography to greater than 7 ha (17.3 ac) for deep gas wells and multi-well pads (Connelly *et al.* 2004, p. 7–39; BLM 2007, p. 2–123). Pads for compressor stations require 5–7 ha (12.4–17.3 ac) (Connelly *et al.* 2004, p. 7–39). Individually, impacts from well pads, infrastructure, and ancillary features may be small; however, the cumulative impact of such development can be significant.

> The amount of direct habitat loss within an area of oil and gas development is ultimately determined by well densities and the associated loss from ancillary facilities. Roads associated with oil and gas development were suggested as the primary impact to greater sage-grouse due to their persistence and continued use even after drilling and production ceased (Lyon and Anderson 2003, p. 489). Declines in male greater sage-grouse lek attendance were reported within 3 km (1.9 mi) of a well or haul road with a traffic volume exceeding one vehicle per day (Holloran 2005, p. 40). Because of reasons discussed previously, the effects of oil and gas development to Gunnison sage-grouse are expected to be similar to those observed in greater sage-grouse. Sage-grouse also may be at increased risk

BLM_0149935

for collision with vehicles simply due to the increased traffic associated with oil and gas activities (Aldridge 1998, p. 14; BLM 2003, p. 4–222).

Habitat fragmentation resulting from oil and gas development infrastructure, including access roads, may have greater effects on sage-grouse than habitat loss associated with drill sites. Energy development and associated infrastructure works cumulatively with other human activity or development to decrease available habitat and increase fragmentation. Greater sage-grouse leks had the lowest probability of persisting (40–50 percent) in a landscape with less than 30 percent sagebrush within 6.4 km (4 mi) of the lek. These probabilities were even less in landscapes where energy development also was a factor.[515]

The Fish and Wildlife Service found, in considering the adequacy or inadequacy of existing regulatory mechanisms to safeguard Gunnison sage-grouse, that existing BLM RMPs, including the current Uncompahgre RMP, are inadequate as regulatory mechanisms. Existing "RMPs provide only partial protection for Gunnison sage-grouse in terms of land use allocation decisions specific to the species and its habitat and, therefore, are considered inadequate to protect the species." In particular, with regard to fluid mineral development, "Given the already small and fragmented nature of the populations where future oil and gas leases are likely to occur, additional development within occupied habitat would negatively impact those populations by contributing to further habitat decline."[516]

In part in response to this finding of inadequate regulatory mechanisms for BLM lands and minerals, the Colorado and Utah BLM have undertaken a range-wide RMP Amendment process for Gunnison Sage-Grouse habitat, encompassing the UFO, with a draft RMP Amendment and EIS released in August 2016. This amendment process overlaps the UFO RMP Revision: "If the GUSG RMP Amendment is issued prior to the revised Uncompahgre RMP, then it would amend the existing Uncompahgre Basin RMP (as well as the San Juan/San Miguel RMP) for lands in the Uncompahgre RMP planning area. Analysis from the GUSG EIS would be incorporated by reference into the Uncompahgre Proposed RMP/Final EIS, and decisions made in the GUSG Approved RMP Amendment/ROD would be carried forward to the Uncompahgre Approved RMP/Record of Decision. However, if the revised Uncompahgre RMP is issued first, then the GUSG RMP Amendment could require amendment of the Uncompahgre RMP."[517] Yet the UFO DEIS fails to acknowledge or take into account substantial scientific information available in both the Listing Rule and the Gunnison Sage-Grouse Rangewide DEIS.

Contrary to the DEIS's assertion, the UFO supports four, not three, of the remaining populations of Gunnison sage-grouse: "the Uncompahgre FO operates . . . provides habitat for four GUSG populations: the Cerro Summit-Cimarron-Sims Mesa Population (with the Sims Mesa sub-population entirely within the Uncompahgre FO), the Crawford Population, the

---

[515] Gunnison Sage-Grouse Final Listing Rule, 79 Fed. Reg. at 69,255-256 (attached as Exhibit 297).

[516] Gunnison Sage-Grouse Listing Rule at 69,284.

[517] BLM, Gunnison Sage-Grouse Rangewide Draft Resource Management Plan Amendment Draft Environmental Impact Statement 1-14 (attached as Exhibit 298)

CONSERVATION GROUPS' COMMENTS                                                                 184
UNCOMPAHGRE FIELD OFFICE RMP AND DEIS

Gunnison Basin Population, and the Piñon Mesa Population."[518] The Crawford population in particular has been classified by the BLM as having "medium potential" for oil and gas development.[519] Although it currently has only a single federal well, additional oil and gas development within the Crawford Population could adversely affect its persistence and chance of recovery.

In addition, an even more recent scientific study confirms the established finding that sage-grouse lek attendance is negatively related to oil and gas density, regardless of sagebrush cover and participation.[520] Green et al. examined greater sage-grouse lek attendance ,oil and gas well, and habitat and precipitation data from Wyoming over the period 1984 to 2008, and, consistent with numerous prior studies, that lek attendance declines are closely associated with the density of oil and gas development:

> Oil and gas development correlates well with sage-grouse population declines from 1984 to 2008 in Wyoming, which is supported by other findings (Doherty et al. 2010b, Harju et al. 2010, Hess and Beck 2012, Taylor et al. 2013, Gregory and Beck 2014). As with other studies, we also found support for 4-year lag effects of oil and gas development on lek attendance (Walker et al. 2007, Doherty et al. 010a, Harju et al. 2010, Gregory and Beck 2014). This result suggests that development likely affects recruitment into the breeding population rather than avoidance of wells by adult males or adult survival. Adult sage-grouse are highly philopatric to lek sites (Dalke et al. 1963, Wallestad and Schladweiler 1974, Emmons and Braun 1984, Dunn and Braun 1985, Connelly et al. 2011a), and males typically recruit to the breeding population in 2–3 years. We would expect a delayed response in lek attendance if development affects recruitment, either by reducing fecundity or avoidance of disturbance by nesting females, as adult males die and are not replaced by young males.

On average, lek attendance was stable when no oil and gas development was present within 6,400m (Fig. 4). However, attendance declined as development increased.[521] Importantly, Green et al. confirmed that declines in sage-grouse populations may continue even within Wyoming's "core areas," where density of wells is limited to one pad per square mile. Yet the UFO DEIS fails to consider any alternative that either prohibits fluid mineral leasing or regulates the density of allowable oil and gas facilities. Althoug the DEIS does consider minimal buffers and seasonal operation restrictions around leks, the DEIS acknowledges that its preferred alternative would "fall short of accepted minimum protection standards to maintain sage-grouse viability:

---

[518] Gunnison Sage-Grouse Rangewide RMP DEIS at 1-13.
[519] Gunnison Sage-Grouse Listing Rule, 79 Fed. Reg. at 69,255.
[520] Green, Adam et al., Investigating Impacts of Oil and Gas Development on Greater Sage-Grouse, Journal of Wildlife Management (2016), DOI: 10.1002/jwmg.21179 (attached as Exhibit 299).
[521] Green et al. at 9.

BLM_0149937

For Gunnison sage-grouse, stipulations would provide some level of protection from surface occupancy and site disturbance in all seasonal habitats. Breeding habitat would be protected with similar stipulations as Alternative C (NSO-20/SSR-32), and would similarly fall short of accepted minimum protection standards to maintain sage-grouse viability (Knick and Connelly 2011). However, disturbance/disruption would be prohibited during the breeding season within four miles of active leks (CSU-28/SSR-34).[522]

Even with only one operating oil and gas well, the UFO's Crawford Population has been in dramatic decline from 2000 through 2012, and had to be supplemented with birds from the Gunnison Basin in 2011 through 2013.[523] BLM manages approximately 63% of the remaining occupied habitat for this population, as well as 13% of occupied habitat. Despite the precarious status of the Crawford Population in particular, the UFO DEIS fails either to take a hard look at the extensive science showing relationship between oil and gas density and sage-grouse population decline, or to consider any alternative that would either limit density of development or exclude oil and gas entirely from Gunnison sage-grouse occupied and/or suitable habitat. Given that 63% of the Crawford Population's remaining habitat is on BLM land with "moderate" oil and gas decisions, BLM consideration of a no-leasing alternative for the area has the potential to eliminate a significant threat to the extirpation of one of the few remaining populations of Gunnison sage-grouse.

## VII.   FLPMA: Unnecessary and Undue Degradation

Pursuant to the Federal Land Policy and Management Act ("FLPMA"), 43 U.S.C. § 1701 *et seq.*, "[i]n managing the public lands," the agency "shall, by regulation or otherwise, take any action necessary to prevent unnecessary or undue degradation of the lands." 43 U.S.C. § 1732(b). Written in the disjunctive, BLM must prevent degradation that is "unnecessary" and degradation that is "undue." *Mineral Policy Ctr. v. Norton*, 292 F.Supp.2d 30, 41-43 (D. D.C. 2003). This protective mandate applies to BLM planning and management decisions, and should be considered in light of its overarching mandate that the agency employ "principles of multiple use and sustained yield." 43 U.S.C. § 1732(a); *see also, Utah Shared Access Alliance v. Carpenter*, 463 F.3d 1125, 1136 (10th Cir. 2006) (finding that BLM's authority to prevent degradation is not limited to the RMP planning process). While these obligations are distinct, they are interrelated and highly correlated. The Bureau must balance multiple uses in its management of public lands, including "recreation, range, timber, minerals, watershed, wildlife and fish, and [uses serving] natural scenic, scientific and historical values." 43 U.S.C. § 1702(c). It must also plan for sustained yield – "control [of] depleting uses over time, so as to ensure a high level of valuable uses in the future." *Norton v. S. Utah Wilderness Alliance*, 542 U.S. 55, 58, 124 S.Ct. 2373, 159 L.Ed.2d 137 (2004).

"Application of this standard is necessarily context-specific; the words 'unnecessary' and 'undue' are modifiers requiring nouns to give them meaning, and by the plain terms of the statute, that noun in each case must be whatever actions are causing 'degradation.' " *Theodore*

---

[522] DEIS at 3-77.
[523] *See* Gunnison Sage-Grouse Rangewide RMP DEIS at 3-14.

*Roosevelt Conservation Partnership v. Salazar*, 661 F.3d 66, 76 (D.C. Cir. 2011) (citing *Utah v. Andrus,* 486 F.Supp. 995, 1005 n. 13 (D. Utah 1979) (defining "unnecessary" in the mining context as "that which is not necessary for mining" – or, in this context, "for oil and gas development" – and "undue" as "that which is excessive, improper, immoderate or unwarranted.")); *see also Colorado Env't Coalition,* 165 IBLA 221, 229 (2005) (concluding that in the oil and gas context, a finding of "unnecessary or undue degradation" requires a showing "that a lessee's operations are or were conducted in a manner that does not comply with applicable law or regulations, prudent management and practice, or reasonably available technology, such that the lessee could not undertake the action pursuant to a valid existing right.").

Here, that action is the development authorized by the UFO. The inquiry, then, is whether the UFO has taken sufficient measures to prevent degradation unnecessary to, or undue in proportion to, the development the RMP and EIS permits. *See Theodore Roosevelt Conservation Partnership*, 661 F.3d at 76. For example, methane waste and pollution may cause "undue" degradation, even if the activity causing the degradation is "necessary." Where methane waste and pollution is avoidable, even if in the process of avoiding such emissions lessees or operators incur reasonable economic costs that are consistent with conferred lease rights, it is "unnecessary" degradation. 43 U.S.C. § 1732(b).

Therefore, drilling activities may only go forward as long as unnecessary and undue environmental degradation does not occur. This is a *substantive* requirement, and one that the UFO must define and apply in the context of oil and gas development authorized in the planning area. In other words, the UFO must define and apply the substantive unnecessary and undue degradation ("UUD") requirements in the context of the specific resource values at stake.

In fact, the UFO has expressly recognized this mandate in the context of Wilderness Study Areas. *See* DEIS at 3-158 and 4-397. However, the obligation to implement a management regime that sufficiently protects the air, water, lands, and health goes beyond Wilderness Study Areas to encompass the entire planning area. Of critical importance in regard to oil and gas development is the agency's failure to require mitigation measures and best management practices on all future development within the planning area.

These UUD requirements are distinct from requirements under NEPA. "A finding that there will not be significant impact [under NEPA] does not mean either that the project has been reviewed for unnecessary and undue degradation or that unnecessary or undue degradation will not occur." *Ctr. for Biological Diversity,* 623 F.3d at 645 (quoting *Kendall's Concerned Area Residents,* 129 I.B.L.A. 130, 140 (1994)). In the instant case, the UFO's failure to specifically account for UUD in the RMP and EIS – which is distinct from its compliance under NEPA – is also actionable on procedural grounds and must occur before the proposed RMP is approved.

## VIII.   Conclusion

The Conservation Groups appreciate your consideration of the information and concerns addressed herein, as well as the information included in the attached exhibits. This information is critical and must be reflected in the agency's Final Environmental Impact Statement.

BLM_0149939

For the reasons described above, we urge BLM to prepare a supplemental EIS that: (1) fully considers a range of alternatives, including a "no-leasing" alternative; (2) fully considers the problem of methane waste, and takes steps to control methane waste; (3) fully considers current scientific and economic information, especially regarding climate change; and (4) strengthens its "hard look" at impacts to air, water, and human health, including by conducting a Health Impact Assessment.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

Kyle Tisdel, Attorney, Climate & Energy Program Director
Laura King, Staff Attorney
WESTERN ENVIRONMENTAL LAW CENTER
208 Paseo del Pueblo Sur, Unit 602
Taos, New Mexico 87571
575.751.0351
tisdel@westernlaw.org
king@westernlaw.org

*Attorneys for Conservation Groups*

Edward B. Zukoski, Staff Attorney
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
303.996.9622

*Attorney for Sierra Club*

Nathan Matthews
Nathaniel Shoaff
Staff Attorneys
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2100 Webster Street, Suite 1300
Oakland, CA 94612
415.977.5695

Diana Dascalu-Joffe, Senior Attorney
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
720.925.2521
ddascalujoffe@biologicaldiversity.org

BLM_0149940

Jeremy Nichols
Climate and Energy Program Director
WILDEARTH GUARDIANS
2590 Walnut St.
Denver, CO 80205
303.437.7663
jnichols@wildearthguardians.org

Natasha Léger
Interim Executive Director
CITIZENS FOR A HEALTHY COMMUNITY
303.667.1544
natasha@citizensforahealthycommunity.org

Peter Hart
Staff Attorney/Conservation Analyst
WILDERNESS WORKSHOP
PO Box 1442
Carbondale, CO 81623
970.963.3977 (office)
303.475.4915 (cell)

BLM_0149941



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Uncompahgre RMP Comments
1 message

**pgibb@paonia.com** <pgibb@paonia.com>                                      Tue, Nov 1, 2016 at 8:27 PM
To: uformp@blm.gov

TO:

BLM, Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

The purpose of this letter is to comment on the Uncompahgre RMP. I appreciate that the BLM is considering community input on the plan as the local communities are the most directly impacted.

The current draft plan would open 90 percent of the Uncompahgre area to oil and gas leasing and potentially destructive fracking practices. I am opposed to such an expansive plan as it would endanger water quality, wildlife, and outdoor recreation sites. The economic impact of such a plan could be devastating as much of the local economy revolves around clean water, abundant wildlife, and outdoor recreation. This economic activity includes farming and agricultural operations, hunting, and all forms of outdoor recreation. The damage to the local economy and our property values would be significant and potentially irreversible.

The economic benefit of the current plan would be minimal for the local economy as it is proven that oil and gas development does not lead to many permanent well-paying jobs. Much of the area doesn't even have proven oil and gas reserves that are feasible for development. The local infrastructure is not suited to the addition of countless trips through the area by large trucks carrying oil and gas. The safety of our roads and the impact to neighborhoods proximate to the affected roads is a grave concern.

I wholeheartedly support the Alternative B1 plan. The B1 plan is a far more balanced plan that allows for some energy development while valuing the current local economy and way-of-life. I also agree with Appendix D as it highlights the critical importance of connecting wilderness areas.

The BLM should value the input of local communities above all other factors in considering the right plan. The locally developed Alternative B1 plan is the most balanced solution for this critical area.

Thank you for your consideration.

BLM_0149942

Paul Gibb

Paonia, CO

BLM_0149943

11/8/2016 DEPARTMENT OF THE INTERIOR Mail - Public Comment Letter for UFO RMP



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Public Comment Letter for UFO RMP
1 message

**Ben Graves** <benjgraves@gmail.com>                                  Tue, Nov 1, 2016 at 6:58 PM
To: uformp@blm.gov

BLM Uncompahgre Field Office,

2465 S. Townsend Ave.

Montrose, CO 81401

November 1, 2016

To Whom It May Concern,

Thank you for the allowing the public to comment on the resource management plan. I moved to Delta County in 2012 to teach high school in Paonia. I now am a science teacher at Delta High School. I have been an avid mountain biker, hiker, backcountry skier and wilderness user of the BLM areas in Delta County including the Jumbo Mountain, Adobe Badlands, lower Roubideau Canyon, Lone Cabin and Steven's Gulch areas for the last 5 years. I strongly support Alternatives B and B1 in the RMP because they best preserve the quality of life that will help Delta County recover from the declines in the coal industry.

My wife's and my primary motivation for living in Delta County are the landscape, the tight-knit communities and access to high-quality recreation experiences. We now own two homes and have structured our lives around staying in Delta County (despite some of the lowest teacher salaries in the state) because of the quality of life we enjoy in the North Fork. As hundreds of coal miners were laid-off, many in Delta County and the school district feared huge losses of students and families. However, enrollment in 2016 is up in the North Fork and real estate is booming. I think a major piece of this growth, despite declines in the traditional energy industry is due to families, like my own, who value the quality of life and access to recreation in the North Fork. The BLM needs to ensure that the RMP prioritizes recreational access and preserving the air, water and wildlife habitat so that the North Fork can redefine itself as a recreation destination.

The Preferred Alternative in the draft plan would keep 90 percent of the UFO area open to oil and gas leasing, endangering wildlife, recreation, wilderness-quality lands, and cultural sites. It would also put at-risk the air and water quality, along with compromising the scenic viewsheds, on which our local communities and economies depend. Because of the low potential for economically practicable oil and gas development in much of the Jumbo Mountain and North Fork area, the trade-off with respect to less oil and gas revenue and royalties is minimal. I recognize there is ongoing oil and gas development in the area, and more development, when located in areas where it is the higher/best use, is appropriate and part of a diversified economy. Yet with high enough oil and gas prices, the Preferred Alternative would put some specific public lands at odds with higher-valued amenities directly adjacent to North Fork communities: recreation, scenery, water and wildlife. The BLM must adopt a final plan that makes such important wildlife habitat, recreation areas, and sensitive air, water, and viewsheds off-limits to energy development.

I especially support Alternative B and the protections for Jumbo Mountain as a SRMA because I see first-hand the growth in the trail system over the last 5 years and the increased use of the trails and want to make sure the resource is managed responsibly for recreation. I am an avid trail user and I mountain bike or trail run almost every day. I live about 3 blocks from Jumbo trails and a major reason for my family moving to Paonia was this trail access. The ability for children, the elderly and

BLM_0149944

tourists to have access to a scenic wildlife-viewing and high quality singletrack recreation experience from downtown Paonia is a unique feature of our community and is a draw for people around the state.

The Mancos shale geology, steep, rugged trails and fragile desert vegetation are not compatible with heavily motorized, industrial oil and gas development or off-trail use.  Some existing user-created trails are not sustainable. SRMA status for the Jumbo Mountain area and the 4000 acreas east of Jumbo Mountain would enable the BLM to improve the current management of this fragile landscape and help put Paonia on the map as an outdoor recreation destination.  In Alternative B, the added room for growth of the existing trail system into the areas east of Jumbo Mountain towards the Sunset Roadless Area and the National Forest, would be a way for the Paonia community to continue to attract mountain bike and singletrack recreation users from around the state. Motorized use in the close to town trails is just not compatible with the high amount of non-motorized use. In order to prevent use-conflict, the BLM should expand the SRMA as proposed in Alternative B and encourage motorized use and expand hunting access in the areas east of Jumbo Mountain. I support Alternative B over the Preferred Alternative because the Jumbo area needs room to grow so we can balance recreation conflicts and expand the availability of high-quality recreation experiences for locals and tourists that are easily accessible from town.

The only provision in Alternative B that I disagree with is that I would like to see provisions for the local community to host small competitive events. From the mid-2000s until 2014, local groups hosted charity runs on the Jumbo Trails for Cherry Days and Harvest Festival. These events drew competitors from around the Western Slope to Paonia. In 2013 Paonia High School hosted a regional cross-country meet on the Jumbo trails. Our local businesses would benefit greatly from community groups hosting non-motorized, small-scale events like trail runs and mountain bike competitions. This would further allow our community to redefine itself as a recreation destination.

River and trail recreation are a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. The North Fork Alternative B1 provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final plan. Local economic studies indicate that the economic future of our region will depend upon the diverse industries already present, including land- and water-based recreation. The final plan should include Special Recreation Management Areas identified in Alternative B. Recreation activities in these areas include mountain biking, horseback riding, motor biking, OHV use, trail running, snowmobile use, hunting, fishing, cross-country skiing, and backpacking among others. These areas include Jumbo Mountain, Stevens Gulch, Lone Cabin, the North Fork of the Gunnison River corridor in the Paonia area and the Smith Fork river corridor, McDonald Creek, Elephant Hill, Adobe Butte, and Roubideau Canyon in the rest of Delta County.

With the decline in the coal industry, the North Fork Valley needs to redefine and continue to diversify the economy. As a classroom teacher, I see firsthand what the loss of jobs and steady incomes does to the fabric of a community. I believe the BLM should do everything in its power to help the North Fork maintain the potential for a diversified economy through embracing public lands access, wildlife protection, scenic viewsheds and recreation with a balanced approach toward oil and gas development. Such a balanced approach recognizes that some locations are not appropriate for such development, when the development would compromise higher-valued amenities. Alternative B1 would ensure that industrial development does not dominate the agricultural and recreational lands that are helping the North Fork redefine itself post-coal mines.

In conclusion, the BLM should listen to the local residents in Crawford, Hotchkiss, and Paonia and adopt the North Fork Alternative, B1, for the area in and around the North Fork Valley and Alternative B for the whole UFO. This locally-driven proposal is a balanced way to manage the entire Gunnison Watershed, and will contribute to re-building a sustainable rural economy on Colorado's Western Slope.

Sincerely,

Ben Graves

1004 3rd St

BLM_0149945

Paonia, CO 81428

--

    Ben Graves



📄 **Bgraves UFO RMP comment letter.docx**
   156K

BLM_0149946

11/2/2016    DEPARTMENT OF THE INTERIOR Mail - UFO RMP Draft Comments



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## UFO RMP Draft Comments
1 message

**Tracy McCurdy** <tracy@enventive.com>                    Tue, Nov 1, 2016 at 3:11 PM
To: uformp@blm.gov
Cc: Allison Elliot - Western Slope Conservation Center <info@theconservationcenter.org>

Dear BLM-UFO Staff and RMP Comment Team,

I am a citizen of Paonia, Colorado. Please find attached my comment letter regarding the BLM's draft UFO RMP, in support of the North Fork Citizens' Alternative B1.

Best regards,
Tracy McCurdy

--

Tracy McCurdy
Documentation Manager
tracy@enventive.com



**www.enventive.com**

Enventive Engineering, Inc.
South Lancaster, MA

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.


**BLM letter.pdf**
135K

BLM_0149947

Tracy E. McCurdy
324 Orchard Ave.
P.O. Box 1670
Paonia, CO 81428

11/01/2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

I am writing this letter to comment on the Draft Resource Management Plan for the Uncompahgre Field Office. I have lived in Colorado's North Fork Valley for 16 years, and am currently a resident of Paonia, Colorado. I own my home at 324 Orchard Avenue, a 5-minute bike ride from the BLM lands that include Jumbo Mountain. I am a member of the North Fork Trail Advocacy Group (NFTAG), which is part of the Delta Area Mountain Biking (DAMB) chapter of Colorado Plateau Mountain Bike Trails Association (COPMOBA). I am also a board member of the Western Slope Conservation Center (WSCC). DAMB and WSCC have submitted their own highly substantive comments, which I support fully.

I support the protections outlined in the North Fork Alternative, included in the draft RMP as Alternative B1, because it is the only alternative in the draft plan that provides the level and type of protections needed for North Fork public lands. In addition, I specifically support designating Jumbo Mountain as a Special Recreation Management Area (SRMA), which is needed to properly manage and capitalize on our unique recreational opportunities here in the North Fork Valley.

For several years, I have enjoyed riding my bike on the trails of Jumbo Mountain. Through this ability to find outdoor recreation so close to me, I gain unquantifiable mental and physical health benefits. My work is sedentary (I work remotely from home as part of a software development company), so physical activity is particularly important for my health as a 52-year-old woman. Being so close to Jumbo Mountain's BLM lands, I have daily access to biking single track trails, a physically demanding sport that helps keep me fit and mentally alert and brings me personal fulfillment. While on the Jumbo trails, I see people of all ages walking their dogs; riding horses; exploring with their children or students; running and hiking; photographing, drawing and painting; and soaking up beautiful views of the mesas and the valley surrounding the town of Paonia. Uninterrupted views of distant mountain vistas and nearby family farms, productive orchards, and world-class vineyards. Views that would be severely compromised by the intrusion of oil and gas development in these areas.

Based on the unique characteristics of Jumbo Mountain, these lands should be preserved for locals and tourists, yet outside of Alternative B1, the draft RMP leaves nearly the entire Jumbo Mountain area and surrounding lands open for oil and gas development. This is not acceptable, responsible management of these lands. Please recognize the current use and future potential use for Jumbo Mountain and surrounding lands as recreational by adopting Alternative B1 and designating Jumbo Mountain as a SRMA.

Our trails have important potential to bring significant economic benefits for the North Fork Valley that cannot be ignored. This past October 22, Paonia had our 7th annual "Gears and Beers" festival, which has its basis in mountain biking and road riding throughout our clean, scenic area, followed by enjoying local foods and refreshments. This year, the event was very successful and had high attendance from both locals and visitors, and I met several groups of riders who had travelled from neighboring areas, such as Grand Junction and Aspen.

Mountain biking and other forms of outdoor recreation provide a growing economic opportunity in the North Fork, with these industries bringing millions of dollars to communities in Colorado. We are just beginning to realize the economic benefits that mountain biking can bring to our valley, and DAMB/NFTAG as part of the greater organization of COPMOBA seek the support of the BLM to realize this potential, as the BLM has done successfully for other areas on the Western Slope of Colorado.

With the involvement and support of the BLM, cycling-related revenue has grown to contribute approximately $1.5 million annually to the once-depressed economy of Fruita, Colorado, with significant increases in sales tax revenue, particularly coming from restaurants. For more on this success story, please see http://www.steamboattoday.com/news/2013/may/19/biking-series-part-2-how-fruita-did-it. More supporting evidence of the benefits of cycling on boosting economic growth can be found at: http://www.americantrails.org/resources/economics/economic-benefits-trails-macdonald.html http://www.pinkbike.com/news/economic-impacts-of-mountain-biking-tourism-2014.html, http://www.pinkbike.com/news/economic-impacts-of-mountain-bike-tourism-2016-update.html http://headwaterseconomics.org/trail/13-coldwater-mountain-bike-trail

While oil and gas development may benefit a small number of people in our community on a short-term basis, recreationally based tourism is sustainable and will benefit nearly everyone in the North Fork Valley either directly or indirectly: farmers, restaurants, shops, and those they employ. In the past several years, I've seen our tourism growing rapidly, as people from across the Western Slope and the Front Range of Colorado and from neighboring states learn of the beauty and healthy lifestyle our valley has to offer.

For example, an annual Cider Fest event at Delicious Orchards in Paonia has been more than doubling in popularity for the past 4 years, attracting hundreds of people, with many coming from other areas of Colorado and out of state. I've seen Delicious Orchards' overall success as an organic farm and store grow immensely over the past few years. Since opening 8 years ago, Revolution Brewing, Paonia's microbrewery, has regularly had to increase its brewing and tasting room capacity to meet the growing demand from locals and visitors. The brewery's tasting room is literally overflowing during high tourism months.

There are many interrelated reasons people visit and live in the North Fork Valley, all adversely affected by oil and gas development. We have a different type of development that is working for us and must be developed further for our economy to grow and thrive: we have developed a solid reputation for our high-quality organic foods, clean air and water, and pristine, scenic lands. The North Fork Valley is a place where people go to relax on vacation and a place where people relocate based on the high quality of life that our natural resources allow us.

Those views from Jumbo Mountain of family farms, orchards, and vineyards are not only pretty. These agricultural lands sustain and contribute to local wineries, produce sheds, farm-to-table restaurants, local organic groceries, and many other businesses. Our businesses and resulting jobs are benefitting from a growing demand for organic and local foods and agricultural tourism. This trickles down to the rest of our community that relies on that healthy food, and expands to consumers outside of the Western Slope, such as Glenwood Springs, Aspen, Denver, and beyond. Businesses and jobs will suffer from any development of the North Fork Valley lands that threatens even the *perception* of the quality of our water and air, because this perception is directly tied to the perception of quality of our agricultural products.

The final RMP must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley.

As a home owner, I've been seeing a gradual recovery of home sales as our recreational and agricultural tourism economy continues to grow and our area recovers from nation-wide recession and a local reduction in coal mining. Just in the past few months, homes on my street have sold to both local and out-of-state buyers for prices

BLM_0149949

that have increased dramatically from when I bought my home 6 years ago—a time during which home owners were more likely to be forced to foreclose on their homes than sell them. I bought my own home on a short sale, as the previous owner was defaulting on his mortgage and facing foreclosure. Now, local home buyers are staying and buyers from other areas are relocating to the North Fork Valley for our rural, non-industrial, agricultural lifestyle, strong community, and viable economy.

Speculative oil and gas leasing will drive prices and number of prospective buyers down, *harming my investment in my property*. The final RMP must protect our real estate investments here in the North Fork Valley, which are closely tied to the quality of life our valley has to offer.

I'm particularly concerned that Alternative D is the BLM's "Preferred Alternative," because this does not represent how North Fork Valley citizens want our lands to be managed. Alternative D would open over 90 percent of the Uncompahgre area to oil and gas leasing, endangering watersheds, wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing, which in itself can harm the attractiveness of our area's organic farming and peaceful, rural way of life that currently infuses our economy with tourism and new residents.

To summarize, I implore the BLM to listen to the local communities of Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative B1 in the final UFO RMP. This locally driven proposal protects the Gunnison Watershed, which in turn supports the sustainable rural economy of the North Fork Valley and all of Colorado's Western Slope. The North Fork Alternative B1 provides protection from oil and gas development for streams and river corridors, trailhead areas, the flanks of the West Elk Mountains, and the Jumbo Mountain area. These protections must be included in the final plan.


Sincerely,
Tracy E. McCurdy

BLM_0149950



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## BLM-RMP Comments
1 message

---

**Colorado Blue Herb Farm** <coloradoblue@hotmail.com>                    Tue, Nov 1, 2016 at 10:28 PM
To: "uformp@blm.gov" <uformp@blm.gov>

<u>David Warren</u>

<u>Paonia,CO 81428</u>

<u>11/1/16</u>

BLM, Uncompahgre Field Office

2465 S. Townsend Ave.

Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

I have lived in the North Fork Valley for 16 years. I moved to the valley for a number of reasons including the valley's proximity to wilderness areas and wilderness quality lands and the diversity of agriculture which boast the largest concentration of certified organic farms in the state. The valley's clean water and healthy food supplies are also very important to me. I have done my best to educate myself on the matter of the Draft BLM Uncompahgre Resource Management Plan (RMP). For where I live in Paonia, I believe the North Fork Alternative, known as B1, should be added to the final plan, because it does the best job of protecting our water resources as well as wildlife. I agree with Appendix D when it talks about the importance of connectivity between the wilderness areas.

However, the draft plan <u>(or: Alternative D, the "preferred plan")</u> would open 90 percent of the Uncompahgre area to oil and gas leasing, endangering wilderness-quality lands, wildlife, recreation and cultural sites. Much of the area doesn't even have oil and gas reserves that are feasible for development, meaning the BLM is putting our public lands at risk for speculative leasing. The BLM should change course and adopt a final plan that makes wilderness-quality lands, important wildlife habitat and recreation areas off-limits to energy development. I support the inclusion of Alternative B1 which balances all the resources managed by the BLM.

BLM_0149951

Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

The final plan must protect all lands with wilderness characteristics, including the Terror Creek, one of the Ecological emphasis areas. This area is home to a population of Purple Martins that are not found in other areas. It also has one of the largest mature aspen stands in the world, providing prime habitat for elk and deer, and provides important connectivity between the valley bottoms and the roadless lands in the Grand Mesa National Forest. Hunting in this area is an important part of both our culture and our economy.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.

Sincerely,

David Warren

BLM_0149952

Lauren Blair
Paonia, CO 81428
Nov. 1, 2016

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan. I relocated to Paonia the beginning of 2016, and my new husband and I are hoping to buy property and settle in Paonia long-term to raise a family. I am interested in preserving the agricultural, wilderness and scenic qualities our beautiful home has to offer.

In particular, I support the designation of ecological emphasis areas and special recreation management areas. These will preserve habitat connectivity, wildlife corridors, undeveloped open space, and recreation opportunities within our region.

I would like the BLM to include all proposed actions in the North Fork Alternative, B1, in the final RMP. The North Fork Alternative boundaries include the communities of Hotchkiss, Paonia and Crawford and include areas that supply municipal water, irrigation, and domestic water companies, impact the scenic features of the Valley, and are high quality wildlife lands.

The final plan must protect local agriculture by excluding oil and gas activities within a quarter mile of ditches, domestic water decrees, dams, irrigation intakes, or canals. This is a minimum distance required to safeguard direct and rapid impacts from surface spills and other contamination from oil and gas activity.

The final plan must protect the idyllic character and scenic beauty of the North Fork Valley, which is home to the West Elk Wine region and has been called Colorado's Farm-to-Table Capital. That character would be jeopardized by oil and gas activity. Alternative B1 requires development setbacks from agricultural lands, prevents damage to visual qualities, and best preserves the current rural character of the valley.

It ensures the strongest level of long-term protection for resources of particular concern included in Alternative B1, such as water supplies and riparian areas; scenic qualities of the valley and our 'million dollar' viewsheds; undeveloped wildlife lands including winter range and migration corridors.

The conservation protections in Alternative B1 should be included in the final plan.

Thank you again for accepting my comments for the RMP process. The outcome is important to me because it will affect my home and community for years to come.

Sincerely,

Lauren Blair

BLM_0149954



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## Comments on Draft RMP
1 message

---

**Bill & Deidre** <dtboliver@q.com>                                    Tue, Nov 1, 2016 at 4:55 PM
To: ufomp@blm.gov

Please see my attached comments on the Draft RMP.


Thank you!


Deidre Witherell
354 Cisneros Lane
Crested Butte, CO   81224
(970) 349-0902
(505) 500-6587 (c)

---

📄 **UFO Draft RMP Comments.pdf**
602K

BLM_0149955

Deidre A. Witherell
354 Cisneros Lane
Crested Butte, CO   81224
(970) 349-0902
dtboliver@q.com

November 1, 2016

Bureau of Land Management
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401
Submitted via email to: uformp@blm.gov

**Re: Uncompahgre Field Office Draft Resource Management Plan**

Dear Madam/Sir,

Thank you for this opportunity to provide comments on the Uncompahgre Field Office (UFO) Draft Resource Management Plan (RMP). I am a Colorado native and have lived in Gunnison County for the past 6 years. The UFO RMP significantly impacts the environment where I live, work, and recreate. I believe the choices made by the BLM in the final RMP will affect the long-term health of Colorado's environment and the economy which depends on it. Therefore, I am obliged to submit comments as a concerned member of the public.

1.   **The Draft RMP should include alternatives which put renewables on equal footing with coal development.**
   The BLM has a multiple use mandate and must manage its lands for a variety of uses, not primarily for coal development. However, the RMP is skewed in favor of coal development over renewables. The draft RMP considers four alternatives with varying levels of lands "acceptable" for coal leasing. But the alternatives leave between 76% and 99.3% of all lands with coal development potential open to leasing. This prioritizes coal develop on these lands over the myriad other potential uses and values. For wind and solar development, the draft RMP considers alternatives that would open the planning area to a relatively small acreage (5%), about a third of the acreage, a little over half the acreage, and most of the acreage (83%).[1] Thus the *greatest* percentage of land open to wind and solar under any of the alternatives (83%) is still *smaller* than the *least* percentage of land open to coal mining under any alternative (88% of coal-bearing lands).

---

[1] *See* Table 2-3, id. at 2-379. That table shows that the following acres (% of total acres) would be open to solar and wind under the alternatives:  Alt. A: 561,200 acres (83%); Alt. B: 34,040 acres (5%); Alt. C: 369,970 acres (55%); Alt. D: acres (34%).

BLM_0149956

Deidre A. Witherell
354 Cisneros Lane
Crested Butte, CO  81224
(970) 349-0902
dtboliver@q.com

2. **The RMP should include alternatives which place unviable areas "off limits" to coal development**

The vast majority of the Tongue Mesa coal field is left open under each action alternative (92% or more), despite the fact that the RMP predicts no coal will be produced there because the area's geology makes it "economically unviable to mine in the next 20 years."[2] Similarly, while most of the Grand Mesa coal field is open to coal leasing under all three action alternatives, coal there is also unlikely to be mined in the next two decades.[3] It appears that the BLM is unwilling to consider any reasonable limitations on coal mining, no matter how economically unviable development may be. The BLM should consider an alternative that eliminates coal mining in the Tongue Mesa and Grand Mesa coal fields, fields that realistically cannot be mined.

In order for the BLM to comply with FLPMA and NEPA, the RMP should include alternatives which do not leave a significant portion of the planning area open to coal leasing.[4] Areas identified as having "low" coal potential should be removed from consideration for leasing. As it stands, the BLM has identified 180,000 acres "where the coal resource is present, contribute to the coal development potential area, but they are not further discussed in this analysis because they have low coal potential and no interest from industry."[5] If that is the case, why does the agency leave at least 130,000 acres of those lands available for leasing under every alternative? If there is low potential and no interest in this coal, BLM should make that coal unavailable in the RMP.

3. **The RMP should include an alternative which places a significant portion of Somerset "off-limits" to coal development.**

The Draft RMP indicates that almost all of the coal production in the resource area will come from the Somerset Coal Field. This 40,000 acre area is almost entirely open to leasing under every alternative.[6] The most restrictive alternative closes only 12% of the Somerset field to leasing, while the Preferred Alternative leaves 98% open to leasing. However, GHG emissions are the same for each alternative, rendering the slight acreage difference irrelevant in terms of climate impacts. The only way to address a reasonable range of coal scenarios and outcomes would be to analyze alternatives that place significant portions of the Somerset coal field off-limits to coal mining, which the BLM has chosen not to do.

---

[2] Draft RMP at 4-289 – 4-290 (percentage of Tongue Mesa coal field acceptable for coal leasing); *id.* at 4-454 (economically unviable).
[3] *Id.* at 4-289 – 4-290 (90% or more of Grand Mesa coal field open to mining under all action alternatives); *id.* at 4-454 – 4-455 (due to the Grand Mesa coal field's "low coal quality and transportation constraints," no coal mining is forecast in the area for the next 20 years).
[4] *See* 43 U.S.C. § 1712(c)(1) and 40 C.F.R. §§ 1502.14(a) and 1508.25(c).
[5] Draft RMP at 4-264.
[6] *Id.* at 4-454 – 4-455.

BLM_0149957

Deidre A. Witherell
354 Cisneros Lane
Crested Butte, CO 81224
(970) 349-0902
dtboliver@q.com

**4.** **The RMP should include a "No Leasing Alternative" and should adopt it as the preferred alternative**

To comply with NEPA's requirements for a reasonable range of alternatives, the BLM should consider a "no leasing" alternative for coal resources in the planning area. Such an alternative is a necessary counterbalance to the current alternatives that skew heavily in favor of coal leasing. The agency notes that "[a]ll of the alternatives outlined above provide for continued coal, oil, and gas exploration and development within the UFO. As such, the BLM understands that the majority, if not all, of any developed resources will eventually be consumed to produce energy."[7] This assumption of unrestricted fossil fuel consumption is reflective of a fundamental disconnect between how our public lands are managed for energy production and national policies and expectations to limit GHG emissions. Importantly, the Draft RMP fails to consider any alternatives that would meaningfully address GHG emissions and climate change impacts in the planning area and that are reflective of current science and national policy. To address these impacts, a no leasing alternative must be analyzed.

Sincerely,
Deidre A. Witherell

---

[7] Draft RMP at 4-41.

BLM_0149958

11/2/2016                    DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!



UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>

## FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!

1 message

**Valori (Lori) Armstrong** <vaarmstrong@blm.gov>                    Tue, Nov 1, 2016 at 1:25 PM
To: BLM_CO UFO_RMP <blm_co_ufo_rmp@blm.gov>


**Lori Armstrong**

**Acting Deputy State Director**

**Natural and Cultural Resources**

**BLM Utah**

**440 West 200 South**

**Salt Lake City, Utah  84101**

**(801) 539-4034**

---

**From:** Diana Dascalu-Joffe [mailto:DDascaluJoffe@biologicaldiversity.org]
**Sent:** Tuesday, November 01, 2016 12:30 PM
**To:** president@whitehouse.gov; Secretary_jewell@ios.doi.gov
**Cc:** rwelch@blm.gov; Valori_Armstrong@blm.gov; sborders@blm.gov
**Subject:** BLM Plan for Western Colorado Can Be a Model for Climate Action!
**Importance:** High


November 1, 2016

The President
The White House
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500

The Honorable Sally Jewell
Secretary of the Interior
1849 C Street, N.W.

Washington, DC 20240

**Re: BLM Plan for Western Colorado Can Be a Model for Climate Action**

Dear Mr. President and Madam Secretary:

BLM_0149959

11/2/2016                     DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!

Climate change is the pre-eminent environmental peril of our time, threatening our communities, our rivers and agricultural lands, our health and our way of life. Your administration has recognized this threat and has played a leadership role in the U.S. and around the world in reducing greenhouse gas emissions.

In western Colorado, the Bureau of Land Management (BLM) has an opportunity to tackle the issue as it considers new options to manage coal, oil and natural gas production in the Uncompahgre planning area. The Uncompahgre Resource Management Plan addresses approximately 675,000 acres of BLM-administered land and almost a million acres of federal minerals in southwestern Colorado. This region supports exceptional outdoor recreation, Colorado's largest concentration of organic agriculture, and numerous threatened and endangered species, including Colorado pikeminnow, razorback sucker, greenback cutthroat trout, and Gunnison sage-grouse. The area also includes four coal mines – including one permanently closed, one idle, and one slated for closure in 2022. While oil and gas interests have proposed hydraulic fracturing in the area, those proposals have sparked significant local opposition which together with low prices have thus far suppressed much of the would be development.

Unfortunately, every option BLM is considering in its draft plan for that area will worsen, not reduce, climate pollution. In fact, over the 20-year life of the plan, BLM predicts that fossil fuel development and combustion could result in over a half a billion tons of additional climate pollution—about the equivalent of running the state's five largest coal-fired power plants. BLM should be part of the climate solution, not part of the problem. BLM's failure to even consider options that reduce the agency's contribution to climate pollution is contrary to your administration's policy and common sense.

We therefore urge you to ensure that BLM gives meaningful consideration to alternatives that end new fossil fuel leasing of lands and minerals managed by the Uncompahgre Field Office. BLM's new plan for the Uncompahgre region presents an important opportunity for the Department of Interior to avoid substantial greenhouse gas emissions while protecting important natural resources at stake in Colorado's North Fork Valley.

The United States has committed to the climate goal of holding the increase in the global average temperature to "well below 2°C above pre-industrial levels" and pursuing efforts to limit the temperature increase to 1.5°C above pre-industrial levels under the Paris Agreement. Limiting further temperature rise is necessary to prevent increasingly dangerous and potentially irreversible impacts. However, current climate policy and emissions reduction pledges in the United States and globally are not sufficient to achieve a 1.5°C or 2°C limit, and stronger action to reduce greenhouse gas emissions is urgently needed.

As you have stated, Mr. President, "ultimately, if we're going to prevent large parts of the Earth from becoming not only inhospitable but uninhabitable, then we're going to have to keep some fossil fuels in the ground rather than burn them." According to a large body of scientific research, holding temperature rise to "well below 2°C" requires that the vast majority of global and U.S. fossil fuels stay in the ground. The global carbon budget—the remaining amount of carbon that can be released into the atmosphere before we lose any reasonable chance of holding global temperature increases well below 2°C—is extremely limited and rapidly being consumed by continued fossil fuel use. Over the past decade, the burning of fossil fuels from federal leases has resulted in nearly a quarter of all U.S. energy-related emissions and nearly four percent of global emissions. Ending new leases for federally-managed fossil fuels would have a significant effect on U.S. emissions, and would signal a serious commitment to meeting emissions targets by controlling not only fossil fuel consumption but also production and infrastructure. Moreover, a recent study by Oil Change International entitled *The Sky's Limit*, shows that meeting the Paris climate goals requires a managed decline in *currently operating* fossil fuel production activities, such as coal, oil and gas extraction, transport and combustion. Specifically:

- The potential carbon emissions from the oil, gas, and coal in the world's currently operating fields and mines would take us beyond 2°C of warming.
- The reserves in currently operating oil and gas fields alone, even with no coal, would take the world beyond 1.5°C.

BLM_0149960

Based on these findings, the report recommends: "No new fossil fuel extraction or transportation infrastructure should be built, and governments should grant no new permits for them." The science is clear that the path to avoiding the worst impacts of climate change involves ending business as usual for fossil fuel development. Indeed, as the *Oil Change* report points out, "if you are in a hole, stop digging."

We commend the Department of Interior on its initiatives to begin addressing the role of federal fossil fuel leasing and production in the climate crisis, including its historic programmatic review of the federal coal leasing program and its efforts to address methane emissions from oil and gas production on federal lands. The plan for the Uncompahgre Planning Area offers the Department an exceptional opportunity to begin integrating the United States' climate goals into its local plans for managing public lands and mineral estates. In particular, the combination of already-declining coal production and the lack of substantial existing oil and gas infrastructure in the region present an opportunity for significant emissions savings without a major stranding of investments or loss of employment.

BLM's draft plan for the Uncompahgre area, however, proposes *expanding* fossil fuel leasing and development above historic levels, and the agency fails to address options that limit climate pollution in any meaningful way. BLM rejects any consideration of alternatives that would close the planning area to either coal or oil and gas leasing. Every one of its alternatives contemplates levels of fossil fuel leasing and production that would result in increased greenhouse gas emissions over current levels. BLM's failure to analyze alternatives that would restrict fossil fuel development is all the more arbitrary given that BLM considers prohibiting renewable energy development—including wind and solar—on 95% of the resource area.

Further, despite administration policies that require both quantitative and qualitative disclosure of climate emissions and consideration of alternatives and mitigation measures that would reduce climate impacts, the Uncompahgre draft environmental impact statement fails to disclose or consider available mitigation measures to reduce the climate impacts of additional coal, oil and gas development.

The BLM has an incredible opportunity to develop a "gold standard" in resource management that helps combat the climate crisis while providing a path to sustainable development in a region of Colorado that is eager to transform its economic base. Therefore, we urge you to direct BLM to prepare a revised plan and environmental analysis—one that incorporates U.S. Paris Agreement climate goals by adding emissions reduction to its purpose and need, analyzes an alternative that would prohibit new fossil fuel leases, and that recommends the area for long-term withdrawal from availability for mineral leasing. Thank you for your consideration.

Sincerely,

Micah Parkin

Executive Director

350 Colorado

2861 Ellison Place

Boulder, CO 80304

(504) 258-1247

micah@350colorado.org


Kieran Suckling

Executive Director

BLM_0149961

Case No. 1:20-cv-02484-MSK   Document 72-9   filed 04/29/21   USDC Colorado   pg 38 of 136

11/2/2016                    DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!

Center for Biological Diversity

PO Box 710

Tucson, AZ 85702

(520) 345-5705

KSuckling@biologicaldiversity.org


Natasha Léger

Interim Executive Director

Citizens for a Healthy Community

PO Box 291

Hotchkiss, CO 81419

(303) 667-1544

natasha@citizensforahealthycommunity.org


Abigail Dillen

Vice President of Litigation for Climate & Energy

Earthjustice

50 California Street, Suite 500

San Francisco, CA 94111

adillen@earthjustice.org

(415) 217-2169


Pete Dronkers

Southwest Circuit Rider

Earthworks

2511 Ponderosa Dr.

Ridgway, CO 81432

(775) 815-9936

pdronkers@earthworksaction.org


Rev. Peter Sawtell, executive director

BLM_0149962

Case No. 1:20-cv-02484-MSK   Document 72-9   filed 04/29/21   USDC Colorado   pg 39 of 136

11/2/2016                DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!

Eco-Justice Ministries

400 S Williams St.

Denver, CO  80209

(303) 715-3873

ministry@eco-justice.org


Marissa Knodel

Climate Campaigner

Friends of the Earth

1101 15th St. NW, Floor 11

Washington, D.C. 20005

(202) 222-0729

mknodel@foe.org


Lauren Petrie

Rocky Mountain Region Director

Food & Water Watch

1740 High Street

Denver, CO 80218

(720) 663-0735

lpetrie@fwwatch.org


Robyn Cascade, Leader

Northern San Juan Chapter

Great Old Broads for Wilderness

Ridgway, CO

c/o P.O. Box 2924

Durango, CO 81302

northernsanjuanbroadband@gmail.com


Diana Best

BLM_0149963

Case No. 1:20-cv-02484-MSK   Document 72-9   filed 04/29/21   USDC Colorado   pg 40 of 136

11/2/2016          DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!

Senior Climate and Energy Campaigner

Greenpeace US

190 E 9th ave, suite 120

Denver, CO 80203

dbest@greenpeace.org

(415) 265-8122


John Weisheit

Conservation Director

Living Rivers & Colorado Riverkeeper

PO Box 466

Moab, UT  84532

john.weisheit@gmail.com


Roz McClellan

Rocky Mountain Recreation Initiative

1567 Twin Sisters Rd.

Nederland, CO 80466

(303) 447-9409

mcclelr@colorado.edu


Karen Tuddenham

Executive Director

Sheep Mountain Alliance

220 W. Colorado Ave

Telluride, CO

PO Box 389

(970) 728-3729

info@sheepmountainalliance.org


Lena Moffitt

BLM_0149964

Case No. 1:20-cv-02484-MSK   Document 72-9   filed 04/29/21   USDC Colorado   pg 41 of 136

11/2/2016                        DEPARTMENT OF THE INTERIOR Mail - FW: BLM Plan for Western Colorado Can Be a Model for Climate Action!

Director, Beyond Dirty Fuels

Sierra Club

50 F Street NW, Eighth Floor

Washington, DC 20001

(202) 495-3050

lena.moffitt@sierraclub.org


Jeremy Nichols

Director, Climate and Energy Program

WildEarth Guardians

2590 Walnut St.

Denver, CO 80205

(303) 437-7663

jnichols@wildearthguardians.org

Cc:     Sen. Michael Bennet

        Gov. John Hickenlooper

        Ms. Ruth Welch, Director, Colorado State Office, BLM

        Office Manager, Uncompahgre Field Office, BLM

BLM_0149965



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

## RMP Comments on Non-motorized trail areas

1 message

**Lynn Whipple** <Lwhipple@guildmortgage.net>                      Tue, Nov 1, 2016 at 10:02 PM
To: uformp@blm.gov

Subject: Need for more non-motorized trail areas

TO: Dear UFO RMP Staff,

Thank you for the opportunity to comment on the draft RMP for the UFO.  I
appreciate the effort the BLM has put forth to protect the resources of
our local public lands.  There are a wide variety of users with increasing
use and a delicate balance of natural resources and impact of the user
groups.  I would like to see the BLM offer alternatives that includes a
focus on setting aside more non-motorized areas, for quiet users and lower
impact on natural resources and wildlife.

Hikers and horseback riders can use wilderness areas and "Areas with
Wilderness Characteristics," but mountain bikers are pushed into motorized
areas.  Except for a few SRMA's that focus on mountain biking such as the
RAT trails, Buzzard Gulch and Jumbo Mountain, there are relatively few
miles where we can ride in peace and quiet when compared with the many
hundreds of miles of motorized trails in our region.  The immense
popularity of the RAT and Buzzard Gulch trails speak to the demand for
trails designed for mountain biking.  These areas are becoming destination
trails for locals and visitors and this helps drive our economy and
promotes a healthy lifestyle.  If you look at the BLM model in the Grand
Junction and Fruita areas, they have successfully designated separate
areas for motorized and non-motorized use.  They have achieved more of a
balance of these two user groups and it has made for world-class
recreation for both groups.

We need to have multiple non-motorized areas in all portions of the region
that are easily accessible to Montrose, Olathe, Delta, Paonia, Norwood and
other towns.  We like the proposed Kinikin Hills area and expanding
Buzzard Gulch/Spring Creek, but there can be more areas in Dry Creek, for
example, that can be designated as non-motorized or mountain biking areas.

As mountain bikers, we like the quiet and peaceful nature of non-motorized
trails.  We ride our bicycles to enjoy the outdoor experience and
environment we live in.  We love the skills and challenges that
singletrack trails provide.  We don't prefer dirt roads or two-track;
singletrack trails are what we seek and love to ride on sustainable
trails.  Motorized trails are also often too steep and rutted, which can
be difficult or impossible to ride on a bicycle.  We are looking for a
different experience and we are more compatible with hikers and other
non-motorized users because of our slower speed, quietness, and desire to
be self-propelled and are a low impact on the environment.

To create more of a balance of motorized and non-motorized use, I request
that you come up with an alternative that provides for more quiet user
areas, some of which are designated for mountain biking.  With your areas
with wilderness characteristics, where bikes presumably wouldn't be
allowed, this will ensure that there are more opportunities for mountain
biking in the UFO.   We have world-class terrain on vast areas of BLM land
managed by the UFO, so let's have a more equal designation for low impact,
environmentally-friendly activities like mountain biking.

Thank you,

Lynn Whipple
60670 Xena Trail
Montrose, CO 81403
970-765-6551
lwhipple@guildmortgage.net

BLM_0149967

12/20/2016                    DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

# RMP Comment Letter Form submitted on Citizens for a Healthy Community

1 message

**Citizens for a Healthy Community** <dukkaqueen@skybeam.com>        Tue, Nov 1, 2016 at 10:17 AM
Reply-To: dukkaqueen@skybeam.com
To: uformp@blm.gov

The following comment letter was submitted by the named citizen through the website of the organization, Citizens for a Healthy Community. It was submitted from the following page: http://www.citizensforahealthycommunity.org/submit-rmp-comment-letter

| | |
|---|---|
| **Please check the box below if you agree to the following letter. A check in the box is required in order to submit the form to the BLM.** | I am opposed to oil and gas leasing on public lands in the North Fork Valley, which is one of the most beautiful and fertile places in the world. I am opposed to oil and gas leasing here because it has the potential to 1) lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms, prime hunting grounds, and home to gold medal fishing, and 2) cause significant harm to human health and a local economy based on recreation, hunting, tourism, and agriculture. I oppose the BLM's Preferred Alternative, as it relates to oil and gas development, in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado. |
| | The BLM's preferred alternative would open almost every acre of public lands in the region to oil and gas leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. **The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.** |
| | The potential for human, animal and environmental damage is too high. |
| | Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease. |
| | Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food. In addition, development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife. |
| | A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies, and large-scale industrialization. |
| | Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. BLM should adopt a no-leasing alternative, which is the only option to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come. In addition, unregulated gas gathering pipelines on public lands present an unacceptable risk to human life and the environment. BLM should impose a moratorium on oil and gas leasing until rural gas gathering pipelines are properly regulated under the Pipeline Hazardous Materials and Safety Administration. |
| **Date** | November 1, 2016 |
| **Name** | Rita Clagett |
| **Email Address** | dukkaqueen@skybeam.com |
| **Phone Number** | 970.921.6689 |

BLM_0149968

12/20/2016          DEPARTMENT OF THE INTERIOR Mail - RMP Comment Letter Form submitted on Citizens for a Healthy Community

| City | Crawford |
| --- | --- |
| State | CO |
| Zip | 81415 |
| I am: | An organic farmer, A resident, A consumer of NFV/Delta County produce and meat and poultry, An Independent, A homeowner, A scientist/geologist, Interested/impacted citizen |
| Additional Comments | It is appalling to me that the Delta County Board of County Commissioners would support fracking in the North Fork Valley in light of this hydrology report they received three years ago, clearly delineating the potential danger to the very life blood of the valley's citizens and economy. Water is Life. Excerpts from the report make it clear that fracking in this area is entirely inappropriate. let the BLM do the right thing and proclaim that this valley is simply not the right place to cater to corporate profit motive and lease our public lands for industrial development, no matter how slim the chance of success in drilling. We know that you know, and the BOCC knows, this danger is real and present: <br><br> "The hydrology of a natural groundwater hydrologic system may be altered by the construction and operation of proposed oil and gas wells. During drilling and fracking, the oil and gas operations may behave like a connection mechanism between the deep and shallow aquifers, mixing water of various chemistries from various bedrock and shallow aquifers. Depending on management strategies for produced water disposal and use, groundwater levels in the shallow unconsolidated systems may be altered with respect to the amount, velocity, storage, and direction of the local groundwater system and related regional groundwater levels and discharges. Changes to the natural groundwater system will likely have ecological, geohydrological, and, potentially, legal consequences. The effects of water disposal after fracking and oil and gas well development are not discussed in this report as relevant information on the planned oil and gas development and operations is not available at this time. These management strategies and their effects on the shallow and bedrock aquifer subsystems should be evaluated in more detail. <br><br> ....the potential for groundwater discharge from the deeper bedrock to the shallow aquifers in the Valley Bottom subsystems in the North Fork River Valley, and in the Minnesota, German, Bell, McDonald, and Cottonwood Creek drainages, due to hydrostructures, may be affected by fracking or other oil and gas drilling activities (Figures 19, 20, 22, 23 and 29), which could affect the water supply and water quality. In addition, significant amounts of shallow aquifer water quality may be affected by the surface water runoff and groundwater recharge affected by drill site activities and water disposal (Figures 19, 20, 22, 23 and 29)." |
| Signature. Please sign using the cursor below to write your name. This digital signature is legally binding and confirms your agreement with the comment letter above. Thank you. | *R Claggett* |

BLM_0149969

BLM_0149970



**UFO_RMP, BLM_CO <blm_co_ufo_rmp@blm.gov>**

---

## Comments on Draft Resource Management Plan for the Uncompahgre Field Office
1 message

---

**Colin OBrien <coloradocolin@gmail.com>**                                    Tue, Nov 1, 2016 at 9:31 AM
To: uformp@blm.gov

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM Staff,

**I am opposed** to oil and gas leasing on public lands in the North Fork Valley. Oil and gas leasing has the potential to irreparably harm the people, the land and the character of this unique agricultural, recreational and creative hub. The North Fork Valley is blessed with abundant natural beauty as well as fertile soil that produces a wide variety of fruits and vegetables. I am opposed to leasing because it has the potential to lead to loss of the clean air and abundant clean fresh water that have made this area Colorado's largest concentration of organic farms. Oil and gas leasing has the potential to cause significant harm to human health and a local economy based on recreation, hunting, tourism, art and agriculture. I oppose the BLM's Preferred Alternative in the Draft Resource Management Plan and Environmental Impact Statement for the Uncompahgre Field Office in Southwest Colorado.

My family moved to the North Fork Valley for the quality of life that comes with fresh food, clean air and water, recreational opportunities and natural beauty. There are very few of these places left to raise a family in this type of environment. Oil and gas leasing will destroy this experience not only for me and my family, but future generations as well. I lived in the Roaring Fork Valley from 2001-2007 and witnessed first hand how oil and gas leasing can change a community. Dozens of families that I knew personally were driven from the homes that they hoped were to be the homes they would live in for life due to toxic smells, noise pollution, light pollution, idiopathic illnesses of unknown origin and the placement of well pads on what they thought was their property.

The landscape of Silt, Rifle, Battlement Mesa and Parachute were lit up 24 hours a day with hundreds of gas wells near schools, shopping centers and homes. The sound of drilling, truck traffic, and diesel generators was perpetual. And then one day it wasn't. Empty well pads, roads created now unused, debris, rusted pipe and litter scar large portions of the landscape. The economics of oil and gas is a boom bust economy. Home prices crashed in these oil and gas communities and have not recovered. Oil and gas leasing will not create jobs. Skilled employees will be imported in from other places, such as Louisiana and Texas.

Our public lands are a very important resource that can pay dividends long into the future if managed appropriately. Leasing public lands in this area for a short term gain and sacrificing everything that makes the North Fork Valley special for a few years of cheap oil and gas is a mistake that should be avoided at all costs. Oil and gas is a finite resource that will not support the long term viability of this area. Investing in recreation, agriculture and tourism will create a strong foundation for the future. Oil and gas leasing is diametrically opposed to a long term foundation of the use of public lands.

I am opposed to leasing for oil and gas development in this area for the additional reasons and request that BLM address each one of the following:

1. **The Analysis was wholly inadequate**

BLM_0149971

- **BLM did not consider the uniqueness of the North Fork Valley.** The Gold Medal fishing, prized big- game hunting, and award-winning fruits, vegetables, and wines can all be harmed by air pollution or surface or ground water contamination that are inevitably associated with oil and gas extraction.

- **The North Fork valley has the highest concentration of organic farms in Colorado.** Neither Chapter 2 (Affected Environment) nor Chapter 4 (Environmental Consequences) acknowledge the existence of this rare, unique and unrivaled agricultural area containing numerous vineyards, orchards and vegetable growing operations. **Analyzing the effects of drilling and all the associated risks to this agricultural area must be addressed in detail.**

- BLM did not consider a reasonable no-leasing alternative for the North Fork Valley.

- BLM relies on a 2012 Foreseeable Development Scenario report, which is based on an analysis of conventional oil and gas development from 2004.

- BLM did not analyze the impacts of hydraulic fracturing and multi-drilling technologies.

- BLM did not analyze the cumulative impacts of unregulated gas gathering pipelines.

- BLM did not consider the impact of extreme weather causing flooding, mudslides and geological instability, which can compromise the integrity of pipelines and result in leaks and potential explosions.

- BLM did not analyze the impact of permanently removing water from the hydrologic cycle.

- BLM did not analyze injection wells and the potential for earthquakes and contamination of aquifers.

- BLM did not conduct a human health impact assessment.

- BLM did not consider that, by their own modeling, ozone levels already exceed the EPA threshold of 70ppb in certain areas.

- BLM did not consider community source water protection plans.

- The BLM did not adequately consider the impact of industrial oil and gas operations, air pollution and water contamination on the health of wildlife animals, nor the impact on the hunting and fishing economy. Oil and gas development in the NFV will fragment the wildlife habitat and negatively impact the big game population. It will also result in increased sedimentation impacting the fish population.

- BLM did not consider the impacts on hunting due to changes in wildlife migration and reproduction habits.

- BLM did not consider the decreased recreational value of BLM lands from industrial oil and gas activities.


2. In addition

- **It is an inappropriate use of public lands.** It would open almost every acre of public lands in the region to leasing (865,970 acres or 94.5% of total oil, gas, and mineral acreage), and specifically in sensitive air, water and foodsheds. The Preferred Alternative is a roadmap to industrializing this economically and ecologically unique area with gas wells, pipelines, storage tanks, condensate tanks, wastewater pits, sand trucks, water tanks, and more.

- **The potential for human, animal and environmental damage is too high.**

- Development would contaminate soils, water, and air, and impair human health, including increases in respiratory, endocrine, immune, and cardiovascular disease.

- Development of the leases would destroy local investments and resources required in transitioning the economy to one based on agro-tourism, recreation, renewable energy, agriculture, and organic/clean food.

- **Climate change impact.** Development would contribute to increased greenhouse gas emissions and climate change impacts on community resources, including agriculture and wildlife.


**A no-leasing alternative is the only reasonable conclusion to a hard-look analysis of the risks posed by oil and gas operations including fracking technologies and large-scale industrialization. Because BLM did not consider new information on earthquakes, human health impact, climate change impact, and environmental damage**

BLM_0149972

**caused by hydraulic fracturing, injection wells, and ongoing oil and gas operations, along with its inadequate risk analysis, its draft Resource Management Plan is fundamentally flawed. A no-leasing alternative is the only reasonable alternative to protect the North Fork Valley, and everyone who depends on it for food and recreation for generations to come.**

**BLM must keep the federal oil and gas minerals in the UFO planning area in the ground and adopt a no- leasing alternative. I urge that BLM adopt a no-leasing alternative.**

Without having considered a no-leasing alternative, nor considering how the North Fork Alternative Plan would be carried out if included in the preferred alternative, the draft RMP fails to fulfill its duty to consider the full range of reasonable management possibilities.

Sincerely,

Colin O'Brien

 **rmp-comments.doc**
42K

BLM_0149973

Dana Wilson
UFO Manager
2465 S. Townsend Ave
Montrose, CO 81401

Dear Dana Wilson,

I utilize public lands for hiking, camping, water sports, mountain biking and recreating. The preservation of our public lands is beneficial for the lifestyle here in the North Fork Valley, the wildlife, and the well being of our citizens.

The threat that the Gas and Oil industry poses to the environment, economy and community do not balance the benefit that hydraulic fracking brings to a chosen few, who for the most part live outside of the North Fork valley.

As stewards of our public lands and natural resources, I encourage you to stop the practice of hydraulic fracturing on public lands.

I encourage you to adopt the North Fork alternative B1 and to exceed those standards.

Sincerely,

NAME: Sara Castro

ADDRESS: P.O. Box 3612 Aspen CO 81612

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

To Dana Wilson and Barb Sharrow

Re: Hydraulic Fracturing in the North Fork Valley

I am strongly opposed to the fracking industry coming to the North Fork Valley and utilizing our public lands for private gain. The techniques utilized for fracking have not been proven safe for our public lands and water. Our community relies on clean water and public lands for agricultural production, recreation and the healthy lifestyle that so many of us live here for.

The North Fork Valley is a hub of agriculture in Colorado, shipping produce throughout the state. The threats posed by fracking in The North Fork include damaging local economy by potentially harming our watershed and polluting our beautiful farms. The benefits of fracking will not impact our local community, as the revenue raised will not stay in the North Fork.

Agriculture in the North Fork is an economic driver. It benefits the environment, the community, and our economy. Agriculture is an industry that is essential for life. Colorado is currently increasing its population at alarming rates. We need to move to a sustainable future for our residents that include access to clean water and healthy food for all people. The BLM, government agencies and citizens of Colorado can unite in encouraging agriculture, renewable energies and cottage industries that contribute to the vitality, sustainability and economic stability of the North Fork and for all of Colorado.

Please do not allow hydraulic fracturing on our public lands. An ounce of prevention is worth a pound of cure and the damage causes by the oil and gas industries is evident and left to communities and citizens to clean up. There is no benefit for our community in this risky business. Please take the health and wellbeing of the people, animals, environment, and water into consideration and at minimum support the North Fork Alternative Plan(B1), at most ban fracking in Colorado like many other wise states and countries have done.

Thank you for your consideration,

BRITTEN CLEVELAND

479 Frankin
Denver, CO 80218

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


Attn: Dana Wilson


I am a tourist who frequently visits the North Fork Valley. I love the beautiful landscape, the high quality food, the clean air and water. I have been supporting hotels and other businesses in the area for twenty-plus years. This is why I am asking you to please choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. This is only secondary to my first choice, which would be to have zero hydraulic fracturing. How did you not consider this as a reasonable alternative?

Hydraulic Fracturing presents many dangers still unknown to us. Some that we have already seen come in the impact of transportation of hazardous materials, impact on water and air quality, road degradation, increased heavy truck traffic, and an impact on wildlife. As a tourist from the east coast, I come to the North Fork every year to get away from those things exactly; to enjoy nature and a clean quality of life that is becoming harder and harder to find in this country. Hydraulic fracturing has already been banned in Bulgaria, Germany, France, and Scotland, as well as in New York, Maryland, and many counties across America. In America, we have seen an all out disaster occur in Flint, Michigan.

I can't speak for everyone, but I can certainly say for myself that hydraulic fracturing in the North Fork Valley will end my adventures travelling here. I love it so much, but the health risks are just not worth it. Please take my comments into consideration.


Thank you very much, and please take this seriously.



Name: FREDRIKA WARD

Mailing Address: 3225B FOLSOM ST.
SF, CA 94110

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Scanned
0011 4B

**RMP COMMENT**

Dana Wilson and Barb Sharrow,

I am in support of the North Fork Alternative Plan (B1). I surely am not completely satisfied with the NFAP, but it appears to be the best option. I believe this is the most responsible option because it takes into consideration the value of Delta County's water shed and natural water systems. I am very fond of hunting in the North Fork region. If any of the other RMP plans are used, I don't believe I will be coming to hunt in the North Fork area any more. I like to insure that my family is eating game that is living in the most pristine environments. It is common knowledge that hydraulic fracturing can contaminate the air, land and water. A clear indication of this can be seen because France, Bulgaria, Germany and Scotland and states, such as New York and Vermont completely banned hydraulic fracturing in order to protect their citizens' health and their environment and economic futures. I hope you fully consider the impact on your citizens as well as your outdoor recreation/tourism.

I'm also opposed to the final environmental impact statement for SG Interests I Ltd.'s Master Development Plan Proposal and BLMS's preferred alternative to develop up to 146 natural gas wells, four water disposal wells, and associated access roads and pipelines for the same reasons mentioned above.

Lastly, I don't believe the BLM has explored all alternative option, as I did not see a no leasing option in the RMP plans. One concern I have is for the birds that will drink from the open waste water pools at the sites, as there are many undisclosed chemicals in the hydraulic fracturing fluids. We don't if them drinking this water will give them a disease or outright kill them. I know it's the BLM's duty to help protect sensitive species, which in this region we have the Bald eagle, Golden Eagle, among many other birds on your sensitive species list.

Please consider how the future generations will look back on these big decisions you are making. I believe deciding a no leasing alternative will leave you on the right side of history.

Sincerely,

Anibalila Hennsell

340 County Rd. 24
Ridgway, CO
81432

Scanned
0012 28

To Dana Wilson,

I am a Colorado resident and I am concerned about the health and wellbeing of the people, wildlife and environment that are effected by hydraulic fracturing. I am specifically concerned about the North Fork Valley as it is a producer of organic food for the whole state.

Hydraulic Fracturing has been scientifically linked to a wide variety of human health issues. Some of these health concerns include:

- Birth defects
- Endocrine disruption
- Respiratory ailments
- Cardio vascular disease
- Immune system function

These are serious ailments that can be prevented by the use of renewable alternative energy use rather then the polluting gas and oil industry.

I urge you to please take the public health and the environmental health into consideration and BAN hydraulic fracturing in Colorado.

At minimum adapt the North Fork Alternative B1.

Please protect the people, water, land, air and animals.

Thank you,

MATT MASCIOCCHI

4697 18th St
BOULDER, CO 80304

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Scanned
0014 JB

Dear Dana Wilson,

Not being very familiar with the BLM, I looked up the BLM's own description of what it is and what it does. It states that the "(BLM) may best be described as a small agency with a big mission: To sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations." I realize that the BLM needs to consider productivity, but I would like to believe that the choice would also focus on sustaining the health and diversity of the country's public lands. In my opinion the BLM has failed in this.

In the Draft RMP, the BLM never addresses the volatile organic compounds (VOCs), particulate matter, methane, nitrogen oxide, and hydrogen sulfide that are released, leaked, or spilled as a result of drilling, continuous operations or accidents, and their impact on the environment and people's health.

In particular, the BLM did not take into consideration the following:

1. truck transportation of water, fluids and sand
2. casing, drilling and hydraulic fracturing
3. flaring and condensate tank flaring

I question the BLM considering additional oil and gas development and fracking when it has not analyzed oil and gas operations and their impact on human health. I would also like to know why the BLM ignores the articles on thousands of people who either lost their lives or had their health compromised from living near oil and gas development. The BLM has a responsibility to "sustain[ing] the health and diversity of the country's public lands." Can you really trust those who keep allowing repeated spills and damage to the environment in fracking operations? I can only consider a NO Leasing alternative.

Sincerely,

Kate Linehan
Kate Linehan
P.O. Box 1813
PAonia, CO 81428

Cc: R. Welch, S. Jewell, N. Kornze

Scanned
0014 ZZ

UFO RMP
Uncompahgra Field Office
2465 South Townsend
Montrose, CO 81401

I have been a resident of Colorado since 1970 and Paonia Co for the past 12+ years.

It is quite obvious that this valley is not becoming a victim of a busted coal industry nor the demise brought on by the energy industry and it's holdings here as had happened in the 80s.

It is clear also that the driving force behind the economic stability these days is being driven by the jobs in ag , food and wine, in particular, with tourism being a major role in it's economic sustainable development.

Why would the BLM consider risking such a promising future for this valley with the threat of contamination of our water and clean air for years to come for such a short term gain for guess who? The Oil and Gas Industry ~ greed is the only answer that comes to mind.

How many examples of boom and bust do we need to hear about befor we learn. How many communities have we seen ruined as a result.

NO!! This valley is well on its way to haveing a good long and sustainable future going forward, provided this threat is not hanging over our heads.

We as citizens do not need to settle for anything less and if we stay united and continue to fight for what is right those greedy industries will find another place more suitable where hopefully they will be responsible in their practices of exploration and drilling in places where lives and the future of communities and families are not put at risk.

Do the right thing BLM and forgo the harm that you could inflict on this beautiful North Fork Valley by doing away with the risks of fracturing for years to come.

Do the next best thing to completely eliminating all lease options forever by making them go away and not come back, PLEASE ELECT TO INCLUDE ALL PROPOSED ACTIONS IN THE NORTH FORK ALTERNATIVE, B1, IN THE FINAL RMP.

We don't need to live with the risks of fracturing in our future. Haveing gas shipped to China and other remote areas around the world, leaves future generations more at risk than we can now comprehend.

Please be responsible stewards,

Thanks,

Sid Lewis
570 3rd St.
Paonia, Co. 81428

Scanned
0018 JB

To Dana Wilson,

After looking over the BLM's Draft Resource Management Plan, it is evident that a key piece is missing. The issue is that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety. For both moral and liability reasons, it is necessary that the BLM issue a moratorium on oil and gas leasing.

The risks associated with the pipelines span from endangering campsites and campers, forest fires, water pollution, animal fatalities, human fatalities, as well as many other social and economic risks. Until a thorough risk assessment is completed on the pipelines, there needs to be a moratorium on all leasing. Without a moratorium, the BLM could be held responsible for any and all injuries, deaths, environmental degradation, and economic repercussions because this risk assessment was not conducted.

We cannot risk the safety, health, and beauty of the North Fork area to the oil and gas industry. This valley is too special for you to simply neglect this important piece of information. For these reasons, I demand either a moratorium until more research is completed, or for the Uncompahgre Field Office to add a no leasing alternative to the RMP. More time is needed to fully understand and assess the environmental, social, economic, and safety risks the so that the North Fork Valley is not destroyed by pure and simple negligence. I truly hope you make the right decision that will hold you on the right side of history.

Thank you, Scott Goldsberry
Scott Goldsberry
14152 Thompson ln.
Paonia Co. 81428

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Scanned
0019 JL

To Joe Meyer,

Recently I was reminded that according to NEPA, all government agencies are required to take a hard look at climate change. Then I read a study in which Secretary Jewell states, "Using sound science as the basis of this report, we can see that climate change is already impacting our nation's national parks.... 'According to Jonathan Jarvis, Director of the National Park Service, climate change is ... the greatest threat to the integrity of our national parks that we have ever experienced.'"

It is not only the parks that need to be considered. All public lands must be included.. I don't believe that the BLM took a comprehensive or hard look analysis at direct, indirect, and cumulative impacts, as required by NEPA.

The BLM failed to meaningfully analyze greenhouse gas emissions and the impacts of climate change, including the severity of these impacts and social cost of carbon and the BLM failed to consider various drilling technologies, including horizontal drilling and multi-stage fracking in its analysis.

The BLM did not properly analyze methane and other air pollutants or consider mitigation measures to reduce these impacts. The BLM has not completed a thorough analysis of the aforementioned areas. And the additional demands of fracking would overwhelm our area and deplete our limited water supply.

Therefore, I reject all options in the Draft RMP and demand that the BLM issue a moratorium.

Regards,

Scott Goldsberry
Scott Goldsberry
14152 thompson ln.
Paonia Co. 81428

http://onlinelibrary.wiley.com/doi/10.1002/ecs2.1465/full

http://tinyurl.com/h7lzh56

cc: J. Hickenlooper, R. Welch, N. Kornze, S. Jewell, M. Bennet, Delta County Commissioners

UFO Draft RMP
Uncompahgre Field Office
2465 Townsend Ave.
Montrose, CO 81401

Scanned
0020 ff

To whom it may concern,

I'm a New Mexico organic farmer planning to relocate to the Paonia, CO, area.

I urge you to choose the North Fork Alternative B1 and all other reasonable conservation protections in Alternative B. the quality of the water in the valley is paramount to a healthy agricultural economy.

thank you for your consideration

Sincerely

Robi Piotti
Milk Abrazos Community Land Trust
2255 Paseo de las Chamisas Suite G
Santa Fe, NM 87505
505-796-6006

BLM_0149983

Scanned
0021 ¾

Mike Campo
PO Box 1684
Paonia CO 81428

UFO RMP
Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose CO 81401

Dear BLM,

I am a resident of Paonia, and I urge you to adopt the North Fork Alternative B1. It is the only option that ensures the safety of our water and agriculture. We cannot live without these things, whereas a few cubic feet of gas will be practically meaningless in the long run.

Thank you,

Michael A. Campo

Scanned
00 30 28

To the BLM,

I am a Colorado resident who enjoys visiting the North Fork Valley for Mountain Biking and water recreation.

I enjoy the serenity and peace of the public lands in the North Fork valley and the Paonia Reservoir.

I am concerned about the threat posed to public lands and public health by the gas and oil industry.

I urge you to ban the practice of hydraulic fracturing in the North Fork Valley.

At minimum, adopt the North Fork Alternative B1.

Thank you for protecting the environment and public health.


Sincerely,

Faith mulere

Address:

Faith markell
40575 'O' Road
Paonia, CO 81428

Cc: S. Jewell, N. Kornze, R. Welch, B. Sharrow, D. Wilson, M. Roeber, M. Bennet

312 S. Elizabeth
Ridgway, CO 81432
PO Box 2040

ATT: UFO RMP

We are writing concerning the master plan for the RMP.

We have been visiting the areas concerned for over 40 years and have extensive knowledge of the territory involved.

There are two items which we would like to address.

We are concerned about the apparent dedication of the southern portion of the Uncompaghre area to motorized vehicles. We presume that this will suffice and not be increased. Certainly this is adequate as is. This should provide for quiet recreation through human powered activity rather than the motorized variety.

The second item is the amount of land devoted to oil and gas exploration.

In today's emphasis on climate change, to designate 90% open to oil and gas exploration is a travesty and should not be allowed. In addition to fracking, the hazard of storing chemicals as well as the presence of sludge ponds and the ensuring increased truck traffic, which always occurs, must be taken into consideration. Please eliminate this item from your plan.

Sincerely,
        Robert and Donna Green

BLM_0149986

Dana Wilson
BLM Uncompahgre Field Office
2465 south Townsend Ave
Montrose, Co 81401

*Scanned*
*CO 4826*

Dear Dana,

I wanted to support your efforts in making the areas adjacent to the North Fork accessible to appropriate recreational use and in consideration for the important AG there. AG and recreation use are the basis for a future healthy economy in this area. My understanding is the BLM is under the public comment period for the North Fork Alternative RMP.

Economically this zone is so important for AG and that has to be of great concern when gas leases are concerned. Water in this dry part of Colorado is much to important for the agriculture in this zone and should be dedicated to this use vs energy extraction in my opinion. Energy is a thirsty industry in the west and we simply don't have the resources for both AG and Energy in many parts of western Colorado. As our summers get warmer the water needs of ranchers and farmers has in increased dramatically in the last 20 years.

The second important and sustainable component is recreation, on both our trails and within our river ways. I come to the Paonia and Hotchkiss areas spring and fall to ride the great system of trails adjacent to the Jumbo Ridge zone.  It is a wonderful option for those of us who live at 8,000' or above and have few local riding options in late fall or spring.  We come and enjoy riding and eating and having a beer or two every trip over in Paonia and Hotchkiss, two great towns!

When we are not riding, this zone is a special area for water shed, beautiful rivers and fishing. It has been amazing to explore and it is special amongst our western Colorado river ways, and as you know contains good hunting and fishing options. Another reason to reduce new roads for energy and drilling and maintain healthy animal populations. We now have better energy options in the west, we just need to use them.

My family mined in CO in the 19th century and my dad graduated with a degree in metallurgy from Colo School of Mines. Fortunately he had other engineering options and worked in areas other than mining as an aerospace materials engineer. I am glad we (Colorado) are beginning to move away from that extraction legacy after seeing the long term damage it has caused in Colorado.

Why would we not want to improve a long term, sustainable recreation economy in the form of mountain biking, fishing, hunting while protecting our valuable local agriculture in this unique area?!
They are *the* sustainable options for our kids future.  Gas and mining are short lived options for a viable economy with short term benefits but long term problems as we have experience in western Colorado over the last 130 years.

Thank you for considering my thoughts.
Sincerely,

*Art Burrows*    aburrows@ajax design.com
                              970-618-2054
Art Burrows
Snowmass Resident, 5th generation Coloradoan and frequent visitor to the North Fork and Gunnison Valleys.

Scanned 005176

Dear Dana Wilson,

The North Fork Valley has provided a livlihood for me. It has became my home, my source of food, & opportunity to make a living. It is important to me to have clean water for my garden. Without my garden, I cannot make money and eat. I support the North Fork Alternative (B1) to provide the most protection for the North Fork Valley. The BLM has to put mangement in place for the North Fork & other public lands managed by the uncompahgre Field office so that there is maximum protection for this area's resources & public use. I plan to have children soon. I chose the North Fork valley to settle down in because of its pristine beauty & opportunity to provide my children a sustainable way of living. For this to be reality, there can be no fracking or else the quality of my life & lives of my future children will be crushed. The economy in the North Fork Valley relies on clean water — this cannot be put at stake. Thank you for reading my comments. I understand that oil & gas drilling is now a part of our reality, but maybe another location will provide a less impactful spot. Thank you. Ryan Channawan

502 Main St. Paonia, Co 81428

BLM_0149988



BLM_0149989

Scanned
0052
16

Earle W. Wise
156 2 14-50 Road
Delta, Colorado 81416
874-3670 - phone

Dear B.L.M. folks,

Please leave the North Delta adobies as is!! People come from all over the state and elsewhere to ride this area. There is absolutely nothing out there that people can hurt. They bring $.

If you want to do something constructive you can help us pick up the trash, people dump out there. There is alot of it!!

Myself and others use the entire area to ride motorized vehicles and/or horses, bikes. I am sure a conflict will arise from time to time when you get some meatheads together.

You folks do not have to make designated areas as that just irritates not only the locals but the out of area folk who come to ride

I have been riding the adobies since the early 50's on one thing or another. The terrain dictates where and what you ride. LEAVE IT ALONE!! Do help us pick trash up. Earle W. Wise

Designating areas will just cause the payers more money for lots of reasons.

Come help us pick up trash anytime!

BLM_0149990

Scanned
00 5572

Hortense Plummer
212 Box Elder Ave
PO Box 1684
Paonia, CO 81428

UFO Draft RMP
2465 Townsend Ave.
Montrose, CO 81401

Dear Sir/Madam,

I have been a Paonia resident for five years. I use the local paths on Jumbo Mtn. and Stephens Gulch for biking, hiking, snowshoeing and dog walking. I enjoy the produce & meats from the local organic farmers. I spend time enjoying the views from all aspects; from Azura Cellars, "P" hill and the Mesas. I enjoy star gazing into our deep black sky. I rely on town water for my drinking, cooking and bathing water.

I am against the proposed BLM leasess because they will threaten all of the above. Please choose North Fork Alternative B1.

Sincerely,

H. Pl___

Scanned
005616

to: Dan Wilson UFO Manager
Re: RMP revision

NOV 01 2016

Dear Mrs. Wilson.

I am writing to strongly support Alternative B1 as the only tennable, reasonable choice for the BLM's management of the Uncompahgre region. I am a citizen of Paonia since summer of 2013; I lived in Durango 6 years prior to that. I drive quite a lot for a plethora of reasons - I work for Rez Dawg Rescue transporting animals. I work and maintain relationships and attend events and recreate all over Western Colorado. Among my greatest concerns of all the Alternatives besides B1 is the traffic that would necessarily result from even minimal increases in oil & gas development. I request & urge you to support safe and less congested roadways - the large vehical traffic is emotionally and psychologically intense, disturbing, impactful and negative, and I'm sure the extra presence of toxic dust from the roadway & the vehicles has physical impacts of an extreme negative nature on our ecological support systems, the vast & developing & precious agriculture here including organic agriculture, as well as wildlife, people, and domestic animals. I am a hiking & biking enthusiast & I enjoy the Jumbo trails almost daily. I swim in the ditches and get into the lesser traveled parts of the BLM lands ALL

around Paonia, Crawford, Hotchkiss, the West Elks, Lamborn Mountain & Surrounding area, the greater Grand Mesa Area, and the corridors along McClure and Kebler pass. I strongly support maximum protection of our public lands for non-toxic, non-extractive ecological, social, and financial benefit. I regularly enjoy working for, collaborating with, and benefitting from the plethora of healthy, generally organic, generally agriculturally productive farms and properties in the greater Paonia. I urge you to select Alternative B1 as the ONLY Plan that takes the interests of the greatest good for the greatest number for the longest time. The White House just mandated taking climate science into account. I insist you understand food security, quality of life ecological effort systems, and the most developing sectors that require natural beauty, clean surface & ground water as infinitely more important than profiting by corporate extractive greed in the face of energy alternatives. Thank you for your prudent attention to this very important issue.

Yours sincerely,
Jack Ferrell
40 970 "O" Rd
Paonia, CO 81428

jackferrell@gmail.com
970-335-8081

To Dana Wilson and Barb Sharrow

Re: Hydraulic Fracturing in the North Fork Valley

I am strongly opposed to the fracking industry coming to the North Fork Valley and utilizing our public lands for private gain. The techniques utilized for fracking have not been proven safe for our public lands and water. Our community relies on clean water and public lands for agricultural production, recreation and the healthy lifestyle that so many of us live here for.

The North Fork Valley is a hub of agriculture in Colorado, shipping produce throughout the state. The threats posed by fracking in The North Fork include damaging local economy by potentially harming our watershed and polluting our beautiful farms. The benefits of fracking will not impact our local community, as the revenue raised will not stay in the North Fork.

Agriculture in the North Fork is an economic driver. It benefits the environment, the community, and our economy. Agriculture is an industry that is essential for life. Colorado is currently increasing its population at alarming rates. We need to move to a sustainable future for our residents that include access to clean water and healthy food for all people. The BLM, government agencies and citizens of Colorado can unite in encouraging agriculture, renewable energies and cottage industries that contribute to the vitality, sustainability and economic stability of the North Fork and for all of Colorado.

Please do not allow hydraulic fracturing on our public lands. An ounce of prevention is worth a pound of cure and the damage causes by the oil and gas industries is evident and left to communities and citizens to clean up. There is no benefit for our community in this risky business. Please take the health and wellbeing of the people, animals, environment, and water into consideration and at minimum support the North Fork Alternative Plan(B1), at most ban fracking in Colorado like many other wise states and countries have done.

Thank you for your consideration,

Belinda Reich
41394 Lamborn Mesa Rd.
Paonia, Co. 81428

Scanned
00 62

Uncompahgre Field Office
Bureau of Land Management
2465 S Townsend Ave
Montrose, CO 81401


Attn: Dana Wilson


I am a tourist who frequently visits the North Fork Valley. I love the beautiful landscape, the high quality food, the clean air and water. I have been supporting hotels and other businesses in the area for twenty-plus years. This is why I am asking you to please choose the North Fork Alternative, B1, and all other reasonable conservation protections in Alternative B. This is only secondary to my first choice, which would be to have zero hydraulic fracturing. How did you not consider this as a reasonable alternative?

Hydraulic Fracturing presents many dangers still unknown to us. Some that we have already seen come in the impact of transportation of hazardous materials, impact on water and air quality, road degradation, increased heavy truck traffic, and an impact on wildlife.  As a tourist from the east coast, I come to the North Fork every year to get away from those things exactly; to enjoy nature and a clean quality of life that is becoming harder and harder to find in this country. Hydraulic fracturing has already been banned in Bulgaria, Germany, France, and Scotland, as well as in New York, Maryland, and many counties across America. In America, we have seen an all out disaster occur in Flint, Michigan.

I can't speak for everyone, but I can certainly say for myself that hydraulic fracturing in the North Fork Valley will end my adventures travelling here. I love it so much, but the health risks are just not worth it. Please take my comments into consideration.



Thank you very much, and please take this seriously.



Name: _____

Mailing Address: Dawn Rains
1175 Serpentine Trail
Marble, CO 81623

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

BLM_0149995

Scanned
006320

Dana Wilson and Barb Sharrow,

I am a Colorado resident who values the quality organic produce, the pristine wild lands and backcountry experiences, which I enjoy while visiting Paonia and the surrounding areas.

Preserving our national treasures of beautiful mountains, wild flowers, clear flowing waters, and fresh air is a responsibility that we share as citizens, businesses, industry and government.

Let's work together to create great alternatives.

Please ban fracking in the Public Lands in The North Fork Valley and throughout Colorado.

Did you Know:

Fracking is banned in New York, Vermont
Moratorium on fracking in Maryland
Countries that have fully banned fracking:
        Germany, Bulgaria, France, Scotland

Isn't there obviously an issue if states and countries are banning this activity?

Please consider all possibilities before deciding that hydraulic fracturing is something that should be done to our land. Be conservative with our resources, as that is the right thing to do.

At bare minimum, please choose Alternative B1 and all other reasonable conservation protections in Alternative B.


Regards, Emma Duke
        Emma Duke
        256 Flying Fish Rd.
        Carbondale, CO  81623


Cc: S. Jewell, N. Kornze, R. Welch, B. Sharrow, D. Wilson, M. Roeber, M. Bennet

BLM_0149996

Scanned
006476

To Dana Wilson,

I am a Colorado resident and I am concerned about the health and wellbeing of the people, wildlife and environment that are effected by hydraulic fracturing. I am specifically concerned about the North Fork Valley as it is a producer of organic food for the whole state.

Hydraulic Fracturing has been scientifically linked to a wide variety of human health issues. Some of these health concerns include:

- Birth defects
- Endocrine disruption
- Respiratory allments
- Cardio vascular disease
- Immune system function

These are serious ailments that can be prevented by the use of renewable alternative energy use rather then the polluting gas and oil industry.

I urge you to please take the public health and the environmental health into consideration and BAN hydraulic fracturing in Colorado.

At minimum adapt the North Fork Alternative B1.

Please protect the people, water, land, air and animals.

Also just stop and ask yourself, what if this was the land outside your home? What if you or one of your family members was affected by the fracking? There are at least a hundred or more undisclosed chemicals in the fluid they use and we don't know the full effects of those fluids. Does that not scare you? Are you not the least bit concerned how this could affect us in the long term? Please ask yourself these questions.

Thank you,   ILCA HETRICH
976 CROWN DR
CARBONDALE, CO 81623

Cc: S. Jewell, N. Kornze, R. Welch, M. Roeber, B. Hovde, M. Bennet

Scanned
00 & 8 7/6

Hello BLM/Senators/Represewntatives:

I have lived near Paonia FOR 43 Years, my home is up Farmers Mine Road, a narrow road with huge drop offs. More than one car has missed a tight turn and gone over. Many roads in these mountains are like that, I do not want to drive the same roads as trucks carrying toxic fluids. Not to mention the countless trips of support trucks barreling up and down the road. None of your alternatives proposed is viable, I hope you will listen to the people who have been sickened by fracking , scientists are asking for caution and sustainable energy. If you ignore us it will seem that you stand to profit along with thee oil and gas corporations who are so anxious to bully their way in, get the resources and get out before laws catch up with them. Slow down. We are calling for a Fracking Moratorium.

There has been no human health (mental or physical) impact study.

The BLM did not consider a no-leasing alternative. A no-leasing alternative is not only reasonable, but given what wwe now know about the impacts of oil and gas to human health, our enviroment, and climate change, it represents the best way to protect the North Fork Valley and ensure our community can continue to thrive in the future.

BLM did not consider the impact of extremeain leaks and potential explosions.

My water from Terror Ditch will be compromised with frakcing. This is my sole supply of water for irrigation and domestic.

SLOW DOWN: I am calling for a fracking Moratorium.

Dave Bristow

17367 Farmers Mine Road

Paonia, Co. 81428

1

BLM_0149998

GRAND JUNCTION CO 815
31 OCT 2016 PM 11

I oppose oil and gas
development (including fracking)
on our public lands. There
is too much at risk by using
these fracking techniques. I as
well as many friends and
neighbors value this land
for wildlife habitat and sources
of clean water — Chris Dalbow

Mail to:

RMP comments
Bureau of Land Management
2465 South Townsend Av.
Montrose Co  81401

RECEIVED

NOV 0 1 2016

Please do not write below this line

UNCOMPAHGRE FIELD OFFICE

Scanned
006972

BLM_0149999



BLM_0150000

To Whom it may concern at the BLM,

My family and I moved to the North Fork Valley in 1978 and live on the North end of 2900 Rd. We live in the transition from agricultural to wildland and enjoy the quietness and the dark night skies and clean air. My children are growing up on the same land I grew up on and we ride our bikes and walk on what is a quiet, residential road. If either of the lease options are passed we will have an industrial road and area next to our quiet neighborhood.

It has been proven repeatedly that Fracing is dangerous, the traffic excessive and it is my opinion that there should be no leases offered in the North Fork Valley, Surface Creek or any where else.

Please consider the health of my family over corporate interests and allow NO Fracking in any of this area.

Sincerely

Michael Webb
14520 2900 Rd.
Hotchkiss, Co 81419
970-222-2670

Scanned
0073 7.2

Dana Wilson,

It is clear that the BLM Uncompahgre Field Office neglected an important risk assessment on pipeline safety when making their Draft Resource Management Plan. The fact that the BLM did not conduct a comprehensive environmental risk assessment on pipeline safety is enough to call for a moratorium on all oil and gas leasing in the North Fork area. For both moral and liability reasons, it is necessary that the BLM issue this moratorium. The risks associated with the pipelines are too great to move forward at this point.

I demand that BLM issue a moratorium on oil and gas leasing until rural gas gathering pipelines are regulated to prevent leaks, spills and explosions and give we the public confidence that a web of gas gathering pipelines on BLM leases will not endanger campsites, risk forest fires, damage the environment, risk human and animal life, and other economic and environmental risks not considered by the BLM.

Thank you,

12181 Craine Lane
Austin Co 81410
Helen Goldberg nb

Cc: S. Jewell, R. Welch, N. Kornze, M. Bennet

Scanad
0074 7

To the BLM:

As an individual who appreciates the biological diversity and lively eco-system of this area, I feel it is irresponsible to increase fracking without a more in depth study due to the unknown and undisclosed chemicals that are in the fracking fluids. How can we know the consequences to our ground water if this spills on the land and how this will affect the wildlife? These concerns must be addressed before we allow any more drilling.

I am also concerned about pipeline safety. There continue to be many leaks and spills, and pipelines do fail. Pipeline explosions can cause forest fires. Extreme weather as we sometimes experience in Colorado could result in damaged pipelines. The BLM's Draft Resource Management Plan did not consider pipeline safety and integrity management. While there are federal pipeline safety regulations to ensure proper construction of pipelines and reporting of pipeline failures for proper oversight, rural gas gathering lines are exempt from federal pipeline safety regulations. In not considering pipeline safety, the BLM ignores how a leak or accident might affect residents, visitors (hikers, hunters, campers, anglers) wildlife and the environment.

Illnesses resulting from exposure to toxins from drilling or pipeline spills and leaks are also of great concern and environmental damage can only increase with the new horizontal drilling and multi-stage hydraulic fracturing technologies. Will a significant number of new natural gas wells, result in earth quakes (see below fracking studies: link between injection wells and earthquakes) and more health risks, such as asthma and neurological diseases? The article below addresses the costly consequences of hydraulic fracturing in terms of dollars and lives. From the Wilderness article about our neighboring county: "Since Garfield County, Colorado has experienced fracking development, residents who live within a half mile of the natural gas wells have been exposed to air pollutants, like the carcinogen benzene and toxic hydrocarbons known to cause respiratory and neurological problems, according to a three-year study from the Colorado School of Public Health. " Methane is also mentioned as a problem related to fracking.

I like to think of Colorado as a forward thinking state and a leader in many areas. Let Colorado and the BLM be at the forefront in this industry by showing the rest of the world that we care for the health and wellbeing of all by addressing the issues mentioned with a thorough study of current technologies and by issuing a moratorium on gas and oil leasing until rural gas gathering pipelines are regulated.

Sincerely,

Dennis D. Hais
5685 CR 203
Durango Co 81301

http://www.ecowatch.com/fracking-earthquakes-2013542184.html

http://wilderness.org/blog/fracking-dangers-7-ugly-reasons-why-wilderness-lovers-should-be-worried?gclid=CjoKEQjwztG8BRCJgseTvZLctr8BEiQAA_kBD6MmVtp2BCXUDRFSU3OB8hL3payru7wQf3gwGDFmgZYaAlxo8P8HAQ

cc: R. Welch, N. Kornze, M. Bennet, S. Jewell, J. Hickenlooper, Delta County Commissioners

BLM_0150003

Scanned
00 74 /1

Jim and Niki Richardson
33845 Hwy 92
Hotchkiss, Colorado 81419

BLM, Uncompahgre Field Office
2465 S. Townsend Ave.
Montrose, CO 81401

Re: Draft Resource Management Plan for the Uncompahgre Field Office

Dear BLM-UFO Staff and RMP Comment Team,

Thank you for the opportunity to comment on the draft Uncompahgre plan.

We live in Delta County and specifically in Hotchkiss because it is rural, full of good food, full of dedicated families making their lives and living on the land and it is *beautiful*. We can trust that reasonable precaution is being taken to ensure SAFE food, drinking water and air.

Our fear is that gas and oil drilling in watersheds above where people eat and grow FOOD will mean that undisclosed chemicals will be irrevocably introduced to our environment and into our bodies. As Americans living in the 21st century, I believe we already have an uphill battle with environmental and ingested toxins. It makes sense to me that in areas where people live, grow food, harvest animals and capture water, that we would protect these areas from pollutants.

**We am writing to express my support for the inclusion of Alt B1 into the final Resource Management Plan. It balances the development of our natural resources without threatening our way of life.**

Public lands access for hunting, camping, fishing and travel, as well as plentiful and healthy habitat are critical components that help sustain the multi-million-dollar hunting industry in the area. The final plan should include ecological emphasis areas for all critical winter habitat within the North Fork Valley. The final plan should also include the protections of B1 which prohibits surface activities in critical wildlife habitat, and includes both No Leasing and No Surface Occupancy setbacks from streams, riparian areas, and water bodies.

The BLM should listen to the local community in Crawford, Hotchkiss and Paonia and adopt the North Fork Citizens' Alternative for the area in and around the North Fork Valley. **This locally-driven proposal is the right way to protect the Gunnison Watershed--supporting farmers and building a sustainable rural economy on Colorado's Western Slope.**

Sincerely,

Jim and Niki Richardson

Niki + Jim          Thank you!!

Scanned
00 77 ½

Dear Dana Wilson,

As a representative of the youth of Colorado I find it unfair and also incredibly destructive that hydraulic fracturing is now a reality that I must live with. After reading new stories on Flint, Michigan, I too have found myself living in a state of fear, wondering when our water will no longer be drinkable. Is the risk really worth the "reward" if the "reward" guarantees damaging our environment and has the potential to ruin our water supply?

Growing up in Colorado, I naturally am someone who has a love of nature. This valley has been my home much of my life. I have recently learned that fracking has the potential to contaminate the ground and surface waters which potentially threatens to damage or kill crops and livestock. There also seem to be plenty of other problems surrounding fracking.  For example, the risk of loss to irrigation shares for multiple irrigation ditches in the North Fork, insufficient water supplies necessary to support both fracking and other drilling and farming operations and the broader economic viability of the North Fork. Is this worth it? Is this a message of "hope" and "optimism" we want to provide to the valley's youth, better yet, this country's youth?

It is irresponsible to impose oil and gas development without federal, state and local environmental reviews. Hydraulic fracturing will be the end of the North Fork Valley, a place with so much to offer, environmentally speaking. Therefore, I oppose all options in the BLM's Draft Resource Management Plan and ask for a no lease option as the only one which will protect all of us and our precious environment.

Sincerely yours,

Elizabeth Plummer
42436 Lamborn Mesa Rd
81428

Cc: N. Kornze, R. Welch, S. Jewell, M. Bennet, J. Hickenlooper, Delta County Commissioners

Scanned
0083 7 B

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _____

**NOV 0 1 2016**

Name: _____ Wayne Quade _____

Address: _____ 704 S. 12th St., Montrose _____

Email (optional): _____ wayne quade1 @ gmail.com ____ Phone (optional): _____ (970) 417-7962 ___

Consider answering one or more of these questions:

**(1)** **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):

**(2)** **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):

**(3)** **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):

**(4)** **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I have a major concern that by allowing oil & gas development on public lands (the people's commons) we are not only in effect providing a subsidy to an industry polluting our atmosphere (also our public commons). The seriousness of this is such that the resultant climate change can be catastrophic. [There is already enough oil & gas in reserve to bring on further environmental tipping points — more oil & gas release is counter to the health of our country.] This is important enough to elicit the a Presidential directive regulation requiring all NEPA to include review of climate change impact. This should be done in a non-nationalist way and that does not rely on conservative estimates. These are all of our lands in common, and the burden of proof of non-harm should be on the resource extractor.

Also further oil & gas development is counter to our existing commitment to the targets we agreed to at the Paris Climate Accord. The RMP should put this factor into its analysis.

**Please turn in comments to the BLM by September 1st, 2016**
**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
0085 76

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _North Fork Area_     NOV 0 1 2016

Name: _Wayne Quade_

Address: _704 S. 12th St., Montrose_

Email (optional): _Waynequade1@gmail.com_  Phone (optional): _(970)417-7962_

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

_I am in support of Alternative B.1 because_
_it not only offers the best protections for_
_the North Fork Valley and watershed, but was_
_the result of a collaborative effort of_
_involved citizens and organizations._
_Such inclusive efforts should be strongly_
_considered. Also, the involved communities_
_are heavily effected by these land management_
_decisions and need the protections offered by_
_this plan for their health and well-being._

**Please turn in comments to the BLM by November 1, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
0086 ½

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _____

NOV 0 1 2016

Name: _____Wayne Quade_____

Address: _____704 S. 12th St., Montrose_____

Email (optional): _____waynequade1@gmail.com_____ Phone (optional): _____(970) 417-7962_____

Consider answering one or more of these questions:

**(1)** **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):

**(2)** **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):

**(3)** **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):

**(4)** **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I am concerned that not enough regard is given to protecting larger stretches of land such as needed for wildlife corridors, and ecosystem connectability, and land character settings. Fragmentation of habitat and land character should be strongly considered. This leads me to question the reduction of the acreages of LWC's, ACEC's, EE's, & designated waterways in Alternatives C & D are too greatly reduced. Since destruction of habitat, connectability, and biotic movement cannot easily be reversed, it is better to consider the principle of "if in doubt protect".

I am also concerned with the culmulative effects of carbon pollution & other environmental concerns.

**Please turn in comments to the BLM by November 1, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
008714

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _____

Name: Sherry Schenk

Address: 379 Ridgeview Drive, Grand Junction, CO 81507

Email (optional): _____  Phone (optional): _____

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I've been close to or in this area several times over the last 10 years as I have friends who live on private property on Roc Creek. Most of my visits have been in the spring through fall.

This is a beautiful place with tall ponderosa trees steep hillsides and rough terrain. I haven't made it all the way to the top yet.

I agree that this area should be recognized as having LWC characteristics. There is no visible impact from man.

I do want to get to the upper parts to see what is there. Look across the valley to Sewemup Mesa provides great views as well as down valley towards the river. It seems like there might be petroglyphs above, but I've only seen the ones by the creek.

Received
008824

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Dolores River Canyon Addition

Name: Petrika Peters

Address: 546 Main #404 Grand Junction, CO, 81501

Email (optional): petrika@conservationco.org   Phone (optional): 970.243.0082

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I have spent many Spring & fall seasons in the 'West End' on BLM land and have rarely if ever seen another person outside while exploring. The sheer distance from population centers clearly enhances the opportunities for solitude. The desert landscape and canyons can make route-finding an adventure. There is opportunity for rock scrambling + even rappeling. In my time in this area - I have had many spectacular views. These views are enhanced by the proximity of the Dolores River Canyon WSA. I would like to see this area included as an WSC in BLM's final draft.

Scanned
0029 21

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _____

Name: _Stu Krebs_____

Address: _19023 Happy Canyon Rd. Montrose, CO 81403_

Email (optional): _Stukrebs @ hotmail.com_ Phone (optional): _970 615-0617_

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I am a Montrose native. I returned to live in Montrose
as much for the Public lands that surround the Uncompahgre
Valley as for the community of Montrose to which I am
deeply committed. I have worked on these lands through
farming and ranching and have travelled and
explored extensively growing up here. I consider
these lands an essential part of the character of this
place. I have watched through the decades a steady
encroachment (and deterioration) of the condition
of the land especially in the pinyon-juniper zone.
I presently have (and have had for 35 years) a small
farm in the Sims Mesa/Happy Canyon area immediately
adjacent to BLM lands. I am regularly on these
lands and have witnessed the road proliferate
through constant off-road travel and re-routing
of existing routes because of erosion. I have measured
the depth of road erosion to be six to eight feet in

**Please turn in comments to the BLM by November 1, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Many places just in the time living at my farm. But because I am interested in the out-of-doors, deer and elk hunting widely throughout the valley in my youth, pursuing an interest in early native american habitation, and later general recreation, I am very concerned, and quite aware, of the inexorable, incessant adverse impact of increasing motorized use especially.

I am aware of the efforts of the UFO management efforts through long-term participation in the Public Lands Partnership. I am enthusiastic and approve thoroughly of the Dry Creek management efforts, and would like to encourage further such efforts. But I am disappointed that the preferred Alternative D in so many respects offers much less in protected areas, and so as a general recommendation strongly support Alt. B. (As well as Alt. B. for the North Fork Area).

It is clear the BLM lands are very attractive for recreation and I'm convinced that this is one of the most important contributions to the economy of the area as well as to the quality of life here. And interestingly, almost as much as the actual use, is the attractiveness to visitors and natives alike is the idea of wild and unspoiled country as part of our habitation here. Having the maximum in Wilderness Study Areas, Areas with Wilderness Characteristics, and other categories still offering some protection are critical not only on the ground, but in the perception that this is still a good and special place. Alternative B is the minimum to do.

Scanned
009022

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _____

Name: _Beth  Gibson_____

Address: _62762  Orange  Road   Montrose, CO  81403____

Email (optional):_____ Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I live and work in Montrose, Colorado. The biggest attraction for me to move here 15 years ago and to stay is the large amount of public lands that surround the city. Several days a week I run, hike, & bike in the beautiful lands around me including Dry Creek, Tabeguache, Spring Creek and Roubideau Canyon. Looking at your preferred alternative plan I want to applaud your inclusion of new areas of lands with Wilderness Characteristics, Wild and Scenic Rivers, and SMRAs. But I want to strongly encourage you to include more of these. There are so many identified in Alternative B ... and also to not limit each area to a smaller acreage. (For example, the Tabeguache areas, more of the Dry Creek region and Shavano Creek.) Within these designations I feel creating more SMRAs than ERMAs is important to maintain and uphold this special resource we have here: physical outdoor beauty coupled with a chance for solitude. ⟶
over

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

I am very concerned that 95% of the entire area will be left open for potential oil & gas drilling. Much of the area in the Montrose area has been shown to not have much potential for extractive industry. Because of this we should place these areas under protection and promote recreational activities. More and more people are moving to this area to be able to hike, kayak, and bike. This is a "resource" to promote and is more sustainable than extractive industries. I would also like to mention that I support the B1 alternative for the North Fork Valley to better manage this issue of better balance between oil & gas with wilderness and recreational opportunities.

Overall I want to encourage many more of the suggestions from Alternative B (and all of B1) into the Alternative D outline.

Thank you,

Beth Gibson

BLM_0150014

009126

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Wild & Scenic Rivers - Gunnison R._

Name: _Lesley Hallenborg_

Address: _67658 Lisa Ct     Montrose, CO_

Email (optional): _____   Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

_Summertime on the Gunnison River cannot
be beat. The Gunnison River mellows out when
it leaves the Black Canyon and is a perfect
river to enjoy a canoe trip or kayak.
I love the cliffs further north of
Delta and on more than one occasion
have seen a train go by. We need
to protect our rivers from being
developed or overuse & polluted._

**Please turn in comments to the BLM by ~~September~~ Nov 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

00926

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Wild and Scenic Rivers

Name: Andrew Goldman

Address: 58657 Meadow Lane   Montrose, Co 81403

Email (optional): Fishman2@montrose.net          Phone (optional): 970 275 9815

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

In addition to the river segments listed as suitable in the draft RMP preferred Alternative D for "Wild and Scenic" designation, all free flowing rivers and streams included as suitable in the original analysis should also be included. Specifically:

| | |
|---|---|
| Gunnison River Segment 2 | Tabaguache Creek Segment 1 |
| Roubideau Creek Segment 2 | North Fork Mesa Creek |
| Deep Creek | Dolores River Segment 1b |
| West Fork Terror Creek | Ice Lake Creek Segment 1 |
| Dry Creek Segment 1 | Lion Creek Segment 2 |
| Naturita Creek | Spring Creek |

Spring Creek and its adjacent canyon is a favorite hiking spot for me and provides beautiful opportunities for solitude and quiet recreation. It's an important wildlife corridor as well off the Uncompahgre Plateau.
Similarly I have enjoyed similar opportunities in Dry Creek and Roubideau Creek. Beautiful vistas and wildlife viewing opportunities.
The Dolores River Canyon is one of the spectacular river canyons in the state

**Please turn in comments to the BLM by ~~September~~ 1st, 2016**          (over)
Nov

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
00932*

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _West Paradox Rock Art ACEC (proposed but not included_
_in preferred ALT D )_

Name: _Andrew Goldman_

Address: _58651 Meadow Lane   Montrose, Co 81403_

Email (optional): _fishman2@montrose.net_   Phone (optional): _970 275 9815_

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I have visited and hiked around the area in the Fall of 2016.
The area received a minimal amount of visitation when we were there.
No other hikers but one group of hunters was spotted. One of the
rock art panels we visited showed signs of recent vandalism. Another
panel showed evidence of target practice in adjacent desert varnish.
The various rock formations we visited were unique and spectacular.
Because there is little signage directing visitors from the highway
the entire area has a feeling of being unspoiled and undiscovered.

The Rock art panels we saw were amazingly undisturbed for being
so close to passing highway traffic. Some of the best and extensive
examples of prehistoric petroglyphs I've seen in Colorado.
There is a primitive trail and interpretive BLM sign at one of them
but the sign needs replaced as it is hardly legible.
This area definitely needs serious protective management as an ACEC
and it is baffling that it was not included in the final draft preferred Alt D.
Common native grasses such as snakeweed and Indian rice grass were
observed as well as the rarer "Long leaf Cat's Eye". (Oreocarya Longiflora).
                                        (Vulnerable)                    Now

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

0094 25

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): prefer alternative B. & B.1

Title of comment (area or trail name): preserve archeology, rivers, wildlife.

Name: Regina Sowell

Address: 800 N. 6th St., Montrose, CO 81401

Email (optional): regsowell@icloud.com          Phone (optional): 970-249-4265

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

My husband & I hike the BLM area between Delta & Grand Juction,
west of Higway 50 in all seasons, particularly at solstices &
equinoxes. In fact, we married each other on Dec 21 at a site
of archeoastronomy interest. there are too many roads there
now! we go for the solitude, peace, sunrises & sunsets.
If you open it to more motorized travel & oil & gas develop-
ment, it will ruin the experience for us.
    Please restrict more area, as in Plan B. that keeps
motorized travel more restricted - away from archeological sites & wildlife.
I also support the Alternative Plan B.1 to protect
the water, farms, economy & wildlife of the North Fork.
    Plan D that allows 95% of BLM land to be open to
oil & gas is way too much! Plan B is the one I prefer.
    I really would like all of the segments of the San
Miguel, Lower Dolores, La Sal Creek & tabeguache creek
protected for wild & scenic rivers, as well as all in the
lower Gunnison. I treasure these areas & they need preserving

Nov
**Please turn in comments to the BLM by ~~September~~ 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

*(left margin, rotated text):* I do not know the wildlife of Beaver creek, exactly. or Sal dadu creek, but am sure the wildrivers deserve protection

Scanned
00 15. 16

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Dry Creek Area_____

Name: _Kathie Lower_____

Address: _11002  5880  Road____  Montrose  81403_____

Email (optional): _SKKr 7983 @ gmail .com_____ Phone (optional): _____

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I have spent many many hours hiking and mt. biking in the Dry Creek area. It is close to my home. It is a beautiful area and provides me with time for solitude, contemplation as well as exercise.
I applaud the designation of this area as an SRMA in the Alternative D plan. However I am concerned that this same area is designated for controlled surface use for mineral leasing status. This seems to be contradictory.
I urge the BLM to protect the Dry Creek area from any form of development or any use other than the scenic recreation as it currently exists

Thank you
Kathie Lowe

**Please turn in comments to the BLM by November 1, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
00 96 28

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Supporting opportunities for quiet hiking

Name: Noalani Terry

Address: 61490 Epitaph Rd, Montrose CO 81403-8978

Email (optional): noalani@skybeam.com Phone (optional): _____

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

those to trails off Hwy 90

I have hiked in areas from Dry Creek to Peach Valley as well as
Billy Creek and mountains in Ouray & San Miguel Counties. I am
concerned about opportunities to enjoy nature in solitude or
in quiet appreciation.
I am grateful for some of the ecological consideration
recognized by the BLM but question why so much acreage
qualifying for wilderness characteristics and wild + scenic
rivers in alternative B is reduced in alternative D

I fail to see how leaving 95% of the area under
consideration open to oil + gas exploration
can be called "balanced" planning. Much of the area under
review is not suitable (i.e.- few minerals exist)
for oil + gas extraction. Let's save it for its
unique natural or recreational characteristics.
I support alternative B1 to keep the North Fork
area's agricultural and tourist economy thriving,
but think wilderness also needs to be paid to wildlife,

**Please turn in comments to the BLM by ~~September 1st~~, 2016** Really forests,
Nov

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP** and

**Or email:** uformp@blm.gov healthy recreation.

I support alternative B as opposed to C and D.

Scanned

0097

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): Oil & Gas

Title of comment (area or trail name): Uncompahgre BLM Managed Area

Name: Neal Platzer

Address: 2849 Lost Creek Rd N

Email (optional): nsplatzer@gmail.com    Phone (optional): 970.901.2854

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I moved here from Houston 9 years ago. One thing that struck me odd is given the recreation use & gazing use of this area why are we leaving it 95% open to O&G. In Texas this work is all done on private land w/ fair leases and close oversight by the landowners. I propose that until the O&G industry has run out of options in developing thru private land that all of this area managed by BLM Uncompahgre Office be closed to leasing. This area is to precious with its remoteness, air quality, water quality & scenery to be just treated as if it's no good for anything else so let's just open it all to O&G leases

Scanned
0098 26

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Paradox Valley_

Name: _Shelley Rodgers_

Address: _1941 Sunrise Dr Unit B_

Email (optional): _____  Phone (optional): _____

Consider answering one or more of these questions:

**(1)** **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2)** **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3)** **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4)** **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

(1) Beautiful Area (Plz, Preserve it.)

(2) Need Litter-Patrol

(3) People drive too fast!!

No ✓
**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
0100 28

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Adobe Badlands, Lower Tabeguache Unit, Camelback_

Name: _Laurie Shannon_

Address: _1189 Canyon Drive, Ridgway, CO 81432_

Email (optional): _druggers@gmail.com_   Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I really enjoy these areas during the winter, and fall and spring. It provides a great time of year to get out and enjoy the fresh air, get some exercise, and experience the outstanding opportunities to reflect on life (solitude).

I would like to see the final preferred alternative to include more acreage of the "lands with wilderness characteristics". It doesn't make sense to include only half of the acreage that contains the values.

Please include all of the "areas of critical concern" and restore their full acreage in the final RMP.

I support prohibitions on discontinued off-road travel.

Thanks for all your efforts
Laurie Shannon

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

Sc 136 ncd
00101  2B

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Adobe Badland WSA

Name: Ulli & Jesse

Address: 520 S. Amelia, Ridgway Co. 81432

Email (optional): ulliorjesse@gmail.com   Phone (optional): 978 7292590

Consider answering one or more of these questions:

**(1)** **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2)** **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3)** **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4)** **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I am from Germany originally and love to take my german visitors to the Adobe Badlands area since there is no area like that in Germany. We are all fascinated by the scenic beauty of the rock formations and the peace and quiet that is available there when the dirt bikers are not there. Please protect this area from any development. Do not allow any oil + gas interests to put roads, noise and desecration into this unusual area. (Alternative B) If possible also No ATV's + other unotorized travel that tears up the beautiful hills. We saw dirt bikes in the Devil's thumb area where they should not have been.
The Hooknose Cactus is a threatened species that grows there.

**Please turn in comments to the BLM by November 1, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

Sealed
00 102 28

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Adobe Badlands LWC

Name: Peggy Lyon

Address: 114 Uly Rd 5, Ridgeway Co 81432

Email (optional): peggy.lyon@colostate.edu  Phone (optional): 970-626-3195

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

As a botanist on the Western Slope for 21 years,
I have visited many BLM areas in the
UFO. I am particularly concerned with
protecting rare plant populations. The federally
Threatened species Sclerocactus glaucus
(Colorado hookless cactus) occurs primarily on
the east side of the proposed LWC, although
there is good potential habitat in most of
the area. It may increase with good management,
particularly in areas severely degraded by
sheep in the western part of the LWC.
I encourage BLM to adopt alternative B to
protect the cactus habitat. In addition, the
area certainly provides opportunity for solitude.
In several trips on the west side of the area,
I have never encountered another person.

**Please turn in comments to the BLM by November 1, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

Scanned
0010372B

Please consider this a public comment on
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Adobe Badlands and greater Salt brush area

Name: Zack Kelley

Address: 2421 Pinyon ave Grand Junction, CO 81501

Email (optional): _____   Phone (optional): (970) 989-8644

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I am writing to ask the BLM to include the lands with wilderness character in the final RMP as well as full inclusion of the greater salt brush "area of critical environmental concern.

Writing as an Environmental Scientist, with a concentration in restoration ecology and a passion for environmental politics, I see this area as deserving of protection. The inverted topography of mancos shale delivers the visitor a humbling sense of solitude. Hiking opportunities around the perplexing Devil's Thumb satisfy recreation requirements. And while some may say the view of Delta negates one's opportunities for solitude, I argue that it enhances it.

Looking across the ancient seabed of the Badlands, across the city of Delta, and out towards the San Juans, one can attain a moving sense of time on a scale not to be found within modern society.

Lastly, failure to protect the area would have cascading effects on the adjacent Grand Mesa. Protecting the greater salt brush area will help to ensure all species of different trophic levels in the area, as well as the Badlands and on the Mesa, will continue to exist in dynamic equilibrium.

"If future generations are to remember us fondly, and not with contempt, we must pass on to

**Please turn in comments to the BLM by ~~September 1st~~ Nov, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

BLM_0150026

00104 Ch

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _____

Name: Parker Emerson Cushing

Address: 2421 Pinyon Ave., Grand Junction CO   81501

Email (optional): Parker.Cushing@Yahoo.com          Phone (optional): (303) 500-1863

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

Sitting next to Devils Thumb and seeing the distruction of motorized vehicles, truly disrupts the natural ambiance. The true experience of adventuring into nature is escaping into an environment that hasn't been impacted by humans just yet. The appreciation that this land can provide for individuals to enjoy cannot be measured nor priced. I strongly believe a landscape of this unique quality shouldn't be sold to the highest bidder; instead preserved for all to embrace.

After visiting Devils Thumb I noticed first hand the distruction that has been inflicted upon this land and is certainly an area of critical environmental concern. We should not think of the short term economical benefits instead the preservation for future generations to enjoy. We should not become selfish in keeping the rewards of the land, but embrace the beauty of the land and what she can provide. People have already taken enough land away for selfish intentions, preserving this land should be the start of a popular trend.

**Please turn in comments to the BLM by ~~September~~ Nov 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

Scanned
CO 1057

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Adobe Badlands

Name: Aaron Purlee

Address: 197 E Carson Cir. Battlement Mesa Co 81635

Email (optional): aspurlee@gmail.com          Phone (optional): 574.206.6301

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

July 31st was my first time visiting the badlands here in Delta, but sitting here on the hill by the Devils Thumb, I am nothing but impressed and awed. Unfortunately, I'm also slightly disheartened by the motorized vehicle tracks that have encroached on the fragile terrain.

With the understanding that this area is under revision, I'd like to ask for full inclusion of the greater salt brush area of critical environmental concern in the plan. I feel that this area is far to fundamental to the local ecosystem to waste, and if we cannot protect even the smallest denizens of our world, what is the use of staying in such a world?

Thank you for reading these comments and considering a new plan of action to protect our state.

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
0010002L

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Devil's Thumb _____

Name: Heather Briggs _____

Address: 910 F Street Arcata, CA  95521 _____

Email (optional): hrb 150 @humboldt.edu _____ Phone (optional): _____

Consider answering one or more of these questions:

**(1)** **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):

**(2)** **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):

**(3)** **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):

**(4)** **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

Devil's thumb: shale moonscape. Visited in late July. Gorgeous, high solitude, unique soil, unique plant community. Agree strongly with the WSA designation however, there is a significant raven wildlife habitat (burrowing owls, kit foxes, etc) outside of the WSA and I would urge the BLM to consider expanding the WSA designation out to the west to protect this habitat. The current WSA provides critical habitat for the hooker's cactus. Additionally, the soil is so fragile and erosion so great, that whris motorized recreation could cause significant damage and erosion. Expanding the WSA could provide a larger buffer against motorized recreation, which would reduce accidental use by ATVers.

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov.**

Scanned
0010722

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Adobe Badlands_

Name: _Debra Trowbridge_

Address: _855 Meeker St Delta_

Email (optional): _____ Phone (optional): _____

Consider answering one or more of these questions:

**(1)** **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2)** **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3)** **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4)** **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

_What a wonderful hike up to the Devil's Thumb. It's amazing to see the endangered Hookless Cactus, Desert Trumpet and Mat Saltbush. Also spotted a number of Prairie Dog holes though none came out to say hello! I also enjoyed walking around the Devil's Thumb, though was disappointed to see how much dirt bikes have torn up the area. And the walking around Devil's Thumb, I noted it is actually very fragile and people must to be educated about it's value and beauty. I really appreciate having lands like this protected so I can enjoy them. Thank You!_

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

0010826

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _Dobe Badlands_

Title of comment (area or trail name): _____

Name: _Jonathan B Phipard, Jr._

Address: _P.O. Box 2768 Grand Junction, Co 81502_

Email (optional): _Sawhm@aol.com_    Phone (optional): _804-334-3019_

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

_Include lands with wilderness character within the final RMP, highlight the solitude, naturalness, + primitive recreation options — hiking, geological features + the rare plants._

_Please consider putting more effort into protecting the wilderness quality + ecological integrity of the area with better + better enforcement for travel management, especially motorized + mechanized uses._

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
00109 LB

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _DRY CREEK (BASIN)_

Name: _JAN VAN WEST_

Address: _453 CTY. RD. #5_

Email (optional): _arctiewild@gmail.com_     Phone (optional): _970-626-9702_

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

1) In late July, 2016 I hiked up the stream & along the cliff walls 1½ miles into the proposed Wilderness area. Within the 1st quarter of a mile were some very special rock art panels. They indicate the presence of very early historical habitation — meaning early primitive people live up to 2,000 BCE. This rock art needs to remain in the current condition it is in for preservation into future years and for future generations.

2) The views in this area of an untouched — Riparian system, Pinon Pine, Ponderosa, Juniper, Oak and intact communities of many other plants. This area is obviously home to lots of animals, birds, and insects as well as lots of amphibians, etc.

3) I totally agree this spectacular, well preserved & beautiful area deserves as much protection as it can get — specifically to continue to protect the Wilderness aspects of Dry Creek Basin.

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**
**Or email: uformp@blm.gov**

4) The values that are here are rare indeed. — let's keep it this way!!

Scanned
00110 28

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Dry Creek Basin_

Name: _Randee Bergen_

Address: _1659 Laveta St.   Grand Junction, Co 81503_

Email (optional): _____   Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I hiked this area summer 2016 to experience
the unique riparian within the surrounding
desert. The water and vegetation and
solitude were/are excellent features of
this area. I agree that this area has
wilderness characteristics. It is great for
wildlife and I saw no signs of other
vehicles, hiking groups, or motorized
off-road use. Please preserve this area!

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
00 411 22

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Dry Creek Basin

Name: Chris Davies and Russell Davies

Address: 1002 N. College St., Mckinney Tx 75069

Email (optional): _____ Phone (optional): _____

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I visited the Dry Creek Basin on July 23,
2016. It is a beautiful section of wilderness
that had petroglyphs, swallow nests, a beautiful
variety of trees in the riparian area. It offers
solitude and a diverse habitat for wildlife.
Please consider designating this area as
protected wilderness.
Thank you.

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

5-3B vidved
0011228

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): DRY CREEK LANDS WITH WILDERNESS CHARACTERISTICS

Name: _ANDREW GOLDMAN_

Address: 58657 Meadow Lane Montrose, Co 81403

Email (optional): fishman2@montrose.net      Phone (optional): 970 275 9815

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I have lived within 3 miles of the Dry Creek Area for the last 40 years and have enjoyed hiking along the riparian area there for many of those years. I support the designation by the BLM to manage the area as a LWC. The area, especially the riparian area, is pristine in terms of the vegetation (narrow leaf cottonwood community for example) the feeling of solitude and opportunity for "primitive and unconfined" recreation. The hiking along dry creek is quite rough but still accessible and offers up beautiful cliffside vistas, opportunity for birding, archeological evidence (unspoiled petroglyphs) and a general feeling of solitude. We experienced no evidence of human presence between our April 2014 visit to the area and our last visit in July of 2016. What a gem! We experienced no competing sounds from motorized travel from adjacent sections of Dry Creek Canyon. Dry Creek completely meets your definition of LWC according to its definition in the RMP.

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

BLM_0150035

OO 1132 b

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _____ Dry Creek _____

Name: _____ Rein Van West _____

Address: _____ 453 Cty Rd 5 Ridgway 81432 _____

Email (optional): _arcticwild@gmail.com_   Phone (optional): _____

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

① I've been hiking for my first time thru a section of the Dry Creek area w/ wilderness characteristics close in to the riparian & dry mud cliff area.
② There are cliff swallows and a number of other bird species. This is an area close to where I live which would allow for year-round hiking and nature enjoyment. We just passed thru an archeological site w/ petroglyphs. The narrow cottonwood habitat appears to give this area a fantastic plant & wildlife habitat.
③ Certainly motorized travel thru this area would alter my solitude experience and those of the natural wildlife that would be disturbed by noise & increased traffic. Can't imagine any extractive operations here! I think some established & maintained trails would be helpful to the hiking community — it would be great to have some interpretive signs for what is here. Thank you

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

BLM_0150036

Sca 136-ct
OO 1142B

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Dry Creek Basin_

Name: _Jim Schwarz_

Address: _23 Columbia Way Montrose C 81401_

Email (optional): _jschw@mindsprings.com_   Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):

(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):

(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):

(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

Another wonderful hike in this special
riparian area. A huge plus is it's close to
Montrose with wonderful canyon scenery.
It is a treat to see an intact riparian area
with almost zero invasive species. The
petroglyphs are a plus.
                              other
Also I appreciate having areas set aside for 4WD
motorized traffic. This area with the exception
of a few use single track trails is an ideal area
for hiking + horses. Since there is so much in this
wonderful watershed. It would loose these
attributes with heavy mechanized traffic.

I look forward to continuing hiking here

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Dry Creek_____

Name: _Fred Simon_____

Address: _62917 Peach Rd Montrose Co 81403_____

Email (optional): _fmsimon66@outlook.com_ Phone (optional): _____

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

_Hiked along Dry Creek on 7/23/16_
_Saw a pristine environment_
_Almost no tamarisk or Russian olives_
_Beautiful native plants etc, narrow leaf cottonwoods_
_petroglyphs, no motorized noise_
_I live near the trailhead and see great potential_
_for many different wilderness experiences_
_for all kinds of people/families_
_thank you_
_Fred Simon_

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
0011672

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Dry Creek Basin

Name: Robin & Greg Rudowsky

Address: 3916 N Potsdam Ave #1922, Sioux Falls SD 57104

Email (optional): RobinRudowsky@gmail.com    Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

We hiked Dry Creek Basin on 7/23/2016 and enjoyed
not only the hike but the solitude and beauty
of the area. Enjoyed seeing the petroglyphs as well.
Please protect as an lands with wilderness characteristics

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
0011772

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Dry Creek

Name: Susan Reeyes

Address: PO0 2664 Crested Butle, CO

Email (optional): _____  Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I hiked this area July 22, 2016. I did not
encounter any other people. I saw very few foot
prints. I heard & saw birds. I saw swallow nests
I saw petroglyphs. I saw scat & deer tracks
This would be a good area for plant study
Please protect this area to some degree.

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned

OO 118 2B

Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional): DRY CREEK BASIN LWC

Title of comment (area or trail name): DRY CREEK BASIN LWC

Name: ANDREW GOLDMAN

Address: 58657 MEADOW LANE, MONTROSE CO 81403

Email (optional): fishman2@montrose.net          Phone (optional): 970 275 9815

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

1) I have hiked in the Dry Creek Basin for the past 25 years mainly in the spring, fall and early winter. Also have brought horses down there 10 times or more. Rarely have I encountered others when hiking.

2) This area is less than 5 miles from my home on Spring Creek and is quickly and easily accessible, including short trips at sunset. The cliffs along Dry Creek with their unusual mud flows are a spectacular setting to enjoy a quiet hike in a desert like canyon. This canyon rivals favorably some of the red rocks country in Utah.

3) The area provides a natural unspoiled feeling to the hiker. The riparian area with its lack of developed trails enables a sense of solitude in spite of the presence of a single track motorized trail parallel to the creek. The mud flows cascading off the cliff face, petroglyphs, numerous varieties of native cactii, narrow leaf cottonwood, wild rose, and diverse plant species including exotic and native grasses are all waiting to be discovered by the observant hiker. It is a wild enough area that protecting it as a LWC should not be that difficult since motorized accessability is limited. The primitive nature of this section of Dry Creek acts as a wildlife corridor between upper elevations of the plateau (over)

Scanned
0011926

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): DRY CREEK BASIN

Name: NOALANI TERRY

Address: 61490 EPITAPH RD, MONTROSE, CO 81403

Email (optional): noalani@skybeam.com Phone (optional): 970 240 3620

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I have hiked in this area many times. Today I became more intimately acquainted with "Dry" Creek full of water. This area should be protected - it is not even easily available to motorized traffic and should not become so. This riparian area is filled with several varieties of native species and is regularly free from invasive plants that are rife where I live only about 8 miles away. It certainly offers opportunities for solitude, wandering alone or in small groups. When the creek is running, other sounds such as of motorized traffic are not obvious, but only the creek is dry, hikers or horseback riders might be impacted by disturbing noise. There are petroglyphs and swallow nests in this area, and I'm sure many other varieties of wildlife. Please preserve this one of few areas meeting wilderness criteria in the UFO _____

Scanned
00120 2 1

Please consider this a public comment on
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): Dry Creek LWC

Title of comment (area or trail name): Dry Creek Basin

Name: Susan Sky Baldwin

Address: 4261 Colorow Rd, Olathe, CO 84425

Email (optional): susanskybaldwin@gmail.com  Phone (optional):

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I have ridden my horse in this area and hiked up the
East side of Dry Creek 3 times this spring and am amazed how
much I appreciate this area and do certainly agree
there are special wilderness characteristics. That because
of the following characteristics, I will continue to recreate
in this area. I noticed solitude along the creek
riparian areas, cliff swallows + canyon wrens were
abundant. I did not encounter other users on my
trips into the basin. I noticed the area was completely
devoid of invasive weed species! Rare indeed. It was
obvious that this area provides sanctuary for animals.
I did encounter the motorized single track that bisects
this area. I did not see or hear any motorcycles but
it was an excellent trail for horses + hikers. I would
hope that this trail remains unmaintained if it must
be motorized. There was a lovely petroglyph panel
on the cliff along the East side the stream was an extra bonus.
I am strongly in support of this area being classified
as LWC. If possible the single track trail that
bisects this area would best serve this area by being

BLM_0150043

Scanned
0012121

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): Dry Creek Basin Lands -

Title of comment (area or trail name): (Continued) Wilderness Characteristics

Name: Jane Haffner

Address: 13335 CR 1 Ridgway CO 81432

Email (optional): _____ Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

On 07 June 2014 my hike in the Dry Creek
Basin Land area the solitude, naturalness,
& primitive unconfined recreation this area
has to offer is phenominal (sp). The riparian
community is, in what appears to be, intact with-
out invasive plant species. The availability of the
creek at this time of year allows for Sounds of Water
to penetrate the Canyon, instead of vehicular traffic.
I also found here what appeared to be authentic
petroglyphs (sp) on the canyon wall along with
unique formation of the cliff walls.
Since the BLM wilderness inventory
findings meet all wilderness criterias, the Dry
Creek Basin lands has much to offer for all.
Thank you!

Scanned
0012228

Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Dry Creek Basin

Name: Terry Randall

Address: 60951 Kansas Rd. Montrose 81403

Email (optional): _____   Phone (optional): 970-596-6640

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I hike and horseback ride in this area in spring & early
winter. It is close to home. It is open when snow closes the
high country. There are places in the creek area where I can
hear the creek, see some petroglyphs. It is a place I can
hike off trail without getting lost.
     I feel this area definitely has wilderness characteristics
due to solitude. There are generally only 1-2 cars at the trailhead
but I rarely see anyone. I was amazed to find petroglyphs in
this area. It also seems to be an important corridor for
the Uncompaghre Plateau wildlife into this lower drier area.
     I use this area frequently as a place where my dog can
be off leash without people all around that I have to worry
about.

BLM_0150045

Scanned
00123

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Dry Creek Basin  (Lands with Wilderness Char.)

Name: _____ Jim Schwarz

Address: ___ 23 Columbia Way    Montrose Co 81401

Email (optional): jschw@mindspring.com _____ Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I thoroughly enjoyed my hike in to Dry Creek Basin. Its primitive nature allowed for a special time in this wonderful riparian environment. The petroglypts, cliff walls with swallow nests + cottonwoods along with spring flowers (cactus still blooming) all added to the experience. I didn't realize this gem was so close to Montrose + already want to go back. I found out there is an unmaintained motor route thru the area — its limited use didn't conflict with my experience though I wouldn't want to see it turned into a major motor route. And I highly recommend to others to see it on foot or horseback as there is an intimacy here with nature that is best seen that way.
I took many pictures + would be happy to share them as well!

Scanned

00124

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Dry Creek Basin

Name: Enno Heuscher

Address: 24601 Sorrento Lane, Cedaredge, CO

Email (optional): epheuscher@netzero.net   Phone (optional): —

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

Summer (June) hike + photography

I love the wilderness characteristics of the dry creek area + support non-maintenance of the trails in this area, as it provides solitude, peace, wildlife seen + enjoyed, and the riparian area is natural, heard no human motorized noise. No invasive plants seen, which is rare. Also no trash, no grazing effects, probably due to the rougher terrain.

Please consider mapping this as you already have, already done to keep it as a wilderness character area, and also do at least provide directions to the area so more people can appreciate this area, I enjoy simply hiking in the wilderness, as John Muir and Aldo leopoldt and Thoreau did in the old days.

5 C 0136
00125 Lb

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Camelback  WJA (Addition)_

Name: _Ulli Sir Jesse_

Address: _520 S. Amelia  Ridgway  CO. 81432_

Email (optional): _ulli sirjesse@gmail.com_  Phone (optional): _970 7292590_

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I am a 65 year old woman who has lived in
the area since 1986. I love to hike, bird watch
and find solitude in the wilderness area.
I hiked into the Camelback wilderness this
spring and loved the Rock formations, Bird
species and Solution
Please do not alldevelop for Oil + gas + please
use the recommentation under Alternativ B.
Preserving this area for future generations
is impsutiv to allow many more people to
enjoy this area.
If were the tracks would destoy the soil there
it would take away from the scenic and quiet
use of this area.
Also Rubidrown creek is haven for wildlife and
fish.
I applaud your decision to discontinue open OHV use across
**Please turn in comments to the BLM by November 1, 2016**   the field
office
**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**   Thank you

**Or email: uformp@blm.gov**   Ulli

BLM_0150048

Scanned
00 12628

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Potter & Monitor

Name: DAVID PRICE

Address: 1158 Primrose Ln, Fruita, Co. 81521

Email (optional): _____ Phone (optional): _____

Consider answering one or more of these questions:

**(1)** **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2)** **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3)** **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4)** **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

Hiked canyon bottoms 7/17/16, a Sunday afternoon. morning/
Fortunate to find solitude w/ an easy access of Delta.
Quiet areas, mostly free from the sounds & sights of
civilization becoming increasingly rare.

I was also impressed with the diversity of the riparian
area from understory shrubs to canopy of narrow-leaf
cottonwood, juniper, oak, ponderosa pine & pinyon pine. Quality
riparian habitat, especially on the Colorado Plateau are important
for wildlife & birds. Even at midday in the extreme heat of
summer, I was able to identify 18 bird species in a couple of hours.

I support BLM management policies that emphasize protection of
non-extractive uses and protection of resources such as
habitat diversity, water quality, archeological & paleo, wildlife, views,
and sound scape.

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
0012748

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Potter Creek / Monitor Creek_

Name: _Daniel Baer_

Address: _343 N First St, Montrose, CO_

Email (optional): _montanadan44@hotmail.com_ Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

We Hiked This Canyon In July. There Was
Water In The Creek But No Ruts + Tire Tracks.
The Only Erosion + Debris Was From The
Last Good Flash Flood.
We Had A Member Of Our Group Who Explained
Dinosaur Tracks + Pointed Out Their Locations.

This Area Is Close To Home With Reasonably Easy
Access, But It Feels Very Remote. I Hope We
Can Preserve That.

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email:** uformp@blm.gov

Scanned
00128 LB

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Potter + Monitor Canyons_

Name: _Enno Heuscher_

Address: _24601 Sorrento Lane, Cedaredge, CO_

Email (optional): _eheuscher@netzero.net_ Phone (optional): _970-856-4226_

Consider answering one or more of these questions:

**(1)** **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
**(2)** **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
**(3)** **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
**(4)** **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc.):

Hike in August 2016, loved the riparian isolation & varied vegetation (small-leaf cottonwood, oakbrush, Ponderosa pine, blue gramma grass, other grasses. Nobody had hiked this area for 2-3 wks based on no fresh tracks, suggesting good for WSA or wilderness designation. No evidence of coal seams or historic mining activity. No power lines or pipelines in this area, and no evidence of motor vehicle use even by the ranchers. Numerous transient floods have kept the "wildness" in this area, and would prevent any potential development for housing etc. Also passed some dinosaur tracks in the Potter canyon area.

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

Scanned
00 129 74

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Potter / Monitor Canyon_

Name: _Debra Trowbridge_

Address: _PO Box 908  Delta CO 81416_

Email (optional): _____ Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

July 17, 2016 hiking trip. I love the fact that it is so close to Delta. I am newer to the area and have been looking for places close by. It has lots of options with trails following the rivers and up on the mesas. I've been excited to see a variety of birds, such as kestrels, and trees - small leaf cotton. The rock formations are very interesting, too, with the sighting of dinosaur prints. Who would have thought that they existed so close to Delta?! This area is great. It's quiet, peaceful, and the breeze is great. It's interesting to see how high the water levels have got in the rivers. I've found several large rocks that have obviously been water/weather worn. It would be wonderful to protect & preserve this area for more folks to enjoy. It's nice to know there is a place close to town without roads, power poles, and other signs of civilization. Great place to spend the day.

**Please turn in comments to the BLM by September 1st, 2016**

**Mail to 2465 S Townsend Ave, Montrose, CO 81401 ATT: UFO RMP**

**Or email: uformp@blm.gov**

BLM_0150052

Sc 23rd
0013070

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Camelback Addition — Monitor, Potter & Roubideau_

Name: _Jane McGarry_

Address: _1755 Harding Rd      Paonia CO  81428_

Email (optional): _Westelk@tds.net_ _____ Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I enjoy mtn. biking and hiking in this area. It is quiet and peaceful — I never see other recreationists once I leave the parking lot. Bird-watching is very good, both canyon birds and riparian birds along the creeks. Lush stands of narrowleaf cottonwood and skunkbush. Good birds on the mesa tops also — and pronghorn. These mesa-top environments should be protected in their own right and as wildlife corridors.

In the canyon bottoms the riparian zones are healthy and beautiful. A few remnant Ponderosa pines in the bottom are unique.

All in all this area deserves wilderness-level protection, especially as it is contiguous with the Camelback WSA.

scanned
0043214

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Roubideau_

Name: _Marv Ballantyne_

Address: _16081  6100 Road_

Email (optional): _marvbofwc@gmail.com_  Phone (optional): _970-249-1346_

Consider answering one or more of these questions:

**(1) Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):

**(2) What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):

**(3) With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):

**(4) Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

1) I have been here in late winter and early summer, hiking + photographing

2) I like the area because it is close to home (Montrose) and can be visited in winter. Views are spectacular and walking next to a creek is always fun. I have not seen bighorns although I understand they are here. Also I have not seen Indian artifacts though they are known to be there. Having to cross the stream (wade through) is thrilling + somewhat challenging, and provides more solitude for anyone willing to get their feet wet. I plan ahead. I know some of the descendants of early pioneers who trailed cattle through here, which makes it more interesting. Some day I would like to go all the way up through the forest to the road + shuttle back home.

I would like this area to have protection + management of Wilderness so that it can be enjoyed perpetually.

Scanned
001337

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Potter Canyon Camel Back addition

Name: Helm Olivier

Address: PO Box 306, Ouray CO 81427

Email (optional): _____ Phone (optional): 970-325-4116

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):

(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):

(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):

(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

Winter and spring great hiking & backpacking - wonderful riparian walks along the creeks with wide variety of plants & trees - freemont cotton wood, skunk brush. One sees plenty of habitat connectivity places for the animals to get down to permanent streams & the riparian areas around them.

There are plenty of opportunities to explore off the main trail to examine wildlife evidence, photos, old trails & their history. Going out with WCC in spring 2014 let me know a lots more about the area. Lots of interesting geology!

I would like to see the Camelback addition come into existence with the canyon walls included up to the top and hopefully some resource protection on the mesas.

All in all it is a beautiful area deserving long term protection. Sitting ½ way up a mesa writing this with no roads in site, sight or other people sums this up.

BLM_0150055

Scanned
00 13478

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): CAMEL BACK ADDITION

Name: DAVID MEADE

Address: 38804 STUCKER MESA   HOTCHKISS CO

Email (optional): _____ Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I AM FORTUNATE TO HAVE VISITED THIS
AREA.
THE SCENERY, PLANT DIVERSITY, AND
HISTORIC SIGNIFICANCE. I BELIVE WARRENTS
THIS AREA BE PROTECTED.
ONE GETS THE IMPRESSION THAT THEY ARE
IN A SECLUDED WILDERNESS, WHEN IN FACT
THEY ARE ONLY A FEW MILES FROM DENSLY
POPULATED AREAS.
I WOULD LIKE TO SEE THE TIP OF
MOWITDE MESA FULLY PROTECTED AND MANAGED
AS WELL.
ATV ACTIVITY IS WIDESPREAD ON THE
UNCOMPAHGRE.
IT WOULD BE FORTUNATE IF THIS AREA
COULD BE PROTECTED FROM THIS INVASIVE AND
DAMAGING ACTIVITY

Scanned

00 135 J

**Please consider this a public comment on**
**BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Camel Back Addition_

Name: _David L. Jones_

Address: _700 Sabeta Dr_

Email (optional): _davidlanierjones@gmail.co,_ Phone (optional): _240-454-1398_

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

May 2014

Hiking upstream from the parking area along the stream, the wild flowers were beautiful. There were no other people + only the sounds of wind + stream. It is a beautiful area. Sitting on the side of the canyon, high overlooking the stream + the existing Camel Back protected area, I feel solitude + peace. Scrambling through the rocks below the rim was great exercise with great wild flowers + native vegetation. Pristine wilderness close to home.

→ Please protect the Monitor Creek + Potter Canyons, preserving their beauty + a great spot for isolated hiking + camping. Preserving part of the interconnecting mesa top, allowing it to return to a more natural + wild state also seems optimal. Opening these canyons to livestock or motorized travel would ruin their wild status for at least our lifetimes.

Thanks!
Dave

Scanned
0013671

Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): Camel Back Addition

Name: JUDITH CHAMBERLIN

Address: 700 SABeta DR. RIDGWAY CO 81432

Email (optional): JudiChamberlin@gmail.com   Phone (optional): 240-454-1399

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I hiked in the Roubideau Area - Potter- Monitor Canyon in spring, May 2014 and like the quiet, opportunity for solitude and wildlife viewing (rare animal viewing due to the riparian area) to inadequate bird watching, and rare plant species that I saw during my hike. I saw no other persons during my several hour hike, including no ATV's, heard no traffic or airplane noise. The Fremont cottonwood/skunk Sumac riparian woodland should be protected as a habitat connectivity area - connecting lower elevated scrub lands with mesa tops as well as connecting this area with conservation areas to the north and to Camel back wilderness study area to the south. This area seems to meet BLM's ACEC designation and should be protected as such.

Scanned
00137/6

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Camelback Addition_

Name: _Rein van West_

Address: _453 Cty Rd 5_

Email (optional): _____    Phone (optional): _970/626-9702_

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):

(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):

(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of 'cause' and 'effect'):

(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

In hiking through the Robideau/Potter/Monitor ACEC I have been amazed by the diversity of the plant and arboreal life! I had no idea there was such an active wetlands and riparian stream bed in this area. Granted, it was May, when one could expect some run-off from the plateau, but the volume was astounding and wonderful. I was particularly pleased with the solitude and silence of the area, too. There were no other groups that I came across — which would have been fine — no problem — but nice to know that solitude was available. The richness of the emerging flowers was marvellous, too.

I would strongly recommend that the Robideaux/Potter/Monitor ACEC be protected all the way up from the canyon bottom to the top of the rim. I believe this is an exceptional area encompassing the resource values needing protection. Thank-you!

Sc0
00 138

**Please consider this a public comment on
BLM's Uncompahgre Field Office Draft Resource Management Plan.**

Reference page number or section in RMP (optional): _____

Title of comment (area or trail name): _Monitor, Potter, Roubideau Creeks_

Name: _Bill Day_

Address: _28470 Hwy 92   Hotchkiss_

Email (optional): _billday@paonia.com_ _____ Phone (optional): _____

Consider answering one or more of these questions:

(1) **Describe the area and your historical use/activities there** (Time of year and hiking, camping, photography, etc):
(2) **What do you like about this area/trail?** (Close to home, wildlife, historic sites, scenic views, etc. include experiential data and resource knowledge when possible):
(3) **With what aspects of BLM's findings do you agree and/or disagree and why?** (You may which to speak to 'Recreation Management Areas', 'Areas of Critical Environmental Concern' or 'Route Density', etc. Please be specific where possible, and think in terms of "cause" and "effect"):
(4) **Additional Comments** (Please consider adding comments on adjacent or overlapping routes/areas, travel management, etc):

I support the LWC designation for the creek bottoms.
All the canyons have very good natural veg & wildlife habitat.
All three creeks should be WSRs.
Monitor Mesa, between Potter & Monitor should be designated
ACEC or Ecological Emphasis Area to minimize future
development on mesa top. Development on rims is detrimental
to wildlife & un-motorized travelers below.
The natural veg with few weeds is great migratory bird habitat
& bighorn habitat.