Case No. 1:20-cv-02484-MSK   Document 72-12   filed 04/29/21   USDC Colorado   pg 1 of 136

Topic 4          Adaptation and mitigation options and responses, and the inter-relationship with sustainable development, at global and regional levels

stabilisation level, studies since the TAR that take into account in-duced technological change may lower these price ranges to US$5-65/tCO$_2$-eq in 2030.[24] *{WGIII 3.3, 11.4, 11.5, SPM}*

**There is *high agreement* and *much evidence* that a wide variety of national policies and instruments are available to governments to create the incentives for mitigation action. Their applicability depends on national circumstances and an understanding of their interactions, but experience from implementation in various countries and sectors shows there are advantages and disadvantages for any given in-strument.** *{WGIII 13.2, SPM}*

Four main criteria are used to evaluate policies and instruments: environmental effectiveness, cost effectiveness, distributional effects including equity, and institutional feasibility. *{WGIII 13.2, SPM}*

General findings about the performance of policies are: *{WGIII 13.2, SPM}*

- *Integrating climate policies in broader development policies* makes implementation and overcoming barriers easier.
- *Regulations and standards* generally provide some certainty about emission levels. They may be preferable to other instru-ments when information or other barriers prevent producers and consumers from responding to price signals. However, they may not induce innovations and more advanced technologies.
- *Taxes and charges* can set a price for carbon, but cannot guar-antee a particular level of emissions. Literature identifies taxes as an efficient way of internalising costs of GHG emissions.
- *Tradable permits* will establish a carbon price. The volume of allowed emissions determines their environmental effectiveness, while the allocation of permits has distributional consequences. Fluctuation in the price of carbon makes it difficult to estimate the total cost of complying with emission permits.
- *Financial incentives* (subsidies and tax credits) are frequently used by governments to stimulate the development and diffu-sion of new technologies. While economic costs are generally higher than for the instruments listed above, they are often criti-cal to overcome barriers.
- *Voluntary agreements* between industry and governments are politically attractive, raise awareness among stakeholders and have played a role in the evolution of many national policies. The majority of agreements have not achieved significant emis-sions reductions beyond business as usual. However, some re-cent agreements, in a few countries, have accelerated the appli-cation of best available technology and led to measurable emis-sion reductions.
- *Information instruments* (e.g. awareness campaigns) may posi-tively affect environmental quality by promoting informed choices and possibly contributing to behavioural change, how-ever, their impact on emissions has not been measured yet.

- *Research, development and demonstration (RD&D)* can stimu-late technological advances, reduce costs and enable progress toward stabilisation.

Some corporations, local and regional authorities, NGOs and civil groups are adopting a wide variety of voluntary actions. These voluntary actions may limit GHG emissions, stimulate innovative policies and encourage the deployment of new technologies. On their own, they generally have limited impact on national- or re-gional-level emissions. *{WGIII 13.4, SPM}*

## 4.4 Relationship between adaptation and mitigation options and relationship with sustainable development

**There is growing understanding of the possibilities to choose and implement climate response options in several sectors to realise synergies and avoid conflicts with other dimensions of sustainable development.** *{WGIII SPM}*

Climate change policies related to energy efficiency and renew-able energy are often economically beneficial, improve energy se-curity and reduce local pollutant emissions. Reducing both loss of natural habitat and deforestation can have significant biodiversity, soil and water conservation benefits, and can be implemented in a socially and economically sustainable manner. Forestation and bioenergy plantations can restore degraded land, manage water run-off, retain soil carbon and benefit rural economies, but could com-pete with food production and may be negative for biodiversity, if not properly designed. *{WGII 20.3, 20.8; WGIII 4.5, 9.7, 12.3, SPM}*

There is growing evidence that decisions about macro-economic policy, agricultural policy, multilateral development bank lending, insurance practices, electricity market reform, energy security and forest conservation, for example, which are often treated as being apart from climate policy, can significantly reduce emissions (Table 4.3). Similarly, non-climate policies can affect adaptive capacity and vulnerability. *{WGII 20.3; WGIII SPM, 12.3}*

**Both synergies and trade-offs exist between adaptation and mitigation options.** *{WGII 18.4.3; WGIII 11.9}*

Examples of synergies include properly designed biomass pro-duction, formation of protected areas, land management, energy use in buildings, and forestry, but synergies are rather limited in other sectors. Potential trade-offs include increased GHG emissions due to increased consumption of energy related to adaptive re-sponses. *{WGII 18.4.3, 18.5, 18.7, TS.5.2; WGIII 4.5, 6.9, 8.5, 9.5, SPM}*

---

[24] Studies on mitigation portfolios and macro-economic costs assessed in this report are based on top-down modelling. Most models use a global least-cost approach to mitigation portfolios, with universal emissions trading, assuming transparent markets, no transaction cost, and thus perfect implementation of mitigation measures throughout the 21st century. Costs are given for a specific point in time. Global modelled costs will increase if some regions, sectors (e.g. land use), options or gases are excluded. Global modelled costs will decrease with lower baselines, use of revenues from carbon taxes and auctioned permits, and if induced technological learning is included. These models do not consider climate benefits and generally also co-benefits of mitigation measures, or equity issues. Significant progress has been achieved in applying approaches based on induced technological change to stabilisation studies; however, conceptual issues remain. In the models that consider induced technological change, projected costs for a given stabilisation level are reduced; the reductions are greater at lower stabilisation level.

BLM_0150391

**Table 4.3.** *Integrating climate change considerations into development policies – selected examples in the area of mitigation. {WGIII 12.2.4.6}*

| Selected sectors | Non-climate change policy instruments and actions | Potentially affects: |
|---|---|---|
| Macro-economy | Implement non-climate taxes/subsidies and/or other fiscal and regulatory policies that promote sustainable development | Total global GHG emissions |
| Forestry | Adoption of forest conservation and sustainable management practices | GHG emissions from deforestation |
| Electricity | Adoption of cost-effective renewables, demand-side management programmes, and transmission and distribution loss reduction | Electricity sector $CO_2$ emissions |
| Petroleum imports | Diversifying imported and domestic fuel mix and reducing economy's energy intensity to improve energy security | Emissions from crude oil and product imports |
| Insurance for building, transport sectors | Differentiated premiums, liability insurance exclusions, improved terms for green products | Transport and building sector GHG emissions |
| International finance | Country and sector strategies and project lending that reduces emissions | Emissions from developing countries |

## 4.5  International and regional cooperation

There is *high agreement* and *much evidence* that notable achievements of the UNFCCC and its Kyoto Protocol are the establishment of a global response to the climate change problem, stimulation of an array of national policies, the creation of an international carbon market and the establishment of new institutional mechanisms that may provide the foundation for future mitigation efforts. Progress has also been made in addressing adaptation within the UNFCCC and additional initiatives have been suggested. *{WGII 18.7; WGIII 13.3, SPM}*

The impact of the Protocol's first commitment period relative to global emissions is projected to be limited. Its economic impacts on participating Annex-B countries are projected to be smaller than presented in the TAR, which showed 0.2 to 2% lower GDP in 2012 without emissions trading and 0.1 to 1.1% lower GDP with emissions trading among Annex-B countries. To be more environmentally effective, future mitigation efforts would need to achieve deeper reductions covering a higher share of global emissions (see Topic 5). *{WGIII 1.4, 11.4, 13.3, SPM}*

The literature provides *high agreement* and *much evidence* of many options for achieving reductions of global GHG emissions at the international level through cooperation. It also suggests that successful agreements are environmentally effective, cost-effective, incorporate distributional considerations and equity, and are institutionally feasible. *{WGIII 13.3, SPM}*

Greater cooperative efforts to reduce emissions will help to reduce global costs for achieving a given level of mitigation, or will improve environmental effectiveness. Improving and expanding the scope of market mechanisms (such as emission trading, Joint Implementation and Clean Development Mechanism) could reduce overall mitigation costs. *{WGIII 13.3, SPM}*

Efforts to address climate change can include diverse elements such as emissions targets; sectoral, local, sub-national and regional actions; RD&D programmes; adopting common policies; implementing development-oriented actions; or expanding financing instruments. These elements can be implemented in an integrated fashion, but comparing the efforts made by different countries quantitatively would be complex and resource intensive. *{WGIII 13.3, SPM}*

Actions that could be taken by participating countries can be differentiated both in terms of when such action is undertaken, who participates and what the action will be. Actions can be binding or non-binding, include fixed or dynamic targets, and participation can be static or vary over time. *{WGIII 13.3, SPM}*

BLM_0150392

# 5

---

## The long-term perspective: scientific and socio-economic aspects relevant to adaptation and mitigation, consistent with the objectives and provisions of the Convention, and in the context of sustainable development

---

BLM_0150393

## 5.1  Risk management perspective

**Responding to climate change involves an iterative risk management process that includes both mitigation and adaptation, taking into account actual and avoided climate change damages, co-benefits, sustainability, equity and attitudes to risk.** *{WGII 20. 9, SPM; WGIII SPM}*

Risk management techniques can explicitly accommodate sectoral, regional and temporal diversity, but their application requires information about not only impacts resulting from the most likely climate scenarios, but also impacts arising from lower-probability but higher-consequence events and the consequences of proposed policies and measures. Risk is generally understood to be the product of the likelihood of an event and its consequences. Climate change impacts depend on the characteristics of natural and human systems, their development pathways and their specific locations. *{SYR 3.3, Figure 3.6; WGII 20.2, 20.9, SPM; WGIII 3.5, 3.6, SPM}*

## 5.2  Key vulnerabilities, impacts and risks – long-term perspectives

**The five 'reasons for concern' identified in the TAR are now assessed to be stronger with many risks identified with higher confidence. Some are projected to be larger or to occur at lower increases in temperature. This is due to (1) better understanding of the magnitude of impacts and risks associated with increases in global average temperature and GHG concentrations, including vulnerability to present-day climate variability, (2) more precise identification of the circumstances that make systems, sectors, groups and regions especially vulnerable and (3) growing evidence that the risk of very large impacts on multiple century time scales would continue to increase as long as GHG concentrations and temperature continue to increase. Understanding about the relationship between impacts (the basis for 'reasons for concern' in the TAR) and vulnerability (that includes the ability to adapt to impacts) has improved.** *{WGII 4.4, 5.4, 19.ES, 19.3.7, TS.4.6; WGIII 3.5, SPM}*

The TAR concluded that vulnerability to climate change is a function of exposure, sensitivity and adaptive capacity. Adaptation can reduce sensitivity to climate change while mitigation can  reduce the exposure to climate change, including its rate and extent. Both conclusions are confirmed in this assessment. *{WGII 20.2, 20.7.3}*

No single metric can adequately describe the diversity of key vulnerabilities or support their ranking. A sample of relevant impacts is provided in Figure 3.6. The estimation of key vulnerabilities in any system, and damage implied, will depend on exposure (the rate and magnitude of climate change), sensitivity, which is determined in part and where relevant by development status, and adaptive capacity. Some key vulnerabilities may be linked to thresholds; in some cases these may cause a system to shift from one state to another, whereas others have thresholds that are defined subjectively and thus depend on societal values. *{WGII 19.ES, 19.1}*

The five 'reasons for concern' that were identified in the TAR were intended to synthesise information on climate risks and key vulnerabilities and to "aid readers in making their own determination" about risk. These remain a viable framework to consider key vulnerabilities, and they have been updated in the AR4. *{TAR WGII Chapter 19; WGII SPM}*

- *Risks to unique and threatened systems.* There is new and stronger evidence of observed impacts of climate change on unique and vulnerable systems (such as polar and high mountain communities and ecosystems), with increasing levels of adverse impacts as temperatures increase further. An increasing risk of species extinction and coral reef damage is projected with higher confidence than in the TAR as warming proceeds. There is *medium confidence* that approximately 20 to 30% of plant and animal species assessed so far are *likely* to be at increased risk of extinction if increases in global average temperature exceed 1.5 to 2.5°C over 1980-1999 levels. Confidence has increased that a 1 to 2°C increase in global mean temperature above 1990 levels (about 1.5 to 2.5°C above pre-indus-

---

**Key Vulnerabilities and Article 2 of the UNFCCC**

Article 2 of the UNFCCC states:

"The ultimate objective of this Convention and any related legal instruments that the Conference of the Parties may adopt is to achieve, in accordance with the relevant provisions of the Convention, stabilisation of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. Such a level should be achieved within a time frame sufficient to allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner."

Determining what constitutes "dangerous anthropogenic interference with the climate system" in relation to Article 2 of the UNFCCC involves value judgements. Science can support informed decisions on this issue, including by providing criteria for judging which vulnerabilities might be labelled 'key'. *{SYR 3.3, WGII 19.ES}*

Key vulnerabilities[25] may be associated with many climate-sensitive systems, including food supply, infrastructure, health, water resources, coastal systems, ecosystems, global biogeochemical cycles, ice sheets and modes of oceanic and atmospheric circulation. *{WGII 19.ES}*

More specific information is now available across the regions of the world concerning the nature of future impacts, including for some places not covered in previous assessments. *{WGII SPM}*

---

[25] Key Vulnerabilities can be identified based on a number of criteria in the literature, including magnitude, timing, persistence/reversibility, the potential for adaptation, distributional aspects, likelihood and 'importance' of the impacts.

BLM_0150394

trial) poses significant risks to many unique and threatened systems including many biodiversity hotspots. Corals are vulnerable to thermal stress and have low adaptive capacity. Increases in sea surface temperature of about 1 to 3°C are projected to result in more frequent coral bleaching events and widespread mortality, unless there is thermal adaptation or acclimatisation by corals. Increasing vulnerability of Arctic indigenous communities and small island communities to warming is projected. *[SYR 3.3, 3.4, Figure 3.6, Table 3.2; WGII 4.ES, 4.4, 6.4, 14.4.6, 15.ES, 15.4, 15.6, 16.ES, 16.2.1, 16.4, Table 19.1, 19.3.7, TS.5.3, Figure TS.12, Figure TS.14]*

- **Risks of extreme weather events.** Responses to some recent extreme climate events reveal higher levels of vulnerability in both developing and developed countries than was assessed in the TAR. There is now higher confidence in the projected increases in droughts, heat waves and floods, as well as their adverse impacts. As summarised in Table 3.2, increases in drought, heat waves and floods are projected in many regions and would have mostly adverse impacts, including increased water stress and wild fire frequency, adverse effects on food production, adverse health effects, increased flood risk and extreme high sea level, and damage to infrastructure. *[SYR 3.2, 3.3, Table 3.2; WGI 10.3, Table SPM.2; WGII 1.3, 5.4, 7.1, 7.5, 8.2, 12.6, 19.3, Table 19.1, Table SPM.1]*

- **Distribution of impacts and vulnerabilities.** There are sharp differences across regions and those in the weakest economic position are often the most vulnerable to climate change and are frequently the most susceptible to climate-related damages, especially when they face multiple stresses. There is increasing evidence of greater vulnerability of specific groups such as the poor and elderly not only in developing but also in developed countries. There is greater confidence in the projected regional patterns of climate change (see Topic 3.2) and in the projections of regional impacts, enabling better identification of particularly vulnerable systems, sectors and regions (see Topic 3.3). Moreover, there is increased evidence that low-latitude and less-developed areas generally face greater risk, for example in dry areas and megadeltas. New studies confirm that Africa is one of the most vulnerable continents because of the range of projected impacts, multiple stresses and low adaptive capacity. Substantial risks due to sea level rise are projected particularly for Asian megadeltas and for small island communities. *[SYR 3.2, 3.3, 5.4; WGI II.2–II.7, SPM; WGII 3.4.3, 5.3, 5.4, Boxes 7.1 and 7.4, 8.1.1, 8.4.2, 8.6.1.3, 8.7, 9.ES, Table 10.9, 10.6, 16.3, 19.ES, 19.3, Table 19.1, 20.ES, TS.4.5, TS.5.4, Tables TS.1, TS.3, TS.4, SPM]*

- **Aggregate impacts.** Compared to the TAR, initial net market-based benefits from climate change are projected to peak at a lower magnitude and therefore sooner than was assessed in the TAR. It is *likely* that there will be higher damages for larger magnitudes of global temperature increase than estimated in the TAR, and the net costs of impacts of increased warming are projected to increase over time. Aggregate impacts have also been quantified in other metrics (see Topic 3.3): for example, climate change over the next century is *likely* to adversely affect hundreds of millions of people through increased coastal flooding, reductions in water supplies, increased malnutrition and increased health impacts. *[SYR 3.3, Figure 3.6; WGII 19.3.7, 20.7.3, TS.5.3]*

- **Risks of large-scale singularities.**[26] As discussed in Topic 3.4, during the current century, a large-scale abrupt change in the meridional overturning circulation is *very unlikely*. There is *high confidence* that global warming over many centuries would lead to a sea level rise contribution from thermal expansion alone that is projected to be much larger than observed over the 20th century, with loss of coastal area and associated impacts. There is better understanding than in the TAR that the risk of additional contributions to sea level rise from both the Greenland and possibly Antarctic ice sheets may be larger than projected by ice sheet models and could occur on century time scales. This is because ice dynamical processes seen in recent observations but not fully included in ice sheet models assessed in the AR4 could increase the rate of ice loss. Complete deglaciation of the Greenland ice sheet would raise sea level by 7m and could be irreversible. *[SYR 3.4; WGI 10.3, Box 10.1; WGII 19.3.7, SPM]*

## 5.3 Adaptation and mitigation

There is **high confidence** that neither adaptation nor mitigation alone can avoid all climate change impacts. Adaptation is necessary both in the short term and longer term to address impacts resulting from the warming that would occur even for the lowest stabilisation scenarios assessed. There are barriers, limits and costs that are not fully understood. Adaptation and mitigation can complement each other and together can significantly reduce the risks of climate change. *{WGII 4.ES, TS 5.1, 18.4, 18.6, 20.7, SPM; WGIII 1.2, 2.5, 3.5, 3.6}*

Adaptation will be ineffective for some cases such as natural ecosystems (e.g. loss of Arctic sea ice and marine ecosystem viability), the disappearance of mountain glaciers that play vital roles in water storage and supply, or adaptation to sea level rise of several metres[27]. It will be less feasible or very costly in many cases for the projected climate change beyond the next several decades (such as deltaic regions and estuaries). There is *high confidence* that the ability of many ecosystems to adapt naturally will be exceeded this century. In addition, multiple barriers and constraints to effective adaptation exist in human systems (see Topic 4.2). *[SYR 4.2; WGII 17.4.2, 19.2, 19.4.1]*

Unmitigated climate change would, in the long term, be *likely* to exceed the capacity of natural, managed and human systems to adapt. Reliance on adaptation alone could eventually lead to a magnitude of climate change to which effective adaptation is not possible, or will only be available at very high social, environmental and economic costs. *{WGII 18.1, SPM}*

---

[26] See glossary

[27] While it is technically possible to adapt to several metres of sea level rise, the resources required are so unevenly distributed that in reality this risk is outside the scope of adaptation. {WGII 17.4.2, 19.4.1}

BLM_0150395

**Efforts to mitigate GHG emissions to reduce the rate and magnitude of climate change need to account for inertia in the climate and socio-economic systems.** *{SYR 3.2; WGI 10.3, 10.4, 10.7, SPM; WGIII 2.3.4}*

After GHG concentrations are stabilised, the rate at which the global average temperature increases is expected to slow within a few decades. Small increases in global average temperature could still be expected for several centuries. Sea level rise from thermal expansion would continue for many centuries at a rate that eventually decreases from that reached before stabilisation, due to ongoing heat uptake by oceans. *{SYR 3.2, WGI 10.3, 10.4, 10.7, SPM}*

Delayed emission reductions significantly constrain the opportunities to achieve lower stabilisation levels and increase the risk of more severe climate change impacts. Even though benefits of mitigation measures in terms of avoided climate change would take several decades to materialise, mitigation actions begun in the short term would avoid locking in both long-lived carbon intensive infrastructure and development pathways, reduce the rate of climate change and reduce the adaptation needs associated with higher levels of warming. *{WGII 18.4, 20.6, 20.7, SPM; WGIII 2.3.4, 3.4, 3.5, 3.6, SPM}*

## 5.4 Emission trajectories for stabilisation

**In order to stabilise the concentration of GHGs in the atmosphere, emissions would need to peak and decline thereafter.[28] The lower the stabilisation level, the more quickly this peak and decline would need to occur (Figure 5.1).[29]** *{WGIII 3.3, 3.5, SPM}*

Advances in modelling since the TAR permit the assessment of multi-gas mitigation strategies for exploring the attainability and costs for achieving stabilisation of GHG concentrations. These scenarios explore a wider range of future scenarios, including lower levels of stabilisation, than reported in the TAR. *{WGIII 3.3, 3.5, SPM}*

**Mitigation efforts over the next two to three decades will have a large impact on opportunities to achieve lower stabilisation levels (Table 5.1 and Figure 5.1).** *{WGIII 3.5, SPM}*

Table 5.1 summarises the required emission levels for different groups of stabilisation concentrations and the resulting equilibrium

### $CO_2$ emissions and equilibrium temperature increases for a range of stabilisation levels



**Figure 5.1.** *Global $CO_2$ emissions for 1940 to 2000 and emissions ranges for categories of stabilisation scenarios from 2000 to 2100 (left-hand panel); and the corresponding relationship between the stabilisation target and the likely equilibrium global average temperature increase above pre-industrial (right-hand panel). Approaching equilibrium can take several centuries, especially for scenarios with higher levels of stabilisation. Coloured shadings show stabilisation scenarios grouped according to different targets (stabilisation category I to VI). The right-hand panel shows ranges of global average temperature change above pre-industrial, using (i) 'best estimate' climate sensitivity of 3°C (black line in middle of shaded area), (ii) upper bound of likely range of climate sensitivity of 4.5°C (red line at top of shaded area) (iii) lower bound of likely range of climate sensitivity of 2°C (blue line at bottom of shaded area). Black dashed lines in the left panel give the emissions range of recent baseline scenarios published since the SRES (2000). Emissions ranges of the stabilisation scenarios comprise $CO_2$-only and multigas scenarios and correspond to the 10th to 90th percentile of the full scenario distribution. Note: $CO_2$ emissions in most models do not include emissions from decay of above ground biomass that remains after logging and deforestation, and from peat fires and drained peat soils. {WGIII Figures SPM.7 and SPM.8}*

---

[28] Peaking means that the emissions need to reach a maximum before they decline later.

[29] For the lowest mitigation scenario category assessed, emissions would need to peak by 2015 and for the highest by 2090 (see Table 5.1). Scenarios that use alternative emission pathways show substantial differences on the rate of global climate change. {WGII 19.4}

BLM_0150396

**Table 5.1.** Characteristics of post-TAR stabilisation scenarios and resulting long-term equilibrium global average temperature and the sea level rise component from thermal expansion only.[a] {WGI 10.7; WGIII Table TS.2, Table 3.10, Table SPM.5}

| Category | CO$_2$ concentration at stabilisation (2005 = 379 ppm)[b] | CO$_2$-equivalent concentration at stabilisation including GHGs and aerosols (2005=375 ppm)[b] | Peaking year for CO$_2$ emissions[a,c] | Change in global CO$_2$ emissions in 2050 (percent of 2000 emissions)[a,c] | Global average temperature increase above pre-industrial at equilibrium, using 'best estimate' climate sensitivity[d,e] | Global average sea level rise above pre-industrial at equilibrium from thermal expansion only[f] | Number of assessed scenarios |
|---|---|---|---|---|---|---|---|
| | ppm | ppm | year | percent | °C | metres | |
| I | 350 – 400 | 445 – 490 | 2000 – 2015 | -85 to -50 | 2.0 – 2.4 | 0.4 – 1.4 | 6 |
| II | 400 – 440 | 490 – 535 | 2000 – 2020 | -60 to -30 | 2.4 – 2.8 | 0.5 – 1.7 | 18 |
| III | 440 – 485 | 535 – 590 | 2010 – 2030 | -30 to +5 | 2.8 – 3.2 | 0.6 – 1.9 | 21 |
| IV | 485 – 570 | 590 – 710 | 2020 – 2060 | +10 to +60 | 3.2 – 4.0 | 0.6 – 2.4 | 118 |
| V | 570 – 660 | 710 – 855 | 2050 – 2080 | +25 to +85 | 4.0 – 4.9 | 0.8 – 2.9 | 9 |
| VI | 660 – 790 | 855 – 1130 | 2060 – 2090 | +90 to +140 | 4.9 – 6.1 | 1.0 – 3.7 | 5 |

Notes:
a) The emission reductions to meet a particular stabilisation level reported in the mitigation studies assessed here might be underestimated due to missing carbon cycle feedbacks (see also Topic 2.3).
b) Atmospheric CO$_2$ concentrations were 379ppm in 2005. The best estimate of total CO$_2$-eq concentration in 2005 for all long-lived GHGs is about 455ppm, while the corresponding value including the net effect of all anthropogenic forcing agents is 375ppm CO$_2$-eq.
c) Ranges correspond to the 15th and 85th percentile of the post-TAR scenario distribution. CO$_2$ emissions are shown so multi-gas scenarios can be compared with CO$_2$-only scenarios (see Figure 2.1).
d) The best estimate of climate sensitivity is 3°C.
e) Note that global average temperature at equilibrium is different from expected global average temperature at the time of stabilisation of GHG concentrations due to the inertia of the climate system. For the majority of scenarios assessed, stabilisation of GHG concentrations occurs between 2100 and 2150 (see also Footnote 30).
f) Equilibrium sea level rise is for the contribution from ocean thermal expansion only and does not reach equilibrium for at least many centuries. These values have been estimated using relatively simple climate models (one low-resolution AOGCM and several EMICs based on the best estimate of 3°C climate sensitivity) and do not include contributions from melting ice sheets, glaciers and ice caps. Long-term thermal expansion is projected to result in 0.2 to 0.6m per degree Celsius of global average warming above pre-industrial. (AOGCM refers to Atmosphere-Ocean General Circulation Model and EMICs to Earth System Models of Intermediate Complexity.)

global average temperature increases, using the 'best estimate' of climate sensitivity (see Figure 5.1 for the *likely* range of uncertainty). Stabilisation at lower concentration and related equilibrium temperature levels advances the date when emissions need to peak and requires greater emissions reductions by 2050.[30] Climate sensitivity is a key uncertainty for mitigation scenarios that aim to meet specific temperature levels. The timing and level of mitigation to reach a given temperature stabilisation level is earlier and more stringent if climate sensitivity is high than if it is low. {WGIII 3.3, 3.4, 3.5, 3.6, SPM}

Sea level rise under warming is inevitable. Thermal expansion would continue for many centuries after GHG concentrations have stabilised, for any of the stabilisation levels assessed, causing an eventual sea level rise much larger than projected for the 21st century (Table 5.1). If GHG and aerosol concentrations had been stabilised at year 2000 levels, thermal expansion alone would be expected to lead to further sea level rise of 0.3 to 0.8m. The eventual contributions from Greenland ice sheet loss could be several metres, and larger than from thermal expansion, should warming in excess of 1.9 to 4.6°C above pre-industrial be sustained over many centuries. These long-term consequences would have major impli-

cations for world coastlines. The long time scale of thermal expansion and ice sheet response to warming imply that mitigation strategies that seek to stabilise GHG concentrations (or radiative forcing) at or above present levels do not stabilise sea level for many centuries. {WGI 10.7}

Feedbacks between the carbon cycle and climate change affect the required mitigation and adaptation response to climate change. Climate-carbon cycle coupling is expected to increase the fraction of anthropogenic emissions that remains in the atmosphere as the climate system warms (see Topics 2.3 and 3.2.1), but mitigation studies have not yet incorporated the full range of these feedbacks. As a consequence, the emission reductions to meet a particular stabilisation level reported in the mitigation studies assessed in Table 5.1 might be underestimated. Based on current understanding of climate-carbon cycle feedbacks, model studies suggest that stabilising CO$_2$ concentrations at, for example, 450ppm[31] could require cumulative emissions over the 21st century to be less than 1800 [1370 to 2200] GtCO$_2$, which is about 27% less than the 2460 [2310 to 2600] GtCO$_2$ determined without consideration of carbon cycle feedbacks. {SYR 2.3, 3.2.1; WGI 7.3, 10.4, SPM}

---

[30] Estimates for the evolution of temperature over the course of this century are not available in the AR4 for the stabilisation scenarios. For most stabilisation levels global average temperature is approaching the equilibrium level over a few centuries. For the much lower stabilisation scenarios (category I and II, Figure 5.1), the equilibrium temperature may be reached earlier.

[31] To stabilise at 1000ppm CO$_2$, this feedback could require that cumulative emissions be reduced from a model average of approximately 5190 [4910 to 5460] GtCO$_2$ to approximately 4030 [3590 to 4580] GtCO$_2$. {WGI 7.3, 10.4, SPM}

BLM_0150397

## 5.5 Technology flows and development

There is *high agreement* and *much evidence* that all stabilisation levels assessed can be achieved by deployment of a portfolio of technologies that are either currently available or expected to be commercialised in coming decades, assuming appropriate and effective incentives are in place for development, acquisition, deployment and diffusion of technologies and addressing related barriers. *{WGIII SPM}*

Worldwide deployment of low-GHG emission technologies as well as technology improvements through public and private RD&D would be required for achieving stabilisation targets as well as cost reduction.[32] Figure 5.2 gives illustrative examples of the contribution of the portfolio of mitigation options. The contribution of different technologies varies over time and region and depends on the baseline development path, available technologies and relative costs, and the analysed stabilisation levels. Stabilisation at the lower of the assessed levels (490 to 540ppm $CO_2$-eq) requires early investments and substantially more rapid diffusion and commercialisation of advanced low-emissions technologies over the next decades

(2000-2030) and higher contributions across abatement options in the long term (2000-2100). This requires that barriers to development, acquisition, deployment and diffusion of technologies are effectively addressed with appropriate incentives. *{WGIII 2.7, 3.3, 3.4, 3.6, 4.3, 4.4, 4.6, SPM}*

Without sustained investment flows and effective technology transfer, it may be difficult to achieve emission reduction at a significant scale. Mobilising financing of incremental costs of low-carbon technologies is important. *{WGIII 13.3, SPM}*

There are large uncertainties concerning the future contribution of different technologies. However, all assessed stabilisation scenarios concur that 60 to 80% of the reductions over the course of the century would come from energy supply and use and industrial processes. Including non-$CO_2$ and $CO_2$ land-use and forestry mitigation options provides greater flexibility and cost-effectiveness. Energy efficiency plays a key role across many scenarios for most regions and time scales. For lower stabilisation levels, scenarios put more emphasis on the use of low-carbon energy sources, such as renewable energy, nuclear power and the use of $CO_2$ capture and storage (CCS). In these scenarios, improvements of carbon intensity of energy supply and the whole economy needs to be much faster than in the past (Figure 5.2). *{WGIII 3.3, 3.4, TS.3, SPM}*



**Illustrative mitigation portfolios for achieving stabilisation of GHG concentrations**

**Figure 5.2** *Cumulative emissions reductions for alternative mitigation measures for 2000-2030 (left-hand panel) and for 2000-2100 (right-hand panel). The figure shows illustrative scenarios from four models (AIM, IMAGE, IPAC and MESSAGE) aiming at the stabilisation at low (490 to 540ppm $CO_2$-eq) and intermediate levels (650ppm $CO_2$-eq) respectively. Dark bars denote reductions for a target of 650ppm $CO_2$-eq and light bars denote the additional reductions to achieve 490 to 540ppm $CO_2$-eq. Note that some models do not consider mitigation through forest sink enhancement (AIM and IPAC) or CCS (AIM) and that the share of low-carbon energy options in total energy supply is also determined by inclusion of these options in the baseline. CCS includes $CO_2$ capture and storage from biomass. Forest sinks include reducing emissions from deforestation. The figure shows emissions reductions from baseline scenarios with cumulative emissions between 6000 to 7000 GtCO_2-eq (2000-2100). {WGIII Figure SPM.9}*

---

[32] By comparison, government funding in real absolute terms for most energy research programmes has been flat or declining for nearly two decades (even after the UNFCCC came into force) and is now about half of the 1980 level. {WGIII 2.7, 3.4, 4.5, 11.5, 13.2}

BLM_0150398

## 5.6  Costs of mitigation and long-term stabilisation targets

**The macro-economic costs of mitigation generally rise with the stringency of the stabilisation target and are relatively higher when derived from baseline scenarios characterised by high emission levels.** *{WGIII SPM}*

There is *high agreement* and *medium evidence* that in 2050 global average macro-economic costs for multi-gas mitigation towards stabilisation between 710 and 445ppm $CO_2$-eq are between a 1% gain to a 5.5% decrease of global GDP (Table 5.2). This corresponds to slowing average annual global GDP growth by less than 0.12 percentage points. Estimated GDP losses by 2030 are on average lower and show a smaller spread compared to 2050 (Table 5.2). For specific countries and sectors, costs vary considerably from the global average.[33] *{WGIII 3.3, 13.3, SPM}*

## 5.7  Costs, benefits and avoided climate impacts at global and regional levels

**Impacts of climate change will vary regionally. Aggregated and discounted to the present, they are *very likely* to impose net annual costs, which will increase over time as global temperatures increase.** *{WGII SPM}*

For increases in global average temperature of less than 1 to 3°C above 1980-1999 levels, some impacts are projected to produce market benefits in some places and sectors while, at the same time, imposing costs in other places and sectors. Global mean losses could be 1 to 5% of GDP for 4°C of warming, but regional losses could be substantially higher. *{WGII 9.ES, 10.6, 15.ES, 20.6, SPM}*

Peer-reviewed estimates of the social cost of carbon (net economic costs of damages from climate change aggregated across the globe and discounted to the present) for 2005 have an average value of US$12 per tonne of $CO_2$, but the range from 100 estimates is large (-$3 to $95/$tCO_2$). The range of published evidence indicates that the net damage costs of climate change are projected to be significant and to increase over time. *{WGII 20.6, SPM}*

It is *very likely* that globally aggregated figures underestimate the damage costs because they cannot include many non-quantifiable impacts. It is *virtually certain* that aggregate estimates of costs mask significant differences in impacts across sectors, regions, countries and populations. In some locations and amongst some groups of people with high exposure, high sensitivity and/or low adaptive capacity, net costs will be significantly larger than the global average. *{WGII 7.4, 20.ES, 20.6, 20.ES, SPM}*

**Limited and early analytical results from integrated analyses of the global costs and benefits of mitigation indicate that these are broadly comparable in magnitude, but do not as yet permit an unambiguous determination of an emissions pathway or stabilisation level where benefits exceed costs.** *{WGIII SPM}*

Comparing the costs of mitigation with avoided damages would require the reconciliation of welfare impacts on people living in different places and at different points in time into a global aggregate measure of well-being. *{WGIII 18.ES}*

Choices about the scale and timing of GHG mitigation involve balancing the economic costs of more rapid emission reductions now against the corresponding medium-term and long-term climate risks of delay. *{WGIII SPM}*

**Many impacts can be avoided, reduced or delayed by mitigation.** *{WGII SPM}*

Although the small number of impact assessments that evaluate stabilisation scenarios do not take full account of uncertainties in projected climate under stabilisation, they nevertheless provide indications of damages avoided and risks reduced for different

*Table 5.2.* Estimated global macro-economic costs in 2030 and 2050. Costs are relative to the baseline for least-cost trajectories towards different long-term stabilisation levels. {WGIII 3.3, 13.3, Tables SPM.4 and SPM.6}

| Stabilisation levels (ppm $CO_2$-eq) | Median GDP reduction[a] (%) | | Range of GDP reduction[b] (%) | | Reduction of average annual GDP growth rates (percentage points)[c,e] | |
|---|---|---|---|---|---|---|
| | 2030 | 2050 | 2030 | 2050 | 2030 | 2050 |
| 445 – 535[d] | Not available | | <3 | <5.5 | < 0.12 | < 0.12 |
| 535 – 590 | 0.6 | 1.3 | 0.2 to 5 | slightly negative to 4 | < 0.1 | < 0.1 |
| 590 – 710 | 0.2 | 0.5 | -0.6 to 1.2 | -1 to 2 | < 0.06 | < 0.05 |

Notes:
Values given in this table correspond to the full literature across all baselines and mitigation scenarios that provide GDP numbers.
a)  Global GDP based on market exchange rates.
b)  The 10th and 90th percentile range of the analysed data are given where applicable. Negative values indicate GDP gain. The first row (445-535ppm $CO_2$-eq) gives the upper bound estimate of the literature only.
c)  The calculation of the reduction of the annual growth rate is based on the average reduction during the assessed period that would result in the indicated GDP decrease by 2030 and 2050 respectively.
d)  The number of studies is relatively small and they generally use low baselines. High emissions baselines generally lead to higher costs.
e)  The values correspond to the highest estimate for GDP reduction shown in column three.

[33] See Footnote 24 for further details on cost estimates and model assumptions.

69

amounts of emissions reduction. The rate and magnitude of future human-induced climate change and its associated impacts are determined by human choices defining alternative socio-economic futures and mitigation actions that influence emission pathways. Figure 3.2 demonstrates that alternative SRES emission pathways could lead to substantial differences in climate change throughout the 21st century. Some of the impacts at the high temperature end of Figure 3.6 could be avoided by socio-economic development pathways that limit emissions and associated climate change towards the lower end of the ranges illustrated in Figure 3.6. *{SYR 3.2, 3.3; WGIII 3.5, 3.6, SPM}*

Figure 3.6 illustrates how reduced warming could reduce the risk of, for example, affecting a significant number of ecosystems, the risk of extinctions, and the likelihood that cereal productivity in some regions would tend to fall. *{SYR 3.3, Figure 3.6; WGII 4.4, 5.4, Table 20.6}*

## 5.8 Broader environmental and sustainability issues

**Sustainable development can reduce vulnerability to climate change, and climate change could impede nations' abilities to achieve sustainable development pathways.** *{WGII SPM}*

It is *very likely* that climate change can slow the pace of progress toward sustainable development either directly through increased exposure to adverse impacts or indirectly through erosion of the capacity to adapt. Over the next half-century, climate change could impede achievement of the Millennium Development Goals. *{WGII SPM}*

Climate change will interact at all scales with other trends in global environmental and natural resource concerns, including water, soil and air pollution, health hazards, disaster risk, and deforestation. Their combined impacts may be compounded in future in the absence of integrated mitigation and adaptation measures. *{WGII 20.3, 20.7, 20.8, SPM}*

**Making development more sustainable can enhance mitigative and adaptive capacities, reduce emissions, and reduce vulnerability, but there may be barriers to implementation.** *{WGII 20.8; WGIII 12.2, SPM}*

Both adaptive and mitigative capacities can be enhanced through sustainable development. Sustainable development can, thereby, reduce vulnerability to climate change by reducing sensitivities (through adaptation) and/or exposure (through mitigation). At present, however, few plans for promoting sustainability have explicitly included either adapting to climate change impacts, or promoting adaptive capacity. Similarly, changing development paths can make a major contribution to mitigation but may require resources to overcome multiple barriers. *{WGII 20.3, 20.5, SPM; WGIII 2.1, 2.5, 12.1, SPM}*

BLM_0150400



# 6

# Robust findings, key uncertainties

BLM_0150401

## Robust findings, key uncertainties

As in the TAR, a robust finding for climate change is defined as one that holds under a variety of approaches, methods, models and assumptions, and is expected to be relatively unaffected by uncertainties. Key uncertainties are those that, if reduced, could lead to new robust findings. *{TAR SYR Q.9}*

Robust findings do not encompass all key findings of the AR4. Some key findings may be policy-relevant even though they are associated with large uncertainties. *{WGII 20.9}*

The robust findings and key uncertainties listed below do not represent an exhaustive list.

### 6.1 Observed changes in climate and their effects, and their causes

#### Robust findings

Warming of the climate system is unequivocal, as is now evident from observations of increases in global average air and ocean temperatures, widespread melting of snow and ice and rising global average sea level. *{WGI 3.9, SPM}*

Many natural systems, on all continents and in some oceans, are being affected by regional climate changes. Observed changes in many physical and biological systems are consistent with warming. As a result of the uptake of anthropogenic $CO_2$ since 1750, the acidity of the surface ocean has increased. *{WGI 5.4, WGII 1.3}*

Global total annual anthropogenic GHG emissions, weighted by their 100-year GWPs, have grown by 70% between 1970 and 2004. As a result of anthropogenic emissions, atmospheric concentrations of $N_2O$ now far exceed pre-industrial values spanning many thousands of years, and those of $CH_4$ and $CO_2$ now far exceed the natural range over the last 650,000 years. *{WGI SPM; WGIII 1.3}*

Most of the global average warming over the past 50 years is *very likely* due to anthropogenic GHG increases and it is *likely* that there is a discernible human-induced warming averaged over each continent (except Antarctica). *{WGI 9.4, SPM}*

Anthropogenic warming over the last three decades has *likely* had a discernible influence at the global scale on observed changes in many physical and biological systems. *{WGII 1.4, SPM}*

#### Key uncertainties

Climate data coverage remains limited in some regions and there is a notable lack of geographic balance in data and literature on observed changes in natural and managed systems, with marked scarcity in developing countries. *{WGI SPM; WGII 1.3, SPM}*

Analysing and monitoring changes in extreme events, including drought, tropical cyclones, extreme temperatures and the frequency and intensity of precipitation, is more difficult than for climatic averages as longer data time-series of higher spatial and temporal resolutions are required. *{WGI 3.8, SPM}*

Effects of climate changes on human and some natural systems are difficult to detect due to adaptation and non-climatic drivers. *{WGII 1.3}*

Difficulties remain in reliably simulating and attributing observed temperature changes to natural or human causes at smaller than continental scales. At these smaller scales, factors such as land-use change and pollution also complicate the detection of anthropogenic warming influence on physical and biological systems. *{WGI 8.3, 9.4, SPM; WGII 1.4, SPM}*

The magnitude of $CO_2$ emissions from land-use change and $CH_4$ emissions from individual sources remain as key uncertainties. *{WGI 2.3, 7.3, 7.4; WGIII 1.3, TS.14}*

### 6.2 Drivers and projections of future climate changes and their impacts

#### Robust findings

With current climate change mitigation policies and related sustainable development practices, global GHG emissions will continue to grow over the next few decades. *{WGIII 3.2, SPM}*

For the next two decades a warming of about 0.2°C per decade is projected for a range of SRES emissions scenarios. *{WGI 10.3, 10.7, SPM}*

Continued GHG emissions at or above current rates would cause further warming and induce many changes in the global climate system during the 21st century that would *very likely* be larger than those observed during the 20th century. *{WGI 10.3, 11.1, SPM}*

The pattern of future warming where land warms more than the adjacent oceans and more in northern high latitudes is seen in all scenarios. *{WGI 10.3, 11.1, SPM}*

Warming tends to reduce terrestrial ecosystem and ocean uptake of atmospheric $CO_2$, increasing the fraction of anthropogenic emissions that remains in the atmosphere. *{WGI 7.3, 10.4, 10.5, SPM}*

Anthropogenic warming and sea level rise would continue for centuries even if GHG emissions were to be reduced sufficiently for GHG concentrations to stabilise, due to the time scales associated with climate processes and feedbacks. *{WGI 10.7, SPM}*

Equilibrium climate sensitivity is *very unlikely* to be less than 1.5°C. *{WGI 8.6, 9.6, Box 10.2, SPM}*

Some systems, sectors and regions are *likely* to be especially affected by climate change. The systems and sectors are some ecosystems (tundra, boreal forest, mountain, mediterranean-type, mangroves, salt marshes, coral reefs and the sea-ice biome), low-lying coasts, water resources in some dry regions at mid-latitudes and in the dry topics and in areas dependent on snow and ice melt, agriculture in low-latitude regions, and human health in areas with low adaptive capacity. The regions are the Arctic, Africa, small islands and Asian and African megadeltas. Within other regions, even those with high incomes, some people, areas and activities can be particularly at risk. *{WGII TS.4.5}*

Impacts are *very likely* to increase due to increased frequencies and intensities of some extreme weather events. Recent events have demonstrated the vulnerability of some sectors and regions, including in developed countries, to heat waves, tropical cyclones, floods and drought, providing stronger reasons for concern as compared to the findings of the TAR. *{WGII Table SPM.2, 19.3}*

BLM_0150402

## Key uncertainties

Uncertainty in the equilibrium climate sensitivity creates uncertainty in the expected warming for a given $CO_2$-eq stabilisation scenario. Uncertainty in the carbon cycle feedback creates uncertainty in the emissions trajectory required to achieve a particular stabilisation level. {WGI 7.3, 10.4, 10.5, SPM}

Models differ considerably in their estimates of the strength of different feedbacks in the climate system, particularly cloud feedbacks, oceanic heat uptake and carbon cycle feedbacks, although progress has been made in these areas. Also, the confidence in projections is higher for some variables (e.g. temperature) than for others (e.g. precipitation), and it is higher for larger spatial scales and longer time averaging periods. {WGI 7.3, 8.1-8.7, 9.6, 10.2, 10.7, SPM; WGII 4.4}

Aerosol impacts on the magnitude of the temperature response, on clouds and on precipitation remain uncertain. {WGI 2.9, 7.5, 9.2, 9.4, 9.5}

Future changes in the Greenland and Antarctic ice sheet mass, particularly due to changes in ice flow, are a major source of uncertainty that could increase sea level rise projections. The uncertainty in the penetration of the heat into the oceans also contributes to the future sea level rise uncertainty. {WGI 4.6, 6.4, 10.3, 10.7, SPM}

Large-scale ocean circulation changes beyond the 21st century cannot be reliably assessed because of uncertainties in the meltwater supply from the Greenland ice sheet and model response to the warming. {WGI 6.4, 8.7, 10.3 }

Projections of climate change and its impacts beyond about 2050 are strongly scenario- and model-dependent, and improved projections would require improved understanding of sources of uncertainty and enhancements in systematic observation networks. {WGII TS.6}

Impacts research is hampered by uncertainties surrounding regional projections of climate change, particularly precipitation. {WGII TS.6}

Understanding of low-probability/high-impact events and the cumulative impacts of sequences of smaller events, which is required for risk-based approaches to decision-making, is generally limited. {WGII 19.4, 20.2, 20.4, 20.9, TS.6}

### 6.3 Responses to climate change

## Robust findings

Some planned adaptation (of human activities) is occurring now; more extensive adaptation is required to reduce vulnerability to climate change. {WGII 17.ES, 20.5, Table 20.6, SPM}

Unmitigated climate change would, in the long term, be *likely* to exceed the capacity of natural, managed and human systems to adapt. {WGII 20.7, SPM}

A wide range of mitigation options is currently available or projected to be available by 2030 in all sectors. The economic mitigation potential, at costs that range from net negative up to US$100/$tCO_2$-equivalent, is sufficient to offset the projected growth of global emissions or to reduce emissions to below current levels in 2030. {WGIII 11.3, SPM}

Many impacts can be reduced, delayed or avoided by mitigation. Mitigation efforts and investments over the next two to three decades will have a large impact on opportunities to achieve lower stabilisation levels. Delayed emissions reductions significantly constrain the opportunities to achieve lower stabilisation levels and increase the risk of more severe climate change impacts. {WGII SPM, WGIII SPM}

The range of stabilisation levels for GHG concentrations that have been assessed can be achieved by deployment of a portfolio of technologies that are currently available and those that are expected to be commercialised in coming decades, provided that appropriate and effective incentives are in place and barriers are removed. In addition, further RD&D would be required to improve the technical performance, reduce the costs and achieve social acceptability of new technologies. The lower the stabilisation levels, the greater the need for investment in new technologies during the next few decades. {WGIII 3.3, 3.4}

Making development more sustainable by changing development paths can make a major contribution to climate change mitigation and adaptation and to reducing vulnerability. {WGII 18.7, 20.3, SPM; WGIII 13.2, SPM}

Decisions about macro-economic and other policies that seem unrelated to climate change can significantly affect emissions. {WGIII 12.2}

## Key uncertainties

Understanding of how development planners incorporate information about climate variability and change into their decisions is limited. This limits the integrated assessment of vulnerability. {WGII 18.8, 20.9}

The evolution and utilisation of adaptive and mitigative capacity depend on underlying socio-economic development pathways. {WGII 17.3, 17.4, 18.6, 19.4, 20.9}

Barriers, limits and costs of adaptation are not fully understood, partly because effective adaptation measures are highly dependent on specific geographical and climate risk factors as well as institutional, political and financial constraints. {WGII SPM}

Estimates of mitigation costs and potentials depend on assumptions about future socio-economic growth, technological change and consumption patterns. Uncertainty arises in particular from assumptions regarding the drivers of technology diffusion and the potential of long-term technology performance and cost improvements. Also little is known about the effects of changes in behaviour and lifestyles. {WGIII 3.3, 3.4, 11.3}

The effects of non-climate policies on emissions are poorly quantified. {WGIII 12.2}

BLM_0150404

# Increasing Climate Extremes and the New Climate Dice

10 August 2012

James Hansen, Makiko Sato, and Reto Ruedy

**Abstract.** We address questions raised about our study "The New Climate Dice" by using longer base periods that include the 1930s. We show that the 2012 summer heat wave in the United States (June-July data) exceeds any that occurred in the 1930s. We reconfirm our conclusion that the increasing extremity of heat waves and the area covered by extreme events is caused by global warming. The location and timing of weather extremes depends on many factors and to a large degree is a matter of chance. Changing climate can be described, usefully and realistically, by the combination of "climate dice" and a shifting, broadening "bell curve", an approach that we believe can be appreciated by the general public.

Our recent paper (1), popularly described as "The New Climate Dice" although the publishers eliminated that phrase from the paper's title, showed that rapid global warming during the past three decades is driving a large increase in extreme heat waves with important consequences. Our paper was greeted with enthusiasm by many scientists. A perceptive review and discussion by Karl and Katz of the changing "bell curve", which we use to quantitatively describe local temperature anomalies, will appear soon in the journal that published our paper (2).

In addition, a few media outlets included strong criticisms of our study. First, it was stated that our study goes back only to the 1950s ignoring heat waves of the 1930s "which dwarf what we have now" (3). Second, it was stated that we offer no proof of our conclusion that the extreme heat waves are a consequence of climate change (4). Both statements are wrong. The support critics offered for their assertions was that the 1951-1980 base period that we used to define climate anomalies was biased. Here we repeat our analysis with alternative base periods, reconfirming and strengthening our conclusions, and we add further information.

## 1. Base period for analysis and standard deviation

Studies of climate change generally use some base period to define an average climate and calculate "anomalies" relative to that average, i.e., climate anomalies are the deviations from that average climate. In our papers (1, 5, 6) we used 1951-1980 as the base period.

Global temperature change over the past century (Fig. 1) helps us discuss possible effects of the choice of base period. Our choice of 1951-1980 as a base period has several merits:

1) The period 1951-1980 is prior to the large warming of the past few decades. If we wish to examine the effect of that global warming on climate, we must compare with the climate that existed prior to that warming.

2) The 1951-1980 period has the best global data coverage and can best characterize climate variability. Spatial coverage of data was poorer at earlier times.

3) 1951-1980 was the base period used by the National Weather Service and other researchers when we made our first analyses of observations and climate simulations (5). For comparison with these early analyses and climate simulations we should use the same base period.

4) Many of today's adults, baby-boomers, grew up during 1951-1980, so it is recent enough for many people to remember what the climate was like.

1

BLM_0150405



**Fig. 1.  Global surface temperature anomaly relative to 1951-1980 mean; update of (6).**

Use of 1951-1980 as the base period did not prevent us from comparing recent climate with the 1930s and other times; indeed, our study (1) included comparisons with the 1930s.  However, quantitative details can be influenced by the base period.  Specifically, a longer base period is likely to encompass a larger range of temperature variability.  Our study concerns the climate observed by a person on the ground at any given location, including comparison of current unusual climate anomalies with anomalies that occurred in the past.  We know that some regions, notably the Midwest U.S. in the 1930s, experienced large climate anomalies prior to 1950.  Such large anomalies can increase the size of the standard deviation ($\sigma$) of local temperature.[1]

Figure 2 compares standard deviation of seasonal-mean surface temperatures for 1931-1980 and 1951-1980, calculated relative to average 1931-1980 and 1951-1980 temperatures, respectively.  Standard deviations are similar for the two periods, but, there are noticeable increases for the longer period, especially in the U.S. Midwest in summer.  We also made calculations for 1921-1980, with the results very similar to those for 1931-1980.  Because the data coverage in Africa, South America, and Asia is poor for 1921-1930, we use base period 1931-1980 below.

Variability of seasonal temperature tends to be dominated by year-to-year fluctuations rather than long-term temperature change, as reaffirmed by Fig. 2.  The large inter-annual "noise" is what makes it difficult for the public to recognize that climate is changing.  Specifically for that reason we introduced the concept of "climate dice" (5), hoping in that way to combat the tendency of the public to interpret the latest interannual climate fluctuation as the long-term climate trend.

---

[1] The standard deviation is a measure of the typical deviation of a quantity about its average value.  Deviations of most physical quantities about their average value can be approximated well by a simple "bell curve".  Small deviations from the average are common and very large deviations are more rare, so a graph of the frequency of occurrence of different deviations has a bell shape.  For example, the average height of American men is 5' 10" and the standard deviation ($\sigma$ or "sigma") is 3".  If the probability distribution of heights were a perfect "bell curve" or "gaussian distribution", then 68% of men will have height within 1-sigma of the mean, that is a height between 5' 7" and 6' 1".  95% will be within 2-sigma of the mean and 99.7% will be within 3-sigma, i.e., in the range 5' 1" to 6' 7".  Thus 3-sigma anomalies, deviations of more than 9" shorter or taller than average, are very rare  Only 1 or 2 men out of a thousand will have a height exceeding 6' 7".  This idealized bell curve is quite accurate in this and many cases.

BLM_0150406



**Fig. 2. Standard deviation of seasonal mean surface temperature for two periods.**

The fact that the standard deviation is larger for base period 1931-1980 than for base period 1951-1980 causes the anomalies in any given year to be smaller when plotted in units of the standard deviation. However, 1930s temperature anomalies are, of course, reduced by exactly the same factor as the temperature anomalies of recent years.

Figure 3 shows Northern Hemisphere[2] summer temperature anomalies relative to the base period 1931-1980. The upper part of Fig. 3 is for six consecutive years in the 1930s including the years with the greatest 1930s summer heat in the United States and the lower part is for the most recent six years that have data for the entire summer. Fig. 3 can be compared with Figs. 6 and S2 of our published paper (1), which uses base period 1951-1980.[3]

It is noteworthy that there are almost no areas in the 1930s that achieve +3-sigma heat, if the standard deviation (σ or "sigma") is calculated for the 1931-1980 base period. For these six years (1931-1936) the Northern Hemisphere land area with summer heat exceeding +3σ is 0.4% for 1931-1980 standard deviations. The six years 2006-2011, in contrast, have 10% of the land area with anomalies exceeding +3σ for 1931-1980 standard deviations. This 10% result compares with 12% when 1951-1980 standard deviations are employed (1). For either choice of base period, the hemispheric land area with extremely hot temperature anomaly (> +3σ) is more than a factor of 10 larger in recent years than in the 1930s.

---

[2] Data is shown separately for hemispheres in our paper (1) at the suggestion of the editorial board, who felt it was confusing to show winter and summer data in the same figure while the discussion focused on summer. Contrary to criticisms in the media, there is no attempt to hide data inconsistent with our analysis. Indeed, our paper includes Southern Hemisphere data in separate figures, with results similar to those in the Northern Hemisphere.

[3] Slight changes exist because our published paper (1) uses version 2 of NOAA's GHCN (Global Historical Climatology Network) data, while we use version 3 here. Version 2 was discontinued by NOAA after November 2011, so our analyses of 2012 summer data must be based on version 3. In our next publication we will illustrate that the changes are small for the periods in which both version 2 and version 3 data are available.

BLM_0150407



**Fig. 3.  June-July-August surface temperature anomalies over Northern Hemisphere land in 1931-1936 and 2006-2011 relative to 1931-1980 base period in units of the local 1931-1980 standard deviations.  Numbers above each map are percent of area covered by each color bar category.**

Close examination of Fig. 3 is revealing.  The hottest summers in the 1930s were 1934 and 1936, when temperature anomalies were between +2σ and +3σ (using σ defined by the 1931-1980 base period) in much of the United States.  The 2011 heat anomaly in Texas-Oklahoma exceeded +3σ and the 2012 summer heat anomaly probably will exceed +3σ in a larger portion of the United States (see below).  Thus it seems that a substantial portion of the U.S. population will be able to assert that they lived through heat more extreme than that made famous in John Steinbeck's "Grapes of Wrath".  However, the assertion will ring true only for those people who did not use air conditioning, which was not generally available in the 1930s.

Another important fact is hinted at by Fig. 3: temperature variability has increased in recent decades.  The summers of 2008 and 2009 were unusually cool in parts of the United States.  In the upper Midwest summer temperatures fell below -2σ in 2009, a time of high global temperature.  The perception of increased climate variability is supported by global statistics, as we will show.  This high variability needs to be appreciated by the public, if recognition of climate change is to be achieved as soon as possible.

4

BLM_0150408



**Fig. 4. Frequency of occurrence (vertical axis) of local June-July-August temperature anomalies for Northern Hemisphere land in units of local standard deviation (horizontal axis). The normal (gaussian) distribution bell curve is shown in green.**

The "bell curves" in Fig. 4 provide a powerful presentation of the temperature data. This presentation shows all data for Northern Hemisphere summer land temperatures. The graphs show the frequency of occurrence of temperature anomalies in units of the local standard deviation, with the standard deviation computed from either the 1951-1980 data (upper panel) or 1931-1980 data (lower panel).

The normal (gaussian) distribution (green curve) is used to define the blue, white and red areas, with $\sigma = 0.43$ yielding 33.3% of the distribution within each color category. Because the actual distribution of temperature anomalies is approximated well by the normal distribution in either base period, the $\sigma = \pm 0.43$ boundaries divide actual observations in the base period into three equally likely categories of cold, near-average, and hot conditions.

If dice are used to represent the chances of a cold, near-average, and hot season, two sides of a die would be blue, two sides white, and two sides red for the base period. The observed change in the frequency of temperature anomalies in recent years yields about one-half of a side blue for cold, one side white for near average, four sides red for hot, and one-half side red-brown for extremely hot, more than three standard deviations warmer than the base period average.

The most important observed climate change is the appearance of this new category of extreme heat, deviations more than $+3\sigma$, which practically did not occur in the base period. Remarkably several media reports had scientists asserting that we had not proven that the occurrence of these extreme heat anomalies was caused by global warming. The distributions in Fig. 4 contain all data points. The movement of the distribution to the right is global warming. Q.E.D.

United States summer temperature anomalies (Fig. 5) are particularly instructive. Despite the small area of the contiguous 48 states (covering only about 1.5% of the world's area), the effect of global warming during the past three decades is readily apparent. Only two of the past 15 summers have been cooler than either the 1931-1980 or 1951-1980 average. There is even a hint of the increased variability that the "bell curve" reveals more convincingly.

Fig. 5 is an alternative view of the concept that is being illustrated with the "loaded dice". In either case, it is important that the public understand that the anomalous warmth of 2012, even

5

BLM_0150409



**Fig. 5. Contiguous U.S. (48 states) surface temperature anomaly relative to alternative base periods. The 2012 data point is the average for June-July and may be reduced when August data are added.**

though its extremity is caused by global warming, should not be assumed to represent a new norm. Climate will continue to be variable and there is still a significant chance of a season being cooler than the long-term average.

Fig. 5 also reveals that the 1930s heat was exceptional. It was not until 2012 that the 1936 extreme temperature was exceeded by a significant amount. However, Fig. 4 shows that the 1930s were not so exceptional on a hemispheric scale. As noted in our paper (1) analyses of the 1930s "dust bowl" in the U.S. suggest that it was probably related to the combination of Pacific Ocean temperature patterns favoring drought in the U.S. and exacerbation of the drought via effects of human-made plowing of the semi-arid Great Plains.

The important point that Fig. 4 makes is that such exceptional heat (relative to climatology, i.e., the long-term average) must now be expected to occur over an area of the order of 10 percent of the land. These extreme anomalies are important because their exceptional heat can and does drive exceptional wildfires, extreme drought, and dangerous heat.

The location of the extreme anomalies in any given year depends upon weather patterns, and is, to a significant degree, a crap shoot. Of course, in retrospect the location and timing of a given heat wave or drought can often be related to a specific weather pattern such as a "blocking high", to El Nino or La Nina atmospheric circulation patterns, or other meteorological situations. However, such meteorological situations have always occurred -- it is because of global warming that extreme conditions have become so much more pervasive.

#### References

1. Hansen, J., M. Sato, R. Ruedy, Perception of climate change, PNAS Plus, published August 6, 2012, doi:10.1073/pnas.1205276109; "Science Brief" available at http://www.giss.nasa.gov/research/briefs/hansen_17/

2. Karl, T.R., R.W. Katz, The practical significance of observed global mean temperature increases, or a new face for climate dice, Proc. Natl. Acad. Sci., in press. 2012.

3. Rice, D., NASA scientist ties heat waves to global warming, USA Today, 4 August 2012.

4. Gillis, J., Study finds more of Earth is hotter and says global warming is at work, New York Times, 6 August 2012.

5. Hansen, J. et al., Global climate changes as forecast by Goddard Institute for Space Studies three-dimensional model, J. Geophys. Res., 93, 9341-9364, 1988.

6. Hansen, J., R. Ruedy, M. Sato, K. Lo, Global surface temperature change, Rev. Geophys., 48, RG4004, 2010.

BLM_0150410

Alternative D: Coal Potential





# US Department of the Interior
## Bureau of Land Management
## Uncompahgre Field Office, Colorado

Resource Management Plan Revision and
Environmental Impact Statement

## COAL RESOURCE AND
## DEVELOPMENT POTENTIAL REPORT

## APRIL 2010



Town of Somerset and Elk
Creek Mine loadout.  *Photo
courtesy Desty Dyer, BLM.*

**Prepared by:**
Buckhorn Geotech
www.buckhorngeo.com



Civil, Structural & Geotechnical Engineers

222 South Park Ave.  •  Montrose, CO  81401
Ph.: (970) 249-6828 • FAX: (970) 249-0945

BLM_0150412

# TABLE OF CONTENTS

I.  Introduction ......................................................................................................... 1
    Purpose and Scope.................................................................................................. 1
    Acknowledgments ................................................................................................... 1
    Uncompahgre RMP Planning Area ........................................................................... 1
II.  Geologic Setting/Coal Geology........................................................................... 4
III.  Coal Regions and Coal Fields.......................................................................... 9
    Nucla-Naturita Coal Field ........................................................................................ 9
    Tongue Mesa Coal Field ........................................................................................ 13
    Somerset Coal Field............................................................................................... 15
    Grand Mesa Coal Field .......................................................................................... 17
IV.  Coal Stratigraphy ...........................................................................................19
    Dakota Sandstone................................................................................................. 20
    Fruitland Formation .............................................................................................. 24
    Mesaverde Group and Mesaverde Formation........................................................... 25
V.  Historic Mining and Production.......................................................................33
    Historic Mining ..................................................................................................... 33
    Historic Production ................................................................................................ 37
VI.  Current Mining Operations and Production....................................................39
    Nucla-Naturita Coal Field ...................................................................................... 39
    Somerset Coal Field............................................................................................... 41
VII.  Coal Resource Potential (Geologic Occurrence)............................................43
    Coal Resource Potential of the Dakota Sandstone..................................................... 45
    Coal Resource Potential of the Fruitland Formation................................................... 47
    Coal Resource Potential of the Mesaverde Formation................................................ 50
VIII.  Areas with Potential for Coal Development during Plan Life and Reserve Estimates ........58
    Identification of Areas with Potential for Coal Development during Plan Life................ 58
    Reserve Estimates for Area with Development Potential............................................. 61
IX.  Compliant and Super-Compliant Coal Reserves .............................................64
X.  Production Estimates .......................................................................................65
XI.  Summary.........................................................................................................67
XII.  References.....................................................................................................68

April 2010     *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*     i
Final Coal Resource and Development Potential Report

BLM_0150413

## LIST OF FIGURES

Figure 1.  Uncompahgre Planning Area.................................................................... 3
Figure 2.  Location of Major Geologic Structural Features........................................... 6
Figure 3.  General Geology of the Planning Area ..................................................... 7
Figure 4.  Coal-bearing Geologic Formations in the Planning Area ............................... 8
Figure 5.  Location of Coal Regions and Coal Fields in the Planning Area ...................... 11
Figure 6.  Coal Rank and Depth in the Planning Area.............................................. 12
Figure 7.  Stratigraphic Relationship of Coal-bearing Formations in Planning Area ............ 19
Figure 8.  Stratigraphic Column of Dakota Sandstone in Nucla-Naturita Coal Field .............. 21
Figure 9.  Generalized Stratigraphic Column Showing Coal Beds in the Somerset, Colorado, Area.................................................................................................... 26
Figure 10.  Stratigraphic Section of Mesaverde Group and Mesaverde Formation in the Southern Piceance Basin ...................................................................... 27
Figure 11.  Isopach Map of Net Coal in the Mesaverde Coal-bearing Units ..................... 29
Figure 12.  Isopach Map of Net Coal in the Mesaverde A, B, and C Seams...................... 29
Figure 13.  Isopach Map of Net Coal in the Mesaverde D and E Seams.......................... 30
Figure 14.  Isopach Map of Net Coal in the Mesaverde F Seam ................................... 30
Figure 15.  Isopach Map of Net Coal in Mesaverde in Eastern Intrusive Area.................... 31
Figure 16.  Historic Coal Mines in the Nucla-Naturita Coal Field ................................ 34
Figure 17.  Historic Coal Mines in the Tongue Mesa Coal Field .................................. 35
Figure 18.  Historic Coal Mines in the Grand Mesa and Somerset Coal Fields .................. 36
Figure 19.  Location of Active Coal Leases in the Planning Area.................................. 40
Figure 20.  Depth of Overburden within the Planning Area........................................ 44
Figure 21.  Coal Resource Potential of the Dakota Sandstone..................................... 46
Figure 22.  Coal Resource Potential of the Fruitland and Mesaverde Formations.................. 49
Figure 23.  Isopach Map of Overburden on Base of Mesaverde A, B, and C Seams.............. 50
Figure 24.  Isopach Map of Overburden on Base of Mesaverde D and E Seams.................. 51
Figure 25.  Isopach Map of Overburden on Base of Mesaverde F Seam ......................... 51
Figure 26.  Isopach Map of Overburden on Mesaverde Formation in Eastern Intrusive Area.... 52
Figure 27.  Known Potential Coal Resource in the Planning Area ................................ 54
Figure 28.  Potentially Developable Coal in the Somerset Coal Field............................. 60

## LIST OF TABLES

Table 1. Mineral Estate in the Planning Area .......................................................... 2
Table 2. Summary of Cretaceous Strata in the Planning Area ..................................... 5
Table 3. Original Coal Resources in the A, B, and C Seams (Area 1) ........................... 55
Table 4. Original Coal Resources in the D and E Seams (Area 1) ................................ 56
Table 5. Original Coal Resources in the F Seam (Area 1) ......................................... 56
Table 6. Original Coal Resources in the Mesaverde of the Eastern Intrusive Area (Area 1) ...... 56
Table 7. Summary of Original, Mined, and Available Coal Resources within the Somerset 7.5' Quadrangle as of 1998.............................................................. 62

BLM_0150414

## ACRONYMNS

| | |
|---|---|
| BLM | Bureau of Land Management |
| Btu | British Thermal Unit |
| FBC | Fluidized Bed Combustion |
| LDx | lower Dakota x |
| RMP | Resource Management Plan |
| UD1 | upper Dakota 1 |
| UFO | Uncompahgre Field Office |
| US | United States |
| USFS | United States Forest Service |
| USGS | United States Geological Survey |

April 2010   *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*   iii
Final Coal Resource and Development Potential Report

BLM_0150415

# I. Introduction

## *Purpose and Scope*

The goal of this report is to summarize the known coal resources for the United States (US) Bureau of Land Management (BLM) Uncompahgre Field Office (UFO) planning area, and to assess the geographic areas where potential coal resource development may occur in the next 20 years in support of the UFO Resource Management Plan (RMP) process.  This report includes current published and publically available information on the geologic units that contain coal, current coal quality data, reserve estimates, and current production data, as well as identifying areas in the Uncompahgre RMP planning area with coal development potential for the 20-year time period.

## *Acknowledgments*

Throughout the preparation of this Coal Resource and Development Potential report, the primary author, Laurie Brandt of Buckhorn Geotech, interacted with geologists and coal mining specialists from the BLM, the Colorado Geological Survey, the US Forest Service (USFS), and the US Geological Survey (USGS), who provided input on coal resource data and activity forecasts. Much of the specific coal resource information for the Grand Mesa and Somerset coal fields came directly from two sources: 1) the 2006 Grand Mesa, Uncompahgre, and Gunnison National Forests Coal Resource and Development Potential report (USFS 2006); and 2) the USGS report prepared for the Grand Mesa, Uncompahgre, and Gunnison National Forests entitled, "Coal Resources and Coal Resource Potential" (Hettinger et al. 2004), which is Chapter M of USFS Bulletin 2213 (Bankey 2004).   Permission was granted by Ryan Taylor (USFS) to use the structure and content, as needed, of the Grand Mesa, Uncompahgre, and Gunnison National Forests Coal Resource and Development Potential report, of which he was a primary author (USFS 2006). The USGS Professional Paper 1625-B (Kirschbaum et al. 2000), which studied coal deposits of the Colorado Plateau, was also an invaluable resource.

Electronic data for map production was supplied by Mark Kirschbaum (USGS), Chris Carroll (Colorado Geological Survey), and David Sinton (BLM), and on various disc and online sources listed in Section XIII, References.  Most maps were produced by David Sinton (BLM) unless otherwise noted.  George O'Hara of Western Fuels Association provided valuable information on the Nucla-Naturita coal field, Dakota coal, and coal industry standards.  Regarding the Somerset and Grand Mesa coal fields and Mesaverde coal, the following coal industry representatives also provided valuable information: Steve Weist (Oxbow Mining, LLC), James Kiger (Oxbow Mining, LLC), Wendell Koontz (Mountain Coal  Company), and Joe Brinton (Bowie Resources).

## *Uncompahgre RMP Planning Area*

The Uncompahgre RMP planning area encompasses 675,677 acres of public (BLM-administered) land in six Colorado counties: Montrose, Delta, Mesa, Gunnison, Ouray and San Miguel (Figure 1).   It excludes the Gunnison Gorge and Dominguez-Escalante National Conservation Areas. The planning area includes 2.2 million acres of federal (subsurface) mineral estate, including coal (Table 1).  This report considers the coal resource underlying all lands identified in Table 1, including under all BLM-administered surface lands, as well as the federal (BLM) minerals under other surface ownership (such as USFS, private, or State lands).

BLM_0150416

### Table 1. Mineral Estate in the Planning Area

| | |
|---|---:|
| Acres of BLM Surface with Federal Minerals | 669,309 |
| Acres of Federal Minerals under Other Federal Surface | 1,270,401 |
| Acres of Federal Minerals under Private, State or City Lands | 294,952 |
| Total Acres of Federal Minerals | 2,234,662 |

The UFO currently manages several active federal coal leases related to three coal mines in the North Fork Valley near Paonia.  The Bowie #2, West Elk and Elk Creek mines are actively producing underground (longwall, continuous) coal mines with a combined annual production of 13,950,859 tons in 2008 and 11,801,437 tons in 2009 (Colorado Division of Recalmation Mining and Safety 2010b).  A fourth active mine within the planning area, the New Horizon Mine located near Nucla, is strip mining coal from privately owned mineral estate.  Annual production from the New Horizon Mine in 2008 and 2009 was 403,230 and 373,758 tons, respectively (Colorado Division of Recalmation Mining and Safety 2010b).  The four mines in the planning area produced 44.4% of the coal in Colorado in 2008 and 42.6% of the coal in 2009.

A comprehensive coal resource and development potential report has not been completed to date for the Uncompahgre RMP planning area.  A Known Recoverable Coal Resource Area (KRCRA) map was created by the USGS in the 1970s, but there is no associated report or other documentation (Lewis 2010).  This map had been used for management of coal resources in the planning area, as documented in the San Juan/San Miguel and Uncompahgre Basin RMPs and Environmental Impact Statements (BLM 1984, 1988).  This report has been written to assist in evaluating areas with coal lease potential under the revised RMP for the planning area.

BLM_0150417



**Figure 1.  Uncompahgre Planning Area**

BLM_0150418

## II.  Geologic Setting/Coal Geology

The planning area contains several major structural features that contain and control coal resources, such as the Piceance Basin, Uncompahgre Uplift, and San Juan Volcanic Field (Figure 2).  Most of the rocks underlying the planning area are Mesozoic Era in age (Triassic, Jurassic and Cretaceous Periods), with smaller areas of Cenozoic Era aged rocks (Tertiary and Quaternary Periods, also known as Paleogene and Neogene Periods), and minor areas of older rocks (Paleozoic Era and Precambrian Eon) (Figure 3).  Coal resources in the planning area are found primarily in the Upper Cretaceous Dakota Formation, Fruitland Formation, and Mesaverde Formation/Group (Figure 4).  These rock units were deposited in continental and nearshore marine settings along the western margin of an ancient interior seaway, the Cretaceous Sea.

The Dakota Sandstone has a wide distribution throughout the planning area and is the caprock associated with the Uncompahgre Uplift.  The Mesaverde Formation and Mesaverde Group are located the northern portion of the planning area in an east-west band near the base of Grand Mesa.  This area is at the southern end of the Piceance Basin.  The Fruitland Formation is confined to an isolated area along Cimarron Ridge southeast of Montrose.  This area has been impacted by both the Sawatch/Gunnison Uplifts and the San Juan Volcanic Field, resulting in extensive faulting and disruption of the coal seams.  Figure 2 shows the major structural features of the region, Figure 3 is the general geology of the planning area, Figure 4 shows the locations of coal-bearing formations, and Table 2 provides information on stratigraphic position, thickness, and a brief description of the Upper Cretaceous and coal-bearing rock units within the planning area.

The Dakota Formation consists of conglomerate, sandstone, mudstone, carbonaceous shale, and coal deposited in alluvial and coastal plain settings during the initial incursion of the Western Interior seaway during the Cenomanian Age of the Cretaceous Period (98 to 93 million years ago).  The Dakota Formation is about 30 to 200 feet thick (Young 1960) and is overlain by the Mancos Shale.  The Mancos Shale, which is barren of coal, consists of about 4,000 to 5,000 feet of material deposited in an offshore marine environment that persisted from the Cenomanian through Campanian in the study area (93 to 71 million years ago), when the shoreline was located in Utah.  The Mesaverde Formation was formed as the shoreline moved back into the area during the late Campanian (83 to 71 million years ago).  In the southern part of the Piceance Basin within the planning area, about 2,100 to 5,600 feet of strata has been assigned to the Mesaverde Group and Mesaverde Formation.  The Mesaverde consists of sandstone, mudstone, carbonaceous shale, and coal deposited in a complex system of continental, coastal plain, and shoreface environments.  The Fruitland Formation has a similar environment of deposition and is essentially contemporaneous with the Mesaverde Formation (Haun and Weimer 1960).  In the Cimarron Ridge area near the southeast edge of the planning area, about 200 feet of Upper Cretaceous coal-bearing strata is assigned to the Fruitland Formation (Dickinson 1987a, 1987b, 1988; Hornbaker et al. 1976).

Methane ($CH_4$) is a natural component of coal stored in the micropore structure of coal seams, and is typically referred to as coalbed methane when produced in association with coal (Colorado Geological Survey 2000).  It is a highly explosive gas and is considered a hazard in coal mining.  As a safety precaution, ventilation (degasification) systems are required in mines that have detectable levels of methane, but the Mine Safety and Health Administration currently

BLM_0150419

does not allow for flaring of methane from mines.  Although coalbed methane is both a hazard
and a potential resource, the quantification, management and/or mitigation of methane gas is
beyond the scope of this coal resource assessment.

## Table 2. Summary of Cretaceous Strata in the Planning Area

| Age | Group or Formation | Thickness (feet) | Description |
|---|---|---|---|
| Late Creta-ceous | Mesaverde Group and Mesaverde Formation<br><br>and | 2,150–5,600 | Sandstone, mudstone, siltstone, carbonaceous shale, and coal.  Upper Ohio Creek Member is barren of coal and consists of fine- to coarse-grained sandstone and conglomerate as it grades into the overlying Tertiary Wasatch Formation with lenticular, interbedded mudstone and shale.  Coal-bearing member contains 6 to 8 coal beds and zones in the Bowie Shale and Paonia Shale Members.  Basal unit is massive Rollins Sandstone Member that overlies the Mancos Shale.  Sandstone is very fine grained to medium grained, and locally coarse grained.  Cozzette Member (sandstone and siltstone) locally intertongues between Rollins Sandstone and Mancos Shale.  The Mesaverde Group/Formation underlies the Grand Mesa and is exposed in the Grand Mesa and Somerset coal fields within the Uncompahgre RMP planning area. |
| | Fruitland Formation | 200 | White to yellow fine-grained sandstone interbedded with subbituminous coal, brown carbonaceous shale, and olive to black shale.  The Fruitland Formation is present as isolated exposures in the Tongue Mesa coal field within the planning area. |
| | Mancos Shale | 4,000–5,000 (maximum) | Dark gray, olive to black shale with minor sandstone and siltstone; includes thin lenses of limestone, sandy limestone, and limey shale.  The Mancos intertongues with the lower part of the Mesaverde and Fruitland Formations.  It does not contain coal.  Mancos Shale is extensive throughout the planning area, but has been eroded from the upper surface of the Uncompahgre Plateau in the western half of the planning area. |
| | Dakota Sandstone | 30–200 | Light gray and tan, fine- to coarse-grained sandstone or quartzite; minor interbeds of dark gray and carbonaceous shale, shaly sandstone, conglomeratic sandstone, and up to three thin and lenticular beds of coal.  Massive sandstone in upper portion of formation forms caprock of Uncompahgre Plateau and mesas west of US Highway 550. |

Source: modified from Hettinger et al. 2004; Dunrud 1989

BLM_0150420



**Figure 2. Location of Major Geologic Structural Features**
Source: USFS 2006; Hettinger et al. 2004

BLM_0150421



**Figure 3.  General Geology of the Planning Area**

BLM_0150422



**Figure 4.  Coal-bearing Geologic Formations in the Planning Area**

BLM_0150423

## III.  Coal Regions and Coal Fields

The planning area contains two coal regions, the Uinta coal region that is associated with the Piceance Basin, and the San Juan River coal region associated with the Colorado Plateau physiographic province (Figure 5).  Within or adjacent to the planning area are seven coal fields within these coal regions (Figure 5).  The planning area includes the Grand Mesa and Somerset coal fields, which are within the Uinta coal region, and the Tongue Mesa and Nucla-Naturita coal fields, which are within the San Juan River coal region.  Only the Somerset and Nucla-Naturita coal fields are currently being mined.  Located in close proximity to the planning area are the Book Cliffs coal field to the northwest, the Carbondale coal field to the northeast, and the Crested Butte coal field to the east (Figure 5).  The Carbondale coal field extends into the northeast corner of the planning area.  Where this coal field is not located in the Raggeds Wilderness, it has been mostly mined out; access to the coal outcrop in this region is outside the planning area and within an area where the surface is mostly managed by the USFS (Dyer 2010a).  Consequently, the coal resource in this area is either outside the planning area or inaccessible due to wilderness status. Therefore, the coal resource potential for the Carbondale coal field is not further analyzed in this report.  The coal region and coal field boundaries are explained by Landis (1959), Hornbaker et al. (1976), Murray (1980a), and Carroll (2010).  The general characteristics of each coal field within the planning area are discussed below.

### Nucla-Naturita Coal Field

The Nucla-Naturita coal field is near the southwest corner of the Uncompahgre RMP planning area in the vicinity of the towns of Nucla and Naturita (Figure 5).  The San Miguel River Canyon bisects the field into a northern and a southern lobe.  Highway 145 also passes through the field, which is roughly 18 miles long and 4 to 12 miles wide.  The field is mostly in Montrose County, but the southern edge extends into San Miguel County.  The northern portion of the field (Figure 5) includes mesas called First Park (containing the town of Nucla), Second Park, and Third Park, progressing from southeast to the northwest.  The southern portion of the field is mostly on the south side of the San Miguel River and extends south towards Dry Creek Basin along Naturita Ridge.  Although not included in the Nucla-Naturita coal field, Wrights Mesa (the mesa containing Redvale and Norwood [Figure 4]) has had historic coal mining and has a similar geologic setting as the mesas around Nucla (Williams 1983).

Although there are 24 historic surface and underground coal mines in the Nucla-Naturita coal field, the only active coal mine is at the New Horizon Mine, operated by Western Fuels Association, and currently located on private land with private mineral estate.  This is a strip mining operation that supplies coal by truck (because no rail line is available in this area) to the Nucla Station, a 100-megawatt power plant owned by Tri-State Generation & Transmission Association.  This power plant is a Fluidized Bed Combustion (FBC) type plant that removes sulfur in the combustion process with the addition of limestone (Eakins 1986).  Nitric oxides are also reduced due to the lower combustion temperature.  Byproducts of this process include gypsum, lime, and other compounds in the fly ash.  According to O'Hara (2009), these waste products are currently disposed of in cells south of Naturita on private land.  The Nucla plant can burn lower-grade coals, requiring coal with a minimum of 8,000 British Thermal Units (Btu) per pound.  Coals higher in sulfur, ash, and rock material can be more efficiently burned in this

BLM_0150424

process, which would be otherwise too "dirty" for combustion in a conventional coal power plant (Eakins 1986).

## Stratigraphy

The coals in the Nucla-Naturita coal field are in the Middle Carbonaceous Shale Member of the Dakota Sandstone Formation.  The Upper and Lower Sandstone Members contain massive sandstone, while the Middle Carbonaceous Shale Member contains coal, carbonaceous shale, and siltstone.  Coal beds within the Middle Member are lenticular, discontinuous, and difficult to correlate across the field (Speltz 1976).  In the Nucla-Naturita area, however, there are three beds of mineable thickness ranging from 1 to 5 feet (Landis 1959).  Due to the weak nature of Mancos Shale, most of it has been eroded from above the Dakota Sandstone.  The Burro Canyon Formation, which underlies the Dakota Sandstone, is a massive sandstone and conglomerate that is often mapped as part of the lower member of the Dakota Sandstone.  The rock types and thickness of formation within the coal field are as follows.

| Stratigraphic Units | Depositional Environment | Rock Types | Thickness (feet) |
|---|---|---|---|
| Mancos Shale | Marine | Shale and mudstone with thin sandstone, limestone, and bentonite beds; barren | Remnant outliers |
| Dakota Sandstone | Coastal plain | Sandstone above and below middle coal member with three coal beds and interbedded carbonaceous shale and siltstone | 330 |
| Burro Canyon | Alluvial plain | Massive sandstone and conglomerate; barren | Not recorded |

Source: Lee 1912; Eakins 1986; Speltz 1976; Kirschbaum and Biewick 2000

Within the Middle Carbonaceous Shale Member of the Dakota Sandstone Formation, there are three coal beds.  In ascending order, they are the Drott #3 or Nucla Seam (Western Fuels Association nomenclature), which is 1 to 4 feet thick and lies at the base of this Middle Member; the Oberding #2 or lower Dakota x (LDx) coal seam (Western Fuels Association nomenclature), which is the main seam that ranges from 3 to 8 feet thick; and the #3 or upper Dakota 1 (UD1) coal seam (Western Fuels Association nomenclature), that is typically 1 to 3 feet thick (Landis 1959; Murray 1980a).  This is typical of what is found at the New Horizon Mine (O'Hara 2009).  Drill hole data obtained by the USGS in 1977 at Peabody Coal Company's Nucla Strip lease application on Second Park indicated the upper coal bed averaged 6.3 feet thick under 20 feet of overburden, there was 29 feet of interburden, and the lower seam was split by 2.5 feet of rock into a 1.4- to 1.9-foot seam and a 1- to 1.3-foot seam (Haines 1978).  These variations in bed thickness when compared to the New Horizon Mine, which is on nearby First Park, show the lateral variability of the coal seams within the Dakota Formation in the Nucla-Naturita coal field.

## Quality and Rank

The apparent rank of the coal (Figure 6) is high-volatile A to C bituminous (George 1937; Murray 1981; Eakins 1986) to low-volatile B bituminous (O'Hara 2009).  According to O'Hara (2009), the middle LDx seam is the thickest seam with the highest quality (low sulfur and ash),

BLM_0150425



**Figure 5.  Location of Coal Regions and Coal Fields in the Planning Area**

BLM_0150426



**Figure 6.  Coal Rank and Depth in the Planning Area**

BLM_0150427

while the upper UD1 seam is often oxidized, producing a lower Btu coal, and it is higher in sulfur and ash. As a consequence, coal from these two seams is blended as they are fed into the FBC power plant at Nucla in order to maximize the capacity of the coal. The following table includes the coal quality data from a range of samples acquired from different mines and seams over the years within the Nucla-Naturita coal field.

| Ash Content (percent) | Sulfur Content (percent) | Moisture content (percent) | Heating Value (Btu/pound) |
|---|---|---|---|
| 6.1–12.8 | 0.5–1.1 | 2.5–13.5 | 10,010–13,380 |

Source: George 1937; Kirschbaum and Biewick 2000; Hettinger et al. 2000; Hornbaker et al. 1976; Murray 1981; Ambrose et al. 2001; Carroll 2010

The lenticular and discontinuous nature of Dakota coal in the Nucla-Naturita field, as well as the presence of partings (thin interbeds of impurities) and clastic dikes, has limited the quality and economic viability of this coal. In addition, thickness of overburden plays a role in coal quality and accessibility. If the overburden is too thin, the coal is oxidized and the Btu content is low. If the overburden is too thick and the seams are too thin, it is not cost-effective to strip the excess overburden to obtain coal from thin beds. According to O'Hara (2009), if the overburden thickness is less then 20 feet, the coal is too oxidized and wet (called "bug dust" by industry), but if it is greater than 100 to 120 feet, the coal is not economically feasible to extract. The optimum overburden thickness to effectively strip mine high-quality coal for the Western Fuels Association's New Horizon Mine is currently around 35 to 40 feet. O'Hara (2009) adds that the cost-effectiveness of strip mining is based on a "stripping ratio," which is the thickness of overburden divided by the thickness of coal expressed in cubic yards per ton. Optimum stripping ratios are on the order of 8:1 to 10:1; however, the maximum acceptable ratio is 20:1.

Coal quality tests performed during the 1977 drilling on Second Park, indicated an average Btu of 7,373 in the upper 6-foot coal seam and 9,667 to 11,546 in the lower 1.4- to 1.9-foot seams (Haines 1978). The upper seam was ranked as subbituminous C coal, while the lower split seams were ranked as high-volatile A bituminous coal.

### Tongue Mesa Coal Field

The Tongue Mesa coal field is along Cimarron Ridge, a prominent ridge southeast of Montrose between the Uncompahgre River and Cimarron Creek (Figure 5). It extends from south of Cerro Summit (Highway 50) in the vicinity of Coal Hill, south along the Cimarron Ridge to Owl Creek Pass east of Ridgway. Most of the historic mining in this field was on the west side of Cimarron Ridge from Buckhorn Lakes south to the Lou Creek drainage, but no active mining has occurred since 1950. It is roughly 18 miles long from north to south and generally 2 to 3 miles wide. The field spans Montrose, Ouray, and Gunnison Counties.

### Stratigraphy

The Fruitland Formation is the primary coal-bearing formation in the Tongue Mesa coal field. It is poorly consolidated, typically forming side slopes, and is exposed mostly in landslide scarps (Dickinson 1987a, 1987b). It is a white to yellowish-gray, fine-grained sandstone interbedded with subbituminous coal, brown carbonaceous shale, and green to black shale (Dickinson 1965, 1987b). The base of the formation, where it lies on the Pictured Cliffs Sandstone, is placed at the lowest coal bed. Below the Pictured Cliffs Sandstone is the Mancos Shale, a thick marine

BLM_0150428

shale formation that does not contain coal. In the Tongue Mesa coal field, most of the Kirtland Shale, which overlies the coal-bearing Fruitland Formation, has been stripped off of the area by erosion. The rock types and thickness of the formations within the coal field are shown below.

| Stratigraphic Units | Depositional Environment | Rock Types | Thickness (feet) |
|---|---|---|---|
| Kirtland Shale | Alluvial plain | Shale interbedded with sandstone, siltstone, carbonaceous shale; barren | 1,000 |
| Fruitland Formation | Coastal plain | Sandstone interbedded with coal, carbonaceous shale, and shale | 200 |
| Pictured Cliffs Sandstone | Nearshore marine | Massive sandstone interbedded with siltstone and shale; barren | 50–250 |
| Mancos Shale Formation | Marine | Shale and mudstone with thin sandstone, limestone, and bentonite beds; barren | 3,000+ |

Source: Lee 1912; Dickinson 1988; Kirschbaum and Biewick 2000

The Fruitland Formation contains one extensive coal bed that ranges in thickness from 20 to 40 feet. The formation contains additional coal beds that are about 5 to 13 feet thick. The coal beds in the northern portion of the field are typically 3 feet thick, subbituminous, and bony (Dickinson 1965). "Bone" is impure coal. In the middle of the field, there is one coal bed 26 to 40 feet thick and three to five coal beds 5 to 13 feet thick (Dickinson 1987a, 1987b). In the southern end of the field, three abandoned coal mines reported coal seam thicknesses of 30 to 40 feet (Dickinson 1988).

Coal-bearing strata are located in the lower 200 feet of the Fruitland Formation (Murray 1981) and correlate with the Fruitland-Kirtland Formation of the San Juan Basin section (south of Durango, Colorado) and with the Paonia Shale section in the Grand Mesa area (Hornbaker et al. 1976). Early USGS geologic quadrangle mapping by Dickinson (1965) identified the coal-bearing units as belonging to the Fruitland Formation, which was carried into the more recent mapping (Dickinson 1987a, 1987b, 1988). However, others include the Tongue Mesa coal field as being in the Uinta Coal Region and consider the units to be the Mesaverde Formation (Hornbaker et al. 1976). The Cimarron Ridge area is an outlier of Upper Cretaceous age coal-bearing rocks capped and protected by Upper Cretaceous and early Tertiary volcanic and volcaniclastic rocks (Murray 1980a). Due to the proximity of the Tongue Mesa coal field to the Somerset and Grand Mesa coal fields, it is likely more closely associated with the stratigraphy and local variations of the Uinta Coal Region. For the purposes of this report, it is included in the San Juan River Coal Region.

**Quality and Rank**
The apparent rank of the coal (Figure 6) is high-volatile B subbituminous (George 1937; Murray, 1980a; Carroll 2010) and subbituminous C (Dickinson 1987a, 1987b, 1988). Some of the coal is reported to be considerably oxidized and bony (Hornbaker et al. 1976; Dickinson 1965; Murray 1980a). As with most Cretaceous coal in western Colorado, the coal is of high quality, with typically low ash and sulfur content and moderately high to high energy value, as seen in the following table, which includes a range of samples acquired from different mines and seams within the Tongue Mesa coal field.

April 2010    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    14
Final Coal Resource and Development Potential Report

BLM_0150429

| Ash Content (percent) | Sulfur Content (percent) | Moisture content (percent) | Heating Value (Btu/pound) |
|---|---|---|---|
| 6.7–8.4 | 0.5–0.9 | 14.2–16.0 | 9,350–10,220 |

Source: George 1937; Kirschbaum and Biewick 2000; Hettinger et al. 2000; Hornbaker et al. 1976; Murray 1981; Ambrose et al. 2001; Carroll 2010

### Somerset Coal Field

The Somerset coal field is located on the lower, southeastern flank of Grand Mesa, extending from the east side of the Leroux Creek drainage (where it abuts the Somerset coal field to the west), past Paonia and Somerset, and east to drainages near Paonia Reservoir in the North Fork of the Gunnison Valley (Figure 5). Many historic mines are distributed throughout this field; currently there are three active mines: Bowie #2 Mine (operated by Bowie Resources), Elk Creek Mine (operated by Oxbow Mining, LLC), and West Elk Mine (operated by Mountain Coal Company). Highway 133 passes through the eastern end of this field. The field is roughly 38 miles long and 2 to 10 miles wide. Most of this field is in Delta County, with the eastern portion extending into Gunnison County.

Early work by Lee (1912) separated the Coal Creek district from the Somerset district; both were located in the Grand Mesa coal field. The Coal Creek district included the coal beds that were accessible from Coal Creek canyon south of Paonia Reservoir. These coal beds underlie Coal Creek Mesa to the west and Snowshoe Mesa to the east. At least four historic coal mines were located in this area (Carroll and Bauer 2002), but there is no recent mining, primarily due to the lack of a rail spur. Toenges et al. (1952) studied the coal quality, reserves, and coking properties of the Coal Creek district. Later work by Landis (1959) redefined the coal fields and districts in the area and combined the Coal Creek with the Somerset district, renaming it the Somerset coal field. The Grand Mesa district became the Grand Mesa coal field, and the region was renamed the Uinta Coal Region. Although some literature refers to the Coal Creek field or district, for the purposes of this report, it is included in the Somerset coal field (Figure 5).

Detailed studies of the Somerset coal field were performed by many authors including Dyni and Gaskill (1980), Eakins et al. (1998a, 1998b), George (1937), Hettinger et al. (2004), Landis (1959), Lee (1912), Schultz et al. (2000), Toenges (1949, 1952), and USFS (2006). In addition to the band of Mesaverde along the southern flank of Grand Mesa that is defined by the east-west upper northern portion of the Somerset coal field, there are extensive areas on the south side of the North Fork of the Gunnison River that have proven coal resource and are also within the Somerset coal field. These area include the Minnesota Creek basin (including the Dry Fork and Lion Mesa) east of Paonia (Toenges 1949), Coal Creek Mesa and east to Snowshoe Mesa (Toenges et al. 1952), and the area east of Jumbo Mountain where the Mountain Coal Company is operating the West Elk Mine.

### Stratigraphy
The coals in the Somerset coal field are in the Paonia Shale and Bowie Shale Members of the Mesaverde Formation. The alluvial plain deposits of the Barren and Ohio Creek Members overlie the coal-bearing members. The Rollins Sandstone Member, a tan, massive sandstone unit, underlies the coal-bearing members and overlies the Mancos Shale Formation. The rock types and thickness of the formations within the coal field are shown below.

April 2010    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    15
Final Coal Resource and Development Potential Report

BLM_0150430

| Stratigraphic Units | Depositional Environment | Rock Types | Thickness (feet) |
|---|---|---|---|
| **Mesaverde Formation** | | | |
| Ohio Creek Member | Alluvial plain | Interbedded sandstone (fine to coarse grained), mudstone, and shale | 500–900 |
| Barren Member | Alluvial plain | Interbedded fine-grained sandstone, mudstone, and shale; lenticular; some thin, noncommercial coal beds | 750–1,000 |
| Paonia Shale and Bowie Shale Member | Coastal plain | Interbedded sandstone, mudstone, shale, and siltstone with coal beds and zones as thick as 30 feet | 250–650 |
| Rollins Sandstone Member | Nearshore marine | Massive sandstone, finer at base with gradational contact with Mancos Shale | 80–200 |
| **Mancos Shale Formation** | Marine | Shale and mudstone with thin limestone beds | 4,000–4,500 |

Source: Lee 1912; Dunrud 1989a, 1989b; Kirschbaum and Biewick 2000

According to Hornbaker et al. (1976), coals from the Bowie Shale Member are mined from beds ranging from 8.5 to 18 feet thick, and coals from the Paonia Shale Member are mined from beds ranging in thickness from 12 to 13 feet.  Individual coal beds can reach a maximum thickness of 25 to 30 feet (Murray 1980a).  The six major coal seams are named A through F in ascending order.

**Quality and Rank**

The apparent rank of the coal in the Somerset coal field (Figure 6) is high-volatile B and C bituminous (Carroll 2010; Hornbaker et al. 1976; Landis 1959).  In the eastern portion of the field where the coal has been exposed to laccoliths and other intrusions, the rank of coal is marginal to premium high-volatile A and B bituminous, and some are of good coking quality (Goolsby et al. 1979).  In 1977, four mines (Bear, Hawk's Nest #2 and #3, and Somerset) in the Somerset coal field produced coking coal (Murray 1980b).  In several places in the southeastern part of the field, igneous intrusions have metamorphosed the coal to semi-anthracite, but this is a minor component of the overall coal and is included in reserve estimates as bituminous (Landis 1959).  As with most Cretaceous coal in western Colorado, the coal is of high quality, with typically low ash and sulfur content and moderately high to high energy value, as shown in the following table, which includes a range of samples acquired from different mines and seams within the Somerset coal field.  Because this is a large and active coal field, coal quality data were provided from a variety of sources due to the volume of available data.

April 2010     *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*     16
*Final Coal Resource and Development Potential Report*

BLM_0150431

| Ash Content (percent) | Sulfur Content (percent) | Moisture content (percent) | Heating Value (Btu/pound) |
|---|---|---|---|
| 2.0–13.9 | 0.3–0.9 | 2.3–22.4 | 8,160–13,900 |
| Source: Hornbaker et al. 1976 | | | |
| 3.2–11.4 | 0.5–0.8 | 3.2–13.6 | 10,040–13,453 |
| Source: Murray 1981; Ambrose et al. 2001; Carroll 2010 | | | |
| 2.4–29.9 | 0.3–3.2 | 2.3–10.7 | 8,160–14,380 |
| Source: Kirschbaum and Biewick 2000; Hettinger et al. 2000, Murray et al. 1977; Toenges 1949, 1952 | | | |

### Grand Mesa Coal Field

The Grand Mesa coal field is located as a narrow band on the lower flanks of Grand Mesa from the Leroux Creek drainage on the east (where it abuts the Somerset coal field), through the town of Cedaredge, and west and north to the town of Palisade, where it abuts the Book Cliffs coal field (Figure 5). Most of the historic mining in this field was centered west of Cedaredge (Highway 65), but no active mining has occurred since 1984. The field is roughly 55 miles long and 1 to 3 miles wide with a total of 96 square miles. The field spans Delta and Mesa Counties.

**Stratigraphy**

The coals in the Grand Mesa coal field are in the Mt. Garfield Formation of the Mesaverde Group. The coal is found in the Paonia Shale and Bowie Shale Members. The Rollins Sandstone Member, which is a whitish, massive sandstone unit, underlies the coal-bearing members and overlies the Mancos Shale Formation, a marine shale and mudstone that forms the Adobe badlands on the lowest slopes of Grand Mesa. The rock types and thickness of the formations within the coal field are shown below.

| Stratigraphic Units | Depositional Environment | Rock Types | Thickness (feet) |
|---|---|---|---|
| **Mesaverde Group** | | | |
| Undifferentiated | Alluvial plain | Sandstone and shale, barren | 1,000 |
| Paonia Shale Member | Coastal plain | Coal, carbonaceous shale, sandstone | 400 |
| Bowie Shale Member | Coastal plain | Major coal, carbonaceous shale, sandstone | 400 |
| Rollins Sandstone Member | Nearshore marine | Massive sandstone, shale, barren | 100 |
| **Mancos Shale Formation** | Marine | Shale and mudstone with thin bentonite beds | 3,000+ |
| Source: Lee 1912; Kirschbaum and Biewick 2000 | | | |

Coal is present in a zone roughly 200 feet above the Rollins Sandstone Member (Kirschbaum and Biewick 2000). The six to eight coal beds are in the Bowie Shale and Paonia Shale Members of the Mesaverde Group and are named A through F in ascending order. Generally, only two or three of the seams are of mineable thickness (i.e., 4 to 14 feet thick) at any one locality, with the lowest seams the most persistent and productive (Hornbaker et al. 1976; Murray 1981). Review of isopach maps produced by Grand Mesa Coal Company for their Red Canyon Mine #1 and #2, located in the vicinity of Colby and Brimstone Corner (northwest of

April 2010    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    17
Final Coal Resource and Development Potential Report

BLM_0150432

Cedaredge), indicates coal thicknesses of 3.4 to 7.6 feet in the E seam (Grand Mesa Coal Company 1984).  At the Red Canyon Mine #2, the D and E seams were the thickest, and the beds dip 5 to 6 degrees to the northwest.

**Quality and Rank**
The apparent rank of coal in the Grand Mesa coal field (Figure 6) grades from high-volatile C bituminous to subbituminous A (Hornbaker et al. 1976; Murray 1981).  Lee (1912) indicated that the Grand Mesa coal field (known at that time as the Rollins District of the Grand Mesa coal field) produced coal that was typically subbituminous and had lower energy than the bituminous coal in the "Somerset District" to the east.  As with most Cretaceous coal in western Colorado, the coal is of high quality, with typically low ash and sulfur content and moderately high energy value, as seen in the following table, which includes a range of samples acquired from different mines and seams within the Grand Mesa coal field.

| Ash Content (percent) | Sulfur Content (percent) | Moisture content (percent) | Heating Value (Btu/pound) |
|---|---|---|---|
| 2.1–23.3 | 0.4–2.2 | 9.8–20.0 | 8,300–13,490 |

Source: George 1937; Kirschbaum and Biewick 2000; Hettinger et al. 2000; Hornbaker et al. 1976; Murray 1981

| | | | |
|---|---|---|---|
| 2.1–17.9 | 0.5–2.2 | 3.1–19.5 | 8,298–13,489 |

Source: Ambrose et al. 2001; Carroll 2010

BLM_0150433

## IV.  Coal Stratigraphy

Coal in the Uncompahgre RMP planning area is found in three Upper Cretaceous formations (Figure 7).  From oldest to youngest, they are the Dakota Sandstone Formation, the Mesaverde Formation and Mesaverde Group, and the Fruitland Formation.  The Mancos Shale Formation lies between the Dakota Sandstone and the Mesaverde/Fruitland Formations.  The following generalized stratigraphic column shows the relationship of the three formations and the coal regions found in the planning area.



**Figure 7.  Stratigraphic Relationship of Coal-bearing Formations in Planning Area**
Source: modified from Landis 1959

BLM_0150434

### Dakota Sandstone

The Dakota Sandstone Formation underlies the entire planning area.  The Dakota in the region is divided into an upper sandstone unit, a middle carbonaceous shale and coal-bearing unit, and a lower conglomeratic sandstone unit.  Although coal beds can occur throughout the Dakota, the thicker seams are concentrated in the middle unit.  The sandstone units are predominately fine to medium grained; light brown to dark gray; thin-bedded to massive; and generally cross-bedded, friable to quartzitic fluvial sandstone and conglomeratic sandstone (Eakins 1986; Williams 1983).  The upper sandstone unit grades conformably and gradationally into the Mancos shale with alternating sandstone and carbonaceous shale beds.  The lower sandstone unit disconformably overlies either the Brushy Basin Shale Member (green mudstones) of the Morrison Formation or the conglomeratic sandstones of the Burro Canyon Formation (Eakins 1986).

The thickness of the Dakota varies, but it is generally 150 to 200 feet thick.  The Dakota is best exposed on canyon rims, where it forms one to two resistant ledges and a weak side slope composed of the weaker middle unit of carbonaceous shale and coal.  The following photograph shows a typical outcrop of the Dakota Sandstone Formation.



Typical outcrop of Dakota Sandstone near Nucla, Colorado.  Note the upper and lower resistant sandstone ledges.  The coal is located in the 20- to 30-foot sloping hillside below the sandstone outcrop at the top of the photograph.  Due to the weakness of the coal, it can only be seen darkening the surface soils.  *Photo courtesy of Western Fuels Association.*

April 2010   *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*   20
Final Coal Resource and Development Potential Report

BLM_0150435

Coal beds in the Dakota Formation are generally thin, lenticular, and discontinuous, and contain numerous partings of sandstone, mudstone, carbonaceous shale, and shaly coal. Coal beds as thick as 7.7 feet are found locally in the Nucla-Naturita coal field, but they also contain many partings (Eakins 1986). The three coal seams, discussed in the Nucla-Naturita coal field section, are shown in Figure 8. The middle (LDx) seam is the thickest seam with the highest quality. The New Horizon Mine is currently strip mining the upper two seams (UD1 and LDx). The lowest (Nucla) seam is too deep and thin to be effectively strip mined. Eakins (1986), Haines (1978), and Speltz (1976) all discuss borehole logs, water well logs, and outcrop data that document the presence and thickness of coal seams within the Dakota Formation throughout the Uncompahre planning area. The photograph following the stratigraphic column shows the nature of Dakota coal on outcrop.



**Figure 8.  Stratigraphic Column of Dakota Sandstone in Nucla-Naturita Coal Field**
Source: Western Fuels Association

BLM_0150436



Outcrop of Dakota coal near Nucla. Note the ledge-forming sandstone bed overlying the LDx coal seam that is roughly 4 to 5 feet thick in this outcrop. The coal is oxidized and bony. Note also the cross bedding in the sandstone and joints. *Photo courtesy Western Fuels Association.*

The Nucla-Naturita coal field sits astride the Nucla Syncline (Figure 3), a structural feature that strikes northwest and extends from east of Norwood to near Gateway, northwest of Nucla (Williams 1983). This trough-like feature sits between the Uncompahgre Plateau to the northeast and the Paradox Basin anticline to the southwest (Figure 2). This linear basin explains the trapping of Quaternary eolian (wind-blown) deposits on the mesas around Nucla, Redvale, and Norwood. Although the regional folding post-dated the coal deposition within the Dakota Sandstone, it has impacted the depth of coal and local dip of the beds. At the margins of the Paradox Basin anticline, for example, Dakota beds are steeply dipping and eroded along the lower flanks, with coal diving steeply underground. Along the axis of the syncline between Nucla and Norwood, the beds are almost level with the ground surface.

In addition to thin, lenticular, discontinuous, and low-quality coal with partings, clastic dikes are another characteristic of Dakota coal that adds to difficulty in mining this resource (O'Hara 2009). Clastic dikes are a specific type of sandstone parting that was emplaced or injected during the coalification process and at relatively shallow burial depths (Hardie 1999). The dike material migrates laterally and vertically for distances of over 500 feet in some places. Of the three types of clastic dikes, Hardie (1999) indicates that by far the most common type are joint-sourced dikes. These dikes follow fractures or joints created in the young, poorly consolidated floor and roof sediments that enclosed the peat beds and commonly penetrate entire coal seams. Dewatering of the overlying or underlying shale provides a medium to carry the clastic

BLM_0150437

sands into the coal beds along joints.  The joint-sourced dikes can be up to 10 feet thick and often intersect at right angles.  Clastic dikes are hard, well-cemented, and often continuous through the coal seam.  Consequently, they are problematic for mining, causing slowed production, increased wear on or damage to coal excavation equipment, and increased ash and impurities in the mined coal.

In the northeast portion of the planning area in the vicinity of Grand Mesa and the North Fork of the Gunnison River, the Dakota Sandstone is only exposed at the surface southwest of Highway 92, Crawford, and Hotchkiss (Figures 1 and 4).  This is in the area of Fruitland and Scenic Mesa, where portions of the Smith Fork and North Fork have incised deep canyons, exposing the hard Dakota Sandstone caprock.  This is an area with primarily private subsurface mineral estate. Coal in this area has not been exploited on a commercial level.  Coal seams can be seen within the Dakota Sandstone Formation in the vicinity of Pleasure Park, located downstream of the town of Lazear in the North Fork of the Gunnison Canyon (within the Gunnison Gorge National Conservation Area), but this is excluded from the Uncompahgre RMP planning area.  This indicates that coal may be present in the nearby Fruitland and Scenic Mesa areas, but the isolated federal subsurface rights would make mining the resource unviable.

Speltz (1976) discusses an area of Dakota coal called the Montrose Deposit.  This area is shown on the west side of the city of Montrose on Figure 6.  Based on six water well logs, there is 10 feet of coal from 90 to 97 feet deep and a "coal zone" from 121 to 156 feet deep.  However, Speltz (1976) is careful to say that water well logs can be very unreliable indicators of coal presence, as the water well loggers often identify carbonaceous shale as coal, partings are not recorded, and they are not generally logged by a geologist or with coal identification in mind. Speltz (1976) adds that no other supporting data could be found and that even if coal is found in this area, he would not expect the coal beds to be of significant thickness or laterally extensive.  Later work by Eakins (1986) in the Montrose area, which was based on water well and borehole logs, indicate typical seams of 0.4 to 1.1 feet at depths of 45 to 80 feet, with some very deep 5- to 7-foot seams at depths of greater than 460 feet.  Many seams are split with multiple partings of 0.3 to 0.6 feet thick.  Partings are interbeds of impurities such as carbonaceous shale, impure coal, pyrite, and mineral-rich layers such as sandstone and shale. The only mine in Dakota coal on the east side of the Uncompahgre Plateau was the Happy Canyon underground coal mine southwest of Montrose, which mined a 2.3-foot coal seam from 1923 to 1928 (Carroll and Bauer 2002).  Other areas where Eakins (1986) evaluated logs and outcrops east of the Uncompahgre Plateau, he found 0.2- to 2-foot seams with partings from 70 to 95 feet west and northwest of Delta (Figure 6) and 0.5- to 1.7-foot seams with partings to 152 feet in the Ridgway/Colona area.  Woodruff (1912) also evaluated the coal potential of the Dakota Formation west and northwest of Delta and found the coal to be in thin seams with partings, lenticular and limited in extent, high in ash and sulfur, and impure with poor combustion qualities.

Due to the Dakota Sandstone's deep burial under Mancos Shale and the Mesaverde Formation in the Somerset and Grand Mesa coal fields, the Dakota Sandstone is not considered a coal resource in that region.  According to the USFS (2006), most of the Dakota is buried at depths greater than 4,000 feet, based on its stratigraphic position below younger units within the Grand Mesa National Forest.  Dakota coals crop out between the cities of Grand Junction and Delta, outside of the planning area, but work by Lee (1912) indicated only thin and poor quality coal in this area.  The presence of Dakota coal in the planning area north and northeast of

BLM_0150438

Delta is unknown, but any coal that might be present is likely to be of similar poor quality, quantity, and character. Similarly, the Dakota Sandstone is deeply buried under the Mancos Shale southeast of Montrose in the Tongue Mesa coal field (Figures 4 and 5) and is not considered a coal resource in that region.

For much of the remainder of the planning area, west of Highway 50 and 550, the Dakota Sandstone is extensively exposed near the surface. The Dakota Sandstone forms the caprock of the Uncompahgre Plateau, the dominant structure of the western half of the planning area, and the caprock of many mesas west of Telluride and on the flanks of the Paradox Valley anticline. It is gently dipping where it is exposed along the flanks of the Uncompahgre Plateau and where it abuts the Tertiary San Juan volcanic field to the south and the Tertiary intrusions of the West Elk Mountains, east of Highways 50, 92, and 133 (Figure 3). Hogbacks and cuestas are formed by the Dakota where it is more steeply dipping, such as along salt anticlines in the Paradox Valley and other similar structures in the region (Eakins 1986). As shown on Figure 4, the Dakota is extensively exposed on the Uncompahgre Plateau and western mesas, but according to the USFS (2006), it is generally poorly exposed, concealed by thick vegetation, or covered by Quaternary land-slide deposits within the Uncompahgre National Forest. No published reports list precise thicknesses of Dakota coal in that forest; however, a 2.1-foot-thick coal bed was measured on the Uncompahgre Plateau about 12 miles northeast of the town of Nucla. Landis (1959) evaluated the Dakota coal, and his generalized maps and descriptions indicate that Dakota coal beds in the Uncompahgre National Forest are likely to be thin, impure, and discontinuous. However, minable reserves might be found locally. Although the Dakota Sandstone is exposed extensively throughout the western half of the planning area, the only area with proven coal resource is in the vicinity of the towns of Nucla and Naturita.

### Fruitland Formation

**Tongue Mesa Coal Field (Montrose, Gunnison, and Ouray Counties)**
Approximately 200 feet of coal-bearing strata is present at the Tongue Mesa coal field, an isolated erosional remnant of upper Cretaceous strata capped by late Cretaceous to early Tertiary volcanic rocks (Figures 2 and 3) (Murray 1981). The coal-bearing rocks were assigned to the Fruitland Formation by Hornbaker et al. (1976) and Dickinson (1965, 1987a, 1987b, 1988). They are part of a 900-foot-thick interval that was originally thought to be equivalent to the Mesaverde Formation by Landis (1959). These coal-bearing strata correlate to the Paonia Shale in the Grand Mesa area (Hornbaker et al. 1976). Both Landis (1959) and Dickinson (1965, 1987a, 1987b, 1988) described the coal-bearing interval as being concealed by heavy vegetation, landslides, talus, and glacial deposits. In his 1:24,000-scale USGS geologic quadrangles, Dickinson (1965, 1987a, 1987b, 1988) mapped the Fruitland Formation cropping out at only a few small and widely spaced localities, primarily at landslide scarps. Depth to the top of the formation ranges from 0 to 2,500 feet within the field.

The Fruitland Formation contains one principal and persistent coal seam that is 8 to 40 feet thick, referred to as the Cimarron or Lou Creek seam, which has been mined on both sides of the ridge and three to five stratigraphically higher coal seams that are about 5 to 13 feet thick (Hornbaker at al. 1976). The beds of coal are gently inclined and disrupted by numerous faults; however, the precise location and displacement of the faults cannot be determined from surface mapping because the area is extensively covered by landslide deposits.

BLM_0150439

**Mesaverde Group and Mesaverde Formation**

The Mesaverde has been assigned group status in the Book Cliffs, Grand Hogback, and Carbondale coal fields, but is considered a formation in the Crested Butte, Grand Mesa, and Somerset coal fields.  For the purposes of this report, they will be considered one in the same.  The Mesaverde is located in the southern Piceance Basin (Figure 2), which is in the northeastern portion of the planning area on the flanks of Grand Mesa (Figure 4) and is the source of coal mined in the Grand Mesa and Somerset coal fields (Figure 5).  The Mesaverde is essentially divided into upper barren sandstone and shale members, the coal-bearing Paonia and Bowie Shale Members, and the lower Rollins Sandstone Member.  The upper barren members consist of interbedded sandstone, mudstone, and shale.  The basal Rollins Sandstone Member is a tan to very light gray, massive sandstone, and fine to very fine grained, becoming coarser and more quartzose in the upper part and grading into the Mancos Shale in the lower part (Dunrud 1989b).  The Paonia and Bowie Shale Members contain six to eight coal seams or zones, named A through F in ascending order.  These members range in thickness from 250 to 650 feet.  Total thickness of the Mesaverde ranges from 2,000 to 2,700 feet.  The following photograph is of a hillside near the town of Paonia where distinctive sandstone units and coal seams are visible due to disturbance of the hillside.



Exposure of Mesaverde Formation near Paonia, including the Rollins Sandstone Member at the base and the Paonia and Bowie Shale (coal-bearing) Members above it.  This photographic was taken looking northeast from Steven's Gulch Road.  The prominent coal seams near the middle of the photograph are of the B seam coal. *Photo courtesy Desty Dyer, BLM.*

BLM_0150440

As seen in the previous photograph, the more-resistant sandstone beds of the Mesaverde form distinctive vertical ledges or cliffs on the canyon walls above the North Fork of the Gunnison River Valley.  The coal-bearing strata form vegetated sideslopes, and the coal is rarely seen cropping out due to its weak nature.

In the Grand Mesa and Somerset coal fields, the geologic literature and mining industry label the coal beds as six major units.  These coal beds, as previously discussed and as labeled in the above photograph, are labeled A through F, with A being the lowest (oldest) bed in the stratigraphic section and F being the highest (youngest).  The location of the six coal seams within the Mesaverde Formation are shown in the generalized stratigraphic column (Figure 9).



**Figure 9.  Generalized Stratigraphic Column Showing
Coal Beds in the Somerset, Colorado, Area**
Source: Rohrbacher et al. 2000

Studies of the Piceance Basin have further categorized these coal seams into groups that can be generally correlated across the basin and between coal fields.  The A through F seams are within the Cameo-Fairfield coal group, which is further divided into three coal zones: Cameo-Wheeler Coal Zone (A, B, and C seams), South Canyon Coal Zone (D and E seams), and Coal Ridge Coal Zone (F seam), as shown in Figure 10.  According to the USFS (2006), these

BLM_0150441

correlations were made by examining cross-sections developed from drill holes throughout the region.  They qualify this information considering that coal seams and interburden thickness can vary dramatically over a relatively short lateral extent, and the best correlations were made when comparing available non-proprietary data.   This report conforms to the coal industry convention of referring to the seam names rather than the coal zones and the Mesaverde rather than the Cameo-Fairfield coal group.   It is understood that when the report refers to the Mesaverde, it refers to the coal-bearing members above the Rollins Sandstone, and when referring to the Mesaverde Formation or Group, it refers to the entire column defining that formation.



**Figure 10.  Stratigraphic Section of Mesaverde Group and Mesaverde Formation in the Southern Piceance Basin**
Source: modified from Hettinger et al. 2000

BLM_0150442

The coal-bearing Mesaverde Group and Mesaverde Formation extend throughout the subsurface of the Piceance Basin and are exposed in the Book Cliffs, Carbondale, Crested Butte, Grand Hogback, Grand Mesa, and Somerset coal fields (Figure 5). In the Somerset coal field, the Mesaverde is generally dipping to the northeast. Consequently, the coal seams are getting deeper under Grand Mesa as elevations increase on the mesa. According to Carroll (2005), the coal beds at the West Elk Mine dip 3 to 5 degrees to the northeast, and the seams at both Bowie #2 and Elk Creek Mines dip 2 to 5 degrees to the northeast. Numerous mines have produced from these coal fields in the Southern Piceance Basin since the late 1800s. Some of the coal is also considered to be an important source for natural gas (Johnson 1989; Murray 1977). Methane is a hazard for underground mining due to its explosive potential, so gas is currently ventilated rather than recovered.

The coal-bearing portion of the Mesaverde (above the Rollins Sandstone Member) contains the thickest and most extensively mined coals in the Piceance Basin (Murray 1977). According to work by Hettinger et al. (2000) that focused on "Area 1," which contained parts of the Grand Mesa and Gunnison National Forests, net coal in the Mesaverde ranges from about 50 to 97 feet in a 20- to 30-mile-wide belt that extends north to south across the central part of Area 1 (Figure 11). Area 1 includes the Grand Mesa and Somerset coal fields within the planning area. Net coal decreases to less than 50 feet in the remaining parts of Area 1. Coal distribution in the A through F coal seams is shown in a series of net coal isopach maps in Figures 12, 13, 14, and 15. Coal distribution and thickness for each of the seams, based on Hettinger et al. (2000), are discussed below.

**A, B, and C Seams**
The A, B, and C seams underlie a 925 square mile area that includes all parts of Area 1 west of longitude 107°15' W. This coal zone overlies the Rollins Sandstone Member and is about 100 to 400 feet thick. The A, B, and C seams have approximately 5 to 80 feet of net coal, and net coal exceeds 50 feet throughout the central part of Area 1 (Figure 12). Near the southern boundary, in the Grand Mesa and Somerset coal fields, the A, B, and C seams have 10 to 70 feet of net coal in as many as 15 beds that are 1 to 30 feet thick.

**D and E Seams**
The D and E seams underlie a 530 square mile region in Area 1 (Figure 13). This coal zone overlies and intertongues with the middle sandstone of the Bowie Shale Member of the Williams Fork Formation (Figure 10). The coal zone is 100 to 200 feet thick and contains 1 to 30 feet of net coal. Net coal exceeds 20 feet along a 5- to 10-mile-wide belt that trends N. 20° W. throughout the central part of Area 1. In the Somerset coal field, the D and E seams have 15 to 35 feet of net coal in 2 to 5 beds that are 1 to 25 feet thick.

**F Seam**
The F seam overlies and intertongues with the upper sandstone in the Bowie Shale Member of the Williams Fork Formation (Figure 10). The F seam (Figure 14) occupies about the same area as the underlying D and E seams. The F seam coal zone is 100 to 400 feet thick near the line of longitude 107°15' W., is less than 100 feet thick throughout most of its west half, and pinches out near the same line as the underlying D and E seams (Figure 13). The F seam generally has less than 10 feet of net coal, although a small area with about 20 feet of net coal is located near the Somerset coal field. In the Somerset coal field, the F seam contains 10 to 26 feet of net coal in 2 to 7 beds that are 1 to 10 feet thick.

BLM_0150443



**Figure 11. Isopach Map of Net Coal in the Mesaverde Coal-bearing Units**
Net coal represents all beds over 1 foot thick (Source: Hettinger et al. 2004)



**Figure 12. Isopach Map of Net Coal in the Mesaverde A, B, and C Seams**
Net coal represents all beds over 1 foot thick (Source: Hettinger et al. 2004)

BLM_0150444



**Figure 13.  Isopach Map of Net Coal in the Mesaverde D and E Seams**
Net coal represents all beds over 1 foot thick (Source: Hettinger et al. 2004)



**Figure 14.  Isopach Map of Net Coal in the Mesaverde F Seam**
Net coal represents all beds over 1 foot thick (Source: Hettinger et al. 2004)

BLM_0150445



**Figure 15.  Isopach Map of Net Coal in Mesaverde in Eastern Intrusive Area**
Net coal represents all beds over 1 foot thick (Source: Hettinger et al. 2004)

## Mesaverde in Eastern Intrusive Area

East of longitude 107°15' West, the Mesaverde is divided into the lower, middle, and upper coal zones.  The collective coal zones have about 1 to 30 feet of net coal (Figure 15) in 1 to 5 beds, and individual beds are 1 to 25 feet thick.  The Mesaverde is often covered, poorly exposed, steeply included, displaced by faults, and intruded by sills, dikes, and laccoliths throughout the West Elk Mountains (Hettinger et al. 2000).  As a consequence, the coal zones are difficult to correlate.  Murray et al. (1977) indicate that the complex of Tertiary intrusions played a role in the genesis of the coking-grade coals and associated methane gas found in this region of the Piceance Basin.  As seen in Figure 15, the Mesaverde coal is concentrated in the extreme eastern portion of Hettinger's study area (Hettinger et al. 2000) in the vicinity of the Crested Butte coal field, which is outside of the planning area.

Coal partings are common occurrences in the mining of all Cretaceous coals, including Dakota and Mesaverde coals.  The following is a photograph of a parting of sandstone in one of the underground mines in the Somerset area.

BLM_0150446



Parting of sandstone in the Mesaverde Formation.  This photo was taken in an underground mine in the Somerset area.  The wire mesh and bolts are used to secure the coal in this area prior to covering with a coating of lime to control dust.
*Photo courtesy Desty Dyer, BLM.*

Just as clastic dikes are an issue in the Dakota Sandstone Formation, they are also an issue in the Mesaverde Formation.  Hardie (1999) studied clastic dikes in the Palisade and Somerset areas and found that joint-source dikes are very common in the southern Piceance Basin.  He found that the predominant orientation of dikes in the West Elk Mine near Somerset is N35°W, with a secondary orientation of dikes being N65°E.  The dominant orientation is perpendicular to the general dip of the Mesaverde Formation, which is 2 to 5 degrees to the northeast.  As previously mentioned in the Dakota Sandstone Formation, these dikes are hard and well-cemented, making mining through them challenging.  Igneous intrusive dikes are also present in the Somerset coal field.  These are hard and continuous features much like clastic dikes, and provide an impediment to mining operations.  In addition to the issues discussed for strip mining when clastic dikes are encountered, underground mining operations also can experience unstable roof conditions, infiltration of mine water or methane, and roof vibration when cut (Hardie 1999).

BLM_0150447

## V. Historic Mining and Production

### *Historic Mining*

Historic coal mining in the planning area occurred in five coal fields: Nucla-Naturita, Tongue Mesa, Somerset, Grand Mesa, and Carbondale (Figure 5). Historic mines are shown relative to the coal fields on Figures 16, 17, and 18. The history of coal mining in each of the coal fields is discussed below. The Carbondale coal field produced mainly coking coals, but it is not discussed because the former Mid-Continent Mine and other historic workings depleted the accessible known reserves or the coal is inaccessible due to either Wilderness status (refer to Section III) or thick overburden.

### Nucla-Naturita Coal Field

The earliest mining of Dakota coals in the Nucla-Naturita coal field was in the 1880s, but the peak period for mining was from about 1920 to 1950 (Eakins 1986; Carroll and Bauer 2002). All Dakota coal mines in this region were underground mines with the exception of the Nucla Strip Mine (operated by Peabody Coal Company intermittently from 1959 to 1988), the Hamilton Strip Mine (operated by Honeywood Coal Company from 1992 to 1993), and the New Horizon Mine (operated by Western Fuels Association from 1993 to present). The New Horizon Mine is the only mine currently in operation. It supplies coal to the FBC power plant in Nucla (Section III).

As seen in Figure 16, most of the mines (including the currently active New Horizon Mine) are northwest of the town of Nucla, locally known as First Park and Second Park. Another cluster of historic underground mines is located southwest of Nucla (northwest of Naturita) along the outcrop of the Dakota Sandstone in the San Miguel River Canyon. Mine adits in the canyon slopes followed gently-dipping beds of coal under First Park. A few other mines were located upstream of Naturita in the San Miguel Canyon. On Wrights Mesa, just west of Norwood, 10 historic mines were located in the upper slopes of Naturita Canyon. Again, these were underground mines that followed coal seams under Wrights Mesa and operated in the 1920s and 1930s. A lone mine that operated in the 1930s was located near Redvale. These older mines supplied coal for a smelter in Norwood, coke ovens, local power, industrial needs, and household heating (Eakins 1986).

### Tongue Mesa Coal Field

According to Carroll and Bauer (2002), there were eight historic coal mines in the Tongue Mesa coal field (Figure 17). The earliest mines, Lou Creek and Economy, which started production in 1917 and 1919, respectively, were in the Lou Creek drainage northeast of Ridgway. The other mines operated between the 1920s and 1950. There have also been a few small abandoned "dog hole" mines at outcrop locations located in landslide scarps (Dickinson 1987a, 1987b). The mostly subbituminous coal that came out of this field was used for local heating for nearby ranches and homes. In 1987, the BLM issued a license to mine on private surface with federal minerals in the field that was used by a charitable organization having a 100 ton annual production ceiling and the license was terminated in 2001 (Dyer 2010b). No commercial mining has occurred in the Tongue Mesa coal field since 1950.

BLM_0150448



**Figure 16. Historic Coal Mines in the Nucla-Naturita Coal Field**

BLM_0150449



**Figure 17. Historic Coal Mines in the Tongue Mesa Coal Field**

BLM_0150450



**Figure 18. Historic Coal Mines in the Grand Mesa and Somerset Coal Fields**

BLM_0150451

**Somerset Coal Field**

Coal mining has occurred in the North Fork Valley since the late 1800s. According to Carroll and Bauer (2002), there have been 37 underground coal mines and numerous prospects but no surface mining in the Somerset coal field. The Denver and Rio Grande Railroad constructed a spur from Delta to Somerset and in 1902 established the town of Somerset (Schultz et al. 2000). Volcanic dikes, sills, and laccoliths of the Elk and West Elk intrusive complexes to the south and southeast of the Somerset coal field locally increased the rank of the bituminous coals in the southern portion of the field to coking coals, which made them very desirable for metallurgical uses (Murray et al. 1977; Schultz et al. 2000). Three commercial mines began operation as early as 1903: Cooperative Mine operated until 1910 by the Paonia Coal Company, King Mine operated until 1974 by Adolph Coors Company, and Somerset Mine operated until 1985 by US Steel Corporation. Many of the 37 mines were very productive and operated for 10 to 50 years.

As seen on Figure 18, most of the mines are concentrated in the Somerset area, but they also extend to the west towards Cedaredge and the Grand Mesa coal field at an elevation of roughly 7,000 feet. Historic mines are also found to the southwest and southeast of Somerset in the Little Coal Creek, Minnesota Creek, and Coal Creek drainages. By 1977, there were 10 active mines: West Elk, Bear #3, Hawks Nest East, Sanborn Creek, Somerset, Blue Ribbon, Bowie, Bowie #1, Orchard Valley, and Cyprus Orchard Valley (Hettinger et al. 2004). Currently, there are three active mines: West Elk (operated by Mountain Coal Company, Inc.), Elk Creek (operated by Oxbow Mining, LLC), and Bowie #2 (operated by Bowie Resources).

**Grand Mesa Coal Field**

Historic underground coal mining started in the Grand Mesa coal field in the 1880s, and many of these mines operating through the 1930s. Without a railroad spur to this area, the coal was hauled by wagon or trucked to Cedaredge, Delta, and other local communities for use as domestic fuel mostly during the winter months (Lee 1912). According to Carroll and Bauer (2002), there were 34 mines in this coal field, most of which were underground mines. Five of the 34 mines were surface strip mines. As seen on Figure 18, most of the mines were concentrated in the area northwest of Cedaredge in the Ward Creek and Cottonwood Creek basins near the town of Colby (Dunrud 1989a). However, a few mines extended to the east near Leroux Creek (north of Hotchkiss) and the Somerset coal field. A few mines were located southwest of Cedaredge along the Mesaverde outcrop containing basal coal lying on top of the Rollins Sandstone (i.e., the Paonia Shale Member) (Lee 1912). The larger mines were the Winton/Tomahawk (1914-1982), Red Canyon #1 and #2 (1923-1984), Green Valley #2 (1949-1972), Top (1938-1970), and States (1914-1951). By 1977, there were two active mines: Tomahawk and Red Canyon (Hettinger et al. 2004). There have been no active mines in the Grand Mesa coal field since 1984.

*Historic Production*

**Nucla-Naturita Coal Field**

Most mines in the Nucla-Naturita coal field produced less than 10,000 tons of coal. Only four underground mines exceeded 100,000 tons of production. Three historic mines (US Vanadium, Liberty Bell, and Fiddling Bill), located in the San Miguel Canyon northwest of Naturita, produced a combined total of about 375,000 tons of coal from 1919 to 1950 (Eakins 1986; Carroll and Bauer 2002). The Nucla Strip Mine produced 2,071,766 tons of coal from 1959 to

April 2010    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    37
Final Coal Resource and Development Potential Report

BLM_0150452

1988.  The New Horizon Mine produced a total of 4,176,510 tons as of 2004 (Carroll 2005) and had a production of 403,230 tons in 2008 and 373,758 tons in 2009 (Colorado Division of Recalmation Mining and Safety 2010b).   The New Horizon Mine typically produces about 400,000 tons of coal annually, which is trucked to the FBC power plant in Nucla.

**Tongue Mesa Coal Field**
The eight mines in the Tongue Mesa coal field that operated between 1917 and 1950 were all small-scale, commercial underground mining operations that produced a total of 14,831 tons (Carroll and Bauer 2002).   The largest mine, the Kennedy Mine (in the Lou Creek basin northeast of Ridgway), produced a total of just over 3,000 tons of coal.  Although some of the coal seams in this field are 30 to 40 feet thick, the Fruitland Formation along Cimarron Ridge is highly faulted with extensive landslides; therefore, the coal seams are discontinuous and disrupted, producing relatively small amounts of coal.  The area is also remote and without a rail line, so accessing and transporting the coal is not viable on a commercial scale.

**Grand Mesa and Somerset Coal Fields**
Historic production of coal from the Grand Mesa and Somerset coal fields is often lumped into coal produced for the entire Southern Piceance Basin.  A summary of mining activity in the southern Piceance Basin prior to 1977 was compiled by Murray et al. (1977).   Their study indicates that about 84 million short tons of coal were mined from the Mesaverde in the southern Piceance Basin from 1864 through 1976.  From 1977 to 1997, another 94.2 million short tons of coal (1.9 to 8.6 million short tons of coal annually) has been produced from 31 mines in the Southern Piceance Basin (USFS 2006).  In the Grand Mesa coal field, much of the early coal mined was hand dug and hauled by wagon to surrounding communities during the winter months to supply domestic fuel (Lee 1912).  Most mines produced a few hundred to a few thousand tons per month in the winter.  Of the 34 mines in this field, only 6 mines produced a total of more than 100,000 tons.  The largest mines were the Tomahawk and Red Canyon Mines, which produced a combined 1.01 million short tons of coal.  A railway spur was never extended to this district, so the coal mined since the 1940s had to be trucked for local domestic use.  No mines have operated commercially in this field since 1984.

In the Somerset coal field, there were 18 mines that each produced at least 100,000 short tons of coal (Schultz et al. 2000).   Of these 18 mines, 15 were concentrated in the Somerset Quadrangle, and 12 produced over 1 million short tons of coal each.  The high quality and large volume of coal in this field was recognized early on with the development of a rail line in 1894. Therefore, coal has been hauled by rail for metallurgical uses and steam production for over 100 years.  Three mines currently operate in the Somerset coal field:  Bowie #2, Elk Creek, and West Elk Mines.  Their current production figures are described in Section VI.

BLM_0150453

## VI.  Current Mining Operations and Production

Current coal-mining operations within the Uncompahgre RMP planning area include one mine in the Nucla-Naturita coal field (New Horizon Mine) and three mines in the Somerset coal field (Bowie #2, Elk Creek, and West Elk Mines) (Figure 19).

### *Nucla-Naturita Coal Field*

The New Horizon Mine in Nucla is a relatively small surface-mining operation (927 permitted acres) (Colorado Division of Recalmation Mining and Safety 2010a) that produced 403,230 tons of coal in 2008 and 373,758 tons in 2009 from the upper two seams of the Dakota Sandstone (Colorado Division of Recalmation Mining and Safety 2010b).  This was 1.2 percent of the coal produced in Colorado in 2008 and 3.1% in 2009.  The coal is trucked to the Nucla Station FBC power plant.  The New Horizon Mine reclaims about 25 acres per year (Cappa et al. 2007).  The following photograph shows nature of the surface mining and associated reclamation.



Oblique aerial photograph looking southwest at the New Horizon Mine in Nucla.  The mine pit face is oriented north-south and is 3,400 feet long.  Mining is advancing to the right (west), and seeding in the reclaimed area can be seen to the left.  *Photo courtesy Western Fuels Association.*

According to Carroll (2005), the New Horizon Mine operated by Western Fuels Association, extracts coal from the upper (UD1) seam that is 0.8 to 1.5 feet thick and the middle (LD1) seam that is 5 to 7.5 feet thick.  Interburden thickness is 6 to 10 feet, and overburden thickness is 15 to 100 feet.  In 2006, the average heating value of the coal shipped was 11,680 Btu (Cappa et al. 2007).  According to O'Hara (2010a), the surface overburden (topsoil, shale, and some sandstone) is excavated with hydraulic shovels (excavator) and trucks as well as blast casting and dozer pushed in the pit floor.  When harder material is encountered than cannot be

BLM_0150454



**Figure 19.  Location of Active Coal Leases in the Planning Area**

BLM_0150455

ripped, it is blast casted.  The sandstone of the Dakota is typically a well-cemented sandstone to quartzite, which is very hard and must be drilled and blasted.  Coal is loaded with a rubber-tired loader into belly dump highway trucks and hauled to the local power plant.  The thin, lower-quality UD1 coal is blended with the thicker, higher-quality LDx coal at the plant to create the optimum burn.

### Somerset Coal Field

In 2009, the Elk Creek Mine (operated by Oxbow Mining, LLC) produced 5,702,879 tons of coal, the Bowie #2 Mine (operated by Bowie Resources) produced 1,212,977 tons of coal, and the West Elk Mine (operated by Mountain Coal Company) produced 4,885,581 tons of coal (Colorado Division of Recalmation Mining and Safety 2010b).  This is a total of 11,801,437 short tons of coal, which was 41.3 percent of Colorado's coal production in 2009.  The West Elk Mine is the seventh largest underground coal mine in the US and the second largest underground mine in Colorado based on production (Carroll 2005).  The Elk Creek Mine is the 18th largest underground coal mine in the US.  According to the Colorado Division of Recalmation Mining and Safety (2010a), the permitted acreages for the Somerset coal mines, shown in Figure 19, are: Bowie #1 (8,670 acres), Bowie #2 (5,864 acres), Elk Creek (13,429 acres), and West Elk Mine (17,155 acres).  All three mines in the Somerset coal field ship the coal by rail, and it is primarily used as steam coal.

In 2005, due to the demand for Colorado's high-quality (low sulfur, low ash, low mercury, high Btu) coal, 67 percent of the coal produced was shipped out of state by rail to 28 other states, mostly to the east where it is blended with high-sulfur coals to reduce pollution at minimally-compliant steam power plants (Cappa et al. 2007).  Of those states, Tennessee, Kentucky, and Texas together received almost one-third of the total coal shipped out of Colorado.  Somerset coal is highly desirable for blending with high-sulfur coals for electricity production.  For example, in 2006, over 15.5 million tons of coal from the Somerset coal field was shipped to the Front Range and further east.  The Tennessee Valley Authority uses North Fork coal from all three mines.  Although a small percentage of coal from Colorado is used for commercial and industrial plants, no coking coal from Somerset was used for that purpose.

The three active mines in the Somerset coal field are mining coal from the Paonia Shale Member of the Mesaverde.  The West Elk Mine mined the F seam of the Mesaverde Formation until 1991 and mined the B seam until recently, but is currently mining the 10- to 11-foot-thick E seam (Carroll 2005; Cappa et al. 2007).  Average interburden between the B and E seams is 120 to 130 feet.  Although the average overburden depth of the B seam is 1,200 feet, the West Elk Mine has the maximum mining depth in Colorado at 2,300 feet (Carroll 2010).  Prior to 2003, Oxbow mined the B and C seams from their Sanborn Creek Mine located east of their currently active Elk Creek Mine, which is in the 14-foot-thick D seam.  The Elk Creek Mine workings are above the historic US Steel B and C seam workings.  Prior to 2004, Bowie mined the 9- to 12-foot-thick D seam then transitioned to the B seam beneath their D seam workings, having mined-out the D seam in 2007.  The Bowie No. 2 Mine currently extracts coal from the 10- to 12-foot-thick 'upper' B seam split.  According to Cappa et al. (2007), the average energy value of coal shipped from these three mines was 11,650 Btu for Bowie #3, 12,375 Btu for Elk Creek, and 11,650 Btu for West Elk.  All three mines primarily use longwall mining methods with some use of continuous miners.  Longwall mining equipment is shown in the following photograph.

BLM_0150456



Longwall mining operation in Elk Creek Mine.  This wall is 825 feet long and produces 10,000 tons of coal per day.  *Photo courtesy Oxbow Mining, LLC.*

BLM_0150457

## VII.  Coal Resource Potential (Geologic Occurrence)

A coal resource is where concentrations of coal exist in such forms that economic extraction is currently or may become feasible (US Bureau of Mines and USGS 1976).  The coal needs to be in thick enough seams without significant partings or other impurities and needs to meet quality standards (i.e., within acceptable ranges of Btu, sulfur, ash, and moisture content) for the market to be supplied.  The Uncompahgre RMP planning area is considered to have coal resource potential in areas where (1) underlying strata are likely to have accumulated in a coal-forming environment, and (2) the potential coal-bearing rocks are less than 3,500 feet deep for coals to be extracted by underground mining methods (i.e., Mesaverde or Fruitland coals) or less then 150 feet for coals to be surface mined (i.e., Dakota coals).  As discussed in this report, coal-bearing strata are known or are likely to be in the Dakota Formation, Fruitland Formation, or Mesaverde Formation/Mesaverde Group.  Since overburden depth is an important factor in determining coal potential once a coal-bearing formation is known, overburden was used as a selection criteria.  Figure 20 shows the overburden depths of the three formations in the planning area.

The resource potential was evaluated separately for areas with Dakota coal and Mesaverde/Fruitland coal because they require different mining methods (i.e., surface versus underground) and represent a different kind of resource (e.g., thin-seam, lower-quality coal of the Nucla-Naturita coal field requiring consumption by a local power plant versus thick-seam, high-quality coal of the Somerset coal field).  The coal resource potential is shown on Figure 21 (Dakota Formation) and Figure 22 (Mesaverde and Fruitland Formations).  The criteria for determining low, low to moderate, and high coal resource potential, based on geologic occurrence is described below for each formation.  For this analysis, areas of high coal resource potential have nearby outcrop, mining, or drill hole data that substantiate the presence of coal.  Areas of low to moderate coal resource potential do not have drill hole or outcrop data to substantiate the presence of coal; however, data in adjacent areas indicate that coal is likely present.  Areas of low coal resource potential have no information to substantiate the presence of coal; however, the presence of coal is inferred from regional data.

Once the coal potential was assessed for the planning area based on geologic factors, a map was generated that removed mined-out and currently leased areas because these areas have no future leasing or permitting coal potential (Figure 27).  This Known Potential Coal Resource map (Figure 27) also only includes coal with federal mineral estate.  In other words, all private subsurface ownership was removed as being a coal resource, as the purpose of this report is to identify the areas of potential exploration and mining for coal on lands with federal (BLM) mineral ownership and management.  It should be mentioned that in mined-out areas in the Somerset coal field, it is likely that not all (six) coal seams may have been removed.  Other seams in a lease could have coal potential, but these are in areas with existing leases and no new area would be involved.  Areas with pending leases (Figure 19) are shown on Figure 27 as a potential coal area because they have not yet been mined.  In the Grand Mesa coal field, no mined-out areas were removed, as none of the mines were very deep (many were only 100 to 300 feet deep) or extensive laterally.

BLM_0150458



**Figure 20.  Depth of Overburden within the Planning Area**

BLM_0150459

*Coal Resource Potential of the Dakota Sandstone*

**Methods for Dakota Sandstone Resource Evaluation**
Coal thickness isopach maps have not been compiled for the Dakota Sandstone because the lenticular coals cannot be correlated on a regional scale (Eakins 1986). Consequently, the evaluation was based on an assessment of coal resource based on overburden thickness (Figure 20), areas adjacent to existing mines, and areas with drill hole data substantiating the presence (or lack) of viable coal seams.

**Previously Estimated Coal Resources**
The Nucla-Naturita coal field is the primary area with coal potential within the Dakota Sandstone. In the main part of the Nucla-Naturita coal field (15 square miles), in the vicinity of the New Horizon Mine, Landis (1959) estimated an original resource of about 114 million short tons of coal. Hornbaker et al. (1976) estimated a total of 1.375 billion short tons of Dakota coal in the Nucla-Naturita coal field at a depth of less than 3,000 feet within the 50 square miles of explored area. Using water well logs and assuming a 3-foot thickness of coal where no information exists, Speltz (1976) calculated strippable resources of 2.9 billion short tons of coal within 502,000 acres of southwest Colorado (includes the Cortez and Dove Creek areas). He did not separate out the Nucla-Naturita coals from those in Dolores and Montezuma Counties, but the area defined as having strippable coal in the Dakota Sandstone near Nucla was about one-fifth the size of the more-extensive Cortez-Dove Creek region. With this rough estimate, the strippable Dakota coals in the Nucla region would have about 0.58 billion short tons of coal.

**Current Coal Resource Potential**
Determining the coal resource potential of the Dakota Sandstone is problematic for at least three reasons. The first reason is that drill hole data is concentrated in some areas of the Nucla-Naturita coal field but is lacking in other areas. The presence of coal in the Dakota must, therefore, be inferred from adjacent areas where the Dakota coal has been described. The second reason is that the Dakota Sandstone is often mapped as including the Burro Canyon Formation, which is barren of coal. Showing areas all of Dakota (including Burro Canyon) would therefore overestimate the extent of the true Dakota Sandstone and its coal-bearing units. The third reason is that the coal seams in the Dakota Sandstone are typically lenticular, discontinuous, and often bony (i.e., impure coal or mineral partings). Because the seams are laterally so variable, it is difficult to accurately calculate the volume of the resource. In addition, even if an area has well less than 120 feet of overburden, which is the current industry limit for strippable coal, the coal could be highly oxidized and of poor quality (O'Hara 2009). The closer the coal is to the surface, the greater the exposure to air and oxidation/degradation of the coal. Therefore, shallow coal is not necessarily a good thing in terms of maintaining quality of the coal.

The criteria used for determining levels of recoverable coal potential in the Uncompahgre RMP planning area mapped as Dakota Sandstone are as follows (Figure 21):

(1.) **High potential** – Dakota Sandstone in Nucla-Naturita and Wrights Mesa (Redvale and Norwood) regions with overburden less than 150 feet (Figure 20), but excluding Third Park (north of Coal Creek) and mined-out (or current lease) areas. This represents the strippable coal resource, such as what is being currently mined.

BLM_0150460



**Figure 21.  Coal Resource Potential of the Dakota Sandstone**

BLM_0150461

(2.) **Low to moderate potential** – Dakota Sandstone in Nucla-Naturita region outside of the high-potential area with overburden of less than 150 feet, Dakota Sandstone with overburden 150 to 3,000 feet west of Uncompahgre Plateau, and Third Park near Nucla.  This represents coal that can either be stripped if drilling confirms viable coal seams or limited underground mining for thicker seams.  This resource would still require trucking to the Nucla FBC power plant.

(3.) **Low potential** – This includes all other Dakota Sandstone outside of the Nucla-Naturita region with an overburden of less than 3,000 feet, such as in the Uncompahgre and North Fork Valleys.

Although underground mines have operated in the region in the past, it would require significant infrastructure development that does not currently exist in order to resume this activity.  However, there is the potential for thicker seams (on the order of 7 to 9 feet, based on historic mining records), which could warrant the resumption of underground mining if drilling data supports the presence of these types of seams.

All other areas of Dakota Sandstone in the planning area are regarded as having low potential because the formation in these areas appears to have mostly carbonaceous shale or bony coal and not thick, pure, or continuous coal seams.  In the northern portion of the planning area, the resource potential is also low for Dakota coals because either the formation is buried by 5,000 to 6,000 feet of overburden or it is isolated and not proven with borehole data.  Any deep Dakota coal that might be present in the planning area would not have current mining (development) potential because it is at depths that exceed the physical or economic limits of present-day mining techniques.

Areas showing coal potential do not account for private or federal coal estate or any other limitations such as proximity to roads or homes.  It is purely a representation of potential coal underlying the surface.

## Coal Resource Potential of the Fruitland Formation

### Methods for Fruitland Formation Resource Evaluation

Coal thickness isopach maps have not been compiled for the Fruitland Formation in the planning area because the coal seams are broken by numerous faults and landslides, so they cannot be correlated on a regional scale.   Consequently, the evaluation is based on an assessment of coal resource based primarily on overburden thickness (Figure 20) and geologic mapping because there are few historic mines and a lack of drill hole data.

### Previously Estimated Coal Resources

The Tongue Mesa coal field is the primary area with coal potential for the Fruitland Formation.  Landis (1959) reported an estimated 2.355 billion tons of coal originally in place, but Hornbaker et al. (1976) estimated it as high as 4.000 billion short tons.  However, since underground mining would only be feasible in the thicker seams, only one-sixth to one-quarter of this coal is recoverable (Hornbaker et al. 1976).  This would indicate a recoverable resource of 0.670 to 1.00 billion short tons.   Speltz (1976) indicated that, given the geology, topography, and discontinuous nature of the coal seams, there is no strippable coal resource in the Tongue Mesa coal field.

April 2010    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    47
*Final Coal Resource and Development Potential Report*

BLM_0150462

**Current Coal Resource Potential**

According to the USGS, the planning area has a moderate to high resource potential for coal where it is underlain by the Fruitland Formation in the Tongue Mesa coal field (Hettinger et al. 2004).  The area is given a high resource potential because it is known to contain thick beds of subbituminous coal, some of which are 30 to 40 feet thick (Carroll and Bauer 2002).  The area is also assigned a moderate resource potential because coal bed continuity could not be determined, owing to poor exposure and structural complexities.  Some exploratory and evaluation drilling was carried out in the mid-1970s (Hornbaker et al. 1976).  For example, Kemmerer Coal explored the potential for coal resources of the Fruitland coal in the 1970s but did not pursue mining due to a lack of supporting data (Sharrow 2005).  The few outcrops of the Fruitland Formation are surrounded by landslide deposits that are potentially unstable and steep, thus making access difficult.  Although the area has a moderate to high resource potential, Hornbaker et al. (1976) concluded that the coal in the Tongue Mesa area could not compete with better coal in the Somerset field.

The following criteria were used for determining levels of recoverable coal potential in the planning area in the Tongue Mesa coal field (Figure 22).  Due to the similar age/type of coal and underground mining techniques needed to extract the coal, the potential for both the Fruitland and Mesaverde coals are shown on the same map (Figure 22).

    (1.)  **High potential** – All of the Fruitland coal with high potential has been mined-out, is too small (isolated), or is too inaccessible to be a viable resource.  Consequently, none of the coal resource in the Fruitland Formation within the planning area is considered to have high potential.

    (2.)  **Low to moderate potential** – Areas with Mesaverde or Fruitland Formation outcrops in the Cimarron Ridge (Tongue Mesa) area.  This represents the underground mining coal resource, such as the type of coal that was previously mined in the Tongue Mesa coal field.

    (3.)  **Low potential** – Includes all Mesaverde or Fruitland Formations within the Cimarron Ridge area with an overburden of less than 3,000 feet.

According to the BLM's letter to the Grand Mesa, Uncompahgre, and Gunnison National Forest Supervisor, which included comments from their review of the Grand Mesa, Uncompahgre, and Gunnison National Forest's draft Coal Resource and Development Potential of 2004, the BLM indicated that the Fruitland coal in the Tongue Mesa field is difficult to access and heavily faulted (Sharrow 2005).  In addition to the discontinuous nature of the formation due to faults and landslides in the Tongue Mesa area, there are no railway lines to transport the coal.  Without a rail line, this resource would require trucking to the rail line in Montrose or to a currently nonexistent power plant constructed for the specific purpose of burning that local coal, similar to what is being done in the Nucla area.  Due to difficult access, the marginal and dispersed nature of the coal resource, and lack of a nearby power plant to the Tongue Mesa coal field, it is not likely that large-scale mining development could be justified over the next 20 years.  In fact, even small-scale mining development of this resource would not be expected.

BLM_0150463



**Figure 22.  Coal Resource Potential of the Fruitland and Mesaverde Formations**

BLM_0150464

### *Coal Resource Potential of the Mesaverde Formation*

**Methods for Mesaverde Coal Resource Evaluation**

The resource potential of the Somerset coal field has been studied in much more detail than any of the other coal field in the planning area (Boreck and Murray 1979; Eakins et al. 1998a, 1998b; Hettinger et al. 2000, 2004; Hornbaker et al. 1976; Landis, 1959; Rohrbacher et al. 2000; Schultz et al. 2000; Toenges et al. 1949, 1952; USFS 2006).  Gross coal resources were estimated using a modified methodology based on that of Wood et al. (1983) by which all coal in the ground in beds greater than 1 foot thick and under less than 3,500 feet of overburden are reported.  The term "original resource" refers to coal in the ground prior to mining.  More deeply buried coal is reported as other occurrences of non-resource coal.  **This report does not estimate coal reserves that are the subset of the resource that can be economically produced at the present time**.  Coal resources for Mesaverde coal were estimated by multiplying the volume of coal by the average density of coal (Wood et al. 1983).

Hettinger et al. (2000) performed an analysis on the Mesaverde coals in the southern Piceance Basin, which includes the Somerset coal field.  Maximum overburden thicknesses on the A, B, C, D, E, and F seams are shown in Figures 23, 24, and 25.  The maximum overburden thickness on the base of the Mesaverde Formation east of Somerset in the intrusive area (east of longitude 107°15' West) is shown on Figure 26.



**Figure 23.  Isopach Map of Overburden on Base of Mesaverde A, B, and C Seams**
Source: Hettinger et al. 2004

---

BLM_0150465



**Figure 24.  Isopach Map of Overburden on Base of Mesaverde D and E Seams**
Source: Hettinger et al. 2004



**Figure 25.  Isopach Map of Overburden on Base of Mesaverde F Seam**
Source: Hettinger et al. 2004

BLM_0150466



**Figure 26.  Isopach Map of Overburden on Mesaverde Formation in Eastern Intrusive Area**
Source: Hettinger et al. 2004

For the analysis by Hettinger et al. (2000), an average density of 1,800 short tons per acre-foot for bituminous coal was used.  Coal tonnages are reported within overburden categories of 0–500, 500–1,000, 1,000–2,000, and 2,000–3,000 feet.  Overburden was determined by subtracting elevations at the base of the specified coal interval from surface elevations.  The difference represents the maximum overburden on the specified coal interval.  Elevations at the base of the A, B, and C seams were determined from a structure contour map of the top of the Rollins Sandstone Member.  Similarly, elevations at the base of the D, E, and F seams were determined from structure contour maps that represent the base of those respective seams and their associated zones.  These overburden thicknesses are shown in Figures 23–26.

**Previously Estimated Coal Resources**
The Grand Mesa and Somerset coal fields are the primary areas with coal potential for the Mesaverde Formation. About 150 million short tons have been produced since the late 1800s from this region (USFS 2006).  The Mesaverde has six regionally extensive coal seams or zones; they contain as much as 97 feet of net coal and have individual coal beds as thick as 30 feet within the USFS areas (Hettinger et al. 2000).  According to Landis (1959), a total of 3.348 billion short tons of bituminous coal are estimated to have been originally present in the 133 square miles of the Somerset coal field.  He estimates that an additional 87 square miles of land may contain mineable coal reserves with less than 3,000 feet of overburden and could add around 2.19 billion short tons of coal to the resources.  Hornbaker et al. (1976) adds that roughly one-half of the original coal in 133 square miles was high-volatile B bituminous and of coking quality.  If coal could be mined with an overburden depth of 6,000 feet, Hornbaker et al.

BLM_0150467

(1976) estimates 8 billion short tons of coal over an additional 100 square miles. Landis (1959) determined that the Grand Mesa coal field contained 1.6 billion short tons of mineable coal, with less than 9 percent being high-volatile C bituminous and the remainder being subbituminous A rank. He indicated that if the overburden depth was increased to 3,000 feet, there should be an additional 184 square miles of coal with possibly 3.1 billion short tons of coal. Hornbaker et al. (1976) estimated 8.6 billion short tons of coal resource in beds greater than 5 feet thick and underlying up to 6,000 feet of overburden with 9 percent being high-volatile C bituminous and the remainder being subbituminous A rank.

**Current Coal Resource Potential**
The Known Potential Coal Resource map is shown as Figure 27. The USFS (2006) analyzed in detail the Grand Mesa and Gunnison National Forests in the southern Piceance Basin. They found that the area of high coal resource potential in the two forests within the basin is estimated to contain about 38 billion short tons of coal in the Mesaverde Formation. This large resource figure does not represent mineable reserves, which are a subset of the resource that could be economically produced at the present time. Coal in the Mesaverde would have to be mined using underground methods, and technological and geologic restrictions preclude much of the resource from being economically mined. For example, only 37 percent (14 billion short tons) of the coal resource is at depths favorable for longwall mining (i.e., less than 3,000 feet). Some coal would be precluded from mining because the beds are too thin, thick, or steeply inclined. Additional coal would also be restricted from mining because the beds might be discontinuous, left in the ground as pillars for roof support, or bypassed due to mining of adjacent coal seams.

Specific to the recoverable coal potential for Mesaverde coal in the Grand Mesa and Somerset coal fields within the planning area, the following criteria were used for determining levels of potential (Figure 22).

    (1.)    **High potential** – All Mesaverde in the vicinity of Grand Mesa with an overburden of less than 3,000 feet except for mined-out areas and current leases. It does not include pending leases. High-potential areas include much of the Grand Mesa and Somerset coal fields within the planning area.

    (2.)    **Low to moderate potential** – All Mesaverde with overburden of 3,000 to 3,500 feet. This is continuous band spanning both coal fields that is known to exist but is at the margin of current mining capabilities.

    (3.)    **Low potential** – Includes the Deep Piceance coal (Mesaverde with overburden greater than 3,500 feet).

Areas mined-out or under current leasing are excluded from having coal resource potential even if some seams within a lease have not been mined. This is because those seams could be mined under the current leases and require no exploration on new (not previously leased) land. In other words, exploration and mining of these unexploited seams could occur, but these activities would occur within areas of existing leases.

Although the Grand Mesa coal field has not had an active mine since 1984, this was not due to an exhaustion of the coal resource; rather, it was due to a lack of a rail line to export the coal to more-distant markets. Grand Mesa is within the Piceance Basin and is underlain by the

BLM_0150468



**Figure 27.  Known Potential Coal Resource in the Planning Area**

BLM_0150469

Mesaverde. As such, coal underlies the entire landform, and the coal potential is significant if it could be accessed by deep-mining methods (Haun and Weimer 1960; Hornbaker et al. 1976; Landis 1959; Murray 1980a).

More detailed information about the coal resource potential of each of the six Mesaverde seams is offered below as a summary of work by Hettinger et al. (2000) and the USFS (2006).

### Coal Resource Breakdown of the Mesaverde A to F seams

Based on information from the USGS (Hettinger et al. 2000), Area 1 (defined as the Grand Mesa and Gunnison National Forest within the Piceance Basin) has an original coal resource of about 14 billion short tons in the Mesaverde Formation and Mesaverde Group.  This total represents coal beds more than 1 foot thick and under less than 3,500 feet of overburden.  The resource figure does not include coal folded over the flanks of laccoliths (dome-shaped igneous intrusions) or buried beneath laccoliths.  Approximately 20 percent of the resource is in the Grand Mesa National Forest, and 80 percent is in the Gunnison National Forest.

Area 1 also contains about 58 billion short tons of non-resource coal in the Mesaverde that is covered by 3,000 to 11,500 feet of overburden (Figure 20).  Non-resource coal is defined by coal seams that are too thin or of such quality (low Btu or high sulfur/mercury) to make them uneconomical to mine.  Approximately 76 percent of the non-resource coal is in the Grand Mesa National Forest, and 24 percent is in the Gunnison National Forest.  Coal tonnages are reported by reliability and overburden categories for each coal zone in the Mesaverde where it is located west of longitude 107°15' West (Tables 3, 4, and 5, respectively), and tonnages are reported for the entire Mesaverde where it is located east of longitude 107°15' West (Table 6).

### Table 3. Original Coal Resources in the A, B, and C Seams (Area 1)
### (in millions of tons)

| National Forest | Reliability[1] | Overburden | | | | Total |
|---|---|---|---|---|---|---|
| | | 0–500 | 500–1,000 | 1,000–2,000 | 2,000–3,000 | |
| Grand Mesa | Identified | 140 | 130 | 420 | 940 | 1,600 |
| | Hypothetical | 78 | 94 | 290 | 440 | 900 |
| **Grand Mesa Subtotal** | | **210** | **220** | **710** | **1,400** | **2,700** |
| Gunnison | Identified | 940 | 820 | 2,200 | 2,600 | 6,900 |
| | Hypothetical | 80 | 15 | 0 | 200 | 300 |
| **Gunnison Subtotal** | | **1,000** | **830** | **2,200** | **2,800** | **7,100** |
| **Total** | | **1,200** | **1,100** | **2,900** | **4,100** | **10,000** |

[1] "Identified" resources are located less than 3 miles from a coal measurement (data point from an exploration drill hole), and "Hypothetical" resources are located more than 3 miles from a coal measurement.

BLM_0150470

**Table 4. Original Coal Resources in the D and E Seams (Area 1)**
**(in millions of tons)**

| National Forest | Reliability[1] | Overburden | | | | Total |
|---|---|---|---|---|---|---|
| | | 0–500 | 500–1,000 | 1,000–2,000 | 2,000–3,000 | |
| Grand Mesa | Identified | 0 | 0 | 0 | 0 | 0 |
| | Hypothetical | 0 | 0 | 0 | 0.47 | 0.47 |
| **Grand Mesa Subtotal** | | **0** | **0** | **0** | **0.47** | **0.47** |
| Gunnison | Identified | 180 | 350 | 840 | 740 | 2,100 |
| | Hypothetical | 0.20 | 2.5 | 20 | 59 | 80 |
| **Gunnison Subtotal** | | **180** | **350** | **860** | **790** | **2,200** |
| **Total** | | **180** | **350** | **860** | **790** | **2,200** |

[1] "Identified" resources are located less than 3 miles from a coal measurement (data point from an exploration drill hole), and "Hypothetical" resources are located more than 3 miles from a coal measurement.

**Table 5. Original Coal Resources in the F Seam (Area 1)**
**(in millions of tons)**

| National Forest | Reliability[1] | Overburden | | | | Total |
|---|---|---|---|---|---|---|
| | | 0–500 | 500–1,000 | 1,000–2,000 | 2,000–3,000 | |
| Grand Mesa | Identified | 0 | 0 | 0 | 0.27 | 0.27 |
| | Hypothetical | 0 | 0 | 0.18 | 5.80 | 6 |
| **Grand Mesa Subtotal** | | **0** | **0** | **0.18** | **6.1** | **7** |
| Gunnison | Identified | 170 | 230 | 670 | 540 | 1,600 |
| | Hypothetical | 0.96 | 0.82 | 0.22 | 38 | 40 |
| **Gunnison Subtotal** | | **170** | **230** | **670** | **580** | **1,600** |
| **Total** | | **170** | **230** | **670** | **586** | **1,607** |

[1] "Identified" resources are located less than 3 miles from a coal measurement (data point from an exploration drill hole), and "Hypothetical" resources are located more than 3 miles from a coal measurement.

**Table 6. Original Coal Resources in the Mesaverde of the Eastern Intrusive Area (Area 1)**
**(in millions of tons)**

| Reliability[1] | Overburden | | | | Total |
|---|---|---|---|---|---|
| | 0–500 | 500–1,000 | 1,000–2,000 | 2,000–3,000 | |
| Identified Subtotal | 160 | 160 | 63 | 51 | 434 |
| Hypothetical Subtotal | 160 | 64 | 160 | 100 | 484 |
| Total | 320 | 224 | 223 | 151 | 918 |

[1] "Identified" resources are located less than 3 miles from a coal measurement (data point from an exploration drill hole), and "Hypothetical" resources are located more than 3 miles from a coal measurement.

BLM_0150471

**The large gross coal resource figures reported for Area 1 (Grand Mesa and Gunnison National Forests in the Piceance Basin) must be regarded with caution because they do not reflect economic, land use, environmental, technological, and geologic restrictions that affect the availability and recoverability of coal.** The coal would have to be mined using underground methods, and technological and economical constraints generally limit current longwall mining to (1) depths of less than 3,000 feet, (2) beds more than 3.5 feet thick, and (3) strata inclined by less than 12 degrees (USFS 2006). Additionally, only about 14 feet of coal can be mined even if the bed is of greater thickness due to limitations of the longwall mining equipment.

An estimated 14 billion short tons of coal in Area 1 meets favorable underground mining criteria regarding depth of burial (less than 3,000 feet), and only a fraction of that coal could be mined economically because many beds are either less than 3.5 feet thick or more than 14 feet thick, and because many localities in the vicinity of the Crested Butte and Carbondale coal fields are steeply inclined. Additional coal would also be restricted from mining because it might be in beds that are discontinuous, left in the ground as pillars for roof support, or bypassed due to mining of adjacent coal seams. The following summarizes the findings:

*Area 1, A, B, and C Seams*—The A, B and C seams have an original coal resource of 10 billion short tons in Area 1 (Table 3) where the coal is covered by less than 3,000 feet of overburden (Figure 23). Approximately 5.2 billion short tons are under less than 2,000 feet of overburden.

*Area 1, D and E Seams*—The D and E seams have an original coal resource of approximately 2.2 billion short tons in Area 1 (Table 4) where the coal is covered by less than 3,000 feet of overburden (Figure 24). Approximately 1.4 billion short tons are under less than 2,000 feet of overburden. The D and E seams contain an additional 3.8 billion short tons of non-resource coal (3,000 to 11,500 feet of overburden) in Area 1.

*Area 1, F Seam*—The F seam has an original coal resource of approximately 1.6 billion short tons in Area 1 (Table 5) where the coal is covered by less than 3,000 feet of overburden (Figure 25). Approximately 1.1 billion short tons are under less than 2,000 feet of overburden. The F seam contains an additional 1.8 billion short tons of non-resource coal in Area 1.

*Area 1, Coal Resources of the Mesaverde in Eastern Intrusive Area*—Area 1 has an original resource of 918 million short tons of coal in the Mesaverde where it is located east of longitude 107°15' West (Table 6). The coal resource is distributed across the lower, middle, and upper coal zones. This resource figure is tenuous because of the complex geology and lack of coal measurements in the area. Additionally, the resource figure does not include coal that is folded over the flanks of laccoliths or that which is buried beneath laccoliths in the region. Maximum overburden on the Mesaverde east of longitude 107°15' West is shown in Figure 26. Approximately 767 million short tons are under less than 2,000 feet of overburden.

BLM_0150472

## VIII.  Areas with Potential for Coal Development during Plan Life and Reserve Estimates

This report was prepared to aid in identifying areas with coal development potential in the planning area in support of the RMP revision underway in 2010.  The following development potential estimates are for the plan life of 20 years beginning in approximately 2013, and are based on the most current available resource and development information.  The coal resource potential was discussed in Section VII, which is the potential for the presence of coal based on geologic factors.  Coal development potential is the economic feasibility of the coal actually being extracted.  Factors such as remoteness, rugged terrain, market demand for the type or quality of coal, and availability of suitable transportation (i.e., rail line) or coal-handling infrastructure all contribute to the development potential of coal.

### *Identification of Areas with Potential for Coal Development during Plan Life*

The coal development potential within the planning area was evaluated separately for the Dakota Sandstone Formation and the Mesaverde/Fruitland Formations.  In the case of Dakota coals, the seams are relatively thin, lenticular, and near the surface, making them more suitable to strip mining and local marketing.  For the Mesaverde Formation, the coal is relatively thick with multiple, continuous seams, and is deep, requiring underground mining methods.  The Fruitland Formation would also require underground mining and has potentially thick seams, but they are fragmented by faults.  Only the Mesaverde coals in the Somerset coal field are accessible with a rail line via the North Fork Valley, while all other areas with coal potential would require trucking.  The following criteria were taken into account when assessing the potential for coal development:

   a.  Areas with high potential for coal resource occurrence;
   b.  Existing coal mining activity occurring nearby;
   c.  Areas where the overburden is 3,500 feet or less in the Somerset Field and 150 feet or less for Dakota coal in the Nucla-Naturita-Norwood area;
   d.  Advances in mining technology could occur;
   e.  Coal prices and high-coal quality will continue the demand for area coal; and
   f.  Areas with private subsurface estate and Wilderness are excluded.

### Nucla-Naturita Coal Field Potential Development

Coals in the Dakota Formation occur within the Nucla-Naturita coal field and several adjacent areas.  Current mining at the New Horizon Mine will likely extend to the north on First and Second Parks.  Also, mining potential exists on other areas of First and Second Parks (i.e., New Horizon Mine North), Wrights Mesa (southeast of Nucla and Naturita in the Redvale and Norwood areas), and south of the San Miguel River towards Naturita Ridge and Dry Creek Basin.  Although Eakins (1986) indicated through borehole, water well, and outcrop data that Third Park had coal resource potential, exploratory work by Western Fuels Association found mostly carbonaceous shale, low-quality coal (around 8,000 Btu), and the main LDx coal seam was thin with multiple partings, making it undesirable for current strip mining methods (O'Hara 2009).  If mining extends into these additional areas in the vicinity of the Nucla-Naturita coal field, supplying coal to the Nucla FBC power plant is expected for the next 20 years.

April 2010     *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*     58
Final Coal Resource and Development Potential Report

BLM_0150473

Regarding coal potential for other Dakota coals outside of the Nucla-Naturita area, borehole logs, water well logs, and outcrop data all suggest that coal does exist in this formation over a broad area, but it is too deep for strip mining, too thin with many partings, and/or of too poor quality to be a desirable coal resource. The main reason that the Nucla-Naturita coal field is still operating is the proximity of a specialized (FBC) coal power plant that can efficiently process the relatively thin, dirty seams of coal typical of Dakota coal in western Colorado. Because there are no other similar power plants in the planning area, developing Dakota coal outside of the Nucla area is not anticipated over the next 20 years.

**Tongue Mesa Coal Field Potential Development**
Coals in the Fruitland Formation occur within the Tongue Mesa coal field. Small "dog hole" mines have been used along the coal outcrop for local residential heating, but no commercial mines have operated since 1950 (Carroll and Bauer 2002). The Tongue Mesa field is heavily faulted, is covered with extensive landslide deposits, has no rail line or coal-handling facilities, and is in a remote area with limited access. Therefore, no commercial mining activity is expected in this area over the next 20 years.

**Grand Mesa Coal Field Potential Development**
The Grand Mesa coal field, located west of Leroux Creek, has significant potential to provide bituminous coal resource, as shown in Figure 22. However, due to the lower coal quality (i.e., lower Btu), deep overburden, and inaccessibility to coal-handling and transportation facilities, coal mining activity in this field has limited potential during the next 20 years (Sharrow 2005). Some exploration may be anticipated in the portions of this field with an overburden of less than 3,000 feet overlying the Mesaverde, but actual mining on a commercial scale is not likely due to a lack of a rail line and related infrastructure, as well as the proven higher-quality coal in the adjacent Somerset coal field. Additionally, the Somerset coal field contains a rail line, loadouts, and other coal handling facilities to accommodate future mining in the vicinity of Paonia and Somerset that do not exist in the Cedaredge area. Consequently, no commercial mining activity is expected in this area over the next 20 years.

**Somerset Coal Field Potential Development**
The Somerset coal field has the greatest potential for continuing to produce the largest amount of coal in the planning area. Projections by the US Department of Energy's Energy Information Administration (US Department of Energy 2010b) indicate that demand for Somerset's compliant to super-compliant coal will remain high and will likely continue to provide around 40 percent of Colorado's coal. In addition to the areas shown in Figure 28, which is the projection of the areas of recoverable coal resource based on the previously discussed criteria, the USFS (2006) produced a more detailed evaluation of potentially developable coal of the Mesaverde in the Somerset coal field within the Grand Mesa and Gunnison National Forests (Figure 28). The areas labeled A, B, and C (shown in purple on Figure 28) are the areas they determined should be considered for coal leasing in the Grand Mesa and Gunnison National Forests. This area surrounds the currently active coal operations in the North Fork Valley, including the Somerset coal field, and extends to the west into the Grand Mesa coal field (Area A), north of Somerset and Oxbow's lease (Area B), and east and south of Mountain Coal's lease (Area C). Area C is constrained by the North Fork of the Gunnison River on the north, Coal Creek on the east, the West Elk Wilderness boundary on the south, and the coal outcrop on the west. The estimated

BLM_0150474



**Figure 28.  Potentially Developable Coal in the Somerset Coal Field**
Source: USFS 2006

BLM_0150475

area on the Grand Mesa and Gunnison National Forests having a high potential for coal development is 45,280 acres, with Area A containing 24,780 acres, Area B containing 4,675 acres, and Area C containing 15,825 acres.

The limits of developable coal for Areas A, B, and C (Figure 28) have an overburden cut-off at 3,500 feet (rather than the 3,000 feet cited by USGS). This increased overburden limit is considered to allow for improvements in technology and mining techniques. As new equipment and techniques are employed, the depths to which longwall operations are safe and manageable are likely to increase (USFS 2006).

For the deeper coal seams that are currently inaccessible by current underground mining techniques, either conventional gas drilling methods in sandstone reservoirs interbedded with the coal in the Mesaverde or Underground Coal Gasification, also known as in-situ gasification of coal beds, may be an option to obtain energy from the coal beds without removing the coal (Wikipedia 2009). Underground Coal Gasification technology could be used to extract methane from the Piceance Deep coals in the planning area, which are those with an overburden of greater than 3,500 feet (Figure 5). In the Underground Coal Gasification process, wells inject oxidants into coal seams igniting them, and production wells collect the resultant gases to be used as a chemical feedstock or as fuel for power generation. Murray et al. (1977) found that the southeastern part of the Piceance Creek Basin, which includes the Somerset coal field, contains the gassiest coal mines in Colorado as well as the western US. Murray's work indicated that there are multiple thick (approximately 20- to 50-foot) coal beds in the basin at depths of 3,000 to 7,000 feet. Underground Coal Gasification technology has been used in the Appalachian region since the 1970s and could be a viable deep energy resource for this region of Colorado. Neither conventional gas drilling nor Underground Coal Gasification methods could be used close to an active or planned underground coal mine due to the fire and explosion potential within the mines.

Coal potential for other Mesaverde coals in the Somerset coal field outside of the currently leased areas includes Snowshoe Mesa and areas east of Coal Creek (east of Area C on Figure 28) and Coal Creek Mesa west of Coal Creek. Literature suggests the potential for coking and anthracite coal resources in these areas. Other areas of coal potential are Oak Mesa and the Leroux Creek basin near the western edge of the Somerset coal field, areas north to east of Paonia (Terror, Elk, and Minnesota Creek basins), and the area locally known at the Raggeds Field (east of Highway 133 and north of Paonia Reservoir on Figure 22). Viability of these reserves needs further evaluation.

### *Reserve Estimates for Area with Development Potential*

**Gross Reserve Estimates**
Detailed analyses of coal reserves for the sum of all coal fields within the planning area are not available. There are many estimates of reserves on a per-mine basis, but none are projected beyond the scope of their operation. However, the USGS and others have calculated reserve estimates for the Somerset area coals. Because the majority of the currently active coal operations within the planning area are within the Somerset Quadrangle, data derived from their activities are useful to evaluate the potential coal resource in that area. In 2000, the USGS published a report on the coal reserves within the Somerset 7.5' Quadrangle (Rohrbacher et al. 2000) that was based on work by Eakins et al. (1998a). These reports are summarized in

BLM_0150476

Table 7, which provides a gross estimate of the coal reserves in the vicinity of the West Elk, Elk Creek, and Bowie #2 mines.

**Table 7. Summary of Original, Mined, and Available Coal Resources within the Somerset 7.5' Quadrangle as of 1998**

| Resource Category | Seam* | | | | | | Total |
|---|---|---|---|---|---|---|---|
| | Lower B | B | C | Lower D | D | E | |
| Original coal resource | 95.2 | 1,202.5 | 417.6 | 280.7 | 666.4 | 425.4 | 3,087.8 |
| Coal Mined or lost during mining | 0.0 | 222.6 | 25.6 | 0.0 | 5.3 | 21.9 | 275.4 |
| Remaining coal | 95.2 | 979.9 | 392.0 | 280.7 | 661.1 | 403.5 | 2,812.4 |
| Land use restrictions | 0.0 | 0.1 | 0.2 | 0.9 | 0.4 | 0.3 | 1.9 |
| Technological restrictions | 36.4 | 198.3 | 0.9 | 175.9 | 72.8 | 0.3 | 484.6 |
| **Available coal resource** | **58.8** | **781.5** | **390.9** | **103.9** | **587.9** | **402.9** | **2,325.9** |

Source: Rohrbacher et al. 2000; Eakins et al. 1998a
*numbers are in millions of tons

Given that Table 7 reflects data as of 1998, it would be a fair estimate that available coal resources within the Somerset 7.5' Quadrangle are still over 2.2 billion short tons.  However, these numbers are total for all coal beds greater than 2.3 feet thick.  **The USFS (2006) indicates that "only a fraction of that coal could be mined economically because many beds are either less than 3.5 feet thick or more than 14 feet thick (range favorable for longwall mining operations)."**  Additional coal would also be restricted from mining because of discontinuous beds, coal left in the ground as pillars for roof support, or coal bypassed due to mining of adjacent strata.

**Refined Reserve Estimates**
Although the USGS has published many reports calculating the reserves in and around the planning area, a more refined reserve estimate is needed to reflect the reserves within the areas highlighted in Figure 28.

In Hettinger et al. (2000), the USGS included spreadsheet data containing lithologic logs of explorations hole in the Somerset 7.5' Quadrangle.  Also included in this report were Geographic Information System layers showing thickness of net coal and overburden.  This coal resource data was clipped to the area having a high potential for coal development.  Using Geographic Information System allowed the summation of coal reserves only for the area with high potential for coal development.  When totaled, the amount of coal reserves for all coal beds (any thickness) is approximately 3.025 billion tons (USFS 2006).  However, this estimate, because it contains all coal beds and has no land use restrictions, is not realistic.  Since the USGS typically studies large regions with dispersed exploration logs, they typically extrapolate coal bed thickness over large areas.  Therefore, their estimates of coal reserves are typically high.

BLM_0150477

As such, an estimation of recoverable and mineable coal reserves for the area identified in Figure 28 was performed assuming a thickness of mineable coal for the area to be 20 feet (to account for multiple seams of mineable thickness), a value of 1,830 tons per acre per foot of height.  Using these parameters, the area in Figure 28 contains an estimated 1.65 billion tons of mineable coal, equating to 829 million tons of recoverable coal (USFS 2006).

BLM_0150478

## IX.  Compliant and Super-Compliant Coal Reserves

The existing coal production from mines operating on federal leases within the planning area produce Clean Air Act compliant and super-compliant coal.  This means that coal quality meets or exceeds Clean Air Act standards for clean-burning coal (i.e., compliant coal contains between 1.0 and 1.2 pounds of sulfur dioxide per million Btu, and super-compliant coal contains less than 1.0 pound of sulfur dioxide per million Btu).  The Energy Policy Act of 2005 contains provisions (Section 437) for the Secretary of Interior, in consultation with the Secretary of Agriculture, to inventory coal resources, including identifying areas where resources of compliant and super-compliant coal exist.  Some areas in the US have been inventoried since 2005 for evaluating the presence of compliant and super-compliant coal.  However, this level of inventory has not yet been performed by the Secretary of Interior for the planning area.

Recognizing that currently developed coal resources within the planning area meet Clean Air Act standards, available coal quality data were reviewed to generally assess where compliant and super-compliant coal resources may exist in the planning area.  According to data presented by Affolter (2000) and summarized in Section III, the four coal fields in the planning area contain the range of non-compliant to super-compliant coals.  All of the coal fields contain some coal that would at least be compliant.  Colorado is second only to Illinois in bituminous coal reserves, but it is by far the leader in bituminous Clean Air Act-compliant coal reserves (Cappa et al. 2007).  For example, coal produced in 2006, including coal from the Somerset coal field, ranges between 0.4 and 0.8 percent sulfur, which is two the three times lower than average eastern bituminous coal.

BLM_0150479

## X.  Production Estimates

In 2009, according to the Colorado Division of Minerals and Geology (Colorado Division of Reclamation Mining and Safety 2010b), the Bowie mines, Elk Creek Mine, and West Elk Mine collectively produced a total of 11,801,437 tons of coal, which was over 41.3 percent of coal produced from all Colorado coal mines.  The New Horizon Mine produced 373,758 tons of coal in 2009, which was 3.1 percent of the State's coal production that year.

According to the Energy Information Administration's (Department of Energy) *2010 Annual Energy Outlook* with Projections from 2008 to 2035, the demand for low-sulfur bituminous and subbituminous coal from the Rocky Mountain Region is likely to increase annually by 0.2 percent and 0.7 percent, respectively (US Department of Energy 2010b).  This is the type of coal produced in the Somerset coal field.  The US Department of Energy projects that, on a Btu basis, 60 percent of domestic coal production will originate from states west of the Mississippi River in 2035, which is up from 50 percent in 2008.  This is due to lower prices for western mining operations and the low sulfur content of western coals.  The population is projected to increase by 0.9 percent per year with the demand for electric power from coal increasing 0.4 percent annually.  The difference is projected to be made up by an increased use of renewable energy and natural gas supplies due to lower gas prices, as well as a decline in per capita consumption of electricity due to conservation measures triggered by higher energy prices and environmental concerns (US Department of Energy 2010b).  Although there will be fewer new coal-fired power plants constructed in the next 25 years, coal will remain the dominant energy source for electricity generation according to the US Department of Energy's projections.

The BLM forecasts that 5 to 10 percent of coal reserves in the Somerset coal field will be recovered over the next 10 to 15 years (USFS 2006).  The USFS report projects that, although demand for coal is projected to increase, yearly production at the mines in the Somerset coal field is likely to remain close to the existing rate of approximately 14 to 16 million tons per year due to several limiting factors.  One limiting factor to the amount of coal produced is the capacity of the railway line or spur off of the main line in Delta, operated by Union Pacific, which hauls the coal.  This spur's sole purpose is to support the three mines in the Somerset area, but mine production is directly related to the number of coal trains that can move in and out of the one-way valley (Cappa et al. 2007).  Currently, due to train availability, it is unlikely that the rail line could support an increase in mine production.  According to Oxbow Mining, LLC, each train set typically contains 105 cars, each carrying roughly 108 tons per car, which is a total of 11,400 tons of coal per train (Kiger 2010).  This is an average of 2.84 trains per day leaving the valley.  Other limiting factors to production include physical bottlenecks at the mine facilities such as conveyor and train load-out capacities, as well as the amount of coal that can be stockpiled at the individual mine sites.

For the Grand Mesa, Tongue Mesa, and Nucla-Naturita coal fields, no rail line spur currently exists to transport coal outside of the fields.  The Nucla-Naturita coal field is successful due to the presence of a FBC power plant less than 10 miles from the single strip mine operating in the area.  This plant is well suited to use low-quality coal, and the process removes sulfur during combustion.  The 100 megawatt Nucla FBC plant can burn up to 420,000 tons of coal per year, with a minimum criteria of 8,000 Btu coal with no limits on ash and sulfur content (Eakins 1986; O'Hara 2010b).  According to O'Hara (2010b), as long as this coal can be mined locally, with a

BLM_0150480

maximum trucking distance of 10 miles from the Nucla power plant, production of around 400,000 tons of coal per year can be expected for the next 10 to 20 years.  The New Horizon Mine is expected to deplete currently permitted mine reserves in 2013, so other areas will need to be permitted to meet Nucla power plant demand.  O'Hara (2010b) indicated that the New Horizon Mine North (currently under review for permitting) would provide seven years of coal similar to the current rate to the Nucla power plant.  Beyond 2020, other areas in the Nucla-Naturita coal field will need to be mined, but he is confident, based on their exploratory work, that these resources exist in the Nucla-Naturita coal field for an additional 18 years of production.

Production from the <u>Grand Mesa and Tongue Mesa coal fields</u> is primarily limited by haulage costs, which are currently cost prohibitive to truck coal to a loading station in the Delta or Montrose areas to access the exiting rail lines.  An FBC power plant, similar to that which is used in Nucla, could be constructed in these areas, but this would require significant development costs.  In addition, substantial costs would be associated with the development of transportation and surface infrastructure to deliver coal to a new plant.  These factors make the Grand Mesa and Tongue Mesa coal fields unlikely coal resources to be developed in the next 20 years.

April 2010     *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*          66
Final Coal Resource and Development Potential Report

BLM_0150481

## XI.  Summary

The planning area contains several geologic formations that contain coal or have a high potential for the geologic occurrence of coal within four coal fields: the Somerset, Grand Mesa, Tongue Mesa, and Nucla-Naturita.  The primary coal-bearing rocks are the Upper Cretaceous Dakota Formation, Mesaverde Formation and Group, and the Fruitland Formation.  Due to the relatively thin coal seams and thin overburden, the Dakota coals are being strip mined in the Nucla-Naturita area at the New Horizon Mine.  Maximum overburden thickness is typically approximately 100 to 120 feet for strip mining of Dakota coal.  Due to multiple thick coal seams and thick overburden, the Mesaverde coals are mined underground in the Somerset coal field of the North Fork Valley.  The active mines in that field are the Bowie #2, Elk Creek, and West Elk Mines.  The current industry overburden limit is around 3,000 feet, but the USGS regards areas of coal potential up to 6,000 feet deep, which is the Piceance Deep coal underlying Grand Mesa.

The BLM estimates that coal development would occur in an area generally surrounding existing operations in the Somerset coal field and into eastern portions of the Grand Mesa coal field in the next 20 years.  This area encompasses about 45,280 acres and contains an estimated 829 million tons of recoverable coal reserves (USFS 2006).

Currently, the three mines in the Somerset area collectively produce 12 to 16 million tons of coal per year.  This production rate will likely remain stable and could increase slightly over the next 20 years.  The demand for the high quality (i.e., high Btu, low sulfur, and low ash) of Somerset coal will likely continue for this coal both within and outside Colorado.  The active strip mine in the Nucla-Naturita area will exhaust its current permit in 2013, but if other areas in the region with known coal resource are available for mining, the rate of 350,000 to 420,000 tons of coal per year could be mined for the next 20 years to continue to feed the Nucla Station FBC power plant.

BLM_0150482

## XII.  References

Affolter, R.H.  2000.  Quality Characterization of Cretaceous Coal from the Colorado
    Plateau Coal Assessment Area. Chapter G of Geological Assessment of Coal in the
    Colorado Plateau:  Arizona, Colorado, New Mexico,  and Utah.  USGS Professional Paper
    1625-B, CD-ROM Discs 1 and 2, Version 1.0, 136 p.

Ambrose, C.T., W. Eakins, J.E. Schultz, and B.S. Kelso.  2001.  Colorado Coal Quality Data.
    Colorado Geological Survey IS-58, CD-ROM.

Ayers, W.B. and W.R. Kaiser.  1994.  Coalbed Methane in the Upper Cretaceous Fruitland
    Formation, San Juan Basin, New Mexico and Colorado.  New Mexico Bureau of Mines
    and Mineral Resources Bulletin 146.

Bankey, V.  2004.  Resource Potential and Geology of the Grand Mesa, Uncompahgre, and
    Gunnison National Forests and Vicinity, Colorado.  USGS Bulletin 2213, 276 p.

BLM (US Bureau of Land Management).  1984.  San Juan/San Miguel Resource Management
    Plan and Environmental Impact Statement, Final.

_____.  1988.  Uncompahgre Basin Resource Management Plan and Environmental Impact
    Statement, Final.

_____.  2010.  Red Cliff Mine Draft Environmental Impact Statement.  Internet Web site:
    www.blm.gov/co/st/en/BLM_Programs/land_use_planning-rmp-red_cliff_mine.html.
    Accessed February 24, 2010.

Boreck, D.L. and D.K. Murray.  1979.  Colorado Coal Reserves Depletion Data and Coal Mine
    Summaries.  Colorado Geological Survey OFR 79-1.

Cappa, J.A., G. Young, J.R. Burnell, C. Carroll and B. Widmann.  2007.  Colorado Mineral and
    Energy Industry Activities, 2006. Colorado Geological Survey IS-75, 55 p.

Carroll, C.J.  2003.  Coal Geology of Colorado.  2003.  Keystone Coal Industry Manual, published
    by Primedia Business Magazines and Media, Chicago, IL.  p. 490-502.

_____.  2004.  2003 Summary of Coal Resources in Colorado, Colorado Geological Survey
    SP-54.

_____.  2005.  Colorado Coal Directory, 2005.  Colorado Geological Survey IS-71.  68 p.

_____.  2006.  Coal Resource Maps of Colorado.  Colorado Geological Survey MS-43.  CD-ROM.

_____.  2010.  Coal Geology of Colorado.  2010 Keystone Coal Industry Manual,
    published by Primedia Business Magazines and Media, Chicago, IL.  p. 427-439.

BLM_0150483

Carroll, C.J. and M.A. Bauer. 2002. Historic Coal Mines of Colorado. Colorado Geological Survey Information Series 64, CD-ROM.

Colorado Division of Reclamation Mining and Safety. 2010a. County Operator Mining Data. Internet Web site: http://mining.state.co.us/County%20Operator%20Mining%20Data.htm. Accessed January 8, 2010.

_____. 2010b. Monthly Coal Summary Reports. Internet Web site: http://mining.state.co.us/Coal%20Reports.htm. Accessed February 17, 2010.

Colorado Geological Survey. 2000. Coalbed Methane – Colorado's World Class Commodity, in Rock Talk Vol. 3, No. 3, July 2000. 12 p.

_____. 2005. Colorado Coal: Energy Security for the Future, in Rock Talk Vol. 8, No. 2, Summer 2005. 12 p.

Dickinson, R.G. 1965. Geologic Map of the Cerro Summit Quadrangle, Montrose County, Colorado. USGS Map GQ-486.

_____. 1987a. Geologic Map of the Buckhorn Lakes Quadrangle, Gunnison, Montrose and Ouray Counties, Colorado. USGS Map GQ-1642.

_____. 1987b. Geologic Map of the Washboard Rock Quadrangle, Gunnison, Montrose and Ouray Counties, Colorado. USGS Map GQ-1643.

_____. 1988. Geologic Map of the Courthouse Mountain Quadrangle, Gunnison, Hinsdale, and Ouray Counties, Colorado. USGS Map GQ-1644.

Dunrud, C.R. 1989a. Geologic Map and Coal Stratigraphic Framework of the Cedaredge Area, Delta County, Colorado. Coal Investigation Map. USGS Map C-116.

_____. 1989b. Geologic Map and Coal Stratigraphic Framework of the Paonia Area, Delta Area, Delta and Gunnison Counties, Colorado. USGS Coal Investigations Map C-115.

Dyer, D. 2010a. Personal communication between Laurie Brandt, Buckhorn Geotech, and Desty Dyer, Mining Engineer, BLM UFO. January 11, 2010.

_____. 2010b. Personal communication between Laurie Brandt, Buckhorn Geotech, and Desty Dyer, Mining Engineer, BLM UFO. January 21, 2010.

Dyni, J.R. and D.L. Gaskill. 1980. Relation of the Carbon/Oxygen Ratio in Coal to Igneous Intrusions in the Somerset Coal Field, Colorado. USGS Bulletin 1477-A.

Eakins, W. 1986. Coal Resources of the Dakota Sandstone, Southwestern Colorado. Colorado Geological Survey OFR 86-1A.

April 2010    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    69
Final Coal Resource and Development Potential Report

BLM_0150484

Eakins, W. and M.M. Coates.  1998.  Focus:  Colorado Coal, in Colorado Geological Survey Rock Talk, v. 1, no. 3, 6 p.

Eakins, W., C.M.T. Ambrose, D.C. Scott, and D.D. Teeters.  1998a.  Availability of Coal Resources in Colorado:  Somerset Quadrangle, West-Central Colorado.  Colorado Geological Survey RS-36, 87 p.

Eakins, W., C.M.T. Ambrose, R.C. Phillips, and M.L Morgan.  1998b.  Demonstrated Reserve Base for Coal in Colorado Somerset Coal Field.  Colorado Geological Survey OFR 98-5.

Ellis, M.S. and V.L Freeman.  1984.  Geologic Map and Cross Sections of the Carbondale 30' x 60' Quadrangle, West-Central, Colorado.  USGS Coal Investigations Map C-97-A.

Ellis, M.S., D.L. Gaskill and C.R. Dunrud.  1987.  Geologic Map of the Paonia and Gunnison Area, Delta and Gunnison Counties, Colorado.  USGS Coal Investigations Map C-109.

Ellis, M.S., V.L. Freeman, and J.R. Donnell.  1988.  Cross Sections Showing Correlation of Coal Beds and Coal Zones in the Mesaverde Formation in the Carbondale 30' x 60' Quadrangle, West-Central Colorado.  USGS Coal Investigations Map C-97-B.

Ellis, M.S. and V. Gabaldo.  1989.  Geologic Map and Cross Sections of Parts of the Grand Junction and Delta 30' x 60' Quadrangles, West-Central Colorado.  USGS Coal Investigations Map C-124.

Fender, H.B., D.C. Jones and D.K. Murray.  1978.  Bibliography and Index of Publications Related to Coal in Colorado 1972-1977.  Colorado Geological Survey Bulletin 41.

George, R.D.  1937.  Analyses of Colorado Coals.  US Bureau of Mines Technical Paper 574. 327 p.

Goolsby, S.M., N.S. Reade, and D.K. Murray.  1979.  Evaluation of Coking Coals in Colorado. Colorado Geological Survey RS-7.

Grand Mesa Coal Company.  1984.  Application for a Permit to Conduct coal Mining in Colorado for Red Canyon Mine #1 and #2, Mining Plan, and Exploration Data, Volumes 1-3.

Hail, W.J.  1972a.  Reconnaissance Geologic Map of the Cedaredge Area, Delta County, Colorado.  Scale 1:48,000.  USGS Map I-697.

_____.  1972b.  Reconnaissance Geologic Map of the Hotchkiss Area, Delta and Montrose Counties, Colorado.  Scale 1:48,000.  USGS Map I-698.

Haines, D.V.  1978.  Core-Hole Drilling and Coal Analysis Report for nine Holes Drilled During 1977 in the Nucla coal Field, Montrose County, Colorado.  USGS Open-File Report 78-899, 37 p.

Hardie, J.K.  1999.  Clastic Dikes Intruding Cretaceous Coals of Western Colorado.  Colorado Geological Survey Bulletin 53.

BLM_0150485

Haun, J.D. and R.J. Weimer.  1960.  Cretaceous Stratigraphy of Colorado, in Weimer, R.J. and J.D Haun, eds., Guide to the Geology of Colorado:  Geological Society of America, Rocky Mountain Association of Geologists, and Colorado Scientific Society Guidebook, p. 58-65.

Hettinger, R.D, L.N.R. Roberts, T.A. Gognat.  2000.  Investigations of the Distribution and Resources of Coal in the Southern Part of the Piceance Basin, Colorado.  Chapter O of Geologic Assessment of Coal in the Colorado Plateau: Arizona, Colorado, New Mexico, and Utah.  USGS Professional Paper 1625-B Discs 1 and 2, Version 1.0 (CD ROM).

Hettinger, R.D, L.N.R. Roberts, M.A. Kirschbaum.  2004.  Coal Resources and Coal Resource Potential.  Chapter M of Resource Potential and Geology of the Grand Mesa, Uncompahgre, and Gunnison National Forests and Vicinity, Colorado.  USGS Bulletin 2213-M, p. 191-223.

Hodgson, H.E.  1978.  Proceedings of the Second Symposium on the Geology of Rocky Mountain Coal – 1977.  Colorado Geological Survey RS-4.

Hornbaker, A.L. and R.D. Holt.  1973.  1972 Summary of Coal Resources in Colorado.  Colorado Geological Survey SP-3.

Hornbaker, A.L., R.D. Holt, and K. Murray.  1976.  1975 Summary of Coal Resources in Colorado.  Colorado Geological Survey SP-9.

Johnson, R.C., 1989, Geologic History and Hydrocarbon Potential of Late Cretaceous-age, Low-Permeability Reservoir, Piceance Basin, Western Colorado: USGS Bulletin 1787-E, p. E1–E51.

Jones, D.C. and J.E. Schultz.  1978.  Coal Resource and Development Map of Colorado.  Colorado Geological Survey MS-9, digital TIF image in Coal Resource Maps of Colorado by Carroll (2006).

Khalsa, N.S. and L.R. Ladwig.  1981.  Colorado Coal Analyses 1976-1979.  Colorado Geological Survey IS-10.

Kiger, J. 2010. Personal communication between Laurie Brandt, Buckhorn Geotech, and Jim Kiger, Oxbow Mining, LLC. February 18, 2010.

Kirschbaum, M.A.  2000.  Introduction: Geologic Assessment of Coal in the Colorado Plateau. Chapter A of Geological Assessment of Coal in the Colorado Plateau:  Arizona, Colorado, New Mexico, and Utah.  USGS Professional Paper 1625-B, CD-ROM Discs 1 and 2, Version 1.0.

Kirschbaum, M.A., L.N.R. Roberts, and L.R.H. Biewick.  2000.  Geologic Assessment of Coal in the Colorado Plateau:  Arizona, Colorado, New Mexico, and Utah.  USGS Professional Paper 1625-B, CD-ROM Discs 1 and 2, Version 1.0, Geographic Information System Shapefiles and metadata.

April 2010     *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*     71
*Final Coal Resource and Development Potential Report*

BLM_0150486

Kirschbaum, M.A. and L.R.H. Biewick.  2000.  A Summary of the Coal Deposits in the Colorado Plateau:  Arizona, Colorado, New Mexico, and Utah.  Chapter B of Geological Assessment of Coal in the Colorado Plateau:  Arizona, Colorado, New Mexico, and Utah.  USGS Professional Paper 1625-B, CD-ROM Discs 1 and 2, Version 1.0.

Landis, E. R.  1959.  Coal Resources of Colorado. USGS Bulletin 1072-C, p. 131-232.

Lee, W.T.  1912.  Coal Fields of Grand Mesa and the West Elk Mountains, Colorado.  USGS Bulletin 510, 237 p.

Lewis, L. 2010. Personal communication between Laurie Brandt, Buckhorn Geotech, and Lynn Lewis, former Geologist, BLM UFO. February 24, 2010.

Murray, D.K.  1980a.  Coal in Colorado, in Kent, H.C. and K.W. Porter, eds., Colorado Geology: Rocky Mountain Association of Geologists, p. 205-216.

_____.  1980b.  Coal Resources in Colorado.  Colorado Geological Survey Special Publication 13, 24 p.

_____.  1981.  Upper Cretaceous (Campanian) Coal Resources of Western Colorado.  New Mexico Geological Society Guidebook, 32nd Field Conference, Western Slope Colorado, p. 233-239.

Murray, D.K., H.B. Fender, and D.C. Jones.  1977.  Coal and Methane Gas in the Southeastern Part of the Piceance Creek Bain, Colorado, in Veal, H.K., ed., Exploration Frontiers of the Central and Southern Rockies: Rocky Mountain Association of Geologists, 1977 Symposium, p. 379-405.

Morse, J.G.  1979.  Energy Resources in Colorado:  Coal, Oil Shale, and Uranium.  Westview Press, 396 p.

O'Hara, G. 2009. Personal communication between Laurie Brandt, Buckhorn Geotech, and George O'Hara, Geologist, Western Fuels Association. December 16, 2009.

_____.  2010a. Personal communication between Laurie Brandt, Buckhorn Geotech, and George O'Hara, Geologist, Western Fuels Association. February 8, 2010.

_____.  2010b. Personal communication between Laurie Brandt, Buckhorn Geotech, and George O'Hara, Geologist, Western Fuels Association. February 18, 2010.

Rohrbacher, T.J., C.L. Molnia, L.M. Osmonson, M.D. Carter, W. Eakins, G.K. Hoffman, D.E. Tabet, J.E. Schultz, D.C. Scott, D.D. Teeters, G.E. Jones, J.C. Quick, B.P. Hucka and J.A. Hanson.  2000.  Coal Availability, Recoverability, and Economic Evaluations, of Coal Resources in the Colorado Plateau: Colorado, New Mexico, and Utah.  Chapter F of Geological Assessment of Coal in the Colorado Plateau:  Arizona, Colorado, New Mexico, and Utah.  USGS Professional Paper 1625-B, CD-ROM Discs 1 and 2, Version 1.0.

April 2010    *Uncompahgre Resource Management Plan Revision and Environmental Impact Statement*    72
*Final Coal Resource and Development Potential Report*

BLM_0150487

Rushworth, P., B.S. Kelso, M.E. Brownfield, and E.A. Johnson.  1988.  Selected References on the Geology and Coal Resources of Central and Western Colorado Coal Fields and Regions.  Colorado Geological Survey IS-25.

Schultz, J.E., W. Eakins, D.C. Scott and D.D. Teeters.  2000.  Availability of Coal Resources in Colorado:   Somerset Coal Field, West-Central Colorado. Colorado Geological Survey RS-38, 84 p.

Schweinfurth, S.P.  2002.  Coal – A Complex Natural Resource:  An Overview of Factors Affecting Coal Quality and Use in the United States.  USGS Circular 1143.

Sharrow, B.  December 14, 2005.  Letter from BLM Uncompahgre Field Office Manager (B. Sharrow) to USFS Forest Supervisor (C. Richmond) regarding formal input on the 2004 Grand Mesa, Uncompahgre, and Gunnison National Forests Coal Resource and Development Potential Report.  3 p.

Smith, S.M., A.B. Wilson, and M.J. Crane.  2001.  Cited References and Additional Selected Bibliography for the Grand Mesa, Uncompahgre, and Gunnison National Forests Greater Study Area.

Speltz, C.N.  1976.  Strippable Coal Resources of Colorado:  Location, Tonnage, and Characteristics of Coal and Overburden.  US Bureau of Mines Info Circular 8713.

Streufert, R.K.  1999.  Geology and Mineral Resources of Gunnison County, Colorado.  Colorado Geological Survey RS-37.

Toenges, A.L., J.J. Dowd, L.A. Turnbull, J.D. Davis, H.L. Smith, and V.H. Johnson.  1949.  Reserves, Petrographic and Chemical Characteristics, and Carbonizing Properties of Coal Occurring South of Dry Fork of Minnesota Creek, Gunnison county, near Paonia, Colorado, and the Geology of the Area.  US Bureau of Mines Technical Paper 721, 48 p.

Toenges, A.L., L.A. Turnbull, J.D. Davis, D.A. Reynolds, B.C. Parks, H.M. Cooper, and R.F. Abernethy.  1952.  Coal Deposit, Coal Creek District, Gunnison County Colorado: Reserves, Coking Properties, and Petrographic and Chemical Characteristics.  US Bureau of Mines Bulletin 501, 83 p.

US Bureau of Mines and USGS.  1976.  Coal Resource Classification System of the US Bureau of Mines and USGS.  USGS Bulletin 1450-B, 9 p.

US Department of Energy.  2010a.  Energy Information Administration Annual Coal Report, 2008.   Internet Web site: http://www.eia.doe.gov/cneaf/coal/page/acr/acr_sum.html. Accessed January 8, 2010.

_____.  2010b.  Energy Information Administration Annual Energy Outlook, 2010.  Internet Web site: http://www.eia.doe.gov/oiaf/aeo/page/overview.html. Accessed February 18, 2010.

BLM_0150488

_____.   2010c.   Energy Information Administration Colorado Profile.   Internet Web site: http://www.eia.doe.gov/cneaf/coal/statepro/imagemap/co.htm.   Accessed   January   8, 2010.

_____.   2010d.   Energy Information Administration Quarterly Coal Report, July – September 2009.   Internet Web site: http://www.eia.doe.gov/cneaf/coal/quarterly/qcr_sum.html. Accessed January 8, 2010.

USFS.  2006.  Coal Resource and Development Potential Report: Grand Mesa, Uncompahgre, and Gunnison National Forests, 44 p.

USGS and Colorado Geological Survey.  1977.  Energy Resources Map of Colorado.  Scale 1:500,000.  USGS Map I-1039.

Wikipedia.      2009.      Underground   Coal   Gasification.   Internet   Web   site: http://en.wikipedia.org/wiki/Underground_coal_gasification.     Accessed   December   17, 2009.

Williams, P.L.  1983.  Geology, Structure, and Uranium Deposits of the Moab Quadrangle, Colorado and Utah.  Scale 1:250,000.  USGS Map I-360.

Wood, G.H. Jr., T.M. Kehn, M.D. Carter and W.C. Culbertson.  1983.  Coal Resource Classification System of the USGS, USGS Circular 891, 81 p.

Woodruff, E.G.  1912.  Coal Resources of Gunnison Valley, Mesa and Delta Counties, Colorado in Contributions to Economic Geology, Part II – Mineral Fuels, ed. M.R. Campbell.  USGS Bulletin 471.  P.565-573.

Wray, L.L.  2000.  Late Cretaceous Fruitland Formation Geologic Mapping, Outcrop Measured Sections, and Subsurface Stratigraphic Cross Sections, Northern La Plata County, Colorado.  Colorado Geological Survey OFR 00-18.

Wray, L.L. and J.E. Schultz.  2001.  Coal and Coalbed Methane in Colorado.  Colorado Geological Survey SP-51.  CD-ROM.

Young, R.G.  1960.  Dakota Group of Colorado Plateau:  American Association of Petroleum Geologists Bulletin, v. 44, no. 2, p. 156-194.

Zook, J.M. and C.M. Tremain.  1997.  Directory and Statistics of Colorado Coal Mines with Distribution and Electric Generation Map, 1995-96.  Colorado Geological Survey RS-32.

BLM_0150489

*NATURE* | COMMENT

# Global warming: Improve economic models of climate change

**Richard L. Revesz, Peter H. Howard, Kenneth Arrow, Lawrence H. Goulder, Robert E. Kopp, Michael A. Livermore, Michael Oppenheimer & Thomas Sterner**

04 April 2014

**Costs of carbon emissions are being underestimated, but current estimates are still valuable for setting mitigation policy, say Richard L. Revesz and colleagues.**

**Subject terms:**   Climate sciences   Economics   Policy



*Danny Lawson/PA Wire*

Floods brought parts of Britain to a standstill earlier this year.

On 31 March, the Intergovernmental Panel on Climate Change (IPCC) released its latest report on the impacts of climate change on humans and ecosystems (see go.nature.com/ad5v1b). These are real risks that need to be accounted for in planning for adaptation and mitigation. Pricing the risks with integrated models of physics and economics lets their costs be compared to those of limiting climate change or investing in greater resilience.

BLM_0150490

Last year, an interagency working group for the US government used three leading economic models to estimate that a tonne of carbon dioxide emitted now will cause future harms worth US$37 in today's dollars[1]. This 'social cost of carbon' represents the money saved from avoided damage, owing to policies that reduce emissions of carbon dioxide.



Governments, agencies and companies use such estimates to guide decisions about how much to invest in reducing emissions. In the United States, a previous estimate[2] made in 2010 informed the stricter fuel-economy requirements for new cars. The latest value is motivating President Barack Obama's plan to impose greenhouse-gas limits on coal-fired power plants by next year. Canada, Mexico, the United Kingdom, France, Germany and Norway have used similar numbers to guide regulatory decisions, as has the International Monetary Fund to analyse fossil-fuel subsidies.

**Top picks**
from **nature** news

- Stem-cell method carries low risk of tumours
- What cosmologists could still learn from the CMB
- Russia to end Space Station collaboration in 2020

Yet the social-cost benchmark is under fire. Industry groups, politicians — including leaders of the energy and commerce committee of the US House of Representatives — and some academics say that uncertainties render the estimate useless.

As legal, climate-science and economics experts, we believe that the current estimate for the social cost of carbon is useful for policy-making, notwithstanding the significant uncertainties. The leading economic models all point in the same direction: that climate change causes substantial economic harm, justifying immediate action to reduce emissions. In fact, because the models omit some major risks associated with climate change, such as social unrest and disruptions to economic growth, they are probably understating future harms. The alternative — assigning no value to reductions in carbon dioxide emissions — would lead to regulation of greenhouse gases that is even more lax.

Instead, climate-economic models need to be extended to include a wider range of social and economic impacts. Gaps need to be filled, such as the economic responses of developing countries and estimates of damages at extreme temperatures. Today, only a handful of researchers in the United States and Europe specialize in such modelling. A broader programme involving more people exploring more phenomena is needed to better estimate the social cost of carbon and to guide policy-makers. Otherwise policies will become untethered from economic realities.



***Nature* special:**
Outlook for Earth

**Social cost**

The models in question aim to integrate estimates of the costs of greenhouse-gas emissions and of steps to reduce them. First, they translate scenarios of economic and population growth, and resulting emissions,

BLM_0150491

into changes in atmospheric composition and global mean temperature. Then the models apply 'damage functions' that approximate the global relationships between temperature changes and the economic costs from impacts such as changes in sea level, cyclone frequency, agricultural productivity and ecosystem function. Finally, the models translate future damages into present monetary value.



SOURCE: A, REF.1 (DICE, FUND, PAGE)/Roson, R. & Mensbrugghe, D. V. D. Int. J. Sus. Econ. 4, 270–285 (2012)
(ENVISAGE)/Ackerman. F., Stanton, E. A. & Bueno, R. Ecol. Econ. 85, 166–176 (2013) (CRED); B, REF.1

Sources of uncertainty are numerous[3]. They include: how the climate responds to carbon dioxide concentrations; positive and negative feedback loops in the climate system; emissions growth rates for various socio-economic scenarios; the completeness and accuracy of damage functions (especially with regard to catastrophic harms, migration and conflict, weather variability and feedbacks on economic growth); the ability of future generations to adapt to climate change; and the economic 'discount rate' used to translate future costs to current dollars.

The 2013 US analysis[1] used the then-most recent vintages of three long-standing models: FUND 3.8, DICE 2010, and PAGE09. Each model applies different climatic and economic functions to simplify the complex picture. Despite the range of approaches and uncertainties, each one predicted sizeable economic damage from greenhouse-gas emissions for warming beyond 2 °C above pre-industrial levels. Two models, ENVISAGE and CRED, published since the US analysis was structured in 2010, have broadly similar projections to these three (see 'Carbon's costly legacy'). The analysis suggested that — depending on assumptions about how future damages are valued in today's money — the expected global cost of one tonne of carbon dioxide emitted in 2020 is between $12 and $64 (with $43 as the central value).

**Greater harm**

BLM_0150492

The future costs of climate change could be even higher, for four reasons. First, the impacts of historic temperature changes suggest that societies and economies may be more vulnerable than current models predict and that weather variability is more important than average weather in determining impacts, particularly for crop growth and food security. For example, the yields of some crops may decline rapidly above certain temperatures[4].

Second, the models omit damages to labour productivity, to productivity growth, and to the value of the capital stock, including buildings and infrastructure. By lowering the annual growth rate, these damages could have deeper and longer-lasting effects on the global economy than the static losses of annual economic output currently represented in the three main models[5, 6]. A significant decline in human welfare is possible in the medium and long run owing to the compounding effects of lost growth. Also not taken into account are the risks of climate-induced wars, coups or societal collapses and the resulting economic crises[7].

Third, the models assume that the value that people attach to ecosystems will remain constant[8]. Yet as a commodity becomes more scarce, its value increases. In the desert, water is extremely valuable. During a flood, dry land is highly prized. Because the services provided by ecosystems are likely to decline as warming degrades them, the costs of future ecosystem damage from climate change will rise faster than the models predict.

BLM_0150493



*ALESSANDRO GAROFALO/Reuters/Corbis*

Storms caused chaos on roads in northwestern Italy in 2011.

Fourth, the US analysis assumes a constant discount rate to translate future harms into today's money. However, for impacts that are both highly uncertain and occurring in the distant future, economists have shown[9] that a discount rate that declines over time should be used, with discount rates for the far future

BLM_0150494

significantly below those that were used in the 2013 analysis. This approach would yield a higher present value to the long-term impacts of climate change and thus a higher value for the social cost of carbon.

It is true that future technological developments might better equip society to cope with climate change. And of course overall bias cannot be determined simply by adding biases in each direction. But the bulk of the literature and arguments indicates that social-cost models are underestimating climate-change harms.

**Better models**

What now? Modellers, scientists and environmental economists must continue to step outside their silos and work together to identify research gaps and modelling limitations.

Climate hot spots in the developing world are one such gap, because economic responses in these regions cannot be extrapolated simply from estimates made for developed countries. The impacts of extreme temperatures are also uncertain. Current damage estimates are generally calibrated for warming of less than 3 °C (ref. 6). Yet without mitigation, the IPCC projects that we could see warming in excess of 4 °C by the end of the century. Such conditions would be beyond human experience. If warming continues unchecked into the twenty-second century, it could render parts of the planet effectively uninhabitable during the hottest days of the summer, with consequences that would be challenging to monetize[10].

**Related stories**

- Climate policy: Streamline IPCC reports
- Climate change: The case of the missing heat
- History: Pushing the climate frontier

**More related stories**

The models should be revised more frequently to accommodate scientific developments. Researchers commonly test model sensitivity to new parameters. But the structure and in some cases the calibration of the damage models is stuck in the 1990s, when the original versions were created, owing to a lack of funding.

IPCC reports help to set the research agenda on climate. The release of the Fifth Assessment Report reminds us of the progress so far. It is important to ensure that the sixth assessment takes a substantive step forward. By facilitating efforts to refine estimates of the social cost of carbon, the IPCC will be performing its most important function: informing the global political conversation about how best to address the looming threat of climate change.

*Nature* **508,** 173–175  (10 April 2014)     doi:10.1038/508173a

## References

1. Interagency Working Group on Social Cost of Carbon. *Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis* (US Government, 2013); available at http://go.nature.com/vzpkkb

BLM_0150495

Show context

2. Interagency Working Group on Social Cost of Carbon. *Social Cost of Carbon for Regulatory Impact Analysis* (US Government, 2010); available at http://go.nature.com/uqhrgh

   Show context

3. Kopp, R. E. & Mignone, B. K. *Economics* **6**, 2012–2015 (2012).

   Show context

4. Schlenker, W. & Roberts, M. J. *Proc. Natl Acad. Sci. USA* **106**, 15594–15598 (2009).

   Show context                                        Article  PubMed  ChemPort

5. Fankhauser, S. & Tol, R. S. J. *Resour. Energy Econ.* **27**, 1–17 (2005).

   Show context                                                            Article

6. Tol, R. S. J. *Annu. Rev. Resour. Econ.* **3**, 419–443 (2011).

   Show context                                                            Article

7. Hsiang, S. M., Burke, M. & Miguel, E. *Science* **341**, 1235367 (2013).

   Show context                                        Article  PubMed  ChemPort

8. Sterner, T. & Persson, U. M. *Rev. Environ. Econ. Pol.* **2**, 61–76 (2008).

   Show context                                                            Article

9. Weitzman, M. L. *Environ. Econ. Mgmt* **36**, 201–208 (1998).

   Show context                                                            Article

10. Sherwood, S. C. & Huber, M. *Proc. Natl Acad. Sci. USA* **107**, 9552–9555 (2010).

    Show context                                       Article  PubMed  ChemPort

## Related stories and links

**From nature.com**
- **Climate policy: Streamline IPCC reports**
  04 April 2014
- **Climate change: The case of the missing heat**
  15 January 2014
- **History: Pushing the climate frontier**
  18 September 2013
- **Climate change: A patchwork of emissions cuts**
  18 September 2013
- **Climate science: Vast costs of Arctic change**

BLM_0150496

24 July 2013

- *Nature* special: Outlook for Earth

## From elsewhere

- **Intergovernmental Panel on Climate Change: Fifth Assessment Report**
- **White House: Social Cost of Carbon (PDF)**
- *Scientific American*: Infrastructure Threatened by Climate Change Poses a National Crisis

## Author information

### Affiliations

**Richard L. Revesz is at the New York University School of Law, New York, USA.**

**Peter H. Howard is at the New York University School of Law, New York, USA.**

**Kenneth Arrow is in the Department of Economics, Stanford University, Stanford, California, USA.**

**Lawrence H. Goulder is in the Department of Economics, Stanford University, Stanford, California, USA.**

**Robert E. Kopp is in the Department of Earth and Planetary Sciences and Rutgers Energy Institute, Rutgers University, New Brunswick, New Jersey, USA.**

**Michael A. Livermore is at the University of Virginia School of Law, Charlottesville, Virginia, USA.**

**Michael Oppenheimer is at the Woodrow Wilson School of Public and International Affairs and in the Department of Geosciences, Princeton University, Princeton, New Jersey, USA.**

**Thomas Sterner is in the Department of Economics, University of Gothenburg, Gothenburg, Sweden.**

### Corresponding author

Correspondence to:  Richard L. Revesz

For the best commenting experience, please login or register as a user and agree to our Community Guidelines. You will be re-directed back to this page where you will see comments updating in real-time and have the ability to recommend comments to other users.

> **Comments for this thread are now closed.**

## 3 comments                                                    **Subscribe to comments**

BLM_0150497

5/19/2014                                  Global warming: Improve economic models of climate change : Nature News & Comment

 Geoffry Smith   •   2014-04-08 10:59 PM

http://www.nature.com/nclimate/journal/v3/n9/full/nclimate1972.html?WT.ec_id=NCLIMATE-201309

 Wilson Hendal   •   2014-04-08 04:06 AM

Todd, if you have new information this is incredibly important. Please post references for the following information - we don't want people to think you have just made them up: 1. "The total global warming since 1904, yes 1904, is 2/10 of 1 degree F." 2. "There has been absolutely no global warming in over 17 years" Of course, if the earth was due to enter a cooling cycle and we prevented this by heating the earth, then we could still be heating the earth without the temperature actually increasing, right? 3. "There is not one global warming model that can account for how far off all the computer models have been" - (not sure this one makes sense? How can you model a model? Please clarify) 4. "When these alarmists can show us all proof of their assertions, they might regain some credibility" - please clarify what proof you would like (beyond the hundreds of papers already published). Regards, Wilson.

 Todd Nelson   •   2014-04-08 02:51 AM

This article is full of ifs, mays, and coulds. There are 2 indisputable truths this article conveniently leaves out. The total global warming since 1904, yes 1904, is 2/10 of 1 degree F. There has been absolutely no global warming in over 17 years. There is not one global warming alarmist computer model that can account for how far off all the computer models have been. When these alarmists can show us all proof of their assertions, they might regain some credibility. But, as this is all being written, there is no proof at all of any of their claims, so there is no credibility in what has been written in this article. Science either is or isn't, there is no belief foundation in any scientific fact, and there are no scientific facts in this article.

**See other News & Comment articles from *Nature***

***Nature***   ISSN 0028-0836   EISSN 1476-4687

© 2014 Nature Publishing Group, a division of Macmillan Publishers Limited. All Rights Reserved.
partner of AGORA, HINARI, OARE, INASP, CrossRef and COUNTER

BLM_0150498



# ipcc
INTERGOVERNMENTAL PANEL ON climate change

# CLIMATE CHANGE 2013
*The Physical Science Basis*

WG I

WORKING GROUP I CONTRIBUTION TO THE
FIFTH ASSESSMENT REPORT OF THE
INTERGOVERNMENTAL PANEL ON CLIMATE CHANGE

WMO   UNEP

BLM_0150499

BLM_0150500

# Climate Change 2013
# The Physical Science Basis

## Working Group I Contribution to the
## Fifth Assessment Report of the
## Intergovernmental Panel on Climate Change

**Edited by**

**Thomas F. Stocker**
Working Group I Co-Chair
University of Bern

**Dahe Qin**
Working Group I Co-Chair
China Meteorological Administration

**Gian-Kasper Plattner**
Director of Science

**Melinda M.B. Tignor**
Director of Operations

**Simon K. Allen**
Senior Science Officer

**Judith Boschung**
Administrative Assistant

**Alexander Nauels**
Science Assistant

**Yu Xia**
Science Officer

**Vincent Bex**
IT Officer

**Pauline M. Midgley**
Head

**Working Group I Technical Support Unit**



**CAMBRIDGE**
UNIVERSITY PRESS
www.cambridge.org

BLM_0150501

CAMBRIDGE UNIVERSITY PRESS

Cambridge, New York, Melbourne, Madrid, Cape Town, Singapore, São Paolo, Delhi, Mexico City

Cambridge University Press

32 Avenue of the Americas, New York, NY 10013-2473, USA

www.cambridge.org

Information on this title: www.cambridge.org/9781107661820

© Intergovernmental Panel on Climate Change 2013

This publication is in copyright. Subject to statutory exception and to the provisions of relevant collective licensing agreements, no reproduction of any part may take place without the written permission of Cambridge University Press.

First published 2013

Printed in the United States of America

A catalog record for this publication is available from the British Library.
ISBN 978-1-107-05799-1 hardback
ISBN 978-1-107-66182-0 paperback

Cambridge University Press has no responsibility for the persistence or accuracy of URLs for external or third-party Internet Web sites referred to in this publication and does not guarantee that any content on such Web sites is, or will remain, accurate or appropriate.

Please use the following reference to the whole report:

IPCC, 2013: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1535 pp.

Cover photo:

Folgefonna glacier on the high plateaus of Sørfjorden, Norway (60°03′ N - 6°20′ E) © Yann Arthus-Bertrand / Altitude.

BLM_0150502

# Foreword, Preface and Dedication

BLM_0150503

BLM_0150504

# Foreword

"Climate Change 2013: The Physical Science Basis" presents clear and robust conclusions in a global assessment of climate change science—not the least of which is that the science now shows with 95 percent certainty that human activity is the dominant cause of observed warming since the mid-20th century. The report confirms that warming in the climate system is unequivocal, with many of the observed changes unprecedented over decades to millennia: warming of the atmosphere and the ocean, diminishing snow and ice, rising sea levels and increasing concentrations of greenhouse gases. Each of the last three decades has been successively warmer at the Earth's surface than any preceding decade since 1850.

These and other findings confirm and enhance our scientific understanding of the climate system and the role of greenhouse gas emissions; as such, the report demands the urgent attention of both policymakers and the general public.

As an intergovernmental body jointly established in 1988 by the World Meteorological Organization (WMO) and the United Nations Environment Programme (UNEP), the Intergovernmental Panel on Climate Change (IPCC) has provided policymakers with the most authoritative and objective scientific and technical assessments. Beginning in 1990, this series of IPCC Assessment Reports, Special Reports, Technical Papers, Methodology Reports and other products have become standard works of reference.

This Working Group I contribution to the IPCC's Fifth Assessment Report contains important new scientific knowledge that can be used to produce climate information and services for assisting society to act to address the challenges of climate change. The timing is particularly significant, as this information provides a new impetus, through clear and indisputable physical science, to those negotiators responsible for concluding a new agreement under the United Nations Framework Convention on Climate Change in 2015.

Climate change is a long-term challenge, but one that requires urgent action given the pace and the scale by which greenhouse gases are accumulating in the atmosphere and the risks of a more than 2 degree Celsius temperature rise. Today we need to focus on the fundamentals and on the actions otherwise the risks we run will get higher with every year.

This Working Group I assessment was made possible thanks to the commitment and dedication of many hundreds of experts worldwide, representing a wide range of disciplines. WMO and UNEP are proud that so many of the experts belong to their communities and networks. We express our deep gratitude to all authors, review editors and expert reviewers for devoting their knowledge, expertise and time. We would like to thank the staff of the Working Group I Technical Support Unit and the IPCC Secretariat for their dedication.

We are also grateful to the governments that supported their scientists' participation in developing this report and that contributed to the IPCC Trust Fund to provide for the essential participation of experts from developing countries and countries with economies in transition. We would like to express our appreciation to the government of Italy for hosting the scoping meeting for the IPCC's Fifth Assessment Report, to the governments of China, France, Morocco and Australia for hosting drafting sessions of the Working Group I contribution and to the government of Sweden for hosting the Twelfth Session of Working Group I in Stockholm for approval of the Working Group I Report. The generous financial support by the government of Switzerland, and the logistical support by the University of Bern (Switzerland), enabled the smooth operation of the Working Group I Technical Support Unit. This is gratefully acknowledged.

We would particularly like to thank Dr. Rajendra Pachauri, Chairman of the IPCC, for his direction and guidance of the IPCC and we express our deep gratitude to Professor Qin Dahe and Professor Thomas Stocker, the Co-Chairs of Working Group I for their tireless leadership throughout the development and production of this report.



**M. Jarraud**
Secretary-General
World Meteorological Organization

**A. Steiner**
Executive Director
United Nations Environment Programme

v

BLM_0150506

# Preface

The Working Group I contribution to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC) provides a comprehensive assessment of the physical science basis of climate change. It builds upon the Working Group I contribution to the IPCC's Fourth Assessment Report in 2007 and incorporates subsequent new findings from the Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation, as well as from research published in the extensive scientific and technical literature. The assessment considers new evidence of past, present and projected future climate change based on many independent scientific analyses from observations of the climate system, paleoclimate archives, theoretical studies of climate processes and simulations using climate models.

## Scope of the Report

During the process of scoping and approving the outline of its Fifth Assessment Report, the IPCC focussed on those aspects of the current understanding of the science of climate change that were judged to be most relevant to policymakers.

In this report, Working Group I has extended coverage of future climate change compared to earlier reports by assessing near-term projections and predictability as well as long-term projections and irreversibility in two separate chapters. Following the decisions made by the Panel during the scoping and outline approval, a set of new scenarios, the Representative Concentration Pathways, are used across all three Working Groups for projections of climate change over the 21st century. The coverage of regional information in the Working Group I report is expanded by specifically assessing climate phenomena such as monsoon systems and their relevance to future climate change in the regions.

The Working Group I Report is an assessment, not a review or a text book of climate science, and is based on the published scientific and technical literature available up to 15 March 2013. Underlying all aspects of the report is a strong commitment to assessing the science comprehensively, without bias and in a way that is relevant to policy but not policy prescriptive.

## Structure of the Report

This report consists of a short Summary for Policymakers, a longer Technical Summary and fourteen thematic chapters plus annexes. An innovation in this Working Group I assessment is the Atlas of Global and Regional Climate Projections (Annex I) containing time series and maps of temperature and precipitation projections for 35 regions of the world, which enhances accessibility for stakeholders and users.

The Summary for Policymakers and Technical Summary of this report follow a parallel structure and each includes cross-references to the chapter and section where the material being summarised can be found in the underlying report. In this way, these summary components of the report provide a road-map to the contents of the entire report and a traceable account of every major finding.

In order to facilitate the accessibility of the findings of the Working Group I assessment for a wide readership and to enhance their usability for stakeholders, each section of the Summary for Policymakers has a highlighted headline statement. Taken together, these 19 headline statements provide an overarching summary in simple and quotable language that is supported by the scientists and approved by the member governments of the IPCC. Another innovative feature of this report is the presentation of Thematic Focus Elements in the Technical Summary that provide end to end assessments of important cross-cutting issues in the physical science basis of climate change.

*Introduction (Chapter 1):* This chapter provides information on the progress in climate change science since the First Assessment Report of the IPCC in 1990 and gives an overview of key concepts, indicators of climate change, the treatment of uncertainties and advances in measurement and modelling capabilities. This includes a description of the future scenarios and in particular the Representative Concentration Pathway scenarios used across all Working Groups for the IPCC's Fifth Assessment Report.

*Observations and Paleoclimate Information (Chapters 2, 3, 4, 5):* These chapters assess information from all climate system components on climate variability and change as obtained from instrumental records and climate archives. They cover all relevant aspects of the atmosphere including the stratosphere, the land surface, the oceans and the cryosphere. Timescales from days to decades (Chapters 2, 3 and 4) and from centuries to many millennia (Chapter 5) are considered.

*Process Understanding (Chapters 6 and 7):* These chapters cover all relevant aspects from observations and process understanding to projections from global to regional scales for two key topics. Chapter 6 covers the carbon cycle and its interactions with other biogeochemical cycles, in particular the nitrogen cycle, as well as feedbacks on the climate system. For the first time, there is a chapter dedicated to the assessment of the physical science basis of clouds and aerosols, their interactions and chemistry, and the role of water vapour, as well as their role in feedbacks on the climate system (Chapter 7).

*From Forcing to Attribution of Climate Change (Chapters 8, 9, 10):* All the information on the different drivers (natural and anthropogenic) of climate change is collected, expressed in terms of Radiative Forcing and assessed in Chapter 8. In Chapter 9, the hierarchy of climate models used in simulating past and present climate change is assessed and evaluated against observations and paleoclimate reconstructions.

BLM_0150507

Information regarding detection of changes on global to regional scales and their attribution to the increase in anthropogenic greenhouse gases is assessed in Chapter 10.

*Future Climate Change, Predictability and Irreversibility (Chapters 11 and 12):* These chapters assess projections of future climate change derived from climate models on time scales from decades to centuries at both global and regional scales, including mean changes, variability and extremes. Fundamental questions related to the predictability of climate as well as long term climate change, climate change commitments and inertia in the climate system are addressed. Knowledge on irreversible changes and surprises in the climate system is also assessed.

*Integration (Chapters 13 and 14):* These chapters synthesise all relevant information for two key topics of this assessment: sea level change (Chapter 13) and climate phenomena across the regions (Chapter 14). Chapter 13 presents an end to end assessment of information on sea level change based on paleoclimate reconstructions, observations and process understanding, and provides projections from global to regional scales. Chapter 14 assesses the most important modes of variability in the climate system, such as El Niño-Southern Oscillation, monsoon and many others, as well as extreme events. Furthermore, this chapter deals with interconnections between the climate phenomena, their regional expressions and their relevance for future regional climate change.

Maps assessed in Chapter 14, together with Chapters 11 and 12, form the basis of the Atlas of Global and Regional Climate Projections in Annex I, which is also available in digital format. Radiative forcings and estimates of future atmospheric concentrations from Chapters 7, 8, 11 and 12 form the basis of the Climate System Scenario Tables presented in Annex II. All material including high-resolution versions of the figures, underlying data and Supplementary Material to the chapters is also available online: www.climatechange2013.org.

The scientific community and the climate modelling centres around the world brought together their activities in the Coordinated Modelling Intercomparison Project Phase 5 (CMIP5), providing the basis for most of the assessment of future climate change in this report. Their efforts enable Working Group I to deliver comprehensive scientific information for the policymakers and the users of this report, as well as for the specific assessments of impacts carried out by IPCC Working Group II, and of costs and mitigation strategies, carried out by IPCC Working Group III.

Following the successful introduction in the previous Working Group I assessment in 2007, all chapters contain Frequently Asked Questions. In these the authors provide scientific answers to a range of general questions in a form that will be accessible to a broad readership and serves as a resource for teaching purposes. Finally, the report is accompanied by extensive Supplementary Material which is made available in the online versions of the report to provide an additional level of detail, such as description of datasets, models, or methodologies used in chapter analyses, as well as material supporting the figures in the Summary for Policymakers.

## The Process

This Working Group I Assessment Report represents the combined efforts of hundreds of leading experts in the field of climate science and has been prepared in accordance with rules and procedures established by the IPCC. A scoping meeting for the Fifth Assessment Report was held in July 2009 and the outlines for the contributions of the three Working Groups were approved at the 31st Session of the Panel in November 2009. Governments and IPCC observer organisations nominated experts for the author team. The team of 209 Coordinating Lead Authors and Lead Authors plus 50 Review Editors selected by the Working Group I Bureau was accepted at the 41st Session of the IPCC Bureau in May 2010. In addition, more than 600 Contributing Authors provided draft text and information to the author teams at their request. Drafts prepared by the authors were subject to two rounds of formal review and revision followed by a final round of government comments on the Summary for Policymakers. A total of 54,677 written review comments were submitted by 1089 individual expert reviewers and 38 governments. The Review Editors for each chapter monitored the review process to ensure that all substantive review comments received appropriate consideration. The Summary for Policymakers was approved line-by-line and the underlying chapters were then accepted at the 12th Session of IPCC Working Group I from 23–27 September 2007.

## Acknowledgements

We are very grateful for the expertise, hard work, commitment to excellence and integrity shown throughout by the Coordinating Lead Authors and Lead Authors with important help by the many Contributing Authors. The Review Editors have played a critical role in assisting the author teams and ensuring the integrity of the review process. We express our sincere appreciation to all the expert and government reviewers. We would also like to thank the members of the Bureau of Working Group I: Jean Jouzel, Abdalah Mokssit, Fatemeh Rahimizadeh, Fredolin Tangang, David Wratt and Francis Zwiers, for their thoughtful advice and support throughout the preparation of the report.

We gratefully acknowledge the long-term efforts of the scientific community, organized and facilitated through the World Climate Research Programme, in particular CMIP5. In this effort by climate modelling centres around the world, more than 2 million gigabytes of numerical data have been produced, which were archived and distributed under the stewardship of the Program for Climate Model Diagnosis and Intercomparison. This represents an unprecedented concerted effort by the scientific community and their funding institutions.

BLM_0150508

Our sincere thanks go to the hosts and organizers of the four Working Group I Lead Author Meetings and the 12th Session of Working Group I. We gratefully acknowledge the support from the host countries: China, France, Morocco, Australia and Sweden. The support for their scientists provided by many governments as well as through the IPCC Trust Fund is much appreciated. The efficient operation of the Working Group I Technical Support Unit was made possible by the generous financial support provided by the government of Switzerland and logistical support from the University of Bern (Switzerland).

We would also like to thank Renate Christ, Secretary of the IPCC, and the staff of the IPCC Secretariat: Gaetano Leone, Jonathan Lynn, Mary Jean Burer, Sophie Schlingemann, Judith Ewa, Jesbin Baidya, Werani Zabula, Joelle Fernandez, Annie Courtin, Laura Biagioni and Amy Smith. Thanks are due to Francis Hayes who served as the conference officer for the Working Group I Approval Session.

Finally our particular appreciation goes to the Working Group I Technical Support Unit: Gian-Kasper Plattner, Melinda Tignor, Simon Allen, Judith Boschung, Alexander Nauels, Yu Xia, Vincent Bex and Pauline Midgley for their professionalism, creativity and dedication. Their tireless efforts to coordinate the Working Group I Report ensured a final product of high quality. They were assisted in this by Adrien Michel and Flavio Lehner with further support from Zhou Botao and Sun Ying. In addition, the following contributions are gratefully acknowledged: David Hansford (editorial assistance with the Frequently Asked Questions), UNEP/GRID-Geneva and University of Geneva (graphics assistance with the Frequently Asked Questions), Theresa Kornak (copyedit), Marilyn Anderson (index) and Michael Shibao (design and layout).

Preface

**Rajendra K. Pachauri**
IPCC Chair

**Qin Dahe**
IPCC WGI Co-Chair

**Thomas F. Stocker**
IPCC WGI Co-Chair

BLM_0150509

BLM_0150510

# Dedication



**Bert Bolin**
**(15 May 1925 – 30 December 2007)**

The Working Group I contribution to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change (IPCC) *Climate Change 2013: The Physical Science Basis* is dedicated to the memory of Bert Bolin, the first Chair of the IPCC.

As an accomplished scientist who published on both atmospheric dynamics and the carbon cycle, including processes in the atmosphere, oceans and biosphere, Bert Bolin realised the complexity of the climate system and its sensitivity to anthropogenic perturbation. He made a fundamental contribution to the organisation of international cooperation in climate research, being involved in the establishment of a number of global programmes.

Bert Bolin played a key role in the creation of the IPCC and its assessments, which are carried out in a unique and formalized process in order to provide a robust scientific basis for informed decisions regarding one of the greatest challenges of our time. His vision and leadership of the Panel as the founding Chair from 1988 to 1997 laid the basis for subsequent assessments including this one and are remembered with deep appreciation.

Dedication

BLM_0150511

BLM_0150512

# Contents

**Front Matter**

Foreword ........................................................................... v

Preface ........................................................................... vii

Dedication ........................................................................... xi

**SPM**

Summary for Policymakers ........................................................................... 3

**TS**

Technical Summary ........................................................................... 33

**Chapters**

Chapter 1    Introduction ........................................................................... 119

Chapter 2    Observations : Atmosphere and Surface ........................................................................... 159

Chapter 3    Observations: Ocean ........................................................................... 255

Chapter 4    Observations: Cryosphere ........................................................................... 317

Chapter 5    Information from Paleoclimate Archives ........................................................................... 383

Chapter 6    Carbon and Other Biogeochemical Cycles ........................................................................... 465

Chapter 7    Clouds and Aerosols ........................................................................... 571

Chapter 8    Anthropogenic and Natural Radiative Forcing ........................................................................... 659

Chapter 9    Evaluation of Climate Models ........................................................................... 741

Chapter 10    Detection and Attribution of Climate Change: from Global to Regional ........................................................................... 867

Chapter 11    Near-term Climate Change: Projections and Predictability ........................................................................... 953

Chapter 12    Long-term Climate Change: Projections, Commitments and Irreversibility ........................................................................... 1029

Chapter 13    Sea Level Change ........................................................................... 1137

Chapter 14    Climate Phenomena and their Relevance for Future Regional Climate Change ........................................................................... 1217

**Annexes**

Annex I    Atlas of Global and Regional Climate Projections ........................................................................... 1311

Annex II    Climate System Scenario Tables ........................................................................... 1395

Annex III    Glossary ........................................................................... 1447

Annex IV    Acronyms ........................................................................... 1467

Annex V    Contributors to the IPCC WGI Fifth Assessment Report ........................................................................... 1477

Annex VI    Expert Reviewers of the IPCC WGI Fifth Assessment Report ........................................................................... 1497

Index ........................................................................... 1523

BLM_0150513

BLM_0150514

# Summary for Policymakers

BLM_0150515

BLM_0150516

# SPM

# Summary for Policymakers

**Drafting Authors:**

Lisa V. Alexander (Australia), Simon K. Allen (Switzerland/New Zealand), Nathaniel L. Bindoff (Australia), François-Marie Bréon (France), John A. Church (Australia), Ulrich Cubasch (Germany), Seita Emori (Japan), Piers Forster (UK), Pierre Friedlingstein (UK/Belgium), Nathan Gillett (Canada), Jonathan M. Gregory (UK), Dennis L. Hartmann (USA), Eystein Jansen (Norway), Ben Kirtman (USA), Reto Knutti (Switzerland), Krishna Kumar Kanikicharla (India), Peter Lemke (Germany), Jochem Marotzke (Germany), Valérie Masson-Delmotte (France), Gerald A. Meehl (USA), Igor I. Mokhov (Russian Federation), Shilong Piao (China), Gian-Kasper Plattner (Switzerland), Qin Dahe (China), Venkatachalam Ramaswamy (USA), David Randall (USA), Monika Rhein (Germany), Maisa Rojas (Chile), Christopher Sabine (USA), Drew Shindell (USA), Thomas F. Stocker (Switzerland), Lynne D. Talley (USA), David G. Vaughan (UK), Shang-Ping Xie (USA)

**Draft Contributing Authors:**

Myles R. Allen (UK), Olivier Boucher (France), Don Chambers (USA), Jens Hesselbjerg Christensen (Denmark), Philippe Ciais (France), Peter U. Clark (USA), Matthew Collins (UK), Josefino C. Comiso (USA), Viviane Vasconcellos de Menezes (Australia/Brazil), Richard A. Feely (USA), Thierry Fichefet (Belgium), Arlene M. Fiore (USA), Gregory Flato (Canada), Jan Fuglestvedt (Norway), Gabriele Hegerl (UK/Germany), Paul J. Hezel (Belgium/USA), Gregory C. Johnson (USA), Georg Kaser (Austria/Italy), Vladimir Kattsov (Russian Federation), John Kennedy (UK), Albert M. G. Klein Tank (Netherlands), Corinne Le Quéré (UK), Gunnar Myhre (Norway), Timothy Osborn (UK), Antony J. Payne (UK), Judith Perlwitz (USA), Scott Power (Australia), Michael Prather (USA), Stephen R. Rintoul (Australia), Joeri Rogelj (Switzerland/Belgium), Matilde Rusticucci (Argentina), Michael Schulz (Germany), Jan Sedláček (Switzerland), Peter A. Stott (UK), Rowan Sutton (UK), Peter W. Thorne (USA/Norway/UK), Donald Wuebbles (USA)

**This Summary for Policymakers should be cited as:**

IPCC, 2013: Summary for Policymakers. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

BLM_0150517

**SPM**

## A.   Introduction

The Working Group I contribution to the IPCC's Fifth Assessment Report (AR5) considers new evidence of climate change based on many independent scientific analyses from observations of the climate system, paleoclimate archives, theoretical studies of climate processes and simulations using climate models. It builds upon the Working Group I contribution to the IPCC's Fourth Assessment Report (AR4), and incorporates subsequent new findings of research. As a component of the fifth assessment cycle, the IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX) is an important basis for information on changing weather and climate extremes.

This Summary for Policymakers (SPM) follows the structure of the Working Group I report. The narrative is supported by a series of overarching highlighted conclusions which, taken together, provide a concise summary. Main sections are introduced with a brief paragraph in italics which outlines the methodological basis of the assessment.

The degree of certainty in key findings in this assessment is based on the author teams' evaluations of underlying scientific understanding and is expressed as a qualitative level of confidence (from *very low* to *very high*) and, when possible, probabilistically with a quantified likelihood (from *exceptionally unlikely* to *virtually certain*). Confidence in the validity of a finding is based on the type, amount, quality, and consistency of evidence (e.g., data, mechanistic understanding, theory, models, expert judgment) and the degree of agreement[1]. Probabilistic estimates of quantified measures of uncertainty in a finding are based on statistical analysis of observations or model results, or both, and expert judgment[2]. Where appropriate, findings are also formulated as statements of fact without using uncertainty qualifiers. (See Chapter 1 and Box TS.1 for more details about the specific language the IPCC uses to communicate uncertainty.)

The basis for substantive paragraphs in this Summary for Policymakers can be found in the chapter sections of the underlying report and in the Technical Summary. These references are given in curly brackets.

## B.   Observed Changes in the Climate System

*Observations of the climate system are based on direct measurements and remote sensing from satellites and other platforms. Global-scale observations from the instrumental era began in the mid-19th century for temperature and other variables, with more comprehensive and diverse sets of observations available for the period 1950 onwards. Paleoclimate reconstructions extend some records back hundreds to millions of years. Together, they provide a comprehensive view of the variability and long-term changes in the atmosphere, the ocean, the cryosphere, and the land surface.*

**Warming of the climate system is unequivocal, and since the 1950s, many of the observed changes are unprecedented over decades to millennia. The atmosphere and ocean have warmed, the amounts of snow and ice have diminished, sea level has risen, and the concentrations of greenhouse gases have increased (see Figures SPM.1, SPM.2, SPM.3 and SPM.4).** {2.2, 2.4, 3.2, 3.7, 4.2–4.7, 5.2, 5.3, 5.5–5.6, 6.2, 13.2}

---

[1]   In this Summary for Policymakers, the following summary terms are used to describe the available evidence: limited, medium, or robust; and for the degree of agreement: low, medium, or high. A level of confidence is expressed using five qualifiers: very low, low, medium, high, and very high, and typeset in italics, e.g., *medium confidence*. For a given evidence and agreement statement, different confidence levels can be assigned, but increasing levels of evidence and degrees of agreement are correlated with increasing confidence (see Chapter 1 and Box TS.1 for more details).

[2]   In this Summary for Policymakers, the following terms have been used to indicate the assessed likelihood of an outcome or a result: virtually certain 99–100% probability, very likely 90–100%, likely 66–100%, about as likely as not 33–66%, unlikely 0–33%, very unlikely 0–10%, exceptionally unlikely 0–1%. Additional terms (extremely likely: 95–100%, more likely than not >50–100%, and extremely unlikely 0–5%) may also be used when appropriate. Assessed likelihood is typeset in italics, e.g., *very likely* (see Chapter 1 and Box TS.1 for more details).

BLM_0150518

## B.1    Atmosphere

SPM

> **Each of the last three decades has been successively warmer at the Earth's surface than any preceding decade since 1850 (see Figure SPM.1). In the Northern Hemisphere, 1983–2012 was *likely* the warmest 30-year period of the last 1400 years (*medium confidence*).** (2.4, 5.3)

- The globally averaged combined land and ocean surface temperature data as calculated by a linear trend, show a warming of 0.85 [0.65 to 1.06] °C[3], over the period 1880 to 2012, when multiple independently produced datasets exist. The total increase between the average of the 1850–1900 period and the 2003–2012 period is 0.78 [0.72 to 0.85] °C, based on the single longest dataset available[4] (see Figure SPM.1). {2.4}

- For the longest period when calculation of regional trends is sufficiently complete (1901 to 2012), almost the entire globe has experienced surface warming (see Figure SPM.1). {2.4}

- In addition to robust multi-decadal warming, global mean surface temperature exhibits substantial decadal and interannual variability (see Figure SPM.1). Due to natural variability, trends based on short records are very sensitive to the beginning and end dates and do not in general reflect long-term climate trends. As one example, the rate of warming over the past 15 years (1998–2012; 0.05 [−0.05 to 0.15] °C per decade), which begins with a strong El Niño, is smaller than the rate calculated since 1951 (1951–2012; 0.12 [0.08 to 0.14] °C per decade)[5]. {2.4}

- Continental-scale surface temperature reconstructions show, with *high confidence*, multi-decadal periods during the Medieval Climate Anomaly (year 950 to 1250) that were in some regions as warm as in the late 20th century. These regional warm periods did not occur as coherently across regions as the warming in the late 20th century (*high confidence*). {5.5}

- It is *virtually certain* that globally the troposphere has warmed since the mid-20th century. More complete observations allow greater confidence in estimates of tropospheric temperature changes in the extratropical Northern Hemisphere than elsewhere. There is *medium confidence* in the rate of warming and its vertical structure in the Northern Hemisphere extra-tropical troposphere and *low confidence* elsewhere. {2.4}

- *Confidence* in precipitation change averaged over global land areas since 1901 is *low* prior to 1951 and *medium* afterwards.  Averaged over the mid-latitude land areas of the Northern Hemisphere, precipitation has increased since 1901 (*medium confidence* before and *high confidence* after 1951). For other latitudes area-averaged long-term positive or negative trends have *low confidence* (see Figure SPM.2). {TS TFE.1, Figure 2; 2.5}

- Changes in many extreme weather and climate events have been observed since  about 1950 (see Table SPM.1 for details). It is *very likely* that the number of cold days and nights has decreased and the number of warm days and nights has increased on the global scale[6]. It is *likely* that the frequency of heat waves has increased in large parts of Europe, Asia and Australia. There are *likely* more land regions where the number of heavy precipitation events has increased than where it has decreased. The frequency or intensity of heavy precipitation events has *likely* increased in North America and Europe. In other continents, *confidence* in changes in heavy precipitation events is at most *medium*. {2.6}

---

[3]   In the WGI contribution to the AR5, uncertainty is quantified using 90% uncertainty intervals unless otherwise stated. The 90% uncertainty interval, reported in square brackets, is expected to have a 90% likelihood of covering the value that is being estimated. Uncertainty intervals are not necessarily symmetric about the corresponding best estimate. A best estimate of that value is given where available.

[4]   Both methods presented in this bullet were also used in AR4. The first calculates the difference using a best fit linear trend of all points between 1880 and 2012. The second calculates the difference between averages for the two periods 1850–1900 and 2003–2012. Therefore, the resulting values and their 90% uncertainty intervals are not directly comparable. {2.4}

[5]   Trends for 15-year periods starting in 1995, 1996, and 1997 are 0.13 [0.02 to 0.24] °C per decade, 0.14 [0.03 to 0.24] °C per decade; and, 0.07 [−0.02 to 0.18] °C per decade, respectively.

[6]   See the Glossary for the definition of these terms: cold days/cold nights, warm days/warm nights, heat waves.

BLM_0150519

**SPM**





**Figure SPM.1 |** (a) Observed global mean combined land and ocean surface temperature anomalies, from 1850 to 2012 from three data sets. Top panel: annual mean values. Bottom panel: decadal mean values including the estimate of uncertainty for one dataset (black). Anomalies are relative to the mean of 1961–1990. (b) Map of the observed surface temperature change from 1901 to 2012 derived from temperature trends determined by linear regression from one dataset (orange line in panel a). Trends have been calculated where data availability permits a robust estimate (i.e., only for grid boxes with greater than 70% complete records and more than 20% data availability in the first and last 10% of the time period). Other areas are white. Grid boxes where the trend is significant at the 10% level are indicated by a + sign. For a listing of the datasets and further technical details see the Technical Summary Supplementary Material. (Figures 2.19–2.21; Figure TS.2)

6

**Table SPM.1 |** Extreme weather and climate events: Global-scale assessment of recent observed changes, human contribution to the changes, and projected further changes for the early (2016–2035) and late (2081–2100) 21st century. Bold indicates where the AR5 (black) provides a revised* global-scale assessment from the SREX (blue) or AR4 (red). Projections in early 21st century were not provided in previous assessment reports. Projections in the AR5 are relative to the reference period of 1986–2005, and use the new Representative Concentration Pathway (RCP) scenarios (see Box SPM.1) unless otherwise specified. See the Glossary for definitions of extreme weather and climate events.

| Phenomenon and direction of trend | Assessment that changes occurred (typically since 1950 unless otherwise indicated) | Assessment of a human contribution to observed changes | Likelihood of further changes | |
|---|---|---|---|---|
| | | | Early 21st century | Late 21st century |
| **Warmer and/or fewer cold days and nights over most land areas** | Very likely (2.6)<br>Very likely<br>_Very likely_ | **Very likely** (10.6)<br>Likely[f]<br>_Likely_ | Likely [11.3] | Virtually certain (12.4)<br>Virtually certain<br>_Virtually certain_ |
| **Warmer and/or more frequent hot days and nights over most land areas** | Very likely (2.6)<br>Very likely<br>_Very likely_ | **Very likely** (10.6)<br>Likely[f]<br>_Likely_ (nights only) | Likely [11.3] | Virtually certain (12.4)<br>Virtually certain<br>_Virtually certain_ |
| **Warm spells/heat waves. Frequency and/or duration increases over most land areas** | **Medium confidence** on a global scale<br>Likely in large parts of Europe, Asia and Australia (2.6)<br>_Medium confidence_ in many (but not all) regions<br>_Likely_ | **Likely**[a] (10.6)<br>Not formally assessed<br>_More likely than not_ | Not formally assessed[b] [11.3] | Very likely (12.4)<br>Very likely<br>_Very likely_ |
| **Heavy precipitation events. Increase in the frequency, intensity, and/or amount of heavy precipitation** | Likely more land areas with increases than decreases[c] (2.6)<br>Likely more land areas with increases than decreases<br>_Likely_ over most land areas | **Medium confidence** (7.6, 10.6)<br>Medium confidence<br>_More likely than not_ | Likely over many land areas [11.3] | **Very likely** over most of the mid-latitude land masses and over wet tropical regions (12.4)<br>Likely over many areas<br>_Very likely over most land areas_ |
| **Increases in intensity and/or duration of drought** | Low confidence on a global scale<br>Likely changes in some regions[d] (2.6)<br>_Medium confidence_ in some regions<br>_Likely_ in many regions, since 1970[d] | Low confidence (10.6)<br>Medium confidence[f]<br>_More likely than not_ | Low confidence[e] [11.3] | Likely (medium confidence) on a regional to global scale[j] (12.4)<br>Medium confidence in some regions<br>_Likely[e]_ |
| **Increases in intense tropical cyclone activity** | Low confidence in long term (centennial) changes<br>Virtually certain in North Atlantic since 1970 (2.6)<br>_low confidence_<br>_Likely_ in some regions, since 1970 | Low confidence[g] (10.6)<br>low confidence<br>_More likely than not_ | Low confidence [11.3] | **More likely than not** in the Western North Pacific and North Atlantic[i] (14.6)<br>More likely than not in some basins<br>_Likely_ |
| **Increased incidence and/or magnitude of extreme high sea level** | Likely (since 1970) (3.7)<br>Likely (late 20th century)<br>_Likely_ | **Likely**[k] (3.7)<br>Likely[k]<br>_More likely than not[k]_ | Likely[j] [13.7] | **Very likely**[l] (13.7)<br>Very likely[m]<br>_Likely_ |

*  The direct comparison of assessment findings between reports is difficult. For some climate variables, different aspects have been assessed, and the revised guidance note on uncertainties has been used for the SREX and AR5. The availability of new information, improved scientific understanding, continued analyses of data and models, and specific differences in methodologies applied in the assessed studies, all contribute to revised assessment findings.

Notes:

a  Attribution is based on available case studies. It is _likely_ that human influence has more than doubled the probability of occurrence of some observed heat waves in some locations.

b  Models project near-term increases in the duration, intensity and spatial extent of heat waves and warm spells.

c  In most continents, _confidence_ in trends is not higher than _medium_ except in North America and Europe where there have been _likely_ increases in either the frequency or intensity of heavy precipitation with some seasonal and/or regional variation. It is _very likely_ that there have been increases in central North America.

d  The frequency and intensity of drought has _likely_ increased in the Mediterranean and West Africa, and _likely_ decreased in central North America and north-west Australia.

e  AR4 assessed the area affected by drought.

f  SREX assessed _medium confidence_ that anthropogenic influence had contributed to some changes in the drought patterns observed in the second half of the 20th century, based on its attributed impact on precipitation and temperature changes. SREX assessed _low confidence_ in the attribution of changes in droughts at the level of single regions.

g  There is _low confidence_ in projected changes in soil moisture.

h  Regional to global-scale projected decreases in soil moisture and increased agricultural drought are _likely (medium confidence)_ in presently dry regions by the end of this century under the RCP8.5 scenario. Soil moisture drying in the Mediterranean, Southwest US and southern African regions is consistent with projected changes in Hadley circulation and increased surface temperatures, so there is _high confidence_ in likely surface drying in these regions by the end of this century under the RCP8.5 scenario.

i  There is _medium confidence_ that a reduction in aerosol forcing over the North Atlantic has contributed at least in part to the observed increase in tropical cyclone activity since the 1970s in this region.

j  Based on expert judgment and assessment of projections which use an SRES A1B (or similar) scenario.

k  Attribution is based on the close relationship between observed changes in extreme and mean sea level.

l  There is _high confidence_ that this increase in extreme high sea level will primarily be the result of an increase in mean sea level. There is _low confidence_ in region-specific projections of storminess and associated storm surges.

m  SREX assessed it to be _very likely_ that mean sea level rise will contribute to future upward trends in extreme coastal high water levels.

SPM

**SPM**

Observed change in annual precipitation over land



**Figure SPM.2** | Maps of observed precipitation change from 1901 to 2010 and from 1951 to 2010 (trends in annual accumulation calculated using the same criteria as in Figure SPM.1) from one data set. For further technical details see the Technical Summary Supplementary Material. {TS TFE.1, Figure 2; Figure 2.29}

## B.2    Ocean

> **Ocean warming dominates the increase in energy stored in the climate system, accounting for more than 90% of the energy accumulated between 1971 and 2010 (*high confidence*). It is *virtually certain* that the upper ocean (0–700 m) warmed from 1971 to 2010 (see Figure SPM.3), and it *likely* warmed between the 1870s and 1971. {3.2, Box 3.1}**

- On a global scale, the ocean warming is largest near the surface, and the upper 75 m warmed by 0.11 [0.09 to 0.13] °C per decade over the period 1971 to 2010. Since AR4, instrumental biases in upper-ocean temperature records have been identified and reduced, enhancing confidence in the assessment of change. {3.2}

- It is *likely* that the ocean warmed between 700 and 2000 m from 1957 to 2009. Sufficient observations are available for the period 1992 to 2005 for a global assessment of temperature change below 2000 m. There were *likely* no significant observed temperature trends between 2000 and 3000 m for this period. It is *likely* that the ocean warmed from 3000 m to the bottom for this period, with the largest warming observed in the Southern Ocean. {3.2}

- More than 60% of the net energy increase in the climate system is stored in the upper ocean (0–700 m) during the relatively well-sampled 40-year period from 1971 to 2010, and about 30% is stored in the ocean below 700 m. The increase in upper ocean heat content during this time period estimated from a linear trend is *likely* 17 [15 to 19] × $10^{22}$ J [7] (see Figure SPM.3). {3.2, Box 3.1}

- It is *about as likely as not* that ocean heat content from 0–700 m increased more slowly during 2003 to 2010 than during 1993 to 2002 (see Figure SPM.3). Ocean heat uptake from 700–2000 m, where interannual variability is smaller, *likely* continued unabated from 1993 to 2009. {3.2, Box 9.2}

- It is *very likely* that regions of high salinity where evaporation dominates have become more saline, while regions of low salinity where precipitation dominates have become fresher since the 1950s. These regional trends in ocean salinity provide indirect evidence that evaporation and precipitation over the oceans have changed (*medium confidence*). {2.5, 3.3, 3.5}

- There is no observational evidence of a trend in the Atlantic Meridional Overturning Circulation (AMOC), based on the decade-long record of the complete AMOC and longer records of individual AMOC components. {3.6}

---

[7]    A constant supply of heat through the ocean surface at the rate of 1 W m$^{-2}$ for 1 year would increase the ocean heat content by 1.1 × $10^{22}$ J.

BLM_0150522

### B.3    Cryosphere

> Over the last two decades, the Greenland and Antarctic ice sheets have been losing mass, glaciers have continued to shrink almost worldwide, and Arctic sea ice and Northern Hemisphere spring snow cover have continued to decrease in extent (*high confidence*) (see Figure SPM.3). {4.2–4.7}

**SPM**

- The average rate of ice loss[8] from glaciers around the world, excluding glaciers on the periphery of the ice sheets[9], was *very likely* 226 [91 to 361] Gt yr$^{-1}$ over the period 1971 to 2009, and *very likely* 275 [140 to 410] Gt yr$^{-1}$ over the period 1993 to 2009[10]. {4.3}

- The average rate of ice loss from the Greenland ice sheet has *very likely* substantially increased from 34 [–6 to 74] Gt yr$^{-1}$ over the period 1992 to 2001 to 215 [157 to 274] Gt yr$^{-1}$ over the period 2002 to 2011. {4.4}

- The average rate of ice loss from the Antarctic ice sheet has *likely* increased from 30 [–37 to 97] Gt yr$^{-1}$ over the period 1992–2001 to 147 [72 to 221] Gt yr$^{-1}$ over the period 2002 to 2011. There is *very high confidence* that these losses are mainly from the northern Antarctic Peninsula and the Amundsen Sea sector of West Antarctica. {4.4}

- The annual mean Arctic sea ice extent decreased over the period 1979 to 2012 with a rate that was *very likely* in the range 3.5 to 4.1% per decade (range of 0.45 to 0.51 million km$^2$ per decade), and *very likely* in the range 9.4 to 13.6% per decade (range of 0.73 to 1.07 million km$^2$ per decade) for the summer sea ice minimum (perennial sea ice). The average decrease in decadal mean extent of Arctic sea ice has been most rapid in summer (*high confidence*); the spatial extent has decreased in every season, and in every successive decade since 1979 (*high confidence*) (see Figure SPM.3). There is *medium confidence* from reconstructions that over the past three decades, Arctic summer sea ice retreat was unprecedented and sea surface temperatures were anomalously high in at least the last 1,450 years. {4.2, 5.5}

- It is *very likely* that the annual mean Antarctic sea ice extent increased at a rate in the range of 1.2 to 1.8% per decade (range of 0.13 to 0.20 million km$^2$ per decade) between 1979 and 2012. There is *high confidence* that there are strong regional differences in this annual rate, with extent increasing in some regions and decreasing in others. {4.2}

- There is *very high confidence* that the extent of Northern Hemisphere snow cover has decreased since the mid-20th century (see Figure SPM.3). Northern Hemisphere snow cover extent decreased 1.6 [0.8 to 2.4] % per decade for March and April, and 11.7 [8.8 to 14.6] % per decade for June, over the 1967 to 2012 period. During this period, snow cover extent in the Northern Hemisphere did not show a statistically significant increase in any month. {4.5}

- There is *high confidence* that permafrost temperatures have increased in most regions since the early 1980s. Observed warming was up to 3°C in parts of Northern Alaska (early 1980s to mid-2000s) and up to 2°C in parts of the Russian European North (1971 to 2010). In the latter region, a considerable reduction in permafrost thickness and areal extent has been observed over the period 1975 to 2005 (*medium confidence*). {4.7}

- Multiple lines of evidence support very substantial Arctic warming since the mid-20th century. {Box 5.1, 10.3}

---

[8]   All references to 'ice loss' or 'mass loss' refer to net ice loss, i.e., accumulation minus melt and iceberg calving.

[9]   For methodological reasons, this assessment of ice loss from the Antarctic and Greenland ice sheets includes change in the glaciers on the periphery. These peripheral glaciers are thus excluded from the values given for glaciers.

[10]  100 Gt yr$^{-1}$ of ice loss is equivalent to about 0.28 mm yr$^{-1}$ of global mean sea level rise.

BLM_0150523

**SPM**



**Figure SPM.3 |** Multiple observed indicators of a changing global climate: (a) Extent of Northern Hemisphere March-April (spring) average snow cover; (b) extent of Arctic July-August-September (summer) average sea ice; (c) change in global mean upper ocean (0–700 m) heat content aligned to 2006–2010, and relative to the mean of all datasets for 1970; (d) global mean sea level relative to the 1900–1905 mean of the longest running dataset, and with all datasets aligned to have the same value in 1993, the first year of satellite altimetry data. All time-series (coloured lines indicating different data sets) show annual values, and where assessed, uncertainties are indicated by coloured shading. See Technical Summary Supplementary Material for a listing of the datasets. {Figures 3.2, 3.13, 4.19, and 4.3; FAQ 2.1, Figure 2; Figure TS.1}

BLM_0150524

## B.4   Sea Level

**The rate of sea level rise since the mid-19th century has been larger than the mean rate during the previous two millennia (*high confidence*). Over the period 1901 to 2010, global mean sea level rose by 0.19 [0.17 to 0.21] m (see Figure SPM.3).** {3.7, 5.6, 13.2}

- Proxy and instrumental sea level data indicate a transition in the late 19th to the early 20th century from relatively low mean rates of rise over the previous two millennia to higher rates of rise (*high confidence*). It is *likely* that the rate of global mean sea level rise has continued to increase since the early 20th century. {3.7, 5.6, 13.2}

- It is *very likely* that the mean rate of global averaged sea level rise was 1.7 [1.5 to 1.9] mm yr$^{-1}$ between 1901 and 2010, 2.0 [1.7 to 2.3] mm yr$^{-1}$ between 1971 and 2010, and 3.2 [2.8 to 3.6] mm yr$^{-1}$ between 1993 and 2010. Tide-gauge and satellite altimeter data are consistent regarding the higher rate of the latter period. It is *likely* that similarly high rates occurred between 1920 and 1950. {3.7}

- Since the early 1970s, glacier mass loss and ocean thermal expansion from warming together explain about 75% of the observed global mean sea level rise (*high confidence*). Over the period 1993 to 2010, global mean sea level rise is, with *high confidence*, consistent with the sum of the observed contributions from ocean thermal expansion due to warming (1.1 [0.8 to 1.4] mm yr$^{-1}$), from changes in glaciers (0.76 [0.39 to 1.13] mm yr$^{-1}$), Greenland ice sheet (0.33 [0.25 to 0.41] mm yr$^{-1}$), Antarctic ice sheet (0.27 [0.16 to 0.38] mm yr$^{-1}$), and land water storage (0.38 [0.26 to 0.49] mm yr$^{-1}$). The sum of these contributions is 2.8 [2.3 to 3.4] mm yr$^{-1}$. {13.3}

- There is *very high confidence* that maximum global mean sea level during the last interglacial period (129,000 to 116,000 years ago) was, for several thousand years, at least 5 m higher than present, and *high confidence* that it did not exceed 10 m above present. During the last interglacial period, the Greenland ice sheet *very likely* contributed between 1.4 and 4.3 m to the higher global mean sea level, implying with *medium confidence* an additional contribution from the Antarctic ice sheet. This change in sea level occurred in the context of different orbital forcing and with high-latitude surface temperature, averaged over several thousand years, at least 2°C warmer than present (*high confidence*). {5.3, 5.6}

## B.5   Carbon and Other Biogeochemical Cycles

**The atmospheric concentrations of carbon dioxide, methane, and nitrous oxide have increased to levels unprecedented in at least the last 800,000 years. Carbon dioxide concentrations have increased by 40% since pre-industrial times, primarily from fossil fuel emissions and secondarily from net land use change emissions. The ocean has absorbed about 30% of the emitted anthropogenic carbon dioxide, causing ocean acidification (see Figure SPM.4).** {2.2, 3.8, 5.2, 6.2, 6.3}

- The atmospheric concentrations of the greenhouse gases carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$) have all increased since 1750 due to human activity. In 2011 the concentrations of these greenhouse gases were 391 ppm[11], 1803 ppb, and 324 ppb, and exceeded the pre-industrial levels by about 40%, 150%, and 20%, respectively. {2.2, 5.2, 6.1, 6.2}

- Concentrations of $CO_2$, $CH_4$, and $N_2O$ now substantially exceed the highest concentrations recorded in ice cores during the past 800,000 years. The mean rates of increase in atmospheric concentrations over the past century are, with *very high confidence*, unprecedented in the last 22,000 years. {5.2, 6.1, 6.2}

---

[11]   ppm (parts per million) or ppb (parts per billion, 1 billion = 1,000 million) is the ratio of the number of gas molecules to the total number of molecules of dry air. For example, 300 ppm means 300 molecules of a gas per million molecules of dry air.

11

**SPM**

- Annual $CO_2$ emissions from fossil fuel combustion and cement production were 8.3 [7.6 to 9.0] GtC[12] yr⁻¹ averaged over 2002–2011 (*high confidence*) and were 9.5 [8.7 to 10.3] GtC yr⁻¹ in 2011, 54% above the 1990 level. Annual net $CO_2$ emissions from anthropogenic land use change were 0.9 [0.1 to 1.7] GtC yr⁻¹ on average during 2002 to 2011 (*medium confidence*). {6.3}

- From 1750 to 2011, $CO_2$ emissions from fossil fuel combustion and cement production have released 375 [345 to 405] GtC to the atmosphere, while deforestation and other land use change are estimated to have released 180 [100 to 260] GtC. This results in cumulative anthropogenic emissions of 555 [470 to 640] GtC. {6.3}

- Of these cumulative anthropogenic $CO_2$ emissions, 240 [230 to 250] GtC have accumulated in the atmosphere, 155 [125 to 185] GtC have been taken up by the ocean and 160 [70 to 250] GtC have accumulated in natural terrestrial ecosystems (i.e., the cumulative residual land sink). {Figure TS.4, 3.8, 6.3}

- Ocean acidification is quantified by decreases in pH[13]. The pH of ocean surface water has decreased by 0.1 since the beginning of the industrial era (*high confidence*), corresponding to a 26% increase in hydrogen ion concentration (see Figure SPM.4). {3.8, Box 3.2}





**Figure SPM.4 |** Multiple observed indicators of a changing global carbon cycle: (a) atmospheric concentrations of carbon dioxide ($CO_2$) from Mauna Loa (19°32'N, 155°34'W – red) and South Pole (89°59'S, 24°48'W – black) since 1958; (b) partial pressure of dissolved $CO_2$ at the ocean surface (blue curves) and in situ pH (green curves), a measure of the acidity of ocean water. Measurements are from three stations from the Atlantic (29°10'N, 15°30'W – dark blue/dark green; 31°40'N, 64°10'W – blue/green) and the Pacific Oceans (22°45'N, 158°00'W – light blue/light green). Full details of the datasets shown here are provided in the underlying report and the Technical Summary Supplementary Material. {Figures 2.1 and 3.18; Figure TS.5}

---

[12]   1 Gigatonne of carbon = 1 GtC = 10¹⁵ grams of carbon. This corresponds to 3.667 GtCO₂.

[13]   pH is a measure of acidity using a logarithmic scale: a pH decrease of 1 unit corresponds to a 10-fold increase in hydrogen ion concentration, or acidity.

BLM_0150526